IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation,<br><br>    Defendant. | Civil Action No. 06-259 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Siegmund Gutman of Amgen, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

                                                Respectfully submitted,

                                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                /s/ Melanie K. Sharp
                                                Melanie K. Sharp (No. 2501)
                                                The Brandywine Building
                                                1000 West Street, 17th Floor
                                                Wilmington, Delaware 19801

                                                P.O. Box 391
                                                Wilmington, Delaware 19899-0391
                                                (302) 571-6681
                                                msharp@ycst.com

                                                *Attorneys for Plaintiffs Amgen, Inc., Immunex*
                                                *Corporation, Amgen USA Inc., Amgen Manufacturing,*
DATED: April 24, 2006                   *Limited, and Immunex Rhode Island Corporation.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 06-259 |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this ___ day of April, 2006 that counsel's motion for the admission pro hac vice of Siegmund Gutman is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Siegmund Y. Gutman
Amgen, Inc.
One Amgen Center Drive
M/S 28-2-C
Thousand Oaks, CA 93120-1799
(805) 447-1000

Dated: April 24, 2006