IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-259-KAJ |
| v. | ) ) ) | |
| ARIAD PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND DATE TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

By their attorneys, the parties herein, plaintiffs Amgen, Inc. et. al. ("Amgen") and defendant Ariad Pharmaceuticals, Inc. ("Ariad"), hereby stipulate that the date by which Ariad is to answer, move, or otherwise respond to the Complaint in this action shall be extended by 30 days.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Melanie K. Sharp
_____
Melanie K. Sharp (I.D. #2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
*Counsel for Plaintiffs*

ASHBY & GEDDES

/s/ Steven J. Balick
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (ID #3950)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
*Counsel for Defendant*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

169335.1