IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ARIAD PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 06-259-KAJ |

### DEFENDANT ARIAD PHARMACEUTICALS, INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, FAILURE TO STATE A CLAIM, AND FAILURE TO JOIN INDISPENSABLE PARTIES

Pursuant to Rules 12(b)(1), 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure, Defendant ARIAD Pharmaceuticals, Inc. ("ARIAD"), through its undersigned counsel of record, moves to dismiss in its entirety the Complaint For Declaratory Judgment Of Patent Invalidity And Non-Infringement filed against it by Plaintiffs Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation (collectively, "Plaintiffs").

As set forth more fully in the accompanying Opening Memorandum in support of this Motion, ARIAD asserts that dismissal of the Complaint is warranted for the following reasons:

(1) The Complaint should be dismissed for lack of subject matter jurisdiction under Rule 12(b)(1), as there is no "actual controversy" between the parties to support a declaratory judgment action;

(2) The Complaint should be dismissed under Rule 12(b)(6) because Amgen has failed to plead sufficient facts to state a claim for declaratory judgment; and

- 2 -

(3)  The Complaint should be dismissed under Rule 12(b)(7) because Amgen has failed to join indispensable parties to the action, namely Harvard University, the Massachusetts Institute of Technology, and the Whitehead Institute, who are the actual owners of the patent that Plaintiffs seek to have declared invalid and non-infringed.

This Motion is based on the accompanying Opening Memorandum of Law and Declaration of Laurie A. Allen filed concurrently herewith, the Complaint, and any argument or evidence that may be submitted to the Court.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
Facsimile:   (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant*
*ARIAD PHARMACEUTICALS, INC.*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

Dated: June 14, 2006
170410.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 06-259-KAJ |

## ORDER

AND NOW, this _____ day of _____, 2006, considering Defendant ARIAD Pharmaceuticals, Inc.'s Motion to Dismiss pursuant to Rules 12(b)(1), 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure, the briefs of the parties and the arguments of counsel,

IT IS HEREBY ORDERED that said motion is GRANTED, and that the Plaintiffs' Complaint For Declaratory Judgment Of Patent Invalidity And Non-Infringement is hereby DISMISSED.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2006, the attached **DEFENDANT ARIAD PHARMACEUTICALS, INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, FAILURE TO STATE A CLAIM, AND FAILURE TO JOIN INDISPENSABLE PARTIES** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | **HAND DELIVERY** |
| Marcus E. Sernel, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636 | **VIA FEDERAL EXPRESS** |
| J. Drew Diamond, Esquire<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5800 | **VIA FEDERAL EXPRESS** |

*/s/ John G. Day*
_____
John G. Day