IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-259-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

The parties to the above action hereby stipulate and agree, subject to the approval and order of the Court, that the date by which ARIAD Pharmaceuticals, Inc. shall serve and file its reply brief in support of its motion to dismiss for lack of subject matter jurisdiction, failure to state a claim for which relief can be granted, and failure to join indispensable parties (D.I. 13) shall be extended by one week, from Thursday July 6, 2006 to Thursday July 13, 2006.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

ASHBY & GEDDES

/s/ Melanie K. Sharp by Mary F. Dugan (4704)
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6681
msharp@ycst.com

*Attorneys for Plaintiffs*

/s/
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (ID #3950)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
*Counsel for Defendant*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge