# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 8, 2006

The Honorable Kent A. Jordan  
United States District Court  
844 North King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re:  *Amgen, Inc., et al. v. ARIAD Pharmaceuticals, Inc.,*  
C. A. No. 06-259-KAJ

Dear Judge Jordan:

We represent defendant ARIAD Pharmaceuticals, Inc. ("ARIAD") in the above-referenced action, in which a Rule 16 conference is scheduled to occur at 2:00 p.m. on July 12, 2006, and in which the parties submitted a joint document reflecting their respective scheduling proposals on July 7, 2006. We are writing in brief response to the letter from counsel for plaintiffs (collectively, "Amgen") that accompanied the parties' joint submission.

Amgen's counsel volunteered to take care of submitting the proposed scheduling order to the Court on behalf of all parties, as plaintiffs' counsel typically do in this district. However, contrary to local custom, and without notice to us, Amgen did not file the parties' joint submission accompanied by a short, neutral, non-substantive transmittal letter. Rather, they seized upon this ministerial act as an opportunity to try to pre-condition Your Honor with an unauthorized piece of advocacy, arguing why their scheduling proposal should be adopted instead of ours. Needless to say, we were surprised and disappointed by Amgen's breach of trust.

We will resist the temptation to respond in kind with a preview of our own arguments in support of our proposed schedule and in opposition to Amgen's proposal. We believe that there are sound reasons for the approach we have proposed, but we will wait to present them at the scheduling conference. We ask only that Your Honor keep an open mind until having heard both sides' positions.

As a final point, we respond briefly to the oblique reference in Amgen's letter to supposed "threats" made by ARIAD. As briefing is not yet complete, Your Honor may not yet be aware that ARIAD has moved to dismiss this declaratory judgment complaint for lack of

The Honorable Kent A. Jordan
July 8, 2006
Page 2

subject matter jurisdiction on the ground that Amgen had no reasonable apprehension of being sued by ARIAD on the '516 patent. ARIAD has made no threats to sue Amgen, nor have there been any other communications that could possibly be interpreted as threats or otherwise creating any reasonable apprehension of suit. When briefing is completed, on July 13, the Court will have the opportunity to review the parties' papers and examine the record on this issue for itself. We just want to point out that the Court's scheduling decisions should not be influenced by Amgen's unfair pre-conference suggestion that it is suffering some ongoing victimization in the marketplace, which simply is not true.

    We look forward to speaking with Your Honor at the Rule 16 conference.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick

SJB/dmf
171092.1

cc:    David I. Gindler, Esquire (via electronic mail)
       Melanie K. Sharp, Esquire (by hand and electronic mail)
       Mark A. Pals, Esquire (via electronic mail)
       Drew Diamond, Esquire (via electronic mail)