IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION<br><br>Plaintiff,<br>vs.<br><br>ARIAD PHARMACEUTICALS, INC.<br><br>Defendant. | CIVIL ACTION No. 06-259-KAJ |

### SUPPLEMENTAL DECLARATION OF LAURIE A. ALLEN

I, Laurie A. Allen, declare as follows:

1. I am the Senior Vice President and Chief Legal Officer of ARIAD Pharmaceuticals, Inc. ("ARIAD"). I was employed by ARIAD from January 1, 1999 to December 31, 1999, and was re-employed by ARIAD from March 4, 2002, to the present. During the period from January 1, 2000 to March 3, 2002, I was retained as a part-time consultant to ARIAD. I currently have primary responsibility for management of the legal and business development functions at ARIAD. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Fritz Casselman's service as Chief Business Officer of ARIAD ended in October 2003. At that time, I assumed his duties with respect to the licensing program for ARIAD's NF-κB patent portfolio. Since assuming his duties in this area, I have not had any communications with Amgen or any of its representatives, or received any communications from Amgen or any of its representatives, relating to Enbrel®, Kineret®, NF-κB, the '516 patent or the other patents in our NF-κB patent portfolio.

1533211

- 1 -

3. ARIAD's mission is to discover and develop molecularly targeted drugs based on signal transduction technology—breakthrough medicines to treat cancers by regulating cell signaling with small molecules. Human cells—both healthy and malignant—share an elaborate system of molecular pathways that carry signals back and forth from the cell surface to the nucleus and within the cell. Such signaling is essential to cell functioning and viability. When disrupted or over-stimulated, such pathways may trigger diseases such as cancer. We are developing a comprehensive approach to patients with cancer that addresses the greatest medical need—aggressive advanced-stage cancers for which current treatments are inadequate.

4. One area of research that ARIAD has investigated based on our understanding of signal transduction involves a protein known as NF-κB. NF-κB is a "transcription factor," which may be generally thought of as a biological switch that can be turned off in specific cells to treat human diseases. When activated, NF-κB ordinarily induces genes to produce various proteins. Certain diseases, however, may cause cells to produce too much of a given protein. If NF-κB regulates the production of that protein, then a drug that modulates NF-κB activity can cause the cell to make the right amount of the protein, and thereby return the cell to its healthy state. Drugs that modulate NF-κB activity can be used not only to treat cancer, but other conditions as well, including inflammation and certain bone diseases.

5. As pointed out by Mr. Ungemach in his declaration, Amgen expressed interest in entering into a potential business relationship with ARIAD relating to ARIAD's signal transduction inhibitor program, which led to the meeting between ARIAD and Amgen on May 11, 2000. The slide presentation made to Amgen by

ARIAD is attached as Exhibit A to Mr. Ungemach's declaration. Slides 57-63 of that slide presentation specifically focus on work in-progress by ARIAD at that time to identify NF-κB pathway inhibitors that built on the work of the inventors of the '516 patent. The purpose of these discussions was to stimulate Amgen's interest in supporting ARIAD's NF-κB research program, not to discuss Amgen's research programs or products. In fact, this meeting occurred prior to time that ARIAD notified Amgen of the issuance of the first patent in our NF-κB portfolio—which contained patent claims covering certain research methods—and did not contain any product or method of treatment claims such as those contained in the '516 patent.

6. Later in 2000, ARIAD's business was restructured to focus on the development of molecularly targeted cancer drugs discovered by ARIAD's scientists based on our understanding of signal transduction pathways. Two of these drugs are inhibitors of the protein known as "mTOR" and one is an oncogenic protein kinase inhibitor. Our lead product candidate, known as AP23573, is an mTOR inhibitor which is in phase 2 clinical trials for a number of cancer indications, with plans to initiate a phase 3 clinical trial in the near future to obtain approval to market AP23573 for treatment of bone and soft tissue sarcomas.

7. In June 2005, we were informed by an investment banker employed by Lehman Brothers that representatives of Amgen had contacted Lehman Brothers several times to indicate strong interest in potentially partnering with ARIAD on AP23573 in the cancer field.

8. In July 2005, I was contacted by Paul Park, International Licensing for Amgen, who stated that "I understand that Ariad is currently seeking an ex-US partner for

AP23573, and we'd be very interested in discussing this with you." A true and correct copy of this e-mail is attached hereto as Exhibit E. On July 15, 2005, I had a conference call with Paul and David Johnson, Amgen's Senior Manager, Licensing, to discuss this opportunity and next steps in the discussions.

9. After entering into a confidentiality agreement, ARIAD sent Amgen a binder with in-depth confidential information relating to the clinical development of AP23573, and representatives of ARIAD traveled to California to Amgen's headquarters to give an inter-active confidential presentation to a cross-functional team of Amgen scientists and business personnel on August 25, 2005. The Amgen representatives at this meeting included Dr. David Parkinson, who was at that time Vice President and Head of the Clinical Oncology Therapeutic Area at Amgen.

10. Following that meeting, I had a series of discussions with Paul Park and/or Henry Rath, Mr. Park's counterpart in Europe for Amgen, to discuss Amgen's feedback on the AP23573 opportunity and to provide additional information. Mr. Park left Amgen at the end of September 2005, at which time Mr. Rath became my primary contact.

11. In January 2006, I contacted Mr. Rath to arrange a follow-up teleconference with Amgen's scientific and commercial team on the AP23573 opportunity. After internal discussions, Mr. Rath informed me that Amgen was currently occupied with its own internal research priorities over the next 12 months, but left open the possibility that I could revisit the opportunity with Amgen in early 2007.

12. At no time during these discussions concerning AP23573 were the subjects of Enbrel, Kineret, NF-κB, the '516 patent or our NF-κB intellectual property portfolio ever discussed.

13. During the jury trial in the Lilly litigation, I observed that Amgen in-house counsel, Siegmund Gutman, and another attorney identified to me as Mark Pals by ARIAD's trial counsel in that litigation, were present in the courtroom and sitting on Lilly's side of the courtroom. I spoke with Mr. Gutman during one of the days upon which Dr. Berger testified; however, there was no mention made by Mr. Gutman of any concern by Amgen relating to the '516 patent and Amgen's products or programs.

Executed on July 12, 2006, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Laurie A. Allen, Esq.

# EXHIBIT E

## Laurie A. Allen

From: Park, Paul - Licensing [paulp@amgen.com]
Sent: Thursday, July 14, 2005 8:39 PM
To: 'laurie.allen@ariad.com'
Cc: Johnson, Dave (licensing)
Subject: partnering interest

Dear Laurie,

I understand that Ariad is currently seeking an ex-US partner for AP23573, and we'd be very interested in discussing this with you. I wanted to propose a 12 noon EDT call on Friday, July 15, if this is a time that is convenient for you.

Best regards,
Paul Park

---

Paul Park
International Licensing
Amgen Inc.
One Amgen Center Drive
Mailstop 28-5-C
Thousand Oaks, CA 91320
(805) 447-8676
fax: (805) 499-6058
paulp@amgen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2006, the attached **SUPPLEMENTAL DECLARATION OF LAURIE A. ALLEN** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | HAND DELIVERY |
| Marcus E. Sernel, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636 | VIA FEDERAL EXPRESS |
| J. Drew Diamond, Esquire<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5800 | VIA FEDERAL EXPRESS |

*/s/ John G. Day*
_____
John G. Day