IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>ARIAD PHARMACEUTICALS, INC.<br><br>Defendant. | CIVIL ACTION No. 06-259-KAJ |

### DECLARATION OF FRITZ CASSELMAN

I, Fritz Casselman, declare as follows:

1. From February 2001 to October 2003, I was Chief Business Officer and Senior Vice President of ARIAD Pharmaceuticals, Inc. ("ARIAD"). I continued to serve as Senior Vice President of ARIAD until February 2004, at which time I left full-time employment by the company. Since leaving full-time employment by the company, I have from time-to-time served as a consultant to ARIAD. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. When I arrived at ARIAD, I learned that, on May 15, 2000, ARIAD had sent a mass mailing to approximately 25 companies, announcing its intellectual property portfolio relating to NF-κB and IκB and seeking to grant non-exclusive licenses in this area. ARIAD sent a second mass mailing on February 8, 2001, to approximately 40 companies, including Amgen and Immunex, with respect to ARIAD's NF-κB portfolio. To the best of my knowledge, ARIAD did not send either of these letters to Synergen, the original developer of the product Kineret®.

1532493

- 1 -

3. Amgen did not express interest in a license after these overtures, and ARIAD did not press the matter. I did have a number of conversations with representatives of Immunex in 2001, before that company was acquired by Amgen, regarding the possibility of licensing our NF-κB patent portfolio. During those conversations, I never accused Immunex of infringing any ARIAD patent, and never threatened to file suit against ARIAD. Although Immunex expressed some preliminary interest in entering into a license, the parties were ultimately unable to agree upon terms.

4. On June 25, 2002, ARIAD sent a letter announcing the '516 patent to approximately 50 companies, including Amgen and Immunex, but not Synergen (to the best of my knowledge). I followed up the June 2002 letter by making marketing calls to a number of the companies who had received this letter, both to gauge and to attempt to stimulate their interest in licensing the '516 patent. I selected those companies by reviewing their literature and websites to identify research or products potentially touching the NF-κB pathway. I also selected companies that I thought might have or develop a genuine interest in taking a license notwithstanding the pendency of the litigation against Lilly. Companies receiving calls like this seldom volunteer information about their research and products, so it was my practice to attempt to stimulate conversation by throwing out the name of some project or product that the company's website or literature appeared to implicate the NF-κB pathway. When making these calls, I did not accuse any company of infringing any ARIAD patent, nor did I ever threaten to file suit if the company did not agree to enter into a license agreement. I do not specifically recall making such a telephone call to Amgen.

Executed on July 12, 2006, at Boston, Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Fritz Casselman

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2006, the attached **DECLARATION OF FRITZ CASSELMAN** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | **HAND DELIVERY** |
| Marcus E. Sernel, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636 | **VIA FEDERAL EXPRESS** |
| J. Drew Diamond, Esquire<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5800 | **VIA FEDERAL EXPRESS** |

*/s/ John G. Day*
_____
John G. Day