# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 25, 2006

The Honorable Kent A. Jordan  
United States District Court  
844 North King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Amgen, Inc., et al. v. ARIAD Pharmaceuticals, Inc.*,  
C. A. No. 06-259-KAJ

Dear Judge Jordan:

We write in very brief response to plaintiffs' July 21, 2006 letter to Your Honor, in which they contend that ARIAD has injected "new arguments and evidence" in its reply papers in support of its motion to dismiss. Plaintiffs request either the scheduling of oral argument or the right to file a written surreply in order to respond to ARIAD's reply.

We disagree with plaintiffs' characterization of our reply papers. Everything submitted by ARIAD in its reply is directly responsive to plaintiffs' answering papers, which is precisely the purpose of a reply. Plaintiffs' desire to respond -- like the desire of every non-moving party, on every motion, in every case, to respond to the moving party's reply brief -- does not mean that ARIAD's reply was inappropriate in any respect. That said, however, ARIAD has no objection to whatever Your Honor concludes would assist the Court in making a fair decision on this motion.

Respectfully,

/s/ *Steven J. Balick*

Steven J. Balick

SJB/dmf

cc: David I. Gindler, Esquire (via electronic mail)  
Melanie K. Sharp, Esquire (by hand and electronic mail)  
Mark A. Pals, Esquire (via electronic mail)