IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ARIAD PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 06-259-KAJ ) ) ) ) ) ) |

### ORDER

Oral argument on defendant's motion to dismiss (D. I. 13) the above-captioned action will be heard on **August 21, 2006** beginning at 9:30 a.m. and concluding at 10:30 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

July 25, 2006
Wilmington, Delaware