IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | C.A. No. 06-259-KAJ |
| ARIAD PHARMACEUTICALS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT ARIAD PHARMACEUTICALS, INC.'S MOTION TO STAY DISCOVERY PENDING ADJUDICATION OF ITS MOTION TO DISMISS**

Pursuant to Rules 26(c) and (d) of the Federal Rules of Civil Procedure, Defendant ARIAD Pharmaceuticals, Inc. ("ARIAD"), through its undersigned counsel of record, moves to stay discovery in the above-captioned matter pending adjudication of ARIAD's Motion to Dismiss for Lack of Subject Matter Jurisdiction, Failure to State a Claim, and Failure to Join Indispensable Parties.

As set forth more fully in the accompanying Opening Brief in support of this Motion, a stay of discovery pending adjudication of its Motion to Dismiss is warranted because ARIAD has shown good cause for such an order. ARIAD has met and conferred with Plaintiffs in good faith in an effort to resolve the dispute without court action, as required by Rule 26(c) and Local Rule 7.1.1.

This Motion is based on the accompanying Opening Brief and Declaration of Elizabeth L. Rosenblatt filed concurrently herewith, the Motion to Dismiss, and any argument or evidence that may be submitted to the Court.

          ASHBY & GEDDES

          */s/ Steven J. Balick*

          Steven J. Balick (I.D. #2114)
          John G. Day (I.D. #2403)
          Tiffany Geyer Lydon (I.D. #3950)
          222 Delaware Avenue, 17th Floor
          P.O. Box 1150
          Wilmington, DE 19899
          Telephone: (302) 654-1888
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com
          tlydon@ashby-geddes.com

          *Counsel for Defendant*
          *ARIAD Pharmaceuticals, Inc.*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010

Dated: August 7, 2006
171896.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, </br></br>　　　　　　Plaintiffs,</br>　　v.</br></br>ARIAD PHARMACEUTICALS, INC.,</br></br>　　　　　　Defendant. | C.A. No. 06-259-KAJ |

## ORDER

This _____ day of _____, 2006, the Court having considered **Defendant ARIAD Pharmaceuticals, Inc.'s Motion To Stay Discovery Pending Adjudication Of Its Motion To Dismiss**, and the Court, after considering the positions of the parties, having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that the foregoing motion is granted, and that all discovery activity in this action is stayed pending resolution of ARIAD's Motion to Dismiss for Lack of Subject Matter Jurisdiction, Failure to State a Claim, and Failure to Join Indispensable Parties (D.I. 13) (the "Motion to Dismiss"). In the event that the Motion to Dismiss is denied, defendant's responses to any discovery requests served prior to the entry of the stay shall be due on a date agreed upon by the parties or ordered by the Court.

_____
United States District Judge

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel for the parties have discussed the subject matter of the attached motion, but that no agreement could be reached.

/s/ *Steven J. Balick*
_____
Steven J. Balick

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2006, the attached **DEFENDANT ARIAD PHARMACEUTICALS, INC.'S MOTION TO STAY DISCOVERY PENDING ADJUDICATION OF ITS MOTION TO DISMISS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | HAND DELIVERY |
| Marcus E. Sernel, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636 | VIA ELECTRONIC MAIL |
| J. Drew Diamond, Esquire<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5800 | VIA ELECTRONIC MAIL |

*/s/ Steven J. Balick*

Steven J. Balick