IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ARIAD PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 06-259-KAJ ) ) ) ) ) ) |

### ORDER

At Wilmington, this 10th day of August, 2006,

IT IS HEREBY ORDERED that the oral argument on defendant's motion to dismiss (D. I. 13) presently scheduled for **August 21, 2006** at 9:30 a.m. is hereby rescheduled to **September 11, 2006, beginning at 2:00 p.m.** and concluding at 3:00 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE