IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC.,<br><br>Defendant. | C.A. No. 06-259-KAJ |

### SUPPLEMENTAL DECLARATION OF ELIZABETH L. ROSENBLATT

I, Elizabeth L. Rosenblatt, declare as follows:

1. I am an attorney at Irell & Manella LLP, outside counsel for ARIAD Pharmaceuticals, Inc. ("ARIAD") in connection with this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I make this supplemental declaration in support of ARIAD's Reply Brief in Support of its Motion to Stay Discovery Pending Adjudication of Its Motion to Dismiss.

2. Attached hereto as Exhibit D is a true and correct copy of a July 31, 2006 e-mail from Plaintiffs' outside counsel Marc Sernel to me, in which Mr. Sernel requests that we meet and confer regarding ARIAD's request to stay discovery on a later date than the date I had proposed.

Executed on August 15, 2006, at Los Angeles, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Elizabeth L. Rosenblatt

1551078

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2006, the attached **SUPPLEMENTAL DECLARATION OF ELIZABETH L. ROSENBLATT** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | HAND DELIVERY |
| Marcus E. Sernel, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601-6636 | VIA FEDERAL EXPRESS |
| J. Drew Diamond, Esquire<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA  90017-5800 | VIA FEDERAL EXPRESS |

*/s/ Steven J. Balick*
_____
Steven J. Balick

# Exhibit D

**Rosenblatt, Betsy**

| | |
|---|---|
| **From:** | Marc Sernel [msernel@kirkland.com] |
| **Sent:** | Monday, July 31, 2006 4:04 PM |
| **To:** | Rosenblatt, Betsy |
| **Cc:** | Gindler, David; mpals@kirkland.com; SBalick |
| **Subject:** | Re: Amgen v. ARIAD |
| **Attachments:** | Protective Order.doc; DVComparison_IMANAGE_1542575_1-Protective Order redline (2).DOC |

Betsy,

I am tied up on other matters tomorrow (Tuesday), but am free on Wednesday morning for a conference call to discuss the protective order issue. We are also trying to get through the cases you sent along with respect to your renewed pursuit of a stay, and might be in a position to discuss these on Wednesday as well. Please let me know what time works for you on Wednesday.

Thanks -- Marc

"Rosenblatt, Betsy" <BRosenblatt@irell.com>

07/28/2006 07:06 PM

To   msernel@kirkland.com
cc   mpals@kirkland.com, "SBalick" <SBalick@ashby-geddes.com>, "Gindler, David" <DGindler@irell.com>
Subject   Amgen v. ARIAD

Marc: Attached is ARIAD's proposed Protective Order. I am attaching a clean copy along with a redline comparing it to the proposal that you sent.

I look forward to speaking with you.
-Betsy
<<Protective Order.doc>> <<DVComparison_IMANAGE_1542575_1-Protective Order redline.DOC>>

ccmailg.irell.com made the following annotations-------------------------------------------------------
---PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you. ----
--------------------------------------------------------------------

***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of

8/15/2006

```
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************
```

8/15/2006