# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801
P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE  19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302.571.6681
DIRECT FAX:  302.576.3333
msharp@ycst.com

LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
KRISTEN R. SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

August 31, 2006

**BY E-FILE**
The Honorable Kent A. Jordan
United States District Court of Delaware
844 North King Street
Lock Box 10
Wilmington, DE  19801

      Re:    Amgen, Inc. et al. v. ARIAD Pharmaceuticals, Inc.
              C.A. No.: 06-259 (KAJ)

Dear Judge Jordan:

      Plaintiffs (collectively referred to as "Amgen") file this letter in response to ARIAD's August 30, 2006 letter asking this Court to order Amgen to disclose certain facts in advance of the oral argument on ARIAD's motion to dismiss, which is currently scheduled for September 11, 2006.

      As an initial matter, it is important to point out that Amgen never intended to put forth new evidence to bolster Amgen's case of reasonable apprehension of an ARIAD patent infringement lawsuit. Amgen has already put forth all of its evidence to support its position, and no new evidence is needed. The facts to which Amgen referred in its July 21 letter to the Court related to impeachment material, *i.e.* material that calls into question the new explanations that were provided by ARIAD in declarations that were filed with its reply brief.

      Furthermore, ARIAD's current request is inconsistent with the procedure to which the parties agreed and that this Court adopted. Amgen notified the Court on July 21st that ARIAD's reply in support of its motion to dismiss inappropriately included new arguments and evidence, including three new declarations. (D.I. 39) To respond to these new materials, Amgen asked that it be allowed to either file a sur-reply or, in the alternative, to address the new

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Kent A. Jordan
August 31, 2006
Page 2

arguments and evidence at oral argument. (D.I. 39) ARIAD responded on July 25th, advising the Court that it was agreeable to either approach -- without mentioning, or conditioning its agreement on, any demand that Amgen provide a "preview" of how it would respond at oral argument. (D.I. 40) That same day, the Court set the matter for oral argument, as ARIAD had specifically indicated was acceptable to it. (D.I. 41) Now apparently ARIAD has changed course and would have preferred Amgen to file a sur-reply so as to have this evidence before the hearing.

While Amgen believes it is on solid footing with respect to the principle of presenting impeaching facts for the first time at the hearing, in an effort to resolve this dispute Amgen provides the evidence to ARIAD and the Court. Amgen thus attaches two exhibits to this letter: (1) an April 21, 2006 email from ARIAD litigation counsel Leora Ben-Ami to Amgen Senior Counsel; and (2) the docket from the case of *Amgen Inc. v. F. Hoffman-La Roche LTD et al*, Case No. 1:05-cv-12237. Each of these documents calls into question the veracity of the reply declaration provided by ARIAD litigation counsel Patricia Carson, who the Court will recall made two comments indicating that Amgen and/or its product Enbrel were next on ARIAD's list of litigation targets:

- In her declaration, Ms. Carson contended that she can "unequivocally" state she never said that ARIAD would sue Amgen with respect to ENBREL because "any such statement would have raised serious ethical issues" given an (apparently) obvious conflict associated with Wyeth, a company that co-promotes ENBREL with Amgen. (Carson Decl. at ¶ 6). But Ms. Carson's declaration is inconsistent with the position Ms. Carson's law firm took with respect to this conflict, as it was only after Amgen filed suit and Ms. Carson's firm (Kaye Scholer) conferred with Wyeth about the suit that Ms. Carson's firm stepped aside in this case. Indeed, the e-mail attached as Exhibit 1 to this letter, from Ms. Carson's partner, Leora Ben-Ami, to Amgen in-house counsel Siegmund Gutman, sent on the day after Amgen filed this lawsuit, confirms that Kaye Scholer anticipated handling this case against Amgen. (*See* Ex. 1). Thus, the reasoning Ms. Carson provided as to why she would not have made the statement as to Amgen's ENBREL being on its "list" is not credible.

- With respect to Ms. Carson's statement regarding Amgen and litigation -- stating during a break at the *Lilly* trial that "Amgen is next" -- she does not dispute in her declaration that she would have made such a statement, but contends that it related to a separate litigation. While it is already hard to imagine why Ms. Carson would be referencing other litigation during a break in the *Lilly* trial when none of the persons toward which her comments were directed were involved with this other litigation, other facts independently raise further questions regarding her story. Ms. Carson now contends that she was referring to an "upcoming hearing" between Hoffman-La Roche and Amgen in Boston when she made the comment. But the comment (that Ms. Carson does not deny making) was made during the week of April 11-14 --

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Kent A. Jordan
August 31, 2006
Page 3

the week *before* the hearing date in the *Hoffman-La Roche* case was even set. (Ex. 2, 4/19/06 Order setting hearing date.) Thus, once again, Ms. Carson's contention in her declaration is inconsistent with the facts.

Amgen believes that by providing this evidence to ARIAD and the Court, the issues raised in ARIAD's letter of August 30 should be moot. Of course Amgen would be opposed to any attempt by ARIAD to change course yet again and add even more new evidence to the record in advance of or at the hearing, and thus hopes the back and forth has now ended such that the Court has a complete record upon which to consider oral argument on September 11. Amgen looks forward to presenting its oral argument on that date.

Respectfully,

Melanie K. Sharp (Bar ID No. 2501)

MKS:mg

cc:   Clerk of the Court (by hand delivery)
      Steven J. Balick, Esquire (by hand delivery and electronic mail)
      David I Gindler, Esquire (by electronic mail)
      Mark S. Pals, Esquire (by electronic mail)

# Exhibit 1

Case 1:06-cv-00259-MPT   Document 64   Filed 08/31/2006   Page 4 of 9

**Sharp, Melanie**

**From:** LBenAmi@kayescholer.com
**Sent:** Friday, April 21, 2006 3:59 PM
**To:** sgutman@amgen.com
**Subject:** thanks

now I can pay for my kids to get PhDs!

\*   \*   \*   \*

```
IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulati
```

# Exhibit 2

Walker, Lindsey N.
_____

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Wednesday, April 19, 2006 12:16 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:05-cv-12237-WGY Amgen Inc. v. F. Hoffmann-LaRoche LTD et al "Notice of Hearing on Motion"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Smith, Bonnie entered on 4/19/2006 at 12:15 PM EDT and filed on 4/19/2006
**Case Name:**      Amgen Inc. v. F. Hoffmann-LaRoche LTD et al
**Case Number:**    1:05-cv-12237
**Filer:**
**Document Number:**

**Docket Text:**
ELECTRONIC NOTICE of Hearing on Motion [41] MOTION to Dismiss for Lack of Jurisdiction, [44] MOTION to Dismiss *for Lack of Subject Matter Jurisdiction and Failure to State a Claim*, [16] MOTION to Intervene, [38] MOTION to Dismiss for Lack of Jurisdiction: Motion Hearing set for 5/10/2006 02:00 PM in Courtroom 18 before Judge William G. Young. Oppositions to the Motions to Dismiss are due by 4/25/06. Reply, if any, is due by 5/1/06. cc/cl (Smith, Bonnie)

The following document(s) are associated with this transaction:

**1:05-cv-12237 Notice will be electronically mailed to:**

Leora Ben-Ami     lbenami@kayescholer.com

Michael F. Borun    MBorun@marshallip.com

Lee C. Bromberg     lbromberg@bromsun.com, jcreedon@bromsun.com

Patricia A. Carson    pcarson@kayescholer.com

Lloyd R. Day , Jr    daylr@daycasebeer.com

David L. Ferrera    dferrera@nutter.com, jberry@nutter.com

Thomas F. Fleming    tfleming@kayescholer.com, maodma@kayescholer.com

4/19/2006

Kevin M Flowers    KFlowers@marshallip.com, scollazo@marshallip.com; dgerou@marshallip.com

Michael R. Gottfried !    mrgottfried@duanemorris.com, vlweeks@duanemorris.com; lnwalker@duanemorris.com

Julia Huston    jhuston@bromsun.com, chiggins@bromsun.com

Michelle Chassereau Jackson    mjackson@nutter.com

Matthew C. Nielsen    MNielsen@marshallip.com, mkipley@marshallip.com

Sandip H. Patel    SPatel@marshallip.com

Thomas I. Ross    tross@marshallip.com

Linda Sasaki-Baxley    lbaxley@daycasebeer.com

Howard Suh    hsuh@kayescholer.com, maodma@kayescholer.com

Keith E. Toms    ktoms@broms!un.com, kreed@bromsun.com

**1:05-cv-12237 Notice will not be electronically mailed to:**

D. Dennis Allegretti
Duane Morris LLP
470 Atlantic Avenue
Suite 500
Boston, MA 02110-2600

Michael F. Borun
Marshall, O'Toole, Gerstein, Murray & Borun
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6402

Renee DuBord Brown
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Krista M. Carter
Day Casebeer Madrid & Batchelder, LLC
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Deborah E. Fishman
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.

4/19/2006

Suite 400
Cupertino, CA 95014

William Gaede, III
McDermott, Will & Emery
3150 Porter Drive
! Palo Alto, CA 94304

David M. Madrid
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Mario Moore
Day Casebeer Madrid & Batchelder
Suite 400
20300 Stevens Creek Blvd
Cupertino, CA 95014

4/19/2006