# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 5, 2006

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, Delaware 19801

<u>VIA ELECTRONIC FILING</u>

Re:   *Amgen et al v. ARIAD Pharmaceuticals, Inc.*,
      C.A. No. 06-259-KAJ

Dear Judge Jordan:

    We are writing to advise Your Honor of a development that arose after the conclusion of briefing on ARIAD's Motion to Dismiss.  In its Opening Memorandum of Law, ARIAD mentioned that the '516 patent is involved in a reexamination proceeding before the Patent and Trademark Office (D.I. 14 at p.1, n.1).  After the completion of briefing on ARIAD's Motion to Dismiss, the PTO issued an office action rejecting 160 of the '516 patent's 203 claims.  We have enclosed a copy of the office action for the Court's convenience.

                    Respectfully,

                    */s/ Steven J. Balick*

                    Steven J. Balick

SJB/dmf
Attachment
172740.1

cc:   Elizabeth L. Rosenblatt, Esquire (via electronic mail; w/attachment)
      Melanie K. Sharp, Esquire (by hand and via electronic mail; w/attachment)
      Mark A. Pals, Esquire (via electronic mail; w/attachment)
      Drew Diamond, Esquire (via electronic mail; w/attachment)

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,503 | 04/04/2005 | 6410516 | 74753/JPW/GJG | 5583 |

90/007828

23432        7590        08/02/2006

COOPER & DUNHAM, LLP
1185 AVENUE OF THE AMERICAS
NEW YORK, NY   10036

| EXAMINER |
|---|
| Celsa, Bennett |

| ART.UNIT | PAPER NUMBER |
|---|---|
| 3991 | |

DATE MAILED: 08/02/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

| **Office Action in Ex Parte Reexamination** | Control No.<br>90/007,828     90/007,583 | Patent Under Reexamination<br>6410516 |
|---|---|---|
| | Examiner<br>Bennett Celsa | Art Unit<br>3991 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a ☒ Responsive to the communication(s) filed on <u>04 May 2006</u> .     b ☐ This action is made FINAL.

c ☒ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>two</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

**Part I     THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.     3. ☐ Interview Summary, PTO-474.

2. ☒ Information Disclosure Statement, PTO-1449.     4. ☐ _____.

**Part II     SUMMARY OF ACTION**

1a. ☒ Claims *1-203* are subject to reexamination.

1b. ☐ Claims _____ are not subject to reexamination.

2. ☐ Claims _____ have been canceled in the present reexamination proceeding.

3. ☒ Claims *19,44-46,52,101-103,108,111-113,118,121-123,130-132,141-143,151-153,161-163,169-171,179-181,187-191,194-196 and 202* are patentable and/or confirmed.

4. ☒ Claims *1-18,20-43,47-51,53-100,104-107,109,110,114-117,119,120,124-129,133-140,144-150,154-160,164-168,172-178,182-186,192,193, 197-201and 203* are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ The drawings, filed on _____ are acceptable.

7. ☐ The proposed drawing correction, filed on _____ has been (7a)☐ approved (7b)☐ disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some*  c)☐ None     of the certified copies have

    1☐ been received.

    2☐ not been received.

    3☐ been filed in Application No. _____ .

    4☐ been filed in reexamination Control No. _____ .

    5☐ been received by the International Bureau in PCT application No. _____ .

    * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10. ☐ Other: _____

cc: Requester (if third party requester)



Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Dr. Raj Bawa

Bawa Biotechnology Consulting, LLC

21005 Starflower Way

Ashburn, VA 20147

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/007,828*.

PATENT NO. *6410516*.

ART UNIT *3991*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Grantland G. Drutchas

MCDONNELL BOEHNEN HULBERT & BERGHOFF

300 S. Wacker Drive, Suite 3100

Chicago, IL 60606

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/007,503*.

PATENT NO. *6410516*.

ART UNIT *3991*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

## DETAILED ACTION: *Reexamination:*

### *First Office Action In Merged '7503 and '7828 Proceedings.*

### *Procedural Posture:*

1. U.S. Patent No. 6,410,516 issued on June 25, 2002.

2. A request for reexamination, assigned control No. 90/007,503, was filed by a third party requester on April 4, 2005. Reexamination was ordered for the '7503 proceeding on June 8, 2005.

3. A request for reexamination, assigned control No. 90/007,828, was filed by a third party requester on December 2, 2005. Reexamination was ordered for the '7828 proceeding on December 12, 2005.

4. No Patent Owner's Statement was received in either reexamination.

5. No Office action has been issued in either reexamination.

6. Reexams 90/007,503 and 90/007,828 were merged on May 4, 2006.

### *Status of the Claims*

U.S. Patent 6,410,516 claims 1-203 are subject to reexamination.

### Ongoing Duty to Disclose

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. 6,410,516 throughout the course of this reexamination proceeding. The third party requesters are also reminded of the ability to similarly apprise the Office of any such activity or proceeding throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286.

### *Information Disclosure Statement (IDS)*

It is noted that the present proceedings contain more than 1,000 documents submitted in several separate IDS's. It is noted that:

Application/Control Number: 90/007,503; 90/007,828                                      Page 3
Art Unit: 3991

　　　　Once the minimum requirements of 37 CFR 1.97 and 37 CFR 1.98 are met, the examiner has an obligation

to consider the information. It is to be noted, however, that consideration by the examiner of the information

submitted in an IDS will be considered  in the same manner as other documents in Office search files are

considered by the examiner while conducting a search of the prior art in a proper field of search. See MPEP

609, at page 600-125, Revision 2, May 2004.  The initials of the examiner placed adjacent to the citations on the

PTO-1449 or PTO/SB/08A and 08B or its equivalent mean that the information has been considered by the examiner

to the extent noted above.  If there is a reference of particular relevance, the patentee is required to point out the

document and its relevance to the Examiner.

## *Priority*

　　　　Application 08/464,364 (filed 6/5/95) issued US Pat. No. 6,410,516 (Baltimore
patent) is:

-A DIV of 08/418,266 (filed 4/6/95) issued as US Pat. No. 5,804,374
which is a CON of 07/791,898 (filed 11/13/91) (ABN: 5/16/95);
which is a CIP of 06/946,365 (filed 12/24/86) (ABN:3/24/92)
AND:
-a CIP of 07/341,436 filed 04/21/1989 (ABN: 4/3/92)
-a CIP of 07/280,173 filed 12/05/1988 (ABN: 3/24/92)
-a CIP of 07/318,901 filed 03/03/1989(ABN: 12/12/91)
- a CIP of 07/162,680 filed 03/01/1988 (ABN:8/30/90)
 -a CIP of 07/155,207 filed 02/12/1988 (ABN:7/26/90)
- a CIP of 06/817,441 filed 01/09/1986 (ABN:1/13/89)

　　　　For purposes of 35 USC 120 priority, the above-identified CIP applications (e.g.

original specification and original claims) fail to adequately describe and/or enable the

methods of claims 1-203 of the instant Baltimore Patent claims subject to

reexamination. See MPEP 2258. Accordingly, **claims 1-203**, the reexamination patent

claims are entitled to the filing date **11/13/91** of continuation application 07/791,898 for

purposes of prior art. Every claim of the '516 patent (1-203) recites at least one of the

following features which the pre-1991 applications fail to disclose:

a. an amino acid or nucleic acid sequence corresponding to NF-κB;

Application/Control Number: 90/007,503; 90/007,828                              Page 4
Art Unit: 3991

b. support for the Baltimore patent claim limitations including (but not limited to):

    -"reducing NF-κB activity" in a cell (e.g. especially mammalian/eukaryotic) and/or
an enabling means thereof  (e.g. administering a NF-κB inhibitor) to effect
various functions (e.g. inhibit expression generally, reduce cytokine expression
etc.) as *required in all the claims*;

    -"reduce binding of NF-κB to NF-κB recognition sites on genes which are
transcriptionally regulated by NF-κB" (e.g., claims 25, 36, 47, 69, 80, 93, 144,
154 and 182);

    -"inhibiting modification of an IκB protein, which modification otherwise reduces
IκB binding to NF-κB" (e.g., claims 22, 33, and 44);

    -"inhibiting degradation of an IκB protein" (e.g., claims 23, 34, and 45);

    -"inhibiting dissociation of NF-κB:IκB complexes" (e.g., claims 24, 35, and 46).

Regarding claim 203 directed to nucleic acid decoy molecules, the first appearance of
any claims or disclosure relating to nucleic acid decoy molecules occurred in U.S.
Patent Appl. 07/341,436 (filed April 21, 1989).  However, the 07/341,436 specification
(at page 29, lines 9-14) and 07/341,436 original claim 18 provide support and
enablement only for the use of "decoy" molecules for inhibiting expression in a cell, as in
cell culture, and NOT for *in vivo* use in *mammalian cells* as encompassed by the instant
claim. This is true since there is no disclosed support in the 07/341,436 for DNA delivery
or transfection of nucleic acid decoys for NF-κB inhibition in mammalian cells as
required in the instant claims; nor are there any disclosed sequences of nucleic acid
decoy molecules for *in vivo* use. The only experimental data correlating NF-κB with a

Application/Control Number: 90/007,503; 90/007,828   Page 5
Art Unit: 3991

biological result demonstrates NF-κB's ability to activate or increase gene expression. See instant patent, Example 15, Col. 73-81. It is noted that the written description requirement is satisfied only by describing the actual invention, and not that which makes it obvious. *Lockwood v. American Airlines, Inc.* 107 F.3d 1565, 1572. 41 USPQ2d 1961, 1968 (Fed. Cir. 1997).

Both 3rd Party requesters argue that the instant patent claims should be afforded the priority of the 08/464,364 (filed 6/5/95) since the newly introduced claims therein constitute new matter or lack written description under 35 USC 112, first paragraph.

The requester's proposed effective filing date of March 27, 1995 is not adopted. It is noted that, although a reexamination proceeding provides a complete reexamination of the patent claims on the basis of prior art patents and printed publications, issues relating to 35 U.S.C. 112 are addressed only with respect to new claims or amendatory subject matter in the specification, claims or drawings during the reexamination proceeding. See 37 CFR 1.552;MPEP 2258 (Scope of Ex Parte Reexamination). In the reexamination context, effective filing date priority of patented claims to continuation or divisional applications that do not contain new matter is presumed valid.

### Prior Court Proceedings and Substantial New Question of Patentability

When the initial question as to whether the prior art raises a substantial new question of patentability as to a patent claim is under consideration, the existence of a final court decision of claim validity in view of the same or different prior art does not necessarily mean that no new question is present, because of the different standards of proof employed by the Federal District Courts and the Office. While the Office may

accord deference to factual findings made by the district court, the determination of

whether a substantial new question of patentability exists will be made independently of

the court's decision on validity, because it is not controlling on the Office. MPEP 2242.

### *Unsuccessful Assertions of a Substantial New Question of Patentability*

**1. The 90/007,503 Request**:  On pages 50-52 of the '7503 request, under the heading

"Additional Compounds", the requester points the Examiner to an NF-κB org website

which lists additional compounds which are reported to inhibit NF-κB including aspirin,

sulindac, gold compounds, tea, turmeric and garlic to which references were cited

without any indication of the relevant document portions or how these documents were

to be applied to the instant claims.  A proper request for reexamination must include:

(1) A statement pointing out each substantial new question of patentability based on

prior patents and printed publications; and  (2) An identification of every claim for which

reexamination is requested, and a detailed explanation of the pertinency and manner of

applying the cited prior art to every claim for which reexamination is requested. 37

C.F.R. 1.510 (b)(1)(2); 35 U.S.C. 302; MPEP 2214.   Accordingly, the '7503 request

regarding "Additional Compounds" fails to raise a substantial new question of

patentability since the requester fails to specifically recite the substantial new question

of patentability by providing a detailed explanation of the pertinency and manner of

applying the cited prior art to every claim requested for reexamination.

**2. The 90/007,828 Request**:  Upon reconsideration of the Order Granting *Ex Parte*

Reexamination mailed on December 12, 2005 (hereinafter the Order), it is determined

that certain of the grounds upon which substantial new questions of patentability

(SNQs) were found to exist are not proper grounds. Specifically, the '516 patent derives

35 U.S.C. § 120 benefit as being a division of application No. 08/ 418,266 (now U.S.

patent No. 5,804,374), which in turn was a continuation of abandoned application

07/791,898, filed November 13, 1999.  Since the patent being reexamined claims

benefit of prior patents and/or applications that are directly related to the patent being

reexamined as continuations and/or divisions, without intervening patents or

applications that are continuations-in-part, the patent claims being reexamined are

entitled to the presumption that examiner considered the question of entitlement to the

Section 120 benefit claims during the examination of the '516 patent for purposes of this

reexamination.  Accordingly, the question of such entitlement does not raise a SNQ for

purposes of the present *ex parte* reexamination proceeding, and any statement to that

effect in the December 12, 2005 Order is hereby expressly withdrawn.  Therefore, the

action that follows will not contain any discussion of *prior art documents* dated

subsequent to November 13, 1991 including:

1. *Tanaka* et al. *Nucleic Acids Res.* 22:3069 (1994);

2. *Eck* et al. Mol. *Cell. Biol.* 6530 (1993);

3. *Schreck* et al. *J. Exp. Med.* 175:1181 (May 1992).

and will not apply such documents under 35 U.S.C. 102 or 35 U.S.C. 103.

## The 6,410,516 Patented Invention:

The Baltimore patent claims are directed to methods of reducing or otherwise

modifying the naturally occurring transcription factor NF-κB activity in cells affecting

gene expression. Claim 1 is illustrative:

Application/Control Number: 90/007,503; 90/007,828    Page 8
Art Unit: 3991

*1. A method of inhibiting expression, in a eukaryotic cell, of a gene whose transcription is regulated by NF-κB, the method comprising reducing NF-κB activity in the cell such that the expression of said gene is inhibited.*

### Claim Interpretation

Initially, it is noted that The USPTO must give claims their broadest reasonable interpretation, in light of and consistent with the written description of the invention in the application. See *In re Donaldson Co.*, 16 F.3d 1189, 29 USPQ2d 1845 (Fed. Cir. 1994). With respect to claim 1 it is noted that the sole method step is functional i.e. reducing NF-κB activity. Accordingly, the claims would encompass any *in vitro* or *in vivo*, natural (indirect) or man-made (direct) means of reducing NF-κB activity. Indeed, most of the method steps recited in the Baltimore patent are purely functional with the exception of claim 7 and dependent claims 81, 83 and 85-87 which require "modifying NF-κB activity" (which are partially functional) and claim 203 which requires "introducing a nucleic acid decoy molecule into the cell" which requires an active step. The summary of the remaining reexamination claims provided in pages 12-15 of the '7503 request is herein incorporated by reference.

### Relevant Case law

"The discovery of a previously unappreciated property of a prior art composition, or of a scientific explanation for the prior art's functioning, does not render the old composition patentably new to the discoverer." *Atlas Powder Co. v. Ireco Inc.*, 190 F.3d 1342, 1347, 51 USPQ2d 1943, 1947 (Fed. Cir. 1999). Thus the claiming of a new use, new function or unknown property which is inherently present in the prior art does not necessarily make the claim patentable. *In re Best*, 562 F.2d 1252, 1254, 195 USPQ

Application/Control Number: 90/007,503, 90/007,828                    Page 9
Art Unit: 3991

430, 433 (CCPA 1977); *Ex parte Novitski*, 26 USPQ2d 1389 (Bd. Pat.App. & Inter.

1993); *In re Cruciferous Sprout Litigation*, 301 F3d. 1343, 64 USPQ2d 1202 (Fed. Cir.

2002); In *In re Crish*, 393 F.3d 1253, 1258, 73 USPQ2d 1364, 1368 (Fed. Cir. 2004).

Although, normally, only one reference should be used in making a rejection under 35

U.S.C. 102, a 35 U.S.C. 102 rejection over multiple references has been held to be

proper when the extra references are cited to show that a characteristic not disclosed in

the reference is inherent. See MPEP 2131.01. Once a reference's teaching is shown to

provide evidence or reasoning tending to show inherency, the burden shifts to Applicant

to show an unobvious difference. MPEP 2112 (V).

### *Claim Rejections - 35 USC § 102*

1.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless —
>
> (a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for a patent.
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.
> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

The changes made to 35 U.S.C. 102(e) by the American Inventors Protection Act

of 1999 (AIPA) and the Intellectual Property and High Technology Technical

Amendments Act of 2002 do not apply when the reference is a U.S. patent resulting

directly or indirectly from an international application filed before November 29, 2000.

Therefore, the prior art date of the reference is determined under 35 U.S.C. 102(e) prior

to the amendment by the AIPA (pre-AIPA 35 U.S.C. 102(e)).

### *Claim Rejections - 35 USC § 103*

2.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

## I. PROTEIN KINASE C INHIBITORS: (intervening prior art): *Express anticipation by Meichle or Shirakawa.*

3.    Claims 1-9, 11, 20-21, 25-29, 31, 32, 36-40, 42-43, 47-51, 53-54, 58-62, 64-65,

69-73, 75-76, 80-86, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193, and 197-201

are rejected under 35 U.S.C. 102(b) as anticipated by or, in the alternative, under 35

U.S.C. 103(a) as obvious over *Meichle* (J. Biol. Chem. 265 (5/90) 8339-43).

**Rejection Summary:** *Meichle* teaches the reduction of NF-κB activity in induced cells

using agents that inhibit protein kinase C.  In addition, because *Meichle* used the HIV

LTR in their experiments, this reference anticipates, or alternatively, makes obvious

claims drawn to regulating expression of viral genes.

       The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims

1 or 2) or mammalian cells (e.g. claim 11) to effect inhibited expression of a gene under

transcriptional control of NF-κB. For example, NF-κB activity can be effected by

diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit

associated gene (viral gene such as HIV: claims 1-4) expression of a cytokine

protein(claim 5) in a eukaryotic cell.

Application/Control Number: 90/007,503; 90/007,828                                    Page 11
Art Unit: 3991

Meichle analyzed various Protein Kinase C inhibitors and their effect on both PMA- (phorbol 12-myristate-13-acetate) and TNF- (tumor necrosis factor) induced NF-κB activity in eukaryotic Jurkat cells. Using an EMSA binding assay similar to that disclosed in the '516 patent, Meichle found that Protein Kinase C Inhibitor H8 reduced PMA-induced NF-κB activity in these cells (Fig. 3, lane 7). Other inhibitors also were shown to reduce NF-κB activity, including Protein Kinase C Inhibitor H7 (Fig. 2B, lanes 3. vs. 5) and Staurosporine (Fig. 2B, lanes 6 and 7).

Thus, Meichle teaches the use of Protein Kinase Inhibitor H8 (among others) to reduce NF-κB –mediated gene transcription by reducing NF-κB activity and reducing the binding of NF-κB to NF-κB binding sites. As such (and as shown in Exhibit G-2 of the 90/007,503 Request, hereby incorporated by reference) this reference expressly anticipates at least claims 1-2, 5-9, 20-21, 25-29, 31, 32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89 and 93-97.

Additionally, because Meichle used a genetic construct comprising HIV LTR and NF-κB binding site, Meichle rendered claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201 immediately envisaged (i.e. anticipated) or alternatively prima facie obvious in light of the fact that the HIV LTR promoter is responsible for regulating the expression of viral (HIV) genes. Therefore, it would have been immediately envisaged, or alternatively prima facie obvious, to regulate NF-κB activity as in Meichle in order to affect associated viral (e.g. HIV) gene expression.

4.      Claims 1-2, 5-9, 20-21, 25-29, 31, 32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76,

80-86, 88-89 and 93-97 are rejected under 35 U.S.C. 102(b) as anticipated by

*Shirakawa* (Mol. And Cell. Biol. 9 (6/89) 2424-30).

**Rejection Summary:** *Shirakawa* teaches reduction of NF-κB activity in induced cells

using agents that inhibit protein kinase C.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims

1 or 2) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under

transcriptional control of NF-κB. For example, NF-κB activity can be effected by

diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit

associated gene (claims 1-2) expression of a cytokine protein (claim 5) in a eukaryotic

cell.

Analogous to *Meichle* discussed *supra*, *Shirikawa* performed similar tests with

Protein Kinase C Inhibitor H8 on eukaryotic cells that had been induced with interleukin

1 (IL-1).  The authors first demonstrated that IL-1 acted to induce NF-κB activity in

70Z/3 cells as demonstrated by the EMSA binding and CAT reporter assays (p.2425

Fig. 1; p. 2426 Fig. 2).  The EMSA binding and CAT reporter assays then confirmed that

Protein Kinase Inhibitor H8 reduced NF-κB activity and reduced the resulting CAT gene

expression. More particularly, the treatment of cells with H8 using EMSA resulted in

"[t]he induction by IL-1 was abolished ..." (p. 2426, Fig. 2A, lane 5)"; and using CAT "IL-

1 induced κ immunoglobulin expression was markedly inhibited ..." (p. 2425). These

results were confirmed in a different cell line ("As was the case in 70Z/3 cells, NF-κB

activation was markedly inhibited by H8 in YT cells (Fig. 2B, lane 9)."

Thus, *Shirikawa* teaches the use of Protein Kinase Inhibitor H8 (among others) to reduce NF-κB –mediated gene transcription by reducing NF-κB activity and reducing the binding of NF-κB to NF-κB binding sites. As such (and as shown in *Exhibit G-2* of the 90/007,503 Request herein incorporated by reference) this reference expressly anticipates at least claims 1-2, 5-9, 20-21, 25-29, 31, 32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89 and 93-97.

## IIa. CYCLOSPORIN A (intervening prior art): *Express anticipation by Schmidt, Emmel and Brini*

5.      Claims 1-9, 11, 20-21, 25-29, 36-40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 are rejected under 35 U.S.C. 102(b) as being anticipated, or alternatively rendered obvious under § 103, over *Schmidt* et al., J. Virology 64:4037-4041  (August 1990). See MPEP 2131.01 (evidence of inherency).

**Rejection Summary:**  *Schmidt*  teaches administration of Cyclosporin A (CsA) to cells which substantially reduced NF-κB activity in those cells thus inhibiting expression of genes whose transcription is regulated by NF-κB activity.  In addition, these references all utilized the HIV LTR promoter in their experiments and demonstrated that CsA reduced the expression of viral genes.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1 or 2) or mammalian cells (e.g. claim 11) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit

associated gene (viral gene such as HIV: claims 1-4) expression of a cytokine

protein(claim 5) in a eukaryotic cell.

The *Schmidt* reference discloses that administration of Cyclosporin A (CsA)

reduces NF-κB in cells (e.g. Jurkat cells) and therefore must inherently reduce NF-κB-

regulated gene expression. In particular, *Schmidt* utilized the Electrophoretic Mobility

Shift Assay ("EMSA") disclosed in the '516 patent to measure NF-κB activity to

determine that "PHA-mediated induction of complexes binding to the kB enhancer was

completely abrogated by [1ug/ml] CsA (Fig. 1, lane 6; no B or A shifts) ....". See

*Schmidt* at 4038. These results were confirmed using an NF-κB CAT reporter assay as

described in the '516 patent, for example at Col. 17, line 66-Col. 18, line 23.

Thus, *Schmidt* showed that Cyclosporin A reduced PHA-induced NF-κB activity

and, therefore, reduced the expression of a gene (CAT) that was regulated by NF-κB.

Accordingly, *Schmidt* described the use of Cyclosporin A at concentrations that reduce

NF-κB activity and reduce NF-κB regulated gene expression. As such, and as shown in

more detail in *Exhibit G-1* of the 90/007,503 Request (herein incorporated by reference),

the *Schmidt* reference expressly anticipates at least claims 1-2, 5-9, 20-21, 25-29, 36-

40, 53-54, 58-62, 64-65, 69-73, 75-76, 80- 86, 88-89, and 93-97 of the '516 patent.

Since *Schmidt* used the HIV LTR gene, *Schmidt* demonstrated that CsA reduced

viral gene expression thereby anticipating instant claims 3, 4, 11, 42-43, 47-51, 106-

107, 109-110, 114-117, 192-193 and 197-201. Additionally, use of the HIV LTR gene

by *Schmidt* renders instant claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117,

192-193 and 197-201 immediately envisaged, or alternatively, *prima facie* obvious in

light of the fact that HIV LTR is responsible for regulating the expression of viral (HIV)

genes. Therefore, it would have anticipated, or alternatively *prima facie* obvious, to

regulate NF-κB activity as in *Schmidt* in order to affect associated viral (e.g. HIV) gene

expression.

6.      Claims 1-9, 11, 20-21, 25-29, 36-40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73,

75-76, 80-86, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 are

rejected under 35 U.S.C. 102(b) as being anticipated, or alternatively rendered obvious

under § 103, by *Emmel* et al., Science, 246 (Dec. 1989):1617-20 See MPEP 2131.01.

**Rejection Summary:** *Emmel* teaches administration of Cyclosporin A (CsA) to cells

which substantially reduced NF-κB activity in those cells thus inhibiting expression of

genes whose transcription is regulated by NF-κB activity. In addition, these references

all utilized the HIV LTR promoter in their experiments and demonstrated that CsA

reduced the expression of viral genes.

        The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims

1 or 2) or mammalian cells (e.g. claim 11) to effect inhibited expression of a gene under

transcriptional control of NF-κB. For example, NF-κB activity can be effected by

diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit

associated gene (viral gene such as HIV: claims 1-4) expression of a cytokine protein

(claim 5) in a eukaryotic cell.

        Similar to the *Schmidt* reference discussed above, the *Emmel* reference

discloses that administration of Cyclosporin A (CsA) reduces NF-κB in cells (e.g.

eukaryotic Jurkat cells) that inherently reduces NF-κB-regulated gene expression.

Like *Schmidt*, *Emmel* described the effects of CsA on Jurkat cells that were

induced with PHA and PMA and CsA was shown (Fig. 3, .01-1ug/ml) to reduce NF-κB

binding activity.  In the CAT reporter assay, cells were transfected with a CAT reporter

gene that was engineered to be regulated by HIV LTR gene, i.e. the gene had an NF-κB

binding site incorporated into its regulatory region.  As shown in Fig. 2D, CsA

significantly reduced NF-κB activity thereby reducing the NF-κB-mediated expression of

CAT.  Additionally, as shown in Figure 3, 0.01-1ug/ml (10-10000 ng/ml) CsA was found

to reduce NF-κB binding activity. Thus, *Emmel* described the use of CsA at

concentrations that reduce NF-κB activity and reduce NF-κB regulated gene

expression, and as such, and as shown in more detail in *Exhibit G-1* of the 90/007,503

Request (incorporated by reference), the *Emmel* reference expressly anticipates at least

claims 1-2, 5-9, 20-21, 25-29, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80- 86, 88-89,

and 93-97 of the '516 patent.

Since *Emmel* used the HIV LTR gene, *Emmel* demonstrated that Cyclosporin A

reduced viral gene expression thereby anticipating claims 3, 4, 11, 42-43, 47-51, 106-

107, 109-110, 114-117, 192-193 and 197-201.  Additionally, *Emmel's* use of the HIV

LTR gene  renders instant claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117,

192-193 and 197-201 immediately envisaged, or alternatively, *prima facie* obvious since

HIV LTR is responsible for regulating the expression of viral (HIV) genes.  Therefore, it

would have been anticipated, or alternatively *prima facie* obvious, to regulate NF-κB

activity as in *Emmel* in order to affect associated viral (e.g. HIV) gene expression.

7.      Claims 1-9, 11, 20-21, 25-29, 36-40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73,

75-76, 80-86, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 are

rejected under 35 U.S.C. 102(b) as being anticipated, or alternatively rendered obvious

under § 103 by *Brini* Eur. Cytokine Net.  1: 131-139 (Sept. 1990).

**Rejection Summary:**   *Brini* teaches administration of Cyclosporin A (CsA) to cells

which substantially reduced NF-κB activity in those cells thus inhibiting expression of

genes whose transcription is regulated by NF-κB activity.  In addition, these references

all utilized the HIV LTR promoter in their experiments and demonstrated that CsA

reduced the expression of viral genes.

        The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims

1 or 2) or mammalian cells (e.g. claim 11) to effect inhibited expression of a gene under

transcriptional control of NF-κB. For example, NF-κB activity can be effected by

diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit

associated gene (viral gene such as HIV: claims 1-4) expression of a cytokine

protein(claim 5) in a eukaryotic cell.

        The *Brini* reference discloses that administration of Cyclosporin A (CsA) reduces

NF-κB in cells (e.g. T-cells) that inherently reduces NF-κB-regulated gene expression.

        Particularly, *Brini* disclosed the use of 1 ug/ml CsA in human PBM (peripheral

blood T-lymphocytes) that had been induced with PHA. *Brini* assessed NF-κB activity in

an EMSA binding assay (Fig. 5) using the same HIV-1 LTR gene site used in the '516

patent to assess NF-κB activity and binding (see '516 patent, columns 17-18). *Brini'*

concluded that "CsA reduced the PHA-induced binding of transactivating factors from T-

Application/Control Number: 90/007,503; 90/007,828    Page 18
Art Unit: 3991

cells and κB-like sequences which are present in the IL-2R alpha gene and in the HIV-1

LTR gene (Figures 3 and 4)". See *Brini* at page 137. Additionally, *Brini* reported the

effects of CsA on expression levels of IL-2 Receptor-alpha (*Brini* at page 131 Abstract)

which is taught by the '516 patent to be regulated by PHA-induced NF-κB activity in T-

cells. See '516 patent, col. 17, lines 21-24 ("NF-κB is induced in T-cells by a trans-

activator (tax) of HTLV-1 or by PMA/PHA treatment and thereby activates the IL-2

receptor alpha gene and possibly the IL-2 gene"). Thus, *Brini* described the use of CsA

at concentrations that reduce NF-κB activity and reduce NF-κB regulated gene

expression and as such, and as shown in more detail in *Exhibit G-1* of the 90/007,503

Request (incorporated by reference), the Emmel reference expressly anticipates at least

claims 1-2, 5-9, 20-21, 25-29, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80- 86, 88-89,

and 93-97 of the '516 patent.

Additionally, since *Brini* used the HIV LTR gene, *Brini* demonstrated that

Cyclosporin A reduced viral gene expression thereby anticipating claims 3, 4, 11, 42-43,

47-51, 106-107, 109-110, 114-117, 192-193 and 197-201. Additionally, *Brini's* use of

HIV LTR renders instant claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-

193 and 197-201, immediately envisaged, or alternatively, *prima facie* obvious since

HIV LTR is responsible for regulating the expression of viral (HIV) genes.

Therefore, it would have been anticipated, or alternatively *prima facie* obvious, to

regulate NF-κB activity as in *Brini* in order to affect associated viral (e.g. HIV) gene

expression.

Application/Control Number: 90/007,503; 90/007,828    Page 19
Art Unit: 3991

**IIb. CYCLOSPORIN A: (references prior to 12/24/86): inherent anticipation**

**A. Inherent *Anticipation by PDR 1985, Griffith I* and *Griffith II (CsA reduction of* NFκB activity *in Cardiac Transplant Patients).***

8.      Claims 1-2, 6-9, 20-29, 31-40, 64-73, 75-86 and 88-97 are rejected under 35 U.S.C. 102(b) as being anticipated by the Physician's Desk Reference (*PDR: 1985*) pages 1811-13, *Griffith I* (Griffith et al., Ann. Surg. 196 (9/82): 324-329) or *Griffith II* .(Griffith et al., J. Thorac. Cardiovasc. Surg. 99 (12/84): 952-957) as evidenced by Holschermann et al., Circulation 96 (12/97) 4232-4238. See MPEP 2131.01 (evidence of inherency).

**Rejection Summary:**  *PDR* (1985), *Griffith I* and, *Griffith II* teach cyclosporin A (CsA) administration of cells, which is shown from the teaching of *Holschermann,* inherently reduces NF-κB activity and thus would inhibit expression of genes whose transcription is regulated by NF-κB activity.  The inhibition is done by reducing binding of NF-κB to NF-κB recognition sites, which also decreases the level of NF-κB not bound in a NF-κB-IκB complex, inhibiting the passage of NF-κB into the nucleus of cells, inhibiting modification of an IκB protein, and inhibiting degradation of an IκB protein. The prior art references also teach CsA administration to different eukaryotic cell types.

        The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1 or 2) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing

the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated

gene (claims 1-2) expression in a eukaryotic cell.

The *PDR 1985*, *Griffith I* and *Griffith II* references all teach the *in vivo*

administration of CsA to cardiac transplant patients.

*PDR 1985* teaches that CsA should be administered before and after surgery for

1-2 weeks at a dose of about 15 mg/kg/d, followed by a decrease of 5% per week to a

final level of 5-10 mg/kg/day. When monitoring whole blood levels, a 24-hour trough

value of 250-800 ng/ml CsA appeared to minimize side effects and rejection effects.

*Griffith I* reports the administration of 5-10 mg/kg/d of CsA (average 8 mg/kg/d);

while *Griffith II* reports the administration of 2-30 mg/kg/d (average 7.5-8 mg/kg/d) to

obtain a targeted blood level of CsA of about 1000ng/ml.

*Hölschermann* provides extrinsic evidence that the PDR 1985, Griffith I, and

Griffith II references inherently anticipate the subject claims.

*Hölschermann* essentially repeated the tests disclosed in the *Griffith I* and *II*

references by administering 3.4 $\pm$ 0.3 mg/kg/day CsA to cardiac transplant patients,

resulting in blood levels of 681 $\pm$ 176 ng/ml. PBM cells were isolated from the blood of

the patients before and after CsA therapy, and nuclear extracts from the cells were

prepared. Id. *Hölschermann* then conducted an EMSA assay using nuclear extracts.

(see Figure 4) which is the same assay format taught by the '516 patent for determining

whether compounds (i) reduce NF-κB activity and (ii) reduce binding of NF-κB  to NF-κB

recognition sites. See '516 patent, Col. 18, l.52 - Col. 20, l. 25.

Application/Control Number: 90/007,503; 90/007,828   Page 21
Art Unit: 3991

*Hölschermann* confirms that administering CsA to cardiac patients as taught by the prior art *PDR 1985* and *Griffith I and II* references necessarily inherently reduces NF-κB activity (and binding of NF-κB to NF-κB recognition sites):

> In cells obtained from transplant recipients during low baseline CsA blood levels (before CsA administration), strong NF-κB binding activity was detected (Fig. 4), whereas cells separated from blood in the presence of high CsA concentrations exhibited decisively reduced NF-κB binding activity. Specificity of the binding reaction was shown by the competition with unlabeled consensus oligonucleotides. *Id.* at 4236.

*Hölschermann* also showed that the administration of CsA to these patients as taught in the prior art *PDR 1985* and *Griffith I and II* references reduced Tissue Factor (TF) gene transcription, which is recognized as being regulated by NF-κB: "Indeed, the marked activation of the NF-κB transcription factor, which is known to play a major role in the regulation of the TF gene, was prevented in the presence of high CsA blood concentrations." *Id.* at 4237.

Thus, Cyclosporin A, as administered in the prior art *PDR 1985* and *Griffith I and II* references:

a. inhibited expression of a gene whose transcription is regulated by NF-κB (instant claims 1 and 2 and their dependent claims);

b. diminished NF-κB-mediated intracellular signaling (clm 6 and dependent claims); and

c. reduced NF-κB-mediated effects of external influences (claims 7 and 8 and dependent claims).

Since CsA was shown to reduce binding of NF-κB in an EMSA assay which measures

binding of NF-κB to NF-κB recognition sites, *Hölschermann* confirms that the prior art

administration of CsA to cardiac patients reduces NF-κB activity by "reducing binding of

NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB" (e.g.

claims 25, 36 and 58). Additionally, because unbound NF-κB translocates to the

nucleus, the reduced binding activity in the nucleus of cells reflected in *Hölschermann*

means that CsA, as administered in *PDR 1985* and *Griffith I* and *II*, necessarily reduced

NF-κB activity by:

> a. "decreasing the level of NF-κB not bound in any NF-κB- IκB complex" (e.g.
>
> claims 20, 31 and 53); and
>
> b. "inhibiting the passage of NF-κB into the nucleus of cells (e.g. claims 21, 32
>
> and 54).

Furthermore, as *Hölschermann* indicates, CsA is recognized as being able to "abolish

the inducible phosphorylation and degradation of the cytoplasmic inhibitor protein IκB."

*Id.* at 4237 (citing *Alkalay*).    *Hölschermann* confirms that this effect on degradation of

IκB is the mechanism by which CsA reduced NFκB in these cardiac patients. Thus,

Cyclosporin A when administered to humans as in the *PDR 1985* and *Griffith I* and *II*

references reduces NF-κB activity by:

> a. "inhibiting modification of an IκB protein, which modification otherwise reduces
>
> IκB binding to NF-κB" (e.g. claims 22 and 33); and
>
> b. "inhibiting degradation of an I-κB protein" (e.g. claims 23 and 34).

Application/Control Number: 90/007,503; 90/007,828    Page 23
Art Unit: 3991

Finally, as demonstrated by *Hölschermann*, the *PDR 1985* and *Griffith I* and *II* reference

CsA administration to human patients reduced NF-κB activity in those patients'

peripheral blood mononuclear cells (PBM's comprised of lymphocytes and monocytes)

which anticipates:

(1) eukaryotic cells (claims 1-2, 5, 7 and 9);

(2) mammalian cells (claims 26, 37, 70, 82 and 94);

(3) human cells (claims 27, 38, 71, 84 and 95);

(4) immune cells (claims 28, 39, 61, 72 and 85); and

(5) lymphocyte cells (claims 29, 40, 62, 73, 86 and 97).

It is noted that the dosage and blood levels of CsA shown by *Holschermann* to

reduce NF-κB activity is slightly lower than the dosages and blood levels of CsA taught

in the *PDR 1985*, *Griffith I* and *II* references. Accordingly, an even greater reduction in

NF-κB activity would result from the prior art administration of CsA to patients as

described these references than shown in *Holschermann*. Moreover, regardless

whether the effect of CsA in reducing NF-κB activity and resulting monocyte TF

activation is direct (by directly affecting monocytes) or indirect (by interfering with

stimulatory lymphocytes), *Holschermann* shows that CsA, as administered in the prior

art references reduces NF-κB activity and resulting TF gene expression. Thus, its

administration to cardiac transplant patients as taught in *PDR 1985*, *Griffith I* and *II*

anticipates at least claims 1-2, 6-9, 20-29, 31-40, 64-73, 75-86 and 88-97 of the'516

patent, as set forth in more detail in *Exhibit H-1* of the 90/007,503 Request

(incorporated by reference).

Application/Control Number: 90/007,503; 90/007,828    Page 24
Art Unit: 3991

**B. Inherent A**nticipation by Reed *(CsA reduction of* NF-κB activity *in vivo* and *in vitro* in *Human PBM Cell Cultures).*

9.      Claims 1-2, 5-9, 20-21, 25-29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89, and 93-97 are rejected under 35 U.S.C. 102(b) as being anticipated by *Reed* et al., J. Immunol. 137 (7/86): 150-154 as evidenced by *Brini* Eur. Cytokine Net. 1: 131-139 (Sept. 1990). See MPEP 2131.01 (evidence of inherency).

**Rejection Summary:** *Reed* teaches cyclosporin A (CsA) administration of cells, which, as is shown from *Brini*, inherently reduces NF-κB activity and thus would inhibit expression of genes whose transcription is regulated by NF-κB activity.  The inhibition is done by reducing binding of NF-κB to NF-κB recognition sites, which also decreases the level of NF-κB not bound in a NF-κB-IκB complex, inhibiting the passage of NF-κB into the nucleus of cells, inhibiting modification of an IκB protein, and inhibiting degradation of an IκB protein. The prior art references also teach CsA administration to different cell types.

       The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claim 5) in a eukaryotic cell.

       The *in vivo* effect of CsA in reducing NF-κB activity in human PBM cells is confirmed by tests using CsA in human PBM cell cultures.

For example, *Reed* taught the prior art use of CsA in human PBM cell cultures

that had been induced with phytohaemaglutinin (PHA). In particular, *Reed* teaches that

CsA (1ug/ml) significantly reduced PHA induced IL-2 R alpha gene transcription (Figs.

1 and 2) and Tac antigen surface expression (Fig. 3b) in human PBM cells:

> The data presented here demonstrate that CsA and DEX concentrations
> that inhibited PHA-induced proliferation by about 80 to 90% diminished
> by about 50% (on average) the expression of receptors for IL-2 on PBMC.
> This inhibition of IL-2 receptor expression occurred at least in part at a
> pretranslational level and involved a reduction in both high affinity and
> low affinity forms of the receptor. *Reed* at 152.

*Reed* also found that CsA reduced IL-2 gene transcription:"1ug/ml CsA and $10^{-4}$ M DEX

completely blocked the PHA-induced accumulation of mRNA for IL 2 (Fig. 2)." *Id* at 151.

Several years later, *Brini* also looked at the effect of Cyclosporin A on IL-2

Receptor-$\alpha$ production and Tac antigen surface expression and confirmed *Reed's*

results:

> These results are in accordance with Reed et al., who found that CsA
> inhibits Tac induction in mitogen-activated PBMC. The CsA-mediated
> reduction in Tac antigen expression on T-cells was reflected by a decrease
> in the steady state mRNA levels of the IL-2R$\alpha$ chain (Figure 2). *Brini* at 137
> (citations omitted).

*Brini* then went on, however, to show that CsA, as administered in the prior art, reduced

binding of NF-$\kappa$B to NF-$\kappa$B recognition sites for more than one NF-$\kappa$B -meditated gene:

> CsA reduced the PHA-induced binding of transacting factors from T-cells
> and  $\kappa$B-like sequences which are present in the IL-2R$\alpha$ gene and in the
> HIV-1 LTR (Figures 3 and 4). *Brini* at 137.

Notably, *Brini* assessed NF-$\kappa$B activity in an EMSA (Fig. 5) using the same H1V-1 LTR

site as used by the instant '516 patent to assess NF-$\kappa$B activity and binding. As such

*Brini* concluded that CsA regulated IL-2Rα gene expression by reducing activation of

NF-κB:

> Taken together, these results suggest that one of the effects of CsA in the
> regulation of the IL-2Rα chain expression in human peripheral T
> lymphocytes is on the activation of sequence specific DNA-binding
> proteins which recognize sequences containing the NF-κB binding site. *Brini* at
> 137.

Using the same inducer, the same immune cells, and the same concentration of

CsA as in *Reed, Brini* showed that CsA reduced NF-κB activity and NF-κB –mediated

IL-2 Receptor-α gene expression in PBM cells. In this respect, the instant '516 patent

confirms that the IL-2 receptor alpha (IL-3Rα) gene is regulated by PHA-induced NF-κB

activity in T-cells. Col. 17, lines 21-24 ("NF-κB is induced in T-cells by a trans-activator

(tax) of HTLV-1 or by PMA/PHA treatment and thereby activates the IL-2 receptor alpha

gene and possibly the IL-2 gene"). Thus, *Brini* and the related human T-cell culture

studies discussed below confirm that CsA necessarily and inherently reduced NF-κB

activity and resulting gene expression in PBM cell cultures as taught in *Reed,* thus

anticipating at least claims 1-2, 5-9, 20-21, 25-29, 31-32, 36-40, 53-54, 58-62, 64-65,

69-73, 75-76, 80-86, 88-89 and 93-97. A claim element-by-element comparison is

provided in *Exhibit H-2* of the 90/007,503 Request (incorporated by reference).

**C. Inherent Anticipation by *Kronke* and *Siebenlist* (*CsA reduction of* NF-κB**

**activity in vivo *and* in vitro *in Human T-Cell (Jurkat) Cell Cultures*).**

10.      Claims 1-2, 5-9, 20-21, 25-29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76,

80-86, 88-89, and 93-97 are rejected under 35 U.S.C. 102(b) as being anticipated by

*Kronke* et al.(PNAS USA 81 (8/84) 5214-5218) and/or *Siebenlist* et al.(Mol. And Cell

Biol. 6 (9/86) 3042-3049) as evidenced by *Schmidt* et al., J. Virology 64:4037-4041

(August 1990), *Emmel* et al. Science, 246 (Dec. 1989):1617-20 and the *Dr. Manolagas*

*Declaration.* See MPEP 2131.01 (evidence of inherency).

**Rejection Summary:** *Kronke*, or *Siebenlist* teach cyclosporin A (CsA) administration of

cells, which, as is shown from the teachings of *Schmidt and Emmel*, inherently reduces

NF-κB activity and thus would inhibit expression of genes whose transcription is

regulated by NF-κB activity.  The inhibition is done by reducing binding of NF-κB to NF-

κB recognition sites, which also decreases the level of NF-κB not bound in a NF-κB-IκB

complex, inhibiting the passage of NF-κB into the nucleus of cells, inhibiting

modification of an IκB protein, and inhibiting degradation of an IκB protein. The prior art

references also teach CsA administration to different cell types.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims

1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene

under transcriptional control of NF-κB. For example, NF-κB activity can be effected by

diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing

the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated

gene  expression of a cytokine protein (claim 5) in a eukaryotic cell.

The effect of CsA on reduction of NF-κB activity as administered in the prior art is

also confirmed by tests involving the use of CsA in human T-cell (Jurkat) cultures

including two prior art references, *Kronke* and *Siebenlist*. Using the same inducers, the

same human immune cells, and the same concentration of CsA taught in *Kronke* and

*Siebenlist*, *Schmidt* and *Emmel* provide confirming extrinsic evidence that the use of

CsA in Jurkat cells reduced NF-κB activity. Thus, CsA is clearly recognized to have

necessarily and inherently reduced NF-κB activity and resulting gene expression in

those cells as called for by the instant claims. *Kronke* and *Siebenlist* each disclosed the

use of phytohaemaglutinin (PHA: 1ug/ml) and PMA (50ng/ml) to induce human T-cells

(Jurkat cells). These compounds are described in the instant '516 patent as being

inducers of NF-κB activity (see e.g., '516 patent, col. 33, lines 52-59). *Kronke* and

*Siebenlist* also reported on the effect of 1ug/ml CsA (among other concentrations) on

the cell cultures. Both references report that IL-2 (also known as "TCGF") gene

transcription and/or expression was increased with administration of the NF-κB inducers

phytohaemaglutinin (PHA) and phorbol 12-myristate-13-acetate (PMA), and that such

induced IL-2 expression was reduced by CsA:

> The results of our study demonstrate that TCGF [IL-2] mRNA accumulation in
> induced Jurkat cells is diminished by CsA in a dose-dependent manner and that
> CsA acted by blocking TCGF mRNA transcription. *Kronke at page 5217.*

> CsA at 1 ug/ml ... prevented IL-2 message induction. *Siebenlist at page.3044,*
*Fig. 2.*

Using the same conditions and the same EMSA and CAT reporter assay formats

as described in the instant '516 patent, the *Schmidt* reference clearly demonstrates that

CsA as utilized in the *Kronke and Siebenlist* references reduced NF-κB activity in

Jurkat cell cultures. *Schmidt* reported, however, that there were inducers of NF-κB,

Application/Control Number: 90/007,503, 90/007,828                          Page 29
Art Unit: 3991

which had different mechanisms of induction than PHA-induction, for which CsA had no

effect. Specifically, *Schmidt* found that phorbol 12-myristate-13-acetate (PMA)-

mediated induction of NF-κB activity was not affected by CsA. The NF-κB CAT reporter

assay confirmed this data, as depicted in Figure 4 ("CsA inhibited the PHA-derived

activation signal but not the PMA signal." *Id.* at 4039).

Similarly, *Emmel* describes the effect of 1ug/ml of CsA on NF-κB activity in

Jurkat cells that had been induced with both PHA and PMA. As shown in Figure 1,

1ug/ml CsA (among other concentrations), reduced NF-κB activity ("NF-κB binding was

reduced 10-20% in nuclear extracts of CsA-treated cells": *Emmel* at 1618).

Furthermore, a CAT assay confirmed these results, as shown in Figure 2d (*Emmel* at

1618) which demonstrates that CsA significantly reduced NF-κB activity at the same

1ug/ml concentration taught in *Kronke* and *Sibenlist,* as shown by the reduced

expression of the NF-κB regulated CAT gene in those cells.

Thus, as discussed above, and in the *Dr. Manolagas Declaration* (*Exhibit J:*

paragraphs 25-32 of 90/007,503 request: incorporated by reference), Schmidt and

Emmel confirm that *Kronke* and *Siebenlist,* which disclose the inhibitory effect of CsA on

NF-κB activity in Jurkat cell cultures, anticipate claims 1-2, 5-9, 20-21, 25-29, 31-32, 36-

40, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89 and 93-97of the '516 patent (and

as shown in *Exhibit H-3* of 90/007,503 request: incorporated by reference).

III.    VITAMIN D (CALCITRIOL) (references prior to 12/24/86): inherent

anticipation by *Tsoukas, Manolagas, Lemire I, Lemire II, Rigby I* and *Rigby II*

(Calcitriol reduces NF-κB activity *in vivo* and *in vitro* in human cell cultures).

11.    Claims 1-2, 5-9, 20-21, 25-29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76,

80-86, 88-89 and 93-97 are rejected under 35 U.S.C. 102(b) as being anticipated by

*Tsoukas* (Science 224 (6/84) 1438-40), *Lemire I* (J. Clin. Invest. 74 (8/84) 657-61),

*Lemire II* (J. Immunol. 134 (5/85) 3032-5), *Rigby I* (J. Clin. Invest. 74 (10/84) 1451-5) or

*Rigby II* (J. Immunol. 135 (10/85) 2279-86) and *Manolagas* et al. (JCE&M, 63(1986)

394-400 as evidenced by *Yu* et al. (PNAS USA 92 (11/95) 10990-4) and the *Declaration

of Dr. Manolagas* (paragraphs 7-24) provided in the 90/007,503 request. See MPEP

2131.01 (evidence of inherency).

**Rejection Summary:** *Tsoukas, Manolagas, Lemire I, Lemire II, Rigby I,* or *Rigby II*

teach administration of calcitriol to humans, which, as is shown from the teachings of

*Yu,* inherently reduces NF-κB activity and thus would inhibit expression of genes whose

transcription is regulated by NF-κB activity.

    The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims

1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene

under transcriptional control of NF-κB. For example, NF-κB activity can be effected by

diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing

the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated

gene expression of a cytokine protein (claim 5) in a eukaryotic cell.

Application/Control Number: 90/007,503; 90/007,828                    Page 31
Art Unit: 3991

Calcitriol (1,25-dihydroxyvitamin $D_3$) is the active form of Vitamin D that has been

administered to humans for decades.

There are numerous prior art publications that report the study of calcitriol in

various human cell cultures, including human Jurkat (T-cell line) leukemic cells (citations

omitted) and human peripheral blood monocyte ("PBM") cells, including *Tsoukas*

(PBM), *Manolagas* (PBM) *Lemire I*, *Lemire II Rigby I* and *Rigby II*. *Tsoukas and*

*Manolagas* teach that the administration of calcitriol (at least $10^{-8}$ M) in PBM cells

reduced IL-2 activity; a result which was confirmed by *Lemire I, Rigby* and *Lemire II*

(e.g. *Lemire II* at 3034 demonstrated that calcitriol exhibited "a dramatic and specific

reduction of IL-2 production by activated PBM ...").

Independent studies show that IL-2 expression is regulated, at least in part, by

NFκB . See *Manolagas Declaration* at page 8, paragraph 15 and documents cited

therein.

*Yu* et al. under the same conditions utilized in *Tsoukas* and *Manolagas* (i.e.

calcitriol application to PHA activated PBM cells) found that calcitriol reduced NF-κB

as well as NF-κB –regulated gene expression in PBM cell cultures. *Yu* described the

use of Electrophoretic Mobility Shift Assays ("EMSAs" as in Ex.15 of the instant '516

patent) and the NF-κB binding sequence of human IL-6 promoter to demonstrate (by

EMSA) that calcitriol administration "caused a significant reduction in the DNA-protein

complex, as evidenced by the decrease in the intensity of this band (lane 4)" (see *Yu* at

10993 and Fig. 5). This data was confirmed using Western blot analyses (Figs. 1 and

3), which showed that calcitriol added to PHA-activated cells (as taught in *Tsoukas* and

Manolagas) "caused a significant decrease in the expression of p50 [subunit of NF-κB]

at all time points examined". *Id.* at 10991-2.   In an analogous manner in human Jurkat

leukemic cells transfected with a CAT gene regulated by NF-κB and activated with PHA,

*Yu* found that calcitriol cell application resulted in reduced NF-κB gene expression. See

Yu at 10993.

Although the mechanism may not have been known at the time of the *Tsoukas,*

*Manolagas , Lemire I,* Lemire II *Rigby I and Rigby II* publications, the *Yu* reference

evidence proved that the administration of calcitriol by these prior art references

necessarily and inherently reduced NF-κB activity in induced human cells (PBM/Jurkat)

and reduced expression of NF-κB-regulated proteins (IL-2). Thus, these prior art

references anticipate at least claims 1-2, 5-9, 20-21, 25-29, 31-32, 36-40, 53-54, 58-62,

64-65, 69-73, 75-76, 80-86, 88-89 and 93-97 of the '516 patent as shown on an

element-by-element basis in *Exhibit H-4, H5 and H6* of the 90/007,503 request

(incorporated by reference).

## IV. 5-ASA   (references prior to 12/24/86): inherent anticipation by *Dew.*

12.    Claims 1-2, 5-9, 20-29, 31-40, 53-62, 64-73, 75-86, and 88-97 are rejected under

35 U.S.C. 102(b) as being anticipated by *Dew* (Br. Med. J. <u>287</u> (7/83):23-24) as

evidenced by *Baldwin II*, J. Clin. Invest. <u>107</u>(1991):63-80, *Bantel* et al. (Amer. J.

Gastroenterology <u>287</u> (2000):3452), *Yan* et al. (J. Biol. Chem. <u>274</u> (1999) 366631-36)

and the *David Baltimore Declaration* submitted February 2001 in the 08/464,364

application which issued as the Baltimore '526 patent. See MPEP 2131.01 (evidence of

inherency).

**Summary:** *Dew* teaches administration of 5-ASA for the treatment of ulcerative colitis in humans, which inherently reduced NF-κB activity in the cells of the patients, by a mechanism including phosphorylation of IκB.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claim 5) in a eukaryotic cell.

*Dew* teaches the administration (oral delayed release of up to 4.4 g/day) of 5-aminosalicylic acid (5-ASA) to humans for the treatment of ulcerative colitis (an inflammatory bowel disease).

Ulcerative colitis is recognized as being associated with NF-κB activation. See *Baldwin II* at Table 1.

*Bantel* conducted *in vivo* tests (tissue sample immunostaining using p65 NF-κB subunit antibody before/after 5-ASA administration) on human ulcerative colitis patients administered the same 5-ASA formulation (tradename MESALAZINE) in the same amounts (from 1.7-4.5 g/day) as in the *Dew* reference and reported that 5-ASA administration reduced NF-κB activity in the cells of these patients. *Bantel* at 3453. Specifically, *Bantel* found that (1) NF-κB activity is increased in patients with ulcerative colitis, and (2) therapeutic administration of 5-ASA (as in *Dew*) effectively reduced NF-κB activity in these patients. *Id.* at 3454-55. Accordingly, *Bantel* concluded that "5-ASA

Application/Control Number: 90/007,503; 90/007,828    Page 34
Art Unit: 3991

is a potent inhibitor of NF-κB activation *in vivo*," at dosage levels and under the same

conditions taught in *Dew. Id.* at 3456. Thus, *Dew's* administration of 5-ASA for

ulcerative colitis inherently and necessarily reduces NF-κB activity in human cells.

Moreover, during prosecution of the Baltimore 08/464,364 application, while

referring to the *Yan* reference (cited above), *Dr. Baltimore in his declaration* admitted

that 5-ASA reduces NF-κB activity as in the instant '516 patent claims: "Treatment of

cells with such compounds as ... 5-aminosalicyclic acid ... inhibits NF-κB mediated

gene expression by a mechanism which includes inhibition of phosphorylation of I-κB

proteins"(which is the naturally occurring NF-κB inhibitor). See *David Baltimore*

*Declaration* paragraph 9.

Accordingly, the prior art *Dew* administration of 5-ASA necessarily and inherently

reduced NF-κB activity and, thus anticipated at least claims 1-2, 5-9, 20-29, 31-40, 53-

62, 64-73, 75-86, and 88-97 as shown on an element-by-element basis in *Exhibit H-7*

(herein incorporated by reference) provided by the requester in the 90/007,503

proceeding.

**V. GLUCOCORTICOIDS (references prior to 12/24/86): inherent anticipation by**

**1970 PDR, Lefring, Nagasawa, or Rovera**

13.    Claims 1-2, 5-9, 20-21, 25-29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76,

80-86, 88–89 and 93-97 are rejected under 35 U.S.C. 102(b) as being anticipated by

*1970 PDR, Lefring et al.* (Crit. Care. Med. 23 (7/95) 1294-1303: References Cited

Therein), *Nagasawa* et al. (J. Cell. Phys. 109 (1981) 181-192), or *Rovera* et al.

(Science 204 (1979) 868-970) as evidenced by *Baldwin I* (Annu. Rev. Immunol. 14

(1996) 649-81, *Auphan* et al. (Science <u>270</u> (1995) 286-290), *Scheinman I* (Mol. Cell.

Biol. <u>15</u> (2/95) 943-53), *Scheinman II* (Science <u>270</u> (10/95) 283-286), *Mukaida* (J. Biol.

Chem. <u>269</u> (5/94) 13289-95) and *Padgett* et al. Trends in Immunology, 24(8) (Aug.

2003) pages 444-448 (raised by Examiner).  See MPEP 2131.01 (inherency evidence).

**Rejection Summary:**  *1970 PDR, Lefring, Nagasawa, and Rovera* teach administration

of glucocorticoids (e.g. dexamethasone) to control inflammation in diseases such as

rheumatoid arthritis, which inherently reduces NF-κB activity that inhibits NF-κB -

associated cytokine gene expression.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims

1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene

under transcriptional control of NF-κB. For example, NF-κB activity can be effected by

diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing

the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated

gene expression of a cytokine protein (claim 5) in a eukaryotic cell.

Glucocorticoids, such as dexamethasone, were conventionally used to treat

inflammatory and allergic conditions (including asthma and arthritis) and bacterial

infections in the 1950's (see *Lefring* and prior art cited therein) and approved for human

therapeutic use under the trade name DECADRON (see 1970 PDR). Additionally, the

prior art discloses the use of the dexamethasone in human cell culture tests.  For

example, *Nagasawa* taught the induction of human leukemic T-Cells (MOLT-3) by TPA,

followed by the administration of $10^{-6}$ M (1uM) dexamethasone. See *Nagasawa* at 185,

Table 2. Similarly, *Rovera* taught the induction of human leukemic cells (promyelocytes

and mature myeloid cells) with TPA, also followed by administration of $10^{-6}$ M (1uM)

dexamethasone. See *Rovera* at 869, Table 1.

However, it has been known since the mid-1990's, that glucocorticoids effect

their immunosuppression by reducing NF-κB activity by preventing NF-κB from binding

to the appropriate sites on the DNA and/or by increasing the transcription, expression

and/or release of IκB, thereby reducing the amount of activated NF-κB that can

translocate into the nucleus. In this regard, several publications cited by Dr. Baldwin in

his 1996 review article (*Baldwin I*), including the *Auphan, Scheinman I, Schmeinman II*

*and, Mukaida,* in addition to the *Padgett* document, provide extrinsic evidence that

administered glucocorticoids (as described in *1970 PDR* in *Lefring Nagasawa* and

*Rovera references),* such as dexamethasone and cortisol, are recognized to

*necessarily and inherently* reduce NF-κB activity and concomitant cytokine production,

## a) Extrinsic Evidence of Inherency as Provided by *Auphan*

*Auphan* describes methods for reducing NF-κB activity in an induced leukemic T-

cell line at the same $10^{-6}$ concentration of dexamethasone taught by *Nagasawa* and

*Rovera*. First, *Auphan* induced human leukemic T cells (Jurkat strain) or murine T cells

(FJ8.1) with TPA as described in *Nagasawa* and *Rovera* and used EMSA, as described

in the *'516 Baltimore* patent, to demonstrate NF-κB activity. See *Auphan* at 287-8.

*Auphan* then exposed the cells to $10^{-6}$ M dexamethasone. Id. Auphan reports that

dexamethasone clearly reduced NF-κB activity:

> Electrophoretic mobility shift assays (EMSAs) revealed that both AP-I
> and NF-κB DNA binding activities were elevated in nuclear extracts of
> activated [FJ8.1] cells (Fig. 1C). DEX inhibited induction of NF-κB

Application/Control Number: 90/007,503; 90/007,828    Page 37

Art Unit: 3991

> binding activity and reduced the amount of AP-1 binding activity . . . .
> DEX also inhibited induction of NF-κB in mouse T lymphocytes in vivo
> (Fig. 1D).
>
>                 *       *       *
>
> Inhibition of NF-κB activation by DEX . . . was also observed in a Jurkat
> human T cell leukemia line stably transfected with a GR expression vector
> (Fig. 2A). . . .Inhibition of NF-κB activity was also observed in cells
> stimulated by either 12-O-tetradecanoryl-phorbal13-acetate (TPA) alone or
> by tumor necrosis factor (TNF-α).   Id. (citations omitted).

As Dr. Baldwin noted, *Auphan* demonstrates that glucocorticoids "involves the

transcriptional activation of the I-κBα gene" in these human leukemic cells and

therefore, "by upregulating I-κBα protein levels, function to block nuclear translocation

of NF-κB and DNA binding." *Baldwin* at 671.   As discussed below, Dr. Baldwin's own

results, as reported in the *Scheinman II* document discussed below, confirms this

mechanism for glucocorticoid action.

**b) Extrinsic Evidence of Inherency as Provided by *Scheinman I & II***

     *Scheinman I* and *Scheinman II* confirm that dexamethasone, as used in the prior

art, reduces  NF-κB activity. In particular, *Scheinman I* evaluated the effect of $10^{-7}$ M

dexamethasone on NF-κB activity in human epithelial (HeLa) cell cultures. *Scheinman I*

at 944.  NF-κB activity was measured in at least two assay formats disclosed in the

Baltimore '516 patent (EMSA and reporter assays) as well as Western blot

immunological assays.  Dexamethasone was shown (Figs 1A and B; Fig. 4; and Fig. 7)

to reduce endogenous NF-κB activity in cells ("Pretreatment with DEX resulted in a

profound loss of TNF-α induced NF-κB as well as p50 homodimer (KBF1) gel shift

activity (Fig. 7B, lane 3). Similar data were obtained by treating cells with IL-1 (data not

shown)." *Id* at 949.   *Scheinman I* concluded that dexamethasone reduces NF-κB

activity by two distinct avenues:

> We show that GR can physically interact with NF-κB subunits and also
> block their ability to bind DNA. In addition, we present new data showing
> that dexamethasone (DEX) treatment of HeLa cells causes a significant
> reduction in nuclear p65 protein levels. Thus, glucocorticoids are also able
> to inhibit NF-κB activity by a novel mechanism involving a block of
> cytokine-induced nuclear translocation.
>
> *           *           *
>
> With EMSA analysis, we found that DEX treatment caused a marked
> reduction in the ability of NF-κB /Rel subunits to bind DNA despite the
> presence of equal amounts of NF-κB subunit protein in the EMSA DNA-
> binding reaction mixtures (Fig. 5, EMSA). *Id.* at 944,948.

Similarly, the *Scheinman II* reference demonstrates that dexamethasone, at the same

$10^{-7}$ M concentration as *Scheinman I* (and at a 10 fold lower concentration than taught

in *Nagasawa* and *Rovera*), reduces NF-κB activity as called for by the claims that are

the subject of this reexamination request. *Scheinman II* confirmed the *Auphan*

conclusion that dexamethasone inhibits TNF-α induced NF-κB activity, at least in part,

by inducing the transcription of the IκB- α gene:

> Together, these data indicate that DEX treatment induces the transcription of the
> IκB-α gene. This induction results in the increased syntheses of the IκB- α
> protein.  This increase in protein synthesis leads to the rapid turnover of the IκB-
> α protein associated with preexisting NF-κB complexes.  In the presence of an
> activator such as TNF-α, newly released NF-κB reassociates with the DEX-
> induced Iκ-Bα and thus reduces the amount of NF-κB translocating to the
> nucleus. *Scheinman II* at 286.

**c) Extrinsic Evidence of Inherency as Provided by *Mukaida***

   *Mukaida* provides extrinsic evidence that the 1970 PDR, the studies described in

*Lefring*, *Nagasawa*, and *Rovera* inherently anticipate the subject claims. *Mukaida*

observed that IL-8 production was mediated by NF-κB in all cells they previously

examined. *Mukaida* at 13284. In those cells, dexamethasone inhibited NF-κB-regulated

IL-8 production by more than 60% at concentrations equal to and higher than $10^{-8}$M. *Id*

at 13290.

### d) Extrinsic Evidence of Inherency as Provided by *Padgett*

Consistent with the *Scheinman* II and *Auphan* references, *Padgett* teaches that

the body responds to external stressors by release of glucocorticoid hormones,

including cortisol, which binds glucocorticoid receptors expressed on a variety of

immune cells to interfere with NF-κB function, resulting in reduced cytokine production.

See Abstract; p.445 (right column) to p. 446; footnotes 32 and 33; and p. 447 under

"Conclusions".

Thus, the prior art use of corticosteroids (dexamethasone, cortisol) are now

recognized as inherently reducing NF-κB activity as called for by the subject claims of

the Baltimore '516 patent. See 90/007,503 *Exhibit H8* claim analysis herein

incorporated by reference.

### VI. ANTIBIOTICS (references prior to 12/24/86): inherent anticipation by 1970 PDR

14.    Claims 1-2, 5-10, 12-18, 20-21, 25-32, 36-41, 53-54, 58-65, 69-76, 80-89, 93-

100, 104-105, 119-120, 124-129, 133-140, 144-150, 154-160, 164-168, 172-178, and

182-186 are rejected under 35 U.S.C. 102(b) as being anticipated by *1970 PDR* as

evidenced by the *Manolagas declaration, Galdiero et al.* (Microbiology, 147 (2001):

2697-2704), *Yang* et al. (Nature 395 (1998) 284-288), *Mori* et al. (Eur. J. Haematol. 59

(1997): 162-170), the *Baltimore '516 Patent* and *Yasutomi* et al. (J. Immunology

175(2005) 8069-8076) (newly raised by the Examiner). See MPEP 2131.01 (evidence

of inherency, including extrinsic publications of any date and intrinsic evidence using

applicant's own specification: see *Ex parte Novitski* cited therein).

**Rejection Summary:**  As detailed in *Exhibit H-10* of the 90/007,503 request (herein

incorporated by reference), *1970 PDR* teaches administration of antibiotics such as

erythromycin, gentamicin, and tetracycline to kill bacteria in animals.  As evidenced by

the *Manolagas declaration*, gram (-) bacteria produce lipopolysaccharides (LPS) which

induce NF-$\kappa$B regulated cytokine production. Antibiotics that kill gram-negative bacteria

thereby act to inherently reduce LPS-induced and NF-$\kappa$B-regulated cytokine production.

The instant claims are drawn to reducing NF-$\kappa$B activity in eukaryotic (e.g. claims

1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene

under transcriptional control of NF-$\kappa$B. For example, NF-$\kappa$B activity can be effected by

diminishing induced NF-$\kappa$B mediated intracellular signaling (claims 6-9) or decreasing

the level of NF-$\kappa$B not bound in an NF-$\kappa$B -I-$\kappa$B complex (claim 20) to inhibit associated

gene expression of a cytokine protein (claims 5 and 18) and reduce the effects of

bacterial lipopolysaccharides (claims 12-17) on eukaryotic (e.g. mammalian) cells.

The instant claims are drawn to a method of inhibiting NF-$\kappa$B activity (e.g.

diminishing bacterially LPS induced NF-$\kappa$B expression of cytokines mediated, for

example, through intracellular signaling: in claims 6-10) and associated gene (claims 1-

2) expression (e.g. of a cytokine protein: claim 5) in a eukaryotic cell.

The *1970 PDR* teaches the administration of antibiotics (erythromycin,

gentamicin, tetracycline) to treat gram-negative bacterial infections. Erythromycin, for

example, is active against *H. pertusis.* infections (*Id.* at 1379); and gentamicin sulfate

(trade name GARAMYCIN) treats infections caused by *Pseudomona aeruginosa*,

*Aerobater aerogenes*, *E.coli*, *Proteus vulgaris*, and *Klebsiella pneumoniae* (*Id.* at 1167).

Tetracycline is a broad spectrum antibiotic (trade name SUMYCIN) which treats a

variety of infectious gram (-) bacteria, including *E. coli* and *Shigella* (*Id* at 1309).

Gram-negative bacteria produce lipopolysaccharide (LPS), which when in

contact with human cells induces NF-κB activity resulting in the production of cytokines

regulated by NF-κB. Cytokines whose genes are regulated by NF-κB (at least in part)

include tumor necrosis factor alpha (TNF-α) and interleukins 2, 6, 8 and 10 (IL 2, 6, 8

and 10). E.g., *Galdiero; Yang;* and *Mori.* As noted in *Galdiero* (page 2700), "The lowest

concentration of LPS able to induce cytokine release was 10 ng $ml^{-1}$".

Once produced by gram-negative bacteria, LPS activates NF-κB, which

translocates to the nucleus and binds to the NF-κB recognition sites on genes that are

regulated, at least in part, by NF-κB. E.g., *Baltimore patent*, Col. 2, lines 54-57

("Release of active NF-κB from the I-κB- NF-κB complex has been shown to result from

stimulation of cells by a variety of agents, such as bacterial lipopolysaccharide ... "). In

treating gram-negative bacterial infections, antibiotics kill bacteria or impair bacterial

function thereby reducing bacterial production of LPS (*Manolagas Declaration*,

paragraphs 33-40). For example, erythromycin has been shown to inhibit the activation

of NF-κB in T cells; and in normal and inflamed human bronchial epithelial cells along

with modulating IL-8 expression. See *Yasutomi* et al. at page 8068 at the bottom of the

right column and footnotes 5-7 (citations therein). *Yasutomi* further demonstrated the

ability of tetracycline to inhibit lipopolysaccharides and NF-κB activation in human

monocyte-derived dendritic cells and suppress NF-κB induced cytokine (e.g. IL-6, 10,

12p70, 13 and IFN-γ ) production. See Abstract, page 8071-3, see Table 1 and Figures

especially 1-3 and 8.

Thus, by blocking LPS that reaches the cell, administration of the *1970 PDR*

antibiotics to combat gram-negative bacterial infections would necessarily reduce NF-

κB activity in human cells and thereby reduce cytokine expression. As such, as shown

on an element-by-element claim basis in *Exhibit H-10* of the 90/007,503 request

(incorporated by reference), the 1970 PDR antibiotics would inherently anticipate the

subject claims requiring LPS-induced NF-κB activity.

**VII. RED WINE (e.g. RESVERATROL)  (references prior to 12/24/86): inherent**

**anticipation by *King James Version Bible* (1611), *St. Leger*, *Dobrilla*, or *Jones***

15.     Claims 1-2, 6-9, 20-21, 25-32, 36-41, 64-65, 69-76, 80-89, and 93-98 are

rejected under 35 U.S.C. 102(b) as being anticipated by *King James Version Bible*

(1611) (excerpts), *St. Leger* (The Lancet (5/79) 1017-20),  *Dobrilla* (Hepato-

Gastroenterol. 31 (2/84) 35-37), and *Jones* (Pharm. & Tox. 60 (3/87) 217-20) as

evidenced by *Blanco-Colio* (Circulation 102 (8/00) 1020-6), *Holmes-McNary/Baldwin*

(Cancer Res. 60 (7/00) 3477-83) and *Manna* (J. Immunol. 164 (2000) 6509-6519).

See MPEP 2131.01 (evidence of inherency).

**Rejection Summary:**  As pointed out in *Exhibit H-9* of the 90/007,503 request (herein

incorporated by reference), the *King James Version Bible* (1611), *St. Leger*, *Dobrilla*,

and *Jones* teach consumption of red wine that inherently inhibits NF-κB as a part of its activity.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1 or 2) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated gene expression in a eukaryotic cell.

The human consumption of red wine harkens back to the *King James (1611) version of the bible*:

> **Luke 10:34** And went to him, and bound up his wounds, pouring in oil and wine, and set him on his own beast, band brought him to and in and took care of him.

> **1 Timothy 5:23** Drink no longer water, but use a little wine for thy stomach's sake and thine often infirmities.

> **Isaiah 27:2** In that day sing ye unto her, A vineyard of red wine.

> **Psalms 75:8**  For in the hand of the LORD there is a cup, and the wine is red ... and drink them.

> **Proverbs 23:31** Look not thou upon the wine when it is red ... .

More recently, a study conducted in the late 1970's comparing cardiac problems with factors such as wine, cigarette, and fat consumption obtained a surprising result: France, the country with the highest per capita consumption of wine and a very high consumption of fats, had the lowest rate of cardiac-disease related deaths (*St. Leger*). This effect became known as the "French Paradox" and as discussed below (and as

admitted by the Patentees), the French Paradox is now recognized as being at least in

part a result of red wine's inhibitory effect on NF-κB and resulting gene expression.

Dobrilla and Jones, like St. Leger, conducted studies evaluating the effects of red

wine and foods which involved the human consumption of substantial amounts of red

wine (20-33 fluid ounces and 33-50 fluid ounces, respectively) along with fatty foods

(ham sandwich and potato chips and cheese).

Blanco-Colio provides extrinsic evidence that St. Leger, Dobrilla and Jones

inherently anticipate the subject claims.  The Blanco-Colio study determined that just 4-

8 fluid ounces of red wine (significantly less than consumed in Dobrilla, Jones or St.

Leger-taken with fatty foods) were sufficient to reduce NF-κB activity that had been

induced by consuming triglycerides. Blanco-Colio at 1023, Fig. 2.  The authors isolated

PBM cells from volunteers at various points in time after food and wine consumption. Id.

at 1021. NF-κB activity initially increased, induced by post-prandial lipemia resulting

from the consumed triglyceride lipoproteins (Blanco-Colio at 1022), but after 6-9 hours,

patients receiving red wine saw a significant reduction of NF-κB activity:

> In conclusion, red wine intake ... prevents NF-κB activation in PBMC's elicited in
> healthy volunteers by postprandial lipemia.  Because NF-κB activation is involved
> in the pathogenesis of atherosclerotic lesions, the inhibitory effect of red wine on
> NF-κB activation provides a further explanation of the beneficial effects of red
> wine intake in cardiovascular disease. Blanco-Colio at 1025.

Thus, the reduction in NF-κB activity caused by red wine consumption (at levels within

the range of common human intake) necessarily and always inherently reduces the

expression of NF-κB-regulated proteins that are involved in the development of

atherosclerotic lesions.

The recognized inherent effects of red wine on NF-κB activity are attributed to

the flavenoids and other compounds contained in red wine, including resveratol ("Res").

In this regard, Dr. Baldwin, one of the patentees, published a report confirming that

resveratrol is recognized as a potent inhibitor of NF-κB activity and resulting gene

expression:

> Res was shown to be a potent inhibitor of both NF-κB activation and NF-κB-
> dependent gene expression through its ability to inhibit IκB kinase activity, the
> key regulator in NF-κB activation, likely by inhibiting an upstream signaling
> component. In addition, Res blocked the expression of mRNA-encoding
> monocytes chemoattractant protein-1, a NF-κB-regulated gene. *Holmes-
> McNary/Baldwin* at 3477.

Moreover, Patentee's own publications have confirmed that the inhibitory effect of

compounds in red wine, such as resveratrol, on NF-κB activity is largely responsible for

the French paradox:

> Extensive data are now accumulating that dietary constituents can strongly
> influence the potential for disease outcome.  In epidemiological studies, red wine
> consumption was shown to have numerous protective effects, and Res has been
> shown to be responsible for those beneficial effects.  In particular, a phenomenon
> defined as the "French paradox" has emerged, which is the association of
> reduced mortality from coronary disease and breast cancer. Although, it is well
> established that naturally occurring compounds function as chemopreventive
> agents, the physiological mechanisms of these dietary constituents as
> extracellualr signals involved in transcription activation are only presently
> emerging. *Holmes-McNary/Baldwin* at 3481 (citations omitted).

Thus, *Holmes-McNary/Baldwin* (Patentee's own publication) confirms the results on NF-

κB activity that were disclosed in *Blanco-Colio* and helps to explain the mechanism by

which red wine constituents necessarily inherently inhibits NF-κB activity.

    *Manna* also provides extrinsic evidence that *St. Leger*, *Dobrilla* and *Jones*

inherently anticipate the subject claims.  Similar to *Blanco-Colio*, *Manna* looked at the

effect of resveratrol on NF-κB activity induced by a large range of inducers, including

TNF and LPS, and in a wide range of cells.  *Id.* at 6511,6514.  *Manna's* conclusion

affirmed that resveratrol, as found in red wine, reduced NF-κB activity and NF-κB-

mediated gene transcription in all cell types and with all inducers tested:

> We found that resveratrol is indeed a potent inhibitor of TNF-induced activation of
> NF-κB, and this inhibition is not cell type specific.  The suppression is observed
> in both normal and tumor cells.  Besides TNF, resveratrol also blocked NF-κB
> activation induced by a wide variety of other inflammatory agents.   NF-κB-
> dependent report gene transcription was also suppressed by resveratrol.  *Id.* at
> 6516.  See also *id.* at 6512-13, Figs. 2, 4 and 5.

Moreover, the effects of resveratrol were found at concentrations that are achievable by

normal red wine consumption:

> Considering that each gram of fresh grape skin contains 50-100 μg (200-400 μM)
> resveratrol and red wine has 1.5-3 mg/L, this suggests that resveratrol
> concentration used in our studies is achievable *in vivo* by consumption of grapes
> or red wine. Id. at 6517 (citations omitted).

    In short, any time someone, over the last several hundred or thousand years,

drank even a moderate amount of red wine with food containing significant fats (e.g.,

the typical French diet) they were reducing NF-κB activity (and concomitant NF-κB

mediated gene expression) that had been induced by the fat content in the food.  The

consumption of red wine, as taught in *Dobrilla* and *Jones,* thus inherently reduces NF-

κB activity and concomitant NF-κB mediated gene expression. The table in *Exhibit H-9*

provided with the 90/007,503 request (incorporated by reference), sets forth, on an

element by element basis, how the instant claims are inherently anticipated by The *King*

*James Version Bible* (1611), *St. Leger, Dobrilla,* or *Jones references.*

## VIII. N-ACETYL-L-CYSTEINE (intervening prior art): *Express anticipation by Staal.*

16.     Claims 18 and 182-185 are rejected under 35 U.S.C. 102(a) as being anticipated

by *Staal* et al. *Proc. Nat'l Acad Sci* 87 :9943 (Dec. 1990)  ('7828 appendix E:

incorporated by reference).

**REJECTION SUMMARY:** *Staal* et al. (see Abstract; page 9945; Figures 4-5) disclose a

method of inhibiting TNF-α by blocking NF-κB activation in mammalian cells (e.g. Jurkat

cells) by administration of N-acetyl-L-cysteine (NAC).

Instant claim 18 recites:  A method for reducing Interleukin-1 or Tumor Necrosis
Factor-α activity in mammalian cells comprising reducing NF-κB activity in the cells so
as to reduce intracellular signaling caused by Interleukin-1 or Tumor necrosis Factor-α
in the cells.

Staal teaches a method of inhibiting TNF-α activation and, thus, signaling, in

mammalian cells by reducing NF-κB activity.  Specifically, *Staal* discloses inhibiting

TNF-α stimulation of 293.27.2 and Jurkat cells by selectively blocking NF-κB activation

by administration of N-acetyl-L-cysteine (NAC). See Abstract, and Fig. 5.  Reduction of

intracellular TNF- α signaling is demonstrated by decreased expression of a beta-

galactosidase reporter gene in Jurkat cells, which are mammalian (human) in origin.

See Fig. 4. Accordingly, claim 18 is anticipated.

Instant claim 182, depending from claim 18, further recites that reducing NF-κB

activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which

are transcriptionally regulated by NF-κB. *Staal* anticipates claim 182 by teaching that

high thiol levels (resulting from NAC administration) inhibit NF-κB activation by

preventing phosphorylation of I-κB, since phosphorylation of I-κB is necessary for

dissociation of NF-κB from its complex with I-κB. Since NAC administration keeps NF-

κB complexed to its naturally occurring inhibitor I-κB, NF-κB is unavailable for binding

NF-κB recognition sites on genes that are transcriptionally regulated by NF-κB. Thus,

instant claim 182 is anticipated since NAC-mediated inactivation of NF-κB described in

*Staal* inherently and necessarily results in reduced NF-κB binding to its recognition

sites.

Instant claims 183-185, depending from claim 18, are also anticipated by *Staal*.

These claims further require that the method is carried out on human cells (claim 183),

immune cells (claim 184) and lymphoid cells (claim 185). *Staal* discloses NAC inhibition

of TNF- α stimulation in Jurkat cells (see Fig. 4, p. 9945) which are cells derived from a

human T-cell leukemia cell line, and, thus, are human, immune and lymphoid

anticipating claims 183-185.

**IX. NUCLEIC ACID DECOYS: (intervening prior art): *Express anticipation by***

***Bielinska***

17.    Claims 1, 2, 20, 25-29, 31, 36-40 and 203 are rejected under 35 U.S.C. 102(a) as

being anticipated by *Bielinska* et al. *Science* 250 :997 (Nov. 16, 1990) as evidenced by

*Ho*, PNAS USA 86 :6714 (1989) for purposes of defining clone 13B cells disclosed in

*Bielinska.* See MPEP 2131.01: Multiple Reference 35 U.S.C. 102 Rejections (primary

reference term meaning) ('7828 Appendix D: incorporated by reference).

**Rejection Summary:** *Bielinska* (e.g. at pages 197-198 and Fig. 1) discloses the use of

nucleic acid decoy molecules to inhibit NF-κB-dependent expression of a reporter gene

in clone 13 B-lymphoblastoid cells.

      *Bielinska* discloses the use of nucleic acid decoy molecules to inhibit NF-κB-

dependent expression of a reporter gene in clone 12 B-lymphoblastoid cells. See, e.g.,

p. 997, Abstract at mid-paragraph and p. 998 right hand column and Fig. 1D.

Specifically, *Bielinska* discloses the use of phosphoroothioate oligonucleotides as decoy

molecules that competitively bind NF-κB in clone 13 B cells. Id. These cells contain an

HIV-CAT reporter gene construct that is transcriptionally- regulated by NF-κB by two

κB binding sites found within the HIV enhancer. Fig. 1, and middle of right column on

page 997.

      *Bielinska* teaches that phosphorothioate oligonucleotides having an NF-κB

binding site consensus sequence, GGGGACTTTCC (the same as disclosed in the

instant '516 patent in Table 2 at col. 37), competitively bind NF-κB, reducing the amount

of NF-κB/HIV enhancer-regulated transcription of chloramphenicol acetyltransferase

(CAT). See p. 1000, fn. 19. Administration of these NF-κB decoy molecules in clone 13

cells inhibits HIV-CAT expression by more than 80%. See, e.g., p. 998, right-hand

column next to Fig. 1D.

      Thus, *Bielinska* teaches reducing NF-κB activity in eukaryotic cells such that

expression of a gene whose transcription is regulated by NF-κB is inhibited, as required

by instant claims 1 and 2. Specifically, as discussed above, *Bielinska* teaches a method

of inhibiting expression of NF-κB/HIV enhancer-regulated CAT clone 13B

lymphoblastoid cells. See e.g. p. 998, right-hand column next to Fig. 1D. This decrease

in NF-κB is accomplished by administration of double-stranded phosphorothioates

containing the NF-κB binding sequence, GGGGACTTTCC. See p. 1000, fn 19.

    *Bielinska* also teaches the methods of instant claims 20, 25-29, 31 and 36-40,

which depend from claims 1 and 2.

    Instant claims 20 and 31 are drawn to a method wherein NF-κB activity is

reduced by decreasing the level of NF-κB not bound in an NF-κB:I-κB complex. These

claims are anticipated by the *Bielinska* teaching (discussed *supra*) that double-stranded

phosphorothioates containing the NF-κB binding sequence, GGGGACTTTCC,

competitively bind NF-κB in clone 13B cells since binding of NF-κB by a decoy molecule

necessarily decreases the amount of free NF-κB in the cell which necessarily decreases

the level of NF-κB not bound in an NF-κB:I-κB complex.

    Instant claims 25 and 36 are drawn to a method wherein reducing NF-κB activity

comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are

transcriptionally regulated by NF-κB. As discussed for dependent claims 20 and 31,

*Bielinska* discloses double-stranded oligonucleotide phosphorothioates that compete

with the NF-κB binding site, thus reducing binding of NF-κB to NF-κB recognition sites

on genes which are transcriptionally regulated by NF-κB.

Instant claims 26-29 and 36-40 are drawn to reducing NF-κB activity in a cell resulting in inhibited expression of a gene regulated by NF-κB, wherein the method is carried out on mammalian cells (claims 26 and 37), human cells (claims 27 and 38), immune cells (claims 28 and 39) and lymphoid cells (claims 29 and 40). The *Bielinska* clone 13 B cells are human B lymphoblastoid cells and are thus, mammalian, human, immune, and lymphoid cells, as recited in the instant claims. See *Bielinska* p. 998 (left hand column at top) and *Ho* provided in Appendix C. *Bielinska* also anticipates instant claim 203 which is drawn to:

> A method of inhibiting expression, in a mammalian cell, of a gene whose transcriptional activity is activated by binding of NF-κB to gene, comprising introducing a nucleic acid decoy molecule into the cell in an amount sufficient to inhibit expression of the gene, which decoy includes an NF-κB binding site that binds to NF-κB.

As discussed above, *Bielinska* teaches a method of inhibiting expression of a CAT reporter gene using a nucleic acid decoy molecule. Transcription of the CAT reporter gene is regulated by an NF-κB/HIV enhancer and the *Bielinska* decoy molecule possesses the NF-κB binding site consensus sequence GGGGACTTTCC disclosed in the instant patent. *Bielinska* teaches that introduction of this NF-κB decoy molecule into the clone 13B cells inhibits HIV-CAT expression by more than 80%. See, e.g., p. 998, right hand column next to Fig. 1D. Therefore, *Bielinska* teaches each and every element of instant claim 203.

## X. NUCLEIC ACID DECOYS: Obviousness (references prior to 12/24/86)

18.    Claim 203 is rejected under 35 U.S.C. 103(a) as being unpatentable over *Baldwin and Sharp*, Proc. Nat'l Acad Sci  85:723  (Feb. 1988) in view of  *Schorpp* et al. J. Mol. Biol. 202:307 (1988); . *Li* et al. Mol. Cell. Biol. 8:432 (1988); *Hai* et al. Cell 54 :1043 (1988) ; *Chu* et al. Nucleic Acids Res. 15:1311-1326 (1987); and *Molecular Biology of THE CELL*, 2nd Ed. (1989) page 423 ('7828 Appendix F: incorporated by reference.

**Rejection Summary:**  *Baldwin and Sharp* disclose (e.g. pages 724-725; Fig. 2) the use of various DNA probes to compete for NF-κB binding in nuclear extracts of various mammalian cell types. Additionally, the *Schorpp* et al., *Li* et al. and *Hai* et al. references teach that oligonucleotides that specifically and competitively bind a transcription factor reduce expression of a gene controlled by the transcription factor. Further, *Chu* teaches methods for transfection of oligonucleotides (e.g. DNA) into eukaryotic cells, which once introduced into cells, readily enter the nucleus through pores. See *Molecular Biology of THE CELL* at p.423.

Claim 203 is drawn to a method of inhibiting expression, in a mammalian cell, of a gene whose transcriptional activity is activated by binding of NF-κB to gene, comprising introducing a nucleic acid decoy molecule into the cell in an amount sufficient to inhibit expression of the gene, which decoy includes an NF-κB binding site that binds to NF-κB.

*Baldwin and Sharp* disclose the use of various DNA probes to compete for NF-κB binding in nuclear extracts of various cell types including mammalian cells. See Materials and Methods, p. 723.  One such probe, the k3 probe, contains the NF-κB

binding site. See p. 724, Fig. 1. Competitive DNA binding assays demonstrating the

ability of k3 probe and kappa enhancer to compete for NF-κB binding are also

described. See Fig. 2b, page 724; left-column of page 725.

The *Baldwin and Sharp* reference teaching differs from the instantly claimed

method by failing to disclose the use of its NF-κB binding DNA probes (k3 probe) as a

means of inhibiting NF-κB regulated gene mammalian gene expression.

*Schorpp* et al., *Li* et al. and *Hai* et al. references teach that oligonucleotides that

specifically and competitively binds a transcription factor would reduce expression of a

gene controlled by the transcription factor; and thus these references provide motivation

to one of ordinary skill in the art to utilize the Baldwin and Sharp NF-κB binding DNA

probes to inhibit mammalian gene expression regulated by NF-κB.

Specifically, *Schorpp* teaches that a double-stranded oligonucleotide (HP1),

which contains a cis-element region specifically inhibits the transcription of a synO-TG

reporter gene in rat liver nuclear extract. *Schorpp* states, "If binding is a prerequisite for

HP1 function, addition of an oligonucleotide containing HP1 might compete with

transcriptional activation. See p. 317, right hand column. Moreover, *Schorpp's* data

shows that "transcription of synO-TG is inhibited by added HP1 oligo." *Id.*; see Fig. 10.

Similarly, *Li* teaches that inclusion of a double-stranded oligonucleotide

containing hepatocyte nuclear factor HNF-1 and HNF-2) binding region inhibits

transcriptional activity of the nuclear transcription factor in liver nuclear extracts. page

4362, Abstract, p. 4366 (right hand column); page 4367 and Fig's 6 and 7.

Analogously, *Hai* teaches that mammalian transcription factor ATF-dependent transcription of E4 is inhibited by a double-stranded oligonucleotide containing an ATF binding site. Pages 1043-4.

Additionally, methods for introducing exogenous DNA into mammalian cells were known in the art. For example, *Chu* teaches that "[a] large number of methods are used" for transfection of DNA into eukaryotic cells, including protoplast fusion, DEAE dextran, calcium phosphate co-precipitation with either DNA or recombinant bacteriophage. Page 1311, first paragraph.  Further, once introduced into cells, oligonucleotides readily enter the nucleus through nuclear pores on the nuclear membrane:

> A protein of 17,000 daltons equilibrates between cytoplasm and nucleus within 2 minutes; a protein of 44,000 daltons takes 30 minutes to equilibrate; while a globular protein larger than about 60,000 daltons seems hardly able to enter the nucleus at all.  Molecular Biology of THE CELL, 2nd Ed. (1989) page 423, lines 11-15.

In accordance with this teaching an oligonucleotide smaller than 60,000 daltons (e.g. 245 nucleotides or less) can enter the nucleus by equilibration.

Thus, it would have been *prima facie* obvious to one of ordinary skill in the art at the time the instant invention was made to utilize the *Baldwin* and *Sharp* NF-κB binding DNA probes to inhibit gene expression regulated by NF-κB in mammalian cells since one would be motivated to utilize the *Baldwin and Sharp* NF-κB binding DNA probes as inhibitors of proteins regulated by NF-κB as suggested by *Schorpp* et al., *Li* et al. and *Hai* et al. references utilizing conventional transfection techniques as taught by *Chu* with a reasonable expectation of achieving sufficient inhibiting amounts of a DNA decoy in a

Application/Control Number: 90/007,503; 90/007,828                    Page 55

Art Unit: 3991

mammalian cell as suggested by the *Molecular Biology of THE CELL*, 2nd Ed. (1989)

reference.

**XI. ENDOGENOUS GLUCOCORTICOIDS (reference prior to 12/24/86): Inherent**

**anticipation by *Goodman & Gilman* (*Newly Raised Examiner Rejection*)**

19.      Claims 1-2, 5-9, 20-21, 25-29, 31-32, 36-40, 53-54, 58-62, 64 -65, 69- 73, 75-76,

80-86, 88–89 and 93-97 are rejected under 35 U.S.C. 102(b) as being anticipated by

*Goodman and Gilman's* (The Pharmacological Basis of Therapeutics,  (Macmillan

Publishing Co., Inc. 1980, pages 1466-1496) (newly raised by Examiner) as evidenced

by *Baldwin I* (Annu. Rev. Immunol. 14 (1996) 649-81, *Auphan* et al. (Science 270

(1995) 286-290), *Scheinman I* (Mol. Cell. Biol. 15 (2/95) 943-53), *Scheinman II* (Science

270 (10/95) 283-286) and *Mukaida*  (J. Biol. Chem. 269 (5/94) 13289-95) and *Padgett* et

al. Trends in Immunology, 24(8) (Aug. 2003) pages 444-448 (newly raised by

Examiner). See MPEP 2131.01 (evidence of inherency).

**Rejection Summary**:  *Goodman & Gilman* teach the naturally occurring   endogenous

production and release of glucocorticoids (cortisol) in response to many different types

of environmental stressors which *inherently* results in the reduction of NF-κB activity

that acts to inhibit expression, in a eukaryotic cell, of cytokines whose transcription is

regulated by NF-κB.   In this respect, the NF-κB inhibiting evidence provided by the

Baldwin I, Auphan, Scheinman I/II and the Mukaida documents, regarding the

synthetically administered steroid dexamethasone (DEX) has been found to be

analogous with what occurs upon release of the endogenous cortisol glucocorticoid as

evidenced by *Padgett*.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claim 5) in a eukaryotic cell.

The instant claims broadly encompass the natural process in which an animal responds to environmental stressors by increasing production of endogenous glucocorticoids (cortisol, cortisone, hydrocortisone, corticosterone, aldosterone: see e.g. page 1473 Table 63-2) that are secreted into the bloodstream. Increased glucocorticoids are produced in response to many different types of stressors including "agonal state, severe infections, surgery, parturition, cold, exercise, and emotional stress" (*Goodman and Gilman*, 1469, "Example of Effective Stimuli of Secretion"). These elevated quantities of endogenous glucocorticoids are known to "prevent or suppress the inflammatory response that takes place as a consequence of the hypersensitivity reactions" (Goodman and Gilman, page 1479, left column, "Immune Responses").

However, it has been known since the mid-1990's, that glucocorticoids effect their immunosuppression by reducing NF-κB activity by preventing NF-κB from binding to the appropriate sites on the DNA and by increasing the transcription, expression and/or release of IκB, thereby reducing the amount of activated NF-κB that can translocate into the nucleus. In this regard, several publications cited by Dr. Baldwin in

his 1996 review article (*Baldwin I*), including *Auphan, Scheinman I, Schmeinman II and, Mukaida*, in addition to the *Padgett* document, provide extrinsic evidence that endogenously produced glucocorticoids, such as cortisol, are recognized to *necessarily and inherently* reduce NF-κB activity thus inhibiting cytokine production, *in vivo*, upon the body's release of glucocorticoids in response to external stimuli, such as stress, as described in *Goodman and Gilman*.

## a) Extrinsic Evidence of Inherency as Provided by *Auphan*

*Auphan* describes methods for reducing NF-κB activity in an induced leukemic T-cell line. First, *Auphan* induced human leukemic T cells (Jurkat strain) or murine T cells (FJ8.1) with TPA and used EMSA, as described in the'516 Baltimore patent, to demonstrate NF-κB activity. See *Auphan* at 287-8. *Auphan* then exposed the cells to $10^{-6}$ M dexamethasone. Id. Auphan reports that dexamethasone clearly reduced NF-κB activity:

> Electrophoretic mobility shift assays (EMSAs) revealed that both AP-I and NF-κB DNA binding activities were elevated in nuclear extracts of activated [FJ8.1] cells (Fig. 1C). DEX inhibited induction of NF-κB binding activity and reduced the amount of A.P-1 binding activity . . . . DEX also inhibited induction of NF-κB in mouse T lymphocytes in vivo (Fig. 1D).
>
>         *      *      *
>
> Inhibition of NF-κB activation by DEX . . . was also observed in a Jurkat human T cell leukemia line stably transfected with a GR expression vector (Fig. 2A). . . .Inhibition of NF-κB activity was also observed in cells stimulated by either 12-O-tetradecanoryl-phorbal 13-acetate (TPA) alone or by tumor necrosis factor (TNF- α).  Id. (citations omitted).

As Dr. Baldwin noted, *Auphan* demonstrates that glucocorticoids "involves the transcriptional activation of the I-κBα gene" in these human leukemic cells and

therefore, "by upregulating I-κBα protein levels, function to block nuclear translocation

of NF-κB and DNA binding." *Baldwin* at 671.   As discussed below, Dr. Baldwin's own

results, as reported in the *Scheinman II* document discussed below, confirms this

mechanism for glucocorticoid action.

**b) Extrinsic Evidence of Inherency as Provided by Scheinman I & II**

       *Scheinman I* and *Scheinman II* confirm that dexamethasone, as used in the prior

art, reduces  NF-κB activity. In particular, *Scheinman I* evaluated the effect of $10^{-7}$ M

dexamethasone on NF-κB activity in human epithelial (HeLa) cell cultures. *Scheinman I*

at 944.  NF-κB activity was measured in at least two assay formats disclosed in the

Baltimore '516 patent (EMSA and reporter assays) as well as Western blot

immunological assays.  Dexamethasone was shown (Figs 1A and B; Fig. 4; and Fig. 7)

to reduce endogenous NF-κB activity in cells ("Pretreatment with DEX resulted in a

profound loss of TNF-α induced NF-κB as well as p50 homodimer (KBF1) gel shift

activity (Fig. 7B, lane 3). Similar data were obtained by treating cells with IL-1 (data not

shown)." *Id* at 949.    *Scheinman I* concluded that dexamethasone reduces NF-κB

activity by two distinct avenues:

> We show that GR can physically interact with NF-κB subunits and also
> block their ability to bind DNA. In addition, we present new data showing
> that dexamethasone (DEX) treatment of HeLa cells causes a significant
> reduction in nuclear p65 protein levels. Thus, glucocorticoids are also able
> to inhibit NF-κB activity by a novel mechanism involving a block of
> cytokine-induced nuclear translocation.
>
>     *     *     *
>
> With EMSA analysis, we found that DEX treatment caused a marked
> reduction in the ability of NF-κB /Rel subunits to bind DNA despite the
> presence of equal amounts of NF-κB subunit protein in the EMSA DNA-

binding reaction mixtures (Fig. 5, EMSA). *Id.* at 944,948.

Similarly, the *Scheinman II* reference demonstrates that dexamethasone, at the same

$10^{-7}$ M concentration as *Scheinman I*, reduces NF-κB activity as called for by the claims

that are the subject of this reexamination request. *Scheinman II* confirmed the *Auphan*

conclusion that dexamethasone inhibits TNF α induced NF-κB activity, at least in part,

by inducing the transcription of the IκB- α gene:

> Together, these data indicate that DEX treatment induces the transcription of the
> IκB- α gene. This induction results in the increased syntheses of the IκB- α
> protein. This increase in protein synthesis leads to the rapid turnover of the IκB-
> α protein associated with preexisting NF-κB complexes. In the presence of an
> activator such as TNF α, newly released NF-κB reassociates with the DEX-
> induced IκBα and thus reduces the amount of NF-κB translocating to the
> nucleus. *Scheinman II* at 286.

### c) Extrinsic Evidence of Inherency as Provided by *Mukaida*

*Mukaida* observed that IL-8 production was mediated by NF-κB in all cells they

previously examined. *Mukaida* at 13284. In those cells, dexamethasone inhibited NF-

κB-regulated IL-8 production by more than 60% at concentrations equal to and higher

than $10^{-8}$M. *Id* at 13290.

### d) Extrinsic Evidence of Inherency as Provided by *Padgett*

Consistent with the *Scheinman* II and *Auphan* references, *Padgett* teaches that

the body responds to external stressors by release of glucocorticoid hormones,

including cortisol, which bind glucocorticoid receptors expressed on a variety of immune

cells to interfere with NF-κB function, resulting in reduced cytokine production. See

Abstract; p.445 (right column) to p. 446; footnotes 32 and 33; and p. 447 under "Conclusions".

Thus, endogenous production of glucocorticoids in response to external body stimuli as described in *Goodman and Gilman* is now recognized as necessarily inherently reducing NF-κB activity as called for by the subject claims of the Baltimore '516 patent.  See also '7503 *Exhibit H8* (incorporated by reference) application to claims regarding exogenous glucocorticoid administration.

### Status of Claims

Claims 1-18, 20-43, 47-51, 53-100, 104-107, 109-110, 114-117, 119-120, 124-129, 133-140, 144-150, 154-160, 164-168, 172-178, 182-186, 192-193, 197-201 and 203 are rejected.  Claims 19, 44-46, 52, 101-103, 108, 111-113, 118, 121-123, 130-132, 141-143, 151-153, 161-163, 169-171, 179-181, 187-191, 194-196, and 202 are confirmed patentable.

## STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

The following is an examiner's statement of reasons for patentability and/or confirmation of the claims found patentable in this reexamination proceeding:  Claims 19, 44-46, 52, 101-103, 108, 111-113, 118, 121-123, 130-132, 141-143, 151-153, 161-163, 169-171, 179-181, 187-191, 194-196, and 202 are confirmed patentable since none of the references cited in the 90/007,503 or 90/007,828 proceedings raise a substantial new question of patentability concerning these claims. Any comments considered necessary by PATENT OWNER regarding the above statement must be submitted promptly to avoid processing delays.  Such submission by the patent owner

Application/Control Number: 90/007,505; 90/007,828                                   Page 61
Art Unit: 3991

should be labeled: "Comments on Statement of Reasons for Patentability and/or

Confirmation" and will be placed in the reexamination file.

### Extensions of Time

Extensions of time under 37 CFR 1.136 (a) will not be permitted in these proceedings because
the provisions of 37 CFR 1.136 apply only to an applicant and not to parties in a reexamination
proceeding.  Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination proceedings "will be
concluded with special dispatch" (37 CFR 1.555(a) ). Extensions of time in *ex parte* reexamination
proceedings are provided for in 37 CFR 1.550(c).

### Service on the Other Party (3rd Party Request)

After the filing of a request for reexamination by a 3rd party requester, any document filed by
either the patent owner or the third party requester must be served on the other party (or parties where
two or more third party requester proceedings are merged) in the reexamination proceeding in the
manner provided in 37 CFR 1.248.  See 37 CFR 1.550 (f).

### Patent Owner Amendment

Patent owner is notified that any proposed amendment to the specification and/or claims in this
reexamination proceeding must comply with 37 CFR 1.530(d)-(j), must be formally presented pursuant to
37 CFR 1.52(a) and (b), and must contain any fees required by 37 CFR 1.20(c). In order to ensure full
consideration of any amendments, affidavits or declarations, or other documents as evidence of
patentability, such documents must be submitted in response to this Office action.  Submissions after the
next Office action, will be governed by the requirements of 37 CFR 1.116, after final rejection and 37 CFR
41.33 after appeal, which will be strictly enforced.

### Future Correspondences

Any inquiry concerning this communication or earlier communications from the examiner should
be directed to Bennett Celsa whose telephone number is 571-272-0807.  The examiner can normally be
reached on 8-5.  If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Deborah D. Jones can be reached on 571-272-1535.  The fax phone number for the
organization where this application or proceeding is assigned is 571-273-9900.

Please mail any communications to:

Attn: Mail Stop "Ex Parte Reexam"
Central Reexamination Unit
Commissioner for Patents
P. O. Box 1450
Alexandria VA   22313-1450

Please FAX any communications to:

Application/Control Number: 90/007,503; 90/007,828                Page 62
Art Unit: 3991

(571) 273-9900
Central Reexamination Unit

Please hand-deliver any communications to:
Customer Service Window
Attn:  Central Reexamination Unit
Randolph Building
401 Dulany Street
Alexandria, VA  22314

 *Information regarding the status of an application may be obtained from the Patent Application*

*Information Retrieval (PAIR) system.  Status information for published applications may be obtained from*

*either Private PAIR or Public PAIR.  Status information for unpublished applications is available through*

*Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should*

*you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC)*

*at 866-217-9197 (toll-free).*

Bennett  Celsa
Primary Examiner
Art Unit 3991

Conferees:

Application/Control Number: 90/007,503; 90/007,828          Page 63

Art Unit: 3991

**TABLE OF CONTENTS**

| PRIOR ART REJECTION SUMMARY | | PAGES |
|---|---|---|
| **I. PROTEIN KINASE C INHIBITORS (intervening prior art):** Express anticipation: *Meichle* or *Shirikawa* ('7503 Exhibit. G2) of claims 1-9, 11, 20-21, 25-29, 31, 32, 36-40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193, and 197-201. | | 10-13 |
| **IIa. CYCLOSPORIN A  (intervening prior art)** Express anticipation: *Schmidt, Emmel* and *Brini* ('7503 Exhibit G1) of claims 1-9, 11, 20-21, 25-29, 36-40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201. | | 13-18 |
| **IIb. CYCLOSPORIN A (references prior to 12/24/86)** A. Inherent anticipation: *PDR* (1985), *Griffith I, Griffith II* ('7503 Exhibit H1) of claims 1-2, 6-9, 20-29, 31-40, 64-73, 75-86 and 88-97. | 19-23 | 19-29 |
| B. Inherent anticipation *by Reed* ('7503 Exhibit H2) of claims 1-2, 5-9, 20-21 25-29,31-32,36-40,53-54,58-62,64-65,69-73,75-76,80-86,88-89, and 93-97. | 24-26 | |
| C. Inherent anticipation *by Kronke or* Siebenlist ('7503 Exhibit H3) of claims 1-2, 5-9, 20-21, 25-29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89, and 93-97. | 26-29 | |
| **III. VITAMIN D (CALCITRIOL) (references prior to 12/24/86)** Inherent anticipation by *Tsoukas, Manolagas, Lemire I, Lemire II, Rigby I* and *Rigby II* ('7503 Exhibits H4-H6) of claims 1-2, 5-9, 20-21, 25-29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89 and 93-97. | | 30-32 |
| **IV. 5-ASA  (references prior to 12/24/86)** Inherent anticipation by *Dew*  ('7503 Exhibit H7) of claims 1-2, 5-9, 20-29, 31-40, 53-62, 64-73, 75-86 and 88-97. | | 32-34 |
| **V. GLUCOCORTICOIDS (references prior to 12/24/86)** Inherent anticipation by *1970 PDR, Lefring, Nagasawa,* or *Rovera* ('7503 Exhibit H8) of claims 1-2, 5-9, 20-21, 25-29, 31-32, 36-40, 53-54, 58-62, 64 -65, 69- 73, 75-76, 80-86, 88–89 and 93-97. | | 34-39 |
| **VI. ANTIBIOTICS (references prior to 12/24/86)** Inherent anticipation by *1970 PDR* ('7503 Exhibit H10) of claims 1-2, 5-10, 12-18, 20-21, 25-32, 36-41, 53-54, 58-65, 69-76, 80-89, 93-100, 104-105, 119-120, 124-129, 133-140,144-150,154-160, 164-168,172-178, and 182-186. | | 39-42 |
| **VII. RED WINE  (references prior to 12/24/86)** Inherent anticipation by *King James Version Bible* (1611), *St. Leger, Dobrilla,* or *Jones* ('7503 Exhibit H9) of claims 1-2, 6-9, 20-21, 25-32, 36-41, 64-65, 69-76, 80-89, and 93-98. | | 42-47 |
| **VIII. N-ACETYL-L-CYSTEINE  (intervening prior art)** Express anticipation by *Staal* of claims 18 and 182-185 ('7828 Appendix E). | | 47-48 |
| **IX. NUCLEIC ACID DECOYS: (intervening prior art):** Express anticipation by *Bielinska* of claims 1, 2, 20, 25-29, 31, 36-40 and 203 ('7828 Appendix D). | | 48-51 |
| **X. NUCLEIC ACID DECOYS (Obviousness ) (references prior to 12/24/86)** Obviousness of claim 203 ('7828 Appendix F). | | 52-55 |
| **XI. ENDOGENOUS GLUCOCORTICOIDS (references prior to 12/24/86)** Inherent anticipation by *Goodman & Gilman*  ('7503 Exhibit H8) of claims 1-2, 5-9, 20-21, 25-29, 31-32, 36-40, 53-54, 58-62, 64 -65, 69- 73, 75-76, 80-86, 88–89 and 93-97. | | 55-60 |