IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-259-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington, this 13th day of September, 2006,

For the reasons set forth by the Court during the hearing on September 11, 2006,

IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss (D.I. 13) is DENIED as to lack of subject matter jurisdiction; and DENIED without prejudice as to the alleged failure to join indispensable parties;

2. Defendant's motion to quash subpoena and for a protective order (D.I. 57) is DENIED.

3. Plaintiffs' motion to compel (D.I. 56) is GRANTED to the limited extent described by the Court.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE