# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 14, 2006

The Honorable Kent A. Jordan  
United States District Court  
844 North King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC MAIL

Re: *Amgen, Inc., et al. v. ARIAD Pharmaceuticals, Inc.*,  
C. A. No. 06-259-KAJ

Dear Judge Jordan:

This law firm represents ARIAD Pharmaceuticals, Inc. ("ARIAD") in the above-referenced action. I am writing at the specific request of my co-counsel, David Gindler of Irell & Manella LLP, to correct a misstatement that he made at the September 11, 2006 hearing on ARIAD's Motion to Dismiss.

During the hearing, Mr. Gindler stated that Fritz Casselman, the former head of business development at ARIAD, is not a lawyer. Mr. Gindler learned for the first time shortly after the hearing that Mr. Casselman does have a law degree. Accordingly, his statement was in error. Mr. Gindler's error does not appear to have impacted the result of the hearing, given that the Court found that Amgen had a reasonable apprehension of suit (and given the Court's comments about Mr. Casselman in particular). Mr. Gindler regrets the error—which was entirely unintentional and ultimately irrelevant—but still requested that I bring it to Your Honor's attention.

Mr. Gindler promptly informed Amgen's counsel of his error in an email sent after the hearing. I have attached a copy of this email for the Court's information.

Respectfully,

/s/ Steven J. Balick

Steven J. Balick

SJB/dwh  
Attachment  
173204.1  
cc: David I. Gindler, Esquire (via electronic mail; w/attachment)  
Melanie K. Sharp, Esquire (by hand and via electronic mail; w/attachment)  
Mark A. Pals, Esquire (via electronic mail; w/attachment)  
Drew Diamond, Esquire (via electronic mail; w/attachment)

**Gindler, David**

**From:** Gindler, David
**Sent:** Monday, September 11, 2006 7:38 PM
**To:** Marcus E. Sernel Esq. (msernel@kirkland.com)
**Subject:** Fritz Casselman

Marc,

After the hearing today, I learned that Fritz Casselman does have a law degree. I was not aware of this fact before the hearing. According, I erred when I stated during oral argument today that Mr. Casselman is not a lawyer. My error does not appear to have impacted the result of the hearing, given that the Court found that Amgen had a reasonable apprehension of suit (and given the Court's comments about Mr. Casselman in particular). I regret the error -- which was entirely unintentional -- and wanted to bring it to your attention promptly, since Mr. Casselman may be a witness in this case.

DIG

1