# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. McBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DiPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. McDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
KRISTEN R. SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. McLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6681
DIRECT FAX:  302-576-3333
msharp@ycst.com

September 27, 2006

**BY CM/ECF**

The Honorable Kent A. Jordan
United States District Court of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

      Re:    Amgen, Inc. et al. v. Ariad Pharmaceuticals, Inc.
             C. A. No.: 06-259 (KAJ)

Dear Judge Jordan:

        Plaintiffs (collectively referred to as "Amgen") file this letter in response to ARIAD's September 25, 2006 letter asking this Court to order expedited scheduling in connection with the Motion for Certification that ARIAD filed on Monday.

        ARIAD spends the majority of its letter summarizing the substance of its motion under 28 U.S.C. § 1292(b) for certification of the Court's decision on ARIAD's Motion to Dismiss. While Amgen will not attempt to address the various substantive arguments in this letter that addresses the scheduling issue, ARIAD's new arguments for certification have no more merit than the arguments that were presented and rejected on the underlying Motion to Dismiss. ARIAD's new arguments relating to the Bayh-Dole Act and ARIAD's drug discovery efforts were not made in the context of the Motion to Dismiss and reflect desperate attempts to create immediately appealable issues where none exist. In reality, these arguments have no bearing whatsoever on ARIAD's actions that created Amgen's reasonable apprehension of suit and the law that justified the Court's exercise of jurisdiction over this case.

        At bottom, ARIAD seeks to truncate Amgen's time period for responding to ARIAD's 28-page Memorandum in Support of its Motion for Certification, citing the "extreme

# YOUNG CONAWAY STARGATT & TAYLOR, LLP
United States District Court of Delaware
September 27, 2006
Page 2

urgency" of the motion. But this claim of "extreme urgency" is belied by, *inter alia*, the fact that ARIAD took the full two weeks following the Court's decision on the Motion to Dismiss to file its § 1292(b) motion. Either resolution of this issue is not as urgent as ARIAD now contends, or it took ARIAD a full two weeks to prepare its motion papers—either way, it is unreasonable for ARIAD to insist that Amgen's response brief be filed on an expedited schedule. Moreover, ARIAD has not worried about urgency when seeking delays of this case at every turn, including in filing its briefing on the Motion to Dismiss and in scheduling of the hearing on that motion. While Amgen is amenable to accelerating the case in all reasonable respects, it is simply not reasonable to require Amgen to file a response to a 28-page brief in less than two weeks.[1]

　　　　　　For the foregoing reasons, Amgen respectfully requests that the Court deny ARIAD's request for expedited briefing on its motion for certification.

Very truly yours,

/s/

Melanie K. Sharp (No. 2501)

MKS:ch

cc:　Clerk of the Court (Hand Delivery)
　　　John G. Day, Esquire (via e-mail and Hand Delivery)
　　　David I. Gindler, Esquire (via e-mail)

---

[1]　This is especially the case since the Amgen in-house counsel involved in this case are also preparing for a Federal Circuit argument in the case of Israel Bio-Engineering Project v. Amgen, et al. that is scheduled for October 4, 2006. In light of this and other scheduling issues, Amgen intends to seek the courtesy of a three-day extension (to October 12) to file its opposition brief and hopes to submit a stipulated order to this effect later this week.