## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation;      )
IMMUNEX CORPORATION, a Washington         )
corporation; AMGEN USA INC., a Delaware   )
corporation; AMGEN MANUFACTURING,         )
LIMITED, a Bermuda Corporation, and       )
IMMUNEX RHODE ISLAND                      )
CORPORATION, a Delaware corporation,      )        Civil Action No. 06-259-KAJ
                                          )
            Plaintiffs,                   )
                                          )
       v.                                 )
                                          )
ARIAD PHARMACEUTICALS, INC., a            )
Delaware corporation,                     )
                                          )
            Defendant.                    )

## PLAINTIFFS' MOTION TO EXTEND TIME TO SERVE AND FILE
## ANSWERING BRIEF

Plaintiffs (collectively referred to as "Amgen") hereby move for an extension of time by which they must file and serve their answering brief in opposition to Defendant Ariad's Motion for Certification.  In support of its motion, Amgen states the following:

1.    On September 25, 2006, Defendant Ariad filed a Motion for Certification Pursuant to 28 U.S.C. § 1292(b). (DI 73).

2.    Also on September 25, 2006, by letter and not by motion, Defendant Ariad requested expedited scheduling in connection with the motion.  (DI 77).

3.    By letter dated September 27, 2006, Amgen opposed expedited scheduling and advised the Court of the need for a three day extension for filing and serving its

answering brief (through and including October 12, 2006) due to Amgen in-house counsel's participation in a Federal Circuit argument on the due date. (DI 79, fn 1).

4.    In an attempt to secure a stipulated three day extension, Marcus E. Sernel, Esquire, on behalf of Amgen, requested the extension and reiterated the basis for the request. Ariad, through its counsel David Gindler, Esquire, declined.

5.    The unavailability of Amgen's in-house counsel due to preparation for and participation in a Federal Circuit argument continues to necessitate the need for a three day extension.

6.    Defendant will not be prejudiced by extending the time within which Amgen must file its answering brief.

WHEREFORE, Plaintiffs respectfully request that the Court enter the proposed order attached.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

*Attorneys for Plaintiffs Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation.*

DATED:    October 2, 2006

DB02:5538870.1        065028.1001

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on October 2, 2006, I caused to be electronically filed a true and correct copy of the foregoing, PLAINTIFFS' MOTION TO EXTEND TIME TO SERVE AND FILE ANSWERING BRIEF, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

I further certify that on October 2, 2006, I caused a copy of the foregoing, PLAINTIFFS' MOTION TO EXTEND TIME TO SERVE AND FILE ANSWERING BRIEF, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY E-MAIL (by agreement of counsel)**
Morgan Chu, Esquire
David I. Gindler, Esquire
Amir A. Naini, Esquire
Christopher M. Newman, Esquire
Elizabeth L. Rosenblatt, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Melanie K. Sharp (No. 2501)

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1</u>

I hereby certify that Amgen's counsel requested agreement to, and Ariad's

counsel refused, the requested three day extension, as detailed in paragraph 4 of

Plaintiffs' Motion to Extend.

Melanie K. Sharp, Esquire (No. 2501)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 06-259 |
| v. | ) ) ) | |
| ARIAD PHARMACEUTICALS, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of Plaintiffs' Motion to Extend Time to Serve and File Answering Brief, it is by the Court this _____ day of _____, 2006:

**ORDERED** that Plaintiffs' Motion is hereby **GRANTED** and the time by which Plaintiffs must file their answering brief in opposition to Defendant Ariad's Motion for Certification Pursuant to 28 U.S.C. § 1292(b) (DI 73) is extended through and including October 12, 2006.

_____
United States District Judge