# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 10, 2006

The Honorable Kent A. Jordan  
United States District Court  
844 North King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Amgen, Inc., et al. v. ARIAD Pharmaceuticals, Inc.,*  
C. A. No. 06-259-KAJ

Dear Judge Jordan:

I am writing on behalf of Defendant ARIAD Pharmaceuticals, Inc. ("ARIAD") in the above-referenced case, in which a technology tutorial is currently scheduled for November 3, 2006—just six days before the U.S. Senate is scheduled to vote on Your Honor's nomination to the United States Court of Appeals for the Third Circuit. ARIAD respectfully requests the postponement of the tutorial, since neither the parties nor the Court will benefit from the expenditure of substantial resources to present a tutorial to a judge whose departure is imminent and who therefore has no need whatsoever for the information being presented.

The purpose of the tutorial is to aid the Court in its understanding and management of the litigation. Among other things, the tutorial assists the Court in preparing for its later task of construing the claims of the patent in suit. As such, any tutorial ideally would be conducted before the judge upon whom this task would later fall.

Although the Scheduling Order requires the parties to videotape the tutorial, that is no substitute for a live presentation. A technology tutorial, presented live before the Court, is ordinarily an interactive process: The parties make presentations; the Court asks questions. Each individual judge may pursue different lines of questioning during a live presentation. It would make little sense to conduct the tutorial once for Your Honor, and a second time for another judge.

Nor is there any pressing need to conduct the technology tutorial on November 3, 2006. Opening briefs on claim construction are not due until July 16, 2007. There is plenty of time to conduct the technology tutorial at a later date.

Amgen opposes this request and insists that the tutorial should proceed as scheduled. Its only articulated rationale is that the tutorial will be videotaped—which, as discussed above, is hardly a real-world justification for Amgen's position. As the world's second largest

The Honorable Kent A. Jordan
October 10, 2006
Page 2

biotechnology company, the expense of proceeding with a totally unnecessary tutorial obviously is inconsequential to Amgen. For ARIAD, however—a small company with minimal revenue, no approved products yet on the market, and limited sources of capital—that expense is a significant burden, particularly given that the tutorial likely will be repeated later in the case for another judge.

Given that less than 30 days remain before the November 3rd tutorial date, and that considerable work needs to get underway promptly if the tutorial will proceed as currently scheduled, resolution of this issue is of real urgency to ARIAD. We therefore would be grateful if Your Honor would inform the parties as quickly as possible how the Court wishes to proceed. For the Court's convenience, a proposed form of order is attached.

                                    Respectfully,

                                    /s/ Steven J. Balick

                                    Steven J. Balick

SJB/nml
Attachment
174032.1

cc:   David I. Gindler, Esquire (via electronic mail; w/attachment)
      Melanie K. Sharp, Esquire (by hand and electronic mail; w/attachment)
      Marcus E. Sernel, Esquire (via electronic mail; w/attachment)
      Drew Diamond, Esquire (via electronic mail; w/attachment)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC.,<br><br>Defendant. | C.A. No. 06-259-KAJ |

## **ORDER**

This _____ day of _____, 2006, the Court having considered Defendant ARIAD Pharmaceuticals, Inc.'s request to postpone the technology tutorial currently scheduled before the Court for November 3, 2006, and the Court, after considering the positions of the parties, having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Defendant's request is GRANTED and that the Court's Scheduling Order of July 19, 2006, is AMENDED to CONTINUE the technology tutorial until such date as the Court later deems appropriate.

_____
United States District Judge