# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | NEILLI MULLEN WALSH | LISA A. ARMSTRONG | TIMOTHY E. LENGKEEK |
| SHELDON N. SANDLER | JANET Z. CHARLTON | GREGORY J. BABCOCK | ANDREW A. LUNDGREN |
| RICHARD A. LEVINE | ROBERT S. BRADY | JOSEPH M. BARRY | MATTHEW B. LUNN |
| RICHARD A. ZAPPA | JOEL A. WAITE | SEAN M. BEACH | JOSEPH A. MALFITANO |
| FREDERICK W. IOBST | BRENT C. SHAFFER | DONALD J. BOWMAN, JR. | ADRIA B. MARTINELLI |
| RICHARD H. MORSE | DANIEL P. JOHNSON | TIMOTHY P. CAIRNS | MICHAEL W. MCDERMOTT |
| DAVID C. MCBRIDE | CRAIG D. GREAR | KARA HAMMOND COYLE | MARIBETH L. MINELLA |
| JOSEPH M. NICHOLSON | TIMOTHY JAY HOUSEAL | MARGARET M. DIBIANCA | EDMON L. MORTON |
| CRAIG A. KARSNITZ | MARTIN S. LESSNER | MARY F. DUGAN | D. FON MUTTAMARA-WALKER |
| BARRY M. WILLOUGHBY | PAULINE K. MORGAN | ERIN EDWARDS | JENNIFER R. NOEL |
| JOSY W. INGERSOLL | C. BARR FLINN | KENNETH J. ENOS | ADAM W. POFF |
| ANTHONY G. FLYNN | NATALIE WOLF | IAN S. FREDERICKS | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | LISA B. GOODMAN | JAMES J. GALLAGHER | SARA BETH A. REYBURN |
| EUGENE A. DIPRINZIO | JOHN W. SHAW | SEAN T. GREECHER | KRISTEN R. SALVATORE (PA ONLY) |
| JAMES L. PATTON, JR. | JAMES P. HUGHES, JR. | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| ROBERT L. THOMAS | EDWIN J. HARRON | DAWN M. JONES | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MICHAEL R. NESTOR | RICHARD S. JULIE | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | MAUREEN D. LUKE | KAREN E. KELLER | CHAD S.C. STOVER (SC ONLY) |
| BRUCE L. SILVERSTEIN | ROLIN P. BISSELL | JENNIFER M. KINKUS | JOHN E. TRACEY |
| WILLIAM W. BOWSER | SCOTT A. HOLT | EDWARD J. KOSMOWSKI | MARGARET B. WHITEMAN |
| LARRY J. TARABICOS | JOHN T. DORSEY | JOHN C. KUFFEL | SHARON M. ZIEG |
| RICHARD A. DILIBERTO, JR. | M. BLAKE CLEARY | KAREN LANTZ | |
| MELANIE K. SHARP | CHRISTIAN DOUGLAS WRIGHT | | |
| CASSANDRA F. ROBERTS | DANIELLE GIBBS | SPECIAL COUNSEL | SENIOR COUNSEL |
| RICHARD J.A. POPPER | JOHN J. PASCHETTO | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| TERESA A. CHEEK | NORMAN M. POWELL | ELENA C. NORMAN | |
| | | KAREN L. PASCALE | OF COUNSEL |
| | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | STUART B. YOUNG |
| | | | EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE   19801

P.O. BOX 391
WILMINGTON, DELAWARE   19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6681
DIRECT FAX: (302) 576-3333
msharp@ycst.com

October 10, 2006

**BY E-FILE**

The Honorable Kent A. Jordan
United States District Court of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

      Re:    Amgen, Inc. et al. v. ARIAD Pharmaceuticals, Inc.
             <u>C.A. No.: 06-259 (KAJ)</u>

Dear Judge Jordan:

      Plaintiffs (collectively referred to as "Amgen") file this letter in response to ARIAD's October 10, 2006 letter asking this Court to postpone the technology tutorial presently scheduled for November 3, 2006.

      Amgen is of course aware of Your Honor's pending elevation to the United States Court of Appeals for the Third Circuit, and Amgen defers to the Court's discretion in managing its calendar. Amgen believes, however, that it makes sense to proceed with the tutorial on the scheduled date. As ARIAD acknowledges, the tutorial is videotaped and can be shared with the judge that succeeds Your Honor in handling this case.

      If the Court does not wish to proceed with the technology tutorial on November 3, Amgen would alternatively request that this scheduled hearing time be used to address the various other disputes that are outstanding between the parties. As the Court is aware, ARIAD has recently filed two new motions seeking to reargue the issues that were presented and rejected in its original motion to dismiss. Since these motions deal primarily with issues that have already been considered and ruled on once by Your Honor, it would be logical for Your Honor to

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorabe Kent A. Jordan
October 10, 2006
Page 2

rule on them again, with potentially the most convenient time being at the November 3 hearing. Either in addition to or in place of the technology tutorial, therefore, Amgen would like to use some of the time the Court has set aside for the tutorial to deal with ARIAD's latest procedural motions and the outstanding discovery disputes, hopefully once and for all. Amgen believes that the case should move forward and not be derailed.

Despite clear direction from the Court that this case must move forward, ARIAD continues to stall with excuses and more procedural motion practice. ARIAD still has not produced any documents or provided substantive responses to Amgen's interrogatories, despite the fact that this discovery was served over three months ago. And ARIAD continues to hold up final agreement on the protective order, and has yet to approve Amgen's designated in-house counsel to review the Lilly documents produced pursuant to Amgen's subpoena despite having previously agreed to permit in-house counsel access to all documents produced under the protective order that has yet to be finalized.

For all of these reasons, Amgen respectfully requests that Your Honor maintain this case on its November 3 calendar.

Respectfully,

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)

MKS:amc

cc:    Clerk of the Court (by hand delivery)
       Steven J. Balick, Esquire (by hand delivery and electronic mail)
       David I Gindler, Esquire (by electronic mail)
       Mark S. Pals, Esquire (by electronic mail)