IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-259-KAJ<br>)<br>)<br>)<br>)<br>) |

### ORDER

The court, having considered defendant's October 10, 2006 request to continue the tutorial hearing (D.I. 88); and plaintiffs' October 10, 2006 objection thereto (D.I. 91);

IT IS HEREBY ORDERED that:

1. The tutorial hearing scheduled for November 3, 2006 at 9:30 a.m. is VACATED, and shall be rescheduled at a time convenient to the court and parties; and

2. Oral argument on any outstanding, fully briefed, motions shall be heard on November 3, 2006 at 9:30 a.m., in courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

October 12, 2006
Wilmington, Delaware