# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware Corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 06-259-KAJ |
| v. ) ) | |
| ARIAD PHARMACEUTICALS, INC., a Delaware corporation, ) ) ) | |
| Defendant. ) | |

## DECLARATION OF MARK DUGGAN

I, Mark Duggan, hereby declare as follows:

1. I am a Senior Director at Amgen, Inc., where I am the head of medicinal chemistry and the most senior executive at its Cambridge, Massachusetts facility. I submit this Declaration in connection with Plaintiffs' opposition to ARIAD's motion to transfer in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2. To the best of my knowledge, and pursuant to a reasonable investigation, Amgen Inc.'s Cambridge, Massachusetts facility has not, and is not currently, engaged in any activities concerning either Enbrel® or Kineret®.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 19th day of October, 2006.

_____
Mark Duggan

## CERTIFICATE OF SERVICE

I, Mary F. Dugan, Esquire, hereby certify that on October 20, 2006 I caused to be electronically filed a true and correct copy of the Declaration of Mark Duggan with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>John G. Day
>Steven J. Balick
>Tiffany Geyer Lydon
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>Wilmington, DE 19801

I further certify that on October 20, 2006 I caused a copy of the foregoing, Declaration of Mark Duggan, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

>**BY E-MAIL (by agreement of counsel)**
>Morgan Chu (mchu@irell.com)
>David I. Gindler (dgindler@irell.com)
>Amir A. Naini (anaini@irell.com)
>Christopher M. Newman (cnewman@irell.com)
>Elizabeth L. Rosenblatt (brosenblatt@irell.com)
>Irell & Manella LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, CA 90067-4276

_/s/ Mary F. Dugan_
Mary F. Dugan (No. 4704)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-5028
mdugan@ycst.com