IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>            Plaintiffs,<br><br>   v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06-cv-259-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF MELANIE K. SHARP**

I, Melanie K. Sharp, hereby declare as follows:

1.  I am a partner at the law firm of Young, Conaway, Stargatt & Taylor LLP in Wilmington, Delaware, counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in connection with Plaintiffs' opposition to ARIAD's Renewed Motion to Dismiss for Failure to Name Necessary and Indispensable Parties or, in the Alternative, to Transfer Pursuant to 28 U.S.C. § 1404(a) in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2.  Attached hereto as Exhibit A is a true and correct copy of an excerpt of the trial transcript from ARIAD's litigation against Eli Lilly and Company, 02-cv-11280 (RWZ), United States District Court for the District of Massachusetts. The excerpt attached as Exhibit A includes portions of the trial testimony of Philip A. Sharp, given on April 11, 2006, and Thomas P. Maniatis, given on April 12, 2006.

3.  Attached hereto as Exhibit B is a true and correct copy of an August 29, 2006 letter from ARIAD attorney Jason G. Sheasby.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this **20**th day of October, 2006.

_____
Melanie K. Sharp, Esq.

# Exhibit A

```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS

           C.A. No. 1:02-cv-11280-RWZ



ARIAD PHARMACEUTICALS, et al.,
          Plaintiffs

     vs.

ELI LILLY & COMPANY,
          Defendant

          ********************



               JURY TRIAL

        Day 2, Second Session


   BEFORE THE HONORABLE RYA W. ZOBEL
   UNITED STATES DISTRICT COURT JUDGE



        United States District Court
     John J. Moakley U.S. Courthouse
           1 Courthouse Way
        Boston, Massachusetts 02210
             April 11, 2006


           ******************



   REPORTER:  Loretta Hennessey, RPR, RMR
              Tel:  617-771-8336
```

1  A.    Why should I do that?  No.

2              THE COURT:  The answer is no?

3              THE WITNESS:  No.

4              MR. BERGHOFF:  Thank you.

5              THE COURT:  Thank you, Mr. Berger.  You're excused.

6  Who is next?

7              MS. BEN-AMI:  Dr. Sharp is next, and we're going to

8  switch lawyers.

9              THE COURT:  Okay, and we stretch.

10             THE CLERK:  Please be stated and spell your full name

11 for the record.

12             THE WITNESS:  Phillip A. Sharp, S-H-A-R-P.

13                      PHILLIP A. SHARP, Sworn

14                         DIRECT EXAMINATION

15 BY MS. CARSON:

16 Q.    Ladies and gentlemen of the jury --

17             THE COURT:  Hold it.  Phillip, how many L's?

18             THE WITNESS:  One L.

19             THE COURT:  S-H-A-R-P, no E?

20             THE WITNESS:  No E.

21 BY MS. CARSON:

22 Q.    Ladies and gentlemen of the jury, before we start with

23 Dr. Sharp's testimony, I just wanted to give you an overview

24 of what Dr. Sharp is going to be talking about today.

25             As you've heard, the '516 invention arose from a

1 collaboration among a number of scientists, and at Harvard,
2 MIT and the Whitehead Institute.  Dr. Sharp is one of the
3 scientists that was involved in that collaboration from MIT.
4 And what Dr. Sharp's going to do today is review some general
5 biological concepts that are going to help you understand the
6 case going forward.  He's also going to describe the
7 pioneering science that gave rise to the invention that's
8 claimed in the '516 patent.
9        Now, Dr. Sharp is not going to get into a detailed
10 explanation of the invention, another one of the inventors,
11 Dr. Manlaitis from Harvard will be here tomorrow to tell you
12 about that.
13        THE COURT:  Members of the jury, if in the course of
14 these explanations by not only Mr. Sharp but any other witness
15 you find yourself at sea and don't understand, raise your
16 hand, and then we can ask the witness to explain again what it
17 is that isn't clear.
18 Q.   Dr. Sharp, could you please introduce yourself to the
19 jury?
20 A.   As I said, Phillip A. Sharp, and I'm a professor at MIT.
21 Q.   Dr. Sharp, if you could turn to PTX 001, and that's the
22 first document that's in your binder.  Can you identify this
23 document for the jury?
24 A.   This is patent '516, which has inventors of myself, Dave
25 Baltimore, Tom Manlaitis and a number of colleagues.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.:1:02-cv-11280-RWZ

ARIAD PHARMACEUTICALS, INC.            )
MASSACHUSETTS INSTITUTE OF             )
TECHNOLOGY, THE WHITEHEAD              )
INSTITUTE FOR BIOMEDICAL RESEARCH)
and THE PRESIDENT AND FELLOWS OF )
HARVARD COLLEGE,                       )
              Plaintiffs,    )
                                       )
    - vs. -                            )
                                       )
ELI LILLY & COMPANY,                   )
             Defendants     )

\*\*\*\*\*\*\*\*\*\*

JURY TRIAL
DAY 3, First Session

BEFORE THE HONORABLE RYA W. ZOBEL
UNITED STATES DISTRICT COURT JUDGE

United States District Court
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210
April 12, 2006

\*\*\*\*\*\*\*\*\*\*

REPORTER: LISA W. STARR, RPR,CRR,CSR
Tel: 617.771.8336

1 A.   Well, it's found in many cells, and one would anticipate
2 that it would regulate genes in those cells.
3           MS. CARLSON:   No further questions.
4           THE COURT:   Any cross?
5           MR. BERGHOFF:   No, your Honor.
6           THE COURT:   Thank you.  Mr. Sharp, you are excused.
7           (Witness excused).
8           THE COURT:   Who is next?
9           MS. BEN-AMI:   Dr. Maniatis, your Honor.
10                    *   *   *   *   *
11                   TOM MANIATIS, SWORN
12          THE COURT:   Please tell us your name.  Make sure you
13 spell any that we're not likely to be able to spell.
14          THE WITNESS:   My name is Tom Maniatis.
15          MS. BEN-AMI:   Your Honor, we have binders for the
16 Court.
17          THE COURT:   Binders for me or for the jury?
18          MS. BEN-AMI:   This is the exhibit binder, your
19 Honor.
20 DIRECT EXAMINATION
21 BY MS. BEN-AMI:
22 Q.   Good morning.
23 A.   Good morning.
24 Q.   Would you introduce yourself to the jury, please?
25 A.   My name is Tom Maniatis.

1 Q. Where do you work, sir?

2 A. I'm a professor at Harvard.

3 Q. In what area?

4 A. In molecular and cellular biology.

5 Q. How long have you been a professor at Harvard?

6 A. Twenty-five years.

7 Q. Now, you weren't in the courtroom just now, but the rest
8 of us heard from Dr. Sharp, and he talked a little bit about
9 the work he did with Dr. Baltimore. He mentioned a
10 Dr. Maniatis. Is that you?

11 A. That's me.

12 Q. Okay. Now, are you one of the inventors on the '516
13 patent?

14 A. Yes, I am.

15      MS. BEN-AMI: Can we have PTX 757, please.

16      THE COURT: Are you going to do your transition
17 statement or don't we need it?

18      MS. BEN-AMI: You are correct, your Honor. I
19 apologize.

20      I'm sorry, ladies and gentlemen. We were trying to
21 move things along. As you just heard, Dr. Maniatis is one of
22 the inventors that came from Harvard. He is going to finish
23 the story of how the work was done leading up to the April '89
24 patent application that we talked about during opening. He is
25 going to explain to you a little bit about what's in the

# Exhibit B

# Exhibit B

# IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7096
FACSIMILE (310) 203-7199
jsheasby@irell.com

August 29, 2006

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

     Re:    <u>Amgen et al. v. ARIAD Pharmaceuticals, Inc., C.A. No. 06-259-KAJ</u>

Dear Marc:

     I write to continue the meet and confer process regarding Amgen's August 11, 2006 Subpoena to produce documents served on Eli Lilly (the "Subpoena").

     Our concerns regarding the Subpoena include the following:

(1) It is our understanding that during Ariad's litigation with Eli Lilly (the "Lilly Litigation"), the parties engaged in settlement communications protected from disclosure to any other entity by, among other things, Federal Rule of Evidence 408. Amgen is not entitled to discovery of these communications.

(2) The Lilly litigation involved a number of defenses (laches and unenforceability) that are not at issue in the Delaware litigation. We fail to see the relevance of information relating to these defenses to the Delaware action.

(3) We believe it is improper for Amgen to receive access to the opinions of ARIAD's experts (as expressed in, for example, reports and testimony transcripts) in the Lilly litigation before the time period for exchanging expert reports set out in Judge Jordan's scheduling order.

(4) The infringement and damages issues (including willfulness) in the Lilly litigation relate to two products – Evista and Xigris – that are not at issue in the Delaware litigation. We fail to see the relevance of information relating to these issues to the Delaware action.

(5) We believe it is improper for Amgen to receive access to ARIAD's claim construction positions in the Lilly litigation before the time period for exchanging claim construction positions set out in Judge Jordan's scheduling order.

1559401.1 01

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

Marcus E. Sernel
August 29, 2006
Page 2

(6) We believe it is improper for Amgen to receive access to ARIAD's privilege logs in the Lilly litigation before the time agreed between ARIAD and Amgen for exchanging these documents.

  Please propose a date and time on which Amgen is available to meet and confer on these issues.

          Very truly yours,

          /s/ Jason G. Sheasby

          Jason G. Sheasby

JGS

1559401.1 01

**CERTIFICATE OF SERVICE**

I, Melanie K. Sharp, Esquire, hereby certify that on October 20, 2006 I caused to be electronically filed a true and correct copy of the foregoing Declaration of Melanie K. Sharp, Esq. with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> John G. Day
> Steven J. Balick
> Tiffany Geyer Lydon
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

I further certify that on October 20, 2006 I caused a copy of the foregoing Declaration of Melanie K. Sharp, Esq. to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

> **BY E-MAIL (by agreement of counsel)**
> Morgan Chu (mchu@irell.com)
> David I. Gindler (dgindler@irell.com)
> Amir A. Naini (anaini@irell.com)
> Christopher M. Newman (cnewman@irell.com)
> Elizabeth L. Rosenblatt (brosenblatt@irell.com)
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, CA 90067-4276

/s/ Melanie K. Sharp

Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com