IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>             Plaintiffs,<br><br>     v.<br><br>ARIAD PHARMACEUTICALS, INC.,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-259-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington, this 3rd day of November, 2006,

For the reasons set forth by the court following oral argument,

IT IS HEREBY ORDERED that:

1. Defendant's motion for certification pursuant to 28 U.S.C. § 1292(b) (D.I. 73) is GRANTED.

2. All other pending motions are DENIED without prejudice.

_____
UNITED STATES DISTRICT JUDGE