IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>ARIAD PHARMACEUTICALS, INC.<br><br>Defendant. | C.A. No. 06-259-KAJ |

### DEFENDANT ARIAD PHARMACEUTICALS, INC.'S MOTION TO STAY PROCEEDINGS PENDING INTERLOCUTORY APPEAL

Defendant ARIAD Pharmaceuticals, Inc. ("ARIAD"), through its undersigned counsel of record, hereby moves for a stay of all proceedings pending the resolution of Defendants' request for permission to appeal to, and the resolution of any appeal permitted by, the United States Court of Appeals for the Federal Circuit of the order certified by the Court pursuant to 28 U.S.C. § 1292(b) on November 3, 2006 (D.I. 104).

As set forth more fully in the accompanying Opening Memorandum of Law, a stay is warranted for the following reasons:

1.  The Court granted ARIAD's Motion for Certification Pursuant to 28 U.S.C. § 1292(b), expressing that such an appeal would guard against duplicative or wasteful litigation in the face of a close, case-dispositive question of law. Without a stay of proceedings pending appeal, the Court's purpose for granting certification will be lost. A stay is therefore in the interests of judicial and party economy.

2.  Failure to grant a stay presents a threat to ARIAD's financial condition and carries the potential of derailing the company's efforts to bring its lead cancer treatment to market, as reflected in ARIAD's public documents. Because ARIAD is a small company, every dollar spent on this unanticipated litigation is a dollar not spent on

its clinical oncology programs. Thus, denying a stay harms the public health interest by risking a delay in treatment for cancer patients, as well as prejudicing ARIAD.

3.   Plaintiffs will not be prejudiced by any stay. Plaintiffs have no urgent need to resolve the present litigation, since they have been selling their products uneventfully since before the '516 patent issued more than four years ago. Rather, like ARIAD, Plaintiffs will benefit from a stay by avoiding any unnecessary expenditures.

This Motion is based on the accompanying Opening Memorandum of Law, the Declarations of Elizabeth L. Rosenblatt and Harvey J. Berger filed concurrently herewith, and any argument or evidence that may be submitted to the Court.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant
ARIAD Pharmaceuticals, Inc.*

*Of Counsel:*

IRELL & MANELLA LLP
Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

Dated: November 13, 2006
175126.1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>ARIAD PHARMACEUTICALS, INC.<br><br>Defendant. | C.A. No. 06-259-KAJ |

ORDER

This _____ day of _____, 2006, the Court having considered Defendant ARIAD Pharmaceuticals, Inc.'s Motion to Stay Proceedings Pending Interlocutory Appeal and having considered the positions of the parties, concludes that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED and that all proceedings under the Court's Scheduling Order of July 19, 2006 (D.I. 37) are hereby stayed until resolution of Defendants' request for permission to appeal to, and the resolution of any appeal permitted by, the United States Court of Appeals for the Federal Circuit of the order certified by the Court pursuant to 28 U.S.C. § 1292(b) on November 3, 2006 (D.I. 104).

_____
United States District Judge

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel for the parties have made a reasonable effort to reach agreement on the matters set forth in the motion, but that no agreement could be reached.

/s/ Tiffany Geyer Lydon
_____
Tiffany Geyer Lydon

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2006, the attached **DEFENDANT ARIAD PHARMACEUTICALS, INC.'S MOTION TO STAY PROCEEDINGS PENDING INTERLOCUTORY APPEAL** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | <u>BY HAND and ELECTRONIC MAIL</u> |
| Marcus E. Sernel, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636 | <u>VIA FEDERAL EXPRESS and ELECTRONIC MAIL</u> |
| J. Drew Diamond, Esquire<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5800 | <u>VIA FEDERAL EXPRESS and ELECTRONIC MAIL</u> |

/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon