**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>ARIAD PHARMACEUTICALS, INC.<br><br>Defendant. | CIVIL ACTION No. 06-259-KAJ |

**DECLARATION OF HARVEY J. BERGER, M.D.**

I, Harvey J. Berger, M.D., declare as follows:

1.  I am founder, Chairman of the Board of Directors, and Chief Executive Officer of ARIAD Pharmaceuticals, Inc. ("ARIAD"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  I am a physician scientist by training. I have a medical degree from Yale University and received post-graduate training at Yale-New Haven Hospital and Massachusetts General Hospital. The focus of my life's work has been to turn cutting-edge medical research into groundbreaking and much-needed therapies and diagnostics. For the past fifteen years, I have been principally interested in the therapeutic potential of blocking cell signaling—the process by which cells communicate within themselves and with their outside environment.

3.  I founded ARIAD in 1991 and was the company's only employee for much of that year. Based on my experience in the biotechnology industry and contacts with leading university professors conducting research in molecular cell biology and organic chemistry, I became convinced that collaboration between the industry and universities on

pioneering work in this field could lead to new medicines for life-threatening diseases, such as cancer. I founded ARIAD with the goal of working closely with these scientists to develop novel, life-saving therapies based on this research foundation. After fifteen years building the company, ARIAD now has approximately 110 employees, all working to achieve this goal.

4. ARIAD's business focus is to bring these innovative cancer treatments to market. In 2006, approximately 1.4 million people in the United States will be diagnosed with cancer. According to the National Institutes of Health, the overall cost of cancer in 2005 was $209.9 billion. (Source: American Cancer Society, Cancer Facts & Figures 2006.) To address this healthcare challenge, new and more targeted cancer treatments are urgently needed—cancer therapies that ARIAD is currently at the forefront of developing.

5. ARIAD has made enormous strides in recent years and now has reached the final stages in developing its lead drug, AP23573, which is designed to treat advanced-stage cancers. ARIAD's current success with AP23573 is the culmination of over twenty years of research involving intracellular signal transduction. AP23573 works by inhibiting a protein, mTOR (the mammalian target of rapamycin), a "master switch" that appears to control a central function in cancer cells. Blocking mTOR creates a starvation-like effect in cancer cells by interfering with cell growth, division, metabolism, and new blood vessel formation.

6. AP23573 is being developed for multiple cancer indications and has the potential to improve the lives of patients with a broad range of solid tumors and blood cancers. AP23573 is so promising that it has been designated as a "fast-track" product by the U.S. Food and Drug Administration ("FDA") for the treatment of soft-tissue and bone sarcomas. There has been no new treatment for soft-tissue and bone sarcomas in over twenty years. In light of the promise that AP23573 holds for treating soft-tissue and bone sarcomas, ARIAD was recently honored by the Sarcoma Foundation of America for ARIAD's development of this groundbreaking new cancer therapy. The Foundation awarded ARIAD its first-ever Symbol of Caring Award in 2005.

7.  I expect that Phase 3 clinical trials for AP23573 (the last stage of clinical development necessary before the FDA considers marketing approval) will begin in early 2007. Final approval of the drug as a treatment for advanced sarcomas, however, is still a few years away.

8.  In the meantime, ARIAD has no products on the market, and no other drugs close to receiving marketing approval from the FDA. Therefore, ARIAD receives no revenues associated with any commercial product at this time. In contrast, the bulk of ARIAD's resources are dedicated to clinical programs and research designed to bring ARIAD's anti-cancer therapies to market. Currently, ARIAD is spending over $10 million a quarter on research and development expenses. Those expenses are dedicated to making these novel therapies available to patients in need of treatment for life-threatening cancers.

9.  It is critical for our company—and all the more critical for the public—that the Phase 3 clinical trial of AP23573 be completed in a timely manner and that, if the clinical results are positive, AP23573 receive marketing approval from the FDA as soon as possible. ARIAD's financial resources must be devoted principally to bringing AP23573 through the FDA's review and approval process so that it may become broadly and promptly available to patients. Diverting our resources from that effort will not benefit the public and may risk our future.

10. The timing, scope, and cost of *unplanned* patent litigation threatens our ability to meet our clinical goals. The current Amgen litigation was neither sought out by our company nor planned for in any budget because ARIAD has never considered suing Amgen with respect to any of our patents. Currently, ARIAD is operating at a net loss of approximately $5 million a month ($15.2 million per quarter). In contrast, our current licensing revenue amounts to just over $75,000 per month ($229,000 per quarter). We have an accumulated deficit of $294.7 million from operations through September 30, 2006.

11. ARIAD has funded its operations primarily through sales of common stock in public offerings. When the public markets are unfavorable, funding may be limited. As of

September 30, 2006, we had available just over $39 million in cash, cash equivalents and marketable securities. In October, 2006, we raised an additional $14.5 million in a sale of our common stock. We believe that our current balance of cash, cash equivalents and marketable securities is sufficient to fund our research and development and supporting activities for approximately one year.

12.     As with any small company, unnecessary expenses have a negative impact on the company's operations. An oncology company at our stage has little cash to spare, and resources that are currently dedicated to clinical programs should not be expended in other areas. In this case, ARIAD has incurred over $875,000 in legal fees and costs *thus far*—none of which is in our base budget. This is money originally earmarked for other purposes, such as supporting our research and development programs. In short, every dollar spent on unnecessary litigation is one less dollar available to spend on our clinical research and trials.

13.     As ARIAD stated on page 26 of its Report on Form 10-Q for the period ended September 30, 2006, "significant expenditures to enforce [ARIAD's] patent rights [in the '516 patent], particularly with respect to the pending litigation initiated by Amgen, without generating revenues or accessing additional capital or other funding, could adversely impact [ARIAD's] ability to further [its] clinical programs and [its] research and development programs at the current levels or at levels that may be required at the future." Also, as ARIAD stated on page 6 of its Form 8-K filed November 2, 2006, there is a risk to ARIAD's operations associated with the "timing, scope, cost of . . . litigation . . . concerning our NF-(kappa)B patent portfolio".

Executed on November 13, 2006, at Cambridge, Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Harvey Berger, M.D.*
Harvey J. Berger, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2006, the attached **DECLARATION OF HARVEY J. BERGER, M.D.** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | BY HAND and ELECTRONIC MAIL |
| Marcus E. Sernel, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601-6636 | VIA FEDERAL EXPRESS and ELECTRONIC MAIL |
| J. Drew Diamond, Esquire<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA  90017-5800 | VIA FEDERAL EXPRESS and ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon