# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### MISC. NO. 839 – AMGEN V ARIAD PHARMACEUTICALS

**Date of docketing:** 11/17/2006

A petition for permission to appeal has been filed.

**Name of petitioner(s):** Ariad Pharmaceuticals, Inc.

**Name of respondent(s), if known:** Amgen Manufacturing Limited, Amgen USA, Inc., Amgen, Inc., Immunex Corporation and Immunex Rhode Island Corporation

**Related action:** District of Delaware 06-CV-259  *KAS*

**Critical dates include:**
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of Interest. See Fed. Cir. R. 47.4.
    **Note:** Facsimile transmission is permitted (Fed. Cir. R. 25, Practice Note): (202) 633-9623.

**Attachments:**
- Official caption to all.
- Entry of appearance form to all.


Jan Horbaly
Clerk


cc: District of Delaware
　　Morgan Chu
　　Marcus Edward Sernel

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

Miscellaneous Docket No. 839

AMGEN, INC., IMMUNEX CORPORATION,
AMGEN USA, INC., AMGEN MANUFACTURING LIMITED,
and IMMUNEX RHODE ISLAND CORPORATION,

Plaintiffs-Respondents,

v.

ARIAD PHARMACEUTICALS, INC.,

Defendant-Petitioner.

On Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(b) from the United States District Court for the District of Delaware in case no. 06-CV-259, Judge Kent A. Jordan.

Authorized Abbreviated Caption[2]

AMGEN V ARIAD PHARMACEUTICALS, MISC. NO. 839

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.