# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | NEILLI MULLEN WALSH | | LISA A. ARMSTRONG | KAREN LANTZ |
| SHELDON N. SANDLER | JANET Z. CHARLTON | THE BRANDYWINE BUILDING | GREGORY J. BABCOCK | TIMOTHY E. LENGKEEK |
| RICHARD A. LEVINE | ROBERT S. BRADY | 1000 WEST STREET, 17TH FLOOR | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| RICHARD A. ZAPPA | JOEL A. WAITE | WILMINGTON, DELAWARE 19801 | SEAN M. BEACH | MATTHEW B. LUNN |
| FREDERICK W. IOBST | BRENT C. SHAFFER | | DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| RICHARD H. MORSE | DANIEL P. JOHNSON | P.O. BOX 391 | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| DAVID C. MCBRIDE | CRAIG D. GREAR | WILMINGTON, DELAWARE 19899-0391 | KARA HAMMOND COYLE | MICHAEL W. MCDERMOTT |
| JOSEPH M. NICHOLSON | TIMOTHY JAY HOUSEAL | | MARGARET M. DIBIANCA | MARIBETH L. MINELLA |
| CRAIG A. KARSNITZ | MARTIN S. LESSNER | (302) 571-6600 | MARY F. DUGAN | EDMON L. MORTON |
| BARRY M. WILLOUGHBY | PAULINE K. MORGAN | (800) 253-2234 (DE ONLY) | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| JOSY W. INGERSOLL | C. BARR FLINN | FAX: (302) 571-1253 | KENNETH J. ENOS | JENNIFER R. NOEL |
| ANTHONY G. FLYNN | NATALIE WOLF | | IAN S. FREDERICKS | ADAM W. POFF |
| JEROME K. GROSSMAN | LISA B. GOODMAN | | JAMES J. GALLAGHER | SETH J. REIDENBERG |
| EUGENE A. DIPRINZIO | JOHN W. SHAW | 110 WEST PINE STREET | SEAN T. GREECHER | KRISTEN R. SALVATORE (PA ONLY) |
| JAMES L. PATTON, JR. | JAMES P. HUGHES, JR. | P.O. BOX 594 | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| ROBERT L. THOMAS | EDWIN J. HARRON | GEORGETOWN, DELAWARE 19947 | DAWN M. JONES | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MICHAEL R. NESTOR | (302) 856-3571 | RICHARD S. JULIE | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | MAUREEN D. LUKE | (800) 255-2234 (DE ONLY) | KAREN E. KELLER | CHAD S.C. STOVER (SC ONLY) |
| BRUCE L. SILVERSTEIN | ROLIN P. BISSELL | FAX: (302) 856-9338 | JENNIFER M. KINKUS | JOHN E. TRACEY |
| WILLIAM W. BOWSER | SCOTT A. HOLT | | EDWARD J. KOSMOWSKI | MARGARET B. WHITEMAN |
| LARRY J. TARABICOS | JOHN T. DORSEY | WWW.YOUNGCONAWAY.COM | JOHN C. KUFFEL | SHARON M. ZIEG |
| RICHARD A. DILIBERTO, JR. | M. BLAKE CLEARY | | | |
| MELANIE K. SHARP | CHRISTIAN DOUGLAS WRIGHT | DIRECT DIAL: (302) 571-6681 | SPECIAL COUNSEL | SENIOR COUNSEL |
| CASSANDRA F. ROBERTS | DANIELLE GIBBS | DIRECT FAX: (302) 576-3333 | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| RICHARD J.A. POPPER | JOHN J. PASCHETTO | msharp@ycst.com | ELENA C. NORMAN | |
| TERESA A. CHEEK | NORMAN M. POWELL | | KAREN L. PASCALE | OF COUNSEL |
| | | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

December 4, 2006

**BY CM/ECF AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

      Re:    Amgen, Inc. et al. v. Ariad Pharmaceuticals, Inc.
             C. A. No.: 06-259 (KAJ)

Dear Judge Jordan:

      Plaintiffs (collectively referred to as "Amgen") file this letter in response to ARIAD's letter of December 1, 2006 in which it seeks to extend the deadline for amendment of pleadings until 60 days after resolution of ARIAD's petition to appeal to, and any appeal permitted by, the Federal Circuit. As an initial matter, ARIAD's letter seems to presuppose that the Court will grant ARIAD's Motion to Stay Proceedings Pending Interlocutory Appeal (D.I. 106), despite the fact that Amgen has opposed this motion (D.I. 112) and believes that this case should move forward whether or not the Federal Circuit grants ARIAD's pending petition for leave to appeal. Amgen objects to ARIAD's request because it seeks to further delay ARIAD's need to inform Amgen once and for all whether ARIAD believes that Amgen's products infringe the '516 patent.

      The Federal Rules allow for 20 days to respond to a complaint, and Amgen granted ARIAD an additional 30 days to respond to the complaint in this case, filed April 21, 2006. Following the briefing and denial of its motion to dismiss, ARIAD then finally answered the complaint on September 25, 2006, more than five months after it was filed, but refused to

YOUNG CONAWAY STARGATT & TAYLOR, LLP
United States District Court of Delaware
December 4, 2006
Page 2

take any position with respect to whether Amgen infringes the '516 patent. As a result, ARIAD has now been in possession of Amgen's complaint *for over seven months*, and continues to refuse to say whether it believes Amgen's products infringe or not. Whether or not ARIAD is allowed to assert compulsory infringement counterclaims in an amended answer, it must be forced to at least complete its infringement analysis to know whether there is a need to proceed with this case or not.

ARIAD continues to argue that progress of this case might divert its resources, but if ARIAD really were serious about wanting to conserve its resources, then it should take a position as to whether it thinks Amgen's products infringe the '516 patent and thus whether there is anything to fight about in this case at all. Amgen believes there is a reasonable chance that ARIAD may conclude that Amgen's products do not infringe the '516 patent; if infringement were clear, surely ARIAD would have completed its analysis after seven months. If ARIAD determines that Amgen does not infringe, there will be no need to continue the appeal and proceedings before this court. Whether or not the Federal Circuit appeal goes forward, and whether or not discovery is stayed in the meantime, ARIAD should at least be required to complete its infringement analysis to determine if there is a need to continue with this case.

The interest of the parties, the Court, and the public will be furthered if ARIAD completes its infringement analysis, and amends any related pleadings, in advance of the present deadline of December 22, 2006. Thus, Amgen respectfully requests that ARIAD's current request for an extended deadline for amendments be denied.

Respectfully,

Melanie K. Sharp (No. 2501)

MKS:amc

cc: Clerk of the Court (Hand Delivery)
    John G. Day, Esquire (via e-mail and Hand Delivery)
    David I. Gindler, Esquire (via e-mail)

DB02:5647438.1

065028.1001