# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6681
DIRECT FAX:  302-576-3333
msharp@ycst.com

LISA A. ARMSTRONG
JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

KAREN LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
KRISTEN R. SALVATORE
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

December 19, 2006

**BY CM-ECF**

The Honorable Mary Pat Thynge
United States District Court of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

      Re:    Amgen, Inc. et al. v. Ariad Pharmaceuticals, Inc.
              C. A. No.: 06-259 (***)

Dear Judge Thynge:

      We represent Plaintiffs (collectively referred to as "Amgen") in the above-referenced case and file this letter in response to ARIAD's letter of earlier today in which it seeks a "temporary continuance" of the deadline for amendment of pleadings. There is no basis to continue this deadline, and in fact, there is every reason to keep this deadline in place to see if this case needs to go forward or not. Amgen thus opposes ARIAD's request for a continuance of the deadline for amendments to pleadings.

      Amgen filed this case, seeking a declaratory judgment of invalidity and non-infringement with respect to ARIAD's '516 patent, on April 21, 2006. This Court denied ARIAD's motion to dismiss on September 11, 2006. ARIAD answered the complaint on September 25, 2006, but did not include any compulsory counterclaims for infringement of the '516 patent. ***After nearly 8 months, ARIAD still has not asserted any counterclaim for infringement***, contending that its infringement analysis is still "ongoing." Eight months is more than ample time for ARIAD to assess infringement in this case.

      There is no reason to delay the December 22 deadline for amendment of pleadings and, indeed, every reason to keep this deadline. ARIAD needs to take a position, now

YOUNG CONAWAY STARGATT & TAYLOR, LLP
United States District Court of Delaware
December 19, 2006
Page 2

eight months after Amgen filed this declaratory judgment action, whether it contends that Amgen's products infringe the '516 patent. Extending the deadline for amending the pleadings could result in years of wasted litigation if ARIAD determines post-appeal proceedings that it will not assert infringement. Not only would this needless litigation squander the resources of the Court of Appeals for the Federal Circuit and the resources of this Court, which are undoubtedly strained in light of Judge Jordan's elevation, but this would also squander the parties' resources. ARIAD has cited its purported dire financial situation as the basis for its interlocutory appeal; if ARIAD decides that it will not assert infringement, it can divert the resources that would be spent on litigation to complete its clinical activities for its osteosarcoma drug. Thus, Amgen respectfully requests that the Court deny ARIAD's request for a "temporary continuance" of the deadline for amendment of pleadings.

Very truly yours,

Mary F. Dugan for Melanie K. Sharp

Melanie K. Sharp (No. 2501)

MKS:ch

cc: Clerk of the Court (Hand Delivery)
John G. Day, Esquire (via e-mail)
David I. Gindler, Esquire (via e-mail)