**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

AMGEN, INC., IMMUNEX CORPORATION, :
AMGEN USA, INC., AMGEN             :
MANUFACTURING LIMITED, IMMUNEX     :
RHODE ISLAND CORPORATION,          :
                                   :
                Plaintiff,         :
                                   :
        v.                         :    Civil Action No. 06-259-*** (MPT)
                                   :
ARIAD PHARMACEUTICALS, INC.,       :
                                   :
                Defendant.         :

**ORDER**

At Wilmington this **21st** day of **December, 2006**,

The parties submitted a series of letters, with attachments, dated December 19, 2006. The Court having reviewed the file pertaining to the issues discussed in said letters, it is

ORDERED that this matter is stayed pending the resolution of the Petition in the Federal Circuit. The parties shall immediately advise the Court of the outcome of said Petition. Depending on the resolution of said Petition, the Court will then re-address the status of this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE