# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302)571-6681
DIRECT FAX: (302)576-3333
msharp@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR
TIMOTHY P. CAIRNS
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR
KAREN L. PASCALE
PATRICIA A. WIDDOSS

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
KRISTEN R. SALVATORE
MICHELE SHERRETTA
MONTE T. SQUIRE
MICHAEL P. STAFFORD
CHAD S C. STOVER
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

January 2, 2006

**BY CM/ECF AND HAND DELIVERY**

Magistrate Judge Mary Pat Thynge
United States District Court of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

      Re:    Amgen, Inc. et al. v. Ariad Pharmaceuticals, Inc.
              C. A. No.: 06-259 (***)

Dear Judge Thynge:

      We represent Plaintiffs (collectively referred to as "Amgen") in the above-referenced case. Your Honor's Order of December 21, 2006 stayed this matter pending resolution of ARIAD's Petition to the Federal Circuit for an interlocutory appeal, and instructed the parties to "immediately advise the Court of the outcome of said Petition."

      We write to inform you that the Federal Circuit <u>denied</u> ARIAD's Petition on December 29, 2006.

      This declaratory judgment case was filed in April 2006, and Judge Jordan established a deadline of December 22, 2006 to amend pleadings. As a result of the Court's December 21 stay, however, ARIAD did not file an amended pleading on December 22. In view of the Federal Circuit's denial of ARIAD's petition, Amgen respectfully requests that ARIAD be ordered to file any amended pleadings by January 12, 2006. Requiring ARIAD to decide whether it will allege a compulsory counterclaim of infringement by January 12 makes sense

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Magistrate Judge Mary Pat Thynge
January 2, 2006
Page 2

because this case will be unnecessary should ARIAD ultimately determine that Amgen's products do not infringe.

We also request a status teleconference at Your Honor's earliest convenience to discuss moving this matter forward. Once ARIAD takes an infringement position, the parties can then discuss with Your Honor both the case status and any modifications to the previously-established case schedule needed to account for the delay resulting from ARIAD's unsuccessful Petition.

Respectfully,

Melanie K. Sharp (No. 2501)

MKS:bele

cc: Clerk of the Court (Hand Delivery)
John G. Day, Esquire (via e-mail and Hand Delivery)
David I. Gindler, Esquire (via e-mail)

DB02:5691554.1                                                                 065028.1001