NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

MISCELLANEOUS DOCKET NO. 839

AMGEN, INC., IMMUNEX CORPORATION,
AMGEN USA, INC., AMGEN MANUFACTURING LIMITED,
and IMMUNEX RHODE ISLAND CORPORATION,

Plaintiffs-Respondents,

v.

ARIAD PHARMACEUTICALS, INC.,

Defendant-Petitioner.

ON PETITION FOR PERMISSION TO APPEAL

Before RADER, <u>Circuit Judge</u>, FRIEDMAN, <u>Senior Circuit Judge</u>, and SCHALL, <u>Circuit Judge</u>.

SCHALL, <u>Circuit Judge</u>.

## O R D E R

Ariad Pharmaceuticals, Inc. petitions for permission to appeal the order certified by the United States District Court for the District of Delaware in <u>Amgen, Inc. v. Ariad Pharmaceuticals, Inc.</u>, No. 06-CV-259, as one involving a controlling question of law as to which there is substantial ground for difference of opinion and for which an immediate appeal may materially advance the ultimate termination of the litigation. 28 U.S.C. §§ 1292(b) and (c). Amgen, Inc. et al. (Amgen) oppose. Ariad moves for leave to reply, with reply attached. Amgen opposes.

Amgen filed an action seeking a declaratory judgment of invalidity and noninfringement of Ariad's patent. Ariad moved to dismiss the action, arguing that Amgen lacked a reasonable apprehension that it would be subject to suit in federal

court and thus the district court lacked jurisdiction. The district court denied the motion, and Ariad seeks permission to appeal.

The decision whether to grant a petition for permission to appeal is within this court's discretion. See In re Convertible Rowing Exerciser Patent Litigation, 903 F.2d 822 (Fed. Cir. 1990). In this case, we conclude that interlocutory appeal is not warranted.

Accordingly,

IT IS ORDERED THAT:

(1)    The petition for permission to appeal is denied.

(2)    Ariad's motion for leave to file a reply is granted.

FOR THE COURT

DEC 2 9 2006
_____
Date

*Alvin A. Schall*
Alvin A. Schall
Circuit Judge

cc:    Morgan Chu, Esq.
       Mark A. Pals, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2006

JAN HORBALY
CLERK

Misc. 839                                    2