## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA, INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, : : : : : | |
| Plaintiff, : : | |
| v. : : | Civil Action No. 06-259-*** (MPT) |
| ARIAD PHARMACEUTICALS, INC., : : | |
| Defendant. : | |

## ORDER

At Wilmington this **16th** day of **January, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **Friday, January 19, 2007 at 2:00 p.m. Eastern Time** with Judge Thynge. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE