# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 23, 2007

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, Delaware 19801

    Re:   *Amgen et al v. ARIAD Pharmaceuticals, Inc.*,
            C.A. No. 06-259-***(MPT)

Dear Judge Thynge:

    During the teleconference on January 19, 2006, Your Honor requested that ARIAD provide the Docket Intake numbers corresponding to both parties' filings in connection with ARIAD's renewed motion to dismiss for failure to name necessary and indispensable parties or, in the alternative, to transfer pursuant to 28 U.S.C. § 1404(a). They are as follows:

    D.I. 83-87:    Defendant's Renewed Motion To Dismiss For Failure To Name Necessary And Indispensable Parties Or, In The Alternative, To Transfer Pursuant To 28 U.S.C. § 1404(a); Opening Brief in support; Declaration of Lita Nelsen (and exhibits) in support; Declaration of Laurie A. Allen in support; and Declaration of Elizabeth L. Rosenblatt (and exhibits) in support.

    D.I. 95-97:    Plaintiffs' Memorandum In Opposition To Defendant's Renewed Motion To Dismiss For Failure To Name Necessary And Indispensable Parties Or, In The Alternative, To Transfer Pursuant To 28 U.S.C. § 1404(a); Declaration of Mark Duggan in support; Declaration (and exhibits) of Melanie K. Sharp in support.

    D.I. 100:    Defendant's Reply Memorandum Of Law In Support Of Its Renewed Motion To Dismiss For Failure To Name Necessary And Indispensable Parties Or, In The Alternative, To Transfer Pursuant To 28 U.S.C. § 1404(a).

    Briefing on the motion to dismiss or transfer is complete. ARIAD respectfully requests that the Court schedule a hearing on this motion at its earliest convenience.

The Honorable Mary Pat Thynge
January 23, 2007
Page 2

In addition, please note that ARIAD is filing today its motion to stay the case pending the conclusion of the Patent and Trademark Office's reexamination of the patent-in-suit. ARIAD informed the Court that it intended to file this motion in its letter dated January 9, 2007. (D.I. 125.)

We would be pleased to provide any additional information that the Court may find helpful.

Respectfully,

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon

TGL: nml
177063.1
cc:   Melanie K. Sharp, Esquire (by hand and via electronic mail)
      Marcus E. Sernel, Esquire (via electronic mail)
      J. Drew Diamond, Esquire (via electronic mail)
      David I. Gindler, Esquire (via electronic mail)