IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ARIAD PHARMACEUTICALS, INC. <br><br> Defendant. | C.A. No. 06-259-*** (MPT) |

**DEFENDANT ARIAD PHARMACEUTICALS, INC.'S MOTION TO STAY LITIGATION PENDING CONCLUSION OF REEXAMINATION PROCEEDINGS IN THE PATENT AND TRADEMARK OFFICE**

Defendant ARIAD Pharmaceuticals, Inc. ("ARIAD"), through its undersigned counsel of record, hereby moves to stay all proceedings in this action pending the conclusion of the reexamination of U.S. Patent No. 6,410,516 by the United States Patent and Trademark Office ("PTO").

As set forth more fully in the accompanying Opening Memorandum of Law, a stay is warranted because, among other things, (1) a stay will simplify the issues in question and trial of the case by permitting the PTO to address issues of patent validity and scope before the District Court, thereby avoiding inconsistent rulings and wasted effort and allowing for the streamlining of litigation; (2) the litigation is still in its early stages, with little discovery having taken place and trial scheduled to occur more than a year in the future; and (3) a stay will neither unduly prejudice nor present a clear tactical disadvantage to the non-moving party, but rather will benefit both parties by expediting the reexamination process and creating litigation efficiencies.

This Motion is based on the accompanying Opening Memorandum of Law, the Declaration of Elizabeth L. Rosenblatt filed concurrently herewith, and any argument or evidence that may be submitted to the Court.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant
ARIAD Pharmaceuticals, Inc.*

*Of Counsel:*

IRELL & MANELLA LLP
Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated: January 23, 2007

177067.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>          Plaintiffs,<br>   v.<br><br>ARIAD PHARMACEUTICALS, INC.,<br><br>          Defendant. | C.A. No. 06-259-*** |

ORDER

This _____ day of _____, 2007, the Court having considered Defendant ARIAD Pharmaceuticals, Inc.'s Motion To Stay Litigation Pending Conclusion Of Reexamination Proceedings In The Patent And Trademark Office and having considered the positions of the parties, concludes that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED and that all proceedings in this case are hereby stayed until the United States Patent and Trademark Office concludes the merged reexamination of U.S. Patent No. 6,410,516 (designated as reexamination nos. 90/007,503 and 90/007,828).

_____
United States District Judge

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

I hereby certify that counsel for the parties have made a reasonable effort to reach agreement on the matters set forth in the motion, but that no agreement could be reached.

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon