## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA, INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | : : : : : |
| Plaintiff, | : : |
| v. | :  Civil Action No. 06-259-*** |
| ARIAD PHARMACEUTICALS, INC., | : : : |
| Defendant. | : |

## ORDER

At Wilmington this **29th** day of **January, 2007**,

IT IS ORDERED that oral argument on defendant's motions has been scheduled for **Thursday, February 22, 2007 at 9:30 a.m.** with Judge Thynge in Courtroom 6C.

IT IS FURTHER ORDERED that following the oral argument, the Court shall conduct a Rule 16 scheduling conference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE