# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

AMGEN, INC., IMMUNEX CORPORATION, :
AMGEN USA, INC., AMGEN : 
MANUFACTURING LIMITED, IMMUNEX :
RHODE ISLAND CORPORATION, :
                                     :
             Plaintiff, :
                                      :
        v. :     Civil Action No. 06-259-***
                                        :
ARIAD PHARMACEUTICALS, INC., :
                                      :
            Defendant. :

## AMENDED ORDER

At Wilmington this **29th** day of **January, 2007**,

IT IS ORDERED that oral argument on defendant's motions scheduled for Thursday, February 22, 2007 at 9:30 a.m. shall take place on **Tuesday, February 20, 2007 at 9:30 a.m.** with Judge Thynge in Courtroom 6C.

IT IS FURTHER ORDERED that following the oral argument, the Court shall conduct a Rule 16 scheduling conference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE