# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. Box 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6681
DIRECT FAX: 302-576-3333
msharp@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
    (NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

February 2, 2007

**BY CM-ECF**

The Honorable Mary Pat Thynge
United States District Court of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

      Re:    Amgen, Inc. et al. v. ARIAD Pharmaceuticals, Inc.
               C. A. No.: 06-259 (MPT)

Dear Judge Thynge:

      I write on behalf of plaintiffs in this action (collectively referred to as "Amgen") to request that the tutorial describing the technology and matters in issue, contemplated by paragraph 9 of the July 19, 2006 Scheduling Order entered by Judge Jordan [D.I. 37], replace the May 1, 2007 mediation now scheduled on Your Honor's calendar [D.I. 82]. Defendant Ariad has advised that it believes that all discussion of scheduling should be deferred until the motion hearing and scheduling conference now scheduled for February 20. Amgen simply wishes to preserve time on May 1, which Your Honor has already reserved for this case, to move forward with the technology tutorial originally scheduled for November 3, 2006 and postponed at Ariad's request.

      Yesterday, undersigned counsel filed a stipulated proposed order [D.I. 139], to memorialize their consent, following telephonic status on January 19 and January 24, 2007, to Your Honor's jurisdiction over proceedings in this case and to clarify, as first discussed on January 24, the need to except mediation from that consent now that Your Honor is sitting as trial judge. Amgen obviously continues to consent to mediation and will attempt to identify a mediator agreeable to the parties in the event that the second magistrate in this district will not be available to hear the mediation on or before the May 1, 2007 date now scheduled. [D.I. 82].

YOUNG CONAWAY STARGATT & TAYLOR, LLP
United States District Court of Delaware
February 2, 2007
Page 2

    Today undersigned counsel will file a stipulated proposed order, pursuant to Your Honor's request, to implement the rulings made during the January 24, 2007 hearing: setting an April 13, 2007 deadline for amendments, denying Defendants Motion to Stay, and clarifying the discovery dispute resolution procedure.

    Obviously counsel are available if Your Honor has any questions.

                                                 Respectfully,

                                                 Melanie K. Sharp (mtl.)

                                                 Melanie K. Sharp (No. 2501)

MKS:ch

cc:    Clerk of the Court (Hand Delivery)
        John G. Day, Esquire (via e-mail)
        David I. Gindler, Esquire (via e-mail)