IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-259- MPT<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED ORDER

This ___ day of _____, 2007, the Court having conducted a status conference on January 24, 2007;

IT IS ORDERED that:

1. All motions to amend or supplement the pleadings shall be filed on or before April 13, 2007.

2. Defendant Pharmaceuticals, Inc.'s Motion to Stay [D.I. 130] is denied, without prejudice to Defendant's renewing its request under the circumstances described by the Court during the January 24, 2007 hearing [D.I. 135].

3. Discovery Dispute Resolution Procedure: Should counsel find they are unable to resolve a discovery dispute, the party seeking the relief shall contact chambers at (302) 573-6173 to schedule a telephone conference. Not less than forty-eight hours prior to the conference, the party seeking relief shall file with the Court a letter, not to exceed three pages in 12 point type, outlining the issues in dispute and its position on those issues. (The Court does not seek extensive argument or authorities at this point; it seeks simply a statement of the issue to be

addressed and a summary of the basis for the party's position on the issue.) Not less than twenty-four hours prior to the conference, any party opposing the application for relief may file a letter, not to exceed three pages in 12 point type, outlining that party's reasons for its opposition. Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it. Disputes over protective orders are to be addressed in the first instance in accordance with this paragraph.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
| /s/ Melanie K. Sharp | /s/ Steven J. Balick |
| Melanie K. Sharp (No. 2501)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br><br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6681<br>msharp@ycst.com<br><br>Mark A. Pals<br>Marcus E. Sernel<br>Jamie H. McDole<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636<br>(312)861-2000<br><br>Drew Diamond<br>KIRKLAND & ELLIS LLP<br>South Figueroa Street<br>Los Angeles, CA 900017-5800<br>(213)680-8400<br><br>*Attorneys for Plaintiffs Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation* | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>Morgan Chu<br>David I. Gindler<br>Elizabeth L. Rosenblatt<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>(310) 277-1010<br><br>*Attorneys for Defendant ARIAD Pharmaceuticals, Inc.* |

_____
UNITED STATES MAGISTRATE JUDGE