**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>ARIAD PHARMACEUTICALS, INC.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-259-(MPT)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] FIRST AMENDED SCHEDULING ORDER**

This ____ day of _____, the Court having conducted a Rule 16 scheduling conference on February 20, 2007, the Scheduling Order (D.I. 37) shall be amended as follows:

IT IS ORDERED that:

2.   <u>Joinder of Other Parties and Amendment of Pleadings</u>.  All motions to amend or supplement the pleadings shall be filed on or before April 13, 2007.

3.   <u>Discovery</u>.

   c.   <u>Discovery Cut Off</u>.  All discovery in this case shall be initiated so that it will be completed on or before [**Amgen Proposal:**  September 13, 2007 / **ARIAD Proposal:** September 7, 2007 for fact discovery and November 9, 2007 for expert discovery].  The Court encourages the parties to serve and respond to contention interrogatories early in the case.  Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

   d.   <u>Disclosure of Expert Testimony</u>.  Unless otherwise agreed to by the parties, each party shall file its initial Federal Rule of Civil Procedure 26(a)(2) disclosures of

1

expert testimony regarding issues upon which that party has the burden of proof by [**Amgen Proposal:** June 13, 2007 / **ARIAD Proposal:** September 14, 2007], and rebuttal reports shall be filed by [**Amgen Proposal:** August 13, 2007 / **ARIAD Proposal:** October 12, 2007]. To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.,* 509 U.S. 579 (1993), it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

7.  Interim Status Report. On [**Amgen Proposal:** July 2, 2007 / **ARIAD Proposal:** July 16, 2007], counsel shall submit a letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date.

8.  Status Conference. On [**Amgen Proposal:** July 9, 2007 / **ARIAD Proposal:** June 23, 2007], the Court will hold a Rule 16(a), (b) and (c) conference by telephone with counsel beginning at 4:30 p.m. Plaintiff's counsel shall initiate the telephone call.

If all parties agree that there is nothing to report, nor anything to add to the interim status report or to this order, they may so notify the Court in writing before the conference is scheduled to occur, and the conference will be taken off of the court's calendar.

9.  Tutorial Describing the Technology and Matters in Issue. The parties shall provide the Court on [**Amgen Proposal:** May 1, 2007 / **ARIAD Proposal:** June 26, 2007] at 9:30 a.m., an in-person tutorial on the technology at issue. The tutorial should focus on the technology in issue and should not be used to argue the parties' claim construction contentions. The parties should arrange for the tutorial to be recorded by a videographer.

10. Case Dispositive Motions. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before [**Amgen Proposal:** October 29, 2007 / **ARIAD Proposal:** January 4, 2008]. Answering briefs and

supporting papers opposing case dispositive motions shall be served and filed on or before [**Amgen Proposal:** November 29, 2007 / **ARIAD Proposal:** February 1, 2008]. Reply briefs, if any, shall be served and filed on or before [**Amgen Proposal:** December 14, 2007 / **ARIAD Proposal:** February 15, 2008].

      11.    <u>Claim Construction Issue Identification</u>.  Unless the Court finds that an earlier claim construction may be helpful in resolving the case, the parties shall, on or before [**Amgen Proposal:** September 14, 2007 / **ARIAD Proposal:** November 12, 2007], exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s).  This document will not be filed with the Court.  Subsequent to exchanging that list, the parties will meet and confer to prepare a Joint Claim Construction Chart to be submitted pursuant to paragraph 12 below.  The parties' Joint Claim Construction Chart should identify for the Court the term(s)/phrase(s) of the claim(s) in issue, and should include each party's proposed construction of the disputed claim language with citation(s) only to the intrinsic evidence in support of their respective proposed constructions.  A copy of the patent(s) in issue as well as those portions of the intrinsic record relied upon are to be submitted with this Joint Claim Construction Chart.  In this joint submission, the parties shall not provide argument.

      12.    <u>Claim Construction</u>.  The Joint Claim Construction Chart shall be submitted to the Court on [**Amgen Proposal:** September 28, 2007 / **ARIAD Proposal:** November 26, 2007].  Issues of claim construction shall be submitted to the Court by each party filing an opening brief on [**Amgen Proposal:** October 29, 2007 / **ARIAD Proposal:** January 4, 2008], and a responsive brief on [**Amgen Proposal:** November 29, 2007 / **ARIAD Proposal:** February 1, 2008], to be considered by the Court in conjunction with the parties' summary judgment briefs.

13. <u>Hearing on Claim Construction and Summary Judgment</u>.  Beginning at 9:30 a.m. on [**Amgen Proposal:** January 7, 2008 / **ARIAD Proposal:** March 7, 2008], the Court will hear evidence and argument on claim construction and, if applicable, summary judgment.

15. <u>Pre Conference</u>.  On [**Amgen Proposal:** March 24, 2008 / **ARIAD Proposal:** May 5, 2008], the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at 10:00 a.m.  Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3).  The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before [**Amgen Proposal:** February 22, 2008 / **ARIAD Proposal:** April 21, 2008].

18. <u>Trial</u>.  This matter is scheduled for a two-week jury trial beginning at 9:30 a.m. on [**Amgen Proposal:** April 28, 2008 / **ARIAD Proposal:** June 16, 2008].  For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 22 hours to present their case.

The remaining provisions in the Scheduling Order remain unchanged.

So Ordered:

_____
UNITED STATES MAGISTRATE JUDGE

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX:  (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE  19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6681
DIRECT FAX:  302-576-3333
msharp@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
(NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

February 16, 2007

**BY CM-ECF**

The Honorable Mary Pat Thynge
United States District Court of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

   Re: Amgen, Inc. et al.  v. ARIAD Pharmaceuticals, Inc.
     C. A. No.: 06-259 (MPT)

Dear Judge Thynge:

  Enclosed is a joint proposed scheduling order for Your Honor's review in advance of the hearing on Tuesday, February 20, 2007 at 9:30 a.m.. The parties have conferred but were unable to agree on dates.  As a result, the proposed scheduling order includes each party's requests. For ease of reference, also enclosed is a table reflecting each party's requested dates, as well as the dates in the original scheduling order (D.I. 37).

         Respectfully,

         */s/ Melanie K. Sharp*

         Melanie K. Sharp (No. 2501)

MKS:ch

Enclosures
cc: Clerk of the Court (Hand Delivery)
   John G. Day, Esquire (via e-mail)
   David I. Gindler, Esquire (via e-mail)

| Scheduled Event: | Original: | Amgen's Proposal: | ARIAD's Proposal: |
|---|---|---|---|
| Technology Tutorial | 11/03/06 | 05/01/07 | 06/26/07 |
| Amended Pleadings | 12/22/06 | 04/13/07 | 04/13/07 |
| Opening Expert Reports | 01/23/07 | 06/13/07 | 09/14/07 |
| Interim Discovery Status Rpt. | 02/01/07 | 07/02/07 | 07/16/07 |
| Status Conference (if needed) | 02/07/07 | 07/09/07 | 07/23/07 |
| Rebuttal Expert Reports | 03/23/07 | 08/13/07 | 10/12/07 |
| Discovery Cutoff | 04/23/07 | 09/13/07 | 09/07/07 (fact) 11/09/07 (expert) |
| Exchange Terms for Construction | 05/21/07 | 09/14/07 | 11/12/07 |
| Joint Claim Construction Chart | 06/18/07 | 09/28/07 | 11/26/07 |
| Summary Judgment Motions/ Opening Markman Briefs | 07/16/07 | 10/29/07 | 01/04/08 |
| Summary Judgment Oppositions/ Responsive Markman Briefs | 08/13/07 | 11/29/07 | 02/01/08 |
| Summary Judgment Replies | 08/27/07 | 12/14/07 | 02/15/08 |
| Markman Hearing | 09/07/07 | 01/07/08 | 03/07/08 |
| Joint Proposed Final Pretrial Order | 12/04/07 | 02/22/08 | 04/21/08 |
| Pretrial Conference | 01/04/08 | 03/24/08 | 05/05/08 |
| Trial | 02/04/08 | 04/28/08 | 06/16/08 |

DB02:5790778.1                                                                                    065028.1001