IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION<br><br>    Plaintiff,<br><br> v.<br><br>ARIAD PHARMACEUTICALS, INC.<br><br>    Defendant. | )<br>)<br>) C.A. No. 06-259-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 5th day of March, 2007, **NOTICE OF SUBPOENA DIRECTED TO ELI LILLY AND COMPANY** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | BY HAND and VIA ELECTRONIC MAIL |
| Marcus E. Sernel, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636 | VIA FEDERAL EXPRESS and ELECTRONIC MAIL |
| J. Drew Diamond, Esquire<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5800 | VIA FEDERAL EXPRESS and ELECTRONIC MAIL |

                                      ASHBY & GEDDES

                                      /s/ *Tiffany Geyer Lydon*
                                      _____
                                      Steven J. Balick (I.D. #2114)
                                      John G. Day (I.D. #2403)
                                      Tiffany Geyer Lydon (I.D. #3950)
                                      500 Delaware Avenue, 8th Floor
                                      P.O. Box 1150
                                      Wilmington, DE 19899
                                      (302) 654-1888
                                      sbalick@ashby-geddes.com
                                      jday@ashby-geddes.com
                                      tlydon@ashby-geddes.com

                                      *Attorneys for Defendant*
                                      *ARIAD PHARMACEUTICALS, INC.*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated: March 5, 2007
171644.1