## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

AMGEN, INC., IMMUNEX CORPORATION, )
AMGEN USA INC., AMGEN MANU- )
FACTURING LIMITED, )
IMMUNEX RHODE ISLAND )
CORPORATION )
                 )
         Plaintiffs, )
                 )
         v. )     C. A. No. 06-259-MPT
                 )
ARIAD PHARMACEUTICALS, INC. )
                 )
         Defendant. )
                 )

### ORDER

At Wilmington, Delaware, this **27**th day of **March, 2007.**

IT IS ORDERED that Ariad Pharmaceuticals' Motion (D.I. 83) to Dismiss for Failure to Join a Party or, in the Alternative, to Transfer Pursuant to 28 U.S.C. § 1404 (a) is denied. Ariad shall advise the court whether Harvard and MIT will voluntarily intervene and enter their appearances in this action on or before April 13, 2007.

IT IS FURTHER ORDERED that Amgen shall amend its complaint to add the Whitehead Institute as a defendant on or before April 13, 2007.

UNITED STATES MAGISTRATE JUDGE