IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>                    Plaintiffs,<br>    v.<br><br>ARIAD PHARMACEUTICALS, INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)    C.A. No. 06-259-MPT<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF MULTIMEDIA MATERIALS

Notice is hereby given that, pursuant to Section 9 of the First Amended Scheduling Order in this action (D.I. 150), copies of a CD/DVD describing the technology at issue in this matter have been filed under seal with the Clerk's Office.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant
ARIAD Pharmaceuticals, Inc.*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated: April 3, 2007

179393.1