IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANU-FACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARIAD PHARMACEUTICALS, INC.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 06-259-MPT<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington, Delaware, this **13th** day of **April, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, April 25, 2007 at 1:30 p.m. Eastern Time** with Judge Thynge to discuss the discovery matters contained in D.I. 176 and D.I. 178. **Melanie K. Sharp, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

　　　　　　　　　　　　　　　　　　　/s/ Mary Pat Thynge
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE