# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD J.A. POPPER
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6681
DIRECT FAX: 302-576-3333
msharp@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
   (NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

April 13, 2007

**BY CM-ECF**

The Honorable Mary Pat Thynge
United States District Court of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Amgen, Inc. et al. v. ARIAD Pharmaceuticals, Inc.*
             C. A. No.: 06-259 (MPT)

Dear Judge Thynge:

      I write on behalf of my clients Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation (collectively "Amgen"), plaintiffs in the above-captioned action.

      Pursuant to Your Honor's order dated March 27, 2007 (D.I. 159), Amgen is today filing its Amended Complaint adding the Whitehead Institute for Biomedical Research as a defendant in this action. A redlined version (Exhibit A) and the as-filed version (Exhibit B) of the Amended Complaint are attached for the Court's convenience.

      In addition, pursuant to Your Honor's First Amended Scheduling Order dated February 23, 2007 (D.I. 150), Amgen is today moving to file a Second Amended Complaint to add a count for inequitable conduct. ARIAD has declined to stipulate to the amendment.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Mary Pat Thynge
April 13, 2007
Page 2

        Obviously, counsel are available if Your Honor has any questions.

        Respectfully,

        */s/ Melanie K. Sharp*

        Melanie K. Sharp (No. 2501)

MKS:cac

cc:     Clerk of the Court (Hand Delivery)
        John G. Day, Esquire (via e-mail)
        David I. Gindler, Esquire (via e-mail)

DB02:5907023.1                                       065028.1001

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation, <br><br> ~~Defendant.~~Defendants. | Civil Action No. ———— 06-259-MPT |

### AMENDED COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT INVALIDITY AND NON-INFRINGEMENT

Plaintiffs Amgen, Inc. ("Amgen"); Immunex Corporation ("Immunex"); Amgen USA Inc. ("Amgen USA"); Amgen Manufacturing, Limited ("Amgen Mfg."); and Immunex Rhode Island Corporation ("Immunex R.I.," together with Amgen, Immunex, Amgen USA, and Amgen Mfg. the "Amgen Entities"), by and through their undersigned counsel, for their claims for relief against ~~Defendant~~Defendants Ariad Pharmaceuticals, Inc. ("Ariad") and the Whitehead Institute for Biomedical Research ("Whitehead"), allege as follows:

### NATURE OF THIS ACTION

1. This action arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 and the United States Patent Law, 35 U.S.C. § 100 *et seq.*

2. The Amgen Entities bring this action for at least the following declarations: (i) each of the claims of U.S. Patent No. 6,410,516 (the "'516 patent") is invalid and (ii) the Amgen

Entities have not before and do not now directly or indirectly infringe any claim of the '516 patent based on activities related to the Enbrel® or Kineret® products. A copy of the '516 patent is attached as Exhibit 1.

## JURISDICTION AND VENUE

3. Jurisdiction of this Court arises under the laws of the United States, 28 U.S.C. § 1331 (federal question); § 1338(a) (as a civil action arising under any act of Congress relating to patents); and §§ 2201 and 2202 (as a declaratory action in a case of actual controversy within the jurisdiction of a federal court).

4. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c).

## THE PARTIES

5. Amgen is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at One Amgen Center Drive, Thousand Oaks, California. Amgen is a global biotechnology company that discovers, develops, manufactures, and markets human therapeutics based on advances in, among other things, cellular and molecular biology. Amgen is a leader in developing human therapeutics in, among others, the areas of nephrology, oncology, inflammation, neurology, and metabolic disorders.

6. Immunex, a wholly-owned subsidiary of Amgen, is organized and existing under the laws of the State of Washington with its principal place of business in Thousand Oaks, California.

7. Amgen USA, an Amgen affiliate, is organized and existing under the laws of the State of Delaware with its principal place of business in Thousand Oaks, California.

8. Amgen Mfg., an Amgen affiliate, is a company organized and existing under the laws of Bermuda with its principal place of business in Juncos, Puerto Rico.

9. Immunex R.I., an Amgen affiliate, is organized and existing under the laws of the State of Delaware with its principal place of business in West Greenwich, Rhode Island.

10. Upon information and belief, Ariad is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 26 Landsdowne Street, Cambridge, Massachusetts.

11. Upon information and belief, Whitehead is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 9 Cambridge Center, Cambridge, Massachusetts.

## THE PATENT-IN-SUIT

12. On June 25, 2002, the '516 patent issued from U.S. Patent Application Ser. No. 08/464,364 (the "'364 application"), filed June 5, 1995. Ariad has in various instances asserted that the claims of the '516 patent cover "methods of treating human disease by regulating NF-κB activity," "methods of treating disease by inhibiting NF-κB," and "methods useful for treating various disease conditions through modulation of NF-κB activity."

13. Upon information and belief, Whitehead is an assignee of the '516 patent, along with Harvard University and the Massachusetts Institute of Technology.

14. Upon information and belief, Ariad is the exclusive licensee of the '516 patent and holder of all substantial rights thereto.

## BACKGROUND

15. The Enbrel® product (generic name: etanercept) is a human therapeutic product developed by Immunex through its research on lymphokines and the immune system.

16. Amgen publicly announced its intention to acquire Immunex in December 2001. Amgen completed its acquisition of Immunex in July 2002.

17. ~~15.~~ Immunex R.I. and Amgen Mfg. are involved in the manufacture of the Enbrel® product on behalf of Immunex. Amgen USA co-promotes the Enbrel® product in the United States along with Wyeth Pharmaceuticals.

18. ~~16.~~ The Kineret® product (generic name: anakinra) is a human therapeutic product developed by Amgen through its research on lymphokines and the immune system.

19. ~~17.~~ Amgen and Amgen Mfg. are involved in the manufacture of the Kineret® product.

20. ~~18.~~ Ariad's actions cause the Amgen Entities reasonable apprehension that Ariad will assert, among other things, that the Amgen Entities infringe one or more claims of the '516 patent through activities related to the Enbrel® and/or Kineret® products. Therefore, the Amgen Entities ask this Court to declare that the '516 patent claims are invalid and/or not infringed based upon any activities related to the Enbrel® or Kineret® products.

### FIRST CLAIM FOR RELIEF

**(Declaratory Judgment of Invalidity of Each Claim of the '516 Patent)**

21. ~~19.~~ The Amgen Entities re-allege and incorporate by reference the allegations contained in paragraphs 1 through 18 above.

22. ~~20.~~ Upon information and belief, each claim of the '516 patent is invalid for, among other things, failing to meet the requirements of the Patent Laws of the United States, 35 U.S.C. § 100 *et seq.*, including 35 U.S.C. §§ 101, 102, 103 and/or 112.

23. ~~21.~~ Judicial declaration of the invalidity of the claims of the '516 patent is appropriate and necessary.

### SECOND CLAIM FOR RELIEF

**(Declaratory Judgment of the Amgen Entities' Non-Infringement of the '516 Patent)**

24. ~~22.~~ The Amgen Entities re-allege and incorporate by reference the allegations contained in paragraphs 1 through 21 above.

25. ~~23.~~ The Amgen Entities seek a judicial declaration that they do not directly or indirectly infringe any valid claim of the '516 patent through any activities related to the Enbrel® and/or Kineret® products, which declaration is appropriate and necessary.

## PRAYER FOR RELIEF

WHEREFORE, the Amgen Entities respectfully request that the Court enter judgment, as follows:

A.  That each of the claims of the '516 patent is invalid;

B.  That the Amgen Entities do not infringe any valid claim of the '516 patent based on any activities related to the Enbrel® and/or Kineret® products;

C.  That this case is exceptional such that, pursuant to 35 U.S.C. § 285, the Amgen Entities be awarded their attorneys' fees and costs; and

D.  That the Amgen Entities be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Melanie K. Sharp
_____
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

*Attorneys for Plaintiffs Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation.*

DATED: April ~~20,~~ 13, ~~2006~~2007

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>    Defendants. | Civil Action No. 06-259-MPT |

**AMENDED COMPLAINT FOR DECLARATORY JUDGMENT OF
PATENT INVALIDITY AND NON-INFRINGEMENT**

Plaintiffs Amgen, Inc. ("Amgen"); Immunex Corporation ("Immunex"); Amgen USA Inc. ("Amgen USA"); Amgen Manufacturing, Limited ("Amgen Mfg."); and Immunex Rhode Island Corporation ("Immunex R.I.," together with Amgen, Immunex, Amgen USA, and Amgen Mfg. the "Amgen Entities"), by and through their undersigned counsel, for their claims for relief against Defendants Ariad Pharmaceuticals, Inc. ("Ariad") and the Whitehead Institute for Biomedical Research ("Whitehead"), allege as follows:

### NATURE OF THIS ACTION

1. This action arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 and the United States Patent Law, 35 U.S.C. § 100 *et seq.*

2. The Amgen Entities bring this action for at least the following declarations: (i) each of the claims of U.S. Patent No. 6,410,516 (the "'516 patent") in invalid and (ii) the Amgen

Entities have not before and do not now directly or indirectly infringe any claim of the '516 patent based on activities related to the Enbrel® or Kineret® products. A copy of the '516 patent is attached as Exhibit 1.

## JURISDICTION AND VENUE

3. Jurisdiction of this Court arises under the laws of the United States, 28 U.S.C. § 1331 (federal question); § 1338(a) (as a civil action arising under any act of Congress relating to patents); and §§ 2201 and 2202 (as a declaratory action in a case of actual controversy within the jurisdiction of a federal court).

4. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c).

## THE PARTIES

5. Amgen is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at One Amgen Center Drive, Thousand Oaks, California. Amgen is a global biotechnology company that discovers, develops, manufactures, and markets human therapeutics based on advances in, among other things, cellular and molecular biology. Amgen is a leader in developing human therapeutics in, among others, the areas of nephrology, oncology, inflammation, neurology, and metabolic disorders.

6. Immunex, a wholly-owned subsidiary of Amgen, is organized and existing under the laws of the State of Washington with its principal place of business in Thousand Oaks, California.

7. Amgen USA, an Amgen affiliate, is organized and existing under the laws of the State of Delaware with its principal place of business in Thousand Oaks, California.

8. Amgen Mfg., an Amgen affiliate, is a company organized and existing under the laws of Bermuda with its principal place of business in Juncos, Puerto Rico.

9. Immunex R.I., an Amgen affiliate, is organized and existing under the laws of the State of Delaware with its principal place of business in West Greenwich, Rhode Island.

10. Upon information and belief, Ariad is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 26 Landsdowne Street, Cambridge, Massachusetts.

11. Upon information and belief, Whitehead is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 9 Cambridge Center, Cambridge, Massachusetts.

## THE PATENT-IN-SUIT

12. On June 25, 2002, the '516 patent issued from U.S. Patent Application Ser. No. 08/464,364 (the "'364 application"), filed June 5, 1995. Ariad has in various instances asserted that the claims of the '516 patent cover "methods of treating human disease by regulating NF-κB activity," "methods of treating disease by inhibiting NF-κB," and "methods useful for treating various disease conditions through modulation of NF-κB activity."

13. Upon information and belief, Whitehead is an assignee of the '516 patent, along with Harvard University and the Massachusetts Institute of Technology.

14. Upon information and belief, Ariad is the exclusive licensee of the '516 patent and holder of all substantial rights thereto.

## BACKGROUND

15. The Enbrel® product (generic name: etanercept) is a human therapeutic product developed by Immunex through its research on lymphokines and the immune system.

16. Amgen publicly announced its intention to acquire Immunex in December 2001. Amgen completed its acquisition of Immunex in July 2002.

17. Immunex R.I. and Amgen Mfg. are involved in the manufacture of the Enbrel® product on behalf of Immunex. Amgen USA co-promotes the Enbrel® product in the United States along with Wyeth Pharmaceuticals.

18. The Kineret® product (generic name: anakinra) is a human therapeutic product developed by Amgen through its research on lymphokines and the immune system.

19. Amgen and Amgen Mfg. are involved in the manufacture of the Kineret® product.

20. Ariad's actions cause the Amgen Entities reasonable apprehension that Ariad will assert, among other things, that the Amgen Entities infringe one or more claims of the '516 patent through activities related to the Enbrel® and/or Kineret® products. Therefore, the Amgen Entities ask this Court to declare that the '516 patent claims are invalid and/or not infringed based upon any activities related to the Enbrel® or Kineret® products.

## FIRST CLAIM FOR RELIEF

**(Declaratory Judgment of Invalidity of Each Claim of the '516 Patent)**

21. The Amgen Entities re-allege and incorporate by reference the allegations contained in paragraphs 1 through 18 above.

22. Upon information and belief, each claim of the '516 patent is invalid for, among other things, failing to meet the requirements of the Patent Laws of the United States, 35 U.S.C. § 100 *et seq.*, including 35 U.S.C. §§ 101, 102, 103 and/or 112.

23. Judicial declaration of the invalidity of the claims of the '516 patent is appropriate and necessary.

## SECOND CLAIM FOR RELIEF

**(Declaratory Judgment of the Amgen Entities' Non-Infringement of the '516 Patent)**

DB02:5907268.1                                                                                                          065028.1001

24. The Amgen Entities re-allege and incorporate by reference the allegations contained in paragraphs 1 through 21 above.

25. The Amgen Entities seek a judicial declaration that they do not directly or indirectly infringe any valid claim of the '516 patent through any activities related to the Enbrel® and/or Kineret® products, which declaration is appropriate and necessary.

## PRAYER FOR RELIEF

WHEREFORE, the Amgen Entities respectfully request that the Court enter judgment, as follows:

A. That each of the claims of the '516 patent is invalid;

B. That the Amgen Entities do not infringe any valid claim of the '516 patent based on any activities related to the Enbrel® and/or Kineret® products;

C. That this case is exceptional such that, pursuant to 35 U.S.C. § 285, the Amgen Entities be awarded their attorneys' fees and costs; and

D. That the Amgen Entities be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Melanie K. Sharp
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

*Attorneys for Plaintiffs Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation.*

DATED: April 13, 2007