# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 13, 2007

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, Delaware 19810

**VIA ELECTRONIC FILING**

Re:   *Amgen Inc. et al. v. ARIAD Pharmaceuticals, Inc.*, C.A. No. 06-259-MPT

Dear Judge Thynge:

I write on behalf of ARIAD Pharmaceuticals, Inc. ("ARIAD") regarding ARIAD's Answer to Amended Complaint, Counterclaim, and Demand for Jury Trial ("Answer to Amended Complaint and Counterclaim") filed concurrently herewith.

Your Honor ordered that (1) Plaintiffs join the Whitehead Institute for Biomedical Research ("Whitehead") as a party to this action on or before April 13, 2007, and that (2) within the same time frame, ARIAD advise the Court whether Harvard and MIT would enter appearances in the action. (D.I. 158.) Pursuant to that order, Plaintiffs filed an Amended Complaint at the close of business today, adding Whitehead as a defendant in this action. (D.I.s 182 and 183.)

Today also was the deadline under the scheduling order for motions to join parties and amend pleadings, and ARIAD was prepared to file a motion to amend its answer today in order to assert an infringement counterclaim. However, Plaintiffs' Amended Complaint, which replaced and superseded their original complaint, mooted our need to seek leave to amend our original answer. Since today was the day by which Your Honor ruled that Harvard and MIT must indicate whether they would enter appearances in this case, ARIAD and Whitehead, together with Harvard and MIT, filed their Answer to the Amended Complaint and Counterclaim tonight, even though a responsive pleading was not due under Federal Rule of Civil Procedure 15(a) for 10 days.

We are writing not only to advise the Court about the appearances of Harvard and MIT, but also, in case Your Honor was anticipating a motion to amend today in the event ARIAD decided to assert an infringement counterclaim, to explain that Plaintiff's Amended Complaint eliminated the need for such motion practice under the federal rules. Additionally, we note, out of an abundance of caution, that if Your Honor disagrees with ARIAD's assessment of the effects of Plaintiffs' Amended Complaint, or if for any reason Your Honor would find it helpful to see the motion to amend and supporting papers that we were prepared to file tonight, we will be pleased to submit them immediately for the Court's review.

The Honorable Mary Pat Thynge
April 13, 2007
Page 2

        Respectfully,

        */s/ Steven J. Balick*

        Steven J. Balick

SJB/nml
179706.1

cc:    David I. Gindler, Esquire (via electronic mail)
        Melanie K. Sharp, Esquire (via electronic mail)
        Marcus E. Sernel, Esquire (via electronic mail)