## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX CORPORATION,                    )
AMGEN USA INC., AMGEN MANUFACTURING                 )
LIMITED, and IMMUNEX RHODE ISLAND                   )
CORPORATION,                                        )
                                                    )    C.A. No. 06-259-MPT
                            Plaintiffs,             )
                                                    )
        v.                                          )
                                                    )
ARIAD PHARMACEUTICALS, INC., and THE                )
WHITEHEAD INSTITUTE FOR BIOMEDICAL                  )
RESEARCH, a Delaware corporation,                   )
                                                    )
                            Defendants.             )
                                                    )
_____        )
                                                    )
ARIAD PHARMACEUTICALS, INC.,                        )
MASSACHUSETTS INSTITUTE OF                          )
TECHNOLOGY, THE PRESIDENT AND                       )
FELLOWS OF HARVARD COLLEGE, and THE                 )
WHITEHEAD INSTITUTE FOR BIOMEDICAL                  )
RESEARCH,                                           )
                                                    )
                            Counterclaim Plaintiffs,)
                                                    )
        v.                                          )
                                                    )
AMGEN INC., IMMUNEX CORPORATION,                    )
AMGEN USA INC., AMGEN MANUFACTURING                 )
LIMITED, IMMUNEX RHODE ISLAND                       )
CORPORATION, and WYETH,                             )
                                                    )
                            Counterclaim Defendants.)

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions

*pro hac vice* of Raymond LaMagna and Adam Livingston to represent ARIAD Pharmaceuticals,

Inc., Massachusetts Institute of Technology, The President and Fellows of Harvard College and

The Whitehead Institute for Biomedical Research in this matter.  Pursuant to this Court's

Standing Order effective January 1, 2005, a check in the amount of $50.00 is included to cover

the annual fees for the attorneys listed above.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
Facsimile:   (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for ARIAD Pharmaceuticals, Inc.,*
*Massachusetts Institute of Technology, The*
*President and Fellows of Harvard College and*
*The Whitehead Institute for Biomedical*
*Research*

Dated:  April 17, 2007
179761.1

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Raymond LaMagna
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Dated: April 17, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing, and in good standing as a member of the Bar of the State of California, and,

pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged

misconduct which occurs in the preparation or course of this action.  I also certify that I am

generally familiar with this Court's Local Rules.  In accordance with the Standing Order for

District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will

be submitted to the Clerk's Office upon the filing of this motion.


Adam Livingston
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

Dated: 4-17-07

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AMGEN INC., IMMUNEX CORPORATION,
AMGEN USA INC., AMGEN MANUFACTURING
LIMITED, and IMMUNEX RHODE ISLAND
CORPORATION,

                Plaintiffs,

    v.

ARIAD PHARMACEUTICALS, INC., and THE
WHITEHEAD INSTITUTE FOR BIOMEDICAL
RESEARCH, a Delaware corporation,

                Defendants.

 

ARIAD PHARMACEUTICALS, INC.,
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, THE PRESIDENT AND
FELLOWS OF HARVARD COLLEGE, and THE
WHITEHEAD INSTITUTE FOR BIOMEDICAL
RESEARCH,

                Counterclaim Plaintiffs,

    v.

AMGEN INC., IMMUNEX CORPORATION,
AMGEN USA INC., AMGEN MANUFACTURING
LIMITED, IMMUNEX RHODE ISLAND
CORPORATION, and WYETH,

                Counterclaim Defendants.

C.A. No. 06-259-MPT

## ORDER

This _____ day of _____, 2007, the Court having

considered the motion for the admissions *pro hac vice* of Raymond LaMagna and Adam

Livingston to represent ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology,

The President and Fellows of Harvard College and The Whitehead Institute for Biomedical

Research in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the

foregoing attorneys are admitted *pro hac vice*.


_____
United States District Judge

2