AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

PLAINTIFF
AMGEN INC., et al.

COUNTERCLAIM
V. DEFENDANT AND ~~THIRD PARTY~~ PLAINTIFF
ARIAD PHARMACEUTICALS, INC., et al.,

COUNTERCLAIM
~~THIRD PARTY~~ SUMMONS IN A
CIVIL ACTION

Case Number:    06-259-MPT

COUNTERCLAIM
V. ~~THIRD PARTY~~ DEFENDANT

WYETH, et al.

counterclaim
To: Name and address of ~~Third Party~~ Defendant

Wyeth
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Melanie K. Sharp
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

COUNTERCLAIM
DEFENDANT AND ~~THIRD PARTY~~ PLAINTIFF'S ATTORNEY
(name and address)

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

counterclaim
an answer to the ~~third party~~ complaint which is served on you with this summons, within _____20_____ days after
the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken
against you for the relief demanded in the ~~third party complaint~~ counterclaim. There is also served on you with this summons a copy
of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1)
this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment
against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil
Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim
of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court
within a reasonable period of time after service.

PETER T. DALLEO

DATE    April 16, 2007

CLERK

(By) DEPUTY CLERK
AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/17/07 |
| NAME OF SERVER *Robert Bowler* | TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): *Personally served Wyeth, by serving its registered agent, The Prentice-Hall Corporation System, Inc., at 2711 Centerville Rd, Wilm DE 19808 at 10:05 am Person Accepting Mary Drummond*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _4/17/07_ _____
            *Date*          *Signature of Server*

*230 N Market St, Wilm DE 19801*
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.