# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 17, 2007

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, Delaware 19810

**VIA ELECTRONIC FILING**

Re: <u>Amgen Inc. et al. v. ARIAD Pharmaceuticals, Inc.</u>, C.A. No. 06-259-MPT

Dear Judge Thynge:

I write on behalf of ARIAD to comment on Amgen's technology tutorial video.

The technology tutorials submitted by the parties are in general agreement in many respects. This is hardly surprising, given that many aspects of the basic scientific concepts are well understood. For example, scientists' understanding of the fundamental processes of transcription of DNA and translation of mRNA have been established for many years. Similarly, NF-κB signaling has been studied intensively since the discovery of NF-κB by the inventors of the '516 patent, and there is no real discord between the tutorials regarding the various steps in NF-κB signaling that follow the intermediate step of IκB phosphorylation (i.e., the step where IκB, in response to a signal, is chemically modified, which then leads to degradation of IκB and release of NF-κB). This letter will briefly address two issues:

**Steps in NF-κB signaling**

Amgen's tutorial incorrectly describes IκB phosphorylation as the "first step" in NF-κB signaling. Actually, NF-κB signaling starts with the binding of inducers to cell surface receptors and involves further steps that eventually lead to phosphorylation of IκB. The steps between

The Honorable Mary Pat Thynge
April 17, 2007
Page 2

inducer binding to receptors outside the cell and NF-κB activation inside the cell have been studied in great detail, and many scientific papers published since the discovery of NF-κB describe controlled experiments providing evidence that certain receptors activate NF-κB signaling when inducers bind to them. For example, the TNF and IL-1 receptors discussed in Amgen's tutorial have been known since the 1980s to activate NF-κB signaling. A complete description of NF-κB signaling must take account of the steps that take place before IκB phosphorylation.

**Understanding Cellular Mechanisms**

Amgen's tutorial also raises questions about understanding cause-and-effect relationships in cellular biology (illustrated by the domino example). The basic point that Amgen makes is uncontroversial: cells are complex and, because many of their activities occur at a molecular level, it is frequently challenging to analyze whether and how event A causes result B.

While Amgen points out the difficulties that scientists face when studying cellular mechanisms, Amgen fails to include any discussion of the method by which scientists develop and support their explanations for various cellular events. Scientists study the steps in cellular mechanisms by developing a model that explains, and is consistent with, all available evidence. The method often begins with a simple model, usually depicted in a diagram. Scientists then work in an iterative fashion to verify the model—first, by exploring what should happen under various conditions if the model represents what actually takes place in a cell; and then, by designing experiments to vary conditions for the purpose of determining if the cell responds in the way that the model predicts. If the experimental evidence supports the model, scientists can proceed to conduct further experiments to add to the body of knowledge relating to the cellular

The Honorable Mary Pat Thynge
April 17, 2007
Page 3

mechanisms depicted in the model. If the experimental evidence does not support the model, scientists must change the model to take account of the inconsistent evidence. In this way, scientists refine their understanding, determine if their working models of cellular mechanisms are incorrect, and develop growing bodies of evidence supporting a particular model that explains the ways in which a cellular mechanism works.

    We look forward to discussing the science underlying the '516 patent, and responding to any questions Your Honor may have regarding these or other matters, at the in-person tutorial on May 1, 2007.

                             Respectfully,

                             */s/ Steven J. Balick*

                             Steven J. Balick

SJB/rbg
179801.1

cc:    David I. Gindler, Esquire (via electronic mail)
        Melanie K. Sharp, Esquire (by hand and via electronic mail)
        Marcus E. Sernel, Esquire (via electronic mail)