## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX CORPORATION,        )
AMGEN USA INC., AMGEN MANUFACTURING     )
LIMITED, and IMMUNEX RHODE ISLAND       )
CORPORATION,                            )
                                        )        C.A. No. 06-259-MPT
                     Plaintiffs,        )
          v.                            )
                                        )
ARIAD PHARMACEUTICALS, INC., and THE    )
WHITEHEAD INSTITUTE FOR BIOMEDICAL      )
RESEARCH, a Delaware corporation,       )
                                        )
                     Defendants.        )
                                        )
_____        )
                                        )
ARIAD PHARMACEUTICALS, INC.,            )
MASSACHUSETTS INSTITUTE OF              )
TECHNOLOGY, THE PRESIDENT AND           )
FELLOWS OF HARVARD COLLEGE, and THE     )
WHITEHEAD INSTITUTE FOR BIOMEDICAL      )
RESEARCH,                               )
                                        )
                Counterclaim Plaintiffs, )
                                        )
          v.                            )
                                        )
AMGEN INC., IMMUNEX CORPORATION,        )
AMGEN USA INC., AMGEN MANUFACTURING     )
LIMITED, IMMUNEX RHODE ISLAND           )
CORPORATION, and WYETH,                 )
                                        )
               Counterclaim Defendants. )

### NOTICE OF SERVICE

The undersigned hereby certifies that **OBJECTIONS TO SUBPOENA DUCES**

**TECUM SERVED ON APRIL 12, 2007 AND DIRECTED TO MASSACHUSETTS**

**INSTITUTE OF TECHNOLOGY** was served upon the following counsel of record at the

address, on the date and in the manner indicated:

Melanie K. Sharp, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

BY HAND and VIA ELECTRONIC MAIL
On April 19, 2007

Marcus E. Sernel, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

VIA ELECTRONIC MAIL
On April 19, 2007

J. Drew Diamond, Esquire
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800

BY HAND and VIA ELECTRONIC MAIL
On April 18, 2007

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for ARIAD Pharmaceuticals, Inc.,*
*Massachusetts Institute of Technology, The*
*President and Fellows of Harvard College and*
*The Whitehead Institute for Biomedical*
*Research*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated:  April 19, 2007
179847.1