# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 06-259-MPT ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of April, 2007, **DEFENDANT ARIAD PHARMACEUTICALS, INC. 'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT** was served upon the following counsel of record at the address and in the manner indicated:

Melanie K. Sharp, Esquire                                                                HAND DELIVERY
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Marcus E. Sernel, Esquire                                                              VIA FEDERAL EXPRESS
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

J. Drew Diamond, Esquire
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017-5800

<u>VIA FEDERAL EXPRESS</u>

                              ASHBY & GEDDES

                              /s/ *Tiffany Geyer Lydon*
                              _____
                              Steven J. Balick (I.D. #2114)
                              John G. Day (I.D. #2403)
                              Tiffany Geyer Lydon (I.D. #3950)
                              500 Delaware Avenue, 8th Floor
                              P.O. Box 1150
                              Wilmington, DE 19899
                              (302) 654-1888
                              sbalick@ashby-geddes.com
                              jday@ashby-geddes.com
                              tlydon@ashby-geddes.com

                              *Attorneys for ARIAD Pharmaceuticals, Inc.,*
                              *Massachusetts Institute of Technology, The*
                              *President and Fellows of Harvard College and*
                              *The Whitehead Institute for Biomedical*
                              *Research*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated:  April 20, 2007
171644.1

2