# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, ) ) ) ) ) | |
| Plaintiffs, ) | C.A. No. 06-259-MPT |
| v. ) ) | |
| ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, ) ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of April, 2007, **DEFENDANT AND COUNTERCLAIM PLAINTIFF ARIAD'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO WYETH** was served upon the following counsel of record at the address and in the manner indicated:

Melanie K. Sharp, Esquire                                           HAND DELIVERY
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Marcus E. Sernel, Esquire                                           VIA FEDERAL EXPRESS
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

2

| | |
|---|---|
| J. Drew Diamond, Esquire<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA  90017-5800 | VIA FEDERAL EXPRESS |
| Wyeth<br>c/o The Prentice-Hall Corporation System, Inc.<br>2711 Centerville Rd., Suite 400<br>Wilmington, DE  19808 | HAND DELIVERY |
| Wyeth<br>5 Giralda Farms<br>Madison, NJ  07940 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The President and Fellows of Harvard College and The Whitehead Institute for Biomedical Research*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated: April 20, 2007
179877.1