**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AMGEN INC., IMMUNEX CORPORATION, )
AMGEN USA INC., AMGEN MANUFACTURING )
LIMITED, and IMMUNEX RHODE ISLAND )
CORPORATION, )
 ) C.A. No. 06-259-MPT
 )
     Plaintiffs, )
  v. )
 )
ARIAD PHARMACEUTICALS, INC., and THE )
WHITEHEAD INSTITUTE FOR BIOMEDICAL )
RESEARCH, )
 )
     Defendants. )
 )

<u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that on the 20th day of April, 2007, **DEFENDANT**

**AND COUNTERCLAIM PLAINTIFF ARIAD'S FIRST SET OF INTERROGATORIES**

**TO WYETH** was served upon the following counsel of record at the address and in the manner

indicated:

Melanie K. Sharp, Esquire       HAND DELIVERY
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Marcus E. Sernel, Esquire      VIA FEDERAL EXPRESS
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636

J. Drew Diamond, Esquire                                    VIA FEDERAL EXPRESS
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017-5800


Wyeth                                                       HAND DELIVERY
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Rd., Suite 400
Wilmington, DE  19808


Wyeth                                                       VIA FEDERAL EXPRESS
5 Giralda Farms
Madison, NJ  07940




                                    ASHBY & GEDDES

                                    /s/ *Tiffany Geyer Lydon*

                                    _____
                                    Steven J. Balick (I.D. #2114)
                                    John G. Day (I.D. #2403)
                                    Tiffany Geyer Lydon (I.D. #3950)
                                    500 Delaware Avenue, 8th Floor
                                    P.O. Box 1150
                                    Wilmington, DE 19899
                                    (302) 654-1888
                                    sbalick@ashby-geddes.com
                                    jday@ashby-geddes.com
                                    tlydon@ashby-geddes.com

                                    *Attorneys for ARIAD Pharmaceuticals, Inc.,*
                                    *Massachusetts Institute of Technology, The*
                                    *President and Fellows of Harvard College and*
                                    *The Whitehead Institute for Biomedical*
                                    *Research*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated:   April 20, 2007
179877.1