IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>        Plaintiffs,<br>v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-259-(MPT)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AMGEN'S SECOND NOTICE OF DEPOSITION
PURSUANT TO FED. R. CIV. P. 30(b)(6)**

In accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, Amgen, Inc., Immunex, Inc., Amgen USA Inc., Amgen Manufacturing, Ltd., and Immunex Rhode Island Corporation (collectively, "Amgen") hereby provide notice that commencing at 9:00 a.m. on May 4, 2007, at the offices of Young Conaway Stargatt & Taylor LLP, The Brandywine Building, 1000 West Street, Wilmington, Delaware 19801, or at such other time and place mutually agreed upon by counsel for the parties, it will take the deposition of ARIAD Pharmaceuticals, Inc. ("ARIAD") by oral examination of witness(es) designated by ARIAD to testify on its behalf as the person(s) most competent to testify concerning the matters listed on attached Attachment A. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by ARIAD should be prepared to testify as to such matters known or reasonably available to ARIAD. You are required to produce the witness(es) at the stated time

1

and place, and are invited to attend to cross-examine.

ARIAD is requested to provide Amgen's counsel, on or before May 4, 2007, a written designation of the names and positions of the officers, directors, managing agents or other persons who are most competent to testify concerning the areas of testimony set forth in Attachment A, and, for each person designated, the matters on which he or she will testify.

The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony will be recorded by both stenographic means and sound-and-visual means.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Melanie K. Sharp

Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Mark A. Pals
Marcus E. Sernel
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601-6636
(312)861-2000

Drew Diamond
KIRKLAND & ELLIS LLP
South Figueroa Street
Los Angeles, CA 900017-5800
(213)680-8400

Dated: April 20, 2007

*Attorneys for Plaintiffs Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation*

## ATTACHMENT A

## DEFINITIONS

Amgen hereby incorporates by reference the Definitions as set forth in Amgen's Requests for Production.

## AREAS OF TESTIMONY

1. ARIAD's document retention and destruction policies, practices, and procedures, including but not limited to policies with respect to retention of paper documents and policies with respect to retention of electronic and e-mail files.

2. ARIAD's policies, practices, and procedures with respect to the creation and maintenance of laboratory notebooks, research group meeting minutes, and research group project summaries.

3. ARIAD's search for and collection of documents requested in Amgen's requests for production of documents, including the search terms and search methodology used to search for responsive documents stored as e-mails or in other electronic formats.

4. The identity and location of all files, archives, databases, and any other type of record storage systems, electronic or otherwise, extant or formerly extant, in or formerly in your possession or control, which may store or may have formerly stored documents responsive to Amgen's requests for the production of documents.

5. The maintenance and upkeep of all files, archives, databases, and any other type of record storage systems, electronic or otherwise, extant or formerly extant, in or formerly in your possession or control, which may store or may have formerly stored documents responsive to Amgen's requests for the production of documents.

6. The nature, existence and location of all documents relating to the subject matter of each of the foregoing categories, including the identity and location of all files, archives,

databases, and any other type of record storage systems, electronic or otherwise, that ARIAD has searched.

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on April 20, 2007, I caused to be electronically filed a true and correct copy of Amgen's Second Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

        John G. Day
        Steven J. Balick
        Tiffany Geyer Lydon
        Ashby & Geddes
        500 Delaware Avenue, 8th Floor
        Wilmington, DE 19801

I further certify that on April 20, 2007, I caused a copy of the foregoing, Amgen's Second Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6), to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

        **BY E-MAIL (by agreement of counsel)**
        Morgan Chu (mchu@irell.com)
        David I. Gindler (dgindler@irell.com)
        Amir A. Naini (anaini@irell.com)
        Christopher M. Newman (cnewman@irell.com)
        Elizabeth L. Rosenblatt (brosenblatt@irell.com)
        Irell & Manella LLP
        1800 Avenue of the Stars, Suite 900
        Los Angeles, CA 90067-4276

        _/s/ Melanie K. Sharp_
        Melanie K. Sharp (No. 2501)
        YOUNG CONAWAY STARGATT & TAYLOR, LLP
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, DE 19801

        P.O. Box 391
        Wilmington, Delaware 19899-0391
        (302) 571-6681
        msharp@ycst.com