# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6681
DIRECT FAX: (302) 576-3333
msharp@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
    (NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

April 23, 2007

**BY CM-ECF**

The Honorable Mary Pat Thynge
United States District Court of Delaware
844 North King Street
Wilmington, DE 19801

> Re:    Amgen, Inc. et al. v. ARIAD Pharmaceuticals, Inc.
>        C. A. No.: 06-259 (MPT)

Dear Judge Thynge:

     We represent Plaintiffs (collectively referred to as "Amgen") in the above-referenced case, and write in response to ARIAD's letters of April 13 and 16 relating to their purported filing of a new counterclaim in this case and a new lawsuit that mirrors that counterclaim.

     As an initial matter, ARIAD's new lawsuit against Amgen (C.A. No. 07-202) must be dismissed because it asserts a claim against Amgen that is a compulsory counterclaim to Amgen's long-standing declaratory judgment action. *See, e.g., Polymer Industrial Prods, Co. v. Bridgestone/Firestone, Inc.*, 347 F.3d 935 (Fed. Cir. 2004) (counterclaim for infringement is compulsory in a declaratory judgment action for non-infringement). ARIAD has indicated its willingness to dismiss this new lawsuit, and this dismissal should be with prejudice.

     As for ARIAD's addition of a new counterclaim in this case, Amgen is willing to consent to this counterclaim insofar as it adds allegations pertaining to Amgen.[1] ARIAD has also indicated to Amgen that it does not oppose Amgen's addition of an inequitable conduct

---

[1] We do not presently take a position on any issues relating to Wyeth.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
United States District Court of Delaware
April 23, 2007
Page 2

allegation against ARIAD (Ex. A), and Amgen will agree to file this allegation in the form of a reply to ARIAD's counterclaim if this is acceptable to the Court. Amgen opposes any delay in the schedule as a result of these amendments; given the history and age of this case, the case should move forward as envisioned by, and according to, the schedule set by the Court. This agreement avoids the need for any briefing with respect to Amgen's motion for leave to file a second amended complaint, and thus Amgen will withdraw this motion.

Amgen looks forward to discussing this and the other pending issues with Your Honor during the teleconference set for April 25.

Respectfully,

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)

MKS:mfd

cc: Clerk of the Court (Hand Delivery)
John G. Day, Esquire (via e-mail)
David I. Gindler, Esquire (via e-mail)

# EXHIBIT A

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7106
FACSIMILE (310) 556-5206
dgindler@irell.com

April 20, 2007

**VIA E-MAIL**

Marcus E. Sernel, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

   Re:   *Amgen Inc. et al. v. ARIAD Pharmaceuticals, Inc. et al.*

Dear Marc:

   I am writing with respect to Amgen's pending motion to amend its Complaint to add an inequitable conduct claim. I believe that this issue is now moot. If Amgen desires to add that claim to the litigation, Amgen can assert that claim in its Reply to ARIAD's Amended Answer and Counterclaim. I would appreciate your letting me know by the close of business on Monday whether Amgen will withdraw its motion to amend.

                              Very truly yours,

                              David I. Gindler

1680519