IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>      Defendants. | Civil Action No. 06-259 (MPT) |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation, hereby certify that a copy of Plaintiffs' First Supplemental Responses and Objections to ARIAD's First Set of Interrogatories and this Notice were caused to be served on April 23, 2007, upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY & E-MAIL**
John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL (by agreement of counsel)**
Morgan Chu, Esquire
David I. Gindler, Esquire
Amir A. Naini, Esquire
Christopher M. Newman, Esquire
Elizabeth L. Rosenblatt, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Additionally, the undersigned counsel further certifies that a copy of this Notice was caused to be filed with the Clerk of the Court using CM/ECF, which will send electronic notice of such filing to the above counsel of record.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Mary F. Dugan
        Melanie K. Sharp (No. 2501)
        Mary F. Dugan (No. 4704)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware  19801

        P.O. Box 391
        Wilmington, Delaware 19899-0391
        (302) 571-6681
        msharp@ycst.com

        Mark A. Pals
        Marcus E. Sernel
        Jamie H. McDole
        KIRKLAND & ELLIS LLP
        200 East Randolph Drive
        Chicago, IL  60601-6636
        (312) 861-2000

        Drew Diamond
        KIRKLAND & ELLIS LLP
        South Figueroa Street
        Los Angeles, CA  900017-5800
        (213) 680-8400

        *Attorneys for Plaintiffs Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation*

DATED:  April 23, 2007