# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 24, 2007

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, Delaware  19810

VIA ELECTRONIC FILING

Re:   *Amgen Inc. et al. v. ARIAD Pharmaceuticals, Inc.*,
      C.A. No. 06-259-MPT

Dear Judge Thynge:

We are writing on behalf of ARIAD Pharmaceuticals, Inc. briefly to address the subpoena *ad testificandum* issued by Amgen Inc. to Inder M. Verma, Ph.D.    Although we have already written to the Court on this issue (D.I. 203), we inadvertently neglected to provide the Court with a copy of the declaration that Dr. Verma submitted to the PTO in connection with the reexamination of the '516 patent.  A copy is attached as Exhibit A.  We have also attached, as Exhibit B, a copy of Dr. Verma's curriculum vitae that was submitted to the PTO with his declaration.

We wish to draw the Court's attention to paragraph 2 of Dr. Verma's declaration, which states:  "I have been retained by the patent owners' and licensee's counsel *for the purpose of providing expert technical testimony* in this reexamination.  I am being compensated at $600.00 per hour (or a maximum of $5,000 for a day).  I was previous[ly] retained by the licensee's litigation counsel for purposes of the litigation in the District of Massachusetts, but I did not offer testimony in that litigation. I am not otherwise affiliated with the Patent Owners or the licensee." (Emphasis added.)

In addition, we wish to draw the Court's attention to Dr. Verma's curriculum vitae, which shows that Dr. Verma has no ties to the case other than his expert declaration before the PTO.  Dr. Verma's affiliation with the lab of Dr. David Baltimore (one of the inventors on the '516 patent) ended in 1974, approximately fifteen years before the priority date of the '516 patent.  Since that time, he has been employed by the Salk Institute and the University of California at San Diego.

The Honorable Mary Pat Thynge
April 24, 2007
Page 2


We thank Your Honor for her attention to these matters.    We look forward to participating in the telephone conference on April 25.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick (I.D. #2114)

SJB: nml
Attachments
179932.1

cc:    David I. Gindler, Esquire (via electronic mail)
       Melanie K. Sharp, Esquire (by hand and via electronic mail)
       Marcus E. Sernel, Esquire (via electronic mail)

# EXHIBIT A

Docket No. 74753/JPW/GJG

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

A Merged Proceeding of *Ex Parte* Reexamination Control Nos:

**90/007,503**        and        **90/007,828**
**Filed April 4, 2005**              **Filed December 2, 2005**

**Merged Pursuant to May 4, 2006 Merger Decision**
**Group Art Unit: 3991   Examiner: B.M. Celsa**

| | |
|---|---|
| Patentees: | David Baltimore, Ranjan Sen, Phillip A. Sharp, Harinder Singh, Louis Staudt, Jonathan H. Lebowitz, Albert S. Baldwin Jr., Roger G. Clerc, Lynn M. Corcoran, Patrick A. Baeuerle, Michael J. Lenardo, Chen-Ming Fan, and Thomas P. Maniatis |

Patent No.:   6,410,516 B1        Serial No: 08/464,364

Issue Date:   June 25, 2002        Filed:   June 5, 1995

For   :   NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL REGULATION

1185 Avenue of the Americas
New York, New York 10036

Mail Stop *Ex Parte* Reexamination
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## DECLARATION OF DR. INDER VERMA

I, Dr. Inder Verma, declare as follows:

1.    I am the American Cancer Society Professor of Molecular Biology at The Salk Institute, Laboratory of Genetics, La Jolla, California.  A copy of my *curriculum vitae* and a list of my publications are attached hereto as **Exhibit A**.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 2 of 74 of Declaration of Dr. Inder Verma*

2.    I have been retained by the patent owners' and licensee's counsel for the purpose of providing expert technical testimony in this reexamination. I am being compensated at $600.00 per hour (or a maximum of $5,000 for a day). I was previous retained by the licensee's litigation counsel for purposes of the litigation in the District of Massachusetts, but I did not offer testimony in that litigation. I am not otherwise affiliated with the Patent Owners or the licensee.

## I.    Scope of Opinion

3.    I have been provided with, and asked to review, U.S. Patent No. 6,410,516, the Office Action dated August 2, 2006, and the various references cited within that Office Action. I have been asked to provide an analysis of the scientific evidence relied on by the Examiner to reject certain claims of the '516 patent as expressly or inherently anticipated by these references. In particular, I have been asked to provide an analysis as to whether one of skill in the art would have understood these references to describe or disclose the elements of the '516 claims being rejected on the basis of these references. Where the rejection of certain claims has been made on grounds of inherency, I have also been asked to analyze whether there is any basis in fact and/or technical reasoning to support a determination that elements present in these claims would necessarily result from the teachings of the cited art. For the purpose of this declaration I have understood, one skilled in this art in 1989 or even 1991 would have at least a doctoral degree, e.g. a Ph.D. degree, in molecular biology or a related discipline, have at least 3 years of post-doctoral training, have knowledge in cell biology, biochemistry and genetics, and be well trained in laboratory methodologies.

4.    The opinions set forth in this declaration are based on my professional knowledge and expertise, as indicated in my curriculum vitae, my review of the '516 patent, application U.S. Serial No. 07/341,436, filed April 21, 1989, and applications incorporated by reference therein,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 3 of 74  of Declaration of Dr. Inder Verma*

Orders Granting Requests for Reexamination 90/007,503 and Reexamination 90/007,828, and the Office Action (Merged Request for Reexamination) dated August 2, 2006, including the documents cited in the Office Action, as well as additional documents cited in this declaration. For the purposes of this declaration I have been advised and understand that the claims which will be pending are claims 1-6, 8-27, 29-38, 40-80, 82, 84, and 87-202.

## II.    Interpretation of the Claims

5.    My interpretation of the claims is based on my understanding to how one of skill in the art would have understood the terms appearing in the claims in the context of the claims as a whole, in view of the description of the invention set forth in the patent.  To assist in my explanation of the claims, I will refer to a series of 17 explanatory schematics, which are attached to this declaration as **Exhibit** 1.

6.    The patent relates to work of the inventors inclduing by Dr. David Baltimore, which grew out of studies on how the immune system is regulated. The immune system consists of a variety of specialized cells, and protects the body by attacking and eliminating harmful foreign organisms and substances. The inventors' work demonstrated that a particular factor in the cell, NF-κB, plays a central role in regulating how immune cells respond to inflammatory stimuli.

7.    The inflammatory process involves a series of events that comprise part of the body's protective response to injury and infection.  As part of this protective response, various cells respond to inflammatory stimuli by turning on expression of genes having important functions in the immune and inflammatory responses to such stimuli.  '516 patent, col. 2, ll. 54-59, col. 12, ll. 57-66, col. 13, ll. 13-29.   NF-κB is essential for the proper activation of immune

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 4 of 74  of Declaration of Dr. Inder Verma*

cells and the inflammatory process and plays a central role in regulating this process. '516 patent, col. 17, ll. 30-37. Specifically, NF-κB functions as a transcription factor, which is activated in response to inflammatory stimuli and participates in regulating expression of particular genes, such as genes encoding antibody chains and cytokines. ('516 patent, col. 2, lines 20-45, col. 12, line 57- col. 14, line 54).

8.    In the absence of inducing stimuli, NF-κB is generally present in an inactive form in the part of the cell called the cytoplasm. In its inactive form, NF-κB is tightly bound to an inhibitor protein called IκB, which prevents NF-κB from traveling to the nucleus. Upon activation in response to signals triggered by the interaction of certain external influences with receptors on the surface on the cell, NF-κB is released from its complex with IκB. The released NF-kB then moves to the nucleus of the cell, where it participates in regulating expression of particular genes by binding to specific DNA sequences or "recognition sites" on those genes, leading to transcription of such genes. (Schematic 1 of **Exhibit 1** .) See also, for example, '516 patent, column 2, lines 46-63; column 10, lines 31-55; column 14, lines 28-30; column 16, lines 22-63.

9.    While NF-kB activity is essential to allow the body to respond to the effects of harmful external agents, in some cases the activity can become excessive causing other undesirable effects. The entire NF-kB activity pathway from induction to gene expression can be separated into the six (6) general segments shown is Schematic 2 of **Exhibit 1**. The kinetics NF-kB activity induced by the presence of an external influence is represented in blue in the graph in the upper right hand corner of Schematic 2.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 5 of 74  of Declaration of Dr. Inder Verma*

10.    I understand the claims of the '516 patent to be directed to various methods for intervening in the processes involved in NF-kB activity so as to effect subsequent NF-kB-regulated effects. In situations where there is activation of NF-kB in response to external stimuli, the claimed methods are useful for reducing the potentially harmful effects of these external stimuli. For example, certain pathological states are characterized by the presence of external influences which act on the cell (such as LPS binding to the LPS receptor), which can result in excessive or inappropriate induction of NF-kB activity.

11.    The claims are directed to methods for achieving the goal of modifying the naturally occurring response to such external inducing stimuli and reducing the harmful effect of such external influences by "reducing NF-kB activity."  For example, see col. 3, lines 59-67, where the patent explains that, "As a result of this finding, it is now possible to alter or modify the activity of NF-kB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-kB activity. Alteration or modification, whether to enhance or reduce NF-kB activity or to change its binding activity (e.g., affinity, specificity), is referred to herein as regulation of NF-kB activity." This goal is achieved by reducing the ability of NF-kB to act as a messenger inside the cell so as to effect specific results recited in the claims, such as reducing NF-kB mediated gene expression.  When read in light of the teachings of the patent disclosure, one of skill in the art would understand and interpret the claims to require affirmative acts and manipulative steps, calculated to achieve specific results.

12.    The '516 patent teaches that one can reduce induced NF-κB activity by interfering anywhere along any of the six (6) segments of the pathway through which NF-κB is activated as

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 6 of 74  of Declaration of Dr. Inder Verma*

represented by the arrows in Schematic 3 of **Exhibit 1**. One of skill in the art would understand that the '516 patent claims are directed to achieving specified results by interfering along these segments of the NF-kB pathway so as to reduce NF-kB activity.

13.     In normal cells, in the absence of inducing stimuli, there is no induced NF-kB activity and therefore no consequent NF-kB mediated intracellular signaling. Such activation and signaling only take place in response to an external influence that acts on the cell. Since the claims recite methods for reducing NF-kB activity, one of skill in the art would understand that the claimed methods do not cover prophylaxis, i.e. in systems not exposed to an induced, but instead are directed to methods such as treating pathological states in which NF-kB activity which has been induced is reduced.

14.     I understand some claims, for example, claims 1, 2 and 5, to be directed to methods of achieving specified results by interfering along any one of the six (6) segments shown in Schematic 3. Other claims, for example, claims 8, 9, 10, 14, 95 and 145 require that the external influence "induce NF-kB-mediated intracellular signaling." Thus, these claims require the continuous occurrence of at least the first step, i.e. the induction step 1 which results in intracellular signaling, but encompass interference along any of the remaining five (5) segments inside the cell (Schematic 4 of **Exhibit 1**).

15.     Other claims are more specific and require interference with the NF-kB pathway along only one of the five (5) segments which occur within the cell. For example, claims 20, 22, 24, 31, 33, 35, 42, 44 and 46 require interference along segment 2 (Schematic 5 of **Exhibit 1**); claims 23, 34 and 45 require interference along segment 3 (Schematic 6 of **Exhibit 1**); claims 21,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 7 of 74  of Declaration of Dr. Inder Verma*
32, 43 and 89 require interference along segment 5 (Schematic 7 of **Exhibit 1**); and claims 25,

47, 80 and 144 require interference along segment 6 (Schematic 8 of **Exhibit 1**).

### III.    The August 2, 2006 Office Action

16.    I note that on pages 3-4, the Examiner stated that none of the claims of the patent

are entitled to earlier than a November 13, 1991 filing date. I respectfully disagree. I find the

invention described by the claims is also described in U.S. Serial No. 07/341,436, filed April 21,

1989, a copy of which I am advised is attached hereto as **Exhibit 2**. For purposes of the August

2, 2006 Office Action, I have been informed that the issue of the filing date is relevant only for

certain claims listed in the Claim Support Chart attached hereto as **Exhibit 3**. I have reviewed

the portions of U.S. Serial No. 07/341,436 indicated in the Claim Support Chart, and understand

and agree that each of the portions of the application being cited in the chart fully describes the

invention recited in the corresponding claim listed in the chart in such a way that a person of skill

in the art could readily practice the claimed invention without undue experimentation, i.e. only

routine experimentation would be required. I note that on page 1, lines 4-8, U.S. Serial No.

07/341,436 refers to and incorporates by reference three other applications. i.e. 06/817,441,

07/155,207, and 07/280,173. Copies of what I am advised are those applications are attached

hereto as **Exhibits 4, 5, and 6, respectively**. I have also reviewed these applications for the

purpose of this analysis.

17.    Contrary to the Examiner's assertion on the bottom of page 3 of the Office Action,

amino acid or nucleic acid sequences corresponding to NF-kB are not recited in the pending

claims or necessary for one skilled in the art to practice any of the claims of the '516 Patent as of

April 21, 1989. Furthermore, contrary to the Examiner's assertion, I find the phrase "reducing

NF-kB activity" to be described in the passage, "Alteration or modification, whether to enhance

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 8 of 74  of Declaration of Dr. Inder Verma*

or reduce NF-kB activity . . . is referred to herein as regulation of NF-kB activity" on page 5, lines 13-16 of U.S. Serial No. 07/341,436.

18.    I find the phrase "mammalian cells" to be described in the passage, "NF-kB [is] present in a wide variety of mammalian cells" on page 77, lines 8-9 of U.S. Serial No. 07/155,207.  Similarly, I find the phrase "eukaryotic cells" to be described in the passage "In the present work with eukaryotic cells" on page 4, line 21 of U.S. Serial No. 07/280,173.  I note the Examiner also asserted that "'reducing NF-kB activity' in a cell (e.g. especially mammalian/eukaryotic) and/or an enabling means thereof (e.g. administering a NF-kB inhibitor) to effect various functions (e.g. inhibit expression generally, reduce cytokine expression etc.)" is not disclosed in the subject patent.  I respectfully disagree.  In this regard, I note that, for example, page 23, line 22 to page 30, line 25 of U.S. Serial No. 07/341,436 describes how one skilled in the art can reduce NF-kB activity in accordance with the invention.

19.    I find the phrase "reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB" to be described by the passage, "NF-kB-mediated gene expression can also be selectively regulated by altering the binding domain of NF-kB in such a manner that binding specificity and/or affinity are modified" on page 5, line 31 to page 6, line 8; and by the passage, "According to the methods described herein, the expression of genes under the control of one of these elements is subject to modulation by alteration of the concentration or availability of NF-KB. This can also be carried out, according to the present method, for any gene which contains an NF-kB binding site" on page 24, lines 9-29 of U.S. Serial No. 07/341,436, as well as its title.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 9 of 74  of Declaration of Dr. Inder Verma*

20.    I find the phrase "inhibiting modification of an IkB protein, which modification otherwise reduces IkB binding to NF-kB" to be described by the passage, "Inactive NF-kB is complexed with a labile inhibitor protein, I-kB" on page 18, lines 28-29; by the passage, "The implication is that activation of NF-kB involves a modification of I-kB and not NF-kB" on page 19, lines 20-21; and by the passage "As a result of this finding, it is now possible to alter or modify the activity of NF-KB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-KB activity.... In particular, the present invention relates to a method of regulating (enhancing or diminishing) the activity of NF-KB in cells in which it is present and capable of acting as an intracellular messenger, as well as to substances or composition useful in such a method" on page 5, lines 7-13 and 23-25 of U.S. Serial No. 07/341,436.

21.    I find the phrase "inhibiting degradation of an IkB protein" to be described in the passage, "Various inducer then cause an alteration in I-kB allowing NF-kB to be released from the complex" on page 20, lines 1-3; and by the passage on page 5, lines 7-13 and 23-25 of U.S. Serial No. 07/341,436.    Similarly, I find the phrase "inhibiting dissociation of NF-kB:IkB complexes" to be described by the passage, "... dissociating agents such as formamide and deoxycholate to unmask very high levels of NF-kB activity" on page 19, lines 1-3; and by the passage, "The complex formation of NF-kB with I-kB appears to be rapidly and efficiently reversible ...." on page 20, lines 5-7 of U.S. Serial No. 07/341,436.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 10 of 74  of Declaration of Dr. Inder Verma*

## IV.    Cyclosporin A (CsA)

22.    CsA is used as an immunosuppressive drug and is believed to act primarily on T-lymphocytes. The accumulated scientific evidence indicates that CsA exerts its clinical effect through its ability to inhibit an intracellular enzyme called calcineurin. (Loh et al. 1996; Hogan et al. 2003; Ho et al. 1996, **Exhibits 7, 8,** and 9, respectively). Calcineurin regulates the activity of the NFAT (nuclear factor of activated T cells) transcription factor.  Increases in cytoplasmic calcium activate calcinuerin, which by dephosphorylating NFAT, causes NFAT to move to the nucleus. There, NFAT participates in regulating expression of a number of genes, including certain cytokines such as IL-2. By inhibiting calcineurin, CsA can inhibit calineurin-mediated activation of NFAT family members and modulate expression of NFAT regulated genes. (Loh et al. 1996; Hogan et al. 2003; Ho et al. 1996).

### A.    Express Anticipation Rejection based on Emmel 1989, Schmidt 1990 or Brini 1990

23.    I have read claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 that the Examiner has rejected in view of Schmidt 1990, Emmel 1989 or Brini 1990, improved copies of which are attached as **Exhibits 10, 11** and **12**, respectively.  All these claims require "reducing NF-kB activity."  The Examiner contends that each of these references teach administration of CsA (CsA) to reduce NF-kB activity in cells. The Examiner further contends they teach administration of CsA to reduce NF-kB activity so as to inhibit transcription of NF-kB regulated genes. I respectfully disagree. One of skill in the art would not understand any of these references to demonstrate that use of CsA resulted in reduced NF-kB activity.  Moreover, as I discuss in more detail below, I disagree that any of these references describes or teaches any

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 11 of 74  of Declaration of Dr. Inder Verma*
method of using CsA that would have carried out other additional elements required by the above claims.

### (i)    Express anticipation rejection based on Schmidt 1990

24.    Schmidt reports various experiments conducted in Jurkat cells, a human T cell lymphoma line.  Schmidt examined the extent to which simultaneous treatment with CsA appeared to prevent certain cellular responses to PHA and PMA. The Examiner contends that the use of CsA as described in Schmidt would anticipate '516 patent claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201, if these claims were entitled only to a November 13, 1991 filing date.  I respectfully disagree.

25.    As an initial matter, I understand all of the above claims are directed to methods carried out on cells in which NF-kB activity has been induced.  (see, above, paragraphs 5-15).  In the experiments (Schmidt, Figs. 1 and 4) relied on by the examiner, CsA was not administered to Jurkat cells which had first been induced with PHA. Instead, Jurkat cells were simultaneously treated with CsA and PHA.  None of these experiments would have carried out the various methods recited in these rejected claims.

26.    Further, with regard to Schmidt, the Examiner contends that data from EMSA assays (Schmidt Fig. 1, lane 6) show the ability of CsA to reduce PHA-induced NF-kB activity in Jurkat cells.  I disagree.  The Examiner's conclusion relies on an erroneous interpretation that the CsA sensitive binding activity that Schmidt observed in PHA-induced cells by EMSA corresponds to NF-kB binding activity.  The Examiner's erroneous interpretation contradicts the data in the '516 patent regarding PHA-induced Jurkat cells.  A proper interpretation of Schmidt,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 12 of 74   of Declaration of Dr. Inder Verma*
in view of the '516 patent and other studies, indicates that CsA sensitive binding activity does not correspond to NF-kB activity, but instead corresponds to activity of another transcription factor, NFAT (alternatively "NF-AT").  See, Schematics 11-13 of **Exhibit 1** for reference.

27.    In this regard, the Examiner erroneously states that Schmidt used the "same" EMSA assay as the '516 patent.   Among other things, Schmidt did not use the same oligonucleotide probe.    The particular oligonucleotide probe used as the binding site determines the specificity of the EMSA for measuring NF-kB binding activity under a particular experimental condition. The oligonucleotide probe Schmidt used corresponds to a portion of the HIV enhancer.

28.    Notably, the NFAT sequence shares considerable homology with NF-kB in its DNA binding region (Giffin 2003, at 801). A number of studies have demonstrated that NFAT recognizes and binds to a subgroup of the sequences that also serve as NF-kB binding sites.  For this reason, without further appropriate controls to confirm the identify of the binding complexes detected, one could not use an EMSA based on a sequence capable of binding both NFAT and NF-kB to discriminate between NF-kB activity and NFAT binding activity.  In particular, later studies have demonstrated that one such sequence is the HIV enhancer sequence that was used as an oligonucleotide probe in the Schmidt study.  (see, for example, Giffin 2003, Kinoshita et al. 1997, **Exhibits 13 and 14**).  In PHA- and PMA-induced Jurkat cells, this EMSA detected at least four complexes with different mobilities, indicating that nuclear extracts from these cells contained multiple factors binding to that HIV enhancer sequence. (Schmidt fig. 1).

29.    Recognizing the apparent lack of specificity indicated by their EMSA data indicated, the Schmidt authors carefully qualified their conclusions, characterizing the complexes

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 13 of 74  of Declaration of Dr. Inder Verma*
bound to the HIV enhancer only as being "NF-kB-like," and not as being NF-kB (Schmidt at

4039).   The Examiner's conclusion that the CsA-sensitive complex Schmidt observed

corresponds to NF-kB therefore overstates what the authors themselves concluded about their

own data.

30.    The '516 patent similarly used EMSA to analyze binding activity in Jurkat cells

induced with PMA and/or PHA.  ('516 patent, fig 24A). However, instead of the HIV enhancer,

that EMSA used a portion of the kappa immunoglobulin enhancer (kappa 3)('516 patent col. 72,

line 54-58; fig. 13A, col. 50 line 8-22, col. 50, line 60 – col. 51, line 5). EMSA analysis

demonstrated that PMA alone induced significant NF-kB binding activity in Jurkat cells.  ('516

patent, fig 24A). The kappa 3-based EMSA detected a single specific band, reflecting the greater

specificity of that EMSA for NF-kB in these cells.  In contrast, as evident from the experiment

reported in Fig. 24, PHA alone did not induce NF-kB binding activity in Jurkat cells. ('516

patent, fig. 24A).

31.    In view of the '516 patent, one of skill in the art would therefore not interpret the

PHA-induced binding to the HIV enhancer Schmidt observed in Jurkat cells as NF-kB binding

activity.   The observation by Schmidt that PHA-induced binding to an HIV enhancer probe was

CsA sensitive therefore does not demonstrate that (as the Examiner assumes) CsA reduced NF-

kB activity.  Indeed, when Schmidt assessed induction of NFAT binding activity in Jurkat cells

using an EMSA specific for NFAT, (Schmidt, fig. 2), there was "good activation of NFAT-1

with PHA alone, but not with PMA alone."  Such data explain the positive EMSA binding

activity induced by PHA treatment that Schmidt observed with the HIV enhancer likely

corresponds to NFAT.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 14 of 74  of Declaration of Dr. Inder Verma*

32.    Further, the '516 patent indicates that in contrast to PHA, PMA induced substantial NF-kB binding activity in Jurkat cells. ('516 patent, Fig. 24B).  However, in Schmidt, CsA did not prevent PMA-induced binding activity to the HIV enhancer in Jurkat cells.  Therefore, to the extent PMA-induced binding activity to the HIV enhancer that Schmidt observed could be interpreted to correspond to NF-kB, Schmidt's data indicate that CsA does not prevent PMA from inducing NF-kB binding activity in Jurkat cells.  These data provide further evidence that in PHA-induced Jurkat cells, the only binding activity affected by CsA corresponds to the activity of NFAT.

33.    The Examiner also relies on CAT reporter data in Schmidt as demonstrating that CsA affects NF-kB activity. I disagree.  While the '516 patent describes use of transfected cells as one of several assays for measuring NF-kB activity, the claims are not directed to methods for carrying out these assays.  In particular, claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 are all directed to methods in human, mammalian or eukaryotic cells.  As one of skill in the art, I interpret such cells as those that one would normally find in a human, mammal or eukaryote. The experiments using CAT reporter assays all employed artificial transfected cells bearing foreign bacterial DNA. Such artificial, transfected cells would not normally be found in any human, mammal or eukaryote.  Therefore, none of the CAT reporter experiments in Schmidt would involve any of the claimed methods of the '516 patent.

34.    Moreover, to the extent they provide information about the effect of CsA, the CAT reporter assay data further suggest that CsA does not affect NF-kB activity in Jurkat cells. Schmidt used a CAT reporter construct engineered to place a bacterial CAT gene under the control of sequences found in the HIV LTR. (Schmidt fig. 4).  Significantly, CsA failed to

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 15 of 74   of Declaration of Dr. Inder Verma*

prevent PMA from inducing CAT gene expression. (Schmidt fig. 4, page 4039, col. 1). As the '516 patent indicates PMA would induce NF-kB binding activity in Jurkat cells, these data provide additional evidence that CsA does not affect NF-kB activity. In particular, Schmidt's data that CsA did not affect PMA-induced expression of the CAT reporter indicate CsA would not have reduced NF-kB mediated gene expression in Jurkat cells.

35. The fact that Schmidt observed that CsA partly prevented PHA-induced CAT expression does not indicate that CsA did so by reducing NF-kB binding activity. As noted above, the data in Schmidt show that in Jurkat cells, the HIV enhancer sequence binds other factors. Additionally, '516 patent Fig. 24 indicates that PHA alone fails to induce measurable amounts of NF-kB binding activity in Jurkat cells. From these data, one of skill in the art would conclude that the effect of CsA Schmidt observed on expression of the bacterial CAT gene did not involve NF-kB, but was likely mediated by some other transcription factor such as NFAT.

36. The Examiner further contends that "use of the HIV LTR gene by Schmidt" renders obvious claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192, and 197-201 by describing a method "to regulate NF-kB activity as in Schmidt in order to affect associated viral (e.g., HIV) gene expression." I respectfully disagree. For the reasons discussed above, one of skill in the art would understand that CsA mediates its effects through NFAT, not through NF-kB, and would not understand Schmidt as suggesting any method of using CsA to regulate NF-kB activity in cell in order to reduce expression of any gene, e.g. a viral gene.

(ii)    **Express anticipation rejection based on Emmel**

37. Similarly, Emmel reports experiments conducted in Jurkat cells, a human T cell lymphoma line. Emmel examined the extent to which simultaneous treatment with CsA

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 16 of 74  of Declaration of Dr. Inder Verma*
appeared to prevent certain responses in these cells induced by a combination of PHA and PMA.

The Examiner contends that the use of CsA as described in Emmel would anticipate '516 patent

claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-

76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201, if these claims

were entitled only to a November 13, 1991 filing date.  I respectfully disagree.

38.    As noted above, each of the above claims are directed to methods carried out on

cells in which NF-kB activity has been first induced, since only then can it be reduced.  The

Examiner states that Emmel "describes effects of CsA on Jurkat cells that *were* induced with [a

combination of] PHA and PMA." (emphasis added).  This does not accurately describe the

experiments Emmel conducted.  In the experiments (Figs. 2D, 3) the Examiner relies on, CsA

was not administered to Jurkat cells that had been induced with PHA/PMA. Instead, Jurkat cells

were simultaneously stimulated with PHA/PMA and CsA.  In these experiments, CsA could not

have reduced signaling that was occurring.  None of these experiments would therefore have

carried out the method recited in any of the claims.

39.    The Examiner relies on CAT data "as shown in Fig. 2D" to contend that "CsA

significantly reduced NF-kB activity" thereby reducing NF-kB-mediated gene expression (i.e,

CAT expression) (Office Action at 16).  I respectfully disagree.  As in Schmidt, this CAT

reporter assay used a construct bearing a portion of the HIV LTR linked to a heterologous

promoter to drive expression of the bacterial CAT gene.  The Examiner's conclusion that this

experiment shows that CsA reduced NF-kB activity is erroneous.  Emmel acknowledges the lack

of any conclusive evidence that NF-kB is involved in any of the effects that CsA has through the

HIV LTR: " a binding site for NF-kB is present in the long terminal repeat of the human

immunoglobulin deficiency virus (HIV-LTR)(17), yet CsA sensitivity of the HIV-LTR is

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 17 of 74  of Declaration of Dr. Inder Verma*

independent of this site (18)." (Emmel at 1619).  As discussed above regarding Schmidt, most likely, CsA affected CAT expression by reducing NFAT binding, and not through any effect on NF-kB.

40.    Emmel describes additional CAT assay data indicating that NF-kB does not mediate effects of CsA on gene expression.   Using a CAT reporter construct based on the IL-2 enhancer, Emmel "tested the effect of CsA on a series of internal deletion mutations of the IL-2 enhancer" (Emmel at 1618).   Emmel observed that CsA "virtually eliminated" PHA/PMA-stimulated CAT expression driven by the intact IL-2 enhancer.   CsA effectively prevented PHA/PMA-stimulated expression of CAT reporter driven by tandem repeats of an NFAT binding site. (Emmel, Figure 2B).  However, it is significant, that deleting the NF-kB binding site did not affect the ability of CsA to prevent PHA/PMA from inducing CAT expression. (Emmel at 1618, Figure 1).  These data provide strong evidence that NF-kB does not play any role in mediating the effect of CsA on IL-2 gene expression.   Indeed, these data in Emmel confirm our current understanding that in Jurkat cells, CsA acts through NFAT, not through NF-kB.

41.    The Examiner also relies on EMSA data "as shown in Fig. 3" purportedly showing that "CsA was found to reduce binding activity."   I disagree with the Examiner's assertion that these data demonstrate that CsA reduced NF-kB activity in Jurkat cells as recited in the claims. Emmel observed that CsA had only a small (of about 10-20%) apparent effect on preventing PMA/PHA-induced binding activity, only at the highest CsA concentrations, and did not demonstrate any dose response.   As discussed above, as used in these studies, the oligonucleotide probe would not have discriminated between NF-kB and NFAT binding activities. Accordingly, one can see multiple bands appearing in extracts from PHA/PMA treated cells under the conditions Emmel used. (Emmel Fig. 3). (For example, compare with '516 patent, Fig. 24B

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 18 of 74  of Declaration of Dr. Inder Verma*

indicating only a single inducible band in PHA/PMA-treated Jurkat cells). Appropriate controls would have been critical for the correct identification of the different complexes bound to the probe, and to the overall interpretation of the EMSA data.   Such a control could have been carried out, for example, by using a probe carrying a mutated binding site, or through methylation interference analysis. ('516 patent, col. 20, line 20-25; col. 22, line 32-39).

42.    Significantly, Emmel did not include such controls. These data are insufficient to indicate if any of the different complexes detected in the EMSA correspond to NF-kB,  cannot demonstrate that the CsA sensitive binding activity corresponded to NF-kB.   Therefore one cannot conclude from Emmel that CsA affected NF-kB binding activity.   Today, we know that the likely effect of CsA on NFAT provides the simplest and most likely explanation for these inconclusive data obtained by Emmel.

43.    It is also significant that the authors of Emmel questioned the relevance of their EMSA data to NF-kB.  In particular, Emmel notes that these observations "may not be related to the mechanism of action of the drug, since the CsA concentration dependence of inhibition of the appearance of NF-kB binding does not correlate well with the CsA concentration dependence of T cell activation." (Emmel at 1619).

### (iii)    Express anticipation rejection based on Brini

44.    The Examiner contends that Brini teaches administration of CsA to cultured T lymphocytes, which substantially reduced NF-kB activity in those cells thus inhibiting expression of genes whose transcription is regulated by NF-kB activity.  The Examiner contends that the use of CsA as described by Brini would practice claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 19 of 74  of Declaration of Dr. Inder Verma*
36-38, 40, 53-54, 58-62, 65-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97, if these claims were

entitled only to a November 13, 1991 filing date. I respectfully disagree.

45.   Brini reports results of certain experiments conducted with isolated populations of

human peripheral blood cells that had been enriched for T lymphocytes. (Brini at 132). Brini

examined the effect of CsA on the ability of PHA (phytohemaglutinin) to induce certain

responses in these cells.   Notably, in all experiments, "CsA was always added to the cells 30

min before stimulation" with PHA.  (Brini at 132).  In this regard, the Examiner erroneously

states that Brini disclosed use of CsA "in human PBM (peripheral blood T-lymphocytes) that

*had* been induced with PHA." (Office Action at 17).

46.   As an initial matter, I understand all the above claims to be directed to methods

carried out on cells in which NF-kB activity has first been induced by some external stimulus.

However, none of Brini's experiments examined the effect of CsA in cells first induced with

PHA.  Therefore, the method of using CsA that Brini describes does not conform to any of the

claims.

47.   The Examiner contends that Brini "discloses that administration of CsA reduces

NF-kB in cells (e.g., T cells) that inherently reduces NF-kB regulated gene expression." (Office

Action at 17).  The examiner specifically relies on EMSA binding assays (Figs. 3 and 4) and data

that CsA caused a small apparent decrease (approximately 40-50%) in the ability of PHA to

induce IL-2 receptor-alpha expression.  I respectfully disagree that the data which Brini provides

supports the Examiner's conclusion.

48.   The EMSA assays Brini describes used an oligonucleotide probe corresponding to

a sequence in the IL-2 receptor promoter, or a sequence corresponding to a portion of the HIV

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 20 of 74  of Declaration of Dr. Inder Verma*

LTR.  In both EMSA assays, Brini observed "several discrete-retarded DNA-proteins" (both in

PHA-treated cells as well as untreated cells) that bound to the probe. (Brini at 135).  Brini reports

that CsA had a small apparent effect on increase in binding of some of the bound complexes.

(Brini at 135).

49.    Neither of the EMSA assays Brini conducted demonstrates whether the CsA

sensitive binding activity corresponds to NF-kB.  As discussed above, and evident from the data

of Schmidt and Emmel, CsA can potently affect NFAT binding activity.  Moreover, NFAT

recognizes and binds to certain sequences that also serve as NF-kB binding sites.  For these

reasons, it is critical to include appropriate controls in EMSA assays conducted to evaluate the

potential effect of CsA on NF-kB binding activity to confirm the identity of any CsA-sensitive

binding complexes and discriminate between NF-kB activity and NFAT binding activity.   The

lack of any such controls in the experiments Brini conducted makes it impossible to conclude

that any of the complexes affected by CsA (Figs 3 and 4) correspond to NF-kB.  Without such

data, it is also impossible to conclude from the EMSA data in Brini that PHA induced NF-kB

activity.  In fact, the title of the Brini's reference refers only to "NF-kB-like factor(s)" and not to

"NF-kB."

50.    The fact that Brini observed a substantial level of binding activity in untreated cells

further argues that it is unlikely that the complexes Brini observed correspond to NF-kB, because

one would not observe NF-kB activity in uninduced cells.  (For example, see '516 patent, Fig.

24). Moreover, CsA alone appears to increase levels of the complexes that Examiner interprets

correspond to NF-kB.  (Fig. 3, lane 2).  In particular, the assumption that these complexes

correspond to NF-kB is inconsistent with the premise that in the experiments Brini conducted,

NF-kB activity regulated IL-2 receptor expression, because there is no correlation between the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 21 of 74  of Declaration of Dr. Inder Verma*
presence of these complexes in the EMSA assays (Figs. 3 and 4) and IL-2 receptor mRNA

expression (Fig. 2).

51.    The Examiner further relies on data indicating that CsA (in cells pretreated with

CsA) slightly decreased (by approximately 40-50%) the ability of PHA to induce IL-2 receptor-

alpha expression.   The Examiner contends these data demonstrate that CsA reduced NF-kB

regulated gene expression. In support, the Examiner contends that "expression levels of IL-2

Receptor-alpha is taught by the '516 patent to be regulated by PHA-induced NF-kB activity in T

cells." (Office Action at 18). I respectfully disagree.  First, the Examiner's interpretation of the

'516 patent is erroneous. The statement the Examiner cites notes that "NF-kB is induced in T

cells...by PMA/PHA treatment and thereby activates the IL-2 receptor alpha gene..." (Office

Action at 18).   These data provide no evidence as to whether PHA treatment alone would induce

NF-kB activity so as to induce IL-2 receptor expression.

52.    As the '516 patent, as well as Emmel and Schmidt illustrate, T cells can exhibit

substantial differences in their response to PHA and PMA.  As noted above, PHA alone did not

induce measurable amounts of NF-kB binding activity in the Jurkat T-cell line. ('516 patent, fig.

24A).  Without data, the Examiner has no basis to assume that treatment of T-cells with PHA

alone (as compared to treatment with both PHA and PMA) would similarly induce NF-kB

activity so as to induce expression of any gene.  In fact, Brini reports that PHA appeared to

induce binding activity of at least one other transcription factor, AP1, having binding sites in the

IL-2 receptor promoter. (Fig. 5).  Lastly, as noted above, even assuming the complexes Brini

detected by EMSA (Figs. 3 and 4) correspond to NF-kB, there is no correlation between the

presence of these complexes in the EMSA assays (Figs. 3 and 4), and IL-2 receptor mRNA

expression (Fig. 2).   These data therefore fail to provide any basis for concluding that under the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 22 of 74  of Declaration of Dr. Inder Verma*
experimental conditions which Brini used, IL-2 receptor expression was regulated in any way by

NF-kB.

### B.    Inherent Anticipation Rejection Based on Reed 1986, Kronke 1984 or Siebenlist 1986

#### (i)    Reed 1986

53.    The Examiner contends that Reed teaches use of CsA in human peripheral blood

mononuclear (PBM) cell cultures, and that Brini explains that such use inherently reduces NF-kB

activity and thus expression of genes whose transcription is regulated by NF-kB activity. The

Examiner contends that Reed inherently anticipates claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31-

32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97.   I respectfully

disagree.

54.    Reed reports results of certain experiments conducted with primary cultures of

human peripheral blood mononuclear (PBM) cells.   Among other things, Reed examined the

effect of CsA on the ability of PHA (phytohemaglutinin) to induce certain responses in these

cells, including cell surface expression of the IL-2 receptor, and expression of IL-2 receptor-α

mRNA.   The authors note that in all experiments, CsA was always added to the cells 20 to 30

minutes before other reagents (which included PHA). Reed, at 150.   In this regard, the Examiner

erroneously states that Reed "taught the prior art use of CsA in human PBM cultures that *had*

*been induced* with phytohaemaglutinin (PHA). (Office Action at 25).

55.    As noted above, I understand the '516 patent claims are directed to methods carried

out on cells in which NF-kB activity has first been induced by some external inducing stimulus.

In contrast, none of Reed's experiments described use of CsA in cells that were first induced

with PHA.   Therefore, regardless of any effects that CsA might have had on NF-kB (for which

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 23 of 74  of Declaration of Dr. Inder Verma*

there is no evidence), none of the methods of using CsA that Reed discloses involve reducing either induced NF-kB activity or induced NF-kB-mediated intracellular signaling. Therefore, none of the uses described by Reed described the method recited in any of the claims.

56.    Further, I disagree with the Examiner's conclusion that Brini demonstrates that any method of using CsA described by Reed would inherently reduce NF-kB activity and thus expression of genes whose transcription is regulated by NF-kB activity.   As discussed above, none of the data in Brini demonstrate that CsA either reduced NF-kB activity, or provide any basis for concluding that under the experimental conditions Brini used, IL-2 receptor expression was regulated in any way by NF-kB.   In this regard, I disagree with the Examiner that Brini demonstrates any inhibition "done by reducing binding of NF-kB to NF-kB recognition sites." Moreover, the Examiner's statement that Brini also demonstrates that use of CsA also resulted in "inhibiting the passage of NF-kB into the nucleus of cells, inhibiting modification of an IkB protein, and inhibiting degradation of an IkB protein," is entirely unsubstantiated by any experimental evidence.   (Office Action at 24).   Brini has no data regarding IkB, let alone any data regarding degradation or modification of IkB.   Brini also does not provide data demonstrating that CsA inhibited translocation of NF-kB into the nucleus.

57.    Morever, Brini does not replicate any of the experiments Reed conducted. Therefore, Brini cannot explain or confirm what occurred in Reed.   For example, the studies Brini describes were conducted using a substantially different cell population than that which Reed used.   Therefore Brini did not use "the same immune cells" as Reed.   (Office Action at 26).

58.    Reed used cultures of PBM cells isolated by Ficoll-Hypaque density gradient purification. (Reed at 150).   "PBM cells" does not refer to a single, defined cell type. Such cell

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 24 of 74  of Declaration of Dr. Inder Verma*

cultures comprise a highly heterogeneous cell population comprised of numerous immune cell types, including T and B-lymphocytes, NK (natural killer) cells, monocytes and macrophages. (See for example, David et al. Blood (1998), **Exhibit 15** hereto). There is substantial variability in PBM cells, depending on the protocol and conditions of isolation. Reflecting this fact, studies have reported conflicting data in PBM cells regarding the particular endpoint Reed measured, IL-2 receptor-α expression. (David et al. 1998 at 165, 170-171). Among other things, IL-2 receptor-α expression is highly sensitive to the conditions of blood collection and PBM preparation, and varies substantially among the various subtypes of cells found in PBM cultures. (*Id.*). Such data demonstrate the importance of closely replicating experimental conditions if one were to attempt to assess what might have occurred in some earlier study using "PBM" cells.

59.     In contrast to Reed, Brini used cultures comprised primarily (>95%) of CD3 positive T-lymphocytes, which were isolated through additional purification steps, including nylon wool and Percoll density-gradient purification. (Brini at 132).   Such cell cultures are substantially different from the mixed cell population used in Reed, both in the conditions of preparation and in their composition.  In this regard, I note that the Examiner erroneously stated on page 26 of the Office Action that Brini conducted experiments in the "same immune cells." Therefore, even assuming that under the experimental conditions Brini used CsA was capable of reducing NF-kB activity, one of skill in the art would not reasonably conclude that CsA necessarily had the same effect on the substantially different cell population Reed used.

60.     In support of his arguments regarding Reed, the Examiner also contends that "expression levels of IL-2 Receptor-alpha is taught by the '516 patent to be regulated by PHA-induced NF-kB activity in T cells." (Office Action at 26).  As noted before, the Examiner's interpretation of the '516 patent is erroneous as the passage the Examiner cites to notes only that

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 25 of 74  of Declaration of Dr. Inder Verma*

"NF-kB is induced in T cells...by PMA/PHA treatment and thereby activates the IL-2 receptor alpha gene..." (Office Action at 25).   As discussed above, the data in the '516 patent indicate that treatment of T cells with PHA alone does not result in any measurable activation of NF-kB, in contrast to treatment with PMA, or PMA in combination with PHA.   Moreover, the '516 patent examples the Examiner refers to (Fig. 24) were conducted with a human T-cell lymphoma cell line, and not under the experimental conditions of Reed using PBM cells.   Regardless, we know now that CsA affects the activity of NFAT, not NF-kB.

### (ii)    Kronke 1984 or Siebenlist 1986

61.    The Examiner contends that the use by either Kronke or Sieblenlist of CsA in cell cultures, as explained by Schmidt and Emmel, inherently reduces NF-kB activity and "thus would inhibit expression of genes whose transcription is regulated by NF-kB activity." The Examiner therefore contends that either Kronke or Siebenlist inherently anticipates claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97. I respectfully disagree.

62.    Kronke and Siebenlist report experiments in various cells, including the Jurkat T cell line, examining various effects of CsA on IL-2 gene expression. In particular, the Examiner relies on certain experiments in which cells were also treated with PHA and PMA.   (Office Action at 28, Kronke at 5217, Siebenlist at 3044).   As discussed above, neither Schmidt nor Emmel describe any use of CsA in cells that reduced NF-kB activity or resulted in any NF-kB mediated effect.   Therefore, neither of these studies provides any basis for concluding that such effects would necessarily have occurred during the use of CsA described in either Kronke or Siebenlist.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 26 of 74  of Declaration of Dr. Inder Verma*

63.    Regarding the Examiner's statements regarding Kronke and Sieblenlist, I note additionally the following. None of experiments in Siebenlist describe use of CsA in cells first induced with PHA and PMA.  Therefore, regardless of any effects that CsA might have had on NF-kB (for which there is no evidence), none of the methods of using CsA that Sienbenlist describes would have reduced either induced NF-kB activity or induced NF-kB-mediated intracellular signaling.   Kronke describes only a single experiment in which cells were treated with CsA after exposure to PHA/PMA, and concludes in the title of Table 1 "CsA does not inhibit PHA- and PMA- induced expression of TCGF receptors in Jurkat cells."  Moreover, as is evident from Fig. 4, CsA treatment appeared to have a significant effect on IL-2 expression only when CsA was added either before or with PHA/PMA treatment, but not when added after cells had been induced with PHA/PMA.  Kronke at 5217.    Indeed, when added four hours after induction, CsA did not alter TCGF (IL2) mRNA levels. Id. at 5216.   These data suggest that while treatment with CsA appeared able to prevent induction of IL-2 expression, it had no substantial effect on induced IL2 expression. Regardless, we know now that CsA affects NFAT activity, not NF-kB.

### (iii)    Inherent anticipation rejection based on the PDR 1985, Griffith 1981 and Griffith 1984

64.    The Examiner contends that the PDR 1985 (pages 1811-13), Griffith 1981 or Griffith 1984 teach administration of CsA to cells, which based on Holschermann, would inherently reduce NF-kB activity and therefore expression of NF-kB regulated genes. The Examiner contends that each of these references inherently anticipate claims 1-2, 5, 6, 8, 9, 20-27, 29, 31-40, 64-73, 75-80, 82, 84 and 88-97.  I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 27 of 74   of Declaration of Dr. Inder Verma*

65.    Griffith 1981 and Griffith 1984 both describe various clinical studies conducted to evaluate use of CsA in transplant patients. The 1985 PDR describes potential use of CsA in transplant patients.  None of these references describes method of using CsA that would carry out the method recited in any of the claims.  None of these references mention NF-kB, describes any external influence that would necessarily induce NF-kB activity or NF-kB mediated intracellular signaling or describe any effect of CsA necessarily resulting from or mediated through NF-κB.  Moreover, I disagree that Holschermann provides any basis for concluding that such elements would necessarily have occurred in any prior use of CsA as described by Griffith 1981 or 1984, or the 1985 PDR.

66.    As noted above, I understand the above claims to be directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing stimulus (external influence). Neither of the Griffith studies, nor the 1985 PDR identifies an external influence that would have necessarily induced NF-kB activity.  Moreover, in the patient studies reported in Griffith 1981 and 1984, CsA was administered before transplantation. As the Examiner indicates, the 1985 PDR teaches CsA should be administered first before and then after surgery. There is no evidence that any of these methods of using CsA described in the pre-April 21, 1989 references art would necessarily involve administration of CsA in cells in which NF-kB activity has first been induced.

67.    As discussed above, the accumulated scientific evidence indicates that CsA exerts its clinical effect as an immunosuppressant through its effect on transcriptional factor NFAT. The only potential effect of CsA on gene expression which the 1985 PDR mentions is on expression of IL-2, which the data discussed above indicates is mediated not through NF-kB but through NFAT.    The Examiner nevertheless contends that Holschermann demonstrates that

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 28 of 74  of Declaration of Dr. Inder Verma*

CsA, as used in Griffith and/or described in the 1985 PDR would have inherently reduced NF-kB

activity. I disagree.

68.     First, there is no showing in the PDR that the use of CsA in patients followed

exposure to an external stimulus that would necessarily induce NF-kB activity in cells of those

patients, such that the induced NF-kB activity could be reduced as required by the claims.

Similarly, in the two Griffith references, there is no evidence indicating what, if anything had

necessarily first induced NF-kB in the cells of patients in the studies reported.

69.     Even if Holschermann had demonstrated that in transplant patients, CsA had some

effect on NF-kB (and I disagree that it does), Holschermann fails to replicate the Griffith studies

and therefore it is an error to assume that CsA necessarily had the same effect in the patients in

Griffith. In this regard, I note that the Examiner bases his premise that CsA would have had the

same effect on the erroneous statement that Holschermann "essentially repeated the tests

disclosed in Griffith". (Office Action at 25).    This is not correct. Several key differences exist

between Griffith's studies and Holschermann that would preclude such an assumption.     In

contrast to patients in the Griffith studies, patients in the Hoschermann study all received

additional drugs, including azathioprene, and aspirin, which were not provided to the Griffith

patients. (Holschermann at 4232, Griffith 1984 at 952, Griffith 1981 at 325).   Whereas patients

in Holschermann's study all received antithymocyte globulin, in Griffith 1984 this drug was

provided only for rescue from severe or chronic tissue rejection. Moreover, the timing of CsA

administration, which in the Griffith studies was first administered before transplantation,

differed significantly from Holschermann, where CsA treatment took place only after

transplantation. Holschermann at 4233.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 29 of 74  of Declaration of Dr. Inder Verma*

70.    Further, none of the data Holschermann reports demonstrate that CsA had any effect that in patients that was mediated by or resulted from any effect of CsA on NF-kB.  The Holschermann study used an enzymatic assay to measure tissue factor (TF) activity in peripheral blood mononuclear cells (PBMCs) isolated from ten cardiac transplant patients being treated with CsA.  The authors observed that TF activity appeared to be reduced in PMBCs isolated from some, but notably, not from all patients after being administered CsA. Holschermann, Fig 2B. The authors indicate that the apparent inhibition may have, but did not necessarily, result from a direct effect of CsA on monocytes.  The authors speculate that CsA had certain effects in these patients that the authors suggest were mediated by reducing NF-kB binding activity in monocytes, in particular, on TF expression.  I disagree that these data support such a hypothesis.

71.    The only data relating to transcription of the TF gene in patients (presented in Figure 3) fails to demonstrate any link between NF-kB activity and TF expression.  In particular, Figure 3 reports TF mRNA levels in cells directly isolated from patients before CsA treatment (lane 2) and after treatment (lane 5).  Holschermann purportedly found significant activation of NF-kB in mononuclear cells directly isolated from patients before CsA treatment (Figure 4), but at the same time, did not observe detectable TF mRNA expression in such cells. (Figure 3, lane 2).  These data show that *in vivo*, there was an apparent lack of correlation between purported NF-kB activity and transcription of the TF gene in the mononuclear cells of the transplant patients.  Therefore, these data fail to support the inference that in transplant patients, TF gene expression is necessarily mediated by NF-kB or caused by induced NF-kB activity.

72.    Even assuming the data in Holschermann to be valid, the only data showing some effect of CsA on transcription of the TF gene were obtained through *in vitro* experiments, which involved further manipulation and treatment of monocytes originally isolated from patients.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 30 of 74  of Declaration of Dr. Inder Verma*

Neither the Griffith studies, nor the 1985 PDR describe any *in vitro* manipulation of cells. Such experiments in Holschermann therefore do not replicate any method of using CsA described in either Griffith paper or in 1985 PDR, nor do they reflect what went on in the cells of patients in the Griffith studies.

73.    Moreover, in my opinion, the Holschermann study provides insufficient data to demonstrate that in patients, CsA treatment reduced NF-κB binding activity in monocytes. The only data relating to the effect of CsA on NF-kB binding is a single binding assay reported in Figure 4. This data suffers from several flaws. The paper provides no indication whatsoever on how many patients these data are based on, or the degree to which the effect was reproducible from patient to patient. Moreover, based on the data Holschermann provides, the apparent decrease in binding in extracts from CsA treated patients cannot be interpreted as showing decreased binding of NF-κB. Several studies (see, for example, Giffin 2003, Kinoshita et al. 1997) have demonstrated that the consensus sequence that Holschermann used in the EMSA to assess binding of NF-kB binds other transcription factors, such as NFAT. In view of these other data, the EMSA binding assay Holschermann used lacked sufficient controls, such as an appropriate antibody control, to confirm that the binding complex reported as being affected by CsA was in fact NF-κB. As the data in Figure 4 is insufficient to demonstrate that CsA reduced NF-kB binding in the patients Holschermann studied, one could not reasonably infer from this study that NF-κB activity was reduced in all patients during prior use of CsA as described in 1985 PDR, Griffith 1981 and Griffith 1984.

74.    Further, Holschermann does not provide a sufficient basis from which one could infer that the patients studied were characteristic of transplant patients treated with CsA as described in the cited references published before 1989. Both Griffith 1981 and Griffith 1984

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 31 of 74  of Declaration of Dr. Inder Verma*

note the effects of CsA *in vivo* can vary from patient to patient in part from the high incidence of

toxicity and various side effects, and considerable variability in blood and tissue levels.

Holschermann observed "a high inter-individual variation in monocytes TF inducibility." (p. 11).

Additionally, Figure 2 (lower panel) indicates that CsA treatment did not reduce TF activity in

all patients.  These other variables further indicate that even had Holschermann replicated

experiments in Griffith or the PDR, one could not conclude that the results Holschermann

observed would necessarily be observed in any patient treated with CsA in the manner described

in 1985 PDR, Griffith 1981 and Griffith 1984.  Most importantly, we know now that CsA affects

NF-AT activity, not NF-kB activity.

**V.    Inherent Anticipation Rejection Based on Art Relating to Glucocorticoids (1970 PDR, Nagasawa (1981) or Rovera (1979))**

75.    I understand that the Examiner has rejected claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29,

31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 as anticipated by

Nagasawa 1981, Rovera 1979, or selected portions from the 1970 PDR, and explained by various

references published after April 21, 1989. (Office Action at 34-35).  I have reviewed each of

these references, and the above claims.  The Examiner contends that each of the references

published before April 21, 1989 teaches administration of glucocorticoids (e.g., dexamethasone)

to treat inflammatory and allergic diseases such as asthma and arthritis (presumably the 1970

PDR), and in human cell culture tests (Nagasawa and Rovera). The Examiner contends that cited

later references is extrinsic evidence where shows that administration of glucocorticoids as

described in the earlier references would have necessarily reduced NF-kB activity and

concomitant cytokine production. The Examiner contends that each of these references

inherently anticipates the above claims.  I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 32 of 74   of Declaration of Dr. Inder Verma*

(i)     **Inherent anticipation rejection based on Nagasawa (1981) or Rovera (1979)**

76.     Each of the above claims requires "reducing NF-kB activity." As described above, I understand all the above claims are directed to methods carried out on cells in which NF-kB activity has first been induced by some external inducing stimulus. Therefore, some claims (e.g. claims 1, 2 and 5) encompass both extracellular and intracellular interference with the NF-kB pathway; other (e.g. claims 8 and 9) encompass only intracellular interference with the NF-kB pathway. Neither Nagasawa nor Rovera describe any such method of using glucocorticoids. Therefore, uses of glucocorticoids described in these references would not involve the method recited in any of the claims (Schematic 16 of **Exhibit 1**).

77.     In particular, the Examiner states that "Nagasawa taught induction of human leukemic T-Cells (MOLT-3) by TPA, *followed by* the administration of $10^{-6}$ (1uM) dexamethasone." (Office Action at 35) (Emphasis added). This statement mischaracterizes Nagasawa. Nagasawa describes only one experiment relating to the use of dexamethasone in MOLT-3 cells and finds no effect. (See page 185, Table 2). In this experiment, dexamethasone was administered to MOLT-3 cells either 1 day before or simultaneously with administration of TPA. It was never administered following induction of TPA. Therefore, Nagasawa does not describe the use of dexamethasone in cells that have been induced with TPA, and therefore does not describe the use of dexamethasone in cells that have NF-kB activity. Accordingly, there is no NF-kB activity to be reduced, and no NF-kB activity reduced, upon administration of dexamethasone.

78.     The Examiner also states that "similarly, Rovera taught the induction of human leukemic cells (promyelocytes and mature myeloid cells) with TPA, *also followed by*

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 33 of 74  of Declaration of Dr. Inder Verma*

administration of $10^{-6}$ dexamethasone." (Office Action at 35) (Emphasis added). This statement similarly mischaracterizes Rovera.   Rovera describes only a single experiment (in which apparently only two data points were collected) relating to administration of dexamethasone in the HL-60 tumor cell line. (Rovera page 869, Table 1).   In this experiment, dexamethasone was administered to HL-60 cells either 24 hours before or simultaneously with administration of TPA. It was <u>not</u> administered following induction with TPA.   Therefore, Rovera also does not describe the use of dexamethasone in cells that have been induced with TPA or that have NF-kB activity which could be reduced.  .

79.    Neither of these references provides any evidence demonstrating that TPA necessarily induced NF-kB activity in the cells studied.   Nagasawa describes induction of certain morphological and biochemical markers of differentiation in MOLT-3 cells. (Nagasawa at 182). After four days of simultaneous exposure to TPA and dexamethasone the authors measured the percentage of E-rosette positive MOLT-3 cells.   There is no evidence (including that in Exhibit H-8, incorporated into the August 2, 2006 Office Action) showing that any of these induced markers relate in any way to NF-kB.   Further, there is no evidence (including that in Exhibit H-8) that in MOLT-3 cells, TPA necessarily induced expression of any particular gene, let alone any gene regulated by NF-kB.

80.    Rovera describes the ability of TPA to induce certain morphological changes in HL-60 cells, as well as adherence of the cells to substrate. There is no evidence (including that in Exhibit H-8) showing that these changes in morphology or adherence relate in any way to NF-kB. Further, there is no evidence (including that in Exhibit H-8) that in HL-60 cells, TPA necessarily induced expression of any particular gene, let alone any gene regulated by NF-kB.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 34 of 74  of Declaration of Dr. Inder Verma*

81.    Finally, none of the post filing references which purports to be extrinsic evidence of inherency that the Examiner cites (Auphan, Scheinman I and II, Mukaida or Padgett) demonstrates that either Nagaswa or Rovera describes a method of (a) using glucocorticoids in cells in which NF-kB activity has been induced or (b) reducing induced NF-kB activity.  To the extent that the Examiner has interpreted these post-filing references as evidence that glucocorticoids (in particular, dexamethasone) "are recognized to necessarily and inherently reduce NF-kB activity and concomitant cytokine production," these references do not support such a statement.

82.    Moreover, none of these later references reproduces any experiment in Nagasawa or Rovera.  As discussed below, there is considerable uncertainty relating to the potential mechanism of action of glucocorticoids in cells, including whether there are any potential effects on NF-kB, as reflected in a substantial amount of contradictory data reported in the scientific literature. Therefore, careful replication would be required to make any prediction as to what effects glucocorticoids may have had in earlier studies.  None of the post-filing references provide such data or make any attempt to do so.

83.    The Examiner appears to assume that TPA necessarily has the same effect in all human leukemic cell lines. This assumption is erroneous as evidenced by Nagasawa, which points out that "in addition to being able to elicit varying responses in different experimental systems, these tumor promoters can also have contrasting effect on cells apparently derived from the same lineage of differentiation." (Nagasawa at page 190).

84.    In the study by Nagasawa, the authors measured the percentage of E-rosette positive MOLT-3 cells after four days of simultaneous exposure to TPA and dexamethasone.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 35 of 74  of Declaration of Dr. Inder Verma*

The only conclusion Nagasawa makes regarding glucocorticoids in MOLT-3 cells is that administration had no effect on induction of MOLT-3 cells by TPA. (Nagasawa at 185). Similarly, the only conclusion that Rovera makes regarding glucocorticoids in HL-60 cells is that dexamethasone did not "block[] the response of HL-60 cells to TPA, even when the cells were pretreated with a concentration of the test compound 1000 times greater that the concentration of TPA used to induce differentiation." (Rovera at 869).   Such evidence of lack of effect cannot demonstrate that administration of glucocorticoids either reduced NF-kB activity in the cells or had any effect in the cells that was mediated by or resulted from an effect on NF-kB.

### (ii)    Inherent anticipation rejection based on the 1970 PDR

85.    The section of the 1970 PDR cited in the Office Action provides that dexamethasone may be used in human patients to treat in "all inflammatory, rheumatic and allergic conditions which respond to adrenocorticoid therapy..." The 1970 PDR specifically refers to potentially treating collagen diseases, skin diseases, allergies, inflammatory eye diseases, nonarticular musculoskeletal disorders, blood dyscrasias and "miscellaneous." The Examiner contends that "it has been known since the mid-1990s, that glucocorticoids effect their immunosuppression (sic) by reducing NF-kB activity by preventing NF-kB from binding to the appropriate sites on the DNA and/or by increasing the transcription, expression and/or release of IKB, thereby reducing the amount of activated NF-kB that can translocate into the nucleus." (Office Action at 36)

86.    The Examiner contends that a number of post-filing date published references (including Baldwin, Auphan, Scheinman I and II, Mukaida and Padgett) provide extrinsic evidence that any administration of dexamethasone would have necessarily reduced NF-kB activity and concomitant cytokine production. I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 36 of 74  of Declaration of Dr. Inder Verma*

87.    First, there is no showing in the 1970 PDR in connection with the different potential uses of glucocorticoids in patients of what, if anything, would necessarily induce NF-kB activity in cells in connection with any particular use, such that the induced NF-kB activity could be reduced as required by the claims.   As the 1970 PDR lacks any such information, one skilled in the art would not read the 1970 PDR as teaching any of the methods claimed in the '516 patent. (Schematic 17 of **Exhibit 1**).

88.    Second, these post-filing date published references (except for Baldwin and Padgett) all describe experiments conducted in various laboratory systems.[1] None of these references describe effects of using dexamethasone or other glucocorticoids in patients.  From these experiments, the respective authors proposed various hypotheses in an attempt to explain the apparent effects of glucocorticoids they observed in their specific experimental systems. None of these later references provide data relating to clinical use of glucocorticoids in patients. Nor do they provide a reasonable basis from which one skilled in the art could conclude that administration of glucocorticoids under very different conditions than those described in the PDR demonstrates that dexamethasone, when used as described in the PDR necessarily resulted in reducing induced NF-kB activity, NF-kB-mediated intracellular signaling or any other NF-kB mediated effect in cells.

89.    As Padgett acknowledges, while these different hypotheses (or "models" as Padgett refers to them) "provide insight into potential mechanisms" by which GC hormones can regulate

---

[1]    The Examiner appears to refer to the Baldwin review article only for statements about what the other references describe.  Baldwin does not report any primary data. Therefore, I will direct my comments to the actual data and discussion that these other references provide.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 37 of 74  of Declaration of Dr. Inder Verma*

expression of certain immunologically related genes, "the story is not very clear." (Padgett at

446)  For example, *in vitro* studies have reported contradictory results as to the effects of

glucocorticoids on NF-kB binding activity, with some studies suggesting inhibitory effects, some

studies demonstrating no effects, and some studies reporting enhancement of NF-kB binding

activity. (Hart 2000 at 229).  Moreover, as discussed below, other studies have been unable to

confirm the different theories that Scheinman I and II, Auphan and Mukaida proposed, which

suggested various potential mechanisms of action through which glucocorticoids might affect

NF-kB.

90.    The mechanisms by which glucocorticoids, including dexamethasone, mediate

inflammatory responses are poorly understood, and as Padgett and these other papers discuss,

substantial evidence demonstrates that glucocorticoids can act through a variety of mechanisms

which are independent of NF-kB. (Padgett at 445, Han at 271, Hart at 224). For example,

glucocorticoids function by binding in the cytoplasm to glucocorticoid receptors (GR), which

then translocate to the nucleus as a glucocorticoid-GR complex and bind to target elements or

glucocorticoid response elements (GREs) to function as direct enhancers or repressors of gene

transcription. (Padgett at 445-46).   As Padgett also notes, the glucocorticoid receptor

"undoubtedly interferes with the function of other transcriptional regulators," such as activator

protein-1 (AP-1) and NF-AT. (Padgett at 447, see also Han at 271, Hart at 224).  Such evidence

includes work from my laboratory, which demonstrated the ability of glucocorticoid receptor to

prevent AP-1 dependent transcription through a mechanism likely involving protein-protein

interactions between GR and Jun/AP-1. (Schule et al 1990, attached hereto as **Exhibit 16**.)

91.    Moreover, none of the post-filing date references cited in the Office Action

provides evidence that use of dexamethasone in patients as described in the 1970 PDR would

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 38 of 74  of Declaration of Dr. Inder Verma*

have necessarily reduced NF-kB activity and concomitant NF-kB mediated expression of any cytokine. As discussed below, in addition to poor understanding of their mechanisms of action, there is substantial contradictory data regarding the potential effects of glucocorticoids on transcription. To explain what necessarily occurred during prior use of dexamethasone as described in the 1970 PDR, a subsequent study would have to replicate the conditions of using dexamethasone the PDR describes. None of these studies do so. Scheinman II and Auphan both describe experiments that were conducted to examine the effect of dexamethasone on IkB expression in cultured cells. Neither study reproduces, nor attempts to reproduce the physiological conditions associated with administration of dexamethasone to patients described in the 1970 PDR. Further, neither study administered dexamethasone to cells in which NF-kB activity had first been induced by some external influence. Even if one assumed *arguendo* the 1970 PDR describe that a method in which NF-kB activity had first been induced, none of these later studies replicated such a method.

92. The data in Scheinman II were obtained primarily from experiments conducted with HeLa cells, a line of cancer cells having an abnormal genotype (with about twice the normal number of chromosomes). Even before induction with TNF-alpha, Scheinman observed high levels of NF-kB binding activity in the HeLa cells he used (Scheinman II at 284, Figure 1A), demonstrating that the pattern of NF-kB activity in the HeLa cells used by Scheinman does not reflect that found in normal cells. The data in Auphan reflect experiments conducted primarily with glucocorticoid receptor negative Jurkat cells stably transfected with an expression vector encoding rat GR (Auphan at 287-289, Fig. 2 through 4) or in other cell lines or mice treated with non-physiological inducers, such as ionomycin, TPA or anti-CD3 antibodies, which one would not encounter in patients (Auphan, Figures 1 and 3). Neither Scheinman II nor Auphan therefore

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 39 of 74  of Declaration of Dr. Inder Verma*

replicates any method of using dexamethasone that was described in the 1970 PDR. Moreover, in all the experiments described in Scheinman and Auphan, when used, dexamethasone was administered only before or simultaneously with any inducer. Therefore, neither of these studies describes the result of using dexamethasone in a method where it was used to reduce NF-kB activity that has first been induced by an external stimulus.

93.    The data in Scheinman I was obtained primarily through a transfected cell system, which was engineered to overexpress an NF-kB component in the cells to allow the investigators to study potential interactions between the glucocorticoid receptor complex and NF-kB. (Scheinman I at 945)  These interactions were assessed through transactivation of a reporter construct, which was also transfected into the cells. (See for example, Scheinman I at 945-47, Figs. 1 through 3). Activation of this reporter construct was driven by overexpression of p65 NF-kB subunit rather than by any external influence. (See for example, Scheinman I, Fig. 1). Significantly, none of these transactivation experiments describe the result of using dexamethasone in cells in which NF-kB had been induced by some external influence, or reflect a process in which NF-kB activity would be induced in any cell in the body.

94.    Moreover, such engineered cells would not have existed in patients treated with dexamethasone as described in the 1970 PDR. The effect of dexamethasone on such engineered cells, in particular its effect on expression of any exogenous gene, would differ from its effect on any cell normally found in the body. Furthermore, in the single experiment conducted in untransfected (HeLa) cells, cells were pretreated with dexamethasone for 16 hours before administration of an inducer (TNF-α). (Scheinman at 949, Fig. 7). None of the experiments described in Schienman I indicate the effect of administering dexamethasone to cells in which NF-kB had been induced by some external influence.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 40 of 74  of Declaration of Dr. Inder Verma*

95.   Mukaida describes a series of experiments conducted to examine the potential mechanism of action of dexamethasone in preventing IL-8 expression in a human glioblastoma cell stimulated with IL-1.   As in the references above, none of the experiments Mukaida describes attempts to reproduce the physiological conditions associated with administration of dexamethasone described in the 1970 PDR.   In this regard, the PDR does not describe use of glucocorticoids to affect NF-kB.   Further, none of these experiments addressed the effect of dexamethasone on cells in which NF-kB activity had been induced by some external influence, as dexamethasone was always administered concurrently with the inducing agent.   Moreover, the authors' conclusion that "collectively, our results favor the assumption that the NF-kB site was responsible for IL-8 gene repression by dexamethasone," is inconsistent with the studies described in the Bourke reference discussed below. (Mukaida at 13294, Bourke at 2113, 2118). In summary, neither Mukaida nor any of the other post-filing data published references cited in the Office Action indicates that the administration dexamethasone as taught in the 1970 PDR would necessarily reduce induced NF-kB activity or NF-kB mediated-intracellular signaling.

96.   In contrast to the post-filing date published reference cited by the Examiner, substantial evidence, which was not cited, including data as to the effect of glucocorticoids in patients, demonstrates that administration of glucocorticoids, in particular to treat inflammatory disorders, does not necessarily affect NF-kB activity.   This evidence specifically demonstrates that the effects of glucocorticoid administration are not necessarily mediated through any of the potential mechanisms of action proposed by the models above or even by other potential mechanisms involving NF-kB. Instead, these studies indicate that glucocorticoids can exert anti-inflammatory effects in cells by mechanism(s) entirely independent of, and without affecting, NF-kB.   Several such studies are summarized here.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 41 of 74  of Declaration of Dr. Inder Verma*

97.   Hart et al. 2000 attached as **Exhibit 17** examined the effect of glucocorticoid (fluticasone) administration on expression and DNA-binding activity of NF-kB in alveolar macrophages and bronchial biopsies from patients with asthma.   While inhaled fluticasone decreased the inflammatory response in these asthma patients as assayed by several measures, "there was no decrease in NF-kB-DNA binding and activation."  (Hart at 224).   In fact, glucocorticoid treatment caused an increase in p65 expression in biopsy sections as determined by immunohistochemistry.  Similarly, *in vitro* studies on A549 epithelial cells also showed that dexamethasone increased the expression of p65 when the cells were stimulated with IL-1β, suggesting that administration of glucocorticoid may cause increased transcription of NF-kB. (Hart at 224-225, 229-230).   The authors concluded that "our data do not provide support for the actions of glucocorticoids occurring through the binding of its activated receptor to the transcription factor, NF-kB, because no reduction in the binding of NF-kB or its activation was apparent after 1 mo of treatment with a potent inhaled corticosteroid." (Hart 2000 at 229).

98.   Bergman I (Bergman et al. Immunology 2004) and Bergman II (Bergman et al. Am. J. Resp. Biol. 2004) attached as **Exhibits 18** and **19** describe a series of studies conducted to examine the mechanism by which dexamethasone inhibited expression of granulocyte macrophage-colony-stimulating factor (GM-CSF) in primary human T-cells, human peripheral blood mononuclear cells and human T-cell lines (Jurkat and HUT78).   GM-CSF is one of the proinflammatory cytokines that is activated in inflammatory disorders such as asthma, whose expression is regulated by NF-kB, as well as other transcription factors. (Bergman II at 555). NF-kB did not appear to mediate the inhibitory effect of dexamethasone on on GM-CSF expression. Specifically, although dexamethasone strongly inhibited GM-CSF release from cells stimulated by a combination of PMA and PHA, in reporter assays, dexamethasone had "no clear

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 42 of 74  of Declaration of Dr. Inder Verma*

effect" on NF-kB-dependent transcription (Bergman II at 561, Bergman I at 432-433, Fig. 2). These data indicated that dexamethasone likely exerted its inhibitory effect through some post-transcriptional/translational mechanism. (Bergman II at 555, 561-562).

99.    Han et al. 2001 attached as **Exhibit 20** describes a series of experiments examining whether the ability of dexamethasone to suppress production of inflammatory cytokines in fibroblast-like rheumatoid synoviocytes (FLS) isolated from human subjects was mediated by an effect of dexamethasone on NF-kB. Stimulation of FLS cells with TNF-α induced NF-kB binding activity, as well as expression of two inflammatory cytokines believed to be involved in the pathophysiology of rheumatoid arthritis, IL-6 and IL-1. (Han at 268-269). Although simultaneous administration of dexamethasone suppressed the production of these cytokines, dexamethasone had no effect of DNA binding, and neither prevented translocation of NF-kB to the nucleus, nor induced synthesis of IkB-α. (Han at 267, 269-270, Figs. 1-4).

100.    Bourke and Moynagh 1999 attached as **Exhibit 21** reports on a series of experiments using brain cell lines "strongly suggesting" that dexamethasone may exert antiinflamatory effects by mechanisms independent of NF-κB. (Bourke at 2113). These data demonstrated that pretreatment with dexamethasone inhibited expression of NF-κB regulated proteins IL-8, VCAM-1 and ICAM-1 in cells stimulated with IL-1. The authors found, however, that "the range of concentrations of dexamethasone that inhibited the expression of the proinflammatory molecules were completely ineffectual in affecting the activation of NF-κB." (Bourke at 2118). In particular, dexamethasone failed to prevent IL-1 from stimulating the nuclear translocation and DNA binding activity of NF-κB as determined by EMSA analysis. (Bourke at 2117-2118, Fig. 6) Moreover, dexamethasone also failed to affect IL-1 induced expression of an NF-κB-regulated reporter gene. Based on their data, the authors conclude that

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 43 of 74  of Declaration of Dr. Inder Verma*

"the scenario whereby glucocorticoids may produce immunosuppressive and anti-inflammatory effects in cells and NF-kB need not be involved in mediating the effects may be widespread and is not limited to a single cell type." (Bourke at 2118).

101. In summary, the fact that dexamethasone (or any other glucocorticoid) is administered to cells does not indicate that the administration of that glucocorticoid necessarily reduced induced NF-kB activity or NF-kB mediated-intracellular signaling. In this regard, the 1970 PDR provides no actual data relating to use of glucocorticoids, and no evidence that in the conditions the PDR indicates could be potentially treated with glucocorticoids, cells would have been acted on by a particular external influence that would have necessarily induced NF-kB activity or any NF-kB mediated effects. Furthermore, the 1970 PDR also provides no evidence that administration of glucocorticoids would have reduced induced NF-kB activity, would have affected expression of NF-kB regulated genes, or would have influenced any other NF-kB mediated effect in the cell.

> **(iii)    Inherent anticipation rejection based on pages 1466-1496 of Goodman and Gilman (1980) relating to production and release of endogenous glucocorticoids**

102. I understand that the Examiner has also rejected claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 as anticipated by pages 1466 to 1496 of Goodman and Gilman (1980), and explained by various cited non-prior art references. (Office Action at p. 55). I have reviewed the cited pages from Goodman and Gilman, the cited non-prior art references and the above claims. The Examiner contends that Goodman and Gilman teaches "in response to various environmental stressors," that cortisol and other endogenous glucocorticoids are produced and released, which, as explained by the cited non-prior art references, would necessarily reduce NF-kB activity and expression of cytokines

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 44 of 74  of Declaration of Dr. Inder Verma*
whose transcription is regulated by NF-kB, and would therefore have carried out the above

claims. (Office Action at 55).  I respectfully disagree.

103.  First, as discussed above, the claims are directed to methods for modifying the

naturally occurring response to such inducing stimuli and reducing the harmful effect of such

external influences by "reducing NF-kB activity."  These goals are achieved by reducing the

ability of NF-kB to act as a messenger inside the cell regulating specific results recited in the

claims, such as reducing NF-kB mediated gene expression.  When read in light of the teachings

of the patent disclosure, one skilled in the art would have understood the claims to require

affirmative, manipulative steps, calculated to achieve such specific results.  One skilled in the art,

therefore, would not have understood the natural production and release of endogenous

glucocorticoids as carrying out any of the '516 patent claims.

104.  Second, there is no showing in Goodman and Gilman (1980) in connection with the

widely variable "environmental stressors" referred to ("agonal state, severe infections, surgery,

parturition, cold, exercise and emotional stress"), of what, if anything, would necessarily induce

NF-kB activity in cells in connection with any particular stressor, such that the induced NF-kB

activity could be reduced as required by the claims.   As it lacks any such information, even if

one read the claims to encompass natural production of endogenous glucocorticoids, one would

not read the Goodman and Gilman (1980) as describing any of the claimed methods.   The

Examiner refers to "hypersensitivity reactions" but provides no evidence, nor is there any reason

to believe, that the different environmental stressors that the Examiner contends would cause

production of endogenous glucocorticoids would necessarily be associated with "hypersensitivity

reactions." (Office Action, at 56.)

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 45 of 74  of Declaration of Dr. Inder Verma*

105. Third, the allegedly anticipating pre-April 21, 1989 art the Examiner relies on describes cortisol. The later references the Examiner relies on regarding effects on NF-kB all describe various experiments using the synthetic steroid dexamethasone, which is a different compound.    One cannot assume that the effects of different glucocorticoids and steroids are necessarily the same, as is evident from the fact that numerous, different steroid drugs have been developed, and have different indications. Further, as Padgett indicates, glucocorticoids mediate effects through at least two different receptors, the glucocorticoid receptor and the mineralocorticoid receptor. (Padgett at 445).    As Goodman and Gilman indicate, and as evidenced from numerous later publications, the spectrum of biological effects of different glucocorticoids can vary tremendously at least in part due to the different interactions of each distinct glucocorticoid with each of these receptors, and the specific pattern of receptor expression on any individual cell. (For example, see Goodman and Gilman at 1473).    Although the Examiner asserts that Padgett provides analogous "NF-kB inhibiting evidence" as that in Baldwin I, Auphan, Scheinman I/II and the Mukaida documents regarding dexamethasone, the Padgett review provides no primary data, and does not discuss any experiment which examined the effect of cortisol (or any endogenous glucocorticoid) on NF-kB activity.   The Examiner has no basis in fact for assuming that cortisol would necessarily affect NF-kB in the same way under any particular experimental scenario.

106. Lastly, even if one were to erroneously assume that one could equate the effect of cortisol with dexamethasone, for all the same reasons as explained above regarding use of dexamethasone, the fact that cells were exposed to cortisol produced and released naturally in the body does not indicate that such exposure necessarily reduced induced NF-kB activity or NF-kB

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 46 of 74  of Declaration of Dr. Inder Verma*

mediated-intracellular signaling.   For all these reasons, pages 1466-1496 from Goodman and

Gilman cannot anticipate any of the above claims.

**VI.     Calcitriol**

107.   Calcitriol ($1,25-(OH)_2D_3$) is the active metabolite of vitamin D3 (cholecalciferol). It

is widely thought that the biological effects of calcitriol are mediated through its interaction with

a high affinity nuclear receptor known as the vitamin D receptor (VDR). (Alroy 1995).   The

receptor selectively associates with recognition sequences generally in the promoter region of

target genes, and thereby acts to either positively or negatively regulate transcription of those

genes.  (Alroy at 5780-90).  Notably, calcitriol appears to inhibit transcription through the VDR

receptor by acting directly as a repressor for transcription, but in some genes, notably IL-2, it

also appears to inhibit transcription by interacting with the region in the promoter that comprises

the binding site for NFAT and preventing NFAT induction. (Alroy at 5790).

**A.     Inherent Anticipation Rejection Based on Pre-April 21, 1989 References
Relating to Calcitriol (Tsoukas, Manolagas, Lemire I and II, Rigby I and II)**

108.  I understand that the Examiner has rejected claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29,

31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 as anticipated by

Tsoukas, Lemire I, Lemire II, Rigby I, Rigby II or Manolagas.  I have reviewed each of these

references and the above claims. The Examiner contends that each of these references teaches

administration of calcitriol to humans, and also reports the study of calcitriol in various human

cell cultures, including human Jurkat (T-cell line), leukemic cells, and human peripheral blood

monocyte ("PBM") cells, including Tsoukas (PBM), Manolagas (PBM), Lemire I, Lemiore II,

Rigby I, and Rigby II.  (Office Action at 31).  The Examiner contends further that the cited

extrinsic evidence (post-filing date published Yu 1995, and statements in paragraphs 7 through

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 47 of 74  of Declaration of Dr. Inder Verma*

24 of the Declaration of Dr. Manolagas) show that administration of calcitriol as described in these references would have necessarily reduced NF-kB activity and also expression of genes whose transcription is regulated by NF-kB activity.  The Examiner therefore contends that each of the primary references inherently anticipates the above claims.  I have reviewed Yu 1995 and the Declaration of Dr. Manolagas, and I respectfully disagree.

109.  As an initial matter, the Examiner should note that the cited publications all describe experiments conducted in various types of cultured cells.  None of these publications describe methods for using calcitriol in humans.  Therefore, this declaration will only address the contentions made in the Office Action regarding use of calcitriol in cultured cell systems, as described in the cited primary publications.

110.  In particular, the Examiner relies on six primary publications: Tsoukas and Manolagas, describing work done in Dr. Manolagas laboratory, and four other publications by others (Lemire I and II, Rigby I and II).  The Examiner relies on these studies as evidence that administration of calcitriol in "PBM" cells reduced production of the cytokine IL-2, which the Examiner argues is regulated at least in part by NF-kB. (Office Action at 30-31).  The Examiner contends that Yu et al. carried out experiments "under the same conditions utilized in Tsoukas and Manolagas" and therefore replicated the conditions of using calcitriol in the primary references.  (Office Action at 31.)  The Examiner argues that Yu's data "that calcitriol reduced NF-kB activity as well as NF-kB-regulated gene expression," therefore demonstrate that administration of calcitriol as described in the pre-April 21, 1989 references would have "necessarily and inherently" reduced NF-kB in induced human cells (PBM/Jurkat) to reduce IL-2 expression, and "necessarily and inherently" practiced the above claims.  I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 48 of 74  of Declaration of Dr. Inder Verma*

111.    Each of the above claims requires "reducing NF-kB activity." As described above, I understand all the above claims are directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing external stimulus. In this regard, the Examiner erroneously states the primary references describe the use of calcitriol in induced human cells. Tsoukas 1984 describes a series of experiments investigating the effect of calcitriol on proliferation and production of IL-2 protein (as measured indirectly by IL-2 activity) in PBM cells <u>simultaneously</u> stimulated with PHA, not first induced with PHA. Manolagas 1986 reports further experiments investigating the effect of calcitriol on proliferation and IL-2 activity in PBM cells, in terms of its calcium sensitivity.  None of these experiments were conducted by <u>administering</u> calcitriol by itself to induced cells.  Therefore, none of the methods of using calcitriol by itself that Tsoukas or Manolagas describe could have involved reducing induced NF-kB activity.

112.    Lemire I and II describe experiments investigating the effect of calcitriol on DNA synthesis and IgG production in PBM cells.   In Lemire I, calcitriol treated cells were <u>simultaneously</u> stimulated with a number of different agents, either PHA, pokeweed mitogen (PWA) or dermatophyton-O.  In Lemire II, cells were <u>either pretreated or simultaneously treated with calcitriol</u> and a number of different agents, either PHA, PWA, or con A. The only specific data reported by either Lemire I or II from PHA treated cells relates to the effect of calcitriol on DNA synthesis (Lemire I at 659, Fig. 2; Lemire II at 3033, Table I, Fig. 1).  Again, none of these experiments were conducted by administering calcitriol to cells in which NF-kB activity had first been induced.  Instead, these experiments were conducted by simultaneously treating cultures with calcitriol and various agents.  Therefore, none of the methods of using calcitriol that Lemire I and II describe could have reduced induced NF-kB activity as recited in the claims.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 49 of 74  of Declaration of Dr. Inder Verma*

113.  Rigby II describes experiments investigating the effect of calcitriol on mitogenesis (cell cycle distribution and DNA synthesis), cell surface levels of IL2 receptors and transferrin receptors in PBM cells.  In Rigby II, none of the experiments were conducted by administering calcitriol to induced cells.  Instead, in these experiments, cells were always stimulated with PHA in the presence of calcitriol.  None of these experiments could therefore have used calcitriol to reduce induced NF-kB activity.

114.  Rigby I describes experiments investigating the effect of calcitriol on mitogenesis and production of IL2 (by a bioactivity assay) in PBM cells.  In certain of the experiments, calcitriol was administered to cells at various time points after stimulation with PHA.  (Rigby I at 1453, Figs. 2 and 4).  Of the calcitriol pre-April 21, 1989 art cited, Rigby is the only study to describe any instances of administering calcitriol to cells after stimulation with PHA.  To the extent the Examiner relied on these particular experiments to contend that, based on Yu, such use of calcitriol would have necessarily reduced NF-kB activity such that IL-2 expression was reduced, substantial evidence demonstrates that there is no reasonable factual basis for such an inference.  This evidence, summarized below, includes significant differences in protocols between Yu 1995 and earlier studies, lack of any correlation between the purported kinetics of the effect of calcitriol on NF-kB binding and the effect of calcitriol on production of IL-2 in earlier studies, evidence that calcitriol inhibits IL-2 expression through NFAT, and not NF-kB, as well as methodological deficiencies which bring into question the purported observations Yu 1995 makes regarding NF-kB.

### (i)    Yu 1995 does not reproduce the pre-April 21, 1989 art

115.  One of skill in the art would understand that Yu fails to reproduce the conditions for using calcitriol described by the studies described in the primary cited reference, and

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 50 of 74  of Declaration of Dr. Inder Verma*

therefore could not, and does not provide an explanation for what occurred in these earlier studies. Among other differences, there are substantial differences between the "PBM" cells that Yu used and those used in all the cited primary studies from the 1980s, including Rigby I. As explained below, these differences would have significantly impacted the effects calcitriol would have had. Therefore, even assuming that Yu showed that calcitriol affected NF-kB in some way (which in my opinion it does not), there is no basis for inferring that any of the results Yu observed explain the reported prior use with a significantly different cell population. In this regard, one cannot properly state that the experiments in Yu were conducted "under the same conditions utilized in Tsoukas and Manolagas," or in any of the other publications from the 1980s cited by the Examiner.

116.  As discussed above, the term  "PBM cells" would not be understood by one skilled in the art to refer to a single, defined cell type. Such cell cultures comprise a highly heterogeneous cell population comprised of numerous immune cell types isolated from patients blood samples, including T and B-lymphocytes, NK (natural killer) cells, monocytes and macrophages. (See for example, David et al. Blood (1998)). There is substantial variability in PBM cells, depending on the protocol and conditions of isolation.  Thus, careful attention to details would be required to replicate conditions of earlier studies.  Rigby I, as well the other cited pre-April 21, 1989 art, including Tsoukas and Manolagas, used cells isolated from blood samples through different modifications of Ficoll-Hypaque discontinuous gradient centrifugation. (See for example, Rigby I at 1452).  Instead, the experiments with "PBMCs" described in Yu 1995 relied on a new protocol, described in Yu 1991 (reference 15), for further fractionating this highly heterogeneous cell population into plastic-adherent and non-adherent cells, and using only the plastic non-adherent cell population. (Yu 1995 at 10991, Yu 1991 at

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 51 of 74  of Declaration of Dr. Inder Verma*

7589). None of the cited primary reference isolated and used a plastic-non-adherent cell population.

117. Significantly, "the adherence step was performed to eliminate the majority of the adherent monocytes" which constitutively express the vitamin D receptor (VDR), unlike the remaining non-adherent lymphocytes, where VDR expression varies depending on the state of the cell. (Yu 1991 at 7588-89) attached as **Exhibit 22**. Especially in regard to evaluating the effects of calcitriol, removing the adherent (and calcitriol responsive) monocytes from the cell population would most likely have a substantial effect on the overall effect of calcitriol in the cell culture. In view of this important difference between Yu 1995 and the cited primary reference, one skilled in the art could not assume or infer that any of the purported effects on NF-kB reported by Yu 1995 on "PBMCs" (even if true) would have necessarily been observed in any of the earlier studies with "PBM" cells.

### (ii)    There is no evidence that NF-kB mediated any affect of calcitriol observed in the cited primary references

118. Further, none of the studies reputted in the primary reference provide evidence that calcitriol affected any process in the cell that would have been mediated through an effect of calcitriol on NF-kB. Most notably, there is no correlation between the time course for the processes measured in the earlier studies, such as IL-2 production and proliferation, and the purported inhibitory effects of calcitriol on NF-kB Yu described in 1995. In particular, the authors report that substantial induction of p50 NF-kB expression occurred only 72 hours after treatment of PBMCs with PHA, with virtually no induction detectable at 24 hours (Yu 1995 at 10991, Fig. 1)(A more legible copy of Yu 1995 is attached as **Exhibit 23**). In contrast, earlier studies observed that IL2 production peaked no later than 24 hours after PHA treatment. In other

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 52 of 74  of Declaration of Dr. Inder Verma*

words, from these data, there is no basis for concluding that IL2 production was linked in any way to induction of NF-kB activity.

119.  In fact, substantially more comprehensive analyses of the IL-2 promoter in other studies has demonstrated that repression by calcitriol of IL-2 expression, as well as aspects of its immunosuppressive activity in T cells likely occurs through an NF-kB independent mechanism involving NFAT-driven transcription as a target. (Alroy et al 1995, Takeuchi et al. 1998 attached hereto as **Exhibits 24** and **25**).  For example, Alroy et al. in PHA/PMA stimulated Jurkat cells, found when activated by calcitriol, the vitamin D3 receptor directly repressed the ability of NFAT to activate transcription of the IL-2 gene by interfering with assembly and binding of an NFAT/AP1 complex to the IL2 promoter, and thereby reduced IL2 gene expression. (Alroy at 6796, see also Alroy Figs. 3, 5 and 8).  Similarly, Takeuchi found that calcitriol treatment of activated T cells "resulted in inhibition of NFAT complex formation" to the human IL-2 promoter NFAT site, as well as diminished NFAT-driven transcription of a reporter gene in calcitriol-treated Jurkat cells. (Takeuchi at 210, 215, Figs. 1 and 6).  Notably, Takeuchi "found no significant effect of [calcitriol] on NFkB binding activity under T cell activation conditions [ionomycin and PMA] used here." (Takeuchi at 215).

120.  Similarly, there is no evidence that NF-kB mediated any of the other effects of calcitriol that were investigated in the earlier studies described in the primary references. Calcitriol inhibited proliferation of PBMCs only when it was added during the first 24 hours data suggesting "that the antiproliferative effect of $1,25-(OH)_2D_3$ is not the result of its effects on NF-kB." (Yu 1995 at 10994).  These data therefore fail to demonstrate that the apparent inhibitory effects of calcitriol on NF-kB had any functional significance. Recognizing the inconclusive data, Yu indicates that the relevance of the apparent inhibitory effects they observed calcitriol to

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 53 of 74  of Declaration of Dr. Inder Verma*

have on NF-kB in their study to any of its immunoregulatory properties "is a matter of conjecture," in other words, mere speculation. (Yu 1995 at 10994). Such speculation cannot reasonably support a conclusion that the effect of calcitriol on IL-2 production or cell proliferation provides evidence that use of calcitriol in any study described in any of the primary reference necessarily reduced NF-kB activity and consequent expression of NF-kB regulated proteins.

121. Additionally, the Examiner refers to experiments conducted in Jurkat cells transfected with a CAT reporter construct, in which the CAT gene was placed under control of a quadruple repeat of an NF-kB consensus sequence. (Yu 1995 at 10993, Fig. 6). The Examiner argues that these data prove that administration of calcitriol to PBM cells in the pre-April 21, 1989 studies would have resulted in reduced NF-kB gene expression. (Office Action at 32). I respectfully disagree.

122. The CAT reporter experiments do not reproduce any use of calcitriol described in the cited primary reference. First, the CAT reporter assays do not replicate use of calcitriol in induced cells as required by the claims, because the cells were pretreated with calcitriol for 40 hours before being stimulated with PHA. More significantly, the transfected Jurkat cells used by Yu differ significantly from the PBM cells and Jurkat cells used in the prior studies. In particular, the artificial (quadruple repeat) NF-kB binding site, on which the reporter construct was based, is not found in any endogenous gene, and would not have been present in any of the cells used in the earlier studies. There is no basis for assuming that the response of this reporter construct reflects the regulation of any endogenous gene. These CAT data therefore provide no basis for assuming that calcitriol, as used in the prior studies, would have necessarily affected NF-kB mediated gene expression.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 54 of 74  of Declaration of Dr. Inder Verma*

      **(iii)**    **Yu 1995 does not substantiate that calcitriol affects NF-kB binding activity in induced cells**

123.  Additionally, the Examiner refers to EMSA assays described in Yu as evidence that calcitriol reduced NF-kB activity. The Examiner notes that Yu observed that calcitriol administration "caused a significant reduction in the DNA-protein complex, as evidenced by the decrease in the intensity of this band (lane 4)" (Office Action at 31, Yu at 10993, Fig. 5). Although Yu interprets these data to indicate that calcitriol decreases NF-kB-DNA binding activity, I find that conclusion questionable in view of the inconsistencies and methodological flaws underlying these EMSA data.

124.  In particular, the assumption that the bound complex represents only NF-kB binding activity is particularly questionable.  Based on my experience with EMSA assays, including NF-kB EMSA assays, one would not achieve significant competition, as was observed here, with only a 5-fold excess of unlabeled competitor. (Yu Fig. 5, lane 5). Furthermore, Yu observed that competition with a "non-specific" oligonucleotide containing an AP-1 binding motif actually increased binding to the labeled EMSA probe. (Yu Fig. 5, lane 7).  One of skill in the art would not expect such a sequence to affect binding to the NF-kB site.  Such results indicate a likely problem with specificity, such that further appropriate controls, such as antibody controls or mutational controls, would be required to substantiate that the apparent inhibition represented an effect on NF-kB binding, and not the binding of some other factor, to the probe. Additionally, even if these data were to be confirmed, it should be noted that the EMSA assay does not directly assess the effect of calcitriol on induced cells, as the cells studied by Yu were simultaneously treated with both calcitriol and PHA, i.e. not first induced by an external stimulus.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 55 of 74  of Declaration of Dr. Inder Verma*

**B.    Studies show that calcitriol treatment can increase NF-kB activity**

125.  In contrast to the Examiner's assumption that administration of calcitriol would necessarily reduce NF-kB activity, studies have shown that calcitriol in fact induces NF-kB activity, i.e. stimulates induction of NF-kB by external influences (See, e.g., Schematic 14 of **Exhibit 1**).  In particular, a number of studies that Dr. Manolagas relies on in his declaration purportedly proving that calcitriol necessarily reduces NF-kB activity instead demonstrate the opposite.    For example, both Adams et al. (2004) and Berry et al. (2002) (Manolagas Declaration ¶23) observed that treatment with calcitriol resulted in increased NF-kB activity under the conditions studied. Adams reports that calcitriol alone stimulated NF-kB activity in C3H10T1/2 cells.    (Adams at 2948 attached as **Exhibit 26**).  Berry reports that calcitriol increased NF-kB activity in a TPA-stimulated promyeloytic leukemia cells by stimulating phosphorylation and degradation of IkB.    (Berry at 183 **Exhibit 27**).   Such studies provide further evidence that the Examiner is incorrect in his assumption that calcitriol administration to cells necessarily reduces NF-kB activity.  Therefore, the use of calcitriol as described in the prior studies is not the case of a method recited in any of the above claims.

**VII.    Antibiotics**

**A.    Inherent Anticipation Rejection Based on Portions from the 1970 PDR**

**(i)    1970 PDR**

126.  I understand the Examiner has rejected claims 1-2, 5, 6, 8-10, 12-18, 20-21, 25-27, 29-32, 36-41, 53-54, 58-65, 69-76, 80, 82, 84, 87-89, 93-100, 104-105, 119-120, 124-129, 133-140, 144-150, 154-160, 164-168, 172-178 and 182-186 as anticipated based on portions of the 1970 PDR, as explained by various post-filing date published references cited in the Office Action, and the Declaration of Dr. Manolagas.  I have reviewed these portions of the 1970 PDR,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 56 of 74  of Declaration of Dr. Inder Verma*
the cited post published references, the Manolagas declaration and the above claims. The Examiner argues that the 1970 PDR teaches administration of various antibiotics, such as erythromycin, gentamicin and tetracycline to kill bacteria. The Examiner contends that such use of antibiotics would reduce production of LPS from the bacteria, which would therefore inherently reduce LPS-induced and NF-kB regulated cytokine production, and therefore inherently practice the above claims. I respectfully disagree.

127. Each of the above claims requires "reducing NF-kB activity." As previously discussed, I understand all the above claims are directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing external stimulus, in other words a eukaryotic cell in which NF-kB activity is activated by the presence of an external influence. Antibiotics have no effect on any of the segments of the NF-kB pathway as illustrated in Schematic 10 of **Exhibit 1**. As indicated by the 1970 PDR, and acknowledged by the Examiner, antibiotics either kill or interfere with growth of bacterial cells. Antibiotics do not act "by blocking LPS that reaches the cell," as the Examiner erroneously alleged on page 42 of the Office Action. As also illustrated on Schematic 10, antibiotics neither act on the mammalian cell, nor do they act to interfere with the induction by the external influence to which the Examiner refers, i.e. LPS. One skilled in the art seeking to practice any of the above claims would therefore never contemplate using antibiotics to "reduce NF-kB activity." Even if one viewed the external stimulus as the bacterial infection, antibiotics act on the bacteria and do not act on any of the 6 segments of NF-kB pathway.

128. While at least for the above reasons, use of antibiotics would not practice any of the above claims, the Examiner should also note that the factual premise that use of antibiotics to treat bacterial infections would necessarily reduce LPS levels is incorrect. In this regard, the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 57 of 74  of Declaration of Dr. Inder Verma*

Manolagas declaration indicates that one possible (but not necessary) outcome of antibiotic treatment is to reduce LPS levels, contingent on completely resolving a bacterial infection. (Manolagas Decl. ¶¶ 38-39.)  However, as acknowledged by the PDR there are several common reasons why antibiotic treatment fails to do so. For example, where certain of the bacterial cells are resistant to a particular antibiotic, antibiotic treatment can actually increase growth of any resistant bacterial strains present in the treated patient. Moreover, rather than having bactericidal effects, antibiotics often have bacteriostatic effects which do not result in killing bacteria. (1970 PDR at 880, 1167, 1309, 1310, 1379).  Thus, the bacteria with  LPS remains and continues to induce NF-κB.  Finally, antibiotics often have little effect on enteric bacteria, which include gram-negative bacteria that carry LPS on their surface.

129.  As evidence that antibiotic treatment would reduce LPS levels, Dr. Manolagas specifically refers to only one paper. (Galdiero (2001), Manolagas Declaration ¶¶ 37-39). Galdiero however, neither mentions antibiotics, nor does the paper provide any information relating to the effect of LPS in any human patient. Indeed, Galdiero indicates that in cultured cells, even extremely low levels of LPS, such as 10ng/ml were sufficient to induce release of cytokines from the cells.  Dr. Manolagas' assumption that in a patient, LPS levels to below 1ug/ml would no longer stimulate NF-κB-mediated cytokine production therefore has no support in Galdiero, which indicates that 100-fold lower levels of LPS (0.01ug/ml) induced expression of such genes in cultured cells.

130.  Numerous studies, in fact, have substantiated that antibiotic treatment can disrupt bacterial membranes, which by releasing and solubilizing LPS, can be expected to increase circulating levels of LPS in the body.  See for example, Lepper et al., *Clinical Implications of Antibiotic-Induced Endotoxin Release in Septic Shock*, Int. Care Med. 28:824-833 (2002)

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 58 of 74  of Declaration of Dr. Inder Verma*

**(Exhibit 28)**; Shenep and Mogan, *Kinetics of Endotoxin Release During Antibiotic Therapy for Experimental Gram-Negative Bacterial Sepsis*, J. Inf. Diseases, 150:380-388 (1984) **(Exhibit 29)**; Hurley et al., *Antibiotic Release of Endotoxin in Chronically Bacteriuric Patients*, Antimicrob. Agents Chemother. 351: 2388-2394 (1991) **(Exhibit 30)**; Dofferhoff et al., *Effects of Different Types and Combinations of Antimicrobial Agents on Endotoxin Release from Gram-negative Bacteria: An In Vitro and In-Vivo Study*, Scand. J. Infect. Dis. 23:745-754 (1991) **(Exhibit 31)**; Mustafa et al., *Increased Endotoxin and Interleukin-1 Beta Concentrations in Cerebrospinal Fluid of Infants with Coliform Meningitis and Ventriculitis Association With Intraventricular Gentamicin Therapy*, J. Infect. Dis. 160:891-5 (1989) **(Exhibit 32)**. LPS released and solubilized from bacterial membranes may have substantially increased biological activity. Lepper 2002 at 825-826. Leeson and Morrison, *Induction of Proinflammatory Responses in Human Monocytes By Particulate and Soluble Forms of Lipopolysaccharide*, Shock 2:235-245 (1994) **(Exhibit 33)**. In summary, such evidence demonstrates that when used to treat gram-negative infections, by inhibiting bacterial growth or by killing bacteria, antibiotics are likely to increase LPS levels, and further stimulate activation of NF-kB in the cell.

131. Finally, as discussed above, claims 8-9, 75-80, 82, 84, 88-98, are further directed to methods carried out on cells in which the "external influences induce NF-kB mediated intracellular signaling." These claims further require the methods to be carried out on cells in which the induction is maintained by the presence of the external influence. Killing bacteria, even if doing so could also remove the LPS, cannot practice any of the claims which require maintained induction by the external influence.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 59 of 74  of Declaration of Dr. Inder Verma*
**VIII.  Red Wine**

### A.    Inherent Anticipation Rejection Based on St Leger, Dobrilla or Jones

132.  I understand that the Examiner has rejected claims 1-2, 6, 8, 9, 20-21, 25-27, 29-32, 36-41, 64-65, 69-76, 80, 82, 84, 87-89 and 93-98 based on excerpts from the King James Version of the Bible (portions), St Leger (1979), Dobrilla (1984) or Jones (1987), and alleged explained by post-filing date published reference Blanco-Colio 2000, Holmes-McNary (2000) and Manna (2000).  I have reviewed each of these references and the claims.  The Examiner appears to rely on the excerpt from the Bible simply for the proposition that red wine has been consumed for many years.  The Examiner contends that St. Leger, Dobrilla and Jones describe studies in which there was "substantial" consumption of red wine along with "fatty foods."  The Examiner argues that the post-filing date references explain that consumption of even a moderate amount of red wine with fatty food as purportedly described in the pre-April 21, 1989 references would have necessarily reduced NF-kB activity induced by the fat content in the food, as well as concomitant NF-kB mediated gene expression. (Office Action at 46-47).  I respectfully disagree.

133.  Each of the above claims requires "reducing NF-kB activity."  As described above, I understand all the above claims are directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing external stimulus.  There is no showing or description in any of these of primary cited publications as to what, if anything, would have acted on a cell to induce NF-kB activity in any subject consuming red wine, let alone necessarily have done so.  In this regard, these primary references also provide no information as to what agent, if any, would have necessarily acted on cells to reduce NF-kB activity in subjects consuming red wine. "Red wine" as a chemical mixture would not be found *per se* in the body after it is consumed and therefore could not act *per se* on cells (Schematic 15 of **Exhibit 1**). Red

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 60 of 74  of Declaration of Dr. Inder Verma*

wine is a generic term covering many different mixtures having in common the characteristic of being of red color.  Each such mixture has many variable constituents, which these pre-April 21, 1989 studies never identified or analyzed.  Without any description of what, if anything, would have induced NF-kB activity in cells, or what, if anything, would have acted to reduce NF-kB activity in cells, one skilled in the art would not read any of the primary references as describing any of the claimed methods.

134.  St. Leger (1979) is simply a statistical analysis of mortality from cardiovascular disease in developed countries in which a negative association was observed between death from heart disease and consumption of wine.  The study does not provide any details as to the type of food or red wine consumed by any subject, or describe any obvious inducing stimuli that would act on a cell.  Notably, this epidemiological analysis even failed to suggest that consumption of red wine was advantageous compared to any other wine.  (St Leger at 1020).  In that regard, one could not even read St Leger as teaching one to specifically use red wine for any purpose.

135.  Dobrilla (1984) describes a clinical study conducted to evaluate the effect of cimetidine and ranatadine on ethanol metabolism.  Dobrilla does not provide any details as to the type of food or red wine consumed by any subject in the study, other than to note that all subjects before being tested had consumed a "standard weight ham sandwich."

136.  Jones (1987) describes a study in which methanol elimination half-life was measured in four subjects who in the course of two hours, consumed an intoxicating amount of red wine (up to two standard 750ml bottles).  Jones does not provide any details as to the type of food or red wine consumed by any subject other than that the red wine used in the study

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 61 of 74  of Declaration of Dr. Inder Verma*
contained substantial amounts (100mg/l) of methanol and that while drinking, the subjects ate some amount of potato chips and cheese.

137.   Despite the fact that these primary references fail to describe any aspects of the claims, the Examiner contends that post-filing date published Blanco-Colio provides extrinsic evidence that St. Leger, Dobrilla and Jones necessarily involved use of the method claimed in the subject claims. I respectfully disagree. In particular, I disagree that these later references provide any factual basis for the notion that NF-kB would have been necessarily induced, or that any induced NF-kB activity would have been necessarily reduced in PBM cells of subjects consuming red wine.  As explained below, such a conclusion could not be based on anything more than mere speculation. Further, neither Blanco-Colio nor anyone else would be readily able to replicate the experiments of the earlier studies because the type of red wine was not specified in those earlier studies.

138.   The Examiner contends that the Blanco-Colio study explains that triglyceride lipoproteins would have necessarily acted on cells to induce NF-kB activity in virtually any person who had consumed "fatty food."  Blanco-Colio reports that among the 16 subjects studied, a fat enriched breakfast increased blood levels of certain lipoproteins (total triglycerides and chylomycrons) but not others (VLDL).  Even if the Blanco-Colio's interpretation of their NF-kB EMSA data were correct (and as I explain below why their interpretation is likely incorrect), there certainly is no evidence in the Blanco-Colio study identifying certain triglyceride lipoproteins as agents that had acted on cells to induce NF-kB activity. (Blanco-Colio at 1022).  Blanco-Colio provides no direct evidence for this position.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 62 of 74  of Declaration of Dr. Inder Verma*

139.  At best, the authors imply that there was some correlation between blood levels of certain lipoproteins and NF-kB binding activity.  (Blanco-Colio at 1024).  However, in view of their data, that correlation is highly questionable, in particular when one examines data from subjects who had not consumed any red wine. (Blanco-Colio at 1022-23, Figs. 1 and 2).  For example, Blanco-Colio purports to show a maximal increased NF-kB binding activity in PBM cells 9 hours after the subjects consumed breakfast. (Blanco-Colio at 1023, Fig. 2C).  However, by 9 hours, the total triglyceride blood levels in those subjects had dropped to below baseline levels. (Blanco-Colio at 1022, Fig. 1A).   Such a questionable correlation is far from sufficient to establish that triglycerides acted to induce NF-kB activity either in Blanco-Colio let alone, in any of the subjects in either the Dobrilla or Jones studies, which provide no information on triglyceride levels or NF-kB activity.

140.  Moreover, I question the Blanco-Colio authors' interpretation of their EMSA data as demonstrating that NF-kB binding was reduced in subjects who consumed red wine along with breakfast.  Notably, addition of anti-p65 NF-kB antibody to nuclear extracts from PBM cells caused a supershift of the lower portion of the major bound complex, indicating that the lower portion of the complex comprised bound p65 protein.  (Blanco-Colio at 1024, Fig. 3, lane 4).  These data in Fig. 3 strongly suggest that the lower unlabeled band in Fig. 2 may also correspond to NF-kB (p65) binding activity.  (Blanco-Colio at 1023, Fig. 2, panels A and B).  Notably, the authors failed to identify the unlabeled complex, and provide no explanation for why they did not interpret this band as corresponding to NF-kB.  Significantly, if one were to assume this to be correct, as the data suggest, Fig. 2 would not support the authors' conclusion that NF-kB activity was reduced in subjects who had consumed red wine with breakfast.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 63 of 74  of Declaration of Dr. Inder Verma*

141. The Examiner also refers to two post published references reporting various experiments on the effects of chemically pure unconjugated form of resveratrol, *trans*-resveratrol (3,5,4'-trihodroxy-*trans*-stilbene, or alternatively, *trans*-3,4',5-trihydroxystilbene), in cultured cells. (Holmes-McNary at 3477; Manna at 6509, 6511) The Examiner, however, does not refer to any pre-April 21, 1989 references describing use of chemically pure *trans*-resveratrol. Moreover, neither Holmes-McNary, nor Manna conducted any experiments with red wine. All their data were obtained using a chemically pure *trans*-resveratrol.  In this regard, neither Holmes-McNary, nor Manna reproduced the use of red wine in Dobrilla or Jones and therefore cannot explain or confirm what occurred in those earlier studies

142.   The Examiner contends that nevertheless, based on Holmes-McNary and Manna, that red wine as used in Dobrilla and Jones would necessarily have the same effects on NF-kB as Holmes-McNary and Manna purportedly using pure *trans*-resveratrol in cultured cells. I respectfully disagree.   Such a theory is premised on a number of unsupported and erroneous assumptions. Among these, this theory assumes that after consuming red wine, resveratrol in any particular variety of red wine, if any, remains bioavailable and in the same chemical form as *trans*-resveratrol used in the *in vitro* experiments of Holmes-McNary or Manna. Several clinical studies have demonstrated that when tested, these assumptions prove to be incorrect.

143.   Vitaglione et al. attached as **Exhibit 34** conducted a clinical study verify if free *trans*-resveratrol or alternatively metabolized forms, could be found in human serum after consuming half (or more) of a standard bottle of red wine (300-600ml) in or without association with a meal. (Vitaglione at 496). The study involved three separate experiments with 25 volunteer subjects who consumed red wine and different meals with varying lipid content, including a "fat meal." *Id.* Blood samples were taken at different intervals and the serum

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 64 of 74  of Declaration of Dr. Inder Verma*
samples obtained were analyzed by three different HPLC techniques to quantify the levels of free

*trans*-resveratrol and metabolites. *Id.*

144.  Strikingly, resveratrol was never found in any form at any time in 14 of the 25

subjects tested. (Vitaglione at 502).  Even in individuals where the serum sample was positive,

"in any case the detected amounts of free resveratrol were always very low (few ng/ml or less),

in many cases below the limit of quantification...." *Id.*  These data therefore "clearly

demonstrated that resveratrol absorption after wine consumption is highly variable" and where

any form of resveratrol could be detected, *trans*-resveratrol was detectable in very low amounts

in only four of the subjects. (Vitaglione at 502-503, table 4).  These data indicate that after

consumption of substantial amounts of red wine, *trans*-resveratrol is not necessarily bioavailable,

is rapidly metabolized, and where detectable, likely would not be present at significant levels. In

particular, the low ng/ml levels of trans-resveratrol that Vitaglione observed in only 4 of the 25

subjects are approximately 1000 fold lower than the 5 to 30 $\mu$M (~1.2 – 6.9 $\mu$g/ml)

concentrations used in the *in vitro* experiments reported in McNary and in Manna, (McNary at

3477; Manna, for example, at 6511-6512, fig. 2).

145.  Walle et al. 2004 attached as **Exhibit 35** examined the absorption, bioavailability

and metabolism of 14C-*trans*-resveratrol after oral (25mg) and i.v. (1.5mg) doses in six human

volunteers. (Walle at 1378). While in its pure chemical form, *trans*-resveratrol demonstrated

high oral absorption in this study, it also demonstrated "rapid and extensive metabolism, as

determined by LC/MS, resulting in only trace amounts of unchanged resveratrol in the systemic

circulation." (Walle at 1377).  As Walle explains, "the most important question in this study was

whether unmetabolized resveratrol could be detected in plasma...However, after all attempts to

find measurable levels of resveratrol in plasma after the oral dose at any time point in the six

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 65 of 74  of Declaration of Dr. Inder Verma*

volunteers failed." (Walle at 1380). Indeed, even though this study administered resveratrol in amounts that Manna alleges would be present in a bottle of red wine, "the oral bioavailability of unchanged resveratrol established from our plasma data were close to zero."   (Walle at 1381).

146.  Finally, other *in vitro* studies not cited in the Office Action question the Examiner's assumption that Holmes-McNary and Manna demonstrate that even in cultured cells, pure trans-resveratrol necessarily reduces NF-kB activity. In particular, these studies observed that resveratrol did not necessarily affect NF-kB binding activity. As an example, Pendurthi et al. 1999 attached as **Exhibit 36** observed that a two hour pre-treatment with resveratrol had no significant effect on binding of NF-kB in endothelial cells stimulated with IL-1β, TNF-α or with LPS, even though it appeared to inhibit transcription of the tissue factor gene. (Pendurthi 1999 at 419, 422, 424, Figs. 4, 8 and 9).  Such data demonstrate that the Examiner is incorrect in his assumption that resveratrol administration to cells necessarily reduces NF-kB activity, and provide further evidence that even if the Examiner were correct in assuming that trans-resveratrol would have been necessarily bioavailable after consuming red wine (which the above studies indicate is not accurate), consumption of red wine as described in the pre-April 21, 1989 art cannot anticipate any of the above claims.

## IX.     Protein Kinase C Inhibitors

### A.     Express Anticipation Rejection based on Meichle 1990 or Shirakawa 1989

147.  I understand that the Examiner has rejected claims 1-6, 8, 9, 20-21, 25-27, 29, 31, 32, 36-40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-78, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 as anticipated based on Meichle 1990 or Shirakawa 1989, improved copies of which are attached as **Exhibits 37** and **38**. I have reviewed each of these references and the claims.  Each of these claims requires "reducing NF-kB activity." The

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 66 of 74  of Declaration of Dr. Inder Verma*

Examiner contends that each of these references teach administration of certain protein kinase inhibitors (staurosporine, H7 and H8) to reduce NF-kB activity in cells. (Office Action at 10-11). The Examiner further contends the references teach administration of H7 and H8 to reduce NF-kB activity so as to reduce NF-kB mediated gene transcription. *Id.* I respectfully disagree. One of skill in the art would not have understood any of these references to demonstrate that use of H7 or H8 reduced NF-kB activity. Moreover, as I discuss in more detail below, I disagree that any of these references describes or teaches any method of using H7 or H8 that would have carried out other additional elements required by the above claims.

### (i)  Express Anticipation Rejection based on Meichle 1990

148.    Meichle reports various experiments conducted in two human leukemic cell lines, K562 and Jurkat cells.  Meichle describes a series of experiments investigating whether in these cell lines, protein kinase C was necessary for the ability of tumor necrosis factor (TNF) to stimulate NF-kB binding activity.  (Meichle at 8339, abstract). Meichle investigated this question by pretreating the cell with H7, H8 or staurosporine, three relatively non-specific protein kinase inhibitors. *Id.* Notably, the ability of TNF to stimulate NF-kB binding activity was unaffected by pretreatment with these inhibitors, and Meichle concludes that its ability to induce NF-kB binding activity did not involve activation of protein kinases, in particular protein kinase C (PK-C). *Id.*  None of the experiments with TNF could therefore be relevant to any of the '516 patent claims. Meichle also purports to show that in contrast, pretreating the cell with either H7 or staurosporine reduced the ability of PMA to stimulate NF-kB binding activity. The Examiner contends that the use of H7 and staurosporine as described in Meichle would therefore anticipate '516 patent claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31, 32, 36-40, 53-54, 58-62, 64-65, 69-73,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 67 of 74   of Declaration of Dr. Inder Verma*
75-76, 80, 82, 84, 88-89 and 93-97, if these claims were entitled only to a November 13, 1991

filing date.  I respectfully disagree.

149.   As discussed above, I understand all of the above claims as being directed to

methods carried out on cells in which NF-kB activity has been induced.  In this regard, the

Examiner erroneously states that "Meichle teaches the reduction of NF-kB activity in induced

cells..."  (Office Action at 10).  The experiments Meichle describes in which H7, H8 or

staurosporine were administered to cells, including the specific experiments the Examiner relies

on, (portions of Figs. 2 and 3) were all conducted by pretreating cells with these protein kinase

inhibitors for 30 to 45 minutes before cells were stimulated with any substance. (Meichle at

8341-2, Figs. 2 and 3).  As apparent from the discussion of these experiments, pretreatment was

conducted to prevent a cellular response to inducing substances by inactivating PK-C, PK-A (and

most likely other kinases) before stimulating the cell with any inducing agent.  (See Meichle, at

8339, 8342). The use of these inhibitors as described by Meichle, therefore, was not in induced

cells as assumed by the Examiner.  None of these experiments would therefore have carried out

the various methods described by the above claims.

150.   The examiner also contends that Meichle teaches use of PK inhibitors to reduce

NF-kB-mediated gene transcription by reducing NF-kB activity.   (Office Action at 11).

Additionally, the Examiner contends that because Meichle used a genetic construct comprising

HIV LTR, Meichle either would anticipate or render obvious claims 3, 4, 11, 42-43, 47-51, 106-

107, 109-110, 114-117, 192-193 and 197-201, if these claims were entitled only to a November

13, 1991 filing date.   I respectfully disagree.  None of the experiments support these assertions.

Meichle neither suggests nor provides any data showing that PK inhibitors inhibited gene

expression induced by any agent, or could do so as a result of reducing NF-kB binding activity.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 68 of 74  of Declaration of Dr. Inder Verma*

Meichle reports experiments conducted with Jurkat cells transfected with two different CAT reporter constructs, each of which are described as containing a CAT gene and an enhancer with an NF-kB binding site. (Meichle at 8340). However, none of the experiments with these constructs, which are reported in Fig. 1, used any PK inhibitor. (Meichle at 8341, Fig. 3). Meichle provides no evidence whether PK inhibitors could prevent any agent from inducing expression of these constructs. Additionally, Meichle provides no data as to whether PK inhibitors affected expression of any endogenous gene.   Therefore, one would not read Meichle as either describing or suggesting any use of PK inhibitors to reduce or NF-kB-mediated gene transcription by reducing NF-kB activity.

151.  Finally, in the EMSA assays (Figs. 2 and 3), Meichle employed a 29 base pair oligonucleotide corresponding to a portion of the HIV enhancer. As discussed above, studies have documented that this sequence binds not only NF-kB but also other transcription factors including factors in the NFAT transcription factor family. To substantiate that the most slowly migrating complex observed in the EMSA assay corresponded to NF-kB, it would have been necessary to determine whether mutation of the putative NF-kB binding site abrogated binding. Without this control, the data Meichle provides are insufficient to support the authors' conclusion that PK inhibitors were able to reduce NF-kB binding activity.  In summary, Meichle fails to provide any data that would have led one of ordinary skill in the art to reasonably expect that one could successfully use PK inhibitors to modify any NF-kB mediated effects or NF-kB mediated gene expression by reducing NF-kB activity.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 69 of 74  of Declaration of Dr. Inder Verma*

(ii)     **Express Anticipation Rejection based on Shirakawa 1989**

152.   Shirakawa et al. reports various experiments conducted in a mouse pre-B cell line

70Z/3, and in human natural killer-like cell line, YT. Shirakawa describes a series of experiments

conducted to determine whether the ability of IL-1 in these cells to stimulate NF-kB binding

activity required the activity of cAMP-activated kinases. (Shirakawa at 2424).   Shirakawa

examined this question using a methodology similar to Meichle, pretreating the cells with H8 for

hours before stimulating cells with IL-1. (Shirakawa at 2426).  The Examiner contends that the

use of H8 as described in Shirakawa would have anticipated '516 patent claims 1-2, 5, 6, 8, 9,

20-21, 25-27, 29, 31, 32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-

97, if these claims were entitled only to a November 13, 1991 filing date. I respectfully disagree.

153.   As discussed above, I understand all of the above claims as being directed to

methods carried out on cells in which NF-kB activity has been induced. In this regard, the

Examiner erroneously states that "Shirakawa teaches the reduction of NF-kB activity in induced

cells using agents that inhibit protein kinase C" (Office Action at 12).   The experiments

Shirakawa describes in which H8 was administered to cells, including the specific experiments

the Examiner relies on, (Fig. 1, portions of Fig. 2) were all conducted by pretreating cells with

H8 for 2 hours before cells were stimulated with IL-1. (Shirakawa at 2426).   Again, as in

Meichle, pretreatment was performed to prevent a cellular response to IL-1 by inactivating PK-C

and PK-A (and most likely other kinases) before stimulating the cell with IL-1. (Shirakawa at

2425-26). The use of these inhibitors as described by Shirakawa, therefore, was not in induced

cells as assumed by the Examiner. None of these experiments would therefore have carried out

the various methods described by the above claims.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 70 of 74  of Declaration of Dr. Inder Verma*

154.    The examiner also contends that based on CAT reporter assays described in Fig. 1, Shirakawa teaches use of PK inhibitors (H8) to reduce NF-kB-mediated gene transcription by reducing NF-kB activity, and therefore would have practiced the above claims. (Office Action at 12-13).  I respectfully disagree.  As discussed above, in this experiment cells were pretreated with H8 for two hours before being treated with IL-1.  (Shirakawa at 2425).  In fact, Fig. 1 indicates that before being treated with IL-1, the cells were washed and the H8 removed.  The use of H8 in this experiment as described by Shirakawa, therefore, was not in induced cells and would not have reduced any induced effect in the cell, or practiced any of the claims, as the Examiner contends.

155.    Moreover, one skilled in the art would be aware that each of the three PK inhibitors (H7, H8 and staurosporine) in particular at dose ranges used in Meichle and Shirakawa, are relatively unspecific and in addition to PK-C and PK-A affect numerous kinases. Significantly, by inhibiting other kinases, these agents can inhibit transcription unrelated to effects on PKC, or NF-kB.  In particular, both H7 and H8 have been demonstrated to block gene expression and to inhibit mRNA chain elongation, most likely by inhibiting TFIIH kinase activity. (Yankulov et al. 1995; Kumahara et al. 1999) (**Exhibits 39 and 40**). Therefore, appropriate controls are a necessity in order to properly interpret the effects of such inhibitors on a transcriptional assay, such as CAT reporter assay, as being related to NF-kB.  Shirakawa omits any such controls from CAT reporter experiment described in Fig. 1, for example, evidence that H8 would not affect expression of appropriately matched CAT construct lacking an NF-kB binding site.  One skilled in the art would therefore not have read Shirakawa as teaching that one could use H8 to reduce In summary, therefore, for all the reasons above, one would not have read

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 71 of 74  of Declaration of Dr. Inder Verma*
Shirakawa to have taught reducing NF-kB-mediated gene transcription by reducing NF-kB

activity, or to have carried out any of the above '516 patent claims.


## X.    5-ASA

### A.    Inherent anticipation rejection based on Dew 1983

156.  I understand that the Examiner has rejected claims 1-2, 5, 6, 8, 9, 20-27, 29, 31-38,

40, 53-62, 64-73, 75-80, 82, 84 and 88-97 as anticipated by Dew 1983 and explained by various

cited non-prior art. (Office Action at 32).  I have reviewed each of these references, the cited

non-prior art and the above claims.  The Examiner contends that each of these references teaches

administration of 5-ASA for the treatment of ulcerative colitis. The Examiner contends further

that cited non-prior art evidence shows that administration of 5-ASA as described in Dew would

have necessarily reduced NF-kB activity "by a mechanism including phosphorylation [*sic*] of

IkB" (Office Action at 33). The Examiner contends that therefore, each of these references

inherently anticipates the above claims.  I respectfully disagree.

157. Dew 1983 describes a clinical study conducted to compare use of a coated

formulation of 5-amino salicylic acid to sulphasalazine in maintaining remission in patients who

were in remission with ulcerative colitis. (Dew at 23).  In fact, admission into the study

"depended on normal sigmoidoscopic findings." *Id.*  In other words, the study excluded any

patient that was currently suffering from active ulcerative colitis disease. In this regard, the

Examiner erroneously states that Dew "teaches administration of 5-ASA for the treatment of

ulcerative colitis in humans." (Office Action at 33).

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 72 of 74  of Declaration of Dr. Inder Verma*

158.   As noted above, I understand the above claims are all directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing stimulus (external influence). Dew does not mention NF-kB, and does not describe any external influence that would have induced NF-kB activity.  A representation of a eukaryotic cell in which NF-kB is not activated by an external influence is shown in Schematic 9 of **Exhibit 1**.  The Examiner relies on data from Bantel, a non-prior art study conducted on patients with active ulcerative colitis, to assume that NF-kB activity would have been induced in the patients Dew studied.   Such an assumption has no basis, as patients in Dew were not suffering from active ulcerative colitis, and represented an entirely different group of patients from those Bantel studied.   In this regard, Bantel specifically notes that the patients studied were those "with an acute episode of moderative ulcerative colitis" as evidenced by endoscopic findings.  (Bantel at 3453). Further, none of the other non-prior art references provide any evidence that NF-kB would be necessarily induced in patients in remission from ulcerative colitis.   To the extent the Examiner relies on these other non-prior art references as evidence as to the effect of 5-ASA in induced cells, none of these other non-prior art references are relevant to use of 5-ASA in Dew.   There is no evidence that use of 5-ASA described in Dew would have involved administration of 5-ASA to cells in which NF-kB activity was induced. Dew therefore could not have anticipated any of the '516 patent claims.

159.   The Examiner also asserts that the patients in the Bantel study "were administered the same 5-ASA formulation (tradename MESALAZINE) in the same amount as in the Dew reference." (Office Action at 33).  Such an assumption cannot be correct. Bantel specifically notes the data was generated from patients who were participating in a study "investigating the therapeutic effect of a *newly developed* mesalazine." (emphasis added) (Bantel at 3453).  While

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 73 of 74  of Declaration of Dr. Inder Verma*

the 5-ASA Dew used was formulated by the investigators by coating 5-ASA with Eudragit S,

the formulation used in Bantel consisted of pellets coated instead with Eudragit L.  (Bantel at

3453).  In the absence of any evidence demonstrating these formulations to be equivalent, one

cannot assume they would necessarily act in the same manner.

## XI.    N-Acetyl -L-Cysteine

### A.    .  Express Anticipation Rejection based on Staal 1990

160.  I understand that the Examiner has rejected claims 18 and 182-185 as anticipated

based on Staal 1990. I have reviewed each of these references and the claims.  All these claims

require "reducing NF-kB activity."  The Examiner contends that each of these references teach

inhibiting TNF-$\alpha$ activation and signaling caused by TNF-$\alpha$  by reducing NF-kB activity by

administration of N-acetyl-L-cysteine (NAC).  One skilled in the art would not have understood

any of these references to demonstrate that use of NAC reduced NF-kB activity.

161.  Staal reports various experiments conducted in Jurkat cells, a human T cell

lymphoma line, and 293.27.2, a cell line stably transfected with a CAT expression construct.  As

Staal notes, NAC is a drug which can prevent a reduction in intracellular thiol levels by serving

as a precursor for the intercellular thiol, glutathione (GSH). (Staal at 9943). In previous studies,

the authors had observed in certain T cell lines that NAC prevented TNF from stimulating

certain cellular responses. (Staal at 9943). In this regard, Staal reported that TNF stimulation

caused a rapid transient decrease in intracellular thiol levels. (Staal at 9944). Staal here reports a

series of experiments conducted to examine whether the ability of NAC to prevent a TNF-

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 74 of 74  of Declaration of Dr. Inder Verma*

stimulated reduction in intracellular thiol levels also prevented TNF from activating NF-kB.

(Staal at 9944).

162.  As discussed above, I understand all of the above claims as being directed to methods carried out on cells in which NF-kB activity has been induced. In contrast, the aim of the Staal study was to determine whether NAC, by inhibiting thiol levels, could act on cells before they experienced stimulation. (Staal at 9944).  In particular, in the experiments specifically relied upon by the Examiner, cells were always treated simultaneously with both NAC and TNF- α. (Staal at 9945-46). In these experiments, NAC therefore could not have inhibited TNF-α signaling by reducing induced NF-kB activity.  None of these experiments have administered NAC to induced cells. Staal therefore could not teach the invention claimed in claims 18 and 182-185.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made herein on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the above-identified patent.

Inder Verma, Ph.D.                                     Date

# EXHIBIT B

# Exhibit A
### of Dr. Verma Declaration
### filed November 9, 2006 in
A Merged Proceeding of *Ex Parte* Reexamination
Control Nos:

90/007,503            and            90/007,828
Filed April 4, 2005            Filed December 2, 2005

Merged Pursuant to May 4, 2006 Merger Decision
Group Art Unit: 3991   Examiner: B.M. Celsa

# INDER M. VERMA
## *CURRICULUM VITAE*

| | | | |
|---|---|---|---|
| **Address:** | Laboratory of Genetics | **Home:** | 1620 Valdes Drive |
| | The Salk Institute | | La Jolla, CA 93037 |
| | 10010 North Torrey Pines Road | | |
| | La Jolla, CA 92037 | | |
| **Tel:** | (858) 453-4100 x1462 | | |
| **Fax:** | (858) 558-7454 | | |
| **E-mail:** | verma@salk.edu | | |
| **Date of Birth:** | November 28, 1947 | | |
| **Place of Birth:** | Sangrur, Punjab, India | | |
| **Citizenship:** | U.S. Citizen | | |

## EDUCATION:

| | |
|---|---|
| 1971-1974 | Department of Biology, Massachusetts Institute of Technology, Cambridge, MA. Postdoctoral fellow (with Dr. D. Baltimore) |
| 1967-1971 | The Weizmann Institute of Science, Rehovot, Israel, Ph.D. Biochemistry |
| 1964-1966 | Lucknow University, India M.Sc. Biochemistry |

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 6/95 - Present | Professor, Laboratory of Genetics, The Salk Institute, La Jolla, California |
| 2/85 -6/95 | Professor, Molecular Biology and Virology Laboratory, The Salk Institute |
| 7/83 - Present | Adjunct Professor, Department of Biology, University of California, San Diego |
| 2/83 - 1/85 | Senior Member, Molecular Biology and Virology Laboratory, The Salk Institute |
| 7/79 - 1/83 | Adjunct Associate Professor, Department of Biology, University of California, San Diego |
| 1/79 - 1/83 | Associate Professor, The Salk Institute |
| 4/74 - 1/79 | Assistant Professor, The Salk Institute |

## HONORS AND AWARDS:

| | |
|---|---|
| 2006 | Member of the American Philosophical Society |
| 2005 | Foreign Fellow, Indian National Science Academy (INSA) |
| 2000 | Fellow, American Academy of Arts and Sciences |
| 1999 | Member, Institute of Medicine of The National Academy of Sciences (USA) |
| 1998 | Associate Member, European Molecular Biology Organization (EMBO) |
| 1997 | Member, The National Academy of Science (USA) |
| 1997 | Foreign Fellow, The National Academy of Sciences, India |
| 1997 | Fellow, American Academy of Microbiology |
| 1995 | Member, The Third World Academy of Sciences |
| 1995 | Charaka Award of The Association of Indians in America |
| 1993 | Thrombosis Research Institute, London, Annual Award for 1993 |

A Merged Proceeding of *Ex Parte*
Reexamination Control Nos:
90/007,503, Filed April 4, 2005 and
90/007,828, Filed December 2, 2005
**Exh. A** of Dr. Verma Declaration

Verma, Inder M.

| | |
|---|---|
| 1990 | American Cancer Society Professor of Molecular Biology |
| 1988 | NIH Outstanding Investigator Award |
| 1987 | NIH Merit Award |
| 1985 | Medal for Outstanding Scientist of North American Scientists of Indian Origin |
| 1970 - 1973 | Fellow of the Jane Coffin Childs Memorial Fund for Medical Research |
| 1967 - 1970 | Reverend Solomon B. Caulker Memorial Fellowship |
| 1964 - 1966 | First in order of merit in M.Sc. |

## EXTRACURRICULAR SERVICES:

| | |
|---|---|
| 2006 – 2007 | Chair of the Faculty and Academic Council of The Salk Institute |
| 2001 - Present | Editorial Board of the Proceedings of the National Academy of Sciences (USA) |
| 2001 – Present | Ceregene, Inc., member, Board of Directors and Scientific Advisory Board |
| 2001 – Present | Xenogen, Scientific Advisory Board |
| 2001 – Present | Jubilant Biosys, Ltd., member, Scientific Advisory Board and Board of Directors |
| 1999 – 2004 | Editor-in-Chief, Molecular Therapy (journal of the American Society for Gene Therapy) |
| 1998 – 2001 | Editoral Board of Genetic Medicine |
| 2000 – 2001 | President, American Society for Gene Therapy |
| 1997 - Present | Agensys, Santa Monica, CA, member, Scientific Advisory Board |
| 1997 - Present | Cell Genesys, Inc., Foster City, CA, member, Board of Directors and Chairman, Scientific Advisory Board, |
| 1997 - 2001 | Arcaris Pharmaceuticals, Salt Lake City, UT, member, Scientific Advisory Board |
| 1995 - 1999 | Editor, GENE |
| 1995 - 1999 | Member, Scientific Advisory Board of MA Bioservices, Rockville, MD |
| 1994 - Present | Editor, Gene Expression |
| 1998<br>2000 - Present,<br>1994 – 1998, &<br>1989 - 1991 | Member, American Society for Virology<br><br><br>Member, Board of Trustees, The Salk Institute |
| 1993 - 1999 | Editor, Journal of Virology |
| 1993 - 2001 | Founder and Chairman of the Scientific Advisory Board, Signal Pharmaceuticals, Inc., San Diego, CA |
| 1989 - 1998 | Member Academic Council of The Salk Institute |
| 1983 - Present | Coordinator of the Scientific Advisory Committee established by the Prime Minister of India for the Department of Biotechnology |
| 1990 - 1997 | Founder and Chairman of the Scientific Advisory Board, Somatix Therapy Corporation, Alameda, CA |
| 2001 – 2002,<br>1996 - 1997 &<br>1991 - 1992 | Chairman of the Faculty and Academic Council of The Salk Institute |
| 1994 - 1995 &<br>1989 - 1990 | Vice Chairman: Faculty and Academic Council of The Salk Institute |

## REVIEW COMMITTEES:

| | |
|---|---|
| 2001 – Present | Fred Hutchinson Cancer Research Center, Scientific Advisory Board |

Verma, Inder M.

| | |
|---|---|
| 2000 – Present | Cleveland Clinic Foundation, External Advisory Board |
| 1998 - Present | Wellcome Trust Fellowship Review Committee |
| 1997 – Present | Damon Runyon Scholar Award Committee |
| 1991 - Present | General Motors Sloan Selection Committee |
| 1997 | Scientific Advisory Committee, Ben May Cancer Institute, University of Chicago |
| 1997 | Scientific Advisory Committee, Leukemia Society of America |
| 1995 | Chairman, Ad Hoc Review Committee for the Recombinant DNA Advisory Committee |
| 1994 | Quinquennial Review Committee for ICRF, London |
| 1993 | American Cancer Society Postdoctoral Fellowship Screening Committee |
| 1992 | Institute of Biomedical Sciences Scientific External Research Review, Taipei, Taiwan |
| 1989-1993 | Member, Scientific Advisory Committee of the Damon Runyon-Walter Winchell Cancer Research Fund |
| 1986-1989 | Chairman, Advisory Committee on Cell & Developmental Biology, American Cancer Society |
| 1981-1985 | Member, Virology Study Section, NIH |

## PUBLICATIONS:

DR. VERMA HAS OVER 200 PUBLICATIONS. BELOW ARE SELECTED PUBLICATIONS CONSIDERED TO BE MAJOR CONTRIBUTIONS IN BIOLOGICAL SCIENCES:

Oncogenes and Cancer

*α and β subunits of AMV reverse transcriptase are related:*

Gibson, W., and Verma, I.M. (1974) Studies on the reverse transcriptase of RNA Tumor Viruses. Proc. Natl. Acad. Sci. USA 71:4 991-4994.

*Genome structure by heteroduplex mapping: mos (src) sequences are not viral:*

Hu, S., Davidson, N., and Verma, I.M. (1977) Heteroduplex study of the sequence relationship between the RNAs of M-MSV and M-MLV. Cell 10:469-477.

*First physical maps of proviral DNAs:*

Verma, I.M., and McKennett, M.A. (1978) Genome organization of RNA tumor viruses. II. Physical maps of *in vitro* synthesized Moloney murine leukemia virus double-stranded DNA by restriction endonucleases. J. Virol. 26:630-645.

*Molecular architecture of the first transforming retrovirus:*

Van Beveren, C., van Straaten, F., Galleshaw, J.A., and Verma, I.M. (1981) Nucleotide sequence of the genome of a murine sarcoma virus. Cell 27:97-108.

- 3 -

Verma, Inder M.

*Identification of an oncogenic protein by generating antibodies to a synthetic peptide predicted nucleotide sequence:*

Papkoff, J., Lai, M.H.-T., Hunter, T., and Verma, I.M. (1981) Analysis of the transforming gene products of Moloney murine sarcoma virus. Cell 27:109-119.

*Complete structural analysis of the 1st recombinant env gene of MCF viruses:*

Bosselman, R.A., van Straaten, F., Van Beveren, C., Verma, I.M., and Vogt, M. (1982) Analysis of env gene of a molecularly cloned and biologically active mink cell focus-forming proviral DNA. J. Virol. 44:19-31.

*Identification of a new oncogene fos:*

Van Beveren, C., van Straaten, F., Curran, T., Muller, R., and Verma, I.M. (1983) Analysis of FBJ-MSV provirus and c-fos (mouse) gene reveals that viral and cellular fos gene products have different carboxy- termini. Cell 32:1241-1255.

Curran, T., Miller, A.D., Zokas, L., and Verma, I.M. (1984) Viral and cellular fos gene products are located in the nucleus. Cell 36:259-268.

*Transformation by proto-oncogene fos: unique regulation:*

Miller, D.A., Curran, T., and Verma, I.M. (1984) c-fos proteins can induce cellular transformation: a novel mechanism of activation of a cellular oncogene. Cell 36:51-60.

Meijlink, F., Curran, T., Miller, A.D. and Verma, I.M. (1985) Removal of a 67-base-pair sequence in the noncoding region of proto-oncogene fos converts it to a transforming gene. Proc. Natl. Acad. Sci. USA 82:4987-4991.

*Expression of oncogenes during development:*

Muller, R., Slamon, D., Tremblay, J., Cline, M.J., and Verma, I.M. (1982) Differential expression of cellular oncogenes during pre- and postnatal development of the mouse. Nature 299:640-644.

*Expression of fos during growth and differentiation:*

Kruijer, W., Cooper, J.A., Hunter, T., and Verma, I.M. (1984) PDGF induces rapid but transient expression of the c-fos gene. Nature 312:711-716.

Mitchell, R.L., Zokas, L.,Schreiber, R.D., and Verma, I.M. (1985) Rapid induction of the expression of proto-oncogene fos during human monocytic differentiation. Cell 40:209-217.

*Autoregulation of cancer genes:*

Sassone-Corsi, P., Sisson, J.C. and Verma, I.M. (1988) Transcriptional autoregulation of the Proto-oncogene fos. Nature 324:314-31 9.

*Network of nuclear oncoproteins:*

Sassone-Corsi, P., Lamph, W.W., Kamps, M. and Verma, I.M. (1988) fos- Associated cellular p39 is related to nuclear transcription factor AP- 1. Cell 54:553-560.

- 4 -

Verma, Inder M.

*Mechanism of protein-protein and protein-DNA association:*

Ransone, L.J., Visvader, J., Sassone-Corsi, P., and Verma, I.M. (1989) Fos-jun interaction: mutational analysis of the 'leucine zipper' domain of both proteins.  Genes & Dev. 3:770-781.

Ransone, L.J., Visvader, J., Sassone-Corsi, P., and Verma, I.M. (1989) Fos-Jun interaction: mutational analysis of the "leucine zipper" domain of both proteins.  Genes & Dev. 3:770-781.

*Oncoproteins Fms and Rel*

Coussens, L., Van Beveren, C., Smith, D., Chen, E., Mitchell, R.L., Isacke, C., Verma, I.M., and Ullrich, A. (1986) Structural alteration of viral homologue of receptor proto-oncogene fms at a carboxyl terminus.  Nature 320:277-280.

Visvader, J. and Verma, I.M. (1989) Differential transcription of exon 1 of the human c-fms gene in placenta and monocytes.  Mol. Cell. Biol. 9:1336-1341.

Bull, P., Hunter, T., and Verma, I.M. (1989) Transcriptional induction of murine c-rel gene with serum and TPA.  Mol. Cell. Biol. 9:5239-5243.

Inoue, J.-I., Kerr, L. D., Kakizuka, A. and Verma, I. M. (1992) IkBγ, a 70 kd protein identical to the C-terminal half of p110 NF-κB: a new member of the IκB family.  Cell 68:1109-1120.

Verma, I. M., Stevenson, J. K., Schwarz, E. M., Van Antwerp, D. and Miyamoto, S. (1995) Rel/NF-κB/IκB family: intimate tales of association and dissociation.  Genes & Dev. 9:2723-2735.

Van Antwerp, D.J. Martin, S.J., Kafri, T., Green, D.R., and Verma, I. M. (1996) Suppression of TNF-α-induced apoptosis by NF-κB.  Science 274:787-789.

Schwarz, E. M., Krimpenfort, P. Robanus-Maandag, E. Berns, A. and Verma, I. M. (1997) Immunological defects in mice with a targeted disruption in Bcl-3.  Genes & Dev. 11:187-1997.

Tashiro, K., Pando, M. P., Kanegae, Y., Wamsley, P. M., Inoue, S. and Verma, I. M. (1997) Direct involvement of the ubiquitin-conjugating enzyme Ubc9/Hus5 in the degradation of IκBα.  Proc. Natl. Acad. Sci. USA 94:7862-7867.

Verma I.M., Stevenson J. (1997) IκB kinase: Beginning, not the end. Proc. Natl. Acad. Sci. USA 94:11758-11760.

Kanegae, Y., Tavares, A. T., Izpisúa Belmonte, J. C., and Verma, I. M. (1998). The role of Rel/NF-κB transcription factors during the outgrowth of the vertebrate limb. Nature 392, 611-614.

Van Antwerp, D. J., Martin, S. J., Verma, I. M., and Green, D. R. (1998). Inhibition of TNF-induced apoptosis by NF-κB. Trends in Cell Biol. 8, 107-111.

Li, Q., Van Antwerp, D., Mercurio, F., Lee, K.-F., and Verma, I.M. (1999) Severe liver degeneration in mice lacking the IkB kinase 2 gene. Science 284: 321-325.

Li, Q., Lu, Q., Hwang, J.Y., Büscher, D., Lee, K.-F., Izpisua-Belmonte, J.C., and Verma, I.M. (1999)  IKK1-deficient mice exhibit abnormal development of skin and skeleton. Genes & Dev. 13:1322-1328.

Pando, M. P. and I. M. Verma (2000). Signal dependent and independent degradation of free and NF-κB bound IκBα. Mol. Cell. Biol. 275: 21278-21286.

- 5 -

Verma, Inder M.

Li, Q., G. Estepa, et al. (2000). Complete lack of NF-κB activity in IKK1 and IKK2 double deficient mice: Additional defect in neurulation. Genes Dev:14:1729-1733.

Li Q, Verma IM. NF-κB regulation in the immune system. Nature Rev Immunol. 2002; 2:725-734.

Tergaonkar V, Pando M, Vafa O, Wahl G, Verma I. p53 stabilization is decreased upon NFκB activation; A role for NFkB in acquisition of resistance to chemotherapy. Cancer Cell. 2002; 1:493-503.

Ducut Sigala JL, Bottero V, Young DB, Shevchenko A, Mercurio F, Verma IM. (2004) ELKS, a new subunit of the IkB kinase complex: essential for NF-kB activation. Science 304: 1963-1967.

Breast Cancer Genes (BRCA1, BRCA2)

Chapman, M. S. and Verma, I. M. (1996) Transcriptional activation by BRCA1. Nature 382:678-679.

Ruffner, H. and Verma, I. M. (1997) BRCA1 is a cell cycle-regulated nuclear phosphoprotein. Proc. Natl. Acad. Sci. USA 94:7138-7143.

Ruffner, H., Jiang, W., Craig, A.G., Hunter, T., and Verma, I.M. (1999) BRCA1 is phosphorylated at serine 1497 in vivo at a cyclin-dependent kinase 2 phosphorylation site. Molec. Cell Biol. 19:4843-4854.

Spain, B.H.; Larson, C.J.; Shihabuddin, L.S.; Gage, F.H.; Verma, I.M. (1999) Truncated BRCA2 is cytoplasmic: Implications for cancer-linked mutations. Proc. Natl. Acad. Sci. (USA) 96: 13920-13925.

Pao, G.M.; Janknecht, R.; Ruffner, H.; Hunter, T.; Verma, I.M. (2000) CBP/p300 interact with and function as transcriptional coactivators of BRCA1. Proc. Natl. Acad. Sci. (USA) 97: 1020-1025.

Ruffner, H., Joazeiro, C.A.P., Hemmati, D. Hunter, T., Verma I. M. (2001) Cancer-predisposing mutations within the RING domain of BRCA1: Loss of ubiquitin protein ligase activity and protection from radiation hypersensitivity Proc. Natl. Acad. Sci. (USA). 98:5134-5139.

Xia Y, Pao GM, Chen H-W, Verma IM, Hunter T. (2003) Enhancement of BRCA1 E3 ubiquitin ligase activity through direct interaction with the BARD1 protein. J. Biol. Chem. 278:5255-5263.

Shin S, Verma IM. (2003) BRCA2 cooperates with histone acetyltransferases in androgen receptor-mediated transcription. Proc Natl Acad Sci U S A. 100:7201-7206.

Gene Therapy

Verma, I. M. (1990) Gene Therapy. Scientific American, November, pp.68-84.

Verma I.M., Somia N. (1997) Gene therapy: promises, problems and prospects. Nature 389:239-242.

Kafri T, Blömer U, Gage FH, Verma IM (1997) Sustained expression of genes delivered directly in liver and muscle by lentiviral vectors. Nat Gen 17:314-317.

- 6 -

Verma, Inder M.

Somia, N.V.; Schmitt, M.J.; Vetter, D.E.; Van Antwerp, D.; Heinemann, S.F.; Verma, I.M. (1999) LFG: a novel anti-apoptotic gene that protects from Fas mediated cell death. Proc. Natl. Acad. Sci. (USA) 96: 12667-12672.

Wang, L.; Nichols, T.C.; Read, M.S.; Bellinger, D.A.; Verma, I.M. (2000) Sustained expression of therapeutic level of factor IX in hemophilia B dogs by AAV-mediated gene therapy in liver. Mol. Ther.:1:154-158.

Somia, N.V.; Miyoshi, H.; Schmitt, M.J.; Verma, I.M. (2000) Retroviral vector targeting to human immunodeficiency virus type 1-infected cells by receptor pseudotyping. J. Virol.: 74:4420-4424.

Pfeifer, A., Brandon, E.P., Kootstra, N., Gage, F.H. Verma, I.M. (2001) Delivery of the Cre recombinase by a self-deleting lentiviral vector: Efficient gene targeting *in vivo* Proc. Natl. Acad. Sci. (USA). 10:1073-1078.

Pfeifer, A., Kessler, T., Yang, M., Baranov, E., Kootstra, N., Cheresh, D.A., Hoffman, R.M., Verma, I.M. (2001) Transduction of liver cells by lentiviral vectors: analysis in living animals by fluorescence imaging Mol Ther. 3:319-322.

Pfeifer, A., M. Ikawa, et al. (2002). Transgenesis by lentiviral vectors: lack of gene silencing in mammalian embryonic stem cells and preimplantation embryos. Proc. Natl. Acad. Sci. (USA) 99:2140-2145.

Ikawa, M., V. Tergaonkar, et al. (2002). Restoration of speermatogenesis by lentiviral gene transfer: offspring from infertilel mice. Proc. Natl. Acad. Sci. (USA) 99:7524-7529.

Galimi F, Noll M, Kanazawa Y, Lax T, Chen C, Grompe M, Verma IM. (2002) Gene therapy of Fanconi anemia: preclinical efficacy using lentiviral vectors. Blood 100:2732-2736.

Verma IM, Weitzman WD. (2005) Gene therapy: Twenty-first century medicine. Annu Rev Biochem.; 74:711-738.

Woods N-B, Bottero V, Verma IM. Gene therapy: therapeutic gene causing lymphoma. Nature 2006; 440:1123.

*First retrovirus with a human gene known to cause genetic disease:*

Miller, A.D., Jolly, D.J., Friedmann, T., and Verma, I.M. (1983) A transmissible retrovirus expressing human hypoxanthine phosphoribosyl- transferase (HPRT): gene transfer into cells obtained from humans deficient in HPRT. Proc. Natl. Acad. Sci. USA 80:4709-4713.

*First expression in bone marrow cells:*

Miller, A.D., Eckner, R.J., Jolly, D.J., Friedmann, T., and Verma, I.M. (1984) Expression of a retrovirus encoding human HPRT in mice. Science 225:630-632.

*First insertion and expression of foreign gene in skin cells:*

St. Louis, D. and Verma, I.M. (1988) An alternative approach to somatic cell gene therapy. Proc. Natl. Acad. Sci. USA 85:3150-3 154.

Axelrod, J. H., Read, M. S., Brinkhous, K. M., and Verma, I.M. (1990) Phenotypic correction of factor IX deficiency in skin fibroblasts of hemophilic dogs. Proc. Natl. Acad. Sci. USA 87:5173-5177.

Verma, Inder M.

Scharfmann, R., Axelrod, J. H., and Verma, I. M. (1991) Long-term *in vivo* expression of retrovirus-mediated gene transfer in mouse fibroblast implants. Proc. Natl. Acad. Sci. USA 88:4626-4630.

Dai, Y., Roman, M., Naviaux, R. K. and Verma, I. M. (1992) Gene therapy via primary myoblasts: long-term expression of factor IX protein following transplantation *in vivo*. Proc. Natl. Acad. Sci. USA 89:10892-10895.


*Immune Problems of Adenoviral Vectors:*

Dai, Y., Schwarz, E. M., Gu, D. Zhang, W.-W., Sarvetnick, N. and Verma, I. M. (1995) Cellular and humoral immune responses to adenoviral vectors containing factor IX gene: tolerization of factor IX and vector antigens allows for long-term expression. Proc. Natl. Acad. Sci. USA 92:1401-1405.

Wang L., Zoppé M., Hackeng T.M., Griffin J.H., Lee K.-F, Verma, I.M. (1997) A factor IX-deficient mouse model for hemophilia B gene therapy. Proc. Natl. Acad. Sci. (USA) 94:11563-11566.

Kafri, T., Morgan, D., Krahl, T., Sarvetnik, N., Sherman, L., Verma, I. (1998) Cellular immune response to adenoviral vector infected cells does not require *de novo* viral gene expression: implications for gene therapy. Proc. Natl. Acad. Sci. USA 95: 11377-11382.

Wang, L., Takabe, K., Bidlingmaier, S.M., Ill, C.R., and Verma I.M. (1999) Sustained correction of bleeding disorder in hemophilia B mice by gene therapy. Proc. Natl. Acad. Sci. (USA) 96: 3906-3910


*Lentiviral Vectors:*

Naldini, L., Blömer, U., Gallay, P., Gage, F. H., Verma, I. M. and Trono, D. (1996) *In vivo* gene delivery and stable transduction of postmitotic cells by a lentiviral vector. Science 272:263-267.

Naldini, L., Blömer, U., Gage, F.H., Trono, D., Verma, I.M. (1996) Efficient transfer, integration, and sustained long-term expression of the transgene in adult rat brains injected with a lentiviral vector. Proc. Natl. Acad. Sci. USA 93:11382-11388.

Blömer, U., Naldini, L., Kafri, T., Trono, D., Verma, I.M., Gage, F.H. (1997) Highly efficient and sustained gene transfer in adult neruons with a lentivirus vector. J. Virol. 71:6641-6649.

Miyoshi, H., Takahashi, M., Gage, F.H., Verma, I.M. (1997) Stable and efficient gene transfer into the retina using an HIV-based lentiviral vector. Proc. Natl. Acad. Sci. USA 94:10319-10323.

Miyoshi, H., Blömer, U., Takahashi, M., Gage, F.H., Verma, I.M. (1998) Development of a self-inactivating lentivirus vector. J. Virol. 72:8150-8157.

Kafri, T., van Praag, H., Ouyang, L., Gage, F.H., Verma, I.M. (1999) A packaging cell line for lentivirus vectors. J. Virol. 73:576-584.

Miyoshi, H., Smith, K.A., Mosier, D.E., Verma, I.M., Torbett, B.E. (1999) Lentiviral vectors efficiently transduce human CD34+ cells that mediate long-term multilineage engraftment of NOD/SCID mice. Science 283:682-686.

Takahashi, M., Miyoshi, H., Verma, I.M., Gage, F.H. (1999) Rescue from photoreceptor degeneration in the rd mouse by human immunodeficiency virus vector-mediated gene transfer. J Virol 73: 7812-7816.

Kafri, T., H. van Praag, F.H Gage, I.M. Verma (2000). Lentiviral vectors: regulated gene expression. Mol Ther 1: 516-521.

- 8 -

Verma, Inder M.

Tiscornia G, Singer O, Ikawa M, Verma IM. (2003) A general method for gene knockdown in mice by using lentiviral vectors expressing small interfering RNA. Proc. Natl. Acad. Sci. (USA). 100:1844-1848.

Marr RA, Rockenstein E, Mukherjee A, Hersh LB, Gage FH, Verma IM, Maslian E. (2003) Neprilysin gene transfer reduces human amyloid pathology in transgenic mice. J. Neurosci. 23:1992-1996.

Kootstra NA, Münk C, Tonnu N, Landau NR, Verma IM. (2003) Abrogation of post-entry restriction of HIV-1 based lentiviral vector transduction in simian cells. Proc. Natl. Acad. Sci. (USA).298-303.

Kootstra NA, Matsumura R, Verma IM. (2003) Efficient production of human FVIII in hemophilic mice using lentiviral vectors. Mol Ther. 7:623-631.

Kootstra N, Verma IM. (2003) Gene therapy with viral vectors. Ann Rev Pharmacol Toxicol. 43:413-439.

Dodart J-C, Marr RA, Koistinaho M, Gregersen BM, Malkani S, Verma IM, Paul SM. (2005) Gene delivery of human apolioprotein E alters brain Ab burden in a mouse model of Alzheimer's disease. Proc Natl Acad Sci.; 102:1211-1216.

Tiscornia G, Tergaonkar V, Galimi F, Verma IM. (2004) CRE recombinase-inducible RNA interference mediated by lentiviral vectors. Proc Natl Acad Sci.; 101:7347-7351.

Marr RA, Guan H, Rockenstein E, Kindy MS, Gage FH, Verma I, Masliah E, Hersh LB. (2004) Neprilysin regulates amyloid b peptide levels. J Mol Neurosci.; 22:5-12.

Tergaonkar V, Correa RG, Ikawa M, Verma IM. Distinct roles of IκB proteins in regulating constitutive NFκB activity. Nature Cell Biology. 2005:7:921-923

Hovatta I, Tennant RS, Helton R, Marr RA, Singer O, Redwine JM, Schadt EE, Ellison JA, Verma IM, Lockhart DJ, Barlow C. Glyoxalase 1 and glutathione reductase 1 regulate anxiety in mice. Nature 2005; 438:662-666.

- 9 -