# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 27, 2007

The Honorable Mary Pat Thynge  
United States District Court  
844 North King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Amgen Inc. et al. v. ARIAD Pharmaceuticals, Inc.*,  
C.A. No. 06-259-MPT

Dear Judge Thynge:

We, along with Irell & Manella, LLP, represent defendant ARIAD Pharmaceuticals, Inc. ("ARIAD") in this action. The purpose of this letter is to request that one of the attorneys for ARIAD be permitted to bring electronic equipment into the Courthouse for use at the technology tutorial scheduled before Your Honor on May 1, 2007, commencing at 10:00 a.m. Specifically, ARIAD requests that Amir A. Naini, Esquire, be permitted to bring a laptop computer to the tutorial for the purpose of presenting to the Court a Powerpoint presentation.

Should the Court have any questions regarding this matter, we are available at the Court's convenience.

Respectfully,

/s/ *John G. Day*

John G. Day (#2403)

JGD: nml  
180064.1

cc: Melanie K. Sharp, Esquire (by hand and via electronic mail)  
David I. Gindler, Esquire (via electronic mail)  
Marcus E. Sernel, Esquire (via electronic mail)