# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 2, 2007

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, Delaware 19801

BY HAND AND ELECTRONIC FILING

Re:   *Amgen Inc. et al. v. ARIAD Pharmaceuticals, Inc.*,
      C.A. No. 06-259-MPT

Dear Judge Thynge:

Enclosed are copies of the slides used by Ariad Pharmaceuticals, Inc. at the technology tutorial held yesterday, May 1, 2007, before Your Honor.

Should the Court have any questions regarding this matter, we are available at the Court's convenience.

Respectfully,

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon (#3950)

Enclosure
180175.1

cc:   Melanie K. Sharp, Esquire (by hand w/encl.)
      David I. Gindler, Esquire (via electronic mail w/out encl.)
      Mark Pals, Esquire (by Federal Express w/encl.)
      Marcus E. Sernel, Esquire (via electronic mail w/out encl.)
      Ellie Corbett Hannum (by hand w/encl.)