IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation, <br><br> Defendants. | C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH, <br><br> Counterclaim Defendants. | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Counterclaim Plaintiffs and newly added Counterclaim Defendant Wyeth, and subject to the approval of the Court, that Counterclaim Defendant Wyeth's time to move, answer or otherwise respond to the counterclaim against it is hereby extended through and including May 29, 2007.

THE PARTIES HERETO FURTHER AGREE that Counterclaim Defendant Wyeth specifically reserves all defenses available and reserves decision on whether it will consent to the jurisdiction of the Magistrate Judge in this or any other action now pending in the United States District Court for the District of Delaware.

| | |
|---|---|
| /s/ John G. Day | *Anne Shea Gaza* |
| Steven J. Balick (#2403) | Frederick L. Cottrell, III (#2555) |
| John G. Day (#2114) | cottrell@rlf.com |
| Lauren E. Maguire (#4261) | Anne Shea Gaza (#4093) |
| Ashby & Geddes | gaza@rlf.com |
| 500 Delaware Avenue | Richards, Layton & Finger, P.A. |
| 8th Floor | One Rodney Square |
| P.O. Box 1150 | 920 North King Street |
| Wilmington, Delaware 19899 | Wilmington, DE 19801 |
| 302-654-1888 | 302-651-7700 |
| sbalick@ashby-geddes.com | *Attorneys for Counterclaim Defendant Wyeth* |
| jday@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | |
| *Attorneys for Counterclaim Plaintiffs* | |
| Dated: May 4, 2007 | Dated: May 4, 2007 |

SO ORDERED this _____ day of May, 2007.

_____
Magistrate Judge Mary Pat Thynge

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>   Melanie K. Sharp
>   Young, Conaway, Stargatt & Taylor
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   P. O. Box 391
>   Wilmington, DE   19899-0391

Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-3147257-1