IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA, INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation; and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>       Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation; HARVARD UNIVERSITY, a Massachusetts corporation; MASSACHUSETTS INSTITUTE OF TECHNOLOGY, a Massachusetts corporation; and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>       Defendants,<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation; HARVARD UNIVERSITY, a Massachusetts corporation; MASSACHUSETTS INSTITUTE OF TECHNOLOGY, a Massachusetts corporation; and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>       Counterclaim-Plaintiffs,<br><br>v.<br><br>AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA, INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation; IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation; and WYETH, a Delaware corporation,<br><br>       Counterclaim-Defendants. | Civil Action No. 06-259-MPT |

**AMGEN'S FIRST NOTICE OF
<u>DEPOSITION OF MIT PURSUANT TO FED. R. CIV. P. 30(b)(6)</u>**

In accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, Amgen, Inc., Immunex, Inc., Amgen USA Inc., Amgen Manufacturing, Ltd., and Immunex Rhode Island Corporation (collectively, "Amgen") hereby provide notice that commencing at 9:00 a.m. on May 22, 2007, at the Sheraton Boston Hotel, 39 Dalton St., Boston, MA 02199, or at such other time and place mutually agreed upon by counsel for the parties, it will take the deposition of the Massachusetts Institute of Technology ("MIT") by oral examination of witness(es) designated by MIT to testify on its behalf as the person(s) most competent to testify concerning the matters listed on attached Attachment A. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by MIT should be prepared to testify as to such matters known or reasonably available to MIT. You are required to produce the witness(es) at the stated time and place, and are invited to attend to cross-examine.

MIT is requested to provide Amgen's counsel, on or before May 14, 2007, a written designation of the names and positions of the officers, directors, managing agents or other persons who are most competent to testify concerning the areas of testimony set forth in Attachment A, and, for each person designated, the matters on which he or she will testify.

The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony will be recorded by both stenographic means and sound-and-visual means.

Dated: May 4, 2007

By: _____
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Monté T. Squire (No. 4764)
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com
msquire@ycst.com

KIRKLAND & ELLIS LLP
Mark A. Pals, P.C.
Marcus E. Sernel
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000

Robert G. Krupka, P.C.
Drew Diamond
777 Figueroa Street
Los Angeles, CA 90017-5800
(213) 680-8400

*Attorneys for Plaintiffs Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation.*

## ATTACHMENT A

### DEFINITIONS

Amgen hereby incorporates by reference the Definitions as set forth in Amgen's Requests for Production and in its subpoena for documents served on MIT.

### AREAS OF TESTIMONY

1. MIT's document retention and destruction policies, practices, and procedures, including but not limited to policies with respect to retention of paper documents and policies with respect to retention of electronic and e-mail files.

2. MIT's policies, practices, and procedures with respect to the creation and maintenance of laboratory notebooks, research group meeting minutes, and research group project summaries.

3. MIT's search for and collection of documents requested in Amgen's requests for production of documents and/or in any subpoena served on MIT by Amgen, including the search terms and search methodology used to search for responsive documents stored as e-mails or in other electronic formats.

4. The identity and location of all files, archives, databases, and any other type of record storage systems, electronic or otherwise, extant or formerly extant, in or formerly in your possession or control, which may store or may have formerly stored documents responsive to Amgen's requests for the production of documents and/or any subpoena served on MIT by Amgen.

5. The maintenance and upkeep of all files, archives, databases, and any other type of record storage systems, electronic or otherwise, extant or formerly extant, in or formerly in your possession or control, which may store or may have formerly stored documents responsive

to Amgen's requests for the production of documents and/or any subpoena served on MIT by Amgen.

6.  The nature, existence and location of all documents relating to the subject matter of each of the foregoing categories, including the identity and location of all files, archives, databases, and any other type of record storage systems, electronic or otherwise, that MIT has searched.

7.  The organizational structure of MIT, including the identity of any departments in which research related to the subject matter of United States Patent No. 6,410,516 and NF-κB is performed, the heads of those departments, and any employees responsible for the administration of those departments.

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on May 4, 2007, I caused to be electronically filed a true and correct copy of *Amgen's First Notice of Deposition of MIT Pursuant to Fed. R. Civ. P. 30(b)(6)* with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> John G. Day
> Steven J. Balick
> Tiffany Geyer Lydon
> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on May 4, 2007, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

> **BY E-MAIL (by agreement of counsel)**
> Morgan Chu (mchu@irell.com)
> David I. Gindler (dgindler@irell.com)
> Amir A. Naini (anaini@irell.com)
> Christopher M. Newman (cnewman@irell.com)
> Elizabeth L. Rosenblatt (brosenblatt@irell.com)
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, CA 90067-4276

Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6713
msquire@ycst.com