IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-259 (MPT)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Matthew A. Hollander of Kirkland & Ellis LLP in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed in this motion.

Dated: May 9, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

*Attorneys for Plaintiffs*

SO ORDERED this ___ day of May, 2007

_____
United States Magistrate Judge

DB02:5291316.1                                                                                              065028.1001

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*/s/ Matt Hollander*
Matthew A. Hollander
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017
(213) 680-8400

Dated May 1, 2007

CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on May 9, 2007, I caused to be electronically filed a true and correct copy of the Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record.

>John G. Day
>Steven J. Balick
>Tiffany Geyer Lydon
>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on May 9, 2007, I caused a copy of the foregoing Motion and Order for Admission *Pro Hac Vice* to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

>**BY E-MAIL (by agreement of counsel)**
>Morgan Chu (mchu@irell.com)
>David I. Gindler (dgindler@irell.com)
>Amir A. Naini (anaini@irell.com)
>Christopher M. Newman (cnewman@irell.com)
>Elizabeth L. Rosenblatt (brosenblatt@irell.com)
>Irell & Manella LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, CA 90067-4276

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Melanie K. Sharp (No. 2501)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6681
>msharp@ycst.com