IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANU-FACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 06-259-MPT |
| ) | |
| ARIAD PHARMACEUTICALS, INC. ) | |
| ) | |
| Defendant. ) ) | |

## ORDER

At Wilmington this **17th** day of **May, 2007**.

IT IS ORDERED that a teleconference has been scheduled with Judge Thynge for **Monday, June 4, 2007 at 3:00 p.m. Eastern Time** to discuss a discovery dispute. For purposes of **this** discovery dispute **only**, the initial letter shall be due on **Wednesday, May 30, 2007 by no later than 3:00 p.m.** and the response due on **Thursday, May 31, 2007 by no later than 3:00 p.m.** Should any document(s) be filed under seal, a copy of the sealed document(s) must be provided to the Magistrate Judge within **one (1) hour of e-filing the document(s). John Day, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

                                               /s/ Mary Pat Thynge
                                               UNITED STATES MAGISTRATE JUDGE