# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 21, 2007

The Honorable Mary Pat Thynge  
United States District Court  
844 North King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re:   *Amgen Inc. et al. v. ARIAD Pharmaceuticals, Inc.*,  
C.A. No. 06-259-MPT

Dear Judge Thynge:

We are writing on behalf of defendants and counterclaim-plaintiffs ARIAD, Harvard, MIT, and Whitehead to request the opportunity to present an important issue to the Court – the need to modify the overall schedule currently in place for the above-referenced matter.

There are a number of circumstances that create the need to modify the case schedule, including the recent addition of Harvard, MIT and Whitehead as defendants and counterclaim-plaintiffs, the recent addition of Wyeth as a counterclaim-defendant, the very extensive discovery already underway (and that remains to be completed), ARIAD's continuing analysis of its infringement claims against Amgen and Wyeth, as well as the time required to prepare this matter for trial. Wyeth will not be filing its response to ARIAD's counterclaim until May 29, 2007, and will not be serving its initial disclosures under Rule 26(a) until June 18, 2007, or its written responses to ARIAD's first set of discovery requests until June 20, 2007.

Because the parties' informal meet and confer discussions have not resolved this issue, we would like to raise this issue in the manner that the Court prefers. We therefore respectfully request the Court's guidance as to the procedure that the Court wishes to follow so this matter may be brought before the Court. In this regard, we respectfully request that the Court allow the parties an opportunity to explain in writing their positions with respect to our request to modify the existing schedule.

Respectfully,

/s/ *Steven J. Balick*

Steven J. Balick

SJB: nml  
cc:   David I. Gindler, Esquire (via electronic mail)  
       Melanie K. Sharp, Esquire (by hand and via electronic mail)  
       Marcus E. Sernel, Esquire (via electronic mail)  
       Anne Shea Gaza, Esquire (via electronic mail)