IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANU-FACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION<br><br>   Plaintiffs,<br><br>      v.<br><br>ARIAD PHARMACEUTICALS, INC.<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 06-259-MPT<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this **21st** day of **May, 2007**.

IT IS ORDERED that the scheduling issue discussed in Mr. Balick's letter to the Court dated May 21, 2007 (D.I. 253) shall be addressed during teleconference the Court has set for **Monday, June 4, 2007 at 3:00 p.m. Eastern Time** to address a discovery matter. As with the discovery dispute being addressed during that teleconference, the initial letter regarding the scheduling issue shall be due on **Wednesday, May 30, 2007 by no later than 3:00 p.m.** and the response due on **Thursday, May 31, 2007 by no later than 3:00 p.m.** Should any document(s) be filed under seal, a copy of the sealed document(s) must be provided to the Magistrate Judge within **one (1) hour of e-filing the document(s). John Day, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE
