IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANU-FACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION<br><br>    Plaintiffs,<br><br>    v.<br><br>ARIAD PHARMACEUTICALS, INC.<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 06-259-MPT |

## AMENDED ORDER

At Wilmington this **21st** day of **May, 2007**.

IT IS ORDERED that the scheduling issue discussed in Mr. Balick's letter to the Court dated May 21, 2007 (D.I. 253) and an additional discovery matter concerning the deposition of Alice Gottlieb shall be addressed during teleconference the Court has set for **Monday, June 4, 2007 at 3:00 p.m. Eastern Time** to address a discovery matter. As with the original discovery dispute being addressed during that teleconference, the initial letter regarding the scheduling issue, as well as the initial letter regarding the deposition of Alice Gottlieb, shall be due on **Wednesday, May 30, 2007 by no later than 3:00 p.m.** and the respective responses due on **Thursday, May 31, 2007 by no later than 3:00 p.m.** Should any document(s) be filed under seal, a copy of the sealed document(s) must be provided to the Magistrate Judge within **one (1) hour of e-filing the document(s). John Day, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel

of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE