IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation, <br><br> Defendants. <br><br> ARIAD PHARMACEUTICALS, INC., a Delaware corporation, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, and WYETH, <br><br> Counterclaim Defendants. | Civil Action No. 06-259 (MPT) |

**NOTICE OF SERVICE**

The undersigned, counsel for Plaintiffs and Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island

Corporation, hereby certify that a copy of Amgen Entities' Responses and Objections to ARIAD's Second Set of Requests for Production of Documents was caused to be served on May 21, 2007 upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY & E-MAIL**

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY E-MAIL (by agreement of counsel)**

Charles E. Lipsey
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190-5675

Morgan Chu
David I. Gindler
Amir A. Naini
Christopher M. Newman
Elizabeth L. Rosenblatt
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Howard W. Levine
Robert D. Bajefsky
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Additionally, the undersigned counsel further certifies that a copy of this Notice was caused to be filed with the Clerk of the Court using CM/ECF, which will send electronic notice of such filing to the above counsel of record.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/ Mary F. Dugan*
                Melanie K. Sharp (No. 2501)
                Mary F. Dugan (No. 4704)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware  19801
                P.O. Box 391

                Wilmington, Delaware 19899-0391
                (302) 571-6681
                msharp@ycst.com

                Mark A. Pals
                Marcus E. Sernel
                Jamie H. McDole
                KIRKLAND & ELLIS LLP
                200 East Randolph Drive
                Chicago, IL  60601-6636
                (312)861-2000

                Drew Diamond
                KIRKLAND & ELLIS LLP
                South Figueroa Street
                Los Angeles, CA  900017-5800
                (213)680-8400

                *Attorneys for Plaintiffs Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation*

DATED:  May 22, 2007

## CERTIFICATE OF SERVICE

I, Mary F. Dugan, Esquire, hereby certify that on May 22, 2007 I caused to be electronically filed a true and correct copy of Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

I further certify that on May 22, 2007, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY E-MAIL (by agreement of counsel):**

Charles E. Lipsey
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190-5675

Morgan Chu
David I. Gindler
Amir A. Naini
Christopher M. Newman
Elizabeth L. Rosenblatt
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Howard W. Levine
Robert D. Bajefsky
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Mary F. Dugan (No. 4704)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-5028
mdugan@ycst.com