# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 23, 2007

The Honorable Mary Pat Thynge  
United States District Court  
844 North King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Amgen Inc. et al. v. ARIAD Pharmaceuticals, Inc.*,
C.A. No. 06-259-MPT

Dear Judge Thynge:

We are writing on behalf of ARIAD Pharmaceuticals, Inc. ("ARIAD") in connection with the above-referenced matter. The Court's May 14, 2007 Memorandum Opinion and Order directed us to inform the Court about our efforts to contact Dr. Roger Clerc, a named inventor on the '516 patent who lives overseas. In our May 8 letter to the Court, we stated that "ARIAD has not been able to contact" Dr. Clerc. Although we know that Dr. Clerc works at Roche in Basel, Switzerland, our previous correspondence to him at Roche in 2006 went unanswered. We also were unable to reach Dr. Clerc by telephone at his place of employment, as he did not answer his telephone at the time of our calls and he did not have a voice mail. On May 14, the same day the Court issued its Order, we forwarded that Order to Dr. Clerc via FedEx and have now made contact with him.

On May 17 and 21, 2007, we also provided Amgen with dates on which Drs. Baeuerle, Corcoran, and Clerc agreed to be available for deposition in the United States – dates consistent with their professional and personal schedules given the substantial travel involved from Switzerland, Australia and Germany. Specifically, these dates are August 10, 2007 in Boston for Dr. Baeuerle; July 6, 2007 in Los Angeles for Dr. Clerc; and June 28, 2007 in Los Angeles for Dr. Corcoran. Amgen has agreed to these deposition dates and locations.

Respectfully,

/s/ Steven J. Balick

Steven J. Balick

SJB: nml  
180867.1  
cc: David I. Gindler, Esquire (via electronic mail)  
    Melanie K. Sharp, Esquire (by hand and via electronic mail)  
    Frederick Cottrell, III, Esquire (via electronic mail)  
    Marcus E. Sernel, Esquire (via electronic mail)