IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>      Defendants.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>      Counterclaim Plaintiffs,<br>  v.<br>AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, and WYETH,<br><br>      Counterclaim Defendants. | Civil Action No. 06-259 (MPT) |

**THE AMGEN ENTITIES' NOTICE OF DEPOSITIONS OF
LAURIE A. ALLEN, HARVEY J. BERGER, DAVID L. BERNSTEIN,
JOSEPH BRATICA, AND EDWARD M. FITZGERALD**

TO:

| | |
|---|---|
| John G. Day | Frederick L. Cottrell, III |
| Steven J. Balick | Anne Shea Gaza |
| Tiffany Geyer Lydon | Richards Layton & Finger, P.A. |
| Ashby & Geddes | One Rodney Square |
| 500 Delaware Avenue, 8th Floor | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

PLEASE TAKE NOTICE that Plaintiffs Amgen, Inc., Immunex, Inc., Amgen USA Inc., Amgen Manufacturing, Ltd., and Immunex Rhode Island Corporation (collectively "The Amgen Entities"), by their counsel, and pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, will take the depositions upon oral examination of the following employees of Ariad Pharmaceuticals, Inc., on the dates and times listed below, or such other dates and times as are mutually agreed upon by counsel for the parties:

| DEPONENT | DATE OF DEPOSITION | TIME OF DEPOSTION |
|---|---|---|
| Laurie A. Allen | June 12, 2007 | 9:00 a.m. |
| Harvey J. Berger | June 13, 2007 | 9:00 a.m. |
| David L. Bernstein | June 6, 2007 | 9:00 a.m. |
| Joseph Bratica | June 8, 2007 | 9:00 a.m. |
| Edward M. Fitzgerald | June 11, 2007 | 9:00 a.m. |

The depositions will be conducted at the offices of Duane Morris LLP, 470 Atlantic Avenue, Suite 500, Boston, MA 02210, or some such other location as is mutually agreed upon by counsel for the parties.

The depositions will be conducted under the Federal Rules of Civil Procedure and the Local Rules for the District of Delaware, for the purpose of discovery, for use at trial and for

such other purposes as are permitted at law. Pursuant to Fed. R. Civ. P. 30(b)(2), these depositions will be recorded by sound-and-visual means and/or ordinary stenographic methods, before a Notary Public or other person duly authorized by law to administer oaths. The depositions will continue from day to day until completed with such adjournments as to time and place as may be necessary. You are invited to attend and examine the witnesses.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Mark A. Pals
Marcus E. Sernel
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601-6636
(312)861-2000

Drew Diamond
KIRKLAND & ELLIS LLP
South Figueroa Street
Los Angeles, CA 900017-5800
(213)680-8400

Dated: May 23, 2007

*Attorneys for Plaintiffs/Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturin Limited, and Immunex Rhode Island Corporation*

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on May 23, 2007, I caused to be electronically filed a true and correct copy of The Amgen Entities' Notice of Depositions of Laurie A. Allen, Harvey J. Berger, David L. Bernstein, Joseph Bratica, and Edward M. Fitzgerald with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

I further certify that on May 23, 2007, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY E-MAIL (by agreement of counsel):**

Charles E. Lipsey
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190-5675

Morgan Chu
David I. Gindler
Amir A. Naini
Christopher M. Newman
Elizabeth L. Rosenblatt
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Howard W. Levine
Robert D. Bajefsky
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com