**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA, INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation; and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,

Plaintiffs,

v.

ARIAD PHARMACEUTICALS, INC., a Delaware corporation; and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,

Defendants,

---

ARIAD PHARMACEUTICALS, INC., a Delaware corporation; THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, a Massachusetts corporation; MASSACHUSETTS INSTITUTE OF TECHNOLOGY, a Massachusetts corporation; and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,

Counterclaim-Plaintiffs,

v.

AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA, INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation; IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation; and WYETH, a Delaware corporation,

Counterclaim-Defendants.

Civil Action No. 06-259-MPT

**THE AMGEN ENTITIES' FOURTH NOTICE OF DEPOSITION TO ARIAD, WHITEHEAD, HARVARD, AND MIT PURSUANT TO FED. R. CIV. P. 30(b)(6)**

**TO:**

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

PLEASE TAKE NOTICE that, in accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, Amgen, Inc., Immunex, Inc., Amgen USA Inc., Amgen Manufacturing, Ltd., and Immunex Rhode Island Corporation (collectively, "Amgen"), commencing at 9:00 a.m. on June 11, 2007, at Duane Morris LLP, 470 Atlantic Avenue, Suite 500, Boston, MA 02210, or at such other time and place mutually agreed upon by counsel for the parties, it will take the deposition of ARIAD Pharmaceuticals, Inc. ("ARIAD"), Whitehead Institute for Biomedical Research ("Whitehead"), Massachusetts Institute of Technology ("MIT"), and the President and Fellows of Harvard College ("Harvard") (collectively "ARIAD and the Assignees") by oral examination of witness(es) designated by ARIAD and the Assignees to testify on their behalf as the person(s) most competent to testify concerning the matters listed on attached Attachment A.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by ARIAD and the Assignees should be prepared to testify as to such matters known or reasonably available to ARIAD and the Assignees. You are required to produce the witness(es) at the stated time and place, and are invited to attend to cross-examine.

ARAID and the Assignees are requested to provide Amgen's counsel, on or before June 1, 2007, a written designation of the names and positions of the officers, directors, managing agents or other persons who are most competent to testify concerning the areas of

testimony set forth in Attachment A, and, for each person designated, the matters on which he or she will testify.

The depositions will be conducted under the Federal Rules of Civil Procedure and the Local Rules for the District of Delaware, for the purpose of discovery, for use at trial and for such other purposes as are permitted at law. The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Fed. R. Civ. P. 30(b)(2), the deposition will be recorded by sound-and-visual means and/or ordinary stenographic methods.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Melanie K. Sharp

Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Mark A. Pals
Marcus E. Sernel
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601-6636
(312)861-2000

Drew Diamond
KIRKLAND & ELLIS LLP
South Figueroa Street
Los Angeles, CA 900017-5800
(213)680-8400

*Attorneys for Plaintiffs/Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturin Limited, and Immunex Rhode Island Corporation*

Dated: May 23, 2007

# ATTACHMENT A

## DEFINITIONS

Amgen hereby incorporates by reference the Definitions as set forth in Amgen's May 23, 2007, Third Notice of Deposition to ARIAD, Whitehead, Harvard, and MIT pursuant to Fed. R. Civ. P. 30(b)(6).

## AREAS OF TESTIMONY

1. Any claim of the '516 patent that ARIAD and/or any of the Assignees contends is infringed either directly, contributorily and/or by inducement by Amgen's making using offering to sell, selling and/or importing Enbrel® (etanercept), including without limitation the factual basis, if any, for ARIAD's and/or any of the Assignees' infringement assertions.

2. Any claim of the '516 patent that ARIAD and/or any of the Assignees contends is infringed either directly, contributorily and/or by inducement by Amgen's making using offering to sell, selling and/or importing Kineret® (anakinra), including without limitation the factual basis, if any, for ARIAD's and/or any of the Assignees' infringement assertions.

3. ARIAD's and/or any of the Assignees' contention that Amgen's alleged infringement of the '516 patent is willful, including without limitation the factual basis, if any, for ARIAD's and/or any of the Assignees' claim of willfulness.

4. The nature, existence and location of all documents relating to the subject matter of each of the foregoing categories.

**CERTIFICATE OF SERVICE**

I, Melanie K. Sharp, Esquire, hereby certify that on May 23, 2007, I caused to be electronically filed a true and correct copy of The Amgen Entities' Fourth Notice of Deposition to ARIAD, Whitehead, Harvard, and MIT Pursuant to Fed. R. Civ. P. 30(b)(6) with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

I further certify that on May 23, 2007, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY E-MAIL (by agreement of counsel):**

Charles E. Lipsey
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190-5675

Morgan Chu
David I. Gindler
Amir A. Naini
Christopher M. Newman
Elizabeth L. Rosenblatt
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Howard W. Levine
Robert D. Bajefsky
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com