RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

May 25, 2007

**VIA HAND DELIVERY & E-FILING**
The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court for the
 District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

Re:     *Amgen Inc., et al. v. Ariad Pharmaceuticals, Inc., et al.,*
        **C.A. No. 06-259-MPT**

Dear Magistrate Judge Thynge:

I write on behalf of Counterclaim Defendant Wyeth ("Wyeth") to request a brief extension of the time by which Wyeth must move, answer or otherwise respond to the Counterclaim filed against it by Counterclaim Plaintiffs. The reasons underlying this request are as follows: On April 14, 2007, Counterclaim Plaintiffs filed their Answer and brought a counterclaim against Wyeth, among others. (D.I. 185) This case has been pending since April 20, 2006 and considerable work has been done for which Wyeth needs to get up to speed. Wyeth was served with the Counterclaim on April 17, 2007 and, by agreement between the parties, was scheduled to move, answer or otherwise respond to the Counterclaim on or before May 29, 2007. (D.I. 222). Due to travel schedules and the upcoming holiday weekend, Wyeth sought a brief one-week extension of the current deadline to respond to the Counterclaim, *i.e.*, until June 5, 2007. This request was denied because Ariad asserted a need to see how Wyeth will respond to the Counterclaim before formulating its position regarding the upcoming conference with the Court. Ariad, however, has already proposed a revised schedule without knowing Wyeth's position in the case and response to the Counterclaim. Moreover, there are no pending deadlines that will be affected by a grant of this motion. Therefore, Counterclaim Plaintiffs will not be prejudiced by a grant of the relief sought herein.

Counsel for Wyeth again asked Counterclaim Plaintiffs to reconsider their decision and were advised that the present request would be submitted to Your Honor today if the parties were unable to resolve this matter. Wyeth has been advised that Counterclaim Plaintiffs continue to oppose the relief sought herein.

RLF1-3156667-1

The Honorable Mary Pat Thynge
May 25, 2007
Page 2


   Accordingly, Wyeth respectfully requests that the Court grant it an extension until June 5, 2007 to move, answer or respond to the Counterclaim  A proposed form of Order is enclosed herewith  for the Court's consideration.

                Respectfully,

                Anne Shea Gaza
                (#4093)

ASG:afg
Enclosure

cc: Clerk of Court (via hand delivery)
  Steven J. Balick, Esquire (via hand delivery and electronic mail)
  John G. Day, Esquire (via electronic mail)
  Lauren E. Maguire, Esquire (via electronic mail)
  Morgan Chu, Esquire (via electronic mail)
  David J. Gindler, Esquire (via electronic mail)
  Elizabeth Rosenblatt, Esquire (via electronic mail)
  Melanie K. Sharp, Esquire (via electronic mail)
  Marcus E. Sernel, Esquire (via electronic mail)
  J. Drew Diamond, Esquire (via electronic mail)
  Robert D. Bajefsky, Esquire (via electronic mail)
  Frederick L. Cottrell, III, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX CORPORATION,      )
AMGEN USA INC., AMGEN                 )
MANUFACTURING LIMITED, and IMMUNEX    )
RHODE ISLAND CORPORATION,             )
                                      )
            Plaintiffs,               )
                                      )
      v.                              )      C.A. No. 06-259-MPT
                                      )
ARIAD PHARMACEUTICALS, INC., and THE  )
WHITEHEAD INSTITUTE FOR BIOMEDICAL    )
RESEARCH, a Delaware corporation,     )
                                      )
            Defendants.               )
                                      )
_____ )
ARIAD PHARMACEUTICALS, INC.,          )
MASSACHUSETTS INSTITUTE OF            )
TECHNOLOGY, THE PRESIDENT AND         )
FELLOWS OF HARVARD COLLEGE, and THE   )
WHITEHEAD INSTITUTE FOR BIOMEDICAL    )
RESEARCH,                             )
                                      )
            Counterclaim Plaintiffs,  )
                                      )
      v.                              )
                                      )
AMGEN INC., IMMUNEX CORPORATION,      )
AMGEN USA INC., AMGEN                 )
MANUFACTURING LIMITED, IMMUNEX        )
RHODE ISLAND CORPORATION, and WYETH, )
                                      )
            Counterclaim Defendants.  )

**[PROPOSED] ORDER GRANTING COUNTERCLAIM DEFENDANT'S REQUEST TO**
**EXTEND DEADLINE FOR RESPONDING TO THE COUNTERCLAIM**

At Wilmington this _____day of _____, 2007, having considered

Counterclaim Defendant Wyeth's ("Wyeth") request to extend the deadline by which Wyeth must

move, answer or otherwise respond to the Counterclaim filed against Wyeth from May 29, 2007 until June 5, 2007,

IT IS HEREBY ORDERED that Wyeth's request is GRANTED and the time by which Wyeth must move, answer or otherwise respond to the Counterclaim is extended through and including June 5, 2007.

_____
Magistrate Judge Mary Pat Thynge