# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 25, 2007

The Honorable Mary Pat Thynge  
United States District Court  
844 North King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Amgen Inc. et al. v. ARIAD Pharmaceuticals, Inc.*,  
C.A. No. 06-259-MPT

Dear Judge Thynge:

Defendant and Counterclaim Plaintiff ARIAD Pharmaceuticals, Inc. ("ARIAD") and Counterclaim Plaintiffs Harvard University, Massachusetts Institute of Technology, and the Whitehead Institute for Biomedical Research (collectively, the "Institutions") respectfully oppose Wyeth's request for an additional one-week extension, until June 5, 2007, to respond to their Counterclaim alleging infringement of the '516 patent. ARIAD and the Institutions oppose this request because (1) Wyeth has already received a three-week extension to respond to the Counterclaim and (2) ARIAD and the Institutions need to understand Wyeth's response to the Counterclaim before filing their letter brief on scheduling issues, which is due on May 30, 2007, in advance of the telephonic hearing on June 4, 2007.

The Counterclaim was filed on April 14, 2007 (D.I. 185), and Wyeth was served on April 17, 2007, (D.I 190). On May 4, 2007, Wyeth requested, and ARIAD and the Institutions granted, a three-week extension to respond to the Counterclaim. (D.I. 222.) Wyeth's response to the Counterclaim is currently due on May 29, 2007.

Wyeth's request for an additional one-week extension creates a problem because of the telephonic hearing that the Court has scheduled for June 4, 2007, at which the Court will address, among other things, ARIAD's and the Institutions' request to adjust the Scheduling Order. (D.I. 254.) One of the reasons (among others) that ARIAD and the Institutions believe that the case schedule needs to be adjusted is Wyeth's recent addition to the case as a counterclaim defendant. ARIAD and the Institutions want to take Wyeth's response to the Counterclaim into account when explaining their position on the case schedule in the letter brief that they have been ordered to file on May 30, 2007. Wyeth's requested extension will deprive ARIAD and the Institutions of the opportunity to consider Wyeth's response to the Counterclaim when preparing their letter brief for the Court on the case schedule.

In an effort to reach a compromise on this issue, ARIAD asked Wyeth whether it would at least disclose by May 29 how it plans to respond to the Counterclaim. Specifically, ARIAD

The Honorable Mary Pat Thynge
May 25, 2007
Page 2

asked Wyeth whether it plans to file an answer, or a motion to dismiss, or some other kind of motion, or some combination of the foregoing. Wyeth said it could not do so because it has not yet formulated its position, even though it has been in possession of the Counterclaim since April 17, nearly six weeks ago.

We also note that ARIAD has previously requested that Wyeth explain its position on whether the case schedule needs to be adjusted. Wyeth has declined to do so.

Given these circumstances, including Wyeth's refusal to disclose how it plans to address the Counterclaim or to explain its position on whether the case schedule needs to be adjusted, ARIAD and the Institutions respectfully oppose Wyeth's request for an additional extension, until June 5, 2007, to respond to the Counterclaim.

Respectfully,

*/s/ Lauren E. Maguire*

Lauren E. Maguire

cc:  David I. Gindler, Esquire (via electronic mail)
     Melanie K. Sharp, Esquire (by hand and via electronic mail)
     Frederick Cottrell, III, Esquire (via electronic mail)
     Marcus E. Sernel, Esquire (via electronic mail)

180941.1

1697781.1 03