IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 06-259-MPT

**[PROPOSED] ORDER GRANTING COUNTERCLAIM DEFENDANT'S REQUEST TO
EXTEND DEADLINE FOR RESPONDING TO THE COUNTERCLAIM**

At Wilmington this __25__ day of __May__, 2007, having considered Counterclaim Defendant Wyeth's ("Wyeth") request to extend the deadline by which Wyeth must

RLF1-3156650-1

move, answer or otherwise respond to the Counterclaim filed against Wyeth from May 29, 2007 until June 5, 2007,

IT IS HEREBY ORDERED that Wyeth's request is GRANTED and the time by which Wyeth must move, answer or otherwise respond to the Counterclaim is extended through and including June 5, 2007.

Magistrate Judge Mary Pat Thynge