IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX CORPORATION,           )
AMGEN USA INC., AMGEN MANUFACTURING        )
LIMITED, and IMMUNEX RHODE ISLAND          )
CORPORATION,                               )
                                           )       C.A. No. 06-259-MPT
                    Plaintiffs,            )
                                           )
        v.                                 )
                                           )
ARIAD PHARMACEUTICALS, INC., and THE       )
WHITEHEAD INSTITUTE FOR BIOMEDICAL         )
RESEARCH,                                  )
                                           )
                    Defendants.            )
                                           )
─────────────────────────────────────      )
                                           )
ARIAD PHARMACEUTICALS, INC.,               )
MASSACHUSETTS INSTITUTE OF                 )
TECHNOLOGY, THE PRESIDENT AND              )
FELLOWS OF HARVARD COLLEGE, and THE        )
WHITEHEAD INSTITUTE FOR BIOMEDICAL         )
RESEARCH,                                  )
                                           )
                    Counterclaim Plaintiffs, )
                                           )
        v.                                 )
                                           )
AMGEN INC., IMMUNEX CORPORATION,           )
AMGEN USA INC., AMGEN MANUFACTURING        )
LIMITED, IMMUNEX RHODE ISLAND              )
CORPORATION, and WYETH,                    )
                                           )
                    Counterclaim Defendants. )

**NOTICE OF DEPOSITIONS OF DIANE APARISIO,
JIM CARLSON, JERRY HOUSMAN, XU-RONG JIANG,
RICHARD LIT, LIONEL MURRAY, JAMIE NICHOLS, JUNYAN SHU,
JAMES STONECYPHER, LARS THEILL, AND DEBBIE TRUJILLO**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of

Civil Procedure, and the Local Rules of this Court, Defendants and Counterclaim

Plaintiffs ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The

President and Fellows of Harvard College, and The Whitehead Institute for Biomedical

Research will take the depositions upon oral examination of the following employees of

Amgen, Inc. on the dates and times listed below, or such other dates and times as are mutually agreed upon by counsel for the parties:

| DEPONENT | DATE OF DEPOSITION | TIME OF DEPOSITION |
|---|---|---|
| Diane Aparisio | June 6, 2007 | 9:00 a.m. |
| Jim Carlson | June 7, 2007 | 9:00 a.m. |
| Jerry Housman | June 8, 2007 | 9:00 a.m. |
| Xu-Rong Jiang | June 11, 2007 | 9:00 a.m. |
| Richard Lit | June 12, 2007 | 9:00 a.m. |
| Lionel Murray | June 13, 2007 | 9:00 a.m. |
| Jamie Nichols | June 6, 2007 | 9:00 a.m. |
| Junyan Shu | June 7, 2007 | 9:00 a.m. |
| James Stonecypher | June 8, 2007 | 9:00 a.m. |
| Lars Theill | June 11, 2007 | 9:00 a.m. |
| Debbie Trujillo | June 12, 2007 | 9:00 a.m. |

The depositions shall continue from day to day thereafter (excluding Saturdays, Sundays, and holidays) until completed.

The depositions shall take place at the Hyatt Westlake Plaza in Thousand Oaks, 880 South Westlake Boulevard, Westlake Village, California  91361, or according to alternative arrangements upon which counsel jointly agree.  The depositions shall be taken before an officer authorized to administer oaths and may be recorded by any means that the Federal Rules of Civil Procedure permit, including videotaping, audio taping, stenographic recording, and means permitting electronic transmission of the transcript. You are invited to attend and examine.

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for ARIAD Pharmaceuticals,
Inc., Massachusetts Institute of
Technology, The President and Fellows
of Harvard College and The Whitehead
Institute for Biomedical Research*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated:  May 29, 2007
180993.1