# YOUNG CONAWAY STARGATT & TAYLOR, LLP

MELANIE K. SHARP
DIRECT DIAL:  (302) 571-6681
DIRECT FAX:    (302) 576-3333
msharp@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

May 30, 2007

The Honorable Mary Pat Thynge                          BY E-FILE
United States District Court of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Amgen, Inc. et al.  v. ARIAD Pharmaceuticals, Inc.,* C. A. No.: 06-259 (MPT)

Dear Judge Thynge:

We represent Plaintiffs (collectively "Amgen") and write with regard to ARIAD's attempt to seek discovery from Dr. Alice Gottlieb, an expert consultant retained by Amgen in this case. As Your Honor may recall, the issue of discovery of retained expert consultants was addressed during the May 1 hearing in the context of Amgen's request for discovery relating to Dr. Inder Verma. ARIAD's attempt to take discovery of Amgen's consultant raises this issue again, and obviously whatever rule is applied by the Court should be applied equally for both sides. Accordingly, Amgen, as Your Honor expressly allowed, respectfully renews its request to take discovery of Dr. Verma, or, in the alternative, if Amgen is denied that discovery, requests a protective order to preclude ARIAD's discovery of Dr. Gottlieb.

Dr. Verma, on behalf of ARIAD and the Institutions, executed a lengthy and detailed declaration addressing the novelty of the claims of the '516 patent, including all of the claims at issue in this litigation. ARIAD and the Institutions publicly filed Dr. Verma's declaration in the '516 patent reexamination proceeding before the Patent and Trademark Office and rely on it to challenge the Office Action rejecting claims of the '516 patent. As an independent member of the academic community, Dr. Verma has also published scientific articles addressing the impacts that many compounds have on NF-κB activity—the precise issue addressed in his declaration and involved in this case. *See, e.g.,* Exhs. A-C. ARIAD previously opposed discovery of Dr. Verma, relying on a narrow exception that can sometimes shelter a consulting expert from discovery to protect the retaining attorney's work product. Near the conclusion of the May 1 hearing, Your Honor determined, for the time being, subject to further argument, that Amgen could not take discovery of Dr. Verma.

The record pertinent to the discovery of Dr. Verma has changed since the Court considered this issue. Amgen made detailed allegations in its May 3, 2007 Reply to ARIAD's Counterclaim setting forth the inequitable conduct committed through misrepresentations made in Dr. Verma's declaration to the PTO. (*See* Amgen Entities' Reply to ARIAD, Harvard, MIT and Whitehead's Counterclaim, D.I. 221, Exh. D.) There can be no question that the discovery of Dr. Verma is highly relevant to, *inter alia*, Amgen's inequitable conduct defense in this case.

The exception that may shelter the *pure* consulting expert from discovery of knowledge developed as a result of the retaining attorney's work product simply has no application to Dr. Verma. As an initial matter, where a scientific witness's background knowledge is not acquired in anticipation of litigation, the witness is discoverable as an ordinary witness. *See* Advisory Committee Notes to Rule 26(b)(4) ("[Rule 26(b)(4)(B)] does **not** address itself to the expert

YOUNG CONAWAY STARGATT & TAYLOR, LLP
May 30, 2007
Page 2

whose information was...acquired...because he was an actor or viewer with respect to transactions or occurrences that are part of the subject matter of the lawsuit. Such an expert should be treated as an ordinary witness.") (emphasis added); 8 Charles Alan Wright, Arthur R. Miller, Richard L. Marcus, Federal Practice & Procedure Civil 2d § 2029 (experts whose information was not acquired to prepare for trial fall outside of Rule 26(b)(4)(B)). Dr. Verma's publications and experience in the relevant field, as well as his participation in the reexamination proceeding, establish him as an actor or viewer with respect to occurrences or transactions that are the subject matter of this suit. *Norfin Inc. v. International Business Machines Corp.*, 74 F.R.D. 529, 530-534 (D. Colo. 1977) (expert's knowledge in patent litigation was acquired through his experience as an actor or viewer of the "state of the art," not in anticipation of litigation, and was therefore discoverable under Rule 26(b)(1)); *see also Bio-Rad Laboratories, Inc. v. Pharmacia, Inc.*, 130 F.R.D. 116,123-124 (N.D. Cal. 1990)(compelling discovery of patent prosecution counsel despite his status as expert consultant to trial counsel because he was, *inter alia*, "a percipient witness with respect to his prosecution of the...patent application"). In addition, ARIAD's deliberate election to publish and rely on Dr. Verma's declaration has mooted any even arguable issue of work product protection, at least insofar as the subject matter of the declaration is concerned. *See, e.g. United States v. Nobles*, 422 U.S. 225, 239-40 (1975) (testimonial use of materials waived attorney work product); *Stanford v. Roche Molecular Systems, Inc.,* 237 F.R.D. 618, 623 n.3, 628 (N.D. Cal. 1990)(compelling discovery relating to declarations filed with PTO to correct inventorship despite work product and other arguments).

Moreover, even *pure* consulting experts would be subject to discovery of matters within the consultancy "upon a showing of exceptional circumstances under which it is impracticable for the party seeking discovery to obtain facts or opinions on the same subject by other means." Fed.R.Civ.P. 26(b)(4)(B). Amgen's inequitable conduct claims may turn in part upon proving that a party who has a duty to disclose material information to the PTO (e.g., ARIAD, the Institutions, and/or Dr. Verma) made misrepresentations and/or omissions to the PTO. The contradictions between Dr. Verma's publications and his declaration are highly probative of such misrepresentations and omissions. Because Dr. Verma is the only person who could possibly attempt to address the reasons for the contradictions, discovery of him is necessary. As a result, in these exceptional circumstances, discovery of Dr. Verma should be permitted. *See Bio-Rad,* 130 F.R.D. at 122-24.

ARIAD actively sought and continues to rely on Dr. Verma's declaration in an attempt to influence the PTO with regards to the claims of the '516 patent. It would be manifestly unfair to allow ARIAD to now shield that declaration from discovery. *See, e.g. Stanford,* 237 F.R.D at 625. Indeed, ARIAD'S reliance on Dr. Verma's declaration distinguishes this case from the analysis under either line of the split authority involving discovery of experts converted from testifying to consulting within a single proceeding. *See Callaway Golf Co. v. Dunlop Slazenger Group Americas, Inc.*, 2002 WL 1906628 (D.Del. 2002) (Exh. E) *and cases cited therein.* In those cases, the retaining parties seeking to protect their experts from discovery no longer relied upon, but instead withdrew, their experts' opinions. Here ARIAD seeks to shield from discovery testimony it continues to rely upon in a related and highly relevant proceeding.

For the foregoing reasons, ARIAD cannot meet its burden of showing that Dr. Verma's declaration and publications should be shielded from discovery pursuant to Rule 26(b)(4)(B). Accordingly, Amgen renews its request to take discovery of Dr. Verma regarding his public

YOUNG CONAWAY STARGATT & TAYLOR, LLP
May 30, 2007
Page 3

declaration on the very topics about which he has historically published and which are highly relevant to several issues in this case.

If, however, Dr. Verma is not subject to discovery, the same rule should protect Amgen's retained consulting expert, Dr. Gottlieb, from discovery. On May 7, 2007, ARIAD served a subpoena (the May 7 Subpoena) on Dr. Gottlieb commanding her to produce responsive documents on May 14 and to appear for a deposition on May 21, or as agreed by the parties. Dr. Gottlieb, however, was retained as a consulting expert by Amgen last year. On May 14, 2007, Dr. Gottlieb served ARIAD with her response to the May 7 Subpoena, in which she declined to produce any documents responsive to any of the document requests. At that same time, pursuant to its obligations under L.R. 7.1.1, counsel for Amgen and Dr. Gottlieb sent ARIAD a letter disclosing that Dr. Gottlieb was a retained consulting expert for Amgen, and asking ARIAD to acknowledge that the position it had taken with regard to discovery of retained consultants precluded the discovery it sought of Dr. Gottlieb. (Exh. F) ARIAD persisted despite its prior contrary position, thus necessitating this (alternative) request for a protective order.

ARIAD's position that Dr. Gottlieb is subject to discovery is wholly inconsistent with ARIAD's insistence that Dr. Verma is immune. During the May 1, 2007 hearing ARIAD argued repeatedly that a witness who is retained as a consulting expert in this case simply cannot be deposed. (5/1/07 Tr. at 73:8-12; *see generally id.* at 67:7-82:6.) The only rationalization articulated by ARIAD to now justify a double-standard for its desired discovery is the suggestion that because Dr. Gottlieb previously authored an article about one of the products accused of infringement, she is somehow transformed into a percipient fact witness. However, Dr. Verma, too, has published on the very subject matter of the patent-in-suit. ARIAD argued on May 1 that even pre-retention publications authored by Dr. Verma on the very subject matter of the patent-in-suit were not properly the subject of discovery, and the Court declined to allow Amgen that discovery "at this stage of the game." (Tr. at 71.) Both are similarly situated on the issue of publications, and the same rule should apply to both.

In fact, as discussed above, the arguments to take discovery from Dr. Verma are ***much stronger*** than any ARIAD can make with respect to Dr. Gottlieb because of ARIAD's reliance on Dr. Verma's public declaration to the PTO in the context of prosecution of the '516 patent. Thus, Amgen's justification for discovery of Dr. Verma overshadows any arguments that ARIAD can make with respect to Dr. Gottlieb. Accordingly, Amgen respectfully requests that Your Honor allow discovery of Dr. Verma to proceed, or in the alternative, preclude ARIAD's discovery of Dr. Gottlieb. Amgen appreciates the Court's attention to this matter and looks forward to further discussion during the teleconference scheduled for June 4, 2007.

Respectfully,

Melanie K. Sharp (No. 2501)

YOUNG CONAWAY STARGATT & TAYLOR, LLP
May 30, 2007
Page 4

MKS:ch

cc:     Clerk of the Court (via hand delivery)
        John G. Day, Esquire (via e-mail and hand delivery)
        Frederick L. Cottrell, III, Esquire (via e-mail)
        David I. Gindler, Esquire (via e-mail)
        Charles E. Lipsey, Esquire (via e-mail)

# EXHIBIT A

# Cytoplasmic catalytic subunit of protein kinase A mediates cross-repression by NF-κB and the glucocorticoid receptor

Vassilis Doucas*†‡§, Yanhong Shi†‡¶, Shigeki Miyamoto†‖, Andrew West†, Inder Verma†, and Ronald M. Evans†§¶

*Department of Genetics and Microbiology, University of Geneva Medical School, 9 Avenue de Champel, CH-1211, Geneva 4, Switzerland; ‖Department of Pharmacology, University of Wisconsin Medical School, K4/554 Clinical Sciences Center, 600 Highland Avenue, Madison, WI 53792; and †The Salk Institute for Biological Studies, §Howard Hughes Medical Institute, La Jolla, CA 92037

Contributed by Ronald M. Evans, August 29, 2000

Negative transcriptional regulation or cross-coupling between NF-κB (RelA) and the glucocorticoid receptor (GR) is proposed to play a regulatory role in human physiology and disease. Despite previous advances, the biochemical basis of this phenomenon remains a subject of controversy. We show here that the inhibition of GR activity by RelA does not require the RelA DNA binding, transactivation, or nuclear localization domains. Surprisingly, RelA repression of GR is abolished by mutation of the conserved protein kinase A (PKA) site at amino acid residue 276 of RelA. We show that GR associates *in vivo* and *in vitro* with the catalytic subunit of PKA (PKAc) in a ligand-independent manner and that GR transcription depends on PKA signaling. Indeed, we demonstrated that GR-mediated inhibition of NF-κB transactivation is PKAc-dependent. In contrast to previous models, we suggest that the cross-coupling requires a cytoplasmic step and is regulated by a PKAc-associated signaling.

Signaling from cell surface receptors to the nucleus is transmitted by the translocation of activated protein kinases and/or activated transcription factors from the cytoplasmic to the nuclear compartment (1). Lipophilic ligands, such as the steroids and retinoids, directly bind to their intracellular cognate nuclear hormone receptors so that no second message is required for transmitting the signals (2–6). Although nuclear receptor-dependent transcriptional activation relies on receptor and its DNA binding element interactions, nuclear receptors are able to modulate the activity of other classes of trans-activators through DNA-binding independent mechanism(s). This process of regulation is known as transcriptional cross-talk or cross-coupling (5, 7).

In the last several years, the biochemical basis of transcriptional cross-talk has been under intense investigation. For example, the glucocorticoid receptor (GR), estrogen receptor, retinoic acid receptor, and the thyroid hormone receptor have been shown to "cross-couple" with AP-1, E26 transformation-specific-related proteins, and NF-κB (7–12). Inhibition of the proinflammatory factor, NF-κB, by activated GR has been suggested to play a key role in GR-mediated anti-inflammatory responses (12–14).

Direct protein–protein interaction between cross-coupled transcription factors has been suggested to be one mechanism of inhibition (5, 15–20). It also has been suggested that cross-talk is mediated by direct competition for the coactivator cAMP response element-binding protein-binding protein/p300 (21, 22). To date, all cross-talk mechanisms have been proposed to occur in the nucleus.

In unstimulated cells, both the GR and NF-κB are predominantly sequestered in the cytoplasm. Cytoplasmic retention of GR involves binding of unliganded GR to hsp90 and other regulatory proteins whereas that for NF-κB involves inhibitor proteins, such as IκBα. Nuclear translocation of GR is induced by association with the natural glucocorticoids or the synthetic analogs such as dexamethasone (Dex) (2, 23, 24). In contrast,

NF-κB translocation is associated with stimulation of cells with a variety of agents, such as lipopolysaccharide, tumor necrosis factor-α (TNF-α), and IL-1, environmental stresses, or the Tax protein of the type 1 human T cell leukemia virus, which induce degradation of the inhibitor protein IκBα (12, 25–27).

Besides the physical partitioning of inactive NF-κB to the cytosol, it recently has been shown that NF-κB transcription is regulated by phosphorylation of RelA by protein kinase A (PKA) (28). The catalytic subunit of PKA (PKAc) associates with RelA in the cytoplasm promoting RelA phosphorylation at Ser-276. NF-κB activators induce IκBα degradation, enabling translocation of the phosphorylated RelA to the nucleus, where it binds to its cognate DNA response elements and enhances transcription (28).

PKA exerts a regulatory role in the activation of multiple nuclear hormone receptors. For example, it has been shown that PKAc activates GR-dependent DNA binding in cotransfection studies (29). In addition, PKAc can directly phosphorylate GR *in vitro* (30), enhances transcription by the retinoic acid receptor (31, 32), and regulates dimerization of human estrogen receptor-α (33). cAMP activators potentiate ligand-dependent and -independent transcription by the thyroid or retinoid-x receptor and the progesterone receptors, respectively (34, 35). At physiologic levels glucocorticoids and cAMP synergistically promote apoptotic cell death (36). Even though the exact biochemical function of activated PKAc in the presence or absence of steroids and/or retinoids remains unclear, it is apparent that PKA may represent an important regulatory mechanism in nuclear hormone receptor signaling.

We now demonstrate that PKAc associates with GR and potentiates GR-dependent transcription. We show that PKAc attenuates NF-κB and GR cross-repression. Mutation of p65 at the conserved PKA phosphorylation site, amino acid 276, abolishes the potential of p65 to repress GR. Our results localize the NF-κB and GR cross-coupling to the cytoplasm and implicate PKAc-dependent signaling as the molecular interface of this mutual inhibition.

## Materials and Methods

**Antibodies and Reagents.** Purified polyclonal rabbit antiserum against human GR (GR-135 rabbit polyclonal antibody) and the

Abbreviations: GR, glucocorticoid receptor; PKAc, catalytic subunit of protein kinase A; CMV, cytomegalovirus; WCE, whole-cell extracts; Dex, dexamethasone; GST, glutathione S-transferase; RSV, Rous sarcoma virus; CMX, cytomegalovirus expression vector; TPA, 12-O-tetra-decanoyl-phorbol 13-acetate; NLS, nuclear localization signal; TNF-α, tumor necrosis factor-α; MMTV, mouse mammary tumor virus; Luc, luciferase.

‡V.D. and Y.S. contributed equally to this work.

§To whom correspondence should be addressed. E-mail: evans@salk.edu or doucas7@etu.unige.ch.

The publication costs of this article were defrayed in part by page charge payment. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. §1734 solely to indicate this fact.

Article published online before print: *Proc. Natl. Acad. Sci. USA*, 10.1073/pnas.220413297.

Article and publication date are at www.pnas.org/cgi/doi/10.1073/pnas.220413297

APPLIED BIOLOGICAL SCIENCES

rabbit RelA antibody 5314 have been described (37). The RelA goat antibody (G20), the antibodies for IκBα, and the rabbit GR (P-20) antibody (sc-1002) were purchased from Santa Cruz Biotechnology. The PKAc mouse mAb (P73420) was from Transduction Laboratories, Lexington, KY. Secondary antibodies labeled either with FITC or Texas red were purchased from The Jackson Laboratory. Recombinant human TNF-α (10 ng/ml), H-89 (10–40 mM) isoquinoline-sulfonamide derivative, which is one of the most potent inhibitors of PKA [$K_i$ (inhibition constant) of ≈0.048 mM]; and ML-7 (40 mM) inhibitor specific for myosin light chain kinase were purchased from Calbiochem, and 8-Br cAMP (0.1 mM), dexamethasone (0.01–1 μM) and 12-O-tetra-decanoyl-phorbol 13-acetate (TPA) (100–200 ng/ml) were from Sigma. All reagents were used at the indicated concentrations and applied in <0.1% of the media volume.

The mouse mammary tumor virus (MMTV)-luciferase (Luc), Igk3-tk-Luc, Rous sarcoma virus (RSV)GR, RSVI550, RS-VGRΔ589–697, and CMXGR and CMXβgal expression vectors have been described (24, 38, 39). The cytomegalovirus (CMV) IκBα and the human CMVRelA have been described (25). RelA mutants were kindly provided by D. W. Ballard, Pennsylvania State University College of Medicine (40). CMVRelA, CMVRelAΔNLS (nuclear localization vector), and CMVRelA31–551 express the corresponding p65-coding sequence downstream of the CMV promoter. Glutathione-S-transferase expression vector (pGEX) PKAc and pcPKAc were kindly provided by S. Taylor, University of California at San Diego.

**Cell Culture.** CV1, MEF, 293, and HeLaS3 cells were maintained as monolayers in DMEM supplemented with 100 units/ml penicillin–streptomycin and 10% resin-charcoal-stripped bovine calf serum (38) or 10% heat-inactivated FCS, respectively (GIBCO). HeLa cells were transfected at low serum concentration (0.1%). Cultures were maintained at 37°C and in 7% CO₂. For immunofluorescence, cells were grown on round coverslips in 6-well plates.

**Transfection and Reporter Assays.** Transfection assays were done as described (38). Luc and β-galactosidase were assayed as described (39). Cell extracts were prepared 24–30 h after transfection or as indicated in the figure legends. Results are given as a relative activity, based on the positive control activity (arbitrary units) as observed in each described experiment.

**In Vitro Binding Assays.** Binding assays were done as described (38). In summary, glutathione S-transferase (GST)-PKAc was prepared as indicated (Amersham Pharmacia). Radio-labeled RelA wild-type and mutant proteins and GR protein were prepared by coupled in vitro transcription-translation (Promega) by using the corresponding expression vector as template DNA. For in vitro binding assays, 30–50 μl of glutathione Sepharose associated with the corresponding recombinant protein were incubated with 3–5 μl of ³⁵S-labeled proteins, in the presence or absence of dexamethasone, for 30 min at 4°C. The bound proteins were washed five times in appropriate buffers and analyzed by SDS/PAGE and autoradiography.

**Immunohistochemistry Assays.** Cells were fixed and analyzed by immunofluorescence studies as described (41). Fluorescence images were analyzed by confocal microscopy. For in vitro immunodetection assay, total cytoplasmic, nuclear, or whole-cell extracts (WCE) were analyzed in SDS/PAGE, transferred to nitrocellulose membrane, and probed with the corresponding antibodies as described (37). Immunoprecipitations were carried out by using the indicated specific antibodies as described (42).



**Fig. 1.** GR mediates trans-repression of TNF-α and TPA-activated RelA-dependent signaling. (A) GR represses NF-κB-dependent transcription. CV1 cells (48-well plates) were transiently cotransfected with 120 ng of Igk3-Luc reporter construct, 75 ng of CMXβgal, and 75 ng of RSVGR or RSV empty expression vectors. Cells were costimulated with TPA or TNF-α in the absence or presence of Dex for 4 h before the assay, as indicated. The y axis shows activation as measured by Igk3-driven Luc activity. The histogram is representative of three independent experiments. (B) Protein levels of IκBα are not affected by GR.Dex treatment in 293 cells. Western blot analysis of IκBα in cytoplasmic or nuclear extracts in cells without treatment (Not), treated with TNF-α, overexpression of GR and Dex treatment (GR.Dex), or in combination of TNF-α and GR.Dex.

## Results

**GR Represses NF-κB-Mediated Transcription.** Fig. 1A shows that both TPA and TNF-α activates NF-κB transcriptional activity. Overexpression of wild-type GR protein represses NF-κB-dependent transcription. Addition of Dex leads to further repression of NF-κB activation (Fig. 1A and data not shown). These data suggest that GR represses NF-κB activity in both ligand-dependent and -independent manners. Ligand independent NF-κB repression also has been reported to be mediated by another member of the steroid receptor family, the progesterone receptor (18).

It has been suggested previously that inhibition of NF-κB by GR might involve Dex-dependent transcriptional activation of the IκBα gene to increase IκBα protein, which, in turn, inhibits nuclear translocation of NF-κB (13, 14). To determine the absolute requirement of IκBα in GR-mediated NF-κB repression, we examined IκBα protein levels upon Dex treatment. Western blot analysis of IκBα protein from cytoplasmic and nuclear cell extracts revealed that GR/Dex neither up-regulated IκBα protein nor affected TNF-α mediated IκBα degradation (Fig. 1B). This result suggests that GR/Dex neither up-regulated IκBα at the protein levels nor affected TNF-α-mediated IκBα degradation.

**Cytoplasmic-Localized RelA Represses GR Activity.** To further investigate the cross-coupling phenomenon, we analyzed the domains of RelA and GR proteins involved in these interactions. RelA is characterized by an N-terminal conserved Rel homology domain (which contains regions required for DNA binding, dimerization, nuclear localization, and PKAc-mediated phosphorylation) and a C-terminal transactivation domain (Fig. 2A). The wild-type RelA protein transfected at a 1:3 M ratio with GR repressed MMTV activation >15-fold (Fig. 2B, compare constructs 1 and 2). The RelA mutants missing the activation domain (RelA 1–450 and RelA 1–312; Fig. 2B, constructs 3 and 4) or the DNA-binding domain (RelA 31–551 and RelA 201–551; Fig. 2B, constructs 5 and

    Doucas et al.



**Fig. 2.** Mapping the domain of RelA involved in GR repression. (*A*) Schematic of RelA. (*B*) RelA cross-coupling domains. CV1 cells (48-well plates) were transiently cotransfected with 120 ng of MMTV-Luc reporter construct, 75 ng of CMXβgal, 37.5 ng of RSVGR, and CMV empty vector or CMVRelA mutants at 3:1 M ratio with GR, as indicated. Cells were stimulated with Dex at 1 μM for 10 h before the assay. The *y* axis shows activation as measured by MMTV-driven Luc activity conducted in quadruplicate assays. (*C*) Expression levels of RelA proteins. Western blot analysis of RelA wild-type and mutant proteins.



**Fig. 3.** Cytoplasmic form of RelA controls GR transcription. (*A*) Immunohistochemistry detecting relative cellular distribution of Dex-activated GR and RelAΔNLS proteins. Confocal image represents a double-exposure photograph. Primary antibodies are used as indicated. Green corresponds to the RelA labeling revealed with the FITC-conjugated second antibody, and red corresponds to the GR labeling revealed with the Texas red conjugated second antibody. HeLa cells were transiently cotransfected with the CMVRelAΔNLS expression vector and the MMTV-Luc reporter, as indicated in Fig. 2*B*. Cells were treated with 0.1 μM Dex for 3 h before fixation. Similar results were obtained in CV1 cells by using ectopically expressed GR and RelAΔNLS proteins (data not shown). (*B*) IκBα-free RelA wild type and RelAΔNLS equally repress a constitutively active GR mutant (I550). The transient transfection assay was performed as in Fig. 2*B*. The RSVI550 was used at 37.5 ng, and the CMVIκBα was transfected at 1:1 M ratio with the RelA expression vector. All of the transfections were equalized for the total amount of expression vectors, i.e., CMV empty vector. (*C*) IκBα sequesters RelA and blocks RelA-mediated GR repression. The experiment was performed as above but cells were stimulated with Dex at 1 μM for 10 h before the assay. The CMVIκBα was used at 1:1 or 1:2 M ratio with RelA expression vector, as indicated. The *y* axis shows activation as measured by MMTV-driven Luc activity conducted in quadruplicate assays.

6) were still able to repress GR transcription, although the repression was reduced by 7- to 8-fold. The expression levels of both wild-type and mutant proteins are shown in Fig. 2*C*. These results suggest that the RelA DNA binding and activation domains play a role in repression of GR activity. On the other hand, although the extent of GR inhibition by these RelA mutants is less than that induced by the wild-type protein, these results also indicate that repression of GR can still occur even in the absence of RelA DNA binding and trans-activating properties.

We next analyzed the effect of RelAΔNLS on GR-mediated transcription. Deletion of the nuclear localization signal (RelAΔNLS) results in a predominantly cytoplasmic protein (40, 43). Surprisingly, RelAΔNLS blocks hormone-dependent GR transcription at levels equivalent to the wild-type RelA (Fig. 2*B*, construct 7). Immunofluorescence studies from transfected cells with RelAΔNLS expression vector confirmed a virtually complete cytoplasmic distribution of RelAΔNLS protein (Fig. 3*A*). Furthermore, RelA and RelAΔNLS repress equally well the constitutively active and constitutively nuclear localized GR mutant (I550) (Fig. 3*B*, lanes 1–3). Considering that GR I550 carries a deleted ligand-binding domain, we propose that neither the ligand-binding domain nor its associated activation function (AF-2) is necessary for the RelA inhibition. In parallel experiments, cotransfection of IκBα reversed the p65-mediated repression of GR I550 in a concentration-dependent manner (Fig. 3*B*, compare lanes 2 and 4; data not shown). As expected, the ability of RelAΔNLS to block GR was only partially blocked by IκBα overexpression (Fig. 3*B*, lanes 3 and 5), in agreement with the poor IκBα-RelAΔNLS association efficiency (40, 43).

## A Mutation of PKA Site in RelA Abolishes the Repression of GR Activity.

Because the p65 DNA binding, transactivation, NLS, and dimerization domains are not required for inhibition of GR activity, we examined the role of the conserved PKAc phosphorylation site at position 276 (Fig. 2*A*) in repression. We tested two phosphorylation negative RelA mutants for their ability to affect GR activation. Surprisingly, both serine to alanine or serine to glycine substitutions (Ser-276→Ala and Ser-276→Gly) completely abolished GR repression (Fig. 4, lanes 1–4). This result suggests that, in Dex-treated cells, GR-dependent transcriptional activation is severely repressed by a cytoplasmic IκBα-free RelA protein and this effect is inactivated either by IκBα overexpression (Fig. 3*C*) or RelA residue 276 mutation (Fig. 4). These results identified Ser-276 as a critical residue for the RelA-mediated GR repression and suggest that PKAc-dependent phosphorylation of RelA may represent a key biochemical interface of RelA and GR cross-talk.

## GR Associates with PKAc *in Vitro* and *in Vivo*.

*In vitro* association studies show that GR physically interacts with PKAc (Fig. 5*A*). A series of pull-down experiments with *in vitro*-translated GR and RelA proteins and the bacterially produced GST-PKAc fusion were carried out. In the presence and absence of Dex, ≈30% of input wild-type GR was pulled down with GST-PKAc after a 30-min incubation (Fig. 5*AI*, lanes 1–4). In control experiments, the three major repression-active RelA proteins, wild-type RelA, RelAΔNLS, and RelA31–551 were equally pulled down by the GST-PKAc fusion (Fig. 5*AII*, lanes 1–6).

APPLIED BIOLOGICAL SCIENCES



**Fig. 4.** Point mutations of RelA PKA phosphorylation site abolish RelA-mediated GR repression. A conserved PKA phosphorylation site of RelA, Ser-276, was mutated to Ala (S276A) or Gly (S276G). Transfection was performed as in Fig. 2*B*. CMV RelA mutants were assayed as indicated. The *y* axis shows activation as measured by MMTV-driven Luc activity conducted in quadruplicate assays.

At the *in vivo* level, human 293 cells were cotransfected with the expression vectors encoding for GR and PKAc at 1:1 M ratio (Fig. 5*B*). Transfected cells were lysed, and immunoprecipitations were performed with antibody against GR (Fig. 5*BI*). The immunoprecipitates were analyzed by SDS/PAGE and immunoblotted with an antibody specific for PKAc. The PKAc protein could be coprecipitated with GR by using GR-specific antibody, but not with control IgG, indicating the *in vivo* presence of a PKAc-GR complex formation (Fig. 5*BI*, compare lanes 2 and 4). In control experiments, similar amounts of WCE were immunoblotted with GR antibody and data confirmed the expected expression of overexpressed GR protein (Fig. 5*AII*). In agreement with the transfected data, PKAc was immunoprecipitated with GR from HeLa S3 cells, further indicating the *in vivo* presence of a functional GR/PKAc complex (unpublished data).

**PKA Activates GR-Mediated Transcription.** The *in vitro* and *in vivo* data supporting the GR/PKAc association suggested that PKA-mediated phosphorylation might modulate GR transcription. To elucidate the possible role of PKA signaling on GR transactivation, we used the isoquinoline-sulfonamide derivative, H-89, one of the most potent inhibitors of PKA [$K_i$ (inhibition constant) of $\approx$0.048 mM]. As a control, we used ML-7, another inhibitor that is specific for myosin light kinase. We tested the effect of the two inhibitors on Dex-activated GR-dependent transcription, using a transient transfection assay based on expression of Luc from a reporter construct, MMTV-Luc. We observed an important inhibition of Dex-induced GR-dependent transcription in the presence of 10–40 $\mu$M H-89 (Fig. 5*C*). In contrast, ML-7, when used at up to 40 $\mu$M, had much less effect on GR-dependent transcription (Fig. 5*C*). Taken in consideration that H-89 did not affect GR nuclear translocation (data not shown), this experiment provides strong evidence for the involvement of PKA in modulating GR-mediated transcriptional activation.

Taken together, the above data suggested that inactivation or sequestration of PKA signaling could be the source of the repression of GR activity. To test this competition model, we monitored GR transcription in the presence of 10 nM Dex and increasing amounts of PKAc expression vector (Fig. 5*D*). In the absence of overexpressed PKAc, GR activated MMTV transcription 60-fold, whereas expression of PKAc stimulated GR an additional 10- to 15-fold (Fig. 5*D*, lanes 1–4). In the presence of RelAΔNLS (3:1 M ratio with GR) MMTV transcription was severely repressed (Fig. 5*D*, compare lanes 1 and 5). However, high-level expression of PKAc rescued GR activity to 400-fold (Fig. 5*D*, compare lanes 4, 5, and 8). These data suggest that the concentration of PKAc in the cell may be critical in controlling GR transactivation and RelA-mediated GR repression.



**Fig. 5.** PKAc is associated with GR and potentiates GR activity. (*A*) *In vitro* association of PKAc subunit and GR (95 kDa). (*AI*) The $^{35}$S-labeled GR protein was incubated with GST-PKAc or GST alone on glutathione-agarose beads, in the absence or presence of 1 $\mu$M Dex as indicated. The bound proteins were analyzed by SDS/PAGE and fluorography (lanes 1–3). Input was included in lane 4. (*AII*) The same conditions as in *AI* but using $^{35}$S-labeled RelA wild-type and mutants. Input proteins (lanes 1–3) and the pull-down proteins (lanes 4–6) are indicated. (*B*) *In vivo* association of PKAc and GR wild-type protein. (*BI*) Human 293 cells were cotransfected with CMXGR and pcPKAc expression vectors. Cells were mock-treated (lane 2) or activated with 1 $\mu$M Dex for 12 h (lane 3) and harvested 48 h after transfection. Cell lysates were immunoprecipitated with 5 $\mu$l of GR-135 polyclonal antibody (lanes 2 and 3) or with the same amount of normal rabbit IgG as a control (lane 4). Immunoprecipitates then were analyzed by Western blot with PKAc-specific antibody. WCE were loaded in parallel with the immunoprecipitates to show comigration (lane 1). (*BII*) An aliquot of the WCE was analyzed directly with Western blot by using GR-specific antibody. (*C*) H-89, a PKAc-specific inhibitor represses GR activity. CV-1 cells were transfected with MMTV-Luc, CMXβgal, and RSVGR as in Fig. 2*B*. After transfection cells were stimulated for 4 h with 1 $\mu$M Dex, with or without H-89 or ML-7, at the indicated concentrations. Cellular extracts were used to measure Luc activity. The *y* axis shows arbitrary unit of repression as measured by MMTV-driven Luc activity. The histogram is representative of at least three independent experiments. (*D*) PKAc potentiates GR transcription and reverses RelA repression of GR. CV1 cells were cotransfected with 120 ng of MMTV-Luc reporter construct, 75 ng of CMXβgal, 33 ng of RSVGR, CMV empty vector or CMVRelA ΔNLS at 120 ng, and increasing concentration of PKAc expression vector, as indicated. Cells were stimulated with Dex at 10 nM for 10 h before the assay. All of the transfections were normalized for the total amount of expression vectors, i.e., CMV empty vector. The *y* axis shows arbitrary unit of activation as measured by MMTV-driven Luc activity.

**GR Represses PKAc-Potentiated NF-κB Activity.** To follow the role of PKAc concentration in the cross-talk of GR-RelA, we performed a PKAc-sequestration assay *in vivo* by modifying the molecular equilibrium between RelA and GR proteins. Human 293 cells were cotransfected with the expression vectors for RelA and PKAc at 1:1 M ratio, along with empty or GR expression vectors (Fig. 6*AI*). The immunoprecipitates were analyzed by SDS/PAGE and immunoblotted with antibody specific for PKAc. Indeed, PKAc is associated with RelA in the absence of overexpressed GR protein (Fig. 6*AI*). However, overexpression of GR in the absence or presence of Dex strongly interferes with the PKAc-RelA interaction, resulting in decreased association of



**Fig. 6.** GR competes with RelA for PKAc association *in vivo*. (*A*) GR blocks RelA:PKAc protein association *in vivo*. Human 293T cells were transfected with 5 μg of CMVRelA, 5 μg of pcPKAc, and 5 μg of CMXGR or empty vector, as indicated. Cells were mock-treated or activated with 1 μM Dex for 12 h and harvested 48 h after transfection. (*AI*) Cell lysates were immunoprecipitated with 5 μl (1 μg) of RelA sc-109 rabbit polyclonal antibody (lanes 3–6) or with the same amount of normal rabbit IgG as control (lane 2). Immunoprecipitates were analyzed by Western blot with PKAc-specific antibody. WCE (lane 1) were loaded in parallel with the immunoprecipitates to show comigration. (*AII*) Quantitation of PKAc coprecipitated by RelA-specific antibody. The *y* axis shows the ratio of PKAc to IgG. Quantitation is performed with NIH IMAGE program. (*AIII*) Similar amount of WCE from cells corresponding to lanes 3–6 in *AI* was immunostained with GR-specific antibody (sc-1002). (*AIV*) The same blot shown in *AIII* was stripped and reprobed with RelA-specific antibody. (*B*) GR represses PKAc-dependent NF-κB transactivation. CV1 cells were cotransfected with 120 ng of Igk3-Luc reporter construct, 75 ng of CMXβgal, 33 ng of CMV RelA, and increasing amount of pcPKAc expression vector, as indicated. The RSVGR and RSVGRΔ589–697 were used at 3:1 M ratio with RelA. All of the transfection points were equalized for the total amount of expression vectors. The *y* axis shows fold activation as measured by Igk3-driven Luc activity. The histogram is representative of a triplicate experiment.

RelA and PKAc *in vivo* (Fig. 6*A I* and *II*). As expected, the control experiments confirmed the overexpression of GR and RelA proteins from WCE (Fig. 6*A III* and *IV*). Considering the essential role of PKAc in RelA-mediated transactivation (28), the above result suggests that overexpression of GR should interfere with PKAc-mediated RelA transactivation.

To further test the above hypothesis, we monitored NF-κB transcription in the presence of 33 ng of RelA expression vector and increasing amounts of PKAc (Fig. 6*B*). In the absence of PKAc, RelA activated NF-κB transcription (Igk3-Luc) arbitrarily 1-fold, whereas expression of PKAc stimulated NF-κB transcription an additional 12-fold (Fig. 6*B*, lanes 1–4). In the presence of wild-type GR or GRΔ589–697, a mutant GR protein carrying a truncated ligand-binding domain and characterized by a predominant cytoplasmic localization (24), NF-κB transcription was severely repressed (Fig. 6*B*, lanes 1–4). This result demonstrates that GR could compete with RelA for PKAc and represses PKAc-mediated NF-κB transcription.

## Discussion

In this study, we have re-examined the biochemical basis of the functional cross-repression between NF-κB and the GR. Two previously described pathways for NF-κB and GR cross-talk proposed either a direct physical interaction resulting in the mutual loss of DNA-binding activity of each factor (13, 15, 17–20) or competition for a limiting common transcriptional coactivator (21, 22). A third mechanism involves hormone induced synthesis of IκBα in the repression of NF-κB by GR, which might be a cell type-specific event (13, 14). Our study suggests that the trans-repression of GR and RelA depends on a cytoplasmic event that requires both PKAc and the PKA phosphorylation site in RelA.

In characterizing the repression, we found that the RelA mutants with deletion of either the DNA-binding domain or the activation domain remain repressive to GR activity, although to a less extent than that of the wild-type RelA. However, the cytoplasmic RelAΔNLS mutant retained full repression activity, indicating that a cytoplasmic event is involved in the cross-repression. Furthermore, a mutant GR (GRΔ589–697), characterized by a predominant cytoplasmic localization, is able to repress RelA-dependent transcription, further suggesting that the cross-repression of GR and RelA is mediated by a cytoplasmic process. This study introduces a unique concept for the cross-talk between transcription factors because all previous cross-talk mechanisms implicated a nuclear process.

The observation that RelA mutated at the conserved PKA-phosphorylation site completely lost the capacity to inhibit GR directly implicated PKA in this cross-talk. PKA activation requires cAMP, which binds to the regulatory subunit of the PKA complex and releases the catalytic subunit of PKAc (44, 45). However, a recent study by Ghosh and coworkers (28) demonstrated that some PKAc exists as part of an inactive complex with NF-κB/IκB. Cytokine activation promotes degradation of IκBα or IκBβ, which activates translocation of a PKAc-phosphorylated and transcriptionally active RelA to the nucleus. Our observations that expression of PKAc restores GR activity despite the presence of RelA, together with the results on competition of PKAc association between GR and RelA, implicates PKA as a principal source of the repression. Indeed, we demonstrated that GR/RelA cross-repression could be relieved by overexpression of PKAc. These results together suggest that PKAc is involved in the GR–NF-κB cross-talk pathway.

Another observation presented in this paper is that GR represses RelA-activated transcription in both ligand-dependent and -independent manner. Previous studies have shown that treatment of cells with Dex, a synthetic GR ligand, leads to repression of NF-κB-activated transcription. In this study, we demonstrated that overexpression of GR results in the inhibition of both TPA/TNFα-activated or RelA-overexpression-mediated transcription in a ligand-independent manner. Addition of GR ligand leads to a further repression of NF-κB activity. This result suggests that multiple layers of regulation are involved in the transrepression of GR and RelA.

More interestingly, the cross-talk involving PKAc is not restricted to GR/NF-κB. A similar PKAc-dependent mechanism contributes to transrepression by NF-κB and other nuclear receptors such as retinoic acid receptor (data not shown). PKAc potentiates all-trans retinoic acid-activated transcription, whereas RelA represses all-trans retinoic acid-induced transcription. Coexpression of PKAc with RelA relieves repression of retinoic acid receptor-target gene expression by RelA. The data together suggest that the PKAc signaling might serve as a common component for trans-repression of nuclear receptors and NF-κB.

Even though our data suggested that PKA signaling might act upstream of Dex-activated GR transcription, the mechanism by which PKAc controls GR activity is not clear. Possibly, PKA

APPLIED BIOLOGICAL SCIENCES

signaling might promote a change in the tertiary structure of the GR, which affects affinity of GR for transcriptional coregulators. This is an attractive hypothesis because ligand activation of the nuclear receptors is possibly related to a conformational change that favors coactivator interaction (46). An alternative possibility is that PKA has a more direct role by altering receptor interaction with transcriptional cofactors, as has been observed for the interaction between phosphorylated cAMP response element-binding protein and its main coactivator CBP (38, 47). The concept that GR and possibly other nuclear receptor functioning is regulated by a cytoplasmic PKA-associated signaling as has been described for the NF-κB pathway, provides a completely new framework for understanding how the cross-talk integrates a variety of signals in a physiological context. Further elucidation of such a mechanism would not only reveal how cross-talk controls signal activated transcription but also provide an ap-

proach to study the transcriptional basis of anti-inflammatory, antiviral, and anticancer agents.

This paper is dedicated to the memory of our friend and colleague Dr. Kazuhiko Umesono. We thank S. Taylor, D. W. Ballard, and D. Baltimore for reagents, B. Seufzer for excellent technical assistance, and P. Olson and W. Xu for critical reading of the manuscripts. A.W. was a research assistant at the Salk Institute, S.M. is an assistant professor at the University of Wisconsin Madison Medical School, I.V. is a professor of the American Cancer Society at the Salk Institute, V.D. is a maître Assistant at the University of Geneva Medical School, and R.M.E. is an Investigator of the Howard Hughes Medical Institute at the Salk Institute for Biological Studies and March of Dimes Chair in Molecular and Developmental Biology. This work was supported by University of Geneva Medical School, by University of Wisconsin Madison Medical School, by a Shaw Scientist Award (S.M.), by Howard Hughes Medical Institute, and in part by National Institutes of Health Grants GM26444 and HD27183.

1. Karin, M. & Hunter, T. (1995) *Curr. Biol.* **5,** 747–757.
2. Evans, R. M. (1988) *Science* **240,** 889–895.
3. Mangelsdorf, D. J., Thummel, C., Beato, M., Herrlich, P., Schutz, G., Umesono, K., Blumberg, B., Kastner, P., Mark, M., Chambon, P., *et al.* (1995) *Cell* **83,** 835–839.
4. Mangelsdorf, D. J. & Evans, R. M. (1995) *Cell* **83,** 841–850.
5. Beato, M., Herrlich, P. & Schutz, G. (1995) *Cell* **83,** 851–857.
6. Kastner, P., Mark, M. & Chambon, P. (1995) *Cell* **83,** 859–869.
7. Schule, R., Rangarajan, P., Kliewer, S., Ransone, L. J., Bolado, J., Yang, N., Verma, I. M. & Evans, R. M. (1990) *Cell* **62,** 1217–1226.
8. Yang-Yen, H. F., Chambard, J. C., Sun, Y. L., Smeal, T., Schmidt, T. J., Drouin, J. & Karin, M. (1990) *Cell* **62,** 1205–1215.
9. Schule, R., Rangarajan, P., Yang, N., Kliewer, S., Ransone, L. J., Bolado, J., Verma, I. M. & Evans, R. M. (1991) *Proc. Natl. Acad. Sci. USA* **88,** 6092–6096.
10. Doucas, V., Spyrou, G. & Yaniv, M. (1991) *EMBO J.* **10,** 2237–2245.
11. Gauthier, J. M., Bourachot, B., Doucas, V., Yaniv, M. & Moreau-Gachelin, F. (1993) *EMBO J.* **12,** 5089–5096.
12. Verma, I. M., Stevenson, J. K., Schwarz, E. M., Van Antwerp, D. & Miyamoto, S. (1995) *Genes Dev.* **9,** 2723–2735.
13. Scheinman, R. I., Cogswell, P. C., Lofquist, A. K. & Baldwin, A. S., Jr. (1995) *Science* **270,** 283–286.
14. Auphan, N., DiDonato, J. A., Rosette, C., Helmberg, A. & Karin, M. (1995) *Science* **270,** 286–290.
15. Ray, A. & Prefontaine, K. E. (1994) *Proc. Natl. Acad. Sci. USA* **91,** 752–756.
16. Scheinman, R. I., Gualberto, A., Jewell, C. M., Cidlowski, J. A. & Baldwin, A. S., Jr. (1995b) *Mol. Cell. Biol.* **15,** 943–953.
17. Stein, B. & Yang, M. X. (1995) *Mol. Cell. Biol.* **15,** 4971–4979.
18. Kalkhoven, E., Wissink, S., van der Saag, P. T. & van der Burg, B. (1996) *J. Biol. Chem.* **271,** 6217–6224.
19. Palvimo, J. J., Reinikainen, P., Ikonen, T., Kallio, P. J., Moilanen, A. & Janne, O. A. (1996) *J. Biol. Chem.* **271,** 24151–24156.
20. Wissink, S., van Heerde, E. C., Schmitz, M. L., Kalkhoven, E., van der Burg, B., Baeuerle, P. A. & van der Saag, P. T. (1997) *J. Biol. Chem.* **272,** 22278–22284.
21. Kamei, Y., Xu, L., Heinzel, T., Torchia, J., Kurokawa, R., Gloss, B., Lin, S. C., Heyman, R. A., Rose, D. W., Glass, C. K. & Rosenfeld, M. G. (1996) *Cell* **85,** 403–414.
22. Sheppard, K. A., Phelps, K. M., Williams, A. J., Thanos, D., Glass, C. K., Rosenfeld, M. G., Gerritsen, M. E. & Collins, T. (1998) *J. Biol. Chem.* **273,** 29291–29294.
23. Evans, R. M. (1989) *Recent Prog. Horm. Res.* **45,** 1–22; discussion 22–27.
24. Cadepond, F., Gasc, J. M., Delahaye, F., Jibard, N., Schweizer-Groyer, G., Segard-Maurel, I., Evans, R. & Baulieu, E. E. (1992) *Exp. Cell Res.* **201,** 99–108.
25. Miyamoto, S. & Verma, I. M. (1995) *Adv. Cancer Res.* **66,** 255–292.
26. Baldwin, A. S., Jr. (1996) *Annu. Rev. Immunol.* **14,** 649–683.
27. Baeuerle, P. A. & Baltimore, D. (1996) *Cell* **87,** 13–20.
28. Zhong, H., SuYang, H., Erdjument-Bromage, H., Tempst, P. & Ghosh, S. (1997) *Cell* **89,** 413–424.
29. Rangarajan, P. N., Umesono, K. & Evans, R. M. (1992) *Mol. Endocrinol.* **6,** 1451–1457.
30. Haske, T., Nakao, M. & Moudgil, V. K. (1994) *Mol. Cell. Biochem.* **132,** 163–171.
31. Huggenvik, J. I., Collard, M. W., Kim, Y. W. & Sharma, R. P. (1993) *Mol. Endocrinol.* **7,** 543–550.
32. Rochette-Egly, C., Oulad-Abdelghani, M., Staub, A., Pfister, V., Scheuer, I., Chambon, P. & Gaub, M. P. (1995) *Mol. Endocrinol.* **9,** 860–871.
33. Chen, D., Pace, P. E., Coombes, R. C. & Ali, S. (1999) *Mol. Cell. Biol.* **19,** 1002–1015.
34. Leitman, D. C., Costa, C. H., Graf, H., Baxter, J. D. & Ribeiro, R. C. (1996) *J. Biol. Chem.* **271,** 21950–21955.
35. Denner, L. A., Weigel, N. L., Maxwell, B. L., Schrader, W. T. & O'Malley, B. W. (1990) *Science* **250,** 1740–1743.
36. Gruol, D. J. & Altschmied, J. (1993) *Mol. Endocrinol.* **7,** 104–113.
37. Miyamoto, S., Maki, M., Schmitt, M. J., Hatanaka, M. & Verma, I. M. (1994) *Proc. Natl. Acad. Sci. USA* **91,** 12740–12744.
38. Doucas, V., Egan D. A., Tini M. & Evans, R. M. (1999) *Proc. Natl. Acad. Sci. USA* **96,** 2627–2632.
39. Doucas, V. & Evans, R. M. (1999) *Proc. Natl. Acad. Sci. USA* **96,** 2633–2638.
40. Ganchi, P. A., Sun, S. C., Greene, W. C. & Ballard, D. W. (1992) *Mol. Biol. Cell* **3,** 1339–1352.
41. Doucas, V., Ishov, A. M., Romo, A., Juguilon, H., Weitzman, M. D., Evans, R. M. & Maul, G. G. (1996) *Genes Dev.* **10,** 196–207.
42. Shi, Y., Mosser, D. D. & Morimoto, R. I. (1998) *Genes Dev.* **12,** 654–666.
43. Beg, A. A., Ruben, S. M., Scheinman, R. I., Haskill, S., Rosen, C. A. & Baldwin, A. S., Jr. (1992) *Genes Dev.* **6,** 1899–1913.
44. Taylor, S. S., Buechler, J. A. & Yonemoto, W. (1990) *Annu. Rev. Biochem.* **59,** 971–1005.
45. Scott, J. D. (1991) *Pharmacol. Ther.* **50,** 123–145.
46. Nolte, R. T., Wisely, G. B., Westin, S., Cobb, J. E., Lambert, M. H., Kurokawa, R., Rosenfeld, M. G., Willson, T. M., Glass, C. K. & Milburn, M. V. (1998) *Nature (London)* **395,** 137–143.
47. Chrivia, J. C., Kwok, R. P., Lamb, N., Hagiwara, M., Montminy, M. R. & Goodman, R. H. (1993) *Nature (London)* **365,** 855–859.

# EXHIBIT B

Cell Death and Differentiation (2006) 13, 785–797
© 2006 Nature Publishing Group   All rights reserved 1350-9047/06 $30.00
www.nature.com/cdd



Review

# NF-κB and the regulation of hematopoiesis

V Bottero[1], S Withoff[1] and IM Verma[*,1]

[1] Laboratory of Genetics, The Salk Institute for Biological Studies, La Jolla, CA, USA
* Corresponding author: IM Verma, Laboratory of Genetics, The Salk Institute for Biological Studies, 10010 North Torrey Pines Road, La Jolla, CA 92037, USA. Tel: +1 858 453 4100 ex.1462; Fax: +1 858 558 7454; E-mail: verma@salk.edu

Received 21.11.05; revised 19.1.06; accepted 19.1.06; published online 10.3.06
Edited by G Kroemer

## Abstract

**This review will focus on the role of nuclear factor κB (NF-κB) signaling in hematopoietic differentiation. We will also discuss several hematopoietic pathologies associated with deregulation of NF-κB and their potential therapies.**
*Cell Death and Differentiation* (2006) **13**, 785–797.
doi:10.1038/sj.cdd.4401888; published online 10 March 2006

**Keywords:** NF-κB; IκB; IKK; hematopoiesis; myelopoiesis; lymphopoiesis; disease

**Abbreviations:** BAFF, B cells activation factor; BAFF-R, B cells activation factor receptor; BCR, B Cell Receptor; bm-PMN, bone marrow polymorphonuclear neutrophilic granulocytes; CFU-GEMM, granulocyte/erythroid/monocyte/macrophage colony-forming units; DC, dendritic cell; DN, dominant negative; FTOC, fetal thymic organ cultures; GM-CSF, granulocyte–macrophage colony-stimulating factor; GVHD, graft-*versus*-host disease; HED-ID, hypohidrotic ectodermal dysplasia with immune deficiency; IFN, interferon; Ig, immunoglobuline; IKK, IκB kinase; IL, interleukin; IκB, inhibitor of κB; LDL, low-density lipoprotein; LDLR, low-density lipoprotein receptor; LPS, lipopolysaccharide; MY, metamyelocyte; MHC, major histocompatibility; NBD, Nemo binding domain; NEMO, NF-κB essential modulator; NF-κB, nuclear factor κB; NIK, NF-κB inducing kinase; NK cells, natural killer cells; NKT, natural killer-like T cells; NOD, non-obese diabetic; PAI-2, plasminogen activator inhibitor 2; PDTC, pyrrolidine dithiocarbamate; PMA, phorbol myristate acetate; PM, promyelocyte; RA, rheumatoid arthritis; RANK, receptor activator of NF-κB; RANKL, receptor activator of NF-κB ligand; TAK1, transforming-growth-factor β-activated kinase 1; TCR, T-cell receptor; TLR, Toll-like receptor; TNF, tumor necrosis factor; TRAF, TNF receptor-associated factor; TRAP, tartrate-resistant acid phosphatase

Rel/NF-κB transcription factors exert their function as homo- and heterodimers. The nuclear factor κB (NF-κB) family consists of five members (c-Rel, p65/RelA, RelB, NF-κB1/p105, which is processed into p50, and NF-κB2/p100, which is processed into p52). Whereas p65 and p50 are ubiquitous proteins, other members of the family are expressed in specific cell types. c-Rel expression is confined to lymphocytes, monocytes, granulocytes and erythroid cells, whereas RelB is predominantly expressed in dendritic cells (DCs) and lymphocytes. p52 is expressed in the stomach epithelium, DCs, macrophages and lymphocytes. The fact that specific NF-κB proteins are predominantly expressed in hematopoietic cell lineages emphasizes their pivotal role during immune functions.

In resting cells, NF-κB dimers (the p65/p50 heterodimer is the archetypical heterodimer activated by the classical pathway) are retained in the cytoplasm by interaction with inhibitory molecules of the IκB family (IκBα is the predominant inhibitor of the p65/p50 heterodimer). Upon induction of the pathway, the IκB proteins are phosphorylated by the inhibitor of κB (IκB) kinase-complex (IKK-complex). The IKK-complex is a central multiprotein regulator that controls the activation of the classical NF-κB pathway. The best-characterized components of this complex are the two kinases IKK1 and IKK2 as well as the regulatory components NEMO (NF-κB essential modulator) and ELKS.[1,2] Phosphorylation of IκB proteins induces their polyubiquitination, leading to their degradation by the proteasome. NF-κB dimers, released from their inhibitor, can then translocate to the nucleus, where they bind their DNA responsive elements, leading to the activation of a plethora of target genes. Several tumor necrosis factor (TNF) receptor family members (LTβR, BAFF-R, CD40, RANK, p75TNFR, HVEM, CD27, CD30, 4–1BB, GITR, BCMA, OX40, TACI) have been shown to be able to activate the alternative NF-κB signaling pathway leading to the formation of p52/RelB dimers. The specific expression of these receptors on lymphocytes suggests an important role for the alternative pathway in B- and T-cell development or activation. The alternative pathway activates IKK1 homodimers via the NF-κB-inducing kinase (NIK), followed by phosphorylation of p100, which is subsequently polyubiquitinated and processed into p52. This review will focus on the role of NF-κB signaling in hematopoietic differentiation (Figure 1). We will also discuss several hematopoietic pathologies associated with deregulation of NF-κB and their potential therapies.

## NF-κB Signaling within the Myeloid Lineage

Mice deficient for IκBα show an increase of granulocyte/erythroid/monocyte/macrophage colony-forming units (CFU-GEMM), suggesting that the classical NF-κB pathway contributes to the differentiation of these lineages.[3] Moreover, deletion of both cRel and p65 affects common myeloid early progenitors.[3] These mice present several hematopoietic defects including a reduction of spleen colony-forming unit progenitors. Granulocyte–macrophage colony-stimulating factor (GM-CSF) interacts with its receptor to induce the differentiation of a myeloid progenitor into granulocytes and macrophages. Interestingly, it has been shown that IKK2



**Figure 1** NF-κB in hematopoietic differentiation. The tissue specificity of the expression of NF-κB member underlines the important of this transcription factor in hematopoiesis. Whereas p65 and p50 are ubiquitous proteins, other members of the family are expressed in specific cell types. c-Rel expression is confined to lymphocytes, monocytes, granulocytes and erythroid cells, RelB is predominantly expressed in dendritic cells (DCs) and lymphocytes, and p52 is expressed in the stomach epithelium and also in DCs, macrophages and lymphocytes. Several mouse models allowed the characterization of which NF-κB members were predominantly involved in the different steps. In the figure, NF-κB indicates that the specific member is not yet identified. For granulocytes, osteoclasts, B and T cell lineages, more precise explanations are present in the following figures

interacts with the α-chain of the GM-CSF receptor during this process.[4] NF-κB has been shown to be involved in the differentiation and activation of macrophages, granulocytes, osteoclasts, DCs and erythrocytes.

## NF-κB and macrophage activity

Macrophages are particularly important in establishing innate immunity. Upon microbial infection, these cells phagocytose cell debris and produce hydrolytic and proteolytic enzymes as well as cytokines and growth factors. Engagement of microbial molecules with Toll-like receptors (TLRs) leads to the activation of NF-κB to induce expression of proinflammatory cytokines, chemokines and antiapoptotic proteins. Macrophages also present antigen to activated T cells and thus contribute to part of adaptive immunity.

Whereas no NF-κB activity can be detected in monocyte precursors, their differentiation into macrophages induced by phorbol myristate acetate (PMA) is correlated with IKK activation and subsequent NF-κB activity.[5] During this process, NF-κB protects the cells from apoptosis. TNF receptor-associated factor 6 (TRAF6)-deficient macrophages showed a decreased NF-κB activity concomitant with an increased apoptotic response. The authors proposed that p21 (Waf1/Cip1) is an important NF-κB target gene involved in survival. In accord with this finding, macrophages deficient in IKK2 were deficient in apoptosis.[6] Another antiapoptotic gene involved in NF-κB-induced survival in macrophages is the bcl-2 family protein Bfl1/A1. More recently, it has been shown that transcription of the serpin plasminogen activator inhibitor 2 (PAI-2) is induced by the cooperation of both CREB and NF-κB.[7]

A new function of IKK1 has been identified in macrophages. Two different groups showed that whereas IKK2 is involved in NF-κB activation in macrophages, IKK1 actually inhibits NF-κB activation in these cells. Lack of IKK1 activity (deficiency or expression of a dominant negative (DN) protein) enhanced NF-κB activation and was accompanied by elevated antigen-presenting activity towards T cells and increased inflammation and bacterial clearance.[8,9] Different mechanisms were suggested to underlie this phenomenon. Lawrence *et al.* have recently shown that the enhancement of NF-κB activity in macrophages from mice that express kinase-deficient IKK1 (AA) instead of wild-type IKK1 is because of the modulation of the phosphorylation of p65 at serine 536 leading to an accelerated turn over of the transcription factor. However,

NF-κB and the regulation of hematopoiesis
V Bottero et al

787

Li *et al.* were unable to detect the lipopolysaccharide (LPS)-induced p65 degradation in fetal liver derived macrophage from IKK1-deficient embryos. On the other hand, these authors detected an enhanced IκB-α degradation leading to increased NF-κB activity. They hypothesized that IKK1 limits IκB-α kinase activity of IKK1/2 heterodimers. The reason for the discrepancy between the two studies is not clear at this point but could be explained by the fact the two groups were using different models (IKK1 kinase dead *versus* absence of IKK1).

## NF-κB, granulocyte differentiation and apoptosis

It has been reported that NF-κB plays a role in granulocyte differentiation (Figure 2a). The late stage of granulopoiesis is marked by cellular morphological changes. This late stage takes place in the bone marrow, where the cells undergo differentiation from a promyelocyte stage (PM) to a meta-myelocyte (MY) stage and finally into bone marrow poly-morphonuclear neutrophilic granulocytes (bm-PMNs) that migrate to the blood to become peripheral blood PMNs. Microarray analysis of the different stages of differentiation show an upregulation of chemokines and cytokines, as well as their respective receptors, at the metamyelocyte (MY) to bm-

PMN transition (e.g. interleukin (IL)-1/IL-1R or TNF/TNFR).[10] The authors hypothesize that an autocrine loop is responsible for constitutive NF-κB activity. Further experiments are however needed to confirm the importance of NF-κB signaling during granulopoiesis.

From a clinical point of view, the inhibition of granulocyte differentiation could be very interesting. An important step in the resolution of inflammation is the deletion of proinflamma-tory granulocytes by apoptosis. Whereas the lifespan of the cells is short in the circulation, granulocytes life is prolonged at the inflammatory site. The first evidence that granulocyte cell death is prevented by NF-κB has been provided *in vitro* by blocking NF-κB-activity with several NF-κB inhibitors (SN50, curcumin, pyrrolidine dithiocarbamate, MG-132), which show increased apoptosis of human neutrophils.[11] More recently, inhibition of IKK/Nemo interaction with Nemo-binding domain (NBD) peptide, a potent inhibitor of the classical NF-κB pathway, was shown to increase constitutive cell death which was also observed following induction with LPS.[12]

## NF-κB and osteoclast differentiation

Bone volume and calcium homeostasis is maintained through a constant bone formation by osteoblasts, while bone



**Figure 2**  NF-κB in granulocyte and osteoclast differentiation. (**a**) In the bone marrow, granulocytes undergo differentiation from a promyelocyte stage (PM) to a metamyelocyte (MY) stage and finally into bone marrow polymorphonuclear neutrophilic granulocytes (bm-PMNs). These cells migrate to the blood to become peripheral blood PMNs. Whereas NF-κB constitutive activity has been demonstrated in the bone marrow, more experiment are needed to fully understand its role. In addition, numerous studies underline the importance of NF-κB as the transcription factor involved in the survival of granulocytes, thanks to its antiapoptotic properties. (**b**) Osteoclasts differentiate from hematopoietic cells of the monocyte/macrophage lineage. First, monocyte/macrophage precursors divide and differentiate into tartrate-resistant acid phosphatase (TRAP)-positive cells. In the second step, these TRAP-positive cells fuse into multinucleated cells. The final step is the maturation into active cells that are attached to the mineralized bone matrix. Osteoclast bone resorption is mediated by secretion of protons and proteases into a tight compartment created between the osteoclast and the bone matrix. NF-κB has been implicated in this differentiation process as well as in the survival of the cells

NF-κB and the regulation of hematopoiesis
V Bottero et al

788

resorption is carried out by osteoclasts. Whereas osteoblasts are derived from undifferentiated mesenchymal cells, osteoclasts differentiate from hematopoietic cells of the monocyte/macrophage lineage. Osteoclast development can be summarized as a three-step process (Figure 2b). First, monocyte/macrophage precursors divide and differentiate into tartrate-resistant acid phosphatase (TRAP)-positive cells. In the second step, these TRAP-positive cells fuse into multinucleated cells. The final step is the maturation into active osteoclasts that are attached to the mineralized bone matrix. Osteoclast bone resorption is mediated by secretion of protons and proteases into a tight compartment created between the osteoclast and the bone matrix. Bone loss is often observed at sites of inflammation. LPS, expressed by gram-negative bacteria, induces the activation of NF-κB via toll-like receptor 4 (TLR4) and TRAF 6. It has been shown that LPS not only protects osteoclast progenitors but can also induce their fusion. Finally, cytokines such as TNFα and IL-1 are produced at inflammation site. These cytokines induce NF-κB and stimulate osteoclast progenitor survival and differentiation.

None of the single knockouts of NF-κB family members in mice show defects in osteoclast differentiation; however, mice deficient for both p50 and p52 develop an osteopetrosis phenotype characterized by an increase of bone mass due to a defect in osteoclast differentiation.[3] The discovery of the RANK (receptor activator of NF-κB)/RANKL (receptor activator of NF-κB ligand) pathway has led to a better understanding of the regulation of osteoclasts by osteoblasts. RANKL-expressing osteoblasts interact with RANK receptor expressed on osteoclasts, leading to osteoclast activation. Knockout mice, deficient for this receptor or its ligand, display a prominent osteopetrotic phenotype which confirms the importance of these proteins in osteoclast differentiation.[13] As its name implies, RANK stimulation induces a signaling cascade leading to NF-κB activation. Whereas it has been shown that TRAF 1, 2, 3, 5 and 6 are able to interact with RANK in vitro, in vivo studies have demonstrated an essential role only for TRAF6 in osteoclast differentiation.[13] Indeed, TRAF6 (−/−) mice develop an osteopetrosis phenotype with defects in bone resorption and tooth eruption.

Upon TRAF recruitment, an intermediate complex, composed of transforming-growth-factor β-activated kinase 1 (TAK1), TAK1-binding protein 1 (TAB1) and TAB2, has been proposed to transduce the signal from TRAF6 to the IKK complex.[14] Mizukami et al.[15] showed the formation of a RANK–TRAF6–TAB2–TAK1 complex in RAW264.7 cells. However, to date, there are no in vivo studies confirming the role of TAB2 and TAK1 in the formation of osteoclasts.

Another kinase involved in RANK signaling is NIK, which induces the processing of p100 into p52 after RANK stimulation of various cell types. NIK-deficient bone marrow cells are unable to differentiate into mature osteoclasts upon RANK stimulation.[16] However, no osteopetrotic phenotype has been observed in NIK-deficient or mutant (aly/aly mice expressing a mutant NIK protein) mouse models under basal conditions.[16] However, after RANKL delivery, the number of osteoclasts is reduced in NIK-deficient mice compared to wild-type animals.[16] The importance of NIK in osteoclast development has been confirmed in a serum transferred arthritis

(STA) model. While inflammation was shown to induce RANKL secretion and osteoclast differentiation in wild-type animals, it was demonstrated that NIK-deficient mice show a reduction of bone erosion.[17] This phenotype was specific to osteoclasts as no differences were detected in the inflammatory response.

The role of the IKK complex in osteoclast differentiation has been the subject of several investigations. In vitro experiments using IKK1-deficient fetal liver cells demonstrated the involvement of IKK1 in RANKL-mediated osteoclastogenesis.[18] Chaisson et al. described a normal number of TRAP + osteoclasts, but also showed a decrease in the number of multinucleated cells. Processing of p100 into p52 was also impaired after RANKL treatment. These results, together with the result of the NIK studies, indicate that the NIK/IKK1 pathway is not involved in basal osteoclastogenesis, but is important for stimulated differentiation such as during inflammation or cancer.[18] The importance of IKK1 in in vitro differentiation of osteoclasts and in p100 processing to p52 upon RANKL stimulation has been confirmed using bone marrow cells expressing a kinase-dead IKK1.[19] However, this study did not confirm the in vivo role of IKK1. On the contrary, this study showed that IKK2 is required for osteoclast differentiation both in vitro and in vivo. Indeed, mice with an inducible deletion of IKK2 (ikkβΔ) develop an osteopetrotic phenotype resulting from a highly reduced number of osteoclasts in the bone.[19] IKK2 was shown to be involved in two different steps of osteoclast differentiation. Firstly, it has been shown that IKK2 protects osteoclast progenitors from TNFα-induced apoptosis. In the absence of both TNFR1 and IKK2, osteoclast progenitors are protected from TNFα-induced death; however, they remain unable to fully differentiate into multinucleated giant cells, indicating a role for IKK2 in the final step of differentiation. Results from another study were in accordance with the result described above: the bone-resorbing activity of osteoclasts was reduced after inhibition of the NF-κB pathway by a kinase dead IKK2, while this activity was enhanced by a superactive form of IKK2.[20] RANK stimulation is therefore able to activate both the classical and the alternative NF-κB pathway.

## NF-κB and DCs differentiation and maturation

DCs are pivotal players in establishing adaptive immunity by presenting antigens and stimulating T cells. Microbial stimuli, proinflammatory cytokines or CD40L-expressing T cells induce the maturation of DCs.

As previously mentioned, RelB and p52 are specifically expressed in DCs. RelB knockout mice lack DC as expected in the thymus and also in the spleen.[3] RelB deficiency does not affect all types of DCs. It has been shown that RelB knockout mice display normal levels of immature langerhans cells and RelB deficiency does not interfere with the development of lymphoid CD8a + DC development.[3] However, more recently, it has been shown that only few DCs can be obtained after transplantation of RelB-deficient bone marrow in irradiated hosts and that these cells are deficient in the processing/presentation of antigen.[21] RelB translocation to the nucleus is not regulated by IκB proteins but by p100. It has been shown that p100-deficient DCs express


more major histocompatibility (MHC) class II and costimulatory molecules, consistent with an increased capacity to activate T cells.[22] Furthermore, the expression of the inhibitory domain of p100 suppresses DC differentiation by blocking them at a precursor stage.

In addition to deficits found in RelB single knockout mice, DCs derived from cRel-deficient bone marrow fail to efficiently activate T cells, even if these cells undergo normal maturation after LPS treatment.[23] No other single NF-κB family member knockout mouse has shown impaired DC development or function, probably due to redundancy of these members. However, double knockout studies indicate that other NF-κB proteins could be involved in DC differentiation. Mice deficient for both p50 and p52 also display reduced numbers of DCs.[3] Moreover, mice transplanted with fetal liver cells deficient for both p50 and p65 showed virtually no DC in the spleen.[24] These authors did not observe any difference at the myeloid precursor level, as macrophage differentiation was not affected. They suggested that the DC phenotype in the spleen is due to a lower survival of these cells in the absence of p50 and p65.

Inhibition of NF-κB activity by blocking of upstream components of the pathway has also been shown to impair DC development. Indeed, IκBα overexpression inhibits the maturation of DCs, probably by preventing the expression of MHC-II and costimulatory molecules.[25] In another study, it was reported that T-cell-mediated activation of DCs is impaired in the presence of DN IKK2, whereas this mutant has no effect on LPS treatment.[26] Tas *et al.*[27] confirmed the role of the IKK complex in DC maturation by showing that the NBD-peptide blocks DC maturation induced by LPS. As a consequence, T-cell proliferation induced by DCs is reduced, as is $T_h$-polarization of naïve T cells (both $T_h-1/T_h-2$). Taken together, these results point to the role of both classical and alternative NF-κB pathways that are pivotal for DC maturation. Blocking LPS-induced NF-κB activation by the application of TPCK blocks the maturation process of these cells.[28] In addition, pretreatment of DCs with PSI, an irreversible proteasome inhibitor, decreases the antigen-presenting function of these cells.[29] As discussed above, it is clear that NF-κB proteins play a crucial role in DC maturation. However, they are also involved in the survival of mature cells.

### NF-κB and erythropoiesis

The importance of NF-κB signaling in erythropoiesis is still poorly defined. However, some studies suggest a role for some NF-κB family members. The first study showed that, during early erythroid proliferation, p65, p50 and p52 are highly expressed and display a constitutive DNA-binding activity. Later on, their levels decrease during maturation.[30] When c-Rel−/−, p65−/− fetal liver-derived hematopoietic progenitors were transplanted, they failed to promote the survival of lethally irradiated mice.[31] The mice transplanted with the double knockout cells presented a lower hematocrit level and were prone to anemia. Together, these results suggest an *in vivo* function for NF-κB signaling in erythropoiesis, but more studies will be necessary to understand the exact mechanism.

## NF-κB and Lymphopoiesis

In 1986, NF-κB has been discovered as the major transcription factor involved in the regulation of the immunoglobulin light chain κ, implicating a crucial role for NF-κB in lymphocyte development. Since then, much has been learned about the role of NF-κB in lymphopoiesis.

The NF-κB pathway has been shown to be important for the differentiation steps of not only T and B cells but also for their homeostasis. As several reviews in this issue will discuss the role of NF-κB in B- and T-cell development and function in detail, we will only briefly summarize the wealth of information available on this subject (reviews in this issue).

Before discussing the role of NF-κB signaling in B- or T-cell maturation in more detail, it is worth pointing out that certain NF-κB protein deficiencies prevent lymphocyte development in general, indicating a role for NF-κB in survival of hematopoietic stem cells before they differentiate into T-cell or B-cell progenitors. Fetal liver-derived hematopoietic stem cells from p65- or IKK2-deficient mice fail to graft irradiated animals probably because they do not produce Bcl-2 to overcome the high TNF levels in the bone marrow. Also, NEMO deficiency leads to the absence of lymphocytes.[32]

### NF-κB and T cells

The thymus is the main organ supporting T-cell development where precursor T cells (CD44[low]) differentiate into CD4−CD8 double negative cells. This step of differentiation can be separated in four stages, I–IV, which can be characterized by expression of specific cell surface markers (CD44 and CD25). CD4−CD8 double negative thymocytes subsequently differentiate into double positive CD4[+]CD8[+] cells. After positive and negative selection, CD4[+]CD8[+] cells ultimately differentiate into single positive CD4[+] or CD8[+] cells. These cells migrate to the periphery and the lymphoid organs where they exert their function (Figure 3).

Transgenic mice expressing a luciferase reporter gene under the control of a NF-κB-dependant promoter were used to demonstrate NF-κB activity in the thymus of embryos as well as in the thymus, bone marrow, spleen and lymph nodes of adult animals.[33] Interestingly, p65 was then described to be present in the cortex of the thymus while RelB and c-Rel were predominantly expressed in the medulla, indicating that different NF-κB family members display different localization within the thymus. The role of NF-κB family members in the different stages of T-cell development was subsequently analyzed in more detail using several knockout and transgenic models.

IκB-ε-deficient mice showed a decreased number of thymocytes in stage III.[3] Transgenic mice expressing a constitutively active IKK2 molecule under the control of a T-cell-specific promoter displayed increased numbers of stage IV cells,[34] indicating that the pre-T-cell receptor (pre-TCR) activates NF-κB which will in turn provide an antiapoptotic signal to control the number of cells. In accordance with this hypothesis, expression of a transdominant IκBα isoform in fetal thymic organ cultures (FTOC) induced a lower number of double positive CD4[+]CD8[+] cells, suggesting a

**NF-κB and the regulation of hematopoiesis**
V Bottero *et al*

790



**Figure 3** NF-κB in T-cell differentiation. T-cell development is a very organized process taking place in the thymus. Precursor T cells (CD44^low) differentiate into CD4⁻CD8⁻ double negative cells. Their cell surface markers allow the identification of four stages of double negative cells: in stage I, the cells are CD44⁺CD25⁻; in stage II, CD25 can be detected (cells CD44⁺CD25⁺); in stage III, the expression of CD44 is lost (cells CD44⁻CD25⁺) and in stage IV, the cells do not express these two markers anymore (cells CD44⁻CD25⁻). The thymocytes subsequently differentiate into double positive CD4⁺CD8⁺ cells, which, after positive and negative selection, differentiate into single positive CD4⁺ or CD8⁺ cells. These cells migrate to the periphery and the lymphoid organs where they exert their function. Different mouse models allowing the characterization of the role of NF-κB in T-cell differentiation are indicated. IκB DN: IκB dominant negative, super-repressor of NF-κB activity

role for NF-κB during differentiation from stage IV to the double positive stage.[35]

Transgenic mice expressing IκBα or IκBβ under the control of a T-cell-specific promoter have been generated and show some differentiation defects at later stages,[3] leading to impaired T-cell proliferative responses, impaired T-cell-dependant cytokine production as well as a decrease of CD8⁺ T cells in the periphery.

Surprisingly, NF-κB has been reported to have a proapoptotic function during the negative selection of double positive CD4⁺CD8⁺ thymocytes. Indeed, double positive thymocytes expressing transdominant IκBα were less sentive to apoptosis.[3] Similar results were obtained after expression of DN IKK2.[36] On the contrary, another study suggested an antiapoptotic function of NF-κB during negative selection. This study was performed with a new IκB family member (IκBNS) which can be induced by TCR stimulation.[37] The authors showed that NF-κB could be blocked by over-expression of IκBNS, and that this increased anti-CD3ε-induced apoptosis of FTOC. Further studies are however necessary to confirm the role of this new IκB protein.

Using transdominant IκBα mice, Hettmann *et al.*[38] demonstrated a role for NF-κB signaling in positive selection of CD8⁺ single positive cells. All together, these observations suggest that during positive selection, classical NF-κB signaling seems to have an antiapoptotic function, in contrast to the situation described above for negative selection. The antiapoptotic function of IKK2 has been independently confirmed in several studies. Inactivation of IKK2 or Nemo leads to an increase in apoptosis during the last stage of thymocyte differentiation.[39]

A subpopulation of the T cells, the natural killer-like T cells (NKT cells), is also maturating in the thymus and NF-κB has also been implicated in the differentiation of these cells. The number of mature NKT cells is decreased in mice with a RelB deficiency, mice without IKK2, aly/aly mice (mutated NIK) and in mice expressing transdominant IκB-z.[3]

Single positive CD4⁺ or CD8⁺ thymocytes migrate from the thymus to the periphery. NF-κB also plays a central role during the later stages of T-cell development. Several groups have put considerable effort into understanding the role of the IKK complex in mature T-cell function. Dominant negative



forms of IKK1 and IKK2 have no effect on the development of peripheral T cells.[36] Similar results have been confirmed in mice with a T-cell-specific IKK2 deletion; the expression of kinase dead IKK2, however, decreased the number of CD4[+] and CD8[+] cells in the spleen and lymph nodes.[39] The latter group also demonstrated that IKK2 is essential for the development of three subpopulations of T cells, including memory T cells, NKT cells and CD4[+]CD25[+] regulatory T cells and that mice with T-cell-specific NEMO deletion display a number of CD4[+] and CD8[+] cells. The clinical importance of NEMO in T-cell development has also been shown in human patients in which NEMO mutation contributes to immunodeficiency.[40]

## NF-κB and B cells

The development of mature/activated B cells from B-cell progenitors is a very well characterized process that takes place via defined intermediate developmental stages (Figure 4). Committed B-cell progenitors develop from the stem-cell pool in the bone marrow and develop via the intermediate pro-B-cell- and pre-B-cell stages into immature B –cells, which will leave the bone marrow and travel to the peripheral lymphoid organs to undergo final step of maturation. These cells can develop into activated B cells, memory B cells or plasma B cells upon proper stimulation.

In general, mice with single NF-κB protein knockouts (except the ones mentioned above) predominantly display deficiencies in B-cell activation but much less in B-cell maturation, suggesting a redundancy in NF-κB protein function during B-cell maturation. Mice deficient in p105 display decreased numbers of marginal zone B cells and peritoneal B1 cells.[41,42] cRel-deficient mice show defects in memory B-cell differentiation and germinal center B cells.[3] p100-deficient mice have reduced numbers of follicular B cells.[3] However, p100 knockout mice also display a disrupted splenic microarchitecture.[3] Similarly, RelB knockout mice display multiorgan inflammation, splenomegaly, disorganized B- and T-cell areas, lack of germinal centers, lack of splenic marginal zone structures, reduced expression of homing chemokines, and lack of immune responses.[43] It is difficult to make a statement about the role of p100 and RelB in B-cell development, because the impairment in B-cell maturation could be caused by endogenous NF-κB signaling deficiencies or be a result of defects in splenic architecture which do not allow B-cell maturation. Altered microarchitecture of secondary lymphoid organs is also observed in bcl-3-deficient mice.[3] These mice failed to produce antigen-specific antibodies.

Marginal zone B cells are exceptions to the rule as these cells are more sensitive to knockout of individual NF-κB family members. These cells are completely lost in the case of p100-, p105- or RelB knockout, while they are partially blocked in mice lacking cRel or p65.[41,44,45]

Knockout of multiple NF-κB proteins leads to more dramatic B-cell phenotypes. Chimeras deficient for both p105 and p65 do not have any B220[+] lymphocytes at all,[46] whereas p105 and p100 double deficient cells arrest at the T1 maturation



**Figure 4** NF-κB in B-cell differentiation. Committed B-cell progenitors develop from the stem-cell pool in the bone marrow and develop via the intermediate pro-B-cell- and pre-B-cell stages into immature B cells. Several important events take place during these developmental steps. VDJ recombination during the pro-B-cell stage gives rise to the generation of the heavy chain of the B-cell receptor (BCR), which initially pairs with surrogate light chains to form the pre-BCR that is characteristic of pre-B cells. Pre-BCR-expressing cells undergo expansion and light-chain gene rearrangements. When the light chains are synthesized, they will pair with the heavy chain to form the BCR (surface IgM). At this developmental stage, the cells are coined immature B cells. The former B-cell maturation stages can be distinguished by the expression pattern of cell surface markers. All B cells, including committed B-cell progenitors, are B220[+]. Pro-B cells are IgM[−]CD43[+], while pre-B cells are IgM[+]CD43[−]. Once matured into immature B cells, the cells will leave the bone marrow and travel to the peripheral lymphoid organs. Arriving there, they progress from transitional 1 (T1-) B cells into T2-B cells. The latter can further maturate into resident marginal zone B cells or into mature (follicular) B cells (also known as conventional B cells or B2 cells) that can enter circulation. T1, T2 and mature B cells can be distinguished by their Ig-expression status. Mature B cells can develop into activated B cells, memory B cells or plasma B cells upon proper stimulation. Altogether this cascade of events ensures a tight control of B-cell numbers and specificity. NF-κB has been involved in different step of the B-cell differentiation. Numerous knockout studies allowed the dissection of the role of the different members of NF-κB family. DN: dominant negative

792

stage.[3] In addition, chimeras deficient for both cRel and p65 display reduced T1 and T2 cell numbers, and an absence of mature B cells.[3] Finally, combined deletion of p105 and cRel results in defects in the proliferation and survival of mature B cells without affecting earlier steps.[42] Altogether these results show that the different NF-κB proteins are important at different stages of B-cell maturation.

When the block is placed more upstream in the NF-κB pathway, the phenotypes are more dramatic. Upon reconstitution with IKK2- or NEMO-deficient stem cells, no lymphocytes could be detected in chimeric mice.[47] Blocking of classical NF-κB signaling by overexpression of DN IκBα results in a block after the pro-B-cell stage.[48] IKK1 deletion, involved in the alternative pathway, also leads to severe B-cell maturation defects in radiation chimeras. Senftleben et al.[49] and Kaisho et al[50] reported that in such mice B-cell maturation, germinal center formation, the formation of secondary lymphoid organs, serum immunoglobuline (Ig) levels, antigen-specific immune responses and the cleavage of p100 are severely impaired. It has been shown that BAFF-R signaling is the critical signal leading to activation of the alternative NF-κB pathway at the transition point from the T1-B-cell stage to the T2-B-cell stage. B cells activation factor receptor (BAFF-R) signaling is also essential for the survival of T2 -cells and mature B cells.[44] Indeed, BAFF-deficient mice have similar B-cell deficiencies as BAFF-R-deficient mice and p105/p100 double knockout mice.[51] However, the classical NF-κB pathway also plays a role in the survival of T1-B cells. Conditional NEMO knockout or knock-in of mutant IKK2 reduces the number of transitional B cells and mature B cells.[47] Together, these results show that both the classical- and the alternative NF-κB pathways (and therefore both IKK2 and IKK1, respectively) are critical for B-cell maturation and B-cell survival.

## NF-κB in NK cells

NK cells fight invading pathogens by secreting cytolytic proteins (perforin, granzymes) and cytokines (TNFα and interferon γ (IFNγ)). A role for NF-κB in NK cell differentiation has recently been described.[52] Immature NK cells present constitutive NF-κB activity and this activity is regulated during NK differentiation. In addition, chimeric mice deficient for both IκBα and IκBε possess reduced numbers of NK cells, especially in the spleen. Finally, the authors show that IκBα- and IκBε-deficient NK cells have a defect in the secretion of IFNγ.

NF-κB is also involved in regulating the activity of NK cells. Mutations in Nemo have been identified in several patients suffering from an X-linked syndrome characterized by hypohidrotic ectodermal dysplasia with immune deficiency (HED-ID). In three patients, the number of circulating NK cells was unaffected but the cytotoxic activity of these cells was impaired.[53]

## Hematopoietic Diseases and Therapy

Several diseases are the result of hematopoitic deregulation. NF-κB is involved in several of these and notably in lymphoma, arthritis, atherosclerosis and diabetes. Additionally, NF-κB was suggested to play an important role in the allograft rejection. Here, we will briefly discuss the role of NF-κB in these diseases.

## NF-κB in cancer

The first indications that NF-κB could play a role during oncogenesis were found in studies with the retroviral oncogene v-Rel, whose cellular homolog is c-Rel. Overexpression of v-Rel induces the development of T-cell lymphoma. Later, constitutive NF-κB activity has been reported for several human cancers including T- and B-cell lymphomas.

Inflammation and NF-κB go hand-in-hand. Therefore, it is not surprising that NF-κB is believed to be involved in the development of inflammatory diseases. Recently, it has been suggested that several chronic inflammatory diseases are strongly associated with cancer. It has been proposed that the reactive oxygen and nitrogen species secreted by proinflammatory cells at the site of inflammation transforms premalignant cells by inducing accumulating DNA damage. Additionally, the growth and progression of tumors can be stimulated by certain cytokines, growth factors, proteases and antiapoptotic signals delivered by inflammatory cells. Gene-modified mouse models have established the link between inflammation, NF-κB and cancer. Three independent groups demonstrated that blocking NF-κB (by deletion of IKK2 or by overexpression of a transdominant negative IκBα) is able to decrease tumorigenicity.[54–56] Anti-inflammatory drugs could therefore have a beneficial effect in cancer therapy.

The presence of skeletal abnormalities is a common observation associated with poor prognosis and complications in patients with cancer. Increased osteoclast activity leads to the development of osteolytic lesions in breast metastases, thyroid, lung and renal cancer as well as in neuroblastoma and multiple myeloma.[57] A 'vicious circle' has been described in which tumor cells directly or indirectly induced factors (such as IL-1, IL-6, TNF-α, MIP-1α and RANKL) that stimulate osteoclastic bone resorption. In turn, factors released from the degraded matrix (TGF-β, fibroblast growth factor, insulin-like growth factors (IGFs)) stimulate the tumor growth. One of the therapeutic strategies developed to block pathological osteoclast differentiation in cancer is therefore to block RANK signaling.[58]

## NF-κB in arthritis

NF-κB plays an important role in the development of rheumatoid arthritis (RA), a chronic inflammatory joint disease. It has been well documented that NF-κB, in particular the p65/p50 heterodimer, is constitutively activated in synovial tissue of patients.[59] This activation leads to the induction of numerous genes coding for proinflammatory proteins secreted at the site of inflammation such as cytokines (e.g. IL-1, TNFα, IL-6, IL-8), COX-2 and iNOS.[60] NF-κB is also proposed to be involved in synovial hyperplasia through its antiapoptotic properties.[60] The injection of NF-κB decoy oligonucleotides has been shown to improve the pathology in a rat arthritis model, by facilitating synovial apoptosis. The role of NF-κB in

NF-κB and the regulation of hematopoiesis
V Bottero et al



793

the initiation of RA pathology has been confirmed in various animal models. In a murine collagen-induced arthritis and in a rat adjuvant-induced arthritis model, it has been shown that the clinical manifestation of the disease is preceded by NF-κB activation.[61] A lot of effort has been invested to understand the upstream component responsible for NF-κB activation in the synovial tissue. IKK2 is the main kinase involved in cytokine-induced NF-κB activation in fibroblast-like synoviocytes.[62] Interestingly, injection of activated IKK2 induces the development of arthritis in rats, whereas intra-articular injection of a DN IKK2 in a rat adjuvant-induced arthritis is able to decrease the pathology.[63] In support of this, a selective IKK2 inhibitor, SC-514, has been shown to partially inhibit NF-κB in synovial fibroblasts.[64]

One of the complications of chronic inflammatory diseases, such as inflammatory arthritis, is the loss of bone resulting from a massive influx and activation of osteoclasts at the site of inflammation. The first proof that blocking NF-κB could potentially be therapeutically efficacious was obtained after the administration of a DN IκB in a mouse model of inflammatory arthritis.[65] In this model, transdominant IκBα was able to block NF-κB activation in arthritic cells, and significantly attenuated osteoclast recruitment and bone erosion. Later on, two different groups successfully inhibited NF-κB activation by blocking IKK activity using a cell-permeable NBD peptide. They showed that NBD peptide disrupts the association of NEMO with both IKKs and blocks TNFα-induced NF-κB activation in several cell lines.[66] In mouse models of arthritis, this NDB peptide inhibited osteoclastogenesis but also prevented the inflammatory bone destruction.[67] Finally, curcumin has been shown to inhibit in vitro NF-κB activation and consequently inhibits both RANKL- and TNFα-induced osteoclast differentiations.[68]

## NF-κB in atherogenesis

Atherosclerosis is considered a chronic inflammatory disease in which macrophages play a crucial role. One of the early steps of the disease is the recruitment of monocytes to the artery wall, which further differentiate into macrophages. The first role of macrophages is protective by uptake of oxidized low-density lipoproteins (oxLDL). The accumulation of this lipid in the macrophage is thought to cause transformation of macrophages into what is called a foam cell which play a proatherogenic role by inducing an inflammatory response. Interactions between macrophages and T cells are responsible for the chronic inflammatory state of the disease that recruits smooth muscle cells, and induces their proliferation. Smooth muscle cells in turn secrete extracellular matrix proteins and facilitate the formation of a fibrous plaque.

NF-κB, the primary inflammatory transcription factor, plays a crucial role in the development of this disease. The first indication of its involvement is from the detection of constitutive NF-κB activity in atherosclerotic lesions. At these lesions, several factors inducing NF-κB activation have been detected. They include modified LDLs, metabolic factors, microbial products or agents and cytokines. In response, NF-κB activates a great number of proatherogenetic genes such as cytokines and leukocyte adhesion molecules (TNFα, IL-6,

MCP-1, V-CAM, etc.). These various studies implicate a proatherogenic function of NF-κB, at least in the early phase of the disease. This has lead to the investigation of the use of IKK inhibitors for therapy of atherosclerosis.

It has recently been demonstrated that NF-κB can exert an antiatherogenetic effect since macrophage specific IKK2 deletion increased atherosclerosis in low-density lipoprotein receptor (LDLR)-deficient mice.[69] In addition, LDLR-deficient mice transplanted with p50-deficient bone marrow developed smaller atherosclerotic lesions, characterized by the absence of foam cells. The authors postulated that this apparent contradiction could be explained by the fact that p50 homodimers decreased NF-κB activity and therefore results in reduced pathology.[70] Finally, mutation of A20, a protein downregulating NF-κB activity, results in reduced atherosclerosis.[71]

These opposing roles of NF-κB (pro- versus antiatherogenic) were explained in part by results obtained in another model. It has been proposed that early NF-κB activation has a proinflammatory effect but that later NF-κB activity is essential for inflammation resolution. Clearly, more studies are necessary to fully understand the complexity of NF-κB signaling involved in atherosclerosis.

## NF-κB in diabetes

Type 1 diabetes is an autoimmune disease characterized by the destruction of the insulin producing β islet cells of the pancreas. While CD4+ and CD8+ T cells have been shown to destroy pancreatic islets in diabetes, it is the antigen-presenting cells that are responsible for the differentiation defect of T cells that leads to this aberrant behavior. It has been shown that patients as well as non-obese diabetic (NOD) mice present a developmental defect in DC.[72] As previously discussed, NF-κB plays an important role in DC development and maturation. Therefore, a role for NF-κB in diabetes was hypothesized. IKKs hyperactivity has been demonstrated to be responsible for elevated NF-κB activation in NOD mouse DCs and the subsequent increase of IL-12 production in these mice.[73] The same group showed that hyperactivation of NF-κB results in enhanced APC presentation.[74] The importance of NF-κB and DCs in diabetes has recently been confirmed, since in vivo administration of DCs in which NF-κB was blocked prevents the development of diabetes in NOD mice.[75]

Although type 2 diabetes is characterized by peripheral insulin resistance, it has been hypothesized that obesity, inflammation and type 2 diabetes could be linked. Firstly, it has been observed that obese patients present an elevated level of inflammatory cytokines that cause hepatic insulin resistance.[76] Additionally, a role for NF-κB has been found in the development of insulin resistance. Salicycate, known to inhibit NF-κB activation, prevents fat-induced insulin resistance in rodents.[77] In addition, targeted disruption of IKK2 decreases obesity- and diet-induced insulin resistance. Cai et al.[78] reported that a high fat diet increases IKK2 activity and the subsequent activation of NF-κB explains the higher level of inflammatory cytokines. Furthermore, mice expressing constitutively active IKK2 in hepatocytes develop a type 2 diabetes phenotype, while hepatic knockout of IKK2 restores

794

liver insulin responsiveness.[79] Arkan *et al.* further demonstrated an important role of myeloid cells in the development of the pathology, as specific deletion of IKK2 in myeloid cells improved insulin sensitivity. This changes the previously perceived etiology of type 2 diabetes as it previously was not known how NF-κB dysfunction in immune cells could contribute to this disease.

Treatment strategies for diabetes targeting NF-κB are under development. It has been shown in a mouse model that supplementation of *N*-acetylcystein, a known inhibitor of NF-κB, is able to reduce hyperglycemia and to attenuate the severity of insulin-dependent diabetes.[80] In addition, patients with diabetes type 2 present a reduced plasma glucose level after treatment with thiazolidinediones. Interestingly, this new class of insulin-sensitizing drugs has been shown to inhibit also NF-κB.[81] Finally, salicylates including high doses of aspirin improve glycemia in patients.[82] In the future, new drugs inhibiting the IKK complex could be tested for their effects on diabetes.

## NF-κB in graft rejection

Allograft rejection is mediated by undesired activation of immune cells. Patients under life-long immunosuppressive drugs are predisposed to viral and bacterial infections. Therefore, the design of a strategy that specifically targets alloreactive T cells might prevent the severe secondary effects.

Several studies suggest that inhibiting NF-κB activation has therapeutic potential. Cardiac graft rejection was slower when the transplantation is performed in p50- or p52-deficient mice.[83] More convincing data were obtained with c-Rel-deficient recipients. In the later case, allograft survival could be observed during prolonged periods of time.[84] Additionally, it has been shown that mice expressing a transdominant IκBα do not reject transplanted hearts.[85] The graft tolerance of these mice seems to be because of T-cell deletion as overexpression of Bcl-xL reinstated rejection of the cardiac allograft.[86]

Several strategies to block NF-κB have been under investigation in this disease. NF-κB decoy oligonucleotides have been shown to have a beneficial effect on heart transplantation,[87] whereas pyrrolidine dithiocarbamate (PDTC, an NF-κB inhibitor) seems to improve liver graft transplantation.[88]

In allogenic stem cell transplantation, another complication is graft *versus* host disease (GVHD). In GVHD donor, T cells kill recipient cells, predominantly by secreting cytokines. Again, blocking NF-κB appears to be a good treatment strategy. PS-341, a proteasome inhibitor known to inhibit NF-κB activation, protected mice from GVHD.[89] Very interestingly, graft *versus* tumor responses were not abolished after systemic PS-341 treatment of mice with advance tumors. More recently, PS-1145, an IKK inhibitor, has been shown to be protective against GVHD.[90] This inhibitor exhibits less toxicity than PS-341, probably because proteasome inhibitors are not very specific. However, both drugs protected the host by decreasing the quantity of cytokines secreted by the graft cells.

## Perspectives

NF-κB has been shown to be a pivotal player in hematopoiesis. Especially in lymphopoiesis, the contribution of each member of the NF-κB family has been studied elaboratively. It has been shown that specific NF-κB proteins are involved at specific stages of differentiation, in protection from apoptosis, as well as in cellular homeostasis of B- and T cells. Whereas the role of NF-κB in lymphopoiesis is well established (and will be reviewed in more detail elsewhere in this issue), the importance of NF-κB in the development of other hematopoietic lineages is also recognized. In this review, we tried to give an overview of the data available on the role of NF-κB in the development of the myeloid lineage. These data strongly suggests that NF-κB is a major player in the development of this lineage as well. Additionally, it is now recognized that deregulation of NF-κB contributes significantly to many diseases in which the function of specific hematopoietic cell types is affected. It will be of importance to identify the specific target genes of the various NF-κB family members in these different cell types. Inhibition of NF-κB activity is an attractive treatment strategy for hematopoietic diseases in which NF-κB is chronically activated. However, a hallmark of many hematopoietic diseases is that these diseases manifest themselves systemically, indicating the necessity of systemic treatment, which potentially can lead to toxic side effects when NF-κB is inhibited in cells that are not involved in the disease. It is therefore essential to study the role of NF-κB in the regulation and deregulation of hematopoiesis in more detail to obtain a better understanding of which NF-κB pathway (or family member) needs to be inhibited in any particular disease. The development of inhibitors of specific NF-κB proteins or NF-κB pathways will contribute to the amelioration of the therapies.

## Acknowledgements

We thank Drs Robert A Marr, Nathalie Droin, Valere Busuttil and Seppo Yla-Herttuala for helpful discussions and comments. VB is supported by NIH grants to IMV. SW is supported by NIH grants to IMV and by a fellowship of the Catharina Foundation. IMV is an American Cancer Society Professor of Molecular Biology. He is supported in part by grants from NIH, the Larry L. Hillblom Foundation, Inc., the Lebensfeld Foundation, the Wayne and Gladys Valley Foundation, the H.N. and Frances C. Berger Foundation and Merck Research Laboratories.

## References

1. Ducut Sigala JL, Bottero V, Young DB, Shevchenko A, Mercurio F and Verma IM (2004) Activation of transcription factor NF-kappaB requires ELKS, an IkappaB kinase regulatory subunit. Science 304: 1963–1967.
2. Li Q and Verma IM (2002) NF-kappaB regulation in the immune system. Nat. Rev. Immunol. 2: 725–734.
3. Gerondakis S, Grossmann M, Nakamura Y, Pohl T and Grumont R (1999) Genetic approaches in mice to understand Rel/NF-kappaB and IkappaB function: transgenics and knockouts. Oncogene 18: 6888–6895.
4. Ebner K, Bandion A, Binder BR, de Martin R and Schmid JA (2003) GMCSF activates NF-kappaB via direct interaction of the GMCSF receptor with IkappaB kinase beta. Blood 102: 192–199.

5. Pennington KN, Taylor JA, Bren GD and Paya CV (2001) IkappaB kinase-dependent chronic activation of NF-kappaB is necessary for p21(WAF1/Cip1) inhibition of differentiation-induced apoptosis of monocytes. Mol. Cell. Biol. 21: 1930–1941.

6. Hsu LC, Park JM, Zhang K, Luo JL, Maeda S, Kaufman RJ, Eckmann L, Guiney DG and Karin M (2004) The protein kinase PKR is required for macrophage apoptosis after activation of Toll-like receptor 4. Nature 428: 341–345.

7. Park JM, Greten FR, Wong A, Westrick RJ, Arthur JS, Otsu K, Hoffmann A, Montrminy M and Karin M (2005) Signaling pathways and genes that inhibit pathogen-induced macrophage apoptosis – CREB and NF-kappaB as key regulators. Immunity 23: 319–329.

8. Lawrence T, Bebien M, Liu GY, Nizet V and Karin M (2005) IKKalpha limits macrophage NF-kappaB activation and contributes to the resolution of inflammation. Nature 434: 1138–1143.

9. Li Q, Lu Q, Bottero V, Estepa G, Morrison L, Mercurio F and Verma IM (2005) Enhanced NF-\{kappa\}B activation and cellular function in macrophages lacking I\{kappa\}B kinase. Proc. Natl. Acad. Sci. USA 102: 12425–12430.

10. Theilgaard-Monch K, Jacobsen LC, Borup R, Rasmussen T, Bjerregaard MD, Nielsen FC, Cowland JB and Borregaard N (2005) The transcriptional program of terminal granulocytic differentiation. Blood 105: 1785–1796.

11. Ward C, Chilvers ER, Lawson MF, Pryde JG, Fujihara S, Farrow SN, Haslett C and Rossi AG (1999) NF-kappaB activation is a critical regulator of human granulocyte apoptosis in vitro. J. Biol. Chem. 274: 4309–4318.

12. Choi M, Rolle S, Wellner M, Cardoso MC, Scheidereit C, Luft FC and Kettritz R (2003) Inhibition of NF-kappaB by a TAT-NEMO binding domain peptide accelerates constitutive apoptosis and abrogates LPS-delayed neutrophil apoptosis. Blood 102: 2259–2267.

13. McLean W and Olsen BR (2001) Mouse models of abnormal skeletal development and homeostasis. Trends Genet. 17: S38–S43.

14. Wang C, Deng L, Hong M, Akkaraju GR, Inoue J and Chen ZJ (2001) TAK1 is a ubiquitin-dependent kinase of MKK and IKK. Nature 412: 346–351.

15. Mizukami J, Takaesu G, Akatsuka H, Sakurai H, Ninomiya-Tsuji J, Matsumoto K and Sakurai N (2002) Receptor activator of NF-kappaB ligand (RANKL) activates TAK1 mitogen-activated protein kinase kinase kinase through a signaling complex containing RANK, TAB2, and TRAF6. Mol. Cell. Biol. 22: 992–1000.

16. Novack DV, Yin L, Hagen-Stapleton A, Schreiber RD, Goeddel DV, Ross FP and Teitelbaum SL (2003) The IkappaB function of NF-kappaB2 p100 controls stimulated osteoclastogenesis. J. Exp. Med. 198: 771–781.

17. Aya K, Alhawagri M, Hagen-Stapleton A, Kitaura H, Kanagawa O and Veis Novack D (2005) NF-(kappa)B-inducing kinase controls lymphocyte and osteoclast activities in inflammatory arthritis. J. Clin. Invest. 115: 1848–1854.

18. Chaisson ML, Branstetter DG, Derry JM, Armstrong AP, Tometsko ME, Takeda K, Akira S and Dougall WC (2004) Osteoclast differentiation is impaired in the absence of inhibitor of kappa B kinase alpha. J. Biol. Chem. 279: 54841–54848.

19. Ruocco MG, Maeda S, Park JM, Lawrence T, Hsu LC, Cao Y, Schett G, Wagner EF and Karin M (2005) I\{kappa\}B kinase (IKK)\{beta\}, but not IKK\{alpha\}, is a critical mediator of osteoclas. J. Exp. Med. 201: 1677–1687.

20. Miyazaki T, Katagiri H, Kanegae Y, Takayanagi H, Sawada Y, Yamamoto A, Pando MP, Asano T, Verma IM, Oda H, Nakamura K and Tanaka S (2000) Reciprocal role of ERK and NF-kappaB pathways in survival and activation of osteoclasts. J. Cell Biol. 148: 333–342.

21. Zanetti M, Castiglioni P, Schoenberger S and Gerloni M (2003) The role of relB in regulating the adaptive immune response. Ann. NY Acad. Sci. 987: 249–257.

22. Platzer B, Jorgl A, Taschner S, Hocher B and Strobl H (2004) RelB regulates human dendritic cell subset development by promoting monocyte intermediates. Blood 104: 3655–3663.

23. Boffa DJ, Feng B, Sharma V, Dematteo R, Miller G, Suthanthiran M, Nunez R and Liou HC (2003) Selective loss of c-Rel compromises dendritic cell activation of T lymphocytes. Cell. Immunol. 222: 105–115.

24. Ouaaz F, Arron J, Zheng Y, Choi Y and Beg AA (2002) Dendritic cell development and survival require distinct NF-kappaB subunits. Immunity 16: 257–270.

25. Yoshimura S, Bondeson J, Foxwell BM, Brennan FM and Feldmann M (2001) Effective antigen presentation by dendritic cells is NF-kappaB dependent: coordinate regulation of MHC, co-stimulatory molecules and cytokines. Int. Immunol. 13: 675–683.

26. Andreakos E, Smith C, Monaco C, Brennan FM, Foxwell BM and Feldmann M (2003) Ikappa B kinase 2 but not NF-kappa B-inducing kinase is essential for effective DC antigen presentation in the allogeneic mixed lymphocyte reaction. Blood 101: 983–991.

27. Tas SW, de Jong EC, Hajji N, May MJ, Ghosh S, Vervoordeldonk MJ and Tak PP (2005) Selective inhibition of NF-kappaB in dendritic cells by the NEMO-binding domain peptide blocks maturation and prevents T cell proliferation and polarization. Eur. J. Immunol. 35: 1164–1174.

28. Rescigno M, Martino M, Sutherland CL, Gold MR and Ricciardi-Castagnoli P (1998) Dendritic cell survival and maturation are regulated by different signaling pathways. J. Exp. Med. 188: 2175–2180.

29. Yoshimura S, Bondeson J, Brennan FM, Foxwell BM and Feldmann M (2001) Role of NFkappaB in antigen presentation and development of regulatory T cells elucidated by treatment of dendritic cells with the proteasome inhibitor PSI. Eur. J. Immunol. 31: 1883–1893.

30. Zhang MY, Sun SC, Bell L and Miller BA (1998) NF-kappaB transcription factors are involved in normal erythropoiesis. Blood 91: 4136–4144.

31. Grossmann M, Metcalf D, Merryfull J, Beg A, Baltimore D and Gerondakis S (1999) The combined absence of the transcription factors Rel and RelA leads to multiple hemopoietic cell defects. Proc. Natl. Acad. Sci. USA 96: 11848–11853.

32. Siebenlist U, Brown K and Claudio E (2005) Control of lymphocyte development by nuclear factor-kappaB. Nat. Rev. Immunol. 5: 435–445.

33. Schmidt-Ullrich R, Memet S, Lilienbaum A, Feuillard J, Raphael M and Israel A (1996) NF-kappaB activity in transgenic mice: developmental regulation and tissue specificity. Development 122: 2117–2128.

34. Voll RE, Jimi E, Phillips RJ, Barber DF, Rincon M, Hayday AC, Flavell RA and Ghosh S (2000) NF-kappa B activation by the pre-T cell receptor serves as a selective survival signal in T lymphocyte development. Immunity 13: 677–689.

35. Bakker TR, Renno T and Jongeneel CV (1999) Impaired fetal thymocyte development after efficient adenovirus-mediated inhibition of NF-kappaB activation. J. Immunol. 162: 3456–3462.

36. Ren H, Schmalstieg A, van Oers NS and Gaynor RB (2002) I-kappa B kinases alpha and beta have distinct roles in regulating murine T cell function. J. Immunol. 168: 3721–3731.

37. Fiorini E, Schmitz I, Marissen WE, Osborn SL, Touma M, Sasada T, Reche PA, Tibaldi EV, Hussey RE, Kruisbeek AM, Reinherz EL and Clayton LK (2002) Peptide-induced negative selection of thymocytes activates transcription of an NF-kappa B inhibitor. Mol. Cell 9: 637–648.

38. Hettmann T and Leiden JM (2000) NF-kappa B is required for the positive selection of CD8+ thymocytes. J. Immunol. 165: 5004–5010.

39. Schmidt-Supprian M, Courtois G, Tian J, Coyle AJ, Israel A, Rajewsky K and Pasparakis M (2003) Mature T cells depend on signaling through the IKK complex. Immunity 19: 377–389.

40. Nishikomori R, Akutagawa H, Maruyama K, Nakata-Hizume M, Ohmori K, Mizuno K, Yachie A, Yasumi T, Kusunoki T, Heike T and Nakahata T (2004) X-linked ectodermal dysplasia and immunodeficiency caused by reversion mosaicism of NEMO reveals a critical role for NEMO in human T-cell development and/or survival. Blood 103: 4565–4572.

41. Cariappa A, Liou HC, Horwitz BH and Pillai S (2000) Nuclear factor kappa B is required for the development of marginal zone B lymphocytes. J. Exp. Med. 192: 1175–1182.

42. Pohl T, Gugasyan R, Grumont RJ, Strasser A, Metcalf D, Tarlinton D, Sha W, Baltimore D and Gerondakis S (2002) The combined absence of NF-kappa B1 and c-Rel reveals that overlapping roles for these transcription factors in the B cell lineage are restricted to the activation and function of mature cells. Proc. Natl. Acad. Sci. USA 99: 4514–4519.

43. Yilmaz ZB, Weih DS, Sivakumar V and Weih F (2003) RelB is required for Peyer's patch development: differential regulation of p52-RelB by lymphotoxin and TNF. EMBO J. 22: 121–130.

44. Claudio E, Brown K, Park S, Wang H and Siebenlist U (2002) BAFF-induced NEMO-independent processing of NF-kappa B2 in maturing B cells. Nat. Immunol. 3: 958–965.

45. Weih DS, Yilmaz ZB and Weih F (2001) Essential role of RelB in germinal center and marginal zone formation and proper expression of homing chemokines. J. Immunol. 167: 1909–1919.

46. Horwitz BH, Scott ML, Cherry SR, Bronson RT and Baltimore D (1997) Failure of lymphopoiesis after adoptive transfer of NF-kappaB-deficient fetal liver cells. Immunity 6: 765–772.

796

47. Pasparakis M, Schmidt-Supprian M and Rajewsky K (2002) IkappaB kinase signaling is essential for maintenance of mature B cells. J. Exp. Med. 196: 743–752.

48. Feng B, Cheng S, Pear WS and Liou HC (2004) NF-kB inhibitor blocks B cell development at two checkpoints. Mol. Immunol. 3: 1.

49. Senftleben U, Cao Y, Xiao G, Greten FR, Krahn G, Bonizzi G, Chen Y, Hu Y, Fong A, Sun SC and Karin M (2001) Activation by IKKalpha of a second, evolutionary conserved, NF-kappa B signaling pathway. Science 293: 1495–1499.

50. Kaisho T, Takeda K, Tsujimura T, Kawai T, Nomura F, Terada N and Akira S (2001) IkappaB kinase alpha is essential for mature B cell development and function. J. Exp. Med. 193: 417–426.

51. Yan M, Brady JR, Chan B, Lee WP, Hsu B, Harless S, Cancro M, Grewal IS and Dixit VM (2001) Identification of a novel receptor for B lymphocyte stimulator that is mutated in a mouse strain with severe B cell deficiency. Curr. Biol. 11: 1547–1552.

52. Samson SI, Memet S, Vosshenrich CA, Colucci F, Richard O, Ndiaye D, Israel A and Di Santo JP (2004) Combined deficiency in IkappaBalpha and IkappaBepsilon reveals a critical window of NF-kappaB activity in natural killer cell differentiation. Blood 103: 4573–4580.

53. Orange JS, Brodeur SR, Jain A, Bonilla FA, Schneider LC, Kretschmer R, Nurko S, Rasmussen WL, Kohler JR, Gellis SE, Ferguson BM, Strominger JL, Zonana J, Ramesh N, Ballas ZK and Geha RS (2002) Deficient natural killer cell cytotoxicity in patients with IKK-gamma/NEMO mutations. J. Clin. Invest. 109: 1501–1509.

54. Greten FR, Eckmann L, Greten TF, Park JM, Li ZW, Egan LJ, Kagnoff MF and Karin M (2004) IKKbeta links inflammation and tumorigenesis in a mouse model of colitis-associated cancer. Cell 118: 285–296.

55. Luo JL, Maeda S, Hsu LC, Yagita H and Karin M (2004) Inhibition of NF-kappaB in cancer cells converts inflammation-induced tumor growth mediated by TNFalpha to TRAIL-mediated tumor regression. Cancer Cell 6: 297–305.

56. Pikarsky E, Porat RM, Stein I, Abramovitch R, Amit S, Kasem S, Gutkovich-Pyest E, Urieli-Shoval S, Galun E and Ben-Neriah Y (2004) NF-kappaB functions as a tumour promoter in inflammation-associated cancer. Nature 431: 461–466.

57. Roodman GD (2004) Mechanisms of bone metastasis. N. Engl. J. Med. 350: 1655–1664.

58. Wittrant Y, Theoleyre S, Chipoy C, Padrines M, Blanchard F, Heymann D and Redini F (2004) RANKL/RANK/OPG: new therapeutic targets in bone tumours and associated osteolysis. Biochim. Biophys. Acta 1704: 49–57.

59. Handel ML, McMorrow LB and Gravallese EM (1995) Nuclear factor-kappa B in rheumatoid synovium. Localization of p50 and p65. Arthritis Rheum. 38: 1762–1770.

60. Miagkov AV, Kovalenko DV, Brown CE, Didsbury JR, Cogswell JP, Stimpson SA, Baldwin AS and Makarov SS (1998) NF-kappaB activation provides the potential link between inflammation and hyperplasia in the arthritic joint. Proc. Natl. Acad. Sci. USA 95: 13859–13864.

61. Han Z, Boyle DL, Manning AM and Firestein GS (1998) AP-1 and NF-kappaB regulation in rheumatoid arthritis and murine collagen-induced arthritis. Autoimmunity 28: 197–208.

62. Aupperle KR, Bennett BL, Boyle DL, Tak PP, Manning AM and Firestein GS (1999) NF-kappa B regulation by I kappa B kinase in primary fibroblast-like synoviocytes. J. Immunol. 163: 427–433.

63. Tak PP, Gerlag DM, Aupperle KR, van de Geest DA, Overbeek M, Bennett BL, Boyle DL, Manning AM and Firestein GS (2001) Inhibitor of nuclear factor kappaB kinase beta is a key regulator of synovial inflammation. Arthritis Rheum. 44: 1897–1907.

64. Kishore N, Sommers C, Mathialagan S, Guzova J, Yao M, Hauser S, Huynh K, Bonar S, Mielke C, Albee L, Weier R, Graneto M, Hanau C, Perry T and Tripp CS (2003) A selective IKK-2 inhibitor blocks NF-kappa B-dependent gene expression in interleukin-1 beta-stimulated synovial fibroblasts. J. Biol. Chem. 278: 32861–32871.

65. Clohisy JC, Roy BC, Biondo C, Frazier E, Willis D, Teitelbaum SL and Abu-Amer Y (2003) Direct inhibition of NF-kappa B blocks bone erosion associated with inflammatory arthritis. J. Immunol. 171: 5547–5553.

66. May MJ, D'Acquisto F, Madge LA, Glockner J, Pober JS and Ghosh S (2000) Selective inhibition of NF-kappaB activation by a peptide that blocks the interaction of NEMO with the IkappaB kinase complex. Science 289: 1550–1554.

67. Jimi E, Aoki K, Saito H, D'Acquisto F, May MJ, Nakamura I, Sudo T, Kojima T, Okamoto F, Fukushima H, Okabe K, Ohya K and Ghosh S (2004) Selective inhibition of NF-kappa B blocks osteoclastogenesis and prevents inflammatory bone destruction in vivo. Nat. Med. 10: 617–624.

68. Bharti AC, Takada Y and Aggarwal BB (2004) Curcumin (diferuloylmethane) inhibits receptor activator of NF-kappa B ligand-induced NF-kappa B activation in osteoclast precursors and suppresses osteoclastogenesis. J. Immunol. 172: 5940–5947.

69. Kanters E, Pasparakis M, Gijbels MJ, Vergouwe MN, Partouns-Hendriks I, Fijneman RJ, Clausen BE, Forster I, Kockx MM, Rajewsky K, Kraal G, Hofker MH and de Winther MP (2003) Inhibition of NF-kappaB activation in macrophages increases atherosclerosis in LDL receptor-deficient mice. J. Clin. Invest. 112: 1176–1185.

70. Kanters E, Gijbels MJ, van der Made I, Vergouwe MN, Heeringa P, Kraal G, Hofker MH and de Winther MP (2004) Hematopoietic NF-kappaB1 deficiency results in small atherosclerotic lesions with an inflammatory phenotype. Blood 103: 934–940.

71. Idel S, Dansky HM and Breslow JL (2003) A20, a regulator of NFkappaB, maps to an atherosclerosis locus and differs between parental sensitive C57BL/6J and resistant FVB/N strains. Proc. Natl. Acad. Sci. USA 100: 14235–14240.

72. Takahashi K, Honeyman MC and Harrison LC (1998) Impaired yield, phenotype, and function of monocyte-derived dendritic cells in humans at risk for insulin-dependent diabetes. J. Immunol. 161: 2629–2635.

73. Weaver Jr DJ, Poligone B, Bui T, Abdel-Motal UM, Baldwin Jr AS and Tisch R (2001) Dendritic cells from nonobese diabetic mice exhibit a defect in NF-kappa B regulation due to a hyperactive I kappa B kinase. J. Immunol. 167: 1461–1468.

74. Poligone B, Weaver Jr DJ, Sen P, Baldwin Jr AS and Tisch R (2002) Elevated NF-kappaB activation in nonobese diabetic mouse dendritic cells results in enhanced APC function. J. Immunol. 168: 188–196.

75. Ma L, Qian S, Liang X, Wang L, Woodward JE, Giannoukakis N, Robbins PD, Bertera S, Trucco M, Fung JJ and Lu L (2003) Prevention of diabetes in NOD mice by administration of dendritic cells deficient in nuclear transcription factor-kappaB activity. Diabetes 52: 1976–1985.

76. Klover PJ, Zimmers TA, Koniaris LG and Mooney RA (2003) Chronic exposure to interleukin-6 causes hepatic insulin resistance in mice. Diabetes 52: 2784–2789.

77. Yuan M, Konstantopoulos N, Lee J, Hansen L, Li ZW, Karin M and Shoelson SE (2001) Reversal of obesity- and diet-induced insulin resistance with salicylates or targeted disruption of Ikkbeta. Science 293: 1673–1677.

78. Cai D, Yuan M, Frantz DF, Melendez PA, Hansen L, Lee J and Shoelson SE (2005) Local and systemic insulin resistance resulting from hepatic activation of IKK-beta and NF-kappaB. Nat. Med. 11: 183–190.

79. Arkan MC, Hevener AL, Greten FR, Maeda S, Li ZW, Long JM, Wynshaw-Boris A, Poli G, Olefsky J and Karin M (2005) IKK-beta links inflammation to obesity-induced insulin resistance. Nat. Med. 11: 191–198.

80. Ho E, Chen G and Bray TM (1999) Supplementation of N-acetylcysteine inhibits NFkappaB activation and protects against alloxan-induced diabetes in CD1 mice. FASEB J. 13: 1845–1854.

81. Da Ros R, Assaloni R and Ceriello A (2004) The preventive anti-oxidant action of thiazolidinediones: a new therapeutic prospect in diabetes and insulin resistance. Diabet. Med. 21: 1249–1252.

82. Hundal RS, Petersen KF, Mayerson AB, Randhawa PS, Inzucchi S, Shoelson SE and Shulman GI (2002) Mechanism by which high-dose aspirin improves glucose metabolism in type 2 diabetes. J. Clin. Invest. 109: 1321–1326.

83. Smiley ST, Csizmadia V, Gao W, Turka LA and Hancock WW (2000) Differential effects of cyclosporine A, methylprednisolone, mycophenolate, and rapamycin on CD154 induction and requirement for NFkappaB: implications for tolerance induction. Transplantation 70: 415–419.

84. Yang H, Thomas D, Boffa DJ, Ding R, Li B, Muthukumar T, Sharma VK, Lagman M, Luo GX, Kapur S, Liou HC, Hancock WW and Suthanthiran M (2002) Enforced c-REL deficiency prolongs survival of islet allografts1. Transplantation 74: 291–298.

85. Finn PW, Stone JR, Boothby MR and Perkins DL (2001) Inhibition of NF-kappaB-dependent T cell activation abrogates acute allograft rejection. J. Immunol. 167: 5994–6001.

86. Zhou P, Balin SJ, Mashayekhi M, Hwang KW, Palucki DA and Alegre ML (2005) Transplantation tolerance in NF-kappaB-impaired mice is not due to

**NF-κB and the regulation of hematopoiesis**
V Bottero *et al*

797

regulation but is prevented by transgenic expression of Bcl-xL. J. Immunol. 174: 3447–3453.

87. Morishita R, Sugimoto T, Aoki M, Kida I, Tomita N, Moriguchi A, Maeda K, Sawa Y, Kaneda Y, Higaki J and Ogihara T (1997) *In vivo* transfection of cis element 'decoy' against nuclear factor-kappaB binding site prevents myocardial infarction. Nat. Med. 3: 894–899.

88. Gu XP, Qiu YD, Xu FT, Jiang Y and Ding YT (2004) *In vivo* suppressive effect of nuclear factor-kappaB inhibitor on neutrophilic inflammation of grafts after orthotopic liver transplantation in rats. World J. Gastroenterol. 10: 3654–3658.

89. Sun K, Welniak LA, Panoskaltsis-Mortari A, O'Shaughnessy MJ, Liu H, Barao I, Riordan W, Sitcheran R, Wysocki C, Serody JS, Blazar BR, Sayers TJ and Murphy WJ (2004) Inhibition of acute graft-*versus*-host disease with retention of graft-*versus*-tumor effects by the proteasome inhibitor bortezomib. Proc. Natl. Acad. Sci. USA 101: 8120–8125.

90. Vodanovic-Jankovic S, Hari P, Jacobs P, Komorowski R and Drobyski WR (2006) NF-{kappa}B as a target for the prevention of graft *versus* host disease: comparative efficacy of bortezomib and PS-1145. Blood 107: 827–834.

# EXHIBIT C

HANDBOOK OF

# Transcription
# Factor
# NF-kappaB

Edited by
Sankar Ghosh



CRC Press
Taylor & Francis Group
Boca Raton   London   New York

CRC Press is an imprint of the
Taylor & Francis Group, an informa business

# Preface

In 1986, my laboratory was searching for transcription factors that might control the activation of the kappa immunoglobulin light chain when we came across NF-κB. We thought it was specific to B-lymphocytes and never imagined that it would turn out to be among the most protean of transcription factors ever discovered. But that realization came during the next few years as we first found that it could be induced in many cells and then found that it was stored in the cytoplasm, ready to be activated by a wide range of inducing stimuli. When its sequence was first determined, we realized that it had a history before 1986; Howard Temin's laboratory had discovered the Rel oncogene years before and it is a slightly altered member of the NF-κB family of proteins.

This book contains much that is known about the basic biology of NF-κB or at least references to it. Its clearest function is as a transcription factor orchestrating the activation and repression of many genes involved in inflammation, but it also helps activate genes of innate and adaptive immunity in response to pathogens, maintains liver integrity in the developing mouse, plays multiple roles in the nervous system, and is implicated in skin, hair, and tooth formation and much more in the vertebrate body. In insects, homologues of the mammalian proteins are involved in defense against pathogens but also play key roles in development (for example, *dorsal* in *Drosophila* establishes dorsal/ventral polarity in the developing embryo).

Any system in the body that plays so many important roles is likely to also cause pathology when it goes awry, and NF-κB is no exception. Its role as an oncogene showed early on that it could be a cause of cancer, and the linkage of cancer and inflammation, which is so widely discussed today, is another reason for linking NF-κB to cancer induction. NF-κB is implicated in a wide range of other pathologies, including heart disease, muscular dystrophy, and many other conditions involving chronic inflammation.

In 1986, we knew only a few transcription factors and only a few of the intracellular proteins that transduce signals from cell surface receptors. Today, we stare at myriads of components whose interactions make urban subway systems look simple. A remarkable fraction of these intracellular mediators are parts of pathways that lead to or through NF-κB. Thus, what was supposed to be a simple regulator of a particular step in differentiation has turned out to be linked by transduction pathways to many of the cellular signaling pathways. This book then is one of many that should be read together if the full richness of the cell's transduction machinery is to be understood. No one person can today absorb this body of knowledge and no one can keep pace with its continued growth. But each member of the community of interested scientists must absorb what she or he can and then share in the interactions that bring together the joint knowledge that one day will describe all of cellular metabolism. Because new students interested in these systems are

CRC Press
Taylor & Francis Group
6000 Broken Sound Parkway NW, Suite 300
Boca Raton, FL 33487-2742

© 2007 by Taylor & Francis Group, LLC
CRC Press is an imprint of Taylor & Francis Group, an Informa business

No claim to original U.S. Government works
Printed in the United States of America on acid-free paper
10 9 8 7 6 5 4 3 2 1

International Standard Book Number-10: 0-8493-2794-6 (Hardcover)
International Standard Book Number-13: 978-0-8493-2794-0 (Hardcover)

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

No part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC) 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

**Library of Congress Cataloging-in-Publication Data**

Handbook of transcription factor NF-kappaB / [edited by] Sankar Ghosh.
p. ; cm.
Includes bibliographical references and index.
ISBN-13: 978-0-8493-2794-0 (alk. paper)
1. NF-kappa B (DNA-binding protein)--Handbooks, manuals, etc. 2. Transcription factors--Handbooks, manuals, etc. 3. Gene expression--Handbooks, manuals, etc. I. Ghosh, Sankar, 1959-
[DNLM: 1. NF-kappa B. QU 58.5 H236B 2006]

QP552.N66H36 2006
611'.018166--dc22                                              2006013488

Visit the Taylor & Francis Web site at
http://www.taylorandfrancis.com

and the CRC Press Web site at
http://www.crcpress.com

# 10 Regulating the Master Regulator NF-κB: From Natural Strategies to Rationally Designed Superdrugs

*Sebo Withoff, Vinay Tergaonkar, and Inder M. Verma*

## CONTENTS

10.1 Introduction ........................................................................................... 195
10.2 Nature's Way of Inhibiting NF-κB ....................................................... 196
    10.2.1 Endogenous Inhibition of NF-κB Signaling ................................ 197
    10.2.2 Viral and Bacterial Strategies to Inhibit or Prevent NF-κB
          Signaling ..................................................................................... 199
10.3 Synthetic and Natural Compounds Inhibiting NF-κB .......................... 201
    10.3.1 Proteasome Inhibitors ................................................................. 201
    10.3.2 Nonsteroidal Antiinflammatory Drugs ........................................ 202
    10.3.3 Glucocorticoids ........................................................................... 203
    10.3.4 Thalidomide ................................................................................ 204
    10.3.5 Antioxidants as NF-κB Inhibitors ............................................... 205
    10.3.6 Potential Risks of Using NF-κB Inhibitors.................................. 206
10.4 Indirect and Alternative Strategies to Inhibit NF-κB........................... 206
    10.4.1 Cytokine and Anticytokine Therapy ............................................ 207
10.5 Tailor-Made NF-κB Inhibition in the Postgenomic Era........................ 208
10.6 Outlook................................................................................................. 210
Acknowledgments........................................................................................... 212
References........................................................................................................ 212

## 10.1 INTRODUCTION

Transcription factors are often the final arbiters of growth, differentiation, and development in response to intrinsic or extrinsic signals. Additionally, they

195

[40] Niehues, T., Reichenbach, J., Neubert, J. et al., Nuclear factor kappaB essential modulator-deficient child with immunodeficiency yet without anhidrotic ectodermal dysplasia, *J. Allergy Clin. Immunol.*, 114, 1456, 2004.

[41] Courtois, G., Smahi, A., Reichenbach, J. et al., A hypermorphic IκBα mutation is associated with autosomal dominant anhidrotic ectodermal dysplasia and T cell immunodeficiency, *J. Clin. Invest.*, 112, 1108, 2003.

[42] Janssen, R., van Wengen, A., Hoeve, M.A. et al., The same IκBα mutation in two related individuals leads to completely different clinical syndromes, *J. Exp. Med.*, 200, 559, 2004.

[43] Trompouki, E., Hatzivassiliou, E., Tsichritzis, T. et al., CYLD is a deubiquitinating enzyme that negatively regulates NF-κB activation by TNFR family members, *Nature*, 424, 793, 2003.

[44] Kovalenko, A., Chable-Bessia, C., Cantarella, G. et al., The tumour suppressor CYLD negatively regulates NF-kappaB signaling by deubiquitination, *Nature*, 424, 801, 2003.

[45] Brummelkamp, T.R., Nijman, S.M., Dirac, A.M. et al., Loss of the cylindromatosis tumour suppressor inhibits apoptosis by activating NF-κB, *Nature*, 424, 797, 2003.

[46] Bignell, G.R., Warren, W., Seal, S. et al., Identification of the familial cylindromatosis tumour-suppressor gene, *Nature Genet.*, 25, 160, 2000.

[47] Jono, H., Lim, J.H., Chen, L.F. et al., NF-kappaB is essential for induction of CYLD, the negative regulator of NF-kappaB: evidence for a novel inducible autoregulatory feedback pathway, *J. Biol. Chem.*, 279, 36171, 2004.

[48] Reiley, W., Zhang, M., and Sun, S.C., Negative regulation of JNK signaling pathway by the tumor suppressor CYLD, *J. Biol. Chem.*, 279, 55161, 2004.

coordinate specialized functions carried out by specific cell types. The NF-κB family of transcription factors is pivotal for the modulation of the innate and adaptive immune responses (Chapters 6 and 7). Additionally, they control cell numbers by regulating the apoptotic machinery of the cell. More importantly, as discussed in Chapter 8, there is ample data available showing that NF-κB hyperactivation contributes to inflammation-associated cancer and many severe chronic (inflammatory) diseases, such as rheumatoid arthritis, SLE, multiple sclerosis, insulin resistance, and Alzheimer's disease [1–3]. This realization has led to an explosion of interest in NF-κB signaling from basic researchers and pharmaceutical companies, with a significant part of their concerted effort aimed at the development of drugs that specifically inhibit NF-κB signaling. Considering the rapidly expanding array of strategies used to inhibit NF-κB signaling, here we can only give a bird's eye view of what we consider significant, rather than an exhaustive list of all the proposed strategies of inhibiting NF-κB activity. For a more complete list, we will direct the reader to excellent reviews where appropriate.

Out of necessity, nature has provided several ways to attenuate NF-κB activity, since continuous NF-κB signaling can be severely detrimental, leading to chronic inflammatory diseases, the development of autoimmunity, and even hyperplasia. To prevent sustained NF-κB activation, the cell has several endogenous molecules available that will downregulate the NF-κB pathway. In addition, investigators have found that viruses and bacteria encode proteins that inhibit NF-κB signaling as a means of preventing an immune response that would otherwise eradicate the viral or bacterial threat.

Many drugs (natural and synthetic) in use for decades to inhibit inflammation or malignancy have been shown recently to modulate NF-κB activity. Based on these findings, some of these drugs are being modified on the molecular level to yield more potent inhibitors. We will give examples of drugs (or drug classes) that are most interesting from a clinical point of view.

Instead of direct intervention in the NF-κB pathway, researchers are trying to modulate other pathways that mediate the adverse effects of constitutive NF-κB activation. Additionally, the application of antibodies against NF-κB-activating cytokines and soluble receptors for NF-κB-activating cytokines are now being applied clinically to decrease the induction of NF-κB signaling.

The lessons learned from nature and from clinical experience with drugs that are known to modulate NF-κB activity have been very helpful in rationally designing synthetic compounds, peptides, DNA oligonucleotides, and RNA molecules that can interact with and downregulate the NF-κB pathway.

## 10.2 NATURE'S WAY OF INHIBITING NF-κB

NF-κB plays a pivotal role in eliciting a strong proinflammatory, proliferative, and antiapoptotic response. After execution of the essential task, this powerful response has to be downregulated by endogenous proteins in order to prevent chronic inflammation, autoimmunity, and hyperproliferation. The best known endogenous NF-κB inhibitors are members of the IκB-family (IκBs) that can lead to cytosolic sequestering of NF-κB, thereby attenuating NF-κB signaling [4]. Here we will discuss

endogenous NF-κB inhibitors other than IκB family members, as these are discussed at length in Chapters 2 and 4.

In addition to endogenous factors that modify NF-κB, many viruses and bacteria express proteins — exogenous NF-κB inhibitors — that inhibit NF-κB signaling to thwart the host immune response. Although these proteins may not be ideal for clinical development, they have provided new insights into NF-κB regulation, and small molecule inhibitors of NF-κB signaling have already been derived based on sequences present in these viral and bacterial proteins.

### 10.2.1 ENDOGENOUS INHIBITION OF NF-κB SIGNALING

Several tumor suppressor genes have been reported to regulate NF-κB activity. The tumor suppressor gene adenosine diphosphate (ADP) ribosylation factor 1 (ARF) has been reported to induce the phosphorylation of thr505 in the transactivation domain (TAD) of p65, resulting in recruitment of histone deacetylase-1 (HDAC1) and inhibition of NF-κB activity (Chapter 5) [5,6]. The tumor suppressor gene ING4 was shown to physically interact with p65 in the nucleus, forming a transcriptional complex in which NF-κB-induced gene expression is downregulated, leading to inhibition of angiogenesis in a brain tumor model [7]. Finally, it was suggested that p53 and NF-κB control each other's ability to express their target genes — a regulatory "transcriptional crosstalk." This effect was dependent on the relative level of p53 and NF-κB, and it was proposed that competition for a limiting pool of CBP/p300 complexes underlies this regulatory balance [8,9].

NF-κB signaling has become a standard example of how ubiquitination and deubiquitination play a role in the activation and deactivation of signaling pathways. As discussed in Chapter 4, it is now apparent that protein-ubiquitination does not always lead to degradation of the ubiquitinated protein but that certain proteins depend on ubiquitination for localization or activity. Several proteins involved in NF-κB signaling (e.g., tumor necrosis factor-receptor 1 [TNF-RI], tumor necrosis factor receptor associated factor 2 [TRAF2], receptor interacting protein [RIP], nuclear factor kappa B essential modifier [NEMO], and inhibitor of kappa B kinase β [IKKβ]) are ubiquitinated, although the functional implications of this are largely unclear. Cylindromatosis (CYLD) and A20, as discussed in Chapter 4, act as endogenous negative regulators of NF-κB, signaling by modifying the ubiquitination of these pathway components.

Sumoylation can also affect NF-κB activity at different levels [10]. Sumoylation of a small fraction of NEMO has been shown to govern its nuclear localization and prevent it from shuttling to the cytoplasm, as discussed in Chapters 2 and 4. More recently, it has been reported that the sumoylation of CBP/p300 enables the binding of sirtuin (silent mating type-information regulation 2 homolog) 1 (SIRT1) to p300, thereby repressing p300. SIRT1, a member of the nicotinamide adenosinedinucleotide (NAD)-dependent deacetylases, represses several transcription factors, including NF-κB. As CBP/p300 is a limiting cofactor for the transcriptional activity of NF-κB, it was suggested that desumoylation of CBP/p300 leads to a relieving of p300-repression by SIRT1, which in turn could lead to enhanced transcription mediated by NF-κB (Chapter 5) [11].

Mutations in the cold-induced autoinflammatory syndrome 1 (CIAS1) gene have been described to be involved in three different chronic autoinflammatory diseases [12]. CIAS proteins have been reported to inhibit nuclear translocation of p65 in monocytes, which implies that p65-inhibition may contribute to the induction of the chronic inflammatory phenotype; however, it has to be kept in mind that CIAS-mutations can also lead to increased processing of IL-1β-precursor into mature IL-1β, a major proinflammatory cytokine [13].

Recently, a new family of NF-κB inhibitory proteins has been identified. The first family member, Murr1, was identified due to its involvement in copper metabolism [14,15]. Nine other family members have since been described, all of which are characterized by a copper metabolism gene Murr1 domain (COMMD) that functions as a homotypic protein–protein interaction domain [16]. COMMD1 through -10 form multimeric complexes, and several of them interact with and inhibit NF-κB. Murr1/COMMD1, the prototype of the family, does not inhibit nuclear translocation of NF-κB, but rather inhibits NF-κB signaling at the nuclear level by negatively regulating the association of p65 with chromatin. Co-IP experiments showed that Murr1/COMMD1 interacts with p65, c-Rel, RelB, p100, and p105. COMMD1 binds to the first 180 amino acids of the p65 Rel homology domain (RHD) containing the DNA binding domain and thus may directly interfere with binding to κB sites.

15-Deoxy-$\Delta$-12,14-prostaglandin J$_2$ (15d-PGJ$_2$), the ligand of the peroxisome proliferator-activated receptor-γ (PPARγ) transcription factor, is a recently discovered prostaglandin that has been suggested to elicit an antiinflammatory response [17]. PPARγ is thought to be complexed in the cytosol to corepressor proteins but is probably released from compression by binding of 15d-PGJ$_2$ or other PPARγ-agonists such as thiazolidinediones (glitazones). It has been suggested that 15d-PGJ$_2$ inhibits NF-κB indirectly via PPARγ by antagonizing the transcriptional activity of NF-κB [18]. The interference of PPARγ (and other nuclear antagonists of NF-κB such as p53, ARF, Twists, and N-CoR) with NF-κB could be mediated by competition for histone acetyltransferase (HATs) or recruitment of HDACs to NF-κB [19,20]. Additionally, 15d-PGJ$_2$ has been described to inhibit NF-κB activity directly by binding to IKKβ via its cyclopentenone ring, thereby inhibiting IKKβ activity [21]. The same ring has also been reported to prevent NF-κB from binding to DNA by modifying p65 and p50 [22]. Finally, it has been reported that 15d-PGJ$_2$ inhibits the recruitment of CBP/p300, an essential cofactor for NF-κB's transcriptional activity, to p65 [23]. At present, 15d-PGJ$_2$ and other PPARγ-agonists have been shown to inhibit inflammation in murine models of arthritis, ischemia-reperfusion injury, inflammatory bowel disease, Alzheimer's disease, and lupus nephritis [17], which are all diseases in which NF-κB is known to be chronically activated.

The nuclear protein RelA (p65)-associated inhibitor (RAI), isolated from human placenta, has been found to inhibit tumor necrosis factor (TNF)-induced NF-κB signaling by binding to p65 and preventing its DNA-binding. This 351 amino-acid, 40 kDa protein contains multiple ankyrin repeats, just as the IκB family members, but it does not contain a proline, glutamic acid, serine, and threonine (PEST)-region [24]. Recently, it was shown that RAI is part of a larger protein (824 amino acids, 98 kDa) called NF-κB interacting protein1 (Nkip1), which is predominantly

expressed in endothelial cells of the skin, testis, heart, and stomach [25]. Nkip1 was found to be mutated in waved 3 (wa3) mutant mice that develop a rapidly progressive cardiomyopathy. Although wa3/wa3 mice survive, they remain small in size, and 90% die within 4 weeks of birth. Histology revealed hearts of abnormal shape and size, containing areas with myofiber degeneration, mineralization, and necrosis. At the same time, macrophage infiltration, fibrosis, and neovascularization could be observed. In wa3/wa3 mice, ICAM-1 expression was significantly increased, but other NF-κB target genes examined were not affected, suggesting that Nkip1 regulates a subset of NF-κB target genes. The authors suggested that loss of NF-κB repression through Nkip1 mutation induces constitutive activation of endothelial cells, leading to an environment that promotes inflammation, thrombosis, and ultimately cardiomyocyte death.

## 10.2.2  VIRAL AND BACTERIAL STRATEGIES TO INHIBIT OR PREVENT NF-κB SIGNALING

Several viruses and bacteria encode proteins that inhibit NF-κB activation and activity, and it has been suggested that they do so to prevent a functional immune response (immune evasion). Almost every step in the NF-κB pathway is fair game for the inhibitory approaches taken by microorganisms.

One strategy to inhibit or prevent NF-κB signaling is to express mimics of receptors of the TNF-R family, which scavenge TNF family members before they can reach their intended target receptor. Pox viruses encode viral orthologs of various receptors of the TNF-R family. Cow pox and mouse pox viruses encode a viral CD30 (vCD30) protein [26,27]. The ligand of CD30 (CD153) is involved in down-regulation of autoimmune responses and in negative selection of T cells, provides costimulation to B and T cells, and stimulates cell proliferation [28]. vCD30 interferes in these processes by competing with endogenous CD30 for CD153-binding, preventing the antiviral response. The recent finding that CD30 activates the alternative NF-κB signaling pathway [29] implies that vCD30 is an (indirect) inhibitor of noncanonical NF-κB activation. Other pox viruses encode soluble or membrane-bound IL-1R, IL-18R, IFN-R, or TNF-Rs that bind their respective ligands, thereby preventing NF-κB activation [30–33]. This microbiological "decoy-receptor" approach is presently being explored clinically. For example, recombinant TNF-R is already applied clinically and recombinant BAFF-R is in preclinical development.

Adenoviruses are of special interest because they are being developed as vectors for gene delivery. Unfortunately, adenoviral particles induce a potent immune response, which is surprising since a variety of adenoviral proteins downregulate the immune response. The adenovirus early transcription region 3 (E3) encodes for seven proteins, of which five inhibit immune responses, some by inhibiting NF-κB activity [34]. For instance, the adenoviral proteins E3-10.4K and E3-14.5K form a complex in the membrane that inhibits the assembly of the TNF-R1 signaling complex at the membrane, leading to downregulation of TNF-R1 on the cell surface [35].

Pox viruses also encode proteins that inhibit NF-κB signaling downstream of the receptors. Two ORFs of the Vaccinia pox virus, A46R and A52R, share sequence homology with the Toll/IL-1 receptor (TIR) domain that is characteristic of the

IL–1R/Toll-like receptor (TLR) superfamily. A46R and A52R inhibit IL-1-, IL-18-, and TLR-induced NF-κB and MAPK signaling (and therefore host defense) by binding and sequestering adaptor proteins (MyD88, MyD88 adaptor-like, TRIF, and Toll/IL-1 resistance domain containing protein inducing interferon beta (TRIF)-related adaptor) that are involved in signaling downstream of ligand-receptor interaction and upstream of the IKK complex (see Chapter 3) [36–38]. A peptide derived from A52R was recently shown to inhibit cytokine production in bacterially induced inflammation [39]. The authors suggested that this peptide could be applied in the treatment of chronic inflammation caused by viral or bacterial infection.

Another virulence factor of Vaccinia virus, N1L, inhibits NF-κB signaling directly by binding to the IKK complex [38]. Though N1L inhibits host defense against Vaccinia infection by ten-thousand-fold, it does not affect adaptive immunity [40], DiPerna and colleagues describe that N1L inhibits receptor-, adaptor-, TRAF-, and IKK-α-, and IKKβ-dependent NF-κB signaling. Coimmunoprecipitation showed that N1L associates with several components of the IKK complex, while TANK-binding kinase 1 (TBK1) appears to be its principal target, suggesting that this protein may preferentially target the interferon pathway. Also, human papillomavirus (HPV) E7 has been reported to inhibit the IKK complex, leading to inhibition of induced activation of IKKα and IKKβ [41] and, most recently, the Hepatitis C Virus (HCV) core protein has been reported to bind to IKKβ and inhibit NF-κB activation [42].

Perhaps the most important immunological cell type that is involved in the inflammatory response is the macrophage (see Chapter 8). Two viruses that exhibit tropism toward these cells and are able to inhibit NF-κB signaling are the Pichinde virus, which causes Lassa fever in humans, and the African swine fever virus (ASFV). Virulent strains of the Pichinde virus, but not attenuated strains, were shown to repress NF-κB activation [43]. The ASFV encodes a protein, A238Lp, that resembles a porcine IκBα and can bind to p65, resulting in cytoplasmic sequestration. Interestingly, A238Lp needs posttranslational modification and NF-κB signaling to be able to bind to p65, as the endogenous IκBα needs to be degraded first [44].

Two viral proteins have been described to interact with βTrCP-proteins — the components of the SCF-type ubiquitin ligase complex that plays such a pivotal role in NF-κB activation (see Chapter 4). The HIV1-protein Vpu sequesters βTrCP1 to the cytoplasm [45], preventing it from functioning in the degradation of IκB and thereby effecting NF-κB activation. The EBV protein LMP1 has been reported to interact with and inhibit βTrCP2 [46]. As discussed in Chapter 4, bacteria of the *Yersinia* species (*Yersinia pestis* causes the bubonic plague) also interfere with the ubiquitination of NF-κB signaling proteins through the YopJ protein. Another bacterial protein, AvrA of *Salmonella typhimurium*, which is homologous to YopJ, has been suggested to prevent the ubiquitination of IκBα, thus regulating NF-κB activity downstream of the IKK-complex [47]. Interestingly, *Salmonella typhi* and *Salmonella paratyphi*, which do cause severe systemic disease, do not contain the AvrA locus, suggesting that control of NF-κB signaling is an important quality of virulent *Salmonella* sp. [48].

Finally, viral proteins can also target NF-κB transcriptional activity. The E6 oncoprotein of HPV downregulates NF-κB-mediated transcription by binding to and inhibiting CBP/p300 [49]. Thus, scientists have come to recognize that there are a variety of means by which pathogens subvert the function of NF-κB in the immune response. Although this is in principle not a positive finding, it offers us the opportunity to learn from pathogen strategies, and uncover critical steps in NF-κB signaling that can be blocked to inhibit NF-κB activity.

## 10.3 SYNTHETIC AND NATURAL COMPOUNDS INHIBITING NF-κB

In recent years, great effort has been expended to find compounds in large drug screens that inhibit NF-κB. Various natural compounds and synthetic drugs have been identified by this approach, and upon their identification, some of these have been modified to enhance their specificity for NF-κB. Multiple antiinflammatory and anticancer agents have demonstrated NF-κB-inhibitory activity by targeting various steps in the NF-κB pathway, including IKK complex activity, IκB degradation, NF-κB nuclear localization, and NF-κB DNA binding capacity. In the following sections we describe the most promising, clinically relevant drug classes. The disadvantage of most of these drugs is that they are not very specific for NF-κB signaling and therefore potentially could display significant unwanted side effects when administered to patients.

### 10.3.1 PROTEASOME INHIBITORS

The ubiquitin-proteasome pathway regulates the turnover of proteins that are of major importance for the cell, such as cyclins (which have a role in cell cycle control), MDM2 and p53 (which have a role in cell cycle arrest, DNA repair, differentiation, senescence, and apoptosis), and NF-κB [50–52]. As discussed in Chapter 4, activation of the classical-, alternative-, and DNA-damage-induced NF-κB pathways depends on the action of the proteasome. Thus, it appears safe to argue that the application of proteasome inhibitors will result in NF-κB inhibition; however, it is also clear that other pathways will be affected as well.

Proteasome inhibitors can be divided into two subclasses: (1) inhibitors of the 20S proteasome core, such as peptide aldehydes (e.g., MG-132), PSI, lactacystins (e.g., PS-519), epoxomicin, and peptide boronic acids (e.g., bortezomib) and (2) inhibitors of substrate specific E3 ubiquitin ligases (the E3 ubiquitin ligase MDM2 can be inhibited by nutlins) [53]. The best-studied proteasome inhibitor at present is the small molecule inhibitor bortezomib (also known as Velcade or PS-341), which is used mostly in combination with other chemotherapeutic agents. Bortezomib inhibits the proteasome by binding to the chymotrypsin-like site of the 20S core of the proteasome [50–52]. It has been approved by the U.S. Food and Drug Administration (FDA) for the treatment of patients with advanced multiple myeloma [54] and has been described to display clinical activity in relapsed and refractory multiple myeloma, prostate cancer, non-Hodgkin's lymphoma, T cell leukemia,

nonsmall-cell lung carcinoma, renal cell cancer, Lewis lung carcinoma, and pancreatic cancer [50–52,55,56].

As remarked previously, the efficacy of bortezomib is probably dependent on other mechanisms in addition to NF-κB inhibition. By directly comparing the efficacy of bortezomib and the IκB-kinase specific inhibitor PS-1145 in multiple myeloma cells, it was found that bortezomib inhibited cell proliferation completely in contrast to PS-1145, which inhibited only 20–50%, although both compounds inhibited NF-κB activity completely [57]. Kenneth C. Anderson and colleagues showed subsequently that in human multiple myeloma cells, bortezomib downregulates growth and survival pathways (e.g., IGF-1 receptor pathway; IGF-1 stimulates Akt-signaling) and antiapoptotic genes, and upregulates proapoptotic genes, resulting in apoptosis [55,58,59]. The authors suggest that bortezomib-induced NF-κB inhibition causes a decrease in the antiapoptotic protein BcL-2 and the BcL-2 family member A1/Bfl-1, leading to cytochrome C release and caspase-9 activation, in other words, activation of the intrinsic apoptotic pathway. Furthermore, they suggest that bortezomib causes p53-phosphorylation and subsequent jun N-terminal kinase (JNK)-activation, leading to Fas upregulation. Additionally, an increase in c-myc levels was observed, which correlated with an increase in FasL. The higher expression of both Fas and its ligand FasL would explain the observed activation of caspase-8, which is the initiator caspase of the extrinsic apoptotic pathway. The killing signal delivered by caspase-8 activation will be enhanced by the downregulation of NF-κB, as NF-κB inhibition will lead to a decrease in FLICE inhibitory protein (FLIP) levels, which is a physiological inhibitor of caspase-8 activation [60]. These observations show that inhibition of the proteasome in multiple myeloma cells leads to the concurrent modulation of multiple transcription factors that, together, tip the balance between life and death to the advantage of the latter. Presently, other proteasome inhibitors (with distinct structural features) are under development. For example, the lactacystin PS-519 has already entered clinical trials for treatment of patients with poststroke and myocardial infarction reperfusion injuries [51,52].

### 10.3.2 NONSTEROIDAL ANTIINFLAMMATORY DRUGS

At present, nonsteroidal antiinflammatory drugs (NSAIDs) are the most widely prescribed antiinflammatory drugs. It was estimated that in the United States, five to ten billion dollars are spent on NSAIDs, which are used in cardiovascular disease, for relief of pain symptoms in minor injuries and headaches, and to alleviate discomfort in serious inflammatory and joint diseases [61]. NSAIDs are known to inhibit the activity of cyclooxygenases (COXs), which are involved in prostaglandin (PG) synthesis [62,63]. As PGs play an important role in many processes other than inflammation, such as blood clotting, ovulation, bone metabolism, nerve function, wound healing, kidney function, and blood vessel tone, there is the accompanying risk of cytotoxic side effects associated with the application of COX-inhibitors [61]. Aspirin inhibits the activity of the constitutively expressed COX-1 by acetylating it; however, it has been shown that this is probably not the only mode of action of NSAIDs [64]. A second mode of action of aspirin is that it prevents the phosphorylation of IKKβ (and not IKKα) by binding to its adenosine triphosphate

(ATP)-binding site [65,174], thereby inhibiting NF-κB activation. The NSAID sulindac has also been shown to inhibit IKKβ activity [66]. As the expression of the inducible COX2 enzyme is regulated by NF-κB, this implies that aspirin may inhibit PG synthesis by inactivating COX-1 and by downregulating COX-2 expression. Other studies have confirmed that NSAIDs inhibit NF-κB activity [67,68]. Takada and colleagues compared different NSAIDs, and the authors found that the tested compounds inhibited IKK activity and suppressed IκBα degradation and NF-κB reporter gene activation, although with different efficacy. Aspirin and ibuprofen were shown to be least potent in inhibiting NF-κB activity; naproxen, indomethacin, and diclofenac were inhibited intermediately; and resveratrol, curcumin, celecoxib, and tamoxifen were most potent [68]. Very recently, it was suggested that celecoxib suppresses NF-κB activation through inhibition of IKK and Akt [69].

There has been a considerable amount of excitement in the oncology field since reports found that long-term use of NSAIDs, in this case aspirin, is associated with the regression of intestinal polyps and a reduction in the incidence of colorectal cancer in arthritis and colorectal cancer patients [70,71]. Additionally, it was reported that women who had been taking aspirin every day for at least ten years had a 28% lower risk of developing breast cancer [72]. An unwanted side-effect of nonspecific COX-inhibitors (inhibiting both COX-1 and COX-2) is that these drugs can cause gastrointestinal irritation and ulceration, which was shown to be due to inhibition of COX-1. To avoid this, selective COX-2 inhibitors (celecoxib [Celebrex®] and rofecoxib [Vioxx®]) were developed. Initially, both these drugs were approved for the treatment of rheumatoid arthritis and osteoarthritis. Celecoxib was also shown to significantly reduce the incidence and multiplicity of colon tumors and the number of polyps in patients with familial adenomatous polyposis (FAP) [73]. Celecoxib has also been found to be effective against mammary, skin, and bladder cancer [74] and was tested for cancer prevention or treatment in nearly 50 clinical trials. However, in September 2004, rofecoxib and, shortly after that, celecoxib were withdrawn from the market because these drugs were found to increase the risk of heart attack and stroke. If these serious side effects can be prevented or overcome, NSAIDs still could be of major importance for treatment of various inflammation-associated cancers and chronic inflammatory diseases. It is interesting to note in this respect that the R-stereoisomer of the NSAID flurbiprofen (the latter being the S-isomer) has been shown to inhibit NF-κB (and also AP-1), while it does not inhibit COX activity [75]. Moreover, it does not cause gastrointestinal problems [76] or other cytotoxic effects, which have been associated with COX-1-inhibiting NSAIDs [61].

### 10.3.3 GLUCOCORTICOIDS

The most widely prescribed antiinflammatory and immunosuppressive drugs are glucocorticoids (GCs), of which dexamethasone and hydrocortisone are the best known. The interaction of GCs with cytosolic GC-receptors (GCRs) induces the nuclear translocation of the GC-GCR-complex, in which the GRs interact with GC responsive elements (GREs), which are present, for instance, in promoters of cytokines. Initially, it was thought that the transcriptional effects of GCs were solely mediated by these GREs. However, later it was shown that GCs also inhibit the action

of several transcription factors that are essential for immunity, such as AP-1, NF-AT, and NF-κB [77,78]. NF-κB inhibition was initially thought to be brought about by GC-induced upregulation of IκB [79–81], which could be caused by binding of GR to a GRE in the IκB promoter [82]. IκB upregulation is not a universal effect [83,84] and, although it may have a cell-type role with or without a stimulus specific role, several other mechanisms of GC/GR-induced NF-κB inhibition have been proposed [77,78]: steric hindrance of NF-κB binding to κB sites by GR bound to GREs; GR binding and sequestering NF-κB in the cytosol [83–85]; GR binding the TAD of DNA-bound p65 interfering with coactivator binding [86,87]; GR competing with NF-κB for limited nuclear coactivators (e.g., CBP/p300) [88,89]; or GC-induced deacetylation of histones [90,91]. Finally, it has been reported that GCs induce the GC-induced leucine zipper (GILZ) protein that inhibits NF-κB activation [92].

### 10.3.4 THALIDOMIDE

The glutamic acid derivative thalidomide was brought on the market in the late 1950s as a sedative and a treatment for morning sickness in pregnant women, although it was not approved by the FDA in the United States. In the early 1960s, it was realized that the intake of even one dose of thalidomide during gestation could lead to limb abnormalities and other congenital defects. Shortly thereafter, thalidomide was pulled from the market. The drug reemerged a few years later as a treatment modality for leprosy and the FDA approved its use in this disease in the late 1990s [93]. The devastating effects of the drug during pregnancy were thought to result from the drugs ability to inhibit vasculogenesis. It is now clear, however, that the drug also has antiinflammatory and immunomodulatory effects. Presently, studies are ongoing to investigate thalidomide's potential in treatment regimens for inflammatory and infectious diseases (dermatological, rheumatological, and gastrointestinal diseases, HIV-1, and congestive heart failure) and for treatment of a variety of malignancies (e.g., multiple myeloma and other hematological disorders, prostate cancer, renal-cell carcinoma, glioma, colorectal cancer, and more). In multiple myeloma patients, thalidomide induces a variety of effects, which include reduction in cell adhesion, reduction in drug resistance, induction of apoptosis, angiogenesis inhibition, and modulation of immunity. It is also known that thalidomide reduces the expression of TNFα, IL-6, IL-12, COX-2, and Bcl-2 (inhibitor of the intrinsic apoptotic pathway) inhibitors of the extrinsic apoptotic pathway and NF-κB activity in general [93,94]. These clinical and biochemical features strongly suggest that NF-κB inhibition is central to the action of thalidomide, as NF-κB regulates the expression of proangiogenic factors (e.g., vascular endothelial growth factor [VEGF], α,β-integrins, IL-8, and PGs) [95,96], COX-2, antiapoptotic genes, and multiple proinflammatory and immunomodulatory cytokines (such as TNFα, IL-6, IL-12, and many more). Although there are conflicting reports about the effects of thalidomide on TNFα production in different cell types [97,98], there is evidence that thalidomide inhibits classical IKK activity, resulting in reduced levels of NF-κB-regulated genes downstream of cytokine receptor activation [99].

### 10.3.5 ANTIOXIDANTS AS NF-κB INHIBITORS

The level of cellular free radicals (reactive oxygen species [ROS] and reactive nitrogen oxide species [RNOS]) can increase upon exposure to certain environmental stimuli (e.g., ozone and cigarette smoke) and upon NF-κB stimuli (e.g., phorbol myristate acetate [PMA], CD3-engagement, lipopolysaccharide [LPS], $H_2O_2$, TNF, IL-1, UV-light, and ionizing radiation) [100–102]. The production of free radicals seems to be cell-type specific [101]. In inflammation, ROS produced by inflammatory cells play an important role as a means to kill infected cells by oxidizing molecules essential for pathogen survival [103]. Free radicals such as NOS ($O_2^-$, ·OH) and RNOS (NO, ONOO, $N_2O_3$) cause oxidation of proteins, DNA, and lipids that can directly or indirectly induce tissue damage with or without stress responses [104]. Products of lipid peroxidation have been shown to activate macrophages, to modulate the levels of prostaglandins and their receptors, and to induce multiple proinflammatory genes such as IL-8, COX-2, and monocyte chemoattractant protein-1 (MCP-1) [102,104]. Multiple studies have reported a direct link between increased ROS levels and the induction of NF-κB activity. Oxidative stress increases IκBα ubiquitination and degradation, and antioxidants have been reported to inhibit IκBα phosphorylation [105–107]. Moreover, it has been described that $H_2O_2$ can induce NF-κB through tyrosine-phosphorylation of IκBα and through activation of the IKK complex by inducing serine phosphorylation within the activation loops of IKKα and IKKβ [108,109]. Indirectly, ROS can also enhance NF-κB-mediated transcription by inhibiting HDAC activity [102]. The exact mechanism of ROS-induced NF-κB activation is largely unknown to date, and it is thought that various antioxidants inhibit at different steps in this pathway. However, it is clear that antioxidant application will inhibit NF-κB activity in vitro and in vivo [67,100], although other pathways will be affected as well. A number of antioxidants have been used to inhibit the NF-κB pathway (see Epinat and Gilmore [100] for an elaborate listing of antioxidants). An antioxidant [110] derived from the subtropical ginger Languas galangas, 1'-acetoxychavicol acetate (ACA), has recently been shown to inhibit the NF-κB pathway at the level of IKK activation, resulting ultimately in decreased expression of NF-κB-regulated proliferative genes, antiapoptotic genes, and genes involved in metastasis and inflammation [111]. Polyphenols curcumin, which can be isolated from the spice turmeric, and resveratrol, which is found in grapes and red wine [112], have been found to downregulate NIK and IKKα/β, resulting in inhibition of IKK activation, decreased IκBα-degradation, decreased p65 translocation, and a decrease in NF-κB activity [113–117]. Ascorbic acid (vitamin C) has been shown to display dual activity; first, it is known to quench ROS, and second, it has been described that, in the presence of ROS, ascorbic acid will be metabolized into dehydroascorbic acid, which has been shown to inhibit IKKα and IKKβ activity [118]. Other well-known antioxidants are thiols (e.g., glutathione, N-acetyl-L-cysteine [NAC], and N-Acystelyn [NAL]), vitamin E, NADPH, glutathione peroxidase, and MnSOD [102], all of which inhibit NF-κB activity to varying degrees.

Case 1:06-cv-00259-MPT    Document 294    Filed 05/30/2007    Page 35 of 68

## 10.3.6 POTENTIAL RISKS OF USING NF-κB INHIBITORS

In cancers with constitutive NF-κB activation and in chronic inflammation-associated cancers, NF-κB inhibition may prove to be a beneficial outcome [3]. However, it is important to point out that, in many cancers, unrestricted tumor outgrowth is facilitated by the fact that the cancer cells have found ways to evade apoptosis and immune surveillance. For this reason, immunotherapeutical anticancer therapies have been developed aiming at restoring and stimulating the proinflammatory functions of the patient's immune system as a palliative treatment option other than surgery, radiation, or chemotherapy [119]. The role of immune surveillance must be kept in mind when NF-κB inhibitors are applied as anticancer therapy, because such a treatment could inhibit whatever remains of the immunological antitumor response.

Another fact complicating the potential usefulness of NF-κB inhibitors in anticancer therapy is that NF-κB functions in a tissue-dependent manner. Remarkably, in keratinocytes, NF-κB inhibition can promote squamous cell carcinoma [120]. This implies that NF-κB-targeting anticancer therapy has to be tailored to specific tissues.

A concern for the use of NF-κB inhibitors to treat chronic inflammation is that NF-κB has been shown to be involved in inflammation resolution as well (Chapter 8). As expected, administration of broad-spectrum NF-κB inhibitors at the onset of inflammation leads to diminished inflammation; however, when these inhibitors are delivered later, they interfere with the ability to reduce inflammation [121]. It was hypothesized that during onset of inflammation, NF-κB stimulation leads to p65/p50 induced proinflammatory gene expression, while during resolution, translocation of repressive p50/p50 homodimers is induced. Alternatively, it is possible that p50/p50 homodimers, in collaboration with other cofactors, activate proapoptotic genes (e.g., BcL-3 could collaborate with p50-homodimers to activate transcription).

Another cause of concern is the occurrence of immunosuppression or other sequelae associated with a dysregulated immune system. For instance, several severe side effects have been related to anti-TNFα therapy, including infections, lymphoma development, congestive heart failure, demyelinating disease, lupus-like syndrome, and induction of autoantibodies [122]. These findings underscore the notion that modulators of the immune system have to be applied and dosed carefully.

Finally, it has to be realized that many of the drugs described in this section inhibit other pathways as well. This means that application of these drugs may induce unwanted side effects that have to be monitored carefully.

## 10.4 INDIRECT AND ALTERNATIVE STRATEGIES TO INHIBIT NF-κB

It is known that changes in other pathways can lead to the constitutive activation of NF-κB. Examples of such events are overexpression of HER2/neu, IGF-1R overexpression, BCR-ABL fusion, and activation of Ras/mitogen associated protein kinase (MAPK) or PI3K/Akt pathways [123]. If such changes are identified in diseases in which NF-κB activation plays an important role, then the proteins involved in these pathways represent an array of possible targets for treatment. As an alternative to inhibiting NF-κB signaling itself, a lot of attention is being focused on developing

molecules that inhibit the triggering of NF-κB signaling (e.g., anticytokine antibodies and decoy receptors) and on molecules that stimulate pathways that counteract NF-κB signaling (e.g., antiinflammatory cytokines).

## 10.4.1 CYTOKINE AND ANTICYTOKINE THERAPY

A number of studies have associated cytokine expression with inflammation and carcinogenesis. For example, colony-stimulating factor-1 (CSF-1) is involved in breast cancer development [124], TNFα plays a role in skin tumorigenesis [125] and promotes metastasis of xenografted human gastric cancer [126], IL-1α is associated with an increased risk of H. pylori-induced gastric cancer [127], and IL-8 neutralization inhibits tumor-associated inflammation and Ras-induced tumor growth [128]. Most cytokines act through NF-κB signaling, which in turn induces the expression of a wide spectrum of cytokines. The result is a complex, intertwined network that makes it difficult to predict the clinical efficacy of cytokine inhibition. Nevertheless, the clinical successes obtained to date with anticytokine therapies shows much promise.

As described previously, the intervention with cytokines before they reach their target receptor is a strategy that has long been applied by microorganisms. Presently, TNFα-blocking agents such as infliximab (Remicade®, a chimeric monoclonal antibody specific for TNFα) and etanercept (Enbrel®, a soluble dimeric TNFα-receptor) have been applied successfully to treat autoimmune-inflammatory diseases such as rheumatoid arthritis, juvenile arthritis, psoriasis, psoriatic arthritis, and Crohn's disease [129]. The IL-1 receptor antagonist (IL-1Ra) anakinra (Kineret®) is based on a physiologically expressed membrane molecule that competes with the IL-R for IL-binding. Anakinra has recently been approved for treatment of rheumatoid arthritis [130–132]. Other cytokines and chemokines that are being targeted for anticytokine therapy include IFN-α, IFN-γ, IL-6, IL-8, IL-12, IL-15, IL-17, and IL-23 [131].

A relatively new player in the cytokine field is the TNF-family member B cell activating factor (BAFF). BAFF activates the alternative NF-κB pathway and is involved in the formation of secondary lymphoid organs and in lymphocyte development, thereby providing a link between the innate and the adaptive immune response (Chapter 7). BAFF is essential for B cell development (and also for T cell activation and development) and has been shown to be overexpressed in patients with autoimmune disorders (rheumatoid arthritis, SLE, and Sjögren's syndrome) and B cell lymphomas [133,134]. Patients with these diseases may benefit from treatment with neutralizing anti-BAFF antibodies or recombinant BAFF-R. The alternative pathway is triggered by a variety of TNF-R-family members [29], some of which are T cell costimulating molecules (HVEM, CD30, CD27, 4-1BB, GITR, OX40) [135]. If overexpression of the ligands for these receptors contributes to B or T cell malignancies or autoimmune disease, this would mean that a whole array of new antibody or decoy receptor targets have become accessible. The advantage of treatments that target the alternative NF-κB pathway instead of the classical NF-κB pathway is that they will leave the innate immune system intact. Finally, as an alternative to using inhibitors of proinflammatory cytokines, one could consider the use of antiinflammatory mediators such as IL-4, IL-10, IL-11, IFN-β, or TGFβ [136].

## 10.5 TAILOR-MADE NF-κB INHIBITION IN THE POSTGENOMIC ERA

The biotechnological revolution of the last decade has provided us with new types of drugs that now start to show their potential in the clinic, and some of them are now hailed as being the new "superdrugs." The proteasome inhibitors are good examples, which may have potential in the treatment of chronic inflammatory diseases, autoimmune diseases, and cancer. A disadvantage of proteasome inhibitors is that inhibiting the proteasome does not specifically inhibit NF-κB, and therefore these drugs will modulate the cell's physiology extensively. The lessons learned from nature's strategies to inhibit NF-κB and the results of clinical studies with drugs that have now been shown to inhibit NF-κB have provided us with new insights in the NF-κB pathway and have given us the opportunity to rationally design modulators of NF-κB signaling that do not interfere with other pathways. Additionally, the application of new molecular-biological techniques has provided us with a surge of information about how signals are transduced within the NF-κB pathway and how NF-κB proteins interact with each other and with other proteins. These new insights have led to the development of molecule-specific inhibitors of the NF-κB pathway, some of which are already in preclinical development. Improvements in other fields will also contribute to the development of more efficient drugs, such as improved delivery and targeting strategies, activation of the drugs specifically at the location where it is needed, and the coupling of the drugs to small peptide sequences that will facilitate the transport of the drug over the cell membrane [137,138].

One of the most potent inhibitors of the classical NF-κB pathway are dominant negative versions of IκB. One version of dominant negative IκBα (dn-IκBα) is a protein in which ser32 and ser36 phosphoacceptor sites have been replaced with alanines and multiple amino acids in the C-terminal domain have been replaced to confer stability to the mutant protein. The dominant negative IκBα variant (called IκBαM) described above cannot be phosphorylated and will therefore not be ubiquitinated and degraded, thus sequestering NF-κB to the cytosol [139]. Another nondegradable IκBα variant (cannot be phosphorylated because the first 36 amino acids have been deleted) has been coupled to a membrane translocating sequence (MTS) derived from the signal peptide of Kaposi Fibroblast Growth Factor. This protein was able to inhibit NF-κB activation in vitro and inhibited NF-κB activation in vivo in response to skin wounding in mice and in lungs after endotoxin treatment in sheep [140]. It is quite obvious that dominant negative variants of other NF-κB proteins (e.g., kinase-dead IKKs) will also inhibit NF-κB signaling. Moreover, using dominant negative p100 or IKKα, it may be possible to selectively downregulate the alternative NF-κB pathway without affecting the classical NF-κB pathway. In diseases in which the alternative pathway is dysregulated and needs to be inhibited, this approach will prevent adverse side effects associated with inhibition of the classical pathway. At present, the clinical value of such molecules does not seem to be very high; however, small peptide variants of such molecules, pathway specific peptides, or kinase-specific inhibitors may be more interesting in that respect.

IFN-β has been presented as one of the cytokines that can be used as an alternative to NF-κB inhibitors because of its antiinflammatory capacity. A very

elegant approach has been to change this cytokine (or any other cytokine) into a latent form that will be activated at the site of inflammation. To achieve this, the latency associated protein (LAP) domain of TGF-β1 was fused to the IFN-β protein to prevent IFN-β from binding to its receptor. Between the LAP-domain and the IFN-β domain, a matrix-metalloprotease (MMP) cleavage site was introduced. Because MMPs are locally produced at sites where tissue damage or remodeling is taking place — for instance, at the site of inflammation or tumor expansion — IFN-β will be cleaved from the LAP domain and become active locally. LAP-MMP-IFN-β fusion-protein was shown to be cleaved by cerebrospinal or synovial fluid of patients with inflammatory diseases. Additionally, the latent protein was shown to be more efficient in a mouse model of arthritis than unmodified IFN-β [141].

As a converging point for multiple proinflammatory NF-κB stimuli [142], IKKβ is an ideal target for small-molecule kinase-inhibitors. Examples of IKKβ inhibitors under study are SPC-839, SC-514, PS-1145, and BMS-345541 (reviewed extensively in [143]). SPC839 (a quinazoline analogue) and SC-514 (an aminothiophenecarboxamide derivative) are reversible ATP-binding site-targeting ATP-competitors, with specificity for the ATP-binding site of IKKβ over that of IKKα and other kinases. To date, most IKK-inhibitors display a higher affinity for IKKβ than for IKKα. The realization that the alternative pathway may be hyperactivated in diseases in which lymphocytes go awry and the fact that this pathway depends on IKKα and not on IKKβ or NEMO, will undoubtedly spur the search for more specific IKKα inhibitors. Inhibitors of kinases upstream of the IKK complex (kinases that activate IKKα or IKKβ) could also be applied; however, great care will have to be taken regarding the side effects of these compounds when these kinases are not specific for the IKKs/NF-κB pathway. Finally, it has to be remarked that a third NF-κB pathway has been identified recently that is activated upon induction of DNA damage and is IKK-independent (Chapter 4) [144]. A variety of these kinases may represent a new target for small molecule inhibitors specifically inhibiting one of the three NF-κB pathways.

Another recent advance is the design of small peptides that interfere with protein–protein interactions that are important for NF-κB signaling. A short hexapeptide sequence (Leu-Asp-Trp-Ser-Trp-Leu) analogous to the NEMO-binding domain (NBD) of IKKα and IKKβ disrupts the association of NEMO with both IKK-α and IKK-β and inhibits cytokine induced NF-κB activation and inflammatory responses [149,150]. The peptide has already proven its potential by sensitizing TRAIL resistant cell lines to TRAIL, and by inhibiting mononuclear cell invasion and normalizing p65 expression in spinal cords of mice with experimental allergic encephalomyelitis (EAE, a model for multiple sclerosis) [151,152]. Interestingly, similar short NBD-peptides have been altered by adding moieties that facilitate delivery into the cell, such as HIV-TAT sequences, the homeodomain of antennapedia protein (a Drosophila transcription factor) and a cationic peptide transduction domain (PTD). A TAT-NBD fusion peptide has been shown to inhibit LPS-induced NF-κB activation in polymorphonuclear neutrophils (PMNs) [153] and to block osteoclastogenesis, to inhibit bone erosion, and to ameliorate inflammation in the joints of mice with arthritis [154,175]. Application of NBD fused to the antennapedia homeodomain improves lung edema and lung volume and reduces inflammation in an acute

airway distress syndrome model in piglets [155]. Finally, in situ delivery of PTD-5-NBD was shown to improve pancreatic islet function and viability prior to transplantation [156].

Other promising peptides that could be applied clinically are peptides blocking interactions at other levels in the pathway. For example, a peptide corresponding to amino acids 138–151 of mouse TIR domain-containing adaptor protein (TIRAP) has been coupled with the antennapedia protein to facilitate uptake. This TIRAP-fusion peptide blocked TIRAP's association with TLR4, resulting in inhibition of LPS-induced NF-κB activation in macrophages [157]. An alternative strategy to prevent IKK-activation has been described that is based on prevention of NEMO-oligomerization by delivery of peptides encompassing the minimal oligomerization domain of NEMO itself. These peptides were shown to inhibit NF-κB activation in pre-B lymphocytes [158]. Another elegant way of inhibiting NF-κB is by application of SN50, which is a fusion between a cell membrane-permeable motif (the hydrophobic domain of the signaling peptide) and a peptide corresponding to the nuclear localization sequence (NLS) of p50. Application of this peptide in T cells not only inhibits the nuclear translocation of NF-κB but also the translocation of AP-1, NFAT, and STAT1. The mechanism behind this inhibition is that SN50 interacts with and binds to an NLS-receptor complex present in the cytoplasm of these cells [159,160]. Takade and colleagues described the coupling of the antennapedia membrane transport domain to a peptide encompassing a phosphorylation site of p65 whose phosphorylation is essential for NF-κB activity. This peptide was able to inhibit NF-κB signaling triggered by a range of stimuli [161].

The progress in DNA/RNA technology may provide new approaches to inhibit NF-κB activity, e.g., by application of antisense oligodeoxynucleotides (ODNs), ribozymes, decoy ODNs, and of course small interfering RNAs (siRNAs) [162,163]. Decoy ODNs are small DNA sequences carrying the consensus binding sequence for specific transcription factors, in this case the κB site to which NF-κB binds. In a mouse model for asthma (ova-induced airway allergy), κB-decoy oligos strongly inhibited NF-κB activity, lung inflammation, airway hyperresponsiveness, and production of mucus [164]. With the rapid advance in the small RNA field [163], its potential to modify NF-κB signaling is also beginning to be explored. Administration of siRNA directed against p65 (siP65) was shown to enhance sensitivity to chemotherapeutic agents, such as irinotecan, and modified NF-κB-mediated inflammation [165,166]. Various siRNA's against NF-κB mRNAs have already shown their inhibitory capacity in vitro [167,168]. Clearly, this will be an important therapeutic modality, but it will require safe and efficacious delivery methods.

## 10.6 OUTLOOK

At the dawn of the twenty-first century, the advances in molecular biology and biochemistry have given investigators powerful new tools to study the molecular underpinnings of signaling pathways. The functions of IKKs (and several other kinases), so central in NF-κB signaling, can now be studied in whole organism models like Drosophila [169–171] and zebrafish [172,173], which will facilitate the application

**TABLE 10.1**
**An Overview of the NF-κB Inhibitors That Are Discussed in Chapter 10 (See Text for Details and Abbreviations Where Appropriate)**

| | | Endogenous inhibitors | Bacterial & viral inhibitors | Natural & synthetic inhibitors | Recombinant & small molecule inhibitors |
|---|---|---|---|---|---|
| TNF-family (ligands) | | | Pox-viral decoy receptors | Thalidomide | Anti-TNF (Remicade®), soluble TNF-R (Etbrel®), anti-BAFF, soluble BAFF-R |
| Binding to TNF-R-family (receptors) | | | Adenoviral E3-10.4K/E3-14.5K-complex | | IL-1Ra (Kineret®) |
| Recruitment of adapter molecules & kinases | | CYLD, A20 | VV A46R & A52R | Antioxidants | A5RP-peptide, Kinase inhibitors, TIRAP-peptide |
| Activation of IKK-complex | | CYLD, SUMO, 15d-PGJ2 | VV N1L, HPV E7, HCV core protein, Yersinia YopJ | NSAIDs, Thalidomide, Antioxidants | IKKα- or β-inhibitors, NBD-peptides, NEMO oligomerization peptides |
| Phosphorylation of IκB-family-members | | SUMO | ASFV A238L0, HIV1 Vpu, EBV LMP1, Salmonella AvrA | Proteasome inhibitors, Antioxidants | Dn-IκBα |
| NF-κB translocation | | CIAS | | Glucocorticoids | SN-50 |
| NF-κB-DNA interaction & transcription | | Arf1, P53, ING4, FAI/Nkp1, Murr1/COMMD1, PPARγ, PGJ2, Twist, N-CoR, SIRT1 | HPV E6 | Glucocorticoids, Antioxidants | P50-phosphorylation domain peptide, decoy-ODNs |

of large-scale genetic screens to modulate NF-κB signaling. On the other hand, high-throughput, cell-based assays have been developed to screen large compound libraries, and the knowledge obtained has been applied to further develop lead compounds into drugs for various diseases. One area in which progress is expected in the next few years is the solving of the 3-dimensional structure of IKK complex. Nearly all the external signals leading to NF-κB stimulation are coordinated by the proteins present in this complex. Clearly, the kinases present and the associated proteins will make excellent drug targets. In the NF-κB field, the challenge will be to design drugs that specifically inhibit NF-κB signaling and, more specifically, each of the three NF-κB pathways (classical, alternative, and DNA-damage induced). At present, an impressive number of clinical trials are ongoing in which current drugs that inhibit NF-κB and new, rationally designed NF-κB inhibitors are being evaluated. Hope-

212                    Handbook of Transcription Factors NF-κB

fully, this will lead to the identification of the new superdrug that will inhibit NF-κB without inducing severe side effects.

## ACKNOWLEDGMENTS

Sebo Withoff is supported by National Institutes of Health (NIH) grants to DMV and by a fellowship of the Catharina Foundation. Vinay Tergaonkar is supported by a career development fellowship from the Leukemia and Lymphoma Society. Inder M. Verma is an American Cancer Society Professor of Molecular Biology supported in part by grants from NIH, the Larry L. Hillblom Foundation, Inc., the Lebensfeld Foundation, the Wayne and Gladys Valley Foundation, the H.N. and Frances C. Berger Foundation, Merck Research Laboratories, and the March of Dimes.

## REFERENCES

[1]  Shoelson, S.E., Lee, J., and Yuan, M., Inflammation and the IKKβ/IκB/NF-kappaB axis in obesity- and diet-induced insulin resistance, *Int. J. Obes. Relat. Metab. Disord.,* 27 Suppl 3, S49, 2003.

[2]  Mattson, M.P. and Camandola, S., NF-kappaB in neuronal plasticity and neurodegenerative disorders, *J. Clin. Invest.,* 107, 247, 2001.

[3]  Li, Q., Withoff, S., and Verma, I.M., Inflammation-associated cancer: NF-kappaB is the lynchpin, *Trends Immunol.,* 26, 318, 2005.

[4]  Prigent, M., Barlat, I., Langen, H. et al., IκBα and IκBα/NF-kappaB complexes are retained in the cytoplasm through interaction with a novel partner, RasGAP SH3-binding protein 2, *J. Biol. Chem.,* 275, 36441, 2000.

[5]  Rocha, S., Campbell, K.J., and Perkins, N.D., p53- and MDM2-independent repression of NF-kappaB transactivation by the ARF tumor suppressor, *Mol. Cell,* 12, 15, 2003.

[6]  Rocha, S., Garrett, M.D., Campbell, K.J. et al., Regulation of NF-kappaB and p53 through activation of ATR and Chk1 by the ARF tumour suppressor, *Embo J.,* 24, 1157, 2005.

[7]  Garkavtsev, I., Kozin, S.V., Chernova, O. et al., The candidate tumour suppressor protein ING4 regulates brain tumour growth and angiogenesis, *Nature,* 428, 328, 2004.

[8]  Webster, G.A. and Perkins, N.D., Transcriptional cross talk between NF-kappaB and p53, *Mol. Cell. Biol.,* 19, 3485, 1999.

[9]  Tergaonkar, V., Pando, M., Vafa, O. et al., p53 stabilization is decreased upon NF-kappaB activation: A role for NF-kappaB in acquisition of resistance to chemotherapy, *Cancer Cell,* 1, 493, 2002.

[10]  Gill, G., SUMO and ubiquitin in the nucleus: Different functions, similar mechanisms? *Genes Dev.,* 18, 2046, 2004.

[11]  Bouras, T., Fu, M., Sauve, A.A. et al., SIRT1 deacetylation and repression of p300 involves lysine residues 1020/1024 within the cell cycle regulatory domain 1 *J. Biol. Chem.,* 280, 10264, 2005.

[12]  O'Connor, W., Jr., Harton, J.A., Zhu, X. et al., Cutting edge: CIAS1/cryopyrin/PYPAF1/NALP3/CATERPILLER 1.1 is an inducible inflammatory mediator with NF-kappaB suppressive properties, *J. Immunol.,* 171, 6329, 2003.

213                    Regulating the Master Regulator NF-κB

[13]  Dinarello, C.A., Unraveling the NALP-3/IL-1beta inflammasome: A big lesson from a small mutation, *Immunity,* 20, 243, 2004.

[14]  van De, S.B., Rothuizen, J., Pearson, P.L. et al., Identification of a new copper metabolism gene by positional cloning in a purebred dog population, *Hum. Mol. Genet.,* 11, 165, 2002.

[15]  Tao, T.Y., Liu, F., Klomp, L. et al., The copper toxicosis gene product Murr1 directly interacts with the Wilson disease protein, *J. Biol. Chem.,* 278, 41593, 2003.

[16]  Burstein, E., Hoberg, J.E., Wilkinson, A.S. et al., COMMD proteins, a novel family of structural and functional homologs of Murr1, *J. Biol. Chem.,* 280, 22222, 2005.

[17]  Scher, J.U. Pillinger, M.H., 15d-PGJ2: The anti-inflammatory prostaglandin? *Clin. Immunol.,* 114, 100, 2005.

[18]  Ricote, M., Li, A.C., Willson, T.M. et al., The peroxisome proliferator-activated receptor-gamma is a negative regulator of macrophage activation, *Nature,* 391, 79, 1998.

[19]  Chen, F., Endogenous inhibitors of nuclear factor-kappaB, an opportunity for cancer control, *Cancer Res,* 64, 8135, 2004.

[20]  Dreyfus, D.H., Nagasawa, M., Gelfand, E.W. et al., Modulation of p53 activity by I-kappaBαc Evidence suggesting a common phylogeny between NF-kappa B and p53 transcription factors, *BMC Immunol.,* 6, 12, 2005.

[21]  Rossi, A., Kapahi, P., Natoli, G. et al., Anti-inflammatory cyclopentenone prostaglandins are direct inhibitors of IκB kinase, *Nature,* 403, 103, 2000.

[22]  Straus, D.S., Pascual, G., Li, M. et al., 15-deoxy-delta 12,14-prostaglandin J2 inhibits multiple steps in the NF-kappaB signaling pathway, *Proc. Natl. Acad. Sci. USA,* 97, 4844, 2000.

[23]  Giri, S., Rattan, R., Singh, A.K. et al., The 15-deoxy-delta12,14-prostaglandin J2 inhibits the inflammatory response in primary rat astrocytes via down-regulating multiple steps in phosphatidylinositol 3-kinase-Akt-NF-kappaB-p300 pathway independent of peroxisome proliferator-activated receptor gamma, *J. Immunol.,* 173, 5196, 2004.

[24]  Yang, J.P., Hori, M., Sanda, T. et al., Identification of a novel inhibitor of nuclear factor-kappaB, RelA-associated inhibitor, *J. Biol. Chem.,* 274, 15662, 1999.

[25]  Herron, B.J., Rao, C., Liu, S. et al., A mutation in NFκB interacting protein I results in cardiomyopathy and abnormal skin development in *wa3* mice, *Hum. Mol. Genet,* 14, 667, 2005.

[26]  Panus, J.F., Smith, C.A., Ray, C.A. et al., Cowpox virus encodes a fifth member of the tumor necrosis factor receptor family: A soluble, secreted CD30 homologue, *Proc. Natl. Acad. Sci. USA,* 99, 8348, 2002.

[27]  Saraiva, M., Smith, P., Fallon, P.G. et al., Inhibition of type 1 cytokine-mediated inflammation by a soluble CD30 homologue encoded by ectromelia (mousepox) virus, *J. Exp. Med.,* 196, 829, 2002.

[28]  Benedict, C.A., Banks, T.A., and Ware, C.F., Death and survival: Viral regulation of TNF signaling pathways, *Curr. Opin. Immunol.,* 15, 59, 2003.

[29]  Hauer, J., Puschner, S., Ramakrishnan, P. et al., TNF receptor (TNFR)-associated factor (TRAF) 3 serves as an inhibitor of TRAF2/5-mediated activation of the non-canonical NF-kappaB pathway by TRAF-binding TNFRs, *Proc. Natl. Acad. Sci. USA,* 102, 2874, 2005.

[30]  Alcami, A., Symons, J.A., and Smith, G.L., The vaccinia virus soluble alpha/beta interferon (IFN) receptor binds to the cell surface and protects cells from the antiviral effects of IFN, *J. Virol,* 74, 11230, 2000.

[31]  Moss, B., *Poxviridae: The Viruses and Their Replication.* Philadelphia: Lippincott Williams and Wilkins, 2001.

[48] Prager, R., Mirold, S., Tietze, E. et al., Prevalence and polymorphism of genes encoding transloacated effector proteins among clinical isolates of *Salmonella enterica*, *Int. J. Med. Microbiol.*, 290, 605, 2000.

[49] Patel, D., Huang, S.M., Baglia, L.A. et al., The E6 protein of human papillomavirus type 16 binds to and inhibits co-activation by CBP and p300, *Embo J.*, 18, 5061, 1999.

[50] Adams, J., The proteasome: A suitable antineoplastic target, *Nat. Rev. Cancer*, 4, 349, 2004.

[51] Adams, J., The development of proteasome inhibitors as anticancer drugs, *Cancer Cell*, 5, 417, 2004.

[52] Adams, J. and Kauffman, M., Development of the proteasome inhibitor Velcade (Bortezomib), *Cancer Invest.*, 22, 304, 2004.

[53] Burger, A.M. and Seth, A.K., The ubiquitin-mediated protein degradation pathway in cancer: Therapeutic implications. *Eur. J. Cancer*, 40, 2217, 2004.

[54] Richardson, P.G., Barlogie, B., Berenson, J. et al., A phase 2 study of bortezomib in relapsed, refractory myeloma, *N. Engl. J. Med.*, 348, 2609, 2003.

[55] Hideshima, T., Mitsiades, C., Akiyama, M. et al., Molecular mechanisms mediating antimyeloma activity of proteasome inhibitor PS-341, *Blood*, 101, 1530, 2003.

[56] Rajkumar, S.V., Richardson, P.G., Hideshima, T. et al., Proteasome inhibition as a novel therapeutic target in human cancer. *J. Clin. Oncol.*, 23, 630, 2005.

[57] Hideshima, T., Chauhan, D., Richardson, P. et al., NF-kappaB as a therapeutic target in multiple myeloma, *J. Biol. Chem.*, 277, 16639, 2002.

[58] Mitsiades, C.S., Mitsiades, N., Poulaki, V. et al., Activation of NF-kappaB and upregulation of intracellular anti-apoptotic proteins via the IGF-I/Akt signaling in human multiple myeloma cells: Therapeutic implications, *Oncogene*, 21, 5673, 2002.

[59] Mitsiades, N., Mitsiades, C.S., Poulaki, V. et al., Molecular sequelae of proteasome inhibition in human multiple myeloma cells, *Proc. Natl. Acad. Sci. USA*, 99, 14374, 2002.

[60] Irmler, M., Thome, M., Hahne, M. et al., Inhibition of death receptor signals by cellular FLIP, *Nature*, 388, 190, 1997.

[61] DuBois, R.N., Abramson, S.B., Crofford, L. et al., Cyclooxygenase in biology and disease, *FASEB J.*, 12, 1063, 1998.

[62] Vane, J.R., Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs, *Nat. New Biol.*, 231, 232, 1971.

[63] Gupta, R.A. and DuBois, R.N., Colorectal cancer prevention and treatment by inhibition of cyclooxygenase-2, *Nat. Rev. Cancer*, 1, 11, 2001.

[64] Williams, C.S., Watson, A.J., Sheng, H. et al., Celecoxib prevents tumor growth in vivo without toxicity to normal gut: Lack of correlation between in vitro and in vivo models, *Cancer Res*, 60, 6045, 2000.

[65] Yin, M.J., Yamamoto, Y. and Gaynor, R.B., The anti-inflammatory agents aspirin and salicylate inhibit the activity of I(kappa)B kinase-beta, *Nature*, 396, 77, 1998.

[66] Yamamoto, Y., Yin, M.J., Lin, K.M. et al., Sulindac inhibits activation of the NF-kappaB pathway, *J. Biol. Chem.*, 274, 27307, 1999.

[67] D'Acquisto, F., May, M.J., and Ghosh, S., Inhibition of nuclear factor kappaB (NF-κB): An emerging theme in anti-inflammatory therapies, *Mol. Intern.*, 2, 22, 2002.

[68] Takada, Y., Bhardwaj, A., Potdar, P. et al., Nonsteroidal anti-inflammatory agents differ in their ability to suppress NF-kappaB activation, inhibition of expression of cyclooxygenase-2 and cyclin D1, and abrogation of tumor cell proliferation, *Oncogene*, 23, 9247, 2004.

[32] Reading, P.C., Khanna, A., and Smith, G.L., Vaccinia virus CrmE encodes a soluble and cell surface tumor necrosis factor receptor that contributes to virus virulence, *Virology*, 292, 285, 2002.

[33] Gracie, J.A., Robertson, S.E., and McInnes, I.B., Interleukin-18., *J. Leukoc. Biol.*, 73, 213, 2003.

[34] Horwitz, M.S., Function of adenovirus E3 proteins and their interactions with immunoregulatory cell proteins, *J. Gene Med.*, 6 Suppl 1, S172, 2004.

[35] Fessler, S.P., Chin, Y.R., and Horwitz, M.S., Inhibition of tumor necrosis factor (TNF) signal transduction by the adenovirus group C RID complex involves downregulation of surface levels of TNF receptor 1, *J. Virol.*, 78, 13113, 2004.

[36] Bowie, A., Kiss-Toth, E., Symons, J.A. et al., A46R and A52R from vaccinia virus are antagonists of host IL-1 and toll-like receptor signaling, *Proc. Natl. Acad. Sci. USA*, 97, 10162, 2000.

[37] Harte, M.T., Haga, I.R., Maloney, G. et al., The poxvirus protein A52R targets Toll-like receptor signaling complexes to suppress host defense, *J. Exp. Med.*, 197, 343, 2003.

[38] DiPerna, G., Stack, J., Bowie, A.G. et al., Poxvirus protein N1L targets the I-kappaB kinase complex, inhibits signaling to NF-kappaB by the tumor necrosis factor superfamily of receptors, and inhibits NF-kappaB and IRF3 signaling by toll-like receptors, *J. Biol. Chem.*, 279, 36570, 2004.

[39] McCoy, S.L., Kurtz, S.E., Macarthur, C.J. et al., Identification of a peptide derived from vaccinia virus A52R protein that inhibits cytokine secretion in response to TLR-dependent signaling and reduces in vivo bacterial-induced inflammation, *J. Immunol.*, 174, 3006, 2005.

[40] Kotwal, G.J., Hugin, A.W., and Moss, B., Mapping and insertional mutagenesis of a vaccinia virus gene encoding a 13,800-Da secreted protein, *Virology*, 171, 579, 1989.

[41] Spikovsky, D., Hehner, S.P., Hofmann, T.G. et al., The human papillomavirus oncoprotein E7 attenuates NF-kappaB activation by targeting the IkappaB kinase complex, *J. Biol. Chem.*, 277, 25576, 2002.

[42] Joo, M., Hahn, Y.S., Kwon, M. et al., Hepatitis C virus core protein suppresses NF-kappaB activation and cyclooxygenase-2 expression by direct interaction with IkappaB kinase beta, *J. Virol.*, 79, 7648, 2005.

[43] Fennewald, S.M., Aronson, J.F., Zhang, L. et al., Alterations in NF-kappaB and RBP-Jkappa by arenavirus infection of macrophages in vitro and in vivo, *J. Virol.*, 76, 1154, 2002.

[44] Tait, S.W., Reid, E.B., Greaves, D.R. et al., Mechanism of inactivation of NF-kappaB by a viral homologue of IkappaBalpha. Signal-induced release of IkappaBalpha results in binding of the viral homologue to NF-kappaB, *J. Biol. Chem.*, 275, 34656, 2000.

[45] Besnard-Guerin, C., Belaidouni, N., Lassot, I. et al., HIV-1 Vpu sequesters beta-transducin repeat-containing protein (betaTrCP) in the cytoplasm and provokes the accumulation of beta-catenin and other SCFbetaTrCP substrates, *J. Biol. Chem.*, 279, 788, 2004.

[46] Tang, W., Pavlish, O.A., Spiegelman, V.S. et al., Interaction of Epstein-Barr virus latent membrane protein 1 with SCFHOS/beta-TrCP E3 ubiquitin ligase regulates extent of NF-kappaB activation, *J. Biol. Chem.*, 278, 48942, 2003.

[47] Collier-Hyams, L.S., Zeng, H., Sun, J. et al., Cutting edge: Salmonella AvrA effector inhibits the key proinflammatory, anti-apoptotic NF-kappaB pathway, *J. Immunol.*, 169, 2846, 2002.

[69] Shishodia, S., Koul, D., and Aggarwal, B.B., Cyclooxygenase (COX)-2 inhibitor celecoxib abrogates TNF-induced NF-kappaB activation through inhibition of activation of IkappaBalpha kinase and Akt in human non-small cell lung carcinoma: Correlation with suppression of COX-2 synthesis, J. Immunol., 173, 2011, 2004.

[70] Smalley, W.E. and DuBois, R.N., Colorectal cancer and nonsteroidal anti-inflammatory drugs, Adv. Pharmacol., 39, 1, 1997.

[71] Thun, M.J., Henley, S.J., and Patrono, C., Nonsteroidal anti-inflammatory drugs as anticancer agents: Mechanistic, pharmacologic, and clinical issues, J. Natl. Cancer Inst., 94, 252, 2002.

[72] Harris, R.E., Chlebowski, R.T., Jackson, R.D. et al., Breast cancer and nonsteroidal anti-inflammatory drugs: Prospective results from the Women's Health Initiative, Cancer Res., 63, 6096, 2003.

[73] Steinbach, G., Lynch, P.M., Phillips, R.K. et al., The effect of celecoxib, a cyclooxygenase-2 inhibitor, in familial adenomatous polyposis, N. Engl. J. Med., 342, 1946, 2000.

[74] Kismet, K., Akay, M.T., Abbasoglu, O. et al., Celecoxib: A potent cyclooxygenase-2 inhibitor in cancer prevention, Cancer Detect. Prev., 28, 127, 2004.

[75] Tegeder, I., Niederberger, E., Israr, E. et al., Inhibition of NF-kappaB and AP-1 activation by R- and S-flurbiprofen, FASEB J., 15, 2, 2001.

[76] Brune, K., Beck, W.S., Geissinger, G. et al., Aspirin-like drugs may block pain independently of prostaglandin synthesis inhibition, Experientia, 47, 257, 1991.

[77] Almawi, W.Y. and Melemedjian, O.K., Molecular mechanisms of glucocorticoid antiproliferative effects: Antagonism of transcription factor activity by glucocorticoid receptor, J. Leukoc. Biol., 71, 9, 2002.

[78] Smoak, K.A. and Cidlowski, J.A., Mechanisms of glucocorticoid receptor signaling during inflammation, Mech. Ageing Dev., 125, 697, 2004.

[79] Scheinman, R.I., Cogswell, P.C., Lofquist, A.K. et al., Role of transcriptional activation of IkappaBalpha in mediation of immunosuppression by glucocorticoids, Science, 270, 283, 1995.

[80] Auphan, N., DiDonato, J.A., Rosette, C. et al., Immunosuppression by glucocorticoids: Inhibition of NF-kappaB activity through induction of IkappaB synthesis, Science, 270, 286, 1995.

[81] Aljada, A., Ghanim, H., Assian, E. et al., Increased IkappaB expression and diminished nuclear NF-kappaB in human mononuclear cells following hydrocortisone injection, J. Clin. Endocrinol. Metab., 84, 3386, 1999.

[82] De Bosscher, K., Vanden Berghe, W., and Haegeman, G., The interplay between the glucocorticoid receptor and nuclear factor-kappaB or activator protein-1: Molecular mechanisms for gene repression, Endocr. Rev., 24, 488, 2003.

[83] Kleinert, H., Euchenhofer, C., Ihrig-Biedert, I. et al., Glucocorticoids inhibit the induction of nitric oxide synthase II by down-regulating cytokine-induced activity of transcription factor nuclear factor-kappaB, Mol. Pharmacol., 49, 15, 1996.

[84] De Bosscher, K., Schmitz, M.L., Vanden Berghe, W. et al., Glucocorticoid-mediated repression of nuclear factor-kappaB-dependent transcription involves direct interference with transactivation, Proc. Natl. Acad. Sci. USA, 94, 13504, 1997.

[85] Adcock, I.M., Brown, C.R., Gelder, C.M. et al., Effects of glucocorticoids on transcription factor activation in human peripheral blood mononuclear cells, Am. J. Physiol., 268, C331, 1995.

[86] De Bosscher, K., Vanden Berghe, W., Vermeulen, L. et al., Glucocorticoids repress NF-kappaB-driven genes by disturbing the interaction of p65 with the basal transcription machinery, irrespective of coactivator levels in the cell, Proc. Natl. Acad. Sci. USA, 97, 3919, 2000.

[87] Nissen, R.M. and Yamamoto, K.R., The glucocorticoid receptor inhibits NFkappaB by interfering with serine-2 phosphorylation of the RNA polymerase II carboxyterminal domain, Genes Dev., 14, 2314, 2000.

[88] Sheppard, K.A., Phelps, K.M., Williams, A.J. et al., Nuclear integration of glucocorticoid receptor and nuclear factor-kappaB signaling by CREB-binding protein and steroid receptor coactivator-1, J. Biol. Chem., 273, 29291, 1998.

[89] McKay, L.I. and Cidlowski, J.A., CBP (CREB binding protein) integrates NF-kappaB (nuclear factor-kappaB) and glucocorticoid receptor physical interactions and antagonism, Mol. Endocrinol., 14, 1222, 2000.

[90] Li, J., Lin, Q., Yoon, H.G. et al., Involvement of histone methylation and phosphorylation in regulation of transcription by thyroid hormone receptor, Mol. Cell. Biol., 22, 5688, 2002.

[91] Peterson, C.L. and Laniel, M.A., Histones and histone modifications, Curr. Biol., 14, R546, 2004.

[92] Ayroldi, E., Migliorati, G., Bruscoli, S. et al., Modulation of T-cell activation by the glucocorticoid-induced leucine zipper factor via inhibition of nuclear factor-kappaB, Blood, 98, 743, 2001.

[93] Franks, M.E., Macpherson, G.R., and Figg, W.D., Thalidomide, Lancet, 363, 1802, 2004.

[94] Stejfer, S., Kruit, W.H., and Stoter, G., Thalidomide in solid tumours: The resurrection of an old drug, Eur. J. Cancer, 40, 2377, 2004.

[95] Yoshida, S., Ono, M., Shono, T. et al., Involvement of interleukin-8, vascular endothelial growth factor, and basic fibroblast growth factor in tumor necrosis factor alpha-dependent angiogenesis, Mol. Cell. Biol., 17, 4015, 1997.

[96] Stephens, T.D., Bunde, C.J., and Fillmore, B.J., Mechanism of action in thalidomide teratogenesis, Biochem. Pharmacol., 59, 1489, 2000.

[97] Moreira, A.L., Sampaio, E.P., Zmuidzinas, A. et al., Thalidomide exerts its inhibitory action on tumor necrosis factor alpha by enhancing mRNA degradation, J. Exp. Med., 177, 1675, 1993.

[98] Marriott, J.B., Clarke, I.A., Dredge, K. et al., Thalidomide and its analogues have distinct and opposing effects on TNF-alpha and TNFR2 during co-stimulation of both CD4(+) and CD8(+) T cells, Clin. Exp. Immunol., 130, 75, 2002.

[99] Keifer, J.A., Guttridge, D.C., Ashburner, B.P. et al., Inhibition of NF-kappa B activity by thalidomide through suppression of IkappaB kinase activity, J. Biol. Chem., 276, 22382, 2001.

[100] Epinat, J.C. and Gilmore, T.D., Diverse agents act at multiple levels to inhibit the Rel/NF-kappaB signal transduction pathway, Oncogene, 18, 6896, 1999.

[101] Bowie, A. and O'Neill, L.A., Oxidative stress and nuclear factor-kappaB activation: A reassessment of the evidence in the light of recent discoveries, Biochem. Pharmacol., 59, 13, 2000.

[102] Rahman, I., Marwick, J. and Kirkham, P., Redox modulation of chromatin remodeling: Impact on histone acetylation and deacetylation, NF-kappaB and pro-inflammatory gene expression, Biochem. Pharmacol., 68, 1255, 2004.

[103] Hensley, K., Robinson, K.A., Gabbita, S.P. et al., Reactive oxygen species, cell signaling, and cell injury, Free Radic. Biol. Med., 28, 1456, 2000.

[104] Hussain, S.P., Hofseth, L.J., and Harris, C.C., Radical causes of cancer, *Nat. Rev. Cancer*, 3, 276, 2003.

[105] Bowie, A.G., Moynagh, P.N., and O'Neill, L.A., Lipid peroxidation is involved in the activation of NF-kappaB by tumor necrosis factor but not interleukin-1 in the human endothelial cell line ECV304. Lack of involvement of H2O2 in NF-kappaB activation by either cytokine in both primary and transformed endothelial cells, *J. Biol. Chem.*, 272, 25941, 1997.

[106] Ginn-Pease, M.E. and Whisler, R.L., Optimal NF kappa B mediated transcriptional responses in Jurkat T cells exposed to oxidative stress are dependent on intracellular glutathione and costimulatory signals, *Biochem. Biophys. Res. Commun.*, 226, 695, 1996.

[107] Cho, S., Urata, Y., Iida, T. et al., Glutathione downregulates the phosphorylation of I kappa B: Autoloop regulation of the NF-kappaB-mediated expression of NF-kappaB subunits by TNF-alpha in mouse vascular endothelial cells, *Biochem. Biophys. Res. Commun.*, 253, 104, 1998.

[108] Janssen-Heininger, Y.M., Macara, I., and Mossman, B.T., Cooperativity between oxidants and tumor necrosis factor in the activation of nuclear factor (NF)-kappaB: Requirement of Ras/mitogen-activated protein kinases in the activation of NF-kappaB by oxidants, *Am. J. Respir. Cell Mol. Biol.*, 20, 942, 1999.

[109] Kamata, H., Manabe, T., Oka, S. et al., Hydrogen peroxide activates IkappaB kinases through phosphorylation of serine residues in the activation loops, *FEBS Lett.*, 519, 231, 2002.

[110] Nakamura, Y., Murakami, A., Ohto, Y. et al., Suppression of tumor promoter-induced oxidative stress and inflammatory responses in mouse skin by a superoxide generation inhibitor 1'-acetoxychavicol acetate, *Cancer Res.*, 58, 4832, 1998.

[111] Ichikawa, H., Takada, Y., Murakami, A. et al., Identification of a novel blocker of I[kappa]B [alpha] kinase that enhances cellular apoptosis and inhibits cellular invasion through suppression of NF-[kappa]B-regulated gene products, *J. Immunol.*, 174, 7383, 2005.

[112] Surh, Y.J., Cancer chemoprevention with dietary phytochemicals, *Nat. Rev. Cancer*, 3, 768, 2003.

[113] Plummer, S.M., Holloway, K.A., Manson, M.M. et al., Inhibition of cyclo-oxygenase 2 expression in colon cells by the chemopreventive agent curcumin involves inhibition of NF-kappaB activation via the NIK/IKK signalling complex, *Oncogene*, 18, 6013, 1999.

[114] Chun, K.S., Keum, Y.S., Han, S.S. et al., Curcumin inhibits phorbol ester-induced expression of cyclooxygenase-2 in mouse skin through suppression of extracellular signal-regulated kinase activity and NF-kappaB activation, *Carcinogenesis*, 24, 1515, 2003.

[115] Philip, S. and Kundu, G.C., Osteopontin induces nuclear factor-kappaB-mediated promatrix metalloproteinase-2 activation through I kappa B alpha/IKK signaling pathways and curcumin (diferulolylmethane) down-regulates these pathways, *J. Biol. Chem.*, 278, 14487, 2003.

[116] Kundu, J.K. and Surh, Y.J., Molecular basis of chemoprevention by resveratrol: NF-kappaB and AP-1 as potential targets, *Mutat. Res.*, 555, 65, 2004.

[117] Wessler, S., Muenzner, P., Meyer, T.F. et al., The anti-inflammatory compound curcumin inhibits Neisseria gonorrhoeae-induced NF-kappaB signaling, release of proinflammatory cytokines/chemokines and attenuates adhesion in late infection, *Biol. Chem.*, 386, 481, 2005.

[118] Carcamo, J.M., Pedraza, A., Borquez-Ojeda, O. et al., Vitamin C is a kinase inhibitor: Dehydroascorbic acid inhibits IkappaBalpha kinase beta, *Mol. Cell. Biol.*, 24, 6645, 2004.

[119] Smyth, M.J., Cretney, E., Kershaw, M.H. et al., Cytokines in cancer immunity and immunotherapy, *Immunol. Rev.*, 202, 275, 2004.

[120] Dajee, M., Lazarov, M., Zhang, J.Y. et al., NF-kappaB blockade and oncogenic Ras trigger invasive human epidermal neoplasia, *Nature*, 421, 639, 2003.

[121] Lawrence, T., Gilroy, D.W., Colville-Nash, P.R. et al., Possible new role for NF-kappaB in the resolution of inflammation, *Nat. Med.*, 7, 1291, 2001.

[122] Scheinfeld, N., A comprehensive review and evaluation of the side effects of the tumor necrosis factor alpha blockers etanercept, infliximab and adalimumab, *J. Dermatolog. Treat.*, 15, 280, 2004.

[123] Ravi, R. and Bedi, A., NF-kappaB in cancer — A friend turned foe, *Drug Resist. Updat.*, 7, 53, 2004.

[124] Lin, E.Y., Nguyen, A.V., Russell, R.G. et al., Colony-stimulating factor 1 promotes progression of mammary tumors to malignancy, *J. Exp. Med.*, 193, 727, 2001.

[125] Moore, R.J., Owens, D.M., Stamp, G. et al., Mice deficient in tumor necrosis factor-alpha are resistant to skin carcinogenesis, *Nat. Med.*, 5, 828, 1999.

[126] Mochizuki, Y., Nakanishi, H., Kodera, Y. et al., TNF-alpha promotes progression of peritoneal metastasis as demonstrated using a green fluorescence protein (GFP)-tagged human gastric cancer cell line, *Clin. Exp. Metastasis*, 21, 39, 2004.

[127] El Omar, E.M., Carrington, M., Chow, W.H. et al., Interleukin-1 polymorphisms associated with increased risk of gastric cancer, *Nature*, 404, 398, 2000.

[128] Sparmann, A. and Bar-Sagi, D., Ras-induced interleukin-8 expression plays a critical role in tumor growth and angiogenesis, *Cancer Cell*, 6, 447, 2004.

[129] Anderson, G.M., Nakada, M.T., and DeWitte, M., Tumor necrosis factor-alpha in the pathogenesis and treatment of cancer, *Curr. Opin. Pharmacol.*, 4, 314, 2004.

[130] Jiang, Y., Genant, H.K., Watt, I. et al., A multicenter, double-blind, dose-ranging, randomized, placebo-controlled study of recombinant human interleukin-1 receptor antagonist in patients with rheumatoid arthritis: Radiologic progression and correlation of Genant and Larsen scores, *Arthritis Rheum.*, 43, 1001, 2000.

[131] Vilcek, J. and Feldmann, M., Historical review: Cytokines as therapeutics and targets of therapeutics, *Trends Pharmacol. Sci.*, 25, 201, 2004.

[132] Furst, D.E., Anakinra: Review of recombinant human interleukin-1 receptor antagonist in the treatment of rheumatoid arthritis, *Clin. Ther.*, 26, 1960, 2004.

[133] Stohl, W., B lymphocyte stimulator protein levels in systemic lupus erythematosus and other diseases, *Curr. Rheumatol. Rep.*, 4, 345, 2002.

[134] Mackay, F. and Tangye, S.G., The role of the BAFF/APRIL system in B cell homeostasis and lymphoid cancers, *Curr. Opin. Pharmacol.*, 4, 347, 2004.

[135] Watts, T.H., TNF/TNFR family members in costimulation of T cell responses, *Annu. Rev. Immunol.*, 23, 23, 2005.

[136] Andreakos, E.T., Foxwell, B.M., Brennan, F.M. et al., Cytokines and anti-cytokine biologicals in autoimmunity: Present and future, *Cytokine Growth Factor Rev.*, 13, 299, 2002.

[137] Tarner, I.H., Muller-Ladner, U., and Fathman, C.G., Targeted gene therapy: Frontiers of "smart drugs", *Trends Biotechnol.*, 22, 304, 2004.

[138] Dietz, G.P. and Bahr, M., Delivery of bioactive molecules into the cell: The Trojan horse approach, *Mol. Cell Neurosci.*, 27, 85, 2004.

[139] Van Antwerp, D.J., Martin, S.J., Kafri, T. et al., Suppression of TNF-alpha-induced apoptosis by NF-kappaB, *Science*, 274, 787, 1996.

[140] Mora, A.L., Lavoy, J., McKean, M. et al., Prevention of NF-[kappa]B activation *in vivo* by a cell permeable NF-[kappa]B inhibitor peptide, *Am. J. Physiol. Lung Cell Mol. Physiol.*, 289, L536–544, 2005.

[141] Adams, G., Vessillier, S., Dreja, H. et al., Targeting cytokines to inflammation sites, *Nat. Biotechnol.*, 21, 1314, 2003.

[142] Li, Q. and Verma, I.M., NF-kappaB regulation in the immune system, *Nat. Rev. Immunol.*, 2, 725, 2002.

[143] Karin, M., Yamamoto, Y., and Wang, Q.M., The IKK NF-kappaB system: A treasure trove for drug development, *Nat. Rev. Drug Discov.*, 3, 17, 2004.

[144] Tergaonkar, V., Bottero, V., Ikawa, M. et al., IkappaB Kinase-independent IkappaBalpha degradation pathway: Functional NF-kappaB activity and implications for cancer therapy, *Mol. Cell. Biol.*, 23, 8070, 2003.

[145] Ryan, K.M., Ernst, M.K., Rice, N.R. et al., Role of NF-kappaB in p53-mediated programmed cell death, *Nature*, 404, 892, 2000.

[146] Kato, T., Jr., Delhase, M., Hoffmann, A. et al., CK2 is a C-terminal IkappaB kinase responsible for NF-kappaB activation during the UV response, *Mol. Cell*, 12, 829, 2003.

[147] Panta, G.R., Kaur, S., Cavin, L.G. et al., ATM and the catalytic subunit of DNA-dependent protein kinase activate NF-kappaB through a common MEK/extracellular signal-regulated kinase/p90(rsk) signaling pathway in response to distinct forms of DNA damage, *Mol. Cell. Biol.*, 24, 1823, 2004.

[148] Bohuslav, J., Chen, L.F., Kwon, H. et al., p53 induces NF-kappaB activation by an IkappaB kinase-independent mechanism involving phosphorylation of p65 by ribosomal S6 kinase 1, *J. Biol. Chem.*, 279, 26115, 2004.

[149] May, M.J., Marienfeld, R.B., and Ghosh, S., Characterization of the IkappaB-kinase NEMO binding domain, *J. Biol. Chem.*, 277, 45992, 2002.

[150] May, M.J., D'Acquisto, F., Madge, L.A. et al., Selective inhibition of NF-kappaB activation by a peptide that blocks the interaction of NEMO with the IkappaB kinase complex, *Science*, 289, 1550, 2000.

[151] Thomas, R.P., Farrow, B.J., Kim, S. et al., Selective targeting of the nuclear factor-kappaB pathway enhances tumor necrosis factor-related apoptosis-inducing ligand-mediated pancreatic cancer cell death, *Surgery*, 132, 127, 2002.

[152] Dasgupta, S., Jana, M., Zhou, Y. et al., Antineuroinflammatory effect of NF-kappaB essential modifier-binding domain peptides in the adoptive transfer model of experimental allergic encephalomyelitis, *J. Immunol.*, 173, 1344, 2004.

[153] Choi, M., Rolle, S., Wellner, M. et al., Inhibition of NF-kappaB by a TAT-NEMO-binding domain peptide accelerates constitutive apoptosis and abrogates LPS-delayed neutrophil apoptosis, *Blood*, 102, 2259, 2003.

[154] Dai, S., Hirayama, T., Abbas, S. et al., The IkappaB kinase (IKK) inhibitor, NEMO-binding domain peptide, blocks osteoclastogenesis and bone erosion in inflammatory arthritis, *J. Biol. Chem.*, 279, 37219, 2004.

[155] Ankermann, T., Reisner, A., Wiemann, T. et al., Topical inhibition of nuclear factor-kappaB enhances reduction in lung edema by surfactant in a piglet model of airway lavage, *Crit. Care Med.*, 33, 1384, 2005.

[156] Rehman, K.K., Bertera, S., Bottino, R. et al., Protection of islets by in situ peptide-mediated transduction of the IkappaB kinase inhibitor NEMO-binding domain peptide, *J. Biol. Chem.*, 278, 9862, 2003.

[157] Horng, T., Barton, G.M., and Medzhitov, R., TIRAP: An adapter molecule in the Toll signaling pathway, *Nat. Immunol.*, 2, 835, 2001.

[158] Agou, F., Courtois, G., Chiaravalli, J. et al., Inhibition of NF-kappaB activation by peptides targeting NF-kappaB essential modulator (nemo) oligomerization, *J. Biol. Chem.*, 279, 54248, 2004.

[159] Lin, Y.Z., Yao, S.Y., Veach, R.A. et al., Inhibition of nuclear translocation of transcription factor NF-kappaB by a synthetic peptide containing a cell membrane-permeable motif and nuclear localization sequence, *J. Biol. Chem.*, 270, 14255, 1995.

[160] Torgerson, T.R., Colosia, A.D., Donahue, J.P. et al., Regulation of NF-kappaB, AP-1, NFAT, and STAT1 nuclear import in T lymphocytes by noninvasive delivery of NF-kappaB p50, *J. Immunol.*, 161, 6084, 1998.

[161] Takada, Y., Singh, S., and Aggarwal, B.B., Identification of a p65 peptide that selectively inhibits NF-kappaB activation induced by various inflammatory stimuli and its role in down-regulation of NF-kappaB-mediated gene expression and up-regulation of apoptosis, *J. Biol. Chem.*, 279, 15096, 2004.

[162] Morishita, R., Tomita, N., Kaneda, Y. et al., Molecular therapy to inhibit NF-kappaB activation by transcription factor decoy oligonucleotides, *Curr. Opin. Pharmacol.*, 4, 139, 2004.

[163] Karagiannis, T.C. and El Osta, A., RNA interference and potential therapeutic applications of short interfering RNAs, *Cancer Gene Ther.*, 12, 787–795, 2005.

[164] Desmet, C., Gosset, P., Pajak, B. et al., Selective blockade of NF-kappaB activity in airway immune cells inhibits the effector phase of experimental asthma, *J. Immunol.*, 173, 5766, 2004.

[165] Guo, J., Verma, U.N., Gaynor, R.B. et al., Enhanced chemosensitivity to irinotecan by RNA interference-mediated down-regulation of the nuclear factor-kappaB p65 subunit, *Clin. Cancer Res.*, 10, 3333, 2004.

[166] Pinkenburg, O., Platz, J., Beisswenger, C. et al., Inhibition of NF-kappaB mediated inflammation by siRNA against NF-kappaB p105 subunit in human adeno-associated virus, *J. Virol. Methods*, 120, 119, 2004.

[167] Takaesu, G., Surabhi, R.M., Park, K.J. et al., TAK1 is critical for IkappaB kinase-mediated activation of the NF-kappaB pathway, *J. Mol. Biol.*, 326, 105, 2003.

[168] Ducut Sigala, J.L., Bottero, V., Young, D.B. et al., Activation of transcription factor NF-kappaB requires ELKS, an IkappaB kinase regulatory subunit, *Science*, 304, 1963, 2004.

[169] Silverman, N. and Maniatis, T., NF-kappaB signaling pathways in mammalian and insect innate immunity, *Genes Dev.*, 15, 2321, 2001.

[170] Silverman, N., Zhou, R., Erlich, R.L. et al., Immune activation of NF-kappaB and JNK requires *Drosophila* TAK1, *J. Biol. Chem.*, 278, 48928, 2003.

[171] Zhou, R., Silverman, N., Hong, M. et al., The role of ubiquitination in *Drosophila* innate immunity, *J. Biol. Chem.*, 280, 34048–55, 2005.

[172] Correa, R.G., Tergaonkar, V., Ng, J.K. et al., Characterization of NF-kappaB/IkappaB proteins in zebra fish and their involvement in notochord development, *Mol. Cell. Biol.*, 24, 5257, 2004.

[173] Correa, R.G., Matsui, T., Tergaonkar, V. et al., Zebrafish IkappaB kinase 1 negatively regulates NF-kappaB activity, *Curr. Biol.*, 15, 1291, 2005.

[174] Kapp, E. and Ghosh, S., Inhibition of NF-κB by sodium salicylate and aspirin, *Science*, 265, 956, 1994.

[175] Jimi, E., Aoki, K., Saito, H. et al., Selective inhibition of NF-κB blocks osteoclastogenesis and prevents inflammatory bone destruction, *in vivo*, *Nature Med.*, 10, 617, 2004.

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AMGEN, INC., a Delaware corporation; IMMUNEX )
CORPORATION, a Washington corporation; )
AMGEN USA, INC., a Delaware corporation; )
AMGEN MANUFACTURING, LIMITED, a )
Bermuda Corporation; and IMMUNEX RHODE )
ISLAND CORPORATION, a Delaware corporation, )
)
       Plaintiffs, )
)
v. )
)
ARIAD PHARMACEUTICALS, INC., a Delaware )
corporation; and THE WHITEHEAD INSTITUTE )
FOR BIOMEDICAL RESEARCH, a Delaware )
corporation, )
)
       Defendants, )
)
_____ )
)
ARIAD PHARMACEUTICALS, INC., a Delaware )
corporation; HARVARD UNIVERSITY, a )
Massachusetts corporation; MASSACHUSETTS )    Civil Action No. 06-259-MPT
INSTITUTE OF TECHNOLOGY, a Massachusetts )
corporation; and THE WHITEHEAD INSTITUTE )
FOR BIOMEDICAL RESEARCH, a Delaware )
corporation, )
)
       Counterclaim-Plaintiffs, )
)
v. )
)
AMGEN, INC., a Delaware corporation; IMMUNEX )
CORPORATION, a Washington corporation; )
AMGEN USA, INC., a Delaware corporation; )
AMGEN MANUFACTURING, LIMITED, a )
Bermuda Corporation; IMMUNEX RHODE )
ISLAND CORPORATION, a Delaware corporation; )
and WYETH, a Delaware corporation, )
)
       Counterclaim-Defendants. )
)
)
)
)

1

## AMGEN ENTITIES' REPLY TO ARIAD, HARVARD, MIT, AND WHITEHEAD'S COUNTERCLAIM

Plaintiffs Amgen, Inc. ("Amgen"), Immunex Corporation ("Immunex"), Amgen USA, Inc. ("Amgen USA"), Amgen Manufacturing, Limited ("Amgen Mfg."), and Immunex Rhode Island Corporation ("Immunex R.I.") (collectively the "Amgen Entities") respond as follows to the Counterclaim of counterclaim-plaintiffs ARIAD Pharmaceuticals, Inc. ("ARIAD"), Harvard University ("Harvard"), Massachusetts Institute of Technology ("MIT"), and Whitehead Institute for Biomedical Research ("Whitehead") (collectively the "Defendants").

1.      In response to paragraph 1, the Amgen Entities admit that this Counterclaim purports to arise under the United States Patent Act, 35 U.S.C. §§ 100 *et seq.*, including §§ 271 and 281.

2.      In response to paragraph 2, the Amgen Entities admit that this Court has subject matter jurisdiction over this Counterclaim under 28 U.S.C. §§ 1331 and 1338(a).

3.      In response to paragraph 3, the Amgen Entities admit that venue is proper in this judicial district under 28 U.S.C. §§ 1391(c) and 1400(b).

4.      In response to paragraph 4, on information and belief, the Amgen Entities admit that ARIAD is a Delaware corporation with its principal place of business in Cambridge, Massachusetts.

5.      In response to paragraph 5, on information and belief, the Amgen Entities admit that Whitehead is a Delaware corporation with its principal place of business in Cambridge, Massachusetts.

6.      In response to paragraph 6, on information and belief, the Amgen Entities admit that Harvard is a Massachusetts corporation with its principal place of business in Cambridge, Massachusetts.

7.    In response to paragraph 7, on information and belief, the Amgen Entities admit that MIT is a Massachusetts corporation with its principal place of business in Cambridge, Massachusetts.

8.    The Amgen Entities admit the allegations of paragraph 8.

9.    The Amgen Entities admit the allegations of paragraph 9.

10.    The Amgen Entities admit the allegations of paragraph 10.

11.    The Amgen Entities admit the allegations of paragraph 11.

12.    The Amgen Entities admit the allegations of paragraph 12.

13.    The Amgen Entities are without personal knowledge sufficient to admit or deny the allegations of paragraph 13 and for that reason they are denied.

14.    The Amgen Entities admit that United States Patent No. 6,410,516 (the "'516 patent") on its face is entitled "Nuclear Factors Associated with Transcriptional Regulation." The Amgen Entities further admit that on its face '516 patent was issued on June 25, 2002. The Amgen Entities deny that the '516 patent was "duly and legally" issued.

15.    The Amgen Entities admit that the face of the '516 patent lists Harvard, MIT, and Whitehead as assignees. On information and belief, the Amgen Entities admit that ARIAD is the exclusive licensee of the '516 patent.

16.    In response to paragraph 16, the Amgen Entities incorporate herein by reference paragraphs 1 through 15 above as if set forth in full.

17.    In response to paragraph 17, the Amgen Entities deny each and every allegation contained therein.

18.    In response to paragraph 18, the Amgen Entities deny each and every allegation contained therein.

19.    In response to paragraph 19, the Amgen Entities deny each and every allegation contained therein.

20.    The Amgen Entities also deny each allegation contained in the Defendants' Counterclaim not specifically admitted, denied, or otherwise responded to in this Answer.

### THE AMGEN ENTITIES' AFFIRMATIVE DEFENSES

21.    In further answer to the Defendants' Counterclaim, the Amgen Entities hereby plead and affirmatively set forth the following defenses, undertaking the burden of proof on such defenses only to the extent required by law and without assuming the burden of proof when such burden would otherwise be on the Defendants. The Amgen Entities reserve the right to amend their answer to the Defendants' Counterclaim to assert any other basis for invalidity, unenforceability or any other defense.

### First Defense: Non-Infringement

22.    The Amgen Entities do not literally or under the doctrine of equivalents infringe, and have not infringed, willfully or otherwise, any claim of the '516 patent, either directly, indirectly, contributorily, or by inducement.

### Second Defense: Invalidity

23.    The '516 patent is invalid for failure to comply with the requirements of Title 35, United States Code, including, but not limited to, sections 101, 102, 103, 112, and/or 116.

### Third Defense: Unenforceability

24.    Paragraphs 25 through 72 below are pleaded by the Amgen Entities upon information and belief.

25.    Each claim of the '516 patent is unenforceable based on inequitable conduct in the prosecution of United States Patent Application No. 08/464,364 (the "'364 application"), the application leading to the issuance of the '516 patent and/or any related patent applications.

4

26.    By among other things, (i) failing to inform the PTO Examiner during prosecution of the '516 patent that the DNA and amino acid sequences set forth for IκB-α in the '516 patent are erroneous, and (ii) failing to name as inventors individuals responsible for the conception of at least certain claims of the '516 patent and improperly naming other individuals as inventors, Defendants, their prosecution counsel, and/or one or more of the named inventors practiced fraud on the PTO and violated their duty of disclosure through bad faith and intentional misconduct.

27.    All three of ARIAD's issued patents (United States Patent Nos. 6,150,090 (the "'090 patent"), 5,804,374 (the "'374 patent"), and the '516 patent) purportedly relate to NF-κB/IκB.

28.    Each of the '516, '374, and '090 patents was prosecuted before different primary examiners at the PTO.

29.    Although a purported DNA and amino acid sequence for IκB-α was included as Fig. 43 in the specification of the '516 patent, the applicants admitted during prosecution of the related '374 and '090 patents (before primary examiners Degen and Schwartzman, respectively) that the sequence in "Figure 43 is not the nucleotide sequence of IkB-α but the nucleotide sequence of pp40 rel-associated protein."

30.    The absence of disclosure of a DNA or amino acid sequence for IκB establishes a prima facie case for the unpatentability of at least those claims that require an adequate description of the IκB sequence, such as, for example, every dependent claim that recites that NF-κB activity is reduced by "decreasing the level of NF-κB not bound in an NF-κB:IκB complex," "inhibiting modification of an IκB protein," "inhibiting degradation of an IκB protein," or "inhibiting dissociation of NF-κB:IκB complexes."

31.    While the applicants withdrew Fig. 43 from the applications issued as the '374 and '090 patents, they never brought this error to the attention of the examiner in the application leading up to the '516 patent. As a result, the incorrect sequence of IκB-α remained as Fig. 43 in the '516 patent.

32.    Defendants, their prosecution counsel, and/or one or more of the named inventors on the '516 patent knew or should have known of the materiality of the erroneous IκB-α sequence to the patentability of the claims that ultimately issued.

33.    By failing to inform the examiner that the '364 application failed to disclose the correct DNA or amino acid sequence for IκB-α (something that counsel told the examiners for the '090 and '374 patents), Defendants, their prosecution counsel, and/or one or more of the named inventors on the '516 patent practiced a fraud on the PTO and violated their duty of disclosure through bad faith and intentional misconduct.

34.    Defendants, their prosecution counsel, and/or one or more of the named inventors on the '516 patent were aware, or should have been aware, of the contributions of individuals not named in the applications leading to the issuance of the '516 patent or on the face of the '516 patent to the conception of at least certain claims of the '516 patent.

35.    Although these individuals were not named as inventors on the '516 patent, their research was cited either as prior art or referenced in the specification of the '516 patent, including but not limited to the following individuals and their work.

36.    For example, the reference Osborn et al., Proceedings of the National Academy of Sciences of the United States 86: 2336-2340 (1989) ("Osborn et al. (1989)") was cited in column 17 of the '516 patent in support of the statement "IL-1 and TNF-α activate NF-κB binding and both have been shown known [sic] to induce β-IFN."

6

37.     Although certain claims of the '516 patent (such as claim 18) specifically discuss IL-1 and TNF-α. in relation to reducing NF-κB activity, there is no work other than the Osborn et al. (1989) paper cited in support of this proposition that conducts any experiments that purportedly relate IL-1 and TNF-α to NF-κB.

38.     Therefore, one or more of the authors named on the Osborn et al. (1989) paper, namely Laurelee Osborn, Steven Kunkel, and/or Gary J. Nabel, should have been named as inventors on the '516 patent.

39.     As the reference was cited in the specification of the '516 patent, Defendants, their prosecuting attorneys, and/or one or more of the named inventors on the '516 patent were aware of this reference and the contributions of these individuals, but did not disclose to the Examiner any of these individuals as inventors.

40.     The Osborn et al. (1989) reference and the contributions of one or more of Laurelee Osborn, Steven Kunkel, and Gary J. Nabel were material to the patentability of the '516 patent.

41.     By failing to inform the Examiner that one or more of Laurelee Osborn, Steven Kunkel, and Gary J. Nabel should be added as named inventors, Defendants, their prosecution counsel, and/or one or more of the named inventors practiced a fraud on the PTO and violated their duty of disclosure through bad faith and intentional misconduct.

42.     Defendants, their prosecution counsel, and/or one or more of the named inventors on the '516 patent were aware, or should have been aware, that certain individuals named on the face of the '516 patent were not properly inventors of any of the claims of the '516 patent.

43.     For example, each of the claims of the '516 patent recites the step of "reducing NF-κB activity," but one or more of the named inventors of the '516 patent did not perform any

7

work on reducing NF-κB activity, or on NF-κB, that was incorporated into the applications leading to the issuance of the '516 patent, including, for example, Jonathan LeBowitz.

44.    Moreover, Jonathan LeBowitz has previously testified that he "never worked on NF-κB."

45.    The misjoinder of at least Jonathan LeBowitz was material to the patentability of the '516 patent.

46.    By failing to inform the Examiner that at least Jonathan LeBowitz was not properly a named inventor, Defendants, their prosecution counsel, and/or one or more of the named inventors practiced a fraud on the PTO and violated their duty of disclosure through bad faith and intentional misconduct.

47.    Each claim of the '516 patent is unenforceable based on inequitable conduct during the reexamination of the '516 patent, namely in the Merged Proceeding of *Ex Parte* Reexamination Control Nos: 90/007,503 (filed April 4, 2005) and 90/007,828 (filed December 2, 2005).

48.    By among other things, failing to disclose material information and submitting a declaration by Dr. Inder Verma that contained material misrepresentations and/or omissions, Defendants, their prosecution counsel, and/or Dr. Verma practiced fraud on the PTO during the reexamination of the '516 patent and violated their duty of disclosure through bad faith and intentional misconduct.

49.    Dr. Verma was retained by the Defendants for the purpose of "providing expert technical testimony" in the reexamination of the '516 patent.

50.    In his declaration, Dr. Verma disagreed, *inter alia*, with the Examiner's determination that the use of a variety of different compounds reduced NF-κB activity as

described in the references cited as prior art in the requests for reexamination.  By taking this position in his declaration, Dr. Verma contradicted statements he had made in various other publications, including, but not limited to, the contradictions described in paragraphs 51 to 64 below.

51.    In his declaration, Dr. Verma disagreed with the Examiner's determination that use of glucocorticoids, in particular, dexamethasone ("dex"), reduced NF-κB activity in the references cited as prior art in the requests for reexamination, thereby anticipating claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 of the '516 patent.

52.    Defendants, their prosecution counsel, and/or Dr. Verma failed to disclose, however, that Dr. Verma, along with other scientists, had published a research article explaining how glucocorticoids, through the glucocorticoid receptor ("GR"), inhibit NF-κB activity.  *See* Doucas et al., Proceedings of the National Academy of Sciences of the United States 97: 11893-11898 (2000), at 11893 ("Doucas et al. (2000)").  In that paper, Dr. Verma, with his co-authors, stated that "we demonstrated that *GR-mediated inhibition of NF-κB transactivation* is PKAc-dependent" (emphasis added) *Id.*

53.    In this research paper, Dr. Verma, with his co-authors, also affirmed the work of previous studies linking dexamethasone, a particular glucocorticoid, with inhibition of NF-κB activity, stating that "[p]revious studies have shown that *treatment of cells with Dex*, a synthetic GR ligand, *leads to repression of NF-κB-activated transcription*" *Id.* at 11897 (emphasis added).

54.    Defendants, their prosecution counsel, and/or Dr. Verma also failed to disclose that Dr. Verma was the co-author of a scientific review article that, among other things,

9

identified glucocorticoids, including dexamethasone, as inhibitors of NF-κB activity. In this review article, Dr. Verma, along with his co-authors, stated:

> The most widely prescribed anti-inflammatory and immunosuppressive drugs are *glucocorticoids (GCs)*, of which *dexamethasone* and hydrocortisone are the best known…*it was later shown that GCs also inhibit the action of several transcription factors* that are essential for immunity, *such as* AP-1, NF-AT, and *NF-κB*.

Withoff et al. *in* Handbook of Transcription Factor NF-kappaB (S. Ghosh, ed.) (2007), at 203-204 ("Withoff et al. (2007)").

55.     Defendants, their prosecution counsel, and/or Dr. Verma knew or should have known of the materiality of the Doucas et al. (2000) and Withoff et al. (2007) references to the patentability of the claims at issue. Defendants, their prosecution counsel, and/or Dr. Verma also knew or should have known that glucocorticoids, and in particular, dexamethasone, were described in printed publications long before the filing of the applications leading to the issuance of the '516 patent. By failing to inform the Examiner of at least the Doucas et al. (2000) and Withoff et al. (2007) references, Defendants, their prosecution counsel, and/or Dr. Verma misrepresented the ability of glucocorticoids, particularly dexamethasone, to reduce NF-κB activity.

56.     By failing to inform the Examiner of at least the Doucas et al. (2000) and Withoff et al. (2007) references, Defendants, their prosecution counsel, and/or Dr. Verma practiced a fraud on the PTO and violated their duty of disclosure through bad faith and intentional misconduct.

57.     In his declaration, Dr. Verma disagreed with the Examiner's determination that use of red wine reduced NF-κB activity in the references cited as prior art in the requests for reexamination, thereby anticipating claims 1-2, 6, 8, 9, 20-21, 25-27, 29-32, 36-41, 64-65, 69-76, 80, 82, 84, 87-89, and 93-98 of the '516 patent.

58.     Defendants, their prosecution counsel, and/or Dr. Verma failed to disclose, however, that Dr. Verma was the co-author of a scientific review article that, among other things, identified use of resveratrol, a component of red wine, as resulting in a decrease in NF-κB activity. In particular, Dr. Verma, along with his co-authors, stated:

> Polyphenols curcumin, which can be isolated from the spice turmeric, and ***resveratrol, which is found in grapes and red wine,*** have been found to downregulate NIK and IKKα/β, ***resulting in*** inhibition of IKK activation, decreased IκBα-degradation, decreased p65 translocation, and ***a decrease in NF-κB activity***.

Withoff et al. (2007) at 205.

59.     Defendants, their prosecution counsel, and/or Dr. Verma knew or should have known of the materiality of the Withoff et al. (2007) reference to the patentability of the claims at issue. Defendants, their prosecution counsel, and/or Dr. Verma also knew or should have known that red wine was described in printed publications long before the filing of the applications leading to the issuance of the '516 patent. By failing to inform the Examiner of at least the Withoff et al. (2007) reference, Defendants, their prosecution counsel, and/or Dr. Verma misrepresented the ability of red wine to reduce NF-κB activity.

60.     By failing to inform the Examiner of at least the Withoff et al. (2007) reference, Defendants, their prosecution counsel, and/or Dr. Verma practiced a fraud on the PTO and violated their duty of disclosure through bad faith and intentional misconduct.

61.     In his declaration, Dr. Verma disagreed with the Examiner's determination that use of N-Acetyl-L-Cysteine ("NAC") reduced NF-κB activity in the reference cited as prior art in the requests for reexamination, thereby anticipating claims 18 and 182-185 of the '516 patent.

62.     Defendants, their prosecution counsel, and/or Dr. Verma failed to disclose, however, that Dr. Verma was the co-author of at least two scientific review articles that, among

other things, identified use of NAC as inhibiting NF-κB activity. In particular, Dr. Verma, along

with his co-authors, stated:

> Other well-known antioxidants are thiols (e.g., glutathione, *N-acetyl-L-cysteine [NAC]*, and N-acystelyn [NAL]), vitamin E, NADPH, glutathione peroxidase, and MnSOD, *all of which inhibit NF-κB activity to varying degrees*.

Withoff et al. (2007) at 205 (emphasis added) (citation omitted). In another review paper, Dr.

Verma stated:

> "It has been shown in a mouse model that supplementation of *N-acetylcystein, a known inhibitor of NF-κB*, is able to reduce hyperglycemia and to attenuate the severity of insulin-dependent diabetes.

Bottero et al., Cell Death and Differentiation 13: 785-797 (2006), at 793 (emphasis added) (citation omitted) ("Bottero et al. (2006)").

63. Defendants, their prosecution counsel, and/or Dr. Verma knew or should have

known of the materiality of the Withoff et al. (2007) and Bottero et al. (2006) references to the

patentability of the claims at issue. Defendants, their prosecution counsel, and/or Dr. Verma also

knew or should have known that NAC was described in printed publications long before the

filing of the applications leading to the issuance of the '516 patent. By failing to inform the

Examiner of at least the Withoff et al. (2007) and Bottero et al. (2006) references, Defendants,

their prosecution counsel, and/or Dr. Verma misrepresented the ability of NAC to reduce NF-κB

activity.

64. By failing to inform the Examiner of at least the Withoff et al. (2007) and Bottero

et al. (2006) references, Defendants, their prosecution counsel, and/or Dr. Verma practiced a

fraud on the PTO and violated their duty of disclosure through bad faith and intentional

misconduct.

65. Each claim of the '516 patent is additionally unenforceable based on the equitable

doctrine of unclean hands.

66.    Each claim of the '516 patent is also unenforceable based on the equitable doctrine of laches.

67.    Based on, *inter alia*, the conduct as set forth above, it is appropriate and necessary that all claims of the '516 patent be judicially declared unenforceable.

**WHEREFORE**, the Amgen Entities deny that the Defendants are entitled to any relief in this Action against the Amgen Entities and specifically request that:

A.    Judgment be entered for the Amgen Entities that they do not infringe any claim of U.S. Patent No. 6,410,516; that each claim of U.S. Patent No. 6,410,516 is invalid; and that U.S. Patent No. 6,410,516 is unenforceable;

B.    No injunctive or other equitable relief issue to the Defendants against the Amgen Entities;

C.    No damages be awarded the Defendants against the Amgen Entities;

D.    No costs, expenses, nor attorney fees be awarded to the Defendants against the Amgen Entities;

E.    Costs, expenses, and attorney fees be awarded to the Amgen Entities for their defense of this Counterclaim; and

F.    The Court award such other relief as it deems appropriate.

Date: May 3, 2007

s/ Melanie K. Sharp
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801

P.O. Box 391
Wilmington, Delaware  19899-0391
(302) 571-6681
msharp@ycst.com

KIRKLAND & ELLIS LLP
Mark A. Pals, P.C.
Marcus E. Sernel
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000

Robert G. Krupka, P.C.
Drew Diamond
777 Figueroa Street
Los Angeles, CA 90017-5800
(213) 680-8400

*Attorneys for Plaintiffs and Counterclaim-
defendants Amgen, Inc., Immunex Corporation,
Amgen USA Inc., Amgen Manufacturing, Limited,
and Immunex Rhode Island Corporation.*

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on May 3, 2007 I caused to be electronically filed a true and correct copy of Amgen Entities' Reply to Ariad, Harvard. MIT and Whitehead's Counterclaim with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>John G. Day
>Steven J. Balick
>Tiffany Geyer Lydon
>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on May 3, 2007 I caused a copy of Plaintiffs' Reply to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>**BY E-MAIL (by agreement of counsel)**
>Morgan Chu (mchu@irell.com)
>David I. Gindler (dgindler@irell.com)
>Amir A. Naini (anaini@irell.com)
>Christopher M. Newman (cnewman@irell.com)
>Elizabeth L. Rosenblatt (brosenblatt@irell.com)
>Irell & Manella LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, CA  90067-4276

>s/ Melanie K. Sharp

>_____

>Melanie K. Sharp (No. 2501)
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE  19801

>P.O. Box 391
>Wilmington, Delaware  19899-0391
>(302) 571-6681

## Answers to Complaints

[1:06-cv-00259-MPT Amgen Inc. et al v. Ariad Pharmaceuticals Inc.](#)

PATENT, PaperDocuments


### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Sharp, Melanie on 5/3/2007 at 11:38 PM EDT and filed on 5/3/2007

**Case Name:**        Amgen Inc. et al v. Ariad Pharmaceuticals Inc.
**Case Number:**      [1:06-cv-259](#)
**Filer:**            Immunex Corporation
                      Amgen Inc.
                      Amgen USA Inc.
                      Amgen Manufacturing Limited
                      Immunex Rhode Island Corporation

**Document Number:** [221](#)


**Docket Text:**
ANSWER to Counterclaim by Immunex Rhode Island Corporation, Amgen Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing Limited.(Sharp, Melanie)


**1:06-cv-259 Notice has been electronically mailed to:**

Steven J. Balick     sbalick@ashby-geddes.com, dfioravanti@ashby-geddes.com, jday@ashby-geddes.com, lmaguire@ashby-geddes.com, mkipp@ashby-geddes.com, nlopez@ashby-geddes.com, rgamory@ashby-geddes.com, tlydon@ashby-geddes.com

Morgan Chu     mchu@irell.com

John G. Day     jday@ashby-geddes.com, dfioravanti@ashby-geddes.com, dharker@ashby-geddes.com, lmaguire@ashby-geddes.com, mkipp@ashby-geddes.com, nlopez@ashby-geddes.com, rgamory@ashby-geddes.com, sbalick@ashby-geddes.com, tlydon@ashby-geddes.com

David I. Gindler     dgindler@irell.com

Tiffany Geyer Lydon     tlydon@ashby-geddes.com, dfioravanti@ashby-geddes.com

Amir A. Naini     anaini@irell.com

Elizabeth L. Rosenblatt     brosenblatt@irell.com, egreenwood@irell.com, jroberts@irell.com

Melanie K. Sharp     msharp@ycst.com, asmit@ycst.com, chunter@ycst.com

**1:06-cv-259 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2007] [FileNumber=382343-0]
[581f19d892365f7a195ecb754a6ba3d2dadb5a28777b9ef6ec55ade06b5631e2ca8dc
bdfd911c1db1aae12d053ed031e0b9c1fb8f5027381aae5fc5e42b10f10]]

# EXHIBIT E

*Westlaw.*

Not Reported in F.Supp.2d
Not Reported in F.Supp.2d, 2002 WL 1906628 (D.Del.)
**(Cite as: Not Reported in F.Supp.2d)**

▷
Callaway Golf Co. v. Dunlop Slazenger Group Americas, Inc.
D.Del.,2002.
Only the Westlaw citation is currently available.
United States District Court, D. Delaware.
CALLAWAY GOLF COMPANY, Plaintiff,
v.
DUNLOP SLAZENGER GROUP AMERICAS,
INC., d/b/a Maxfli, Defendant.
**No. Civ.A. 01-669(MPT).**

Aug. 14, 2002.

*ORDER*
THYNGE, Magistrate J.
**\*1** This discovery dispute arose when Callaway advised Dunlop that it was withdrawing Dr. Mehta as its expert and its intent to use Dr. Smits as its testifying expert. This information was conveyed to Dunlop on July 22, 2002, a little over a week before the scheduled deposition of Dr. Mehta. As a result, Callaway recognized that it was required to provide an expert report from Dr. Smits and assumed that the deposition of Dr. Mehta would not proceed. Dunlop objects to this "substitution" on the basis that the identification and exchange of expert reports has long passed, that no expert report has been forthcoming from Dr. Smits and that such conduct is prejudicial to the defense. Dunlop also argues that it has the right to depose Dr. Mehta and inquire into clearly relevant and discoverable information. Callaway counters that since it recognizes its obligation to provide an expert report and will do so, there is no prejudice to Dunlop. Further, relying on Fed.R.Civ.P. 26(b)(4)(B) and case law interpreting this rule, Callaway argues that experts who are initially designated as testifying experts, but who are later withdrawn, may not be deposed absent a showing of exceptional circumstances. *D.I. 180.*

During a telephonic conference on July 29, 2002, this matter (along with others) was addressed, with counsel arguing their respective positions. Pursuant to the court's instructions during the conference, counsel provided thereafter via fax any additional case law upon which they rely.[FN1]

FN1. Interestingly, counsel cited the same

cases.

The issue, therefore, is whether under the applicable civil rules of discovery may a party withdraw an expert who had been previously identified as a testifying expert and thereby, prevent the opposing party from deposing that expert? In essence, what Callaway is contending is that Dr. Mehta was converted from a Rule 26(b)(4)(A) expert (an expert to be relied upon at trial) to a Rule 26(b)(4)(B) expert (an expert specially retained, but not expected to testify at trial) and as a result, no discovery may be obtained from him unless there exists exceptional circumstances.[FN2]

FN2. The other provision under rule 26(b)(4)(B), that is, as provided under Rule 35, is not applicable to this situation.

As pointed out in the parties' submissions, the relationship between Rule 26(b)(4)(A) and (B) has been addressed in a number of cases. In *House v. Combined Ins. Co of Amer.,* 168 F.R.D. 236 (N.D.Iowa 1996), the issue was extensively discussed. In that matter, after examining the plaintiff, defendant's designated rebuttal expert, who was a physician, prepared a report and his deposition was noticed. In additional, plaintiff's counsel filed a motion to compel production of his report. Defendant opposed on the basis that he had decided not to call the doctor at trial. Defendant had not formally withdrawn the doctor as an expert and had included him in defendant's witness list in the pretrial order. In its analysis, the *House* court identified four interests weighing against allowing an opposing party to depose or call at trial a consultant, non-testifying expert witness.[FN3] In the opinion, the court analyzed the exceptional circumstances, balancing and entitlement standards, noting that the consulted-but-never-designated expert properly falls under the work product doctrine that protects matters prepared in anticipation of litigation. However, that court found that the "practical effect of a Rule 26 designation of an expert is to make an expert available for deposition by the opposing party," which enables preservation of the expert's testimony should the expert later become unavailable or may serve for impeachment purposes. *Id. at 245.* As a result, the court determined that the Rule 26 designation waived the "free consultation" privilege under subsection

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Not Reported in F.Supp.2d
Not Reported in F.Supp.2d, 2002 WL 1906628 (D.Del.)
(Cite as: Not Reported in F.Supp.2d)

(b)(4)(B), even if the designation was subsequently withdrawn because the designation under subsection (b)(4)(A) eliminates or removes the "exceptional circumstances" category. *Id.* In reaching its conclusion, the court also relied on the nature and circumstances of the particular expert testimony sought, finding that by requiring a medical examination by a designated expert created a reliance or reasonable expectation that such an expert would be available. In applying the balancing concerns, the court determined that under that standard as well, the deposition was appropriate. [FN4] An influence on the court's decision was defendant's failure to appropriately and adequately prepare its expert testimony before the designation cut-off date. Regarding any possible prejudice to defendant before the jury that the expert had been original hired by the defendant, the court felt that issue could be reduced or eliminated by excluding such evidence. As a result, plaintiff's counsel was allowed to depose defendant's expert. *Id. at 248.*

> FN3. Those concerns include: 1) the desire to allow counsel to obtain necessary expert advice without fear that the adversary may obtain such information; 2) the unfairness of allowing an opposing party to reap the benefits from another party's efforts and expense; 3) the fear of discouraging experts from serving as consultants if their testimony could be compelled; and 4) the risk of prejudice because of the prior retention of an expert by an opposing party. *Id. at 241.*

> FN4. In the balancing analysis, the court relied upon the following considerations: 1) the interest in presenting relevant, probative information to the jury; 2) the court's interest in a proper resolution of the issues; and 3) plaintiff's reasonable reliance on being able to use the expert because she had been ask to consent to an examination.

*2 In the earlier case of *Ross v. Burlington N.R. Co., 136 F.R.D. 638 (N.D.Ill.1991),* the plaintiff had designated his expert and revealed the subject matter of his testimony. After the plaintiff withdrew the designation, the defendant sought to depose the expert. In denying defendant's motion to compel, the court held, "[s]ince plaintiff changed his mind before any expert testimony was given in this case, the witness never actually acted as a testifying expert witness." However, the *Ross* court did not address the

more thornier issue of the relationship between the two subsections of Rule 26 *after* the redesignated expert's facts and opinions have been disclosed.

The *Dayton-Phoenix Group v. General Motors Corp., 1997 WL 1764760 (S.D.Ohio 1997)* addressed the defendant's motion for a protective order to prevent the plaintiff from deposing an expert that defendant had designated and then subsequently withdrew and the dueling provisions of Rule 26(b)(4). Defendant argued that the provisions of 26(b)(4)(B) were applicable, while the plaintiff contended that since the defendant had designed the expert, Rule 26(b)(4)(A) applied. The *Dayton-Phoenix Group* court considered the differing results of both *House* and *Ross* and relied on the following to support its conclusion: the Advisory Committee Notes to Rule 26(b)(4)(B) limit discovery to trial witnesses; the primary purpose of Rule 26(b)(4)(B) is to allow a party to prepare adequately for cross-examination at trial, and its purpose is to promote fairness, which would not be accomplished by allowing access to the other's party's trial preparation. As a result, in the absence of exceptional circumstances, the court granted defendant's motion in part, thereby preventing plaintiff from discovering facts acquired and opinions held by defendant's expert as a result of being retained in anticipation of the litigation. However, in an added wrinkle, the court recognized that a party may discover those facts and opinions held by another's consulting expert which were developed before the expert was retained for the particular litigation, but not those developed through the expert's employment with the opposing party in anticipation of the underlying litigation. Before allowing the deposition to proceed as so limited, the district court required the plaintiff to articulate the purpose for such a deposition, providing "a practical, trial based reason." [FN5]

> FN5. The opinion did not clearly indicate whether the opinion of the defense expert had been disclosed.

In *Mantolete v. Bolger, 96 F.R.D. 179 (D.Ariz.1982),* the plaintiff moved to compel the deposition of the defense expert, who had been previously designated as an expert for trial, then subsequently withdrawn. In finding that rule 26(b0(4)(B) applied and that the plaintiff failed to show exception circumstances the court denied plaintiff's motion. *Id. at 181-182.* In reaching its conclusion, the court held:
The reason for this rule is that while pretrial exchange of discovery regarding experts to be used

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Not Reported in F.Supp.2d
Not Reported in F.Supp.2d, 2002 WL 1906628 (D.Del.)
(Cite as: Not Reported in F.Supp.2d)

as witnesses aids in narrowing the issues, preparation of cross examination and the elimination of surprise at trial, there is no need for a comparable exchange of information regarding non-witness experts who act as consultants and advisors to counsel regarding the course the litigation should take.

*3 Again, it was not clear whether prior to the redesignation of defendant's expert there had been any disclosure regarding that expert's opinions.

_In re Shell Oil Refinery, 132 F.R.D. 437 (E.D.La.1990)_ dealt with the plaintiff's request to depose both designated and non-designated experts. On a motion for reconsideration, plaintiff, PLC sought the results of tests conducted by defendant, Shell on relevant material and leave to depose the authors of the preliminary expert reports. Shell argued that it had not decided which test results and experts it intended to use at trial and specifically represented that it did not intend to use two in-house experts (Nordstrom and Nelson) involved in the testing nor their preliminary reports. All the preliminary expert reports, including those of the two non-designated experts, had been provided to PLC prior to the filing of its motion. Relying on the Advisory Committee Notes to then Rule 26(b)(4)(A), the court determined that discovery was limited to trial experts, which information may only be obtained at a time when the parties know who their respective experts will be and found that, in light of the scheduling order cut-off dates, PLC's request was premature. Regarding the two experts defendant had consulted, but were not designated for trial, the court determined that despite receiving their preliminary reports, which was pursuant to a court-ordered deadline, their investigation and study was in anticipation of litigation. It also found that the Rule 26(b)(4)(B) provision of "specially employed" was applicable to non-testifying in-house experts, but not unlimited. When such experts are not so retained or employed, but their work was in anticipation of litigation, the discovery analysis is made under the work product doctrine, Rule 26(b)(3). However, since the court determined that those experts had been retained or specially employed, then the "exceptional circumstances" standard applied, placing a heavy burden on the moving party. Since PLC could obtain the substantial equivalent by having their own experts conduct testing, in essence finding no exceptional circumstances existed, the court denied plaintiff's motion for reconsideration.

Another extensive analysis of the relationship between Rule 26(b)(4)(A) and (B) occurred in _FMC Corporation v. Vendo Company, 196 F.Supp.2d 1023 (E.D.Cal.2002)_. There, defendant moved to quash a third-party defendant's subpoenas of the plaintiff's experts, after a settlement was reached between the plaintiff and that defendant. After discussing the rationale of a number of the cases previously mentioned herein, the court granted defendant's motion to quash, relying primarily on the absence of meeting the exceptional circumstances requirement under Rule 26(B)(4)(B). _FMC Corporation_ dealt with experts who had been previously designated, then withdrawn _after_ their reports and opinions had been provided.

A common theme is apparent throughout the cases reviewed from various jurisdictions-the conversion of an expert designated for trial purposes under Rule 26(b)(4)(A), to a consulting expert, under Rule 26(b)(4)(B) is allowed and results in insulating that expert from discovery, absent the showing of exceptional circumstances. Although some of the cases identified herein by the parties did not indicate whether disclosure of the opinions had occurred before the change in designation, in those cases where such disclosure had clearly occurred, _In re Shell Oil Refinery_ and _FMC Corporation,_ the analysis was consistent between those two cases, as well as with the non-disclosure cases. Divulging the expert opinions did not alter the analysis. The only exception was _House,_ where that plaintiff had undergone a medical examination by defendant's expert, one of the exceptions under 26(b)(4)(B).

*4 Despite Dunlop's arguments to the contrary, the court is not convinced that Dr. Mehta's deposition would promote objectives of Rule 26. Moreover, the only "prejudice" asserted by defendant is expense and time related concerns, that is, having its experts address the findings and conclusions of Dr. Mehta, which may be solved by allowing Dunlop the opportunity to review Dr. Smits's report and supplement its expert reports. However, it is not clear, at this stage, whether Dr. Mehta possessed relevant facts and opinions that relate to the aerodynamics of Callaway's patent infringement claim and that were developed _before_ he was retained as an expert by plaintiff. Before completely closing the door on his deposition, Dunlop will be allowed to present information regarding the purpose of his deposition, as limited herein, and shall also provide to the court the practical, trial based reasons for his limited deposition. Further, should the court allow the limited deposition of Dr. Mehta to proceed, that fact will not be determinative of his testimony being

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Not Reported in F.Supp.2d
Not Reported in F.Supp.2d, 2002 WL 1906628 (D.Del.)
**(Cite as: Not Reported in F.Supp.2d)**

admissible at trial. Even if such information is relevant, this court will analyzed his testimony based on the standards of Fed.R.Evid. 403 and if cumulative, especially of evidence provided by Dunlop's experts, it will not be allowed.

IT IS ORDERED that:

Should Dunlop wish to proceed with a deposition of Dr. Mehta as limited in this Order, on or before Thursday, August 22, 2002, Dunlop shall provide to the Court by letter, no longer than three (3) pages, 12 point font, the information required pursuant to this Order, including a brief description of Dr. Mehta's relationship to the parties, if any, independent of his position as a consulting expert. On or before Wednesday, August 28, 2002, Callaway may file a no more than a three (3) page response, 12 point font. A courtesy copy only of these submissions may be provided to chambers.

D.Del.,2002.
Callaway Golf Co. v. Dunlop Slazenger Group Americas, Inc.
Not Reported in F.Supp.2d, 2002 WL 1906628 (D.Del.)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT F

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

777 South Figueroa Street
Los Angeles, California 90017

Laura Burson
To Call Writer Directly:
213 680-8270
lburson@kirkland.com

213 680-8400

www.kirkland.com

Facsimile:
213 808-8087

May 14, 2007

## VIA EMAIL/HAND DELIVERY

Amir Naini, Esq.
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276

Re:     *Amgen et al. v. ARIAD Pharmaceuticals, Inc.*, D. Del. Civil Action No.
06-259-MPT

Dear Amir:

I write to inform you that Dr. Alice Gottlieb is and has been retained as a consulting expert in the above-titled case. As such, Kirkland & Ellis will be representing her for purposes of responding to your subpoena, including any production of documents and deposition that may ultimately occur.[1]

We were disappointed by your refusal to agree to even a modest extension of time for Dr. Gottlieb to object to ARIAD's document subpoena, despite the fact that she had an unreasonably short time period for response. Such hardball tactics are not appreciated, and are inconsistent with the practice of showing the professional courtesy of agreeing to reasonable requests for extensions without seeking to impose the conditions you sought to impose on Dr. Gottlieb. Discovery and cooperation will be a two-way street in this case, and it is unfortunate that you have chosen to take a different approach than the cooperative relationship we have tried to foster with your colleagues. In any event, we understand from your position relating to the dates noticed in the subpoena to Dr. Gottlieb that the parties are operating forthwith on the basis that all dates noticed in a subpoena and/or deposition notice are firm and dates by which all witnesses

---

[1]     George Wakeman's firm may also represent Dr. Gottlieb with respect to her work with the New England Medical Center.

Chicago          London          Munich          New York          San Francisco          Washington, D.C.

K&E 11808643.

## KIRKLAND & ELLIS LLP

May 14, 2007
Page 2


are expected to comply.  Please confirm that this is the way you would like to litigate this case from now on.

     In any event, it would be manifestly unfair for ARIAD to insist that Amgen's consulting experts are subject to discovery at the same time ARIAD insists its own are not.  Please explain why you should be entitled to any discovery from Dr. Gottlieb (a consultant for Amgen), when you have previously taken the position that we are not entitled to discovery of Dr. Verma (a consultant for ARIAD).  We attach a service copy of Dr. Gottlieb's objections to the subpoena *duces tecum* served in this case.  You can see that Dr. Gottlieb has objected to all of the document requests on the basis, *inter alia*, that she is a consulting expert for Amgen -- in accordance with ARIAD's position relating to Dr. Verma.

     I look forward to your response.  Please let me know if you have any questions.


Very truly yours,

Laura M. Burson