# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

May 31, 2007

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, DE   19801

Re: *Amgen Inc., et al. v. Ariad Pharmacdeuticals, Inc., et al.*
**C.A. 06-259-MPT**

Dear Magistrate Judge Thynge:

In anticipation of the teleconference scheduled with the Court on Monday, June 4, 2007, Counterclaim Defendant Wyeth submits that any discussion of scheduling as it may pertain to Wyeth is premature. Defendant Wyeth only recently was brought into this case and is still in the process of reviewing the substantial record that has developed prior to its entry. Wyeth is also still evaluating its options, including, but not limited to, a possible motion to sever and stay and whether to consent to jurisdiction pursuant to Fed.R.Civ.P. 73. Accordingly, Wyeth respectfully requests that any scheduling matters directed to it be addressed in a separate teleconference after it has responded to the counterclaim.

As always, counsel is available at the Court's convenience to discuss this or any other matter.

Respectfully,

Anne Shea Gaza (#4093)

ASG/afg
cc: Clerk of the Court (via hand delivery)
    Melanie K. Sharp, Esquire (via e-mail and hand delivery)
    John G. Day, Esquire (via e-mail and hand delivery)
    David I. Gindler, Esquire (via e-mail)
    Charles E. Lipsey, Esquire (via e-mail)
    Frederick L. Cottrell, III, Esquire (via e-mail
    Robert Bajefsky, Esquire (via e-mail)