# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 31, 2007

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, Delaware  19810

**VIA ELECTRONIC FILING**

Re:    *Amgen Inc., et al. v. ARIAD Pharmaceuticals, et al.*, C.A. No. 06-259-MPT

Dear Judge Thynge:

We write on behalf of ARIAD Pharmaceuticals, Harvard, MIT, and Whitehead pursuant to the Court's Order of May 21, 2007 (D.I. 255) to address the discovery issue Amgen raised relating to the deposition of Dr. Alice Gottlieb.  On May 7, 2007, ARIAD subpoenaed Dr. Gottlieb, a Professor of Dermatology at Tufts University, to conduct discovery on published clinical studies regarding Enbrel's effects on NF-kB activity.  Dr. Gottlieb co-authored an article on this research which appeared in the Journal of Investigative Dermatology in 2005.[1]  These matters bear directly on Amgen's infringement of the '516 patent.

Amgen's May 30, 2007 letter to Your Honor (D.I. 294), however, is not really about ARIAD's subpoena to Dr. Gottlieb.  Indeed, Amgen's letter contains little discussion about Dr. Gottlieb.  Rather, Amgen's brief changes the subject and is devoted almost entirely to rearguing the Court's previous ruling denying Amgen's request to depose Dr. Inder M. Verma.  Dr. Verma, as the Court may recall, is a professor of biochemistry at the Salk Institute's Laboratory of Genetics who ARIAD retained to provide an expert declaration in connection with the PTO's ongoing reexamination of the '516 patent.  Dr. Verma also is a retained technical consultant in this litigation.  ARIAD does not plan on designating Dr. Verma as a testifying expert.

Amgen's efforts to depose Dr. Verma were the subject of a previous hearing on May 1, 2007, after the tutorial.  At that time, Amgen sought to depose Dr. Verma regarding his expert declaration in the '516 reexamination proceeding, as well as regarding scientific articles he wrote on topics relating to NF-kB.  Because Amgen's subpoena was an improper effort to depose a non-testifying expert in contravention of Rule 26, ARIAD requested an order that Amgen not be permitted to depose Dr. Verma.[2]  Amgen argued to the Court that it wished to depose Dr. Verma

---

[1] Lizzul *et al.*, "Differential Expression of Phosphorylated NF-κB/RelA in Normal and Psoriatic Epidermis and Downregulation of NF-κB in Response to Treatment with Etanercept," J. Invest. Dermatol., 124:1275-83 (2005).  Etanercept is the generic name of Enbrel.  A copy of the article was attached to the subpoena as Exhibit A and is attached hereto as Exhibit 1.

[2] *See* Fed. R. Civ. P. 26(b)(4) (allowing deposition on "facts known or opinions held by an expert who has been retained or specially employed by another party in anticipation of litigation . . . and who is not expected to be called as a witness at trial" only on "showing of exceptional circumstances").

The Honorable Mary Pat Thynge
May 31, 2007
Page 2

about his declaration in the reexamination and his scientific articles in the field. Amgen also argued that it wished to challenge Dr. Verma's declaration on grounds of alleged inequitable conduct. While the Court indicated that it would keep an open mind as further information became available, the Court stated, "Right now I am not going to allow Dr. Verma's deposition to go forward." (D.I. 216 at 81.) The Court commented that it could not "see the relevancy" of the scientific articles Amgen had pointed out and that Amgen's request was "starting now [to go] into Rule 26 a lot more than I think is appropriate under the circumstances in light of the prohibition under 26(b)(4)(d)." *Id.* at 82.

Amgen's present letter brief repeats the same points previously raised. Amgen again argues that Dr. Verma "executed a lengthy and detailed declaration" in the reexamination and "also published scientific articles" concerning research on NF-kB. And Amgen again seeks to depose Dr. Verma on these matters. Dr. Verma, however, still remains a retained expert with no firsthand knowledge regarding the background of the patent, and no personal stake in the outcome of this case. The only additional circumstance that Amgen now raises is that on May 3, 2007 Amgen served a Reply to the Counterclaim that contains allegations that the '516 patent is unenforceable on the grounds of inequitable conduct. (D.I. 221.) Amgen alleges that Dr. Verma's declaration is incomplete or misleading because it does not reference some of Dr. Verma's articles, none of which is prior art to the '516 patent in any event. But at the hearing on May 1, Amgen specifically raised this theory of inequitable conduct as a potential ground to depose Dr. Verma on his declarations and articles, and the Court declined Amgen's request.

There is no cause for the Court to revisit its previous ruling. Dr. Verma's expert declaration expresses an opinion on whether certain prior art references anticipate or render obvious various claims of the '516 patent. (D.I. 210, Ex. A at 2.) His own articles on NF-kB from 2000, 2005, and 2007, all published years after the priority date for the '516 patent, are not prior art to the '516 patent. As the Court concluded at the last hearing, there is no basis to depose Dr. Verma on articles that are not prior art to the '516 patent. Amgen has provided no change in circumstances to warrant a different ruling. In reality, Amgen is simply using its inequitable conduct allegations as a means to inappropriately cast aspersions on ARIAD and Dr. Verma. In addition to the questionable nature of Amgen's assertions that Dr. Verma's articles constitute material information, Amgen will never be able to demonstrate the required "intent to deceive" the PTO. In fact, the articles about which Amgen complains were submitted to the PTO examiner, along with Amgen's Reply setting out Amgen's position on their alleged significance. The PTO thus is free to consider Dr. Verma's declaration, and the other information submitted during reexamination, and give whatever weight to those materials it deems appropriate. *See Fiskars, Inc. v. Hunt Mfg. Co.*, 221 F.3d 1318, 1326-27 (Fed. Cir. 2000) ("when a reference was cited to the patent examiner it can not be deemed to have been withheld"); *Applied Materials v. Advanced Semiconductors*, 1994 US. Dist. LEXIS 17569, 30 U.S.P.Q.2d 1967 (N.D. Cal. 1994) ("Once the prior art Hart patent was disclosed, the Patent Examiner was free to reach his own conclusion regarding the disclosure in the reference before him."). Amgen too has full access to the record in the reexamination.

The circumstances surrounding Dr. Gottlieb, however, are markedly different. Well before Amgen started this litigation, Dr. Gottlieb performed a specific study on Enbrel and its effects on NF-kB activity. This study is not just any scientific study on Enbrel. Rather, the

The Honorable Mary Pat Thynge
May 31, 2007
Page 3

published paper states that the study was "an investigator-initiated study, supported in part by grants by *Amgen* and a Clinical Immunology Center of Excellence grant from the Federation of Clinical Immunology Societies (FOCIS). Dr. Gottlieb is an investigator, consultant and speaker for Amgen." Ex. 1 at 1282. In other words, Amgen helped sponsor and fund this research on Enbrel, and its effects on NF-kB activity – research that confirms Amgen's infringement of the '516 patent and its knowledge of that infringement.

Amgen now asks the Court to bar any inquiry into this Amgen-funded study on Enbrel by declaring that Dr. Gottlieb has been retained as a *litigation* consultant. Unlike Amgen's stated intent with regard to Dr. Verma, however, ARIAD has not requested any discovery regarding any consulting that Dr. Gottlieb has done for Amgen in connection with litigation. The subject matter is the Amgen-backed study on the accused product, a study that took place long before this case was filed and could not have been conducted for any litigation-related purpose. Furthermore, the circumstances surrounding Amgen's invocation of Dr. Gottlieb's alleged status as a litigation consultant are suspect. When ARIAD contacted Dr. Gottlieb about the subpoena, Dr. Gottlieb never said that she was a litigation consultant for Amgen. Ex. 2. Dr. Gottlieb's counsel, attorney George Wakeman, also had no objection to Dr. Gottlieb's appearing for deposition on a convenient date. Ex. 3. Amgen's counsel then jumped in and asserted that Dr. Gottlieb was retained as a litigation consultant. Ex. 4. While Mr. Wakeman then deferred to Amgen's counsel regarding a deposition on her consulting (a point never in issue), he did not object to a deposition of Dr. Gottlieb on her research. Ex. 5. Although ARIAD questions whether Dr. Gottlieb has done any consulting at all in connection with litigation, this is besides the point – Amgen's retention of Dr. Gottlieb should not shield discovery of her previous research on Enbrel, research bearing directly on Amgen's infringement in this case.

In short, the Court should reject Amgen's strategic, and erroneous, linking of depositions of Dr. Gottlieb and Dr. Verma. The situations are not comparable – one involves discovery of an Amgen-funded study on the accused product, and the other seeks discovery regarding a retained expert's opinion declaration in a pending reexamination. The renewed request relating to Dr. Verma should be denied, as should Amgen's request for a protective order for Dr. Gottlieb.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick

SJB/dmf
181135.1
Attachments (Exhibits 1-5)

cc:    David I. Gindler, Esquire (via electronic mail; w/attachments)
       Melanie K. Sharp, Esquire (by hand and via electronic mail; w/attachments)
       Marcus E. Sernel, Esquire (via electronic mail; w/attachments)
       Frederick L. Cottrell, III, Esquire (by hand and via electronic mail; w/attachments)
       Charles E. Lipsey, Esquire (via electronic mail; w/attachments)
       Robert D. Bajefsky, Esquire (via electronic mail; w/attachments)

# EXHIBIT 1

See related Commentary on page x

# Differential Expression of Phosphorylated NF-κB/RelA in Normal and Psoriatic Epidermis and Downregulation of NF-κB in Response to Treatment with Etanercept

Paul F. Lizzul, Abhishek Aphale, Rama Malaviya, Yvonne Sun, Salman Masud, Viktor Dombrovskiy, and Alice B. Gottlieb
Clinical Research Center, UMDNJ-Robert Wood Johnson Medical School, New Brunswick, New Jersey, USA

Etanercept, a recombinant human tumor necrosis factor (TNF) receptor fusion protein, is FDA approved for psoriasis and psoriatic arthritis. TNFα increases the synthesis of proinflammatory cytokines and leads to the activation of multiple signaling pathways, including nuclear factor kappa B (NF-κB). The Rel/NF-κB transcription factors play a central role in numerous cellular processes, including the stress response and keratinocyte proliferation and differentiation. Utilizing a phosphorylation-specific antibody, we examined the expression of active nuclear NF-κB/RelA via immunohistochemistry in normal skin, non-lesional psoriatic skin, lesional psoriatic skin, and lesional skin from patients treated with etanercept. There was no expression of active nuclear NF-κB in the normal epidermis, whereas a basal level of constitutive active phosphorylated NF-κB/RelA was present in uninvolved epidermis from psoriasis patients. There was also significant upregulation of active phosphorylated NF-κB/RelA in the epidermis from psoriatic plaques. Serial biopsies from psoriasis patients treated with etanercept at 1, 3, and 6 mo demonstrated a significant downregulation of phosphorylated NF-κB/RelA, which correlated with decreases in epidermal thickness, restoration of normal markers of keratinocyte differentiation, and clinical outcomes. These data suggest that activation of NF-κB plays a significant role in the pathogenesis of psoriasis and that a potential mechanism of action for TNF-targeting agents is downregulation of NF-κB transcriptional activity.

Key words: apoptosis/etanercept/keratinocyte/NF-κB/psoriasis
J Invest Dermatol 124:1275–1283, 2005

Psoriasis is a chronic papulosquamous disease that affects 1%–3% of the US population (Greaves and Weinstein, 1995; Lebwohl, 2003). It is commonly accepted that the two major pathological lesions observed in psoriasis are epidermal hyperproliferation with abnormal differentiation, and an inflammatory infiltration of the epidermis and dermis (Chaudhari et al, 2001). In the past, therapies for psoriasis had focused on treating epidermal hyperplasia, which was hypothesized to occur as a result of the abnormal proliferation and differentiation of basal keratinocytes (Bayliffe et al, 2004). It later became evident that there was a direct role for T cells in the pathogenesis of psoriasis (Bos et al, 1983). An important experimental result, which confirmed the direct link between T lymphocytes and psoriasis, was demonstrated by utilizing a fusion protein with specific cellular

toxicity to cells expressing functional interleukin-2 (IL-2) receptors. Patients treated with denileukin difitox (Ontak, Ligand Pharmaceuticals, San Diego, California), which did not specifically affect keratinocytes, exhibited clinical resolution of psoriasis with histological reversal of epidermal hyperplasia (Gottlieb et al, 1995). This work set the foundation for additional studies over recent years that have culminated in the current view that the psoriatic process is driven by an orchestrated interplay between activated T cells, antigen-presenting cells (APC), and keratinocytes (Krueger, 2002), which leads to the release of numerous cytokines and chemokines that signal keratinocytes to hyperproliferate and undergo abnormal differentiation (Werner and Smola, 2001; Gottlieb et al, 2003b). Moreover, T cell activation is attributable to an ongoing stimulus delivered to T cells by APC and keratinocytes in the skin lesions creating a self-sustaining positive feedback loop. Given such a complex and multifactorial process it is not surprising that if these events were to perpetuate, a chronic inflammatory state would occur.

This immunological basis and theory of the disease has led to the development of targeted therapies with the promise of improved efficacy and safety profiles (Asadullah et al, 2002). Examples of biological agents in use or in continuing trials include etanercept (soluble anti-TNF (tumor necrosis factor) receptor) and infliximab (antibody targeted

Abbreviations: APC, antigen-presenting cell; CBP, Creb-binding protein; CD, cluster of differentiation; CLA, cutaneous lymphocyte antigen; Cox-2, cyclo-oxygenase 2; EBV, Epstein–Barr virus; HAT, histone acetyltransferase; HAT, histone acetyltransferase; HDAC, histone deacetylase; IκBα, I kappa B alpha; ICAM, intercellular adhesion molecule; IFN, interferon; IKK, IκB kinase; IL, interleukin; IL-1β, interleukin 1 beta; LFA, lymphocyte function-associated antigen; MMP, matrix metalloprotease; NF-κB, nuclear factor kappa B; p/CAF, p300/CBP associated factor; TBP, TATA binding protein; TFIIB, transcription factor IIB; TNFα, tumor necrosis factor α; UVB, ultraviolet B

Copyright © 2005 by The Society for Investigative Dermatology, Inc.

Case 1:06-cv-00259-MPT    Document 301-2    Filed 05/31/2007    Page 3 of 10

against soluble TNFα), which target TNF activity, as well as alefacept (lymphocyte function-associated antigen 3 (LFA-3)/IgG1 fusion protein, which binds to CD-2 receptors on T cells and blocks the interaction of CD-2/LFA-3), and efalizumab (anti-CD11a (LFA-1), which blocks the cost-imulatory signal between LFA-1/ICAM-1) which targets the APC and T cell interaction.

TNFα controls and regulates the expression of numerous genes, and in doing so leads to cutaneous responses to environmental damage and inflammation. Although TNFα regulates immune and inflammatory responses, it has also been shown to effect tissue remodeling, cell motility, the cell cycle, and apoptosis (Gottlieb *et al*, 2003a; Gugasyan *et al*, 2004). This tremendous diversity is accomplished by inducing a characteristic set of downstream effectors. One of these effectors is the transcription factor nuclear factor kappa B (NF-κB).

The Rel/NF-κB proteins belong to a family of related transcription factors, which over the last 25 y have been characterized in most cell types and lineages (Baldwin, 1996). The regulation of gene activation by NF-κB involves the general transcription machinery as well as coactivators and chromatin-modifying factors (Schmitz, 1995; Schmitz and Baeuerle, 1995; Schmitz *et al*, 1995; Zhong *et al*, 1998). Another level of regulatory complexity involves the role that phosphorylation of Rel family members, such as Rel A, plays in its interaction with coactivators such as CBP/p300 and its ability to activate target gene transcription (Zhong *et al*, 1998).

NF-κB regulates the expression of an exceptionally large number of genes and has a well-characterized role in immune and inflammatory responses as well as in the protection against apoptotic cell death (Siebenlist *et al*, 1994; Barnes and Karin, 1997; Sonenshein, 1997). Moreover, a large and diverse set of distinct stimuli activate NF-κB (Ghosh *et al*, 1998). NF-κB is also highly activated at sites of inflammation in a diverse set of human diseases (Tak and Firestein, 2001). Altogether, these findings underscore the important role, which NF-κB plays within the immune system, and the potential of developing therapeutic agents that affect NF-κB function as a means to treat inflammatory disease.

Given the important role that NF-κB plays in regulating the expression of numerous target genes, and the resulting consequences for several human diseases, it is not surprising to find that a complex regulatory scheme controls Rel/NF-κB transcriptional activity. One of the most well-characterized mechanisms is the control of NF-κB subcellular localization by IκB family proteins (Beg *et al*, 1992). The elimination of IκBα allows NF-κB to accumulate in the nucleus and activate target gene expression (Maniatis, 1997). Interestingly, IκBα is also a transcriptional target of NF-κB and can downregulate further expression in an autoregulatory manner (Maniatis, 1997). A second level of regulation of NF-κB activity involves phosphorylation and occurs at the level of activation of the transcriptional activity of RelA (Wang and Baldwin, 1998). When IκB is degraded, RelA undergoes phosphorylation that results in transcriptional activity (Wang and Baldwin, 1998; Zhong *et al*, 1998). The activity of NF-κB is also regulated through interactions with coactivator and corepressor proteins. Recent data showed

that NF-κB-dependent transcriptional activation requires the coactivators CBP/p300 (Gerritsen *et al*, 1997). The phosphorylation of RelA enhances NF-κB transactivation by promoting the interaction of p65 with CBP (Zhong *et al*, 1997) and has been shown to be required for NF-κB-dependent gene expression (Sheppard *et al*, 1999; Wang *et al*, 1999c). Therefore, NF-κB activity is regulated in a complex manner and at multiple levels by a large number of proteins.

It is evident from this discussion that TNFα-mediated induction of synthesis of all these factors via NF-κB in lymphocytes, endothelial cells, dendritic cells, and keratinocytes mediates and increases the cellular infiltrate into the skin and simultaneously leads to keratinocyte hyperproliferation in psoriasis (Krueger, 2002). Therefore, it can be postulated that TNFα produced locally within psoriatic lesions creates a TNF positive feedback loop that amplifies and sustains the inflammatory process within plaques (Banno *et al*, 2004).

Etanercept is a fusion protein of two p75 TNF-receptor chains and fragments of the Fc region of human IgG. It is FDA approved for adult and juvenile rheumatoid arthritis, ankylosing spondylitis, psoriatic arthritis, and psoriasis. Phase II Trials with etanercept in psoriasis demonstrated a decrease in PASI (Psoriasis Area and Severity Index), epidermal T cell infiltration, epidermal thickness, as well as reversal of K-16 keratin expression that indicated a reduction of inflammation and a return to normal keratinocyte proliferation and differentiation (Gottlieb *et al*, 2003b).

Due to the high levels of expression of TNF in psoriatic patients, the success of anti-TNF treatments, and the role of NF-κB in TNF signaling, we wanted to explore the link between active NF-κB and psoriasis. Specifically, we wanted to determine whether there were differences in the expression of phosphorylated RelA/p65 between normal and psoriatic epidermis, and secondarily, if there was upregulation of phospho-NF-κB in lesional psoriatic skin. In addition, we wanted to determine if the levels of phospho-NF-κB correlated with abnormalities in lesional skin, such as a hypertrophic epidermis and abnormal keratinocyte differentiation markers. Finally, we wanted to determine if treatment of psoriatic patients with the anti-TNF agent, etanercept, would result in downregulation of NF-κB and in turn if this would correlate with disease resolution and restoration of the epidermis to non-lesional appearance. If the transcriptionally active form of NF-κB were downregulated in response to etanercept treatment, this would offer one plausible mechanistic explanation for the drug's success in the treatment of psoriasis.

## Results

**Absence of phosphorylated p65/RelA in normal skin** Although multiple studies endeavored to examine the expression pattern of NF-κB family members in the epidermis and dermis, none have characterized the expression of the active phosphorylated form of RelA/p65 in the epidermis. Because of the critical role that NF-κB plays in inflammatory responses, cellular proliferation, the cell cycle, and apoptosis and the contradictory reports of its specific function in keratinocytes, we wanted to study the expression of NF-κB in both normal and psoriatic skin to establish, not only if

Case 1:06-cv-00259-MPT    Document 301-2    Filed 05/31/2007    Page 4 of 10

differences existed but if those differences would correlate with disease status and response to therapy. Toward this end, we utilized a phospho-specific antibody targeted to serine 536 of RelA/p65, which is essential for transcriptional activation by NF-κB. Skin samples were obtained from 4 healthy volunteer controls. Although it has been reported that a basal level of NF-κB exists in the epidermis (Takao *et al*, 2003), we found almost no active nuclear phosphorylated RelA in the nucleus of epidermal cells (Fig 1*A*). Activation of NF-κB was confirmed utilizing the phospho-RelA antibody on samples of normal skin that were irradiated with UVB, a known inducer of NF-κB activity. This UVB treatment led to a substantial ($p < 0.02$) 25-fold increase in the level of phosphorylated RelA (Fig 1*B* and *C*).

**Phosphorylated p65/Rel is present at basal constitutive levels in keratinocytes from non-lesional psoriatic skin** In light of the overwhelming evidence of the role of NF-κB family members in immune regulation, apoptosis, keratinocyte regulation, and psoriasis, we wanted to examine whether the expression pattern of active nuclear phosphorylated NF-κB differed between normal and psoriatic skin. There is established precedence for abnormal expression and regulation of proteins and cytokines in disease processes, including psoriasis (McKenzie and Sabin, 2003; McKenzie *et al*, 2003). Therefore, we compared expression

of active phosphorylated RelA/p65 in the normal epidermis to the non-lesional skin in our psoriasis patients. The skin samples were obtained from biopsies in ten patients who were subjects in a study of the efficacy and safety of the TNF-targeting pharmaceutical etanercept. Interestingly, and in contrast to the absence of active RelA in the epidermis from normal patients, those biopsies taken from the uninvolved skin of psoriatic patients demonstrated substantial basal levels of phospho-RelA/p65 in the epidermis ($p < 0.02$). Specifically, there was an average 12-fold increase of active nuclear phosphorylated RelA/p65 in the nonlesional psoriatic epidermis compared to normal donor skin (Fig 2). These data demonstrate a significant difference in the expression of NF-κB in the epidermis of psoriatic patients as compared with normal controls.

**Phosphorylated p65/Rel is significantly upregulated in keratinocytes within psoriatic plaques** The differential expression of phosphorylated RelA between normal skin and non-lesional skin from psoriasis patients prompted examination of the epidermis from lesional psoriatic plaques for active nuclear phosphorylated NF-κB expression. As shown in Fig 3, on average, there was a 5-fold increase ($p < 0.001$) in phospho-RelA in the epidermis of plaques as compared with uninvolved skin from the same patient. In additional, there was a substantial increase in epidermal



**Figure 1**
**Absence of active phosphorylated RelA/p65 in the normal epidermis.** Punch biopsies from four control subjects were analyzed by immunohistochemistry for expression of nuclear phosphorylated nuclear factor kappa B (NF-κB)/RelA as described in Materials and methods. A representative sample shows strong expression of phosphorylated p65 was only detected in UVB-treated samples (compare *A* to *B*). The arrows denote examples of positive cells. No staining was observed with a negative control rabbit IgG antibody. (*C*) Chart demonstrating the average number of keratinocytes in epidermis expressing phosphorylated NF-κB/RelA. *Denotes a significance of $p < 0.02$.

Case 1:06-cv-00259-MPT    Document 301-2    Filed 05/31/2007    Page 5 of 10



**Figure 2**
**Increased expression of phosphorylated nuclear factor kappa B (NF-κB)/RelA in uninvolved psoriatic skin.** The expression of nuclear phosphorylated RelA was examined via immunohistochemistry in four control subjects and ten psoriasis patients as explained in the Materials and methods utilizing a specific anti-phospho NF-κB antibody. (*A*) Chart depicting the average number of keratinocytes in the epidermis expressing nuclear phosphorylated RelA. *Denotes significance of $p < 0.02$. (*B*) Immunohistochemical analysis demonstrated the dramatic difference in expression levels of nuclear phosphorylated p65 between normal epidermis and the non-involved epidermis from psoriasis patients. Slide is a representative sample from the study population and the arrows denote examples of positive nuclear staining cells.

thickness, as well as expression of abnormal keratinocyte differentiation marker K16 (as has been previously reported).

**Etanercept reduces phosphorylated NF-κB/RelA levels and reverses abnormal epidermal proliferation and differentiation** The high levels of TNFα and NF-κB found in the skin of psoriatic patients coupled with the success of recent immunologic therapies targeting TNF and immune receptors in the treatment of psoriasis prompted us to examine what effect etanercept therapy would have on phospho-RelA/p65 levels. We also wanted to determine if treatment with etanercept would lead to histological changes in keratinocyte differentiation and plaque morphology. To see if TNF's beneficial effects could be mediated via a decrease in NF-κB activation we examined biopsy samples from etanercept patients at 0, 1, 3, and 6 mo. Consistent with the fact that NF-κB is a downstream effector of TNF, we observed that the high levels of nuclear phosphorylated RelA/p65 shown previously were dramatically reduced ($p < 0.001$) at each successive treatment interval (Fig 4A and 4B). Interestingly, this decrease in NF-κB was complemented by a significant reduction in epidermal thickness

($p < 0.01$) at each time period (Fig 4A). There was a significant correlation between these two outcome measures (Table I). Moreover, examination of keratinocyte differentiation also demonstrated a return of K16 levels to normal in 70%–80% of patients at 3 and 6 mo and this too correlated with the observed reduction in phosphorylated RelA/p65 (Table I).

## Discussion

This is the first report of an *in vivo* study to demonstrate a relative absence of nuclear phosphorylated RelA in normal skin, that non-lesional psoriatic skin contains a basal level of phosphorylated RelA, and significant overexpression of phospho-RelA in the epidermis of psoriatic plaques. The treatment of psoriatic patients with etanercept over a 6-mo period led to a dramatic downregulation of phospho NF-κB/RelA in keratinocytes and this correlated with a dramatic reduction in epidermal hyperplasia/thickness and a return of normal keratinocyte markers of differentiation. Importantly, these patients also showed dramatic clinical improvement.

Case 1:06-cv-00259-MPT     Document 301-2     Filed 05/31/2007     Page 6 of 10



**Figure 3**
**Upregulation of active phosphorylated nuclear factor kappa B (NF-κB) in lesional plaques.** The expression of nuclear phosphorylated p65 was examined by immunohistochemistry in uninvolved and lesional epidermis from ten psoriasis patients. (*A*) Chart depicting the average number of phosphorylated NF-κB positive keratinocytes in the epidermis. *Denotes significance of $p < 0.001$. (*B*) Representative slide showing enhanced expression of phosphorylated NF-κB detected in lesional plaques as compared to uninvolved skin. Arrows highlight examples of positive nuclear staining cells.

In the absence of stressful stimuli, NF-κB is present in the cytoplasm in a resting state within normal keratinocytes (Takao *et al*, 2003). Under normal conditions, NF-κB has also been noted to play an important role in keratinocyte regulation and proliferation (Takao *et al*, 2003; Bernard *et al*, 2004). But the function of NF-κB in keratinocytes has been proposed to be quite paradoxical to its effect in other cell types, such as T or B cells (Dajee *et al*, 2003). Skin defects are present in a number of mouse models in which Rel/NF-κB function is perturbed (Gerondakis and Strasser, 2003). For instance, the epidermis restricted expression of a dominant negative form of IκB produced by mice with profoundly hyperplastic epithelia whereas mice that over-expressed RelA/p65 showed epidermal hypoplasia and growth inhibition (Takeda *et al*, 1999; Seitz *et al*, 2000a, b). This is in contrast to studies on mice null for IκBα which demonstrate marked alterations in epidermal morphology, including hyperplastic epidermal keratinocytes and dermal infiltration of lymphocytes (Wilson *et al*, 1990; Chen *et al*, 2000a, 2000b; Lee *et al*, 2000; Bell *et al*, 2003).

The reason for this diversity in outcome of NF-κB activation may be a reflection of the cell type and differentiatiation state of the cell (Ozes *et al*, 1999; Romashkova and Makarov, 1999; Ernfors, 2000). An interesting model proposed by Kaufman and Fuchs (2000) tries to take into account the peculiar findings of NF-κB activity in the epidermis. They suggest that a balancing act is played be-

tween cell-cycle withdrawal, cell survival and differentiation. In addition to an apparent cell-cycle arrest effect, NF-κB in the epidermis also protects against apoptosis by enhancing the expression of anti-apoptotic factors (Wrone-Smith *et al*, 1997; Seitz *et al*, 2000b). It is through a marriage of cell-cycle withdrawal and protection against apoptosis that NF-κB is able to coordinate homeostasis within the normal epidermis.

The data and models discussed above are all in reference to normal skin, normal epidermis, and normal keratinocytes. Psoriasis is clearly an abnormal state, and one would anticipate changes in the epidermis and keratinocytes. Perhaps, this is why we observed, in contrast to our control subjects, a basal level of nuclear phosphorylated RelA/p65 in the non-lesional skin of our psoriatic patients and in turn this may be one factor, in the backdrop of an altered cellular milieu, which predisposes to psoriatic plaque formation. For example, when normal keratinocytes are co-cultured with psoriatic T cells (Bata-Csorgo *et al*, 1995) they do not undergo increased growth or hyperproliferation. But keratinocytes established from non-lesional psoriatic skin are markedly abnormal even before they are cocultured with lymphocytes (Jackson *et al*, 1999). In culture these abnormal keratinocytes release abnormal amounts of interferon gamma (IFNγ), and have subnormal transcription factor activation in response to cytokine stimulation (Werner and Smola, 2001). Although IFNγ promotes



**Figure 4**

**Etanercept downregulates expression of phosphorylated nuclear factor kappa B (NF-κB).** Punch biopsies from ten psoriasis patients were examined via immunohistochemistry utilizing an anti-phospho-NF-κB specific antibody as described in Materials and methods. (*A*) Charts depicting the average number of keratinocytes expressing phosphorylated RelA and the average epidermal thickness from baseline plaques or at subsequent etanercept treatment points. *Denotes significance of p<0.01. (*B*) Immunohistochemical analysis of a representative sample demonstrating the reduction of phosphorylated RelA after treatment with etanercept at 1, 3, and 6 mo. Arrows highlight representative positively nuclear staining cells.

growth arrest of normal keratinocytes (Nickoloff *et al*, 1984; Saunders and Jetten, 1994), it induces proliferation of psoriatic keratinocytes (Baker *et al*, 1988, 1993). These findings have led to the hypothesis that the existence of abnormalities in the signaling pathways of psoriatic keratinocytes predisposes them to display an overactive wound healing response when exposed to stimulation from inflammatory mediators (McKenzie and Sabin, 2003). A recent study published by Watanabe *et al* (2004) identified a mutation in Crohn's disease patients that predisposes them to

the development of the disease. Interestingly, a mutation in the gene encoding nucleotide-binding oligomerization domain 2 (NOD2) appeared to be the culprit. They reported that the function of NOD2 was to limit the proinflammatory effects mediated by Toll-like receptor 2 (TLR2) stimulation. The mutated form of NOD2 found in Crohn's patients was unable to inhibit TLR2 signaling, and this apparently skewed the system towards inflammation. Interestingly, this is an NF-κB-dependent phenomenon because NF-κB is downstream of TLR-2 and its activation leads to production of

Case 1:06-cv-00259-MPT    Document 301-2    Filed 05/31/2007    Page 8 of 10

**Table I. Correlation between reduction in phosphorylated NF-κB, decrease in epidermal thickness and improvement of keratinocyte K-16 expression**

**(A)**

|  | Epidermal thickness | Normal K-16 |
|---|---|---|
| Phospho-NF-κB | 0.61683 | 0.55207 |
| p-value | <0.001 | <0.001 |

**(B)**

|  | Normal phospho-NF-κB | Normal K-16 |
|---|---|---|
| Baseline plaque | 0/10 | 1/10 |
| 1 mo etanercept | 0/10 | 3/10 |
| 3 mo etanercept | 4/10 | 7/10 |
| 6 mo etanercept | 2/10 | 8/10 |

(A) Correlations using pooled data from plaques at baseline, 1, 3, and 6 mo treatment with etanercept as discussed in Materials and Methods. Pearson correlation coefficients with levels of significance are presented in table for concomitant reduction of phosphorylated NF-κB and epidermal thickness, as well as for restoration of K16 to non-lesional status. (B) Depicts the return of normal keratinocyte differentiation and proliferation, as defined as the absence of K16, and the reduction of phosphorylated NF-κB levels in lesional plaques to the level present in uninvolved skin from the same patient.

NF-κB, nuclear factor kappa B.

IL-12. Expression of both IL-12 and IL-2 has also been found to be upregulated in psoriasis (Lee *et al*, 1988; Yawalkar *et al*, 1998).

The increased epidermal thickness present in psoriatic plaques is the net sum of both rates of proliferation and cell death. Moreover, aside from high levels of TNFα and NF-κB, many other cytokines, such as IFNγ, and their downstream targets are upregulated in psoriasis (Bowcock *et al*, 2001). It would be naïve to suggest that NF-κB is the sole suspect in this process, but NF-κB activation is also clearly associated with resistance to apoptosis (Beg and Baltimore, 1996; Wrone-Smith *et al*, 1997; Foo and Nolan, 1999; Wang *et al*, 1999a, b). Thus, one would predict that blocking NF-κB activation would make keratinocytes more susceptible to apoptosis, with fewer rather than more viable cells in the epidermis. Unfortunately, under normal conditions, the opposite is observed with the blockade of NF-κB. How could such a paradox exist? First, in psoriasis it is clear that the keratinocytes are not normal; therefore, what is observed under normal conditions may not apply in this chronic inflammatory condition. Second, it would seem reasonable to consider the context in which we are looking at NF-κB activity and to consider the role of other molecular regulators of apoptosis, the cell cycle and proliferation in the skin. For example, another major cellular pathway regulated by NF-κB is the cell cycle (Chaturvedi *et al*, 1999). It has been shown that NF-κB activating stimuli such as IFNγ and tissue plasminogen activator (TPA) induce growth arrest in normal keratinocytes *in vitro* (Qin *et al*, 1999). Therefore, the observation that constitutive activation of NF-κB in transgenic mice models produced epidermal thinning may in fact represent a dominance of the cell cycle inhibitory effect over the anti-apoptotic effect. Thus, although the cells were not undergoing cell death, they were not proliferating either. So if we extrapolate to normal skin, it may be that the anti-proliferative effects of NF-κB are superior to its anti-apoptotic effect in the absence of inflammation or apoptotic stimuli. In support of this view, transgenic mice expressing anti-apoptotic genes Bcl-x or Bcl-2 have no significant increase in epidermal thickness in the absence of cell-cycle changes. In fact, it is only when the homeostasis of the skin is altered by various proinflammatory or tumorigenic stimuli that a distinctive phenotype becomes apparent (Valle Blazquez *et al*, 1997; Rodriguez-Villanueva *et al*, 1998). Such a scenario exists in psoriasis, therefore the disruption of balance between cell-cycle inhibitory and proliferative effects would tip the scale towards epidermal proliferation in the context of a self-sustaining cytokine-mediated feedback loop.

In agreement with the high levels of TNFα and phosphorylated NF-κB found in psoriatic patients, and the crucial link between TNF-mediated signaling and NF-κB, we observed a substantial and significant reduction in the levels of phospho-NF-κB after treatment with etanercept. This suggests that NF-κB may not only play an important role in the pathogenesis of psoriasis, but that it may be a reasonable therapeutic target. Recent work by Zollner *et al* supports this hypothesis. They demonstrated that the inhibition of superantigen-mediated T cell activation by the selective proteasome inhibitor PS-519 led to significant resolution of psoriasis in a severe combined immunodeficiency (SCID-hu) model (Zollner *et al*, 2002). PS-519 is known to affect the inhibitory regulator of NF-κB and IκB, and the work demonstrated a concentration-dependent suppression of NF-κB DNA binding.

In light of the results from these experiments and the current literature, we propose a significant role for NF-κB in the pathogenesis of psoriasis. Although there is ample evidence in the literature to substantiate our utilization of nuclear-phosphorylated NF-κB as a proxy for NF-κB activation, relying exclusively on immunostaining to detect nuclear phospho-RelA does not necessarily indicate a functional state of NF-κB activation. Therefore, although confident in our results, we recognize the limitation of our *in vivo* studies, and have initiated follow-up experiments to reaffirm our results. Due to limited patient samples, we are utilizing the remainder of the 6mm biopsy specimens from our study population to perform RT-PCR-mediated gene expression studies that will reaffirm the etanercept-mediated repression of NF-κB activity.

NF-κB's role in psoriasis is multifactorial, with influence on T cells, dendritic cells and keratinocytes. In lymphocytes, downregulation of TNFα leads to downregulation of NF-κB, which not only abrogates additional TNFα production but also eliminates the production of necessary inflammatory cytokines and cell adhesion markers. The role of NF-κB in the keratinocyte is more complicated and controversial (Kaufman and Fuchs, 2000). We believe that in the setting of a chronic inflammatory state such as psoriasis, there is an imbalance between the anti-apoptotic role and the cell-cycle inhibitory role of NF-κB whereby the scale is tipped toward protection against cell death in the context of a constitutive cytokine-rich inflammatory milieu. This allows for the increased epidermal thickness and hyperproliferation

seen in plaques. Alternatively, perhaps the proposed function of NF-κB in normal keratinocytes is altered in the abnormal keratinocytes present in psoriatic patients and therefore proliferation and increased thickness is observed as opposed to cell-cycle arrest. Further work will be needed to expand on these ideas and confirm the potential benefit of NF-κB targeted therapies in the treatment of psoriasis as well as other inflammatory and autoimmune disorders.

## Materials and Methods

**Patient studies** The study was conducted according to the Declaration of Helsinki Principles, and participants gave their written informed consent. Adult patients with moderate to severe psoriasis were treated with etanercept monotherapy (25 mg subcutaneously twice weekly) for 24 wk under a protocol approved by the UMDNJ-Robert Wood Johnson Medical School Institutional Review Board. Systemic and photo-therapies were excluded for 1 mo prior to dosing; topical medications were excluded for 2 wk prior to dosing. Eucerin cream (Beiersdorf, Wilton, Connecticut) was the standard moisturizer used throughout the study. Patients were told not to apply moisturizer prior to study evaluations. Clinical efficacy was assessed using PASI. Skin biopsies were obtained at baseline, 1, 3, and 6 mo. Skin biopsies were snap frozen in optimal cutting temperature compound (OCT, Tissue Tek, Sakura, Torrance, California) and saved at $-70°C$. Laboratory-based evaluations were blinded to the clinical results until all data were collected.

**UVB exposure of human subjects** Under a protocol approved by the UMDNJ-Robert Wood Johnson Medical School Institutional Review Board, four healthy volunteers between the ages of 18–60 were recruited and their minimum erythema dose (MED) was determined. MED of a subject is the minimum dose of UVB light that induces mild redness (sunburn) on the skin 24 h after the light exposure. The patients were irradiated with 2 MED of UVB on either the left or right hip and 6 mm punch biopsy was taken immediately after UVB exposure. Subsequently, two more punch biopsies were taken from each patient at 24 and 48 h after the UVB light exposure. The biopsies were frozen immediately in OCT and saved at $-70°C$.

**Histology and immunohistochemistry** Skin punch biopsy specimens (6 mm) were obtained from target plaques at weeks 0, 4, 12, and 24. A non-lesional skin biopsy was also obtained at week 0. Biopsy specimens for UVB-treated skin were obtained on Day 1 immediately after UVB irradiation and at 72 h post-treatment. Serial cryostat-cut sections were stored at $-70°C$ before use. Immunoperoxidase studies of the number of epidermal nuclear-staining phosphorylated NF-κB positive cells and keratinocyte expression of k16 keratin were performed (Vectastain ABC kit, Vector Laboratories, Burlingame, California) as previously described (Gottlieb *et al*, 2003a). Briefly, slides were thawed to room temperature, fixed in BFA for 15 min, and then endogenous peroxidase activity was quenched with 0.3% $H_2O_2$. After washing in PBS the sections were blocked for 30 min with goat serum in PBS. The primary antibody in PBS containing goat serum was applied for 30 min at room temperature. After rinsing in PBS, sections were incubated with biotinylated secondary antibody in PBS containing goat serum, washed in PBS, and incubated with Vectastain Elite ABC Peroxidase reagent (Vector Laboratories). Finally, after rinsing in PBS, the reaction product was visualized using diaminobenzidine. Primary antibodies used were anti-phospho RelA/p65 (Cell Signaling Technologies, Beverly, Massachusetts) 1:50, and anti K-16 (1:400). As negative controls, all experiments were performed in the presence of equal concentrations of normal rabbit IgG isotype control.

Three blinded investigators, including board certified dermatologists, examined immunostained sections with an image analyzer attached to a light microscope (Image pro-plus 3.1, Mediscy-

bernectic, Silver Spring, Maryland). The average number of positively nuclear stained epidermal nuclear phospho-NF-κB cells in five × 200 fields was determined. Epidermal thickness was quantitated by averaging the epidermal thickness in three × 100 fields in H&E-stained sections. For keratinocyte expression of K16, semiquantitative scores of 0 to 4 + were assigned for each section read. Normal expression was defined as 0. Abnormal expression was defined as 1 +, 2 +, 3 +, or 4 +. There was less than 5% discordance between observers in all instances.

**Statistical methods** Statistical analysis was performed using the paired or unpaired $t$ test unless otherwise specified. Correlation between variables was analyzed by the Pearson's correlation coefficient. Two-tailed $p < 0.05$ was considered to indicate statistical significance.

This is an investigator-initiated study, supported in part by grants from Amgen and a Clinical Immunology Center of Excellence grant from the Federation of Clinical Immunology Societies (FOCIS). Dr Gottlieb is an investigator, consultant, and speaker for Amgen.

DOI: 10.1111/j.0022-202X.2005.23735.x

Manuscript received October 18, 2004; revised January 11, 2005; accepted for publication January 25, 2005

Address correspondence to: Paul F. Lizzul, Clinical Research Center, UMDNJ-Robert Wood Johnson Medical School, 51 French St., New Brunswick, NJ 08901-0019, USA. Email: lizzulpa@umdnj.edu

## References

Asadullah K, Volk HD, Sterry W: Novel immunotherapies for psoriasis. Trends Immunol 23:47–53, 2002

Baker BS, Powles AV, Valdimarsson H, Fry L: An altered response by psoriatic keratinocytes to gamma interferon. Scand J Immunol 28:735–740, 1988

Baldwin AS Jr: The NF-kappa B and I kappa B proteins: New discoveries and insights. Annu Rev Immunol 14:649–683, 1996

Banno T, Gazel A, Blumenberg M: Effects of tumor necrosis factor-alpha (TNF alpha) in epidermal keratinocytes revealed using global transcriptional profiling. J Biol Chem 279:32633–32642, 2004

Barker JN, Goodlad JR, Ross EL, Yu CC, Groves RW, MacDonald DM: Increased epidermal cell proliferation in normal human skin in vivo following local administration of interferon-gamma. Am J Pathol 142:1091–1097, 1993

Barnes PJ, Karin M: Nuclear factor-kappaB: A pivotal transcription factor in chronic inflammatory diseases. N Engl J Med 336:1066–1071, 1997

Bata-Csorgo Z, Hammerberg C, Voorhees JJ, Cooper KD: Kinetics and regulation of human keratinocyte stem cell growth in short-term primary ex vivo culture. Cooperative growth factors from psoriatic lesional T lymphocytes stimulate proliferation among psoriatic uninvolved, but not normal, stem keratinocytes. J Clin Invest 95:317–327, 1995

Bayliffe AI, Brigandi RA, Wilkins HJ, Levick MP: Emerging therapeutic targets in psoriasis. Curr Opin Pharmacol 4:306–310, 2004

Beg AA, Baltimore D: An essential role for NF-kappaB in preventing TNF-alpha-induced cell death. Science 274:782–784, 1996

Beg AA, Ruben SM, Scheinman RI, Haskill S, Rosen CA, Baldwin AS Jr: I kappa B interacts with the nuclear localization sequences of the subunits of NF-kappa B: A mechanism for cytoplasmic retention. Genes Dev 6:1899–1913, 1992

Bell S, Degitz K, Quirling M, Jilg N, Page S, Brand K: Involvement of NF-kappaB signalling in skin physiology and disease. Cell Signal 15:1–7, 2003

Bernard D, Gosselin K, Monte D, et al: Involvement of Rel/nuclear factor-kappaB transcription factors in keratinocyte senescence. Cancer Res 64:472–481, 2004

Bos JD, Hulsebosch HJ, Krieg SR, Bakker PM, Cormane RH: Immunocompetent cells in psoriasis. In situ immunophenotyping by monoclonal antibodies. Arch Dermatol Res 275:181–189, 1983

Bowcock AM, Shannon W, Du F, et al: Insights into psoriasis and other inflammatory diseases from large-scale gene expression studies. Hum Mol Genet 10:1793–1805, 2001

Chaturvedi V, Qin JZ, Denning MF, Choubey D, Diaz MO, Nickoloff BJ: Apoptosis in proliferating, senescent, and immortalized keratinocytes. J Biol Chem 274:23358–23367, 1999

Chaudhari U, Romano P, Mulcahy LD, Dooley LT, Baker DG, Gottlieb AB: Efficacy and safety of infliximab monotherapy for plaque-type psoriasis: A randomised trial. Lancet 357:1842–1847, 2001

Chen CL, Singh N, Yull FE, Strayhorn D, Van Kaer L, Kerr LD: Lymphocytes lacking I kappa B-alpha develop normally, but have selective defects in proliferation and function. J Immunol 165:5418–5427, 2000a

Chen CL, Yull FE, Cardwell N, Singh N, Strayhorn WD, Nanney LB, Kerr LD: RAG2−/−, I kappa B-alpha−/− chimeras display a psoriasiform skin disease. J Invest Dermatol 115:1124–1133, 2000b

Dajee M, Lazarov M, Zhang JY, et al: NF-kappaB blockade and oncogenic Ras trigger invasive human epidermal neoplasia. Nature 421:639–643, 2003

Ernfors P: Nuclear factor-kappaB to the rescue of cytokine-induced neuronal survival. J Cell Biol 149:223–225, 2000

Foo SY, Nolan GP: NF-kappaB to the rescue: RELs, apoptosis and cellular transformation. Trends Genet 15:229–235, 1999

Gerondakis S, Strasser A: The role of Rel/NF-kappaB transcription factors in B lymphocyte survival. Semin Immunol 15:159–166, 2003

Gerritsen ME, Williams AJ, Neish AS, Moore S, Shi Y, Collins T: CREB-binding protein/p300 are transcriptional coactivators of p65. Proc Natl Acad Sci USA 94:2927–2932, 1997

Ghosh S, May MJ, Kopp EB: NF-kappa B and Rel proteins: Evolutionarily conserved mediators of immune responses. Annu Rev Immunol 16:225–260, 1998

Gottlieb AB, Chaudhari U, Mulcahy LD, Li S, Dooley LT, Baker DG: Infliximab monotherapy provides rapid and sustained benefit for plaque-type psoriasis. J Am Acad Dermatol 48:829–835, 2003a

Gottlieb AB, Masud S, Ramamurthi R, Abdulghani A, Romano P, Chaudhari U, Dooley LT, Fasanmade AA, Wagner CL: Pharmacodynamic and pharmacokinetic response to anti-tumor necrosis factor-alpha monoclonal antibody (Infliximab) treatment of moderate to severe psoriasis vulgaris. J Amer Acad Dermatol 48:68–75, 2003b

Gottlieb AB, Matheson RT, Lowe N, et al: A randomized trial of etanercept as monotherapy for psoriasis. Arch Dermatol 139:1627–1632, 2003, discussion 1632

Gottlieb SL, Gilleaudeau P, Johnson R, Estes L, Woodworth TG, Gottlieb AB, Krueger JG: Response of psoriasis to a lymphocyte-selective toxin (DAB389IL-2) suggests a primary immune, but not keratinocyte, pathogenic basis. Nat Med 1:442–447, 1995

Greaves MW, Weinstein GD: Treatment of psoriasis. N Engl J Med 332:581–588, 1995

Gugasyan R, Voss A, Varigos G, et al: The transcription factors c-rel and RelA control epidermal development and homeostasis in embryonic and adult skin via distinct mechanisms. Mol Cell Biol 24:5733–5745, 2004

Jackson M, Howie SE, Weller R, Sabin E, Hunter JA, McKenzie RC: Psoriatic keratinocytes show reduced IRF-1 and STAT-1alpha activation in response to gamma-IFN. Faseb J 13:495–502, 1999

Kaufman CK, Fuchs E: It's got you covered. NF-kappaB in the epidermis. J Cell Biol 149:999–1004, 2000

Krueger JG: The immunologic basis for the treatment of psoriasis with new biologic agents. J Am Acad Dermatol 46:1–23, 2002, quiz 23–26

Lebwohl M: Psoriasis. Lancet 361:1197–1204, 2003

Lee EG, Boone DL, Chai S, Libby SL, Chien M, Lodolce JP, Ma A: Failure to regulate TNF-induced NF-kappaB and cell death responses in A20-deficient mice. Science 289:2350–2354, 2000

Lee RE, Gaspari AA, Lotze MT, Chang AE, Rosenberg SA: Interleukin 2 and psoriasis. Arch Dermatol 124:1811–1815, 1988

Maniatis T: Catalysis by a multiprotein IkappaB kinase complex. Science 278:818–819, 1997

McKenzie RC, Sabin E: Aberrant signalling and transcription factor activation as an explanation for the defective growth control and differentiation of keratinocytes in psoriasis: A hypothesis. Exp Dermatol 12:337–345, 2003

McKenzie RC, Sabin E, Szepietowski JC, Gracie JA, Forsey RJ, Howie S: Interferon gamma in keratinocytes in psoriasis. Eur J Dermatol 13:315–316, 2003

Nickoloff BJ, Basham TY, Merigan TC, Morhenn VB: Antiproliferative effects of recombinant alpha- and gamma-interferons on cultured human keratinocytes. Lab Invest 51:697–701, 1984

Ozes ON, Mayo LD, Gustin JA, Pfeffer SR, Pfeffer LM, Donner DB: NF-kappaB activation by tumour necrosis factor requires the Akt serine-threonine kinase. Nature 401:82–85, 1999

Qin JZ, Chaturvedi V, Denning MF, Choubey D, Diaz MO, Nickoloff BJ: Role of NF-kappaB in the apoptotic-resistant phenotype of keratinocytes. J Biol Chem 274:37957–37964, 1999

Rodriguez-Villanueva J, Greenhalgh D, Wang XJ, et al: Human keratin-1.bcl-2 transgenic mice aberrantly express keratin 6, exhibit reduced sensitivity

to keratinocyte cell death induction, and are susceptible to skin tumor formation. Oncogene 16:853–863, 1998

Romashkova JA, Makarov SS: NF-kappaB is a target of AKT in anti-apoptotic PDGF signalling. Nature 401:86–90, 1999

Saunders NA, Jetten AM: Control of growth regulatory and differentiation-specific genes in human epidermal keratinocytes by interferon gamma. Antagonism by retinoic acid and transforming growth factor beta 1. J Biol Chem 269:2016–2022, 1994

Schmitz ML: Function and activation of the transcription factor NF-kappa B in the response to toxins and pathogens. Toxicol Lett 82–83:407–411, 1995

Schmitz ML, Baeuerle PA: Multi-step activation of NF-kappa B/Rel transcription factors. Immunobiology 193:116–127, 1995

Schmitz ML, Stelzer G, Altmann H, Meisterernst M, Baeuerle PA: Interaction of the COOH-terminal transactivation domain of p65 NF-kappa B with TATA-binding protein, transcription factor IIB, and coactivators. J Biol Chem 270:7219–7226, 1995

Seitz CS, Deng H, Hinata K, Lin Q, Khavari PA: Nuclear factor kappaB subunits induce epithelial cell growth arrest. Cancer Res 60:4085–4092, 2000a

Seitz CS, Freiberg RA, Hinata K, Khavari PA: NF-kappaB determines localization and features of cell death in epidermis. J Clin Invest 105:253–260, 2000b

Sheppard KA, Rose DW, Haque ZK, et al: Transcriptional activation by NF-kappaB requires multiple coactivators. Mol Cell Biol 19:6367–6378, 1999

Siebenlist U, Franzoso G, Brown K: Structure, regulation and function of NF-kappa B. Annu Rev Cell Biol 10:405–455, 1994

Sonenshein GE: Rel/NF-kappa B transcription factors and the control of apoptosis. Semin Cancer Biol 8:113–119, 1997

Tak PP, Firestein GS: NF-kappaB: A key role in inflammatory diseases. J Clin Invest 107:7–11, 2001

Takao J, Yudate T, Das A, Shikano S, Bonkobara M, Ariizumi K, Cruz PD: Expression of NF-kappaB in epidermis and the relationship between NF-kappaB activation and inhibition of keratinocyte growth. Br J Dermatol 148:680–688, 2003

Takeda K, Takeuchi O, Tsujimura T, et al: Limb and skin abnormalities in mice lacking IKKalpha. Science 284:313–316, 1999

Valle Blazquez M, Luque I, Collantes E, Aranda E, Solana R, Pena J, Munoz E: Cellular redox status influences both cytotoxic and NF-kappa B activation in natural killer cells. Immunology 90:455–460, 1997

Wang D, Baldwin AS Jr: Activation of nuclear factor-kappaB-dependent transcription by tumor necrosis factor-alpha is mediated through phosphorylation of RelA/p65 on serine 529. J Biol Chem 273:29411–29416, 1998

Wang CY, Cusack JC Jr, Liu R, Baldwin AS Jr: Control of inducible chemoresistance: Enhanced anti-tumor therapy through increased apoptosis by inhibition of NF-kappaB. Nat Med 5:412–417, 1999a

Wang CY, Guttridge DC, Mayo MW, Baldwin AS Jr: NF-kappaB induces expression of the Bcl-2 homologue A1/Bfl-1 to preferentially suppress chemotherapy-induced apoptosis. Mol Cell Biol 19:5923–5929, 1999b

Wang YM, Seibenhener ML, Vandenplas ML, Wooten MW: Atypical PKC zeta is activated by ceramide, resulting in coactivation of NF-kappaB/JNK kinase and cell survival. J Neurosci Res 55:293–302, 1999c

Watanabe T, Kitani A, Murray PJ, Strober W: NOD2 is a negative regulator of Toll-like receptor 2-mediated T helper type 1 responses. Nat Immunol 5:800–808, 2004

Werner S, Smola H: Paracrine regulation of keratinocyte proliferation and differentiation. Trends Cell Biol 11:143–146, 2001

Wilson JB, Weinberg W, Johnson R, Yuspa S, Levine AJ: Expression of the BNLF-1 oncogene of Epstein-Barr virus in the skin of transgenic mice induces hyperplasia and aberrant expression of keratin 6. Cell 61:1315–1327, 1990

Wrone-Smith T, Mitra RS, Thompson CB, Jasty R, Castle VP, Nickoloff BJ: Keratinocytes derived from psoriatic plaques are resistant to apoptosis compared with normal skin. Am J Pathol 151:1321–1329, 1997

Yawalkar N, Karlen S, Hunger R, Brand CU, Braathen LR: Expression of interleukin-12 is increased in psoriatic skin. J Invest Dermatol 111:1053–1057, 1998

Zhong H, SuYang H, Erdjument-Bromage H, Tempst P, Ghosh S: The transcriptional activity of NF-kappaB is regulated by the IkappaBalpha-associated PKAc subunit through a cyclic AMP-independent mechanism. Cell 89:413–424, 1997

Zhong H, Voll RE, Ghosh S: Phosphorylation of NF-kappa B p65 by PKA stimulates transcriptional activity by promoting a novel bivalent interaction with the coactivator CBP/p300. Mol Cell 1:661–671, 1998

Zollner TM, Podda M, Pien C, Elliott PJ, Kaufmann R, Boehncke WH: Proteasome inhibition reduces superantigen-mediated T cell activation and the severity of psoriasis in a SCID-hu model. J Clin Invest 109:671–679, 2002

# EXHIBIT 2

IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA  92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900

LOS ANGELES, CALIFORNIA  90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7190
FACSIMILE (310) 203-7199

May 15, 2007

**VIA E-MAIL**

Laura M. Burson
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017

Re:    *Amgen Inc. et al. v. ARIAD Pharms., Inc. et al.*, C.A. No. 06-259-MPT

Dear Laura:

I write in response to your letter of May 14, 2007, which is the first communication of any kind that we have received from Amgen concerning the subpoena served on Alice B. Gottlieb.

Prior to serving the subpoena, I contacted Dr. Gottlieb as a courtesy so that the subpoena would not be a surprise to her. Dr. Gottlieb told me that she was not already represented by any attorneys with respect to the case, and that she had not been contacted by attorneys representing Amgen. She told me that she would be sending a copy of the subpoena to the legal office at her institution.

Shortly after service of the subpoena, George Wakeman called me and informed me that he would be representing Dr. Gottlieb for purposes of the subpoena. Mr. Wakeman did not mention anything about representation of Dr. Gottlieb by Kirkland & Ellis, did not limit the scope of his representation of Dr. Gottlieb to Dr. Gottlieb's work at New England Medical Center as you did in your May 14 letter, and did not say anything about Dr. Gottlieb's serving as a consulting expert in this case.

I told Mr. Wakeman that we wanted to minimize the burden on Dr. Gottlieb, and would be agreeable to changes in the noticed dates. I also explained that we have a tight discovery schedule in the case that unfortunately makes it impossible to extend the noticed dates very much. Mr. Wakeman said that he did not yet know when Dr. Gottlieb would be available for deposition, or when Dr. Gottlieb would produce documents. I explained that we would need to know when Dr. Gottlieb would be available for deposition before we could fairly consider proposed dates for document production. I called and left a message for Mr. Wakeman on Friday of last week after I did not hear from him about Dr. Gottlieb's availability. I called again yesterday, before I received your letter. Mr. Wakeman responded to my messages, but stated that he still could not provide dates when Dr. Gottlieb

I R E L L  &  M A N E L L A  LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

Laura M. Burson
May 15, 2007
Page 2


would be available.  He did not renew his previous request for an extension to respond to the document requests.[1]  I have attached Mr. Wakeman's correspondence for your reference.

You asked for an explanation regarding why ARIAD is entitled to discovery from Dr. Gottlieb when Amgen is not entitled to discovery from ARIAD's consultant Dr. Verma.  The situations are not comparable.  Dr. Verma has long been a retained consultant in connection with proceedings involving the '516 patent, including this case.  Dr. Gottlieb possesses factual information related to her own studies on the effects of Enbrel on NF-kB dating from 2005.  In this respect, I draw your attention to Dr. Gottlieb's 2005 article in the Journal of Investigative Dermatology, which was attached as Exhibit A to the subpoena.  Dr. Gottlieb did not perform the studies on Enbrel and NF-kB while she was a consultant in this case, and our request for her deposition has nothing to do with her status as a litigation consultant.  Indeed, it appears that Amgen retained Dr. Gottlieb as a litigation consultant only after service of the subpoena on May 7, 2007.  In any event, ARIAD seeks no information related to any consulting Dr. Gottlieb may have performed in this case over the past week.  It is apparent that Amgen is trying to use its late retention of Dr. Gottlieb in this case solely to screen Dr. Gottlieb from ARIAD's proper discovery requests directed to her as a fact witness regarding work she did before her retention as a litigation consultant.

Please let me know when Dr. Gottlieb will be producing documents and when she will be available for deposition in Boston.

Very truly yours,

/s/ Amir A. Naini

Amir A. Naini

cc:     George Wakeman, Esq. (via e-mail)


---

[1] I also note that you could have called me to inform me that you are representing Dr. Gottlieb and to request an extension rather than accuse me of "hardball tactics."  We remain open to reasonable requests for extensions and changes to noticed dates in the case.

**Naini, Amir**

| | |
|---|---|
| **From:** | George E. Wakeman, Jr. [GWakeman@adlercohen.com] |
| **Sent:** | Wednesday, May 09, 2007 11:19 AM |
| **To:** | Naini, Amir |
| **Subject:** | Amgen v. Ariad Pharmaceuticals |
| **Attachments:** | LTR-NAINI-AMGEN RE. REPRESENTATION (0374847).pdf |

Dear Attorney Naini,

I've attached my letter of representation, also coming by regular mail.

Thank you again for your cooperation in rescheduling the deposition.  As soon as I have alternative dates from Dr. Gottlieb, I will be in touch.  Please do not hesitate to call me in the meantime.


*George E. Wakeman, Jr.*
*Adler, Cohen, Harvey, Wakeman*
*& Guekguezian, LLP*

*Main Office:*          *Rhode Island Office:*
*75 Federal Street*      *123 Dyer Street*
*Boston, MA  02110*      *Providence, RI  02903*
*(617) 423-6674*         *(401) 521-6100*

**gwakeman@adlercohen.com**
**www.adlerchohen.com**

# ADLER, COHEN, HARVEY,
# WAKEMAN & GUEKGUEZIAN

#### A LIMITED LIABILITY PARTNERSHIP
#### ATTORNEYS AT LAW

SIDNEY W. ADLER
ELLEN EPSTEIN COHEN
ALEXANDRA B. HARVEY
GEORGE E. WAKEMAN, JR.*
A. BERNARD GUEKGUEZIAN
MICHAEL F. CONWAY
JENNIFER BOYD HERLIHY*
ERIN M. BROWN
KRISTEN L. CLARKE
JUDITH FEINBERG
BROOKS L. GLAHN
JOHN R. PELLETIER
MICHAEL B. BARKLEY
GABRIEL W. BELL
E. AMY TUCCI*
TIMOTHY M. ZABBO*
LONNA M. STEINBERG

*also admitted in RI
*also admitted in CT

May 9, 2007

Amir Naini, Esquire
Irell & Manella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Re: Amgen v. Ariad Pharmaceuticals, et al

Dear Mr. Naini:

In follow up to our telephone call today, please be advised that I have been retained to represent Dr. Alice B. Gottlieb in connection with her deposition in the above-referenced matter. Please direct all future communications to my attention.

As I explained, Dr. Gottlieb is not available on May 21, 2007 for her deposition. I appreciate your willingness to reschedule the deposition, and will contact you with alternative dates as soon as possible.

Please do not hesitate to call me with any questions.

Very truly yours,

George E. Wakeman, Jr.

/gew

MAIN OFFICE: 75 FEDERAL STREET, BOSTON, MASSACHUSETTS 02110 / 617 423 6674
123 DYER STREET, PROVIDENCE, RHODE ISLAND 02903 / 401 521 6100
TELEFAX 617 423 7152 / E-MAIL ADLERCOHEN@ADLERCOHEN.COM / WEBSITE WWW.ADLERCOHEN.COM

**Naini, Amir**

---

**From:**  George E. Wakeman, Jr. [GWakeman@adlercohen.com]
**Sent:**  Monday, May 14, 2007 2:16 PM
**To:**  Naini, Amir
**Subject:** Amgen v. Ariad

Dear Amir,

I'm not in office this afternoon, but wanted to respond to your email re: Dr. Gottlieb's availability for deposition. She is not back in Mass until tomorrow late, and I will not be able to speak w/her until then re: availability.  I will advise re: alternative dates as soon as I have further information.

George Wakeman

*George E. Wakeman, Jr.*
*Adler, Cohen, Harvey, Wakeman*
*& Guekguezian, LLP*

*Main Office:*          *Rhode Island Office:*
*75 Federal Street*       *123 Dyer Street*
*Boston, MA  02110*      *Providence, RI  02903*
*(617) 423-6674*        *(401) 521-6100*

**gwakeman@adlercohen.com**
**www.adlerchohen.com**

# EXHIBIT 3

# ADLER, COHEN, HARVEY,
# WAKEMAN & GUEKGUEZIAN

### A LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AT LAW

SIDNEY W. ADLER
ELLEN EPSTEIN COHEN
ALEXANDRA B. HARVEY
GEORGE E. WAKEMAN, JR.*
A. BERNARD GUEKGUEZIAN
MICHAEL F. CONWAY
JENNIFER BOYD HERLIHY*
ERIN M. BROWN
KRISTEN L. CLARKE
JUDITH FEINBERG
BROOKS L. GLAHN
JOHN R. PELLETIER
MICHAEL B. BARKLEY
GABRIEL W. BELL
E. AMY TUCCI*
TIMOTHY M. ZABBO*
LONNA M. STEINBERG

*also admitted in RI
*also admitted in CT

May 9, 2007

Amir Naini, Esquire
Irell & Manella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067

Re: Amgen v. Ariad Pharmaceuticals, et al

Dear Mr. Naini:

In follow up to our telephone call today, please be advised that I have been retained to represent Dr. Alice B. Gottlieb in connection with her deposition in the above-referenced matter. Please direct all future communications to my attention.

As I explained, Dr. Gottlieb is not available on May 21, 2007 for her deposition. I appreciate your willingness to reschedule the deposition, and will contact you with alternative dates as soon as possible.

Please do not hesitate to call me with any questions.

Very truly yours,

George E. Wakeman, Jr.

/gew

# EXHIBIT 4

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

777 South Figueroa Street
Los Angeles, California  90017

Laura Burson
To Call Writer Directly:
213 680-8270
lburson@kirkland.com

213 680-8400

www.kirkland.com

Facsimile:
213 808-8087

May 14, 2007

## VIA EMAIL/HAND DELIVERY

Amir Naini, Esq.
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276

Re:    *Amgen et al. v. ARIAD Pharmaceuticals, Inc.*, D. Del. Civil Action No. 06-259-MPT

Dear Amir:

I write to inform you that Dr. Alice Gottlieb is and has been retained as a consulting expert in the above-titled case.  As such, Kirkland & Ellis will be representing her for purposes of responding to your subpoena, including any production of documents and deposition that may ultimately occur.[1]

We were disappointed by your refusal to agree to even a modest extension of time for Dr. Gottlieb to object to ARIAD's document subpoena, despite the fact that she had an unreasonably short time period for response.  Such hardball tactics are not appreciated, and are inconsistent with the practice of showing the professional courtesy of agreeing to reasonable requests for extensions without seeking to impose the conditions you sought to impose on Dr. Gottlieb. Discovery and cooperation will be a two-way street in this case, and it is unfortunate that you have chosen to take a different approach than the cooperative relationship we have tried to foster with your colleagues.  In any event, we understand from your position relating to the dates noticed in the subpoena to Dr. Gottlieb that the parties are operating forthwith on the basis that all dates noticed in a subpoena and/or deposition notice are firm and dates by which all witnesses

---

[1]    George Wakeman's firm may also represent Dr. Gottlieb with respect to her work with the New England Medical Center.

## KIRKLAND & ELLIS LLP

May 14, 2007
Page 2

are expected to comply. Please confirm that this is the way you would like to litigate this case from now on.

In any event, it would be manifestly unfair for ARIAD to insist that Amgen's consulting experts are subject to discovery at the same time ARIAD insists its own are not. Please explain why you should be entitled to any discovery from Dr. Gottlieb (a consultant for Amgen), when you have previously taken the position that we are not entitled to discovery of Dr. Verma (a consultant for ARIAD). We attach a service copy of Dr. Gottlieb's objections to the subpoena *duces tecum* served in this case. You can see that Dr. Gottlieb has objected to all of the document requests on the basis, *inter alia*, that she is a consulting expert for Amgen -- in accordance with ARIAD's position relating to Dr. Verma.

I look forward to your response. Please let me know if you have any questions.

Very truly yours,

Laura M. Burson

K&E 11808643.

# EXHIBIT 5

-----Original Message-----
From: George E. Wakeman, Jr. [mailto:GWakeman@adlercohen.com]
Sent: Wednesday, May 16, 2007 9:29 AM
To: Naini, Amir
Cc: Laura Burson
Subject: RE: Amgen v. ARIAD: Please see attached letter

Dear Attorney Naini,

Thank you for cc'ing me on your email to attorney Burson re: Dr.
Gottlieb's deposition.  Please be advised that I will be representing Dr. Gottlieb as personal counsel in connection with her deposition regarding any matters involving her or NEMC.  I leave the issue of Dr.
Gottlieb's role as an expert of any description in this particular matter for discussion between you and attorney Burson.

Regarding dates for rescheduling Dr. Gottlieb's deposition, as you know she has just returned from being out of state and her schedule is accordingly a bit hectic.  I have had some limited communication with her and am working on coordinating available dates for her appearance at a deposition.  It would be very helpful if you could provide me with your best estimate of how long you anticipate her deposition might take, as that will factor heavily in terms of availability.

Thank you for your attention in this matter.


George E. Wakeman, Jr.
Adler, Cohen, Harvey, Wakeman
& Guekguezian, LLP

Main Office:                          Rhode Island Office:
75 Federal Street                     123 Dyer Street
Boston, MA  02110                      Providence, RI  02903
(617) 423-6674                        (401) 521-6100

gwakeman@adlercohen.com
www.adlerchohen.com



-----Original Message-----
From: Naini, Amir [mailto:ANaini@irell.com]
Sent: Tuesday, May 15, 2007 8:01 PM
To: George E. Wakeman, Jr.
Subject: Amgen v. ARIAD: Please see attached letter


ccmailg.irell.com made the following

annotations--------------------------------------------------------------
--------PLEASE
NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.


--------------------------------------------------------------------