IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, <br><br> Defendants. <br><br><br> ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH, <br><br> Counterclaim Defendants. | C.A. No. 06-259-MPT |

### COUNTERCLAIM DEFENDANT WYETH'S MOTION TO SEVER AND STAY ARIAD AND THE INSTITUTIONS' COUNTERCLAIM

Counterclaim Defendant Wyeth hereby respectfully moves the Court to sever the counterclaim against it filed in this case by Massachusetts Institute of Technology, The President and Fellows of Harvard College, The Whitehead Institute for Biomedical Research (collectively "the Institutions"), and Ariad Pharmaceuticals, Inc. ("Ariad"). Wyeth further moves this Court to stay the severed counterclaim pending the final resolution of the pending litigation between Ariad, the Institutions, and Amgen Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing Limited, and Immunex Rhode Island Corporation. The grounds for this motion are fully set forth in

Wyeth's opening memorandum and the supporting declaration of Robert D. Bajefsky, which are being served and filed contemporaneously herewith.

*Of Counsel:*

Robert D. Bajefsky
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, District of Columbia 20001
(202) 408-4000

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
(571) 203-2700

Dated: June 4, 2007

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (# 2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7509

*Attorney for Counterclaim Defendant Wyeth*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that, on June 4, 2007, I caused to be sent by hand delivery and electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick
John T. Day
Tiffany Geyer Lyden
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

Melanie K. Sharp
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

I hereby certify that on June 4, 2007, the foregoing document was sent via Federal Express to the following non-registered participants in the manner indicated:

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Los Angeles, CA  60601

J. Drew Diamond
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017

_____
Anne Shea Gaza (#4093)
gaza@rlf.com

## RULE 7.1.1 CERTIFICATION

Counsel for Counterclaim Defendant Wyeth hereby certifies that opposing counsel was contacted in an effort to reach agreement on the matters set forth in this Motion, and that no agreement was reached.

Date: June 4, 2007

_Anne Shea Gaza_
Anne Shea Gaza (#4093)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Defendants.<br><br>ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>Counterclaim Defendants. | C.A. No. 06-259-MPT |

[PROPOSED] ORDER GRANTING
WYETH'S MOTION TO SEVER AND STAY
ARIAD AND THE INSTITUTIONS' COUNTERCLAIM

Upon consideration of Wyeth's Motion to Sever and Stay Ariad and the Institutions' Counterclaim, IT IS HEREBY ORDERED that Ariad and the Institutions' counterclaim against Wyeth for infringement of U.S. Patent No. 6,410,516 is severed from this action pursuant to Fed. R. Civ. P. 21. The Clerk is directed to assign a new docket number and case file to the severed counterclaim, to be captioned: Ariad Pharmaceuticals, Inc., Massachusetts Institute of Technology, The President and Fellows of Harvard College, and The Whitehead Institute for Biomedical Research v. Wyeth. All costs and fees with respect to that new case file are hereby waived.

- 1 -

RLF1-3159958-1

IT IS FURTHER ORDERED that the new case against Wyeth be stayed pending final resolution of this action, unless otherwise ordered by this Court.

Dated: _____, 2007

_____
Mary Pat Thynge
United States Magistrate Judge