IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>    Defendants<br><br>ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>    Counterclaim Defendants. | C.A. No. 06-259-MPT<br><br>**REDACTED<br>PUBLIC VERSION** |

### DECLARATION OF ROBERT D. BAJEFSKY
### IN SUPPORT OF
### COUNTERCLAIM DEFENDANT WYETH'S
### MOTION TO SEVER AND STAY ARIAD AND THE INSTITUTIONS'
### COUNTERCLAIM

I, Robert D. Bajefsky, declare:

1.     I am a partner in the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., attorneys of record for Wyeth in the above-captioned action. I am admitted to practice law before the courts of the District of Columbia and am a member of the District of Columbia Bar. My application for admission *pro hac vice* in this matter was granted on May 11, 2007.

2. I make this declaration of my own personal knowledge. I am familiar with the facts, pleadings, and records in this action, and if called upon to testify, I could and would testify as follows.

3. Attached hereto as Exhibit A is a true and correct copy of the Amended and Restated Promotion Agreement between Immunex Corporation, American Home Products Corporation and Amgen, Inc.

4. Attached hereto as Exhibit B is a true and correct copy of a letter dated May 7, 2007, from Richard M. Birnholz to Marcus E. Sernel and me.

Signed this 4th day of June, 2007.

Robert D. Bajefsky

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that, on June 5, 2007, I caused to be sent by hand delivery and electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick
John T. Day
Tiffany Geyer Lyden
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

Melanie K. Sharp
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

I hereby certify that on June 5, 2007, the foregoing document was sent via Federal Express to the following non-registered participants in the manner indicated:

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

J. Drew Diamond
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017

_____
Anne Shea Gaza (#4093)
gaza@rlf.com

# EXHIBIT A

REDACTED

# EXHIBIT B

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7052
FACSIMILE (310) 203-7199
rbirnholz@irell.com

May 7, 2007

**VIA E-MAIL**

Marcus E. Sernel, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601-6636

Robert D. Bajefsky, Esq.
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Re:   Amgen Inc. v. ARIAD Pharmaceuticals, Inc.

Dear Marc and Bob:

I write further to my letter of May 2, 2007 to Marc, and Marc's initial conversation with David Gindler regarding the case schedule. As we have discussed previously with Amgen, it is apparent that the current case schedule is not workable, particularly in light of the very recent addition of four new parties (including new parties on both sides of the case), ARIAD's assertion of counterclaims against Amgen and Wyeth, and the state of the extensive discovery that is underway. Wyeth has not yet even appeared in the action. Moreover, several additional months are required for ARIAD to perform experiments necessary to complete our investigation of infringement of additional claims.

With this in mind, below is a revised proposed case schedule:

|  | **Current Schedule** | **Proposed Schedule** |
|---|---|---|
| Fact Discovery Cutoff | 6/13/07 | 12/31/07 |
| Expert Discovery Cutoff | 10/1/07 | 3/14/08 |
| Expert Testimony Disclosure | 7/7/07 (rebuttal 9/7/07) | 1/18/08 (rebuttal 2/29/08) |
| Interim Status Report | 8/15/07 | 2/8/08 |
| Tutorial (completed 5/1/07) | N/A | N/A |
| Case Dispositive Motions | 10/29/07 (answer 11/29/07, reply 12/14/07) | 4/11/08 (answer 5/9/08, reply 5/23/08) |
| Exchange List of Claim Constructions | 10/8/07 | 3/21/08 |

1688979

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

Marcus E. Sernel, Esq.
Robert D. Bajefsky, Esq.
May 7, 2007
Page 2

| Initial Briefs on Claim Construction | 10/29/07 (responsive brief 11/29/07) | 4/11/08 (responsive brief 5/9/08) |
|---|---|---|
| Hearing on Claim Construction | 1/7/08 | 6/6/08 |
| Pretrial Conference | 4/22/08 | 7/25/08 |
| Trial | 5/12/08 | 9/15/08 |

We of course would prefer to resolve this issue by agreement rather than motion practice. Please let us know as soon as possible, and no later than noon Pacific Time on Tuesday, May 8, 2007, if the above revised dates are acceptable.

While Wyeth has not yet appeared in the case, I have included their counsel as an addressee on this letter as a courtesy.

Very truly yours,

Richard M. Birnholz

cc:   Steven J. Balick, Esq.
      Melanie K. Sharp, Esq.
      Frederick Cottrell, III, Esq.

1688979