IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>Defendants. | Civil Action No. 06-259 (MPT) |
| ARIAD PHARMACEUTICALS, INC., a Delaware corporation, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>Counterclaim Plaintiffs,<br>v.<br><br>AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, and WYETH,<br><br>Counterclaim Defendants. | |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs and Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island

Corporation, hereby certify that a copy of The Amgen Entities' Objections to ARIAD's Seventh Notice of Deposition of Plaintiffs Pursuant to Federal Rule of Civil Procedure 30(b)(6) and this Notice, were caused to be served on June 11, 2007, upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY & E-MAIL**

| | |
|---|---|
| John G. Day | Frederick L. Cottrell, III |
| Steven J. Balick | Anne Shea Gaza |
| Tiffany Geyer Lydon | Richards Layton & Finger, P.A. |
| Ashby & Geddes | One Rodney Square |
| 500 Delaware Avenue, 8th Floor | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

**BY E-MAIL (by agreement of counsel)**

| | |
|---|---|
| Charles E. Lipsey | Morgan Chu |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | David I. Gindler |
| Two Freedom Square | Amir A. Naini |
| 11955 Freedom Drive, Suite 800 | Christopher M. Newman |
| Reston, VA 20190-5675 | Elizabeth L. Rosenblatt |
| | Irell & Manella LLP |
| | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, CA 90067-4276 |

Howard W. Levine
Robert D. Bajefsky
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Additionally, the undersigned counsel further certifies that a copy of this Notice was caused to be filed with the Clerk of the Court using CM/ECF, which will send electronic notice of such filing to the above counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Mary F. Dugan*

Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391

Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Mark A. Pals
Marcus E. Sernel
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000

Drew Diamond
KIRKLAND & ELLIS LLP
South Figueroa Street
Los Angeles, CA 900017-5800
(213) 680-8400

*Attorneys for Plaintiffs Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation*

DATED: June 11, 2007