IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | ) ) ) ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH, | ) ) ) ) ) | |
| Counterclaim Defendants. | ) | |

**STIPULATED ORDER AMENDING PROTECTIVE ORDER**

WHEREAS, a stipulated protective order (D.I. 98) (the "Protective Order") was filed in the captioned action on October 25, 2006 and was entered by the Court on October 26, 2006;

WHEREAS, on April 13, 2007 plaintiffs amended their complaint to add The Whitehead Institute for Biomedical Research ("Whitehead") as a defendant;

WHEREAS, on April 14, 2007 ARIAD and Whitehead answered the amended complaint and asserted a counterclaim in which The Massachusetts Institute of Technology ("MIT") and The President and Fellows of Harvard College ("Harvard") were added to the case as counterclaim plaintiffs, and in which Wyeth was added to the case as a counterclaim defendant; and

WHEREAS, all parties agree that the Protective Order should be amended to include MIT, Harvard, Whitehead, and Wyeth; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the Protective Order is amended as follows, but that all other terms thereof shall remain unchanged and in full force and effect:

1. The unnumbered introductory paragraph on the first page of the Protective Order shall include MIT, Harvard, Whitehead, and Wyeth among the parties who "expect discovery requests made in this Litigation to encompass certain information which may constitute trade secrets and/or other confidential research, development or commercial information within the meaning of Federal Rule of Civil Procedure 26(c)," and who stipulate to the terms of the Protective Order.

2. Paragraph I.3., which appears on page 2 of the Protective Order, shall include the following individuals as "Designated Inside Counsel:"

        For MIT:        Tena Herlihy, Mark DiVincenzo, and Richelle Nessralla

        For Harvard:        Jonathan Hulbert and Ellen Berkman

        For Whitehead:        Monica Gerber

      For Wyeth:      David A. Manspeizer, Susan Lee, and Gregory A. Chopskie, and three other in-house attorneys that may be designated at any time during this Litigation.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| */s/ Mary F. Dugan* | */s/ Steven J. Balick* |
| _____ | _____ |
| Melanie K. Sharp (I.D. #2501) | Steven J. Balick (I.D. #2114) |
| Mary F. Dugan (I.D. #4704) | John G. Day (I.D. #2403) |
| The Brandywine Building | Lauren E. Maguire (I.D. #4261) |
| 1000 West Street, 17th Floor | 500 Delaware Avenue, 8th Floor |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants and Counterclaim Plaintiffs* |

RICHARDS, LAYTON & FINGER

*/s/ Anne Shea Gaza*
_____
Frederick L. Cottrell, III (I.D. #2555)
Anne Shea Gaza (I.D. #4093)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for Counterclaim Defendant Wyeth*

      SO ORDERED this _____ day of _____, 2007.

      _____
      United States Magistrate Judge

181324.1