IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>                 Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>                 Defendants. | REDACTED<br>PUBLIC VERSION<br><br>C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>                 Counterclaim-Plaintiffs,<br><br>v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>                 Counterclaim-Defendants. | |

**DECLARATION OF RICHARD BIRNHOLZ IN SUPPORT OF
COUNTERCLAIM-PLAINTIFFS' MOTION FOR LEAVE TO FILE
<u>AMENDED COUNTERCLAIMS ASSERTING ADDITIONAL CLAIMS</u>**

1711472

I, Richard Birnholz, declare as follows:

1. I am a partner at Irell & Manella LLP, counsel for ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, the President and Fellows of Harvard College, and the Whitehead Institute for Biomedical Research (collectively "Counterclaim Plaintiffs") in connection with this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I make this declaration in support of Counterclaim-Plaintiffs' Reply in Support of their Motion for Leave to File Amended Counterclaims Asserting Additional Claims. (D.I. 292).

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from an FDA submission that Amgen produced in this litigation on April 10, 2007 (pages AM-AR433119-134 and AM-AR0433148-165).

**REDACTED**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Richard Birnholz, Esq.

1711472

- 2 -

# EXHIBIT A

0.

# REDACTED