IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Defendants. | C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Counterclaim Plaintiffs,<br>v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA, INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH<br><br>Counterclaim Defendants. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 29, 2007 true and correct copies of Wyeth's Objections to Defendant and Counterclaim Plaintiff Ariad Pharmaceuticals, Inc.'s First Notice of Deposition of Wyeth Pursuant to Federal Rule of Civil Procedure 30(b)(6) were served on counsel in the following manner:

**VIA HAND DELIVERY**
Steven J. Balick
John T. Day
Tiffany Geyer Lyden
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA HAND DELIVERY**
Melanie K. Sharp
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**
Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

**VIA ELECTRONIC MAIL**
Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**VIA ELECTRONIC MAIL**
J. Drew Diamond
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

*Of Counsel*:

Robert D. Bajefsky
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, District of Columbia 20001
(202) 408-4000

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
(571) 203-2700

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (I.D. # 2555)
*cottrell@rlf.com*
Anne Shea Gaza (I.D. # 4093)
*gaza@rlf.com*
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Counterclaim Defendant Wyeth*

RLF1-3173101-1

Robert C. Stanley
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
303 Peachtree Street, N.E.
Sun Trust Plaza, Suite 3500
Atlanta, Georgia 30308
(404) 653-6400

Dated:  June 29, 2007

-3-

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 29, 2007, I caused to be sent by hand delivery and electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick
John T. Day
Tiffany Geyer Lyden
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

Melanie K. Sharp
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

I hereby certify that on June 29, 2007, the foregoing document was sent via Electronic Mail to the following non-registered participants:

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

J. Drew Diamond
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017

Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3159971-1