IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-259-MPT |
| v. | ) ) | |
| ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | ) ) ) | **REDACTED PUBLIC VERSION** |
| Defendants | ) ) ) | JULY 2, 2007 |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH | ) ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH, | ) ) ) ) | |
| Counterclaim Defendants. | ) ) | |

**DECLARATION OF
GREGORY A. CHOPSKIE**

I, Gregory A. Chopskie, make this declaration based on my personal knowledge and belief:

1. I am a citizen of the United States of America and am over eighteen years of age.

2. I am currently employed by Wyeth and have been since 2004. My current title is Patent Litigation Counsel and my duties involve, among other things, coordinating Wyeth's defense of Ariad's counterclaim presented in the above-captioned lawsuit.

3. 

**REDACTED**

## REDACTED

I declare until penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of June, 2007, at Madison, New Jersey.

_____
Gregory A. Chopskie

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 25, 2007, I caused to be sent by hand delivery and electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick<br>John T. Day<br>Tiffany Geyer Lyden<br>Lauren E. Maguire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Melanie K. Sharp<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P. O. Box 391<br>Wilmington, DE 19899 |

I hereby certify that on June 25, 2007, the foregoing document was sent via Federal Express to the following non-registered participants in the manner indicated:

| | |
|---|---|
| Morgan Chu<br>David I. Gindler<br>Elizabeth Rosenblatt<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067 | Marcus E. Sernel<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br><br>J. Drew Diamond<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017 |

Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3159971-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 2, 2007, I caused to be sent by hand delivery and electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick
John T. Day
Tiffany Geyer Lyden
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

Melanie K. Sharp
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

I hereby certify that on July 2, 2007, the foregoing document was sent via Electronic Mail to the following non-registered participants:

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

J. Drew Diamond
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017

Anne Shea Gaza (#4093)
gaza@rlf.com