# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 3, 2007

The Honorable Mary Pat Thynge　　　　　　　　　　VIA ELECTRONIC FILING
United States District Court
844 North King Street
Wilmington, Delaware 19810

　　　　Re:　*Amgen Inc., et al. v. ARIAD Pharmaceuticals, et al.*, C.A. No. 06-259-MPT

Dear Judge Thynge:

　　　　Currently pending before the Court in the above action are two fully briefed motions – ARIAD's motion for leave to amend its counterclaims (D.I. 291) and Wyeth's motion to sever and stay ARIAD's counterclaims (D.I. 305). Wyeth recently requested oral argument on its motion. Although ARIAD remains content for the Court to decide both motions on the papers, we are writing simply to note that if the Court elects to hear argument on Wyeth's motion, we would be pleased to present argument on ARIAD's motion at the same hearing if Your Honor would find that helpful.

　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　/s/ *Steven J. Balick*

　　　　　　　　　　　　　　　　　　　　　Steven J. Balick

SJB/rbg
182038.1
cc:　　David I. Gindler, Esquire (via electronic mail)
　　　　Melanie K. Sharp, Esquire (by hand and via electronic mail)
　　　　Marcus E. Sernel, Esquire (via electronic mail)
　　　　Frederick L. Cottrell, III, Esquire (by hand and via electronic mail)
　　　　Charles E. Lipsey, Esquire (via electronic mail)
　　　　Robert D. Bajefsky, Esquire (via electronic mail)