IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation;                    )
IMMUNEX CORPORATION, a Washington                       )
corporation; AMGEN USA INC., a Delaware                 )
corporation; AMGEN MANUFACTURING,                       )
LIMITED, a Bermuda Corporation, and                     )
IMMUNEX RHODE ISLAND                                    )
CORPORATION, a Delaware corporation,                    )
                                                        )   Civil Action No. 06-259 (MPT)
            Plaintiffs,                                 )
                                                        )
                                                        )
        v.                                              )
                                                        )
                                                        )
ARIAD PHARMACEUTICALS, INC., a                          )
Delaware corporation, and THE WHITEHEAD                 )
INSTITUTE FOR BIOMEDICAL RESEARCH,                      )
a Delaware corporation,                                 )
                                                        )
            Defendants.                                 )
                                                        )
_____                )
                                                        )
ARIAD PHARMACEUTICALS, INC., a                          )
Delaware corporation, MASSACHUSETTS                     )
INSTITUTE OF TECHNOLOGY, THE                            )
PRESIDENT AND FELLOWS OF HARVARD                        )
COLLEGE, and THE WHITEHEAD                              )
INSTITUTE FOR BIOMEDICAL RESEARCH,                      )
a Delaware corporation,                                 )
                                                        )
            Counterclaim Plaintiffs,                    )
        v.                                              )
                                                        )
                                                        )
AMGEN, INC., a Delaware corporation;                    )
IMMUNEX CORPORATION, a Washington                       )
corporation; AMGEN USA INC., a Delaware                 )
corporation; AMGEN MANUFACTURING,                       )
LIMITED, a Bermuda Corporation, and                     )
IMMUNEX RHODE ISLAND                                    )
CORPORATION, a Delaware corporation, and                )
WYETH,                                                  )
                                                        )
            Counterclaim Defendants.                    )

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs and Counterclaim Defendants Amgen, Inc., Immunex

Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island

Corporation, hereby certify that a copy of The Amgen Entities' Responses To Ariad's Third Set Of

Requests For Production Of Documents and this Notice, were caused to be served on July 11, 2007

upon the following counsel of record in the manner indicated below:


**BY HAND DELIVERY & E-MAIL**

John G. Day                                    Frederick L. Cottrell, III
Steven J. Balick                               Anne Shea Gaza
Tiffany Geyer Lydon                            Richards Layton & Finger, P.A.
Ashby & Geddes                                 One Rodney Square
500 Delaware Avenue, 8th Floor                 920 North King Street
Wilmington, DE 19801                           Wilmington, DE 19801


**BY E-MAIL (by agreement of counsel)**

Charles E. Lipsey                                          Morgan Chu
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP        David I. Gindler
Two Freedom Square                                         Amir A. Naini
11955 Freedom Drive, Suite 800                             Christopher M. Newman
Reston, VA 20190-5675                                      Elizabeth L. Rosenblatt
                                                           Irell & Manella LLP
                                                           1800 Avenue of the Stars, Suite 900
                                                           Los Angeles, CA 90067-4276


Howard W. Levine
Robert D. Bajefsky
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413


   Additionally, the undersigned counsel further certifies that a copy of this Notice was

caused to be filed with the Clerk of the Court using CM/ECF, which will send electronic notice

of such filing to the above counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP


____/s/ Melanie K. Sharp_____
Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
P.O. Box 391

Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Mark A. Pals
Marcus E. Sernel
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601-6636
(312)861-2000

Drew Diamond
KIRKLAND & ELLIS LLP
South Figueroa Street
Los Angeles, CA  900017-5800
(213)680-8400

*Attorneys for Plaintiffs Amgen, Inc., Immunex Corporation,
Amgen USA Inc., Amgen Manufacturing, Limited, and
Immunex Rhode Island Corporation*

Dated:  July 11, 2007