IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANU-FACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION <br><br> Plaintiffs, <br><br> v. <br><br> ARIAD PHARMACEUTICALS, INC. <br><br> Defendant. | C. A. No. 06-259-MPT |

## ORDER

At Wilmington this **18th day of July, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, July 24, 2007 at 11:30 a.m. Eastern Time** with Judge Thynge to address a discovery dispute. **John Day, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE