IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANU-FACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARIAD PHARMACEUTICALS, INC.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 06-259-MPT<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this **31st** day of **July, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, August 3, 2007 at 1:30 p.m. Eastern Time** with Judge Thynge. **Counsel for Ariad shall initiate the teleconference call.** The purpose of the teleconference is to discuss Ariad's Motion to Amend the Complaint, and for the parties to answer inquiries that the Court has regarding their arguments presented in their briefing.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

　　　　　　　　　　　　　　　　　　/s/ Mary Pat Thynge
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE