IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | : : : : : : | |
| Plaintiffs. | : : | |
| v. | : : | C. A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC. | : : | |
| Defendant. | : | |

**AMENDED ORDER**

At Wilmington this **3rd** day of **August, 2007**.

The Ordered dated August 3, 2007, which is D.I. 372, is amended as follows:

IT IS ORDERED that the transcript of the August 3, 2007 teleconference and the discussions and rulings made during the August 3, 2007 teleconference, which included **ARIAD's** Motion to Amend the Counterclaim (D.I. 291), and the discovery issues raised by Wyeth (D.I. 369, 370 and 371), shall serve as the Order of the Court in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE