### RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA
COUNSEL

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

August 17, 2007

**VIA E-FILING AND HAND DELIVERY**
The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: *Amgen Inc., et al. v. Ariad Pharmaceuticals, Inc., et al.*
C.A. 06-259-MPT

Dear Magistrate Judge Thynge:

I write on behalf of Wyeth to join in the position taken by the Amgen Entities as set forth in Melanie Sharp's August 16, 2007 letter to Your Honor. (D.I. 384). In particular, Wyeth joins in the Amgen Entities' proposal to include in paragraph 3d of the proposed Second Amended Scheduling Order (D.I. 382) a date certain for the exchange of expert reply reports. The preparation of a reply report by the party with the burden of proof would help avoid any argument by the opposing party that the expert testimony in question is "beyond the scope of the report" and should be stricken from the record.

Respectfully,

Anne Shea Gaza (#4093)

ASG/afg
cc: Clerk of the Court (via hand delivery)
Melanie K. Sharp, Esquire (via e-mail and hand delivery)
John G. Day, Esquire (via e-mail and hand delivery)
David I. Gindler, Esquire (via e-mail)
Charles E. Lipsey, Esquire (via e-mail)
Frederick L. Cottrell, III, Esquire (via e-mail)
Robert Bajefsky, Esquire (via e-mail)

RLF1-3190792-1