## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | : : : : : | |
| | : | |
| Plaintiffs. | : | |
| | : | |
| v. | : | C. A. No. 06-259-MPT |
| | : | |
| ARIAD PHARMACEUTICALS, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **21st** day of **August, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, August 27, 2007 at 4:00 p.m. EST** with Magistrate Judge Thynge to address a discovery dispute.  **Tiffany Lydon, Esquire shall initiate the teleconference call.**  The Court expects the parties to continue in their efforts to resolve their discovery dispute.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE