IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | : : : : : : | |
| Plaintiffs. | : : | |
| v. | : : : | C. A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC. | : : | |
| Defendant. | : | |

## ORDER

At Wilmington this **24th** day of **August, 2007**.

IT IS ORDERED that the teleconference previously scheduled for **Monday, August 27, 2007 at 4:00 p.m. EST** with Magistrate Judge Thynge to address a discovery dispute, which the court has been informed has been resolved, will still be conducted at the same time on that date in order for the court to discuss other issues in this matter. **Tiffany Lydon, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE