IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>      Plaintiffs,<br><br>    v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>      Defendants.<br><br>―――――――――――――――――――<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>      Counterclaim Plaintiffs,<br>    v.<br>AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, and WYETH,<br><br>      Counterclaim Defendants. | Civil Action No. 06-259 (MPT) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that effective June 25, 2007, the address and contact information for Siegmund Gutman, Esquire, counsel admitted pro hac vice for Plaintiffs and

Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation is:

>Kirkland & Ellis LLP
>South Figueroa Street
>Los Angeles, CA 900017-5800
>(213) 680-8400

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Melanie K. Sharp
>Melanie K. Sharp (No. 2501)
>Mary F. Dugan (No. 4704)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6681
>msharp@ycst.com

>Mark A. Pals
>Marcus E. Sernel
>Jamie H. McDole
>KIRKLAND & ELLIS LLP
>200 East Randolph Drive
>Chicago, IL 60601-6636
>(312) 861-2000

>Drew Diamond
>KIRKLAND & ELLIS LLP
>South Figueroa Street
>Los Angeles, CA 900017-5800
>(213) 680-8400

>*Attorneys for Plaintiffs/Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturin Limited, and Immunex Rhode Island Corporation*

Dated: September 12, 2007