# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 12, 2007

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re:   *Amgen Inc. et al. v. ARIAD Pharmaceuticals, Inc.*, C.A. No. 06-259-MPT

Dear Judge Thynge:

I am writing as a follow-up to the August 27, 2007 teleconference in the above action, during which the Court requested that the parties submit proposed forms of order: (i) granting the counterclaim-plaintiffs' motion for leave to file amended counterclaims asserting additional claims (D.I. 291), and (ii) setting forth a proposed schedule to govern the newly added claims.

A proposed order granting the motion to amend – the content of which has been agreed to by all parties – is submitted herewith for Your Honor's consideration. A proposed scheduling order will be submitted separately, as soon as possible.

Respectfully,

/s/ *Steven J. Balick*

Steven J. Balick

SJB/nml
Attachment
184074.1

cc:   David I. Gindler, Esquire (via electronic mail; w/attachment)
      Melanie K. Sharp, Esquire (by hand and via electronic mail; w/attachment)
      Marcus E. Sernel, Esquire (via electronic mail; w/attachment)
      Frederick L. Cottrell, III, Esquire (by hand and via electronic mail; w/attachment)
      Charles E. Lipsey, Esquire (via electronic mail; w/attachment)
      Robert D. Bajefsky, Esquire (via electronic mail; w/attachment)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>      Plaintiffs,<br> v.<br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>      Defendants. | C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>      Counterclaim-Plaintiffs,<br> v.<br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>      Counterclaim-Defendants. | |

## **ORDER**

   This _____ day of _____, 2007, the Court having considered Counterclaim-Plaintiffs' Motion for Leave to File Amended counterclaims asserting additional claims (D. I. 291) (the "Motion"), and after considering the positions

of the parties, having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Counterclaim-Plaintiffs' Motion is GRANTED, and that Counterclaim Plaintiffs are granted leave to file the proposed Amended Answer to Amended Complaint, Amended Counterclaim and Demand for Jury Trial attached to their Motion, in order to add additional counterclaims against Amgen, Inc. for alleged infringement of U.S. Patent Nos. 5,804,374 and 6,150,090.

IT IS FURTHER ORDERED that, as discussed during the teleconference held on August 27, 2007, the parties shall meet and confer and jointly submit to the Court a Proposed Scheduling Order to set deadlines and dates with respect to Counterclaim Plaintiffs' claims under the '374 and '090 patents.

_____
United States Magistrate Judge
Mary Pat Thynge