IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>　　　　　　　　Defendants. | C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>　　　　　　Counterclaim-Defendants. | |

## ORDER

This __13__ day of __September__, 2007, the Court having considered Counterclaim-Plaintiffs' Motion for Leave to File Amended counterclaims asserting additional claims (D. I. 291) (the "Motion"), and after considering the positions

of the parties, having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Counterclaim-Plaintiffs' Motion is GRANTED, and that Counterclaim Plaintiffs are granted leave to file the proposed Amended Answer to Amended Complaint, Amended Counterclaim and Demand for Jury Trial attached to their Motion, in order to add additional counterclaims against Amgen, Inc. for alleged infringement of U.S. Patent Nos. 5,804,374 and 6,150,090.

IT IS FURTHER ORDERED that, as discussed during the teleconference held on August 27, 2007, the parties shall meet and confer and jointly submit to the Court a Proposed Scheduling Order to set deadlines and dates with respect to Counterclaim Plaintiffs' claims under the '374 and '090 patents.

United States Magistrate Judge
Mary Pat Thynge