IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>                      Plaintiffs,<br>   v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Defendants. | C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>                      Counterclaim Plaintiffs,<br>   v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>                      Counterclaim Defendants. | |

**NOTICE OF DEPOSITIONS OF DENNIS FENTON, SCOTT FORAKER,
VASANT GANDHI, LINDA HAN, LAURA JUNK, JUN KIM,
<u>BARBARA NORWOOD, AND FRANK UNGEMACH</u>**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and the Local Rules of this Court, Defendants and Counterclaim Plaintiffs ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The President and Fellows of Harvard College, and The Whitehead Institute for Biomedical Research will take the depositions upon oral examination of the following employees of Amgen Inc. on the dates and times listed below, or such other dates and times as are mutually agreed upon by counsel for the parties:

| DEPONENT | DATE OF DEPOSITION | TIME OF DEPOSITION |
| --- | --- | --- |
| Dennis Fenton | October 9, 2007 | 9:00 a.m. |
| Scott Foraker | October 10, 2007 | 9:00 a.m. |
| Vasant Gandhi | November 14, 2007 | 9:00 a.m. |
| Linda Han | October 11, 2007 | 9:00 a.m. |
| Laura Junk | October 12, 2007 | 9:00 a.m. |
| Jun Kim | October 11, 2007 | 9:00 a.m. |
| Barbara Norwood | October 12, 2007 | 9:00 a.m. |
| Frank Ungemach | November 15, 2007 | 9:00 a.m. |

The depositions shall continue from day to day thereafter (excluding Saturdays, Sundays, and holidays) until completed.

The depositions shall take place at the Hyatt Westlake Plaza, located at 880 South Westlake Boulevard, Westlake Village, California 91361, (805) 557-1234, or according to alternative arrangements upon which counsel jointly agree. The depositions shall be taken before an officer authorized to administer oaths and may be recorded by any means that the Federal Rules of Civil Procedure permit, including videotaping, audio taping,

stenographic recording, and means permitting electronic transmission of the transcript. You are invited to attend and examine.

                                                ASHBY & GEDDES

                                                */s/ Tiffany Geyer Lydon*
                                                _____
                                                Steven J. Balick (I.D. #2114)
                                                John G. Day (I.D. #2403)
                                                Tiffany Geyer Lydon (I.D. #3950)
                                                500 Delaware Avenue, 8th Floor
                                                P.O. Box 1150
                                                Wilmington, DE 19899
                                                Telephone: (302) 654-1888
                                                sbalick@ashby-geddes.com
                                                jday@ashby-geddes.com
                                                tlydon@ashby-geddes.com

                                                *Attorneys for Defendants and Counterclaim Plaintiffs ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The President and Fellows of Harvard College, and The Whitehead Institute for Biomedical Research*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010

Dated: September 21, 2007

184360.v1

- 2 -