IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH, <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 5th day of October, 2007, **NOTICE OF SUBPOENA DIRECTED TO NPS PHARMACEUTICALS, INC.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | <u>HAND DELIVERY</u> |
| Marcus E. Sernel, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601-6636 | <u>VIA ELECTRONIC MAIL</u> |
| J. Drew Diamond, Esquire<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA  90017-5800 | <u>VIA ELECTRONIC MAIL</u> |
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE  19899 | <u>HAND DELIVERY</u> |
| Charles E. Lipsey, Esquire<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Two Freedom Square<br>11955 Freedom Drive, Suite 800<br>Reston, VA  20190-5675 | <u>VIA ELECTRONIC MAIL</u> |
| Robert D. Bajefsky, Esquire<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413 | <u>VIA ELECTRONIC MAIL</u> |
| Robert C. Stanley, Esquire<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>3500 SunTrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, GA  30308-3263 | <u>VIA ELECTRONIC MAIL</u> |
| Monica Gorman, Esquire<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>3300 Hillview Avenue<br>Palo Alto, CA  94304-1203 | <u>VIA ELECTRONIC MAIL</u> |

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The President and Fellows of Harvard College and The Whitehead Institute for Biomedical Research*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated: October 5, 2007
171644.1