IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX CORPORATION,                )
AMGEN USA INC., AMGEN MANUFACTURING             )
LIMITED, and IMMUNEX RHODE ISLAND               )
CORPORATION,                                    )
                                                )     C.A. No. 06-259-MPT
                          Plaintiffs,           )
        v.                                      )
                                                )
ARIAD PHARMACEUTICALS, INC., and THE            )
WHITEHEAD INSTITUTE FOR BIOMEDICAL              )
RESEARCH,                                       )
                                                )
                          Defendants.           )
                                                )
                                                )
ARIAD PHARMACEUTICALS, INC.,                    )
MASSACHUSETTS INSTITUTE OF                      )
TECHNOLOGY, THE PRESIDENT AND                   )
FELLOWS OF HARVARD COLLEGE, and THE             )
WHITEHEAD INSTITUTE FOR BIOMEDICAL              )
RESEARCH,                                       )
                                                )
                          Counterclaim Plaintiffs,  )
                                                )
        v.                                      )
                                                )
AMGEN INC., IMMUNEX CORPORATION,                )
AMGEN USA INC., AMGEN MANUFACTURING             )
LIMITED, IMMUNEX RHODE ISLAND                   )
CORPORATION, and WYETH,                         )
                                                )
                          Counterclaim Defendants.  )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 8th day of October, 2007, **DEFENDANT**

**AND COUNTERCLAIM PLAINTIFF ARIAD'S THIRD SET OF REQUESTS FOR**

**PRODUCTION OF DOCUMENTS TO WYETH** was served upon the following counsel of

record at the address and in the manner indicated:

Melanie K. Sharp, Esquire                                          HAND DELIVERY
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Marcus E. Sernel, Esquire                                          VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636

J. Drew Diamond, Esquire                                           VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017-5800

Frederick L. Cottrell, III, Esquire                                HAND DELIVERY
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19899

Charles E. Lipsey, Esquire                                         VIA ELECTRONIC MAIL
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA  20190-5675

Robert D. Bajefsky, Esquire                                        VIA ELECTRONIC MAIL
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC  20001-4413

Robert C. Stanley, Esquire                                         VIA ELECTRONIC MAIL
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308-3263

Monica Gorman, Esquire                                             VIA ELECTRONIC MAIL
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
3300 Hillview Avenue
Palo Alto, CA  94304-1203

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for ARIAD Pharmaceuticals, Inc.,*
*Massachusetts Institute of Technology, The*
*President and Fellows of Harvard College and*
*The Whitehead Institute for Biomedical*
*Research*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated: October 8, 2007
171644.1