IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Defendants. | C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA, INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH<br><br>Counterclaim Defendants. | |

**WYETH'S NOTICE OF DEPOSITION OF
<u>LITA M. NELSON</u>**

- 2 -

**TO:**   Melanie K. Sharp                    John G. Day
         Mary F. Dugan                       Steven J. Balick
         Young Conaway Stargatt              Tiffany Geyer London
           & Taylor, LLP                     Ashby & Geddes
         1000 West Street, 17th Floor        500 Delaware Avenue, 8th Floor
         Wilmington, Delaware  19899         Wilmington, Delaware  19801

PLEASE TAKE NOTICE that Counterclaim Defendant Wyeth, by its counsel, and pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, will take the depositions upon oral examination of Lita M. Nelson, an employee of the Massachusetts Institute of Technology, on November 9, 2007, at 9:00 a.m., or on such other date and time as are mutually agreed upon by counsel for the parties.

The deposition will be conducted at the offices of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 55 Cambridge Parkway, Suite 700, Cambridge, Massachusetts, 02142, or at some other location as is mutually agreed upon by counsel for the parties.

The deposition will be conducted under the Federal Rules of Civil Procedure and the Local Rules for the District of Delaware for the purpose of discovery, for use at trial, and for such other purposes as are permitted by law. Pursuant to Federal Rule of Civil Procedure 30(b)(2), the deposition will be recorded by sound-and-visual means and/or ordinary stenographic methods, before a Notary Public or other person duly authorized by law to administer oaths. The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary. You are invited to attend and examine the witness.

*Of Counsel*:

Robert D. Bajefsky
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190
(571) 203-2700


Robert C. Stanley
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
303 Peachtree Street, N.E.
Sun Trust Plaza, Suite 3500
Atlanta, GA  30308
(404) 653-6400


Monica Gorman
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA  94304
(650) 849-6600

Dated:  October 9, 2007

/s/ *signature*

Frederick L. Cottrell, III (I.D. # 2555)
cottrell@rlf.com
Anne Shea Gaza (I.D. # 4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

*Attorneys for Counterclaim Defendant Wyeth*

- 3 -

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that, on October 9, 2007, I caused to be sent by hand delivery and electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick
John T. Day
Tiffany Geyer Lyden
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

Melanie K. Sharp
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899

I hereby certify that on October 9, 2007, the foregoing document was sent via Electronic Mail to the following non-registered participants:

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

J. Drew Diamond
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

_____
Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3159971-1