IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Defendants. | C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA, INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH<br><br>Counterclaim Defendants. | |

**WYETH'S NOTICE OF DEPOSITIONS OF
LAURIE A. ALLEN, HARVEY J. BERGER, DAVID L. BERSTEIN,
JOSEPH BRATICA, AND EDWARD M. FITZGERALD**

**TO:**  Melanie K. Sharp  
Mary F. Dugan  
Young Conaway Stargatt  
   & Taylor, LLP  
1000 West Street, 17th Floor  
Wilmington, Delaware  19899

John G. Day  
Steven J. Balick  
Tiffany Geyer London  
Ashby & Geddes  
500 Delaware Avenue, 8th Floor  
Wilmington, Delaware  19801

PLEASE TAKE NOTICE that Counterclaim Defendant Wyeth, by its counsel, and pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, will take the depositions upon oral examination of the following employees of ARIAD Pharmaceuticals, Inc., on the dates and times listed below, or on such other dates and times as are mutually agreed upon by counsel for the parties:

| DEPONENT | DATE OF DEPOSITION | TIME OF DEPOSITION |
|---|---|---|
| Laurie A. Allen | November 8, 2007 | 9:00 a.m. |
| Harvey J. Berger | November 14, 2007 | 9:00 a.m. |
| David L. Berstein | November 12, 2007 | 9:00 a.m. |
| Joseph Bratica | November 7, 2007 | 9:00 a.m. |
| Edward M. Fitzgerald | November 13, 2007 | 9:00 a.m. |

The deposition of Laurie A. Allen will be conducted at the offices of Irell & Manella LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067, or at some other location as it mutually agreed upon by counsel for the parties. The depositions of Harvey J. Berger, David L. Berstein, Joseph Bratica, and Edward M. Fitzgerald will be conducted at the offices of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 55 Cambridge Parkway, Suite 700, Cambridge, Massachusetts 02142, or at some other location as is mutually agreed upon by counsel for the parties.

The depositions will be conducted under the Federal Rules of Civil Procedure and the Local Rules for the District of Delaware for the purpose of discovery, for use at trial, and for such other purposes as are permitted by law. Pursuant to Federal Rule of Civil Procedure 30(b)(2), these depositions will be recorded by sound-and-visual means and/or ordinary stenographic methods, before a Notary Public or other person duly authorized by law to administer oaths. The depositions will continue from day to day until completed with such adjournments as to time and place as may be necessary. You are invited to attend and examine the witnesses.

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (I.D. # 2555)
cottrell@rlf.com
Anne Shea Gaza (I.D. # 4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Counterclaim Defendant Wyeth*

*Of Counsel:*

Robert D. Bajefsky
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

Robert C. Stanley
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
303 Peachtree Street, N.E.
Sun Trust Plaza, Suite 3500
Atlanta, GA 30308
(404) 653-6400

- 4 -

Monica Gorman
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA   94304
(650) 849-6600

Dated:  October 9, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that, on October 9, 2007, I caused to be sent by hand delivery and electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick
John T. Day
Tiffany Geyer Lyden
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

Melanie K. Sharp
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

I hereby certify that on October 9, 2007, the foregoing document was sent via Electronic Mail to the following non-registered participants:

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

J. Drew Diamond
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017

Anne Shea Gaza (#4093)
gaza@rlf.com