IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Defendants. | C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Counterclaim Plaintiffs,<br>v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA, INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH<br><br>Counterclaim Defendants. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 11, 2007 true and correct copies of Wyeth's Second Set of Interrogatories to Ariad, The President and Fellows of Harvard College, The Massachusetts Institute of Technology, and The Whitehead Institute for Biomedical Research were served on counsel in the following manner:

RLF1-3173097-2

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Steven J. Balick<br>John T. Day<br>Tiffany Geyer Lyden<br>Lauren E. Maguire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | **VIA HAND DELIVERY**<br>Melanie K. Sharp<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P. O. Box 391<br>Wilmington, DE 19899 |
| **VIA ELECTRONIC MAIL**<br>Morgan Chu<br>David I. Gindler<br>Elizabeth Rosenblatt<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067 | **VIA ELECTRONIC MAIL**<br>Marcus E. Sernel<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| **VIA ELECTRONIC MAIL**<br>J. Drew Diamond<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017 | |

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (I.D. #2555)
cottrell@rlf.com

*Of Counsel:*

Robert D. Bajefsky
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

Anne Shea Gaza (I.D. # 4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Counterclaim Defendant Wyeth*

Robert C. Stanley
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
303 Peachtree Street, N.E.
Sun Trust Plaza, Suite 3500
Atlanta, GA  30308
(404) 653-6400

Monica Gorman
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA  94304
(650) 849-6600

Dated:  October 11, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 11, 2007, I caused to be sent by hand delivery and electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick | Melanie K. Sharp |
| John T. Day | Young Conaway Stargatt & Taylor LLP |
| Tiffany Geyer Lyden | The Brandywine Building |
| Lauren E. Maguire | 1000 West Street, 17th Floor |
| Ashby & Geddes | P. O. Box 391 |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE   19899 |
| P. O. Box 1150 | |
| Wilmington, DE   19899 | |

I hereby certify that on October 11, 2007, the foregoing document was sent via Electronic Mail to the following non-registered participants:

| | |
|---|---|
| Morgan Chu | Marcus E. Sernel |
| David I. Gindler | Kirkland & Ellis LLP |
| Elizabeth Rosenblatt | 200 East Randolph Drive |
| Irell & Manella LLP | Chicago, IL   60601 |
| 1800 Avenue of the Stars, Suite 900 | |
| Los Angeles, CA   90067 | J. Drew Diamond |
| | Kirkland & Ellis LLP |
| | 777 South Figueroa Street |
| | Los Angeles, CA   90017 |

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com