## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

AMGEN, INC., IMMUNEX                    :
CORPORATION, AMGEN USA INC.,           :
AMGEN MANUFACTURING LIMITED,           :
IMMUNEX RHODE ISLAND                   :
CORPORATION,                           :
                                       :
                    Plaintiffs.        :
                                       :
          v.                           :     C. A. No. 06-259-MPT
                                       :
ARIAD PHARMACEUTICALS, INC.            :
                                       :
                    Defendant.         :

## <u>ORDER</u>

At Wilmington this **12th** day of **October, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, October 18, 2007 at 3:00 p.m. EST** with Magistrate Judge Thynge to address discovery issues. **John Day, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE