IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation;　　　　)
IMMUNEX CORPORATION, a Washington　　　)
corporation; AMGEN USA INC., a Delaware　　)
corporation; AMGEN MANUFACTURING,　　　)
LIMITED, a Bermuda Corporation, and　　　　)
IMMUNEX RHODE ISLAND　　　　　　　　　)
CORPORATION, a Delaware corporation,　　　)
　　　　　　　　　　　　　　　　　　　　)　Civil Action No. 06-259 (MPT)
　　　　　　Plaintiffs,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
ARIAD PHARMACEUTICALS, INC., a　　　　　)
Delaware corporation, and THE WHITEHEAD　)
INSTITUTE FOR BIOMEDICAL RESEARCH, )
a Delaware corporation,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　　　　)
_____　)

ARIAD PHARMACEUTICALS, INC., a　　　　　)
Delaware corporation, MASSACHUSETTS　　　)
INSTITUTE OF TECHNOLOGY, THE　　　　　)
PRESIDENT AND FELLOWS OF HARVARD )
COLLEGE, and THE WHITEHEAD　　　　　　)
INSTITUTE FOR BIOMEDICAL RESEARCH, )
a Delaware corporation,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Counterclaim Plaintiffs,　　　　)
　　　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
AMGEN, INC., a Delaware corporation;　　　　)
IMMUNEX CORPORATION, a Washington　　　)
corporation; AMGEN USA INC., a Delaware　　)
corporation; AMGEN MANUFACTURING,　　　)
LIMITED, a Bermuda Corporation, and　　　　)
IMMUNEX RHODE ISLAND　　　　　　　　　)
CORPORATION, a Delaware corporation, and　)
WYETH,　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Counterclaim Defendants.　　　)
_____　)

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs and Counterclaim Defendants Amgen, Inc., Immunex

Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island

Corporation, hereby certify that a copy of The Amgen Entities' Responses to MIT's First Set of

Interrogatories, were caused to be served on October 15, 2007 upon the following counsel of record in

the manner indicated below:

## BY HAND DELIVERY & E-MAIL

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

## BY E-MAIL (by agreement of counsel)

Charles E. Lipsey
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190-5675

Morgan Chu
David I. Gindler
Amir A. Naini
Christopher M. Newman
Elizabeth L. Rosenblatt
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Howard W. Levine
Robert D. Bajefsky
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Additionally, the undersigned counsel further certifies that a copy of this Notice was

caused to be filed with the Clerk of the Court using CM/ECF, which will send electronic notice

of such filing to the above counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
P.O. Box 391

Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Mark A. Pals
Marcus E. Sernel
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601-6636
(312)861-2000

Drew Diamond
KIRKLAND & ELLIS LLP
South Figueroa Street
Los Angeles, CA  900017-5800
(213)680-8400

*Attorneys for Plaintiffs Amgen, Inc., Immunex Corporation,
Amgen USA Inc., Amgen Manufacturing, Limited, and
Immunex Rhode Island Corporation*

Dated:  October 16, 2007