IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX CORPORATION, )
AMGEN USA INC., AMGEN MANUFACTURING )
LIMITED, and IMMUNEX RHODE ISLAND )
CORPORATION, )
)   C.A. No. 06-259-MPT
          Plaintiffs, )
   v. )
)
ARIAD PHARMACEUTICALS, INC., and THE )
WHITEHEAD INSTITUTE FOR BIOMEDICAL )
RESEARCH, )
)
         Defendants. )
                                                 )
)
ARIAD PHARMACEUTICALS, INC., )
MASSACHUSETTS INSTITUTE OF )
TECHNOLOGY, THE PRESIDENT AND )
FELLOWS OF HARVARD COLLEGE, and THE )
WHITEHEAD INSTITUTE FOR BIOMEDICAL )
RESEARCH, )
)
         Counterclaim Plaintiffs, )
)
   v. )
)
AMGEN INC., IMMUNEX CORPORATION, )
AMGEN USA INC., AMGEN MANUFACTURING )
LIMITED, IMMUNEX RHODE ISLAND )
CORPORATION, and WYETH, )
)
         Counterclaim Defendants. )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 19th day of October, 2007,

**COUNTERCLAIM PLAINTIFFS ARIAD'S AND THE INSTITUTIONS' THIRD SET OF**

**INTERROGATORIES TO THE AMGEN ENTITIES** was served upon the following counsel

of record at the address and in the manner indicated:

Melanie K. Sharp, Esquire                                VIA ELECTRONIC MAIL
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391


Marcus E. Sernel, Esquire                                VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636


J. Drew Diamond, Esquire                                 VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017-5800


Frederick L. Cottrell, III, Esquire                      VIA ELECTRONIC MAIL
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19899


Charles E. Lipsey, Esquire                               VIA ELECTRONIC MAIL
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA  20190-5675


Robert D. Bajefsky, Esquire                              VIA ELECTRONIC MAIL
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC  20001-4413


Robert C. Stanley, Esquire                               VIA ELECTRONIC MAIL
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308-3263


Monica Gorman, Esquire                                   VIA ELECTRONIC MAIL
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
3300 Hillview Avenue
Palo Alto, CA  94304-1203

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for ARIAD Pharmaceuticals, Inc.,*
*Massachusetts Institute of Technology, The*
*President and Fellows of Harvard College and*
*The Whitehead Institute for Biomedical*
*Research*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated: October 22, 2007
185151.1