IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | : : : : : : | |
| Plaintiffs. | : : | |
| v. | : : | C. A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC. | : : | |
| Defendant. | : | |

### ORDER

At Wilmington this **23rd** day of **October, 2007**.

As a result of the teleconference of October 18, 2007,

IT IS ORDERED that the following information shall be included in any proposed scheduling order by the parties regarding the assay patents:

Trial:  The trial regarding the assay patents is scheduled for a 10 day jury trial beginning at 9:30 a.m. on March 23, 2009 and lasting until April 3, 2009, which includes time for jury deliberations.  The subsequent trial days shall begin at 9:00 a.m.  Each side is allocated a total of 20 hours to present their case.

The parties should note that the trial date has been changed.

Pretrial Conference:  The date for the Pretrial Conference is March 9, 2009 at 9:30 a.m. with the due date of February 18, 2009 for the filing of the propose Pretrial Order.

Claim Construction:  Initial briefs on claim construction shall be due on

July 28, 2008 with answering/responsive briefs due on August 25, 2008.  No reply or supplemental papers shall be submitted without leave of the Court.

<u>Case Dispositive Motions</u>:  All dispositive motions shall be due on or before July 28, 2008; answering briefs shall be due on or before August 25, 2008; and reply briefs shall be due on or before September 8, 2008.

Regarding briefing on claim construction and case dispositive motions, any extensions for briefing may result in loss of the trial date.

<u>Hearing on Claim Construction and Summary Judgment:</u>  Counsel is to advise whether October 14, 15 or 16, 2008 is preferred.

<u>Interim Status Report</u>:  Shall be due on February 1, 2008.

<u>Status Conference</u>:  Scheduled for February 7, 2008.

IT IS FURTHER ORDERED that the paragraph dealing with Discovery Disputes of the standard scheduling order has been modified.  The modified provision shall be included in the proposed scheduling order for the assay patents:

<u>     Discovery Matters</u>.  Should counsel find they are unable to resolve a discovery matter, the parties involved in the discovery matter(s) shall contact chambers at (302) 573-6173 to schedule a telephone conference.  Not less that forty-eight (48) hours prior to the conference, the party seeking relief shall file with the Court a letter, not to exceed three (3) pages, outlining the issues in dispute and its position on those issues.  (The Court does not seek extensive argument or authorities at this point; it seeks simply a statement of the issue to be addressed and a summary of the basis for the party's position on the issue.)  Not less than twenty-four (24) hours prior to the conference, any party opposing the application for relief may file a letter, not to exceed three (3) pages,

outlining that party's reason for its opposition. Should any document(s) be filed under seal, a copy of the sealed document(s) must be provided to the Magistrate Judge within one (1) hour of e-filing the document(s). Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it. Disputes over protective orders or motions for extension of time for briefing case dispositive motions which are related to discovery matters are to be addressed in the first instance in accordance with this paragraph.

       IT IS ORDERED that the parties shall confer regarding the other provisions of the scheduling order not addressed herein and shall submit a proposed scheduling order on or before November 1, 2007.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE