IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Defendants. | C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Counterclaim Plaintiffs,<br>v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA, INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH<br><br>Counterclaim Defendants. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on November 5, 2007 true and correct copies of Wyeth's Responses to Ariad's Second Set of Requests for Admission were served on counsel in the following manner:

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Steven J. Balick<br>John T. Day<br>Tiffany Geyer Lyden<br>Lauren E. Maguire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | **VIA HAND DELIVERY**<br>Melanie K. Sharp<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P. O. Box 391<br>Wilmington, DE 19899 |
| **VIA ELECTRONIC MAIL**<br>Morgan Chu<br>David I. Gindler<br>Elizabeth Rosenblatt<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067 | **VIA ELECTRONIC MAIL**<br>Marcus E. Sernel<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| **VIA ELECTRONIC MAIL**<br>J. Drew Diamond<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017 | |

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (I.D. # 2555)
cottrell@rlf.com
Anne Shea Gaza (I.D. # 4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Counterclaim Defendant Wyeth*

*Of Counsel:*

Robert D. Bajefsky
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

Robert C. Stanley
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
303 Peachtree Street, N.E.
Sun Trust Plaza, Suite 3500
Atlanta, GA   30308
(404) 653-6400

Monica Gorman
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA   94304
(650) 849-6600

Dated:  November 5, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 5, 2007, I caused to be sent by hand delivery and electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick | Melanie K. Sharp |
| John T. Day | Young Conaway Stargatt & Taylor LLP |
| Tiffany Geyer Lyden | The Brandywine Building |
| Lauren E. Maguire | 1000 West Street, 17th Floor |
| Ashby & Geddes | P. O. Box 391 |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE  19899 |
| P. O. Box 1150 | |
| Wilmington, DE  19899 | |

I hereby certify that on November 5, 2007, the foregoing document was sent via Electronic Mail to the following non-registered participants:

| | |
|---|---|
| Morgan Chu | Marcus E. Sernel |
| David I. Gindler | Kirkland & Ellis LLP |
| Elizabeth Rosenblatt | 200 East Randolph Drive |
| Irell & Manella LLP | Chicago, IL  60601 |
| 1800 Avenue of the Stars, Suite 900 | |
| Los Angeles, CA  90067 | J. Drew Diamond |
| | Kirkland & Ellis LLP |
| | 777 South Figueroa Street |
| | Los Angeles, CA  90017 |

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com