IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION | ) ) ) ) ) | C.A. No. 06-259-MPT |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | ) ) ) ) | |
| Defendants. | ) ) | |

| | |
|---|---|
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | ) ) ) ) ) ) ) |
| Counterclaim Plaintiffs, v. | ) ) ) ) |
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA, INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH | ) ) ) ) ) |
| Counterclaim Defendants. | ) ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on November 12, 2007 true and correct copies of

Wyeth's Responses and Objections to Ariad and the Institutions' Second Set of Interrogatories

(Nos. 26-29) were served on counsel in the following manner:

**VIA HAND DELIVERY**
Steven J. Balick
John T. Day
Tiffany Geyer Lyden
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

**VIA ELECTRONIC MAIL**
Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

**VIA ELECTRONIC MAIL**
J. Drew Diamond
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017

**VIA HAND DELIVERY**
Melanie K. Sharp
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

**VIA ELECTRONIC MAIL**
Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

*Of Counsel:*

Robert D. Bajefsky
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190
(571) 203-2700

_____
Frederick L. Cottrell, III (I.D. # 2555)
cottrell@rlf.com
Anne Shea Gaza (I.D. # 4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

*Attorneys for Counterclaim Defendant
Wyeth*

RLF1-3221672-1

Robert C. Stanley
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
303 Peachtree Street, N.E.
Sun Trust Plaza, Suite 3500
Atlanta, GA   30308
(404) 653-6400

Dated:  November 12, 2007

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that, on November 12, 2007, I caused to be sent by hand delivery and electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick                          Melanie K. Sharp
John T. Day                               Young Conaway Stargatt & Taylor LLP
Tiffany Geyer Lyden                       The Brandywine Building
Lauren E. Maguire                         1000 West Street, 17th Floor
Ashby & Geddes                            P. O. Box 391
500 Delaware Avenue, 8th Floor            Wilmington, DE   19899
P. O. Box 1150
Wilmington, DE   19899

I hereby certify that on November 12, 2007, the foregoing document was sent via Electronic Mail to the following non-registered participants:

Morgan Chu                                Marcus E. Sernel
David I. Gindler                          Kirkland & Ellis LLP
Elizabeth Rosenblatt                      200 East Randolph Drive
Irell & Manella LLP                       Chicago, IL   60601
1800 Avenue of the Stars, Suite 900
Los Angeles, CA   90067                   J. Drew Diamond
                                          Kirkland & Ellis LLP
                                          777 South Figueroa Street
                                          Los Angeles, CA   90017

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3159971-1