IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | : : : : : : |
| Plaintiffs. | : : |
| v. | : C. A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC. | : : : |
| Defendant. | : |

**ORDER**

At Wilmington this **13th** day of **November, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, November 21, 2007 at 12:45 p.m. Eastern Time** with Magistrate Judge Thynge to address a discovery dispute. **Anne Shea Gaza, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery dispute.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE