**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | : : : : : : | |
| Plaintiffs. | : : | |
| v. | : : | C. A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC. | : : | |
| Defendant. | : | |

<u>**ORDER**</u>

At Wilmington this **20th** day of **November, 2007**.

IT IS ORDERED that the teleconference with Magistrate Judge Thynge to address a discovery dispute has been rescheduled to **Friday, December 7, 2007 at 1:30 p.m. Eastern Time.   Anne Shea Gaza, Esquire shall initiate the teleconference call.**  The Court expects the parties to continue in their efforts to resolve their discovery dispute.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE