IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>           Plaintiffs,<br><br>   v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>           Defendants.<br><br>ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>           Counterclaim Plaintiffs,<br><br>   v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>           Counterclaim Defendants. | C.A. No. 06-259-MPT |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of November, 2007, **COUNTERCLAIM PLAINTIFFS ARIAD AND THE INSTITUTIONS' FOURTH SET OF INTERROGATORIES TO THE AMGEN ENTITIES** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | <u>HAND DELIVERY</u> |
| Marcus E. Sernel, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636 | <u>VIA ELECTRONIC MAIL</u> |
| J. Drew Diamond, Esquire<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5800 | <u>VIA ELECTRONIC MAIL</u> |
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Charles E. Lipsey, Esquire<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Two Freedom Square<br>11955 Freedom Drive, Suite 800<br>Reston, VA 20190-5675 | <u>VIA ELECTRONIC MAIL</u> |
| Robert D. Bajefsky, Esquire<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | <u>VIA ELECTRONIC MAIL</u> |
| Robert C. Stanley, Esquire<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>3500 SunTrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, GA 30308-3263 | <u>VIA ELECTRONIC MAIL</u> |
| Monica Gorman, Esquire<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | <u>VIA ELECTRONIC MAIL</u> |

                        ASHBY & GEDDES

                        /s/ *John G. Day*

                        _____
                        Steven J. Balick (I.D. #2114)
                        John G. Day (I.D. #2403)
                        Tiffany Geyer Lydon (I.D. #3950)
                        500 Delaware Avenue, 8th Floor
                        P.O. Box 1150
                        Wilmington, DE 19899
                        (302) 654-1888
                        sbalick@ashby-geddes.com
                        jday@ashby-geddes.com
                        tlydon@ashby-geddes.com

                        *Attorneys for Defendants and Counterclaim Plaintiffs ARIAD Pharmaceuticals, Inc. and The Whitehead Institute for Biomedical Research and Counterclaim Plaintiffs Massachusetts Institute of Technology and The President and Fellows of Harvard College*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Evan R. Chesler
Keith R. Hummel
David R. Marriott
David Greenwald
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Dated: November 21, 2007