IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | : : : : : : |
| Plaintiffs. | : : |
| v. | : C. A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC. | : : |
| Defendant. | : |

## ORDER

At Wilmington this **6th** day of **December, 2007**.

IT IS ORDERED that the teleconference scheduled for Friday, December 7, 2007 at 1:30 p.m. with Magistrate Judge Thynge to address a discovery dispute has been rescheduled to **Thursday, December 13, 2007 at 3:00 p.m. Eastern Time. Melanie K. Sharp, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery dispute.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE