IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>        Plaintiffs.<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., et al.,<br><br>        Defendants.<br><br>ARIAD PHARMACEUTICALS, et al.,<br><br>        Counterclaim Plaintiffs,<br><br>v.<br><br>AMGEN INC., et al.,<br><br>        Counterclaim Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  C. A. No. 06-259-MPT<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **12th** day of **December, 2007**.

In light of the stipulation of dismissal without prejudice (D.I. 506) filed on December 11, 2007,

IT IS ORDERED and adjudged that counterclaim defendant Wyeth's motion to sever and stay (D.I. 305) is denied as moot.

      Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

      /s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE