IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, <br><br> Plaintiffs. <br><br> v. <br><br> ARIAD PHARMACEUTICALS, INC., et al., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : C. A. No. 06-259-MPT <br> : <br> : <br> : <br> : <br> : |

## ORDER

At Wilmington this **12th** day of **December, 2007**.

IT IS ORDERED that the teleconference scheduled for Thursday, December 13, 2007 at 3:00 p.m. with Judge Thynge to address discovery issues is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE