IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX CORPORATION,          )
AMGEN USA INC., AMGEN MANUFACTURING       )
LIMITED, and IMMUNEX RHODE ISLAND         )
CORPORATION,                              )
                                          )    C.A. No. 06-259-MPT
                    Plaintiffs,           )
        v.                                )
                                          )
ARIAD PHARMACEUTICALS, INC., and THE      )
WHITEHEAD INSTITUTE FOR BIOMEDICAL        )
RESEARCH,                                 )
                                          )
                    Defendants.           )
                                          )
                                          )
ARIAD PHARMACEUTICALS, INC.,              )
MASSACHUSETTS INSTITUTE OF                )
TECHNOLOGY, THE PRESIDENT AND             )
FELLOWS OF HARVARD COLLEGE, and THE       )
WHITEHEAD INSTITUTE FOR BIOMEDICAL        )
RESEARCH,                                 )
                                          )
                    Counterclaim Plaintiffs, )
                                          )
        v.                                )
                                          )
AMGEN INC., IMMUNEX CORPORATION,          )
AMGEN USA INC., AMGEN MANUFACTURING       )
LIMITED, IMMUNEX RHODE ISLAND             )
CORPORATION, and WYETH,                   )
                                          )
                    Counterclaim Defendants. )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of December, 2007, **ARIAD'S**

**AND THE INSTITUTIONS' RESPONSES AND OBJECTIONS TO AMGEN'S THIRD**

**REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS** was served upon the

following counsel of record at the address and in the manner indicated:

Melanie K. Sharp, Esquire                                          VIA HAND DELIVERY and
Young Conaway Stargatt & Taylor LLP                                    ELECTRONIC MAIL
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Marcus E. Sernel, Esquire                                          VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636

J. Drew Diamond, Esquire                                           VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017-5800


ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for ARIAD Pharmaceuticals, Inc.,*
*Massachusetts Institute of Technology, The*
*President and Fellows of Harvard College and*
*The Whitehead Institute for Biomedical*
*Research*

2

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated: December 18, 2007
185151.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2007, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:


Melanie K. Sharp, Esquire                                      HAND DELIVERY
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Marcus E. Sernel, Esquire                                     VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636


J. Drew Diamond, Esquire                                      VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017-5800


                                        */s/ Tiffany Geyer Lydon*
                                        _____
                                        Tiffany Geyer Lydon

4