# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 11, 2007

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, Delaware 19801

**REDACTED
PUBLIC VERSION**

Re: *Amgen Inc., et al. v. ARIAD Pharmaceuticals, et al.*,
C.A. No. 06-259-MPT

Dear Judge Thynge:

In preparation for the December 13 discovery dispute teleconference, we write on behalf of defendants-counterclaim-plaintiffs (collectively, "ARIAD") to request the Court's assistance in securing Amgen's compliance with outstanding discovery in the following area.

**Results of NF-kB Assays of Enbrel/Kineret:**

**REDACTED**

That reduction in activity is a central aspect of the proof of infringement by Enbrel and Kineret that ARIAD carries the burden of presenting at trial.

**REDACTED**

In a December 6 letter, ARIAD requested confirmation by December 10 that Amgen has searched the folder for documents relating to NF-kB-related assays involving use of Enbrel and Kineret. On December 11, counsel for Amgen represented that it was reviewing the documents on the folder. But when asked specifically, whether Amgen was searching for documents referencing tests of "IL-1Ra" (i.e., "interleukin-1 receptor antagonist," the active ingredient in Kineret) and "TNFR-Fc," (i.e., "tumor necrosis factor receptor fusion protein," the active ingredient in Enbrel), counsel stated that it was not, even though those are the terms by which Amgen refers internally to the active ingredient of Enbrel and Kineret. ARIAD considers such a search not only unduly narrow, but indeed,

The Honorable Mary Pat Thynge
December 11, 2007
Page 2

completely noncompliant.[1] ARIAD requests that the Court order Amgen to search the folder and produce all documents concerning NF-kB-related assays involving use of Enbrel and Kineret by whatever name those compounds are known, including, but not limited to, "IL-1Ra" and "TNFR-Fc."

                                      Respectfully,

                                      /s/ *John G. Day*

                                      John G. Day

JGD: nml
186549.1

cc:    David I. Gindler, Esquire (via electronic mail)
       Melanie K. Sharp, Esquire (by hand and via electronic mail)
       Marcus E. Sernel, Esquire (via electronic mail)
       Frederick L. Cottrell, III, Esquire (by hand and via electronic mail)
       Charles E. Lipsey, Esquire (via electronic mail)
       Robert D. Bajefsky, Esquire (via electronic mail)

---

[1] **REDACTED**