IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | : : : : : : |
| Plaintiffs. | : : |
| v. | :  C. A. No. 06-259-MPT : |
| ARIAD PHARMACEUTICALS, INC., et al., | : : : |
| Defendants. | : |

**AMENDED ORDER**

At Wilmington this **20th** day of **December, 2007**.

IT IS ORDERED that the Court's Order dated December 20, 2007 (D.I. 523) scheduling a teleconference for **Monday, January 7, 2008 at 3:00 p.m. Eastern Time** with Judge Thynge has been amended. The purpose of the teleconference is to address Amgen entities' motion for a protective order. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE