IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>     Plaintiffs,<br><br>   v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>     Defendants.<br><br>ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>     Counterclaim Plaintiffs,<br><br>   v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>     Counterclaim Defendants. | C.A. No. 06-259-MPT |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of January, 2008, **ARIAD'S AND THE INSTITUTIONS' SUPPLEMENTAL RESPONSES AND OBJECTIONS TO INTERROGATORIES NOS. 22, 46, AND 47 OF AMGEN'S THIRD SET OF**

**INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

Melanie K. Sharp, Esquire                                          VIA ELECTRONIC MAIL
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Marcus E. Sernel, Esquire                                          VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636

J. Drew Diamond, Esquire                                           VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017-5800


                                                                   ASHBY & GEDDES

                                                                   /s/ *Tiffany Geyer Lydon*
                                                                   _____
                                                                   Steven J. Balick (I.D. #2114)
                                                                   John G. Day (I.D. #2403)
                                                                   Tiffany Geyer Lydon (I.D. #3950)
                                                                   500 Delaware Avenue, 8th Floor
                                                                   P.O. Box 1150
                                                                   Wilmington, DE 19899
                                                                   (302) 654-1888
                                                                   sbalick@ashby-geddes.com
                                                                   jday@ashby-geddes.com
                                                                   tlydon@ashby-geddes.com

                                                                   *Attorneys for ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The President and Fellows of Harvard College and The Whitehead Institute for Biomedical Research*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Evan R. Chesler
Keith R. Hummel
David R. Marriott
David Greenwald
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY  10019
(212) 474-1000

Dated: January 3, 2008
185151.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of January, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| Marcus E. Sernel, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601-6636 | VIA ELECTRONIC MAIL |
| J. Drew Diamond, Esquire<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA  90017-5800 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

4