IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX CORPORATION,                )
AMGEN USA INC., AMGEN MANUFACTURING             )
LIMITED, and IMMUNEX RHODE ISLAND               )
CORPORATION,                                    )
                                                )     C.A. No. 06-259-MPT
                               Plaintiffs,      )
        v.                                      )
                                                )
ARIAD PHARMACEUTICALS, INC., and THE            )
WHITEHEAD INSTITUTE FOR BIOMEDICAL              )
RESEARCH,                                       )
                                                )
                               Defendants.      )
                                                )
                                                )
ARIAD PHARMACEUTICALS, INC.,                    )
MASSACHUSETTS INSTITUTE OF                      )
TECHNOLOGY, THE PRESIDENT AND                   )
FELLOWS OF HARVARD COLLEGE, and THE             )
WHITEHEAD INSTITUTE FOR BIOMEDICAL              )
RESEARCH,                                       )
                                                )
                    Counterclaim Plaintiffs,    )
                                                )
        v.                                      )
                                                )
AMGEN INC., IMMUNEX CORPORATION,                )
AMGEN USA INC., AMGEN MANUFACTURING             )
LIMITED, IMMUNEX RHODE ISLAND                   )
CORPORATION, and WYETH,                         )
                                                )
                    Counterclaim Defendants.    )

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of January, 2008, **ARIAD'S AND**

**THE INSTITUTIONS' SUPPLEMENTAL RESPONSES AND OBJECTIONS TO**

**REQUESTS NOS. 202, 203, 212 AND 213 OF AMGEN'S SECOND SET OF REQUESTS**

**FOR ADMISSION** was served upon the following counsel of record at the address and in the

manner indicated:


Melanie K. Sharp, Esquire                                               VIA ELECTRONIC MAIL
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Marcus E. Sernel, Esquire                                               VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636

J. Drew Diamond, Esquire                                                VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017-5800


                                                    ASHBY & GEDDES

                                                    /s/ *Tiffany Geyer Lydon*
                                                    _____
                                                    Steven J. Balick (I.D. #2114)
                                                    John G. Day (I.D. #2403)
                                                    Tiffany Geyer Lydon (I.D. #3950)
                                                    500 Delaware Avenue, 8th Floor
                                                    P.O. Box 1150
                                                    Wilmington, DE 19899
                                                    (302) 654-1888
                                                    sbalick@ashby-geddes.com
                                                    jday@ashby-geddes.com
                                                    tlydon@ashby-geddes.com

                                                    *Attorneys for ARIAD Pharmaceuticals, Inc.,*
                                                    *Massachusetts Institute of Technology, The*
                                                    *President and Fellows of Harvard College and*
                                                    *The Whitehead Institute for Biomedical*
                                                    *Research*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Evan R. Chesler
Keith R. Hummel
David R. Marriott
David Greenwald
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY  10019
(212) 474-1000

Dated:  January 3, 2008
185151.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Melanie K. Sharp, Esquire                                                         HAND DELIVERY
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Marcus E. Sernel, Esquire                                                        VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636

J. Drew Diamond, Esquire                                                        VIA ELECTRONIC MAIL
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017-5800

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

4