IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>        Plaintiffs.<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., et al.,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  C. A. No. 06-259-MPT<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

At Wilmington this **7th** day of **January, 2008**.

IT IS ORDERED that the transcript of the teleconference of January 7, 2008 is the Order of the court addressing Amgen entities' motion for a protective order (D.I. 484). In addition to the areas contained in the transcript, the ARIAD entities may also question Dr. Vasant Gandhi regarding the contents of his declarations made in support of the Amgen entities' motion. The rescheduling of the deposition shall be made at a time and location convenient to Dr. Vasant Gandhi.

                                        /s/ Mary Pat Thynge
                                        UNITED STATES MAGISTRATE JUDGE