IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation; )
IMMUNEX CORPORATION, a Washington )
corporation; AMGEN USA INC., a Delaware )
corporation; AMGEN MANUFACTURING, )
LIMITED, a Bermuda Corporation, and )
IMMUNEX RHODE ISLAND )
CORPORATION, a Delaware corporation, )
)
       Plaintiffs, )
)
    v. )
)
ARIAD PHARMACEUTICALS, INC., a )
Delaware corporation, and THE WHITEHEAD )
INSTITUTE FOR BIOMEDICAL RESEARCH, )
a Delaware corporation, )
)
       Defendants. )
_____ )  Civil Action No. 06-259 (MPT)
)
ARIAD PHARMACEUTICALS, INC., a )
Delaware corporation, MASSACHUSETTS )
INSTITUTE OF TECHNOLOGY, THE )
PRESIDENT AND FELLOWS OF HARVARD )
COLLEGE, and THE WHITEHEAD )
INSTITUTE FOR BIOMEDICAL RESEARCH, )
a Delaware corporation, )
)
      Counterclaim Plaintiffs, )
    v. )
AMGEN, INC., a Delaware corporation; )
IMMUNEX CORPORATION, a Washington )
corporation; AMGEN USA INC., a Delaware )
corporation; AMGEN MANUFACTURING, )
LIMITED, a Bermuda Corporation, and )
IMMUNEX RHODE ISLAND )
CORPORATION, a Delaware corporation, and )
WYETH, )
)
      Counterclaim Defendants. )
_____ )

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that effective September 12, 2007, the address and contact

information for Siegmund Gutman, Esquire, counsel admitted pro hac vice for Plaintiffs and

Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen

Manufacturing, Limited, and Immunex Rhode Island Corporation is:

> Hogan & Hartson LLP
> 199 Avenue of the Stars, Suite 1400
> Los Angeles, CA 90067
> (310) 785-4600

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> Melanie K. Sharp (No. 2501)
> Mary F. Dugan (No. 4704)
> Jeffrey T. Castellano (No. 4837)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801

> P.O. Box 391
> Wilmington, Delaware 19899-0391
> (302) 571-6681
> msharp@ycst.com

> Mark A. Pals
> Marcus E. Sernel
> Jamie H. McDole
> KIRKLAND & ELLIS LLP
> 200 East Randolph Drive
> Chicago, IL  60601-6636
> (312) 861-2000

> Drew Diamond
> KIRKLAND & ELLIS LLP
> South Figueroa Street
> Los Angeles, CA  900017-5800
> (213) 680-8400

> *Attorneys for Plaintiffs/Counterclaim Defendants Amgen, Inc.,*
> *Immunex Corporation, Amgen USA Inc., Amgen Manufacturing,*
> *Limited, and Immunex Rhode Island Corporation*

Dated: January 24, 2008