IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | : : : : : : |
| Plaintiffs. | : : |
| v. | :   C. A. No. 06-259-MPT : |
| ARIAD PHARMACEUTICALS, INC., et al., | : : : |
| Defendants. | : |

### ORDER

At Wilmington this **25th** day of **January, 2008**.

IT IS ORDERED that the transcript of the January 22, 2008 teleconference containing the discussions and decisions by the Court regarding the Dr. Gottlieb and Dr. Verma matters, shall serve as the Order in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE