# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 17, 2008

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

**REDACTED
PUBLIC VERSION**

Re:    *Amgen et al v. ARIAD Pharmaceuticals, Inc.,*
      C.A. No. 06-259-MPT

Dear Magistrate Judge Thynge:

In preparation for the January 22 teleconference, we write on behalf of ARIAD to request: (1) the Court's assistance in securing Amgen's compliance with ARIAD's Eighth 30(b)(6) deposition notice ("the Notice"); and (2) imposition of sanctions against Amgen related to its failure to comply with the Notice.

ARIAD is reluctant to burden the Court with this discovery dispute. However, in light of ARIAD's repeated attempts to secure Amgen's compliance with the Notice, we believe any further attempts to resolve the issue without assistance from the Court are futile. ARIAD further believes that the conduct of Amgen, which included, among other things, tendering a witness who had not even read the single article that was the sole subject of the Notice, warrants sanctions.

## 1. ARIAD's Eighth 30(b)(6) Deposition Notice

The Notice was served on October 30 and seeks non-privileged information regarding Amgen's awareness of, understanding of, possession of and/or funding of the research whose results were reported in Lizzul *et al., Differential Expression of Phosphorylated NF-kB/RelA in Normal and Psoriatic Epidermis and Downregulation of NF-kB in Response to Treatment with Etanercept,* J. Invest. Dermatol. 124:1275-83 (2005) (the "Lizzul article") (Exhibit A). The research reported in the Lizzul article was funded by Amgen itself and published in a peer-reviewed journal prior to the initiation of this lawsuit in 2006 by Amgen. The Lizzul article reported that Amgen's infringing product, Enbrel, reduced the activity of NF-kB in cells from persons suffering from psoriasis, a disabling skin disease and for whose treatment Enbrel is approved. The article thus affords highly probative evidence that the administration of Enbrel infringes the '516 Patent directly, and that Amgen, by selling that drug, is willfully inducing and contributing to such infringement.

## 2. Amgen's Failure to Comply With the Notice

Unfortunately, Amgen's failure to comply with the Notice has a long and tortured history. On two occasions, Amgen led ARIAD to believe that Amgen intended to comply with the Notice without the need for intervention from this Court. Both times, in reliance upon Amgen's representations, ARIAD agreed to forgo seeking this Court's assistance. Instead of complying with the Notice, however, Amgen ultimately produced for deposition a witness who had *never* read the Lizzul article and, indeed, had not even seen the article until the day before her deposition.

Initially, Amgen did not even respond to the Notice. After some negotiation between the parties in early December, ARIAD informed Amgen that it intended to submit a letter to the Court seeking the Court's assistance on this issue. In a December 11 letter, sent by Amgen on the day ARIAD's letter to the Court was due, Amgen stated that it was "willing, in the context of a targeted 30(b)(6) deposition ... to answer your general questions as to what awareness Amgen had of the Lizzul article and what understanding Amgen may have or conclusions Amgen may have drawn (if any) from the Lizzul article." (Exhibit B) Amgen agreed to identify a witness for deposition "within the next day or two" and provide objections to the Notice "in due course." On the assumption that deposition would occur prior to the December 21 cut-off for fact discovery, ARIAD agreed not to bring the issue before the Court at that time.

However, on December 17, counsel for Amgen left a voicemail message for ARIAD's counsel, David Greenwald, which stated that Amgen's 30(b)(6) designee, Dr. Angelika Jahreis, would not be available for deposition until "the first part of January" due to "the upcoming shutdown of Amgen." Amgen's counsel promised to provide by December 18 "at the latest" a date for Dr. Jahreis's deposition. On December 20, not having received further word from Amgen, Mr. Greenwald informed Amgen's counsel that ARIAD would agree (albeit reluctantly) to a deposition of Dr. Jahreis between January 2-7. (Exhibit C) Mr. Greenwald also made clear that a later date for Dr. Jahreis's deposition would not be appropriate because of the impending deadline (January 18) for submission of opening expert reports. (Exhibit C) Shortly after sending the December 20 letter, Mr. Greenwald received a letter from counsel for Amgen which, rather than providing a date between January 2-7, instead stated that "due to the upcoming holidays and the accompanying shut-down of Amgen," Dr. Jahreis would not be available for deposition "in December or early January" and proposed a *January 23* deposition date. (Exhibit D) ARIAD again informed Amgen that it intended to bring the issue before the Court. After a meet and confer, Amgen offered to produce Dr. Jahreis for deposition in California on January 8, 2008. ARIAD agreed, and agreed to forgo contacting the Court (Exhibit E), even though the date offered was more than two months after the date of the Notice, 18 days beyond the date of the court ordered cut-off for fact discovery in this case, and only 10 days before the date for submission of expert reports.

At 7:45 p.m. (PST) on January 7—just as counsel for ARIAD (based in New York) had landed in Los Angeles for Dr. Jahreis's deposition and approximately 13 hours before Dr. Jahreis's deposition was scheduled to begin—Amgen's counsel sent Mr. Greenwald an email, which stated that "[t]he witness tomorrow will testify as a Rule 30(b)(6) witness on topics 1-4, subject to the objections of the Amgen Entities. We will attempt to provide as expeditiously

as possible a witness for the remaining topic [*sic*; the Notice had *six* remaining topics]—subject to the Amgen Entities' objections." (Exhibit F)  Simultaneous with this email—and more than sixty days after the Notice had been served—Amgen served responses and objections to the Notice.

   Dr. Jahreis's deposition commenced at 9:09 a.m. the next morning and concluded approximately thirty-three minutes later.  The deposition began with a discussion :

**REDACTED**

### 3.  Relief Requested by ARIAD

   In light of the foregoing conduct of Amgen with respect to the Notice, ARIAD respectfully requests that this Court enter an order compelling Amgen to comply with the Notice by producing a properly prepared witness on *all* topics for deposition in New York City, where ARIAD's present counsel is located.

   In addition, ARIAD respectfully requests that this Court impose sanctions against Amgen pursuant to Fed. R. Civ. P. 37(d).  Under prevailing precedent, Dr. Jahreis's lack of capacity to answer questions during her deposition is equivalent to a failure to appear for a deposition. *See Black Horse Lane Assoc. v. Dow Chem. Corp.*, 228 F.3d 275, 304 (3d Cir. 2000) (affirming district court award of sanctions, holding that "when a witness is designated by a corporate party to speak on its behalf pursuant to Rule 30(b)(6), producing an unprepared witness is tantamount to a failure to appear that is sanctionable under Rule 37(d).").  In accordance with *Black Horse Lane*, ARIAD requests that all reasonable expenses associated with Dr. Jahreis's January 8 deposition, including attorneys' fees and travel expenses, be borne by Amgen.

Respectfully,

/s/ *John G. Day*

John G. Day

JGD:nml
Attachments
187337.1

cc:    David I. Gindler, Esquire (via electronic mail)
       Melanie K. Sharp, Esquire (by hand and via electronic mail)
       Marcus E. Sernel, Esquire (via electronic mail)

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX
CORPORATION, AMGEN USA INC.,
AMGEN MANUFACTURING LIMITED,
and IMMUNEX RHODE ISLAND
CORPORATION,

      Plaintiffs,

  v.

ARIAD PHARMACEUTICALS, INC., and
THE WHITEHEAD INSTITUTE FOR
BIOMEDICAL RESEARCH, a Delaware
corporation,

      Defendants.

C.A. No. 06-259-MPT

---

ARIAD PHARMACEUTICALS, INC.,
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, THE PRESIDENT AND
FELLOWS OF HARVARD COLLEGE, and
THE WHITEHEAD INSTITUTE FOR
BIOMEDICAL RESEARCH,

      Counterclaim-
      Plaintiffs,

  v.

AMGEN INC., IMMUNEX
CORPORATION, AMGEN USA INC.,
AMGEN MANUFACTURING LIMITED,
IMMUNEX RHODE ISLAND
CORPORATION, and WYETH,

      Counterclaim-
      Defendants.

## DEFENDANT AND COUNTERCLAIM PLAINTIFF ARIAD'S
## EIGHTH NOTICE OF DEPOSITION OF THE AMGEN ENTITIES
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)



PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and the Local Rules of this Court, Defendant ARIAD Pharmaceuticals, Inc. ("ARIAD") will take the deposition upon oral examination of Plaintiffs Amgen Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation (collectively, "Amgen") on November 15, 2007 beginning at 9:00 a.m. and continuing from day to day thereafter (excluding Saturdays, Sundays, and holidays) until completed. The deposition shall take place at the Hyatt Westlake Plaza, 880 South Westlake Blvd., Westlake Village, CA 91361, or according to alternative arrangements upon which counsel jointly agree. The deposition shall be taken before an officer authorized to administer oaths and may be recorded by any means that the Federal Rules of Civil Procedure permit, including videotaping, audio taping, stenographic recording, and means permitting electronic transmission of the transcript.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Amgen shall designate one or more of its officers, directors, managing agents, or other persons who are most qualified, knowledgeable, and competent to testify on its behalf as to all matters known or reasonably available to Amgen with respect to each of the subjects set forth in Attachment A. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated should be prepared to testify as to such matters known or reasonably available to Amgen.

Amgen is requested to provide to ARIAD's counsel, on or before November 7, 2007, a written designation of the names and positions of the officers, directors, managing agents, or other persons who are most qualified, knowledgeable, and competent to testify on its behalf concerning the areas of testimony set forth in Attachment A, and, for each person designated, the matters on which he or she will testify.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant*
*ARIAD Pharmaceuticals, Inc.*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated: October 30, 2007

185458.1

# ATTACHMENT A

## DEFINITIONS

A.    "ARIAD" shall mean ARIAD Pharmaceuticals, Inc.

B.    "AMGEN," "YOU," and "YOUR" shall mean Amgen Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation.

C.    "DOCUMENT" as used herein shall mean every kind of recording of any form of communication or representation upon any tangible thing, including letters, words, pictures, sounds or symbols, or combinations thereof, whether recorded by handwriting, printing, photostatic or photographic means, magnetic impulse, tape, computer disk or any other form of data storage, data compilation or mechanical or electronic recording, and all other tangible things which come within the meaning of "writing" or "recording" as used in Federal Rule of Evidence 1001 or "document" as used in Federal Rule of Civil Procedure 34. Every draft or non-identical copy of a DOCUMENT is a separate DOCUMENT as that term is used herein.

D.    "LIZZUL ARTICLE" shall mean Lizzul, P.F., Aphale, A., Malaviya, R., Sun, Y., Masud, S., Dombrovskiy, V., Gottlieb, A., Differential Expression of Phosphorylated NFkB/RelA in Normal and Psoriatic Epidermis and Downregulation of NF-kB in Response to Treatment with Etanercept, J. Invest. Dermatol., 125:1275-1283 (2005), a copy of which is attached to this notice in the same form in which it appears in YOUR production in this case.

E.    Whenever appropriate, the singular form of a word shall be interpreted in the plural or vice versa; verb tenses shall be interpreted to include past, present, and future tenses; the terms "and" as well as "or" shall be construed either conjunctively or disjunctively, as necessary to bring within the scope of a topic any information that might otherwise be considered outside its purview; and words imparting the masculine include the feminine and vice versa.

-4-

## AREAS OF TESTIMONY

1.     YOUR awareness of the LIZZUL ARTICLE, including but not limited to the date(s) on which YOU received or acquired a copy of the LIZZUL ARTICLE or a draft or manuscript of the LIZZUL ARTICLE.

2.     The locations of and custodians of those copies of the LIZZUL ARTICLE that are in YOUR possession.

3.     The date that YOU became aware that the LIZZUL ARTICLE (or a draft or manuscript thereof) had been submitted for publication.

4.     YOUR awareness of:

(a)  the results described in the LIZZUL ARTICLE;

(b)  the conclusions drawn in the LIZZUL ARTICLE;

(c)  the research referenced in the LIZZUL ARTICLE; and

(d)  research conducted in connection with the LIZZUL ARTICLE.

5.     YOUR understanding of:

(a)  the results described in the LIZZUL ARTICLE;

(b)  the conclusions drawn in the LIZZUL ARTICLE;

(c)  the research referenced in the LIZZUL ARTICLE; and

(d)  research conducted in connection with the LIZZUL ARTICLE.

6.     The conclusion(s) YOU have drawn from:

(a)  the results described in  the LIZZUL ARTICLE;

(b)  the conclusions drawn in the LIZZUL ARTICLE;

(c)  the research referenced in the LIZZUL ARTICLE; and

(d)  research conducted in connection with the LIZZUL ARTICLE.

7.     YOUR funding of or financial support for research identified in, described in, or conducted in connection with the LIZZUL ARTICLE.

8.      YOUR relationship with the following individuals (other than consulting for this litigation):  Paul F. Lizzul, Abhishek Aphale, Rama Malaviya, Yvonne Sun, Salman Masud, Viktor Dombrovskiy, and Alice Gottlieb.

9.      The identity and location of witnesses knowledgeable about the categories set forth in Topics 1 to 8 above.

10.     The nature, existence and location of all DOCUMENTS relating to Topics 1 to 8 above.

See related Commentary on page x

# Differential Expression of Phosphorylated NF-κB/RelA in Normal and Psoriatic Epidermis and Downregulation of NF-κB in Response to Treatment with Etanercept

Paul F. Lizzul, Abhishek Aphale, Rama Malaviya, Yvonne Sun, Salman Masud, Viktor Dombrovskiy, and Alice B. Gottlieb
Clinical Research Center, UMDNJ-Robert Wood Johnson Medical School, New Brunswick, New Jersey, USA

Etanercept, a recombinant human tumor necrosis factor (TNF) receptor fusion protein, is FDA approved for psoriasis and psoriatic arthritis. TNFα increases the synthesis of proinflammatory cytokines and leads to the activation of multiple signaling pathways, including nuclear factor kappa B (NF-κB). The Rel/NF-κB transcription factors play a central role in numerous cellular processes, including the stress response and keratinocyte proliferation and differentiation. Utilizing a phosphorylation-specific antibody, we examined the expression of active nuclear NF-κB/RelA via immunohistochemistry in normal skin, non-lesional psoriatic skin, lesional psoriatic skin, and lesional skin from patients treated with etanercept. There was no expression of active nuclear NF-κB in the normal epidermis, whereas a basal level of constitutive active phosphorylated NF-κB/RelA was present in uninvolved epidermis from psoriasis patients. There was also significant upregulation of active phosphorylated NF-κB/RelA in the epidermis from psoriatic plaques. Serial biopsies from psoriasis patients treated with etanercept at 1, 3, and 6 mo demonstrated a significant downregulation of phosphorylated NF-κB/RelA, which correlated with decreases in epidermal thickness, restoration of normal markers of keratinocyte differentiation, and clinical outcomes. These data suggest that activation of NF-κB plays a significant role in the pathogenesis of psoriasis and that a potential mechanism of action for TNF-targeting agents is downregulation of NF-κB transcriptional activity.

Key words: apoptosis/etanercept/keratinocyte/NF-κB/psoriasis
J Invest Dermatol 124:1275–1283, 2005

Psoriasis is a chronic papulosquamous disease that affects 1%–3% of the US population (Greaves and Weinstein, 1995; Lebwohl, 2003). It is commonly accepted that the two major pathological lesions observed in psoriasis are epidermal hyperproliferation with abnormal differentiation, and an inflammatory infiltration of the epidermis and dermis (Chaudhari et al, 2001). In the past, therapies for psoriasis had focused on treating epidermal hyperplasia, which was hypothesized to occur as a result of the abnormal proliferation and differentiation of basal keratinocytes (Bayliffe et al, 2004). It later became evident that there was a direct role for T cells in the pathogenesis of psoriasis (Bos et al, 1983). An important experimental result, which confirmed the direct link between T lymphocytes and psoriasis, was demonstrated by utilizing a fusion protein with specific cellular toxicity to cells expressing functional interleukin-2 (IL-2) receptors. Patients treated with denileukin diftitox (Ontak, Ligand Pharmaceuticals, San Diego, California), which did not specifically affect keratinocytes, exhibited clinical resolution of psoriasis with histological reversal of epidermal hyperplasia (Gottlieb et al, 1995). This work set the foundation for additional studies over recent years that have culminated in the current view that the psoriatic process is driven by an orchestrated interplay between activated T cells, antigen-presenting cells (APC), and keratinocytes (Krueger, 2002), which leads to the release of numerous cytokines and chemokines that signal keratinocytes to hyperproliferate and undergo abnormal differentiation (Werner and Smola, 2001; Gottlieb et al, 2003b). Moreover, T cell activation is attributable to an ongoing stimulus delivered to T cells by APC and keratinocytes in the skin lesions creating a self-sustaining positive feedback loop. Given such a complex and multifactorial process it is not surprising that if these events were to perpetuate, a chronic inflammatory state would occur.

This immunological basis and theory of the disease has led to the development of targeted therapies with the promise of improved efficacy and safety profiles (Asadullah et al, 2002). Examples of biological agents in use or in continuing trials include etanercept (soluble anti-TNF (tumor necrosis factor) receptor) and infliximab (antibody targeted

Abbreviations: APC, antigen-presenting cell; CBP, Creb-binding protein; CD, cluster of differentiation; CLA, cutaneous lymphocyte antigen; Cox-2, cyclo-oxygenase 2; EBV, Epstein–Barr virus; HAT, histone acetyltransferase; HAT, histone acetyltransferase; HDAC, histone deacetylase; IκBα, I kappa B alpha; ICAM, intercellular adhesion molecule; IFN, interferon; IKK, IκB kinase; IL, interleukin; IL-1β, interleukin 1 beta; LFA, lymphocyte function-associated antigen; MMP, matrix metalloprotease; NF-κB, nuclear factor kappa B; p/CAF, p300/CBP associated factor; TBP, TATA binding protein; TFIIB, transcription factor IIB; TNFα, tumor necrosis factor α; UVB, ultraviolet B

Copyright © 2005 by The Society for Investigative Dermatology, Inc.

Non Confidential                                                    AM-AR0363096

against soluble TNFα), which target TNF activity, as well as alefacept (lymphocyte function-associated antigen 3 (LFA-3)/IgG1 fusion protein, which binds to CD-2 receptors on T cells and blocks the interaction of CD-2/LFA-3), and efalizumab (anti-CD11a (LFA-1), which blocks the costimulatory signal between LFA-1/ICAM-1) which targets the APC and T cell interaction.

TNFα controls and regulates the expression of numerous genes, and in doing so leads to cutaneous responses to environmental damage and inflammation. Although TNFα regulates immune and inflammatory responses, it has also been shown to effect tissue remodeling, cell motility, the cell cycle, and apoptosis (Gottlieb et al, 2003a; Gugasyan et al, 2004). This tremendous diversity is accomplished by inducing a characteristic set of downstream effectors. One of these effectors is the transcription factor nuclear factor kappa B (NF-κB).

The Rel/NF-κB proteins belong to a family of related transcription factors, which over the last 25 y have been characterized in most cell types and lineages (Baldwin, 1996). The regulation of gene activation by NF-κB involves the general transcription machinery as well as coactivators and chromatin-modifying factors (Schmitz, 1995; Schmitz and Baeuerle, 1995; Schmitz et al, 1995; Zhong et al, 1998). Another level of regulatory complexity involves the role that phosphorylation of Rel family members, such as Rel A, plays in its interaction with coactivators such as CBP/p300 and its ability to activate target gene transcription (Zhong et al, 1998).

NF-κB regulates the expression of an exceptionally large number of genes and has a well-characterized role in immune and inflammatory responses as well as in the protection against apoptotic cell death (Siebenlist et al, 1994; Barnes and Karin, 1997; Sonenshein, 1997). Moreover, a large and diverse set of distinct stimuli activate NF-κB (Ghosh et al, 1998). NF-κB is also highly activated at sites of inflammation in a diverse set of human diseases (Tak and Firestein, 2001). Altogether, these findings underscore the important role, which NF-κB plays within the immune system, and the potential of developing therapeutic agents that affect NF-κB function as a means to treat inflammatory disease.

Given the important role that NF-κB plays in regulating the expression of numerous target genes, and the resulting consequences for several human diseases, it is not surprising to find that a complex regulatory scheme controls Rel/NF-κB transcriptional activity. One of the most well-characterized mechanisms is the control of NF-κB subcellular localization by IκB family proteins (Beg et al, 1992). The elimination of IκBα allows NF-κB to accumulate in the nucleus and activate target gene expression (Maniatis, 1997). Interestingly, IκBα is also a transcriptional target of NF-κB and can downregulate further expression in an autoregulatory manner (Maniatis, 1997). A second level of regulation of NF-κB activity involves phosphorylation and occurs at the level of activation of the transcriptional activity of RelA (Wang and Baldwin, 1998). When IκB is degraded, RelA undergoes phosphorylation that results in transcriptional activity (Wang and Baldwin, 1998; Zhong et al, 1998). The activity of NF-κB is also regulated through interactions with coactivator and corepressor proteins. Recent data showed

that NF-κB-dependent transcriptional activation requires the coactivators CBP/p300 (Gerritsen et al, 1997). The phosphorylation of RelA enhances NF-κB transactivation by promoting the interaction of p65 with CBP (Zhong et al, 1997) and has been shown to be required for NF-κB-dependent gene expression (Sheppard et al, 1999; Wang et al, 1999c). Therefore, NF-κB activity is regulated in a complex manner and at multiple levels by a large number of proteins.

It is evident from this discussion that TNFα-mediated induction of synthesis of all these factors via NF-κB in lymphocytes, endothelial cells, dendritic cells, and keratinocytes mediates and increases the cellular infiltrate in the skin and simultaneously leads to keratinocyte hyperproliferation in psoriasis (Krueger, 2002). Therefore, it can be postulated that TNFα produced locally within psoriatic lesions creates a TNF positive feedback loop that amplifies and sustains the inflammatory process within plaques (Banno et al, 2004).

Etanercept is a fusion protein of two p75 TNF-receptor chains and fragments of the Fc region of human IgG. It is FDA approved for adult and juvenile rheumatoid arthritis, ankylosing spondylitis, psoriatic arthritis, and psoriasis. Phase II Trials with etanercept in psoriasis demonstrated a decrease in PASI (Psoriasis Area and Severity Index), epidermal T cell infiltration, epidermal thickness, as well as reversal of K-16 keratin expression that indicated a reduction of inflammation and a return to normal keratinocyte proliferation and differentiation (Gottlieb et al, 2003b).

Due to the high levels of expression of TNF in psoriatic patients, the success of anti-TNF treatments, and the role of NF-κB in TNF signaling, we wanted to explore the link between active NF-κB and psoriasis. Specifically, we wanted to determine whether there were differences in the expression of phosphorylated RelA/p65 between normal and psoriatic epidermis, and secondarily, if there was upregulation of phospho-NF-κB in lesional psoriatic skin. In addition, we wanted to determine if the levels of phospho-NF-κB correlated with abnormalities in lesional skin, such as a hypertrophic epidermis and abnormal keratinocyte differentiation markers. Finally, we wanted to determine if treatment of psoriatic patients with the anti-TNF agent, etanercept, would result in downregulation of NF-κB and in turn if this would correlate with disease resolution and restoration of the epidermis to non-lesional appearance. If the transcriptionally active form of NF-κB were downregulated in response to etanercept treatment, this would offer one plausible mechanistic explanation for the drug's success in the treatment of psoriasis.

## Results

Absence of phosphorylated p65/RelA in normal skin Although multiple studies endeavored to examine the expression pattern of NF-κB family members in the epidermis and dermis, none have characterized the expression of the active phosphorylated form of RelA/p65 in the epidermis. Because of the critical role that NF-κB plays in inflammatory responses, cellular proliferation, the cell cycle, and apoptosis and the contradictory reports of its specific function in keratinocytes, we wanted to study the expression of NF-κB in both normal and psoriatic skin to establish, not only if

Non Confidential                                         AM-AR0363097

differences existed but if those differences would correlate with disease status and response to therapy. Toward this end, we utilized a phospho-specific antibody targeted to serine 536 of RelA/p65, which is essential for transcriptional activation by NF-κB. Skin samples were obtained from 4 healthy volunteer controls. Although it has been reported that a basal level of NF-κB exists in the epidermis (Takao *et al*, 2003), we found almost no active nuclear phosphorylated RelA in the nucleus of epidermal cells (Fig 1*A*). Activation of NF-κB was confirmed utilizing the phospho-RelA antibody on samples of normal skin that were irradiated with UVB, a known inducer of NF-κB activity. This UVB treatment led to a substantial ($p < 0.02$) 25-fold increase in the level of phosphorylated RelA (Fig 1*B* and *C*).

**Phosphorylated p65/Rel is present at basal constitutive levels in keratinocytes from non-lesional psoriatic skin** In light of the overwhelming evidence of the role of NF-κB family members in immune regulation, apoptosis, keratinocyte regulation, and psoriasis, we wanted to examine whether the expression pattern of active nuclear phosphorylated RelA differed between normal and psoriatic skin. There is established precedence for abnormal expression and regulation of proteins and cytokines in disease processes, including psoriasis (McKenzie and Sabin, 2003; McKenzie *et al*, 2003). Therefore, we compared expression

of active phosphorylated RelA/p65 in the normal epidermis to the non-lesional skin in our psoriasis patients. The skin samples were obtained from biopsies in ten patients who were subjects in a study of the efficacy and safety of the TNF-targeting pharmaceutical etanercept. Interestingly, and in contrast to the absence of active RelA in the epidermis from normal patients, those biopsies taken from the uninvolved skin of psoriatic patients demonstrated substantial basal levels of phospho-RelA/p65 in the epidermis ($p < 0.02$). Specifically, there was an average 12-fold increase of active nuclear phosphorylated RelA/p65 in the nonlesional psoriatic epidermis compared to normal donor skin (Fig 2). These data demonstrate a significant difference in the expression of NF-κB in the epidermis of psoriatic patients as compared with normal controls.

**Phosphorylated p65/Rel is significantly upregulated in keratinocytes within psoriatic plaques** The differential expression of phosphorylated RelA between normal skin and non-lesional skin from psoriasis patients prompted examination of the epidermis from lesional psoriatic plaques for active nuclear phosphorylated NF-κB expression. As shown in Fig 3, on average, there was a 5-fold increase ($p < 0.001$) in phospho-RelA in the epidermis of plaques as compared with uninvolved skin from the same patient. In additional, there was a substantial increase in epidermal



**Figure 1**
**Absence of active phosphorylated RelA/p65 in the normal epidermis.** Punch biopsies from four control subjects were analyzed by immunohistochemistry for expression of nuclear phosphorylated nuclear factor kappa B (NF-κB)/RelA as described in Materials and methods. A representative sample shows strong expression of phosphorylated p65 was only detected in UVB-treated samples (compare *A* to *B*). The arrows denote examples of positive cells. No staining was observed with a negative control rabbit IgG antibody. (*C*) Chart demonstrating the average number of keratinocytes in epidermis expressing phosphorylated NF-κB/RelA. *Denotes a significance of $p < 0.02$.

Non Confidential

AM-AR0363098



**Figure 2**

Increased expression of phosphorylated nuclear factor kappa B (NF-κB)/RelA in uninvolved psoriatic skin. The expression of nuclear phosphorylated RelA was examined via immunohistochemistry in four control subjects and ten psoriasis patients as explained in the Materials and methods utilizing a specific anti-phospho NF-κB antibody. (A) Chart depicting the average number of keratinocytes in the epidermis expressing nuclear phosphorylated RelA. *Denotes significance of p < 0.02. (B) Immunohistochemical analysis demonstrated the dramatic difference in expression levels of nuclear phosphorylated p65 between normal epidermis and the non-involved epidermis from psoriasis patients. Slide is a representative sample from the study population and the arrows denote examples of positive nuclear staining cells.

thickness, as well as expression of abnormal keratinocyte differentiation marker K16 (as has been previously reported).

**Etanercept reduces phosphorylated NF-κB/RelA levels and reverses abnormal epidermal proliferation and differentiation** The high levels of TNFα and NF-κB found in the skin of psoriatic patients coupled with the success of recent immunologic therapies targeting TNF and immune receptors in the treatment of psoriasis prompted us to examine what effect etanercept therapy would have on phospho-RelA/p65 levels. We also wanted to determine if treatment with etanercept would lead to histological changes in keratinocyte differentiation and plaque morphology. To see if TNF's beneficial effects could be mediated via a decrease in NF-κB activation we examined biopsy samples from etanercept patients at 0, 1, 3, and 6 mo. Consistent with the fact that NF-κB is a downstream effector of TNF, we observed that the high levels of nuclear phosphorylated RelA/p65 shown previously were dramatically reduced (p < 0.001) at each successive treatment interval (Fig. 4A and 4B). Interestingly, this decrease in NF-κB was complemented by a significant reduction in epidermal thickness

(p < 0.01) at each time period (Fig 4A). There was a significant correlation between these two outcome measures (Table I). Moreover, examination of keratinocyte differentiation also demonstrated a return of K16 levels to normal in 70%–80% of patients at 3 and 6 mo and this too correlated with the observed reduction in phosphorylated RelA/p65 (Table I).

## Discussion

This is the first report of an *in vivo* study to demonstrate a relative absence of nuclear phosphorylated RelA in normal skin, that non-lesional psoriatic skin contains a basal level of phosphorylated RelA, and significant overexpression of phospho-RelA in the epidermis of psoriatic plaques. The treatment of psoriatic patients with etanercept over a 6-mo period led to a dramatic downregulation of phospho NF-κB/RelA in keratinocytes and this correlated with a dramatic reduction in epidermal hyperplasia/thickness and a return of normal keratinocyte markers of differentiation. Importantly, these patients also showed dramatic clinical improvement.



**Figure 3**
Upregulation of active phosphorylated nuclear factor kappa B (NF-κB) in lesional plaques. The expression of nuclear phosphorylated p65 was examined by immunohistochemistry in uninvolved and lesional epidermis from ten psoriasis patients. (A) Chart depicting the average number of phosphorylated NF-κB positive keratinocytes in the epidermis. *Denotes significance of $p < 0.001$. (B) Representative slide showing enhanced expression of phosphorylated NF-κB detected in lesional plaques as compared to uninvolved skin. Arrows highlight examples of positive nuclear staining cells.

In the absence of stressful stimuli, NF-κB is present in the cytoplasm in a resting state within normal keratinocytes (Takao *et al*, 2003). Under normal conditions, NF-κB has also been noted to play an important role in keratinocyte regulation and proliferation (Takao *et al*, 2003; Bernard *et al*, 2004). But the function of NF-κB in keratinocytes has been proposed to be quite paradoxical to its effect in other cell types, such as T or B cells (Dajee *et al*, 2003). Skin defects are present in a number of mouse models in which Rel/NF-κB function is perturbed (Gerondakis and Strasser, 2003). For instance, the epidermis restricted expression of a dominant negative form of IκB produced by mice with profoundly hyperplastic epithelia whereas mice that over-expressed RelA/p65 showed epidermal hypoplasia and growth inhibition (Takeda *et al*, 1999; Seitz *et al*, 2000a, b). This is in contrast to studies on mice null for IκBα which demonstrate marked alterations in epidermal morphology, including hyperplastic epidermal keratinocytes and dermal infiltration of lymphocytes (Wilson *et al*, 1990; Chen *et al*, 2000a, 2000b; Lee *et al*, 2000; Bell *et al*, 2003).

The reason for this diversity in outcome of NF-κB activation may be a reflection of the cell type and differentiation state of the cell (Ozes *et al*, 1999; Romashkova and Makarov, 1999; Emfors, 2000). An interesting model proposed by Kaufman and Fuchs (2000) tries to take into account the peculiar findings of NF-κB activity in the epidermis. They suggest that a balancing act is played between cell-cycle withdrawal, cell survival and differentiation. In addition to an apparent cell-cycle arrest effect, NF-κB in the epidermis also protects against apoptosis by enhancing the expression of anti-apoptotic factors (Wrone-Smith *et al*, 1997; Seitz *et al*, 2000b). It is through a marriage of cell-cycle withdrawal and protection against apoptosis that NF-κB is able to coordinate homeostasis within the normal epidermis.

The data and models discussed above are all in reference to normal skin, normal epidermis, and normal keratinocytes. Psoriasis is clearly an abnormal state, and one would anticipate changes in the epidermis and keratinocytes. Perhaps, this is why we observed, in contrast to our control subjects, a basal level of nuclear phosphorylated RelA/p65 in the non-lesional skin of our psoriatic patients and in turn this may be one factor, in the backdrop of an altered cellular milieu, which predisposes to psoriatic plaque formation. For example, when normal keratinocytes are co-cultured with psoriatic T cells (Bata-Csorgo *et al*, 1995) they do not undergo increased growth or hyperproliferation. But keratinocytes established from non-lesional psoriatic skin are markedly abnormal even before they are cocultured with lymphocytes (Jackson *et al*, 1999). In culture these abnormal keratinocytes release abnormal amounts of interferon gamma (IFNγ), and have subnormal transcription factor activation in response to cytokine stimulation (Werner and Smola, 2001). Although IFNγ promotes



**Figure 4**
Etanercept downregulates expression of phosphorylated nuclear factor kappa B (NF-κB). Punch biopsies from ten psoriasis patients were examined via immunohistochemistry utilizing an anti-phospho-NF-κB specific antibody as described in Materials and methods. (A) Charts depicting the average number of keratinocytes expressing phosphorylated RelA and the average epidermal thickness from baseline plaques or at subsequent etanercept treatment points. *Denotes significance of p<0.01. (B) Immunohistochemical analysis of a representative sample demonstrating the reduction of phosphorylated RelA after treatment with etanercept at 1, 3, and 6 mo. Arrows highlight representative positively nuclear staining cells.

growth arrest of normal keratinocytes (Nickoloff *et al*, 1984; Saunders and Jetten, 1994), it induces proliferation of psoriatic keratinocytes (Baker *et al*, 1988, 1993). These findings have led to the hypothesis that the existence of abnormalities in the signaling pathways of psoriatic keratinocytes predisposes them to display an overactive wound healing response when exposed to stimulation from inflammatory mediators (McKenzie and Sabin, 2003). A recent study published by Watanabe *et al* (2004) identified a mutation in Crohn's disease patients that predisposes them to the development of the disease. Interestingly, a mutation in the gene encoding nucleotide-binding oligomerization domain 2 (NOD2) appeared to be the culprit. They reported that the function of NOD2 was to limit the proinflammatory effects mediated by Toll-like receptor 2 (TLR2) stimulation. The mutated form of NOD2 found in Crohn's patients was unable to inhibit TLR2 signaling, and this apparently skewed the system towards inflammation. Interestingly, this is an NF-κB-dependent phenomenon because NF-κB is downstream of TLR-2 and its activation leads to production of

Non Confidential                                        AM-AR0363101

Table I. Correlation between reduction in phosphorylated NF-κB, decrease in epidermal thickness and improvement of keratinocyte K-16 expression

**(A)**

|  | Epidermal thickness | Normal K-16 |
|---|---|---|
| Phospho-NF-κB | 0.61683 | 0.55207 |
| p-value | <0.001 | <0.001 |

**(B)**

|  | Normal phospho-NF-κB | Normal K-16 |
|---|---|---|
| Baseline plaque | 0/10 | 1/10 |
| 1 mo etanercept | 0/10 | 3/10 |
| 3 mo etanercept | 4/10 | 7/10 |
| 6 mo etanercept | 2/10 | 8/10 |

(A) Correlations using pooled data from plaques at baseline, 1, 3, and 6 mo treatment with etanercept as discussed in Materials and Methods. Pearson correlation coefficients with levels of significance are presented in table for concomitant reduction of phosphorylated NF-κB and epidermal thickness, as well as for restoration of K16 to non-lesional status. (B) Depicts the return of normal keratinocyte differentiation and proliferation, as defined as the absence of K16, and the reduction of phosphorylated NF-κB levels in lesional plaques to the level present in uninvolved skin from the same patient.

NF-κB, nuclear factor kappa B.

IL-12. Expression of both IL-12 and IL-2 has also been found to be upregulated in psoriasis (Lee et al, 1988; Yawalkar et al, 1998).

The increased epidermal thickness present in psoriatic plaques is the net sum of both rates of proliferation and cell death. Moreover, aside from high levels of TNFα and NF-κB, many other cytokines, such as IFNγ, and their downstream targets are upregulated in psoriasis (Bowcock et al, 2001). It would be naive to suggest that NF-κB is the sole suspect in this process, but NF-κB activation is also clearly associated with resistance to apoptosis (Beg and Baltimore, 1996; Wrone-Smith et al, 1997; Foo and Nolan, 1999; Wang et al, 1999a, b). Thus, one would predict that blocking NF-κB activation would make keratinocytes more susceptible to apoptosis, with fewer rather than more viable cells in the epidermis. Unfortunately, under normal conditions, the opposite is observed with the blockade of NF-κB. How could such a paradox exist? First, in psoriasis it is clear that the keratinocytes are not normal; therefore, what is observed under normal conditions may not apply in this chronic inflammatory condition. Second, it would seem reasonable to consider the context in which we are looking at NF-κB activity and to consider the role of other molecular regulators of apoptosis, the cell cycle and proliferation in the skin. For example, another major cellular pathway regulated by NF-κB is the cell cycle (Chaturvedi et al, 1999). It has been shown that NF-κB activating stimuli such as IFNγ and tissue plasminogen activator (TPA) induce growth arrest in normal keratinocytes in vitro (Qin et al, 1999). Therefore, the observation that constitutive activation of NF-κB in transgenic mice models produced epidermal thinning may in fact represent a dominance of the cell cycle inhibitory effect over

the anti-apoptotic effect. Thus, although the cells were not undergoing cell death, they were not proliferating either. So if we extrapolate to normal skin, it may be that the anti-proliferative effects of NF-κB are superior to its anti-apoptotic effect in the absence of inflammation or apoptotic stimuli. In support of this view, transgenic mice expressing anti-apoptotic genes Bcl-x or Bcl-2 have no significant increase in epidermal thickness in the absence of cell-cycle changes. In fact, it is only when the homeostasis of the skin is altered by various proinflammatory or tumorigenic stimuli that a distinctive phenotype becomes apparent (Valle Blazquez et al, 1997; Rodriguez-Villanueva et al, 1998). Such a scenario exists in psoriasis, therefore the disruption of balance between cell-cycle inhibitory and proliferative effects would tip the scale towards epidermal proliferation in the context of a self-sustaining cytokine-mediated feedback loop.

In agreement with the high levels of TNFα and phosphorylated NF-κB found in psoriatic patients, and the crucial link between TNF-mediated signaling and NF-κB, we observed a substantial and significant reduction in the levels of phospho-NF-κB after treatment with etanercept. This suggests that NF-κB may not only play an important role in the pathogenesis of psoriasis, but that it may be a reasonable therapeutic target. Recent work by Zollner et al supports this hypothesis. They demonstrated that the inhibition of superantigen-mediated T cell activation by the selective proteasome inhibitor PS-519 led to significant resolution of psoriasis in a severe combined immunodeficiency (SCID-hu) model (Zollner et al, 2002). PS-519 is known to affect the inhibitory regulator of NF-κB and IκB, and the work demonstrated a concentration-dependent suppression of NF-κB DNA binding.

In light of the results from these experiments and the current literature, we propose a significant role for NF-κB in the pathogenesis of psoriasis. Although there is ample evidence in the literature to substantiate our utilization of nuclear-phosphorylated NF-κB as a proxy for NF-κB activation, relying exclusively on immunostaining to detect nuclear phospho-RelA does not necessarily indicate a functional state of NF-κB activation. Therefore, although confident in our results, we recognize the limitation of our in vivo studies, and have initiated follow-up experiments to reaffirm our results. Due to limited patient samples, we are utilizing the remainder of the 6mm biopsy specimens from our study population to perform RT-PCR-mediated gene expression studies that will reaffirm the etanercept-mediated repression of NF-κB activity.

NF-κB's role in psoriasis is multifactorial, with influence on T cells, dendritic cells and keratinocytes. In lymphocytes, downregulation of TNFα leads to downregulation of NF-κB, which not only abrogates additional TNFα production but also eliminates the production of necessary inflammatory cytokines and cell adhesion markers. The role of NF-κB in the keratinocyte is more complicated and controversial (Kaufman and Fuchs, 2000). We believe that in the setting of a chronic inflammatory state such as psoriasis, there is an imbalance between the anti-apoptotic role and the cell-cycle inhibitory role of NF-κB whereby the scale is tipped toward protection against cell death in the context of a constitutive cytokine-rich inflammatory milieu. This allows for the increased epidermal thickness and hyperproliferation

Non Confidential

AM-AR0363102

1262  LIZZUL ET AL

seen in plaques. Alternatively, perhaps the proposed function of NF-κB in normal keratinocytes is altered in the abnormal keratinocytes present in psoriatic patients and therefore proliferation and increased thickness is observed as opposed to cell-cycle arrest. Further work will be needed to expand on these ideas and confirm the potential benefit of NF-κB targeted therapies in the treatment of psoriasis as well as other inflammatory and autoimmune disorders.

## Materials and Methods

**Patient studies** The study was conducted according to the Declaration of Helsinki Principles, and participants gave their written informed consent. Adult patients with moderate to severe psoriasis were treated with etanercept monotherapy (25 mg subcutaneously twice weekly) for 24 wk under a protocol approved by the UMDNJ-Robert Wood Johnson Medical School Institutional Review Board. Systemic and photo-therapies were excluded for 1 mo prior to dosing; topical medications were excluded for 2 wk prior to dosing. Eucerin cream (Beiersdorf, Wilton, Connecticut) was the standard moisturizer used throughout the study. Patients were told not to apply moisturizer prior to study evaluations. Clinical efficacy was assessed using PASI. Skin biopsies were obtained at baseline, 1, 3, and 6 mo. Skin biopsies were snap frozen in optimal cutting temperature compound (OCT, Tissue Tek, Sakura, Torrance, California) and saved at −70°C. Laboratory-based evaluations were blinded to the clinical results until all data were collected.

**UVB exposure of human subjects** Under a protocol approved by the UMDNJ-Robert Wood Johnson Medical School Institutional Review Board, four healthy volunteers between the ages of 18–60 were recruited and their minimum erythema dose (MED) was determined. MED of a subject is the minimum dose of UVB light that induces mild redness (sunburn) on the skin 24 h after the light exposure. The patients were irradiated with 2 MED of UVB on either the left or right hip and 6 mm punch biopsy was taken immediately after UVB exposure. Subsequently, two more punch biopsies were taken from each patient at 24 and 48 h after the UVB light exposure. The biopsies were frozen immediately in OCT and saved at −70°C.

**Histology and immunohistochemistry** Skin punch biopsy specimens (6 mm) were obtained from target plaques at weeks 0, 4, 12, and 24. A non-lesional skin biopsy was also obtained at week 0. Biopsy specimens for UVB-treated skin were obtained on Day 1 immediately after UVB irradiation and at 72 h post-treatment. Serial cryostat-cut sections were stored at −70°C before use. Immunoperoxidase studies of the number of epidermal nuclear-staining phosphorylated NF-κB positive cells and keratinocyte expression of k16 keratin were performed (Vectastain ABC kit, Vector Laboratories, Burlingame, California) as previously described (Gottlieb et al, 2003a). Briefly, slides were thawed to room temperature, fixed in BFA for 15 min, and then endogenous peroxidase activity was quenched with 0.3% H₂O₂. After washing in PBS the sections were blocked for 30 min with goat serum in PBS. The primary antibody in PBS containing goat serum was applied for 30 min at room temperature. After rinsing in PBS, sections were incubated with biotinylated secondary antibody in PBS containing goat serum, washed in PBS, and incubated with Vectastain Elite ABC Peroxidase reagent (Vector Laboratories). Finally, after rinsing in PBS, the reaction product was visualized using diaminobenzidine. Primary antibodies used were anti-phospho RelA/p65 (Cell Signaling Technologies, Beverly, Massachusetts) 1:50, and anti K-16 (1:400). As negative controls, all experiments were performed in the presence of equal concentrations of normal rabbit IgG isotype control.

Three blinded investigators, including board certified dermatologists, examined immunostained sections with an image analyzer attached to a light microscope (Image pro-plus 3.1, Mediscy-

bernetic, Silver Spring, Maryland). The average number of positively nuclear stained epidermal nuclear phospho-NF-κB cells in five × 200 fields was determined. Epidermal thickness was quantitated by averaging the epidermal thickness in three × 100 fields in H&E-stained sections. For keratinocyte expression of K16, semiquantitative scores of 0 to 4+ were assigned for each section read. Normal expression was defined as 0. Abnormal expression was defined as 1+, 2+, 3+, or 4+. There was less than 5% discordance between observers in all instances.

**Statistical methods** Statistical analysis was performed using the paired or unpaired t test unless otherwise specified. Correlation between variables was analyzed by the Pearson's correlation coefficient. Two-tailed $p < 0.05$ was considered to indicate statistical significance.

This is an investigator-initiated study, supported in part by grants from Amgen and a Clinical Immunology Center of Excellence grant from the Federation of Clinical Immunology Societies (FOCIS). Dr Gottlieb is an investigator, consultant, and speaker for Amgen.

DOI: 10.1111/j.0022-202X.2005.23735.x

Manuscript received October 18, 2004; revised January 11, 2005; accepted for publication January 25, 2005

Address correspondence to: Paul F. Lizzul, Clinical Research Center, UMDNJ-Robert Wood Johnson Medical School, 51 French St., New Brunswick, NJ 08901-0019, USA. Email: lizzulpa@umdnj.edu

## References

Asadullah K, Volk HD, Sterry W: Novel immunotherapies for psoriasis. Trends Immunol 23:47–53, 2002

Baker BS, Powles AV, Valdimarsson H, Fry L: An altered response by psoriatic keratinocytes to gamma interferon. Scand J Immunol 28:735–740, 1988

Baldwin AS Jr: The NF-kappa B and I kappa B proteins: New discoveries and insights. Annu Rev Immunol 14:649–683, 1996

Benno T, Gazel A, Blumenberg M: Effects of tumor necrosis factor-alpha (TNF alpha) in epidermal keratinocytes revealed using global transcriptional profiling. J Biol Chem 279:32633–32642, 2004

Barker JN, Goodlad JR, Ross EL, Yu CC, Groves RW, MacDonald DM: Increased epidermal cell proliferation in normal human skin in vivo following local administration of interferon-gamma. Am J Pathol 142:1091–1097, 1993

Barnes PJ, Karin M: Nuclear factor-kappaB: A pivotal transcription factor in chronic inflammatory diseases. N Engl J Med 336:1066–1071, 1997

Bata-Csorgo Z, Hammerberg C, Voorhees JJ, Cooper KD: Kinetics and regulation of human keratinocyte stem cell growth in short-term primary ex vivo culture. Comparative growth factors from psoriatic lesional T lymphocytes stimulate proliferation among psoriatic uninvolved, but not normal, stem keratinocytes. J Clin Invest 95:317–327, 1995

Beyttle AI, Edgardi RA, Wildes HJ, Levick MP: Emerging therapeutic targets in psoriasis. Curr Opin Pharmacol 4:306–310, 2004

Beg AA, Baltimore D: An essential role for NF-kappaB in preventing TNF-alpha-induced cell death. Science 274:782–784, 1996

Beg AA, Ruben SM, Scheinman RI, Haskill S, Rosen CA, Baldwin AS Jr: I kappa B interacts with the nuclear localization sequences of the subunits of NF-kappa B: A mechanism for cytoplasmic retention. Genes Dev 6:1899–1913, 1992

Bell S, Degitz K, Quirling M, Jilg N, Page S, Brand K: Involvement of NF-kappaB signalling in skin physiology and disease. Cell Signal 18:1–7, 2003

Bernard D, Gosselin K, Monte D, et al: Involvement of Rel/nuclear factor-kappaB transcription factors in keratinocyte senescence. Cancer Res 64:472–481, 2004

Bos JD, Hulsebosch HJ, Krieg SR, Bakker PM, Cormane RH: Immunocompetent cells in psoriasis. In situ immunophenotyping by monoclonal antibodies. Arch Dermatol Res 275:181–189, 1983

Bowcock AM, Shannon W, Du F, et al: Insights into psoriasis and other inflammatory diseases from large-scale gene expression studies. Hum Mol Genet 10:1793–1805, 2001

Chaturvedi V, Qin JZ, Denning MF, Choubey D, Diaz MO, Nickoloff BJ: Apoptosis in proliferating, senescent, and immortalized keratinocytes. J Biol Chem 274:23358–23367, 1999

Non Confidential                    AM-AR0363103

Chaudhari U, Romano P, Mulcahy LD, Dooley LT, Baker DG, Gottlieb AB: Efficacy and safety of infliximab monotherapy for plaque-type psoriasis: A randomised trial. Lancet 357:1842–1847, 2001

Chen CL, Singh N, Yull FE, Strayhorn D, Van Kaer L, Kerr LD: Lymphocytes lacking I kappa B-alpha develop normally, but have selective defects in proliferation and function. J Immunol 165:5418–5427, 2000a

Chen CL, Yull FE, Cardwell N, Singh N, Strayhorn WD, Nanney LB, Kerr LD: RAG2–/–, I kappa B-alpha–/– chimeras display a psoriasiform skin disease. J Invest Dermatol 115:1124–1133, 2000b

Dajee M, Lazarov M, Zhang JY, et al: NF-kappaB blockade and oncogenic Ras trigger invasive human epidermal neoplasia. Nature 421:639–643, 2003

Emfors P: Nuclear factor-kappaB to the rescue of cytokine-induced neuronal survival. J Cell Biol 148:223–225, 2000

Foo SY, Nolan GP: NF-kappaB to the rescue: RELs, apoptosis and cellular transformation. Trends Genet 15:229–235, 1999

Gerondakis S, Strasser A: The role of Rel/NF-kappaB transcription factors in B lymphocyte survival. Semin Immunol 15:159–166, 2003

Gerritsen ME, Williams AJ, Neish AS, Moore S, Shi Y, Collins T: CREB-binding protein/p300 are transcriptional coactivators of p65. Proc Natl Acad Sci USA 94:2927–2932, 1997

Ghosh S, May MJ, Kopp EB: NF-kappa B and Rel proteins: Evolutionarily conserved mediators of immune responses. Annu Rev Immunol 16:225–260, 1998

Gottlieb AB, Chaudhari U, Mulcahy LD, Li S, Dooley LT, Baker DG: Infliximab monotherapy provides rapid and sustained benefit for plaque-type psoriasis. J Am Acad Dermatol 829–835, 2003a

Gottlieb AB, Masud S, Ramamurthi R, Abdulghani A, Romano P, Chaudhari U, Dooley LT, Fasanmade AA, Wagner CL: Pharmacodynamic and pharmacokinetic response to anti-tumor necrosis factor-alpha monoclonal antibody (infliximab) treatment of moderate to severe psoriasis vulgaris. J Amer Acad Dermatol 48:68–75, 2003b

Gottlieb AB, Matheson RT, Lowe N, et al: A randomized trial of etanercept as monotherapy for psoriasis. Arch Dermatol 139:1627–1632, 2003, discussion 1632

Gottlieb SL, Gilleaudeau P, Johnson R, Estes L, Woodworth TG, Gottlieb AB, Krueger JG: Response of psoriasis to a lymphocyte-selective toxin (DAB389IL-2) suggests a primary immune, but not keratinocyte, pathogenic basis. Nat Med 1:442–447, 1995

Greaves MW, Weinstein GD: Treatment of psoriasis. N Engl J Med 332:581–588, 1995

Gugasyan R, Voss A, Varigos G, et al: The transcription factors c-rel and RelA control epidermal development and homeostasis in embryonic and adult skin via distinct mechanisms. Mol Cell Biol 24:5733–5745, 2004

Jackson M, Howie SE, Weller R, Sabin E, Hunter JA, McKenzie RC: Psoriatic keratinocytes show reduced IRF-1 and STAT-1alpha activation in response to gamma-IFN. Faseb J 13:495–502, 1999

Kaufman CK, Fuchs E: It's got you covered. NF-kappaB in the epidermis. J Cell Biol 149:999–1004, 2000

Krueger JG: The immunologic basis for the treatment of psoriasis with new biologic agents. J Am Acad Dermatol 46:1–23, 2002, quiz 23–26

Labwohl M: Psoriasis. Lancet 361:1197–1204, 2003

Lee EG, Boone DL, Chai S, Libby SL, Chien M, Lodolce JP, Ma A: Failure to regulate TNF-induced NF-kappaB and cell death responses in A20-deficient mice. Science 289:2350–2354, 2000

Lee RE, Gaspari AA, Lotze MT, Chang AE, Rosenberg SA: Interleukin 2 and psoriasis. Arch Dermatol 124:1811–1815, 1988

Maniatis T: Catalysis by a multiprotein IkappaB kinase complex. Science 278: 818–819, 1997

McKenzie RC, Sabin E: Aberrant signalling and transcription factor activation as an explanation for the defective growth control and differentiation of keratinocytes in psoriasis: A hypothesis. Exp Dermatol 12:337–345, 2003

McKenzie RC, Sabin E, Szapietowski JC, Gracie JA, Forsey RJ, Howie S: Interferon gamma in keratinocytes in psoriasis. Eur J Dermatol 13:315–316, 2003

Nickoloff BJ, Basham TY, Merigan TC, Morhenn VB: Antiproliferative effects of recombinant alpha- and gamma-interferons on cultured human keratinocytes. Lab Invest 51:697–701, 1984

Ozes ON, Mayo LD, Gustin JA, Pfeffer SR, Pfeffer LM, Donner DB: NF-kappaB activation by tumour necrosis factor requires the Akt serine-threonine kinase. Nature 401:82–85, 1999

Qin JZ, Chaturvedi V, Denning MF, Choubey D, Diaz MO, Nickoloff BJ: Role of NF-kappaB in the apoptotic-resistant phenotype of keratinocytes. J Biol Chem 274:37957–37964, 1999

Rodriguez-Villanueva J, Greenhalgh D, Wang XJ, et al: Human keratin-1.bcl-2 transgenic mice aberrantly express keratin 6, exhibit reduced sensitivity

to keratinocyte cell death induction, and are susceptible to skin tumor formation. Oncogene 16:853–863, 1998

Romashkova JA, Makarov SS: NF-kappaB is a target of AKT in anti-apoptotic PDGF signaling. Nature 401:86–90, 1999

Saunders NA, Jetten AM: Control of growth regulatory and differentiation-specific genes in human epidermal keratinocytes. Inhibition by retinoids and transforming growth factor beta 1. J Biol Chem 269:2016–2022, 1994

Schmitz ML: Function and activation of the transcription factor NF-kappa B in the response to toxins and pathogens. Toxicol Lett 82–83:407–411, 1995

Schmitz ML, Baeuerle PA: Multi-step activation of NF-kappa B/Rel transcription factors. Immunobiology 193:116–127, 1995

Schmitz ML, Stelzer G, Altmann H, Meisterernst M, Baeuerle PA: Interaction of the COOH-terminal transactivation domain of p65 NF-kappa B with TATA-binding protein, transcription factor IIB, and coactivators. J Biol Chem 270:7219–7226, 1995

Seitz CS, Deng H, Hinata K, Lin Q, Khavari PA: Nuclear factor kappaB subunits induce epithelial cell growth arrest. Cancer Res 60:4085–4092, 2000a

Seitz CS, Freiberg RA, Hinata K, Khavari PA: NF-kappaB determines localization and features of cell death in epidermis. J Clin Invest 105:253–260, 2000b

Sheppard KA, Rose DW, Haque ZK, et al: Transcriptional activation by NF-kappaB requires multiple coactivators. Mol Cell Biol 19:6367–6378, 1999

Siebenlist U, Franzoso G, Brown K: Structure, regulation and function of NF-kappa B. Annu Rev Cell Biol 10:405–455, 1994

Sonenshein GE: Rel/NF-kappa B transcription factors and the control of apoptosis. Semin Cancer Biol 8:113–119, 1997

Tak PP, Firestein GS: NF-kappaB: A key role in inflammatory diseases. J Clin Invest 107:7–11, 2001

Takao J, Yudate T, Das A, Shikano S, Bonkobara M, Ariizumi K, Cruz PD: Expression of NF-kappaB in epidermis and the relationship between NF-kappaB activation and inhibition of keratinocyte growth. Br J Dermatol 148:680–688, 2003

Takeda K, Takeuchi O, Tsujimura T, et al: Limb and skin abnormalities in mice lacking IKKalpha. Science 284:313–316, 1999

Vaile Blazquez M, Luque I, Collantes E, Aranda E, Solana R, Pena J, Munoz E: Cellular redox status influences both cytotoxic and NF-kappa B activation in natural killer cells. Immunology 90:455–460, 1997

Wang D, Baldwin AS Jr: Activation of nuclear factor-kappaB-dependent transcription by tumor necrosis factor-alpha is mediated through phosphorylation of RelA/p65 on serine 529. J Biol Chem 273:29411–29416, 1998

Wang CY, Cusack JC Jr, Liu R, Baldwin AS Jr: Control of inducible chemoresistance: Enhanced anti-tumor therapy through increased apoptosis by inhibition of NF-kappaB. Nat Med 5:412–417, 1999a

Wang CY, Guttridge DC, Mayo MW, Baldwin AS Jr: NF-kappaB induces expression of the Bcl-2 homologue A1/Bfl-1 to preferentially suppress chemotherapy-induced apoptosis. Mol Cell Biol 19:5923–5929, 1999b

Wang YM, Seibenhener ML, Vandenplas ML, Wooten MW: Atypical PKC zeta is activated by ceramide, resulting in coactivation of NF-kappaB/JNK kinase and cell survival. J Neurosci Res 55:293–302, 1999c

Watanabe T, Kitani A, Murray PJ, Strober W: NOD2 is a negative regulator of Toll-like receptor 2-mediated T helper type 1 responses. Nat Immunol 5: 800–808, 2004

Werner S, Smola H: Paracrine regulation of keratinocyte proliferation and differentiation. Trends Cell Biol 11:143–146, 2001

Wilson JB, Weinberg W, Johnson R, Yuspa S, Levine AJ: Expression of the BNLF-1 oncogene of Epstein-Barr virus in the skin of transgenic mice induces hyperplasia and aberrant expression of keratin 6. Cell 61:1315–1327, 1990

Wrone-Smith T, Mitra RS, Thompson CB, Jasty R, Castle VP, Nickoloff BJ: Keratinocytes derived from psoriatic plaques are resistant to apoptosis compared with normal skin. Am J Pathol 151:1321–1329, 1997

Yawalkar N, Karlen S, Hunger R, Brand CU, Braathen LR: Expression of interleukin-12 is increased in psoriatic skin. J Invest Dermatol 111:1053–1057, 1998

Zhong H, SuYang H, Erdjument-Bromage H, Tempst P, Ghosh S: The transcriptional activity of NF-kappaB is regulated by the IkappaB-associated PKAc subunit through a cyclic AMP-independent mechanism. Cell 89: 413–424, 1997

Zhong H, Voll RE, Ghosh S: Phosphorylation of NF-kappa B p65 by PKA stimulates transcriptional activity by promoting a novel bivalent interaction with the coactivator CBP/p300. Mol Cell 1:661–671, 1998

Zollner TM, Podda M, Pien C, Elliott PJ, Kaufmann R, Boehncke WH: Proteasome inhibition reduces superantigen-mediated T cell activation and the severity of psoriasis in a SCID-hu model. J Clin Invest 109:671–679, 2002

Non Confidential                                        AM-AR0363104

# EXHIBIT B

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

777 South Figueroa Street
Los Angeles, CA 90017-5800

Drew Diamond
To Call Writer Directly:
213-680-8217
ddiamond@kirkland.com

213-680-8400

www.kirkland.com

Facsimile:
213-680-8500

December 11, 2007

**VIA E-MAIL**

Amir Naini, Esq.
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276

Re:  *Amgen et al. v. ARIAD et al.*

Dear Amir:

I write in response to your letter of last night, in which you followed up on our meet and confer regarding ARIAD's 8th 30(b)(6) notice with a list of demands for things that you would need in order to avoid "seeking the Court's assistance." Contrary to the position you take in your letter, Amgen has not been inconsistent in its approach regarding matters related to Dr. Alice Gottlieb, and need not offer on your timetable any of the information you now seek. The Court ruled long ago that, so long as ARIAD took the position that certain discovery relating to Dr. Inder Verma was off limits to Amgen, like discovery related to Dr. Gottlieb would similarly be off limits to ARIAD. Amgen has consistently honored this ruling, and fully expects that the Court will reject any effort by ARIAD to force discovery regarding Dr. Gottlieb.

Amgen's decision to provide a 30(b)(6) witness as to the topics outlined in your 8th request and to respond to RFAs 205-215 is an accommodation by Amgen, and is not based on a view that ARIAD has any entitlement to answers. As I stated on our call, Amgen will continue to object and instruct its witnesses not to answer questions regarding Amgen's consultancy with Alice Gottlieb and Amgen's communications with Dr. Gottlieb, but is willing, in the context of a targeted 30(b)(6) deposition and targeted RFAs, to answer your general questions as to what awareness Amgen had of the Lizzul article and what understanding Amgen may have or conclusions Amgen may have drawn (if any) from the Lizzul article. Amgen will identify a witness and location within the next day or two, and will provide its objections in due course.

Best regards,

*/s/ Drew Diamond*

Drew Diamond

# EXHIBIT C

# CRAVATH, SWAINE & MOORE LLP

THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW

PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH

ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. McATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DeMASI
LIZABETHANN R. EISEN

DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1922

December 20, 2007

*Amgen v. ARIAD*

Dear Laura:

        I write concerning your December 17 voicemail message in which you stated that the deposition of Angelica Jahreis pursuant to ARIAD's October 30, 2007, Eighth 30(b)(6) notice must be postponed until sometime in "the first part" of January—after the cut-off for fact discovery—due to "the upcoming shutdown of Amgen" (which I take to be a reference to the upcoming holidays). In that message, you stated that you would provide a date for Ms. Jahreis' deposition by "tomorrow [*i.e.*, December 18] at the latest." I have not heard anything from you since December 17.

        Amgen's failure to produce a 30(b)(6) witness within the time permitted for fact discovery is indefensible. As you know, Amgen initially did not respond to ARIAD's Eighth 30(b)(6) notice; it was only after we indicated that we would take up the issue with Judge Thynge that Amgen agreed (on the very day we planned to send a letter to Judge Thynge) to designate a witness and comply with the notice. Had we known then that that deposition would not occur until *after* the close of fact discovery, we never would have agreed to forgo taking the issue to Judge Thynge.

        Nonetheless, we agree to reschedule Ms. Jahreis' deposition for sometime during January 2-7, 2008, if you provide me with a firm date for the deposition by the

close of business tomorrow. We cannot agree to a later date because of the upcoming deadline for opening expert reports. This agreement is without prejudice to our ability to challenge future fact witness depositions as untimely.

Sincerely,

David Greenwald

Laura M. Burson, Esq.
    Kirkland & Ellis LLP
        777 South Figueroa Street
            Los Angeles, CA 90017

BY EMAIL

Copy to:

Amir A. Naini, Esq.
    Irell & Manella LLP
        1800 Avenue of the Stars, Suite 900
            Los Angeles, CA 90067-4276

# EXHIBIT D

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Daniel Stephen Ebner
To Call Writer Directly:
312 469-7017
debner@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

December 20, 2007

David Greenwald
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

**VIA E-MAIL**

Re:   *Amgen et al. v. ARIAD Pharmaceuticals, Inc.*, D. Del. Civil Action No.
      **06-259-MPT**

Dear David:

    I write with respect to ARIAD's deposition of Amgen's 30(b)(6) witness Angelika
Jahreis. Due to the upcoming holidays and the accompanying shut-down at Amgen she will not
be available in December or early January. She is available in Thousand Oaks, CA on
Wednesday, January 23, 2007.

Sincerely,

Daniel Stephen Ebner

London      Los Angeles      Munich      New York      San Francisco      Washington, D.C.

# EXHIBIT E

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW

PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH

ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. McATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN

DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1922

December 21, 2007

*Amgen v. ARIAD*

Dear Laura:

      I have received your voicemail message of today stating that Ms. Jahreis's deposition, both in her personal capacity and pursuant to ARIAD's 8th 30(b)(6) notice, will occur on January 8, 2008. Based upon this representation, we will not be contacting the Court today regarding this issue. Please let us know where it will be held.

Sincerely,

David Greenwald

Laura M. Burson, Esq.
  Kirkland & Ellis LLP
    777 South Figueroa Street
      Los Angeles, CA 90017

BY EMAIL

Copy to:

Amir A. Naini, Esq.
  Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
      Los Angeles, CA 90067-4276

[[NYLIT:2458064v1:4200A:12/21/07--02:28 p]]

# EXHIBIT F



Laura Burson
<lburson@kirkland.com>
01/07/2008 10:46 PM

To    "#Ariad I&M/Local Counsel Team [Int/Ext]."
      <arlad.litigation.team@irell.com>, "#EXT SERV Ariad/Amgen
      [Ext]" <#EXTSERVAriad_Amgen@irell.com>,
      ariad@cravath.com
cc    Ariad Correspondence
      <ariadcorrespondence@kirkland.com>
bcc
Subject    Amgen: Rule 30(b)(6) witness

David:

The witness tomorrow will testify as a Rule 30(b)(6) witness on topics 1-4, subject to the objections of the
Amgen Entities.  We will attempt to provide as expeditiously as possible a witness for the remaining
topic—subject to the Amgen Entities' objections.

Thanks,

Laura

*******************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*******************************************************

# EXHIBIT G

**REDACTED**