IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>　　　　　　Defendants.<br><br><br>ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>　　　　　　Counterclaim<br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>　　　　　　Counterclaim<br>　　　　　　Defendants. | C.A. No. 06-259-MPT |

**STIPULATION OF DISMISSAL**

WHEREAS on or about September 24, 2007, ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The President and Fellows of Harvard College, and The

Whitehead Institute for Biomedical Research (collectively, "ARIAD") filed certain claims against Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited and Immunex Rhode Island Corporation (collectively, "Amgen") for infringement of U.S. Patent Nos. 5,804,374 (the "'374 Patent") and 6,150,090 (the "'090 Patent").

WHEREAS, for the purpose of streamlining this litigation, ARIAD is willing, on the conditions described below, to withdraw its claims against Amgen for infringement of the '374 and '090 Patent.

NOW, THEREFORE, ARIAD and Amgen, on behalf of themselves and their successors and assigns, hereby stipulate and agree as follows:

1. ARIAD agrees to dismiss its claims against Amgen for infringement of the '374 Patent and '090 Patent based on activities to the date of this Stipulation with prejudice, subject to the right in the future to assert claims for infringement of the '374 and/or '090 Patent based on activities that postdate the date of this Stipulation.

2. ARIAD agrees that the exclusive venue for any future district court litigation instituted by ARIAD against Amgen asserting infringement of the '374 and/or '090 Patents will be the United States District Court for the District of Delaware.

3. The parties agree to bear their own legal fees and costs arising out of the prosecution and defense of ARIAD's claims that are hereby being withdrawn.

4. Neither party will rely on this Stipulation, or the dismissal of ARIAD's claims under the '374 or '090 Patents, as evidence in support of any claim, motion, demand or other request for any relief in this case, except for the purpose of enforcing this Stipulation.

_____
Steven J. Balick (#2403)
sbalick@ashby-geddes.com
John G. Day (#2114)
jday@ashby-geddes.com
Lauren E. Maguire (#4261)
lmaguire@ashby-geddes.com
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888

*Attorneys for Counterclaim Plaintiffs*

_____
Melanie K. Sharp (#2501)
msharp@ycst.com
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

*Attorneys for Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation*

Dated: January 31, 2008

SO ORDERED this _____ day of _____.

_____
Mary Pat Thynge
United States Magistrate Judge

3