IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>        Defendants.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>        Counterclaim Plaintiffs,<br>   v.<br>AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, and WYETH,<br><br>        Counterclaim Defendants. | Civil Action No. 06-259 (MPT) |

## AMENDED NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that effective September 12, 2007, the address and contact information for Siegmund Gutman, Esquire, counsel admitted pro hac vice for Plaintiffs and

Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation is:

    Hogan & Hartson LLP
    1999 Avenue of the Stars, Suite 1400
    Los Angeles, CA 90067
    (310) 785-4600

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Melanie K. Sharp
    _____
    Melanie K. Sharp (No. 2501)
    Mary F. Dugan (No. 4704)
    Jeffrey T. Castellano (No. 4837)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801

    P.O. Box 391
    Wilmington, Delaware 19899-0391
    (302) 571-6681
    msharp@ycst.com

    Mark A. Pals
    Marcus E. Sernel
    Jamie H. McDole
    KIRKLAND & ELLIS LLP
    200 East Randolph Drive
    Chicago, IL 60601-6636
    (312) 861-2000

    Drew Diamond
    KIRKLAND & ELLIS LLP
    South Figueroa Street
    Los Angeles, CA 900017-5800
    (213) 680-8400

    *Attorneys for Plaintiffs/Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation*

Dated: February 6, 2008