# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 12, 2008

The Honorable Mary Pat Thynge  <u>VIA ELECTRONIC FILING</u>
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:   *Amgen et al v. ARIAD Pharmaceuticals, Inc.*,
           C.A. No. 06-259-MPT

Dear Judge Thynge:

    At Your Honor's request, I write on behalf of the parties in this matter to respectfully request that the Court reschedule the hearing to address matters raised by the parties' respective claim construction and summary judgment briefs for June 19, 2008.

                          Respectfully,

                          /s/ *John G. Day*

                          John G. Day

JGD: nml
188147.1
cc:    David Greenwald, Esquire (via electronic mail)
       Melanie K. Sharp, Esquire (via electronic mail)
       Marcus E. Sernel, Esquire (via electronic mail)