IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>          Plaintiffs.<br><br>     v.<br><br>ARIAD PHARMACEUTICALS, INC., et al.,<br><br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C. A. No. 06-259-MPT<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **12th** day of **February, 2008**.

IT IS ORDERED that the hearing with Judge Thynge for the Court to address matters raised by the parties' respective claim construction and summary judgment briefs has been rescheduled from June 13, 2008 at 9:30 a.m. to **June 19, 2008 at 9:30 a.m.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE