**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Defendants. | C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>Counterclaim-Defendants. | |

**ARIAD'S AND THE INSTITUTIONS' OBJECTIONS
TO THE AMGEN ENTITIES' FIFTH NOTICE OF DEPOSITION
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

Pursuant to Federal Rule of Civil Procedure 30, Defendants and Counterclaim Plaintiffs

ARIAD Pharmaceuticals, Inc. ("ARIAD") and Harvard, M.I.T., and the Whitehead Institute

("Institutions") hereby object and respond to Amgen's Fifth Notice of Deposition Pursuant to

Fed. R. Civ. P. 30(b)(6) (the "Notice"). ARIAD and the Institutions shall be referred to jointly as

the "Counterclaimaints."

The Counterclaimants' objections and responses contained herein do not in any way constitute an acceptance of Amgen's purported Definitions of words or phrases.

The following objections provide the bases upon which the Counterclaimants find Amgen's Fifth 30(b)(6) Notice objectionable on its face. The Counterclaimants do not waive or forego any rights they have to make further objections at the deposition itself.

### GENERAL OBJECTIONS

1.      The Counterclaimants object to the definitions of "ARIAD," "THE INSTITUTIONS," "YOU," and "YOUR" to the extent such definitions include those at ARIAD or the Institutions not involved in the prosecution or reexamination of U.S. Patent No. 6,410,516.

2.      The Counterclaimants object to the definition of "VERMA ARTICLES" to the extent such definition includes articles other than the three articles specifically identified in that definition.

3.      The Counterclaimants object to the Notice to the extent it seeks any awareness, understanding, or conclusion(s) of the Counterclaimants that were formed solely as a result of any consultation with Dr. Verma. *See* Transcript of January 22, 2008 Conference, at 17:22-18:20.

4.      The Counterclaimants object to the Notice to the extent it seeks information protected by the attorney-client or attorney work product privileges.

**RESPONSES AND OBJECTIONS**

**TO INDIVIDUAL AREAS OF TESTIMONY**

**AREA OF TESTIMONY NO. 1**

YOUR awareness of the VERMA DECLARATIONS and/or ARTICLES, including but not limited to the date(s) on which YOU received or acquired a copy of the VERMA DECLARATIONS and/or ARTICLES or a draft or manuscript of the VERMA DECLARATIONS and/or ARTICLES.

**RESPONSE TO AREA OF TESTIMONY NO. 1**

Subject to the General Objections, the Counterclaimants will provide a 30(b)(6) witness to testify regarding this area of testimony.

**AREA OF TESTIMONY NO. 2**

The locations and custodians of those copies of the VERMA DECLARATIONS and/or ARTICLES that are in YOUR possession.

**RESPONSE TO AREA OF TESTIMONY NO. 2**

Subject to the General Objections, the Counterclaimants will provide a 30(b)(6) witness to testify regarding this area of testimony.

## AREA OF TESTIMONY NO. 3

The date that YOU became aware of the VERMA DECLARATIONS and/or ARTICLES (or a draft or manuscript thereof) had been submitted to the Patent and Trademark Office or for publication in a journal.

## RESPONSE TO AREA OF TESTIMONY NO. 3

Subject to the General Objections, the Counterclaimants will provide a 30(b)(6) witness to testify regarding this area of testimony.

## AREA OF TESTIMONY NO. 4

YOUR awareness of:

(a) the statements set forth in the VERMA DECLARATIONS and ARTICLES;

(b) the conclusions drawn in the VERMA DECLARATIONS and ARTICLES; and

(c) the research referenced in the VERMA DECLARATIONS and ARTICLES;

(d) research conducted in connection with the VERMA DECLARATIONS and ARTICLES;

## RESPONSE TO AREA OF TESTIMONY NO. 4

Subject to the General Objections, the Counterclaimants will provide a 30(b)(6) witness to testify regarding this area of testimony.

## AREA OF TESTIMONY NO. 5

YOUR understanding of:

(a) the statements set forth in the VERMA DECLARATIONS and ARTICLES;

(b) the conclusions drawn in the VERMA DECLARATIONS and ARTICLES;

(c) the research referenced in the VERMA DECLARATIONS and ARTICLES;

(d) research conducted in connection with the VERMA DECLARATIONS and ARTICLES.

## RESPONSE TO AREA OF TESTIMONY NO. 5

Subject to the General Objections, the Counterclaimants will provide a 30(b)(6) witness to testify regarding this area of testimony.

## AREA OF TESTIMONY NO. 6

The conclusion(s) YOU have drawn from:

(a) the statements set forth in the VERMA DECLARATIONS and ARTICLES;

(b) the conclusions drawn in the VERMA DECLARATIONS and ARTICLES; and

(c) the research referenced in the VERMA DECLARATIONS and ARTICLES;

(d) research conducted in connection with the VERMA DECLARATIONS and ARTICLES

## RESPONSE TO AREA OF TESTIMONY NO. 6

Subject to the General Objections, the Counterclaimants will provide a 30(b)(6) witness to testify regarding this area of testimony.

## AREA OF TESTIMONY NO. 7

YOUR funding of or financial support for work or research identified in, described in, or conducted in connection with the VERMA DECLARATIONS and ARTICLES, including all payments made to Dr. Verma or his employer in connection with his work in preparing the VERMA DECLARATIONS.

## RESPONSE TO AREA OF TESTIMONY NO. 7

Subject to the General Objections, the Counterclaimants will provide a 30(b)(6) witness to testify regarding this area of testimony.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for ARIAD Pharmaceuticals, Inc.,
Massachusetts Institute of Technology, The
President and Fellows of Harvard College and The
Whitehead Institute for Biomedical Research*

*Of Counsel:*

Evan R. Chesler
Keith R. Hummel
David R. Marriott
David Greenwald
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Dated:  February 15, 2008
188303.1