IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>      Plaintiffs,<br><br>    v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>      Defendants.<br><br>―――――――――――――――――――<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>      Counterclaim Plaintiffs,<br>    v.<br>AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, and WYETH,<br><br>      Counterclaim Defendants. | Civil Action No. 06-259 (MPT) |

## STIPULATION AND ORDER

WHEREAS, the Second Amended Scheduling Order (D.I. 391) entered in this action provides that the parties shall submit a Joint Claim Construction Chart on April 4, 2008;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the date by which the parties shall submit a Joint Claim Construction Chart is extended to April 8, 2008, to allow for further attempts by the parties to narrow the claim construction issues in dispute.

Pursuant to Local Rule 16.4, counsel for both parties certify that they have sent a copy of this request to their respective clients.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ Mary F. Dugan | /s/ Tiffany Geyer Lydon |
| Melanie K. Sharp (No. 2501)<br>Mary F. Dugan (No. 4704)<br>Jeffrey T. Castellano (No. 4837)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6681<br>msharp@ycst.com<br><br>Mark A. Pals<br>Marcus E. Sernel<br>Jamie H. McDole<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636<br>(312) 861-2000<br><br>Drew Diamond<br>HOGAN & HARTSON LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>(312) 785-4600<br><br>*Attorneys for Plaintiffs/Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation* | Steven J. Balick (No. 2403)<br>John G. Day (No. 2114)<br>Tiffany Geyer Lydon (No. 3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>tlydon@ashby-geddes.com<br><br>David Greenwald<br>David R. Marriott<br>CRAVATH SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, President and fellows of Harvard College, Whitehead Institute for Biomedical Research* |

SO ORDERED this ___ day of April, 2007.

_____
United States Magistrate Judge