IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>      Plaintiffs,<br><br>   v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>      Defendants.<br><hr><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>      Counterclaim Plaintiffs,<br>   v.<br>AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, and WYETH,<br><br>      Counterclaim Defendants. | Civil Action No. 06-259 (MPT) |

**JOINT CLAIM CONSTRUCTION CHART**

| Term | Amgen's Proposed Constructions | Amgen's Intrinsic Support | ARIAD's Proposed Constructions | ARIAD's Intrinsic Support |
|---|---|---|---|---|
| "NF-κB" | "a protein having each NF-κB activity" | '516 Patent (Exhibit A) including, but not limited to claims 1-203; 2:26-31; 2:36-40; 2:46-63; 3:18-26; 3:59-4:9; 10:41-54; 12:32-48; 14:60-15:19; 15:54-16:63; 17:45-52; 25:41-43; 30:43-55; 31:64-32:63; 34:66-55:10; 35:37-39; 35:54-55; 36:32-35; 37:2-23; 37:43-38:22. | "a DNA-binding protein factor found in many eukaryotic cells that: (a) is constitutively present in the cytoplasm of unstimulated cells as an inactive complex, bound to inhibitory IκB proteins; (b) upon dissociation from IκB, translocates to the nucleus of the cell; and (c) once in the nucleus, mediates the transcription of certain genes by binding to specific DNA recognition sequences in those genes." | '516 Patent (Exhibit A) Claims 6, 18, 70-72, 183-184.<br><br>Specification: 2:26-33; 2:36-40; 2:46-63; 3:59-4:9; 4:12-23; 10:46-54; 12:25-48; 12:57-60; 14:17-22; 15:12-14; 16:22-35; 17:45-52; 26:63-27:7; 30:42-31:56; 35:42-45. |
| "NF-κB activity" | "the ability to act as an intracellular messenger by (a) being released from IκB, (b) translocating into the nucleus, and/or (c) then binding one of the DNA sequences listed in Table 2 of the '516 patent" | '516 Patent (Exhibit A) including, but not limited to claims 1-203; 2:26-31; 2:36-40; 2:46-63; 3:18-26; 3:59-4:9; 10:41-54; 12:32-48; 14:60-15:19; 15:54-16:63; 17:45-52; 25:41-43; 30:43-55; 31:64-32:63; 34:66-35:10; 35:37-39; 36:32-35; 37:43-38:22; *see also* '266 Application, September 22, 1995 Response to Final | "the ability of NF-κB to act as an intracellular messenger that regulates transcription of particular genes." | '516 Patent (Exhibit A) Claims 6, 18, 70-72, 183-184.<br><br>Specification: 2:26-33; 2:36-40; 2:46-63; 3:59-4:9; 4:12-23; 10:46-54; 12:25-48; 12:57-60; 14:17-22; 15:12-14; 16:22-35; 17:45-52; 26:63-27:7; 30:42-31:56; 35:42-45. |

| | | | | |
|---|---|---|---|---|
| | | Office Action (Exhibit B, *see e.g.*, p. 9); '898 Application, April 20, 1994 Second Amendment (Exhibit C, *see e.g.*, p. 6); '364 Application, July 7, 1997 Amendment (Exhibit H, *see e.g.*, p. 9); '364 Application, June 10, 1998 Amendment and Response (Exhibit J, *see e.g.*, p. 13, 15); '364 Application, January 14, 1999 Response and Amendment (Exhibit D, *see e.g.*, p. 11); November 9, 2006 Declaration of Dr. Inder Verma (Exhibit E, *see e.g.*, p. 4); November 9, 2006 Response to Office Action in Reexamination, (Exhibit F, *see e.g.*, p. 29). | | | |
| "cells" (agreed) | "intact cells, whether in cell culture or in living tissue (including in an organism), as opposed to cell extracts" | | "intact cells, whether in cell culture or in living tissue (including in an organism), as opposed to cell extracts." | |
| "reducing NF-κB activity in | "taking action inside cells to directly inhibit (interfere or block) an NF-κB activity"[1] | | '516 Patent (Exhibit A) including, but not limited to claims 1-203; 2:26-31; 2:36- | "decreasing NF-κB activity in cells in which NF-κB is present by inhibiting any step | '516 Patent (Exhibit A) Claims 6, 70-72. |

[1] Amgen believes that this claim construction applies to similarly-worded limitations in other claims of the '516 patent.

2

| Term | Construction | Citations |
|---|---|---|
| cells" | along the NF-κB signal transduction pathway, in such a manner that the activity differs from the naturally occurring activity of NF-κB under the same conditions, without regard to the situs of the inhibiting agent." | 40; 2:46-63; 3:18-26; 3:59-4:15; 10:41-54; 12:32-48; 14:60-15:19; 15:54-16:63; 17:45-52; 25:41-43; 30:43-55; 31:64-32:63; 34:66-35:10; 35:37-39; 35:54-55; 36:32-35; 37:43-38:22; 35:54-55; 37:2-33; *see also* '266 Application, September 22, 1995 Response to Final Office Action (Exhibit B, *see e.g.*, Page 9); '898 Application, April 20, 1994 Second Amendment (Exhibit C, *see e.g.*, p. 6); '436 Application (Exhibit W, *see e.g.*, p. 23-30); '364 Application (Exhibit T, *see e.g.*, p. 30, 74); '364 Application, December 30, 1996 Office Action (Exhibit G, *see e.g.*, p. 5); '364 Application, July 7, 1997 Amendment (Exhibit H, *see e.g.*, p. 7, 9); '364 Application, October 15, 1997 Office Action (Exhibit I, *see e.g.*, p. 5); '364 Application, June 10, 1998 Amendment and Response (Exhibit J, *see e.g.*, p. 10, 13, 15, 20, 21, 22); '364 Application, July | Specification: 2:26-33; 2:36-40; 2:46-63; 3:59-4:9; 4:12-23; 10:46-54; 12:25-60; 14:17-22; 15:12-14; 16:22-35; 17:45-52; 26:63-27:7; 30:42-31:56; 35:42-45; 37:43-38:22. |

DB02:6728737.1                                                                 065028.1001

12, 1998 Office Action, (Exhibit K, *see e.g.*, p. 7, 9, 14); '364 Application, January 14, 1999 Response and Amendment (Exhibit D, *see e.g.*, p. 11, 13, 17-18); '364 Application, March 11 1999 Final Office Action (Exhibit L, *see e.g.*, p. 7); '364 Application, September 17, 1999 Response and Amendment (Exhibit M *see e.g.*, p. 6-7); '364 Application, November 19, 1999 Office Action (Exhibit N, *see e.g.*, p. 3, 4, 7); '364 Application, May 30, 2000 Response and Amendment (Exhibit O, *see e.g.*, p. 9); '364 Application, August 10, 2000 Final Office Action (Exhibit P, *see e.g.*, p. 4); '364 Application, February 12, 2001, Response and Amendment (Exhibit Q, *see e.g.*, p. 5); Declaration of David Baltimore under Rule 1.132 and *in re Brana* (Exhibit R); '364 Application, September 12, 2001 Response and Amendment

4

065028.1001

DB02:6728737.1

| | | | |
|---|---|---|---|
| "NF-κB-mediated intracellular signaling" | "molecular interactions within cells effected by, or conveyed through, NF-κB" | '516 Patent (Exhibit A) including, but not limited to claims 1-203; 2:26-31; 2:36-40; 2:46-63; 3:18-26; 3:59-4:15; 10:41-54; 12:32-48; 14:60-15:19; 15:54-16:63; 17:45-52; 25:41-43; 30:43-55; 31:64-32:63; 34:66-35:10; 35:37-39; 36:32-35; 37:43-38:22; 35:54-55; 37:2-33; Example 15; *see also* '266 Application, September 22, 1995 Response to Final Office (Exhibit S, *see e.g.*, p. 9); August 2, 2006 Office Action in Reexamination (Exhibit Z, *see e.g.*, p. 4); November 9, 2006 Declaration of Dr. Inder Verma (Exhibit E, *see e.g.*, p. 4); November 9, 2006 Response to Office Action in Reexamination, (Exhibit F, *see e.g.*, p. 29, 31, 36); October 22, 2007 Response to Final Rejection in Reexamination (Exhibit U, *see e.g.*, 19, 20, 27, 28); July 6, 2007 Final Rejection in Reexamination (Exhibit V, *see e.g.*, p. 8, 9, 12, 20, 21). | |
| | "the intracellular steps of the NF-κB signal transduction pathway." | '516 Patent (Exhibit A)<br><br>Claims 6, 70-72.<br><br>Specification: 2:26-33; 2:36-40; 2:46-63; 3:59-4:9; 10:46-54; 12:25-48; 14:17-22; 16:22-35; 17:45-47; 30:42-31:56; 35:42-45. | |

| | | | |
|---|---|---|---|
| | | | '516 Patent (Exhibit A)<br><br>Claims 6, 70-72.<br><br>Specification: 2:26-33; 2:36-40; 2:46-63; 3:50-53; 3:59-4:9; 10:46-54; 12:25-48; 14:17-22; 16:22-35; 17:45-47; 25:41-43; 30:42-31:56; 33:52-54; 35:42-45. |
| "diminishing induced NF-κB-mediated intracellular signaling" | Amgen believes that this phrase of the preamble is not limiting of the claim. If it is found to be limiting and requiring construction, it should be understood to mean "decreasing any existing molecular interaction within cells effected by, or conveyed through, NF-κB". | '516 Patent (Exhibit A) including, but not limited to claims 1-203; 2:26-31; 2:36-40; 2:46-63; 3:18-26; 3:59-4:15; 10:41-54; 12:32-48; 14:60-15:19; 15:54-16:63; 17:45-52; 25:41-43; 30:43-55; 31:64-32:63; 34:66-35:10; 35:37-39; 35:54-55; 36:32-35; 37:43-38:22; 35:54-55; 37:2-33; Example Action (Exhibit B, see e.g., p. 9); '898 Application, April 20, 1994 Second Amendment (Exhibit C, see e.g., p. 6); '364 Application, January 14, 1999 Response and Amendment (Exhibit D, see e.g., p. 11); '364 Application, August 10, 2000 Final Office Action (Exhibit P, see e.g., p. 4); '364 Application, September 12, 2001 Response to Office Action (Exhibit S, see e.g., p. 9); November 9, 2006 Declaration of Dr. Inder Verma (Exhibit E, see e.g., p. 4); November 9, 2006 Response to Office Action in Reexamination, (Exhibit F, see e.g., p. 29, 31). | "inhibiting the intracellular steps of the NF-κB signal transduction pathway, performed after the pathway has been initiated in response to application of a stimulus prior to the performance of the claimed method." |

DB02:6728737.1

065028.1001

15; *see also* '266 Application, September 22, 1995 Response to Final Office Action (Exhibit B, *see e.g.*, Page 9); '898 Application, April 20, 1994 Second Amendment (Exhibit C, *see e.g.*, p. 6); '436 Application (Exhibit W, *see e.g.*, p. 23-30); '364 Application (Exhibit T, *see e.g.*, p. 30, 74); '364 Application, December 30, 1996 Office Action (Exhibit G, *see e.g.*, p. 5); '364 Application, July 7, 1997 Amendment (Exhibit H, *see e.g.*, p. 7, 8, 9); '364 Application, October 15, 1997 Office Action (Exhibit I, *see e.g.*, p. 5); '364 Application, June 10, 1998 Amendment and Response (Exhibit J, *see e.g.*, p. 10, 13, 15, 20, 21, 22); '364 Application, July 12, 1998 Office Action, (Exhibit K, *see e.g.*, p. 7, 9, 14); '364 Application, January 14, 1999 Response and Amendment (Exhibit D, *see e.g.*, p. 11, 13, 17-18); '364 Application, March 11 1999

7

| | |
|---|---|
| | Final Office Action (Exhibit L, *see e.g* p. 7); '364 Application, September 17, 1999 Response and Amendment (Exhibit M *see e.g.*, p. 6-7); '364 Application, November 19, 1999 Office Action (Exhibit N, *see e.g.*, p. 3, 4, 7); '364 Application, May 30, 2000 Response and Amendment (Exhibit O, *see e.g.*, p. 9); '364 Application, August 10, 2000 Final Office Action (Exhibit P, *see e.g.*, p. 4); '364 Application, February 12, 2001, Response and Amendment (Exhibit Q, *see e.g.*, p. 5); Declaration of David Baltimore under Rule 1.132 and *in re Brana* (Exhibit R); '364 Application, September 12, 2001 Response and Amendment (Exhibit S, *see e.g.*, p. 9); November 9, 2006 Declaration of Dr. Inder Verma (Exhibit E, *see e.g.*, p. 4, 6); November 9, 2006 Response to Office Action in Reexamination, (Exhibit F, *see e.g.*, p. 29, 31, 36); |

065028.1001

DB02:6728737.1

| | | | |
|---|---|---|---|
| "[such that NF-κB-mediated intracellular signaling is diminished" | "such that there is a decrease of any molecular interaction within cells effected by, or conveyed through, NF-κB" | '516 Patent (Exhibit A) including, but not limited to claims 1-203; 2:26-31; 2:36-40; 2:46-63; 3:18-26; 3:59-4:15; 10:41-54; 12:32-48; 14:60-15:19; 15:54-16:63; 17:45-52; 25:41-43; 30:43-55; 31:64-32:63; 34:66-35:10; 35:37-39; 35:54-55; 36:32-35; 37:43-38:22; 35:54-55; 37:2-33; Example 15; see also '266 Application, September 22, 1995 Response to Final Office Action (Exhibit B, see e.g., Page 9); '898 Application, April 20, 1994 Second Amendment (Exhibit C, see e.g., p. 6); '436 Application (Exhibit | October 22, 2007 Response to Final Rejection in Reexamination (Exhibit U, see e.g., 19, 20, 27, 28); July 6, 2007 Final Rejection in Reexamination (Exhibit V, see e.g., p. 8, 9, 12, 20, 21); October 22, 2007 Verma Declaration (Exhibit X, see e.g., p, 4); October 4, 2001 Examiner's Amendment (Exhibit Y, see e.g., p. 3, 30). |
| | "[such that NF-κB-mediated signaling is reduced from an existing induced state to a lower state." | '516 Patent (Exhibit A) Claims 6, 70-72. Specification: 2:26-33; 2:36-40; 2:46-63; 3:50-53; 3:59-4:9; 10:46-54; 12:25-48; 14:17-22; 16:22-35; 17:45-47; 25:41-43; 30:42-31:56; 33:52-54; 35:42-45. | |

065028.1001
DB02:6728737.1

W, see e.g., p. 23-30); '364 Application (Exhibit T, see e.g., p. 30, 74); '364 Application, December 30, 1996 Office Action (Exhibit G, see e.g., p. 5); '364 Application, July 7, 1997 Amendment (Exhibit H, see e.g., p. 7, 8, 9); '364 Application, October 15, 1997 Office Action (Exhibit I, see e.g., p. 5); '364 Application, June 10, 1998 Amendment and Response (Exhibit J, see e.g., p. 10, 13, 15, 20, 21, 22); '364 Application, July 12, 1998 Office Action (Exhibit K, see e.g., p. 7, 9, 14 ); '364 Application, January 14, 1999 Response and Amendment (Exhibit D, see e.g., p. 11, 13, 17-18); '364 Application, March 11 1999 Final Office Action (Exhibit L, see e.g p. 7); '364 Application, September 17, 1999 Response and Amendment (Exhibit M see e.g., p. 6-7); '364 Application, November 19, 1999 Office Action (Exhibit N, see e.g., p. 3, 4, 7); '364

065028.1001

DB02:6728737.1

| | |
|---|---|
| | |
| | Application, May 30, 2000 Response and Amendment (Exhibit O, *see e.g.*, p. 9); '364 Application, August 10, 2000 Final Office Action (Exhibit P, *see e.g.*, p. 4); '364 Application, February 12, 2001, Response and Amendment (Exhibit Q, *see e.g.*, p. 5); Declaration of David Baltimore under Rule 1.132 and *in re Brana* (Exhibit R); '364 Application, September 12, 2001 Response and Amendment (Exhibit S, *see e.g.*, p. 9); November 9, 2006 Declaration of Dr. Inder Verma (Exhibit E, *see e.g.*, p. 4, 6); November 9, 2006 Response to Office Action in Reexamination, (Exhibit F, *see e.g.*, p. 29, 31, 36); October 22, 2007 Response to Final Rejection in Reexamination (Exhibit U, *see e.g.*, 19, 20, 27, 28); July 6, 2007 Final Rejection in Reexamination (*see e.g.*, p. 8-9, 12, 20, 21); October 22, 2007 Verma Declaration (Exhibit X, *see e.g.*, p. 4); |
| | |

065028.1001

DB02:6728737.1

| | | | |
|---|---|---|---|
| | | October 4, 2001 Examiner's Amendment (Exhibit Y, see e.g., p. 3, 30). | |
| "mammalian cells" (agreed) | "cells that come from a species falling within the class of mammals" | | "cells that come from a species falling within the class of mammals" |
| "reducing Interleukin-1 or Tumor Necrosis Factor-α activity in mammalian cells" | Amgen believes that this phrase[2] of the preamble is not limiting of the claim. If it is found to be limiting and requiring construction, it should be understood to mean "taking action inside the cell to directly inhibit (interfere or block) any molecular interaction within mammalian cells caused by Interleukin-1 or Tumor Necrosis Factor-α". | '516 Patent (Exhibit A) including, but not limited to claims 1-203; 2:26-31; 3:59-4:4; 17:32-37; 37:43-38:22; see also '364 Application, September 12, 2001 Response and Amendment (Exhibit S, see e.g., p. 9); '364 Application (Exhibit T, see e.g., p. 39, 40, 74); July 6, 2007 Final Rejection in Reexamination (Exhibit V, see e.g., p. 20, 21); '364 Application, October 4, 2001 Examiner's Amendment (Exhibit Y, see e.g., p. 6, 30). | "decreasing intracellular NF-κB signal transduction induced by Interleukin-1 or Tumor Necrosis Factor-α that exists in mammalian cells in which NF-κB is present and capable of acting as an intracellular messenger." '516 Patent (Exhibit A) Claims 18, 183-184. Specification: 2:36-40; 3:59-4:9; 12:36-41; 16:24-28; 17:30-33. |
| "reducing NF-κB activity in the | "taking action inside the cells to directly inhibit (interfere or block) an NF-κB activity." In claim 18, | '516 Patent (Exhibit A) including, but not limited to claims 1-203; 2:26-31; 2:36-40; 2:46-63; 3:18-26; 3:59- | "decreasing NF-κB activity that exists in mammalian cells in which it is present, by inhibiting any step along '516 Patent (Exhibit A) Claims 18, 183-184. |

---

[2] As indicated below, Amgen does believe that the phrase "in mammalian cells" provides antecedent basis for the body of claim 18 and is limiting in that regard.

12

| cells" | "the cells" are "mammalian cells".[3] | the NF-κB signal transduction pathway, in such a manner that the activity differs from the naturally occurring activity of NF-κB under the same conditions, without regard to the situs of the inhibiting agent." | 4:9; 10:41-54; 12:32-48; 14:60-15:19; 15:54-16:63; 17:45-52; 25:41-43; 30:43-55; 31:64-32:3; 32:12-63; 34:66-35:10; 35:37-39; 35:54-55; 36:32-35; 37:43-38:22; 35:54-55; 37:2-33; see also '266 Application, September 22, 1995 Response to Final Office Action (Exhibit B, see e.g., Page 9); '898 Application, April 20, 1994 Second Amendment (Exhibit C, see e.g., p. 6); '436 Application (Exhibit W, see e.g., p. 23-30); '364 Application (Exhibit T, see e.g., p. 30, 74); '364 Application, December 30, 1996 Office Action (Exhibit G, see e.g., p. 5); '364 Application, July 7, 1997 Amendment (Exhibit H, see e.g., p. 7, 9); '364 Application, October 15, 1997 Office Action (Exhibit I, see e.g., p. 5); '364 Application, June 10, | Specification: 2:26-33; 2:36-40; 2:46-63; 3:59-4:9; 4:12-23; 10:46-54; 12:25-60; 14:17-22; 15:12-14; 16:22-35; 17:45-52; 26:63-27:7; 30:42-31:56; 35:42-45; 37:43-38:22. |

---

[3] Amgen believes that the construction of this limitation in claims other than claim 18 may incorporate antecedent bases for cells types other than mammalian cells, but otherwise is consistent across all claims.

DB02:6728737.1    065028.1001

1998 Amendment and Response (Exhibit J, *see e.g.*, p. 10, 13, 15, 20, 21, 22); '364 Application, July 12, 1998 Office Action, (Exhibit K, *see e.g.*, p. 7, 9, 14 ); '364 Application, January 14, 1999 Response and Amendment (Exhibit D, *see e.g.*, p. 11, 13, 17-18); '364 Application, March 11 1999 Final Office Action (Exhibit L, *see e.g.*, p. 7); '364 Application, September 17, 1999 Response and Amendment (Exhibit M *see e.g.*, p. 6-7); '364 Application, November 19, 1999 Office Action (Exhibit N, *see e.g.*, p. 3, 4, 7); '364 Application, May 30, 2000 Response and Amendment (Exhibit O, *see e.g.*, p. 9); '364 Application, August 10, 2000 Final Office Action (Exhibit P, *see e.g.*, p. 4); '364 Application, February 12, 2001, Response and Amendment (Exhibit Q, *see e.g.*, p. 5); Declaration of David Baltimore under Rule 1.132

14

065028.1001

DB02:6728737.1

| Term | Amgen's Proposed Construction | Intrinsic and Extrinsic Evidence | ARIAD's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| "Intracellular signaling caused by IL-1 or TNF-α" | See Amgen's proposed construction for "so as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells" below. | '516 Patent (Exhibit A) including, but not limited to claims 1-203; 2:26-31; 3:59-4:4; 17:32-37; 37:43-38:22; see also '364 Application (Exhibit T, see e.g., p. 39, 40, 74); July 6, 2007 Final Rejection in Reexamination (Exhibit V, see e.g., p. 20, 21); '364 Application, October 4, 2001 Examiner's and in re Brana (Exhibit R); '364 Application, September 12, 2001 Response and Amendment (Exhibit S, see e.g., p. 9); August 2, 2006 Office Action in Reexamination (Exhibit Z, see e.g., p. 4); November 9, 2006 Declaration of Dr. Inder Verma (Exhibit E, see e.g., p. 4); November 9, 2006 Response to Office Action in Reexamination, (Exhibit F, see e.g., p. 29, 31, 36); October 22, 2007 Response to Final Rejection in Reexamination (Exhibit U, see e.g., 19, 20, 27, 28); July 6, 2007 Final Rejection in Reexamination (see e.g., p. 8-9, 12, 20, 21). | "Signaling along the intracellular steps of the NF-κB pathway, having been induced by the binding of IL-1 or TNF-α to their receptors, prior to the performance of the claimed method." | '516 Patent (Exhibit A) Claims 18, 183-184. Specification: 2:36-40; 3:59-4:9;12:36-41; 16:24-28; 17:30-33. |

| | | | |
|---|---|---|---|
| "so as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells" | "so as to take action inside cells to directly inhibit (interfere or block) any molecular interaction within cells caused by Interleukin-1 or Tumor Necrosis Factor-α" | '516 Patent (Exhibit A) including, but not limited to claims 1-203; 2:26-31; 3:59-4:4; 17:32-37; 37:43-38:22; see also '364 Application (Exhibit T, see e.g., p. 39, 40, 74); July 6, 2007 Final Rejection in Reexamination (Exhibit V, see e.g., p. 20, 21); '364 Application, October 4, 2001 Examiner's Amendment (Exhibit Y, see e.g., p. 6, 30). | "So as to inhibit the intracellular steps of the NF-κB signal transduction pathway induced by Interleukin-1 or Tumor Necrosis Factor-α prior to the performance of the claimed method, applied to the mammalian cells described in the preamble of the claim." | '516 Patent (Exhibit A) Claims 18, 183-184. Specification: 2:36-40; 3:59-4:9; 12:36-41; 16:24-28; 17:30-33. |
| "human cells" (agreed) | "cells that come from a human being" | | "cells that come from a human being" | |
| "immune cells" (agreed) | "cells involved in the immune response" | | "cells involved in the immune response." | |

DB02:6728737.1         065028.1001

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ Melanie K. Sharp | /s/ Tiffany Geyer Lydon |
| Melanie K. Sharp (No. 2501)<br>Mary F. Dugan (No. 4704)<br>Jeffrey T. Castellano (No. 4837)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6681<br>msharp@ycst.com<br><br>Mark A. Pals<br>Marcus E. Sernel<br>Jamie H. McDole<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636<br>(312) 861-2000<br><br>Drew Diamond<br>HOGAN & HARTSON LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>(312) 785-4600<br><br>*Attorneys for Plaintiffs/Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation* | Steven J. Balick (No. 2403)<br>John G. Day (No. 2114)<br>Tiffany Geyer Lydon (No. 3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>tlydon@ashby-geddes.com<br><br>Evan R. Chesler<br>Keith R. Hummel<br>David Greenwald<br>David R. Marriott<br>CRAVATH SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, President and fellows of Harvard College, Whitehead Institute for Biomedical Research* |