FIGURE 15b



Fig. 16

Fig. 17

```
    CTGGGGCCCCCAGAGAGGGTGGGGAGATGACACAGTTGTTCCCCCAGCCCTGGCGGGGCG
  1 ---------+---------+---------+---------+---------+---------+

    GGCAGCATGGTTCACTCCAGCATGGGGGCTCCAGAAATAAGAATGTCTAAGCCCCTGGAG
 61 ---------+---------+---------+---------+---------+---------+
            M  V  H  S  S  M  G  A  P  E  I  R  M  S  K  P  L  E

    GCCGAGAAGCAAGGTCTGGACTCCCCATCAGAGCACACAGACACCGAAAGAAATGGACCA
121 ---------+---------+---------+---------+---------+---------+
     A  E  K  Q  G  L  D  S  P  S  E  M  T  D  T  E  R  N  G  P

    GACACTAATCATCAGAACCCCCAAAATAAGACCTCCCCATTCTCCGTGTCCCCAACTGGC
181 ---------+---------+---------+---------+---------+---------+
     D  T  N  H  Q  N  P  Q  N  R  T  S  P  F  S  V  S  P  T  G

    CCCAGTACAAAGATCAAGGCTGAAGACCCCAGTGGCGATTCAGCCCCAGCAGCACCCCTG
241 ---------+---------+---------+---------+---------+---------+
     P  S  T  K  I  K  A  E  D  P  S  G  D  S  A  P  A  A  P  L

    CCCCCTCAGCCGGCCCAGCCTCATCTGCCCCAGGCCCAACTCATGTTGACGGGCAGCCAG
301 ---------+---------+---------+---------+---------+---------+
     P  P  Q  P  A  Q  P  N  L  P  Q  A  Q  L  M  L  T  G  S  Q

    CTAGCTGGGGACATACAGCAGCTCCTCCAGCTCCAGCAGCTGGTGCTTGTGCCAGGCCAC
361 ---------+---------+---------+---------+---------+---------+
     L  A  G  D  I  Q  Q  L  L  Q  L  Q  Q  L  V  L  V  P  G  H

    CACCTCCAGCCACCTGCTCAGTTCCTGCTACCGCAGGCCCAGCAGAGCCAGCCAGGCCTG
421 ---------+---------+---------+---------+---------+---------+
     H  L  Q  P  P  A  Q  F  L  L  P  Q  A  Q  Q  S  Q  P  G  L

    CTACCGACACCCAAATCTATTCCAGCTACCTCAGCAAACCCAGGGAGCTCTTCTGACCTCC
481 ---------+---------+---------+---------+---------+---------+
     L  P  T  P  H  L  F  Q  L  P  Q  Q  T  Q  G  A  L  L  T  S

    CAGCCCCGGGCCGGGCTTCCCACACAGGCCGTGACCCGCCCTACGCTGCCCGACCCGCAC
541 ---------+---------+---------+---------+---------+---------+
     Q  P  R  A  G  L  P  T  Q  A  V  T  R  P  T  L  P  D  P  H

    CTCTCGCACCCGCAGCCCCCCAAATGCTTGGAGCCACCATCCCACCCCGAGGAGCCCAGT
601 ---------+---------+---------+---------+---------+---------+
     L  S  H  P  Q  P  P  K  C  L  E  `P  P  S  H  P  E  E  P  S

    GATCTGGAGGAGCTGGAGCAATTGGCCCGCACCTTCAAGCAACGCCGCATCAAGCTGGGC
661 ---------+---------+---------+---------+---------+---------+
     D  L  E  E  L  E  Q  F  A  R  T  F  K  Q  R  R  I  K  L  G

    TTCACGCAGGGTGATGTGGGCCTGGCCATGGGCAAGCTCTACGCCAACGACTTCAGCCAG
721 ---------+---------+---------+---------+---------+---------+
     F  T  Q  G  D  V  G  L  A  M  G  K  L  Y  G  N  D  F  S  Q
              C  G  P  G  H  G  Q  A  L  R  Q  R  L  Q  P  D
```



Fig. 18A



```
      ACGACCATTTCCCGCTTCGAGGCCCTCAACCTGAGCTTCAAGAACATGTGCAAACTCAAG
 781  ---------+---------+---------+---------+---------+---------+
       T   T   I   S   R   F   E   A   L   N   L   S   F   K   N   M   C   K   L   K
         D   H   F   P   L   R   G   P   Q   P   E   L   Q   E   H   V   Q   T   Q   A

      CCCCTCCTGGAGAAGTGGCTCAACGATGCAGAGACTATGTCTGTGGACTCAAGCCTGCCC
 841  ---------+---------+---------+---------+---------+---------+
       P   L   L   E   K   W   L   N   D   A   E   T   M   S   V   D   S   S   L   P
         P   P   G   E   V   A   Q   R   C   R   D   Y   V   C   G   L   K   P   A   Q

      AGCCCCAACCAGCTGAGCAGCCCCAGCCTGGGTTTCGAGCCTGCCGGCCGGAGACGCAAG
 901  ---------+---------+---------+---------+---------+---------+
       S   P   N   Q   L   S   S   P   S   L   G   F   E   P   A   G   R   R   R   K
         P   Q   P   A   E   Q   P   Q   P   G   F   R   A   C   M   P   E   T   Q   E

      AAGAGGACCAGCATCGAGACAAACGTCCGCTTCGCCTTAGAGAAGAGTTTTCTAGCGAAC
 961  ---------+---------+---------+---------+---------+---------+
       K   R   T   S   I   E   T   N   V   R   F   A   L   E   K   S   F   L   A   N
         E   D   Q   M   R   D   K   R   P   L   R   L   R   E   E   F   S   S   E   P

      CAGAAGCCTACCTCAGAGGAGATCCTGCTGATCGCCGAGCAGCTGCACATGGAGAAGGAA
1021  ---------+---------+---------+---------+---------+---------+
       Q   K   P   T   S   E   E   I   L   L   I   A   E   Q   L   H   M   E   K   E
         E   A   Y   L   R   G   D   P   A   D   R   R   A   A   A   H   G   E   G   S

      GTGATCCGCGTCTGGTTCTGCAACCGGCCCCAGAAGGACAAACGCATCAACCCCTGCAGT
1081  ---------+---------+---------+---------+---------+---------+
       V   I   R   V   W   F   C   N   R   R   Q   K   E   K   R   I   H   P   C   S
         D   P   R   L   V   L   Q   P   A   P   E   G   E   T   H   Q   P   L   Q   C

      GCGGCCCCCATGCTGCCCAGCCCAGGGAAGCCGGCCAGCTACAGCCCCCATATGGTCACA
1141  ---------+---------+---------+---------+---------+---------+
       A   A   P   M   L   P   S   P   G   K   P   A   S   Y   S   P   H   H   V   T
         G   P   H   A   A   Q   P   R   E   A   G   Q   L   Q   P   P   Y   G   H   T

      CCCCAAGGCGGCGCGGGGACCTTACCGTTGTCCCAAGCTTCCAGCAGTCTGAGCACAACA
1201  ---------+---------+---------+---------+---------+---------+
       P   Q   G   G   A   G   T   L   P  [L]  S   Q   A   S   S  [L]  S   T   T
         P   A   G   R   G   D   L   T   V   V   P   S   F   Q   Q   S   E   H   N   S
```

# Fig. 18A
## (CONTINUED)



Fig. 18A
(CONTINUED)



Fig. 18B



Fig. 18C



Fig. 19

```
                 helix    turn    helix

Oct-2   RRKKRTSIETNVRFALEKSFLANQKPTSEEILLIAEQLHMEKEVIRVWFCNRRQKEKRINPC

a1      SPKGKSSISPQARAFLEQVFRRKQSLNSKEKEVAKKCGITPLQVRVWFINKRMRSK

α2      KPYRGHRFTKENVRILESWFAKNPYLDTKGLENLMKNTSLSRIQIKNWVSNRRRKEKTIT

pho2    QRPKRTRAKGEALDVLKRKFEINPTPSLVERKKISDLIGMPEKNVRIWFQNRRAKLRKKQ

mec-3   RRGPRTTIKQNLDVLNEMFSNTPKPSKHARAKLALETGLSMRVIQVWFQNRRSKERRLK

cut     SKKQRVLFSEEQKEALRLAFALDPYPNVGTIEFLANELGLATRTITNWFHNHRMRLKQQV

en      EKRPRTAFSSEQLARLKREFNENRYLTERRRQQLSSELGLNEAQIKIWFQNKRAKIKKST

Antp    RKRGRQTYTRYQTLELEKEFHFNRYLTRRRRIEIAHALCLTERQIKIWFQNRRMWKKEN

        R      Q    L    Y          F          WF N R

                                      (conserved
                                       residues in
                                       homeo-box
                                       family)
```

Fig. 20

## Figure 21A



1   2   3   4   5   6

## Figure 21B



# Figure 22A



Figure 22B



# Figure 23A



## Figure 23B





Figure 24A

Figure 24B

# Figure 24C





Fig. 25



Fig. 26A



Fig. 26B



Fig. 27A



Fig. 27B



Fig. 27C



Fig. 28



Fig. 29



Fig. 30



Fig. 31A



Fig. 31B



Fig. 32



Fig. 33



Fig. 34A



Fig. 34B