# EXHIBIT B

MIT4167A.PAM
PG27
PG/LMW/ach/jzg
09/22/95

PATENT APPLICATION
Docket No.:  MIT4167A??

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:        David Baltimore, Ranjan Sen, Phillip A.
                   Sharp, Harinder Singh, Louis Staudt, Jonathan
                   H. LeBowitz, Albert S. Baldwin, Jr., Roger G.
                   Clerc, Lynn M. Corcoran, Patrick A. Baeuerle,
                   Michael J. Lenardo, Chen-Ming Fan and Thomas
                   P. Maniatis

Serial No.:        08/418,266          Group:      1805

Filed:             April 6, 1995       Examiner:   N. Vogel

For:               NUCLEAR FACTORS ASSOCIATED WITH
                   TRANSCRIPTIONAL REGULATION

CERTIFICATE OF MAILING
I hereby certify that this correspondence is being deposited with
the United States Postal Service with sufficient postage as First
Class Mail in an envelope addressed to Assistant Commissioner for
Patents, Washington, D.C. 20231
on Sept 22, 1995      Joan Bagahan
      Date              Signature
        Joan F. Graham
Typed or printed name of person signing certificate

PRELIMINARY AMENDMENT

The Assistant Commissioner
  of Patents and Trademarks
Washington, D.C. 20231
070 DF 10/05/95 08518266              1 103     22.00 CK
070 DF 10/05/95 08518266              1 102     76.00 CK
Sir:
     This Preliminary Amendment addresses rejections made in the
Office Action, made final, mailed from the Patent Office on July

-2-

6, 1994, in prior application Serial No. 07/791,898.  Please
amend the above-identified application as follows:

<u>In the Claims</u>
    Please amend Claims 54, 92, 94, 95 and 96 as follows:



54.  (Three Times Amended)  A method of inducing expression
     of a structural gene of interest in a <u>mammalian</u>
     [eukaryotic] host cell, comprising the steps of:
     a)   preparing a DNA construct comprising:
          i)   a Kappa enhancer sequence which contains a
               binding site of NF-κB or a portion thereof
               which contains a binding site of NF-κB;
          ii)  a structural gene of interest linked to the
               Kappa enhancer sequence or to the portion
               thereof which contains a binding site of NF-
               κB in such a manner that expression of the
               structural gene of interest is under the
               influence of the Kappa enhancer sequence or
               the portion thereof which contains a binding
               site of NF-κB and is controlled by NF-κB; <u>and</u>
          iii) a promoter appropriate for the gene of
               interest, wherein expression of the
               structural gene of interest present in the
               construct is regulated by NF-κB;
     b)   transfecting a <u>mammalian</u> [eukaryotic] host cell
          with the DNA construct, thereby producing a
          transfected <u>mammalian</u> [eukaryotic] host cell; and
     c)   stimulating the transfected <u>mammalian</u> [eukaryotic]
          host cell with a substance which induces NF-κB,
          whereby NF-κB is induced in the cell and binds to
          the Kappa enhancer sequence or to the portion
          thereof which contains the binding site of NF-κB,
          whereby expression of the gene of interest occurs.

ADL 0004176

-3-

*E2*

92. (Amended)  A method of Claim 56 wherein the <u>mammalian</u> [eukaryotic] host cell is not a B cell.

*E3*

94. (Amended)  A method of inducing expression of a gene of interest in a <u>mammalian</u> [eukaryotic] host cell, comprising the steps of:

   a)   preparing a DNA construct comprising:

       i)   an enhancer sequence which contains a binding site of NF-$\kappa$B or a portion thereof which contains a binding site of NF-$\kappa$B;

       ii)  a structural gene of interest, which in its wild-type form does not have NF-$\kappa$B recognition sequences, linked to the enhancer sequence or to the portion thereof which contains a binding site of NF-$\kappa$B in such a manner that expression of the structural gene of interest is under the influence of the enhancer sequence or the portion thereof which contains a binding site of NF-$\kappa$B and is controlled by NF-$\kappa$B; <u>and</u>

       iii) a promoter appropriate for the gene of interest, wherein expression of the structural gene of interest in the construct is regulated by NF-$\kappa$B;

   b)   transfecting a <u>mammalian</u> [eukaryotic] host cell with the DNA construct, thereby producing a transfected <u>mammalian</u> [eukaryotic] host cell; and

   c)   stimulating the transfected <u>mammalian</u> [eukaryotic] host cell with a substance which induces NF-$\kappa$B, whereby NF-$\kappa$B is induced in the cell and binds to the enhancer sequence or to the portion thereof which contains the binding site of NF-$\kappa$B, whereby expression of the structural gene of interest occurs.

ADL 0004177

-4-

95.   (Amended)   A method of inducing expression of a gene of
interest which is not a Kappa light chain gene, in a
mammalian [eukaryotic] host cell, comprising the steps
of:

a)   preparing a DNA construct comprising:
   i)   a Kappa sequence or a portion thereof which
        contains a binding site of NF-κB;
   ii)  a structural gene of interest which is not a
        Kappa light chain gene, linked to the Kappa
        enhancer sequence or to the portion thereof
        which contains a binding site of NF-κB in
        such a manner that expression of the
        structural gene of interest is under the
        influence of the Kappa enhancer sequence or
        the portion thereof which contains a binding
        site of NF-κB and is controlled by NF-κB; and
   iii) a promoter, appropriate for the gene of
        interest wherein expression of the structural
        gene of interest in the construct is
        regulated by NF-κB;

b)   transfecting a mammalian [eukaryotic] host cell
     with the DNA construct, thereby producing a
     transfected mammalian [eukaryotic] host cell; and

c)   stimulating the transfected mammalian [eukaryotic]
     host cell with a substance which induces NF-κB,
     whereby NF-κB is induced in the cell and binds to
     the Kappa enhancer sequence or to the portion
     thereof which contains the binding site of NF-κB,
     whereby expression of the structural gene of
     interest occurs.

96.   (Amended)   A method of Claim 95 wherein the mammalian
[eukaryotic] host cell is not a B cell.

-5-

Please add new Claims 97-107 as follows:

--97.   A method of inducing expression of a gene or gene
        segment which is controlled by a Kappa enhancer
        sequence or a portion thereof which contains a binding
        site of NF-κB, thereby producing a protein encoded by
        the gene or gene segment, comprising the steps of:

        a)   stimulating a mammalian cell with a substance
             which induces NF-κB activation and binding to
             the Kappa enhancer at the binding site of NF-
             κB; and

        b)   maintaining the mammalian cell under
             conditions appropriate for expression of the
             gene or gene segment and production of the
             protein, thereby producing a protein encoded
             by the gene or gene segment.

98.     The method of Claim 97, wherein the gene or gene
        segment is selected from the group consisting of: SV40
        enhancer regulatory elements, HIV long terminal
        repeats, MHC class II H2-K genes, IL-2 lymphokine genes,
        IL-2R genes, interferon β PRDII genes, and genes which
        have an NF-κB binding domain in their wild type form.

99.     The method of Claim 97, wherein the substance which
        induces NF-κB activation and binding is an activator of
        protein kinase C

100.    The method of Claim 99, wherein the activator of
        protein kinase C is selected from the group consisting
        of: lipopolysaccharides, cycloheximide, phorbol esters,
        viruses, and tumor necrosis factor α phorbol myristate.

-6-

101. A method of inducing expression of a gene or gene
segment, thereby producing a protein encoded by the
gene or gene segment, comprising the steps of:

a)   preparing a DNA construct comprising:

   i)   a Kappa enhancer sequence or a portion
        thereof which contains a binding site of NF-
        κB;

   ii)  a structural gene or gene segment of interest
        linked to the Kappa enhancer sequence or to
        the portion thereof which contains a binding
        site of NF-κB such that expression of the
        structural gene or gene segment of interest
        is under the influence of the Kappa enhancer
        sequence or the portion thereof which
        contains a binding site of NF-κB and is
        controlled by NF-κB; and

   iii) a promoter appropriate for the gene or gene
        segment of interest, wherein expression of
        the structural gene or gene segment of
        interest present in the construct is
        regulated by NF-κB;

b)   transfecting a mammalian cell with the DNA
     construct, thereby producing a transfected
     mammalian cell;

c)   stimulating the transfected mammalian cell with a
     substance which induces NF-κB activation and
     binding to the Kappa enhancer sequence or the
     portion thereof which contains a binding site of
     NF-κB; and

d)   maintaining the mammalian cell under conditions
     appropriate for expression of the gene or gene
     segment and production of the protein, whereby NF-
     κB is induced in the mammalian cell and binds to
     the Kappa enhancer sequence or the portion thereof

ADL 0004180

-7-

which contains the binding site of NF-κB, thereby
producing a protein encoded by the gene or gene
segment.

102. The method of Claim 101, wherein the Kappa enhancer
sequence or the portion thereof which contains the
binding site of NF-κB is obtained from lymphoid cells
or clones containing the Kappa enhancer sequence.

103. The method of Claim 101, wherein the structural gene
encodes a cytotoxic protein.

104. The method of Claim 101, wherein the substance which
induces NF-κB activation and binding to the Kappa
enhancer sequence or the portion thereof which contains
a binding site of NF-κB is an activator of protein
kinase C.

105. The method of Claim 104, wherein the activator of
protein kinase C is selected from the group consisting
of: lipopolysaccharides, cycloheximide, phorbol esters,
viruses, and tumor necrosis factor α phorbol myristate.

106. The method of Claim 56 wherein the activator of
protein kinase C is selected from the group consisting
of: lipopolysaccharides, cycloheximide, phorbol esters,
viruses, and tumor necrosis factor α phorbol myristate.

107. The method of Claim 54, wherein the Kappa enhancer
sequence or the portion thereof which contains the
binding site of NF-κB is obtained from lymphoid cells
or clones containing the Kappa enhancer sequence.--

ADL 0004181

-8-

REMARKS

Rejection of Claims 54, 56 and 89-96 Under 35 U.S.C. §103

Claims 54, 56 and 89-96 are rejected under 35 U.S.C. §103 as being unpatentable over Foster et al. in view of Nelson et al. Specifically, the Examiner states that the central issue is that Applicants have discovered that NF-κB is a *trans* acting factor involved in the mechanism of Kappa enhancer-mediated gene expression, and that this factor is present in many cell types. The Examiner asserts that these facts do not render non-obvious a method of inducing gene expression using the Kappa enhancer in non-B cell eukaryotic cells. The Examiner states that Foster et al. teach DNA constructs that use the Kappa enhancer and Kappa promoter to drive expression of a structural gene (albeit a portion of the Kappa gene). The Examiner states that Nelson et al. teach that the Kappa enhancer can be operably linked to other genes, that trans acting factors probably interact with the Kappa enhancer and that Kappa genes are expressed in lymphoid cell types other than B-cells.

The Examiner further states that one of ordinary skill in the art would have had a reasonable expectation of success at using the Kappa enhancer to control the expression of any operably linked gene of interest regardless of the fact that NF-κB was not known at the time of the instant invention. The Examiner asserts that knowledge of NF-κB was and is not required for a method of inducing expression of a gene of interest using the Kappa enhancer or a DNA sequence of the Kappa enhancer. Thus, the Examiner concludes that the instant invention is obvious over the prior art.

Applicants' invention, as represented by the claims presently being prosecuted (Claims 54, 56, 89-96 and new Claims 97-109), is a method of inducing expression of a gene of interest, which is linked to a Kappa enhancer sequence which includes an NF-κB binding site and to an appropriate promoter. The DNA construct is such that induction of NF-κB in a mammalian cell containing the construct results in binding of NF-κB to the NF-κB binding

ADL 0004182

-9-

site and expression of the gene of interest. Applicants' method can be carried out in lymphoid and non-lymphoid cells, since, as Applicants discovered and describe in the subject application, NF-κB is a transcription factor which is inducible in many cell types and is not B-cell, or even lymphoid cell, specific. As Applicants discuss in the Specification, genes which normally have NF-κB recognition sequences can be induced by Applicants' method. In addition, genes which do not, in their wild-type form, have NF-κB recognition sequences can be placed under the control of NF-κB by inserting an NF-κB binding site in an appropriate position. That is, genes which do not naturally contain NF-κB binding sites can be modified to subject them to NF-κB modulation.

NF-κB binding sites are present in a variety of genes (see Table 2, page 96) and comparison of sequences to which NF-κB binds specifically showed a consensus sequence (see page 83). Thus, the gene of interest can be one which naturally has an NF-κB recognition sequence or one to which such a sequence is added. As disclosed in the specification at page 78, the structural gene can be any gene or gene segment which encodes a useful protein for which transient overexpression is desired. These include proteins that are damaging to cells when produced constitutively, as well as cytotoxic proteins.

The teaching of Foster et al. with respect to the Kappa enhancer is limited to: (1) re-stating the conclusions of others that the Kappa enhancer is known to be lymphoid cell specific, and (2) two DNA constructs including the Kappa enhancer, Kappa promoter and Kappa light chain gene DNA. Neither of these constructs is stimulated or induced in any way. These constructs are utilized only as controls to provide a standard of comparison for other constructs in which the Kappa enhancer is replaced with other enhancers.

Foster et al. do not teach or suggest induction of gene expression in any manner; in each instance, transcription of a construct was merely allowed to proceed without any external stimulus. Foster et al. does not teach or suggest that the Kappa

ADL 0004183

-10-

enhancer, or a gene under its influence, can be stimulated in any way. Foster et al. cannot teach a method of inducing gene expression in a mammalian cell containing a structural gene linked to and under the control of a Kappa enhancer containing an NF-κB binding site by stimulating the mammalian cell with a substance which induces NF-κB activation and binding to the binding site of NF-κB. Foster et al. does not even mention NF-κB.

Nelson et al. describe work in pre-B cells which were transformed by the Abelson murine leukemia virus and exposed to bacterial lipopolysaccharide (LPS), with the result that "[t]ranscription of unrearranged κ constant region (Kᵒ) loci is dramatically induced." Nelson et al. exposed cells transformed with the leukemia virus to LPS and proposed "a model in which an external signal such as LPS or a functionally equivalent lymphokine may initiate κ transcription in pre-B cells by modifying or overriding the activity of an enhancer-specific factor" (Abstract). As the Examiner notes, "Nelson et al. does clearly indicate that this mechanism of gene expression is cell-type specific and limited to cells of lymphoid origin..." Nelson et al. clearly describe the tissue-specific (lymphoid cell-specific) nature of κ genes and κ enhancers, and, thus, their work and proposed models are limited to lymphoid cells. Nelson et al. suggest that "the ability of the κ enhancer to regulate transcriptional activity may require interaction with a trans-active soluble factor(s) found only in lymphoid cells" (p. 5305, col. 2; emphasis added).

Nelson et al. merely suggest that some factor may exist which somehow interacts with the Kappa enhancer in lymphoid cells. Nelson et al. do not teach or suggest the existence of NF-κB and therefore, cannot teach or suggest that NF-κB binds to the NF-κB binding site in the Kappa enhancer to induce the Kappa enhancer in any type of cell. Nelson et al. cannot teach or suggest a method of inducing expression of a gene under the influence of the Kappa enhancer or a portion thereof containing the binding site of NF-κB by inducing NF-κB activation and

-11-

binding to the NF-κB binding site of the Kappa enhancer.
Applicants strongly disagree with the Examiner's assessment that
"a method of inducing expression using the κ enhancer and the κ
promoter in eukaryotic cells or non-B cells is also rendered
obvious by the Nelson et al. reference." This statement is
inconsistent with the Examiner's earlier statement that "Nelson
et al. does clearly indicate that this mechanism of gene
expression is cell-type specific and limited to cells of lymphoid
origin which includes not only B-cells but other eukaryotic host
cells which by definition include i.e., pre-B cells, T-cells and
any other cell of lymphoid origin." (Office action, p. 4;
emphasis added). The Examiner has clearly noted the lymphoid-
specific teaching of Nelson et al.

Applicants respectfully disagree with the Examiner's
assertion that the claimed method would have been obvious to one
of ordinary skill in the art based on the teachings of Foster et
al. and Nelson et al. Applicants respectfully disagree that
Foster et al. and Nelson et al. should be combined, since there
is no motivation to do so. Even if they are improperly combined,
the two references do not render the claimed invention obvious.
Applicants disagree that "knowledge of NF-κB was and is not
required for a method of inducing expression of a gene of
interest using the Kappa enhancer or a DNA sequence of the Kappa
enhancer." The claims defining the present invention require
induction of the Kappa enhancer and gene expression under the
influence of that enhancer with NF-κB, i.e., the claims require
that the mammalian cells be stimulated with a substance which
induces NF-κB, whereby NF-κB is induced in the mammalian cell and
binds to the NF-κB binding site present in the Kappa enhancer
sequence. Knowledge of NF-κB was and is clearly required for the
presently claimed methods. Foster et al. and Nelson et al.,
either alone or in combination, do not render the claimed
invention obvious. Therefore, withdrawal of the rejection is
respectfully requested.

ADL 0004185

-12-

<u>Rejection of Claims 54, 56 and 89-96 Under 35 U.S.C. §112, First
Paragraph</u>

Claims 54, 56 and 89-96 are rejected under 35 U.S.C. §112,
first paragraph, for failing to provide an enabling disclosure
for the reasons set forth at pages 4-6 of the Office action.
Specifically, the Examiner states that the disclosure is enabling
only for claims limited to the eukaryotic host cells exemplified
in the specification that produce NF-κB, the disclosed factors
capable of stimulating NF-κB in the exemplified cells, and the
recited promoters that are stimulated by NF-κB in the particular
exemplified cells. The Examiner acknowledges that the disclosure
is enabling for the use of mammalian cells in the instant
invention.

The Claims, as amended, recite mammalian cells. The
specification is fully enabling for the scope of the claims, as
amended. Therefore, withdrawal of the rejection is respectfully
requested.

<u>CONCLUSION</u>

With the above amendments and for the above-stated reasons,
Applicants believe the rejection under 35 U.S.C. §112, first and
second paragraphs, and 35 U.S.C. §103 have been overcome. The
claims, as amended, are in condition for allowance. For the
reasons presented herein, it is respectfully submitted that the
rejections made by the Examiner are legally improper. Thus, the
Examiner is respectfully requested to reconsider the rejections
and to withdraw them.

If the Examiner feels that a telephone conversation with
Applicants' Attorney would be helpful in expediting prosecution

ADL 0004186

-13-

of the application, the Examiner is urged to call the undersigned
at (617) 861-6240.

Respectfully submitted,

*Patricia Granahan*

Patricia Granahan
Attorney for Applicants
Registration No. 32,227
Telephone (617) 861-6240

Lexington, MA 02173
Date: September 21, 1995

ADL 0004187