# EXHIBIT C

M:167A3.DAM
PG17
PG/jzg/bl
04/20/94

PATENT APPLICATION
Docket No.: MIT-4167AAA

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  David Baltimore et al.
Serial No.:  07/791,898                 Group:     1805
Filed:       November 13, 1991          Examiner:  G. Brown
For:         NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL
             REGULATION

CERTIFICATE OF MAILING
I hereby certify that this correspondence is being deposited with
the United States Postal Service with sufficient postage as First
Class Mail in an envelope addressed to Honorable Commissioner
of Patents and Trademarks, Washington D.C. 20231
on 4-20-94         _Joan B Graham_
     Date              Signed
     Joan E. Graham
Typed or printed name of person signing certificate

RECEIVED
MAY 10 1994
GROUP 180

SECOND AMENDMENT

The Honorable Commissioner
  of Patents and Trademarks
Washington, DC  20231

Sir:

Applicants' Attorney respectfully requests a three-month extension of time to respond to the Office Action mailed October 20, 1993 from the U.S. Patent and Trademark Office for the subject application. A separate Petition for a three-month extension of time and the appropriate fee are being filed concurrently.

Responsive to the Office Action mailed October 20, 1993, please amend the application as follows:

ADL 0015203

L-A0138071

-2-

### In the Specification

At page 36, line 30, change "implicaton" to --implication--.
At page 77, line 18, change "an" to --a--.
At page 77, line 22, after "and", delete "in" and after "3)", insert --a--.
At page 78, line 11, change "As" to --At--.

### In the Claims

Please amend Claim 54 and add new Claims 92-96.

54. (Twice Amended) A method of inducing expression of a structural gene <u>of interest</u> in a eukaryotic host cell, comprising the steps of:

a) preparing a DNA construct comprising:
   i) a Kappa enhancer sequence <u>which contains a binding site of NF-κB</u> or a portion [of the Kappa enhancer sequence containing at least] <u>thereof which contains</u> a binding site of NF-κB[.]<u>;</u>
   ii) [a promoter; and] <u>a structural gene of interest linked to the Kappa enhancer sequence or to the portion thereof which contains a binding site of NF-κB in such a manner that expression of the structural gene of interest is under the influence of the Kappa enhancer sequence or the portion thereof which contains a binding site of NF-κ and is controlled by NF-κB;</u>
   iii) [a structural gene of interest] <u>a promoter appropriate for the gene of interest;</u>
   <u>wherein expression of the structural gene of interest present in the construct is regulated by NF-κB;</u>
b) transfecting a eukaryotic host cell with the DNA construct, <u>thereby producing a transfected eukaryotic host cell;</u> and
c) stimulating the transfected <u>eukaryotic host</u> cell with a substance which [stimulates] <u>induces</u> NF-κB [activation and binding], <u>whereby NF-κB is induced in the cell and</u>

ADL 0015204

L-A0138072

-3-

binds to the Kappa enhancer sequence or to the portion [of the Kappa enhancer sequence] thereof which contains the binding site of NF-κB, whereby expression of the gene of interest occurs.

[Please add new Claims 92-96.]

--92. A method of Claim 54 wherein the eukaryotic host cell is not a B cell.

93. A method of Claim 54 wherein the structural gene of interest is not a Kappa light chain gene.

94. A method of inducing expression of a gene of interest in a eukaryotic host cell, comprising the steps of:
   a) preparing a DNA construct comprising:
      i) an enhancer sequence which contains a binding site of NF-κB or a portion thereof which contains a binding site of NF-κB;
      ii) a structural gene of interest, which in its wild-type form does not have NF-κB recognition sequences, linked to the enhancer sequence or to the portion thereof which contains a binding site of NF-κ in such a manner that expression of the structural gene of interest is under the influence of the enhancer sequence or the portion thereof which contains a binding site of NF-κ and is controlled by NF-κB;
      iii) a promoter appropriate for the gene of interest, wherein expression of the structural gene of interest in the construct is regulated by NF-κB;
   b) transfecting a eukaryotic host cell with the DNA construct, thereby producing a transfected eukaryotic host cell; and
   c) stimulating the transfected eukaryotic host cell with a substance which induces NF-κB, whereby NF-κB is induced in the cell and binds to the enhancer sequence or to the portion thereof which contains the binding site of NF-κB,

ADL 0015205

L-A0138073

-4-

whereby expression of the structural gene of interest occurs.

95. A method of inducing expression of a gene of interest which is not a Kappa light chain gene, in a eukaryotic host cell, comprising the steps of:
   a) preparing a DNA construct comprising:
      i) a Kappa sequence or a portion thereof which contains a binding site of NF-κB;
      ii) a structural gene of interest which is not a Kappa light chain gene, linked to the Kappa enhancer sequence or to the portion thereof which contains a binding site of NF-κ in such a manner that expression of the structural gene of interest is under the influence of the Kappa enhancer sequence or the portion thereof which contains a binding site of NF-κ and is controlled by NF-κB;
      iii) a promotor, appropriate for the gene of interest wherein expression of the structural gene of interest in the construct is regulated by NF-κB;
   b) transfecting a eukaryotic host cell with the DNA construct, thereby producing a transfected eukaryotic host cell; and
   c) stimulating the transfected eukaryotic host cell with a substance which induces NF-κB, whereby NF-κB is induced in the cell and binds to the Kappa enhancer sequence or to the portion thereof which contains the binding site of NF-κB, whereby expression of the structural gene of interest occurs.

96. A method of Claim 95 wherein the eukaryotic host cell is not a B cell.--

ADL 0015206

L-A0138074

-5-

## REMARKS

### Claim Amendment

Claim 54 has been amended. New Claims 92-96 have been added.

### Elected Claims

Applicants acknowledge the Examiner's determination that Claims 89-91, presented in the Amendment mailed June 16, 1993 (the previous Amendment), fall within the elected group of claims (Claims 54-56). Therefore, Claims 54-56 and 89-91 are presently being prosecuted.

### Statements Concerning Ownership

The statements made in the previous Amendment as to ownership reflect the ownership of the invention at the time it was made. At the time the invention made, each inventor was employed by an academic institution which is the owner of its employees' inventions. At the time the invention was made, the ownership was as indicated at pages 4-5 of the previous Amendment. Assignment documents reflecting this ownership at the time the invention was made were subsequently executed by the inventors and recorded in the Patent Office.

### Applicant's Invention

Applicants' invention, as represented by the claims presently being prosecuted (Claims 54-56 and 89-91 and new Claims 92-96), is a method of inducing expression of a gene of interest which is linked to an enhancer sequence, such as a Kappa enhancer sequence, which includes an NF-$\kappa$B binding site and to an appropriate promoter, in a DNA construct, in such a manner that induction of NF-$\kappa$B in a cell containing the construct results in binding of NF-$\kappa$B to the NF-$\kappa$B binding site and expression of the gene of interest. Applicants' method can be carried out in lymphoid and non-lymphoid cells, since, as Applicants discovered and describe in the subject application NF-$\kappa$B is a transcription factor which is inducible in many cell types and is not B-cell

ADL 0015207

L-A0138075

-6-

specific. As Applicants discuss in the specification, genes which normally have NF-κB recognition sequences can be induced by Applicants' method. In addition, genes which do not, in their wild-type form, have NF-κB recognition sequences, can be placed under the control of NF-κB by inserting an NF-κB binding site in an appropriate position. That is, genes which do not naturally contain NF-κB binding sites can be modified to subject them to NF-κB modulation. NF-κB binding sites are present in a variety of genes (see Table 2, page 96) and comparison of sequences to which NF-κB binds specifically showed a consensus sequence (see page 83). Thus, the gene of interest can be one which naturally has an NF-κB recognition sequence or one to which such a sequence is added. As Applicants explain at page 78 of the specification, the structural gene can be any gene or gene segment which encodes a useful protein for which transient overexpression is desired. These include proteins that are damaging to cells when they are produced constitutively or cytotoxic proteins.

Rejection of Claims 54-56 and 89-91 under 35 U.S.C. §103

Claims 54-56 and 89-91 are rejected under 35 U.S.C. §103 as being unpatentable over Foster et al. (Foster), newly cited, in view of Nelson et al. (Nelson), of record. Applicants bring to the Examiner's attention, simply for clarification, that they believe the Nelson paper of record is cited incorrectly on the Form PTO-892 which accompanied the Office Action mailed December 16, 1992. On the Form PTO-892, the cite is: Nelson et al., 1985, Biochem., 82:5305-5309. A copy of the Nelson reference was not provided with the December 16, 1992 Action and the reference is indicated as having been provided in the parent case (S.N. 946,365). The Nelson et al. paper appeared in Proceedings of the National Academy of Sciences, U.S.A. (82:5305-5309, 1985) (PNAS). Applicants responded to the earlier Office Action with reference to the Nelson et al. paper in PNAS and want to be sure that this is the correct paper. Clarification is respectfully requested.

The Foster paper is cited by the Examiner as teaching "a DNA construct that contains a promoter (the κ immunoglobulin promoter), and structural DNA of interest operably liked (sic) to

ADL 0015208

L-A0138076

-7-

various enhancer sequences, including the κ immunoglobulin enhancer." The construct is further described as one which "also harbors the SV40 promoter that drives expression of a heterologous gene (neo) and was used to transform a eukaryotic cell." The Examiner states that "Foster does not teach stimulation of the transformed cell to activate the κ immunoglobulin enhancer to induce or enhance expression of the promoter-linked DNA."

Applicants' claimed invention is a method of inducing expression of a structural gene of interest present in a construct which is regulated by NF-κB. As the Examiner has recognized, Foster does not teach stimulation of the transformed cell to activate the κ immunoglobulin enhancer to induce or enhance expression of the promoter-linked DNA. In fact, Foster does not teach or suggest stimulation of the transformed cell or activation of the κ immunoglobulin enhancer for any purpose or that the κ immunoglobulin enhancer can be activated. Further, Foster teaches separating the Kappa enhancer and Kappa promoter in order to assess the activity of the Kappa promoter in the absence of the Kappa enhancer. In addition, Foster does not suggest a means by which a transformed cell can be stimulated and does not even mention NF-κB.

Foster separated the κ light chain enhancer from its promoter in order to determine whether the promoter contributes to or determines the cell-type specificity observed for expression of cloned immunoglobulin genes. As Foster describes (p.423, col. 1), studies had shown that cloned immunoglobulin genes were expressed in transfected lymphoid cells, but not in transfected non-lymphoid cells, which raised the question of whether the promoter or the enhancer region "is responsible for the observed cell-type specificity." Additional study had shown that "immunoglobulin enhancers function only in lymphoid cells" and Foster and co-workers were interested in determining whether the κ chain promoter also exhibited cell specificity. Their study required that they "separate the promoter from the enhancer." Thus, Foster teaches separation of the κ chain promoter and enhancer in order to assess the activity of the κ chain promoter independent of the κ chain enhancer. Foster was not interested in activation

ADL 0015209

L-A0138077

-9-

of the κ chain enhancer to induce the κ chain promoter or to induce or enhance expression of DNA linked to the κ chain promoter and actually worked to <u>avoid</u> having the two components linked. In addition, as the Examiner is aware, Foster does not mention or teach stimulation of the transformed cell, even in lymphoid cells, for which Foster teaches that both κ chain enhancer and promoter function is <u>specific</u>. Foster clearly teaches that "immunoglobulin enhancers function only in lymphoid cells" (page 523, column 1). These scientists further state that their results suggest "that it is the κ-chain promoter itself which is intrinsically inactive in the non-lymphoid cells" (page 524, column 2), that there is an "observed cell-type specificity of the κ-chain promoter" and that "it seems likely that the actual sequences inducing high-level transcription in a B-lymphoid cells are fairly close to the transcription start site." (page 525, column 1).

Applicants disagree with the Examiner's characterization of the constructs described by Foster. Foster teaches a DNA construct (pLX40) that contains a promoter (the κ immunoglobulin promoter), and at least a portion of the κ immunoglobulin light chain gene joined to the SV40 poly(A) signal. This construct also harbors the SV40 promoter that drives expression of the neo heterologous gene. SV40 promoter-neo gene components serve as an internal con-trol for transcription from the κ-chain promoter.

Foster describes modification of the pLX40 construct to produce five additional constructs, each of which is derived from pLX40 by the insertion of an enhancer sequence (i.e., the polyoma enhancer, the enhancer from the Moloney murine sarcoma virus LTR, or the κ immunoglobulin gene enhancer) into an EcoRI site of pLX40. Only two of the resulting vectors, pLX40K.1 and pLX40K.2, contain the κ enhancer. In both of these vectors, the κ enhancer is placed upstream (in either orientation) of the κ-light chain gene fragment, which includes the κ promoter. Foster does not mention introducing a gene of non-Kappa origin downstream of the κ promoter (other than the neo gene which is driven by the SV40 promoter and present as an internal control which will remain <u>unaffected</u> by the presence or absence of the κ-chain components).

ADL 0015210

L-A0138078

-9-

The constructs were used to transfect various eukaryotic cell lines (e.g., mouse myeloma MPC 11 cells, BNL 1ME liver cells, mouse 3T3 cells, mouse L cells). Foster et al. also state they "transfected the pLX40 plasmids into lines of pre-B, B and T cells" (see page 525, column 1). Therefore, the teachings of the Foster reference are not as broad as the Examiner suggests.

It is respectfully pointed out that Applicants' claimed invention is a *method* of inducing expression of a gene whose expression is controlled by NF-κB through the presence of a κ chain enhancer which includes an NF-κB binding site and whose induction by NF-κB results in expression of the gene. Foster is cited as teaching a construct, which Applicants are not claiming in the subject claims, and as *not* teaching stimulation of the transformed cell to activate the κ immunoglobulin enhancer to induce or enhance expression, which is a key element of Applicants' claimed method.

Foster does not describe or suggest Applicants' method or the construct used in their method. Foster does not teach or suggest a method of inducing expression of any structural gene of interest by inducing NF-κB (causing NF-κB to be activated and available for binding to its binding site); does not even mention stimulation of transformed cells or activation of the κ immunoglobulin enhancer for any purpose; and teaches physical separation of the Kappa enhancer and promoter to assess the cell-type specificity of Kappa promoter function. Further, the only structural DNA linked to the Kappa enhancer and Kappa promoter is a *Kappa* DNA fragment. Foster does not teach or suggest linking DNA of non-Kappa origin to the Kappa enhancer. Foster does not teach or suggest the function of the κ enhancer or κ promoter in any cell-type other than B cells and, in fact, clearly states they are cell-type specific (i.e., "immunoglobulin enhances function only in lymphoid cells" and "the promoter for an immunoglobulin κ light-chain gene also is strongly specific for lymphoid cells.")

The Examiner further states that "[i]t would have been obvious to the ordinary practitioner that the DNA constructs of Foster which contain the κ enhancer sequence and a promoter which

ADL 0015211

L-A0138079

-10-

said enhancer stimulates could have been modified by operably placing any structural gene of interest down atream (sic) of the κ promoter sequences". Only two of the constructs described by Foster (i.e., pLX40K.1 and pLX40K.2), contain the κ enhancer. The parent construct and the others derived from it lack the Kappa enhancer. The two constructs which do contain the Kappa enhancer contain additional Kappa DNA (i.e., part of the MOPC41 κ light chain gene) downstream of the Kappa enhancer. There is no suggestion that non-Kappa DNA should or might be introduced. Although transcription of the κ light chain gene is driven from the SV40 promoter in plasmid pLX100, this vector does not contain the κ enhancer.

In pLX40K.1 and pLX40K.2, the κ enhancer is also fortuitously placed upstream of the SV40 promoter-neo gene portion of the vector. "The role of the SV40 promoter is to provide an internal control for transcription from the κ-chain promoter." (page 523, column 1). Thus, these components were included because their activity will remain constant or unaffected by the presence or absence of the κ-chain components. For example, assay of RNA from cells transfected with pLX40 (no κ enhancer) and from cells transfected with pLX40K.1 (κ enhancer) showed that this was the case (Figure 2, panel labelled MPC11, lanes headed 40 and K.1). There is, in addition, no teaching or suggestion that the SV40 promoter is stimulated by the κ enhancer.

The teaching of Foster is limited to two DNA constructs which contain the κ enhancer and the κ promoter linked to a portion of the κ light chain gene. It makes no suggestion that the κ light chain gene could be replaced by DNA of non-κ-chain origin. Foster does not teach or suggest stimulating transformed cells for any purpose, does not teach or suggest that the κ-chain enhancer can be stimulated in any way and does not teach or suggest that DNA other than κ-chain DNA can be present (can follow) the κ enhancer and κ promoter in a DNA construct. In addition, Foster teaches that the κ enhancer and κ promoter are cell-type specific (i.e., specific for lymphoid cells) and does not even mention NF-κB.

ADL 0015212

L-A0138080

-11-

The Nelson paper is cited by the Examiner as teaching "that mitogens such as LPS induce the Kappa enhancer to activate or enhance gene expression" and as teaching "a model mechanism of how said enhancer stimulates gene expression." Nelson was discussed at length in the previous Amendment and the Examiner's attention is respectfully directed to that discussion.

The Nelson paper describes work in pre-B cells which were transformed by the Abelson murine leukemia virus and exposed to bacterial lipopolysaccharide (LPS), with the result that "[t]ranscription of unrearranged κ constant region (K°) loci is dramatically induced." Nelson and co-workers exposed cells transformed with the leukemia virus to LPS and "propose a model in which an external signal such as LPS or a functionally equivalent lymphokine may initiate κ transcription in pre-B cells by modifying or overriding the activity of an enhancer-specific factor." (Abstract)

These scientists assessed the effects of LPS on transcription of naturally-occurring κ genes in a cell line (κ genes present in the cell line as obtained). They do not suggest introducing DNA of non-Kappa origin into the cells for any purpose or replacing Kappa DNA with non-Kappa DNA in any location in the cells. They were assessing the effects of LPS on an endogenous, intact Kappa gene. In addition, there is no mention of NF-κB (whose existence at that time was not known). Further, the Nelson paper explains the tissue specific (lymphoid cell-specific) nature of κ genes and κ enhancers (and, thus, of their work and proposed models). For example, Nelson states that a "notable feature of the enhancer is its role in helping to define tissue-specific expression of κ genes" and that these and other observations (also described at page 5305, column 1) " suggest that the ability of the κ enhancer to regulate transcriptional activity may require interaction with a trans-active soluble factor(s) found only in lymphoid cells."

The Examiner states: 1) that "[i]t would have been obvious to the ordinary practitioner that the DNA constructs of Foster which contain the κ enhancer sequence and a promoter which said enhancer stimulates could have been modified by operably placing

ADL 0015213

L-A0138081

-12-

any structural gene of interest downstream of the κ promoter sequences; 2) that these modified constructs could have been used to transform a eukaryotic host cell; and 3) that "[i]n view of the Nelson reference it would have been further obvious to activate the κ enhancer sequence by exposing the transformed cell to a mitogen such as LPS." The Nelson paper is cited as describing "a model mechanism of how k enhancer stimulates gene expression" and as teaching that "'a modified protein might interact specifically with the k enhancer to potentiate its activity.'"

The Foster and Nelson references are further characterized in the Action (page 4). The Examiner states that Foster "has taught a DNA construct comprising the κ enhancer, a promoter operably linked to a DNA fragment of interest, eukaryotic cells transfected with the DNA construct and taught enhanced expression using said construct" and that Nelson "teaches methods to stimulate the κ enhancer to activate or enhance gene expression and proposes a model as to how κ enhancer works."

The Examiner concludes that

> it would have been obvious to the practitioner to design a method of inducing gene expression in a eukaryotic host based on the teachings of Foster and Nelson even though the exact mechanism of κ enhance (sic) binding by NF-κB was only described in a proposed model. The precise mechanism of action is immaterial, however, so long as a process is described as operative in a reference. Motivation to do so can be found in the fact that κ enhancer could have been targeted to any cell type in which κ enhancer was active and that expression could be controlled by LPS. Therefore, the invention of the instant application would have been obvious over the prior art.

As explained above, Applicants' claimed invention is a method of inducing expression of a gene of interest whose expression is induced or modulated by binding of NF-κB to an enhancer which includes an NF-κB binding site. The gene of interest is linked to the enhancer sequence, such as a kappa enhancer sequence, and to an appropriate promoter in a DNA construct, which is introduced into eukaryotic host cells; stimulation of the transformed host cells induces NF-κB, which binds to the NF-κB binding site and induces expression of the gene of interest. As Applicants have shown, NF-κB is present in many, if not all, cell

ADL 0015214

L-A0138082

-13-

types. Thus, their method has applicability across many cell types.

Applicants disagree that their claimed method would have been obvious, based on the teachings of Foster and Nelson. As to Foster, this reference does not mention in any way a method of inducing gene expression, does not teach stimulation of transformed cells for any purpose and does not mention NF-κB. The teaching of Foster is limited to the B cell specificity of the Kappa chain enhancer and promoter and to two DNA constructs in which the Kappa enhancer, Kappa promoter and part of the MOPC41 Kappa light chain gene (additional k DNA) are present. The Examiner states that the "motivation to design a method of inducing gene expression in a eukaryotic host can be found in the fact that k enhancer could have been targeted to any cell type in which the k enhancer was active and that expression could be controlled by LBS." Foster teaches that the "immunoglobulin enhancers function only in lymphoid cells." (page 523, column 1) One of ordinary skill would have been motivated by Foster to separate the Kappa enhancer from the Kappa promoter, since Foster did so in order to separate out the cell-type specificity of the Kappa enhancer from the Kappa promoter. In order to overcome the cell type specificity of the Kappa enhancer, it would have had to have been replaced by another enhancer, based on the teachings of Foster that the "immunoglobulin enhancers function only in lymphoid cells." If this were done, then the teachings of Nelson as to exposure to LPS would not be applicable, even as to endogenous kappa sequences, since the k enhancer would have been deleted. Foster provides no teaching or suggestion of inducing expression of even the Kappa DNA fragment present in the two DNA constructs which contain the Kappa enhancer and no suggestion that non-kappa DNA could replace kappa DNA in the construct.

As to Nelson, the teachings are limited to exposing pre-B cells to LPS, with the result that transcription of unrearranged K constant region loci (endogenous Kappa DNA) was induced. Like Foster, Nelson teaches that the Kappa enhancer is lymphoid cell specific and, thus, also like Foster, teaches away from the idea that the k enhancer can be active in any other type of cell.

ADL 0015215

L-A0138083

-14-

Taken together, Foster and Nelson even more clearly teach that the kappa enhancer is cell-type specific and, thus, motivate one of ordinary skill not to consider other cell types. Based on these two references, one of ordinary skill would not have been motivated to consider that the kappa enhancer was active in any additional cell types. In addition, Nelson does not mention DNA constructs or cells transformed with DNA of any type.

The combination of these two references is legally improper. It is well established patent law that the prior art must have suggested the invention to one of ordinary skill in the art and further suggested that it would have had a reasonable likelihood of success. Foster does not teach a method of stimulating cells; does not teach stimulating cells to activate the kappa enhancer or induce expression of DNA of any type; does not mention NF-κB; and does not suggest replacing kappa DNA with non-kappa DNA. Nelson does not provide what is missing. Nelson's teaching is limited to inducible transcription of endogenous kappa DNA in pre-B cells by an unknown mechanism in which an undefined, hypothesized transacting factor is "implicated." There is no mention of NF-κB or of induction of a gene of interest present in a construct which includes an NF-κB binding site. Even if the combination of Foster and Nelson were made, the combination would not render Applicants' invention obvious. Combined, the two references might reasonably result in exposing B cells to LPS and assessing its effect on transcription of endogenous kappa DNA as a way to further define the mechanism by which transcription is induced.

Withdrawal of this rejection is respectfully requested.

Rejection of Claims 54-56 and 89-91 under 35 U.S.C. §112, first paragraph

Claims 54-56 and 89-91 are rejected under 35 U.S.C. §112, first paragraph for the reasons set forth at pages 4-6 of the Action.

Applicants disagree with the statement that the disclosure is enabling only for claims limited to "those eukaryotic host cells exemplified in the specification that produce NF-κB, the

ADL 0015216

L-A0138084

-15-

disclosed factors that were capable of stimulating NF-κB in the exemplified cells, and the promoters recited in the specification that are stimulated by NF-κB in the particular cell exemplified."

It is the Examiner's assessment "that the specification fails to provide an enabling disclosure in regard to the identification of cells and reagents suitable for use in the instantly claimed invention or for the combinatorial use of the NF-κB enhancer in combination with any promoter in any cell, stimulated to produce NF-κB by any stimulus because Applicants have not shown that all eukaryotic host cells are capable of producing NF-κB, that all eukaryotic cells that can be stimulated to produce NF-κB, and that any promoter will be activated by NF-κB in any cell type." In addition, the Examiner states that Applicants have not shown how to determine which eukaryotic cell types can produce NF-κB. The Examiner continues by stating that Applicants' disclosure "teaches the use of DNA-binding assays to detect cell-associated binding activities specific to the NF-κB enhancer sequence, however these assays do not identify what protein(s) actually bind to said DNA sequence. Thus the practitioner would be unable to determine from the binding assays what cell types actually produce NF-κB." Further, the Examiner states that Applicants "have also not described how to determine which promoters can be used in conjunction with the NF-κB enhancer sequence." The Examiner concludes that it appears that the practitioner would have had to "fish out" operable promoters by a trial and error process and that this same trial and error process would have been used to find substances that were capable of stimulating NF-κB production in any eukaryotic cell. The Examiner concludes that, as a result, "undue experimentation would have been required by the ordinary practitioner to develop methods to screen thousands of different cell types to find those that actually produce NF-κB, then to determine what substances were capable of stimulating NF-κB production, and lastly developing methods to match or promote those cells that was both capable of being utilized in the cells and that could be stimulated by NF-κB." The Examiner also concludes that the specification fails to provide "guidance in developing said methods in the ordinary

ADL 0015217

L-A0138085

-16-

practitioner would have had little expectation of success in doing so because of the inherent unpredictability of developing an expression system for use in any cell type, using cell-specific enhancers, promoters, and extra cellular stimulatory factors not known to be operable in any cell type."

Applicants disagree that they have not shown how to determine which eukaryotic cell types can produce NF-κB. In the subject application, Applicants describe in detail their identification of NF-κB (see, for example, pages 27-29 and Example 5, in which factors binding to the kappa light chain enhancer and their identification are described; Example 6, describing cloning of NF-κB). As described at page 27 of the specification, Applicants identified NF-κB (previously referred to as Kappa-3) which binds only to the Ig light chain enhancer and further characterized NF-κB, as also described in the specification. In addition, as also described at pages 27-29 of the specification and the Examples referred to therein, Applicants have shown that NF-κB can be induced in cells in which it is not constitutively present (Example 8) and, in doing so, have demonstrated that NF-κB is inducible in cells other than B (lymphoid) cells. They have shown, as they describe in the specification, that NF-κB is inducible in pre-B cells and in non-lymphoid cells and have described how this induction can be carried out and the resulting NF-κB factor identified. This work is described in detail in Example 8 (pages 158-170) of the subject application. In addition, Applicants describe (Example 9) characterization of the NF-κB protein, thus providing additional information to one of ordinary skill interested in identifying additional cells which produce or contain NF-κB. Further, Applicants describe renaturation of NF-κB (Example 10), the sub-cellular localization of the NF-κB precursor (Example 11), the DOC-dependence of cytosolic NF-κB (Example 12), characterization of Iκ-B and its ability to complex with NF-κB (Example 13), the presence of the complex in enucleated cells (Example 14), and demonstration of the role of NF-κB as a mediator and regulation of a gene in non-lymphoid cells (Example 15).

ADL 0015218

L-A0138086

-17-

Thus, contrary to the Examiner's assessment, the specification provides considerable detail regarding NF-κB, an assay to identify cells in which it occurs and demonstration that NF-κB can be induced in cells in which it is not constitutively present, including a method by which induction can be brought about. Applicants have shown how to determine which eukaryotic cell types produce NF-κB. The Examiner has indicated that although Applicants teach the use of DNA binding assays to detect cell-associated binding activities specific to the NF-κB enhancer sequence, these assays do not identify what proteins actually bind to the DNA sequence. It is not necessary that Applicants identify what proteins actually bind to the DNA sequence, however. They have clearly provided a method by which one of ordinary skill in the art can identify which cells actually produce NF-κB.

The Examiner has also indicated that Applicants have not described how to determine which promoters can be used in conjunction with the NF-κB enhancer sequence. Using known methods, one of ordinary skill would have been able, at the time the subject application was filed, to determine which promoters can be used in conjunction with the NF-κB enhancer sequence. Reliable methods were available at that time for isolating, joining and expressing sequences from a variety of sources. Thus, one of ordinary skill in the art would have been able to isolate a gene, its own promoter or another promoter of interest and link it to the NF-κB enhancer, introduce the resulting construct into eukaryotic host cells and determine whether the promoter was operative. This would have been readily possible, since expression of the protein encoded by the gene of interest could be used as a means of determining whether the gene was functional and was operative in conjunction with the NF-κB enhancer sequence in the host cells. It is well accepted that determination of what constitutes undue experimentation in a particular case requires the use of a standard of reasonableness.

> "The test is not merely quantitative, since a considerable amount of experimentation is permissible, if it is merely routine, or if the specification in question provides a reasonable amount of guidance with respect to the direction in which the experimentation should proceed to enable the determination of how to

-18-

practice a desired embodiment of the invention claimed. The factors to be considered have been summarized as the quantity of experimentation necessary, the amount of direction or guidance presented, the presence or absence of working examples, the nature of the invention, the state of the prior art, the relative skill of those in that art, the predictability or unpredictability of the art and the breadth of the claims. In re Rainer, 146 U.S.P.Q. 218 (C.C.P.A. 1965)..

Ex parte Forman et al., 230 U.S.P.Q. 546, 547 (B.P.A.I. 1986). In the present case there is considerable guidance in the specification as filed, there are working examples, the state of the prior art is such that there are reliable and predictable methods available for the person of ordinary skill to use, the relative skill of those in that art was very high and nature of the work was such that available methods could be used to identify additional components which could be used (promoters and eukaryotic cells) in the claimed invention. Applicants disagree with the Examiner's assessment that the specification fails to provide guidance in developing the methods and also disagrees that the ordinary practitioner would have had little expectation of success in doing so because of the "inherent unpredictability of developing an expression system for use in any cell type, using cell specific enhancers, promoters and extracellular stimulatory factors not known to be operable in any cell type." (Office Action, page 6) Based on the subject specification, one of ordinary skill in the art could have identified cells which produce NF-κB and appropriate promoters, could have produced expression systems in which DNA constructs described in detail in the subject specification were expressed and could have identified those cells in which induction of the gene of interest occurred as a result of the activity of NF-κB (e.g., by assessing production of the encoded product). As to additional extracellular stimulatory factors, it would have been merely a matter of combining cells in which the DNA construct was present with an agent to be tested and then determining whether NF-κB was induced or, alternatively, whether the protein encoded by the gene of interest was expressed. A combination of either could be carried out using methods described by the Applicants in the subject

ADL 0015220

L-A0138088

-19-

specification. Guidance is provided as to this aspect of the work as well. For example, in Example 8 Applicants describe induction of NF-$\kappa$B in cells in which it is not constitutively present. As they describe in that Example, the work demonstrated that NF-$\kappa$B can be induced by the mitogen lipppolysaccharide (LPS), that the translational inhibitors such as cycloheximide and anisomycin by themselves can at least partially induce NF-$\kappa$B and that an active phorbol ester like PMA can induce NF-$\kappa$B by itself. Here, too, Applicants have provided guidance as to how to assess the ability of a specific agent to induce NF-$\kappa$B in cells and to specific agents which are effective in doing so. Withdrawal of this rejection is respectfully requested.

CONCLUSION

The two cited references have been improperly combined. There is no motivation for their combination since, for example, Foster teaches separation of the Kappa enhancer and Kappa promoter and does not teach stimulation of transformed cells to activate the K immunoglobulin enhancer or for any purpose and Nelson teaches assessment of the effect of LPS on transcription of endogenous unrearranged K constant region loci. Even if combined, the two references do not render the claimed invention obvious, for the reasons discussed above at length.

Withdrawal of all rejections is respectfully requested. If the Examiner feels that a telephone conversation with Applicants' Attorney would be helpful in expediting the prosecution of this case, he is urged to call Applicants' Attorney at (617) 861-6240.

Respectfully submitted,

Patricia Granahan
Attorney for Applicants
Registration No. 32,227
Telephone (617) 861-6240

Lexington, MA 02173
Date: April 20, 1994

ADL 0015221

L-A0138089