# EXHIBIT D



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re the application of: Baltimore et al. | |
| Serial No.: 08/464,364 | |
| Filed: June 5, 1995 | Group Art Unit: 1636 |
| For: *Nuclear Factors Associated With Transcriptional Regulation* | Examiner: Schwartzman |
| Attorney Docket No.: APV-035.03 | |
| (Formerly MIT416A3FZ) | |

Assistant Commissioner for Patents
Washington, D.C. 20231

RECEIVED

JAN 27 1999

MATRIX CUSTOMER
SERVICE CENTER

---

**Certificate of Facsmile**

I hereby certify that this correspondence is being transmitted by facsimile to: Assistant Commissioner for Patents, Washington, D.C. 20231 on the date set forth below.

Date of Signature and Mail Deposit: 1/14/99

By: Matthew P. Vincent

---

### Response and Amendment

Dear Sir:

In response to the non-final office action mailed July 14, 1998, please enter the following remarks and amendments.

ADL 0000570

Serial No.: 08/464,364  - 2 -

In the Claims:

For the Examiner's convenience, all of the pending claims are reiterated below.

57. (*amended*) A method for altering expression, in a mammalian cell, of a gene, the transcription of which is regulated by NF-κB [whose transcriptional activity is altered by binding of NF-κB to the enhancer of said gene], comprising [controlling] altering the level of NF-κB–IκB complex present in the cytoplasm of said cell with an agent that binds [an] a NF-κB protein or an IκB protein and alters the association between the two proteins and alters expression of the gene.

58. (*amended*) A method of [reducing] inhibiting expression, in a mammalian cell, of a gene, the transcription of which is dependent [that is transcriptionally-dependent] on a DNA binding activity of [an] a NF-κB protein, the method comprising inhibiting the DNA binding activity of the NF-κB protein by contacting the cell with an agent which (i) inhibits phosphorylation of an IκB protein and/or (ii) prevents degradation of an IκB protein, which IκB forms a transcriptionally inactive complex with the NF-κB protein, wherein the agent inhibits expression of the gene.

59. (*amended*) A method of activating NF-κB-dependent transcription in a mammalian host cell, comprising contacting the host cell with a substance which causes dissociation of NF-κB–IκB complexes and promotes NF-κB-dependent transcription.

61. (*amended*) A method of inducing DNA-binding and nuclear translocation of NF-κB [causing activation of NF-κB-dependent transcription precursor,] present in the cytosol of a mammalian host cell, [the NF-κB precursor being an NF-κB–IκB complex,] comprising treating the cell with a substance which causes dissociation of [the] NF-κB–IκB complexes, resulting in induction of DNA-binding activity and nuclear translocation of the NF-κB present in the complex.

62. (*amended*) A method of inhibiting expression of human immunodeficiency virus DNA in a human host cell infected with human immunodeficiency virus DNA, comprising contacting the infected cell with a nucleic acid decoy including a κB binding site that binds to NF-κB, which decoy inhibits [an agent that prevents] binding

ADL 0000571

Serial No.: 08/464,364                - 3 -

of NF-κB to the transcriptional control elements of the human immunodeficiency virus <u>and inhibits expression of human immunodeficiency virus DNA</u>.

63.  (*amended*) A method of [claim 62 wherein binding of NF-κB to the transcriptional control elements is prevented by increasing formation of complexes of the NF-κB and one or more IκB proteins] <u>inhibiting expression of human immunodeficiency virus DNA in a human host cell infected with human immunodeficiency virus DNA, comprising contacting the infected cell with an agent that prevents binding of NF-κB to the transcriptional control elements of the human immunodeficiency virus, which agent increases the stability of the IκB protein and inhibits expression of human immunodeficiency virus DNA</u>.

93.  (*reiterated*) The method of claim 63, wherein the agent inhibits phosphorylation of the IκB protein.

✧ Please cancel claims 94, 95 and 96 without prejudice

97.  (*amended*) The method of claim 59, wherein the substance binds [an] <u>a</u> NF-κB protein or IκB protein and disrupts NF-κB-IκB complexes.

98.  ~~(*amended*) The method of claim 59, wherein the substance decreases the stability of IκB.~~

99.  (*reiterated*) The method of claim 98, wherein the substance causes degradation of IκB.

100.  (*reiterated*) The method of claim 59, wherein the substance stimulates phosphorylation of IκB.

101.  (*reiterated*) The method of claim ~~59, 97, 98, 99, or 100,~~ wherein the cell is a mammalian cell.

102.  (*reiterated*) The method of claim 61, wherein the substance is an agent which binds NF-κB protein or IκB protein.

ADL 0000572

Serial No.: 08/464,364          - 4 -

103. ~~(amended) The method of claim 61, wherein the substance decreases the stability of IκB.~~

104. (reiterated) The method of claim 103, wherein the substance causes degradation of IκB.

105. (reiterated) The method of claim 61, wherein the substance stimulates phosphorylation of IκB.

106. ~~(reiterated) The method of claim 61, 102, 103, 104, or 105, wherein the cell is a mammalian cell.~~

107. (reiterated) The method of claim 58, wherein the agent inhibits phosphorylation of IκB.

108. (reiterated) The method of claim 107, wherein the agent inhibits degradation of the IκB protein.

109. ~~The method of claim 58, 107~~ or 108, wherein the cell is a mammalian cell.

110. (reiterated) The method of claim 109, wherein the cell is a human cell.

111. (amended) A method of [reducing] inhibiting expression, in a mammalian cell, of a gene whose transcriptional activity is activated by binding of NF-κB to said gene, comprising introducing a nucleic acid decoy molecule into the cell in an amount sufficient to inhibit expression of the gene, which decoy includes [an] a NF-κB binding site that binds to NF-κB.

112. (amended) A method for altering NF-κB-dependent gene transcription in a mammalian cell, comprising
    (a) identifying an agent by its ability to
        (i) alter the level of phosphorylation [phophorylation] of an IκB protein,
        (ii) alter the stability of an IκB protein,
        (iii) alter the nuclear localization of [an] a NF-κB protein,

ADL 0000573

Serial No.: 08/464,364             - 5 -

      (iv) alter the level of protein:protein complexes including NF-κB and IκB proteins, and/or

      (v) alter the DNA binding activity of NF-κB,

which agent alters NF-κB-dependent gene transcription in a cell; and

(b) [treating] contacting a mammalian cell with an agent identified in (a)[, or an analog derived therefrom,] in an amount sufficient to alter NF-κB-dependent gene transcription in the cell.

113. (reiterated) The method of claim 112, wherein the agent inhibits NF-κB-dependent gene transcription.

114. (reiterated) The method of claim 112, wherein the agent potentiates NF-κB-dependent gene transcription.

115. (reiterated) The method of claim 112 or 113, wherein the agent inhibits phosphorylation of an IκB protein.

116. (reiterated) The method of claim 112 or 113, wherein the agent increases the stability of an IκB protein.

117. (amended) The method of claim 112 or 113, wherein the agent inhibits nuclear localization of [an] a NF-κB protein.

118. (amended) The method of claim 112 or 114, wherein the agent potentiates nuclear localization of [an] a NF-κB protein.

119. (amended) The method of claim 112, wherein the agent inhibits formation of protein:protein complexes including NF-κB and IκB proteins.

120. (reiterated) The method of claim 112 or 113, wherein the agent inhibits a DNA-binding activity of NF-κB.

ADL 0000574

Serial No.: 08/464,364                -6-

121. (reiterated) The method of claim 120, wherein the agent is a decoy molecule.

122. (reiterated) The method of claim 112, wherein the agent is identified in an assay using purified or semipurified NF-κB.

123. (reiterated) The method of claim 112, wherein the agent is identified in an assay using a recombinant NF-κB protein.

124. (reiterated) The method of claim 112, wherein the agent is identified in an assay using purified or semipurified IκB.

125. (reiterated) The method of claim 112, wherein the agent is identified in an assay using a recombinant IκB protein.

126. (amended) The method of claim 112, wherein the agent is identified in an assay using a fusion protein including all or a portion of [an] a NF-κB or IκB protein.

127. (reiterated) The method of claim 112, wherein the agent is identified in an transcription assay using a reporter gene construct comprising a reporter gene operably linked to a κB element.

128. (amended) The method of claim 112, 122, 123, 123, 125 or 126, wherein the agent is identified in [an] a competitive binding assay using [an] a NF-κB or IκB protein, or portion thereof.

129. (reiterated) The method of claim 112, wherein the agent is identified in a gel shift assay.

130. (reiterated) The method of claim 112, 124, 125 or 126, wherein the agent is identified in an assay which directly detects phosphorylation of an IκB protein, or portion thereof.

131. (reiterated) The method of claim 112, 124, 125 or 126, wherein the agent is identified in an assay which directly detects stability of an IκB protein, or portion thereof.

ADL 0000575

Serial No.: 08/464,364    - 7 -

132. (*amended*) The method of claim 112, 122, 123 or 126, wherein the agent is identified in [an] a nuclear localization assay which directly detects [an] a NF-κB protein.

133. (*reiterated*) The method of claim 112, wherein the treated cell is part of a cell culture.

134. (*reiterated*) The method of claim 112, wherein the treated cell is part of an animal.

135. (*amended*) A method for altering an activity of [an] a NF-κB gene product in a mammalian cell, comprising
    (a) identifying an agent by its ability to bind to [an] a NF-κB protein or an IκB protein, which agent alters an activity of the NF-κB protein in a cell; and
    (b) treating a mammalian cell with an agent identified in (a), in an amount sufficient to alter the activity of NF-κB in the cell,
to thereby modulate the activity of NF-κB in the cell.

136. (*reiterated*) The method of claim 135, wherein modulating the activity of NF-κB in a cell comprises modulating the interaction of NF-κB with a protein or nucleic acid.

137. (*amended*) The method of claim 136, wherein [the molecule is (an)] modulating the activity of NF-κB in a cell comprises modulating the interaction of NF-κB with an IκB protein.

138. (*amended*) The method of claim 136, wherein [the molecule is an] modulating the activity of NF-κB in a cell comprises modulating the interaction of NF-κB with a NF-κB protein.

139. (*reiterated*) The method of claim 136, wherein the agent is a decoy molecule.

140. (*amended*) The method of claim 139, wherein the decoy molecule comprises [an] a NF-κB binding site.

141. (*reiterated*) The method of claim 135, wherein modulating the activity of NF-κB is a cell comprises modulating the activity of IκB.

ADL 0000576

Serial No.: 08/464,364            - 8 -

*Sub E9*

142. ~~(reiterated) The method of claim 141, wherein modulating the activity of IκB comprises modulating the stability of IκB.~~

143. (*reiterated*) The method of claim 141, wherein modulating the activity of IκB comprises modulating phosphorylation of IκB.

144. (*reiterated*) The method of claim 136, wherein identifying the agent which modulates NF-κB activity comprises contacting a cell with a test agent, said cell comprising a gene operably linked to at least one NF-κB binding site, and comparing expression of the gene in the cell contacted with the test agent, relative to a cell which was not contacted with the test agent, wherein a difference in the expression of the gene in the cell contacted with the test agent relative to a cell which was not contacted with the test agent indicates that the test agent modulates the activity of NF-κB.

*D/9*

145. (amended) The method of claim 136, wherein identifying an agent which modulates NF-κB activity comprises
    (a) contacting [an] a NF-κB protein [or gene] or an IκB protein [or gene] with a test agent; and
    (b) comparing the activity of the NF-κB or IκB protein in the presence or in the absence of the test agent, wherein a difference in NF-κB or IκB activity in the presence relative to the absence of a test agent indicates that the test agent modulates NF-κB or IκB activity.

146. (amended) The method of claim [146] 145, wherein the NF-κB or IκB protein is a purified protein.

147. (*amended*) The method of claim 135, wherein modulating the activity of NF-κB is increasing the transcriptional activity of the NF-κB protein.

148. (*amended*) The method of claim 135, wherein modulating the activity of NF-κB is decreasing the transcriptional activity of the NF-κB protein.

ADL 0000577

Serial No.: 08/464,364                 - 9 -

149.  *(reiterated)* The method of claim 135, wherein the cell is in an animal.

150.  *(amended)* A method for inhibiting the activity of NF-κB in a <u>mammalian</u> cell, comprising
  (a)  identifying an agent which inhibits IκB phosphorylation; and
  (b)  treating a <u>mammalian</u> cell with the agent of (a) in an amount sufficient to inhibit the activity of NF-κB in the cell,
to thereby inhibit the activity of NF-κB in the cell

151.  *(reiterated)* The method of claim 140, wherein the NF-κB binding site includes a nucleotide sequence GGGRHTYYHC.

152.  *(amended)* The method of claim 140 <u>or 151</u> [of 152], wherein the decoy molecule includes at least two tandemly arranged NF-κB binding sites.

153.  *(amended)* The method of claim 62, wherein the agent is a gene construct for expressing an IκB polypeptide, which <u>IκB polypeptide</u> binds to and inhibits NF-κB from binding to the transcriptional control elements.

154.  ~~*(amended)* The method of claim 112, 135 and 151, wherein the agent has not previously been identified as a pharmaceutical agent.~~

Remarks

Claims 58, 59, 61-63, 97, 98, 103, 111, 112, 117-119, 126, 128, 132, 135, 138, 140, 145, 146-148, 150, 152-154 have been amended, claims 94-96 have been canceled. No new subject matter has been added.

<u>Claim formalities</u>

Applicants have amended the claims to address the Examiner's objections to the claims set forth at pages 2 and 3 of the outstanding office action. In particular, claims 146 and 152 have been amended to correct obvious typographical errors of claim

ADL 0000578

dependency. Claims 57, 58, 98, 103, 112, 128, 132, 135 and 152 have been amended to correct grammatical and typographical errors.

### The claims comply with 35 USC §112, first paragraph

The Examiner has rejected claims 57, 58, 97-110 and 112-154 under section 112 on the grounds that the claimed subject matter is not enabled. Applicants respectfully traverse the Examiner's rejection.

One prong of the Examiner's rejection of claims 57, 58, 97-110 and 112-154 is based on the viewpoint that the specification is speculative and as such

> The specification speculates that IκB may become phosphorylated to release NK-κB and that uncomplexed IκB may be unstable based on the facts that NF-κB activating signals such as phorbol esters work through protein kinase C and that following activation there is no free IκB in the cytoplasm (pages 71-73). These speculations are not considered to provide adequate direction to the skilled artisan to screen for agents that modulate IκB phosphorylation or stability as such speculation as to the mechanism of NF-κB activation, in the absence of any evidence in support of the mechanism or guidance toward exogenously regulating the phosphorylation state or stability of IκB, is not sufficient to teach the skilled artisan to search for and use the claimed agents.

Applicants contend that the specification, read as a whole, provides adequate direction to the skilled artisan to screen for agents that modulate IκB phosphorylation or stability or alter other activities associated with NF-κB activation. For instance, Applicants assert that one of ordinary skill in the art would have reasonably concluded from the evidence and other teachings of the instant application that such phenomena as the interaction between NF-κB and IκB, phosphorylation of IκB, and destabilization of IκB, were real, that they occurred in whole cells, and that they were part of the biological function of NF-κB. Moreover, the skilled artisan would have, and indeed did, accept the evidence provided in the instant application as persuasively supporting Applicants' position that artificial induction of IκB, or inhibition of IκB phosphorylation or other means for preventing destabilization of IκB could be used as a means for inhibiting such NF-κB activities as its regulation of gene transcription.

ADL 0000579

Serial No.: 08/464,364                       - 11 -

For example, the specification plainly teaches, and provides the experimental data to support, that IκB converts NF-κB to an inactive precursor, e.g., which inhibits the transcriptional activity of NF-κB, in the form of a IκB:NF-κB protein complex.

Experimental evidence provided in the present application which supports the pending claims directed to, for example, screening for agents that modulate IκB phosphorylation or stability, include the following:

- Induction of NF-κB takes place in the absence of new protein synthesis. NF-κB induction, therefore, involves the conversion of a pre-existing precursor to an active form. Summarized in the Specification at page 36 and 73.

- Cytosolic extracts from uninduced cells can be treated in vitro with dissociating agents to unmask very high levels of NF-κB activity. Summarized in the Specification at page 55-57.

- The inhibitory activity was shown to be due to IκB proteins, and could be isolated by chromatography. Moreover, preparations of IκB can inhibit NF-κB derived from cells which have been activated. The inactivation of NF-κB is the results of simple physical affinity of NF-κB and IκB, not an enzymatic activity of IκB. Summarized in the Specification at page 36 and 61-76.

- Inactivation of NF-κB by IκB is reversible, saturable and specific. Summarized in the Specification at page 66

- Treatment with TPA, which activates NF-κB, involves alteration of IκB but not NF-κB. After TPA stimulation, no IκB is found in the cell. Whereas the activated NF-κB remains sensitive to subsequent treatment with unmodified IκB. Summarized in the Specification at page 71.

- In activated cells, IκB becomes modified to a form that no longer binds to NF-κB. Additionally, IκB can be specifically inactivated as an inhibitor of NF-κB upon treatment with a proteolytic activity. Summarized in the Specification at page 40 and 64-65.

- Inactivation of IκB in whole cells involves phosphorylation, as demonstrated by treatment of cells with phorbol esters – which were understood in the art to activate protein kinases. Summarized in the Specification at page 72.

ADL 0000580

Serial No.: 08/464,364                    - 12 -

Such experimental results, combined with an understanding of similar mechanisms of action for other signal transduction pathways, would be reasonably understood by those of ordinary skill in the art to be sufficiently convincing of a mechanism for NF-κB activation involving phosphorylation of IκB and subsequent proteolytic degradation of the modified protein. Indeed, publication by the Applicants of the descriptions and results set forth in the present application in peer-reviewed scientific journals have been widely accepted in the field as teaching the mechanism of action for IκB set forth in this application. Indeed, this mechanism of action is still accepted today. See, for example, Applicants' article Baeuerle and Baltimore (1988) Science 242:540, and Ghosh and Baltimore (1990) Nature 344:678, and articles and patents which reference those papers, such as: Shao-Cong et al. (1993) Science 259: 1912 (exhibit A); Gilmore et al. (1993) TIGS 9:427 (exhibit B); Siebenlist et al. (1994) Ann Review Cell Biol 10:405 (exhibit C); Finco et al. (1995) Immunity 3:263-272 (exhibit D); Jung et al. (1995) Science 268:1619 (exhibit E); and US Patents 5,723,300 (exhibit F) and 5,814,482 (exhibit G).

>Another prong of the Examiner's arguments is based on the Examiner's assertion that

>>the specification suggests that the cloning of NF-κB and IκB will allow the development of assays for inhibitors and activators of these proteins ... but does not disclose any general assay methods and does not teach any specific assays to detect agents which alter protein phosphorylation, protein stability, protein degradation or protein binding .... Since the specification does not teach how to identify the agents to be used in the claimed methods, does not teach how to use the agents in the claimed methods and does not even teach that these agents should be looked for, the specification does not provide sufficient guidance to support the present claims .... No working examples of the claimed method are disclosed in the specification.

Applicants disagree. It is apparent from even a general reading of the specification and original claims, relates to the identification (and subsequent use) of compounds which can, as appropriate, inhibit or potentiate NF-κB function in, for example, gene expression. It would be evident to one skilled in the art, therefore, that each of the assays described in the specification in the context of elucidating the mechanism by which NF-κB acts are also useful as drug screening assays for the identification of exogenous agents which affect that mechanism. In this context, support for individual claims, other support for use of assays in a

ADL 0000581

Serial No.: 08/464,364                    - 13 -

manner consistent with the pending claims can be found in the specification, *inter alia*, as follow:

- at page 6, the specification states that the invention relates to *"drugs which enhance or block the activity of NF-κB or of the NF-κB inhibitor (e.g., IκB)"*;

- at page 7, the specification states *"the subject invention further relates to methods of regulating (inducing or preventing) activation of NF-κB, controlling expression of the immunoglobulin kappa light chain gene and other genes whose expression is controlled by NF-κB"*;

- at page 8, the specification states *"[a]lteration or modification, whether to enhance or reduce NF-κB activity or to change its binding activity (e.g., affinity, specificity), is referred to herein as regulation of NF-κB activity"*;

- at page 9, the specification states *"the cloned genes permit development of assays to screen for agonists or antagonists of gene expression and/or of the factors themselves. Further, because the binding site for NF-κB in the kappa gene is clearly defined, an assay for blockers or inhibitors of binding is available, as is an assay to determine whether active NF-κB is present"*;

The Examiner's attention is also directed to page 23:lines 2-29, page 55:lines 5-16, page 74:lines 1-14; page 87:line 1 - page 88:line 17 and claims 57-63 as originally filed. These and other teachings of the instant application provide ample guidance and sufficient written description for the pending claims.

As the Examiner admits, the level of skill in the art is high. Office Action at page 7. Those skilled in the art would be able to carry out a variety of different drug screening assays based on the disclosure and experience developed in the art. As of the priority date of the present application, the art recognized generic formats for, e.g., detecting inhibitors of protein phosphorylation, detecting inhibitors of protein degradation, detecting inhibitors of protein:protein interaction, detecting inhibitors of protein localization in a cell, detecting inhibitors of protein:DNA interaction and the like. The NF-κB and IκB proteins are sufficiently well characterized by the subject application that the skilled artisan would be able to provide such assays involving one or both of the proteins without much guidance beyond the identification of the mechanism of action, which the present application provides. Indeed, Applicants allege the application provides more disclosure than would be required. Moreover,

ADL 0000582

USSN 08/464,364      - 14 -      Group Art Unit: 1636

those skilled in the art would recognize that assays described in the present application for discerning the mechanism of action of NF-κB and IκB could be readily adapted for screening small molecules and the like for their ability to modify an NF-κB pathway.

Finally, with respect to the rejection of claims 57, 58, 97-110 and 112-154, the Examiner argues that

> [t]he quantity of experimentation necessary to carry out the claimed invention is high as the skilled artisan could not rely on the prior art or the present specification to teach how to carry out the claimed methods. One of skill in the art would first have to determine if IκB binding to NF-κB or IκB is regulated by phosphorylation and a change in stability of IκB as the specification does not teach this. One would then have to develop assays for identifying agents which modulate the phosphorylation or stability of IκB or which can bind to NF-κB or IκB and alter their interaction as the specification does not teach this. One would then have to determine how to administer the identified agents, which could be of any structure (e.g., nucleic acid, protein, organic molecule), to any cell of any organism *in vitro* or *in vivo* as the specification does not teach this.

Applicants disagree. Issues relating to the mechanism of action of IκB are addressed above, and elsewhere in the present response. The types of experimentation described by the Examiner for development of drug screening assays would be considered to be routine, not undue. As Applicants have argued in the present response and the response of 13 April 1998, generic drug screening techniques based on detecting the type interactions, modifications and biological activity as is involved in the claimed assays were well known in the art.

Furthermore, subsequent publications by the inventors and others bear out the assertions made in the instant application and address the Examiner's concerns. For instance, Gehrt et al. (1998) J Antibiot 51: 455-63, entitled "*Cycloepoxydon, 1-hydroxy-2-hydroxymethyl-3-pent-1-enylbenzene and 1-hydroxy-2-hydroxymethyl-3-pent-1,3-dienyl-benzene, new inhibitors of eukaryotic signal transduction*" (abstract attached hereto as exhibit H) describes the screening, and identification of inhibitors of NF-κB. Certain of the compounds are understood to inhibit NF-κB activity by inhibiting IκB phosphorylation. The screening technique, incidentally, utilize an NF-κB-responsive reporter gene, as is described in the present application.

ADL 0000583

USSN 08/464,364                                - 15 -                                Group Art Unit: 1636

Fiedler et al. (1998) Am J Respir Cell Mol Biol 19:259, entitled "*Inhibition of TNF-alpha-induced NF-kappaB activation and IL-8 release in A549 cells with the proteasome inhibitor MG-132*" (abstract attached as exhibit I) demonstrates that the proteasome inhibitor N-cbz-Leu-Leu-leucinal(MG-132) can inhibit "proteasome-mediated IkappaB degradation [which] results in inhibition of TNF-alpha induced IL-8 production in A549 cells by limiting NF-kappaB-mediated gene transcription". Ray et al. (1995) J Biol Chem 270:10680 and Cai et al. (1997) J Biol Chem 272:96 (previously made of record) each teach that NF-κB-dependent gene transcription can be inhibited, *in vitro*. Cai et al. show, for example, NF-κB-dependent gene transcription can be inhibited in the human breast carcinoma MCF7 cells by overexpression of a recombinant IκB gene. Esslinger et al. (1997) J Immunol 158:5075 (previously made of record) demonstrate inhibition of NF-κB-dependent gene transcription, *in vivo*, in transgenic mice engineered to overexpress an IκB gene. Applicants note that the above-referenced articles, though published after Applicants' filing date, are offered merely to substantiate the credibility of the asserted enablement of the subject invention with respect to other embodiments within the scope of the claims. These references are not offered to render an insufficient disclosure enabling, rather, they prove that the disclosure was in fact enabling when filed. In re Brana, 51 F2d 1560 (CAFC 1995).

Finally, the Examiner has offered no evidence, nor cited any prior art, which would tend to support his argument. If the Examiner maintains this rejection, Applicants respectfully request that record be more clearly developed as to the basis of these assertions so that Applicants can specifically address the Examiner's concerns.

□□□

The Examiner's rejection of claims 145-148 at page 10 of the outstanding office action are believed to overcome by amendment of those claims.

□□□

Applicants also contest the Examiner's rejection of claims 122, 124 and 146 on the grounds that the specification "fails to teach how to completely purify either [NF-κB or IκB] protein". The specification sets forth ample guidance for obtaining purified preparations of the NF-κB or IκB proteins, including working examples. For example, at page 65, and referring to Figure 35, the specification describes the isolation of the subject proteins by gel

ADL 0000584

USSN 08/464,364 - 16 - Group Art Unit: 1636

filtration and sedimentation through a glycerol gradient. At page 175, the specification describes the isolation, and renaturation, of NF-κB from an SDS-polyacrylamide gel. The purified, renatured NF-κB was demonstrated to have κB-specific DNA binding activity.

Moreover, in light of the teachings of the present specification, one of ordinary skill in the art would be able to purify NF-κB and IκB by other methods using no more than routine experimentation. The specification provides a wide range of information about the characteristics of the NF-κB and IκB proteins which would aid greatly in purification protocols. For instance, the specification teaches molecular weight characteristics, protein-protein binding and (for NF-κB) protein-DNA binding characteristics and the like, as well as many assays for readily detecting the activity of NF-κB and IκB proteins. With such vital information available, the skilled artisan would reasonably expect s/he could successfully adapt known protein purification techniques to the purification of NF-κB or IκB. In general, purification techniques of the art, while tedious in some instances, require no more than routine experimentation, and therefore fall within the permissible standard of enablement under section 112, first paragraph. For instance, the specification teaches the generation of antibodies to the proteins. Such antibodies could be used to generate immunoaffinity columns, as was known to do in the art, which could be used to purify the proteins. Likewise, affinity purification of IκB by immobilized NF-κB would be envisaged as a method for purifying IκB proteins. Likewise, the present application teaches how to make recombinant forms of the proteins. As of the priority date of the present application, an array of techniques were known in the art for isolating and purifying recombinant protein.

□□□

The Examiner has also rejected certain claims, although they are not enumerated in the outstanding office action, on the general grounds that specification does not adequately direct the artisan to practice the drug screening assays of the pending claims nor teach that the NF-κB pathway can be manipulated by addition of exogenous agents. See pages 11-14 of the outstanding office action. Applicants respectfully dispute the Examiner's basis for these rejections. The specification provides ample guidance for identifying a variety of different agents, such as peptides, oligonucleotides and small organic molecules, which alter NF-κB function(s) in whole cells

As part of his argument, the Examiner states

ADL 0000585

USSN 08/464,364                                    - 17 -                              Group Art Unit: 1636

the knowledge of those skilled in the art regarding says for identifying such compounds cannot be relied on to enable methods using such agents [to alter NF-κB and IκB activities]

However, Applicants discussion in their response of 13 April 1998 of techniques known in the art for, e.g., for assay formats to detect inhibitors of phosphorylation, proteolytic degradation, etc, was merely to illustrate the general guidance in the art. It is Applicants position that the successes described for other drug screening efforts of the prior art provides a reasonable expectation to those of ordinary skill in the art that they would be successful in finding agents which are useful as inhibitors or activators of NF-κB dependent gene transcription as described the present application.

That is, in addition to those drug screening assays specifically enumerated in the application, Applicants contend that, at the time the present application was filed those skilled in the art, in light of the teachings of the present application, would have understood that they could *adapt* any of a variety of drug discovery techniques already known in the art for use in the subject invention as means for identifying agents which, as the application directs *inter alia*, alter the level of expression of an NF-κB protein, alter the level of expression of an IκB protein, alter the level of phophorylation of an IκB protein, alter the stability of an IκB protein, alter the nuclear localization of an NF-κB protein, alter the level of protein:protein complexes including NF-κB and IκB proteins, and/or alter the DNA binding activity of NF-κB. These assay systems could be based on whole cells, lysates and/or purified protein preparations. The art, for example, provides the general guidance for drug screening assays designed to detect inhibitors or potentiators of a transcriptional factor by monitoring the level of expression of a reporter gene. Assays were also known in the art, and provide general guidance for the practice of drug screening assays described in the instant application, for detecting agents which inhibit protein degradation or protein-protein interactions. The art also taught a number of assays for detecting changes in phosphorylation of intracellular proteins upon treatment of a cell with a small organic molecule, protein, or other agent likely to be tested in a drug screening assay. Given the extensive characterization in the specification of NF-κB and IκB, and their biological activities, such assays as described in the art could be readily adapted for detecting agents which altered, e.g., NF-κB dependent gene transcription in manners set forth in the pending claims.

Applicants also assert that, as of the effective filing date for each of the pending claims, the art was replete with examples of the development of similar *classes* of pharmaceutical

ADL 0000586

agents, e.g., kinase inhibitors, proteolysis inhibitors, and inhibitors of protein-protein or protein-DNA interactions. Thus, for example, the use of compounds which inhibit phosphorylation, proteolysis, etc, as therapeutic compounds was well known in the art prior to the effective priority date. Thus, for example, upon identifying an agent which alters the biological activity of NF-κB, one skilled in the art would possess a reasonable degree of confidence that such an agent could be used to regulate NF-κB dependent gene transcription *in vitro* and *in vivo*, and such practice would require no more than routine experimentation.

> The Examiner also argues that
>> the knowledge of those skilled in the art cannot be relied on to make the long leap from disclosure in the specification that IκB <u>might</u> be phosphorylated and IκB <u>might</u> be unstable and that these factors <u>might</u> be related to the mechanism of NF-κB activation to the claimed invention of searching for agents which alter the phosphorylation and stability of IκB and using such agents to alter NF-κB activation. Nowhere in the specification is it disclosed that the interaction of NF-κB and IκB is dependent on the stability of IκB and that the stability of that protein is in turn dependent, at least in part, on its state of phosphorylation. [emphasis original]

It appears that this argument stems from the Examiner's view that such functions of NF-κB and IκB were not taught by the specification but were "only guessed at". In this regard, the Examiner has pointed out that specification couches certain statements in terms of "reasonable hypothesis" or "is apparently unstable". With all due respect, Applicants note that their application clearly discloses that complexation with IkB inhibits NF-kB activity, but that TPA blocks that activity by altering IkB. Since TPA is known to lead to protein phosphorylation, one of ordinary skill in this art would reasonably conclude,and in fact did conclude (see exhibits cited above) that that alteration comprised phosphorylation. For example, see the Specification at pages 71 - 72. The fact that applicants expressed this using the language of scientific modesty does render this important part of the teaching insufficient.

□□□

The Examiner's rejection of claims 62, 63, 95 and 96 under section 112 are believed to obviated by the amendment of claims 62 and 63, and cancellation of claims 94-96. However, the subject amendments were made merely to expedite prosecution of the present application.

ADL 0000587

USSN 08/464,364 - 19 - Group Art Unit: 1636

For those reasons set forth in the record for other methods of inhibiting NF-κB transcriptional activity, Applicants' believe that the cancelled claims were fully enabled.

### The claims comply with 35 USC §112, second paragraph

The Examiner has rejected claims 57, 58, 97-110 and 112-154 under section 112 on the grounds that the claimed subject matter is not enabled. Applicants respectfully traverse the Examiner's rejection.

### The claimed subject matter is patentable over the art

Applicants note with appreciation that the Examiner has deemed the claimed subject matter to be patentable over the art of record.

### Conclusion

In view of the above remarks and the amendments to the claims, it is believed that this application is in condition for allowance. If a telephone conversation with Applicant's Attorney would expedite prosecution of the above-identified application, the Examiner is urged to call the undersigned at (617) 832-1000.

Respectfully submitted,
FOLEY, HOAG & ELIOT LLP

By: _____
Matthew P. Vincent
Attorney for Applicants
Reg. No. 36,709

Date: 1/14/98
One Post Office Square
Boston, MA 02109
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

ADL 0000588