# EXHIBIT J

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re the application of: Baltimore et al. | |
| Serial No.: 08/464,364 | Group Art Unit: 1805 |
| Filed: June 5, 1995 | Examiner: Schwartzman |
| For: *Nuclear Factors Associated With Transcriptional Regulation* | |
| Attorney Docket No.: APV-035.03 | |
| (Formerly MIT416A3FZ) | |

Assistant Commissioner for Patents
Washington, D.C. 20231

### Certificate of Facsmile

I hereby certify that this correspondence is being transmitted by facsimile to: Assistant Commissioner for Patents, Washington, D.C. 20231 on the date set forth below.

6/10/98
Date of Signature and Mail Deposit

By. *I. Clauss*
Isabelle M. Clauss

## AMENDMENT AND RESPONSE

Dear Sir:

In response to the Office Action dated October 27, 1997, and to complete the request for examination under 37 C.F.R. § 1.129(a), which was filed on April 13, 1998, please enter the following amendment and response.

RECEIVED

JUN 11 1998

MATRIX CUSTOMER
SERVICE CENTER

ADL 0000517

USSN 08/464,364

Group Art Unit: 1805

<u>In the Claims:</u>

Please amend claims 57-63, as follows:

57. (amended) A method for altering expression in a cell of a gene whose transcriptional activity is altered by binding of NF-kB to the enhancer of said gene, comprising controlling [dissociation] the level of [the] NF-kB–IkB complex present in the cytoplasm of said cell with an agent that binds an NF-kB protein or an IkB protein and alters the association between the two proteins.

58. (amended) A method of reducing expression, in a cell, of a gene [whose transcriptional activity is activated by binding of] that is transcriptionally-dependent on a DNA binding activity of an NF-kB protein [to the enhancer of said gene], the method comprising [preventing] inhibiting the DNA binding activity [localization] of the NF-kB [in the nucleus of said cell] protein by contacting the cell with an agent which (i) inhibits phosphorylation of an IkB protein and/or (ii) prevents degradation of an IkB protein, which IkB forms a transcriptionally inactive complex with the NF-κB protein.

59. (amended) A method of activating [in a host cell an] NF-kB-dependent transcription in a [precursor present in the cytoplasm of said] host cell, [the precursor comprising an NF-kB-IkB complex,] comprising contacting the host cell with a substance which causes dissociation of NF-κB–IkB complexes and promotes NF-kB-dependent transcription [the complex into IkB and NF-kB and translocation of said NF-kB into the nucleus of said cell].

61. (amended) A method of causing activation of [an] NF-kB-dependent transcription precursor, present in the cytosol of a host cell, the NF-kB precursor being an NF-kB–IkB complex, comprising treating the cell with a substance which causes dissociation of the NF-kB–IkB complex, resulting in induction of DNA-binding activity and nuclear translocation of the NF-kB present in the complex.

62. (amended) A method of inhibiting expression of human immunodeficiency virus DNA in a host cell infected with human immunodeficiency virus DNA, comprising contacting the

2

ADL 0000518

USSN 08/464,364                                          Group Art Unit: 1805

infected cell with an agent that prevents [preventing] binding of NF-κB to the transcriptional control elements of the human immunodeficiency virus [transcriptional control elements].

63.   (amended) A method of claim 62 wherein binding of NF-κB to the [immunodeficiency virus] transcriptional control elements is prevented by [inhibiting localization of NF-κB in the nucleus of said host cell] increasing formation of complexes of the NF-κB and one or more IκB proteins.

° Cancel claim 64-66 without prejudice

° Cancel claim 89-92 without prejudice

R126

93.   (New) The method of claim 63, wherein the agent inhibits phosphorylation of the IκB protein.
94.

94.   (New) The method of claim 63, wherein the agent increases the stability of the IκB protein.
95.

95.   (New) The method of claim 62, wherein the agent inhibits a DNA-binding activity of the NF-κB.
96.

96.   (New) The method of claim 96, wherein the agent is a decoy nucleic acid.
97.

97.   (New) The method of claim 59, wherein the substance binds an NF-κB protein or IκB protein and disrupts NF-κB IκB complexes.
98.

98.   (New) The method of claim 59, wherein the substance decrease the stability of IκB.
99.

99.   (New) The method of claim 99, wherein the substance causes degradation of IκB.
100.

100.   (New) The method of claim 59, wherein the substance stimulates phosphorylation of IκB.
101.

ADL 0000519

USSN 08/464,364                                      Group Art Unit: 1805



101
~~102.~~    (New) The method of claim ~~59, 98, 99, 100, or 101,~~ wherein the cell is a mammalian cell.

102
~~103.~~    (New) The method of claim 61, wherein the substance is an agent which binds NF-kB protein or IkB protein.

103
~~104.~~    (New) The method of claim 61, wherein the substance decrease the stability of IkB.

104
~~105.~~    (New) The method of claim ~~104,~~ wherein the substance causes degradation of IkB.

105
~~106.~~    (New) The method of claim 61, wherein the substance stimulates phosphorylation of IkB.

106
~~107.~~    (New) The method of claim ~~61, 103, 104, 105, or 106,~~ wherein the cell is a mammalian cell.

107
~~108.~~    (New) The method of claim 58, wherein the agent inhibits phosphorylation of IkB.

108
~~109.~~    (New) The method of claim ~~108,~~ wherein the agent inhibits degradation of the IkB protein.

109
~~110.~~    (New) The method of claim ~~58, 108 or 109,~~ wherein the cell is a mammalian cell.

110
~~111.~~    (New) The method of claim ~~110,~~ wherein the cell is a human cell.

111
~~112.~~    (New) A method of reducing expression in a cell of a gene whose transcriptional activity is activated by binding of NF-kB to said gene, comprising introducing a nucleic acid decoy molecule into the cell, which decoy includes an NF-kB binding site that binds to NF-kB.

112
~~113.~~    (New) A method for altering NF-kB-dependent gene transcription in a cell, comprising
           (a) identifying an agent by its ability to
               (i)    alter the level of phophorylation of an IkB protein,
               (ii)   alter the stability of an IkB protein,

ADL 0000520

USSN 08/464,364                                                Group Art Unit: 1805

    (iii)  alter the nuclear localization of an NF-κB protein,

    (iv)  alter the level of protein:protein complexes including NF-κB and IκB proteins, and/or

    (v)  alter the DNA binding activity of NF-κB,

which agent alters NF-κB-dependent gene transcription in a cell; and

(b) treating a cell with an agent identified in (a), or an analog derived therefrom, in an amount sufficient to alter NF-κB-dependent gene transcription in the cell.

113
114.   (New) The method of claim 113, wherein the agent inhibits NF-κB-dependent gene transcription.

114
115.   (New) The method of claim 113, wherein the agent potentiates NF-κB-dependent gene transcription.

115
116.   (New) The method of claim 113 or 114, wherein the agent inhibits phosphorylation of an IκB protein.

116
117.   (New) The method of claim 113 or 114, wherein the agent increases the stability of an IκB protein.

117
118.   (New) The method of claim 113 or 114, wherein the agent inhibits nuclear localization of an NF-κB protein.

118
119.   (New) The method of claim 113 or 114, wherein the agent potentiates nuclear localization of an NF-κB protein.

119
120.   (New) The method of claim 113, wherein the agent inhibits protein:protein complexes including NF-κB and IκB proteins.

5

ADL 0000521

USSN 08/464,364                                    Group Art Unit: 1805

121.    (New) The method of claim 113 or 114, wherein the agent inhibits a DNA-binding activity of NF-κB.

122.    (New) The method of claim 121, wherein the agent is a decoy molecule.

123.    (New) The method of claim 113, wherein the agent is identified in an assay using purified or semipurified NF-κB.

124.    (New) The method of claim 113, wherein the agent is identified in an assay using a recombinant NF-κB protein.

125.    (New) The method of claim 113, wherein the agent is identified in an assay using purified or semipurified IκB.

126.    (New) The method of claim 113, wherein the agent is identified in an assay using a recombinant IκB protein.

127.    (New) The method of claim 113, wherein the agent is identified in an assay using a fusion protein including all or a portion of an NF-κB or IκB protein.

128.    (New) The method of claim 113, wherein the agent is identified in an transcription assay using a reporter gene construct comprising a reporter gene operably linked to a κB element.

129.    (New) The method of claim 113, 123, 124, 125, 126 or 127, wherein the agent is identified in an competitive binding assay using an NF-κB or IκB protein, or portion thereof.

130.    (New) The method of claim 113, wherein the agent is identified in a gel shift assay.

131.    (New) The method of claim 113, 125, 126 or 127, wherein the agent is identified in an assay which directly detects phosphorylation of an IκB protein, or portion thereof.

6

ADL 0000522

USSN 08/464,364

Group Art Unit: 1805

~~131~~
132. (New) The method of claim ~~113, 123, 125 or 127,~~ [112 124 125 126] wherein the agent is identified in an assay which directly detects stability of an IκB protein or portion thereof.

~~132~~
133. (New) The method of claim ~~113, 123, 122 or 127,~~ [112 122 123 126] wherein the agent is identified in an nuclear localization assay which directly detects an NF-κB protein.

~~133~~
134. (New) The method of claim ~~113,~~ [112] wherein the treated cell is part of a cell culture.

~~134~~
135. (New) The method of claim ~~113,~~ [112] wherein the treated cell is part of an animal.

~~135~~
136. (New) A method for altering an activity of an NF-κB gene product in a cell, comprising

(a) identifying a agent by its ability to bind to an NF-κB protein or an IκB protein, which agent alters an activity of the NF-κB protein in a cell; and

(b) treating a cell with a agent identified in (a), in an amount sufficient to alter the activity of NF-κB in the cell,

to thereby modulate the activity of NF-κB in the cell.

~~136~~
137. (New) The method of claim ~~136,~~ [135] wherein modulating the activity of NF-κB in a cell comprises modulating the interaction of NF-κB with a protein or nucleic acid.

~~137~~
138. (New) The method of claim ~~137,~~ [136] wherein the molecule is (an) IkB.

~~137~~
139. (New) The method of claim ~~137,~~ [136] wherein the molecule is an NF-κB protein.

~~139~~
140. (New) The method of claim ~~137,~~ [136] wherein the agent is a decoy molecule.

~~140~~
141. (New) The method of claim ~~140,~~ [139] wherein the decoy molecule comprises an NF-κB binding site.

7

ADL 0000523

USSN 08/464,364                                          Group Art Unit: 1805

142. (New) The method of claim 136, wherein modulating the activity of NF-kB is a cell comprises modulating the activity of IkB.

145. (New) The method of claim 142, wherein modulating the activity of IkB comprises modulating the stability of IkB.

144. (New) The method of claim 142, wherein modulating the activity of IkB comprises modulating phosphorylation of IkB.

145. (New) The method of claim 137, wherein identifying the agent which modulates NF-kB activity comprises contacting a cell with a test agent, said cell comprising a gene operably linked to at least one NF-kB binding site, and comparing expression of the gene in the cell contacted with the test agent, relative to a cell which was not contacted with the test agent, wherein a difference in the expression of the gene in the cell contacted with the test agent relative to a cell which was not contacted with the test agent indicates that the test agent modulates the activity of NF-kB.

146. (New) The method of claim 137, wherein identifying a agent which modulates NF-kB activity comprises

(a) contacting an NF-kB protein or gene or an IkB protein or gene with a test agent; and

(b) comparing the activity of the NF-kB or IkB protein in the presence or in the absence of the test agent, wherein a difference in NF-kB or IkB activity in the presence relative to the absence of a test agent indicates that the test agent modulates NF-kB or IkB activity.

147. (New) The method of claim 147, wherein the NF-kB or IkB protein is a purified protein.

148. (New) The method of claim 136, wherein modulating the activity of NF-kB is increasing the activity of NF-kB.

149. (New) The method of claim 136, wherein modulating the activity of NF-kB is decreasing the activity of NF-kB.

8

A000524

USSN 08/464,364                                     Group Art Unit: 1805

(New) The method of claim 135, wherein the cell is in an animal.

(New) A method for inhibiting the activity of NF-kB in a cell, comprising

(a)    identifying a agent which inhibits IkB phosphorylation; and

(b)    treating a cell with the agent of (a) in an amount sufficient to inhibit the activity of NF-kB in the cell,

to thereby inhibit the activity of NF-kB in the cell.

(New) The method of claim 140, wherein the NF-kB binding site includes a nucleotide sequence GGGRHTYYHC.

(New) The method of claim 140 of 152, wherein the decoy molecule includes at least two tandemly arranged NF-kB binding sites.

(New) The method of claim 61, wherein the agent is a gene construct for expressing an IkB polypeptide which binds to and inhibits NF-kB from binding to the transcriptional control elements.

(New) The method of claim 112, 136 and 151, wherein the agent has not previously been identified as a pharmaceutical.

---

## Remarks

Applicants extend their gratitude to Examiner Schwartzman for granting an interview with the undersigned on April 7, 1998, and are grateful for the Examiner's useful suggestions. In addition to the Examiner's interview summary, Applicants describe herein each of the those suggestions.

Upon entry of the present amendment and response, claims 57-59 and 61-63 are amended, claims 64-66 and 89-92 are canceled, and claims 93-155 are added.  No new subject

9

ADL 0000525

USSN 08/464,364                                          Group Art Unit: 1805

matter has been added. Particular support for the amended and new claims can be found in
the specification as follow:

| claim | phrase | specification at page |
|---|---|---|
| 57 | *with an agent that binds an NF-kB protein or an IkB protein and alters the association between the two proteins* | page 6:lines 24-26<br>page 8:lines 1-10<br>page 14: lines 15-17<br>page 23:lines 9-13 |
| 58 | *that is transcriptionally-dependent on a DNA binding activity of an NF-kB protein* | page 9:line 26 - page 10:line 4<br>page 41: lines 13-17 |
| 58, 94, 101, 106, 108, 144 | *inhibits phosphorylation of an IkB protein*<br>or<br>*substance stimulates phosphorylation of IkB* | page 71:line 11 - page 72:line 3<br>page 72: line24 - page 73:line 22 |
| 58, 95, 99, 100, 104, 105, 109, 113, | *prevents degradation of an IkB protein*<br>or<br>*alter the stability of an IkB protein*<br>or<br>*decreases/increases/ alters the stability of IkB* | page 64: line28 - page 65:line 13<br>page 73: lines 7-22 |
| 59, 61 | *NF-kB-dependent transcription* | page 8: lines 10-15 |
| 63 | *increasing formation of complexes of the NF-κB and one or more IκB proteins* | page 74:line 15 - page 75:line 17 |
| 97, 112, 140, 141, | *a decoy nucleic acid* | page 87: lines 8-13 |
| 113 | *alter the nuclear localization of an NF-κB protein* | page 55:lines 5-16<br>page 57:lines 8-17<br>page 58:2nd and 3rd paragraphs |
| 123, 147 | *identified in an assay using purified or semipurified NF-κB* | page 58: 1st and 2nd paragraphs |
| 124 | *is identified in an assay using a recombinant NF-κB protein* | page 50: lines 11-14 |
| 125, 147 | *identified in an assay using purified or semipurified IκB* | page 50: lines 16-23<br>page 53 -54<br>page 57: lines 24-28<br>pages 64-74 |
| 126 | *recombinant IκB protein* | pages 64-74 |

10

ADL 0000526

USSN 08/464,364                                        Group Art Unit: 1805

| 129 | *competitive binding assay* | page 71: line 11- page 72:line 3 |
| 130 | *identified in a gel shift assay* | page: 43 |
| 152 | *NF-kB binding site includes a nucleotide sequence GGGRHTYYHC* | page 83:lines 24-26 page 86, table 2 |
| 153 | *includes at least two tandemly arranged NF-kB binding sites* | page: 87: lines 8-13 page 41: line 2 |

As discussed in the above-referenced interview, the basis for new claims 113-155, and particularly the recitation in those claims of assays for identifying agents having certain effects on the biological activities of NF-κB, can be found throughout the application. An important aspect of the invention described in the present application, as is apparent from even a general reading of the specification and original claims, relates to the identification (and subsequent use) of compounds which can, as appropriate, inhibit or potentiate NF-κB function in, for example, gene expression. It would be evident to one skilled in the art, therefore, that each of the assays described in the specification in the context of elucidating the mechanism by which NF-κB acts are also useful as drug screening assays for the identification of exogenous agents which affect that mechanism. In this context, support for individual claims, other support for use of assays in a manner consistent with the pending claims can be found in the specification, *inter alia*, as follow:

º  at page 6, the specification states that the invention relates to  *drugs which enhancer block the activity of NF-κB or of the NF-κB inhibitor (e.g., IκB)* ;

º  at page 7, the specification states  *the subject invention further relates to methods of regulating (inducing or preventing) activation of NF-κB, controlling expression of the immunoglobulin kappa light chain gene and other genes whose expression is controlled by NF-κB* ;

º  at page 8, the specification states  *[a]lteration or modification, whether to enhance or reduce NF-κB activity or to change its binding activity (e.g., affinity, specificity), is referred to herein as regulation of NF-κB activity* ;

º  at page 9, the specification states  *the cloned genes permit development of assays to screen for agonists or antagonists of gene expression and/or of the factors themselves. Further, because the binding site for NF-κB*

11

ADL 0000527

USSN 08/464,364                                        Group Art Unit: 1805

*in the kappa gene is clearly defined, an assay for blockers or inhibitors of binding is available, as is an assay to determine whether active NF-κB is present ;*

The Examiner's attention is also directed to page 23:lines 2-29, page 55:lines 5-16, page 74:lines 1-14; page 87:line 1 - page 88:line 17 and claims 57-63 as originally filed. These and other teachings of the instant application provide ample guidance and sufficient written description for the amended claims.

## Information Disclosure Statement

A copy of the references listed on the 1449 Form filed October 2, 1995, that were crossed out by the Examiner, as indicated in the Office Action dated October 27, 1997, are enclosed herein, as well as a new 1449 Form listing these references. The Examiner is respectfully requested to consider these references.

## The claims comply with 35 USC  112

The Examiner has rejected claims 58, 62, 63 and 89-92 under section 112, first paragraph, on the grounds that the specification is not enabling for the claimed invention. In particular, the Examiner argues

no evidence is presented that NF-κB can bind to exogenously added IκB in a cell or that the addition of IκB or DNA encoding IκB to a cell will result in the prevention of NF-κB translocation to the nucleus. Furthermore, no guidance is presented in the specification as how to deliver IκB protein into a cell and the only statement regarding expression of IκB from DNA is to place the gene encoding IκB into a vector and introduce the vector into a cell (page74). No evidence is presented that sufficient levels of IκB can be achieved to significantly reduce the expression of NF-κB-dependent genes .. The specification fails to provide any guidance as to what portion(s) of IκB is necessary for binding to and preventing the translocation of NF-κB.

Applicants respectfully traverse this rejection.

The amendment to claim 58  is believed to obviate the Examiner's rejection of that claim. However, the amendment is made merely to expedite prosecution of claims covering certain commercially relevant embodiments of Applicants' invention and should not be construed as acquiescence to the rejection.

12

ADL 0000528

USSN 08/464,364                                            Group Art Unit: 1805

      With respect to the other rejected claims, Applicants contend that the instant specification provides ample evidence, examples and other forms of guidance to fully enable those skilled in the art to practice the claimed invention with respect to activation of expression of IκB. The specification teaches that nuclear transcription factors of the NF-κB family are inhibited by proteins of the IκB family which inactivate NF-κB by trapping it in the cytoplasm.  In particular, Examples 10 and 11 explain that NF-κB isolated from whole cells can be found as an inactive precursor, e.g., with respect to DNA binding activity, in the cytoplasm of the cells.  Examples 13 and 14, and Figures 36 and 37, establish that IκB proteins are the inactivating component of complexes with NF-κB.  Figure 36, for example, illustrates the inactivation of NF-κB by addition of preparations containing an IκB protein. Figure 37 shows the specificity of that inhibition, demonstrating that the IκB protein did not inhibit other unrelated transcription factors.  The specification also teaches at page 36 that agents known to gently dissociate protein-protein interactions, such as the NF-κB--IκB complexes, can activate the DNA-binding activity of NF-κB.

      Applicants assert that one of ordinary skill in the art would have reasonably concluded from the evidence and other teachings of the instant application that the interaction between NF-κB and IκB was real, occurring in the whole cells, and that it was crucial to the biological function of NF-κB. Moreover, the skilled artisan would have, and indeed did, accept the evidence provided in the instant application as persuasively supporting Applicants' position that artificial induction of IκB could be used as a means for inhibiting such NF-κB activities as its regulation of gene transcription.

      Furthermore, subsequent publications by the inventors and others bear out the assertions made in the instant application and address the Examiner's concerns.  For instance, Ray et al. (1995) J Biol Chem 270:10680 and Cai et al. (1997) J Biol Chem 272:96 (attached hereto as Exhibits A and B, respectively) each teach that NF-κB-dependent gene transcription can be inhibited, *in vitro*. Cai et al. show, for example, NF-κB-dependent gene transcription can be inhibited in the human breast carcinoma MCF7 cells by overexpression of a recombinant IκB gene.  Esslinger et al. (1997) J Immunol 158:5075 (attached hereto as Exhibit C) demonstrate inhibition of NF-κB-dependent gene transcription, *in vivo*, in transgenic mice engineered to overexpress an IκB gene. Applicants note that the above-referenced articles, though published after Applicants' filing date, are offered merely to substantiate the credibility of the asserted enablement of the subject invention with respect to other

13

ADL 0000529

USSN 08/464,364                                                Group Art Unit: 1805

embodiments within the scope of the claims. These references are not offered to render an insufficient disclosure enabling, rather, they prove that the disclosure was in fact enabling when filed. In re Brana, 51 F2d 1560 (CAFC 1995).

  With regard to the Examiner's concerns that the application does not provide any guidance as to what portion(s) of IкB is necessary for binding to and preventing the translocation of NF-кB , the Examiner's comments are traversed for not giving weight to the state of the art as of Applicants' earliest effective filing date, which is a critical factor in assessing enablement. The art, even at the time of the earliest priority claim of the instant application, was replete with examples of combinatorial techniques for identifying variants and fragments of naturally-occurring proteins which retain a particular biological activity of the naturally-occurring proteins. At the time of the instant invention, combinatorial techniques for generating and processing large libraries of variants of a protein were routine in the art, even for libraries exceeding a billion different variants. For instance, those skilled in the art would recognize that NF-кB-binding IкB variants, including minimal binding domains, could be readily isolated by subjecting the protein to, for example, alanine scanning mutagenesis and the like (Cunningham et al. (1989) *Science* 244:1081-1085), by linker scanning mutagenesis (McKnight et al. (1982) *Science* 232:316); by saturation mutagenesis (Meyers et al. (1986) *Science* 232:613); by PCR mutagenesis (Leung et al. (1989) *Method Cell Mol Biol* 1:11-19); or by random mutagenesis (reviewed in Miller et al. (1992) *A Short Course in Bacterial Genetics*, CSHL Press, Cold Spring Harbor, NY). Those skilled in the art would readily appreciate the use of such techniques, in the context of high throughput binding assays, to permit the rapid generation of large libraries of IкB variants and, particularly, the isolation from those libraries of IкB variants which retain the ability to specifically bind/inhibit an NF-кB transcription factor.

  To further illustrate the state of the art, the Examiner's attention is directed to the review article of Gallop et al. (1994) *J Med Chem* 37:1233 (attached hereto as Exhibit D), which describes the general state of the art of combinatorial protein libraries throughout the late 1980's, e.g., as of the priority date of the instant application. In particular, Gallop et al state at page 1233 [s]creening the analog libraries aids in determining the minimum size of the active sequence and in identifying those residues critical for binding and intolerant of substitution . In addition, the Examiner's attention is also directed to Bass et al. (1990) *Proteins: Structure, Function and Genetics* 8:309-314 (attached hereto as Exhibit E) which reviews other exemplary techniques from the art which would be recognized as means for generating mutagenic variants of IкB proteins.

14

ADL 0000530

USSN 08/464,364                                            Group Art Unit: 1805

It is plain from the combinatorial mutagenesis art that it was in fact routine for those skilled in the art to engage in large scale mutagenesis of proteins, without any preconceived ideas of which residues were critical to the biological function, and generate wide arrays of variants having equivalent biological activity.  Indeed, it is the ability of combinatorial techniques to screen billions of different variants by high throughput analysis that removes any requirement of *a priori* understanding or knowledge of critical residues.

In this regard, Krappmann  et al. (1996) EMBO J 15(23): 6716 (attached hereto as Exhibit F) describes determination of the protein domains involved in inducible and basal degradation of IκB in intact cells using routine experimentation. As above, this reference is offered merely to substantiate that the disclosure of the present application was in fact enabling.  In re Brana, supra.

The Examiner also argues that

.... the specification discloses that IκB can inhibit the DNA binding activity of NF-κB in a cell-free system but provides no evidence that it can prevent the translocation of NF-κB in a cell.

The amendment to claims 58, 59 and 63 are believed to obviate the grounds for this rejection.  However, with respect to the other pending claims which refer to nuclear localization, and to preserve the record with respect to the above-amended claims, Applicants assert that the specification provides more than sufficient factual basis for one of ordinary skill in the art to accept that the mechanism of action of IκB includes the ability to inhibit nuclear translocation of NF-κB.  In addition to those portions of the specification refered to above, the Examiner's attention in directed to Figures 27, 28, 30, 31, 35, 36 and 37 of the present application, and the supporting text relating thereto.  By all available criteria, release of NF-κB from a complex with its inhibitor IκB correlates with the appearance in the nucleus of the cell of a transcriptionally active NF-κB protein.  Moreover, most, if not all, mechanistic theories in molecular biology are inferred from circumstantial evidence due to the general inability to directly observe molecular events.  The observations made in the present application are sufficiently detailed, and importantly, consistent with the notion that IκB inhibits nuclear localization of NF-κB that one skilled in the art would accept, and indeed did accept Applicants' proposed mechanism of action, as documented in the literature subsequent to publication of Applicants' invention.

Yet another argument made by the Examiner concerns the role of NF-κB in regulating expression of HIV genes.  In particular, the Examiner states

15

ADL 0000531

USSN 08/464,364                                                      Group Art Unit: 1805

Claims 62, 63, 91 and 92 are drawn to a method of inhibiting expression of HIV DNA in a host cell by preventing binding of NF-κB to HIV transcription control elements. The specification discloses that HIV DNA contains NF-κB binding sites and that linkage of HIV regulatory elements to a reporter gene results in NF-κB regulated gene expression in cultured cells. The specification does not disclose whether or how much NF-κB controls HIV DNA expression and under what conditions NF-κB exerts its control. Therefore, one cannot predict what effect the prevention of NF-κB binding to its binding sites will have on HIV DNA expression.

As set forth in the application, e.g., at pages 40-42, the conditions which can be used to induce virus production in T-cells are also conditions which induce NF-κB activation in non-infected T-cells. This correlation, along with Applicants' discovery of NF-κB binding sites in the transcriptional regulatory sequences of the virus and that NF-κB binds to those sites, would reasonably suggest to the skilled artisan that the transcriptional activator NF-κB was involved in regulating transcription of HIV and hence a target for inhibiting, at least to some level, transcription of HIV orfs. Moreover, as the application describes at page 41, the HIV cis-acting elements, including the κB response elements, can be included in a reporter gene construct. The fact that (i) the HIV-derived reporter gene is responsive, in T-cells, to the same inductive signals (TPA/PHA treatment) as activate NF-κB and the wild-type virus, and (ii) the TPA/PHA response by the reporter requires the presence of the κB elements in T-cells, is further evidence which would tend to convince those of ordinary skill in the art that inhibition of NF-κB activity is a useful target for managing HIV infection.

The Examiner's attention is also directed to Demarchi et al. J Virol (1996) 70:4427 (attached hereto as Exhibit G), which investigated the molecular mechanisms of transcriptional activation of the human immunodeficiency virus type 1 long terminal repeat (LTR). The effects of the HIV Tat protein on LTR1 transcription are mediated by Tat-induced nuclear translocation of NF-κB. This induction can be inhibited, as expected from the teachings of the present application, by treatment of infected cells with a κB decoy. This report also substantiates the teachings of application that NF-κB is important for HIV transcriptional activation.

With regard to the last point above, the Examiner contends

the only disclosed utility for inhibiting the expression of HIV DNA is an implied therapeutic use in individuals infected with HIV. The lack of documented success for any sort of nucleic acid based method for HIV treatment demonstrates that one of skill

16

ADL 0000532

USSN 08/464,364                                          Group Art Unit: 1805

in the art did not how to develop an effective method of HIV therapy. In the absence
of any evidence of success by the skilled artisan in the area of HIV treatment the
specification must provide detailed guidance or evidence for the beneficial use of the
claimed method in infected individuals.

This rejection is traversed on several different grounds.

First, the Examiner has failed to meet his burden of demonstrating that one of ordinary skill
in the art would not consider the asserted utilities as credible. In this regard, Applicants request that
the Examiner reconsider the objections under section 112 (and 101) in light of the utility guidelines
promulgated by the Department of Commerce, e.g., docket no. 941259-4359.

Second, Applicants note that the claims cover methods which are useful both *in vivo* and *in vitro*,
e.g., the claimed methods can be used to regulate the activation of HIV in infected cells in culture.
CD4+ lymphocytes in lymph nodes of both asymptomatic HIV-infected individuals and AIDS patients
may be nonproductively or latently infected. The method of claim 62, for example, can be used to
regulate the populations of latently and productively-infected cells in culture, which is in turn useful for
generating cells that can be used in drug screening assays, diagnostic assays, etc. These cells can be
used, for example, in the development of drugs which inhibit HIV induction from latent/low-level-
producing reservoir cells.

Finally, the subject method is a credible means for managing AIDS in HIV-infected individuals.
Applicants contend that treatment of HIV infection by any presently employed clinical means does not
result in 100 percent efficacy. Indeed, while the ideal goal is complete eradication of the virus, the
acceptable standard for treatment invovles reducing the virus load in HIV -1-infected individuals in
order to prolong life and reduce complications. Studies have indicated that viral load in untreated
people is a strong predictor of future disease progression. In some studies reductions in viral load with
treatment appear associated with improved outcome. So people with a 'high' viral load, say over 50,000,
may therefore be advised to consider treatment regardless of their CD4 count. It would be apparent
to one skilled in the art that, in light of the role of NF-κB in activation of the virus, inhibitors of NF-
κB could be used clinically to reduce the viral load in a patient, and may not completely eradicate
infection   yet contrary to the Examiner's position, this would be an acceptable clinical outcome.

During the interview, the Examiner and undersigned discussed the support in the application
for identifying a variety of different agents, such as peptides, oligonucleotides and small organic
molecules, which alter NF-κB function(s) in whole cells, and using those agents to alter the functional

17

ADL 0000533

USSN 08/464,364                                     Group Art Unit: 1805

performance of cells. In particular, the discussion concerned the present disclosure and the state of the art as of the effective filing date for each of the pending claims, as well as In re Brana evidence to substantiate the teachings of the present application. That discussion is reiterated below.

For instance, the specification describes a range of methods for inhibiting the interaction of NF-κB with other transcription factors, and/or with DNA such as a κB response element. To illustrate, one embodiment described by the specification are the so-called decoys, which are nucleic acid (oligonucleotides generally) which are recognized and bound by the NF-κB protein. See, for example, page 87 of the specification. The application describes, inter alia, the use of a decoy oligonucleotide including a κB site. The presence of the decoy oligonucleotide in the cell can inhibit NF-κB mediated transcription by competing with the native κB sites on the genome.

The specification also describes, for example, the use of a reporter gene construct including a κB response element as a very simple means for detecting agents which inhibit the NF-κB dependent gene expression and therefore would include agents which inhibit interaction of NF-κB with other transcription factors and/or DNA regulatory elements. See, for example, the specification at pages 9-10.

Furthermore, the specification describes, in addition to direct inhibition of the transcriptional activity of NF-κB, a variety of different molecular targets for developing agents which inhibit nuclear localization of NF-κB and thus, indirectly, inhibit NF-κB-dependent transcription. In this context, the application teaches, e.g., examples of assays for identifying agents ultimately having the ability to inhibit nuclear localization of NF-κB. For instance, the specification describes the role of IκB as an inhibitor of nuclear localization of NF-κB. See, for example, pages 62-68 of specification. The present application describes, as set out above, the use of ectopic expression of an IκB polypeptide as a means for stabilizing NF-κB--IκB complexes. The specification further teaches that the interaction of IκB and NF-κB is dependent on the stability of IκB, and the stability of that protein is in turn dependent, at least in part, on its state of phosphorylation. See, to illustrate, pages 40, 55-58 and 62-76 of the specification. Thus, as the application describes, inhibitors of the phosphorylation of IκB or inhibitors of the degradation of IκB can be used to prevent the dissociation of NF-κB--IκB complexes.

The teachings of the present application direct the skilled artisan to assays which identify agents that inhibit phosphorylation of IκB, or otherwise inhibit its destabilization. See, for example, pages 72-

18

ADL 0000534

USSN 08/464,364                                          Group Art Unit: 1805

74 of the specification for an overview. The application, including the examples appended thereto, provides sufficient guidance for assays which, in the context of screening for inhibitors of NF-κB-dependent transcription, directly detect phosphorylation of IκB, the formation (or dissociation) of NF-κB--IκB complexes,. Or the nuclear localization of NF-κB. To this end, the reporter gene described above is also useful for detecting agents which inhibit nuclear localization of NF-κB rather than directly inhibiting NF-κB interaction with DNA or the transcriptional machinery. Moreover, the use of such reporter gene constructs, as they can provide simple and rapid quantification of the activation (or inhibition) of NF-κB-dependent transcription, would be recognized by those of skill in the art as useful for high throughput formats for drug screening assays that permit the screening of large agent libraries in relatively short periods of time.

Conversely, the present application also teaches methods for activating NF-κB-dependent transcription. In this regard, the application teaches methods which rely on, and assays for identifying, agents which potentiate activation of NF-κB by, for example, increase the rate of dissociation of NF-κB--IκB complexes. See, for example, pages 55-58 and Example 10 of the present application.

In addition to those drug screening assays specifically enumerated in the application, Applicants contend that, at the time the present application was filed those skilled in the art, in light of the teachings of the present application, could adapt any of a variety of drug discovery techniques already known in the art for use in the subject invention as means for identifying agents which, as the application directs *inter alia*, alter the level of expression of an NF-κB protein, alter the level of expression of an IκB protein, alter the level of phophorylation of an IκB protein, alter the stability of an IκB protein, alter the nuclear localization of an NF-κB protein, alter the level of protein:protein complexes including NF-κB and IκB proteins,and/or alter the DNA binding activity of NF-κB. These assay systems could be based on whole cells, lysates and/or purified protein preparations.

For instance, PCT publication WO88/03168 and U.S. Patents 4,935,363 and 5,071,773 provide general guidance for drug screening assays designed to detect inhibitors or potentiators of a transcriptional factor by monitoring the level of expression of a reporter gene.

Assays were also known in the art, and provide general guidance for the practice of drug screening assays described in the instant application, for detecting agents which inhibit protein degradation or protein-protein interactions. See, for example, Schwarze et al. *Effects of antibiotics on*

19

ADL 0000535

USSN 08/464,364                                          Group Art Unit: 1805

*protein synthesis and degradation in primary cultures of rat hepatocytes*  In Vitro (1981) 17:71-6 and DeGrado et al.  *The design, synthesis, and characterization of tight-binding inhibitors of calmodulin* , J Cell Biochem (1985) 29:83-93.

Likewise, the art taught a number of assays for detecting changes in phosphorylation of intracellular proteins upon treatment of a cell with a small organic molecule, protein, or other agent likely to be tested in a drug screening assay. See, for example, Auberger et al. *Regulation of protein phosphorylation by polyamines in hepatocytes*  Biochim Biophys Acta (1984) 801: 461-9; Le et al. *Insulin regulation of protein phosphorylation in hepatocytes. Studies using two effectors: amiloride and natural aliphatic polyamines*  Biochimie (1985) 67:1125-32; Malkinson et al., *Decrease in the protein kinase C-catalyzed phosphorylation of an endogenous lung protein (Mr 36,000) following treatment of mice with the tumor-modulatory agent butylated hydroxytoluene*  Cancer Res (1985) 45: 5751-6; and Robinson and Dunkley, *Altered protein phosphorylation in intact rat cortical synaptosomes after in vivo administration of fluphenazine*  Biochem Pharmacol (1987) 36:2203-8. One skilled in the art would recognize that these and other prior art techniques for detecting protein phosphorylation could be adapted for use in the present invention as assays for identifying agents which inhibit or potentiate IκB phosphorylation.

Applicants also assert that, as of the effective filing date for each of the pending claims, the art was replete with examples of the development of similar classes of pharamaceutical agents, e.g., kinase inhibitors, proteolysis inhibitors, and inhibitors of protein-protein or protein-DNA interactions. For example, the use of compounds which inhibit phosphorylation as therapeutic compounds was well known in the art prior to the effective priority date. For example, U.S. Patent No. 4,816,450 by Bell et al., which issued on March 28, 1989 (having a filing date of September 15, 1986) pertains to a method for inhibiting protein kinase C by amphipathic long-chain bases such as sphingosine and sphinganine. The patent teaches that such inhibitors can be used as anti-inflammatory drugs (see, e.g., claim 9  a method for treating inflammation, which comprises administering to a mammal suffering form inflammation a protein kinase C inhibitory concentration of a compound having the formula... ).

U.S. Patent No. 4,582,821 by Kettner et al. issued April 15, 1986 (filing date of November 16, 1983) pertains to a process for inhibiting cyclic nucleotide independent protein kinase activity and related tumor cell growth.

In 1992, the Nobel Laureate prize was given to Edwin Krebs and Edmond Fisher for their work on protein kinases.

20

ADL 0000536

USSN 08/464,364                                              Group Art Unit: 1805

An article published on February 12, 1988 (PR Newswire, Lexus Nexus ARCNWS file; attached hereto as Exhibit H) discusses a discovery made by G. Housey et al. (Published in Cell) involving protein kinase, and that this discovery may lead to the development of powerful new anti-cancer drugs and further discusses the possibility that it will be possible to use a single drug for treating various forms of cancer. Dr Housey is quoted as having said [i]f PKC is proved to be the key component of the common pathway, then a PKC inhibitor that would block the action of this enzyme could be effective against several forms of cancer, including cancer of the colon, breast, lung, bladder, and prostate.

The use of protease inhibitors as therapeutic compounds was also well know in the art prior to 1989. For example, U.S. Patent No. 4,935,493 by Bachovchin et al., which issued on June 19, 1990 (having a filing date of October 6, 1987). The patent teaches that such compounds can be used to treat mammals suffering from or subject to infections by pathogenic bacteria which prolyl cleaving enzymes, e.g., the IgA1 protease of Haemophilus influenza.

The teachings of the prior art, in view of the general guidance in the art, provide reasonable expectation for success in finding agents which are useful as inhibitors or activators of NF-κB dependent gene transcription. From the specification, it is apparent that such agents would be useful in the methods of the pending claims.

Moreover, the practice of the Applicants' invention after the filing date confirms the accuracy of the present application with respect to its teaching various methods for interfering with NF-κB activity as taught by the present application.

For instance, several papers have published over the past few years which describe the use of NF-κB decoys, e.g., which are described in the present application as nucleic acid molecules which bind to NF-κB and prevent those proteins from binding κB responsive elements in genomic DNA. Morishita et al. Nat Med (1997) 3:894 and Sawa et al. Circulation (1997) 96:II-280 (attached hereto as Exhibits I and J, respectively) each describe a gene therapy approach for myocardial protection using *in vivo* transfection of cis element decoys using κB response elements. Sawa et al. describes that rat hearts were transfected with either a κB decoy or a scrambled decoy (control) by coronary infusion of hemagglutinating virus of Japan (HVJ)-liposome during cardioplegic arrest. The authors demonstrated that hearts transfected with the cis element decoy which binds NF-κB showed significant improvement in tolerance against ischemia-reperfusion injury in association with the inhibition of neutrophil adherence and tissue IL-8 production.

21

ADL 0000537

The Demarchi et al. J Virol (1996) 70:4427 (*supra*), as discussed above, demonstrates that NF-κB activation of LTR1 transcription can be inhibited by treatment of infected cells with a κB decoy. This report also substantiates the teachings of application that NF-κB is important for HIV transcriptional activation.

The use of antisense nucleic acids to inhibit NF-κB function, as taught by the present application, is also confirmed in the subsequent art. Yoshida et al. Mol Cell Biol (1997) 17:4015 (attached hereto as Exhibit K) describe that the administration of a NF-κB antisense oligonucleotide almost completely inhibited TNF-alpha-dependent IL-8 production and partially abrogated TNF-alpha-dependent VEGF production *in vivo*. Visconti et al. Oncogene (1997) 15:1987 (attached hereto as Exhibit L) demonstrate that inhibition of NF-κB (p65) with specific antisense oligonucleotides can significantly reduce the ability of undifferentiated carcinoma cell lines to form colonies in agar and reduces their growth rate.

The present application also teaches that the IκB proteins control the subcellular localization and DNA binding activity of NF-κB transcription factors, and that this inhibitory activity is the result of direct interaction of the two proteins in the cytoplasm and the concommitant sequestration of NF-κB in the cytoplasm of the cell. According to the specification, the activation of NF-κB involves the destabilization of the associated IκB in a phosphorylation-dependent manner. The present application teaches that activation of NF-κB can be inhibited by inhibiting the phosphorylation of IκB and/or stabilizing the protein from degradation. The subsequent art bears out the assertions of the application.

McKinsey et al. (1997) J Biol Chem (1997) 272:22377 (attached hereto as Exhibit M) describes mutants of IκB proteins, e.g., that are defective for phosphorylation at certain serine residues, fail to efficiently block NF-κB-directed transcription in vivo, whereas replacement of those IκB residues with a phosphoserine mimetic generates a fully functional repressor. Indeed, Regnier et al. Cell (1997) 90:373 and DiDonato et al. Nature (1997) 388:548 (attached hereto as Exhibits N and O, respectively) teach the identification and characterization of an IκB kinase which phosphorylates and triggers degradation of IκB proteins.

Substantiating the teachings of the present application that activation of NF-κB can be inhibited by agents which stabilize IκB, Jeong et al. Immunology (1997) 92:267 (attached hereto as Exhibit P) show that tosylphenylalanine chloromethyl ketone inhibits NF-κB-mediated expression of

22

USSN 08/464,364

Group Art Unit: 1805

the TNF-α gene in the presence of activated NF-κB. Tashiro et al. PNAS (1997) 94:7862 (attached hereto as Exhibit Q) published results showing direct involvement of the ubiquitin-conjugating enzyme Ubc9/Hus5 in the degradation of IκBα. Likewise, Wu et al. EMBO J (1996) 15:4682 (attached hereto as Exhibit R) describes the treatment of cells with a protease inhibitor which prevented degradation of IκB and was observed to effect NF-κB dependent gene transcription.

### The claimed subject matter is patentable over the art

The rejection of claim 57 as being anticipated by the Wall et al. and Leonard et al. references is respectfully traversed. The rejection of claim 57 over Wall et al. is, according to the Examiner based on the teaching that treatment of the pre-B leukemic cell line 70Z/3 with the mitogen lipopolysaccharide (LPS) results in the increased expression of the κ-light chain gene . The rejection of claim 57 over Leonard et al. is based on the teaching that treatment of T cells with phytohemagglutinin (PHA) or phorbol ester (PMA) results in the increased expression of the interleukin 2 (IL2) gene. The mechanism of action of each of the stimulatory compositions of LPS and PHA, while incompletely understood, are generally thought to act at the cell surface, e.g., as extracellular factors. LPS, for example, interacts with the cell surface proteins CD14 and L-selectin. See, e.g., Malhotra et al. Chem Biol (1997) 4:543; and Malhotra et al. Bioessays (1997) 19:919-23.

Claim 57, as amended, recites that the method utilizes an agent which binds an NF-kB protein or an IkB protein and thereby alters the stability of NF-kB–IkB complex. The stability of the complex, as the application teaches, is relevant to the transcriptional activation activity of NF-κB.

### Conclusion

In view of the above remarks and the amendments to the claims, it is believed that this application is in condition for allowance. If a telephone conversation with Applicant's Attorney would expedite prosecution of the above-identified application, the Examiner is urged to call the undersigned at (617) 832-1000.

23

ADL 0000539

USSN 08/464,364

Group Art Unit: 1805

Respectfully submitted,
FOLEY, HOAG & ELIOT LLP

By:

Matthew P. Vincent
Attorney for Applicants
Reg. No. 36,709

Date:
One Post Office Square
Boston, MA 02109
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

24

ADL 0000540