# EXHIBIT R

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re the application of: Baltimore et al.<br><br>Serial No.: 08/464,364<br><br>Filed: June 5, 1995<br><br>For: *Nuclear Factors Associated With Transcriptional Regulation*<br><br>Attorney Docket No.: APV-035.03 | Group Art Unit: 1636<br><br>Examiner: Schwartzman, R. |

Assistant Commissioner for Patents
Washington, D.C. 20231

**COPY**

---

**Certificate of First Class Mailing (37 CFR 1.8(a))**

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on the date set forth below.

February, 2001        By:
Date of Signature
and of Mail Deposit

---

### Declaration of David Baltimore under Rule 1.132 and In re Brana

1. I, David Baltimore of 415 South Hill Avenue, Pasadena, California, hereby declare as follows:

2. I am currently President of the California Technology Institute, and chairman of the AIDS Vaccine Research Committee at the National Institutes of Health. I received a bachelor's degree from Swarthmore College in 1960, and a Ph.D. from Rockefeller University in 1964. I have published more than 500 peer-reviewed articles since that time. I was awarded the Nobel Prize in Medicine in 1975.

3. I am a co-inventor in the above-referenced application.

4. I have reviewed the present Application (herein the "Specification"), the pending claims, and the Office Action mailed August 11, 2000 (herein the "Office Action"). The pending claims are drawn to methods for using agents that are identified by their ability to alter the activity of NF-κB.

5. I understand that the Examiner has rejected certain of the pending claims, inter alia, on the grounds that these claims are directed to subject matter which was not described in the specification in such a way as to "reasonably convey to one skilled in the relevant art that the inventor(s), at the time the application was filed, had possession of the claimed invention". In that regard, I understand that the Examiner's rejection is premised at least

*Amgen v. Ariad*
Plaintiff's Dep Exhibit
**177**

ADL 0013048

in part on his assertion that there is not "a description of a representative number of species in terms of a partial structure and relevant identifying characteristics as there is no disclosed correlation between particular structures and the desired capabilities."

6. It is my contention that the present Application conveys with reasonable clarity to one skilled in the art, that, as of the filing date, myself and the other co-inventors were in possession of the claimed invention.

7. The classes of compounds which are able to affect NF-κB mediated gene expression in cells are structurally diverse.

8. The class of compounds known as sesquiterpene lactones includes compounds that are able to inhibit activation of NF-κB. In particular, the compound helenalin, which has the general structure:

is able to inhibit NF-κB mediated gene expression by a process which includes irreversible alkylation of NF-κB in order to inhibit the DNA binding activity of NF-κB (Lyss et al. (1998) *J. Biol. Chem.* 273:33508).

9. Treatment of cells with such compounds as 15-deoxy-$\Delta^{12,14}$-prostaglandin $J_2$

and 5-aminosalicylic acid

ADL 0013049

inhibits NF-κB mediated gene expression by a mechanism which includes inhibition of phosphorylation of IκB proteins (Castrillo et al. (2000) *Mol. Cell. Biol.* 20:1692 and Yan et al. (1999) *J. Biol. Chem.* 274:36631).

10.  Treatment of cells with 3-methyl-1,6,8-trihydroxyanthraquinone

inhibits NF-κB mediated gene expression by a mechanism which includes inhibition of degradation of IκB proteins (Kumar et al. (1998) *Oncogene* 17:913).

11.  Treatment of cells with Pyz-Phe-boroLeu

inhibits NF-κB mediated gene expression by a mechanism which includes inhibition of degradation of IκB proteins (Palombella et al. (1998) *PNAS* 95:15671).

ADL 0013050

12. Quinazoline compounds, such as

[Chemical structure: quinazoline with S(O)CH$_3$ substituent, CF$_3$ group, and NH-linked methylmaleimide]

were identified in assays which detected inhibitors of NF-κB mediated gene expression using a reporter gene construct including an NF-κB binding site controlling expression of a luciferase gene (Palanki et al. U.S. Patent 5,939,421).

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

_____          _____
Date                             David Baltimore

ADL 0013051