# EXHIBIT T

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

250 BB 06/23/95 0B464364
1 201     593.00 CK NIT-4167A3FZ

PTO-1556
(5/87)

ADL 0000112

BAR CODE LABEL

## U.S. PATENT APPLICATION

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/464,364 | 06/05/95 RULE 60 | 435 | 1805 |

**APPLICANT**

DAVID BALTIMORE, NEW YORK, NY; RANJAN SEN, CAMBRIDGE, MA; PHILLIP A.
SHARP, NEWTON, MA; HARINDER SINGH, CHICAGO, IL; LOUIS STAUDT,
SILVER SPRINGS, MD; JONATHAN H. LEBOWITZ, ZIONSVILLE, IN; ALBERT S.
BALDWIN JR, CHAPEL HILL, NC; ROGER G. CLERC, BINNINGEN, SWITZERLAND;
LYNN M. CORCORAN, VICTORIA, AUSTRALIA; PATRICK A. BAEUERLE, EICHENAU,
**SEE OVERFLOW LABEL**

```
**CONTINUING DATA********************
    VERIFIED        THIS APPLN IS A DIV OF    08/418,266 04/06/95
                    WHICH IS A CON OF    07/791,898 11/13/91
    _____        WHICH IS A CIP OF    06/946,365 12/24/86 ABN
                    AND A CIP OF    07/318,901 03/03/89 ABN
                    AND A CIP OF    07/162,680 03/01/88 ABN
                    AND A CIP OF    07/341,436 04/21/89 ABN
                    AND A CIP OF    06/817,441 01/09/86 ABN
                    AND A CIP OF    07/155,207 02/12/88 ABN
                    AND A CIP OF    07/280,173 12/05/88 ABN

**FOREIGN/PCT APPLICATIONS*************
    VERIFIED

    _____
    FOREIGN FILING LICENSE GRANTED 07/15/95        ***** SMALL ENTITY *****
```

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| NY | 60 | 16 | 9 | $593.00 | MIT-4167-A3P |

**ADDRESS**

PATRICIA GRANAHAN
HAMILTON BROOK SMITH & REYNOLDS
TWO MILITIA DRIVE
LEXINGTON MA 02173

**TITLE**

NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL REGULATION

This is to certify that annexed hereto is a true copy from the records of the United States
Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date _____    Certifying Officer _____

ADL 0000113

BAR CODE LABEL

# U.S. PATENT APPLICATION

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/464,364 XXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXX |

APPLICANT

FED REP GERMANY; MICHAEL J. LENARDO, POTOMAC, MD; CHEN-MING FAN,
SAN FRANCISCO, MA; THOMAS P. MANIATIS, WATERTOWN, MA.

| STATE.OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| | | | | | |

ADDRESS

TITLE

This is to certify that annexed hereto is a true copy from the records of the United States
Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                                    Certifying Officer

ADL 0000113.1

NTENT APPLICATION

Docket No.: MIT-4167AAA

'AA

.r

-1-



# NUCLEAR FACTORS ASSOCIATED WITH
## TRANSCRIPTIONAL REGULATION

### Description

#### Government Support

The work leading to this invention was supported in part by a grant from the National Cancer Institute. The Government has certain rights in this invention.

#### Related Applications

This application is a continuation-in-part of application of Serial No. 06/946,365 (WHI86-10), filed December 24, 1986; Serial No. 07/318,901 (WHI87-11A), filed March 3, 1989; Serial No. 07/162,680 (WHI87-11), filed March 1, 1988; and Serial No. 07/341,436 (WHI89-02) filed April 21, 1989; Serial No. 06/817,441 (MIT-4167), filed January 9, 1986; Serial No. 07/155,207 (MIT-4167A), filed February 12, 1988 and Serial No. 07/280,173 (MIT-4167AA), filed December 5, 1988. The contents of the seven referenced applications are incorporated herein by reference.

ADL 0000114

-2-

### Background of the Invention

Trans-acting factors that mediate B cell specific transcription of immunoglobulin (Ig) genes have been postulated based on an analysis of the expression of exogenously introduced Ig gene recombinants in lymphoid and non-lymphoid cells. Two B cell-specific, cis-acting transcriptional regulatory elements have been identified. One element is located in the intron between the variable and constant regions of both heavy and kappa light chain genes and acts as a transcriptional enhancer. The second element is found upstream of both heavy chain and kappa light chain gene promoters. This element directs lymphoid-specific transcription even in the presence of viral enhancers.

Mouse and human light chain promoters contain the octamer sequence ATTTGCAT approximately 70 base pairs upstream from the site of initiation. Heavy chain gene promoters contain the identical sequence in inverted orientation, ATGCAAAT, at the same position. This element appears to be required for the efficient utilization of Ig promoters in B cells. The high degree of sequence and positional conservation of this element as well as its apparent functional requirement suggests its interaction with a sequence-specific transcription factor but no such factor has been identified.

### Disclosure of the Invention

This invention pertains to human lymphoid-cell nuclear factors which bind to gene elements associated with regulation of the transcription of Ig genes and to methods for identification and for isolation of such

ADL 0000115

-3-

factors. The factors are involved in the regulation of transcription of Ig genes. The invention also pertains to the nucleic acid encoding the regulatory factors, to methods of cloning factor-encoding genes and to methods of altering transcription of Ig genes in lymphoid cells or lymphoid derived cells, such as hybridoma cells, by transfecting or infecting cells with nucleic acid encoding the factors.

Four different factors which bind to transcriptional regulatory DNA elements of Ig genes were identified and isolated in nuclear extracts of lymphoid cells. Two of the factors, IgNF-A and E, are constitutive; two IgNF-B and κ-3 (hereinafter NF-κB) are lymphoid cell specific. Each factor is described below.

IgNF-A (NF-A1)

IgNF-A binds to DNA sequences in the upstream regions of both the murine heavy and kappa light chain gene promoters and also to the murine heavy chain gene enhancer. The binding is sequence specific and is probably mediated by a highly conserved sequence motif, ATTTGCAT, present in all three transcriptional elements. A factor with binding specificity similar to IgNF-A is also present in human HeLa cells indicating that IgNF-A may not be tissue specific.

E factors

The E factors are expressed in all cell types and bind to the light and heavy chain enhancers.

ADL 0000116

-4-

IgNF-B (NF-A2)

IgNF-B exhibits the same sequence-specificity as IgNF-A; it binds to upstream regions of murine heavy and kappa light chain gene promoters and to murine heavy chain gene enhancer. This factor, however, is lymphoid specific; it is restricted to B and T cells.

NF-κB (Previously Kappa-3)

NF-κB binds exclusively to the kappa light chain gene enhancer (the sequence TGGGGATTCCCA). Initial work provided evidence that NF-kB is specific to B-lymphocytes (B-cells) and also to be B-cell stage specific. NF-κB was originally defected because it stimulates transcription of genes encoding kappa immunoglobulins in B lymphocytes. As described herein, it has subsequently been shown that transcription factor NF-kB, previously thought to be limited in its cellular distribution, is, in fact, present and inducible in many, if not all, cell types and that it acts as an intracellular messenger capable of playing a broad role in gene regulation as a mediator of inducible signal transduction. It has now been demonstrated that NF-kB has a central role in regulation of intercellular signals in many cell types. For example, NF-kB has not been shown to positively regulate the human $\beta$-interferon ($\beta$-IFN) gene in many, if not all, cell types. As described below, it is now clear not only that NF-kB is not tissue specific in nature, but also that in the wide number of types of cells in which it is present, it serves the important function of acting as an intracellular transducer of external influences. NF-kB has been shown to interact with a virus inducible

ADL 0000117

-5-

element, called PRDII, in the $\beta$-IFN gene and to be highly
induced by virus infection or treatment of cells with
double-stranded RNA. In addition, NF-kB controls
expression of the human immunodeficiency virus (HIV).

As further described, it has been shown that a
precursor of NF-KB is present in a variety of cells, that
the NF-KB precursor in cytosolic fractions is inhibited
in its DNA binding activity and that inhibition can be
removed by appropriate stimulation, which also results in
translocation of NF-KB to the nucleus. A protein
inhibitor of NF-KB, designated IkB, has been shown to be
present in the cytosol and to convert NF-KB into an
inactive form in a reversible, saturable and specific
reaction. Release of active NF-kB from the IkB-NF-kB
complex has been shown to result from stimulation of
cells by a variety of agents, such as bacterial
lipopolysaccharide, extracellular polypeptides and
chemical agents, such as phorbol esters, which stimulate
intracellular phosphokinases. IkB and NF-KB appear to be
present in a stoichiometric complex and dissociation of
the two complex components results in two events:
activation (appearance of NF-KB binding activity) and
translocation of NF-KB to the nucleus.

Identification and Isolation of the Transcriptional
Regulatory Factors

The transcription regulatory factors of the present
invention were identified and isolated by means of a
modified DNA binding assay. The assay has general
applicability for analysis of protein DNA interactions in

ADL 0000118

-6-

eukaryotic cells. In performing the assay, DNA probes embodying the relevant DNA elements or segments thereof are incubated with cellular nuclear extracts. The incubation is performed under conditions which allows the formation of protein-DNA complexes. Protein-DNA complexes are resolved from uncomplexed DNA by electrophoresis through polyacrylamide gels in low ionic strength buffers. In order to minimize binding of protein in a sequence nonspecific fashion, a competitor DNA species can be added to the incubation mixture of the extract and DNA probe. In the present work with eukaryotic cells the addition of alternating copolymer duplex poly(dI-dC)-poly(dI-dC) as a competitor DNA species provided for an enhancement of sensitivity in the detection of specific protein-DNA complexes and facilitated detection of the regulatory factors described herein.

This invention pertains to the transcriptional regulatory factors, the genes encoding the four factors associated with transcriptional regulation, reagents (e.g., oligonucleotide probes, antibodies) which include or are reactive with the genes or the encoded factors and uses for the genes, factors and reagents. It further relates to NF-κB inhibitors, including isolated IκB, the gene encoding IκB and agents or drugs which enhance or block the activity of NF-κB or of the NF-κB inhibitor (e.g., IκB).

The invention also pertains to a method of cloning DNA encoding the transcriptional regulatory factors or other related transcriptional regulatory factors. The method involves screening for expression of the part of

ADL 0000119

-7-

the binding protein with binding-site DNA probes.
Identification and cloning of the genes can also be ac-
complished by conventional techniques.  For example, the
desired factor can be purified from crude cellular
nuclear extracts.  A portion of the protein can then be
sequenced and with the sequence information, oligonucleo-
tide probes can be constructed and used to identify the
gene coding the factor in a cDNA library.  Alternatively,
the polymerase chain reaction (PCR) can be used to
identify genes encoding transcriptional regulatory
factors.

The present invention further relates to a method of
inducing expression of a gene in a cell.  In the method,
a gene of interest (i.e., one to be expressed) is linked
to the enhancer sequence containing the NF-KB binding
site in such a manner that expression of the gene of
interest is under the influence of the enhancer sequence.
The resulting construct includes the kappa enhancer or a
kappa enhancer portion containing at least the NF-KB
binding site, the gene of interest, and a promoter
appropriate for the gene of interest.  Cells are trans-
fected with the construct and, at an appropriate time,
exposed to an appropriate inducer of NF-KB, resulting in
induction of NF-KB and expression of the gene of
interest.

The subject invention further relates to methods of
regulating (inducing or preventing) activation of NF-KB,
controlling expression of the immunoglobulin kappa light
chain gene and of other genes whose expression is con-
trolled by NF-KB (e.g., HIV).

ADL 0000120

-8-

As a result of this finding, it is now possible to alter or modify the activity of NF-κB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-κB activity. Alteration or modification, whether to enhance or reduce NF-κB activity or to change its binding activity (e.g., affinity, specificity), is referred to herein as regulation of NF-κB activity. The present invention relates to a method of regulating or influencing transduction, by NF-κB, of extracellular signals into specific patterns of gene expression and, thus, of regulating NF-κB-mediated gene expression in the cells and systems in which it occurs.

In particular, the present invention relates to a method of regulating (enhancing or diminishing) the activity of NF-κB in cells in which it is present and capable of acting as an intracellular messenger, as well as to substances or composition useful in such a method. Such methods and compositions are designed to make use of the role of NF-κB as a mediator in the expression of genes in a variety of cell types. The expression of a gene having a NF-κB binding recognition sequence can be regulated, either positively or negatively, to provide for increased or decreased production of the protein whose expression is mediated by NF-κB. NF-κB-mediated gene expression can also be selectively regulated by altering the binding domain of NF-κB in such a manner that binding specificity and/or affinity are modified. In addition, genes which do not normally possess NF-κB

ADL 0000121

-9-

binding recognition sequences can be placed under the control of NF-κB by inserting an NF-κB binding site in an appropriate position, to produce a construct which is then regulated by NF-κB. As a result of the present invention, cellular interactions between NF-κB and a gene or genes whose expression is mediated by NF-κB activity and which have, for example, medical implications (e.g., NF-κB/cytokine interactions; NF-κB/HTLV-I tax gene product interactions) can be altered or modified.

Genes encoding the regulatory factors can be used to alter cellular transcription. For example, positive acting lymphoid specific factors involved in Ig gene transcription can be inserted into Ig-producing cells in multiple copies to enhance Ig production. Genes encoding tissue specific factors can be used in conjunction with genes encoding constitutive factors, where such combinations are determined necessary or desirable. Modified genes, created by, for example, mutagenesis techniques, may also be used. Further, the sequence-specific DNA binding domain of the factors can be used to direct a hybrid or altered protein to the specific binding site.

DNA sequences complementary to regions of the factor-encoding genes can be used as DNA probes to determine the presence of DNA encoding the factors for diagnostic purposes and to help identify other genes encoding transcriptional regulatory factors. Antibodies can be raised against the factors and used as probes for factor expression. In addition, the cloned genes permit development of assays to screen for agonists or antago-nists of gene expression and/or of the factors them-

ADL 0000122

-10-

selves. Further, because the binding site for NF-kB in
the kappa gene is clearly defined, an assay for blockers
or inhibitors of binding is available, as is an assay to
determinte whether active NF-kB is present.

Brief Description of the Drawings

Figure 1A is a schematic depiction of the 5' region
of the MOPC 41 $V_K$ gene segment; Figure 1B is an auto-
radiograph of gel electrophoresis DNA binding assays with
the SfaNI-SfaNI $\kappa$ promoter fragment of the MOPC 41 $V_K$
gene; and Figure 1C is an autoradiograph of gel electro-
phoresis DNA binding assay with overlapping $\kappa$ promoter
fragments.

Figure 2 show autoradiographs of binding competition
analysis in nuclear extracts of human (a) EW and (b) HeLa
nuclear extracts.

Figure 3 shows the results of DNase I foot printing
analysis of factor-DNA complexes.

Figure 4A shows the nucleotide sequences of actual
and putative binding sites of IgNF-A; Figure 4B is an
autoradiograph of binding assays with various DNA probes
of three Ig transcriptional control elements.

Figure 5A shows the DNA sequence of the promoter
region of MODC41; Figure 5B shows an autoradiograph of
RNA transcript generalized in whole cell extracts made
from human B lymphoma cell lines RAMOS and EW and from
HeLa cells from the indicated templates.

Figure 6 shows an autoradiograph of RNA transcripts
from templates containing an upstream deletion.

ADL 0000123

-11-

Figure 7 is a radioautograph of the binding of B cell nuclear extract to the MOPC-41 κ promoter region showing the IgNF-A and IgNF-B complexes.

Figure 8 shows the binding of T cell and nonlymphoid cell nuclear extracts to the MOPC-41 κ promoter region.

Figure 9A shows a restriction map of the μ-enhancer; Figure 9B shows an autoradiograph binding assay carried out with μ-enhancer fragments.

Figure 10A shows a restriction map of the μ300 fragment; Figure 10B shows complexes formed by various subfragments of μ300; Figure 10C is a restriction map of the relevant region; Figure 10E and 10D show competition binding assays with the subfragment μ70.

Figure 11A and 11B show location of binding sites in μ50 and μ70 by the methylation interference technique; Figure 11C provides a summary of these results.

Figure 12A and 12B show an autoradiograph of binding complexes formed with μ50 and μ70 in B-cell and non B-cell extracts.

Figure 13A is a restriction map of κ enhancer; Figure 13B shows an autoradiograph of binding assays with κ-enhancer fragments; Figures 13C and 13D show an auto-radiograph of competition assays with κ-enhancer fragments.

Figure 14 shows location of NK-κB binding by methylation interference experiments.

Figure 15A shows binding analysis of NK-κB in various lymphoid and non-lymphoid cells; Figure 15B shows the binding analysis of NK-κB in cells at various stages of B-cell differentiation.

ADL 0000124

-12-

Figure 16 shows the λgt11-EBNA-1 (λEB) recombinant and the oriP probe.

Figure 17 shows the sequence of the DNA probe used to screen for an H2TF1 and NF-κB expression.

Figure 18A shows the nucleotide sequence of the oct-2 gene derived from cDNA and the predicted amino acid sequence of encoded proteins.

Figure 18B shows the nucleotide sequence of the 3' terminus and predicted the amino acid sequence of the C-terminus derived from clone pass-3.

Figure 18C is a schematic representation of the amino acid sequence deduced from oct-2 gene derived cDNA.

Figure 19 is a schematic representation of expression plasmid pRS-ATG-oct-2.

Figure 20 shows amino acid sequence alignment of the DNA binding domain of oct-2 factor with homeo-boxes of several other genes.

Figure 21 shows the electrophoretic mobility shift analysis of (A) extracts derived from 70Z/3 cells before and after simulation with bacterial lipopolysaccharide (LPS) and (B) extracts derived from PD, an Abelson murine leukemia virus transformed pre-B cell line before and after stimulation with LPS.

Figure 22 shows the effect (A) of cycloheximide on LPS stimulation of 70Z/3 cells and (B) of anisomycin on LPS stimulation of 70Z/3 cells.

Figure 23 shows the effect of phorbol 12-myristate-13-acetate (PMA) on NF-κB in 70Z/3 cells.

Figure 24 shows the induction of NFKB in a human lymphoma and in HeLa cells.

ADL 0000125

-13-

Figure 25 is a representation of binding sites for
the NF-kB transcription factor in the immunoglobulin
kappa light chain enhancer and the HIV enhancer. Boxes
indicate the binding sites for NF-kB (B); other regula-
tory sites are referred to as E1, E2 and E3 and Spl.
Dots indicate guanosine residues in the kappa enhancer
whose methylation interfered with binding of NF-kB.

Figure 26 is a characterization of the NF-kB
protein. Figure 26A represents determination of the
molecular weight of NF-kB. Nuclear extract (300 ug of
protein) from TPA-stimulated 70Z/3 pre-B cells was
denatured and subjected to reducing SDS-polyacrylamide
gel electrophoresis (SDS-PAGE). Protein in the molecular
weight fractions indicated by dashed lines was eluted and
renatured prior to mobility shift assays as described. A
fluorogram of a native gel is shown. The filled arrow-
head indicates the position of a specific protein DNA-
complex only detected in the 62-55 kDa fraction with a
wild type (wt) but not with a mutant (mu) kappa enhancer
fragment. The open arrowhead indicates the position of
unbound DNA-fragments. Figure 26B is a representation of
glycerol gradient centrifugation of NF-kB. Nuclear
extract (400 ug of protein) from TPA-stimulated 70Z/3
cells was subjected to ultracentrifugation on a con-
tinuous 10-30% glycerol gradient for 20 hours at
150,000xg in buffer D(+). Co-sedimented molecular weight
standards (ovalbumin, 45 kDa; bovine serum albumin, 67
kDa; immunoglobulin G, 158 kDa; thyroglobulin monomer,
330 kDa and dimer 660 kDa) were detected in the fractions
by SDS-PAGE, followed by Coomassie Blue staining. The

ADL 0000126

-14-

distribution of NF-kB activity was determined by electro-
phoretic mobility shift assays using an end-labelled
kappa enhancer fragment.  Fluorograms of native gels are
shown.  The specificity of binding was tested using a
kappa enhancer fragment with a mutation in the NF-kB
binding site.

Figures 27A-27C: *iy , spel*

Figure 27 represents detection of a cytosolic
precursor of NF-kB.  Figure 27A represents analysis of
subcellular fractions for NF-kB DNA-binding activity.
Nuclear extracts (N), cytosolic (C) and postnuclear
membrane fractions (P) from control and TPA-stimulated
70Z/3 pre-B cells were analyzed by gel-shift assays.  The
filled arrowhead indicates the position of the specific
protein-DNA complex seen only with a wild type but not
with a mutant kappa enhancer fragment.  Figure 27B
represents activation of a cytosolic NF-kB precursor
after treatment with dissociating agents.  Subcellular
fractions were treated with 25% formamide followed by
dilution and addition of 0.2% sodium desoxycholate as
described.  Figure 27C represents detection of a cyto-
solic NF-kB precursor after denaturation, SDS-PAGE and
renaturation of protein.  Nuclear extract (N) and cyto-
solic fraction (C) from unstimulated (control) 70Z/3
cells was subjected to the treatment outlined in Figure
26A.  For details of illustration, see Figure 27A.

Figure 28 represents analysis of subcellular
fractions for DNA-binding activity of the TPA-inducible
transcription factor AP-1.  Equal cell-equivalents of
nuclear extracts (N) and cytosolic fractions (C) from
70Z/3 and HeLa cells were used in mobility shift assays.

ADL 0000127

-15-

AP-1 specific DNA-binding activity was detected using an
end-labeled EcoRI-HindIII fragment from the yeast HIS 4
promoter containing three binding sites for GCN4 recog-
nized by mammalian AP-1.  The three protein-DNA complexes
seen on shorter exposures of the fluorogram are indicated
by filled arrowheads and the position of unbound DNA-
fragment by an open arrowhead.

Figure 29 represents results of electrophoretic
mobility shift analysis of subcellular fraction of 70Z/3
cells.

Figure 30 shows the effect of denaturation and
renaturation of kB-specific DNA-binding activity in
nuclear extracts and cytosolic fractions of 70Z/3 cells.
Figure 31 shows the effects of dissociating agents
on the activity of NF-kB in subcellular fractions of
70Z/3 cells.  Figure 31A:  cell-free activation of a
NF-kB precursor in the cytosolic fraction by desoxy-
cholate.  Figure 31B:  cell-free activation of a NF-kB
precursor in the cytosolic fraction by formamide and by a
combined treatment with formamide and desoxycholate.

Figure 32 shows the effect of TPA stimulation on the
subcellular distribution of NF-kB in 70Z/3 cells.

Figure 33 shows the effect of TPA stimulation on the
subcellular distribution of NF-kB in HeLa cells.
Figure 34 shows results of DNA-cellulose chromato-
graphy of DOC-treated cytosol.  Cytosol was prepared from
unstimulated 70Z/3 pre-B cells and protein concentrations
determined.  In the fluorograms of native gels shown, the
filled arrowheads indicate the position of the NF-kB-k
enhancer fragment complex and the open arrowheads the

ADL 0000128

-16-

position of unbound DNA probe.  Figure 34A:  Release of
DOC-independent NF-kB activity.  Equal proportions of
load, flow-through (FT), washings, and eluates were
analyzed by EMSA, with (+) or without (-) excess DOC.
The $^{32}$P-radioactivity in the NF-kB-DNA complexes was
counted by liquid scintillation and the percentage of
NF-kB activity recovered in the various fractions was
calculated.  Figure 34B:  Release of an inhibitory
activity.  NF-kB contained in the 0.2M NaCl fraction (31
ng of protein) or NF-kB in a nuclear extract from TPA-
treated 70Z/3 cells (1.1 μg of protein) was incubated
under non dissociating conditions with the indicated
amounts (in microliters) of either cytosol which was
DOC-treated but not passed over DNA-cellulose (lanes 4 to
6 and 13 to 15) or the flow-through fraction (referred to
as NF-kB-depleted cytosol, lanes 7 to 9 and 16 to 18).
       Figure 35 shows characterization of IkB and its
complex with NF-kB.  In the fluorograms shown, the filled
arrowheads indicate the position of the NF-kB-DNA complex
and the open arrowheads the position of free DNA probe.
Figure 35A:  For size determination of IkB, the flow-
through from the DNA-cellulose column was passed over a
G-200 Sephadex column.  Portions of fractions were
incubated with NF-kB contained in nuclear extracts from
TPA-stimulated 70Z/3 cells (N TPA), and analyzed by EMSA.
v, void volume; P, fraction where remaining NF-kB pre-
cursor (Figure 34A, lane 4) peaked after gel filtration
as assayed with excess DOC in the absence of added NF-kB;
I, fraction where the inhibiting activity peaked.  Figure
35B:  The effect of trypsin treatment on the inhibiting

ADL 0000129

-17-

activity of IkB.  NF-kB in a nuclear extract (lane 1) was
incubated with a fraction containing inhibitor (lane 2)
without any addition (-; lane 3) or with bovine pancreas
trypsin inhibitor (TI; lane 4), trypsin that had been
incubated with BPTI (T+TI; lane 5), or with trypsin alone
(T; lane 6).  Samples were then used in the inhibitor
assay.  Figure 35C:  Glycerol gradient sedimentation of
NF-kB and its complex with IkB.  Nuclear extract from
TPA-stimulated 70Z/3 cells (N TPA) and cytosol from
unstimulated cells (C Co) were subjected to sedimentation
through a glycerol gradient.  Cosedimented size markers
were ovalbumin (45 kD), BSA (67 kD), immunoglobulin G
(158 kD) and thyroglobulin (330 and 660 kD).  NF-kB
activity was detected in the fractions by EMSA with a
wild type k enhancer fragment (kB wt, left panels).  The
specificity was tested with a mutant fragment (kB mu,
right panels).  The inactive cytosolic NF-κB precursor
(lower panel) was activated by formamide treatment (Fa;
middle panel).

        Figure 36 shows the reversibility and kinetics of
the inactivation of NF-kB.  Figure 36A:  The effect of
DOC treatment on in vitro inactivated NF-kB.  NF-kB
contained in nuclear extracts from TPA-stimulated 70Z/3
cells (N TPA; 1.1 µg of protein) was inactivated by
addition of a gel filtration fraction containing IkB (2.5
µg of protein).  A duplicate sample was treated after the
inhibition reaction with 0.8% DOC followed by addition of
DNA binding reaction mixture containing 0.7% NP-40.
Samples were analyzed by EMSA.  In the fluorograms shown,
the filled arrowhead indicates the position of the
NF-kB-DNA complex and the open arrowhead the position of

ADL 0000130

-18-

unbound DNA probe. Figure 36B: A titration and kinetic analysis of the _in vitro_ inactivation of NF-kB. NF-kB contained in nuclear extracts from TPA-treated 70Z/3 cells (2.2 μg of protein) was incubated with increasing amounts (0.25 to 2.25 μg of protein) of a gel filtration fraction containing IkB. After the DNA binding reaction, samples were analyzed by EMSA. The $^{32}$P-radioactivity in the NF-kB-DNA complexes visualized by fluorography was determined by liquid scintillation counting. All reactions were performed in triplicates. The bars represent standard deviations.

Figure 37 shows the specificity of IkB. Nuclear extracts from unstimulated (Co) or TPA-treated cells were incubated with 5 μl of buffer G (-) or with 5 μl of a gel filtration fraction containing IkB (+) (A, in the presence of 150 mM NaCl). After DNA binding reactions, samples were analyzed by EMSA. Figure 37A: Influence of IkB on the DNA binding activity of various nuclear factors. The probes were: NF-kB; H2TF1, an oligonucleo-tide subcloned into pUC containing the H2TF1 binding site from the H-2 promoter; OCTA, an oligonucleotide subcloned into pUC containing the common binding site for the ubiquitous (upper filled arrowhead) and lymphoid-specific (lower filled arrowhead) octamer-binding proteins; NF-μE1; NF-kE2; and AP-1, EcoRI-HindIII fragment of the yeast HIS4 promoter containing three binding sites recognized by mammalian AP-1/jun. In the fluorograms shown, filled arrowheads indicate the positions of specific protein-DNA complexes. Open arrowheads indicate the positions of uncomplexed DNA fragments. Figure 37B: Interaction of IkB with NF-kB from different cell lines.

ADL 0000131

-19-

The filled arrowheads indicate the positions of the
NF-kB-DNA complexes from the various cell lines and the
open arrowhead indicates the position of uncomplexed DNA
probe.

Figure 38 shows the presence of NF-kB in enucleated
cells.  Figure 38A:  Phase contrast and fluorescence
microscopy of enucleated HeLa cells.  From 612 cells
counted on photographic prints, 63 showed nuclear
staining.  A representative micrograph is shown.  The
arrow indicates a cell that retained its nucleus.  Figure
38B:  Analysis of complete and enucleated cells for NF-kB
activity.  Total cell extracts (1.2 µg of protein) from
control (Co) and TPA-treated complete and enucleated
cells were analyzed by EMSA with a labeled k enhancer
fragment (kB) or HIS4 promoter fragment (AP-1), 3 µg of
poly(8I-dC), 1 µg of BSA, 1.2% NP-40 and the binding
buffer in a final volume of 20 µl.  In lanes 5 to 8,
extracts were treated with DOC followed by the addition
of the DNA binding mixture to give final concentrations
of 0.8% DOC and 1.2% NP-40.  Samples were analyzed by
EMSA.  In the fluorograms shown, the filled arrowheads
indicate the positions of specific protein-DNA complexes
and the open arrowheads the positions of uncomplexed DNA
probe.

Figure 39 is a diagram showing the location of
positive regulatory domain II (PRDII) within the inter-
feron gene regulatory element (IRE) and a comparison of
the nucleotide sequences of the PRDII site, κB site, and
the H2TF1 site.

Figure 40 shows the results of assays demonstrating
that NF-κB binds to PRDII in vitro.

ADL 0000132

-20-

Figure 40A shows the results of mobility shift
electrophoresis assays using as radiolabelled probe an
IRE DNA fragment (IRE, lanes 1-3, 10-14, 20-24, 30 and
31), an oligonucleotide containing two copies of the
PRDII sequence (PRDII$_2$, lanes 4-6) or a κB site oligo-
nucleotide (κB, lanes 7-9, 15-19, 25-29, 32 and 33).
Assays contained either no protein (ø, lanes 1, 4 and 7);
5 μg of unstimulated Jurkat nuclear extract (-, lanes 2,
5 and 8) or 5 μg of nuclear extract from Jurkat cells
stimulated with PHA and PMA (+, lanes 3, 6, 9 and 10-29).
Competitions used either the κB oligonucleotide (κB;
lanes 10-19) or the PRDII oligonucleotide (PRD II$_2$, lanes
20-29) in the ng amounts shown above each lane.  Cytosol
(8 μg) from unstimulated Jurkat cells was tested either
before (-, lanes 30 and 32) or following treatment with
0.8% deoxycholate (DC, lanes 31 and 33).

Figure 40B shows that mutations within PRDII that
reduce β-IFN induction in vivo decrease the affinity of
NF-κB for PRDII in vitro.  IRE sequences bearing the
mutations indicated (for positions refer to Figure 39)
were tested.  The mutations were previously shown to have
either high (+) or low (-) inducibility.  Goodbourn and
Maniatis, Proc. Natl. Acad. Sci. USA, 85:1447-1451
(1988).  Binding and competition were carried out, as
described for Figure 2A, using 5 μg of nuclear extract
from virus infected 70Z/3 cells.  Competitor was 10 ng of
either the wild-type (WT) or mutant (MUT) κB oligonucleo-
tide (lanes 7, 8).

Figure 41 demonstrates the functional interchange-
ability of PRDII and NF-κB in vivo.

ADL 0000133

-21-

Figure 41A is an autoradiogram showing the results of CAT assays of extracts prepared from L929 and S194 myeloma cells transfected with the reporter genes illustrated in Figure 41B.

Figure 41B is a diagram of the reporter genes containing multiple copies of PRDII or κB. Two or four PRDII sites [$(P)_2$ and $(P)_4$, respectively] were inserted upstream of the truncated -41 human β-globin promoter/CAT fusion gene (-41β) using an oligonucleotide containing two copies of PRDII (PRDIIx2, as described in the Exemplification). Two copies of a synthetic wild-type κB site, or mutant κB site (B and B⁻, respectively) were inserted upstream of the mouse c-fos promoter/CAT fusion gene in which the promoter was truncated to nucleotide -56 (Δ56).

Figure 42 demonstrates that virus infection acti-vates binding of NF-κB and gene expression in B lympho-cytes and fibroblasts.

Figure 42A represents the results of a binding assay which shows complexes formed with the Ig κB site using 5 μg of nuclear extract from unstimulated cells (lanes 1, 9 and 17) and 5 μg (lanes 2-6, 10-14 and 18-22) or 1 μg (lanes 7, 8, 15, 16, 23 and 24) of nuclear extract from cells after virus infection. Extracts were prepared from Namalwa cells (lanes 1-8), 70Z/3 cells (lanes 7-16), and L929 cells (lanes 17-28). Competitions used either 5 or 20 ng of the wild-type (WT) or mutant (MUT)κB oligo-nucleotide. GTP stimulation was tested by addition directly to the binding assay to a final concentration of 3 mM. Cytosol was obtained from L929 cells either prior to (lanes 25, 26) or after (lanes 27, 28) viral treatment and tested before (-) and after (DC) treatment with deoxycholate.

ADL 0000134

-22-

Figure 42B presents a comparison of methylation interference footprints of virus-induced complexes from Namalwa and L929 cell extracts with NF-κB complexes derived from PHA/PMA-stimulated Jurkat cells. The cleavage pattern resulting from methylation of guanine or adenine residues is shown for DNA extracted from the free probe (F) or the DNA-protein complex (B) observed following mobility shift electrophoresis. The sequence of the κB site presented at the sides and methylated residues that interfere with binding are indicated by a solid circle.

Figure 42C presents results of Northern blot analyses of 70Z/3 cells treated with various inducers. The upper panel shows the induction (from 0 to 20 hr as indicated) of κ (κ) mRNA by treatment with 50ng/ml PMA (PMA, lanes 1-4), 15 μg/ml LPS (LPS, lanes 5-8) or Sendai virus (V, lanes 9-12). The lower panel shows the same blot hybridized to a β-IFN DNA fragment.

Figure 43 is the nucleotide sequence and the amino acid sequence of IκB-α.

Clone Deposits

Clones λh3 and λ3-1 were deposited (February 12, 1988) at the AMerican Type Culture Collection (12301 Parklawn Drive; Rockville, MD 20852), under the terms of the Budapest Treaty. They were assigned ATCC Design-ationals 67629 and 67630, respectively. Upon issue of a U.S. patent from the subject application, all restrict-ions upon the availability of these clones will be irrevocably removed.

ADL 0000135

-23-

Detailed Description of the Invention

The present invention relates to the identification, isolation and characterization of human transcriptional regulatory factors, to genes encoding the factors, methods of isolating DNA encoding transcriptional regulatory factors and the encoded factors, uses of the DNA, encoded factors, and antibodies against the encoded factors, inhibitors of the transcriptional regulatory factors. In particular, it relates to the transcriptional regulatory factor NF-kB (previously designated Kappa-3); its inhibitor; IkB, DNA encoding each, methods of altering interactions of NF-kB and IkB and methods of regulating the activity of NF-kB. As described herein, NF-kB, was initially thought to be a B-cell specific factor involved in immunoglobulin gene regulation and has since been shown to be inducible in many, if not all, cell types and to act as an intracellular transducer or mediator of a variety of external influences. The following is a description of the discovery and characterization of four transcriptional regulatory factors, assessment of the function of NF-kB and its role, in many cell types, as an intracellular mediator or transducer of a variety of external influences, discovery of the NF-kB inhibitor IkB and demonstration that NF-kB and IkB exist in the cytoplasm as a NF-kB-IkB complex whose dissociation results in activation of NF-kB and its translocation into the nucleus. The following is also a description of the uses of the genes, regulatory factors and related products and reagents.

The transcriptional regulatory factors described herein can be broadly classified as constitutive (non-

ADL 0000136

-24-

lymphoid) or tissue (lymphoid) specific. All factors are believed to play a role in transcription of immuno-globulin (Ig) genes. Constitutive factors, which are present in non-lymphoid cells, may have a role in regulating transcription of genes other than Ig genes; lymphoid-specific factors might also play a role in regulating transcription of genes in addition to Ig genes.

Four transcriptional regulatory factors were identified, as described below and in the Examples. The presence of constitutive factors rendered the detection of tissue specific factors more difficult. A sensitive DNA binding assay, described below, was employed in all studies to facilitate detection of tissue specific factors.

The characteristics of the transcriptional regulatory factors IgNF-A, E, IgNFB and Kappa-3 (or NF-κB) are summarized in Table 1 below.

ADL 0000137

-25-

## TABLE 1

### CHARACTERISTICS OF FOUR
### TRANSCRIPTIONAL REGULATORY FACTORS

| Factor Designation | Ig Regulatory Sequence | | | | | |
|---|---|---|---|---|---|---|
| | Promoter | | Enhancer | | Lymphoid | Nonlymphoid |
| | $V_H$ | $V_\kappa$ | $U_E$ | $K_E$ | | |
| IgNF-A (NF-A1) | + | + | + | - | + | + |
| E factors | - | - | + | + | + | + |
| IgNF-B (NF-A2) | + | + | + | - | + | - |
| Kappa-3 (NF-$\kappa$B) | - | - | - | + | + | - |

### Factor Ig NF-A

As indicated in Table 1, IgNF-A binds to Ig regulatory DNA elements in the region of mouse heavy and kappa light chain gene promoters and also to mouse heavy chain gene enhancer. DNAase I footprint analysis indicates that the binding is mediated by the octamer sequence (ATTTGCAT) which occurs in mouse and human light chain gene promoters approximately 70 base pairs upstream from the site of initation and in heavy chain gene promoters at about the same position (in inverted sequence).

Deletion or disruption of the IgNF-A binding site in Ig promoters significantly reduces the level of accurately initiated transcripts _in vivo_. See, e.g., Bergman, Y. _et al_. PNAS USA 81 7041-7045 (1984); Mason, J.O. _et al_. Cell 41 479-487 (1985). As demonstrated in

ADL 0000138

-26-

Example 2, this also occurs in an in vitro transcription system. IgNF-A appears to be a positive transacting factor.

The IgNF-A binding site appears to be a functional component of the B-cell-specific Ig promoter. For example, sequences from this promoter containing the IgNF-A binding site specify accurate transcription in B-cells but not in Hela cells. IgNF-A however, may not be restricted to B-cells because a factor was detected in Hela cell extracts which generated complexes with similar mobilities and sequence specificity (as tested by competition analysis). Interestingly, the Ig octamer motif in the IgNF-A binding site has recently been shown to be present in the upstream region (about 225 bp) of vertebrate U1 and U2 snRNA genes. More importantly, this element dramatically stimulates (20 to 50 fold) transcription of U2 snRNA genes in Xenopus oocytes. Therefore, IgNF-A may be a constitutive activator protein that also functions in the high level expression of U1 and U2 snRNA genes in vertebrate cells.

The presence of an IgNF-A binding site in the mouse heavy chain enhancer suggests the additional involvement of IgNF-A in enhancer function. It is known that deletion of an 80 bp region of the enhancer containing the putative binding site reduces activity approximately tenfold. The occupation of the binding site, in vivo, has been inferred from the fact that the G residue in the enhancer octamer is protected from dimethyl sulfate modification only in cell of the B lineage. Furthermore, IgNF-A also binds in a sequence-specific manner to the

ADL 0000139

-27-

SV40 enhancer (J. Weinberger, personal communication), which contains the Ig octamer motif, thereby strengthening the notion that the factor participates in enhancer function.

## E Factors

The E factors are constitutive factors which bind to the Ig light and heavy chain enhancer.

## Factor Ig NF-B

Factor IgNF-B binds to the same regulatory elements as IgNF-A. Indeed, the binding site for IgNF-B appears to be the octamer motif. In contrast to IgNF-A, IgNF-B is lymphoid cell specific. It was found in nuclear extracts from pre-B, mature B and myeloma cell lines and in nuclear extracts from some T cell lymphomas. IgNF-B was undetectable in nuclear extracts of several non-lymphoid cells. The gene encoding Ig NF-B has been cloned (oct-2 clone below) and its nucleotide sequence has been determined (See Figure 18a).

## Factor NF-KB

NF-κB (previously referred to as Kappa-3) binds only to the Ig light chain enhancer. The binding is mediated by the sequence TGGGATTCCCA. The factor initially was characterized as lymphoid cell specific and also as lymphoid stage specific; that is, work showed that it is expressed only by mature B-cells. Thus, it is a marker of B cell maturation (e.g. the factor can be used to type B cell lymphomas). Additional work, described in Examples 8-15 in particular, has shown that NF-kB is an

ADL 0000140

-28-

inducible factor in cells, both pre-B and non pre-B, in which it is not constitutively present (Example 8), that it is present in the cytoplasm as an inactive precursor (Examples 10 and 11), and that the inactive precursor is a complex of NF-kB and an inhibitor, referred to as IkB, which converts NF-kB to an inactive form in a reversible saturable and specific reaction. Dissociation of the complex results in activation of NF-kB (appearance of NF-kB binding activity) and translocation of the NF-kB into the nucleus.

As discussed below, it is now evident that this DNA binding protein, initially thought to be a B-cell specific factor and subsequently implicated in gene regulation in T lymphocytes, is present in many, if not all, cell types and that it acts as an important intra-cellular transducer or mediator of a variety of external influences. That is, NF-κB is now known to be involved in a variety of induction processes in essentially all types of cells and is thought to participate in a system through which multiple induction pathways work, in much the same manner as "second messengers" (e.g., cAMP, IP$_3$) act, resulting in transduction of a variety of extra-cellular signals into specific patterns of gene expression. Different cell types and different genes respond to this one signal, which serves as a central "control", whose activity can be altered by means of the present invention. As used, the terms altering and modifying mean changing the activity or function of NF-κB in such a manner that it differs from the naturally-occurring activity of NF-κB under the same conditions

ADL 0000141

-29-

(e.g., is greater than or less than, including no activity, the naturally-occurring NF-κB activity; is of different specificity in terms of binding, etc.).

It has been shown that NF-κB participates in gene expression (e.g., cytokine gene expression) which is activated by a specific influence or extracellular signal (e.g., infection by a virus) in many, if not all types of cells. In particular, it has now been demonstrated that NF-κB has a central role in virus induction of human β-interferon (β-IFN) gene expression. Virus infection has been shown to potently activate the binding and nuclear localization of NF-κB and, in pre-B lymphocytes, to result in expression of both the β-IFN gene and the Ig kappa gene. The wide variety of cell types in which β-interferon can be induced and the divergent set of gene induction processes which involve NF-κB provide evidence that NF-κB plays a broad role in gene regulation as a mediator of inducible signal transduction.

The following is a description and exemplification of work (Example 15) which clearly demonstrates the role of NF-κB in virus-induced human β-IFN gene expression; of the evidence that there is a single NF-κB which serves many roles in many different cell types and how it acts as an intracellular messenger in a variety of different gene induction processes, particularly several which have important effects on cell physiology in health and disease; and of the use of methods and compositions of the present invention.

ADL 0000142

-30-

Role of NF-κB in Cytokine Gene Regulation

The role of NFκB as a mediator or messenger in
cytokine gene regulation has been demonstrated, as
explained in greater detail in the Exemplification,
through assessment of the viral induction of human β-IFN
gene expression.  The human β-IFN gene has been shown to
be positively regulated by NF-κB, which was, in turn,
shown to interact with a virus inducible element, called
PRDII, in the β-IFN gene.  As described below, NF-κB has
been shown to be highly induced in lymphoid and non-
lymphoid cells by either virus infection or treatment of
cells with double-stranded RNA [poly (rI:rC)].  It has
also been shown to bind specifically to PRDII, which is
one of two positive regulatory domains of the interferon
gene regulatory element (IRE) which, together with the
release of a negative influence over a site called NRDI,
are necessary and sufficient for virus induction of the
β-IFN gene.

It is known that the human β-interferon (β-IFN) gene
is highly inducible by virus or synthetic double-stranded
RNA poly(rI:rC) in many, if not all, cell types.
DeMaeyer, E. and J. DeMaeyer-Guignard, "Interferons and
Other Regulatory Cytokines", John Wiley and Sons, New
York (1988).  Extensive characterization of the β-IFN
gene promoter has revealed a complex arrangement of
positive and negative regulatory elements.  Taniguchi,
T., Ann. Rev. Immunol., 6:439-464 (1988).  A 40 base pair
DNA sequence designated the IRE (Interferon gene
Regulatory Element) is both necessary and sufficient for
virus induction.  Goodbourn et al., Cell, 41: 509-520
(1985).  The IRE contains two distinct positive

ADL 0000143

-31-

regulatory domains (PRDI and PRDII) and one negative
regulatory domain (NRDI). Goodbourn et al., Cell,
45:601-610 (1986); Goodbourn, S. and T. Maniatis, Proc.
Natl. Acad. Sci. USA, 85:1447-1451 (1988). Virus
induction apparently requires cooperative interactions
between PRDI and PRDII. Goodbourn, S. and T. Maniatis,
Proc. Natl. Acad. Sci. USA, 85:1447-1451 (1988). Single
copies of PRDI or PRDII alone are not sufficient for
virus or poly(rI:rC) induction, but two or more copies of
PRDI (Fujita et al., Cell , 49:357-367 (1987)) or PRDII
(Fan, C. M. and T. Maniatis, EMBO J., 8:101-110 (1989))
confer inducibility on heterologous promoters.

The PRDII sequence binds a nuclear factor, desig-
nated PRDII-BF, that is present in extracts from both
uninduced and induced MG63 cells. Keller, A. and T.
Maniatis, Proc. Natl. Acad. Sci. USA, 85:3309-3313
(1988). A cDNA clone encoding a PRDII binding factor
(designated PRDII-BF1) was isolated. DNA sequence
analysis revealed that PRDII-BF1 is similar, if not
identical, to a cDNA clone encoding a protein that binds
to related sites in both the MHC class I H-2K$^b$ gene and
the Ig κ enhancer. Singh et al., Cell 52:415-423 (1988).
This observation suggested that PDRII might be function-
ally related to the H2-K$^b$ and κ enhancer sites.

The site in the H-2K$^b$ promoter is required for
its constitutive and interferon-induced expression and binds
a factor designated H2TF1 and possibly similar factors
KBF1 and EBP-1 which are constitutively expressed in most
cell types. (Baldwin, A.S. and P.A. Sharp, Proc. Natl.
Acad. Sci. USA, 85:723-727 (1988); Yano et al., EMBO J.,

ADL 0000144

-32-

6:3317-3324 (1988); Clark et al., Genes & Dev.,
2:991-1002 (1988)). The Ig κ enhancer site, termed κB,
binds NF-κB, which is required for κ enhancer function.
Sen, R. and D. Baltimore, Cell, 46:705-716 (1986);
Atchison, M. and R. P. Perry, Cell, 48:121-128 (1987);
Lenardo, M. et al., Science, 236:1573-1577 (1987). The
transcriptional activities and in vitro binding of the κB
site and PRDII were compared and results showed that the
two regulatory sequences are interchangeable in vivo, and
that PRDII specifically binds NF-κB in vitro. A binding
activity indistinguishable from NF-κB in nuclear extracts
from virus-infected cells was also identified. Viral
treatment of 70Z/3 pre-B lymphocytes induced κ gene
expression as well as β-IFN gene expression. These
results show that NF-κB plays an important role in the
virus induction of the β-IFN gene and indicate that NF-κB
acts similarly to second messenger systems in that it
transduces a variety of extracellular signals into
specific patterns of gene expression.

     It has been shown, by all available criteria, that
the κB and the PRDII DNA elements -- one from the Ig κ
light chain gene and one from the β-IFN gene -- are
interchangeable. They drive transcription of reporter
genes in response to the same set of inducers, cross-
compete for binding in vitro and have closely-related DNA
sequences. Another indication of the identity of the two
elements is that release of NF-κB from a complex with its
inhibitor, I-κB, correlates with the induction of β-IFN
in L929 cells and that, conversely, a β-IFN inducer
(Sendai virus) induces κ gene transcription in 70Z/3

ADL 0000145

-33-

cells.  This relationship is strengthened by the corre-
lation between the ability of mutations in PRDII to
decrease β-IFN gene inducibility in vivo and reduce
binding to NF-κB in vitro.  Evidence that double-stranded
RNA induces a factor resembling NF-κB has also been
recently obtained by Visvanathan, K.V. and S. Goodbourn,
EMBO J., 8:1129-1138 (1989).

Results described in the Exemplification strongly
imply that β-IFN gene expression is activated, at least
in part, by induction of NF-κB.  The ability of NF-κB to
be activated by a protein synthesis-independent pathway
is consistent with the fact that induction of β-IFN is
not blocked by cycloheximide.  In fact, the β-IFN gene,
like the κ gene, can be induced by cycloheximide.
Ringold et al., Proc. Natl. Acad. Sci. USA, 81:3964-3968
(1984); Enoch et al., Mol. Cell Biol., 6:801-810 (1987);
and Wall et al., Proc. Natl. Acad. Sci. USA, 83:295-298
(1986).  In addition to the interaction between NF-κB and
PRDII, virus induction of β-IFN involves activation
through PRDI and the release of repression at NRDI.  The
present data revealing a role for NF-κB in β-IFN regu-
lation is a striking example of how it is used in many,
if not all, cell types.

Evidence for the Existence of a Single NF-κB
As shown in Table 1, sites present in a variety of
genes form a mobility shift electrophoretic complex which
resembles NF-κB, as reported by Sen, and Baltimore, upon
incubation of the Ig κ enhancer with B-cell extracts,
Sen, R. and D. Baltimore, (Cell 46:705-716 (1986)).  The
biochemical evidence suggests the involvement of a single

ADL 0000146

-34-

NF-κB in all cell types and not a family of factors in
which individual members are specifically inducible in
particular cell types.

This evidence includes the fact that purification of
NF-κB to homogeneity from both human and bovine sources
yields a single polypeptide chain of approximately 44 to
50 kD (although this could be a fragment of a larger
protein). Kawakami et al., Proc. Natl. Acad. Sci. USA
85:4700-4704 (1988); and Lenardo et al., Proc. Natl.
Acad. Sci. USA, 85:8825-8829 (1988). NF-κB adopts an
oligomeric structure in solution; based on the size of
the complex, it exists either as a homodimer or
associates with a heterologous subunit of approximately
equal molecular weight. Baeuerle, P. et al., Cold Spring
Harbor Symposium, 53:789-798 (1988); Lenardo et al.,
Proc. Natl. Acad. Sci. USA, 85:8825-8829 (1988). NF-κB
has the unique property that nucleoside triphosphates
dramatically stimulate its ability to bind DNA in vitro.
Lenardo et al., Proc. Natl. Acad. Sci. USA, 85:8825-8829
(1988). NF-κB is further distinguished by the fact that
it can be released as an active binding species from an
inactive cytosolic form that is completed with IκB.
Baeuerle, P. and D. Baltimore, Cell, 53:211-217 (1988);
Baeuerle, P. and D. Baltimore, Science, 242:540-545
(1988). All of these features are shared by the NF-κB
complex irrespective of the cell-type from which it is
derived.

More importantly, no differences in binding
specificity have been detected between the NF-κB com-
plexes from different cell types. That is, the NF-κB
complex induced in T cells has no preference for sites

ADL 0000147

-35-

from genes activated in T cells rather than those from genes activated in B cells and vice-versa. Lenardo et al., Proc. Natl. Acad. Sci. USA, 85:8825-8829 (1988). An identical pattern of base contacts is characteristic of complexes between DNA and NF-κB from different cell types, further decreasing the possibility that the NF-κB complex in different cell types is due to heterogeneous proteins.

It is clear that NF-κB binding sites are recognized by other obviously distinct transcription factors. The best examples are the H2-TF1 and KBF-1 proteins, which bind to an NF-κB-like site in the H2-K$^b$ MHC class I gene (Baldwin, A.S. and P.A. Sharp, Mol. Cell. Biol., 7:305-313 (1987); and Yano et al., EMBO J., 6:3317-3324 (1987)). However, these factors are constitutively active nuclear binding proteins in many different cell types and no evidence implicates them in inducible gene expression. Other examples include the factor EBP-1 which binds to the SV40 κB site but has a different molecular size than NF-κB and is also not inducible (Clark et al., Genes & Development, 2:991-1002 (1988); HIVEN86A, an 86 kb factor identified in activated T cell extracts by DNA affinity chromatography (Franza et al., Nature, 330:391-395 (1987)); and finally, a protein encoded by a cDNA (λh3 or PRDII-BF1) selected from λgt11 expression libraries (Singh et al., Cell, 52:415-523 (1988)). Recent evidence has made it unlikely that the λh3 clone encodes NF-κB because several cell types that have abundant expression of NF-κB lack the transcript for λh3. Taken together these findings indicate that there is only one NF-κB that serves multiple roles in many different cell types.

ADL 0000148

-36-

### NF-κB Acts as an Intracellular Messenger

A salient feature of the induction of NF-κB is that it takes place in the absence of new protein synthesis. Sen, R. and D. Baltimore, Cell, 47:921-928 (1986). In fact, the protein synthesis inhibitor cycloheximide can alone activate NF-κB. Sen, R. and D. Baltimore, Cell, 47:921-928 (1986). It appears, therefore, that NF-κB induction involves the conversion of a pre-existing precursor into an active form.

Inactive NF-κB is complexed with a labile inhibitor protein, I-κB. Cytosolic extracts from uninduced cells can be treated in vitro with dissociating agents such as formamide and deoxycholate to unmask very high levels of NF-κB activity. Baeuerle, P. and D. Baltimore, Cell, 53:211-217 (1988). These treatments by and large do not work on nuclear extracts from uninduced cells. Conversely, NF-κB activated normally in the cell is detected in nuclear but not cytosolic extracts implying a nuclear translocation step following activation in vivo. The inhibitory activity has been shown to be due to a protein of 68 kD that can be separated chromatographically from NF-κB. Baeuerle, P. and D. Baltimore, Science, 242:540-545 (1988). This protein is able to inhibit the binding of NF-κB but not other DNA-binding proteins and has therefore been named "I-κB" (Inhibitor-κB).

Notably, crude preparations of I-κB efficiently inhibit binding of NF-κB derived from mature B cells or other cell-types that have been induced. Baeuerle, P. and D. Baltimore, Science, 242:540-545 (1988). The implicaton is that activation of NF-κB involves a modification of I-κB and not NF-κB. This distinguishes NF-κB

ADL 0000149

-37-

activation from a similar phenomenon involving the
glucocorticoid receptor. In the latter, a direct inter-
action of glucocorticoid with the receptor is required to
release it from a cytoplasmic complex with the heat shock
protein, hsp90. Picard, D. and K.R. Yamamoto, EMBO J.,
6:3333-3340 (1987).

The model which ties together these observations is
that NF-κB is initially located in the cytoplasm in a
form unable to bind DNA because it is complexed with
I-κB. Various inducers then cause an alteration in I-κB
allowing NF-κB to be released from the complex. Free
NF-κB then travels to the nucleus and interacts with its
DNA recognition sites to facilitate gene transcription.
The complex formation of NF-κB with I-κB appears to be
rapidly and efficiently reversible in vitro which lends
itself well to the shut-off as well as turn-on of NF-κB
binding. Moreover, this model resolves a major question
in signal transduction: NF-κB, like the glucocorticoid
receptor, acts as a messenger to transmit the gene
induction signal from the plasma membrane to the nucleus.

The model presented above is not unlike the well
known role of cAMP as a second messenger in the action of
many hormones; in the case of cAMP, the first messenger
is the hormone itself. (see, e.g., Pastan, Sci. Amer.,
227:97-105 (1972)). The essential features of the cAMP
model are that cells contain receptors for hormones in
the plasma membrane. The combination of a hormone with
its specific membrane receptor stimulates the enzyme
adenylate cyclase which is also bound to the plasma
membrane. The concomitant increase in adenylate cyclase

ADL 0000150

-38-

activity increases the amount of cAMP inside the cell which serves to alter the rate of one or more cellular processes. An important feature of this second messenger or mediator model is that the hormone (the first messenger) need not enter the cell.

The participation of NF-κB in gene expression that is activated in specific cells by specific influences calls for a level of regulation in addition to the inducibility of NF-κB binding. How is "cross-talk" between the various paths employing NF-κB avoided? Factors acting upon other sequences within a transcriptional control element appear to govern the response to the NF-κB signal, as described herein for $\beta$-IFN. Studies of $\beta$-IFN expression have shown that virus induction works through three events: two virus-inducible positive signals, one of which is NF-κB, and the release of a single negative regulator. The two positive signals work through distinct DNA sites (PRDI and PRDII), but must act together to facilitate transcription. Either site alone is not inducible.

The theme of multiple signals that generate specificity is further supported by studies of the Ig κ gene and the IL-2 receptor gene. The NF-κB site from the κ light chain enhancer alone on a short oligonucleotide will stimulate transcription in B and T lymphocytes as well as in non-lymphoid cells. Pierce, J. W. et al., Proc. Natl. Acad. Sci. USA, 85:1482-1486 (1988). Its function depends solely on the presence of NF-κB. By contrast, the entire κ enhancer is inducible only in B lymphocytes and is unresponsive to NF-κB in other cell

ADL 0000151

-39-

types.  The restricted response to NF-κB by the κ
enhancer has now been attributed to a repressor sequence.
The repressor sequence resides in the enhancer some
distance away from the NF-κB binding site and acts to
suppress transcriptional effects of NF-κB in non-B cell
types.  The activation of the IL-2 receptor gene specific-
ally in T lymphocytes is attained by a slightly different
means.  Full induction of this gene depends on NF-κB as
well as a positively-acting sequence immediately down-
stream.  The downstream element has now been found to
bind a T cell specific protein called NF-ILT.  Though
NF-ILT is not itself inducible, its presence only in T
cells seems to contribute to T cell specific induction of
the IL-2 receptor gene.

### Role of NF-κB in Other Inducible Systems

        Recently, NF-κB has been implicated in several other
inducible systems.  For example, NF-κB is induced in
T-cells by a trans-activator (tax) of HTLV-1 or by
PMA/PHA treatment and thereby activates the IL-2 receptor
α gene and possibly the IL-2 gene.  Bohnlein et al.,
Cell, 53:827-836 (1988); Leung, K. and G. Nabel, Nature,
333:776-778 (1988); Ruben et al., Science, 241:89-92
(1988); Cross et al., Science, (1989); and Lenardo et
al., Proc. Natl. Acad. Sci. USA, 85:8825-8829 (1988).
NF-κB also appears to take part in gene activation during
the acute phase response of the liver.  Edbrooke et al.,
(1989).  Results described here suggest that inducibility
of NF-κB plays a prominent role in interactions between
cytokines.  IL-1 and TNF-α activate NF-κB binding and

ADL 0000152

-40-

both have been shown known to induce β-IFN. Osborn et
al., Proc. Natl. Acad. Sci. USA, 86:2336-2340 (1989); and
DeMaeyer, E. and J. DeMaeyer-Guignard, "Interferons and
Other Regulatory Cytokines", John Wiley and Sons, New
York (1988). Finally, NF-κB has been shown to play a
role in the transcription of human immunodeficiency virus
(HIV). Nabel, G. and D. Baltimore, Nature, 326:711-713
(1987). Significantly, herpes simplex virus has recently
been shown to increase HIV LTR transcription through
NF-κB/core sequences. Gimble et al., J. Virol.,
62:4104-4112 (1988). Thus, NF-κB induction may lead to
the propagation of HIV in cells infected with other
viruses.

NF-κB is unique among transcription regulatory
proteins in its role as a major intracellular transducer
of a variety of external influences in many cell types.
In the cases studied thus far, it appears that the actual
target of induction is I-κB, which becomes modified to a
form that no longer binds to NF-κB. Baeuerle, P. and D.
Baltimore, Science, 242:540-545 (1988). The released
NF-κB then displays DNA binding activity and translocates
to the nucleus.

## Role of NF-kB in HIV Expression

Treatment of latently HIV-infected T-cells with
phorbol ester (12-O-tetradecanoylphorbol 13-acetate; TPA)
and with phytohaemaglutinin (PHA) results in the onset of
virus production. Harada, S. et al., Virology, 154:249-
258 (1986); Zagury, D.J. et al., Science, 232:755-759
(1986). The same treatments induce NF-kB activity in the
human T-lymphoma cell line Jurkat. Sen, R. and D.

ADL 0000153

-41-

Baltimore, Cell, 47:921-928 (1896).  This correlation and
the finding that two NF-kB binding sites are present
upstream of the transcriptional start site in the HIV
enhancer, (Figure 25) suggested a direct role for NF-kB
in the activation of the viral enhancer, an event ulti-
mately leading to the production of virus.  Nabel, G. and
D. Baltimore, Nature, 326:711-713 (1987).  This possi-
bility was tested by transient transfection of a plasmid
containing an HIV LTR-controlled CAT gene into a human
T-lymphoma cell line.  Nabel, G. and D. Baltimore,
Nature, 326:711-713 (1987).  The viral cis-acting
elements rendered the transcriptional activity of the CAT
gene responsive to TPA/PHA treatment of cells.  This
inducible transcriptional stimulation of the CAT gene was
completely dependent on intact binding sites for NF-kB in
the HIV enhancer because mutation of the two binding
sites abolished inducibility.  A protein-DNA complex with
a fragment of the HIV enhancer containing the two NF-kB
binding sites was observed in mobility shift assays only
with nuclear extracts from TPA/PHA-stimulated T-cells and
not with control extracts.  These observations provided
strong evidence that HIV expression in latently infected
T-cells is induced by the same transcription factor that
regulates kappa gene expression, NF-kB.  A precursor of
NF-kB is constitutively present in T-cells.  Its activity
can be induced by a treatment that mimicks antigenic
T-cell activation and, after induction, NF-kB is able to
bind to and subsequently enhance the activity of HIV
transcriptional control elements.  Thus, it is reasonable
to conclude that NF-kB is the physiological trans-
activator responsible for initial expression of dormant
HIV-DNA following stimulation of T-lymphocytes.

ADL 0000154

-42-

Other factors have also been implicated in the
control of HIV expression including the HIV-encoded
tat-III protein, the cellular transcription factor Sp1,
and viral proteins encoded by the E1A gene of adenovirus
and the ICPO gene of the Herpes Simplex Virus.  Muesing,
M.A. et al., Cell, 48:691-701 (1987); Jones, K.A. et al.,
Science, 232:755-759 (1986); Gendelman, H.E. et al.,
Proc. of the Natl. Acad. of Sc., USA, 83:9759-9763
(1986); Nabel, G.J. et al., Science (1988); Rando, R.F.
et al., Oncogene, 1:13-19 (1987); Musca, J.D. et al.,
Nature, 325:67-70 (1987).  It is doubtful whether the
tat-III and Sp1 proteins are responsible for an initial
induction of HIV expression.  Although the tat-III
protein functions as a strong positive feedback regulator
of HIV expression, full expression of the tat-III protein
appears to depend on NF-kB.  Muesing, M.A. et al., Cell,
48:691-701 (1987); Nabel, G. and D. Baltimore, Nature,
326:711-713 (1987).  It is unlikely that Sp1 initiates
HIV expression because it is constitutively active.
Dynan, W.S. and R. Tjian, Cell, 32:669-680 (1983).  The
viral E1A and ICPO gene products might lead to induction
of HIV expression.  This, however, is independent of
T-cell activation by antigenic stimulation and of NF-kB,
as shown by cotransfection experiments into human T-
lymphoma cells of plasmids with an HIV enhancer-
controlled CAT gene and plasmids encoding the viral
genes.  The increase in CAT activity induced by the viral
gene products was unchanged when the NF-kB binding sites
in the HIV enhancer were inactivated by mutation.

ADL 0000155

-43-

Improved DNA Binding Assay with Enhanced Sensitivity for
Identification of Regulatory Factors

The transcriptional regulatory factors described
above were identified in extracts of cellular nuclear
protein by means of an improved gel electrophoresis DNA
binding assay with enhanced sensitivity. This improved
assay is a modification of an original assay based on the
altered mobility of protein-DNA complexes during gel
electrophoresis. In the improved assay of this invention,
the simple alternating copolymer, duplex poly(dI-dC)-
poly(dI-dC) was used as the competitor DNA species. The
use of this copolymer as competitor resulted in an
enhancement of sensitivity for detection of specific
protein-DNA complexes. The original assay has been
extensively employed in equilibrium and kinetic analyses
of purified prokaryotic gene regulatory proteins. See,
e.g., Fried, M. and Crothers, D.M., Nucleic Acid Res. 9
6505-6525 (1981); Garner, M.M. and Revzin A., Nucleic
Acids Res. 9 3047-3060 (1981). More recently it has been
used to identify and isolate a protein that binds to
satellite DNA from a nuclear extract of eukaryotic cells
(monkey cells). See Strauss, R. and Varshavsky, A., Cell
37 889-901 (1984). In the latter study an excess of
heterologous competitor DNA (E. coli) was included with
the specific probe fragment to bind the more abundant,
sequence non-specific DNA binding proteins in the
extract.

The assay is performed essentially as described by
Strauss and Varshavsky, supra, except for the addition of
the poly(dI-dC)-poly(dI-dC). An extract of nuclear
protein is prepared, for example, by the method of

ADL 0000156

-44-

Dingnam, J.D. et al., Nucleic Acids Research 11:1475-1489
(1983). The extract is incubated with a radiolabelled
DNA probe (such as an end-labeled DNA probe) that is to
be tested for binding to nuclear protein present in the
extract. Incubation is carried out in the presence of
the poly(dI-dC)·poly(dI-dC) competitor in a pysiological
buffer. DNA protein complexes are resolved from
(separated from) free DNA probes by electrophoresis
through a polyacrylamide gel in a low ionic strength
buffer and visualized by autoradiography.

In a preferred embodiment of the method, protein
samples (about 10 $\mu$g protein) are incubated with approxi-
mately 10,000 cpm (about 0.5 ng) of an end-labeled $^{32}$P
double-stranded DNA probe fragment in the presence of
about 0.8 - 4 ng poly(dI-dC)·poly(dI-dC) (Pharmacia) in a
final volume of about 25 $\mu$l. Incubations are carried out
at 30° for 30-60 minutes in 10 mM Tris HCl (pH 7.5), 50
mM NaCl, 1 mM DTT, 1 mM EDTA. Protein-DNA complexes are
resolved on low-ionic strength polyacrylamide gels.
Samples are layered onto low ionic-strength 4% poly-
acrylamide gels (0.15x16 cm; acrylamide:bisacrylamide
weight ratio of 30:1). Gels are pre-electrophoresed for
about 30 min at 11 V/cm in buffer consisting of 6.7 mM
TrisHCl, (pH 7.5), 3.3 mM NaOAc, and 1 mM EDTA. Buffer
is recirculated between compartments. Gels are electro-
phoresed at the same voltage at room temperature, trans-
ferred to Whatman 3MM, dried and autoradiographed.

The enhanced sensitivity of the assay of the present
invention is evident in the initial work which led to
identification of the factor IgNF-A. A radiolabelled
SfaNI-SfaNI DNA fragment derived from the upstream region

ADL 0000157

-45-

of the MOPC 41 κ light chain gene (Figure 1a) was incu-
bated with a nuclear extract of a human B cell line, in
the absence or in the presence of E. coli chromosomal DNA
or poly(dI-dC)-poly(dI-dC). The resulting complexes were
resolved from the free fragment by electrophoresis
through a low ionic strength, non-denaturing polyacryl-
amide gel and visualized by autoradiography (Figure 1b).
In the absence of competitor DNA, all of the labeled
fragment was retained at the top of the gel (lane 1),
probably due to the binding of an excess of non sequence-
specific proteins. With addition of increasing amounts
of either poly(dI-dC)-poly(dI-dC) (lanes 2-6) or E. coli
chromosomal DNA (lanes 7-11) as competitors, putative
protein-DNA complexes which migrated slower than the free
fragment were detected. The relative abundance of the
major species of complex (B) as well as that of minor
species was significantly greater in the presence of the
alternating copolymer competitor DNA.

The use of a sensitive gel electrophoresis DNA
binding assay in conjunction with the copolymer com-
petitor poly(dI-dC)-poly(dI-dC) facilitated the identifi-
cation of the regulatory factors described herein. The
simple alternating copolymer probably competes less
effectively than heterologous DNA sequences for binding
of a sequence-specific factor, thereby significantly
increasing the sensitivity of the assay. The assay has
general applicability for elucidation of mammalian gene
regulatory proteins.

A further increase in sensitivity in this assay is
obtained by the use of small DNA probes (about 100 bp or
less) which minimize non-specific binding interactions in
a crude extract. (See Example 1).

-46-

Employing this assay, binding competition tests can be performed to analyze the sequence specificity of protein-DNA interactions. For this purpose, an unlabeled DNA fragment to be examined for competitive binding to the protein factor can be added to the incubation mixture of protein extract and labeled DNA probe (along with the poly(dI-dC)-poly(dI-dC)). The disappearance of protein-DNA probe complex, or its diminishment, indicates that the unlabeled fragments compete for binding of the protein factor. In addition, relative binding affinity of the protein to a probe sequence can be assessed by examining the ability of a competitor to displace the protein at varying concentrations.

In conjunction with the competition assays, DNase I footprint analysis (See Galas, D. and Schmitz A., Nucl. Acids Res. 5 3157-3170 (1978) and Example 1) and methylation interference experiments (See, e.g., Ephrussi, A. et al., Science 227:134-140 (1985) can be used to refine analysis of the binding domain of the protein factors.

## Assessment of the Functional Role of Factors Described Herein in Regulation of Transcription

The functional role of the factors in the regulation of the transcription can be assessed in several ways. A preferred technique for lymphoid cell factors entails the use of the in vitro transcription system developed from cells of lymphoid cell lineage. This system is described in detail in the Example 2. The function of a factor can be indirectly assessed in this system by employing as templates for transcription, nucleotide

ADL 0000159

-47-

sequences from which the binding domain of the factor has been deleted. As has been noted above, deletion of the upstream sequence located between -44 and -79 bp from the cap site of the MOPC41 κ gene disrupts transcriptions in this system (This has also been noted in _in vivo_ systems). The deleted region includes the IgNF-A binding site. This indicates that transcription of the template is dependent upon the factor - binding site and, inferentially, upon the factor itself.

A direct way to assess the function of the factors is to show that transcription can be modulated by removal and replacement of the factor in the _in vitro_ transcription system with an appropriate template. For example, the intact MOPC41 κ promoter gene can be used as a template in the _in vitro_ system described and transcription of this template can be assessed in the presence and absence of a factor (for instance, NF-κB, a lymphoid specific factor). The factor can be removed from the lymphoid cell extract by chromatographic fractionation and then replaced. If the level of transcription is diminished in the absence and restored by replacement of the factor, a direct indication of the factors involvement in transcription is provided.

In an alternative approach, antisera or monoclonal antibody can be raised against a purified or enriched preparation of the factor. The antibody can be used to probe for expression of the factor in a library of cDNA of cells known to express the factor.

ADL 0000160

-48-

### Cloning of Genes Encoding Sequence-Specific DNA Binding Proteins, Particularly Genes Encoding Transcriptional Regulatory Factors

Genes encoding transcriptional regulatory factors can be isolated by a novel method for cloning genes that encode sequence-specific DNA binding proteins. The method involves screening a library of recombinant expression vectors for expression of the factor with a DNA probe comprising the recognition (binding) site for the factor. Expression of the factor is identified by the presence of complex between the DNA probe and the expressed binding protein. The approach has general applicability to the cloning of sequence-specific DNA binding proteins.

According to the method, an expression library is created by inserting DNA (e.g., cDNA from a cell which expresses the sequence specific binding protein) into an appropriate expression vector to establish an expression library. A preferred expression vector is the bacterio-phage λgt11 which is capable of expressing foreign DNA inserts within E. coli. See e.g., Young, R.A. and Davis, R.W. in Genetic Engineering: Principles and Techniques, vol 7 (eds Setlow, J. & Hollaender, A.) 29-41 (Plenum, New York 1985). Alternatively, plasmid vectors may be used.

The expression library is screened with a binding-site DNA probe. The probe comprises the DNA sequence recognized by the binding protein, such as an appropriate transcriptional regulatory element (e.g., the octamer or κ-element). In preferred embodiments, the probe is less than 150bp in length, to reduce nonspecific binding. The

ADL 0000161

-49-

probe can be an oligomer of the binding site.  Multiple
copies of the site provide for multiple protein binding
to the probe.  The DNA probe is generally detectably
labeled DNA.  A particularly useful label is $^{32}$P.

In the present method, the binding site probe is
incubated with host cell protein under conditions which
allow the probe to complex with the any cognate binding
protein expressed in the cell.  The formation of such
complexes is determined by detecting label associated
with the protein.  In a preferred mode, the screening is
performed by generating a replica of host cell lysates
and by screening the replicated protein with the probe.
For example, when the bacteriophage λgt11 is used,
recombinant viruses are plated in arrays onto a lawn of
E. coli and a replica of the resulting viral plaques is
made by transferring plaque protein onto an appropriate
adsorbtive surface (e.g. protein replica filters).  The
adsorbed plaque protein is contacted with the probe under
conditions which permit the formation of complexes
between adsorbed protein and the probe.  The replica is
then washed to remove unbound probe and then examined for
associated label.  The protein can be examined autoradio-
graghically for the presence of label.

In other embodiments, a nonspecific competitor DNA
can be used along with the recognition site probe, to
reduce nonspecific binding to the probe.  Examples of
such nonspecific competitor DNA include poly (dI-dc)-
poly(dI-dc) and denatured calf thymus DNA.  In addition,
the protein-probe complexes can be stabilized covalently
for detection, for example, by uv irradiation.

ADL 0000162

-50-

This method of screening for sequence specific
binding proteins is dependent, inter alia, upon:

    i)   the functional expression of the binding domain
         of the desired binding protein in the host
         cell;

    ii)  a strong and selective interaction between the
         binding domain and the DNA probe; and

    iii) a sufficiently high level of expression of the
         binding protein.

These parameters can be optimimized for different
proteins by routine experimentation. Some factors
relevant to such optimization are discussed in detail in
the exemplification of the cloning of transcriptional
regulatory factor NF-κB given below.

Other modes of cloning genes encoding sequence-
specific DNA binding proteins, such as genes encoding
transcriptional regulatory factors, may be used. For
example, the factor can be purified chromatographically
by, for example, ion exchange, gel filtration and
affinity chromatography or combinations thereof. Once
the factor is sufficiently purified, it can be partially
sequenced and from the sequence information, oligodeoxy-
nucleotide probes can be made and used to identify the
gene encoding the factor in a cDNA library.

Occurrence and Activation of NF-κB and Demonstration of
the Role of an NF-κB Inhibitor (IκB)

The following is a description of the occurrence and
activation of NF-κB in cells which do not express k
immunoglobulin light chain genes (and, in which NF-κB is
not evident in either cytoplasmic or nuclear fractions).

ADL 0000163

-51-

In particular, the following is a description of localization of NF-kB in the cytosolic fraction; of activation of NF-kB in cytosolic fractions by dissociating agents; of redistribution of NF-kB into the nuclear fraction upon TPA stimulation; of demonstration of the appearance of NF-kB binding ability; and of the occurrence and characterization of an NF-kB inhibitor.

## NF-kB Occurrence and Activation in 70Z/3 Cells

### NF-kB is Virtually Undetectable in Unstimulated 70Z/3 Cells

To determine where in the cell NF-kB or its inactive precursor are located, subcellular fractions from control and TPA-stimulated 70Z/3 cells were analyzed for kB-specific DNA-binding activity. Nuclear extracts, cytosolic and postnuclear membrane fractions were analyzed at equal amounts of protein in an electrophoretic mobility shift assay, described in Example 1, followed by fluorography. (Sen, R. and D. Baltimore, Cell, 46:705-716 (1986). The specificity of protein-binding to a fragment of the kappa light chain enhancer was controlled by using a fragment with a mutation in the binding motif for NF-kB. This mutation has been shown to prevent binding of NF-kB. Lenardo, M. et al., Science, 236:1573-1577 (1987). Thus, any complexes formed on the wild type, but not on the mutant fragment, are considered specific for the NF-kB site.

Nuclear extracts from control cells contained very little kB-specific binding activity (Fig. 29, compare lanes 1 and 7). This is in agreement with results

ADL 0000164

-52-

reported previously by Sen and Baltimore. Sen, R. and D.
Baltimore, Cell, 46:705-716 (1986); Sen, R. and D.
Baltimore, Cell, 47:921-928 (1986). Similarly, the
ctyosolic fraction produced only a faint, but specific
and reproducible, signal co-migrating with the signal
from the nuclear extract (Fig. 29, compare lanes 2 and
8). The fraction containing postnuclear membranes did
not exhibit any detectable DNA-binding activity (Fig. 29,
lane 3).

Upon treatment of cells with TPA for 30 minutes, the
nuclear NF-kB activity was dramatically increased (Fig.
8, compare lanes 4 and 10). Almost no increase of the
specific signal in the cytosolic fraction was observed
(Fig. 29, compare lanes 5 and 11). The post-nuclear
membrane fraction gave raise to an apparently kB-specific
complex with a mobility higher than that formed by
nuclear NF-kB (Fig. 29, compare lanes 6 and 12). None of
the fractions had inhibitors of binding because added
authentic NF-kB was fully recovered in all fractions,
indicating that the results reflect a true activation of
binding specificity.

NF-kB is Detectable in the Cytosolic Fraction after
Denaturation and Renaturation

To examine whether active NF-kB might be present but
masked in fractions from unstimulated 70Z/3 cells,
proteins from nuclear extracts and cytosolic fractions of
control and TPA-stimulated cells were precipitated,
denatured by boiling in SDS plus 2-mercaptoethanol and
fractionated by electrophoresis through SDS-polyacryla-
mide gels. 300 ug of protein of nuclear extracts (N) and

ADL 0000165

-53-

cytosolic fractions (C) from control (Co) and TPA-
stimulated cells (TPA) were subjected to reducing SDS-
polyacrylamide gel electrophoresis.  Proteins eluted from
different molecular weight fractions of the gel (i.e.,
corresponding to approximately 70-62 kDa (gel slice No.
6), 62-55 kDa (gel slice No. 7) and 55-48 kDa (gel slice
No. 8)) were subjected to a renaturation protocol after
removal of SDS.  Hager, D.A. and R.R. Burgess, Anal.
Biochem., 109:76-86 (1980) and Example 10.  Renatured
fractions were tested for kB-specific DNA-binding
activity in mobility shift assays using wild type and
mutant kappa light chain enhancer fragments.  DNA-binding
reactions were performed with 11 ul of the renatured
fractions in the presence of 80 ng poly(d(I-c)) in a
final volume of 15 ul.  Assays with wild type (WT) and
mutant (mu) k enhancer fragments were loaded in adjacent
lanes.

    In nuclear extracts from TPA-stimulated cells, NF-kB
activity was exclusively found in a molecular weight
region of 62-55 kDa.  The efficiency of renaturation of
the nuclear NF-kB activity was about one percent.  In
Figure 30, the active and two adjacent fractions are
shown for the nuclear extract from TPA-stimulated cells
(lanes 13 to 18).  In nuclear extracts from control
cells, much less NF-kB activity was found in the same
molecular weight fraction after renaturation (Fig. 30,
lanes 3 and 4).  Both the cytosolic fractions from
control and TPA-stimulated cells, however, gave rise to a
strong NF-kB-specific signal (Fig. 30, lanes 9, 10 and
21, 22).  The specificity of the signal was shown by
several criteria.  First, it was only present when the

ADL 0000166

-54-

wild type, but not the mutant, DNA fragment was used in mobility shift assays (Fig. 30, lanes 9, 10 and 21, 22). Second, it was generated with protein eluted from the same molecular weight fraction that contained authentic nuclear NF-kB. Third, upon mixing, the complex formed by the putative cytoplasmic NF-kB co-migrated exactly in native polyacrylamide gels with the complex formed by interaction of the nuclear form of NF-kB with its cognate DNA.

Assuming that NF-kB from the various fractions had a similar recovery and efficiency of renaturation, the data suggest that significant amounts of NF-kB can be activated in unstimulated 70Z/3 cells by denaturation, followed by fractionation and renaturation. Furthermore, in unstimulated cells, the in vitro activated NF-kB activity was almost exclusively recovered in the cytosolic fraction.

The subcellular distribution of two noninducible DNA-binding proteins, NF-uE3 and the octamer-binding protein were also examined in mobility shift assays, in order to determine whether other DNA-binding factors also partition into cytoplasmic fractions. Sen, R. and D. Baltimore, Cell, 46:705-716 (1986); Singh, H. et al., Nature, 319:154-158 (1986); and Staudt, L.M. et al., Nature, 323:640-643 (1986). The vast majority of both DNA-binding activities was found in nuclear extracts; cytosolic and postnuclear membrane fractions contained only very little activities (Fig. 29, lanes 13 to 24). No significant change in the complex formation by the two factors was observed when fractions from control and TPA-stimulated cells were compared. Thus, although

ADL 0000167

-55-

subcellular fractionation can produce artificial redis-
tribution of proteins, the fractions used in this study
do well reflect nuclear localization of a number of
DNA-binding proteins.

NF-kB in the Cytosolic Fraction Can be Activated by
Dissociating Agents

The ability to reveal cytosolic NF-kB by simply
denaturation and renaturation suggested that NF-kB might
be bound to an inhibitor and therefore several compounds
that might dissociate protein complexes were tested for
their ability to directly activate kB-specific DNA-
binding activity in fractions of 70Z/3 cells.  The
cytosolic fraction from unstimulated cells and, as a
control, the nuclear extract from TPA-treated cells were
incubated with the compounds prior to electrophoretic
separation of the protein-DNA complexes.  Incubation of
the cytosolic fraction with 0.2% sodium desoxycholate
(DOC) (in the presence of 0.2% NP-40) resulted in the
activation of DNA-binding activity (Fig. 31, lane 2).
The induced complex had the same mobility in native gels
as the one formed by nuclear NF-kB.  It appeared to be
specific for the kB site of the kappa light chain
enhancer because it was not formed when the mutant
fragment was used in the mobility shift assay (Fig. 31,
lane 21).  Higher concentrations of DOC led to the
inactivation of the newly activated kB-binding activity
(Fig. 31, lanes 3 to 5) as well as of the authentic
nuclear factor (Fig. 31, lanes 13 to 15).

DOC can be sequestered out of a solution by the
addition of excess nonionic detergent, presumably by

ADL 0000168

-56-

inclusion of the DOC into micelles formed by the nonionic detergent. When treatment of the cytosolic fraction with up to 0.8% DOC was followed by the addition of 1% of the nonionic detergent NP-40, a quite efficient activation of the cytosolic kB-binding activity was achieved (Fig. 31, lanes 7 to 9). The DNA-binding activity of _in vivo_ activated NF-kB from nuclear extracts was not significantly increased at low concentrations of DOC (Fig. 31, lanes 11, 12 and 16, 17). Elevated concentrations of DOC showed inhibitory effects on the DNA-binding activity of TPA-activated NF-kB that paralleled those observed for the in vitro activated kB-binding activity (Fig. 31, compare lanes 3, 4, 5 with lanes 13, 14, 15 and lanes 9, 10 with lanes 19, 20).

A partial activation of the cytosolic kB-binding activity was observed after treatment of the cytosolic fraction with 27% formamide followed by dilution (Fig. 31, lane 7). With the further addition of 0.2% DOC -- a condition that alone also leads only to partial activation (Fig. 31, lane 3) -- a very potent activation was observed (Fig. 31, lane 11). A titration showed that formamide and DOC activated in a synergistic manner (Fig. 31, lanes 2 to 11). The DNA-binding activity of _in vivo_ activated NF-kB from nuclear extracts was not enhanced by any of the treatments (Fig. 31, lanes 13 to 22). On the contrary, partial inhibition of DNA-binding of NF-kB was observed under some conditions.

No _in vitro_ activation of NF-kB was achieved by treatment with guanidinium hydrochloride (between 0.3 and 3M), urea (between 0.5 and 5M), and SDS (between 0.1 and 1%), in the presence of 0.2% NP-40). Exhaustive dialysis

ADL 0000169

-57-

of the cytosolic fraction using dialysis membranes with a cut-off of 25 kDa did not lead to an activation of DNA-binding activity. In the dialyzed fraction, NF-kB-activity could still be efficiently induced by formamide/DOC treatment, suggesting that no freely diffusible cofactors smaller than 25 kDa were required for the in vitro activation.

TPA Stimulation Causes Redistribution of NF-kB into the Nuclear Fraction

To examine whether the form of NF-kB detected after in vitro activation in the cytosolic fraction could quantitatively account for the NF-kB found in nuclear extracts after TPA stimulation of cells, subcellular fractions of 70Z/3 cells were reinvestigated in mobility shift assays after treatment with formamide and DOC using equal cell-equivalents of subcellular fractions. Equal cell-equivalents of nuclear extracts (N) and cytosolic (C) and post-nuclear membrane fractions (P) from control (Co) and TPA-stimulated cells (TPA) were left untreated (lanes 1-6 and 13-18) or subjected to a formamide/desoxycholate treatment (Fa + DOC; lanes 7-12 and 19-24; for conditions see Fig. 31, lane 11). This treatment was preferred over the DOC/NP-40 chase treatment because it gave a higher resolution of bands in mobility shift assays. DNA-binding reactions were performed in the presence of 3.2 ug poly(d[I-C]) using 4.4 ug of protein from nuclear extracts, 8.8 ug of protein from cytosolic fractions or 2.2 ug of protein from postnuclear membrane fractions (all in 4 ul buffer D(+)). Fluorograms of native gels are shown. The specificity of protein-DNA

ADL 0000170

-58-

complexes was controlled using wild type (kB wt) and
mutant kappa enhancer fragments (kB mutant; see legend to
Fig. 29). The filled arrowhead indicates the position of
kB-specific protein-DNA complexes and the open arrowhead
the positions of unbound DNA-fragments.

Densitometric scanning of fluorograms showed that in
control cells, more than 92% of the total cellular
kB-specific DNA-binding activity was recovered in the
cytosolic fraction following treatment with formamide and
COD (Fig. 32, lanes 7 to 9). In TPA-stimulated cells,
80% of the kB-specific DNA-binding activity was found in
nuclear extracts (Fig. 32, lanes 10 to 12). The
remaining activity was largely recovered in the cytosolic
fraction (Fig. 32, lane 11). All DNA-binding activities
described were specific for the kB site, as shown by
their absence when the mutant kappa enhancer fragment was
used in the mobility shift assays (Fig. 32, lanes 13 to
24).

When the total cellular NF-kB activity that was
activated in vitro in control cells was compared to the
total cellular activity found in TPA-stimulated cells
after the same treatment, virtually identical amounts of
activity were observed. The equal amounts of NF-kB
activity found in control and TPA-treated cells suggest
that the treatment with formamide and DOC resulted in the
complete conversion of an inactive precursor of NF-kB
into a form of NF-kB with high DNA-binding affinity.
Furthermore, these results provide evidence for a TPA-
inducible translocation of NF-kB from the cytosol into
the nucleus.

ADL 0000171

-59-

## NF-kB Occurrence and Activation in HeLa Cells

NF-kB activity can also be induced in HeLa cells after TPA treatment, as shown by the appearance of a kB-specific DNA-binding activity in nuclear extracts. Sen, R. and D. Baltimore, Cell, 47:921-928 (1986). Therefore, induction of NF-kB in the cytosolic fraction of HeLa cells was tested by treatment with formamide and DOC. To equal cell-equivalents of fractions, 17% formamide was added and diluted to 10% by the addition of the DNA-binding reaction mixture containing 4 ug poly(d(I-C)). DOC was then added to a final concentration of 0.6% to give a reaction volume of 20 ul. Assays contained either 1.35 ug of protein from nuclear extracts, 9 ug of protein from the cytosolic fractions of 0.9 ug of protein from the postnuclear membrane fractions (all in 10 ul buffer D(+)).

Redistribution of NF-kB activity in the subcellular fractions upon TPA stimulation of cells, was also assessed, using the procedure described for 70Z/3 cells. Mobility shift assays were performed with equal cell-equivalents of the subcellular fractions. Because HeLa cells had about ten times as much cytosolic protein as nuclear protein -- as opposed to the 2:1 ratio in 70Z/3 cells -- the use of equal cell-equivalents of fractions gave very different quantitative results from those obtained with equal amounts of protein. Without any treatment, only traces of a kB-specific DNA-binding activity were detected in the nuclear and cytosolic fractions of HeLa cells and no activity was observed in the postnuclear membrane fraction (Fig. 33, lanes 1 to

ADL 0000172

-60-

3).  Upon TPA stimulation of cells under the same con-
ditions as for 70Z/3 cells, NF-kB activity was strongly
increased in the nuclear extract (Fig. 33, lane 4).
Also, in the cytosolic fraction, a significant increase
of NF-kB activity was found (Fig. 33, lane 5).  This was
not an artifact of fractionation because the activity of
AP-1, another nuclear factor (Lee, W. et al., Cell,
49:741-752 (1987), was highly enriched in nuclear
extracts and almost not detectable in the cytosolic
fraction of HeLa cells before and after TPA stimulation.
     The treatment of control fractions of HeLa cells
with formamide and DOC revealed large amounts of kB-
specific DNA-binding activity in the cytosolic fraction
(Fig. 33, compare lanes 8 and 20).  The concentrations of
formamide and DOC required for an optimal in vitro
activation of NF-kB in HeLa cells were different from
those required for 70Z/3 cells; less formamide and more
DOC was needed.  All DNA-binding activities described
were specific for the kB-binding site in the kappa
enhancer fragment (Fig. 33, lanes 13 to 24).
     Almost no activity was detected in the HeLa nuclear
extract and the postnuclear membrane fraction after in
vitro activation (Fig. 33, lanes 7 and 9).  Large amounts
of NF-kB activity could still be activated in the cyto-
solic fraction of TPA-stimulated HeLa cells (Fig. 33,
lane 11).  This suggests that in vivo in HeLa cells -- as
contrasted to 70Z/3 cells -- only a minor portion of the
total cellular NF-kB is activated upon a TPA stimulus.
The NF-kB activity in formamide/DOC-treated nuclear
extracts of TPA-stimulated cells was less, compared to



-61-

untreated nuclear extracts (Fig. 33, compare lanes 4 and 10), reflecting a partial inhibition of the DNA-binding activity of _in vivo_ activated NF-kB. As in 70Z/3 cells, the total cellular NF-kB activity in HeLa cells, as revealed after _in vitro_ activation, remained constant before and after TPA treatment of cells. These data imply that NF-kB is activated by the same mechanism in HeLa cells as it is in the pre-B cell line 70Z/3. However, in HeLa cells, TPA is much less complete in its activation than it is in 70Z/3 cells.

## NF-kB Occurrence and Activation in Other Cell Types

NF-kB occurrence and activation in several additional cell types, including two T cell lines (H9, Jurkat) and fibroblasts, and in tissues, including human placenta and mice kidney, liver, spleen, lung, muscle and brain, were also assessed, as described above. In each case, NF-kB in a DOC-activatable form was shown to be present in the cytosolic fraction.

## Appearance of Binding Activity

Results described above suggested that the appearance of binding activity may be due to separation of NF-kB from an inhibitor. Size fractionation and denaturing agents were both shown to be capable of separating NF-kB from such an inhibitor, which was apparently of low molecular weight. This provides a reasonable explanation for how NF-kB is induced in pre-B cells, HeLa cells and other inducible cells, such as T cells.

ADL 0000173

-62-

Whether the DOC-dependence of cytosolic NF-kB results from its association with an inhibitor, was investigated by probing for activity in cytosolic fractions that would specifically prevent DNA binding to NF-kB in electrophoretic mobility shift assays (EMSA). This work demonstrated the existence of a protein inhibitor, called IkB, in cytosolic fractions of unstimulated pre-B cells, that can convert NF-kB into an inactive DOC-dependent form by a reversible, saturable, and specific reaction. The inhibitory activity becomes evident after selective removal of the endogenous cytosolic NF-kB under dissociating conditions, suggesting that NF-kB and IkB were present in a stoichiometric complex. Enucleation experiments showed that the complex of NF-kB and IkB is truly cytoplasmic. The data are consistent with a molecular mechanism of inducible gene expression by which a cytoplasmic transcription factor-inhibitor complex is dissociated by the action of TPA, presumably through activation of protein kinase C. The dissociation event results in activation and apparent nuclear translocation of the transcription factor. It would appear that IkB is the target for the TPA-induced dissociation reaction. The following is a description of this investigation, which is described in greater detail in Example 12.

Separation of an Inhibitor from NF-kB

Cytosolic fractions from unstimulated 70Z/3 pre-B cells were examined for an activity that would impair the DNA binding activity of added NF-kB in an EMSA. Baeuerle, P.A., and D. Baltimore, Cell 53: 211 (1988).

ADL 0000174