-63-

Increasing amounts of cytosol from unstimulated cells did
not significantly influence the formation of a protein-
DNA complex between NF-kB and a k enhancer fragment
(Figure 34, lanes 13 to 15). This indicated the absence
of free inhibitor, presumably because all of it is
complexed with endogenous NF-kB. DNA-cellulose was used
to selectively remove the endogenous NF-kB from DOC-
treated cytosol, in an attempt to liberate the inhibitor.
Almost all NF-kB was present in a DOC-dependent form
prior to DOC activation and chromatography (Figure 34A,
lanes 1 and 2). In the presence of excess DOC, about 80%
of the NF-kB activity was retained by DNA-cellulose
(Figure 34A, compare lanes 2 and 4), most of which eluted
from the DNA-cellulose between 0.15 and 0.35M NaCl
(Figure 34A, lanes 8 to 10 and 16 to 18). The NF-kB
activity eluting at high salt was detectable in mobility
shift assays in the absence of excess DOC (Figure 34A,
lanes 8 to 11), indicating that NF-kB had been separated
from an activity that caused its DOC-dependent DNA
binding activity. In contrast, the small percentage of
NF-kB activity contained in the washings was still
dependent on DOC (Figure 34A, compare lanes 5 to 7 and 13
to 15). These results show that affinity chromatography
is sufficient to convert DOC-dependent NF-kB precursor
into DOC-independent active NF-kB, similar to that found
in nuclear extracts from TPA-stimulated cells.

The flow-through fraction from the DNA-cellulose was
assayed for an activity that, after neutralization of DOC
by non-ionic detergent, would inactivate added NF-kB from
the 0.2M NaCl-fraction from nuclear extracts of TPA-
stimulated cells. Increasing amounts of cytosol from

ADL 0000175

-64-

which the endogenous NF-κB was removed inhibited the
formation of an NF-κB--DNA complex as monitored by EMSA
(Figure 34B, lanes 7 to 9 and 16 to 18). DOC-treated
cytosol that was not passed over DNA-cellulose had no
effect (Figure 34B, lanes 4 to 6 and 13 to 15), even if
cells had been treated with TPA. The fact that, after
DNA-cellulose chromatography of DOC-treated cytosol, both
DOC-independent NF-κB and an inhibitory activity were
observed made it reasonable to believe that NF-κB had
been separated from an inhibitor. This inhibitor is
referred to as IκB.

IκB Characterization

IκB fractionates as a 60 to 70 kD protein. The
flow-through fraction from the DNA-cellulose column was
subjected to gel filtration through G-200 Sephadex and
the fractions were assayed for an activity that would
interfere with the DNA binding activity of added NF-κB
contained in a nuclear extract from TPA-stimulated 70Z/3
cells (Figure 35A). The 67 kD fraction had the highest
activity: it virtually completely prevented interaction
of NF-κB and DNA (Figure 35A, lanes 6). In fractions
from a G-75 Sephadex column, no additional inhibitor of
low molecular size was detectable indicating that NF-κB
was inactivated by a macromolecule of defined size. No
significant inhibitory activity could be demonstrated
after gel filtration of a DNA-cellulose flow-through of
DOC-treated cytosol from TPA-stimulated 70Z/3 cells,
implying that TPA treatment of cells inactivated IκB.

The inhibitor fraction was treated with trypsin to
test whether IκB is a protein (Figure 35B). Tryptic

ADL 0000176

-65-

digestion was stopped by the addition of bovine pancreas trypsin inhibitor (BPTI) and samples were analyzed for NF-kB inhibition. Trypsin treatment interfered with the activity of IkB, as shown by the complete inability of the treated sample to inhibit NF-kB activity (Figure 35B, compare lanes 1 and 6). Trypsin that had been treated with BPTI had no effect (Figure 35B, lane 5), demonstrating that the inactivation of IkB was specifically caused by the proteolytic activity of trypsin. It appears that IkB requires an intact polypeptide structure for its activity. The nucleotide sequence of the IkB-α gene and the amino acid sequence of IkB-α are shown in Figure 43.

The cytosolic complex of IkB and NF-kB showed an apparent size of about 120 to 130 kD, both after gel filtration (Figure 35A, lane 3) and after sedimentation through a glycerol gradient (Figure 35C, lanes 6 and 7). For both methods, cytosol from unstimulated cells was analyzed under non-dissociating conditions. NF-kB was activated in fractions by either DOC (Figure 35A) or formamide (Figure 35C, middle panel) prior to analysis by EMSA. Baeuerle, P.A. and D. Baltimore, Cell, 53:211 (1988). The specificity of complexes was tested with a mutant DNA probe (Figure 35C, right panels). Lenardo, M. et al., Science, 236:1573 (1987). The apparent release of a 60 to 70 kD inhibitory protein from the cytosolic NF-kB precursor, its sedimentation velocity in glycerol gradients, and its size seen by gel filtration suggest that the inactive NF-kB precursor is a heterodimer composed of a 55 to 62 kD NF-kB molecule and a 60 to 70 kD IkB molecule. Nuclear NF-kB was found to cosediment

ADL 0000177

-66-

with the cytosolic complex of IkB and NF-kB (Figure 35C,
upper panel). Native gel electrophoresis, a method that
allows resolution of size differences of protein-DNA
complexes, provided evidence that the 120 kD form of
nuclear NF-kB seen in glycerol gradients comes from the
formation of a homodimer. Hope, I.A. and K. Struhl, EMBO
J., 6:2781 (1987). By these interpretations, activation
of NF-kB would include an additional step (i.e., form-
ation of a NF-kB homodimer). This is consistent with the
observation that the protein-DNA complexes formed with in
vitro-activated NF-kB have the same mobility in native
gels as those formed with nuclear NF-kB. Baeuerle, P.A.
and D. Baltimore, Cell, 53:211 (1988).

    The inactivation of NF-kB by IkB is reversible,
saturable and specific. Incubation with the inhibitor
fraction can inhibit the DNA binding activity of NF-kB by
more than 90% (Figure 36A, lanes 1 and 3). Treatment of
a duplicate sample with DOC after the inhibition reaction
reactivated 66% of the added NF-kB activity (Figure 36A;
compare lanes 3, 4 and 6). This showed that a DOC-
dependent form of NF-kB can be reconstituted in vitro by
the addition of a fraction containing IkB to nuclear
NF-kB. The incomplete activation of NF-kB by DOC might
be due to the DOC-neutralizing effect of non-ionic
detergent which was still present in the sample from the
preceding inhibition reaction.

    A titration and kinetic analysis showed that IkB
stoichiometrically interacts with NF-kB (Figure 36B).
Increasing amounts of inhibitor fraction were added to an
excess amount of NF-kB and incubated for 20 or 60
minutes. After the DNA binding reaction, NF-kB-DNA

ADL 0000178

-67-

complexes were separated on native gels and quantified by
liquid scintillation counting.  The relationship between
amount of IkB fraction added and extent of inhibition was
linear.  The amount of NF-kB inactivated after 20 minutes
of incubation was not increased after 60 minutes (Figure
36B).  These kinetics were probably not the result of a
rapid decay of a catalytically active inhibitor because
the fractions were incubated prior to the reaction.  The
data are consistent with rapid formation of an inactive
complex by addition of IkB to NF-kB.  The fraction
containing IkB does not appear to catalytically or
covalently inactivate NF-kB:  neither the reversibility
nor the kinetics support such a model.

IkB was tested for its influence on the DNA binding
activity of other defined nuclear factors (Figure 13A).
These factors were contained in nuclear extracts that had
essentially no active NF-kB, which otherwise could have
inactivated IkB by complex formation.  The DNA binding
activity of H2TF1, a transcription factor thought to be
related to NF-kB, was not affected by the inhibitor
fraction.  Baeuerle, P.A. et al., unpublished obser-
vation).  Ubiquituous and lymphoid-specific octamer-
binding proteins (OCTA) (Sive, H.L. and R.G. Roeder,
Proc. Natl. Acad. Sci. USA, 83:6382 (1986) and Staudt,
L.M. et al., Nature, 323:640 (1986)) were unaffected in
their DNA binding activities, as were two E-box binding
factor, NF-$\mu$E1 (Weinberger, J. et al., Nature, 322:846
(1986)) and NF-kE2 (Lenardo, M. et al., Science, 236:1573
(1987)), interacting with $\mu$ heavy chain and k light chain
enhancers, respectively.  AP-1, another TPA-inducible
transcription factor (Lee, W. et al., Cell, 49:741

-68-

(1987); Angel, P. et al., Cell, 49:729 (1987)), also
showed equal complex formation after incubation in the
presence and absence of the inhibitor fraction. Further-
more, none of the undefined DNA binding activities seen
in the EMSA showed any inactivation by IkB. These
results show that IkB is a specific inhibitor of the DNA
binding activity of NF-kB.

In vivo activated NF-κB is responsive to IkB. IkB
prepared from the mouse pre-B cell line 70Z/3 was tested
for inactivation of NF-kB contained in nuclear extracts
from other cell lines. Human NF-kB contained in nuclear
extracts from TPA-stimulated HeLa cells and H-9 T-
lymphoma cells was efficiently inactivated (Figure 37B).
When excess amounts of the various NF-kB activities were
used in the inhibitor assay, the extent of reduction of
NF-kB activities by a fixed amount of IkB was very
similar, as quantified by liquid scintillation counting.
NF-kB from nuclear extracts of TPA-stimulated Madin-Darby
bovine kidney (MDBK) cells was also inactivated
suggesting that the control of NF-kB activity by IkB is
conserved among different mammalian species.

NF-kB is constitutively active in cell lines derived
from mature B cells. Sen, R. and D. Baltimore, Cell,
46:705 (1986). Nuclear extracts from the mouse B cell
line WEHI 231 were tested in the inhibitor assay to
examine whether NF-kB has undergone a modification in
those cell lines that prevented its inactivation by IkB.
NF-kB from B cells was as efficiently inactivated as
NF-kB from pre-B cells (Figure 37B), suggesting that
NF-kB is not stably modified in B cells (or in other
cells after TPA stimulation) in such a way that it cannot
respond to inactivation by IkB.

ADL 0000180

-69-

The NF-kB--IkB complex is present in enucleated cells. The NF-kB--IkB complex shows a cytosolic localization on subcellular fractionation (Figure 38A). This procedure may, however, cause artifacts. Hypotonic lysis of cells may result in partitioning of nuclear proteins into the cytosol, especially, when they are not tightly associated with nuclear components. Li, J.J. and T.J. Kelly, Proc. Natl. Acad. Sci, USA, 81:6973 (1984). Detection of the complex of IkB and NF-kB in enucleated cells was attempted. Enucleation is performed with living cells at 37°C and should therefore not interfere with active nuclear import of proteins, which is ATP-dependent and blocked at low temperature. Prescott, D.M. and J.B. Kirkpatrick, In: Methods Cell Biol., D.M. Prescott, ed. (Academic Press, New York, 1973), p. 189; Newmeyer, D.D. and D.J. Forbes, Cell, 52:641 (1987); Richardson, W.D. et al., Cell, 52:655 (1988).

Using cytochalasin B-treated HeLa cells, an enucleation efficiency of about 90% was obtained (Figure 38A). Enucleated and cytochalasin B-treated complete cells were incubated in the absence and presence of TPA, solubilized by detergent and proteins were extracted with high salt. Because of the small number of cells analyzed, this procedure is different from the standard one. Total cell extracts were analyzed for NF-kB specific DNA binding activity by EMSA (Figure 38B). In both enucleated and complete cells, similar amounts of NF-kB activity were found after TPA stimulation (Figure 38B, lanes 1 to 4). The activity was specific for NF-kB because it was not observed with a mutant k enhancer fragment. Lenardo, M. et al., Science, 236:1573 (1987);

ADL 0000181

-70-

These results suggest that TPA-inducible NF-kB in HeLa
cells is predominantly cytoplasmic because it was still
present in enucleated cells. The NF-kB activity seen
under control conditions (Figure 38B, lanes 1 and 3) was
most likely activated by the lysis conditions used
because it was also observed in extracts from HeLa cells
that were not treated with cytochalasin B, but not in
fractions obtained after hypotonic lysis. Baeuerle, P.A.
and D. Baltimore, Cell, 53:211 (1988). It was still
evident, however, that TPA could activate NF-kB in
enucleated cells (Figure 38B, lanes 3 and 4).

After treatment with DOC, total extracts from
complete and enucleated control cells showed about a
2-fold increase in the amount of NF-kB activity (Figure
38B, compare lanes 1 and 3 with 5 and 7). The demon-
stration of DOC-activatable NF-kB in enucleated cells, as
well as the presence of similar amounts of total NF-kB in
enucleated and complete cells (Figure 38B, compare lanes
5 to 8), shows that a substantial amount of the total
cellular NF-kB--IkB complex was cytoplasmic. In contrast
to NF-kB, most of the DNA binding activity of AP-1, a
bona fide nuclear protein, was apparently lost by
enucleation of cells (Figure 38B, lanes 9 to 12). Lee,
W. et al., Cell, 49:741 (1987); Angel, P. et al., Cell,
49:729 (1987).

Mechanism of NF-kB activation

Thus, it has been shown that the NF-kB nuclear
transcription factor exists in unstimulated pre-B cells
in a cytoplasmic complex with a specific inhibitory
protein, IkB. In this complex, NF-kB does not exhibit

ADL 0000182

-71-

DNA binding activity in EMSA and partitions upon sub-
cellular fractionation into the cytosol. The complex is
apparently a heterodimer consisting of about a 60 kD
NF-kB molecule and a 60 to 70 kD IkB molecule. Upon TPA
stimulation of cells, or after treatment with dis-
sociating agents _in vitro_, the NF-kB--IkB complex dis-
sociates. This releases NF-kB, which appears now to form
a homodimer and can translocate into the nucleus.
Whether dimerization is required for activation of NF-kB
is not known.

The inhibitory effect of IkB on the DNA binding
activity and nuclear localization properties of NF-kB
appears to arise from a simple physical affinity of the
two proteins. The complex freely dissociates and the
components readily associate under _in vitro_ conditions.
Even _in vivo_, dissociation by short-term TPA treatment
and reassociation after long-term TPA treatment is
evident. The latter presumably results from the
degradation of protein kinase C after TPA activation and
implies that NF-kB can move back to the cytoplasm after
being active in the nucleus.

The effect of TPA appears to involve an alteration
of IkB, but not of NF-kB. After TPA stimulation, no
active IkB was found -- implying its alteration -- while
the nuclear NF-κB remained sensitive to unmodified IkB
when tested _in vitro_. Whether inactive IkB can be
regenerated is unclear; in experiments using cyclo-
heximide (Baeuerle, P.A. _et al._, Cold Spring Harbor Symp.
Quant. Biol., 53, In Press), irreversible loss of IkB
activity was the only demonstrable effect after 8 hours
of TPA treatment. Given the ability of TPA to activate

ADL 0000183

-72-

protein kinase C, it is a reasonable hypothesis that direct or indirect phosphorylation of IkB results in its dissociation from NF-kB.

It had previously been found that the NF-kB--IkB complex is recovered in the cytosol. It is now shown directly that the complex is not removed from the cell by enucleation and, therefore, is truly cytoplasmic. Welshons, W.V. et al., Nature, 307:747 (1984). Because active protein kinase C is bound to the plasma membrane (Kraft, A.S. et al., J. Biol. Chem., 257:13193 (1983); Wolf, M. et al., Nature, 317:546 (1985); Kikkawa, U. and Y. Nishizuka, Ann. Rev. Cell. Biol., 2:149 (1986)), it becomes increasingly attractive to suggest that the cytoplasmic complex interacts in the cytoplasm (maybe near the plasma membrane) with protein kinase C and the liberated NF-kB carries the signal from cytoplasm to nucleus. Under a number of conditions, active NF-kB is found in the cytoplasm. This fact and the reversibility of NF-kB activation in vivo suggests that the protein may freely move in and out of the nucleus, bringing to the nucleus information reflecting the cytoplasmic activation state of protein kinase C and possibly of other signalling systems.

The response of NF-kB to activated protein kinase C occurs apparently indirectly through modification and subsequent release of associated IkB. The inducibility of NF-kB by TPA is thus dependent on the presence and state of activity of IkB. Changes in amount or activity of IkB should therefore influence the TPA inducibility of NF-kB. NF-kB can indeed exist not only in TPA-inducible

ADL 0000184

-73-

but also in constitutively active form (e.g., in mature B cells; Sen, R. and D. Baltimore, Cell, 46:705 (1986). Because constitutive NF-kB from B cells is still respon- sive to IkB in vitro, it is thought that IkB, and not NF-kB, is altered during differentiation of pre-B into B cells.

IkB is apparently unstable when not complexed with NF-kB. This is suggested by the absence of excess active inhibitor in the cytosol from unstimulated cells. In a situation where the production of new inhibitor is impaired, the decay of occasionally released inhibitor could activate NF-kB. This would explain the partial activation of NF-kB seen after treatment with the protein synthesis inhibitors cycloheximide and anisomycin. Sen R. and D. Baltimore, Cell, 47:921 (1987). The demonstration of a specific inhibitory protein of NF-kB and the interpretation that cycloheximide treatment can activate NF-kB, presumably because cells become depleted of inhibitor, suggest that IkB is the putative labile repressor of k gene expression (Wall, R. et al., Proc. Natl. Acad. Sci. USA, 83:295 (1986)) and of NF-kB activity. Sen, R. and D. Baltimore, Cell, 47:921 (1987).

As a result of the work described herein, the IκB gene is now available, as is IκB itself, antibodies specific for the IκB gene-encoded product, and probes which include all or a portion of the IκB gene sequence. Also available are methods of using the IκB gene, the encoded protein and IκB-specific antibodies for such purposes as identifying and isolating other IκB genes, IκB "like" genes, and IκB-encoded products. Altering NF-κB activity and altering NF-κB-mediated gene expression. In particular, it is now possible, through

ADL 0000185

-74-

the method of the present invention, to block or inhibit
NF-κB passage into the nucleus of cells in which it
occurs and, thus, block (partially or totally) binding of
NF-κB to NF-κB binding sites on genes which include such
recognition sites.  Such a method is useful for altering
expression of genes which is mediated by NF-κB; such
genes include cellular genes (e.g., cytokine genes) and
genes introduced into host cells (e.g., viral genes, such
as cytomegalovirus gene, HIV-1 genes (e.g., the tax
gene), and the SV40 gene).  This method of altering
NF-κB-mediated gene expression is useful, for example,
for inhibiting viral gene expression in infected cells,
such as in an individual infected with the HIV-1 or
cytomegalovirus.

The IκB gene and the encoded IκB protein can be used
to negatively regulate NF-κB activity in cells.  For
example, the IκB gene can be incorporated into an appro-
priate vector (e.g., a retroviral vector or capable of
expressing the IκB gene and introduced into cells in
which NF-κB activity is to be inhibited (partially or
totally).  For example, a vector capable of expressing
IκB can be introduced into HIV-1 infected cells (e.g, T
cells) in order to inhibit HIV-1 gene expression and
activity in the cells.  IκB expressed in the cells binds
NF-κB (e.g., free NF-κB such as that released from its
inactive complex with Iκ-β) and limits its ability to act
as a messenger by inhibiting its translocation into the
nucleus.  For this purpose, all or a portion of the
IκB-encoding DNA or DNA encoding an IκB-like protein is

ADL 0000186

-75-

used.  If a portion is used, it must encode at least that
region of the IκB (or other rel-associated protein)
molecule sufficient to bind NF-κB and prevent it from
passing into the cell nucleus.  The IκB-encoding DNA or
DNA encoding an IκB-like protein used can be obtained
from a source in which it naturally occurs, can be
produced by genetic engineering or recombinant techniques
or can be synthesized using known chemical methods.  For
convenience, DNA from all three types of sources is
referred to herein as "essentially pure".  The DNA used
can have all or a portion of the DNA sequence of clone
MAD-3, all or a portion of pp40 or all or a portion of
another sequence which encodes a rel-associated or
IκB-like protein capable of inhibiting NF-κB.  In a
similar manner, DNA encoding a rel-associated or IκB-like
protein can be introduced into cells to inhibit a rel-
related protein other than NF-κB.

        Cells in which IκB (or other rel-associated protein)
is to be expressed in this manner to inhibit NF-κB (or
other rel-related protein) can be removed from the body,
the IκB-expressing vector can be introduced, using known
methods, and the resulting cells, which contain the
IκB-expressing vector, then reintroduced into the body.
For example, T-cells or bone marrow cells can be removed
from an HIV-1 infected individual, IκB-expressing vectors
can be introduced into them, and they can then be re-
placed in the individual.  Alternatively, the expression
vector containing IκB-encoding DNA can be introduced into
an individual, using known techniques, by any of a
variety of routes, such as intramuscular, intravenous,
intraperitoneal administration.  IκB itself (or other

ADL 0000187

-76-

rel-associated protein) can also be introduced into cells
to inhibit NF-κB (or other rel-related protein).  The
entire IκB molecule or a portion sufficient to bind NF-κB
and prevent its passage into the nucleus can be used for
this purpose.  IκB or an appropriate IκB portion can be
obtained from naturally-occurring sources, can be pro-
duced using known genetic engineering methods or, par-
ticularly in the case of an IκB portion, can be
synthesized chemically.  For convenience, proteins (or
portions thereof) of all three types are referred to
herein as "essentially pure".

## Uses of Genes Encoding Transcriptional Regulatory
## Factors, the Encoded Factors and Related Products

The genes encoding positive transcriptional regula-
tory factors provide a means for enhancing gene expres-
sion.  Lymphoid-specific factors involved in positive
regulation of Ig gene transcription provide a method for
enhancing immunoglobulin production in lymphoid cells.
Lymphoid cells, such as monoclonal antibody-producing
hybridomas or myelomas, can be transfected with multiple
copies of a gene encoding a regulatory factory to induce
greater production of Ig.  For this purpose, the gene
encoding a regulatory factor can be linked to a strong
promoter.  In addition, the construct can include DNA
encoding a selectable marker.  Multiple copies of the
contruct can be inserted into the cell, using known
transfection procedures, such as electroporation.  The
cell can be transfected with multiple regulatory factors,
including constitutive factors; this is particularly
useful in the case of factors determined to act in

ADL 0000188

-77-

conjunction, possibly synergistically.  Amplification of
genes encoding transcriptional regulatory factors in this
manner results in enhanced or increased production of the
regulatory factors and, consequently, production of
immunoglobulin is enhanced in these cells.

The present invention also relates to a method for
transiently expressing a gene product in a eukaryotic
cell, in which the inducibility of the NF-kB factor is
used to advantage.  This phenomenon can be exploited to
provide for the transient overexpression of a gene
product produced by a transfected gene in a eukaryotic
cell at a chosen time.

According to the method of this invention, a gene of
interest is placed under influence of the κ enhancer
sequence containing the binding site for NF-kB (i.e., the
entire enhancer sequence or a portion containing at least
the NF-kB site).  The κ-enhancer sequence is linked to a
structural gene of interest to provide an gene inducible
by NF-kB.  A gene construct is thus provided comprising
1) a κ-enhancer sequence or a portion of the κ enhancer
sequence containing at least the sequence to which the
factor NF-kB binds; 2) a promoter; and in 3) structural
gene of interest.

Conventional recombinant DNA techniques can be used
to prepare the construct.  The κ enhancer sequence can be
obtained from lymphoid cells which express the κ-light
chain.  The κ enhancer can also be obtained from clones
containing the sequence.  The construct can be prepared
in or inserted into a transfection vehicle such as a
plasmid.

ADL 0000189

-78-

The structural gene can be any gene or gene segment which encodes a useful protein for which transient overexpression is desired. Such proteins are, for example, those that are damaging to cells when produced constitutively. The structural gene can be used with its endogenous promoter or other eukaryotic promoter.

Cells for transfection can be any eukaryotic cells used for the expression of eukaryotic proteins. Transfection procedures, such as the calcium precipitation technique are well known in the art.

As the desired time, the transfected cells can be stimulated with the appropriate inducer in an amount sufficient to induce production of NF-kB. The preferred inducer is a phorbol ester which acts rapidly and directly to activate protein kinase C and induces production of NF-kB. If the transfected cell is a lymphoid cell (e.g., B cell) responsive to a mitogen such as LPS or PHA the mitogen may be used alone or in combination with phorbol ester.

Genes encoding transcriptional regulatory factors can be modified for a variety of purposes, such as to encode factors with activity equivalent to the naturally-occuring factor, factors with enhanced ability to regulate transcription (e.g., to cause enhanced transcription of genes, relative to transcription resulting from regulation by or the effects of the normal/unmodified factor), or factors with decreased ability to regulate transcription. This can be carried out, for example, by mutagenesis of factor-encoding DNA or by producing DNA (e.g., by recombinant DNA methods or synthetic techniques) which encodes a modified or mutant

ADL 0000190

-79-

transcriptional regulatory factor (i.e., a trans-
criptional regulatory factor with an amino acid sequence
different from the normal or naturally-occurring trans-
cription factor amino acid sequence). These modified DNA
sequences and encoded modified factors are intended to be
encompassed by the present invention.

The gene encoding IgNF-b, for example, has been
cloned and sequenced and the nucleotide sequence is shown
in Figure 18A. For the various utilities discussed
below, the modified nucleotide sequence can be obtained
either naturally (e.g., polymorphic variants) or by
mutagenesis to yield substantially complementary
sequences having comparable or improved biological
activity. Fragments of the sequence may also be used.
This invention encompasses nucleic acid sequences to
which the sequence of Figure 18A hybridizes in a specific
fashion.

In addition, the DNA binding domain of the factors,
which is responsible for the binding sequence-
specificity, can be combined with different "activators"
(responsible for the effect on transcription) to provide
modified or hybrid proteins for transcriptional regu-
lation. For example, with recombinant DNA techniques,
DNA sequences encoding the binding domain can be linked
to DNA sequences encoding the activator to form a gene
encoding a hybrid protein. The activator portion can be
derived from one of the factors or from other molecules.
The DNA binding region of the hybrid protein serves to
direct the protein to the cognate DNA sequence. For
example, in this way, stronger activators of RNA poly-
merases can be designed and linked to the appropriate DNA

ADL 0000191

-80-

binding domain to provide for stronger enhancement of transcription.

DNA probes for the genes encoding the regulatory factors can be used to determine the presence, absence or copy number of regulatory factor-encoding genes or to identify related genes, by hybridization techniques or a polymerase chain amplification method (e.g., PCR). The ability to detect and quantify genes encoding transcriptional regulatory factors can be used in diagnostic applications, such as to assess conditions relating to aberrant expression of a regulatory factor. Cells can be typed as positive or negative for the occurrence of a particular gene and, in addition, can be analyzed for the copy number of the gene. The DNA probes are labeled DNA sequences complementary to at least a portion of a nucleic acid encoding a transcriptional regulatory factor. The labeled probe is contacted with a sample to be tested (e.g., a cell lysate) and incubated under stringent hybridization conditions which permit the labeled probe to hybridize with only DNA or RNA containing the sequence to which the probe is substantially complementary. The unhybridized probe is then removed and the sample is analyzed for hybridized probe.

The DNA probes can also be used to identify genes encoding related transcriptional regulatory factors. For this purpose, hybridization conditions may be relaxed in order to make it possible to detect related DNA sequences which are not completely homologous to the probe.

Antibodies can be raised against the transcriptional regulatory factors of this invention. The antibodies can be polyclonal or monoclonal and they can be used as

ADL 0000192

-81-

diagnostic reagents in assays to determine whether a
factor is expressed by particular cells or to quantitate
expression levels of a factor.

A gene encoding a transcriptional regulatory factors
can also be used to develop _in vivo_ or _in vitro_ assays to
screen for agonists or antagonists of a factor-encoding
gene or of the factor encoded by the gene. For example,
genetic constructs can be created in which a reporter
gene (e.g., the CAT gene) is made dependent upon the
activity of a factor-encoding gene. These constructs
introduced into host cells provide a means to screen for
agonists or antagonists of the factor-encoding gene. The
antagonists may be used to decrease the activity of the
factors and thus may be useful in the therapy of diseases
associated with overactivity of a transcriptional regu-
latory factor. Such agonists or antagonists identified
by assays employing the factor-encoding genes of this
invention are within the scope of this invention.

The present invention is useful as a means of
controlling activation in a host cell of an NF-kB pre-
cursor, which results in formation of activated NF-kB,
which, in turn, plays a key role in transcriptional
activation of other sequences, such as the k light chain
enhancer, the HIV enhancer and the interleukin-2 receptor
α-chain gene. NF-kB has been shown to be a ubiquitous
inducible transcription factor; it has been shown, as
described herein, to be present in many types of cells
(i.e., all cell types assessed to date). It serves to
make immediate early responses which it is capable of
effecting because it is post-translationally activated.
As a result, the method and composition of the present

ADL 0000193

-82-

invention can be used to control transcriptional acti-
vation of genes encoding a selected cellular protein.
Changes in expression of genes transcribed by RNA poly-
merase II in response to agents, such as steroid
hormones, growth factors, interferon, tumor promoters,
heavy metal ions and heat shock are mediated through
cis-acting DNA sequence elements such as enhancers.
Binding of NF-kB transcription factor has been shown to
confer transcriptional activity on several genes.
Expression of these genes and others similarly affected
can be controlled by the present method.  For example, it
has been shown that expression of one of the two elements
of the cell surface receptor specific for IL-2 is con-
trolled by NF-kB.  Thus, in T cells, which produce IL-2,
production can be controlled (enhanced, reduced) by
controlling activation of NF-kB.  In a similar manner,
the method of the present invention can be used to
control expression of human immunodeficiency virus in
infected host cells.

Methods and compositions of the present invention
are based on use of the role of NF-κB as a second
messenger, or mediator, in the expression of genes in a
wide variety of cell types.  The expression of a gene
having an NF-κB binding recognition sequence can be
positively or negatively regulated to provide,
respectively, for increased or decreased production of
the protein whose expression is mediated by NF-κB.
Furthermore, genes which do not, in their wild type form,
have NF-κB recognition sequences can be placed under the
control of NF-κB by inserting NF-κB binding site in an

ADL 0000194

-83-

appropriate position, using techniques known to those
skilled in the art.

DNA sequences known to contain NF-κB binding domains
are shown in Table 2. According to the methods described
herein, the expression of genes under the control of one
of these elements is subject to modulation by alteration
of the concentration or availability of NF-κB. This can
also be carried out, according to the present method, for
any gene which contains an NF-κB binding site. Further-
more, genes which do not naturally contain NF-κB binding
sites can be modified, using known techniques, to subject
these genes to NF-κB modulation. First, an appropriate
expression vector is selected for use in a biological
system of interest, the vector having a gene of interest
and restriction enzyme recognition sequences to
facilitate the insertion of a DNA fragment carrying the
NF-κB binding sites.

For example, the sequences of the κ immunoglobulin
enhancer, the SV40 70 base pair repeat, the HIV long
terminal repeat, the MHC class I H2-kb gene and the
interferon β PRDII gene, all possess NF-κB binding sites
(Table 2). By comparing sequences to which NF-κB binds
specifically, a consensus sequence has been determined:

                    C   C
                GGGRATYYAC.
                    T   T

DNA sequences which flank the binding site are scanned
for convenient restriction enzyme recognition sequences
to facilitate removal of the fragment from the longer

ADL 0000195

-84-

sequence in which occurs and its subsequent insertion
into the expression vector.  If such sequences are
present, the transfer of the fragment carrying the
binding site, to the expression vector, is straight
forward.  If convenient sites do not exist, fragment
transfer is facilitated through the introduction of such
restriction enzyme recognition sequences using well
known, site-directed mutagenic techniques.  The con-
struct, prepared as described, can then be introduced
into a biological system of interest.

The expression of such constructs in a biological
system is subject to modulation by NF-κB.  For example,
purified NF-κB could be introduced into the system in an
effective amount such that any inhibitory molecule
present in the system would be titrated out and unin-
hibited NF-κB could interact with its binding recognition
sequence, thereby increasing the rate of transcription.
This is an example of positive regulation.

Similarly, a copy of the NF-κB gene, cloned in an
appropriate expression vector, could be introduced into
the biological system, thereby providing for internal
expression of the NF-κB molecule, preferably at
relatively high levels.  Again, high levels of NF-κB
would function to titrate out any inhibitor molecule
present, and also to increase the rate of transcription
from a gene possessing a NF-κB binding site.

A level of discrimination among members of a related
family of NF-κB binding sites, by a modified NF-κB
molecule, can also be introduced.  Referring to Table 1,
for example, there are apparent differences among the

ADL 0000196

-85-

various NF-κB binding sites from various genes.  A copy
of a cloned NF-κB gene can be mutagenized to alter the
binding domain by well known techniques, such as site or
region directed mutagenesis.  Alternatively, DNA frag-
ments encoding a modified NF-κB binding domain can be
made synthetically, having appropriate cohesive or blunt
termini to facilitate insertion into the NF-κB gene to
replace the existing sequences encoding the corresponding
portion of the binding domain.  Such restriction frag-
ments can be synthesized having any desired nucleotide
changes.  Mutated proteins encoded by such genes can be
expressed and assayed for preferential binding to, for
example, one of the 10 different DNA binding sites shown
in Table 1 or related members of the family of NF-κB
binding sites.  An example of an assay which can be used
to screen large numbers of recombinant clones in order to
identify binding domain mutants is that described by
Singh et al., (Cell, 52;415-423 (1988)).  Once such a
mutant is identified, a DNA expression vector encoding
this mutant protein can be introduced into a cell.  The
mutant protein will preferentially bind to the selected
member or members of the family of DNA binding sites,
such as those shown in Table 2, thereby preferentially
enhancing transcription from only those genes which
contain that particular binding site.

ADL 0000197

-86-

TABLE 2  Sequences  recognized by NF-κB.

| Gene | Sequence |
|------|----------|
| Ig κ enhancer - mouse<br>SV40 enhancer<br>HIV-1 (-91)<br>CMV (4)[1],[2] | GGGGACTTTCC |
| HIV-1 (-105)<br>HIV-2<br>CMV (1)[1]<br>β2-microglobulin<br>serum amyloid A - g9 | AGGGACTTTCC |
| Ig κ enhancer - human<br>CMV (3)[1] | GGGGATTTCC |
| Interferon-β – PRDII | GGGAAATTCC |
| CMV(2)[1] | GGGACTTTCC |
| MHC class II - E$_α^d$ | GGGACTTCCC |
| IL-2 lymphokine | GGGATTTCAC |
| mouse IL-2Rα | GGGGATTCCT |
| human IL-2Rα | GGGAATCTCC |
| MHC class I - H2 - K$^b$<br>HLA - A2, A11, B7<br>B27, B51 | GGGATTCCCC |
| CONSENSUS[3]: | GGGRATYYAC (with C over T at position 6 and C over T at position 10) |

---

[1]  In this particular element, the sequence has not been tested in a binding assay.  All others have been proven by direct binding and usually by inhibition of binding to the Ig κ sequence.
[2]  Since there are four putative NF-κB recognition sites in the cytomegalovirus enhancer, these have been numbered 1-4 as they are found from 5' to 3' on the coding strand.
[3]  Consensus is based on all sequences though the assignments of the sixth and tenth positions ignore one deviant.

ADL 0000198

-87-

Negative regulation can be effected in an analogous manner. For example, a specific inhibitor molecule which is able to block (reduce or eliminate) NF-κB binding can be added to the biological system in an effective amount. Preferably, this inhibitor is specific for NF-κB and does not interact with other cell constituents. An example of such a molecule is I-κB.

Alternatively, negative regulation can be effected using "decoy" molecules, which are designed to mimic a region of the gene whose expression would normally be induced by NF-κB. In this case, NF-κB would bind the decoy and, thus, not be available to bind its natural target.

Furthermore, in the case of an inhibitor molecule which is also a protein, the gene encoding the inhibitor molecule can be identified, isolated, and cloned into an appropriate expression vector using common methodology. When introduced into an appropriate biological system, the inhibitor molecule is synthesized and functions to interact with NF-κB with its binding site and as a consequence reducing the level of transcription of the gene containing the NF-κB binding site.

Yet another method for negatively regulating the expression of a gene containing an NF-κB binding domain involves the introduction of an effective amount of a decoy sequence encoding the NF-κB binding domain. The decoy sequence serves as an unproductive binding domain with which the NF-κB molecule binds. As the finite number of NF-κB molecules bind to the decoy sequences, the number which bind productively (result in increased transcription) with an intact gene, decreases.

ADL 0000199

-88-

Negative regulation can also be effected by the introduction of "dominantly interfering" molecules (see e.g., Friedman et al., Nature, 335:452-454 (1988). For example, if the DNA binding domain and the DNA polymerase activating domain of NF-κB are spatially distinct in the molecule, a truncated form of the NF-κB molecule can be synthesized, using well known techniques. A preferred embodiment would be a truncated molecule retaining the DNA binding domain, but lacking the RNA polymerase activating domain. Such a "dominantly interfering" molecule would recognize and bind to the NF-κB binding site, however, the binding would be non-productive. Because the activation portion of NF-κB would be required for enhanced transcription, the truncated molecule would exert no positive effect. Furthermore, its occupation of the NF-κB binding site effectively blocks access to any intact NF-κB molecule which may be present in the cell.

The invention is further illustrated by the following examples, which are not intended to be limiting in any way.

### EXAMPLES

### Example 1.  Identification of Nuclear Factor IgNF-A

### METHODS

1.  Gel electrophoresis DNA Binding assays with the SfaNI-SfaNI κ promoter fragment.

The SfaNI fragment was subcloned into the SmaI site of pS64 (pSPIgV$_κ$, provided by N. Speck). For binding

ADL 0000200

-89-

analysis this fragment was excised from pSPIgV$_\kappa$ by
digesting with Hind III and Eco RI. These latter sites
flank the Sma I site in the polylinker of pSP64. After
end-labeling with [$\alpha$-$^{32}$P]dATP and the large fragment of
E. coli DNA polymerase I, the radiolabeled fragment was
isolated by polyacrylamide gel electrophoresis. Binding
reactions were performed and the reaction mixtures
resolved by electrophoresis (Figure 1b). The $^{32}$Plabeled
fragment (about 0.5 ng, 10,000 cpm) was incubated with a
nuclear extract of a human B lymphoma cell line
(EW)(prepared by the method of Dignam, J.D. et al. Nucl.
Acids Res. 11 1475-1489 (1983)) in the absence (lane 1)
or presence of two different non-specific competitor DNAs
(lanes 2-11). Binding reactions (25 $\mu$l) contained 10 mM
Tris.HCl (pH 7.5), 50 mM NaCl, 1 mM DTT, 1 mM EDTA, 5%
glycerol and 8 $\mu$g EW nuclear extract protein. Reactions
2-6 additionally contained 800, 1600, 2400, 3200 and 4000
ng, respectively, of poly(dI-dC)-poly(dI-dC). Reactions
7-11 contained 300, 600, 900, 1200 and 1500 ng,
respectively, of Hinf I digested E. coli chromosomal DNA.
After a 30 min incubation at room temperature, the
resulting complexes were resolved in a low ionic strength
4% polyacrylamide gel (acrylamide:bisacrylamide weight
ratio of 30:1) containing 6.7 mM Tris.HCl (pH 7.5), 3.3
mM Na-acetate and 1 mM Na-EDTA. See Strauss, F. and
Varshavsky, A. Cell 37 889-901 (1984). The gel was
preelectrophoresed for 30 min at 11V/cm. Electrophoresis
was carried out at the same voltage gradient for 90 min
at room temperature with buffer recirculation. The gel
was then dried and auto- radiographed at -70°C with a
screen. In Figure 1b, F and B indicate positions of free
and bound fragments respectively.

ADL 0000201

-90-

Binding assays were performed as detailed above using 2400 ng poly(dI-dC)-poly(dI-dC)) and the following DNA fragments: κ SfaNI-SfaNI (~0.5 ηg, 10,000 cpm, lane 1), κ PvuII-KpnI (~0.5 ηg, 10,000 cpm, lane 2), κ PvuII-SfaNI (~0.1 ηg, 5000 cpm, lane 3) and pSP64 PvuII-EcoRI (~0.2 ng, 5000 cpm, lane 4). The κ PvuII-SfaNI fragment was derived from the plasmid pSPIgV$_κ$ by digesting with PvuII and EcoRI. The EcoRI site is in the polylinker and therefore this fragment contains 16 bp of polylinker sequence.

2. Binding competition analysis in nuclear extracts of human EW and HeLa cells.

EW nuclear extract, Figure 2a. Binding assays were performed as detailed above using radiolabeled K PvuII-SfaNI fragment (~0.1 ηg, 5000 cpm) and 2400 ηg poly(dI-dC)-poly(dI-dC). Reactions 2-4 additionally contained 50, 100 and 200ηg, respectively, of the bacterial plasmid pSP64 whereas 5-7 contained 50, 100 and 200 ηg, respectively, of the recombinant plasmid pSPIgV$_κ$. Assuming that a molecule of pSPIgV$_κ$ contains a single high affinity site whereas a molecule of pSP64 (3000 bp) contains 6000 non-specific sites, the apparent affinity ratio of the factor for these two types of sites is greater than $6000 \times 200/50 = 12.4 \times 10^4$ Hela nuclear extract, Figure 2b. Binding assays were performed as detailed above using radiolabeled κ PvuII-SfaNI fragment (about 0.1 ng, 5000 cpm), 2400 ng poly(dI-dC)-poly(dI-dC) and 6 μg Hela nuclear extract protein (provided by P. Grabowski). Reactions 1 and 2 additionally contained 100 ηg of pSP64 and pSPIgV$_κ$, respectively.

ADL 0000202

-91-

3.  DNase footprinting of factor-DNA complexes. (Figure 3)

The B cell nuclear extract was applied to a heparin-sepharose column equilibrated with 10 mM Hepes pH 7.9, 20% glycerol, 1 mM DTT, 1 mM EDTA, 5 mM $MgCl_2$ and 0.1 M KCl. The $\kappa$-promoter binding factor was eluted with a 0.25 M KCl step. Binding reactions with this fraction (30 $\mu$l) contained 2.5 mM $MgCl_2$, $\kappa$ PvuII-SfaNI (~1 $\eta g$, 100,000 cpm) and 4800 $\eta g$ poly(dI-dC)-poly(dI-dC) in addition to components detailed above. The coding strand of the $\kappa$ promoter probe was 3' end-labeled (Eco RI site) with [$\alpha$-$^{32}$P] dATP using the large fragment of $\underline{E. \ coli}$ DNA polymerase. Reaction 1 was digested with DNase I (5 $\mu$g/ml) for 2.5 min at room temperature in the absence of B cell nuclear protein. Reaction 2 was initially incubated with the heparin Sepharose fraction of the EW nuclear factor (14 $\mu$g protein) for 15 min at room temperature and then digested with DNase I as above. Each reaction was stopped with EDTA (5 mM) and the products separated by native polyacrylamide gel electro-phoresis as detailed above. After autoradiography to visualize the various species, DNA was eluted from the free (reaction 1) and bound (B1 and B2, reaction 2) fragment bands by incubating gel slices in 0.5 M ammonium acetate (ph 7.5), 0.1% SDS and 1 mM EDTA with shaking at 37°C overnight. The supernatants were extracted sequentially with phenol-chloroformisoamylalcohol (25:24:1 v/v) and chloroform - isoamylalcohol (24:1 v/v) and precipitated with 2 volumes of ethanol in the presence of carrier tRNA. After a reprecipitation step

ADL 0000203

-92-

the products were analyzed by separation in a 10% poly-
acrylamide gel (20:1) in the presence of 8M urea followed
by autoradiography at -70°C with a screen. Lane 1
contains products of free fragment digestion from
reaction 1. Lanes 2 and 3 contain digestion products
eluted from bound bands B1 and B2, respectively, from
reaction 1. Lanes 1', 2' and 3' corresponds to 1, 2 and
3, respectively, with the exception that the former set
was digested with DNase 1 for 5 min. A-G chemical
cleavage ladders of the κ promoter probe were coelectro-
phoresed to map the binding domain. See Maxam, A. and
Gilbert, W. Meth. Enzymol. 65, 499-525 (1980).

4. Binding of a common nuclear factor to three Ig
transcriptional control elements.

Nucleotide sequences of actual and putative binding
sites, Figure 4a. The $V_L$ binding site is defined by the
DNase I protection assay (* indicates boundaries of the
protected region). The $V_H$ and $J_H$-$C_\mu$ sequences are
putative binding sites in the $V_{17.2.25}$ promoter and the
mouse heavy chain enhancer, respectively. Numbers in
brackets indicate start coordinated of octamer motif.
Binding competitions. Binding assays (10 $\mu$l) were
performed as detailed above using 1600 ng poly(dI-dC)-
poly(dI-dC) and the heparin Sepharose fraction of the EW
nuclear factor (1.5 $\mu$g protein). $V_L$ probe (about 0.1 ng,
5000 cpm) lanes 1-3, 10, 11. $V_H$ probe (~0.2 ng, 5000
cpm) lanes 4-6, 12-12. $J_H$-$C_\mu$ probe (~0.2 ng, 5000 cpm),
lanes 7-9, 14, 15. Lanes 2, 5, 8 additionally contained
5 ng of a $V_L$ promoter oligomer (36 bp, spanning positions

ADL 0000204

-93-

-81 to -44 of the MOPC-41 $V_\kappa$ gene segment) whereas lanes
3, 6, 9 contained 50 ng of the same oligomer. Lanes 11,
13, 15 additionally contained 50 ηg of a $J_H-C_H$ oligomer
(41 bp, spanning positions -1 to 40 of the heavy chain
enhancer). Complementary single-stranded synthetic
oligonucleotides were kindly made by Dr. Ronald Mertz,
Genzentrum der Universitat Munchen and Dr. E. L.
Winnacker, Institut fur Biochemie der Universitat
Munchen. They were annealed prior to use as competition
substrates in the binding assay.

## RESULTS

A radiolabeled SfaNI-SfaNI DNA fragment derived from
the upstream region of the MOPC-41 $\kappa$ light chain gene
(Fig. 1a) was incubated with a nuclear extract of a human
B cell line in the absence or presence of two different
competitor DNAs. The resulting complexes were resolved
from the free fragment by electrophoresis through a low
ionic strength, non-denaturing polyacrylamide gel and
visualized by autoradiography (figure 1b). In the
absence of competitor DNA all of the labeled fragment was
retained at the top of the gel (lane 1) probably due to
the binding of an excess of non sequence-specific
proteins. With addition of increasing amounts of either
poly(dI-dC)-poly(dI-dC) (lanes 2-6) or $\underline{E}$. $\underline{coli}$ chromo-
somal DNA (lanes 7-11) as competitors, putative protein-
DNA complexes which migrated more slowly than the free
fragment were detected. The relative abundance of the
major species of complex (B) as well as that of minor
species was significantly greater in the presence of the
alternating copolymer competitor DNA. Because substi-

ADL 0000205

-94-

tution of the simple copolymer considerably increased the
sensitivity of the assay, it was used in all subsequent
binding analyses.

To test the sequence-specificity of the major
species detected in the binding assay, a set of mutually
overlapping Kappa promoter fragments (See Figure 1a,
SfaNI-SfaNI, PvuII-KpnI and PvuII-SfaNI) and a similar
length fragment derived from the bacterial plasmid SP64
(EcoRI-PvuII) were individually assayed (Figure 1c).
Whereas the bacterial DNA fragment showed no appreciable
binding (lane 4) all of the $\kappa$ promoter fragments yielded
major discrete complexes of similar mobilities (lanes
1-3).  The mobilities of a series of complexes formed
with different length fragment probes (75-300 bp) are
approximately the same (data not shown).  These data
therefore suggested the binding of a specific nuclear
factor within the region of overlap of the Kappa promoter
fragments.  This region includes the conserved octameric
sequence but not the TATA element.  Note that with the
smallest 75 bp Kappa promoter fragment (lane 3) no
appreciable label was retained at the top of the gel.
Thus, as has been noted recently, the use of small probe
fragments further enhances the sensitivity of detection
of specific protein-DNA complexes.

The sensitivity gained by use of both the copolymer
and a small fragment probe permitted the detection of two
complexes, B1 and B2 (Figure 2a, lane 1).  The major
species B1 corresponds to complex B in the earlier
figure.  The relative affinity of the factor(s) for $\kappa$
promoter DNA was estimated by a competition assay (Figure
2a).  Whereas a control plasmid (pSP64), when added in

ADL 0000206

-95-

the above incubation, failed to compete for binding in
the concentration range tested (lanes 2-4), the recombi-
nant plasmid (pSPIgV$_\kappa$) effectively reduced the formation
of both species B1 and B2 in the same range (lanes 5-7).
The latter plasmid was constructed by insertion of the
upstream region of the Kappa promoter into pSP64.
Assuming that the pSPIgV$_\kappa$ plasmid contains a single high
affinity binding site these results suggest that the
nuclear factor(s) responsible for B1 and B2 has at least
a 10$^4$-fold higher affinity for its cognate sequence than
for heterologous plasmid DNA (see Methods section 2
above).

To determine if the factor(s) responsible for
formation of B1 and B2 was specific to B lymphocytes, a
nuclear extract derived from human HeLa cells was assayed
for binding to the $\kappa$ promoter probe (Figure 2b). Both
species B1 and B2 were generated at similar levels as
that observed with B cell extracts, by the HeLa extract
(lane 1). Furthermore, both were specifically competed
by the pSPIgV$_\kappa$ plasmid (lane 2). Thus HeLa cells also
contain a factor(s) which binds specifically to the $\kappa$
promoter upstream region.

DNase I footprint analysis was used to delineate at
a higher resolution the binding domain(s) of factor(s)
present in complexes B1 and B2. To facilitate these
studies, the binding factor(s) from B cells was partially
purified by chromatography of nuclear extract protein on
a heparin sepharose column. Most of the binding activity
eluted in a 0.25 M KCl step fraction, giving a purifi-
cation of approximately 5-fold (data not shown; see
legend to Fig. 3). For footprint analysis, DNase I was

ADL 0000207

-96-

added for a partial digestion after incubation of the
partially purified factor(s) with the κ promoter
probe B1 and B2 species were then resolved from free
fragment by polyacrylamide gel electrophoresis.  Bound
DNA was eluted from both B1 and B2 bands and examined by
denaturing polyacrylamide gel electro- phoresis (Fig. 3,
lanes 2, 3 and 2', 3').  DNase I digests of the κ pro-
moter probe in the absence of B cell protein (lanes 1 and
1') and A+C chemical cleavage ladders were coelectro-
phoresed to map the binding domain.  Factor(s) in the B1
complexes (lanes 2 and 2') appeared to protect a 19
nucleotide region on the coding strand.  The 5' and 3'
boundaries of the protected region map to positions -72
and -52, respectively, from the site of transcriptional
initiation.  The region of DNase I protection was
centered about the conserved octanucleotide sequence
ATTTGCAT suggesting its importance in the recognition of
the Ig promoter by the nuclear factor.  B2 complexes
showed a virtually identical DNase I protection pattern
as B1 complexes and therefore do not appear to involve
additional DNA contacts (lanes 3 and 3').  The simplest
interpretation of this observation is that the B2 complex
is generated by dimerization through protein-protein
interactions of the factor responsible for the B1
complex.  Alternatively, the B2 complex could be formed
either by the binding of another protein to the factor
responsible for the B1 complex or by recognition of the
same set of sequences by a distinct DNA binding protein.

Because the octamer sequence motif is present in
both light and heavy chain gene promoters as well as in
the enhancer elements of both mouse and human heavy chain

ADL 0000208

-97-

genes, assays were performed for factor binding to
fragments from a mouse heavy chain promoter ($V_H$) and the
mouse heavy chain enhancer.  The $V_H$ promoter fragment was
derived from the 5' region of the $V_{17.2.25}$ gene and
included nucleotides between positions -154 and +57
relative to the transcriptional start site.  Grosscheal,
R. and Baltimore, D. Cell 41 885-897 (1985).  In this
promoter the conserved octanucleotide spans positions -57
to -50 (Figure 4a).  The heavy chain enhancer fragment
was derived from the germline $J_H$ $C_\mu$ region and spanned
positions 81 to 251 within a 313 bp region implicated in
enhancer function.  Banerji, T. et al. Cell 33 729-740
(1983).  The conserved octanucleotide is positioned
between coordinates 166 to 171 in the above fragment
(Fig. 4a).  The B-cell heparin sepharose fraction (puri-
fied on the basis of binding to the Kappa promoter
sequence, Fig. 4b, lane 1) evidenced binding to both the
$V_H$ promoter fragment (lane 4) and to the enhancer frag-
ment (lane 7).  The mobilities of the complexes formed
with the three fragments were very similar consistent
with the binding of a common factor.  Furthermore,
binding to these fragments was specifically competed by a
synthetic duplex 40-mer that spanned the octanucleotide
motif of the MOPC 41 $\kappa$ light chain gene promoter (lanes
1-9).  An oligomer of equivalent size containing a
sequence from a region of the mouse heavy chain enhancer
lacking the octanucleotide motif (Fig. 4b) failed to
compete for binding in the same concentration range
(lanes 10-15).  This competition analysis further
strengthens the suggestion that a common nuclear factor
(IgNF-A) binds to all three Ig transcriptional elements.

ADL 0000209

-98-

As has been mentioned previously, these three transcrip-
tional elements share an identical sequence motif
ATTTGCAT (Fig. 4a). Thus, the binding of a common
nuclear factor is almost certainly mediated by this
motif.

<u>Example 2. Dependency of in vitro transcription of Ig
genes on an upstream sequence</u>

METHODS

Figure 5a: Templates. The deletions 5'Δ5 and 5'Δ7 have
been described before. See Bergman Y. <u>et al</u> PNAS USA
81:7041 (1981). The highly conserved octanucleotide
sequence which is found upstream of all sequenced heavy
and light chain variable region genes is boxed (labelled
"OCTA"). It is located approximately 30 base pairs
upstream from the "TATA" box. The plasmids pκ and pΔκ
were constructed by converting the 5'-ends of 5'Δ5 and
5'Δ7 into a Hind III site by means of synthetic linkers
followed by cloning the fragment up to the Bgl II site in
the $J_\kappa$-$C_\kappa$ major intron into Hind III, Bam HI digested
pUC-13. pκE$_\kappa$ and pκE$_\kappa$ represent plasmids containing
either the kappa enhancer of the heavy chain enhaner
cloned into the unique Hind III site of pK. The segments
used as the enhancers are an 800 bp Hind III-Mbo II
fragment from the $J_\kappa$-$C_\kappa$ intron (Max, E.E. <u>et al</u>. (1981)
J. Biol. Chem. <u>256</u>5116) and a 700 bp Xba I-Eco RI frag-
ment from the $J_H$-$C_\mu$ intron. Gillies, S.D. <u>et al</u>. Cell
<u>33</u>:717 (1983); Banjerji, J. <u>et al</u>. Cell <u>33</u>:729 (1983).
Figure 5b; transcription in whole cell extracts made from

ADL 0000210

-99-

the human B lymphoma cell lines RAMOS (lanes 1,2) and EW
(lanes 3,4); transcription in a HeLa whole cell extract
(from A Fire (lanes 5,6)).  The expected 2.3 kb run off
transcript is indicated.

The cell lines RAMOS and EW were grown in RPMI
medium containing 10% inactivated fetal calf serum to a
density of $5-8 \times 10^5$ cells per ml.  Whole cell extracts
were generated according to the procedure of Manley et
al., PNAS USA 77:3855 (1980), and had a final protein
concentration of approximately 18 mg/ml.  Run off trans-
cription reactions were carried out at 30° for 60' in a
reaction volume of 20 $\mu$l.  A typical reaction mix con-
tained 9 ul (160 $\mu$g) of whole cell extract, 50 uM each of
ATP, CTP and GTP, .5 uM UTP, 10 $\mu$Ci of $\alpha$-$^{32}$P UTP (NEG
007X, 7600 Ci/mM) 5 mM creatine phosphate, 0.3 mg/ml
creatine phosphokinase (Sigma), 12 mM Hepes 7.9, 12%
glycerol, 60 mM KCl, 5 mM MG$^{++}$, 1 mM EDTA, 0.6 mM DTT,
linearized template (about 50 $\eta$g) and poly (dI-dC)-
poly(dI-dC) as a non-specific carrier (about 400 $\eta$g).
The reactions were terminated by adding 200 $\mu$l of stop
buffer (7M urea, 100 mM LiCl, 0.5% SDS, 10 mM EDTA, 250
$\mu$g/ml tRNA, 10 mM Tris (pH 7.9), followed by two ex-
tractions with phenol: chloroform: isoamyl alcohol
(1:1:0.05), one with chloroform and precipitation with
ethanol.  The RNA's were treated with glyoxal and
analyzed by electrophoresis through a 1.4% agarose gel in
10 mM sodium phosphate (pH 6.8), 1 mM EDTA.  See Manley
et al. supra.  The gel was then dried for autoradiography
with an intensifying screen at -70°C.

Figure 6:  Effect of the upstream deletion 5'Δ7 on
in vitro transcription in B cell extracts utilizing a

ADL 0000211

-100-

pre-incubation pulse chase protocol. Run off transcripts
obtained utilizing templates containing either the wild
type promoter (lane 1) or the truncated Kappa promoter
(lanes 2,3). Lanes 4-6: In vitro transcription using
closed circular templates containing the wild type
promoter (lane 4) or the truncated $\kappa$ promoter (lanes
5-6). In these reactions 50 ng of a closed circular
template containing the adenovirus major late promoter
(MLP) was included as an internal control. The tran-
scripts specific to the $\kappa$ template or the adenovirus
template are indicated as $\kappa$ and MLP, respectively. For a
template containing the major late promoter the plasmid
pFLBH was used. The plasmid contains sequences from 14.7
to 17.0 map units of adenovirus inserted between the Bam
HI and Hind III sites of pBRJ22 and was the kind gift of
A. Fire and M. Samuels.

Either the linearized or the supercoiled template
(50 ηg) was incubated in a volume of 20 $\mu$l with 9 $\mu$l
(about 150 $\mu$g) of EW extract, 6% (wt/vol) polyethylene
glycol 20,000 and all other components described for
Fig. 5b except the nucleotides for a period of 60 minutes
at 30°C. Transcription was initiated by the addition of
nucleotides and radioactive UTP to the following final
concentrations: 60 uM each of ATP, CTP and GTP and 1 $\mu$M
UTP and 10 $\mu$Ci $\alpha$-$^{32}$P UTP (NEG 007X, 600 Ci/mM). The
initiating pulse was maintained for 10' at 30° followed
by a 10' chase with a vast excess of non-radioactive
nucleotides. Final concentrations during the chase were
as follows: 330 $\mu$M ATP, CTP, GTP and 1 mM UTP. The
reactions were quenched, worked up and the run off

ADL 0000212

-101-

transcripts analyzed as described above.  Mapping of the
initiation site of the transcript was conducted as
follows:  Transcripts generated from closed circular
templates were taken up in 20 $\mu$l of HE (50 mM Hepes, pH
0.7, 1 mM EDTA) and 10 $\mu$l was used for hybridization
selection. A hybridization template complementary to the
$\kappa$ RNA was constructed by cloning the Pva II-Sau 3A
fragment which contains the cap site of the MOPC41 gene
(Queen and Baltimore, Cell 33:741 (1983)) into the M13
phage MP9.  Single stranded phage DNA was prepared and
purified by density gradient centrifugation through
cesium chloride.  MLP specific transcripts were detected
using the M13 clone XH11 provided by A. Fire and M.
Samuels.  Hybridizations were done in a final volume of
15 $\mu$l in the presence of 750 mM NaCl and 100-200 ug of
single stranded complementary DNA at 50°C for 2 hrs.  The
reactions were then diluted with 200 $\mu$l of cold quench
solution (0.2 M NaCl, 10 mM Hepes pH 7.5, 1 mM EDTA) and
2 U of ribonuclease T1 added.  Digestion of single
stranded RNA was allowed to proceed for 30' at 30°C after
which the reactions were extracted once with phenol
chloroform isoamyl alcohol (1:1:.05) and precipitated
with carrier tRNA.  The pellet was washed once with cold
70% ETOH, dried and resuspended in 80% v/v formamide, 50
mM Tris borate, pH 8.3 and 1 mM EDTA.  The RNA was
denatured at 95°C for 3 min and then electrophoresed
through a 6% polyacrylamide 8.3 M urea sequencing gel.
The upper of 2 bands ($\kappa$) derived form the immunoglobulin
promoter represent the correct start for $\kappa$ transcription.
The lower band is seen at variable intensities and

ADL 0000213

-102-

probably does not represent a different cap site, as
explained below.

## RESULTS

Whole cell extracts were made from two human Burkitt
lymphoma lines, EW and RAMOS, by the procedure of Manley
et al. _supra_. The templates used for _in vitro_ trans-
cription reactions are diagrammed in Fig. 5a. The
template representing the wild type gene (pK) was derived
from the MOPC41 $\kappa$ gene and contained sequences from
approximately 100 bp upstream from the transcription
initiation site (end point 5'Δ5, Fig. 5a) to the Bgl II
site in the major $J_\kappa$-$C_\kappa$ intron Max, E.E. J. Biol. Chem.
256:5116. This fragment retains the complete variable
region which is rearranged to $J_\kappa$1, but not the $\kappa$ enhancer
which is further downstream of the Bgl II site. See,
e.g., Queen and Stafford, Mol. Cell. Biol. 4:1042 (1984).
This short 5' flank has been shown to be sufficient for
accurate initiation and high level of transcription in a
transient transfection assay. Bergman, Y. et al. PNAS
USA 81:7041 (1984). Deletion analysis of the $\kappa$ promoter
showed previously that important regulatory sequences are
present between nucleotides -79 and -44 because deletion
5'Δ7 completely abolished transcriptional competence of
the gene while deletion 5'Δ5 had no effect. See Bergman
et al. _supra_. The template representing an inactive
promoter mutant (pΔκ) was constructed by engineering a
Hind III site into the 5' -end of 5'Δ7 and cloning the
segment of the gene up to the Bgl II site into pUC13 cut
with Hind III and Bam HI.

ADL 0000214

-103-

To examine transcriptional activity in B cell
extracts, a linear template truncated at the Sac I site
in the polylinker was used and transcripts ending at this
site (run off transcripts) were examined by electro-
phoretic separation.  A run off transcript of 2.3 kb was
evident when RAMOS, EW or HeLa cell extracts were used
(Fig. 5b, lanes 2, 4 and 6).  When a κ chain enhancer
sequence was added to the construct, no effect was
evident implying that transcription in these extracts is
enhancer independent (Fig. 5b, lanes 1, 3 and 5).  (In EW
and HeLa, the enhancer appears to cause a slight increase
in the background radioactivity but not in the 2.3 kb
band.)  The band at 2.3 kb could be abolished by not
adding the template or by transcribing in the presence of
0.5 μg/ml amanitin.  Thus it represents a template-
specific, RNA polymerase II transcript.  The band just
below 2.3 kb is not decreased by α-amanitin and pre-
sumably reflects end-labeling of endogenous 18S rRNA.

To assess whether initiation of transcription
occurred at the natural cap site, a second assay was
used.  See Hansen, U. and P.A. Sharp (1983) EMBOJ 2:2293.
For this assay, the uniformly labeled RNA was hybridized
to a single stranded DNA probe spanning the transcription
initiation site (generated by cloning the Pvu II-Sau 3A
fragment of the κ gene into phage M13).  The resulting
complex was digested with ribonuclease T1 and the ribo-
nuclease-resistant RNA fragments were analyzed by
electrophoresis through a 6% polyacrylamide gel with 8.3
M urea.  Analysis of in vitro synthesized RNA by this
method is shown in Fig. 6 (lane4).  The upper band
(labeled κ) represents the correct cap site.  The

ADL 0000215

-104-

band just below it was seen at variable intensities and
probably does not represent a different cap site but
rather arises from cleavage with ribonuclease T1 at the
next G residue from the 3'-end of the protected region.
(Examination of the sequence near the Sau 3A1 site shows
that the second set of G residues on the RNA lies 19 bp
upstream from the end of the region of homology with the
single stranded DNA probe). Thus the extracts generated
from B cells were capable of correctly initiating and
transcribing the immunoglobulin promoter in vitro with
approximately the same efficiency as a HeLa cell extract.

To analyze the effect of 5' flanking sequences in
vitro, we examined the transcription of the deleted gene,
pΔK. Because many regulatory effects act upon the rate
of initiation of transcription, we chose to use a pre-
incubation, pulse-chase protocol which measures the
initiation rates. See Fire, A. et al. J. Biol. Chem.
259:2509 (1984). The template DNA was first pre-
incubated with the extract to form a pre-initiation
complex. Transcription was then initiated by the
addition of nucleotides and radiolabeled UTP. The
initiated transcripts were completed during a chase
period with unlabelled nucleotides and analyzed by
electrophoretic separation. Incorporated radioactivity
in this assay is proportional to the number of correct
initiations occurring during the pulse.

In Fig. 6, comparison of lanes 2 and 3 with lane 1
shows that the template pκ, which contains about 100 bp
upstream of the initiation site, initiated approximately
10-fold more efficiently than did the deletion mutant,
pκ. Again, the presence of the heavy chain enhancer

ADL 0000216

-105-

placed at -44 bp to the truncated promoter did not alter
the level of transcription. When closed circular tem-
plates were used, a similar effect of the promoter trun-
cation was observed (Fig. 6, lanes 4-6). In these
reactions a template containing the major late promoter
of adenovirus was included as an internal control; the
expected protected RNA fragment of 180 bp is labeled MLP.
Comparison of lanes 5 and 6 with lane 4 shows that there
was a 10-fold decrease in the efficiency of transcription
from the mutant promoter, whereas the transcript of the
major late promoter remained constant. The reason for
the apparent decrease in the amount of transcription from
the supercoiled template containing the heavy chain
enhancer has not been further addressed. It is evident,
however, that the dependence of transcription on an
upstream sequence between -44 and -79 is observed whether
the effect described above was specific to B cell
extracts, the same templates were transcribed in the
heterologous HeLa whole cell extract. A 4- to 5-fold
decrease in transcription was seen with the deleted
template when compared with the wild type template (data
not shown). Thus, the effect of the deletion is at best,
only modestly tissue-specific.

     We have reported here the development of trans-
criptionally competent whole cell and nuclear extracts
from two independent human B cell lymphomas. In such
extracts, transcription from the promoter of the MOPC41 κ
gene was correctly initiated and a promoter deletion
significantly reduced the level of initiated RNA. In
vitro, the effect of the deletion used here is several
hundredfold when analyzed by a transient transfection

ADL 0000217

-106-

assay.  However, the effect observed in vitro is only
about 10- to 15-fold.  Although there are now several
examples of upstream sequence requirements for in vitro
transcriptions, See, e.g., Groschedl R. and Birsteil M.L.
(1982) PNAS USA 79:297; Hen, R. et al. (1982) PNAS USA
79:7132, the effects have been smaller than the corres-
ponding one in vivo.  This is possibly due to the
dominance of the TATA box and associated factors in
determining the level of transcription in vitro Miyamoto,
N.G. et al., Nucl. Acids Res. 12:8779 (1984).

Example 3.  Discovery and Characterization of IgNF-B
     The mobility shift gel electrophoresis assay was
used to screen nuclear extracts from a variety of cell
lines for octamer binding proteins.  The band corres-
ponding to IgNF-A was found in all extracts but a second
band with distinct mobility from IgNF-A was found only in
nuclear extracts from lymphoid cells.  This lymphoid-
specific octamer binding protein, termed IgNF-B, was
found in nuclear extracts from all pre-B, mature B and
myeloma cell lines tested and in nuclear extracts from
some T cell lymphomas (see Figure 7 and 8).  IgNFB was
not detected in nuclear extracts from the non-lymphoid
cell lines, Hela, ¢2, Cos and Mel (see Figure 8).  IgNF-B
was shown to be specific for the same octamer sequence as
IgNF-A by competition experiments n which the IgNFB band
was selectively competed by unlabelled DNA fragments
sharing only the octamer sequence and not by DNA frag-
ments lacking the octamer sequence.
     The octamer sequence is found at approximately
position -70 upstream of the transcription start site of

-107-

all immunoglobulin (Ig) variable genes which is in the
region that has been shown to control the lymphoid
specificity of the Ig promoter.  Thus, IgNF-B binds to
the upstream octamer sequence in lymphoid cells and
activate transcription.

<u>Example 4.  Factors Binding to μ-Enhancer:  E Factor</u>

The fully functional μ enhancer has been localized
to a 700 bp XbaI EcoRI fragment from the major intron
between $J_H$ and $C_\mu$.  This fragment can be further sub-
divided by cleaving at the PstI site to generate a 400 bp
XbaI-PstI fragment (μ400) and a 300 bp PstI-EcoRI frag-
ment (μ300).  It has been shown by transient trans-
fections that 30-50% of the tissue specific enhancer
activity is retained in μ300, whereas there is no
detectable activity of μ400.  The gel binding assay was
employed to investigate what protein factors may interact
with the u-enhancer.  Briefly, end-labelled DNA fragments
were incubated with nuclear extracts made from tissue
culture cells.  After 20 min at room temperature the
mixture was loaded on a low ionic strength polyacrylamide
gel and electrophoresis carried out at 120V for 2 hrs.
The gels were then dried for autoradiography.  When the
functional 300 bp (μ300) enhancer fragment was used in
such an assay a DNA-protein complex was observed in
extracts derived from the human B lymphoma cell line EW
(Figure 9b, lane 2).  To show that this new band repre-
sented a specific complex binding reactions were carried
out in the presence of varying amounts of non-radioactive
competitor fragments (Figure 9b, lanes 3-11).  It is
easily seen that when μ300 is added as the competitor

ADL 0000219

-108-

fragment, the complex band is completely lost.   In
contrast, the adjacent u400 fragment (lanes 6,7,8) or a
450 bp fragment containing the $\kappa$ light chain enhancer
(lanes 9,10,11), cause only a minor effect even at the
highest concentrations used.  It is interesting to note
that there appears to be a slight increase in the amount
of specific complex in the presence of the $\kappa$ enhancer
fragment (compare lanes 9 and 2).  As demonstrated below,
both the $\mu$ and the $\kappa$ enhancers interact with at least one
common protein and this is not the factor being detected
by binding the u300 fragment.  The increase in the
specific complex in the presence of the $\kappa$ enhancer is
probably due to the removal of factors common to both the
enhancers from the reaction mix, thus leaving more of the
labelled fragment available to bind to the $\mu$ specific
factor being detected by it.

      In order to be able to detect binding sites for less
abundant proteins and also to more precisely define the
complex detected with $\mu$300, this fragment was further
dissected.  Each of the smaller fragments generated were
analyzed for their ability to serve as binding sites for
nuclear proteins.  Figure 10A shows a partial restriction
map of the relevant region of the $\mu$ enhancer.  $\mu$300 was
digested with AluI, HinfI and DdeI to generate a number
of 50-70 bp fragments labelled $\mu$50, $\mu(60)_2$ (a mixture of
AluI-DdeI and HinfI to AluI) and $\mu$70 (AluI-AluI).
Binding reactions were carried out with each of these
fragments with nuclear extracts of EW lymphoma cells in
the presence of increasing amounts of the non-specific
competitor poly (dI-dC)-poly(dI-dC).  The results are
shown in Figure 10B.

ADL 0000220

-109-

Fragment $\mu50$ forms a major complex band (lanes 2,3,4) that is barely decreased even in the presence of 4 ug of poly(dI-dC)-poly(dI-dC) (lane 4). The mixture of the two 60 bp fragments does not give rise to a discrete complex band (lanes 6,7,8). Finally the $\mu70$ fragment gave 2 faint, but discrete, nucleoprotein complex bands (lanes 10,11,12) of which the lower one is again barely affected by 3 ugm of non-specific carrier poly(dI-C)-(dI-C) (lane 12).

Specificity of the complexes observed were shown by competition experiments using a variety of DNA fragments, Figure 10C. Thus, the complex generated with $\mu50$ is specifically competed away in the presence of $\mu300$ (of which $\mu50$ is a part), or a $\kappa$ promoter fragment, but not by corresponding amounts of $\mu400$ or a $\kappa$ enhancer fragment, consistent with the complex being generated by the interaction of the previously described factor IgNF-A with its cognate sequence. (This factor recognizes a conserved octanucleotide, ATTTGCAT, found in the promoters of all sequenced immunoglobulin genes and within this subfragment of the heavy chain enhancer.)

The complex observed with $\mu70$ was specifically competed away by itself (lane 9) and to some extent with the $\kappa$ enhancer (lanes 5,6 Figure 10C) but not at all by either the Moloney murine leukemia virus enhancer (lanes 3,4) or by $\mu400$ (lanes 7,8, Figure 10D). Further competition analysis showed that this complex could not be competed away by either $(\mu60)_2$ (Figure 2D, lanes 7,8), $\mu50$ (Figure 2D, lanes 5,6) or $\mu170$ (central AluI-AluI fragment) (Figure 10D, lanes 11,12). The binding we have

ADL 0000221

-110-

observed is therefore specific to this small fragment and was detected only upon further dissecting $\mu$300 which separated the major observable interaction of IgNF-A with the enhancer sequence to another fragment· ($\mu$50).

Ephrussi et al. and Church et al. have used methylation protection experiments to define a set of G residues within the heavy chain enhancer that are specifically resistant to methylation by DMS in B cells. This result lead to the proposal that tissue-specific DNA binding proteins were respon- sible for this decreased accessibility of the reagent to DNA. The protection was observed in 4 clusters, the DNA sequences of which were sufficiently homologous to derive a consensus sequence for the binding site of a putative factor. All four postulated binding sites (E1-E4) are found within the 700 bp fragment; however $\mu$300 retains only 2 complete binding domains (E3 and E4) for this factor and the octamer (0) sequence. The Alu-Alu fragment that shows that specific nucleoprotein complex described above contains the complete E3 domain and the factor we detect in vitro presumably is the same as that detected in vivo. Thus, it was unexpected that the HinfI-Dde fragment ($\mu$50) containing E4 and 0 should not compete for binding to $\mu$70 (Figure 10D, lanes 5,6).

In case this was due to the fragment predominantly binding IgNF-A at the octamer·site and thus making it unavailable as a competitor for $\mu$70, binding reactions and competition assay were done for a fraction generated by chromatography of the crude extract over a heparin-sepharose column, that contained $\mu$70 binding activity and

ADL 0000222

-111-

was significantly depleted of IgNF-A. When $\mu$50 or $\mu$170
was endlabeled and incubated with the column fraction, no
specific nucleoprotein complexes were seen upon electro-
phoretic analysis. Even in this fraction, $\mu$50 and $\mu$170
failed to compete successfully for the interaction
between $\mu$70 and its binding protein (data not shown),
thus implying strongly that the binding site defined as
E4 perhaps does not bind the same factor that binds at
E3. Similarly, the E1 domain (isolated as a Hinf-PstI
fragment) does not compete as effectively as $\mu$70 itself
for the binding of the factor to $\mu$70.

To determine the location of the binding sites
within individual fragments ($\mu$70 and $\mu$50), the technique
of methylation interference was employed. End-labelled
DNA fragments were partially methylated on guanines and
adenines using dimethyl sulfate (DMS). Methylated DNA
was then used for binding reactions with crude extracts
and the complex was resolved from the free fragment by
electrophoresis. Both complex and free fragment bands
were then excised from the gel, and the DNA was recovered
by electroelution. Piperidine cleavage of the recovered
fragments was followed by electrophoresis through 12%
polyacylamide urea sequencing gels. In principle, if any
of methyl groups introduced by reaction with DMS
interfere with the binding of a specific protein then
that molecule of DNA will be selectively missing in the
complex formed and subsequently the corresponding ladder.
The method therefore allows identification of G residues
making intimate contacts with the protein. [We have
found that the use of DNaseI footprinting via the gel
binding assay to be complicated in the case of some of

ADL 0000223

-112-

these less abundant factors because of the short half
lives of the complexes themselves. Thus, if a binding
incubation is followed by partial DNaseI digestion, it is
possible that in the course of time required to load the
sample and have the complex enter the gel, DNA fragments
that were in complex form may exchange with the larger
amounts of free fragment in the binding reaction. Thus
not leading to any distinction in the DNase patterns seen
with wither the complex or the free DNA (e.g. the half
life of the nucleoprotein complex in μ70 is less than 1
minute,)].

The result of carrying out such an interference
experiment using nuclear extracts and on the u50 DNA
fragment shows that the complex observed arises via
interaction of the IgNF-A protein at the conserved
octameric sequence (Figure 3A). The free fragment
generates a characteristic G ladder (Figure 11A), lane
2,3) and the complex form (lane 1) is specifically
depleted in DNA molecules carrying a methyl group at the
G residue indicated by the asterisk which lies in the
middle of the conserved octamer. Presumably, modifi-
cation at this residue seriously impedes the formation of
a stable complex between the protein and its cognate
sequence. This residue was also shown to be protected
against methylation of DMS in vivo. Interestingly,
however, none of the other G residues observed to be
protected in vivo in this region of the μ enhancers
appear to be affected in our in vitro interference
experiment. Therefore, if these protections in vivo are
due to the binding of a protein, this factor is different
from IgNF-A or B and is not binding to fragment in vitro.

ADL 0000224

-113-

On the $\mu$70 fragment several G residues were
identified as being important in forming intimate con-
tacts with the binding protein (E) (Figure 11B). On the
coding strand bands the 3 G's are significantly reduced
in intensity in the complex as compared to the free DNA
fragment (Figure 11B, compare lanes 1,2), and on the
non-coding strand 2, G's are significantly affected
(Figure 11B, compare lanes 3 and 4).

The results of both the in vivo DMS protection
experiment and the in vitro methylation interference
experiments are summarized in Figure 3C. The open and
closed circles above the sequence were the residues
identified by Ephrussi et al. to be protected against
methylation in vivo whereas the encircled G's are the
ones identified by us in vitro. The pattern of pro-
tection and interference on the $\mu$70 fragment over the
consensus sequence is strikingly similar in vivo and in
vitro, which indicated strongly that the protein
identified here by means of the gel bind assay is the one
that interacts with this sequence in vivo. Analogous to
$\mu$50, however, the second set of protections seen in this
region in vivo was not observed in vitro. Tissue
specificity of the factors detected: In order to deter-
mined whether the proteins identified are limited to
expression only in B cells, a large number of extracts
made from B cells and non-B cells were screened (Figure
12). Complexes that co-migrate with the ones generated
and characterized (by competition and methylation inter-
ference experiments) in the B cell line EW, were observed
on both the fragments $\mu$50 and $\mu$70 (Figure 12; $\mu$ 70) in
all the cell lines examined. Although the complex

ADL 0000225

-114-

generated in each extract has not been further
characterized, we interpret this data as indicating that
both these factors are non-tissue specific.  A second
complex (NF-κB) was observed with the μ50 fragment that
was restricted to B and T cells only.

A point to note is that although the amount of
protein in each lane has been held constant at between 9
and 11 μg, the extent of complex generated was found to
vary considerably from extract to extract.  Thus, showing
that quantitive estimations of the abundance of proteins
in different cell lines using this assay is not very
meaningful at this stage.  (This is presumably due to
subtle variations in the state of the cells and the
extraction conditions for the different cell lines).

In summary, analysis of the functional 300 bp
PstI-EcoRI fragment of the μ enhancer reveals that:

(i) at least 2 different proteins bind within this
DNA sequence.  One protein (IgNF-A) interacts with an
octamer sequence (ATTTGCAT) that is highly conserved
upstream of all heavy and light chain variable region
genes and is also found in the μ enhancer.  The second
protein interacts with a sequence shown by Ephrussi and
Church to be protected in a tissue specific manner
against methylation by DMS in whole cells;

(ii) both factors can be detected in nuclear
extracts from a variety of cell lines and are therefore
not B-cell specific;

(iii) both E1 and E4 sequences hardly compete for
the binding of the factor to μ70 (which corresponds to
E3), thus implying that these sequences do not interact

ADL 0000226

-115-

with the same factor, although the sequence homology
amongst the sites would have lead one to expect that they
should.

Example 5.  Identification of Factors binding to Kappa-
light chain enhancer

An enhancer element has also been identified in the
major intron of the κ light chain gene.  Picard and
Schaffner showed that the enhancement activity can be
localized to a ~500 bp AluI-AluI fragment and Queen and
Stafford have further refined the 5' and 3' boundaries so
that the enhancer may be considered restricted to 275
base pairs within the larger fragment.  We have dissected
this region into a number of smaller fragments and
assayed each of these by means of the gel binding assay
for the location of protein binding sites.

A restriction map of the relevant region of the κ
enhancer is shown in Figure 13a.  The black boxes repre-
sent sequences identified by Church et al. to be homolo-
gous to the putative protein binding domains detected in
the μ enhancer in vivo.

Fragments generated by cutting with Dde and HaeIII
(κ1, κ2, κ3, κ4 and κ5; Figure 13a) were assayed for
binding in the presence of increasing amounts of
poly(dI-dC)-(dI-dc) as a non-specific carrier, κ4 and κ5
appeared to be obviously negative (Figure 13b, lanes 1-8)
while κ3 and κ2 appeared to be positive (Figure 13b,
lanes 10-12 and 14-16).  Preliminary results show that
the internal fragment does not contain any specific
binding sites either.  The nucleoprotein complex bands

ADL 0000227

-116-

generated with  0.5-1 ng of radiolabelled probe could be
detected even in the presence of 3 µg of the carrier
(lanes 12, 16, Figure 13b).

To show that the bands detected represented a
specific interaction between a protein and DNA, we
carried out competition experiments (Figure 13c and 13d).
The competition pattern for κ2 was strikingly similar to
what had been earlier observed with the µ70 fragment;
relatively large amounts of u400, the Moloney leukemia
virus enhancer, the SV40 enhancer or the κ promoter
(containing the conserved octa) to κ2 did not compete for
binding, although u300 and the κ enhancer did.  Since κ2
contains a putative E box identified by sequence
comparison (as does µ70) we competed its binding with
smaller fragments from µ300 (Figure 5C).  The complex is
specifically competed away by the addition of unlabelled
µ70 during the incubation (compare lanes 3 and 4 with
lane 2), but not by µ60 (lanes 5,6), µ170 (lanes 7,8) or
the SV40 enhancer (lanes 9,10).  Further, the protein
that binds to this sequence co-fractionates with the µ70
binding activity through two sequential chromatographic
steps (Heparin agarose and DEAE Sepharose).  Thus, we
conclude that the same sequence specific protein binds to
both the fragments µ70 and κ2 and that there is at least
one common protein interacting with both the µ and the κ
enhancers.

The κ3 complex (indicated by the arrowhead, Figure
13d) failed to be competed away by µ100 (compare lanes 3
and 4 with lane 2), µ400 (compare lanes 5 and 6 with lane
2) as a κ promoter containing fragment (compare lanes 7
and 8 with lane 2).  However, the complex was

ADL 0000228

-117-

specifically competed away with both the complete κ
enhancer (lanes 9,10) and the SV40 enhancer (lanes
11,12). The band below the major κ3 complex was seen at
variable intensities in different experiments and failed
to compete even with the complete κ enhancer in this
experiment and has not been further investigated at this
stage. The observation that the SV40 enhancer specific-
ally competes for binding of this factor is not
altogether surprising, since this fragment and the SV40
enhancer share an identical stretch of 11 nucleotides.

The binding site of this factor on the κ3 fragment
was localized by methylation interference experiments.
In two different extracts, methylation at three of a
stretch of 4 residues within this sequence completely
abolished binding (Figure 14, compare lane 1 [complex]
and 2 [free]; and lanes 3 [complex] and 4 [free]). This
stretch of G's forms a part of the conserved region
(GGGGACTTTCC) between the SV40 enhancer and κ3. Thus,
the binding site was localized towards one end of the κ3
fragment. The results also served to explain the
specific competition observed earlier with the SV40
Enhancer. Interestingly, deletion mapping of the κ
enhancer shows that sequences within the κ3 fragment are
extremely important for enhancer function.

The tissue range of this factor was examined by
carrying out binding analysis with κ3 in extracts from a
variety of cell lines. Nucleoprotein complex formation
κ3 was detected in a mouse B cell line (Figure 15a, lane
2), but not in 5 other non-B cell lines (Figure 15a, odd
numbered lanes from 5-11). Even numbered lanes show that
the ubiquitous factor detected by μ50 is present in all

ADL 0000229

-118-

these cell lines and served as a positive control for the experiment. The factor κ3 therefore appears to be restricted to expression to B lymphoid cells.

We then examined extracts made from cells at various stages of B cell differentiation (Figure 15B). Interestingly κ3 binding protein can be detected in the Abelson murine leukemia virus transformed pre-B cell line PD, in two mouse B cell lines (WEH1231 and AJ9, Figure 15B, lanes 12,14), one human B cell line (EW, Figure 15B, lane 16) mouse myeloma line (MPC22, Figure 15B, lane 18) and 2 human myelomas (KR12 and 8226, Figure 15B, lanes 20,22). However, it does not appear to be present in a pre-preB cell line (C5, Figure 15B, lane 4) and in mouse pre-B cell lines (HATFL, 38B9, 70Z, Figure 15B, lanes 6,8,10). Thus, this factor appears to be not only tissue-specific, i.e., limited to cells of the B lymphoid lineage, but also stage-specific within that lineage. In the series of extracts examined, the presence of this factor bears a striking correlation with κ expression.

The results with the Kappa enhancer can be summarized follows. Dissection of the κ enhancer enabled detection of two distinct binding proteins with this DNA. One of these proteins appears to be ubiquitous and interacts with the u heavy chain enhancer as well. The second protein appears to be highly expressed in a stage-specific manner within the B cell lineage and can be detected only in those cell lines where the endogenous κ gene is active. There does not appear to be a binding site for this factor in the heavy chain enhancer, although there is one in the SV40 enhancer.

ADL 0000230

-119-

Examples 6 and 7 describe cloning of two transcriptional
factors: NF-κB and IgNFB.

Example 6.  Cloning of putative NF-κB

Experimental Procedures

λgt11-EBNA-1  Recombinant

A HinfiI-AhaII DNA fragment of the EBV genome
(coordinates 107,946-109,843), that contains the EBNA-1
open reading frame, was subcloned using BamHI linkers
into the BamHI site of pUC13 (pUCEBNA-1).  The λgt11-
EBNA-1 recombinant was constructed by inserting the 600
bp SamI-BamHI fragment of pUCEBNA-1 (EBV coordinates
109,298-109,893) into the EcoRI site of λgt11 using an
EcoRI linker (GGAATTCC).  A phage recombinant containing
the EBNA-1 insert in the sense orientation was isolated
by immunoscreening with  EBNA-1 antibodies (see below).
In this recombinant, the carboxy-terminal region of
EBNA-1 (191 amino acids) is fused in frame to the
carboxy-terminus of β-galactosidase.

λgt11 cDNA Expression Library

The human B cells (RPMI 4265) cDNA library con-
structed in the expression vector λgt11 was purchased
from Clontech Laboratories, Inc.  The library contains
approximately $9 \times 10^5$ independent clones and has an average
insert size of 1.2 kb.

ADL 0000231

-120-

### E. Coli Strains

The standard pair of λgt11 host strains, Y1090 and
Y1098, were employed.  The former was used to screen
λgt11 recombinants and the latter to generate  λlysogens
for the analysis of β-gal fusion proteins.

### Plasmids

The plasmid pUCoriP1 was constructed by subcloning
the EcoRI-NcoI fragment from the oriP region of the EBV
genome into the SmaI site of pUC13.  This fragment
contains 20 high affinity binding sites for EBNA-1.
pUCoriP2 was derived from pUCoriP1 by subcloning of an
oriP fragment (EcoRI-BstXI) of the latter into the SmaI
site of pUC13.  pUCoriP2 contains 11 high affinity
binding sites for EBNA-1.  pUCORIλ2 was made by insertion
of a synthetic binding site for the bacteriophase λO
protein (AAATCCCCTAAAACGAGGGATAAA) into the SmaI site of
pUC13.  The complementary oligonucleotides were a gift of
R. MacMacken.  pUCMHCI and pUCmhcI were constructed by
insertion of the following oligonucleotides:

GATCCGGCTGGGGATTCCCCATCT  GATCCGCCTGcGGATTCCCaATCT

  GCCGACCCCTAAGGGGTAGACTAG   GCCGACgCCTAAGGGttTAGACTAG

into the BamHI site of pUC13.  The wild type sequence is
a binding site for H2TF1 and NF-κB.  pUCOCTA is a
similarly constructed pUC18 derivative that contains a
synthetic recognition site (ATGCAAAT) for the mammalian
octamer binding protein(s).  The plasmids p190H2KCAT
(-190 to +5) and p138H2KCAT (-138 to +5) contain

ADL 0000232

-121-

5'-deletions of the H-2K$^b$ gene promoter fused to the
coding sequence for chloramphenicol acetyl transferase.
All plasmid DNAs were purified by an alkaline lysis
protocol followed by two bandings in CsCl-EtBr gradients.

## Binding Site Probes Competitor DNAs

The MHC, mhcl, ori  and OCTA probes were generated
by digesting the corresponding pUC plasmids with EcoRI
and HindIII.  The resulting products were end-labeled
with [α-$^{32}$P]dATP using the large fragment of E. coli DNA
polymerase I.  dCTP, dCTP and dTTP were included in these
reactions so as to fill in the ends of the restriction
fragments.  The labeled fragments were separated by
native polyacrylamide gel electrophoresis.  The binding
site fragments (60-75 bp) were eluted from the gel and
purified by ELUTIP$^{TM}$ (Schleicher and Schuell) chroma-
tography.  Using high specific activity [α-$^{32}$P]dATP (5000
Ci/mmol), typical labelings yielded DNA probes with
specific activities of 2-4x10$^7$ cpm/pmol.

To generate the oriP probe, pUCoriP2 was digested
with EcoRI and HindIII, and the oriP fragment (~400 bp)
isolated by low melt agarose gel electrophoresis.  This
DNA fragment was then digested with HpaII and the
products labeled as detailed above.  The smaller of the
two HpaII fragments (~90 bp) was isolated for use as the
oriP probe.  The MHCg probe was prepared by digesting
p190H2KCAT with XhoI was labeling as before.  The labeled
DNA was then digested with HincII and the 90 bp probe
fragment purified as before.  This probe contains
sequence from -190 to -100 of the upstream region of the
H-2K$^b$ gene.

ADL 0000233

-122-

The Δ6MHCg (-190 to +270) and Δ11MHCg (-138 to +270)
competitor DNAs were prepared by digesting the plasmids,
p190H2KCAT and p138H2KCAT, with XhoI and EcoRI.   The
H2KCAT fragments were isolated by low melt agarose gel
electrophoresis.

## RESULTS

### Specific Detection of a λ Recombinant Expressing EBNA-1

A model system was used to test the notion that a
recombinant clone encoding a sequence-specific DNA
binding protein could be specifically detected with a
recognition site probe.  The Epstein-Barr virus nuclear
antigen (EBNA-1) was selected as the model protein.
EBNA-1 is required for maintenance of the EBV genome as
an autonomously replicating plasmid in human cell lines.
It is also a transactivator of viral gene expression.
The carboxy-terminal region of EBNA-1 (191 amino acids)
has been expressed in E. coli as a fusion protein and
shown to encode a sequence-specific DNA binding domain.
The fusion protein binds to multiple high affinity sites
at three different loci in the EBV genome.  Two of these
loci consitute a cis-acting element required for main-
tenance of the plasmid state (oriP).  In the λgt11-
EBNA-1 (λEB) recombinant the carboxy-terminal region of
ENBA-1 was fused in frame to the carboxy-terminus of
β-galactosidase (Figure 16).  A lysogen harboring the λEB
phage conditionally expressed a β-gal-EBNA-1 fusion
protein of expected size (approximately M.W. 145,000)
that accumulated to a level of about 1%.  The DNA binding
activity of the fusion protein was assayed with a segment
of oriP DNA that contained two high affinity sites for

ADL 0000234

-123-

EBNA-1 (Figure 16).  Extracts of λgt11 and λEB-lysogens
were incubated with labeled oriP DNA and the products
resolved by native polyacrylamide gel electrophoresis.
With the λEB extract, a distinct set of protein-DNA
complexes was observed.  The formation of these complexes
was specifically competed by an excess of plasmid DNA
containing EBNA-1 binding sites.  Thus, the β-gal-ENBA-1
fusion protein has the expected sequence-specific DNA
binding activity.

To establish conditions for detection of  EB plaques
with probes of oriP DNA, protein replica filters were
generated from platings of the phage.  These filters were
screened with a variety of protocols using oriP or
control DNAs.  Under a defined set of conditions (see
Experimental Procedures), λEB plaques can be specifically
detected using radiolabeled oriP DNA.  The control probe
(ori) contains a high affinity binding site for the
bacteriophage λO protein.  The specific array of spots
generated by the oriP probe corresponded to plaques on
the master plate as well as to spots that reacted with
antiserum to β-gal on the replica filter.  Furthermore,
in a similar experiment the oriP probe did not detect
control λgt11 plaques.  From a series of such experiments
the following conclusions were drawn; (i) the specific
detection of λEB plaques requires a DNA probe with at
least one binding site for EBNA-1 (a duplex 30-mer with a
consensus binding site sequence gave a signal comparable
to a probe containing two or more binding sites), (ii)
DNA probes longer than 150 bp yield higher non-specific
signals, (iii) the addition of an excess of non-specific

ADL 0000235

-124-

competitor DNA [poly(dI-dC)-poly(dI-dC)] to the binding
solution reduces the non-specific signal, and (iv) both
specific and non-specific interactions of the DNA probe
with proteins on the replica filter are reversible.  In
view of this latter point and the fact that non-specific
interactions typically have much shorter half-lives than
the specific interactions, sequence-specific binding
proteins can be detected after a suitable wash time.

Given the ability to specifically detect λEB plaques
with oriP DNA, reconstruction experiments were carried
out to test the sensitivity of the screen.  In these
experiments the λEB phage was mixed with an excess of
control λgt11 recombinants.  Replica filters generated
from each mixed platings were screened initially with
oriP DNA and subsequently with antibodies to EBNA-1.  In
an experiment where approximately 5,000 phage were
plated, with λEB being present at a frequency of $10^{-2}$, a
identical number of positives (approximately 50) were
detected with both oriP DNA and antibody probes.  In
fact, the two patterns are superimposable.  Furthermore
the signal to noise ratio of the DNA binding site probe
was better than that of the antibody probe.  Thus it is
possible to screen for the λEB phage with an oriP DNA
probe.

Screening for Mammalian Clones Encoding Sequence-Specific
DNA Binding Proteins

A λgt11 library of cDNAs prepared with mRNA from
human B cells was screened using the conditions developed
with λEB.  The DNA probe used in the screen contained a
regulatory element from a mouse MHC class I gene (H-2K$^b$,

ADL 0000236

-125-

Figure 17).  This sequence (MHC) was synthesized and
cloned into the pUC polylinker.  The mammalian trans-
criptional regulatory factors H2TF1 and NF-κB bind with
high affinity to this MHC element.  In a screen of
$2.5 \times 10^5$ recombinants, two positive phage, designated λh3
and λh4, were isolated.  In an autoradiogram of a filter
from the primary screen, a positive spot resulted in the
isolation of λh3.  Partially purified λh3 and λh4 phage
were challenged with other DNA probes to determine if
their detection was specific for the MHC probe.  λh3 and
λh4 were not detected by the ori probe.  These phage
were also not detected by labeled pUC polylinker DNA or
by a related probe (OCTA) containing a recognition site
for the immunoglobulin octamer binding protein(s).  A
mutant MHC binding site probe (mhc1 Figure 17) was used
to more stringently test the sequence-specificity of the
presumptive fusion proteins.  The mhc1 probe did not
detect either λh3 or λh4 plaques.  These data strongly
suggested that the two  phage express proteins that bind
specifically to the MHC element.

Characterization of the DNA Binding Proteins Encoded by
λh3 and λh4
     Direct evidence that the β-gal fusion proteins
encoded by λh3 and λh4 are responsible for the sequence-
specific DNA binding activities was obtained by screening
Western blots with DNA and antibody probes.  Lysogens of
λgt11, λh3 and λh4 were isolated and induced to generate
high levels of their respective β-gal proteins.  Western
blots of proteins from induced lysogens were prepared and
the immobilized proteins were briefly denatured with 6M

ADL 0000237

-126-

guanidine and then allowed to renature (see Experimental
Procedures above). This treatment increased the recovery
of active molecules. Two equivalent transfers were
initially probed with either the MHC element or the OCTA
control DNA. A set of four bands specific to the MHC
probe and the λh3, λh4 tracks was observed. The two
largest species of this set are labeled P1 and P2. The
same transfers were then probed with antibodies to β-gal.
A pair of novel fusion protein bands was observed with
each of the two recombinant lysogens. These bands
corresponded to the species P1 and P2 detected with the
MHC probe. This shows that λh3 and λh4 encode β-gal
fusion proteins which bind specifically to the MHC
element DNA. The two phage may be identical since they
encode the same size fusion proteins. P1 (approximate
m.w. 160,000) probably represents the full length fusion
protein whereas P2 is a presumptive proteolytic cleavage
product. Since the β-gal portion of this fusion poly-
peptide has a molecular weight of approximately 120,000,
the cDNA encoded portion must have a molecular weight of
40,000.

A gel electrophoresis DNA binding assay was used to
confirm the sequence specificity of the λh3 and λh4
fusion proteins as well as to better define their
recognition properties. Extracts derived from the λgt11,
λh3 and λh4 lysogens were assayed with the MHC probe. A
novel DNA binding activity was detected specifically in
extracts of the λh3 and λh4 lysogens. This activity was
IPTG inducible indicating that it was a product of the
lacZ fusion gene. A competition assay indicated that the

ADL 0000238

-127-

activity represented a sequence-specific DNA binding
protein. Two 5' deletion mutants of the H-2K$^b$ genomic
sequence was used as competitor DNAs. The segment 6MHCg
extends to 190 nucleotides upstream of the transcription
start site and contains the MHC sequence element. The
segment Δ11MHCg, on the other hand, only contains 138
nucleotides of sequences upstream of the initiation site
and therefore lacks the MHC element. Increasing amounts
of Δ6MHCg specifically competed for the binding of the
λh3 fusion protein to the MHC element oligonucleotide
probe while the control Δ11MHCg did not compete. It
should be noted that the sequences flanking the MHC
element in the probe used for the initial screening, the
cloned oligonucleotide, are totally difference from the
sequences flanking the same element in the genomic probe,
Δ6MHCg. Therefore, the fusion protein appears to
exclusively recognize the common MHC element. This was
confirmed by a direct DNA binding assay with a genomic
sequence probe (MHCg) containing the MHC element. Both
the oligonucleotide (MHC) and genomic (MHCg) probes gave
rise to similarly migrating complexes. Furthermore, a
double base substitution mutant (mhc1, Figure 17)
abolished recognition by the fusion protein. The mutant
sequence contains a transversion in each half of the
symmetric MHC element. These changes destroy the
symmetry of the element and abolish binding by either
H2TF1 or NF-κB.

The immunoglobulin κ chain gene enhancer contains a
binding site ( EN) for NF-κB. This site is related in
sequence to the MHC element but is recognized by H2TF1

ADL 0000239

-128-

with a 10 to 20 fold lower affinity (Figure 17). A
mutant κ enhancer (κEN) has been characterized both in
vivo and in vitro. This mutant sequence has no B cell
specific enhancer activity and is not bound by NF-κB.
The mutant contains clustered base substitutions and an
insertion of a base pair in one of the two symmetric half
sites (Figure 17). The binding of the λh3 fusion protein
to the wild type κ-element and the mutant version was
tested. The κEN probe generated a complex with a
mobility similar to those obtained with the MHC probes.
No specific complex was formed with the mutant κ-enhancer
DNA. Experiments in which the MHC and κ-enhancer binding
sites were tested for competition with binding of the MHC
probe showed that the fusion protein bind with 2-5 fold
higher affinity to the MHC site (data not shown). The
κEN site differs, in part, from the MHC site by the
substitution of two adenine residues for guanine
residues. As discussed below, these guanine residues are
probably contacted by the fusion.

The contacts of the fusion protein with the MHC
element were probed chemically by modification of the DNA
with dimethylsulfate. After partial methylation at
purine residues, the modified probe was used in the gel
electrophoresis DNA binding assay. Free (F) and bound
(B) probe DNA was recovered, subjected to chemical
cleavage at methylated interference experiment. On both
the coding and non-coding strands strong interference was
detected when any of central guanine residues of each
putative half site was modified at the N-7 position in
the major groove. Weaker interference was observed when

ADL 0000240

-129-

the external guanine residue in either putative half site
was similarly modified.  Thus the fusion protein appears
to symmetrically contact the MHC element in a manner
similar to both H2TF1 and NF-κB.

### Hybridization Analysis with the cDNA Segment of the Recombinant Phage

The recombinant phage λh3 and λh4 contain cross-
hybridizing and equivalent size (approximately 1 b) cDNA
segments.  The inserts also have indistinguishable
restriction maps and therefore appear to be identical.
Southern blot hybridization confirmed that these cDNA
segments are homologous to sequences in the human genome.
The patterns of hybridization to restriction digests of
genomic DNAs of various human cell lines are identical.
Furthermore, the fact that restriction digests with Bam
HI (no site in cDNA) and Pst I (on site in cDNA) both
generate two prominent bands suggests that the cDNAs are
derived from a single copy gene.  A similarly simple
hybridization pattern is observed on probing the mouse
and rat genomes.

The expression of the human gene was analyzed by
Northern blot hybridization.  A single, large transcript
(approximately 10 kb) was observed with polyA(+) RNA from
both B (X50-7) and non-B human cells (HeLa).  This
transcript is moderately abundant in both cell types.
Since the cDNA library was constructed by oligo dT
priming, we were probably fortunate to obtain the coding
region for the DNA binding domain within the 1 kb
segments of the recombinant phage.  However, this only
illustrates the power of the screening strategy for the
isolation of clones encoding sequence-specific DNA
binding domains.

ADL 0000241

-130-

## Discussion

A novel strategy is disclosed for the molecular cloning of genes encoding sequence-specific DNA binding proteins. This strategy can be used to isolate genes specifying mammalian transcription regulatory proteins. An important step in this approach is the detection of bacterial clones synthesizing significant levels of a sequence-specific DNA binding protein by screening with a labeled DNA binding site probe. This approach is similar to that previously developed for the isolation of genes by screening recombinant libraries with antibodies specific for a given protein. In fact, the phage expression vector, λgt11, developed previously for immunological screening can be in this approach.

The feasibility of the strategy was established by the specific detection of a phage recombinant, λEB, encoding a β-gal-EBNA-1 fusion polypeptide with oriP DNA. Conditions have also been developed for the selective detection of E. coli colonies expressing high levels of EBNA-1 or the bacteriophage λO protein with their respective binding site DNAs. In these cases, a plasmid expression vector was employed. Using the conditions developed with λEB, we have screened phage cDNA libraries with three difference DNA probes. Screening with a probe containing the H2TF1 site in the MHC class I gene H-2K$^b$ led to the isolation of two identical clones that specify a putative transcription regulatory protein (properties discussed below). In similar screens with two other DNA probes, positive recombinant phage were also isolated at a frequency of approximately 1/100,000. However, the DNA

ADL 0000242

-131-

binding proteins encoded by these phage do not appear to
recognize specific sequence elements but rather to bind
sequence nonspecifically to either single strand or
double strand DNA.  Although detection of these types of
clones represented a troublesome background in this study
their isolation suggests that recombinants encoding
different types of DNA binding proteins can be detected
by such functional screens of expression libraries.  In
future screens for recombinants encoding site-specific
DNA binding proteins, the detection of these other types
of clones might be selectively suppressed by inclusion of
a non-specific competitor DNA that is structurally more
similar to the probe than poly(dI-dC)-poly(dI-dC).

The prospects for the isolation of other cDNAs
encoding sequence-specific binding protein by this
strategy can be assessed by examining the three
assumptions on which it is based:  (i) functional
expression of the DNA binding domain of the desired
protein in E. coli, (ii) a strong and selective inter-
action of the binding domain and its recognition site,
and (iii) high level expression of the DNA binding
domain.  A number of eukaryotic sequence-specific DNA
binding proteins have been functionally expressed in E.
coli.  These include the proteins GAL4, GCN4 and MAT 2 of
yeast, ftz of Drosophila, TFIIIA of Xenopus, E2 of the
bovine papilloma virus and EBNA-1 of the Epstein Barr
Virus.  In most cases, the functional DNA binding domain
is contained within a short tract of amino acids.  Thus,
it is reasonable to expect the functional expression in
E. coli of the sequence- specific DNA binding domain of

ADL 0000243

-132-

most eukaryotic regulatory proteins. The equilibrium association constants of site-specific DNA binding proteins range over many orders of magnitude ($10^7$-$0^{12}$ M). The following analysis suggests that successful screening may be restricted to proteins with relatively high binding constants. If a regulatory protein has an association constant of $10^{10}$ M, then under the screening conditions (the DNA probe is in excess and at a concentration of ($\sim10^{10}$ M) approximately half of the active molecules on the filter will have DNA bound. Since the filters are subsequently washed for 30 minutes, the fraction of protein-DNA complexes that remain will be determined by their dissociation rate constant. Assuming a diffusion limited association rate constant of $10^7$ $M^{-1}$ $S^{-1}$, the dissociation rate constant will be $10^{-3}$ $S^{-1}$. Such a protein-DNA complex will have a half life of approximately 15 minutes. Thus only a quarter of the protein-DNA complexes will survive the 30 minute wash. For a binding constant of $10^9$ M, only about a tenth of the active protein molecules will have DNA bound and much of this signal will be lost, since the half-life of these complexes is approximately 1.5 minutes. Isolation of recombinants encoding proteins with binding constants of $10^9$ or lower may be possible given that the binding of probe to less than 1% of the total fusion protein within a plaque can be detected. The sensitivity of the current methodology for low affinity proteins could be significantly enhanced by covalent stabilization of protein-DNA complexes. This might be accomplished by procedures such as UV-irradiation of pre-formed complexes. Since the binding constants of regulatory

ADL 0000244

-133-

proteins are dependent on ionic strength, temperature and
pH, these factors might also be manipulated to enhance
detection.

The successful detection of λEB and λh3 recombinants
with DNA binding site probes required high level
expression of their fusion proteins. In both cases, the
fusion proteins accumulate, after induction, to a level
of about 1% of total cellular protein. This level of
recombinant protein expression is typical of λgt11 as
well as other E. coli vectors. The strategy of cloning a
gene on the basis of specific detection of its functional
recombinant product in E. coli has considered potential.
Indeed, while our work was in progress, this approach was
used by other to isolate clones encoding a peptide
acetyltransferase and a calmodulin-binding protein.
Direct screening of clones encoding recombinant protein
products has also been used to isolate ras GTP-binding
mutants.

The λh3 recombinant expresses a β-gal fusion protein
that recognizes related transcription control elements in
the enhancers of the MHC class I and immunoglobulin
κ-chain genes (see Figure 17 for sequences). This
protein also binds a similar element in the SV40 enhancer
72bp repeat. Furthermore, there are two putative binding
sites in the long terminal repeat (LRT) of the HIV genome
(Figure 17). One of these is identical to the site in
the SV40 enhancer and therefore should be recognized by
the fusion protein. The existence of a clone such as λh3
was anticipated since it had previously been shown that a
common factor, NF-κB, binds to the three related elements
in the enhancer, the SV40 72 bp repeat an the HIV-LTR.

ADL 0000245

-134-

Interestingly, these three binding sites are more closely
related to one another than they are to the MHC site
(Figure 17).  The former set can be viewed as variants of
the MHC site which exhibits perfect two-fold symmetry.
It should be noted that the pUC polylinker contains the
sequence, CGGGGA, which is a variant of one of the
symmetric halves (TGGGCA) of the MHC element.  The fusion
protein does not bind with detectably affinity to the pUC
polylinker.  Thus, a high affinity interacter appears to
require both symmetric halves.

Even though the above control elements represent
quite similar sequences, they function in very different
regulatory capacities.  The MHC element is a component of
an enhancer that functions in a variety of cell types
that express MHC class I genes.  The κ-element, on the
other hand, is a component of a cell-type specific
enhancer that functions only in B cells.  The activity of
this enhancer is induced in pre-B cells upon their
differentiation into mature B lymphocytes.  Such differ-
entiation, in vitro, is accompanied by transcriptional
activation of the  chain gene.  The κ-element appears to
dictate the B cell specificity of the κ-enhancer.  The
different modes of functioning of the MHC and κ-elements
are correlated with the properties of their corresponding
recognition factors, H2TF1 and NF-κB.  H2TF1 activity is
detected in a variety of differentiated cell types and
this protein appears to stimulate MHC class I gene
transcription approximately 10-fold.  On the other hand,
NF-κB activity is detected only a mature B cells.  In
addition, this activity is induced during differentiation

ADL 0000246

-135-

of pre-B cells to mature lymphocytes. Finally, NF-κB activity is also induced by phorbol ester treatment of non-B cell lines (HeLa, Jurkat). In the case of Jurkat cells, a T4[+] human T cell line, NF-κB appears to stimulate the transcriptional activity of the HIV-LTR. It should be noted that induction of NF-κB in non-B cells does not require new protein synthesis. Thus the protein for NF-κB must exist in cells before induction and the activated by a post-translational modification.

The DNA binding properties of the fusion protein encoded by the recombinant λh3 overlap those of H2TF1 or NF-κB. Mutants of the MHC and κ-elements that are not recognized by H2TF1 or NF-κB are also not bound by the fusion protein. The recombinant protein binds the MHC element DNA with 2-5 fold higher affinity than the κ-element. In this regard, the fusion protein has relative affinities intermediate between those of H2TF1 and NF-κB. H2TF1 binds the MHC element with 10- to 20-fold higher affinity than the κ-element while NF-κB recognizes both elements with roughly equivalent affinity. This intermediate relationship is also observed in the comparison of the methylation inter-ference patterns of the three DNA binding activities. Methylation of any of the central six guanine residues in the MHC site strongly interfers with the binding of all three activities. Methylation at either of the two external guanines partially interferes with recognition by the fusion protein. In contrast, H2TF1 binding is strongly suppressed upon methylation of either of these residues while NF-κB binding shows little perturbation upon this modification. This analysis of the three DNA

ADL 0000247

-136-

binding activities is limited by the use of cell extracts and not purified proteins. Furthermore, the properties of a recombinant protein may be different from those of its native counterpart. Thus, it is not possible to be definitively relate the protein encoded by λh3 to either H2TF1 or NF-κB.

Antibodies raised against the λh3 fusion protein will be useful in clarifying its structural relationship with H2TF1 and NF-κB. A definitive relationship will emerge from a comparison of the deduced amino acid sequence of the cDNA and the protein sequences of H2TF1 and NF-κB. It should be noted that in terms of protein expression, both H2TF1 and NF-κB are present in a wide variety of mammalian cells. Furthermore, the DNA binding specificities of these two factors are remarkably similar. These facts as well as the observations that the cDNA in λh3 hybridizes to a single copy gene and to a single mRNA in both B and non-B cells suggest that all three binding activities may be products of the same gene. This hypothesis would imply that H2TF1 and NF-κB represent alternative modifications of a common protein.

### Example 7.  Cloning of the IgNFB Gene

#### Methods
#### DNA Sequencing

DNA sequencing was performed on double stranded plasmid DNA templates according to the Sanger dideoxy-nucleotide protocol as modified by United States Bio-chemical for use with bacteriophage T7 DNA polymerase (Sequenase). The entire sequence was confirmed by

ADL 0000248

-137-

sequencing the opposite strand and in the GC-rich regions
by sequencing according to Maxam and Gilbert (Methods
Enzymol., 65: 449-560, (1980)

### Plasmid Constructions

cDNA's were subcloned from λgt11 to pGEM4 (Promega),
and these plasmids were used for DNA sequence analysis
and in vitro transcription. Plasmid pBS-ATG was kindly
provided by H. Singh and K. LeClair and was constructed
by ligating a 27 bp long oligonucleotide containing an
ATG codon surrounded by the appropriate boxes for
efficient initiation, TGCACACCATGGCCATCGATATCGATC, into
the PstI site of pBS-/+Bluescropt plasmid (Stratagene).
The expression vector pBS-ATG-oct-2 depicted in Figure
19A was designed for transcription and translation in
vitro and was constructed by cleaving pBS-ATG with SmaI
and ligating the blunt-ended EcoRI 1.2 kb cDNA fragment
from plasmid 3-1 (position 655 to 1710 in Figure 18A).

### In Vitro Transcription/Translation

In vitro transcription and translation reactoins
were performed as recommended by the manufacturer
(Promega).

### DNA Binding Assay

The EcoRI/HindIII 50 bp fragment containing the wild
type octanucleotide sequence ATGCAAAT in the BamHI site
of pUC18 polylinker was $^{32}P$-labeled (50,000 cpm/ng) and 1
ng DNA probe was incubated with 1 μl of the reacted/
unreacted reticulocyte lysate. The bindign reactions

ADL 0000249

-138-

were incubated at room temperature for 30min. and con-
tained 10 mM Tris HCl pH7.5, 50 mM NaCl, 1 mM DTT, 1 mM
EDTA pH8, 5% glycerol, 25 µl/ml sonicated denatured calf
thymus DNA in 2.5 µl/ml sonicated native calf thymus DNA
as nonspecific competitors.  The complexes were resolved
by electrophoresis in 4% polyacrylamide gel (acrylamide:
bisacrylamide weight ratio of 20:1), containing as buffer
25 mM Tris HCl pH8.5, 190 mM glycine, 1 mM EDTA buffer as
previously described (Singh et al., Nature 319: 154-158
(1986)).

## Purification of NF-A2

NF-A2 was purified to >90% homogeneity from nuclear
extracts derived from the human Burkett's lymphoma cell
line, BJAB.  Purification was accomplished by sequential
fractionation on Zetachrom QAE discs (Cuno Inc.), heparin
sepharose (Pharmacia), ssDNA cellulose (Pharmacia), and
on a DNA affinity column which contained an immobilized
double straded (ds) segment containing the octanucleotide
seugnce.  In vitro translated, $^{35}$S-methionine-labeled,
oct-2 protein was purified by chromatography on dsDNA
cellulose followed by affinity chromatography on the
octanucleotide DNA affinity column.

## Tryptic Digestions of NF-A1 and oct-2 Protein

Tryptic digests were performed at room temperature
in a buffer consisting of 20 mM Hepes,KOH, pH 7.9, 20%
glycerol, 0.5 M KCl, 0.2 mM EDTA, 0.5 MM DTT.  Aliquots
of purified NF-A2 (~250 ng) or of affinity purified oct-2
protein (90,000 cpm) were incubated with varying amounts

ADL 0000250

-139-

of trypsin (affinity incubated with varying amounts of trypsin (affinity purified trypsin was a gift of Dan Doering). After 60 minutes, reactions were terminated by the addition of 2.5 volumes of SDS-PAGE sample buffer and were boiled for 5 minutes. The tryptic digestes were resolved on 10% polyacrylamide gels. Tryptic fragments of NF-A2 were visualized by silver-staining. Tryptic fragments of $^{35}$S-methionine labeled oct-2 protein were visualized by autoradiography after treatment of the gel with En$^3$hance (Dupont).

To clone the gene encoding the lymphoid-specific octamer binding protein, IgNF-B (NF-A2), a randomly primed, non-size selected cDNA library in λgt11 was constructed using cytoplasmic poly (A)-containing mRNA from a human B cell lymphoma cell line, BJAB. We had previously observed that this cell line contained a particularly large amount of NF-A2 when 28 lymphoid cell lines were surveyed. By randomly priming the cDNA synthesis we expected to obtain recombinant phage encoding the octamer motif binding domain even if that domain was encoded by the 5' end of a long mRNA. The randomly primed cDNA library in λgt11 was generated by standard methods (Gubler, U. and Hoffman, B.J., Genes 25:263-269 (1983)). Random hexamers (Pharmacia) were used to prime the first strand cDNA synthesis. The un-amplified library contained 500,000 recombinants. This library was screened by the method described above using a radiolabelled DNA probe consisting of four copies, in direct orientation, of a 26bp oligonucleotide derived from the Vk41 promoter. The probe was constructed by

ADL 0000251

-140-

cloning four copies of the oligonucleotide in direct orientation into the BamH1 site of the pUC polylinker and radiolabelling the 112 bp SmaI-XbaI fragment.  The library was screened with the tetramer probe (at $1 \times 10^6$ cpm/ml) as described above for the cloning of NF-κB with the following modification.  Previous screens using poly(dI-dC)-poly(dI-dC) as the nonspecific competitor DNA yielded recombinant phage encoding single stranded DNA binding proteins.  The signal from these phage but not phage encoding sequence-specific DNA binding proteins could be efficiently competed with denatured calf thymas DNA (5 μg/ml) and therefore this nonspecific competitor was substituted for poly(dI-dC)-poly(dI-dC) in all subsequent screens.

From a primary screen of 450,000 phage plaques, three plaques were isolated which bound this tetramer probe.  Two of these phage, phage 3 and phage 5, were found to give plaques that bound specifically to the tetramer probe in that they did not bind DNA probes which lacked the octamer motif.  These two phage bound probes containing one copy of the κ promoter octamer motif with a much lower affinity than they bound the tetramer probe. Even when four-fold more monomer probe was used then tetramer probe, the tetramer probe still gave a greater signal suggesting that the better binding of the tetramer probe was not merely a result of increasing the molar concentration of binding sites in the screen.  Certainly in the case of phage 5, which showed dramatically better binding to the tetramer probe, it seems most likely that the tetramer probe was able to bind simultaneously to multiple phage fusion proteins on the filter.  This

ADL 0000252

-141-

multipoint attachment would be expected to dramatically
decrease the dissociation rate and thus, increase the
avidity of the interaction.  Genes encoding DNA binding
proteins with relatively low binding affinities could be
cloned by screening λgt11 expression libraries with such
multimer probes.

The specificity of the DNA binding proteins encoded
by the recombinant phage was investigated by preparing
extracts of induced phage lysogens.  Lysogen extracts
from both phages bound to the tetramer probe in a
mobility shift assay whereas lysogen extracts from
non-recombinant λgt11 showed no binding to this probe.
Only the phage 3 extract bound strongly to the κ promoter
probe.  Because the inserts of phage 3 and phage 5 (1.2
kb and 0.45 kb in size, respectively) were found to
cross-hybridize by Southern blotting analysis, phage 3
was chosen for further analysis.

Phage 3 encoded an octamer binding protein as
demonstrated by a competition mobility shift assay in
which the lysogen extract was bound to the κ promoter
probe in the presence of competing unlabelled DNA frag-
ments containing either the wild type or mutant octamer
motifs.  Phage lysogen extracts were prepared as
described above for NK-κB cloning.  The extracts were
assayed in a mobility shift assay as described above
using the octamer-containing PvuII-EcoRl fragment from
pSPIgVk as the radiolabelled probe.  Binding reactions
were carried out in the absence or presence of 24ηg of
cold competitor DNA containing no octamer motif, the wild
type octamer motif or mutant octamer motifs as described.

ADL 0000253

-142-

The wild type octamer motif competed efficiently for binding but the octamer motifs containing point mutations either did not compete or competed less well than the wild type motif. In fact, the two mutants which showed slight competition for the binding of the lysogen protein, TCATTTCCAT and ATATTGCAT, were the only mutants which somewhat competed the binding of NF-A1 and NF-A2 in a WEHI 231 nuclear extract.

The phage-encoded octamer binding protein was further compared to NF-A1 and NF-A2 using a methylation interference footprinting assay. Methylation interference was performed as described using the non-coding strand of the octamer-containing FvuII-EcoR1 fragment of pSP1gVK as radiolabelled probes. The probes were partially methylated and used in preparative mobility shift DNA binding assays. DNA present in the bound bands (NF-A1 and NF-A2 bands from a nuclear extract from the BJAB cell line (or phage 3 lysogen extract bound band or free bands) was isolated, cleaved at the modified purine residues and subjected to denaturing polyacrylamide gel electrophoresis. The footprint obtained using the lysogen extract was centered over the octamer motif and was very similar to the footprints of NF-A1 and NF-A2 from a BJAB nuclear extract and from a WEHI 231 nuclear extract (see above). Minor differences were seen between the footprints of the lysogen and nuclear extract proteins which could reflect changes in affinity and/or specificity of DNA binding as a result of fusion of the insert-encoded octamer binding protein with $\beta$-galactosidase. Alternatively, the phage insert could encode an octamer binding protein distinct from NF-A1 and NF-A2.

ADL 0000254