-143-

The phage-encoded $\beta$-galactosidase fusion protein was directly shown to be the octamer binding protein in the phage lysogen extracts. Phage lysogen extracts were subjected to SDS polyacrylamide gel electrophoresis and transferred to nitrocellulose filters. After a denaturation/renaturation procedure (Celenza, J.L. and Carlson, M. Science 233:1175-1180 (1986)), the filters were probed with either the radiolabelled octamer-containing tetramer probe (OCTA) or a non-specific DNA probe (pUC). The OCTA probe specifically bound to the $\beta$-galactosidase fusion proteins of phage 3 and phage 5 to a much greater extent than the pUC probe, thus formally showing that the octamer binding activity was encoded by the phage inserts. The apparent molecular weights of the largest fusion proteins of phage 3 and phage 5 lysogens are consistent with the entire phage inserts contributing coding sequences to the fusion proteins. Prototeolysis was presumed to account for the heterogeneity in apparent molecular weight of the fusion proteins.

The insert of phage 3, which defines what we term the OCT-2 gene, was used in a Southern blot analysis to probe human and mouse genomic DNA digested with several restriction enzymes. Restriction enzyme digested genomic DNA was electrophoresed through a 1% agarose gel and transferred to Zetabind (CUNO Laboratory, Inc.) by standard techniques (Maniatis, T., Frisch, E.F. and Sambrook, J. Molecular Cloning. A Laboratory Manual. Cold Spring Harbor Laboratory Press, NY. (1982)). The phage 3 insert was radiolabelled by randomly primed synthesis using hexanucleotides (Pharmacia). Following

ADL 0000255

-144-

standard prehybridization high-stringency hybridization
(Maniatis, supra.) with the OCT-2 probe the filters were
washed with 0.2X SSC, 0.1% SDS or 2X SSC, 0.1% SDS.

One or two bands were observed in each restriction
enzyme digest which is consistent with OCT-2 being a
single genetic locus.  No rearrangements or amplifi-
cations of the gene were observed in a survey of 8
lymphoid and non-lymphoid cells lines including BJAB.
The strength of the signal on the mouse Southern blot at
high stringency suggested that the gene is highly con-
served between human and mouse.

The oct-2 cDNA segment (1.2 kb) of phage 3 was used
to identify additional overlapping recombinants in the
same library.  One of these phage (pass-3) contained a
1.8 kb DNA insert.  Sequence analysis of the cDNA segment
in the original λgt11 phage (3-1) revealed a long open
reading frame (ORF) which was ended with multiple
nonsense codons at its 3' terminus.  Sequence analysis of
the pass-3 segment yielded an identical sequence through
the open reading frame but an abrupt transition to a
novel sequence occurred at the C-terminue (Figure 18B;
see below).  The N terminus of the open reading frame in
both of these cDNA segments was not represented in the
cDNA inserts.  Additional recombinats from the λgt11
library were identified by screening with a probe from
the Noterminal portionof the pass-3 segment.  This
resulted in the isolationof a 0.75 kb cDNA segment
(pass-5.5) whose sequence extended the N-terminal portion
o the previously identified open readign frame.  In this
cDNA segment, a nonsense codon is foudn 36 pb upstream of
the first AUG in the open frame.  The sequence context of

ADL 0000256

-145-

this AUG confoms well to that expected for an initiation
codon (Kozak, Cell 44: 283-292 (1986)). Two other AUG
codons occur at positions 6 and 13 in the reading frame.
Each of these also has an excellent context for
initiation. The N terminus of the protein has been
arbitrarily assigned to the 5'-most AUG codon. The cDNA
sequence extends 66 bases 5' from this positon but the
total length of the 5' untranslated region has not been
determined.

The sequences of pass-5.5, pass-3 and 3-1 were
combined to form an open reading frame encoding a protein
of 466 amino acids in length as shown in Figure 46 amino
acids in length as shown in Figure 18. Figure 18 shows
the amino-acid sequence of oct-2 protein depicted in
plain capital letters. cDNA-clone pass-5.5 spans from
position 1 (5' end) to position 750 (3' end). cDNA clone
pass-3 5' end and 3' end are respectively at position 92
in Figure 18a and 1847 in Figure 18b. cDNA clone 3-1
starts at position 650 and ends at position 1710. The
nucleotide sequence shown in panel A was reconstructed by
merging the DNA seugences from clone pass-5.5 from
position 1 to 100, from clone pass-3 from 100 to 660 and
from clone 3-1 from position 660-1710. Extensive nucleo-
tide sequence overlaps were available to allow
unequivocal merges. Sequence of protein encoded by the
long overlappingopen reading frame (LORF, 277aa) is shown
in italic letters. Wavy arrows delimit the glutamine
(Q)-rich, glutamic and aspartic (E/D)-rich and glycine
(G)-rich regions, respectively. Solid arrows delimt the
helix-turn-helix motif. Boxed leucine (L) residues are
spaced exactly by seven residues. Vertical arrow

ADL 0000257

-146-

indicates the position where the nucleotide seuqnece diverges iwth that shown in panel B.  Stars indicate stop codons.

Figure 18b shows the nucleotide sequence of the 3' terminus and redicted amino acid sequence of the C-terminus derived from clone pass-3.  The code is the same as in A and the vertical arrow denote sthe divergence point.

Figure 18c is a schematic representation of the amino acid sequence deduced from oct-2 gene derived cDNA. The code is as in panel A.  The DNA binding domain is depicted as DNA and the region containing the four regularly spaced L residues is boxed-in.  LORF stands for long open reading frame, N stands for N-terminus and C for COOH-terminus.

Data presented below suggests that this ORF encodes one form of NF-A2 (oct-2).  The amino acid sequence of oct-2 has several interesting features (Figure 18C).  It contains three glutamine (Q) rich blocks (ranging from 50% of Q content) in teh N-terminal part of the polypeptide, beginnign at nucleotide postions 376, 448 and 502, and a comparably acidic region [aspartic (E) or glutamic (D) amino acids] between postions 648 and 678.  Clusters of Q resideus as well as E or D amino acids have been described previously in many transcription factors.  Such acidic regions in other factors have been shown to be important in activation of transcription (Gill and Ptashne, Cell 51:  121-126 1987; Hope et al., Nature 333: 635-640 (1988)).

The region of oct-2 responsible for sequence-specific DNA bidnign, depicted "DNA", is discussed below.

ADL 0000258

-147-

Downstream of this position is a series of four leucine residues separated by exactly seven amino acids (position 1227 to 1293 in Figure 18A). A similar configuration of leucine residues in the transcription factor C/EBP has been suggested to form an amphipathic α-helical structure where the leucine residues are arranged along one side of the helix. Two such helices are throught to interact by a "leucine zipper" mechanism generating a dimeric protein (Handschultz et al., Science 240: 1759-1764 (1988); Landschultz et al., Genes & Development 2: 786-800 (1988)).

Consistent with this suggestion, no helix disrupting proline residue is present in oct-2 in the 22 amino acid tract defined by the four leucines. However, unlike the first example of a leucine zipper", protein C/EBP, the potential α-helical region in oct-2 does not possess a high density of paried charged residues which could stabilize the structure. Also, unlike the C/EBP protein, which binds DNA specifically as a homodimer probably by pairing through the "leucine zipper", the oct-2 protein appears to specifically bind DNA as a monomer. It is interesting to speculate that the "leucine zipper" region of oct-2 might be important for interaction with other proteins as there is no obvious reason to restrict the binding of such a structure to self-recognition.

Searches for sequence similariites in the GenBank library revealed that a region of the oct-2 protein from position 952 to 1135 was distantly related to a family of proteins containing homeoboxes. The 60-residue homeobox domain is highly conserved among 16 examples in different Drosophila genes (Gehering, Science 236: 1245-1252

ADL 0000259

-148-

(1987)). This level of conservation extends to homeobox sequences found in vertebrates and worms. Among this total family, nine of the 60 residues are invariant. The oct-2 protein only contains six of these nine residues and four of these six sites are clustered in the sub-region of the homeobox thought to be related to the helix-turn-helix structure (see Fig. 20). As shown in Figure 20A, a 60 amino acid region of oct-2 contains 30% identity with the prototype homeobox sequence in the Antennapedia (Antp) protein.

Figure 20 shows the amino acid sequence alignment of the DNA binding domain of oct-2 factor with homeoboxes from Antp. (Schneuwly et al., EMBO J. 5: 733-739 (1986), cut (Blochlinger, Nature 333: 629-635 (1988), en (Poole et al., Cell 40: 37-43 (1985), proteins (boxed-in amino acid sequences from the S. cerevisae proteins Mata1 (Miller, EMBO J. #: 1061-1065 (1984), Matα2 (Astell et al., Cell 53: 339-340 (1988) and C. elegans protein mec-3 (Way and Chalfie, Cell 54: 5-16 (1988). THe nine invariant residues in canonical homeobox sequences Atnp, cut, and en are listed below the boxed-in amino acid sequences and shown in bold print if present in the amino acid sequences. The stars indicate the hydrophobic amino acids that are critical for the protein to maintain the helix-turn-helix structure (Pabo and Sauer, 1984). Solid arrows delimit the helix-turn-helix domain.

That the homeobox specifies a sequence-specific DNA binding domain is most strongly argued by its homology with the DNA binding domain of the yeast mating regulatory protein, MAT⍺ (Astell et al., Cell 27: 15-23

ADL 0000260

-149-

(1981); Scott and Weiner, Proc. Natl. Acad. Sci. USA 81:
4115-4119 (1984)), which also has homology through this
subregion of the homeobox but does not conserve the other
invariant of the homeobox.  The homologous regions in
these proteins can be folded into a helix-turn-helix-
structure similar to that first identified in the
structural analysis of phage λ repressor (for a review
see Pabo and Sauer, Ann. Rev. Biochem. 53:  293-321
(1984)).  A prediction of the most probable secondary
structure of oct-2 also revealed a helix-turn-helix
structure between the residues of isoleucine (position
1041) and cysteine (position 1090).  Thus, by analogy, we
propose that this region of oct-2 specifies the
sequence-specified binding of the protein.

As mentioned above, sequences at the 3' end of the
pass-3 recombinant abruptly diverged from that of
recombinant 3-1 at the position (1463) of its termination
codon (see vertical arrow in Figure 18B).  The
substituted sequences in the second recombinant, pass-3,
extended the reading frame of the oct-2 realted protein
by an additional 16 amino acids.  To rule out a possible
artifactual sequence generated by the insertion of
fragment during construction of the cDNA library, total
polyA(+) RNA from the BJAB cell line was analyzed by
Northern blot iwth a DNA fragment from the novel 3'
terminal portionof the pass-3 cDNA.  This specific probe
hydribized only to the two fastest migrating mRNAs of the
total family of six mRNAs which were detected by hybridi-
zation with the total 3-1 cDNA.  A similar specific probe
was excised from the 3' terminus of the 3-1 cDNA.  In

ADL 0000261

-150-

contracts, this probe only hybridized to the two slowest migrating mRNAs in the total family of six. This suggests that the two cDNA segments correspond to different populations of oct-2 mRNAs.

The proteins encoded by the two cDNAs should only differ at their C terminus by 16 amino acids or approximatley 1.5 kD. In vitro transcription/translation of subfragments of the 3-1 and pass-3 recombinants was used to confirm this prediction. Fragments representing the 3' portions of 3-1 and pass-3 were subcloned into the expression plasmid pBS-ATG. The resulting plasmid DNAs were transcribed with bacteriophage T7 RNApolymerase and were subsequently translated in a reticulocyte system. The resulting polypeptides migrated with the mobilities of the anticpated molecular weights 34kD and 32.4 kD. the polypeptide from the pass-3 cDNA was 1.6 kD larger than that fromt he 3-1 cDNA. Both polypeptides specifically bound a probe containing the octanucleotide sequence, producing a readily detectable DNA-protein complex in the gel mobility assay. This suggests that the oct-2 gene is expressed as a family of polypeptides in B-cells.

The potential significance of these additional 16 amino acids is unclear. These two cDNAs almost certainly differ by alternative splicing patterns of RNA transcribed from the oct-2 gene. Furthermore, it is likely that the oct-2 gene encodes a more diverse set of mRNAs than those partially defined by these two cDNAs. Six differenet length mRNAs are produced at significant levels in mature B cells. The relative amounts of these

ADL 0000262

-151-

mRNAs vary between pre-B, B and plasma cell lines (Staudt et al., Science 241: 577-580 (1988)). This population could reflect variations in sites of initiation of transcription and of polyadenylation as well as further differences in splicing patterns.

The expression of the OCT-2 gene was assessed by Northern blot analysis of mRNA from 13 lymphoid and non-lymphoid cell lines and was found to be predominantly restricted to lymphoid cells. Poly(A)- containing mRNA (3μg, or 20μg) or total mRNA (30μg) was analyzed from the following cell lines. 1. NIH 3T3: mouse fibroblast; 2. 38B9: mouse pre-B cell line; 3. WEHI 231: mouse mature B cell line; 4. A431: human epidermal cell line; 5. U1242: human glioma cell line; 6. RB27: human retinoblastoma cell line; 7. Jurkat: human T cell line; 8. Namalwa: human mature B cell line; 9. BJAB: human mature B cell line (poly(A)-containing mRNA); 10. BJAB (total mRNA); 11. Hut78: human T cell line; 12. HeLa: human cervical carcinoma cell line; 13. EL4: mouse T cell line. mRNA was electrophoresed through a formaldehyde-containing 1.3% agarose gel and transfered to a nitrocellulose filter by standard techniques (Maniatis, supra.). Following prehybridization, the filter was hybridized at high stringency with radio-labelled OCT-2 probe (above). The filter was washed in 0.2XSSC, 0.1% SDS at 68°C. and autoradiographed with an intensifying screen at -70°C for 24 hrs. The filter was stripped by washing in 50% formamide, 10mM Tris (pH 7.4), 1mM EDTA at 68°C for 1 hr. and rehybridized with a radiolabelled rat alpha tubulin cDNA probe (Lemischka,

ADL 0000263

-152-

I.R., Farmer, S., Racaniello, V.R. and Sharp, P.A., J.
Mol. Biol. 151:101-120 (1981)) to control for the amount
of mRNA loaded.

All five B lymphoma cell lines, including pre-B and
mature B cell lines, and one of three T lymphoma cell
lines expressed a family of 6 transcripts.  Of the five
non-lymphoid cell lines tested, only a glioma cell line,
U1242( ), showed detectable expression of this gene.
Even at low stringency we were unable to detect a trans-
cript present in all cell lines which might correspond to
NF-A1.  The various transcripts, estimated to be 7.2 kb,
5.8 kb, 5.4 kb, 3.7 kb, 3.1 kb and 1.2 kb long, were ex-
pressed in somewhat varying amounts relative to each
other in the positive cell lines.  Whether these trans-
cripts represent alternative mRNA splicing or highly
specific mRNA degradation remains to be determined.  In
this regard, it is interesting that highly purified
preparations of NF-A2 consist of three or more major
polypeptides with distinct molecular weights which could
be the products of the family of transcripts that we have
observed.

Previously, we and others (See above and Gerster, T.
et al. EMBO J. 6:1323-1330 (1987); Landolfi et al.,
Nature 323:548-51 (1986)) showed that the octamer binding
protein NF-A2 varied considerably in expression among
lymphoid cell lines.  We therefore investigated the
relationship between levels of expression of the OCT-2
gene and levels of NF-A2 as judged by mobility shift
analysis.  BJAB, the cell line which expressed the
largest amount of transcript showed the largest amount of

ADL 0000264

-153-

NF-A2.  Nuclear extracts from the pre-B cell lines, 38B9
and 70Z, showed very little NF-A2 and, correspondingly,
expressed very little transcript (more poly(A)-containing
mRNA from these two cell lines was loaded to see a
readily detectable signal).  Of the three T lymphoma cell
lines tested, Jurkat, HUT78 and EL4, EL4 was the only
line that showed large amounts of NF-A2.  Although NF-A2
was previously believed to be expressed only in lymphoid
cells we found that nuclear extracts from the glioma cell
line that expressed the OCT-2 gene contained an octamer
binding protein which comigrated with NF-A2 in the
mobility shift assay.  Nuclear extracts from two glioma
cell lines which were negative for OCT-2 expression did
not contain NF-A2.  We have at present no explanation for
this apparent non-lymphoid expression of NF-A2 and the
cloned octamer binding protein gene.  Previously, we had
shown that NF-A2 but not NF-A1 was inducible in pre-B
cells by treatment of the cells with bacterial lipopo-
lysaccharide (LPS) and that this induction required new
protein synthesis.  Therefore, we prepared poly(A)-
containing mRNA from the pre-B cell line 70Z/3 before and
after LPS treatment and observed that LPS increased the
expression of the OCT-2 gene.  Thus, in every instance,
the expression of the OCT-2 gene correlated with the
presence of NF-A2 and is thus a good candidate for the
gene which encodes NF-A2.

Further evidence that the oct-2 gene encodes NF-A2
was discovered when the NF-A2 factor was purified from
nuclear extracts of BJAB cells by conventional chromato-
graphy followed by multiple passages over an affinity
column containing immobilized oligomers of the octa-

ADL 0000265

-154-

nucleotide sequence. The purified NF-A2 consisted of
three bands, as resolved by gel electrophoresis: a major
band and two minor bands with deduced molecular weights
of 61 kD and 58 kD, and 63 kD, respectively. A cDNA
(pass-3) for the oct-2 gene was inserted into the poly-
linker of the pGEM (Promega) expression vector. Trans-
lation of RNA transcribed from the SP6 promoter-pass-3
cDNA construct yielded a major polypeptide from the
purified sample of NF-A2.

The mobility of a DNA-protein complex in the gel
assay is primarily determined by the molecular weight of
the protein. Complexes were generated with the affinity
purified NF-A2 and the products of translations in vitro
of RNA from the oct-2 cDNA. These complexes co-migrated
during electrophoresis in a native gel, again suggesting
that the oct-2 cDNA encodes the major form of the NF-A2
factor.

The affinity purified NF-A2 protein and the poly-
peptide translated in vitro from the oct-2 cDNA were also
compared by partial tryptic digestion. Samples from
different digestion times of NF-A2 were resolved by
denaturing gel electrophoresis and detected by staining
with silver. The mobility of these partial fragments was
compared with those observed after a parallel analysis of
$^{35}$S-methionine labelled polypeitide from transcription/
translation of the pass-3 cDNA in vitro. The two samples
generated a similar set of digestion fragments, again
suggesting that NF-A2 is encoded by the oct-2 cDNA.

Protein sequence comparisons suggested that the DNA
binding domain of oct-2 was specified by a domain
(positions 952-1135) that was distantly related to both

ADL 0000266

-155-

the helix-turn-helix structure of bacterial repressors
and the homeobox-proteins.  To directly test this analogy
a fragment of the cDNA encompassing this region (655 to
1710) was inserted into the expression vector pBS-ATG so
that RNA could be transcribed from the truncated tem-
plates by bacteriophage T7 RNA polymerase as indicated in
Figure 19A.  The polypeptides translated _in vitro_ from
these RNAs were tested for specific DNA binding by
addition of the total translation mix to the DNA-protein
gel assay.  Polypeptides produced from RNAs terminating
at postions 1710 (Kpnl), 1443 (Stul), and 1134 (Pstl)
specifically bound the octanucleotide containing probe,
while the polypeptide translated from RNA terminating at
the 945 (Eagl) site did not specifically bind.  The
region containing the helix-turn-helix portion of oct-2
is deleted in the latter protein.  Since the truncated
polypeptide encoded by RNA from the latter template was
efficiently translated in the reticulocyte reaction, this
suggests that the specific binding of the oct-2-protein
requires the helix-turn-helix structure.

Two distinct but similarly migrating protein-DNA
complexes were detected in the sample generated by
translation of RNA from the Stul cleaved template.  Faint
slower migrating complex comigrated with the complex
generated with templates cleaved by Kpnl.  The presence
of the two complexes in the Stul-sample is due to a
partial digestion of the plasmid DNA.  The slower
migrating complex is probably produced by protein termi-
nated at the stop codon TAA located at position 1465.
The faster migrating complex probalby reults from

ADL 0000267

-156-

molecules terminated at the StuI site. This inter-
pretaton was supported by the resolution of two $^{35}$s-
labeled polypeptides during gel electrophoresis of the
StuI sample and confirms the positon of the temrination
codon of oct-2.

Many sequence-specific binding proteins have an
oligomeric structure. For example, bacterial repressor
proteins typically bind sites with two-fold rotational
symmetry by forming a similarly symmetric dimer (Ptashne,
Cell Press and Blackwell Scientific Publications,
(1986)). It should be noted that the binding site
sequence of the oct-2 protein is not symmetric but
oligomeric proteins could bind to non-symmetric sites.
Other examples of oligomerization of sequence-specific
bindingprotiens are the GCN4 protein of yeast (Hope and
Struhl, EMBO J. 6: 2781-2784, (1987)) and the C/EBP
protein of mammals. In the latter case, an α-helical
region with an amphipathic character reflected in the
spacing of four leucine residues by exactly seven
residues is thought to be responsible for dimer formation
(Landschultz et al., Science 240: 1759-1764 (1988);
Landschultz et al., Genes & Development 2: 786-800
(1988)). A convenient assay for detection of
dimerization of sequence-specific bindignproteins is to
co-translate RNAs encoding two different size forms of
the protein and test whether protein-DNA complexes with
novel mobilities are generated (Hope and Struhl, EMBO J.
6: 2781-2784 (1987). If only monomers bind to the
probe, the sample containing the co-translated polypep-
tides will generated only the complexes detected when
either RNA is assayed singularly. This was the case with

ADL 0000268

-157-

combinations of different length RNAs transcribed from the oct-2 cDNA segment. Specifically, cotranslation of RNAs from templates cleaved at StuI (1443) and PstI (1134) did not generate novel bands in the gel mobility assay. Thus, on the basis of this negative evidence, we suggest that a single molecule of the oct-2 protein is present in the resolved DNA-protein complexes and that it does not require dimerization for binding to DNA.

Anti-sera raised in rabbits against a bacterial fusion protein containing oct-2 encoded sequence (prepared employing the vector pRIT2T (Pharmacia)) recognized the native oct-2 protein in metabolically labeled ($^{35}$S-methionine) human B cells.

The molecular cloning of a lymphoid-restricted octamer binding protein gene demonstrates that higher eukaryotes have adopted a strategy of genetic diversification of transcriptional regulatory proteins which bind a common regulatory motif. The ubiquitous and lymphoid-specific octamer binding proteins have indistinguishable DNA binding sites, yet appear to have distinct functional properties (Staudt, L.M. et al, Nature 323:640-643 (1986)). Structure-function analysis of cloned yeast transcription factors (Petkovich, M. et al., Cell 330:444-450 (1987); Giguere, V. et al., Nature 330:625-629 (1987)) and steroid receptor related transcription regulatory activity of a transcription factor often reside in discrete protein domains that can be experimentally interchanged. The present findings suggest that similar diversification of function among proteins which bind the octamer motif has occurred during

ADL 0000269

-158-

evolution.  The octamer motif has been shown to be
necessary and sufficient for lymphoid-specific promoter
activity (Fletcher, C. et al., Cell 51:773-781 (1987))
and NF-A2 has been shown to function as a transcription
factor using octamer containing templates in vitro
(Scheidereit, C. et al., Cell 51:783-793 (1987)).  A
further understanding of the lymphoid-specific activity
of immunoglobulin promoters may now come from an under-
standing of the mechanisms underlying the lymphoid-
specific expression of the OCT-2 gene.

EXAMPLE 8   Induction of NF-KB in Cells in Which It
            is Not Constitutively Present

     The following work demonstrates that NF-KB is
inducible in cells otehr than B (lymphoid) cells.  As
described below, it has now been shown that NF-KB is
inducible in pre-B cells and in non-lymphoid cells.  In
particular, the following work damonstrates that:  1)
NF-kB factor can be induced by the mitogen lipopoly-
saccharide (LPS) in two cell lines representing a pre-B
stage of B cell differentiation; 2) induction of this
factor involves a post-translational modification of a
pre-existing protein because the induction takes place
even in the presence of translational inhibitors like
cyclohaximide and anisomycin; 3) these translational
inhibitors by themselves can at least partially induce
NF-kB and synergize with LPS to produce a superinduction;
4) an active phorbol ester like PMA can induce NF-kB by
itself, and the time-course of this activation is more
rapid than that with LPS alone; and 5) it is also

ADL 0000270

-159-

possible to induce this factor in cell lines other than
those having a pre-B phenotype by means of an appropriate
stimulus (e.g., in the human T cell line, Jurkat, by PHA
and/or PMA or in HeLa cells with PMA).  Thus, B cells and
plasma cells appear to support constitutive presence of
this factor whereas in other cell types it can be induced
transiently by an appropriate stimulus.

Experimental Procedures

Cell lines and Extracts:  702/3 and PD cells were
grown in RPMI 1640 medium supplemented with 10% inacti-
vated fetal calf serum, 50 $\mu$M $\beta$-mercaptoethanol and
penicillin and streptomycin sulfate (pen-strep) anti-
biotics.  LPS (GIBCO) stimulation was carried out with
10-15 $\mu$g/ml.  For experiments using protein synthesis
inhibitors and LPS, cell cultures were treated with
inhibitors approximately 20 min prior to addition of LPS.
Cycloheximide (Sigma) was used to 10 $\mu$g/mo which causes
greater than 95% inhibition of protein synthesis in 70Z/3
cells (Wall, R., et al., Proc. Natl. Acad. Sci. USA
83:295-298, (1986).  Anisomycin (Sigma) was used at 10
which causes approximately 99% inhibition of protein
synthesis in HeLa cells (Grollman, A.P., J. Biol. Chem.
242:3226-3233, 1967).  Phorbol ester activation of 70Z/3
cells was carried out using the active ester phorbol
12-myristate-13-acetate (PMA) or the inactive ester
phorbol 12,13-didecanoate at a concentration of 25 ng/ml
for the times indicated in the text.  All treatments were
carried out at cell densities varying between $5X10^5-10^6$
cells/ml.  Jurkat cells were grown in RPMI 1640 medium

ADL 0000271

-160-

with 10% inactivated fetal calf serum and pen-strep anti-
biotics. Phytohemmagglutinin (PHA) treatment was done at
5 μg/ml and PMA treatment at 50 μg/ml. HeLa cells were
grown in MEM medium with 5% horse serum and pen-strep
antibiotics. Phorbol ester (PMA treatment was at 50
μg/ml with cell density varying between $7 \times 10^5$-$10^6$
cells/ml.

Nuclear extracts were generated essentially ac-
cording to the protocol of Dignam, J.D. et al., Nucl.
Acids Res. 11:1475-1489 (1983) and protein concentration
were determined using a Bradford assay with serum albumin
standards.

Gel Binding Analysis: Gel binding analyses were
carried out as described earlier using a radioactive DdeI
to HaeIII fragment (k3) derived from the  enhancer (Sen
and Baltimore, 1986). Levels of NF-KB induced by various
stimuli were normalized to total protein present in the
extracts. Further analysis with a different fragment
that contains a binding site for the ubiquitous factor
NF-A, shows that this nuclear protein remains at approxi-
mately constant levels in all of the extracts reported
here. Thus, the modulation of NF-KB activity is not a
reflection of variability of nuclear factors in general
under these conditions. For competition experiments, the
specific and non-specific competitors DNA's were included
in the mixture (in amounts shown in Figure 24C) prior to
addition of the protein. The competitor fragments μ300,
μ400, KE and SV40E which have been described earlier (Sen
and Baltimore, 1986) were isolated from low melting point
agarose gels and quantitated by spotting onto ethidium
bromide-containing agarose plates.

ADL 0000272

-161-

<u>NF-KB can be induced in pre-B cell lines with bacterial</u>
<u>lipopolysaccharide</u>

To examine whether NF-KB might be inducible in 70Z/3
cells, cells were stimulated with LPS for 20 hr and
nuclear extracts derived from these cells were assayed
for the presence of NF-KB using the electrophoretic
mobility shift assay described previously. Singh, H. et
al., <u>Nature</u>, <u>319</u>:154-158 (1986). U.S. Patent Application
Serial No. 817,441, To assay for NF-KB, a DNA fragment
containing its binding site (K3 fragment; Sen and
Baltimore, <u>supra</u>,) was end-labelled and incubated with
extracts derived from either unstimulated 70Z/3 (11s
(Figure 21A, lanes 2,3) or LPS-stimulated 70Z/3 cells
(Figure 21A, lanes 4,5) in the presence of increasing
amounts of the carrier poly d(IC). Binding reactions
were carried out for 15-30 minutes at room temperature in
a final volume of 15 µl containing 9 µg of total protein
3.5 µg (lanes 2,4) or 4.5 µg (lanes 3,5) of nonspecific
carrier DNA poly d(IC) and 0.2-0.5 µg of probe. Reaction
products were fractionated by electrophoresis through low
ionic strength polyacrylamide gels and visualized by
autoradiography. Lane 1: free DNA fragments; lane 6:
nucleoprotein complex generated by interaction of NF KB
with the fragment 3 in a nuclear extract derived from
the B cell line WEHI 231.

Unstimulated 70Z/3 cell extracts lacked a major band
evident with B cell extracts (Figure 21A, lane 6; arrow).
This nucleoprotein complex band was induced in the 70Z/3
cells after LPS treatment for 20 hr. The band was not
competed away even with 4.5 ugm of poly d(IC) (lane 5).

ADL 0000273

-162-

This induction phenomenon was not restricted to the 70Z/3
cell line; another pre-B cell line, PD (Lewis S., et al.,
Cell 30:807-816 (1982)), was weakly positive for the
factor prior to induction (Figure 21B, lane 3; Sen and
Baltimore, 1986) but was strongly induced by LPS (Figure
21B lanes 5,6). A number of other minor bands could be
seen in the binding assay, some of which were inducible
and others not. The major inducible band comigrated with
the major band produced by B cell and plasma cell
extracts (typified by WEHI 231 extracts in Figure 21A,
lane 6 and Figure 21D, lane 2). We have earlier char-
acterized this band by competition experiments and
localized the binding site of the factor by methylation
interference experiments defining the band as one pro-
duced by interaction of the NF-KB factor with the B site
within the enhancer (a site containing the sequence
GGGGACTTTCC). Thus two pre-B cell lines, one with a
rearranged K gene (70Z/3) and the other in the process of
undergoing rearrangement (PD), are clearly inducible by
LPS for NF-KB activity.

Induction of NF-KB by LPS does not require protein
synthesis

Recently it has been reported that induction of
transcription in 70Z/3 does not require new protein
synthesis. Nelson, K.J. et al., Proc. Nat. Acad. Sci.
USA 82:5305-5309 (1985). Thus, induction of gene
expression was evident in cells pretreated (10 min) with
the translation inhibitors cycloheximide or anisomysin
followed by stimulation with LPS. Further, Wall et al.

ADL 0000274

-163-

reported that expression could be induced in the pre-
sence of cycloheximide alone which led them to argue in
favor of a labile repressor blocking the activation of
genes in this cell line.  See Wall, R. et al. Proc. Nat.
Acad. Sci. USA 83:295-298 (1986).  To determine if these
characteristics of transcriptional activation were
paralleled by changes in the levels of NF-KB, we analyzed
extracts derived from 70Z/3 cells which had been treated
either with LPS alone, or with a translation inhibitor
alone or with both together.  To be able to make direct
correlations with the published reports concerning the
effects of translational inhibitors on expression in
pre-B cells, we examined a 4 hr time point in these
experiments, although maximal stimulation of expression
by LPS takes 14-20 hr.  Binding reactions were carried
out as detailed in Fig. 21A legend and contained 2.5, 3.5
or 4.5 µg poly dIG) with each set of extracts.  End-
labelled K3 fragment was the probe (lane 1) and was
incubated with 9-11 µg or protein from extracts derived
from:  untreated 70Z/3 cells (lanes 2,3,4), 70Z/3 cells
treated for 4 hr with 10 µg/ml of LPS (lanes 5,6,7),
70Z/3 cells treated for 4 hr with 10 µg/ml of LPS and 10
µg/ml cycloheximide (lanes 8,9,10); 70Z/3 cells treated
with 10 µg/ml of cyclheximide alone (lanes 11,12,13) and
WEHI 231 cells (lane 14).  The characteristic
nucleoprotein complex is indicated by the arrow.  In
accord with the transcriptional analyses, uninduced 70Z/3
cells were negative for NF-KB (Figure 22A, lanes 2-4),
and treatment with either LPS alone (Figure 22A, lanes
5-7) or with cycloheximide alone (Figure 22A, lanes
11-13) for 4 hrs induced the factor.  Unexpectedly,

ADL 0000275

-164-

stimulation of 70Z/3 with LPS in the presence of cyclo-
heximide for 4 hr gave a superinduction of NF-KB (Figure
22A, lanes 8-10), increasing it to a level above that
seen after a 20 hr induction.

Qualitatively, the same result was observed when
anisomycin was used as a translation inhibitor (Figure
22B). Binding reactions were as detailed in Fig. 21A
legend using 2.5 and 3.5 µg of poly d(IC) and protein
from untreated 70Z/3 cells (lanes 2,3); 70Z/3 cells after
induction with LPS alone (lanes 4,5); 70Z/3 cells with
LPS induction in the presence of anisomycin (lanes 6,7);
70Z/3 cells treated with anisomycin by itself (lanes 8,9)
and the B cell WEHl 231 as a positive control (lane 10).
The characteristic nucleoprotein complex is indicated by
the arrow. Thus, the presence of anisomycin (10 uM)
during a 4 hr stimulation with LPS gave a superinduction
of NF-KB (Figure 22B, lanes 6,7) relative to either LPS
alone (Figure 22B, lanes 4,5) or anisomycin alone (Figure
22B lanes 8-9). Once again, prior to LPS treatment there
was no detectable NF-KB activity in 70Z/3 (Figure 22B
lanes 2,3). Although treatment of 70Z/3 with cyclo-
heximide alone or with LPS alone gave approximately
equivalent amounts of NF-KB (Figure 22A compare lanes 5-7
with lanes 11-13), the level of NF-KB induced with
anisomycin alone appeared to be much less (Figure 22B,
compare lanes 8,9 with lanes 4,5). This is probably due
to drug toxicity because, even after a short exposure to
anisomycin, the cells looked quite unhealthy. Presumably
this also accounts for lesser degree of superinduction
seen with LPS and anisomycin. Thus the enhancer binding
factor NF-KB appears to be inducible in 70Z/3 cells in

ADL 0000276

-165-

the absence of protein synthesis.  Further, it appears to
be inducible by either of 2 different translation
inhibitors alone and is superinduced when the cells are
stimulated with LPS and the inhibitor.

Phorbol ester can induce NF-KB in 70Z/3

The tumor promoting phorbol ester, phorbol 12-
myristate-13-acetate (PMA), has been shown to induce
surface immunoglobulin in 70Z/3, presumably via acti-
vation of K transcription and transport of complete
immunoglobulin to the cell surface (Rosoff P.M. et al.,
J. Biol. Chem. 259:7056-7060 1984; Rosoff, P.M. and
Cantley, L.C., J. Biol. Chem. 260 9209-9215, (1985).  To
determine if this activation is reflected in an increase
of NF-KB, we analyzed extracts derived from 70Z/3 cells
after a 4 hr stimulation with PMA at 50 ng/ml.  Binding
reactions using K3 as a problem (lane 1) were carried out
as detailed in Fig. 21A legend with protein from un-
treated 70Z/3 cells (lane 2) or 70Z/3 cells that had been
treated with PMA at 50 ng/ml for 4 hr (lanes 3,4).  Lane
5 is the positive control for NF-KB in extracts from WEHI
231.  There was a striking induction of NF-KB activity in
these extracts (Figure 23A, compare lanes 3,4 with lane
2).  Thus an active phorbol ester by itself is capable of
inducing NF- B activity in 70Z/3 cells, implicating
protein kinase C as a possible intermediate in the
post-translational modification reaction that produces
NF- B in these cells [(Bell, R.M. Cell 45:631-632 (1986);
Nishizuka, Y. Nature 308:693-697, (1984)].  An inactive
phorbol ester (phorbol 12, 13 didecanoate) did not cause

ADL 0000277

-166-

induction of NF-KB under similar conditions (data not shown).

### Time course of activation of NF-B by LPS and PMA are different

LPS-mediated stimulation of surface Ig expression of mRNA accumulation reaches a maximum after at least one cell cycle, i.e., in 14-18 hr. Recent work has shown that LPS stimulation of RNA synthesis, as measured by nuclear run on assays [Nelson, K.J., et al., Proc. Natl. Acad. Sci USA 82:5305-5309 (1985); Wall et al. supra, (1986)] can be seen as early as 4 hr after stimulation and that the DNAse I hypersensitive site associated with the enhancer can be detected as early as 1 hr post-stimulation. To examine the time-course of NF-KB induction, we generated 70Z/3 cell extracts after stimulation either by LPS or PMA for varying lengths of time. Analysis for NF-KB activity using the binding assay showed that the time course of activation of NF-KB by these two agents was quite different (Figure 23B). Binding reactions were carried out with extracts derived from 70Z/3 cells that had been treated with LPS at 10 μg/ml (lanes 3-7) or PMA at 25 ng/ml (lanes 8-12) for various lengths of time as shown above each lane in the figure. Lane 2 is a positive control for NF-KB in WEHI 231 extracts. With LPS alone, a nucleoprotein complex band reflecting the presence of NF-KB increased until 2 hr post-stimulation after which a slight decrease occurred and then the level remained constant. By contrast, in PMA-stimulated cells, NF-KB was detected at

ADL 0000278

-167-

maximal levels within 0.5 hr after stimulation, remained
at this level for 2-3 hours and then began to drop off
rapidly, such that by 8 hr it was barely detectable.
Because prolonged exposure of cells to phorbol esters is
known to result in desensitization of endogenous protein
kinase C (Rodriguez-Pena, A. and Rozengurt, E., Biochem
Biophys. Res. Comm. 120:1053-1009, 1984; EMBO J, 5:77-83
1986), a possible explanation for the rapid decline of
NF-KB may be that its maintenance as a binding factor
requires continuous activity of protein kinase C.  A
similar phenomenon has been described recently by Blemis
and Erikson where S6 kinase activity assayed by phos-
phorylation of S6 protein) first rises and then falls
during prolonged exposure to PMA.  See Blemis, J. and
Erikson, R.L. Proc. Natl. Acad. Sci. USA 83:1733-1737
(1986).  Although it has been reported that LPS may
directly activate protein kinase C (Wightman, P.D. and
Raetz, C.R.H., J. Biol. Chem. 259:10048-10052, 1984) the
different kinetics of induction of NF-KB by LPS and PMA
implies that these activators feed into a common pathway
through distinguishable sites of activation.

### Non pre-B cell lines can also be activated to produce NF-KB

In our previous analysis we have shown that NF-KB is
present only in cell lines representing the B cell or
plasma cell stages of B lymphoid differentiation, but was
undetectable in a variety of non B cells, pre-B cells and
T cells (Sen and Baltimore, 1986).  However, as shown
above, this factor may be induced to high levels in pre-B

ADL 0000279

-168-

cells upon stimulation with LPS.  To check if this in-
ducibility was restricted to cells having a pre-B pheno-
type only or was a general characteristic of the other
constitutively negative cell lines we have taken repre-
sentative examples of cell types (T cells and non
lymphoid cells) and examined then for induction of NF-KB
after appropriate stimulation.

   The human T leukemia cell line, Jurkat, can be
stimulated to produce interleukin-2 (IL-2) by the com-
bined influence of phytohemagglutinin (PHA) and phorbol
ester (PMA) (Gillis, S. and Watson, J., J. Exp. Med.,
152:1709-1719, 1980; Weiss et al., J. Immunol. 133:123-
128, 1984).  Nuclear extracts were prepared from Jurkat
cells that had been stimulated with either PHA alone or
PMA alone or both together and analyzed for the presence
of NF-KB (Fig. 24A).  The human T lymphoma Jurkat was
stimulated with phytohemagglutinin (PHA) and phorbol
12-myristate-13-acetate (PMA) individually or together
for 20 hr.  Nuclear extracts made after treatment were
analyzed by the mobility shift assay using K-3 fragment
as the labelled probe.  Binding reactions typically con-
tained 6  g of protein, 2.5-3.5  g of poly d(IC) and
0.3-0.5 ng of end-labelled DNA probe.  Lane 1:  no
protein added; lane 2: WEHI 231 extract (positive
control); lane 3:  extract from uninduced Jurkat cells:
lane 4:  Jurkat cells stimulated with PHA alone; lane 5:
Jurkat cells stimulated with pHA and PMA; Lane 6:  Jurkat
cells stimulated with PMA alone.  The arrow shows the
position of the expected nucleoprotein complex generated
by interaction of NF-KB with K-3 fragment.  As originally
observed, extracts derived from uninduced Jurkat cells
were negative for NF-KB activity (Fig. 24A, lane 3).

ADL 0000280

-169-

However, extracts made from Jurkat cells which had been
stimulated either with PHA or PMA contained detectable
levels of NF-KB (Fig. 24A, lanes 4,6) and the extracts
from the co-stimulated cells showed higher levels of the
factor (Fig. 24A, lane 5). Thus a factor with the
properties of NF-KB can be induced in a T cell lines
after appropriate activation.

As an example of a non-lymphoid line we used the
human HeLa cell lines which is constitutively negative
for NF-KB (Sen and Baltimore, 1986). These cells were
induced with PMA for 2 hr and extracts derived from
treated and untreated cells were analyzed for NF-KB
activity (Fig. 24B). HeLa cells were treated with PMA
(50 ng/ml) for 2 hrs. and the extracts derived thereafter
were analyzed for induction of NF-KB. Binding reactions
contained 15-18 μg of protein, 3.5 μg of poly d(IC) and
0.3-0.5 μg of end-labelled DNA probe. Lane 1: J frag-
ment/no protein added; lane 2: J fragment incubated with
extracts derived from the human B lymphoma EW; lane 3:
K3 fragment incubated with uninduced HeLa cell nuclear
extract; lane 4: μ50 fragment (derived from the μ-heavy
chain enhancer and containing a copy of the conserved
octamer sequence ATTTGCAT) incubated with uninduced HeLa
cell extracts; lane 5: K3 fragment incubated with
induced HeLa cell extracts. The untreated HeLa extract
(Fig. 24B, lane 3) did not show a nucleoprotein complex
which comigrated with the complex generated in B cell
extracts. However treatment with PMA induced a factor
that generated the characteristic DNA-protein complex
produced by NF-KB (Fig. 24B, lane 5). As a control, both

ADL 0000281

-170-

the uninduced and induced extracts showed equivalent levels of the ubiquitous NF-A1 DNA binding protein when analyzed using a probe containing the sequence ATTTGCAT (Fig. 24B, lanes 4,6; Singh, H. et al., Nature 319:154-158, 1986). Therefore treatment of HeLa cells with PMA induces a factor that can form a nucleoprotein complex with the K3 fragment.

To further characterize the DNA-protein complex formed in the PMA-treated HeLa cell extracts, we carried out competition experiments. Binding reactions were carried out using end-labelled K3 fragment, 3.5 μg of poly d(IC) and 15-18 μg of nuclear extract in the present of 50 ng of unlabelled competitor DNA derived from various immunoglobulin and viral regulatory sequences (lanes 5-9). The complex generated in PMA-induced HeLa cell extracts (Fig. 24C, lane 4) was specifically competed away by the inclusion of 50 ng of unlabelled DNA in the binding reaction containing either the enhanced (Fig. 24C, lane 7) or the SV40 enhanced (Fig. 24C, lane 8) but was unaffected by two DNA fragments that together span the K enhancer (Fig. 24C, lane 5,6), or by a 250 bp fragment containing the K promoter (Fig. 24C, lane 9). This pattern of competition exactly parallels the pattern observed earlier using the K3 fragment in binding experiments with B cell derived extracts (Sen and Baltimore, 1986). These results further strengthen the conclusion that the NF-KB factor can be induced in non-lymphoid cells as well as lymphoid cells following appropriate stimulation.

ADL 0000282

-171-

EXAMPLE 9   Characterization of the NF-kB Protein and
Electrophoretic Mobility Shift Analysis of
Subcellular Fractions of 70Z/3 Cells

Characterization of the NF-kB protein

Mouse NF-kB is a polypeptide with a molecular weight
around 60 kDa.  This has been determined by a DNA-binding
renaturation experiment using eluates from different
molecular weight fractions of a reducing SDS-gel (Figure
26A).  The size of the native NF-kB protein was
determined in the following manner:  Nuclear extract from
TPA-stimulated cells was subjected to ultracentrifugation
on a continuous glycerol gradient.  The fractions were
assayed for DNA-binding activity of NF-kB by electro-
phoretic mobility shift assays (Figure 26B).  NF-kB
activity was found highest between the co-sedimented
bovine serum albumin (67 kDa) and IgG (158 kDa) standards
(Figure 26B, lanes 6 to 8).  The specificity of binding
was shown by the absence of a complex when a DNA probe
with a mutation in the NF-kB binding sequence was used to
assay the fractions (Figure 26B, right lanes 4 to 10).
Lenardo, M. et al., Science, 236:1573-1577 (1987).
Little NF-kB activity was contained in the fractions
where a 60 kDa protein would be expected to sediment
(Figure 26B, lanes 4 and 5).  If the sedimentation of
NF-kB is not highly abnormal, the results from the
glycerol gradient centrifugation suggest that NF-kB is
associated with another protein of approximately the same
size.  Presumably NF-kB forms a homodimer because the
protein-DNA complex formed in native gels using whole

ADL 0000283

-172-

nuclear extract is of the same mobility as the complex formed with renatured NF-kB protein from a single spot of a two-dimensional gel.

70Z/3 cell cultures were incubated in the absence (Co) and presence of phorbol ester (TPA), followed by subcellular fractionation of cells. In the DNA-binding reactions, 8.8 ug of protein of nuclear extracts (N), cytosolic fractions (C), and post-nuclear membrane fractions (P) in 4 ul buffer D(+) were used. The end-labeled DNA-fragments were incubated in the presence of 3.2 ug poly(d[I-C]) with the subcellular fractions in a final volume of 20 ul for 15 to 30 minutes followed by separation of protein-DNA complexes and unbound DNA on native 4% polyacrylamide gels. Fluorograms of native gels are shown. To detect kB-specific DNA-binding activity a DdeI-HaeIII wild type fragment of the kappa light chain enhancer (kB wt; lanes 1-6) was used. Sen, R. and D. Baltimore, Cell, 46:705-716 (1986). kB-un-specific activities binding to the kappa enhancer fragment were detected using a fragment mutated in NF-kB binding site that was otherwise identical to the wild type fragment (lanes 7-12). Lenardo, M. et al., Science, 236:1573-1577 (1987). NF-uE3-binding activity and octamer binding protein activity were assayed with a HaeIII-DdeI kappa enhancer fragment (uE3; lanes 13-18) and a PvuII-EcoRI kappa heavy chain promoter fragment (OCTA; lanes 19-24), respectively. Sen, R. and D. Baltimore, Cell, 46:705-716 (1986); Singh, H. et al., Nature, 319:154-158 (1986). Specific protein-DNA com-plexes are indicated by filled arrowheads and the positions of unbound DNA-fragments by open arrowheads.

ADL 0000284

-173-

EXAMPLE 10  Renaturation of NF-κB

70Z/3 cells were grown in spinner cultures with RPMI 1640 medium supplemented with 10% newborn calf serum and 50 uM 2-mercaptoethanol.  HeLa cells were also grown in spinner cultures with MEM medium supplemented with 10% horse serum.  Cell cultures were treated with 25 ng/ml 12-O-tetradecanoylphorbol 13-acetate (TPA; Sigma) for 30 minutes at cell densities between $7 \times 10^5$ and $2 \times 10^6$/ml.

Subcellular Fractionation

Cells were collected by centrifugation for 10 minutes at 150xg.  Cell pellets were resuspended in ice-cold phosphate-buffered saline and collected again by centrifugation.  All following steps were carried out at $4^\circ$C.  Washed cells were resuspended in four packed cell volumes of a hypotonic lysis buffer (buffer A; Dignam, J.P. et al., Nucleic Acid Research, 11:1475-1489 (1983)).  After 20 minutes, cells were homogenized by 15 (HeLa) or 20 strokes (70Z/3 cells) with a loose fitting Dounce homogenizer.  Nuclei were collected by centrifugation for 6 minutes at 4300xg, resuspended in five volumes of buffer A and washed once by centrifugation.  Proteins were extracted from washed nuclei by high salt, followed by centrifugation of the nuclear extracts and dialysis against buffer D as described.  Dignam, J.P. et al., Nucleic Acids Research, 11:1475-1489 (1983).  One percent NP-40 (v/v) was added to the dialyzed nuclear extracts. The postnuclear supernatant was centrifuged for 6 minutes at 4300xg and the resulting supernatant ultracentrifuged for 1 hour at 150,000xg.  The pellet after ultracentrifugation containing postnuclear membranes was dissolved

ADL 0000285

-174-

in buffer D containing 1% (v/v) NP-40 (referred to as
buffer D(+)). Insoluble material was removed by centri-
fugation for 10 minutes in a Microfuge. The supernatant
after ultracentrifugation (referred to as cytosolic
fraction) was adjusted to buffer D(+) conditions by the
addition of stock solutions. Fractions were stored at
$-70^{\circ}C$.

Protein concentrations were determined by an assay
using bicinchoninic acid. Smith, P.K. et al., Anals of
Biochemistry, 150:76-85 (1985). The ratio of the total
protein recovered during a fractionation experiment in
nuclear extracts, cytosolic fractions and postnuclear
membrane fractions was 2:4:1 for 70Z/3 cells and 1:10:1.5
for HeLa cells. These ratios were used to adjust the
fractions to protein concentrations reflecting equal
cell-equivalents of subcellular fractions.

Electrophoretic Mobility Shift Assays and Treatments
with Dissociating Agents

DNA-binding reactions were carried out as described
above. The DNA-binding reaction mixture contained
poly(d(I-C)) (Pharmacia), 3000-6000 cpm of $[^{32}P]$end-
labeled DNA-fragments and a buffer composed of 10 mM
Tris-HCl, pH 7.5, 50 mM NaCl, 1 mM dithiothreitol (DTT),
1 mM EDTA and 5% glycerol. Binding reactions and sub-
sequent analysis on native 4% polyacrylamide gels were
performed at room temperature as described. Sen, R. and
D. Baltimore, Cell, 46:705-716 (1986). Subcellular
fractions were treated with formamide (DNA grade;
American Bioanalytical) prior to the addition of the

ADL 0000286

-175-

DNA-binding reaction mixture.  Sodium desoxycholate
(Fisher Scientific Company) was added after the DNA-
binding reaction.

### Renaturation of NF-kB

Protein in the subcellular fractions was precipi-
tated at -20°C by the addition of four volumes of
acetone.  Pellets were dissolved in SDS-sample buffer
containing 3.3% 2-mercaptoethanol and boiled for 5
minutes. Laemmli, U.K., Nature, 227:680-685 (1970).
After SDS-polyacrylamide gel electrophoresis, gel pieces
from different molecular weight regions were cut out,
ground, and proteins eluted overnight at 4°C in 500 ul of
a buffer containing 50 mM Tris-HCl, pH 7.9, 0.1% SDS, 0.1
mg/ml bovine serum albumin, 1 mM DTT, 0.2 mM EDTA, 0.1 mM
phenylmethylsulfonyl fluoride (PMSF) and 2.5% glycerol.
After centrifugation for 2 minutes in a Microfuge, the
supernatant was removed and recentrifuged for 10 minutes
to remove gel debris.

To 200 ul of the supernatant four volumes of acetone
were added and proteins were allowed to precipitate for 2
hours at -20°C.  The precipitate was collected by centri-
fugation for 10 minutes in a Microfuge, washed once with
1 ml methanol at -20°C and dried for 30 minutes in the
inverted tube.  The dried pellet was dissolved in 2.5 ul
of a saturated solution of urea (ultrapure; American
Bioanalytical) and diluted with 125 ul of a buffer con-
taining 20 mM Tris-HCl, pH 7.6, 10 mM KCl, 2 mM DTT and
10 uM PMSF.  Renaturation was allowed for a minimum of 18
hours at 4°C.  kB-specific DNA-binding activity was
detectable in mobility shift assays for at least 48 hours

ADL 0000287

-176-

after storage of renatured fractions at 4°C without
appreciable loss of activity.

EXAMPLE 11   Subcellular Localization of the NF-kB
             Precursor

Because NF-kB is a DNA-binding protein, it is
expected to reside in the nucleus. This is certainly
true for NF-kB of phorbol ester-treated cells and mature
B-cells where the activity is detectable in nuclear
extracts. It is however not mandatory for a precursor of
NF-kB especially, in view of the fact that the precursor
is activated by protein kinase C, a cytosolic protein
that is associated in its active state with the plasma
membrane.

The precursor of NF-kB was analyzed by an investi-
gation of subcellular fractions of unstimulated pre-B
cells for the presence of NF-kB activity, using electro-
phoretic mobility shift assays (Figure 27A). Little
DNA-binding activity was detected in the subcellular
fractions, indicating that the precursor must exist in a
form of low affinity for its cognate DNA (Figure 27A,
lanes 1 to 3). In fractions from TPA-stimulated cells,
the newly activated NF-kB was almost exclusively con-
tained in the nuclear extract (Figure 27A, lanes 4 to 6).

In an attempt to activate the DNA-binding activity
of the NF-kB precursor, the various subcellular fractions
were treated with agents known to gently dissociate
protein-protein interactions. Low concentrations of
desoxycholate, formamide or a combination of both
included in the mobility shift assay mixture led to the
activation of an NF-kB-specific DNA-binding activity

177

ADL 0000288

-177-

(Figure 27B). The fraction containing the bulk of the _in_
_vitro_ activatable NF-κB precursor was the cytosol (Figure
27B, lanes 1 to 3). When fractions from TPA-stimulated
cells were subjected to the same treatment, the amount of
precursor in the cytosolic fraction was found strongly
reduced, apparently because of redistribution of acti-
vated NF-κB into the nuclear extract fraction (Figure
27B, lanes 4 and 5). In both control and TPA-stimulated
cells, the amount of total cellular NF-κB activity
revealed after treatment with dissociating agents was
equal, suggesting a complete conversion of the NF-κB
precursor into active NF-κB. Cytosolic fractions from
HeLa cells and from calf spleen also contained NF-κB
precursor which could be demonstrated after activation
with dissociating agents. These observations strongly
suggest that NF-κB is localized as an inactive precursor
in the cytosol. Activation of protein kinase C by
phorbol ester then would result in two events: induction
of DNA-binding activity and nuclear translocation of
NF-κB.

Using subcellular fractions from HeLa cells, another
TPA-inducible transcription factor, AP-1, was tested to
determine whether it also exhibits activation and sub-
cellular redistribution upon TPA-stimulation. As
detected by mobility shift assays, AP-1 from nuclear
extracts did not show an increase in DNA-binding activity
after TPA-stimulation nor were there significant amounts
of AP-1 activity present in the cytosolic fractions from
control and stimulated cells (Figure 28). This showed
that the mechanism by which the transcription factor
activity of NF-κB is induced is fundamentally different

ADL 0000289

-178-

from that of AP-1 although the initial signal --
activation of protein kinase C by phorbol ester -- is the
same.

EXAMPLE 12   Investigation of the DOC-dependence of
             Cytosolic NF-kB

     Cytosol from unstimulated 70Z/3 pre-B cells in
buffer A (Dignam, J.P. et al., Nucl. Acids. Res., 11:1475
(1983); Baeuerle, P.A. and D. Baltimore, Cell, 53:211
(1988)) was adjusted to a final concentration of 50mM
NaCl, 20mM (HEPES) (pH 7.9), 1.5mM EDTA, 5% glycerol and
0.2% NP-40.   Cytosolic protein (45 mg) was mixed to a
final volume of 4 ml with 0.6% DOC, 0.75 g calf thymus
(wet weight) DNA-cellulose (Sigma; equilibrated in buffer
G:  10 mM Tris-HCl (pH 7.5), 50mM NaCl, 1mM EDTA, 1mM
dithiothreitol (DTT), 5% glycerol, 0.2% DOC, 0.2% NP-40,
and 0.5mM phenylmethyl sulfonylfluoride (PMSF)] and 1.2%
NP-40.   The suspension was incubated in a mini column for
1 hour at room temperature on a rotary shaker.   The
flow-through fraction was used for gel filtration.
DNA-cellulose was washed with buffer G and eluted with a
NaCl step gradient in buffer G.   Equal proportions of
fractions were assayed by EMSA (Sen, R. and D. Baltimore,
Cell, 46:705 (1986); Baeuerle, P.A. and D. Baltimore,
Cell, 53:211 (1988)) at a final concentration of 1.2%
NP-40 in the presence of either 0.03% DOC (non dis-
sociating condition) or 0.6% DOC (dissociating condition)
and with 10 µg of bovine serum albumin (BSA) as carrier.
Results of this investigation are represented in Figure
34 and described above.

ADL 0000290

-179-

EXAMPLE 13    Characterization of IkB and its Complex
with NF-kB

The flow-through fraction from the DNA-cellulose
column (1.55 mg of protein in 250 $\mu$l described in Example
4) was subjected to a G-200 Sephadex column (280 by 7 mm)
with a flow rate of 0.15 ml/min in buffer G at room
temperature.  A mix of size markers (dextran blue;
immunoglobulin G, 158 kDa, BSA, 67 kDa, ovalbumin, 45
kDa, myoglobin, 17 kDa; Biorad) was run separately on the
column prior to sample runs.  Markers were detected in
fractions by their color and using SDS-polyacrylamide gel
electrophoresis (SDS-PAGE) followed by Coomassie Blue
staining.

To detect inhibiting activity, portions of fractions
(5 $\mu$l; in buffer G) were mixed with 1 $\mu$l of nuclear
extracts (in buffer D(+)) and 0.5 $\mu$l 10% NP-40.  Dignam,
J.P. et al., Nucl. Acids Res., 11:1475 (1983).  After 30
minutes at room temperature, the reaction volume was
brought to 20 $\mu$l by the addition of a DNA binding
reaction mixture containing 3.2 $\mu$g of poly(dI-dC)
(Pharmacia), 5 to 20 fmoles of $^{32}$P-cnd labeled k enhancer
fragment, 75mM NaCl, 15mM Tris-HCl (pH 7.5), 1.5mM EDTA,
1.5mM DTT, 7.5% glycerol, 0.3% NP-40 and 20 $\mu$g BSA.
After a 20-minute DNA binding reaction, samples were
analyzed by EMSA.

Gel filtration fractions containing IkB (25 $\mu$g of
protein) were incubated for 1 hour at room temperature in
buffer G without any addition or with 2 $\mu$g of TPCK-
treated trypsin (Sigma), 8 $\mu$g of BPTI (Sigma), or with 2
$\mu$g of trypsin that had been incubated with 8 $\mu$g of BPTI.

ADL 0000291

-180-

Tryptic digestion was stopped by a 10-minute incubation
with 8 μg of BPTI and samples analyzed as described
above.

Nuclear extract from TPA-stimulated 70Z/3 cells and
cytosol from untreated cells (both 220 μg of protein)
were sedimented through 5 ml of a continuous 10 to 30%
glycerol gradient in buffer D(+) and 150,000g (SW 50.1
rotor; Beckman) for 20 hours at 4°C. Cosedimented size
markers were detected in fractions by SDS-PAGE and
Coomassie Blue staining. Portions of glycerol gradient
fractions (4 μl) were analyzed by EMSA with 10 μg of BSA
as carrier and 0.5 μg of poly(dI-dC). NF-kB precursor
was activated by treating 4 μl of fractions with 1.5 μl
of formamide before the DNA binding reaction mixture was
added.

EXAMPLE 14  Demonstration of the Presence of the
            NF-kB--IkB Complex in Enucleated Cells

HeLa cells were grown in Eagle's Minimum Essential
Medium supplemented with 10% horse serum, penicillin (50
I.U./ml) and streptomycin (50 μg/ml) (referred to as
MEM-medium) on discs (1.8 cm in diameter) cut from cell
culture plastic ware. For enucleation, discs were placed
upside down into centrifuge tubes filled with 10 ml of
MEM-medium of 37°C containing cytochalasin B (10 μg/ml)
and held for the same time in the incubator. To estimate
the enucleation efficiency, enucleated cells on one disc
were fixed with formaldehyde (3.7%) in phosphate-buffered
saline (PBS) for 20 minutes, stained for 4 minutes with
4',6-diamidino-2-phenylindole (DAPI, 1 μg/ml; Sigma) in
PBS, and washed in PBS. Fluorescence microscopy under UV

ADL 0000292

-181-

light and phase contrast microscopy were performed with a
Zeiss Photomicroscope III.  Control and enucleated cells
were allowed to recover in cytochalasin B-free MEM-medium
for 30 minutes before a 2-hour incubation in the absence
or presence of TPA (50 ng/ml).  Cells were then washed in
ice-cold PBS, scraped off the discs in 100 $\mu$l of a buffer
containing 20mM HEPES (pH 7.9), 0.35M NaCl, 20% glycerol,
1% NP-40, 1mM $MgCl_2$, 1mM DTT, 0.5mM EDTA, 0.1mM EGTA, 1%
aprotinin (Sigma) and 1mM PMSF.  After lysis and
extraction for 10 minutes on ice, particulate material
was removed by centrifugation (Microfuge) for 15 minutes
at 4$^o$C and the resulting supernatants were analyzed by
EMSA.

EXAMPLE 15   Demonstration of the Role of NF-KB as
            Mediator in Regulation of a Gene in
            Non-Lymphoid Cells

     The following demonstrates that NF-$\kappa$B has the role
of mediator in cytokine gene regulation (in this case,
positive regulation of $\beta$-IFN gene expression).  NF-$\kappa$B has
been shown to interact with a virus-inducible element
(PRDII) in the $\beta$-IFN gene and to be highly induced by
either virus infection or treatment of cells with double-
standard RNA.

A.   Experimental Procedure

Cell Culture and Transfection
     Mouse L929 fibroblasts were maintained in MEM medium
(Gibco) with 5% serum (Gibco).  Jurkat (human T
lymphocytes), Namalwa (human Burkitt lymphoma), S194



ADL 0000293

-182-

(mouse myeloma), and 70Z/3 (mouse pre-B lymphocyte) cells were grown in RPMI 1640 medium supplemented with 10% fetal calf serum (Life Science) and 50 µM β-mercapto-ethanol.  Sendai virus (SPAFAS) or poly(rI:rC) (Pharmacia) inductions were either 6 hours in length for protein extracts (Zinn et al., Cell, 34:865-879 (1983)) or 12 hours for transfections.  Phorbol myristate acetate (Sigma) and phytohemagglutinin (PHA) induction was carried out as described by Sen, R. and D. Baltimore (Cell, 47:921-928 (1986)).

Transient transfections of L929 cells were performed according to Kuhl et al., Cell, 50:1057-1069 (1987); and for S194 cells, according to Pierce et al., Proc. Natl. Acad. Sci. USA, 85:1482-1486 (1988).  A β-galactosidse (β-gal) expression plasmid (Edlund et al., Science, 230:912-916 (1985)) was co-transfected to monitor the transfection efficiency.  CAT assays were described by Gorman et al., Mol. Cell. Biol., 2:1044-1051 (1982), and the amount of protein assayed was normalized to a constant amount of β-gal activity.  An et al., Mol. Cell. Biol., 2:1628-1632 (1982).

Plasmid constructions

The plasmids p-41βCAT (-41β), p-41PII4r (-41β(P)$_4$), and p-41PI12r (-41β(P)$_2$) were constructed as follows:  in Fan, C. M. and T. Maniatis, EMBO J., in press (1989). The nucleotide sequence of the PRDIIx2 (PRDII$_2$) is 5'-CATCTGTCGGGAAATTCCGTGGGAAATTCCGGATC-3'.  The con-struction of Δ56 (c-fosCAT), Δ56(B)$_2$ (J16), and Δ56(B⁻) (J32) were described by Pierce et al., Proc. Natl. Acad. Sci. USA, 85:1482-1486 (1988).  The κB oligonucleotides



ADL 0000294

-183-

were: Wild-type: 5'-TCGACAGAGGGGACTTTCCGAGAGGCTCGA-3'
and mutant: 5'-TCGACAGAATTCACTTTCCAGGAGGCTCGA-3'. The
IRE was isolated as a BglII-BamHI fragment (Goodbourn et
al., Cell, 45:601-610 (1986)) and cloned into pSP73.
Mutant PRDII sites were described in Goodbourn, S. and T.
Maniatis, Proc. Natl. Acad. Sci. USA, 85:1447-1451
(1988).

## Preparation of subcellular protein fractions and mobility shift electrophoresis

Buffers A, C and D are those described by Dignam et
al., Nucl. Acids Res., 11:1475-1489 (1983). Frozen
pellets containing from 1 x 10⁶ to 1 x 10⁷ cells were
thawed in the presence of an equal volume of buffer A.
The suspension was mixed using 10 strokes of a Dounce
homogenizer and the nuclei were pelleted for 20 minutes
at 4° in a microcentrifuge. The supernatant, termed
cytosol, was ultracentrifuged for 1 hour at 100,000 x g
and adjusted to 20% glycerol, 10 mM HEPES, pH 7.9, 1 mM
EDTA, and 0.1 M KCl. The nuclei were extracted with 2
volumes of the buffer C for 20 minutes and the nuclear
extract was cleared by centrifugation and dialyzed
against buffer D. To minimize proteolysis, all buffers
included 0.5 mM PMSF, 0.3 μg/ml leupeptin, and 0.3 μg/ml
antipain and buffers A and C included 0.3 TIU/ml
aprotinin, 0.5 mg/ml benzamidine, 0.1 μg/ml chymostatin,
and 0.7 μg/ml pepstatin.

Binding assays were carried out as described in
Lenardo et al., Science, 236:1573-1577 (1987) and Lenardo
et al., Proc. Natl. Acad. Sci. USA, 85:8825-8829 (1988).

ADL 0000295

-184-

Assay samples of 20 $\mu$l contained nuclear extract incu-
bated with 0.25 ng $^{32}$P-labeled DNA fragment (5,000 CPM),
10 mM Tris:Cl, pH 7.5, 1 mM dithiothreitol, 1 mM EDTA,
0.5 mM MgCl$_2$, 3 mM GTP (omitted in experiments varying
amounts of added GTP), 2 $\mu$g poly(dI-dC), and 5% glycerol
for 20 minutes at room temperature.  Cytosol was
activated _in vitro_ using 0.8% sodium deoxycholate
followed by addition of the binding mixture including
0.75% NP-40.  Methylation interference assays were per-
formed using the procedure of Gilman _et al._, _Mol. Cell._
_Biol._, _6_:4305-4316 (1986).

### RNA analysis

RNA preparation and Northern blot analysis were
carried out as previously described by Zinn _et al._, _Cell_,
_34_, 865-879 (1983).

### B.  Results

### NF-κB binds specifically to PRDII

The protein encoded by the PRDII-BF1 cDNA binds to
the PRDII site and to the H2-K$^b$ and κB binding sites
(Figure 39; Singh _et al._, _Cell_, _52_:415-423 (1988);  Fan
and Maniatis, unpublished).  Thus, the ability of NF-κB
to bind to PRDII and to the κB site was compared, using
an electrophoretic mobility shift assay.  Fried, M. and
Crothers, D.M., _Nucleic Acid Res._, _9_:6505-6525 (1981).
NF-κB is present in the human T lymphocytic line Jurkat
in an inactive form, but its binding is inducible by
phorbol myristate acetate (PMA) and phytohemagglutinin



ADL 0000296

-185-

(PHA).  Sen, R. and D. Baltimore, Cell, 47:921-928
(1986); and Nabel, G. and D. Baltimore, Nature, 326:711-
713 (1987).  The entire interferon gene regulatory
element (IRE) or an oligonucleotide comprised of two
copies of the PRDII sequences (PRDII$_2$ or (P)$_2$) was used.
A complex with PMA/PHA-induced Jurkat nuclear extracts
that migrated identically to that formed with the κB site
was detected.  It was assumed that the additional slower
migrating complex observed with the PRDII$_2$ oligonucleo-
tide corresponds to DNA molecules in which both of the
PRDII sites are bound to protein.  Specific κB complexes
were undetectable in extracts from unstimulated Jurkat
cells.

        To determine whether the same protein binds to PRDII
and κB, competition experiments were carried out.
Increasing amounts of unlabeled κB oligonucleotide
inhibited complex formation with either the IRE or the κB
site.  The ability of PRDII and κB to compete for NF-κB
binding was also reciprocal; an unlabeled fragment
prevented complex formation with either labeled fragment.
Quantitatively, both sites competed equally for NF-κB.
Furthermore, the IRE and the κB sites both formed an
identical complex using cytosol from unstimulated Jurkat
cells after treatment with the detergent deoxycholate.
This observation is in agreement with the finding that
NF-κB binding activity can be unmasked in cytosolic
extracts by deoxycholate.  Baeuerle, P. and D. Baltimore,
Cell, 53:211-217 (1988).

        A number of single base mutations in PRDII decrease
the level of virus induction of the β-IFN gene.
Goodbourn, S. and T. Maniatis, Proc. Natl. Acad. Sci.

ADL 0000297

-186-

USA, 85:1447-1451 (1988).  Therefore, these mutations
were examined to assess whether they also affect in vitro
binding to NF-κB.  Four point mutations that impair
inducibility of the β-IFN gene were shown to reduce
binding of NF-κB. (64G→A, 62G→A, 60A→G and 56C→T).  A
single point mutation that has no effect on inducibility
allows specific NF-κB binding (65T→C).  Taken together,
these results strongly suggest the NF-κB plays a direct
role in β-IFN gene regulation.

### The in vivo activities of PRDIII and the κB site are indistinguishable

    To determine whether the PRDII and κB sites function
similarly in vivo, we compared their transcriptional
activities were compared, using chloramphenicol acetyl-
transferase gene (CAT) reporter plasmids in virus-induced
mouse L929 fibroblasts and in S194 mouse myeloma cells.
The structures of the reporter genes are illustrated in
Figure 41B.  The -41 β-globin/CAT gene was not expressed
in L929 cells before or after induction by inactivated
Sendai virus or poly(rI:rC) (Figure 41A, lanes 1-3).
However, the reporter gene linked to four copies of PRDII
(-41β(P)$_4$) was highly inducible (Figure 41A, lanes 4-6).
Remarkably, two tandemly-repeated κB sites also conferred
virus and poly(rI:rC) inducibility on a c-fos
promoter/CAT fusion gene in L929 cells (Figure 41A,
compare lanes 7-9 to 10-12).  Mutations in the κB site
that eliminated binding of NF-κB also abolished virus
inducibility. Thus, in L929 cells, the same inducible
factor may interact with PRDII and the κB site to
stimulate transcription.

ADL 0000298

-187-

The B-cell specific activities of PRDII and the κB site were compared by transfecting the reporter enes into S194 mouse myeloma cells. As previously demonstrated, wild-type, but not mutant, κB sites were highly active in mature B-cells which constitutively express NF-κB (Figure 40A, lanes 13-15; Pierce et al., Proc. Natl. Acad. Sci. USA, 85:1482-1486 (1988)). Significantly, multiple PRDII elements were also highly active in S194 cells (lanes 16-18). These results further suggest that the same factor, NF-κB, interacts productively with PRDII and the κB site.

## Virus induction stimulates NF-κB binding in lymphoid and non-lymphoid cells

The ability of PRDII to bind NF-κB suggested that virus infection might activate NF-κB. Therefore, nuclear extracts prepared from cells before and after virus induction were analyzed. NF-κB binding activity was virus-inducible in Namalwa human mature B lymphocytes, 70Z/3 murine pre-B lymphocytes, and murine L929 fibro- blasts. Virus induction of NF-κB in Namalwa cells was unexpected because these cells display significant constitutive NF-κB binding activity in the nucleus. Thus, only a fraction of the NF-κB in Namalwa cells is in the active state, and the remaining molecules can be activated by virus. Virus-induced complexes in all three cell types appeared to contain NF-κB because they could be eliminated by competition with wild-type (WT) but not mutant (MUT) κB sites. Moreover, complex formation could be stimulated by GTP, a biochemical property of NF-κB.

ADL 0000299

-188-

Lenardo et al., Proc. Natl. Acad. Sci. USA, 85:8825-8829
(1988). The NF-κB complex was also induced by
poly(rI:rC) in 70Z/3 cells, but the effect was less
dramatic.

Additional evidence that the virus-induced complexes
contain NF-κB was provided by comparisons of the
methylation interference patterns of the virus-induced
complexes from Namalwa and L929 cells with the PMA/PHA-
induced complex in Jurkat cells. All of the interference
patterns were identical and exhibited the close base
contacts that are distinctive of the interaction between
NF-κB and its cognate binding site in the κ enhancer.
Sen, R. and D. Baltimore, Cell, 46:705-716 (1986); and
Baldwin, A.S. and P.A. Sharp, Mol. Cell. Biol., 7:305-313
(1988). Finally, the level of NF-κB revealed by deoxy-
cholate in the cytosol of L929 cells was diminished after
virus induction. Therefore, like phorbol ester treat-
ment, virus infection apparently releases NF-κB from an
active cytosolic form and allows translocation to the
nucleus. Baeuerle, P. and D. Baltimore, Cell, 53:211-217
(1988).

Endogenous β-IFN and Ig kappa gene expression are
activated by virus in pre-B lymphocytes

As shown above, virus infection dramatically
increased the levels of nuclear NF-κB and induced
reporter genes containing PRDII or κB sites. Therefore,
the ability of virus to induce the transcription of an
endogenous κ gene was also assessed. The pre-B cell line
70Z/3, which produces cytoplasmic Ig μ heavy chains, but

ADL 0000300

-189-

not light chains, was used for this purpose.  Paige et
al., J. Immunol., 121:641-647 (1978).  The κ gene in
70Z/3 cells is functionally rearranged and can be trans-
criptionally induced by lipopolysaccharide (LPS) and
phorbol myristate acetate (PMA), conditions which power-
fully induce NF-κB.  Nelson et al., Nucl. Acids Res., 12:
1911-1923 (1984); Rosoff and Cantley, J. Biol. Chem.,
259:7056-7060 (1985); and Sen, R. and D. Baltimore, Cell,
47:921-928 (1986).  As expected, treatment of 70Z/3 cells
with phorbol esters or, more strikingly, with LPS
resulted in the activation of the endogenous κ gene.
Surprisingly, virus infection also induced κ gene
expression to a level comparable to that observed with
PMA induction.  Under the same conditions, endogenous
β-IFN mRNA was induced by virus, but not by PMA or LPS.
Thus, NF-κB is necessary and sufficient for expression of
the endogenous κ gene in 70Z/3 cells, but not for the
β-IFN gene.  These results indicate the virus-induced
complex has all the in vitro binding properties and in
vivo transcriptional properties of NF-κB.

Equivalents

    Those skilled in the art will recognize or be able
to ascertain, using no more than routine experimentation,
many equivalents of the specific embodiments of the
invention described therein.  Such equivalents are
intended to be encompassed by the following claims.

ADL 0000301

-190-

CLAIMS

1.  Isolated nuclear protein which binds, in a sequence
    specific manner, to a transcriptional regulatory DNA
    element of an immunoglobulin light chain genes, a
    transcriptional regulatory DNA element of an
    immunoglobulin heavy chain genes or both.

2.  Isolated nuclear protein, which binds, in a sequence
    specific manner, to enhancer DNA sequences of the
    kappa light chain gene.

3.  A nuclear protein of Claim 2, wherein the sequences
    are TCGGGATTCCCA.

4.  Isolated NF-κB.

5.  Isolated nuclear protein, which:
    a)  binds to DNA sequences in the upstream region
        of both mouse heavy and Kappa light chain gene
        promoters; and
    b)  binds to DNA sequences of mouse heavy chain
        gene enhancer.

6.  A nuclear protein of Claim 5, wherein the sequences
    are ATTTGCAT.

7.  Isolated nucleic acid encoding a nuclear protein of
    Claim 1.

ADL 0000302

-191-

8.   Isolated nucleic acid encoding a nuclear protein
     which binds, in a sequence specific manner, to
     enhancer DNA sequences of the Kappa light chain
     gene.

9.   Isolated nucleic acid of Claim 8 wherein the nuclear
     protein binds, in a sequence specific manner, to
     enhancer DNA sequences of the Kappa light chain
     gene.

10.  Isolated DNA encoding a structural gene for a
     nuclear protein, which protein binds in a sequence
     specific manner to the Kappa enhancer.

11.  Isolated DNA which encodes a nuclear protein which:
     a)   binds to DNA sequences in the upstream region
          of both mouse heavy and Kappa light chain gene
          promoters; and
     b)   binds to DNA sequences of mouse heavy chain
          gene enhancer.

12.  DNA encoding the transcriptional regulatory factor
     IgNF-B (NF-A2).

13.  A cloned DNA sequence which encodes a protein which
     binds to the κ-element TGGGGATTCCCCA and which
     hybridizes to a single, approximate 10kb RNA
     transcript from both B and non-B human cells.

ADL 0000303

-192-

14. An assay for detection of binding of cellular
nuclear protein to DNA, comprising the steps of:

    a)    providing an extract of cellular nuclear
          protein;

    b)    preparing an incubation mixture consisting of:

        i.    the extract of nuclear protein;

        ii.    a radiolabeled DNA fragment to be
             tested for binding with the nuclear
             protein; and

        iii.    an alternating copolymer duplex
             poly(dI-dc)·poly(dI-dc);

    c)    incubating the mixture under conditions which
          allow the formation of protein-DNA complexes;
          and

    d)    resolving complexed DNA from free DNA by
          electrophoresis through a low ionic strength,
          nondenaturing polyacrylamide gel.

15. An assay of Claim 14, wherein the radiolabeled DNA
fragment to be tested is less than about 100 base
pairs.

16. A method of Claim 14, wherein the DNA fragment is
end-labeled with $^{32}$P.

ADL 0000304

-193-

17.  A method of enhancing the transcription of a gene of
     interest whose transcription is regulated by a
     regulatory factor which binds DNA in the vicinity of
     the gene, comprising the steps of:
     a)   preparing an expressible gene construct
          comprising a strong promoter linked to a gene
          encoding the regulatory factor; and
     b)   incorporating into a cell containing the gene
          of interest, single or multiple copies of the
          gene construct sufficient to enhance tran-
          scription of the gene of interest.

18.  A method of Claim 17, wherein the cell is a lymphoid
     cell and the gene of interest is a gene encoding an
     Ig chain.

19.  A method of Claim 17, wherein the regulatory factor
     is selected from the group consisting of the
     following factors:  IgNF-A, E, IgNFB and NF-κB.

20.  A method of Claim 17, wherein the regulatory
     factor is IgNF-B.

21.  A method of Claim 17, wherein the lymphoid cell is a
     hybridoma cell.

ADL 0000305

-194-

22. A method of enhancing transcription of a gene
    encoding an Ig chain, comprising:
    a)  preparing an expressible gene construct
        comprising a strong promoter linked to DNA
        encoding a structural gene for B-cell nuclear
        protein, which protein binds in a sequence
        specific manner to a transcriptional regulatory
        DNA element of an immunoglobulin light chain
        genes, a transcriptional regulatory DNA element
        of an immunoglobulin heavy chain gene or both;
        and
    b)  transfecting an Ig chain-producing lymphoid
        cell with the construct in multiple copies to
        enhance the transcription of the Ig
        chain-encoding gene.

23. A method of Claim 22, wherein the DNA encoding
    the structural gene for a B-cell nuclear
    protein encodes IgNFB.

24. A lymphoid cell transformed with an expressible
    nucleic acid construct comprising nucleic acid
    encoding a transcriptional regulatory factor which
    regulates Ig gene transcription.

25. A lymphoid cell of Claim 24, which is a hybridoma.

ADL 0000306

-195-

26. A lymphoid cell of Claim 24, wherein the regulatory
factor is B-cell nuclear protein, which protein
binds in a sequence specific manner to a transcrip-
tional regulatory DNA element of an immunoglobulin
light chain gene, a transcriptional regulatory
element of an immunoglobulin heavy chain gene, or
both.

27. A lymphoid cell of Claim 26, wherein the regulatory
factor is IgNF-B or NF-κB.

28. A method of screening for the expression of a
sequence-specific binding protein by a recombinant
expression vector, comprising contacting protein
produced by a host cell transformed by the recom-
binant vector with a nucleic acid recognition site
probe, under conditions which permit the specific
formation of a complex of the sequence-specific
binding protein and the recognition site probe and
determining whether such formation of a complex
occurs, wherein formation of a complex is an indica-
tion of the expression of the sequence-specific
binding protein by the recombinant vector.

ADL 0000307

-196-

29. A method of identifying recombinant expression
    vectors which express a sequence-specific DNA
    binding protein, comprising the steps of:
    a)  cloning the vector in host cells to form
        clonal colonies;
    b)  generating a replica plate of the cellular
        protein of the clonal colonies;
    c)  contacting the cellular protein with a DNA
        probe comprising a DNA sequence embodying the
        binding site for the sequence-specific binding
        protein under conditions which permit the
        sequence specific binding protein to bind the
        probe to form a complex;
    d)  washing the cellular protein to remove unbound
        probe; and

30. A method of Claim 29, wherein the sequence-specific
    binding protein is a transcriptional regulatory
    factor.

31. A method of Claim 29, wherein the expression vector
    is the bacteriophage λgt11.

32. A method of Claim 29, wherein a nonspecific compe-
    titor DNA is contacted with cellular protein along
    with the DNA probe.

33. A method of Claim 32, wherein the nonspecific
    competitor DNA is poly(dI-dC) - poly(dI-dC) or
    denatured calf thymus DNA.

ADL 0000308

-197-

34. A method of Claim 29, wherein the probe is up
    to 150 bp in length.

35. A method of Claim 29, wherein the probe comprises a
    oligomer of binding sites for the sequence-specific
    binding protein.

36. A labeled DNA probe complementary to at least a
    portion the sequence of nucleic acid encoding a
    transcriptional regulatory factor.

37. A DNA probe of Claim 36, wherein the factor is
    lymphoid-specific.

38. ·A DNA probe of Claim 17, selected from the group
    consisting of NF-κB and IgNF-B.

39. A method of detecting DNA or RNA encoding a tran-
    scriptional regulatory factor, comprising contacting
    a sample to be tested with a labeled DNA probe
    complementary to at least a portion the sequence of
    nucleic acid encoding a transcriptional regulatory
    factor; incubating the probe and the sample under
    hybridization conditions which permit the labeled
    probe to hybridize with complementary DNA or RNA
    sequences; removing unhybridized probe and analyzing
    the sample for hybridized probe.

ADL 0000309

-198-

40. A method of Claim 39, for determination of expression of the factor, wherein the conditions of hybridization are sufficiently stringent such that the probe hybridizes only to nucleic acid sequences to which it is substantially complementary.

41. A method of Claim 39, for the identification of a gene encoding a transcriptional regulatory factor, wherein the hybridization conditions are of a sufficiently relaxed stringency such that the probe will hybridize to DNA sequences which are not completely complementary.

42. Polyclonal or monoclonal antibody specifically reactive with a nuclear protein which binds, in a sequence specific manner, to a transcriptional regulatory DNA element of an immunoglobulin light chain gene, a transcriptional regulatory DNA element of an immunoglobulin heavy chain gene or both.

43. An immunoassay for detection of a transcriptional regulatory factor in a biological fluid, in which the antibody of Claim 42 is used to detect the transcriptional regulatory factor.

44. An immunoassay of Claim 43, for detection of IgNF-B or NF-κB, wherein the antibody is specifically reactive with IgNF-B or NF-κB.

46. The recombinant phage λh3, ATCC 67629.

ADL 0000310

-199-

46.   The recombinant phage OCT-2, ATCC 67630.

47.   A method of identifying an agonist or an antagonist
      of gene transcription, comprising employing a gene
      encoding a transcriptional regulatory factor in an
      in vivo or in vitro assay to identify an agonist or
      antagonist of the factor or the gene encoding the
      factor.

48.   An agonist or antagonist of the activity of a
      transcriptional regulatory factor of Claim 1 or a
      gene encoding the factor.

49.   DNA encoding the DNA binding domain of a tran-
      scriptional regulatory protein of Claim 1.

50.   A method of specifically stimulating gene tran-
      scription in a cell, comprising:
      a)    providing an expressible gene construct com-
            prising DNA encoding the binding domain of a
            transcriptional regulatory factor linked to DNA
            encoding an activator of the RNA polymerase for
            the gene; and
      b)    introducing the construct into the cell.

51.   A method of Claim 50, wherein the DNA encodes the
      binding domain of IgNF-B or NF-κB.

52.   A DNA construct comprising DNA encoding the binding
      domain of a transcriptional regulatory factor linked
      to DNA encoding an activator of the RNA polymerase
      for the gene.

ADL 0000311

-200-

53. A DNA construct of Claim 52, wherein the DNA encodes the binding domain of IgNF-B or NF-κB.

54. A method of inducing expression of a gene, comprising the steps of:

    a) preparing a DNA construct comprising:
        i) a Kappa enhancer sequence or a portion of the Kappa enhancer sequence containing at least the sequence to which the factor NF-κB binds;
        ii) a promoter; and
        iii) a structural gene of interest.
    b) transfecting a eukaryotic host cell with the DNA construct; and
    c) stimulating the transfected cell with a substance which stimulates NF- B activation and binding to the enhancer sequence.

55. A method of Claim 54, wherein the structural gene encodes a cytotoxic protein.

56. A method of Claim 54, wherein the substance which stimulates NF- B is an activator of protein kinase C.

57. A method of altering expression in a cell of a gene whose transcriptional activity is altered by binding of NF-κB to the enhancer of said gene, comprising controlling dissociation of the NF-κB--IκB complex present in the cytoplasm of said cell.

ADL 0000312

-201-

58. The method of reducing expression in a cell of a gene whose transcriptional activity is activated by binding of NF-κB to the enhancer of said gene, comprising preventing dissociation of NF-κB--IκB complex present in the cytoplasm of said cell.

59. A method of activating in a host cell an NF-κB precursor present in the cytoplasm of said host cell, the precursor comprising an NF-κB--IκB complex, comprising contacting the host cell with a substance which causes dissociation of the complex into IκB and NF-κB and translocation of said NF-κB into the nucleus of said cell.

60. A method of preventing activation in a host cell of an NF-κB precursor present in the cytoplasm of said host cell, the precursor comprising an NF-κB--IκB complex, comprising contacting the host cell with a substance which prevents dissociation of the complex into IκB and NF-κB.

61. A method of causing activation of an NF-κB precursor, present in the cytosol of a host cell, the NF-κB precursor being an NF-κB--IκB complex, comprising treating the cell with a substance which causes dissociation of the NF-κB--IκB complex, resulting in induction of DNA-binding activity and nuclear translocation of the NF-κB present in the complex.

-202-

62. A method of controlling expression of human immuno-
    deficiency virus DNA in a host cell latently in-
    fected with human immunodeficiency virus DNA,
    comprising preventing binding of NF-κB to human
    immunodeficiency virus transcriptional control
    elements.

63. A method of Claim 62 wherein binding of NF-κB to
    immunodeficiency virus transcriptional control
    elements is prevented by inhibiting dissociation of
    an NF-κB—IκB complex present in the cytoplasm of
    said host cell into IκB and NF-κB.

64. Isolated NF-κB—IκB complex.

65. Isolated DNA encoding NF-κB—IκB complex.

66. A method of regulating NF-κB-mediated gene
    expression in a cell, comprising altering NF-κB
    activity in the cell.

67. A method of regulating transduction in a cell of an
    extracellular signal by NF-κB, comprising altering
    NF-κB activity in the cell.

68. A method of Claim 67 wherein NF-κB activity is
    reduced.

69. A method of Claim 67 wherein NF-κB is enhanced.

ADL 0000314

-203-

70. A method of regulating NF-κB-mediated expression of a selected gene in a cell, comprising introducing into the cell a substance which regulates NF-κB activity in the cell.

71. A method of positively regulating NF-κB-mediated gene expression in a cell, comprising:
   a) introducing into the cell a gene construct comprising a gene of interest, a DNA sequence which is the binding site of NF-κB and a promoter for the gene; and
   b) maintaining the cell under conditions appropriate for expression of the gene.

72. A method of Claim 71 wherein the binding site is represented by the following consensus sequence:

$$\begin{array}{c} C \quad C \\ GGGRATYYAC, \\ T \quad T \end{array}$$

or equivalents thereof.

73. A method of Claim 72 wherein the consensus sequence is present in the group consisting of: the Ig κ enhancer regulatory element, the SV40 enhancer regulatory element, the HIV long terminal repeat, a regulatory element of the MHC class I H2-K gene, a regulatory element of the IL-2 lymphokine gene, a regulatory element of the IL-2R gene, and a regulatory element of the interferon β PRDI1 gene.

ADL 0000315

-204-

74. A method of positively regulating the expression of
    a gene in a cell, the gene having a DNA sequence
    which is a binding site of NF-κB, said method
    comprising introducing an effective amount of NF-κB
    into the cell, under conditions appropriate for
    binding of NF-κB to the binding site.

75. A method of positively regulating in a cell the
    expression of a gene comprising a DNA sequence which
    is a binding site of NF-κB, comprising introducing
    into the cell a gene construct encoding NF-κB and
    maintaining the cell, under conditions appropriate
    for expression of the gene.

76. A method of positively regulating the expression of
    a gene in a cell, the gene having a DNA sequence
    encoding a binding site of NF-κB, said method
    comprising inducing NF-κB activity by introducing
    into the cell an NF-κB inducing substance.

77. A method of Claim 76 wherein the NF-κB inducing
    substance is selected from the group consisting of
    lipopolysaccharide, cyclohexamide, phorbol esters,
    virus, and tumor necrosis factor α phorbol
    myristate.

78. A method of negatively regulating the expression of
    a gene in a cell, the gene having a binding site of
    NF-κB, said method comprising introducing an inhi-
    bitor of NF-κB into the cell, under conditions
    appropriate for binding of the inhibitor to NF-κB.

ADL 0000316

-205-

79. A method of Claim 78 wherein the inhibitor of NF-κB
    is I-κB.

80. A method of negatively regulating the expression of
    a gene in a cell, the gene having a binding site of
    NF-κB, said method comprising introducing a gene
    construct encoding I-κB cell, under conditions
    appropriate for I-κB production and binding of I-κB
    to NF-κB.

81. A method of negatively regulating the expression of
    a gene in a cell, the gene having a binding site of
    NF-κB, said method comprising introducing into the
    cell a DNA sequence which is the binding site of
    NF-κB, under conditions appropriate for binding of
    the DNA sequence and NF-κB.

82. A method of Claim 81 wherein the binding site is
    represented by the following consensus sequence of:

                        C
             GGGRATYYAC,
                  T    T

    or equivalents thereof.

83. A method of Claim 81 wherein the consensus sequence
    is present in the group consisting of: the Ig κ
    enhancer regulatory element, the SV40 enhancer
    regulatory element, the HIV long terminal repeat, a
    regulatory element of the MHC class I H2-K gene, a
    regulatory element of the IL-2 lymphokine gene, a
    regulatory element of the IL-2R gene, and a
    regulatory element of the interferon β PRDII gene.

ADL 0000317

-206-

84. A method of modifying the expression of at least one
gene in a cell, the gene having an NF-κB binding
site, said method comprising introducing into the
cell a gene construct comprising DNA encoding a
modified NF-κB molecule which binds selectively to
the NF-κB binding site of said selected gene or
genes, under conditions appropriate for expression
of the encoded modified NF-κB and binding of the
modified NF-κB to the NF-κB binding site of said
gene or genes.

85. A method of negatively regulating the expression of
a gene in a cell, the gene having a DNA sequence
encoding a binding site of NF-κB, said method
comprising introducing into the cell a gene
construct, the construct comprising DNA encoding a
modified NF-κB molecule which comprises a DNA
binding domain and lacks a RNA polymerase activating
domain.

86. Isolated or recombinant IκB.

87. A composition comprising an NF-κB inhibitor.

88. A composition of Claim 85 wherein the inhibitor is a
peptide capable of binding NF-κB.

ADL 0000318

-207-

## NUCLEAR FACTORS ASSOCIATED WITH
## TRANSCRIPTIONAL REGULATION

### Abstract of the Disclosure

Constitutive and tissue-specific protein factors which bind to transcriptional regulatory elements of Ig genes (promoter and enhancer) are described. The factors were identified and isolated by an improved assay for protein-DNA binding. Genes encoding factors which positively regulate transcription can be isolated and employed to enhance transcription of Ig genes. In particular, NF-kB, the gene encoding NF-kB, IkB and the gene encoding IkB and uses therefor.

ADL 0000319