Examiner Response:

Patentee's analysis is deficient in the following ways.

The *Holschermann* Fig. 3 assay of TF-mRNA expression employs a dye (e.g. ethidium bromide) that is less sensitive than the radiolabel employed in Fig. 4 for detecting NF-κB in the EMSA assay and Fig. 3 is a colorimetric assay that is more difficult to visualize than the black and white radiolabel utilized in the Fig. 4 assay, especially when viewing a photocopy of a photocopy.

Upon viewing the original *Holschermann* document, even in black and white, the Examiner was able to visualize in Fig. 3 discernible bands representative of Lane 2 (*ex vivo* unpurified) and particularly Lane 3 (more pure sample), both of which represent the presence of TF mRNA in the *ex-vivo* blood samples. This observation is consistent with the *Holschermann* teaching (p.4235, right column, with emphasis) that

> "Cells obtained from transplant recipients in the presence of low baseline CsA blood levels (sample before CsA administration) **exhibited moderate TF mRNA expression** in the absence of LPS" (representative of Fig. 3 Lanes 2 and 3) and "a strong TF mRNA expression when challenged with LPS" (representative of Fig. 3, Lane 4 which is more readily visible).

Thus, contrary to patentee's argument, the presence of NF-κB in human transplant patient's PBM's shown in the EMSA assay Fig. 4 Lanes 1-3 <u>correlates with</u> moderate TF mRNA expression in the same transplant patient as indicated in the Fig. 3 assay.

7. <u>Patentee Argument</u>: *With regard, to the Fig. 4 data, Holschermann provides no indication on how many patients this data is based on, or the degree to which the effect was reproducible from patient to patient.* Dr. Verma Declaration ¶ 72.

Examiner Response:

*Holschermann* (p. 4232, right column under "Methods" to p. 4233) describes the demographics of the ten heart transplant recipients and their "Baseline Patient Characteristics" (see Table 1) from which blood was extracted and purified for use in their assays and further discusses in detail the electrophoretic mobility shift assay (EMSA) utilized (see pp.4233-4234) to obtain the Fig. 4 data.

Application/Control Number: 90/007,503; 90/007, 828                     Page 64
Art Unit: 3991

Regarding reproducibility, the article further indicates (p.4236, left column; and Fig. 4) that "In cells obtained from transplant recipients during low baseline CsA blood levels (before CsA administration), strong NF-κB binding activity was detected" and that the "[S]pecificity of the binding reaction was shown by the competition with unlabeled consensus oligonucleotides" in which the "[A]nalysis was performed *in triplicate*". See explanation under Fig. 4 page 4236.

8. Patentee Argument: *Regarding the Fig. 4 data Holschermann provides, the apparent decrease in binding in extracts from CsA treated patients cannot be interpreted as showing decreased binding of NF-κB. Several studies (Giffin 2003, Kinoshita et al. 1997) have demonstrated that the consensus sequence that Holschermann used in the EMSA to assess binding of NF-κB binds other transcription factors, such as NFAT. Accordingly, the EMSA binding assay Holschermann used lacked sufficient controls, such as an appropriate antibody control, to confirm that the binding complex reported as being affected by CsA was in fact NF-κB. As the data in Fig. 4 is insufficient to demonstrate that CsA reduced NF-κB binding in the patients Holschermann studied, one could not reasonably infer from this study that NF-κB activity was reduced in all patients during prior use of CsA as described in 1985 PDR, Grifflth 1981 and Griffith.* Dr. Verma Declaration paragraph 72.

Examiner Response:

Contrary to patentee's argument, the *Holschermann* document provided further evidence to confirm the NF-κB-mediated affect of CsA on gene expression in PBM's.

The established role of NF-κB in affecting gene expression in monocyte containing PBM's was recognized by the *Holschermann* document "[T]he observed decrease inTF mRNA expression in mononuclear cells obtained during high CsA blood levels led us to *investigate the activation of the transcription factor NF-κB, known to be required for TF gene transcription in monocytes*". See p.4235, right column.

Upon evaluating Fig. 4 data addressing the presence of NF-κB *both* before and after CsA administration, *Holschermann* concluded that "cells separated from the blood in the presence of high CsA concentrations exhibited decisively reduced NF-κB binding activity. See p.4236, left column.

Accordingly, the Fig. 4 evidence evidence suggests that the transcriptional activation of the monocyte TF gene is inhibited in the presence of high CsA blood

concentrations *in vivo* which acts to prevent the marked activation of the NF-κB transcription factor by its ability to abolish the inducible phosphorylation and degradation of the cytoplasmic inhibitor protein IκB. See p. 4237, 2nd full ¶.

Regarding, the NF-κB consensus sequence utilized by *Holschermann* (5'-AGTTGAGGGGACTTTCCCAGGC-3') this sequence comprises the underlined GGGAATCTCC NF-κB binding sequence which corresponds to that disclosed in the instant patent specification (col. 37, Table 2 : 1st sequence) as well as the patent's "consensus sequence" (see Table 2, last sequence and col. 36, lines 5-15), both of which are suggested for use in EMSA assays.

Although, it is true that the *Giffin and Kinoshita* documents indicate the ability of the transcriptional regulator NFAT to bind an NF-κB binding sequence, unlike NF-κB, there is no evidence of record that NFAT regulates tissue factor (TF) transcription in peripheral blood monocytes (PBM'S). Additionally, there is no evidence of record that the role of NFAT (and NF-κB) in regulating IL-2 expression is extrapolatable to TF expression in PBM's as alleged by the patentee. In this respect, it is also noted that the instant claims are not limited to exclusive NF-κB regulation of gene expression.

Regarding controls it is noted that *Holschermann* utilized controls employing monospecific antibodies against NF-κB family members in competitiive binding assays in order to ensure binding specificity. See p.4233, bottom ¶ and Fig. 4 description.

Finally, regarding reduced NF-κB in all patients, the instant claims do not require the use of an NF-κB inhibitor that achieves 100% NF-κB inhibition and/or successfully treats 100% of the patients.

9. Patentee Argument: *Holschermann does not provide a sufficient basis from which one could infer that the patients studied were characteristic of transplant patients treated with CsA as described in the cited references published before 1989. Both Griffith 1981 and Griffith 1984 note the effects of CsA in vivo can vary from patient to patient in part from the high incidence of toxicity and various side effects, and considerable variability in blood and tissue levels. Holschermann observed "a high inter-individual variation in monocytes TF inducibility." (p. 11). Dr. Verma Declaration ¶ 74.*

Application/Control Number: 90/007,503; 90/007, 828                Page 66
Art Unit: 3991

Examiner Response:

Enablement, and not actual reduction, is required for anticipation. As discussed above, the *Holschermann* document (p 4232, right col. under "Methods" to p.4233) describes in detail the demographics of the ten heart transplant recipients and their "Baseline Patient Characteristics" (see Table 1) from which blood was extracted and purified for use in their assays and additionally discusses in detail the EMSA assay utilized (see pp. 4233-4234). Further, patient variability, toxicity and side effects are common variables in any clinical study and the demographics and patient number in the *Holschermann* study would be expected to adequately account for these variables.

Regarding, *Holschermann's* statement of observing a high interindividual variation in monocyte TF inducibility, *Holschermann* goes on to further indicate that their study nevertheless showed that the levels of monocyte TF expression remained essentially constant in individual patients. See *Holschermann* p.4237, right column first full paragraph.

Accordingly, *Holschermann* provides a sufficient basis from which one could infer that the patients studied were characteristic of transplant patients treated with CsA as described in the cited references published before 1989.

8.      Claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, and 93-97 are rejected under 35 U.S.C. 102(b) as being anticipated by *Reed* et al., J. Immunol. 137 (7/86): 150-154 as evidenced by *Brini* Eur. Cytokine Net. 1: 131-139 (Sept. 1990). See MPEP 2131.01 (evidence of inherency).

**Rejection Summary:** *Reed* teaches cyclosporin A (CsA) administration of cells, which, as is shown from *Brini*, inherently reduces NF-κB activity and thus would inhibit expression of genes whose transcription is regulated by NF-κB activity. The inhibition is done by reducing binding of NF-κB to NF-κB recognition sites, which also decreases the level of NF-κB not bound in a NF-κB-IκB complex, inhibiting the passage of NF-κB into the nucleus of cells, inhibiting modification of an IκB protein, and inhibiting degradation of an IκB protein. The prior art references also teach CsA administration to different cell types.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by

diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing
the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated
gene expression of a cytokine protein (claim 5) in a eukaryotic cell.The *in vivo* effect of
CsA in reducing NF-κB activity in human PBM cells isconfirmed by tests using CsA in
human PBM cell cultures.

For example, *Reed* taught the prior art use of CsA in human PBM cell cultures
that had been induced with phytohaemaglutinin (PHA). In particular, *Reed* teaches that
CsA (1ug/ml) significantly reduced PHA induced IL-2 R alpha gene transcription (Figs. 1
and 2) and Tac antigen surface expression (Fig. 3b) in human PBM cells:

> The data presented here demonstrate that CsA and DEX concentrations
> that inhibited PHA-induced proliferation by about 80 to 90% diminished
> by about 50% (on average) the expression of receptors for IL-2 on PBMC.
> This inhibition of IL-2 receptor expression occurred at least in part at a
> pretranslational level and involved a reduction in both high affinity and
> low affinity forms of the receptor. *Reed* at 152.

*Reed* also found that CsA reduced IL-2 gene transcription:"1ug/ml CsA and $10^{-4}$ M DEX
completely blocked the PHA-induced accumulation of mRNA for IL 2 (Fig. 2)." *Id* at 151.

Several years later, *Brini* also looked at the effect of Cyclosporin A on IL-2
Receptor-α production and Tac antigen surface expression and confirmed *Reed's*
results:

> These results are in accordance with Reed et al., who found that CsA
> inhibits Tac induction in mitogen-activated PBMC. The CsA-mediated
> reduction in Tac antigen expression on T-cells was reflected by a decrease
> in the steady state mRNA levels of the IL-2Rα chain (Figure 2). *Brini* at 137
> (citations omitted).

*Brini* then went on, however, to show that CsA, as administered in the prior art, reduced
binding of NF-κB to NF-κB recognition sites for more than one NF-κB -meditated gene:

> CsA reduced the PHA-induced binding of transacting factors from T-cells
> and κB-like sequences which are present in the IL-2Rα gene and in the
> HIV-1 LTR (Figures 3 and 4). *Brini* at 137.

Notably, *Brini* assessed NF-κB activity in an EMSA (Fig. 5) using the same HIV-1 LTR
site as used by the instant '516 patent to assess NF-κB activity and binding. As such
*Brini* concluded that CsA regulated IL-2Rα gene expression by reducing activation of
NF-κB:

Application/Control Number: 90/007,503; 90/007, 828                    Page 68
Art Unit: 3991

> Taken together, these results suggest that one of the effects of CsA in the
> regulation of the IL-2Rα chain expression in human peripheral T
> lymphocytes is on the activation of sequence specific DNA-binding
> proteins which recognize sequences containing the NF-κB binding site. *Brini* at
> 137.

Using the same inducer, the same immune cells, and the same concentration of
CsA as in *Reed*, *Brini* showed that CsA reduced NF-κB activity and NF-κB –mediated
IL-2 Receptor-α gene expression in PBM cells. In this respect, the instant '516 patent
confirms that the IL-2 receptor alpha (IL-2Rα) gene is regulated by PHA-induced NF-κB
activity in T-cells. Col. 17, lines 21-24 ("NF-κB is induced in T-cells by a trans-activator
(tax) of HTLV-1 or by PMA/PHA treatment and thereby activates the IL-2 receptor alpha
gene and possibly the IL-2 gene"). Thus, *Brini* and the related human T-cell culture
studies discussed below confirm that CsA necessarily and inherently reduced NF-κB
activity and resulting gene expression in PBM cell cultures as taught in *Reed,* thus
anticipating at least claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-
62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97. A claim element-by-element
comparison is provided in *Exhibit H-2* of the 90/007,503 Request (incorporated by
reference).

### *Discussion*

Initially, it is noted that the above rejection was modified in response to
patentee's amendment canceling claims 7, 28, 39, 81, 83, 85, 86 and 203.

1. Patentee Argument: *Reed does not show reduction of NF-κB activity in induced cells,
as required by the claims since Reed teaches "CsA was always added to the cells 20 to
30 minutes before other reagents (which included PHA)." Reed at 150.* Declaration of
Dr. Verma, ¶¶ 54-55.

Examiner Response:

The feature upon which patentee relies (i.e, *in vitro* cell contacting with inducer
prior to contacting with an inhibitor) is not recited in the rejected claim(s).

Additionally, as discussed in the claim interpretation *supra*, the instantly claimed
invention would encompass "pretreating" cells with an NF-κB inhibitor.

Further, the *Reed* reference clearly addresses the ability of CsA to <u>inhibit</u> gene
expression in a eukaryotic activated cell : "Although both CsA and DEX inhibited IL-2
receptor expression by about 50%, only CsA blocked the PHA-mediated induction of IL-
2 (receptor) responsivity in PBMC cultures". See *Reed* Abstract.

Application/Control Number: 90/007,503; 90/007, 828                Page 69
Art Unit: 3991

2. <u>Patentee Argument</u>: *As discussed above, none of the data in Brini demonstrate that CsA either reduced NF-κB activity, or provide any basis for concluding that under the experimental conditions Brini used, IL-2 receptor expression was regulated in any way by NF-κB. Brini has no data regarding I-κB, let alone any data regarding degradation or modification of I-κB. Brini also does not provide data demonstrating that CsA inhibited translocation of NF-κB into the nucleus.* Dr. Verma Declararation, ¶ 56.

<u>Examiner Response:</u>

The argument that *Brini* fails to provide evidence linking CsA inhibition to NF-κB fails to appreciate the whole *Brini* reference teaching of CsA inhibition via NF-κB including teaching a mechanism involving inhibition of PPIase (*Brini* at page 137). The following is a summary of the *Brini* teaching:

A. Fig. 1: in vitro gel mobility shift assays using 245-291 IL-2Ralpha enhancer and HIV LTR enhancer comprising NF-κB binding sequences showed the same band increased with PHA was inhibited by CsA treatment 24 and 48 hours post-activation. See Abstract; page 132-133, Fig. 1; page 137, left column at top.

B. Fig. 2: northern blot IL-2Ralpha chain mRNA in human peripheral blood T-cells: "IL-2Ralpha mRNA's were readily induced by PHA and pretreatment with CsA at 1ug/ml before cell activation caused a significant inhibition of the of IL-2Ralpha mRNA induction" (page 134, left column). "The CsA-mediaed reduction in TAC antigen expression on T-cells was reflected by a decrease in the steady state mRNA levels of the IL-2Ralpha chain (Figure2)" (page 137 at top).

C. Fig. 3: T-cell nuclear extracts (gel mobility shift assay): gel retardation pattern using radiolabeled 245-291 IL-2Ralpha chain enhancer oligonucleotide sequence containing NF-kB binding sequence. Showed that "... CsA blocked the activation of specific transacting factor(s) able to interact with the regulatory sequence of the IL-2Ralpha." (page 135, left column).

D. Fig. 4: T-cell nuclear extracts (gel mobility shift assay): gel retardation patter using radiolabeled HIV-1 LTR oligonucleotide sequence containing NF-kB binding sequence. Showed the same pattern of binding activity as 245-295 IL-2 enhancer in Figure 3. See abstract; pages 134-135.

E. Figure 4: T-cell nuclear extracts (gel mobility: competitive binding assay) PHA-stimulated T-cells incubated for 15 minutes with 50-fold excess of unlabeled double stranded oligonucleotides of IL-2Ralpha, HIV-1 LTR or AP-1 site prior to addition of corresponding radiolabeled sequences. Unlabeled 291-245 IL-2Ralpha and unlabeled HIV-1 LTR blocked the formation of the corresponding radiolabeled oligonucleotide sequences. Pages. 135-136 and Figure 5 description.

Application/Control Number: 90/007,503; 90/007, 828          Page 70
Art Unit: 3991

In accordance with the Fig. 3 and 4 data *Brini* concluded that "CsA reduced PHA-induced binding of transacting factors from T-cells and kB-like sequences which are present in the IL-2Ralpha gene and in the HIV-1 LTR (Figures 3 and 4)" page137, bottom ¶.

3. Patentee Argument: *The Brini 1990 inherency document fails to "repeat the use" described in the Reed 1986 prior art document noting the following differences:*

| *Reed 7/86:* | *Brini 9/90* |
|---|---|
| *PHA + PMA* | *PHA alone as inducer* |
| *PBMs (human peripheral blood mononuclear cells)* | *>95% pure CD3 T-lymphocytes)* |

*It is further asserted that PBM cells (Reed at page 150):*
*a. do not refer to a single defined cell type but include a heterogenous cell population comprised of T and B lymphocytes, NK cells, moncytes and macrophages;*
*b. vary depending upon protocol and conditions of isolation;*
*c. studies reported conflicting data in PBM cells regarding the particular endpoint Reed measured, IL-2 receptor alpha expression.*
See Attorney 11/17/06 Response pages 70-71; Dr. Verma Declaration ¶¶ 58-59 citing Exhibit 15: *David et al.* Blood (1998) 165-172 at pages 165 and 170-171.

Examiner Response:

Initially, it is noted that the reference method must be enabled but there is no legal requirement that the inherency evidence "repeat the use" as alleged by the patentee.

With respect to the first purported difference, the patentee is in error since both *Reed* and *Brini* teach PHA alone as an inducer.

With regard to the second difference addressing cell population (*Brini* human T-cell vs *Reed* human PBM cells) and the citation of the *David* article, the following is noted:

Regarding different cell types, although the *David* article teaches that *Reed's* heparinized Ficoll-Hypaque purified human PBM cells most likely comprise a heterogenous cell population (T and B lymphocytes, NK cells, monocytes and macrophages) it is noted that the the *David* article teaches that B lymphocytes failed to express any IL-2R chains (Abstract, lines 8-9) and "[I]t has been shown that CsA acts

Application/Control Number: 90/007,503; 90/007, 828                    Page 71
Art Unit: 3991

primarily on T lymphocytes sparing the immunocompetence of B cells and macrophages" (*Kronke* PNAS USA 81, 5214-5218 at 5214 left column, 1st full ¶).

In this respect, *Reed* specifically addressed in its assays the ability of CsA to inhibit PHA-mediated induced expression (e.g. IL-2R) <u>in T-cells</u> (e.g. see *Brini* abstract) by using a monoclonal antibody (anti-Tac or IgG2a) specific for activated and functionally mature human T-cells. See *Reed* at page 151, left column. Accordingly, it is clear that *Reed* was assaying IL-2 receptor alpha expression of a PBM T-cell fraction which is consistent with the *Brini* documents' acknowledgement of the *Reed* teaching that CsA inhibits IL2R alpha chain (Tac) surface expression in human mitogen (PHA) activated PBMC (Brini at page 131, right column).

In fact, <u>both</u> *Brini* and *Reed* address by assay, the ability of CsA to inhibit expression of a specific IL-2 receptor subunit using *anti-Tac monoclonal antibody* for activated and functionally mature human T-cells (See *Brini* at page 131, right column to page 132, left column and page 132, right column under "Flow cytometric analysis"; and *Reed* at page 151, left column, 1st ¶ and summary of citations (13) and (14) on p.154). In this respect, the *David* document does not address the *Brini and Reed* use of specific monoclonal assays (with controls) to target T-cell specific IL-2 receptors.

Regarding, the problems of IL-2R subunit expression being sensitive to blood collection and PBMC preparation (*David* p.171) and conflicting prior art data regarding IL-2R expression (*David* p.170, right column), it is noted that the *David* document teaches that using a blood collection and PBMC preparation protocol, such as heparinized Ficoll-Hypaque purified PBM cells (employed by both *David* and *Reed*) serves to address these problems.

4. <u>Patentee Argument</u>: *In support of his arguments regarding Reed, the Examiner also contends that "expression levels of IL-2 Receptor-alpha is taught by the '516 patent to be regulated by PHA-induced NF-κB activity in T cells." (8/2/06 Office Action at p.26). As noted before, the Examiner's interpretation of the '516 patent is erroneous as the passage the Examiner cites to notes only that " NF-κB is induced in T cells...by PMA/PHA treatment and thereby activates the IL-2 receptor alpha gene..." (Office Action at 25). As discussed above, the data in the '516 patent indicate that treatment of T cells with PHA alone does not result in any measurable activation of NF-κB, in*

*contrast to treatment with PMA, or PMA in combination with PHA. Moreover, the '516 patent examples the Examiner refers to (Fig. 24) were conducted with a human T-cell lymphoma cell line, and not under the experimental conditions of Reed using PBM cells.* Dr. Verma Declaration ¶ 60.

<u>Examiner Response:</u>

As pointed out in the rejection above, the *Brini* document suggests the mechanism that produces *Reed's* CsA inhibition of T-cell expression of IL-2R alpha that is further supported by patentee's own specification statement now produced in context:

> Recently, NF-kappa.B has been implicated in several other inducible systems. For example, <u>NF-kappa.B is induced in T-cells</u> by a trans-activator (tax) of HTLV-1 or <u>by PMA/PHA treatment and thereby activates the IL-2 receptor .alpha. gene</u> and possibly the IL-2 gene. Bohnlein et al., Cell, 53:827-836 (1988); Leung, K. and G. Nabel, Nature, 333:776-778 (1988); Ruben et al., Science, 241:89-92 (1988); Cross et al., Science, (1989); and Lenardo et al., Proc. Natl. Acad. Sci. USA, 85:8825-8829 (1988). '516 patent, col. 17, lines 20-28 (relevant part underlined).

Accordingly, both *Brini* and the instant patent (see underlined text above) teach that PHA (and/or PMA as underlined above) activation of T-cells would release NF-κB and affect protein expression. See also instant patent at col. 35, lines 13-20 (role of activated NF-κB in transcription of IL-2R alpha).

The instant patent's Fig. 24 A displays the presence of NF-κB in nuclear extracts prepared from Jurkat cells (human T-leukemia cells) stimulated by PHA, PMA or PHA and PMA.

Patentee's statement that the '516 patent indicates in Fig. 24A that treatment of T cells with PHA alone does not result in any measurable activation of NF-κB is not accurate since "…extracts made from Jurkat cells which had been stimulated either with PHA or PMA *contained detectable levels* of NF-κB". See instant patent col. 72, lines 65-col. 73, line 6 and Fig. 24A, lane 5.

Accordingly, to the extent that the Fig. 24A data regarding <u>PHA activation in Jurkat cells</u> *is even relevant* to <u>PHA activation in normal human T-cells (Brini and Reed)</u>, measurable NF-κB activation in Jurkat cells did occur.

Application/Control Number: 90/007,503; 90/007, 828                    Page 73
Art Unit: 3991

In any event, with respect to IL-2Rα expression, *Brini* recognized that CsA
shows no inhibitory effect on surface expression of IL-2Rα in the human Jurkat T-cells,
in contradiction to the ability of CsA to inhibit PHA induced IL-2Rα expression in
normal T-cells (as in *Brini*) and PBMC (as in *Reed*). See *Brini* p.131, right column (see
also *Brini* teaching of CsA inhibition of Tac or IL-2Rα surface expression in murine
thymocytes).

Accordingly, the Fig. 24A data showing detectable, but small NF-kB amounts in
PHA activated Jurkat leukemic T-cells, is consistent with the inability of CsA to inhibit IL-
2Rα expression in these cells as recognized by *Brini*.

5. Patentee Argument: *Regardless, we know now that CsA affects the activity of NFAT,
not NF-κB.* Dr. Verma Declaration ¶ 60.

Examiner Response:

It is noted that the instant claims do not require the use of a selective NF-κB
inhibitor. Accordingly, CsA is within the scope of the instant invention even if it down-
regulates a protein's expression via **both** NF-κB and NFAT.

In contradiction to patentee's argument, the accumulated scientific evidence
indicates that CsA exerts its effect via an NF-κB mediated expression mechanism for
different proteins (IL-2, IL-2 receptor: IL-2Rα and Tissue factor or TF) in different
human and viral cell types:

*Schmidt* and *Emmel* references teach that CsA acts on NF-kB mediated IL-2
and HIV protein transcription.

*Brini* reference teaches that CsA affects NF-kB mediated IL-2 receptor and HIV
protein transcription including teaching a mechanism of action (at the level of the NF-κB
-IkB complex: inhibition of PPIase activity). CsA inhibits IL-2Rα chain expression in T-
cells by NF-κB -like protein.

*Roman-Blas* (citing Frantz et al. and Meyer et al.) The Roman-Blas document
teaches therapeutic strategies (e.g. arthritis) based on the established role of
immunosuppressive agents, including CsA, to inhibit the NF-κB pathway by affecting

the NF-κB-IκB complex in murine macrophages, Jurkat lymphoma cells, and mouse and human T-lymphocytes.

Holschermann teaches that CsA administered to heart transplant patients interferes in the NF-κB pathway (by abolishing inducible phosphorylation and degradation of IκB) to inhibit an NF-κB regulated effect (tissue factor expression).

9.        Claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, and 93-97 are rejected under 35 U.S.C. 102(b) as being anticipated by Kronke et al.(PNAS USA 81 (8/84) 5214-5218) or Siebenlist et al.(Mol. And Cell Biol. 6 (9/86) 3042-3049) as evidenced by Schmidt et al., J. Virology 64:4037-4041 (August 1990), Emmel et al. Science, 246 (Dec. 1989):1617-20 and the Dr. Manolagas Declaration. See MPEP 2131.01 (evidence of inherency).

**Rejection Summary:** Kronke, or Siebenlist teach cyclosporin A (CsA) administration of cells, which, as is shown from the teachings of Schmidt and Emmel, inherently reduces NF-κB activity and thus would inhibit expression of genes whose transcription is regulated by NF-κB activity. The inhibition is done by reducing binding of NF-κB to NF-κB recognition sites, which also decreases the level of NF-κB not bound in a NF-κB-IκB complex, inhibiting the passage of NF-κB into the nucleus of cells, inhibiting modification of an IκB protein, and inhibiting degradation of an IκB protein. The prior art references also teach CsA administration to different cell types.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claim 5) in a eukaryotic cell.

The effect of CsA on reduction of NF-κB activity as administered in the prior art is also confirmed by tests involving the use of CsA in human T-cell (Jurkat) cultures including two prior art references, Kronke and Siebenlist. Using the same inducers, the same human immune cells, and the same concentration of CsA taught in Kronke and Siebenlist, Schmidt and Emmel provide confirming extrinsic evidence that the use of CsA in Jurkat cells reduced NF-κB activity. Thus, CsA is clearly recognized to have necessarily and inherently reduced NF-κB activity and resulting gene expression in those cells as called for by the instant claims. Kronke and Siebenlist each disclosed the use of phytohaemaglutinin (PHA: 1ug/ml) and PMA (50ng/ml) to induce human T-cells (Jurkat cells). These compounds are described in the instant '516 patent as being inducers of NF-κB activity (see e.g., '516 patent, col. 33, lines 52-59). Kronke and Siebenlist also reported on the effect of 1ug/ml CsA (among other concentrations) on

the cell cultures. Both references report that IL-2 (also known as "TCGF") gene transcription and/or expression was increased with administration of the NF-κB inducers phytohaemaglutinin (PHA) and phorbol 12-myristate-13-acetate (PMA), and that such induced IL-2 expression was reduced by CsA:

> The results of our study demonstrate that TCGF [IL-2] mRNA accumulation in induced Jurkat cells is diminished by CsA in a dose-dependent manner and that CsA acted by blocking TCGF mRNA transcription. *Kronke at page 5217.*

*        *        *        *

> CsA at 1 ug/ml ... prevented IL-2 message induction. *Siebenlist at page.3044, Fig. 2.*

Using the same conditions and the same EMSA and CAT reporter assay formats as described in the instant '516 patent, the *Schmidt* reference clearly demonstrates that CsA as utilized in the *Kronke and Siebenlist* references reduced NF-κB activity in Jurkat cell cultures. *Schmidt* reported, however, that there were inducers of NF-κB, which had different mechanisms of induction than PHA-induction, for which CsA had no effect. Specifically, *Schmidt* found that phorbol 12-myristate-13-acetate (PMA)-mediated induction of NF-κB activity was not affected by CsA. The NF-κB CAT reporter assay confirmed this data, as depicted in Figure 4 ("CsA inhibited the PHA-derived activation signal but not the PMA signal." *Id.* at 4039).

Similarly, *Emmel* describes the effect of 1ug/ml of CsA on NF-κB activity in Jurkat cells that had been induced with both PHA and PMA. As shown in Figure 1, 1ug/ml CsA (among other concentrations), reduced NF-κB activity ("NF-κB binding was reduced 10-20% in nuclear extracts of CsA-treated cells": *Emmel* at 1618). Furthermore, a CAT assay confirmed these results, as shown in Figure 2d (*Emmel* at 1618) which demonstrates that CsA significantly reduced NF-κB activity at the same 1ug/ml concentration taught in *Kronke* and *Sibenlist*, as shown by the reduced expression of the NF-κB regulated CAT gene in those cells.

Thus, as discussed above, and in the *Dr. Manolagas Declaration (Exhibit J:* ¶¶ 25-32 of 90/007,503 request: incorporated by reference), Schmidt and Emmel confirm that *Kronke* and *Siebenlist,* which disclose the inhibitory effect of CsA on NF-κB activity in Jurkat cell cultures, anticipate claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 of the '516 patent (and as shown in *Exhibit H-3* of 90/007,503 request: incorporated by reference).

### *Discussion*

Initially, it is noted that the above rejection was modified in response to patentee's amendment canceling claims 7, 28, 39, 81, 83, 85, 86 and 203.

1. Patentee Argument: *None of experiments in Siebenlist describe use of CsA in cells* ***first induced*** *with PHA and PMA and therefore none of the methods of using CsA that Sienbenlist describes would have reduced either induced NF-κB activity or induced NF-κB -mediated intracellular signaling. Kronke describes only a single experiment in which cells were treated with CsA after exposure to PHA/PMA, and concludes in the title of Table 1 "CsA does not inhibit PHA- and PMA- induced expression of TCGF receptors in Jurkat cells." Moreover, as is evident from Fig. 4, CsA treatment appeared to have a significant effect on IL-2 expression only when CsA was added either before or with PHA/PMA treatment, but not when added after cells had been induced with PHA/PMA. Kronke at 5217. Indeed, when added four hours after induction, CsA did not alter TCGF (IL2) mRNA levels. Id. at 5216. These data suggest that while treatment with CsA appeared able to prevent induction of IL-2 expression, it had no substantial effect on induced IL2 expression.* Declaration of Dr. Verma, ¶ 63.


Examiner Response:

The feature upon which patentee relies (*in vitro* cell contacting with inducer prior to applying an inhibitor) is not recited in the rejected claim(s).

Additionally, as discussed *supra*, the instantly claimed invention would encompass administering an NF-κB inhibitor prior to, with or subsequent to the addition of an NF-κB activating compound.

Even assuming arguendo, that cell activation must precede inhibition as argued by the Patentee, the *Siebenlist* reference teaching encompasses Jurkat cell activation preceding CsA inhibition.

Initially, as discussed in the rejection above, *Siebenlist* clearly teaches CsA inhibition (or modification or reduction) of IL-2 expression in a eukaryotic or mammalin Jurkat cell resulting from an external stimulus (PHA and PMA) within the scope of the instant claims.

Additionally, *Siebenlist* teaches that "Jurkat cells were stimulated with PHA and PMA for the times indicated" (Fig. 2B bands) which demonstrated that "Jurkat cells are **rapidly inducible** for IL-2 with substantial amounts of IL-2 message apparent after 2.5 h of stimulation (with emphasis). High message levels for IL-2 were observed for well over 8.5 h (Fig. 2B)" (See *Siebenlist* right column, lines 15-20).

Siebenlist further teaches that "In the case of Jurkat cells, a 2.5- and 4.5-h stimulation were done also **in the presence of** CsA at 1ug/ml (see text), which prevented IL-2 message induction". See Figure 2. last two lines and Fig. 2B, last 2 bands.

The Siebenlist reference teaching of PHA and PMA stimulation done in the "presence of" CsA reads (chronologically) on addition of CsA either during or separately adding after PMA and PHA addition. Additionally, the rapid appearance of IL-2 message would support Jurkat cell activation prior to the action of CsA to further "prevent" ("or inhibit" or "diminish" or "modify") additional IL-2 message induction.

Patentee's arguments regarding Kronee are equally non-persuasive.

Patentee's Table 1 argument regarding Kronke's prior teaching (endnote 25) of lack of CsA inhibition of **IL-2 alpha- receptor** expression in Jurkat cells is not relevant to the rejection above regarding expression of **IL-2 (or TCGF)** in cloned leukemic T cells (Jurkat, subclone 32).

Patentee's second argument regarding Fig. 4 ("Time course of CsA action") that CsA only had a "significant effect on IL-2 expression" when introduced prior (1 hr: see circular first band, Fig. 4A) or "concurrent" with PHA and PMA (0 hr: see circular second band) is not persuasive since such an argument is not commensurate to the instant claims which do not recite a degree of inhibited expression. In this respect, Fig. 4A circular bands 3-5 representing CsA administration 30 min, 1hr and 2 hr clearly demonstrate inhibition of TGGF (IL-2) expression as compared to the larger circular band representing the 6 hr induced (PMA and PHA) Jurkat cell. See also Kronke discussion of Fig. 4 on page 5216, right column 2nd full ¶.

Additionally, "As shown in Fig. 4, 1 hr preincubation or concurrent administration of CsA resulted in almost complete inhibition of TCGF mRNA production" (with emphasis) (Kronke at page 5216, right column). Both Fig 4a (2nd spot compared to uninduced and Induced) and Fig. 5 (lanes 3-5 compared to lanes 1 and 2) teach the concurrent administration inhibited but did not prevent IL-2 expression nor did it preclude cell activating signaling and transcription.

Application/Control Number: 90/007,503; 90/007, 828                     Page 78
Art Unit: 3991

As discussed in the rejection above, *Kronke* clearly teaches CsA inhibition of IL-2 expression in a mammalin Jurkat cell resulting from an external stimulus (PHA and PMA) within the scope of the instant claims. See *Kronke page 5215 and Fig. 1; and pages 5216, right column ("CsA inhibits TCGF Gene Transcription") to 5217, left column and Fig. 4 and 5 with Table 2; and page 5217 under "Discussion to page 5218.*

### III.     VITAMIN D (CALCITRIOL) (references prior to 12/24/86):

10.     Claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 are rejected under 35 U.S.C. 102(b) as being anticipated by *Tsoukas* (Science $\underline{224}$ (6/84) 1438-40), *Lemire I* (J. Clin. Invest. $\underline{74}$ (8/84) 657-61), *Lemire II* (J. Immunol. $\underline{134}$ (5/85) 3032-5), *Rigby I* (J. Clin. Invest. $\underline{74}$ (10/84) 1451-5) or *Manolagas* et al. (JCE&M, 63(1986) 394-400 as evidenced by *Yu* et al. (PNAS USA $\underline{92}$ (11/95) 10990-4) and the *Declaration of Dr. Manolagas* (¶¶ 7-24) provided in the 90/007,503 request. See MPEP 2131.01 (evidence of inherency).

**Rejection Summary:** *Tsoukas, Manolagas, Lemire I, Lemire II or Rigby I* teach administration of calcitriol to humans, which, as is shown from the teachings of *Yu,* inherently reduces NF-κB activity and thus would inhibit expression of genes whose transcription is regulated by NF-κB activity.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claim 5) in a eukaryotic cell.

Calcitriol (1,25-dihydroxyvitamin $D_3$) is the active form of Vitamin D that has been administered to humans for decades.

There are numerous prior art publications that report the study of calcitriol in various human cell cultures, including human Jurkat (T-cell line) leukemic cells (citations omitted) and human peripheral blood monocyte ("PBM") cells, including *Tsoukas* (PBM), *Manolagas* (PBM) *Lemire I, Lemire II* and *Rigby I*.

*Tsoukas and Manolagas* teach that the administration of calcitriol (at least $10^{-8}$ M) in PBM cells reduced IL-2 activity; a result which was confirmed by *Lemire I, Rigby I* and *Lemire II* (e.g. *Lemire II* at 3034 demonstrated that calcitriol exhibited "a dramatic and specific reduction of IL-2 production by activated PBM ...").

Application/Control Number: 90/007,503; 90/007, 828                    Page 79
Art Unit: 3991

Independent studies show that IL-2 expression is regulated, at least in part, by
NFκB . See *Manolagas Declaration* at page 8, ¶ 15 and documents cited therein.

Yu et al. under the same conditions utilized in *Tsoukas* and *Manolagas* (i.e.
calcitriol application to PHA activated PBM cells) found that calcitriol reduced NF-κB
as well as NF-κB –regulated gene expression in PBM cell cultures. *Yu* described the
use of Electrophoretic Mobility Shift Assays ("EMSAs" as in Ex.15 of the instant '516
patent) and the NF-κB binding sequence of human IL-6 promoter to demonstrate (by
EMSA) that calcitriol administration "caused a significant reduction in the DNA-protein
complex, as evidenced by the decrease in the intensity of this band (lane 4)" (see *Yu* at
10993 and Fig. 5). This data was confirmed using Western blot analyses (Figs. 1 and
3), which showed that calcitriol added to PHA-activated cells (as taught in *Tsoukas* and
*Manolagas*) "caused a significant decrease in the expression of p50 [subunit of NF-κB]
at all time points examined". *Id*. at 10991-2.   In an analogous manner in human Jurkat
leukemic cells transfected with a CAT gene regulated by NF-κB and activated with PHA,
Yu found that calcitriol cell application resulted in reduced NF-κB gene expression. See
Yu at 10993.

Although the mechanism may not have been known at the time of the *Tsoukas,
Manolagas, Lemire I,* Lemire II and *Rigby I* publications, the *Yu* reference evidence
proved that the administration of calcitriol by these prior art references necessarily and
inherently reduced NF-κB activity in induced human cells (PBM/Jurkat) and reduced
expression of NF-κB-regulated proteins (IL-2). Thus, these prior art references
anticipate at least claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62,
64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 of the '516 patent as shown on an
element-by-element basis in *Exhibit H-4, H5 and H6* of the 90/007,503 request
(incorporated by reference).

### Discussion

Initially, it is noted that the above rejection was modified in response to
patentee's amendment cancelling claims 7, 28, 39, 81, 83, 85, 86 and 203.

Additionally, upon further consideration, the above rejection has been modified to
withdraw the *Rigby II* reference that is cumulative.

1. Patentee Argument: *The cited publications describe experiments conducted in
various types of cultured cells. None of these publications describe methods for using
calcitriol in humans.* Dr.Verma Declaration ¶ 109

Application/Control Number: 90/007,503; 90/007, 828                    Page 80
Art Unit: 3991

Examiner Response:

Anticipation requires an enabling disclosure, not actual practice. The cited prior art, as well as the state of the prior art, as discussed in the *Manolagas Declaration* (items 1-10), teach the biological activities such as calcium metabolism, cell division, differentiation; and immunosuppression in humans of Vitamin D and its active metabolite 1, 25-dihydoxyvitamin $D_3$ (calcitriol) and present laboratory evidence correlative to *in vivo* utility. An applicant (enabling a patent claim) or an examiner (enabling a reference) need not provide data from human clinical trials to establish utility for an invention or for enablement of a reference. This is especially true regarding references that are presumed operable and enabled absent rebuttal evidence (MPEP § 2121 at 2100-64 to 2100-67).

2. Patentee Argument:  *With the exception of Rigby I, the other prior art documents fail to administer calcitriol to cells in which NF-κB activity has first been induced by an external stimulus. Tsoukas 1984 and Lemire I simultaneously stimulate (with PHA or other activators) while Lemire II either pretreat or simultaneously treat with calcitriol.* Dr.Verma Declaration ¶¶ 111-114.

Examiner Response:

As discussed *supra*, the two steps upon which patentee relies (*in vitro* cell contacting with inducer <u>followed by</u> applying an inhibitor) are not recited in the rejected claim(s).

Additionally, as discussed *supra*, the instant invention encompasses administering an NF-κB inhibitor prior to, with or subsequent to administering an NF-κB activating compound.

Further, in contrast to patentee's argument, the prior art references establish the ability of calcitriol to "inhibit" protein (e.g. IL-2) production in an "activated" mammalian or eukaryotic cell(s) whether coincubated or subsequently contacted with an already actived cell as in *Tsoukas 1984* (Abstract, page1438 and Table 1) which teaches that vitamin D3 (calcitriol) "inhibited IL2" production in PHA "induced" human peripheral blood mononuclear cells (PBM) leucocytes when coincubated with PHA.

Application/Control Number: 90/007,503; 90/007, 828          Page 81
Art Unit: 3991

Similarly, *Manolagas 1986* taught the ability of calcitriol in the presence of PHA and calcium (Fig. 3) or a calcium chelator (EGTA) (Fig.4) to inhibit "PHA-activated PB*M". See also abstract.*

Contrary to patentee's argument, both the *Lemire I and II* references read on two separate steps with activation preceding the addition of calcitriol.

In *Lemire I,* human PBM cell cultures were activated with pokeweed mitogen (PWA), PHA or dermatophyton at the initiation of the culture period followed by the addition of 1,25-$(OH)_2$-$D_3$ *(see p. 658 "Culture conditions" and p 659).*

Similarly in *Lemire II* (see pages 3032 under "Cell culture conditions" to top of page. 3033 (top)) the cells are first activated with PWA, concanavalin A or PHA followed by the addition of $10^{-8}$ M 1,25-$(OH)_2$ which serves in the assays to suppress Ig production (see page 3033 under "Results and Discussion" and page 3034 right column: "… dramatic and specific reduction of IL-2 production by activated PBM incubated with 1,25-$(OH)_2$,-$D_3$).

However, even if *Lemire I or II* is drawn to a single co-administration step, as alleged by the patentee, it is clear from both of these documents that calcitriol is inhibiting DNA syntheses and Ig production (IgG and IgM) production in *already activated cells* (See *Lemire I,* page 658, right column; *Lemire II* Abstract; page 3033 right col. under "Results and Discussion" and p. 3034, bottom right column).

3. <u>Patentee Argument</u>: *Yu (1995) fails to "replicate (or reproduce) the conditions" of the prior art references by use of a different PBM cell sample. Yu differs by using an additional Ficoll purification step to remove adherent monocytes which "constitutively" (i.e. naturally and therefore not stimulus induced) possess a vitamin D receptor (VDR) to obtain a non-adherent fraction comprising T and B lymphocytes, NK (natural killer) cells, monocytes and macrophages (citing David et al. Blood 1998 reference). In regard to evaluating the effects of calcitriol, removing the adherent (and calcitriol responsive) monocytes from the cell population would most likely hava a substantial effect on the overall effect of calcitriol in the cell culture."* See Dr. Verma Declaration ¶¶ 115-117; 11/17/06 Amendment at pages 72 and 73 reciting Trial Testimony day 13, page 17 Manolagas Deposition.

Application/Control Number: 90/007,503; 90/007, 828                    Page 82
Art Unit: 3991

Examiner Response:

Contrary to patentee's argument, evidence of an inherent property or effect present in a prior art document(s) need not be demonstrated by "repeating the use" of that prior art document.

As recited in the rejection above, the prior art references (*Tsoukas, Lemire I, Lemire II and Rigby I*) teach that contacting peripheral blood monocyte cells with calcitriol inhibits PHA-activated cytokine expression and the *Yu (1995)* document provides extrinsic evidence to reasonably support that calcitriol's <u>immunological effect</u> is mediated by NF-κB.

With respect to patentee's assertion of the absence of the adherent monocyte fraction producing a "substantial effect" on calcitriol's effects in culture, it is not seen how the *Yu (1995)* teaching of *NF-kB involvement* in calcitriol protein inhibition of activated PBM's in its assays would differ from that expected in the prior art PBM samples.

Further, patentee's argument is not supported by subsequent evidentiary references including those submitted by the patentee which cite the *Yu(1995)* findings regarding NF-κB involvement in calcitriol protein inhibition in PBM cells.

In this respect the *Adams document* (p.2948, right col.) acknowledges the cell line specificity of NF-κB activity and additionally cites references that teach the <u>decreased NF-κB activity relating to calcitriol's inhibition of cytokine expression in PBM's</u> including the *Yu (1995)* teaching of the following:

- Down-regulation of NF-κB protein levels in activated human lymphocytes by vitamin D3;
- Jurkat T cell calcitriol treatment's decrease in activation of an NF-κB -CAT reporter gene and
- Calcitriol's ability to decrease DNA binding of NF-κB subunits in human lymphocytes, *through inhibition of expression of the p50 NF-κB subunit and its precursor p105*

Similarly, citing *Yu (1995),* the *Takeuchi* document indicates that " ... it has been shown that 1 alpha, 25(OH)$_2$D$_3$ down-modulates NF-κB p50 protein and its precursor, p105 , in

human peripheral lymphocytes" which supports in a manner analogous to corticosteroids "... the involvement of *NFAT and* NF-κB in 1 alpha, 25(OH)$_2$D$_3$ mediated effects ... by which the steroid hormones exert their effects by targeting other transcription factors. ". *Takeuchi* at p.210, left col.

Each of the instant claims require "reducing NF-kB activity". The *Yu (1995)* teaching of calcitriol's inhibition of NF-κB expression in PBM's cells would necessarily "reduce NF-κB activity" and "reduce NF-κB mediated intracellular signaling" along every segment of patentee's intracellular proposed NF-κB messenger mechanism including interference at the level of the cytoplasm NF-κB / I-κB complex, translocation and nuclear protein expression.  See also *Declaration of Dr. Thomas D. Gilmore* pages 6-7, ¶ 14 *supra* under "claim interpretation" defining "reducing NF-κB activity" to encompass "altering the concentration or availability of NF-κB".

4. Patentee Argument: *Regarding the Yu (1995) Fig. 1 data evaluating the effects of calcitriol on NF-κB expression in PHA-activated human lymphocytes, there is no correlation between the time course for the processes measured in the earlier studies, such as IL-2 production and proliferation, and the purported inhibitory effects of calcitriol on NF-κB. In particular, Yu (1995) reports that substantial induction of p50 NF-κB expression occurred only 72 hours after treatment of PBMCs with PHA, with virtually no induction detectable at 24 hours (Yu 1995 at 10991; Fig. 1). In contrast, earlier studies observed that IL2 production peaked no later than 24 hours after PHA treatment. From this data, there is no basis for concluding that IL2 production was linked to induction of NF-κB activity.* Dr. Verma Declaration ¶118.

Examiner Response:

As discussed above, the *Yu(1995)* evidence need not "repeat the use" of the prior art references . Accordingly, the *Yu (1995)* assay results performed using their own samples and experimental conditions stand alone for their teaching of NF-κB involvement in calcitriol immunoregulation of human PBM's cells.

In this respect, the *Yu(1995)* document teaches that NF-κB in human lymphocyte samples was detectable in both the cytoplasm and nucleus by an anti- p50/ p105 antibody within 24 hours of PHA activation and "increased progressively" over a period of 72 hours. See *Yu (1995)*, right column.

Thus, the *Yu (1995)* document provides evidence of the presence of NF-κB in the prior art PBM's samples upon being contacted with PHA.

The constitutive or PHA- induced presence of NF-κB in immunological cells (e.g. B or T-cells) as indicated by the *Yu (1995)* evidence is consistent with the teaching of the instant patent. See col. 17, lines 20-52; col. 26, lines 40-46; col. 29, lines 46-56; col. 30, lines 40-55; and col. 68, lines 34-56.

It is further noted that *Yu (1995)* teaches the ability of calcitriol to inhibit the presence of NF-κB (p50 and p105) when added simultaneously with PHA or 24, 48, 64, 68 or 70 hours following addition of PHA. See *Yu (1995)* p. 10992, left col.; and Fig. 3.

5. Patentee Argument: *The CAT reporter experiments (Yu 1995: Fig. 6) do not reproduce any use of calcitriol described in the cited primary reference since the transfected Jurkat cells used by Yu differ significantly from the PBM cells and Jurkat cells used in the prior studies. In particular, the artificial (quadruple repeat) NF-κB binding site, on which the reporter construct was based, is not found in any endogenous gene, and would not have been present in any of the cells used in the earlier studies. There is no basis for assuming that the response of this reporter construct reflects the regulation of any endogenous gene. These CAT data therefore provide no basis for assuming that calcitriol, as used in the prior studies, would have necessarily affected NF-κB mediated gene expression.* Dr. Verma Declaration ¶¶ 121-122.

Examiner Response:

As discussed above, the *Yu (1995)* assay results performed using their own samples and experimental conditions stand alone for their teaching of NF-κB involvement in calcitriol immunoregulation of human PBM's cells.

In utilizing an "artificial" NF-κB consensus sequence quadruple repeat construct p(NF-κB)$_4$-CAT in human leukemic T-cells (Jurkat cells) the *Yu (1995)* document teaches that calcitriol inhibits NF-κB regulatory sequence driven transcription. See *Yu (1995)* page 10993, left column 2nd full ¶ and Fig. 6.

More particularly, the use of this "artificial" NF-κB repeat construct "demonstrated that the inhibiting effect of 1,25(OH)$_2$D$_3$ on NF-κB protein syntheses is of functional relevance to NF-κB -driven transcription" and additionally that the "inhibiting effect of the activity of this promoter by decreasing the levels of such proteins induced

following lymphocyte activation rather than through a direct interaction of the 1,25 $(OH)_2D_3$ receptor with this DNA segment".[6] *Yu (1995)* page 10994, left column.

As pointed out by *Yu (1995)*, the structure of the "artificial" NF-κB consensus sequence (in tandem) would ensure that "its transcription activity can be regulated only by proteins that recognize this consensus sequence." See *Yu (1995)*, left column. Accordingly, there is a scientific basis for assuming that the response of this reporter construct would reflect endogenous gene regulation mediated by NF-κB consensus sequence(s).

Thus, the *Yu (1995)* document provides evidence of NF-κB's role in activated cytokine gene expression which is consistent with the instant patent's teaching that cytokine (e.g. interferon) gene expression is activated, at least in part, by induction of NF-κB. See instant patent col. 13, lines 14-28; and col. 14, lines 40-60.

6. Patentee Argument: *The CAT reporter (Yu Fig. 6) and EMSA (Yu Fig. 5) assays do not replicate the use of calcitriol in already induced cells as required by the claims because the cells were pretreated with calcitriol for 40 hours before being stimulated with PHA in the CAT assay and the cells were simultaneously treated with both calcitriol and PHA in the EMSA assay.* Dr. Verma Declaration ¶¶ 122 and 124.

Examiner Response:

*Yu (1995)* need not reproduce the use but need only provide an enabling teaching for purposes of anticipation. Additionally, the patentee's arguments are not commensurate in scope since the instant claims do not require the performance of an assay (CAT reporter assay, EMSA or otherwise) nor the conditions relating thereto.

7. Patentee Argument: *Regarding the electrophoretic mobility shift assay (EMSA) and Yu (1995) results in Fig. 5, it is questionable, absent appropriate antibody or mutational controls, that the bound complex (lane 4) represents only NF-κB binding activity (and not some other factor) since one would not expect to achieve significant competition with only a 5-fold excess of unlabeled competititor (Yu Fig. 5, lane 5); and competition with a "non-specific" oligonucleotide containing an AP-1 binding motif actually increased binding to the labeled EMSA probe (Yu Fig. 5, lane 7).* Dr. Verma Declaration ¶ 124.

---

[6] Vitamin D receptor (VDR) is a nuclear receptor that surfaces from the cytoplasm to bind ligand and translocates to the nucleus to affect transcription.

Examiner Response:

Using the same EMSA protocol, including the human IL-6 gene promoter, as in the instant patent, *Yu (1995)* confirmed the inhibitory effect of calcitriol on NF-κB expression as found in their previous assays. Additionally, the EMSA assays results (Fig. 5) are consistent with the results subsequently obtained in the CAT reporter assay (Fig. 6).

It is noted that the patentee has not provided any evidence challenging the reproducibility of the *Yu(1995)* results nor has any evidence been provided concerning the contamination of *Yu (1995)* samples with other transcription regulaters that bind the NF-κB enhancer.

Additionally, it is noted that the claims are not limited to NF-κB being the only mediator of calcitriol's immunoregulatory role in activated PBM cells.

8. Patentee Argument: *There is no evidence that NF-κB mediated any of the other effects of calcitriol that were investigated in the earlier studies described in the primary references. Calcitriol inhibited proliferation of PBMCs only when it was added during the first 24 hours data suggesting "that the antiproliferative effect of 1,25-(OH)$_2$D$_3$ is not the result of its effects on NF-κB." (Yu 1995 at 10994).* Dr. Verma Declaration ¶ 120; Patentee 11/17/06 response page 73 reciting admission of Dr. Manolagas in Trial Testimony, day 10, Manolagas deposition page 68.

Examiner Response:

Vitamin D$_3$ (calcitriol) affects bone and mineral (e.g. calcium) homeostasis, regulates the immune system and regulates cell growth, differentiation and death (apoptosis). See *Adams (2004)*, left column.

As pointed out in *Yu (1995)* at page 10994, and as admitted by Dr. Manolagas at trial, their data regarding calcitriol's inhibition of <u>PBM cellular proliferation</u> does not correlate to NF-κB activity

However, this result does not affect the above rejection which is directed to calcitriol's affect to reduce NF-κB activity related to calcitriol's <u>PBM immunological effect</u> and more particularly, the involvement of NF-κB in calcitriol's

Application/Control Number: 90/007,503; 90/007, 828                    Page 87
Art Unit: 3991

immunosuppressive effect by inhibiting gene expression (e.g. cytokines such as IL-2) in
PHA activated PBM's.


9. <u>Patentee Argument</u>: *Yu (1995) at p.10994, last ¶ states that "[T]he relevance of the
inhibiting effects of 1,25(OH)$_2$D$_3$ on NF-κB proteins to the immunoregulating properties
of this hormone is a matter of conjecture." Such speculation cannot reasonably support
a conclusion that the effect of calcitriol on IL-2 production or cell proliferation provides
evidence that use of calcitriol in any study described in any of the primary reference
necessarily reduced NF-κB activity and consequent expression of NF-κB regulated
proteins.* Dr. Verma Declaration¶120.

<u>Examiner Response</u>:

        Patentee has failed to appreciate the context of the *Yu(1995)* teaching since one

needs to consider what follows (starting with "Nevertheless .... to the end of the article)

the author's speculation.  When taken in context, the author is commenting on a

proposed mechanism that takes into account "the down-regulating effect of 1,25(OH)$_2$D$_3$

on new syntheses of NF-κB related proteins" as sustaining activated lymphocyte

function (which relies on both preexisting and "de novo synthesized NF-κB subunits")

and the few hours delay needed for the lymphocyte to express the vitamin D receptor.

<u>In this context</u> the author expresses his speculation as follows:

        "In view of these considerations, it is *tempting to speculate* that the expression of
        the 1,25(OH)$_2$D$_3$ receptor following activation and the down-regulating effect of
        1,25(OH)$_2$D$_3$ on new synthesis of *NF-κB*-related proteins represent a *biologic
        mechanism* whereby excessive lymphocyte activation might be prevented."
        *Yu (1995) at page 10994, right column.*

Accordingly, the author's speculation is not directed to the NF-κB mediated effect of

calcitriol but toward a possible negative feedback mechanism regarding the calcitriol

receptor <u>following</u> calcitriol inhibition.

Application/Control Number: 90/007,503; 90/007, 828                    Page 88
Art Unit: 3991

10. <u>Patentee Argument</u>: *Analyses of the IL-2 promoter in other studies has demonstrated that repression by calcitriol of IL-2 expression, as well as aspects of its immunosuppressive activity in T cells likely occurs through an NF-κB independent mechanism involving NFAT-driven transcription as a target. (Alroy et al 1995, Takeuchi et al. 1998 attached hereto as Exhibits 24 and 25). For example, Alroy et al. in PHA/PMA stimulated Jurkat cells, found when activated by calcitriol, the vitamin D3 receptor directly repressed the ability of NFAT to activate transcription of the IL-2 gene by interfering with assembly and binding of an NFAT/AP1 complex to the IL2 promoter, and thereby reduced IL2 gene expression. (Alroy at 6796, see also Alroy Figs. 3, 5 and 8). Similarly, Takeuchi found that calcitriol treatment of activated T cells "resulted in inhibition of NFAT complex formation" to the human IL-2 promoter NFAT site, as well as diminished NFAT-driven transcription of a reporter gene in calcitriol-treated Jurkat cells. (Takeuchi at 210, 215, Figs. 1 and 6). Notably, Takeuchi "found no significant effect of [calcitriol] on NF-κB binding activity under T cell activation conditions [ionomycin and PMA] used here." (Takeuchi at 215). Dr. Verma Declaration ¶ 119.*

<u>Examiner Response:</u>

The instant claims merely require the use of a compound (e.g. calcitriol) that exclusively <u>or non-exclusively</u> reduces NF-κB activity.

In this respect, as discussed *supra*, the *Adams* (exhibit 26) and *Takeuchi* (exhibit 25) documents specifically acknowledged the role of NF-κB in calcitriol inhibition of cytokine expression in PBM's citing the *Yu (1995)* document

Additionally, the *Adams* document further cites *Harant et al.* Eur. J. Biochem. 250, 63-71 (1997) (copy enclosed) which further positively cites *Yu (1995)* (Harant p. 64, left column) while additionally teaching the role of NF-κB in calcitriol's 50% inhibition of activated IL-8 expression in A3 human melanoma cells.

Accordingly, the ability of calcitriol to act via NF-κB (as demonstrated by *Yu 1995*) or NFAT, as demonstrated by *Alroy (exhibit 24)* and *Takeuchi (exhibit 25)*, to affect cytokine expression does not adversely effect the instant rejection.

11. <u>Patentee Argument</u>: *Studies show that calcitriol treatment can increase NF-κB activity citing Adams et al. (2004) and Berry et al. (2002). Adams reports that calcitriol alone stimulated NF-κB activity in C3H10T1/2 cells. (<u>Adams</u> at 2948: Exh. 26). Berry reports that calcitriol increased NF-κB activity in a TPA-stimulated promyeloytic leukemia cells by stimulating phosphorylation and degradation of I-κB. (<u>Berry</u> at 183: Exh. 27). Such studies provide evidence that the Examiner is incorrect in assuming that calcitriol administration to cells reduces NF-κB activity. Dr. Verma Declaration ¶125.*

<u>Examiner Response</u>:

Vitamin $D_3$ (calcitriol) affects bone and mineral (e.g. calcium) homeostasis, regulates the immune system and regulates cell growth, differentiation and death (e.g. apoptosis). See *Adams (2004)*, left column.

The rejection is directed to <u>calcitriol's immunological (immunosuppressive) effect</u> in <u>(PBM's)</u> and more particularly, the involvement of NF-κB in calcitriol's immunosuppressive effect of inhibiting cytokine gene expression in PHA activated PBM's.

The *Adams* and *Berry* studies are not relevant to the above rejection since they address a different calcitriol effect (<u>cell growth, differentiation and apoptosis</u>) in <u>different cell types</u>, C3H10T1/2 mouse fibroblasts in *Adams;* and NB4 acute promyelocytic leukemia cells in *Berry*.

In this respect *Adams* (p. 2948, right col.) acknowledges the <u>cell line specificity</u> of NF-κB activity and additionally cites articles teaching the <u>decreased NF-κB activity relating to calcitriol's inhibition of cytokine expression in PBM's</u> including the *Yu (1995) teaching* and the *Harrant (1997)* teaching that in A3 human melanoma cells stably transfected with the IL-8 promoter luciferase construct, calcitriol inhibited activation of the reporter gene by 50%.

## IV. 5-ASA  (references prior to 12/24/86)

11.        Claims 1-2, 5-6, 8-9, 20-27, 29, 31-38, 40, 53-62, 64-73, 75-80, 82, 84 and 88-97
are rejected under 35 U.S.C. 102(b) as being anticipated by *Dew* (Br. Med. J. 287
(7/83):23-24) as evidenced by *Baldwin II*, J. Clin. Invest. 107(1991):63-80, *Bantel* et al.
(Amer. J. Gastroenterology 287 (2000):3452), *Yan* et al. (J. Biol. Chem. 274 (1999)
366631-36) and the *David Baltimore Declaration* submitted February 2001 in the
08/464,364 application which issued as the Baltimore '516 patent. See MPEP 2131.01
(evidence of inherency).

**Summary:** *Dew* teaches administration of 5-ASA for the treatment of ulcerative colitis
in humans, which inherently reduced NF-$\kappa$B activity in the cells of the patients, by a
mechanism including phosphorylation of I$\kappa$B.

        The instant claims are drawn to reducing NF-$\kappa$B activity in eukaryotic (e.g. claims
1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene
under transcriptional control of NF-$\kappa$B. For example, NF-$\kappa$B activity can be effected by
diminishing induced NF-$\kappa$B mediated intracellular signaling (claims 6-9) or decreasing
the level of NF-$\kappa$B not bound in an NF-$\kappa$B -I-$\kappa$B complex (claim 20) to inhibit associated
gene  expression of a cytokine protein (claim 5) in a eukaryotic cell.

        *Dew* teaches the administration (oral delayed release of up to 4.4 g/day) of 5-
aminosalicyclic acid (5-ASA) to humans for the treatment of ulcerative colitis  (an
inflammatory bowel disease).

        Ulcerative colitis is recognized as being associated with NF-$\kappa$B activation. See
*Baldwin II* at Table 1.

        *Bantel* conducted *in vivo* tests (tissue sample immunostaining using p65 NF-$\kappa$B
subunit antibody before/after 5-ASA administration) on human ulcerative colitis patients
administered the same 5-ASA formulation (tradename MESALAZINE) in the same
amounts (from 1.7-4.5 g/day) as in the *Dew* reference and reported that 5-ASA
administration reduced NF-$\kappa$B activity in the cells of these patients. *Bantel* at 3453.
Specifically, *Bantel* found that (1) NF-$\kappa$B activity is increased in patients with ulcerative
colitis, and (2) therapeutic administration of 5-ASA (as in *Dew*) effectively reduced NF-
$\kappa$B activity in these patients. *Id.* at 3454-55.  Accordingly, *Bantel* concluded that "5-ASA
is a potent inhibitor of NF-$\kappa$B activation *in vivo*," at dosage levels and under the same
conditions taught in *Dew*. *Id.* at 3456. Thus, *Dew's* administration of 5-ASA for ulcerative
colitis inherently and necessarily reduces NF-$\kappa$B activity in human cells.

        Moreover, during prosecution of the Baltimore 08/464,364 application, while
referring to the *Yan* reference (cited above), *Dr. Baltimore in his declaration* admitted

that 5-ASA reduces NF-κB activity as in the instant '516 patent claims: "Treatment of cells with such compounds as ... 5-aminosalicyclic acid ... inhibits NF-κB mediated gene expression by a mechanism which includes inhibition of phosphorylation of I-κB proteins"(which is the naturally occurring NF-κB inhibitor). See *David Baltimore Declaration* ¶ 9.

Accordingly, the prior art *Dew* administration of 5-ASA necessarily and inherently reduced NF-κB activity and, thus anticipated at least claims 1-2, 5-6, 8-9, 20-27, 29, 31-38, 40, 53-62, 64-73, 75-80, 82, 84 and 88-97 as shown on an element-by-element basis in *Exhibit H-7* (herein incorporated by reference) provided by the requester in the 90/007,503 proceeding.

### Discussion

Initially, it is noted that the above rejection was modified in response to patentee's amendment cancelling claims 7, 28, 39, 81, 83, 85, 86 and 203.

1. Patentee Argument: *The claimed methods require a first cellular stimulus that induces NF-κB activity. Patentee argues that Dew's comparative study (sulfasalazine verse 5-amino salicylic acid or 5-ASA) comprising the oral administration of coated 5-ASA to inhibit colitis in those patients in remission does not constitute "treatment of ulcerative colitis in humans" since these remission patients are not "currently suffering from active ulcerative colitis". There is no evidence that use of 5-ASA described in Dew would have involved administration of 5-ASA to cells in which NF-κB activity was induced since patients in Dew were not suffering from active colitis, but were in remission. The non-prior art evidence, including Bantel, relying on active colitis patients for induced NF-κB activity is not relevant to patients in remission as in Dew.* Dr. Verma Declaration ¶¶ 157 and 158

Examiner Response:

Patentee's argument is not commensurate to the instant claims that are not limited to "active" disease.

Additionally, there is no definition in the instant specification defining "treatment" to exclude inhibiting inflammation such as inhibiting ulcerative colitis.

In fact, as pointed out in the rejection above, *Dr. Baltimore's Declaration* (item 9) specifically states that 5-ASA is among:

"The classes of compounds which are able to affect NF-κB mediated gene expression in cells": "*Treatment* with cells with such compounds as ... 5-aminosalicyclic acid inhibits NF-κB mediated gene expression by a mechanism which includes inhibition of degradation of IκB proteins" (with emphasis). See 08/464,364 Declaration items 7 and 9.

Further, patentee fails to appreciate the *Dew* reference suggestion that high doses of 5-ASA, effective in maintaining remission in ulcerative colitis, "might be of value in *treating* ulcerative colitis". It is legally settled that anticipation does not require actual performance of a suggestion in a disclosure, but only requires that the suggestion be enabling to one of ordinary skill in the art. *Bristol-Meyers Squibb Co. v. Ben Venue Laboratories*, Inc. 246 F.3d 1368, 1379 (Fed. Cir. 2001); *In re Donohue*, 766 F.2d 531,533 (Fed. Cir. 1985). The *Dew* reference clearly enables the administration of oral coated 5-ASA to "treat" ulcerative colitis patients.

Still further, patentee's *assumption* that *Dew's* patients in remission with ulcerative colitis or proctitis were free of NF-κB activated cells is not supported by scientific evidence. In fact, patients undergoing ulcerative colitis remission with apparently normal mucosa, still possess higher expressed levels of cytokines including TNF, IL-1, IL-2, IL-6 and IL-8 (that are known to be regulated by NF-κB) (see *Bantel*, p. 2452, right column) as compared to normal patients indicating the presence of "activated cells" . See also enclosed: *Yamamoto et al.*, Inflamm. Bowel Dis. 11(6) (June 2005) pages 589-596 document at p. 589 (right column), p. 592 and p. 594 (right column).

Accordingly, the *Dew* study involving colitis remission patients necessarily involved the administration of 5-ASA to already "activated cells".

2. Patentee Argument:  *It is asserted that Dew does not mention NF-κB nor describe an external stimulus that would have induced NF-κB activity. Dr. Verma Declaration ¶ 158.*

Examiner Response:

Regarding the *Dew* reference's failure to mention NF-κB, or a stimulus activating NF-κB, it is noted that the rejection clearly points to evidentiary documents that

demonstrate that NF-κB and its activating stimulus is inherent to the *Dew* reference
teaching including:

*Baldwin II*, J. Clin. Invest. 107(1991):63-80,
*Bantel* et al. (Amer. J. Gastroenterology 287 (2000):3452),
*Yan* et al. (J. Biol. Chem. 274 (1999) 366631-36) and
*David Baltimore's Declaration* submitted Feb.2001 in the 08/464,364 application.

3. Patentee Argument: *Baldwin II, Bantel, Yan and the David Baltimore Declaration do
not repeat the use described by Dew (Amendment at page 66-67). Additionally, the
patients in the Bantel study could not have been "administered the same 5-ASA
formulation (tradename MESALAZINE) in the same amount as in the Dew reference"
since Bantel's patients were participating in a study "investigating the therapeutic effect
of a newly developed mesalazine." (emphasis added) (Bantel at 3453).   While, the 5-
ASA Dew formulation was made by coating 5-ASA with **Eudragit S**, the formulation
used in Bantel consisted of pellets coated instead with **Eudragit L**. (Bantel at 3453). In
the absence of any evidence demonstrating these formulations to be equivalent, one
cannot assume they would necessarily act in the same manner.* Dr. Verma Dec.¶ 159.


Examiner Response:

        Contrary to patentee's argument, evidence of an inherent property need not be
demonstrated by "repeating the use" of that prior art document.  A prior art document
need only provide an enabling disclosure for purposes of anticipation.

        Patentee provides no evidence as to why 5-ASA formulations utilizing different
methacrylic acid copolymers (EUDRAGIT) delayed release coatings would prevent 5-
ASA cell treatment from reducing NF-κB activity and inhibiting NF-κB mediated gene
expression by a mechanism which includes inhibition of phosphorylation of IκB proteins
as admitted by *Dr. Baltimore* in his Feb. 2001 Declaration.

        Once the examiner provides evidence or reasoning tending to show the inherent
presence of a property or function, the burden shifts to the patentee to show the lack of
the inherent feature in the prior art reference method.

## V. GLUCOCORTICOIDS (references prior to 12/24/86)

12.    Claims 1-2, 5-6, 8-9, 20-21, 25-27,29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88–89 and 93-97 are rejected under 35 U.S.C. 102(b) as being anticipated by *Goodman and Gilman's* (The Pharmacological Basis of Therapeutics, (Macmillan Publishing Co., Inc. 1980, pages 1466-1496) (newly raised by Examiner) as evidenced by *Baldwin I* (Annu. Rev. Immunol. 14 (1996) 649-81, *Auphan* et al. (Science 270 (1995) 286-290), *Scheinman I* (Mol. Cell. Biol. 15 (2/95) 943-53), *Scheinman II* (Science 270 (10/95) 283-286) and *Mukaida* (J. Biol. Chem. 269 (5/94) 13289-95) and *Padgett* et al. Trends in Immunology, 24(8) (Aug. 2003) pages 444-448 (newly raised by Examiner). See MPEP 2131.01 (evidence of inherency).

**Rejection Summary**: *Goodman & Gilman* teach the naturally occurring endogenous production and release of glucocorticoids (cortisol) in response to many different types of environmental stressors which *inherently* results in the reduction of NF-κB activity that acts to inhibit expression, in a eukaryotic cell, of cytokines whose transcription is regulated by NF-κB.   In this respect, the NF-κB inhibiting evidence provided by the Baldwin I, Auphan, Scheinman I/II and the Mukaida documents, regarding the synthetically administered steroid dexamethasone (DEX) has been found to be analogous with what occurs upon release of the endogenous cortisol glucocorticoid as evidenced by *Padgett*.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claim 5) in a eukaryotic cell.

The instant claims broadly encompass the natural process in which an animal responds to environmental stressors by increasing production of endogenous glucocorticoids (cortisol, cortisone, hydrocortisone, corticosterone, aldosterone: see e.g. page 1473 Table 63-2) that are secreted into the bloodstream.  Increased glucocorticoids are produced in response to many different types of stressors including "agonal state, severe infections, surgery, parturition, cold, exercise, and emotional stress" (*Goodman and Gilman*, 1469,  "Example of Effective Stimuli of Secretion"). These elevated quantities of endogenous glucocorticoids are known to "prevent or suppress the inflammatory response that takes place as a consequence of the hypersensitivity reactions" (Goodman and Gilman, page 1479, left column, "Immune Responses").

However, it has been known since the mid-1990's, that glucocorticoids effect their immunosuppression by reducing NF-κB activity by preventing NF-κB from binding to the appropriate sites on the DNA and by increasing the transcription, expression

and/or release of IκB, thereby reducing the amount of activated NF-κB that can translocate into the nucleus. In this regard, several publications cited by Dr. Baldwin in his 1996 review article (*Baldwin I*), including *Auphan, Scheinman I, Schmeinman II and, Mukaida,* in addition to the *Padgett* document, provide extrinsic evidence that endogenously produced glucocorticoids, such as cortisol, are recognized to *necessarily and inherently* reduce NF-κB activity thus inhibiting cytokine production, *in vivo*, upon the body's release of glucocorticoids in response to external stimuli, such as stress, as described in *Goodman and Gilman.*

### a) Extrinsic Evidence of Inherency as Provided by *Auphan*

Auphan describes methods for reducing NF-κB activity in an induced leukemic T-cell line. First, *Auphan* induced human leukemic T cells (Jurkat strain) or murine T cells (FJ8.1) with TPA and used EMSA, as described in the'516 Baltimore patent, to demonstrate NF-κB activity. See *Auphan* at 287-8. *Auphan* then exposed the cells to $10^{-6}$ M dexamethasone. Id. Auphan reports that dexamethasone clearly reduced NF-κB activity:

> Electrophoretic mobility shift assays (EMSAs) revealed that both AP-I and NF-κB DNA binding activities were elevated in nuclear extracts of activated [FJ8.1] cells (Fig. 1C). DEX inhibited induction of NF-κB binding activity and reduced the amount of A.P-1 binding activity . . . . DEX also inhibited induction of NF-κB in mouse T lymphocytes in vivo (Fig. 1D).
>
> *    *    *
>
> Inhibition of NF-κB activation by DEX . . . was also observed in a Jurkat human T cell leukemia line stably transfected with a GR expression vector (Fig. 2A). . . .Inhibition of NF-κB activity was also observed in cells stimulated by either 12-O-tedradecanoryl-phorbal 13-acetate (TPA) alone or by tumor necrosis factor (TNF- α). Id. (citations omitted).

As Dr. Baldwin noted, *Auphan* demonstrates that glucocorticoids "involves the transcriptional activation of the I-κBα gene" in these human leukemic cells and therefore, "by upregulating I-κBα protein levels, function to block nuclear translocation of NF-κB and DNA binding." *Baldwin* at 671. As discussed below, Dr. Baldwin's own results, as reported in the *Scheinman II* document discussed below, confirms this mechanism for glucocorticoid action.

### b) Extrinsic Evidence of Inherency as Provided by Scheinman I & II

*Scheinman I* and *Scheinman II* confirm that dexamethasone, as used in the prior art, reduces NF-κB activity. In particular, *Scheinman I* evaluated the effect of $10^{-7}$ M dexamethasone on NF-κB activity in human epithelial (HeLa) cell cultures. *Scheinman I* at 944. NF-κB activity was measured in at least two assay formats disclosed in the Baltimore '516 patent (EMSA and reporter assays) as well as Western blot

immunological assays. Dexamethasone was shown (Figs 1A and B; Fig. 4; and Fig. 7) to reduce endogenous NF-κB activity in cells ("Pretreatment with DEX resulted in a profound loss of TNF-α induced NF-κB as well as p50 homodimer (KBF1) gel shift activity (Fig. 7B, lane 3). Similar data were obtained by treating cells with IL-1 (data not shown)." *Id* at 949. *Scheinman I* concluded that dexamethasone reduces NF-κB activity by two distinct avenues:

> We show that GR can physically interact with NF-κB subunits and also block their ability to bind DNA. In addition, we present new data showing that dexamethasone (DEX) treatment of HeLa cells causes a significant reduction in nuclear p65 protein levels. Thus, glucocorticoids are also able to inhibit NF-κB activity by a novel mechanism involving a block of cytokine-induced nuclear translocation.

> *        *        *

> With EMSA analysis, we found that DEX treatment caused a marked reduction in the ability of NF-κB /Rel subunits to bind DNA despite the presence of equal amounts of NF-κB subunit protein in the EMSA DNA-binding reaction mixtures (Fig. 5, EMSA). *Id*. at 944,948.

Similarly, the *Scheinman II* reference demonstrates that dexamethasone, at the same $10^{-7}$ M concentration as *Scheinman I*, reduces NF-κB activity as called for by the claims that are the subject of this reexamination request. *Scheinman II* confirmed the *Auphan* conclusion that dexamethasone inhibits TNF α induced NF-κB activity, at least in part, by inducing the transcription of the IκB-α gene:

> Together, these data indicate that DEX treatment induces the transcription of the IκB-α gene. This induction results in the increased syntheses of the IκB-α protein. This increase in protein synthesis leads to the rapid turnover of the IκB-α protein associated with preexisting NF-κB complexes. In the presence of an activator such as TNF α, newly released NF-κB reassociates with the DEX-induced IκBα and thus reduces the amount of NF-κB translocating to the nucleus. *Scheinman II* at 286.

### c) Extrinsic Evidence of Inherency as Provided by *Mukaida*

*Mukaida* observed that IL-8 production was mediated by NF-κB in all cells they previously examined. *Mukaida* at 13284. In those cells, dexamethasone inhibited NF-κB-regulated IL-8 production by more than 60% at concentrations equal to and higher than $10^{-8}$M. *Id* at 13290.

### d) Extrinsic Evidence of Inherency as Provided by *Padgett*

Consistent with the *Scheinman II* and *Auphan* references, *Padgett* teaches that the body responds to external stressors by release of glucocorticoid hormones, including cortisol, which bind glucocorticoid receptors expressed on a variety of immune

cells to interfere with NF-κB function, resulting in reduced cytokine production. See Abstract; p.445 (right column) to p. 446; footnotes 32 and 33; and p. 447 under "Conclusions".

Thus, *endogenous production of glucocorticoids in response to external body stimuli as described in* Goodman and Gilman *is now recognized as necessarily inherently reducing NF-κB activity as called for by the subject claims of the Baltimore '516 patent. See also '7503 Exhibit H8 (incorporated by reference) application to claims regarding exogenous glucocorticoid administration.*

### Discussion

Initially, it is noted that the above rejection was modified in response to patentee's amendment cancelling claims 7, 28, 39, 81, 83, 85, 86 and 203.

1. Patentee Argument: *Baldwin I, Auphan, Scheinman I, Scheinman II, Mukaida, and Padgett do not "repeat the use" described in* Goodman and Gilman. *The Auphan, Scheinman I and II and Mukaida evidentiary references in vitro assays do not provide data relating to clinical in vivo use of glucocorticoids in patients due to differences in cell type or mode of activation.* See Amendment pages 76-77 and Declaration of Dr. Verma, ¶¶ 75-101):

Examiner Response:

Enablement and not actual use is the legal standard for demonstrating inherency. Thus, there is no legal requirement that the inherency evidence "repeat the use" as alleged by the patentee.

In this regard, there is no requirement to provide data from human clinical trials to establish utility or enablement for an invention related to the treatment of human disorders. Additionally, an article teaching is presumed enabled absent rebuttal evidence. See MPEP § 2121 at 2100-64 to 2100-67; see also *Rasmusson v. Smithkline Beecham Corp.* 75 USPQ2d 1297 (Fed. Cir. 2005); and *Impax Labs., Inc. v. Aventis Pharmaceuticals, Inc.,* No. 05-1313 (Fed. Cir. Nov. 20, 2006) concurring with the *Rasmusson* holding.

The above rejection provides evidence and reasoning demonstrating that the prior art enables methods of contacting glucocorticoids to eukaryotic (e.g human) immune cells that *inherently* reduces NF-κB activity affecting cytokine expression as

Application/Control Number: 90/007,503; 90/007, 828                    Page 98
Art Unit: 3991

evidenced by the combined *Baldwin I*, *Auphan*, *Scheinman I*, *Scheinman II*, *Mukaida* and *Padgett* et al. evidentiary teaching.

Additionally, the evidentiary documents utilize in *vitro cell* systems and assays recognized by the patentee's own disclosure as relevant to evaluating NF-κB activity and NF-κB regulated expression. See *Auphan* mouse data; *Scheinman II* HeLa cells; *Auphan* Jurkat cells; *Mukaida* IL-8 promoter CAT reporter assay; and *Scheinmann I and II* CAT reporter and EMSA assays. See also *Padgett* at pages 144-145 summarizing >150 clinical studies and animal data.

2. Patentee Argument: *Auphan, Scheinman I and II and Mukaida evidentiary in vitro assays do not activate before inhibiting.* See Dr. Verma Declaration 88-93.

Examiner Response:

As discussed *supra*, the two steps upon which patentee relies, cell contacting with an inducer <u>followed by</u> applying an inhibitor, are not recited in the rejected claim(s).

Additionally, as discussed *supra*, the instant invention encompasses prior, concomitant or subsequent cellular administration of the inhibitor relative to the administrion of the inducer compound.

Further, in contrast to patentee's argument, all of the evidentiary references teach inhibition of NF-κB activated cells utilizing a glucocorticoid (cortisol or dexamethasone) regardless of the sequence of activation and inhibition. In this respect, the evidentiary documents teach glucocorticoid interference with NF-κB activity and related NF-κB mediated gene expression in eukaryotic cells or organisms composed of said cells.

3. Patentee Argument: *The glucocorticoid mechanism of action is poorly understood and the effects of glucocorticoids have been observed to vary between different cell types, citing Padgett, Hart 2000, Schule 1990, Padgett I and II, Bourke 1999, Han 2001* (exhibits 16-21) in support. *11/17/06* Amend. p.77 and Verma Declaration ¶¶ 95-101.

Application/Control Number: 90/007,503; 90/007, 828                    Page 99
Art Unit: 3991

Examiner Response:

The evidentiary documents teach the ability of glucocorticoids to interfere with
NF-κB activity and NF-κB mediated expression of proinflammatory genes (e.g. *cytokine
genes such as IL-2, IL-8 and TNF-alpha*) in _eukaryotic **immune cells**_ or eukaryotic
organisms composed of said cells.

As _summarized_ by *Baldwin I* glucocorticoids inhibit NF-κB by *transcriptionally
activating the I-κBα gene* in human immune cells and therefore upregulate I-κBα protein
levels that function to block nuclear translocation of NF-κB and DNA binding. See
*Baldwin I* p.671, right col. citing *Scheinman II*, and *Auphan* in endnotes 157 and 158.
Accordingly, glucocorticoids act to promote the translation of I-κBα.

Additionally, contrary to patentee's argument, the enclosed rebuttal *Roman-Blas*
et al. document recognizes NF-κB's role in a number of inflammatory disorders
including arthritis and asthma, due to its mediation of proinflammatory cytokine genes.
See *Roman-Blas* at page 839 (Summary) and pages 840-842.

As of 2006, it is recognized that anti-inflammatory glucocorticoids act to "induce
expression of I-κB, causing an increased cystolic retention of NF-κB. See *Roman-Blas*
at p. 842, right col. under "Inhibition of NF-κB by pharmacologic agents", citing *Auphan
and Scheinman II*, respectively.

Regarding different genes or different cells, the *Roman-Blas* article recognizes
that glucocorticoids *may further* act through different mechanisms involving the
interaction of the activated glucocorticoid (nuclear) receptor (GR) with NF-κB (and other
coactivators). See *Roman-Blas* p. 842, right column.

Patentee's documentary evidence is not commensurate in scope to the instantly
claimed invention nor is the evidence sufficient to rebut the prima facie anticipation
rejection showing above.

Patentee's argument that the *mechanism* of action of glucocorticoids has been
observed to vary between different cell types, although true regarding non-immune
cells, is nevertheless _not commensurate_ to the instantly claimed invention which is not

cell specific. The instant claims encompass, as a species, the use of glucocorticoids in mammalian or eukaryotic immune cells to interfere with NF-κB activity at the level of the inhibitor and thus inhibit pro-inflammatory cell gene expression.

Accordingly, *Padgett* cited by the patentee (Dr. Verma Dec. ¶¶ 89 and 90) recognizes the *Scheinman II and Auphan* (page 446, left column and endnotes 32, 33) teaching of glucocorticoids to *promote the making of I-κBα in immune cells* and that induction of I-κB syntheses "might be limited to certain cell types, such as monocytes and lymphocytes" and additionally may "not be mutually exclusive" of other mechanisms. (page 446 left column to top of right column).

Although the patentee points to *Padgett* at page 447 (as well as *Schule 1990*) regarding the ability of the (nuclear) glucose receptor to "undoubtedly interfere with other transcriptional regulators" the primary focus of the anti-inflammatory effects of glucocorticoids centers on NF-κB inhibition. See *Padgett* p. 447 in entire context. To the extent there are *additional* mechanisms involving the glucocorticoid receptor, the instant claims are not limited to exclusive NF-κB mediated inhibition.

*Bergman I* (immunology 2004), *Bergman II* (Am. J. Resp. Biol. 2004) and *Hart 2000* are cited to challenge the role of NF-κB in dexamethasone's inhibition of cytokine transcription. See Exhibits 17-19; Dr. Verma Dec. ¶¶ 89, 97 and 98.

With respect to the *Hart 2000* biopsy evidence, Dr. Verma states that glucocorticoid administration increased NF-κB transcription and taught away from the glucocorticoid receptor's binding NF-κB.

However, the *Hart 2000* article distinguished their NF-κB DNA binding and NF-κB protein expression data obtained from alveolar macrophage bronchial biopsy patients receiving inhaled corticosteroid therapy since they had not examined "the expression of I-κBα in our biopsies" and thereby the authors recognized that "Glucocorticoids may rapidly induce I-κBα messenger RNA and protein synthesis (endnote 27 to *Auphan*), and therefore I-κBα may mediate the effects of corticosteroids". *Hart 2000* at p. 230.

Similarly, *Bergman I and II* concluded that dexamethasone's inhibition of the cytokine *GM-CSF* was via a *post-transcriptional/ translational mechanism* that <u>does not exclude *post-translational* I-κBα production</u> which, like *Hart 2000,* was not addressed.

In fact, the finding that "GM-CSF is primarily regulated by *de novo* mRNA and protein syntheses" (*Bergmann II*, p. 561, left col.) is consistent with NF-κB being regulated by <u>*post-translational* I-κBα production.</u>

In this respect it is noted that both *Bergman I and II* reinforce NF-κB's role in dexamethasone's ability to inhibit GM-CSF expression (*Bergman I* at p. 433, right col.: "In summary, the data presented here confirm the key role of the NF-κB (-85/-76) and CLEO(-54/-31) elements in the proximal region of the human GM-CSF promoter in T-cell lines"; *Bergman II* abstract: "Taken together our data support an important role for the NF-κB and CLEO sites in the transcriptional control of GM-CSF expression in primary human T-cells ...").

Dr. Verma's conclusion (Declaration ¶¶ 99 and 100 & exhibits 20 and 21) that NF-κB-mediated inhibition of cytokine release was not linked to <u>*post-translational* I-κBα production</u> in the *Han (2001)* study in <u>fibroblast-like rheumatoid synoviocytes (FLS)</u> and in *Bourke's (1999)* study in <u>brain cells</u> was <u>distinguished by both authors</u> as being "<u>cell type specific</u>". See quoted language in *Bourke* at page 2118, bottom of left column to top of right column; and *Han et al.* at page 272 stating that "[T]his anti-inflammatory mechanism of glucocorticoid may differ depending on cell-type".

4. <u>Patentee Argument</u>: When read in light of the instant patent disclosure, one of skill in the art would understand and interpret the claims to require affirmative acts and manipulative steps, calculated to achieve specific results and would not have understood the natural production and release of endogenous glucocorticoids as carrying out any of the '516 patent claims.  Dr. Verma Declaration, ¶¶ 11 and 103.

<u>Examiner Response:</u>

The claimed invention is not so limited. Additionally, neither the specification nor the prosecution history place any restrictions on the means by which  "NF-κB activity" is

Application/Control Number: 90/007,503; 90/007, 828                    Page 102
Art Unit: 3991

regulated (enhanced or reduced). Accordingly, the claims would encompass any *in
vitro* or *in vivo*, natural (indirect) or man-made (direct) means of reducing NF-κB activity.

5. Patentee Argument: *There is no showing in Goodman and Gilman (1980) in
connection with the "environmental stressors" referred to ("agonal state, severe
infections, surgery, parturition, cold, exercise and emotional stress"), of what, if
anything, would necessarily induce NF-κB activity in cells in connection with any
particular stressor, such that the induced NF-κB activity could be reduced as required
by the claims. The Examiner refers to "hypersensitivity reactions" but provides no
evidence, nor is there any reason to believe, that the different environmental stressors
that the Examiner contends would cause production of endogenous glucocorticoids
would necessarily be associated with "hypersensitivity reactions." (Office Action, at 56.)*
Dr. Verma Declaration ¶ 104.

Examiner Response:

    *Goodman and Gilman's* method of corticosteroid cell contacting in response to
environmental stressors (e.g. an *NF-κB* inducing cellular event) is taught by the
evidentiary documents as inherently reducing NF-κB activity and gene expression.

    In response to the first argument, the instant claims do not require the
identification of an NF-κB inducing stimulus. In any event, as discussed in the rejection
above, the evidentiary documents, particularly the *Padgett* document, provides
evidence that environmental stressors trigger NF-κB mediated immune dysregulation
(overproduction of cytokines).

    Regarding patentee's second argument addressing hypersensitivy reactions,
*Goodman and Gilman* teach that the organism responds to stress by increasing blood
levels of anti-inflammaory glucocorticoids, which as taught by *Padgett*, effect their action
by binding glucocorticoid (GC) receptors and inhibiting cytokine production.

    The nexus between between glucocorticoid production and the treatment of
cytokine induced inflammatory disorders, such as hypersensititivity reactions, is
addressed in detail in the rejection above and summarized briefly as follows:

    *Goodman & Gilman* (p.1469, right col.) teach that stress results in *in vivo
elevated* glucocorticoid (GC) hormone plasma concentrations which are anti-

that takes place as a consequence of the hypersensitivity reactions" (*Goodman and Gilman*, page 1479, left column, "Immune Responses": see also pages 1479-80 discussing anti-inflammatory properties).

The *Padgett* review article elaborates on clinical (">150 clinical studies") and animal data that demonstrates the relationship between stress and aberrant immune function contributing to poor health and the role of "stress hormones" to ***suppress the production of proinflammatory cytokines and chemokines and downregulate the production of cytokines necessary for the generation of adaptive immune response.***" See *Padgett* pages 444 and 445 (left column, with emphasis). *Padgett* addresses the mechanism of action of glucocorticoids (GC) as follows:

> "Being lipophilic molecules, GC hormones readily pass through the plasma membrane of all cells in the body. If a cell possesses a GC receptor (GR), that cell can be a target for action. There are two receptors for GC hormones, the GR and the mineralocorticoid receptor (MR). Because corticosterone has a higher affinity for MR than for GR [24], at low circulating levels glucocorticoid hormones bind preferentially to MR. Only at *high circulating or tissue levels* (i.e. during stress) is the GR occupied [25]. In immune cells, such as macrophages and T lymphocytes, the primary receptor for glucocorticoid hormones is GR; more specifically, the influence of glucocorticoid hormones on immune function is mediated by the GR [26] ". *Padgett p. 445, right column.*

Additionally, *Padgett* teaches that "Glucocorticoid receptors expressed on a variety of immune cells bind cortisol and interfere with the function of NF-κB which regulates the activity of cytokine-producing immune cells" (*Padgett* Abstract).

The *Baldwin I, Auphan et al., Scheinman I, Scheinman II and Mukaida* documents provide further evidence of the inherent intracellular mechanism of action of of the natural and synthetic corticosteroid's affect on "NF-κB activity" at the level of increasing inhibitor syntheses.

Application/Control Number: 90/007,503; 90/007, 828                    Page 104
Art Unit: 3991

6. <u>Patentee Argument</u>:  *The Examiner has no basis for assuming that cortisol would*

*necessarily affect NF-κB in the same way as dexamethasone since:*

*-.<u>Goodman and Gilman</u> describe cortisol while the later references are drawn to the*
*NF-κB effects in experiments using synthetic steroid dexamethasone;*
*-.<u>Padgett</u> indicates glucocorticoids mediate two different receptors, the glucocorticoid*
*receptor and the mineralocorticoid receptor (Padgett at 445);*
*- <u>Goodman and Gilman</u> (p. 1473) indicate, and as evidenced from numerous later*
*publications, the spectrum of biological effects of different glucocorticoids can vary at*
*least in part due to the different interactions of each distinct glucocorticoid with each of*
*these receptors, and the specific pattern of receptor expression on any individual cell.*
*- Although the Examiner asserts that Padgett provides analogous "NF-kB inhibiting*
*evidence" as that in Baldwin I, Auphan, Scheinman I/II and the Mukaida documents*
*regarding dexamethasone, the <u>Padgett review provides no primary data, and does not*
*discuss any experiments which examined the effect of cortisol (or any endogenous*
*glucocorticoid) on NF-κB activity.</u>* Dr. Verma Dec. ¶ 105; 11/17/06 Amendment p.78.

Examiner Response:

        The *Goodman and Gilman* reference teaching is <u>not limited</u> to cortisol but is

directed to the glucocorticoid class of compounds comprising natural and synthetic

corticosteroids which share a common core (steroid) structure and a common activity

(e.g. anti-inflammatory):

        "The naturally occurring corticosteroids cortisol and cortisone <u>as well as synthetic</u>
        <u>corticosteroids</u> such as prednisolone and triamcinolone are glucocorticoids".
        Goodman and Gilman p. 1473, right col. and Table 63-2: "Antiinflammatory
        Effect".  See also Goodman and Gilman page 1479-80 addressing "Anti-
        inflammatory Properties" of "[C]ortisol <u>and the synthetic analogs</u> of cortisol…"

        Similarly, the later published documents provide inherent evidence of the ability

of corticosteroids (generally), and dexamethasone (particularly), to treat inflammation by

interfering with NF-κB- induced cytokine production in mammalian immune cells.

        Although all glucocorticoids have different structures and biological activities, the

above rejection focuses on the anti-inflammatory activity of glucocorticoids effected by

binding the glucocorticoid receptor (GR) present on immune cells.

        Regarding the ability of glucocorticoids to bind the glucocorticoid receptor (GR)

and mineralocorticoid receptor (MR), *Padgett* points out that stress-inducing high

Application/Control Number: 90/007,503; 90/007, 828                    Page 105
Art Unit: 3991

plasma glucocorticoid levels results in glucorticoids binding the (GR) present on

immune cells responsible for immune function (e.g. cytokine production):

> "[O]nly at *high circulating or tissue levels* **(i.e. during stress)** is the GR occupied
> [25]. In immune cells, such as macrophages and T lymphocytes, the primary
> receptor for glucocorticoid hormones is GR; more specifically, the influence of
> glucocorticoid hormones on immune function is mediated by the GR [26] "

The argument that the *Padgett* review article lacks "primary data" or experiments

regarding the effect of cortisol (or any endogenous glucocorticoid) on NF-κB activity is

not persuasive since *Padget* relies on the results of previously conducted animal studies

as well as ">150 clinical studies" for their inherent teaching that natural <u>and</u> synthetic

glucocorticoids act via the same immune cell receptor (GC receptor) to inhibit NF-κB

mediated inflammation in cytokine-producing immune cells.


## VI. ANTIBIOTICS  (references prior to 12/24/86)

13.    Claims 1-2, 5-6, 8-10,12-18, 20-21, 25-27, 29, 31, 32, 36-38, 40, 53-54, 58-62,
64, 65, 69-73, 75, 76, 80, 82, 84, 88-89, 93-97, 99, 100, 104-105, 119-120, 124-129,
133-137, 139,140,144-147, 149,150,154-157, 159, 160, 164-168,172-175, 177, 178,
and 182-185 are rejected under 35 U.S.C. 102(b) as being anticipated by *1970 PDR:
pages 1167 (GARAMYCIN$_{TM}$ :gentamicin),* 1309-1310 (SUMYCIN$_{TM}$ : tetracycline),
1379-1380 (E-MYCIN$_{TM}$ :erythromycin)  as evidenced by the *Manolagas declaration,
Galdiero et al. (*Microbiology, <u>147</u> (2001): 2697-2704),* Yang et al. (Nature <u>395</u> (1998)
284-288), *Mori* et al. (Eur. J. Haematol. 59 (1997): 162-170), the *Baltimore '516 Patent*
and *Yasutomi* et al. (J. Immunology 175(2005) 8069-8076) (newly raised by the
Examiner). See MPEP 2131.01 (evidence of inherency, including extrinsic publications
of any date and intrinsic evidence using applicant's own specification: see *Ex parte
Novitski* cited therein).

**Rejection Summary:** As detailed in *Exhibit H-10* of the 90/007,503 request (herein
incorporated by reference), *1970 PDR* teaches administration of antibiotics such as
erythromycin, gentamicin, and tetracycline to kill bacteria in animals.  As evidenced by
the *Manolagas declaration,* gram (-) bacteria produce lipopolysaccharides (LPS) which
induce NF-κB regulated cytokine production. Antibiotics that kill gram-negative bacteria
thereby act to inherently reduce LPS-induced and NF-κB-regulated cytokine production.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims
1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene
under transcriptional control of NF-κB. For example, NF-κB activity can be effected by

diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claims 5 and 18) and reduce the effects of bacterial lipopolysaccharides (claims 12-17) on eukaryotic (e.g. mammalian) cells.

The instant claims are drawn to a method of inhibiting NF-κB activity (e.g. diminishing bacterially LPS induced NF-κB expression of cytokines mediated, for example, through intracellular signaling: in claims 6, 8-10) and associated gene (claims 1-2) expression (e.g. of a cytokine protein: claim 5) in a eukaryotic cell.

The 1970 PDR teaches the administration of antibiotics (erythromycin, gentamicin, tetracycline) to treat gram-negative bacterial infections. Erythromycin, for example, is active against H. pertusis infections (Id. at 1379); and gentamicin sulfate (trade name GARAMYCIN) treats infections caused by Pseudomona aeruginosa, Aerobater aerogenes, E.coli, Proteus vulgaris, and Klebsiella pneumoniae (Id. at 1167). Tetracycline is a broad spectrum antibiotic (trade name SUMYCIN) which treats a variety of infectious gram (-) bacteria, including E. coli and Shigella (Id at 1309).

Gram-negative bacteria produce lipopolysaccharide (LPS), which when in contact with human cells induces NF-κB activity resulting in the production of cytokines regulated by NF-κB. Cytokines whose genes are regulated by NF-κB (at least in part) include tumor necrosis factor alpha (TNF-α) and interleukins 2, 6, 8 and 10 (IL 2, 6, 8 and 10). E.g., Galdiero; Yang; and Mori. As noted in Galdiero (page 2700), "The lowest concentration of LPS able to induce cytokine release was 10 ng ml$^{-1}$ ".

Once produced by gram-negative bacteria, LPS activates NF-κB, which translocates to the nucleus and binds to the NF-κB recognition sites on genes that are regulated, at least in part, by NF-κB. E.g., Baltimore patent, Col. 2, lines 54-57 ("Release of active NF-κB from the I-κB- NF-κB complex has been shown to result from stimulation of cells by a variety of agents, such as bacterial lipopolysaccharide ... ").

In treating gram-negative bacterial infections, antibiotics kill bacteria or impair bacterial function thereby reducing bacterial production of LPS (Manolagas Declaration, ¶¶ 33-40).

For example, erythromycin has been shown to inhibit the activation of NF-κB in T cells; and in normal and inflamed human bronchial epithelial cells along with modulating IL-8 expression. See Yasutomi et al. at page 8068 at the bottom of the right column and footnotes 5-7 (citations therein). Yasutomi further demonstrated the ability of tetracycline to inhibit lipopolysaccharides and NF-κB activation in human monocyte-derived dendritic cells and suppress NF-κB induced cytokine (e.g. IL-6, 10, 12p70, 13 and IFN-γ ) production. See Abstract, page 8071-8073, see Table 1 and Figures especially 1-3 and 8.

Application/Control Number: 90/007,503; 90/007, 828          Page 107
Art Unit: 3991

Thus, by blocking LPS that reaches the cell, administration of the *1970 PDR* antibiotics to combat gram-negative bacterial infections would necessarily reduce NF-κB activity in human cells and thereby reduce cytokine expression. As such, as shown on an element-by-element claim basis in *Exhibit H-10* of the 90/007,503 request (incorporated by reference), the disclosed 1970 PDR antibiotics would inherently anticipate the subject claims requiring LPS-induced NF-κB activity.

### *Discussion*

Initially, it is noted that the above rejection was modified in response to patentee's amendment cancelling claims 7, 28, 39, 81, 83, 85, 86 and 203.

Additionally, the above rejection was modified to further remove the applicability of the above rejection to liver cells (claims 30, 41, 63, 74, 87, 98, 138, 148, 158, 176 and 186) since the above cited documents fail to teach that eukaryotic liver cells are affected by LPS-induced NF-κB activity so as to affect gene expression.

1. Patentee Argument: *The 1970 PDR reference teaches that antibiotics either kill bacteria or interfere with bacterial cell growth but do not act "by blocking LPS that reaches the cell," as alleged on p. 42 of the Office Action. Antibiotics have no effect on any of the 6 segments of the NF-κB pathway as illustrated in Schematic 10 of Exhibit 1. As also illustrated in Schematic 10, antibiotics neither act on the mammalian cell, nor do they act to interfere with the induction by the external influence to which the Examiner refers, i.e. LPS. Thus, one skilled in the art would not contemplate using antibiotics to "reduce NF-κB activity" as claimed. Even if one viewed the external stimulus as the bacterial infection, antibiotics act on the bacteria and do not act on any of the 6 segments of NF-κB pathway. Additionally, claims 8-9, 75-80, 82, 84, 88-98, are further directed to methods carried out on cells in which the "external influences induce NF-κB mediated intracellular signaling" in which the induction is maintained by the presence of the external influence. Killing bacteria, even if doing so could also remove the LPS, cannot practice any of the claims that require <u>maintained induction</u> by the external influence.* Dr. Verma Declaration ¶ ¶ 127 and 131; 11/17/06 Amendment at pages 14 and 80-82.

Examiner Response:

Although claims 8 and 9 (and dependent claims) require that the "external" (or "extracellular") influences induce *NF-κB signaling,* these claims <u>do not</u> require <u>maintained induction</u> as argued by the patentee.

Additionally, although the instant claims encompass patentee's 6 segments of the NF-κB pathway, they are not limited thereto, as discussed in the claim interpretation section *supra*.

Further, patentee's argument restricting the instant claim coverage to <u>direct effects</u> on the 6 segment pathway is not commensurate to the scope of the claims, since reducing cellular NF-κB activity in the instant claims encompasses both <u>direct</u> and <u>indirect</u> interference with NF-κB activity. Accordingly, treating gram (-) bacterial infections by killing or interfering with the growth of bacterial cells would necessarily reduce LPS levels and thereby indirectly "alter the concentration or availability of NF-κB" and "reduce NF-κB activity". Reducing intracellular LPS-induced NF-κB concentration necessarily decreases the level of NF-κB-I-κB complex, NF-κB translocation, NF-κB binding to its DNA recognition sites and the expression of NF-κB regulated and bacterial LPS-induced cytokines in cells.

3. <u>Patentee Argument</u>: *The premise that the use of antibiotics to treat bacterial infections would necessarily reduce LPS levels is incorrect. In this regard, the Manolagas declaration indicates that one possible (but not necessary) outcome of antibiotic treatment is to reduce LPS levels, contingent on completely resolving a bacterial infection. (Manolagas Decl. ¶¶ 38-39.) However, as acknowledged by the PDR there are several common reasons why antibiotic treatment fails to do so including:*
*-antibiotic-resistant bacterial cells;*
*-antibiotics can be bacteriocidal but also bacteriostatic which does not result in killing bacteria. (1970 PDR at 880, 1167, 1309, 1310, 1379);*
*-little effect on enteric bacteria, including LPS surface-containing gram (-) bacteria. Thus, the bacteria with LPS remains and continues to induce NF-κB. Dr. Verma Declaration ¶ 128.*

<u>Examiner Response</u>:

Initially, patentee's arguments addressing patient criteria, such as antibiotic resistance, antibiotic action (bacteriocidal/bacteriostatic) and targeting (enteric or otherwise) is not commensurate to the instant claims that are not so limited.

Additionally, as pointed out in the rejection above, the *1970 PDR* reference teaches the use of an antibiotic therapeutic protocol of <u>at least two days</u>, but often

longer, which underlineenables the treatment of gram (-) patients (including guidance regarding

the screening for antibiotic resistant gram (-) infections) which reduces LPS levels. See

1970 PDR and antibiotic "Dosage and Administration" pages 1167, 1310 and 1380 for

gentamycin, tetracycline and erythromycin, respectively.

4. Patentee Argument: *As evidence that antibiotic treatment would reduce LPS levels,
Dr. Manolagas specifically refers to only (Galdiero (2001), Manolagas Declaration ¶¶
37-39). Galdiero however, neither mentions antibiotics, nor does the paper provide any
information relating to the effect of LPS in any human patient. Indeed, Galdiero
indicates that in cultured cells, even extremely low levels of LPS, such as 10ng/ml were
sufficient to induce release of cytokines from the cells. Dr. Manolagas' assumption that
in a patient, LPS levels to below 1ug/ml would no longer stimulate NF-κB -mediated
cytokine production therefore has no support in Galdiero, which indicates that 100-fold
lower levels of LPS (0.01 ug/ml) induced expression of such genes in cultured cells.* Dr.
Verma Declaration ¶ 129.

Examiner Response:

Patentee has mischaracterized the *Galdiero (2001)* teaching.

As described in *Galdiero (2001)*, the LPS dose dependent effect (minimum effect

at 10ng/ml and maximum effect at 1000 ng/ml or $1\times10^{-6}$/ml) of stimulating cytokine

(TNF-$\alpha$ and interleukins 6 and 8) production in Vitamin $D_3$-treated human THP-1 cells

(see Fig. 3 at page 2700) was "completely blocked" by the antibiotic polymyxin B (data

not shown).

The *Dr. Manolagas Declaration* statement mistakenly referred to the maximally

effective LPS dose, and NOT the minimally effective dose necessary to "completely

abrogate NF-κB -mediated cytokine production" in accordance with the *Galdiero (2001)*

cellular assay evidence.

Patentee fails to provide evidence that the *in vitro* LPS dose-dependent cytokine

cell release and the blocking effect of the gram (-) antibiotic polymyxin B found by

*Galdiero (2001)* is not equally applicable *in vivo* to other antibiotics including

erythromycin, gentamicin and tetracycline.

Additionally, as discussed in the rejection above, there is evidence supporting the ability of erythromycin, gentamicin and tetracycline to inhibit LPS and NF-κB activation. For example, erythromycin has been shown to inhibit the activation of NF-κB in T cells; and in normal and inflamed human bronchial epithelial cells along with modulating IL-8 expression. See *Yasutomi* et al. at page 8068 at the bottom of the right column and footnotes 5-7 (citations therein). *Yasutomi* further demonstrated the ability of tetracycline to inhibit lipopolysaccharides and NF-κB activation in human monocyte-derived dendritic cells and suppress NF-κB induced cytokine production e.g. IL-6, 10, 12p70, 13 and IFN-γ. See Abstract, pp. 8071-8073, Table 1 and Figures 1-3 and 8.

5. <u>Patentee Argument</u>: The following *studies indicate that antibiotic treatment can disrupt bacterial membranes, which by releasing and solubilizing LPS, can be expected to increase circulating LPS levels in the body:*
*a. Lepper et al., Int. Care Med. 28:824-833 (2002) (Exhibit 28)*
*b. Shenep and Mogan, J. Inf. Diseases, 150:380-388 (1984) (Exhibit 29);*
*c. Hurley et al., Antimicrob. Agents Chemother. 351:2388-2394 (1991) (Exhibit 30);*
*d. Dofferhoff et al., Scand. J. Infect. Dis. 23:745-754 (1991) (Exhibit 31);*
*e. Mustafa et al., J. Infect. Dis. 160:891-5 (1989) (Exhibit 32).*
*f. Leeson and Morrison, Shock 2:235-245 (1994) (Exhibit 33).*
Dr. Verma Declaration ¶ 130.

Examiner Response:

Non-Beta lactam antibiotics (such as erythromycin, gentamicin and tetracycline) are clinically indicated since they do not act on the bacterial cell wall and thus release lower amounts of LPS endotoxins, with aminoglycosides, such as gentamicin, tobramycin and amikacin being shown to neutralize the effects of endotoxin. See *Lepper et al.,* pp.827-828 and Fig. 4; *Dofferhoff* at page 753.

Additionally, any antibiotic-induced endotoxin (LPS) release occurs quickly (within the first two hours) and is of short duration (ending within the first six hours) at which time the endotoxin is cleared as a result of the antibiotic treatment. See *Dofferhoff* at page 752 and Fig. 4; See *Shenep* at page 382, Fig. 1 and page 386, left column.

The *1970 PDR* teaches an antibiotic therapeutic protocol of <u>at least 2 day</u> duration.  See antibiotic "Dosage and Administration" pages 1167, 1310 and 1380 for gentamycin, tetracycline and erythromycin, respectively).

Accordingly, the *1970 PDR* therapeutic protocol <u>enables</u> the treatment of gram (-) patients regardless of whether an initial spike of LPS occurs.   Since the instant claims fail to address therapeutic protocol (e.g. duration), the *1970 PDR* therapeutic daily antibiotic protocol would result in an inherent reduction of NF-κB activity after as little as 6 hours by decreasing LPS-induced NF-κB intracellular amounts.

## VII. N-ACETYL-L-CYSTEINE  (intervening prior art)

14      Claims 18 and 182-185 are rejected under 35 U.S.C. 102(a) as being anticipated by *Staal* et al. *Proc. Nat'l Acad Sci* 87 :9943 (Dec. 1990) ('7828 appendix E: incorporated by reference).

**REJECTION SUMMARY:**  *Staal* et al. (see Abstract; page 9945; Figures 4-5) disclose a method of inhibiting TNF-α by blocking NF-κB activation in mammalian cells (e.g. Jurkat cells) by administration of N-acetyl-L-cysteine (NAC).

Instant claim 18 recites:  A method for reducing Interleukin-1 or Tumor Necrosis Factor-α activity in mammalian cells comprising reducing NF-κB activity in the cells so as to reduce intracellular signaling caused by Interleukin-1 or Tumor necrosis Factor-α in the cells.

*Staal* teaches a method of inhibiting TNF-α activation and, thus, signaling, in mammalian cells by reducing NF-κB activity.  Specifically, *Staal* discloses inhibiting TNF-α stimulation of 293.27.2 and Jurkat cells by selectively blocking NF-κB activation by administration of N-acetyl-L-cysteine (NAC). See Abstract, and Fig. 5.  Reduction of intracellular TNF- α signaling is demonstrated by decreased expression of a beta-galactosidase reporter gene in Jurkat cells, which are mammalian (human) in origin. See Fig. 4. Accordingly, claim 18 is anticipated.

Instant claim 182, depending from claim 18, further recites that reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB. *Staal* anticipates claim 182 by teaching that high thiol levels (resulting from NAC administration) inhibit NF-κB activation by preventing phosphorylation of I-κB, since phosphorylation of I-κB is necessary for dissociation of NF-κB from its complex with I-κB.  Since NAC administration keeps NF-κB complexed to its naturally occurring inhibitor I-κB, NF-κB is unavailable for binding

NF-κB recognition sites on genes that are transcriptionally regulated by NF-κB.  Thus, instant claim 182 is anticipated since NAC-mediated inactivation of NF-κB described in *Staal* inherently and necessarily results in reduced NF-κB binding to its recognition sites.

Instant claims 183-185, depending from claim 18, are also anticipated by *Staal*. These claims further require that the method is carried out on human cells (claim 183), immune cells (claim 184) and lymphoid cells (claim 185).  *Staal* discloses NAC inhibition of TNF- α stimulation in Jurkat cells (see Fig. 4, p. 9945) which are cells derived from a human T-cell leukemia cell line, and, thus, are human, immune and lymphoid anticipating claims 183-185.

### *Discussion*

1. Patentee Argument: *Patentee maintains that numerous claims are clearly entitled at least to the April 21, 1989 filing date of U.S. Serial No. 07/341,436.* Response at p. 63.

Examiner Response:  For the reasons discussed *supra,* the instant claims are not entitled to the April 21, 1989 filing date of the 07/341,436 application, but are entitled to the 11/13/91 filing date of the 07/791,898 under 35 USC §120 for purposes of prior art.

2. Patentee Argument: *Staal does not show reduction of NF-κB activity in induced cells, as required by the claims since "... the aim of the Staal study was to determine whether NAC (N-acetyl-cysteine), by inhibiting thiol levels could act on cells before they experienced stimulation." (Staal at 9944) and in the Staal experiments "... cells were always treated simultaneously with both NAC and TNF-α." (Staal at 9945-46). Response at pages 61-63.* Dr. Verma Declaration ¶¶ *161-162.*

Examiner Response:

In response to patentee's argument that the reference fails to show certain features of patentee's invention, it is noted that the feature upon which patentee relies (i.e, *in vitro* cell contacting with activator prior to contacting with an inhibitor) is not recited in the rejected claim(s).

Additionally, as discussed *supra*, the instantly claimed invention would encompass administering the NF-κB inhibitor prior to or with an NF-κB activating compound.

Contrary to patentee's argument *Staal* does show that simultaneous administration of PMA, TNF-α and NAC results in "reduction of NF-κB activity in induced cells" since *Staal* demonstrates:

- inhibition of *basal level* stimulated B-galactosidase (B-gal.) cell production,
- > 95% inhibition of PMA stimulated cellular B-gal production, and
- about 70% inhibition of TNF-α stimulated cellular B-gal production.

See *Staal* at p. 9944 under "Results" and Fig. 1; See also p. 9945, right col. and Fig. 4 for analogous NAC "reduction of NF-κB activity in (PMA/ TNF-α) induced cells".

## VIII. NUCLEIC ACID DECOYS: (intervening prior art)

15.    Claims 1, 2, 20, 25-27, 29, 31, 36-38 and 40 are rejected under 35 U.S.C. 102(a) as being anticipated by *Bielinska* et al. *Science* 250 :997 (Nov. 16, 1990) as evidenced by *Ho*, PNAS USA 86 :6714 (1989) for purposes of defining clone 13B cells disclosed in *Bielinska*. See MPEP 2131.01: Multiple Reference 35 U.S.C. 102 Rejections (primary reference term meaning) ('7828 Appendix D: incorporated by reference).

**Rejection Summary:** *Bielinska* (e.g. at pages 197-198 and Fig. 1) discloses the use of nucleic acid decoy molecules to inhibit NF-κB-dependent expression of a reporter gene in clone 13 B-lymphoblastoid cells.

*Bielinska* discloses the use of nucleic acid decoy molecules to inhibit NF-κB-dependent expression of a reporter gene in clone 12 B-lymphoblastoid cells. See, e.g., p. 997, Abstract at mid-¶ and p. 998 right hand column and Fig. 1D. Specifically, *Bielinska* discloses the use of phosphoroothioate oligonucleotides as decoy molecules that competitively bind NF-κB in clone 13 B cells. Id. These cells contain an HIV-CAT reporter gene construct that is transcriptionally- regulated by NF-κB by two κB binding sites found within the HIV enhancer. Fig. 1, and middle of right column on page 997.

*Bielinska* teaches that phosphorothioate oligonucleotides having an NF-κB binding site consensus sequence, GGGGACTTTCC (the same as disclosed in the instant '516 patent in Table 2 at col. 37), competitively bind NF-κB, reducing the amount of NF-κB/HIV enhancer-regulated transcription of chloramphenicol acetyltransferase (CAT). See p. 1000, fn. 19. Administration of these NF-κB decoy molecules in clone 13 cells inhibits HIV-CAT expression by more than 80%. See, e.g., p. 998, right-hand column next to Fig. 1D.

Thus, *Bielinska* teaches reducing NF-κB activity in eukaryotic cells such that expression of a gene whose transcription is regulated by NF-κB is inhibited, as required

by instant claims 1 and 2. Specifically, as discussed above, *Bielinska* teaches a method of inhibiting expression of NF-κB/HIV enhancer-regulated CAT clone 13B lymphoblastoid cells. See e.g. p. 998, right-hand column next to Fig. 1D. This decrease in NF-κB is accomplished by administration of double-stranded phosphorothioates containing the NF-κB binding sequence, GGGGACTTTCC. See p. 1000, fn 19.

*Bielinska* also teaches the methods of instant claims 20, 25-29, 31 and 36-40, which depend from claims 1 and 2.

Instant claims 20 and 31 are drawn to a method wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:I-κB complex. These claims are anticipated by the *Bielinska* teaching (discussed *supra*) that double-stranded phosphorothioates containing the NF-κB binding sequence, GGGGACTTTCC, competitively bind NF-κB in clone 13B cells since binding of NF-κB by a decoy molecule necessarily decreases the amount of free NF-κB in the cell which necessarily decreases the level of NF-κB not bound in an NF-κB:I-κB complex.

Instant claims 25 and 36 are drawn to a method wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB. As discussed for dependent claims 20 and 31, *Bielinska* discloses double-stranded oligonucleotide phosphorothioates that compete with the NF-κB binding site, thus reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

Instant claims 26-29 and 36-40 are drawn to reducing NF-κB activity in a cell resulting in inhibited expression of a gene regulated by NF-κB, wherein the method is carried out on mammalian cells (claims 26 and 37), human cells (claims 27 and 38), immune cells (claims 28 and 39) and lymphoid cells (claims 29 and 40). The *Bielinska* clone 13 B cells are human B lymphoblastoid cells and are thus, mammalian, human, immune, and lymphoid cells, as recited in the instant claims. See *Bielinska* p. 998 (left hand column at top) and *Ho* provided in Appendix C. *Bielinska* also anticipates instant claim 203 which is drawn to:

> A method of inhibiting expression, in a mammalian cell, of a gene whose transcriptional activity is activated by binding of NF-κB to gene, comprising introducing a nucleic acid decoy molecule into the cell in an amount sufficient to inhibit expression of the gene, which decoy includes an NF-κB binding site that binds to NF-κB.

As discussed above, *Bielinska* teaches a method of inhibiting expression of a CAT reporter gene using a nucleic acid decoy molecule. Transcription of the CAT reporter gene is regulated by an NF-κB/HIV enhancer and the *Bielinska* decoy molecule possesses the NF-κB binding site consensus sequence GGGGACTTTCC disclosed in

Application/Control Number: 90/007,503; 90/007, 828          Page 115
Art Unit: 3991

the instant patent. *Bielinska* teaches that introduction of this NF-κB decoy molecule into
the clone 13B cells inhibits HIV-CAT expression by more than 80%. See, e.g., p. 998,
right hand column next to Fig. 1D. Therefore, *Bielinska* teaches each and every element
of instant claim 203.

### Discussion

Initially, it is noted that the above rejection was modified in response to
patentee's amendment cancelling claims 7, 28, 39, 81, 83, 85, 86 and 203.

1. <u>Patentee Argument</u>: *Numerous claims are clearly entitled at least to the April 21,
1989 filing date of U.S. Serial No. 07/341,436.* 11/17/06 amendment  page 34.

<u>Examiner Response:</u>  For the reasons discussed *supra,* the instant claims are not
entitled to the April 21, 1989 filing date of the 07/341,436 application, but are entitled to
the 11/13/91 filing date of the 07/791,898 under 35 USC §120 for purposes of prior art.

### Final Status of the Claims

1. **Rejected**: claims 1-6, 8-18, 20-27, 29, 31-38, 40, 42-43, 47-51, 53-62, 64-73, 75-80,
82, 84, 88-97, 99-100, 104-107, 109-110, 114-117, 119-120, 124-129, 133-137,
139,140, 144-147, 149, 150, 154-157, 159, 160, 164-168, 172-175, 177, 178, 182-185,
192-193 and 197-201.

2. **Confirmed**: claims 19, 30, 41, 44-46, 52, 63, 74, 87, 98, 101-103, 108, 111-113, 118,
121-123, 130-132, 138, 141-143, 148, 151-153, 158, 161-163, 169-171, 176, 179-181,
186-191, 194-196, and 202.

3. **Cancelled**: 7, 28, 39, 81, 83, 85, 86 and 203

13.    **THIS ACTION IS MADE FINAL.**

A shortened statutory period for response to this action is set to expire <u>two</u>

<u>months</u> from the mailing date of this action.

**Extensions of time under 37 CFR § 1.136(a) do not apply in reexamination proceedings.**
The provisions of 37 CFR **§** 1.136 apply only to "an applicant" and not to parties in a reexamination
proceeding.  Further, in 35 U.S.C. § 305 and in 37 CFR §1.550(a), it is required that reexamination
proceedings "will be conducted with special dispatch within the Office."

Application/Control Number: 90/007,503; 90/007,828                    Page 116
Art Unit: 3991

   **Extensions of time in reexamination proceedings are provided for in 37 CFR §1.550(c).** A
request for extension of time must be filed on or before the day on which a response to this action is due,
and it must be accompanied by the petition fee set forth in 37 CFR § 1.17(g). The mere filing of a request
will not effect any extension of time. An extension of time will be granted only for sufficient cause, and for
a reasonable time specified.

   The filing of a timely first response to this final rejection will be construed as including a request to
extend the shortened statutory period for an additional month, which will be granted even if previous
extensions have been granted. In no event however, will the statutory period for response expire later
than SIX MONTHS from the mailing date of the final action. See MPEP § 2265.

### Service on the Other Party (3rd Party Request)

   After the filing of a request for reexamination by a 3rd party requester, any document filed by
either the patent owner or the third party requester must be served on the other party (or parties where
two or more third party requester proceedings are merged) in the reexamination proceeding in the
manner provided in 37 CFR §1.248. See 37 CFR §1.550 (f).

### Patent Owner Amendment

   Patent owner is notified that any proposed amendment to the specification and/or claims in this
reexamination proceeding must comply with 37 CFR § 1.530(d)-(j), must be formally presented pursuant
to 37 CFR § 1.52(a) and (b), and must contain any fees required by 37 CFR §1.20(c). In order to ensure
full consideration of any amendments, affidavits or declarations, or other documents as evidence of
patentability, such documents must be submitted in response to this Office action. Further submissions
will be governed by the requirements of 37 CFR §1.116, after final rejection and 37 CFR §41.33 after
appeal, which will be strictly enforced.

## NOTICE RE PATENT OWNER'S CORRESPONDENCE ADDRESS

Effective May 16, 2007, 37 CFR §1.33(c) has been revised to provide that:

The patent owner's correspondence address for all communications in an *ex parte* reexamination or an *inter partes* reexamination is designated as the correspondence address of the patent.

> *Revisions and Technical Corrections Affecting Requirements for Ex Parte and Inter Partes Reexamination*, 72 FR 18892 (April 16, 2007)(Final Rule)

**The correspondence address for any pending reexamination proceeding not having the same correspondence address as that of the patent is, by way of this revision to 37 CFR §1.33(c), <u>automatically changed to that of the patent file</u> as of the effective date.**

This change is effective for any reexamination proceeding which is pending before the Office as of May 16, 2007, <u>including the present reexamination proceeding</u>, and to any reexamination proceeding which is filed after that date.

Parties are to take this change into account when filing papers, and direct communications accordingly.

In the event the patent owner's correspondence address listed in the papers (record) for the present proceeding is different from the correspondence address of the patent, it is strongly encouraged that the patent owner affirmatively file a Notification of Change of Correspondence Address in the reexamination proceeding and/or the patent (depending on which address patent owner desires), to conform the address of the proceeding with that of the patent and to clarify the record as to which address should be used for correspondence.

Telephone Numbers for reexamination inquiries:

| | |
|---|---|
| Reexamination and Amendment Practice | (571) 272-7703 |
| Central Reexam Unit (CRU) | (571) 272-7705 |
| Reexamination Facsimile Transmission No. | (571) 273-9900 |

Application/Control Number: 90/007,503; 90/007, 828                    Page 118
Art Unit: 3991

### *Future Correspondences*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Bennett Celsa whose telephone number is 571-272-0807. The examiner can normally be reached on 8-5. If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Deborah D. Jones can be reached on 571-272-1535. The fax phone number for the organization where this application or proceeding is assigned is 571-273-9900.

Please mail any communications to:

Attn: Mail Stop "Ex Parte Reexam"
Central Reexamination Unit
Commissioner for Patents
P. O. Box 1450
Alexandria VA  22313-1450

Please FAX any communications to:
(571) 273-9900
Central Reexamination Unit

Please hand-deliver any communications to:
Customer Service Window
Attn:  Central Reexamination Unit
Randolph Building
401 Dulany Street
Alexandria, VA  22314

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Bennett  Celsa
Primary Examiner
Art Unit 3991

Conferees:

DEBORAH D. JONES
SPRE-AU 3991
CENTRAL REEXAMINATION UNIT

PADMASHRI PONNALURI
CRU EXAMINER - AU 3991

## TABLE OF CONTENTS

**PRIOR ART PENDING REJECTION SUMMARY**                                        **PAGES**

**I. PROTEIN KINASE C INHIBITORS (intervening prior art):**                      **25-32**
Anticipation: *Meichle (p.25)* or *Shirikawa (p. 31)* ('7503 Exhibit. G2) of claims
1-6, 8, 9, 11, 20-21, 25-27, 29, 31, 32, 36-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65,
69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193, & 197-201.

**IIa. CYCLOSPORIN A   (intervening prior art)**                                 **35-48**
Anticipation: *Schmidt (pp. 35-36)*, *Emmel (pp. 42-43)* and *Brini (pp. 47-48)* ('7503 Exhibit G1)
of claims 1-6, 8-9, 11, 20-21, 25-27,29, 36-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73,
75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 & 197-201.

**IIb. CYCLOSPORIN A (references prior to 12/24/86)**                            **54-75**
A.  Anticipation:  *PDR* (1985), *Griffith I, Griffith II* ('7503 Exhibit H1) of   **54-57**
claims 1-2, 6, 8-9, 20-27, 29, 31-38,40, 64-73, 75-80, 82, 84 and 88-97.

B. Anticipation *by Reed*  ('7503 Exhibit H2) of claims 1-2, 5-6,8,9, 20-21, 25-27   **66-68**
29,31-32,36-38, 40,53-54,58-62,64-65,69-73,75-76,80, 82, 84,88-89, and 93-97.

C. Anticipation *by Kronke and/ or Siebenlist* ('7503 Exhibit H3) of claims        **74-75**
1-2, 5-6, 8,9, 20-21, 25-27,29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76,
80, 82, 84, 88-89, and 93-97.

**III. VITAMIN D (CALCITRIOL) (references prior to 12/24/86)**                   **78-79**
Anticipation by *Tsoukas, Manolagas, Lemire I, Lemire II* and *Rigby I*  ('7503 Exhibits H4-H6)
of claims 1-2, 5-6, 8, 9,  20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76,
80, 82, 84, 88-89 and 93-97.

**IV. 5-ASA   (references prior to 12/24/86)**                                   **90-91**
Anticipation by *Dew*  ('7503 Exhibit H7) of claims 1-2, 5-6, 8, 9, 20-27, 29, 31-38, 40,
53-62, 64-73, 75-80, 82, 84 and 88-97.

**V. GLUCOCORTICOIDS (references prior to 12/24/86)**                            **94-97**
Anticipation by *Goodman & Gilman*  ('7503 Exhibit H8) of claims 1-2, 5-6, 8, 9, 20-21,
25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64 -65, 69- 73, 75-76, 80, 82, 84, 88–89 and 93-97.

**VI. ANTIBIOTICS (references prior to 12/24/86)**                               **105-107**
Anticipation by *1970 PDR* ('7503 Exhibit H10) of claims 1-2, 5-6, 8-10,12-18, 20-21, 25-27,
29, 31, 32, 36-38, 40, 53-54, 58-62, 64, 65, 69-73, 75, 76, 80, 82, 84, 88-89, 93-97, 99, 100, 104-105,
119-120, 124-129, 133-137, 139,140,144-147, 149,150,154-157, 159, 160, 164-168,172-175, 177,
178, and 182-185.

**VII. N-ACETYL-L-CYSTEINE   (intervening prior art)**                           **111-112**
Anticipation by *Staal* of claims 18 and 182-185 ('7828 Appendix E).

**VIII. NUCLEIC ACID DECOYS: (intervening prior art):**                          **113-115**
Anticipation by *Bielinska* of claims 1, 2, 20, 25-27, 29, 31, 36-38 and 40
('7828 Appendix D).