# EXHIBIT W



PATENT APPLICATION SERIAL NO. 07 341436

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

050  08/17/89  341436

I 201
874.00 CK

S 20545  08/17/89  341436.        08-0380  020  201        437.00CR

PTO-1556
(5/87)

ADL 0001822

0 341496    PATENT APPLICATION
Docket No.:  WHI89-02

HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILITIA DRIVE
LEXINGTON. MA. 02173-4799
(617) 861-6240



GIULIO A. DECONTI, JR.
PATRICIA GRANAHAN
JOHN L. DUPRE
MARY LOU WAKIMURA
THOMAS O. HOOVER
DAVID B. BERNSTEIN
PAULA A. CAMPBELL
ALICE C. OLEK

*D.C. BAR ONLY

MUNROE K. HAMILTON
(1906-1964)

OF COUNSEL
RICHARD A. WISE

OFFICE ADMINISTRATOR
BARBARA J. FORGUE

PATENTS, TRADEMARKS
AND COPYRIGHTS
TELEX 951794
CABLE "PATENTS LXON"
FACSIMILE: (617) 861-9540

April 21, 1989

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C.    20231

Sir:

                                    c-i-p
    Transmitted herewith for filing is the/patent application of

Inventor(s): Michael J. Lenardo, Chen-Ming Fan, Tom Maniatis &
             David Baltimore

For: NF-kB-MEDIATED TRANSCRIPTIONAL REGULATION

[X]    04    sheets of ~~FORMAL~~/informal drawings. (Figs. 1-4)
[ ]    An assignment of the invention to _____
       _____.
[ ]    A certified copy of a _____ application.
[ ]    An associate power of attorney.
[ ]    A verified statement to establish small entity status under 37 C.F.R.
       1.9 and 37 C.F.R. 1.27.
[X]    ~~EXECUTED~~/Unexecuted Combined Declaration/Power of Attorney.
[X]    Other: Specification, Claims and Abstract of the Disclosure _____.

The filing fee has been calculated as shown below:

|  |  |  | SMALL ENTITY | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NO. FILED | NO. EXTRA | RATE | FEE | RATE | FEE |
| BASIC FEE |  |  |  | $185 |  | $370 |
| TOTAL CLAIMS | 26 - 20 = | 6 | x 6 = | $ | x 12 = | $ 72 |
| INDEP CLAIMS | 15 - 3 = | 12 | x18 = | $ | x 36 = | $432 |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED |  |  | +60 = | $ | +120 = | $ |
| *If the difference in Col. 1 is less than zero, enter "0" in Col. 2 | | | Assign-ment Fee | $ | Assign-ment Fee | $ |
|  |  |  | TOTAL: | $ | TOTAL: | $ 874 |

ADL 0001823

Commissioner of Patents
and Trademarks
Page 2.

☐  Please charge my Deposit Account No. 08-0380 in the amount of $_____. A duplicate copy is enclosed.

☒  A check in the amount of $ 874.00_____ to cover the filing fee is enclosed.

☒  The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 08-0380. Two copies of this sheet are enclosed.

   ☒  Any additional filing fees required under 37 C.F.R. 1.16.

   ☒  Any patent application processing fees under 37 C.F.R. 1.17.

☒  The Commissioner is hereby authorized to charge payment of the following fees during pendency of this application or credit any overpayment to Deposit Account No. 08-0380. Two copies of this sheet are enclosed.

   ☒  Any patent application processing fees under 37 C.F.R. 1.17.

   ☒  Any filing fees under 37 C.F.R. 1.16 for presentation of extra claims.

                    Respectfully submitted,

                    HAMILTON, BROOK, SMITH & REYNOLDS


                    Patricia Granahan
                    Patricia Granahan
                    Registration No. 32,227
                    Attorney for Applicant(s)
                    (617) 861-6240

Dated: April 21, 1989_____

ADL 0001824

-46-

## NF-κB-MEDIATED TRANSCRIPTIONAL REGULATION

### Abstract of the Disclosure

Methods and compositions for altering or modifying NF-κB activity in cells and for regulating
05  NF-κB-mediated gene expression.

ADL 0001825

WHI89-02
KKF3
04/21/89



*4204 # 341436 874. 00*

PATENT APPLICATION
Docket No.: WHI89-02

-1-

NF-κB-MEDIATED TRANSCRIPTIONAL REGULATION

Related Applications

This application is a continuation-in-part of
application Serial No. 06/817,441, filed January 9,

05    1986; Serial No. 07/155,207, filed February 12,
1988; and Serial No. 07/280,173, filed December 5,
1988. The contents of the three referenced
applications are incorporated herein by reference.

Funding

10    Work described herein was supported by a
National Cancer Institute Clinical Investigator
Award (CA 01074), a Harvard Fellowship, a National
Institutes of Health grant and an American Cancer
Society grant.

15    Background of the Invention

Trans-acting factors mediating B-cell specific
transcription had been postulated, prior to their
discovery, based upon analysis of the expression of
exogenously introduced Ig gene recombinants in

20    lymphoid and non-lymphoid cells. One of the first
of these trans-acting factors to be purified was
NF-κB. This factor was originally identified as a
factor, present in mature B lymphocyte nuclear
extracts, which bound to kappa enhancer (resulting

25    in a detectable molecular weight shift in an
electrophoretic mobility assay) and protected a
region of the κ-enhancer from DNase digestion.
Results of this work led to the conclusion that

ADL 0001826

-2-

NF-κB expression was limited to B lymphoid cells.
Sen, R. and D. Baltimore, Cell, 46:705-716 (1986).

This straightforward notion was challenged by
the finding that NF-κB could be induced in cells
05  outside the B lineage.  Sen, R. and D. Baltimore,
Cell, 47:921-928 (1986).  During an investigation of
the appearance of NF-κB during B cell differenti-
ation, pre-B-lymphocytes that had no apparent NF-κB
were treated with agents, such as lipopolysaccha-
10  ride, cycloheximide, and active phorbol esters, that
induce Ig κ gene expression.  Wall, et al., Proc.
Natl. Acad. Sci. USA, 83:295-298 (1986).  These
treatments did, in fact, induce NF-κB and κ enhancer
activity.  Sen, R. and D. Baltimore, Cell, 47:921-
15  928 (1986); and Lenardo et al., Science, 236:1573-
1577 (1987).  Phorbol myristate acetate was also
shown to cause induction of NF-κB in HeLa human
cervical carcinoma cells and Jurkat human T lymphoma
cells.
20       Subsequently, NF-κB has been implicated in a
variety of transcription events in non-B cells.  For
example, the IL-2 receptor alpha chain gene (IL-2R)
has been shown to respond to NF-κB.  Bohnlein et
al., Cell, 53:827-836 (1988); Leung, K. and G.
25  Nabel, Nature, 333:776-778 (1988); and Ruben et al.,
Science, 241:89-92 (1988).  Transcriptional
activation of the IL-2R gene, which occurs during
activation of T cells, has been shown to be governed
in part by the binding of NF-κB to a site in the
30  IL-2R promoter.  NF-κB is induced by several
mitogens and by antibodies against cell surface

ADL 0001827

-3-

markers that mimic the activation of T lymphocytes
that normally results from the interaction of the T
cell receptor with the complex of antigen and self
MHC molecules.  Sen, R. and D. Baltimore, Cell,
05  47:921-928 (1986); Tong-Starksen et al., J.
Immunol., 142:702-707 (1989).  Recent findings
suggest that NF-κB also may be one of the signals
for inducing the IL-2 lymphokine gene itself.
Lenardo et al., Proc. Natl. Acad. Sci. USA 85:
10  8825-8829 (1988); Serfling et al., EMBO J. 8:465-473
(1989); and Shibuya et al., Inter. Immunol., 1
(1989).  Specifically, it has been demonstrated that
NF-κB recognizes, and binds to a conserved site in
the IL-2 gene (See Table 1).
15      In addition, the transactivator gene product
(tax) of the human T lymphotropic virus HTLV I
powerfully induces NF-κB.  Leung, K. and G. Nabel,
Nature, 333:776-778 (1988); and Ruben et al.,
Science, 241:89-92 (1988).  This accounts for the
20  high level expression of IL-2R in HTLV infected
cells.  HTLV-1 is the etiologic agent of adult T
cell leukemia.  Gallo In: "Cancer Surveys" (ed.,
L.M. Franks et al.), Oxford University Press (1984).
Because NF-κB is activated by the tax gene product
25  and in turn can regulate the IL-2 T cell growth
factor and its receptor, it may play an important
role in the pathogenesis of HTLV-1-induced leukemia.
Several viruses have been shown to exploit
NF-κB's powerful transcriptional effect.  Both SV-40
30  and cytomegalovirus have NF-κB binding sites in
their enhancers.  Sassone-Corsi et al., Nature, 313:

ADL 0001828

-4-

458-463 (1985); and Boshart et al., Cell, 41:521-530
(1985). The enhancer of the human immunodeficiency
virus type 1 (HIV-1) has been shown to be composed
of two NF-κB binding sites. NF-κB directly

05    regulates the transcriptional inducibility of the
HIV long terminal repeat (LTR) in activated T
lymphocytes or phorbol-stimulated HeLa cells.
Nabel, G. and D. Baltimore. Nature, 236:711-713
(1987); Dinter et al., (1987). Despite considerable

10    interest in this transcription factor, it is not
clear whether non-lymphoid cells can use NF-κB in
gene regulation, or how widespread is its
participation in gene regulatory events.

Summary of the Invention

15        The present invention is based on the discovery
that the transcription factor NF-κB, previously
thought to be limited in its cellular distribution,
is, in fact, present and inducible in many, if not
all, cell types and that it acts as an intracellular

20    messenger capable of playing a broad role in gene
regulation as a mediator of inducible signal
transduction. It has now been demonstrated that
NF-κB has a central role in regulation of
intercellular signals in many cell types. For

25    example, NF-κB has now been shown to positively
regulate the human β-interferon (β-IFN) gene in
many, if not all, cell types. As described below,
it is now clear not only that NF-κB is not tissue
specific in nature, but also that in the wide number

30    of types of cells in which it is present, it serves

ADL 0001829

-5-

the important function of acting as an intracellular
transducer of external influences. NF-κB has been
shown to interact with a virus inducible element,
called PRDII, in the β-IFN gene and to be highly
05 induced by virus infection or treatment of cells
with double-stranded RNA.

As a result of this finding, it is now possible
to alter or modify the activity of NF-κB as an
intracellular messenger and, as a result, to alter
10 or modify the effect of a variety of external
influences, referred to as inducing substances,
whose messages are transduced within cells through
NF-κB activity. Alteration or modification, whether
to enhance or reduce NF-κB activity or to change its
15 binding activity (e.g., affinity, specificity), is
referred to herein as regulation of NF-κB activity.
The present invention relates to a method of
regulating or influencing transduction, by NF-κB, of
extracellular signals into specific patterns of gene
20 expression and, thus, of regulating NF-κB-mediated
gene expression in the cells and systems in which it
occurs.

In particular, the present invention relates to
a method of regulating (enhancing or diminishing)
25 the activity of NF-κB in cells in which it is
present and capable of acting as an intracellular
messenger, as well as to substances or composition
useful in such a method. Such methods and
compositions are designed to make use of the role of
30 NF-κB as a mediator in the expression of genes in a
variety of cell types. The expression of a gene

ADL 0001830

-6-

having a NF-κB binding recognition sequence can be
regulated, either positively or negatively, to
provide for increased or decreased production of the
protein whose expression is mediated by NF-κB.

05  NF-κB-mediated gene expression can also be
selectively regulated by altering the binding domain
of NF-κB in such a manner that binding specificity
and/or affinity are modified. In addition, genes
which do not normally possess NF-κB binding

10  recognition sequences can be placed under the
control of NF-κB by inserting an NF-κB binding site
in an appropriate position, to produce a construct
which is then regulated by NF-κB. As a result of
the present invention, cellular interactions between

15  NF-κB and a gene or genes whose expression is
mediated by NF-κB activity and which have, for
example, medical implications (e.g., NF-κB/cytokine
interactions; NF-κB/HTLV-I tax gene product
interactions) can be altered or modified.

20  Brief Description of the Figures
        Figure 1 is a diagram showing the location of
positive regulatory domain II (PRDII) within the
interferon gene regulatory element (IRE) and a
comparison of the nucleotide sequences of the PRDII

25  site, κB site, and the H2TF1 site.
        Figure 2 shows the results of assays
demonstrating that NF-κB binds to PRDII in vitro.
        Figure 2A shows the results of mobility shift
electrophoresis assays using as radiolabelled probe

30  either an IRE DNA fragment (IRE, lanes 1-3, 10-14,

ADL 0001831

- 7 -

20-24, 30 and 31), an oligonucleotide containing two
copies of the PRDII sequence (PRDII$_2$, lanes 4-6) or
a $\kappa$B site oligonucleotide ($\kappa$B, lanes 7-9, 15-19,
25-29, 32 and 33). Assays contained either no
05  protein ($\beta$, lanes 1, 4 and 7); 5 $\mu$g of unstimulated
Jurkat nuclear extract (-, lanes 2, 5 and 8) or 5 $\mu$g
of nuclear extract from Jurkat cells stimulated with
PHA and PMA (+, lanes 3, 6, 9 and 10-29).
Competitions used either the $\kappa$B oligonucleotide ($\kappa$B;
10  lanes 10-19) or the PRDII oligonucleotide (PRD II$_2$,
lanes 20-29) in the ng amounts shown above each
lane. Cytosol (8 $\mu$g) from unstimulated Jurkat cells
was tested either before (-, lanes 30 and 32) or
following treatment with 0.8% deoxycholate (DC,
15  lanes 31 and 33).

        Figure 2B shows that mutations within PRDII
that reduce $\beta$-IFN induction _in vivo_ decrease the
affinity of NF-$\kappa$B for PRDII _in vitro_. IRE sequences
bearing the mutations indicated (for positions refer
20  to Figure 1) were tested. The mutations were
previously shown to have either high (+) or low (-)
inducibility. Goodbourn and Maniatis, _Proc. Natl._
_Acad. Sci. USA_, **85**:1447-1451 (1988). Binding and
competition were carried out, as described for
25  Figure 2A, using 5 $\mu$g of nuclear extract from virus
infected 70Z/3 cells. Competitor was 10 ng of
either the wild-type (WT) or mutant (MUT) $\kappa$B
oligonucleotide (lanes 7,8).

        Figure 3 demonstrates the functional
30  interchangeability of PRDII and NF-$\kappa$B _in vivo_.

ADL 0001832

-8-

Figure 3A is an autoradiogram showing the results of CAT assays of extracts prepared from L929 and S194 myeloma cells transfected with the reporter genes illustrated in Figure 3B.

05   Figure 3B is a diagram of the reporter genes containing multiple copies of PRDII or κB. Two or four PRDII sites [(P)$_2$ and (P)$_4$, respectively] were inserted upstream of the truncated -41 human β-globin pormoter/CAT fusion gene (-41β) using an

10   oligonucleotide containing two copies of PRDII (PRDIIx2, as described in the Exemplification). Two copies of a synthetic wild-type κB site, or mutant κB site (B and B⁻, respectively) were inserted upstream of the mouse c-fos promoter/CAT fusion gene

15   in which the promoter was truncated to nucleotide -56 (Δ56).

Figure 4 demonstrates that virus infection activates binding of NF-κB and gene expression in B lymphocytes and fibroblasts.

20   Figure 4A represents the results of a binding assay which shows complexes formed with the Ig κB site using 5 μg of nuclear extract from unstimulated cells (lanes 1, 9 and 17) and 5 μg (lanes 2-6, 10-14 and 18-22) or 1 μg (lanes 7, 8, 15, 16, 23 and 24)

25   of nuclear extract from cells after virus infection. Extracts were prepared from Namalwa cells (lanes 1-8), 70Z/3 cells (lanes 7-16), and L929 cells (lanes 17-28). Competitions used either 5 or 20 ng of the wild-type (WT) or mutant (MUT)κB

30   oligonucleotide. GTP stimulation was tested by addition directly to the binding assay to a final

ADL 0001833

-9-

concentration of 3 mM. Cytosol was obtained from
L929 cells either prior to (lanes 25, 26) or after
(lanes 27, 28) viral treatment and tested before (-)
and after (DC) treatment with deoxycholate.

05          Figure 4B presents a comparison of methylation
interference footprints of virus-induced complexes
from Namalwa and L929 cell extracts with NF-κB
complexes derived from PHA/PMA-stimulated Jurkat
cells. The cleavage pattern resulting from

10    methylation of guanine or adenine residues is shown
for DNA extracted from the free probe (F) or the
DNA-protein complex (B) observed following mobility
shift electrophoresis. The sequence of the κB site
presented at the sides and methylated residues that

15    interfere with binding are indicated by a solid
circle.

          Figure 4C presents results of Northern blot
analyses of 70Z/3 cells treated with various
inducers. The upper panel shows the induction (from

20    0 to 20 hr as indicated) of κ (κ) mRNA by treatment
with 50ng/ml PMA (PMA, lanes 1-4), 15 μg/ml LPS
(LPS, lanes 5-8) or Sendai virus (V, lanes 9-12).
The lower panel shows the same blot hybridized to a
β-IFN DNA fragment.

25    Detailed Description of the Invention
          The present invention relates to a method of
regulating the activity of the transcription factor
NF-κB as an intracellular mediator or messenger and,
thus, of regulating or influencing the transduction

30    of extracellular signals by NF-κB, with the result

ADL 0001834

-10-

that the effects of such extracellular signals are
modified accordingly. In particular, the method and
compositions of the present invention are useful for
altering gene induction processes mediated by NF-κB
05 which have important consequences for cellular
physiology in health and disease. As used herein, a
gene is defined as all nucleic acid sequences
required to produce a peptide or an RNA; these
include regulatory elements.

10    As discussed below, it is now evident that this
DNA binding protein, initially thought to be a
B-cell specific factor and subsequently implicated
in gene regulation in T lymphocytes, is present in
many, if not all, cell types and that it acts as an
15 important intracellular transducer or mediator of a
variety of external influences. That is, NF-κB is
now known to be involved in a variety of induction
processes in essentially all types of cells and is
thought to participate in a system through which
20 multiple induction pathways work, in much the same
manner as "second messengers" (e.g., cAMP, $IP_3$) act,
resulting in transduction of a variety of
extracellular signals into specific patterns of gene
expression. Different cell types and different
25 genes respond to this one signal, which serves as a
central "control", whose activity can be altered by
means of the present invention. As used, the terms
altering and modifying mean changing the activity or
function of NF-κB in such a manner that it differs
30 from the naturally-occurring activity of NF-κB under
the same conditions (e.g., is greater than or less

ADL 0001835

-11-

than, including no activity, the naturally-occurring
NF-κB activity; is of different specificity in terms
of binding, etc.).

05       As discussed below, it has been shown that
NF-κB participates in gene expression (e.g.,
cytokine gene expression) which is activated by a
specific influence or extracellular signal (e.g.,
infection by a virus) in many, if not all types of
10   cells. In particular, it has now been demonstrated
that NF-κB has a central role in virus induction of
human β-interferon (β-IFN) gene expression. Virus
infection has been shown to potently activate the
binding and nuclear localization of NF-κB and, in
pre-B lymphocytes, to result in expression of both
15   the β-IFN gene and the Ig kappa gene. The wide
variety of cell types in which β-interferon can be
induced and the divergent set of gene induction
processes which involve NF-κB provide evidence that
NF-κB plays a broad role in gene regulation as a
20   mediator of inducible signal transduction.

The following is a description and
exemplification of work which clearly demonstrates
the role of NF-κB in virus-induced human β-IFN gene
expression; of the evidence that there is a single
25   NF-κB which serves many roles in many different cell
types and how it acts as an intracellular messenger
in a variety of different gene induction processes,
particularly several which have important effects on
cell physiology in health and disease; and of the
30   use of methods and compositions of the present
invention.

ADL 0001836

-12-

Role of NF-κB in Cytokine Gene Regulation

The role of NFκB as a mediator or messenger in
cytokine gene regulation has been demonstrated, as
explained in greater detail in the Exemplification,
05 through assessment of the viral induction of human
β-IFN gene expression.  The human β-IFN gene has
been shown to be positively regulated by NF-κB,
which was, in turn, shown to interact with a virus
inducible element, called PRDII, in the β-IFN gene.
10 As described below, NF-κB has been shown to be
highly induced in lymphoid and non-lymphoid cells by
either virus infection or treatment of cells with
double-stranded RNA [poly (rI:rC)].  It has also
been shown to bind specifically to PRDII, which is
15 one of two positive regulatory domains of the
interferon gene regulatory element (IRE) which,
together with the release of a negative influence
over a site called NRDI, are necessary and
sufficient for virus induction of the β-IFN gene.
20     It is known that the human β-interferon (β-IFN)
gene is highly inducible by virus or synthetic
double-stranded RNA poly(rI:rC) in many, if not all,
cell types.  DeMaeyer, E. and J. DeMaeyer-Guignard,
"Interferons and Other Regulatory Cytokines", John
25 Wiley and Sons, New York (1988).  Extensive charac-
terization of the β-IFN gene promoter has revealed a
complex arrangement of positive and negative regu-
latory elements.  Taniguchi, T., Ann. Rev. Immunol.,
6:439-464 (1988).  A 40 base pair DNA sequence
30 designated the IRE (Interferon gene Regulatory
Element) is both necessary and sufficient for virus

ADL 0001837

-13-

induction. Goodbourn et al., Cell, 41: 509-520
(1985). The IRE contains two distinct positive
regulatory domains (PRDI and PRDII) and one negative
regulatory domain (NRDI). Goodbourn et al., Cell,
05 45:601-610 (1986); Goodbourn, S. and T. Maniatis,
Proc. Natl. Acad. Sci. USA, 85:1447-1451 (1988).
Virus induction apparently requires cooperative
interactions between PRDI and PRDII. Goodbourn, S.
and T. Maniatis, Proc. Natl. Acad. Sci. USA,
10 85:1447-1451 (1988). Single copies of PRDI or PRDII
alone are not sufficient for virus or poly(rI:rC)
induction, but two or more copies of PRDI (Fujita et
al., Cell , 49:357-367 (1987)) or PRDII (Fan, C. M.
and T. Maniatis, EMBO J., 8:101-110 (1989)) confer
15 inducibility on heterologous promoters.

The PRDII sequence binds a nuclear factor,
designated PRDII-BF, that is present in extracts
from both uninduced and induced MG63 cells. Keller,
A. and T. Maniatis, Proc. Natl. Acad. Sci. USA,
20 85:3309-3313 (1988). A cDNA clone encoding a PRDII
binding factor (designated PRDII-BF1) was isolated.
DNA sequence analysis revealed that PRDII-BF1 is
similar, if not identical, to a cDNA clone encoding
a protein that binds to related sites in both the
25 MHC class I H-2K$^b$ gene and the Ig $\kappa$ enhancer. Singh
et al., Cell 52:415-423 (1988). This observation
suggested that PDRII might be functionally related
to the H2-K$^b$ and $\kappa$ enhancer sites.

The site in the H-2K$^b$ promoter is required for
30 its constitutive and interferon-induced expression
and binds a factor designated H2TF1 and possibly

ADL 0001838

-14-

similar factors KBF1 and EBP-1 which are
constitutively expressed in most cell types.
(Baldwin, A.S. and P.A. Sharp, Proc. Natl. Acad.
Sci. USA, 85:723-727 (1988); Yano et al., EMBO J.,
05    6:3317-3324 (1988); Clark et al., Genes & Dev.,
2:991-1002 (1988)). The Ig κ enhancer site, termed
κB, binds NF-κB, which is required for κ enhancer
function. Sen, R. and D. Baltimore, Cell,
46:705-716 (1986); Atchison, M. and R. P. Perry,
10    Cell, 48:121-128 (1987); Lenardo, M. et al.,
Science, 236:1573-1577 (1987). The transcriptional
activities and in vitro binding of the κB site and
PRDII were compared and results showed that the two
regulatory sequences are interchangeable in vivo,
15    and that PRDII specifically binds NF-κB in vitro.
A binding activity indistinguishable from NF-κB in
nuclear extracts from virus-infected cells was also
identified. Viral treatment of 70Z/3 pre-B
lymphocytes induced κ gene expression as well as
20    β-IFN gene expression. These results show that
NF-κB plays an important role in the virus induction
of the β-IFN gene and indicate that NF-κB acts
similarly to second messenger systems in that it
transduces a variety of extracellular signals into
25    specific patterns of gene expression.

It has been shown, by all available criteria,
that the κB and the PRDII DNA elements -- one from
the Ig κ light chain gene and one from the β-IFN
gene -- are interchangeable. They drive
30    transcription of reporter genes in response to the
same set of inducers, cross-compete for binding in

ADL 0001839

-15-

vitro and have closely-related DNA sequences.
Another indication of the identity of the two
elements is that release of NF-$\kappa$B from a complex
with its inhibitor, I-$\kappa$B, correlates with the
05   induction of $\beta$-IFN in L929 cells and that, con-
versely, a $\beta$-IFN inducer (Sendai virus) induces $\kappa$
gene transcription in 70Z/3 cells.  This relation-
ship is strengthened by the correlation between the
ability of mutations in PRDII to decrease $\beta$-IFN gene
10   inducibility in vivo and reduce binding to NF-$\kappa$B in
vitro.  Evidence that double-stranded RNA induces a
factor resembling NF-$\kappa$B has also been recently
obtained by Visvanathan, K.V. and S. Goodbourn,
EMBO J., 8:1129-1138 (1989).

15        Results described in the Exemplification
strongly imply that $\beta$-IFN gene expression is
activated, at least in part, by induction of NF-$\kappa$B.
The ability of NF-$\kappa$B to be activated by a protein
synthesis-independent pathway is consistent with the
20   fact that induction of $\beta$-IFN is not blocked by
cycloheximide.  In fact, the $\beta$-IFN gene, like the $\kappa$
gene, can be induced by cycloheximide.  Ringold et
al., Proc. Natl. Acad. Sci. USA, 81:3964-3968
(1984); Enoch et al., Mol. Cell Biol., 6:801-810
25   (1987); and Wall et al., Proc. Natl. Acad. Sci. USA,
83:295-298 (1986).  In addition to the interaction
between NF-$\kappa$B and PRDII, virus induction of $\beta$-IFN
involves activation through PRDI and the release of
repression at NRDI.  The present data revealing a
30   role for NF-$\kappa$B in $\beta$-IFN regulation is a striking

ADL 0001840

-16-

example of how it is used in many, if not all, cell types.

### Evidence for the Existence of a Single NF-κB

As shown in Table 1, sites present in a variety
05 of genes form a mobility shift electrophoretic
complex which resembles NF-κB, as reported by Sen.
and Baltimore, upon incubation of the Ig κ enhancer
with B-cell extracts, Sen, R. and D. Baltimore,
(Cell 46:705-716 (1986)). The biochemical evidence
10 suggests the involvement of a single NF-κB in all
cell types and not a family of factors in which
individual members are specifically inducible in
particular cell types.

   This evidence includes the fact that purifica-
15 tion of NF-κB to homogeneity from both human and
bovine sources yields a single polypeptide chain of
approximately 44 to 50 kD (although this could be a
fragment of a larger protein). Kawakami et al.,
Proc. Natl. Acad. Sci. USA 85:4700-4704 (1988); and
20 Lenardo et al., Proc. Natl. Acad. Sci. USA,
85:8825-8829 (1988). NF-κB adopts an oligomeric
structure in solution; based on the size of the
complex, it exists either as a homodimer or
associates with a heterologous subunit of approxi-
25 mately equal molecular weight. Baeuerle, P. et al.,
Cold Spring Harbor Symposium, 53:789-798 (1988);
Lenardo et al., Proc. Natl. Acad. Sci. USA,
85:8825-8829 (1988). NF-κB has the unique property
that nucleoside triphosphates dramatically stimulate
30 its ability to bind DNA in vitro. Lenardo et al.,

ADL 0001841

-17-

Proc. Natl. Acad. Sci. USA, 85:8825-8829 (1988).
NF-κB is further distinguished by the fact that it
can be released as an active binding species from an
inactive cytosolic form that is completed with IκB.
05  Baeuerle, P. and D. Baltimore, Cell, 53:211-217
(1988); Baeuerle, P. and D. Baltimore, Science,
242:540-545 (1988). All of these features are
shared by the NF-κB complex irrespective of the
cell-type from which it is derived.

10      More importantly, no differences in binding
specificity have been detected between the NF-κB
complexes from different cell types. That is, the
NF-κB complex induced in T cells has no preference
for sites from genes activated in T cells rather
15  than those from genes activated in B cells and
vice-versa. Lenardo et al., Proc. Natl. Acad. Sci.
USA, 85:8825-8829 (1988). An identical pattern of
base contacts is characteristic of complexes between
DNA and NF-κB from different cell types, further
20  decreasing the possibility that the NF-κB complex in
different cell types is due to heterogeneous pro-
teins.

        It is clear that NF-κB binding sites are
recognized by other obviously distinct transcription
25  factors. The best examples are the H2-TF1 and KBF-1
proteins, which bind to an NF-κB-like site in the
H2-K$^b$ MHC class I gene (Baldwin, A.S. and P.A.
Sharp, Mol. Cell. Biol., 7:305-313 (1987); and Yano
et al., EMBO J., 6:3317-3324 (1987)). However,
30  these factors are constitutively active nuclear
binding proteins in many different cell types and no

ADL 0001842

-18-

evidence implicates them in inducible gene
expression.  Other examples include the factor EBP-1
which binds to the SV40 κB site but has a different
molecular size than NF-κB and is also not inducible
05  (Clark et al., Genes & Development, 2:991-1002
(1988); HIVEN86A, an 86 kD factor identified in
activated T cell extracts by DNA affinity
chromatography (Franza et al., Nature, 330:391-395
(1987)); and finally, a protein encoded by a cDNA
10  (λh3 or PRDII-BF1) selected from λgt11 expression
libraries (Singh et al., Cell, 52:415-523 (1988)).
Recent evidence has made it unlikely that the λh3
clone encodes NF-κB because several cell types that
have abundant expression of NF-κB lack the
15  transcript for λh3.  Taken together these findings
indicate that there is only one NF-κB that serves
multiple roles in many different cell types.

### NF-κB Acts as an Intracellular Messenger

        A salient feature of the induction of NF-κB is
20  that it takes place in the absence of new protein
synthesis.  Sen, R. and D. Baltimore, Cell, 47:921-
928 (1986).  In fact, the protein synthesis
inhibitor cycloheximide can alone activate NF-κB.
Sen, R. and D. Baltimore, Cell, 47:921-928 (1986).
25  It appears, therefore, that NF-κB induction involves
the conversion of a pre-existing precursor into an
active form.

        Inactive NF-κB is complexed with a labile
inhibitor protein, I-κB.  Cytosolic extracts from
30  uninduced cells can be treated in vitro with

ADL 0001843

-19-

dissociating agents such as formamide and
deoxycholate to unmask very high levels of NF-κB
activity.    Baeuerle, P. and D. Baltimore, Cell,
53:211-217 (1988).   These treatments by and large do
05  not work on nuclear extracts from uninduced cells.
Conversely, NF-κB activated normally in the cell is
detected in nuclear but not cytosolic extracts
implying a nuclear translocation step following
activation in vivo.   The inhibitory activity has
10  been shown to be due to a protein of 68 kD that can
be separated chromatographically from NF-κB.
Baeuerle, P. and D. Baltimore, Science, 242:540-545
(1988).   This protein is able to inhibit the binding
of NF-κB but not other DNA-binding proteins and has
15  therefore been named "I-κB" (Inhibitor-κB).

        Notably, crude preparations of I-κB efficiently
inhibit binding of NF-κB derived from mature B cells
or other cell-types that have been induced.
Baeuerle, P. and D. Baltimore, Science, 242:540-545
20  (1988).   The implicaton is that activation of NF-κB
involves a modification of I-κB and not NF-κB.   This
distinguishes NF-κB activation from a similar
phenomenon involving the glucocorticoid receptor.
In the latter, a direct interaction of
25  glucocorticoid with the receptor is required to
release it from a cytoplasmic complex with the heat
shock protein, hsp90.   Picard, D. and K.R. Yamamoto,
EMBO J., 6:3333-3340 (1987).
        The model which ties together these observa-
30  tions is that NF-κB is initially located in the
cytoplasm in a form unable to bind DNA because it is

ADL 0001844

-20-

complexed with I-κB. Various inducers then cause an
alteration in I-κB allowing NF-κB to be released
from the complex. Free NF-κB then travels to the
nucleus and interacts with its DNA recognition sites
05 to facilitate gene transcription. The complex
formation of NF-κB with I-κB appears to be rapidly
and efficiently reversible in vitro which lends
itself well to the shut-off as well as turn-on of
NF-κB binding. Moreover, this model resolves a
10 major question in signal transduction: NF-κB, like
the glucocorticoid receptor, acts as a messenger to
transmit the gene induction signal from the plasma
membrane to the nucleus.

     The model presented above is not unlike the
15 well known role of cAMP as a second messenger in the
action of many hormones; in the case of cAMP, the
first messenger is the hormone itself. (see, e.g.,
Pastan, Sci. Amer., 227:97-105 (1972)). The
essential features of the cAMP model are that cells
20 contain receptors for hormones in the plasma
membrane. The combination of a hormone with its
specific membrane receptor stimulates the enzyme
adenylate cyclase which is also bound to the plasma
membrane. The concomitant increase in adenylate
25 cyclase activity increases the amount of cAMP inside
the cell which serves to alter the rate of one or
more cellular processes. An important feature of
this second messenger or mediator model is that the
hormone (the first messenger) need not enter the
30 cell.

ADL 0001845

-21-

The participation of NF-κB in gene expression
that is activated in specific cells by specific
influences calls for a level of regulation in
addition to the inducibility of NF-κB binding. How
05 is "cross-talk" between the various paths employing
NF-κB avoided? Factors acting upon other sequences
within a transcriptional control element appear to
govern the response to the NF-κB signal, as
described herein for β-IFN. Studies of β-IFN
10 expression have shown that virus induction works
through three events: two virus-inducible positive
signals, one of which is NF-κB, and the release of a
single negative regulator. The two positive signals
work through distinct DNA sites (PRDI and PRDII),
15 but must act together to facilitate transcription.
Either site alone is not inducible.

The theme of multiple signals that generate
specificity is further supported by studies of the
Ig κ gene and the IL-2 receptor gene. The NF-κB
20 site from the κ light chain enhancer alone on a
short oligonucleotide will stimulate transcription
in B and T lymphocytes as well as in non-lymphoid
cells. Pierce, J. W. et al., Proc. Natl. Acad. Sci.
USA, 85:1482-1486 (1988). Its function depends
25 solely on the presence of NF-κB. By contrast, the
entire κ enhancer is inducible only in B lymphocytes
and is unresponsive to NF-κB in other cell types.
The restricted response to NF-κB by the κ enhancer
has now been attributed to a repressor sequence.
30 The repressor sequence resides in the enhancer some
distance away from the NF-κB binding site and acts

ADL 0001846

-22-

to suppress transcriptional effects of NF-κB in
non-B cell types. The activation of the IL-2
receptor gene specifically in T lymphocytes is
attained by a slightly different means.  Full
05   induction of this gene depends on NF-κB as well as a
positively-acting sequence immediately downstream.
The downstream element has now been found to bind a
T cell specific protein called NF-ILT.  Though
NF-ILT is not itself inducible, its presence only in
10   T cells seems to contribute to T cell specific
induction of the IL-2 receptor gene.

Role of NF-κB in Other Inducible Systems
        Recently, NF-κB has been implicated in several
other inducible systems.  For example, NF-κB is
15   induced in T-cells by a trans-activator (tax) of
HTLV-1 or by PHA/PHA treatment and thereby activates
the IL-2 receptor α gene and possibly the IL-2 gene.
Bohnlein et al., Cell, 53:827-836 (1988); Leung, K.
and G. Nabel, Nature, 333:776-778 (1988); Ruben et
20   al., Science, 241:89-92 (1988); Cross et al.,
Science, (1989); and Lenardo et al., Proc. Natl.
Acad. Sci. USA, 85:8825-8829 (1988).  NF-κB also
appears to take part in gene activation during the
acute phase response of the liver.  Edbrooke et al.,
25   (1989).  Results described here suggest that
inducibility of NF-κB plays a prominent role in
interactions between cytokines.  IL-1 and TNF-α
activate NF-κB binding and both have been shown
known to induce β-IFN.  Osborn et al., Proc. Natl.
30   Acad. Sci. USA, 86:2336-2340 (1989); and DeMaeyer,

ADL 0001847

-23-

E. and J. DeMaeyer-Guignard, "Interferons and Other
Regulatory Cytokines", John Wiley and Sons, New York
(1988). Finally, NF-κB has been shown to play a
role in the transcription of human immunodeficiency
05 virus (HIV). Nabel, G. and D. Baltimore, Nature,
326:711-713 (1987). Significantly, herpes simplex
virus has recently been shown to increase HIV LTR
transcription through NF-κB/core sequences. Gimble
et al., J. Virol., 62:4104-4112 (1988). Thus, NF-κB
10 induction may lead to the propagation of HIV in
cells infected with other viruses.

NF-κB is unique among transcription regulatory
proteins in its role as a major intracellular
transducer of a variety of external influences in
15 many cell types. In the cases studied thus far, it
appears that the actual target of induction is I-κB,
which becomes modified to a form that no longer
binds to NF-κB. Baeuerle, P. and D. Baltimore,
Science, 242:540-545 (1988). The released NF-κB
20 then displays DNA binding activity and translocates
to the nucleus.

Use of Methods and Compositions of the Present
Invention

The methods and compositions of the present
25 invention are based on use of the role of NF-κB as a
second messenger, or mediator, in the expression of
genes in a wide variety of cell types. The
expression of a gene having an NF-κB binding
recognition sequence can be positively or negatively
30 regulated to provide, respectively, for increased or

ADL 0001848

-24-

decreased production of the protein whose expression
is mediated by NF-κB.  Furthermore, genes which do
not, in their wild type form, have NF-κB recognition
sequences can be placed under the control of NF-κB
05 by inserting NF-κB binding site in an appropriate
position, using techniques known to those skilled in
the art.

DNA sequences known to contain NF-κB binding
domains are shown in Table 1.  According to the
10 methods described herein, the expression of genes
under the control of one of these elements is
subject to modulation by alteration of the con-
centration or availability of NF-κB.  This can also
be carried out, according to the present method, for
15 any gene which contains an NF-κB binding site.
Furthermore, genes which do not naturally contain
NF-κB binding sites can be modified, using known
techniques, to subject these genes to NF-κB
modulation.  First, an appropriate expression vector
20 is selected for use in a biological system of
interest, the vector having a gene of interest and
restriction enzyme recognition sequences to
facilitate the insertion of a DNA fragment carrying
the NF-κB binding sites.

25 For example, the sequences of the κ immuno-
globulin enhancer, the SV40 70 base pair repeat, the
HIV long terminal repeat, the MHC class I H2-kb gene
and the interferon β PRDII gene, all possess NF-κB
binding sites (Table I).  By comparing sequences to
30 which NF-κB binds specifically, a consensus sequence
has been determined:

ADL 0001849

-25-

```
         C    C
      GGGRATYPAC.
         T    T
```

DNA sequences which flank the binding site are
05  scanned for convenient restriction enzyme recogni-
tion sequences to facilitate removal of the fragment
from the longer sequence in which occurs and its
subsequent insertion into the expression vector.
If such sequences are present, the transfer of the
10  fragment carrying the binding site, to the
expression vector, is straight forward.  If
convenient sites do not exist, fragment transfer is
facilitated through the introduction of such
restriction enzyme recognition sequences using well
15  known, site-directed mutagenic techniques.  The
construct, prepared as described, can then be
introduced into a biological system of interest.
      The expression of such constructs in a bio-
logical system is subject to modulation by NF-κB.
20  For example, purified NF-κB could be introduced into
the system in an effective amount such that any
inhibitory molecule present in the system would be
titrated out and uninhibited NF-κB could interact
with its binding recognition sequence, thereby
25  increasing the rate of transcription.  This is an
example of positive regulation.
      Similarly, a copy of the NF-κB gene, cloned in
an appropriate expression vector, could be intro-
duced into the biological system, thereby providing
30  for internal expression of the NF-κB molecule,
preferably at relatively high levels.  Again, high

ADL 0001850

-26-

levels of NF-κB would function to titrate out any
inhibitor molecule present, and also to increase the
rate of transcription from a gene possessing a NF-κB
binding site.

05          A level of discrimination among members of a
related family of NF-κB binding sites, by a modified
NF-κB molecule, can also be introduced.  Referring
to Table 1, for example, there are apparent
differences among the various NF-κB binding sites
10   from various genes.  A copy of a cloned NF-κB gene
can be mutagenized to alter the binding domain by
well known techniques, such as site or region
directed mutagenesis.  Alternatively, DNA fragments
encoding a modified NF-κB binding domain can be made
15   synthetically, having appropriate cohesive or blunt
termini to facilitate insertion into the NF-κB gene
to replace the existing sequences encoding the
corresponding portion of the binding domain.  Such
restriction fragments can be synthesized having any
20   desired nucleotide changes.  Mutated proteins
encoded by such genes can be expressed and assayed
for preferential binding to, for example, one of the
10 different DNA binding sites shown in Table 1 or
related members of the family of NF-κB binding
25   sites.  An example of an assay which can be used to
screen large numbers of recombinant clones in order
to identify binding domain mutants is that described
by Singh et al., (Cell, 52:415-423 (1988)).  Once
such a mutant is identified, a DNA expression vector
30   encoding this mutant protein can be introduced into
a cell.  The mutant protein will preferentially bind

ADL 0001851

-27-

to the selected member or members of the family of
DNA binding sites, such as those shown in Table 1,
thereby preferentially enhancing transcription from
only those genes which contain that particular
05  binding site.

ADL 0001852

-28-

TABLE I    Sequences recognized by NF-κB.

| Gene | Sequence |
|---|---|
| Ig κ enhancer - mouse<br>SV40 enhancer<br>HIV-1 (-91)<br>CMV (4)[1],[2] | GGGGACTTTCC |
| HIV-1 (-105)<br>HIV-2<br>CMV (1)[1]<br>β2-microglobulin<br>serum amyloid A - g9 | AGGGACTTTCC |
| Ig κ enhancer - human<br>CMV (3)[1] | GGGGATTTCC |
| Interferon-β – PRDII | GGGAAATTCC |
| CMV(2)[1] | GGGACTTTCC |
| MHC class II - E$_\alpha$$^d$ | GGGACTTCCC |
| IL-2 lymphokine | GGGATTTCAC |
| mouse IL-2Rα | GGGGATTCCT |
| human IL-2Rα | GGGAATCTCC |
| MHC class I - H2-K$^b$<br>HLA - A2, A11, B7<br>B27, B51 | GGGATTCCCC |
| CONSENSUS[3]: | C      C<br>GGGRATYYA C<br>T      T |

---

[1] In this particular element, the sequence has not been tested in a binding assay. All others have been proven by direct binding and usually by inhibition of binding to the Ig κ sequence.

[2] Since there are four putative NF-κB recognition sites in the cytomegalovirus enhancer, these have been numbered 1-4 as they are found from 5' to 3' on the coding strand.

[3] Consensus is based on all sequences though the assignments of the sixth and tenth positions ignore one deviant.

ADL 0001853

-29-

Negative regulation can be effected in an analogous manner. For example, a specific inhibitor molecule which is able to block (reduce or eliminate) NF-κB binding can be added to the
05 biological system in an effective amount. Preferably, this inhibitor is specific for NF-κB and does not interact with other cell constituents. An example of such a molecule is I-κB.

Alternatively, negative regulation can be
10 effected using "decoy" molecules, which are designed to mimic a region of the gene whose expression would normally be induced by NF-κB. In this case, NF-κB would bind the decoy and, thus, not be available to bind its natural target.

15 Furthermore, in the case of an inhibitor molecule which is also a protein, the gene encoding the inhibitor molecule can be identified, isolated, and cloned into an appropriate expression vector using common methodology. When introduced into an
20 appropriate biological system, the inhibitor molecule is synthesized and functions to interact with NF-κB with its binding site and as a consequence reducing the level of transcription of the gene containing the NF-κB binding site.

25 Yet another method for negatively regulating the expression of a gene containing an NF-κB binding domain involves the introduction of an effective amount of a decoy sequence encoding the NF-κB binding domain. The decoy sequence serves as an
30 unproductive binding domain with which the NF-κB molecule binds. As the finite number of NF-κB

ADL 0001854

-30-

molecules bind to the decoy sequences, the number
which bind productively (result in increased trans-
cription) with an intact gene, decreases.

Negative regulation can also be effected by the
05 introduction of "dominantly interfering" molecules
(see e.g., Friedman et al., Nature, 335:452-454
(1988). For example, if the DNA binding domain and
the DNA polymerase activating domain of NF-κB are
spatially distinct in the molecule, a truncated form
10 of the NF-κB molecule can be synthesized, using well
known techniques. A preferred embodiment would be a
truncated molecule retaining the DNA binding domain,
but lacking the RNA polymerase activating domain.
Such a "dominantly interfering" molecule would
15 recognize and bind to the NF-κB binding site,
however, the binding would be non-productive.
Because the activation portion of NF-κB would be
required for enhanced transcription, the truncated
molecule would exert no positive effect.
20 Furthermore, its occupation of the NF-κB binding
site effectively blocks access to any intact NF-κB
molecule which may be present in the cell.

The present invention will now be further
illustrated by the following Exemplification, which
25 is not intended to be limiting in any way.


Exemplification

The following demonstrates that NF-κB has the
role or mediator in cytokine gene regulation (in
this case, positive regulation of β-IFN gene
30 expression). NF-κB has been shown to interact with

ADL 0001855

-31-

a virus-inducible element (PRDII) in the β-1FN gene
and to be highly induced by either virus infection
or treatment of cells with double-standard RNA.

A.  Experimental Procedure

05  Cell Culture and Transfection

Mouse L929 fibroblasts were maintained in MEM
medium (Gibco) with 5% serum (Gibco).  Jurkat (human
T lymphocytes), Namalwa (human Burkitt lymphoma),
S194 (mouse myeloma), and 70Z/3 (mouse pre-B lympho-
10  cyte) cells were grown in RPMI 1640 medium supple-
mented with 10% fetal calf serum (Life Science) and
50 μM β-mercaptoethanol.  Sendai virus (SPAFAS) or
poly(rI:rC) (Pharmacia) inductions were either 6
hours in length for protein extracts (Zinn et al.,
15  Cell, 34:865-879 (1983)) or 12 hours for transfec-
tions.  Phorbol myristate acetate (Sigma) and
phytohemagglutinin (PHA) induction was carried out
as described by Sen, R. and D. Baltimore (Cell,
47:921-928 (1986)).

20  Transient transfections of L929 cells were
performed according to Kuhl et al., Cell, 50:1057-
1069 (1987); and for S194 cells, according to Pierce
et al., Proc. Natl. Acad. Sci. USA, 85:1482-1486
(1988).  A β-galactosidse (β-gal) expression plasmid
25  (Edlund et al., Science, 230:912-916 (1985)) was
co-transfected to monitor the transfection effi-
ciency.  CAT assays were described by Gorman et al.,
Mol. Cell. Biol., 2:1044-1051 (1982), and the amount
of protein assayed was normalized to a constant

ADL 0001856

-32-

amount of $\beta$-gal activity. An et al., Mol. Cell.
Biol., 2:1628-1632 (1982).

Plasmid constructions
        The plasmids p-41$\beta$CAT (-41$\beta$), p-41PII4r
05  (-41$\beta$(P)$_4$), and p-41PII2r (-41$\beta$(P)$_2$) were
constructed as follows: in Fan, C. M. and T.
Maniatis, EMBO J., in press (1989). The nucleotide
sequence of the PRDIIx2 (PRDII$_2$) is
5'-GATCTGTGGGAAATTCCGTGGGAAATTCGGGATC-3'. The
10  construction of $\Delta$56 (c-fosCAT), $\Delta$56(B)$_2$ (J16), and
$\Delta$56(B$^-$) (J32) were described by Pierce et al., Proc.
Natl. Acad. Sci. USA, 85:1482-1486 (1988). The $\kappa$B
oligonucleotides were:  Wild-type:
5'-TCGACAGAGGGGACTTTCCGACGAGGCTCGA-3' and mutant:
15  5'-TCGACAGAATTCACTTTCCAGCGAGGCTCGA-3'. The IRE was
isolated as a BglII-BamHI fragment (Goodbourn et
al., Cell, 45:601-610 (1986)) and cloned into pSP73.
Mutant PRDII sites were described in Goodbourn, S.
and T. Maniatis, Proc. Natl. Acad. Sci. USA,
20  85:1447-1451 (1988).

Preparation of subcellular protein fractions and
mobility shift electrophoresis
        Buffers A, C and D are those described by
Dignam et al., Nucl. Acids Res., 11:1475-1489
25  (1983). Frozen pellets containing from 1 x 10$^6$ to 1
x 10$^7$ cells were thawed in the presence of an equal
volume of buffer A. The suspension was mixed using
10 strokes of a Dounce homogenizer and the nuclei
were pelleted for 20 minutes at 4° in a

ADL 0001857

-33-

microcentrifuge.  The supernatant, termed cytosol,
was ultracentrifuged for 1 hour at 100,000 x g and
adjusted to 20% glycerol, 10 mM HEPES, pH 7.9, 1 mM
EDTA, and 0.1 M KCl.  The nuclei were extracted with
05  2 volumes of the buffer C for 20 minutes and the
nuclear extract was cleared by centrifugation and
dialyzed against buffer D.  To minimize proteolysis,
all buffers included 0.5 mM PMSF, 0.3 $\mu$g/ml
leupeptin, and 0.3 $\mu$g/ml antipain and buffers A and
10  C included 0.3 TIU/ml aprotinin, 0.5 mg/ml
benzamidine, 0.1 $\mu$g/ml chymostatin, and 0.7 $\mu$g/ml
pepstatin.
        Binding assays were carried out as described in
Lenardo et al., Science, 236:1573-1577 (1987) and
15  Lenardo et al., Proc. Natl. Acad. Sci. USA, 85:8825-
8829 (1988).  Assay samples of 20 $\mu$l contained
nuclear extract incubated with 0.25 ng $^{32}$P-labeled
DNA fragment (5,000 CPM), 10 mM Tris:Cl, pH 7.5, 1
mM dithiothreitol, 1 mM EDTA, 0.5 mM $MgCl_2$, 3 mM GTP
20  (omitted in experiments varying amounts of added
GTP), 2 $\mu$g poly(dI-dC), and 5% glycerol for 20
minutes at room temperature.  Cytosol was activated
in vitro using 0.8% sodium deoxycholate followed by
addition of the binding mixture including 0.75%
25  NP-40.  Methylation interference assays were per-
formed using the procedure of Gilman et al., Mol.
Cell. Biol., 6:4305-4316 (1986).

ADL 0001858

-34-

RNA analysis

RNA preparation and Northern blot analysis were carried out as previously described by Zinn et al., Cell, 34, 865-879 (1983).

05  B.  Results

NF-κB binds specifically to PRDII

The protein encoded by the PRDII-BF1 cDNA binds to the PRDII site and to the H2-κ[b] and κB binding sites (Figure 1, Singh et al., Cell, 52:415-423
10  (1988); Fan and Maniatis, unpublished). Thus, the ability of NF-κB to bind to PRDII and to the κB site was compared, using an electrophoretic mobility shift assay. Fried, M. and Crothers, D.M., Nucleic Acid Res., 9:6505-6525 (1981). NF-κB is present in
15  the human T lymphocytic line Jurkat in an inactive form, but its binding is inducible by phorbol myristate acetate (PMA) and phytohemagglutinin (PHA). Sen, R. and D. Baltimore, Cell, 47:921-928 (1986); and Nabel, G. and D. Baltimore, Nature,
20  326:711-713 (1987). The entire interferon gene regulatory element (IRE) or an oligonucleotide comprised of two copies of the PRDII sequences (PRDII$_2$ or (P)$_2$) was used. A complex with PMA/PHA-induced Jurkat nuclear extracts that
25  migrated identically to that formed with the κB site was detected. It was assumed that the additional slower migrating complex observed with the PRDII$_2$ oligonucleotide corresponds to DNA molecules in which both of the PRDII sites are bound to protein.

ADL 0001859

-35-

Specific κB complexes were undetectable in extracts
from unstimulated Jurkat cells.

To determine whether the same protein binds to
PRDII and κB, competition experiments were carried
05 out. Increasing amounts of unlabeled κB
oligonucleotide inhibited complex formation with
either the IRE or the κB site. The ability of PRDII
and κB to compete for NF-κB binding was also
reciprocal; an unlabeled fragment prevented complex
10 formation with either labeled fragment.
Quantitatively, both sites competed equally for
NF-κB. Furthermore, the IRE and the κB sites both
formed an identical complex using cytosol from
unstimulated Jurkat cells after treatment with the
15 detergent deoxycholate. This observation is in
agreement with the finding that NF-κB binding
activity can be unmasked in cytosolic extracts by
deoxycholate. Baeuerle, P. and D. Baltimore, Cell,
53:211-217 (1988).
20     A number of single base mutations in PRDII
decrease the level of virus induction of the β-IFN
gene. Goodbourn, S. and T. Maniatis, Proc. Natl.
Acad. Sci. USA, 85:1447-1451 (1988). Therefore,
these mutations were examined to assess whether they
25 also affect in vitro binding to NF-κB. Four point
mutations that impair inducibility of the β-IFN gene
were shown to reduce binding of NF-κB. (64G→A,
62G→A, 60A→G and 56G→T). A single point mutation
that has no effect on inducibility allows specific
30 NF-κB binding (65T→C). Taken together, these

ADL 0001860

-36-

results strongly suggest the NF-κB plays a direct
role in β-IFN gene regulation.

The in vivo activities of PRDIII and the κB site are
indistinguishable

05        To determine whether the PRDII and κB sites
function similarly in vivo, we compared their
transcriptional activities were compared, using
chloramphenicol acetyltransferase gene (CAT)
reporter plasmids in virus-induced mouse L929
10   fibroblasts and in S194 mouse myeloma cells.  The
structures of the reporter genes are illustrated in
Figure 3B.  The -41 β-globin/CAT gene was not
expressed in L929 cells before or after induction by
inactivated Sendai virus or poly(rI:rC) (Figure 3A,
15   lanes 1-3).  However, the reporter gene linked to
four copies of PRDII (-41β(P)$_4$) was highly inducible
(Figure 3A, lanes 4-6).  Remarkably, two
tandemly-repeated κB sites also conferred virus and
poly(rI:rC) inducibility on a c-fos promoter/CAT
20   fusion gene in L929 cells (Figure 3A, compare lanes
7-9 to 10-12).  Mutations in the κB site that
eliminated binding of NF-κB also abolished virus
inducibility.  Thus, in L929 cells, the same
inducible factor may interact with PRDII and the κB
25   site to stimulate transcription.
        The B-cell specific activities of PRDII and the
κB site were compared by transfecting the reporter
enes into S194 mouse myeloma cells.  As previously
demonstrated, wild-type, but not mutant, κB sites
30   were highly active in mature B-cells which

ADL 0001861

-37-

constitutively express NF-κB (Figure 2A, lanes
13-15; Pierce et al., Proc. Natl. Acad. Sci. USA,
85:1482-1486 (1988)). Significantly, multiple PRDII
elements were also highly active in S194 cells
05  (lanes 16-18). These results further suggest that
the same factor, NF-κB, interacts productively with
PRDII and the κB site.

Virus induction stimulates NF-κB binding in lymphoid
and non-lymphoid cells
10      The ability of PRDII to bind NF-κB suggested
that virus infection might activate NF-κB.
Therefore, nuclear extracts prepared from cells
before and after virus induction were analyzed.
NF-κB binding activity was virus-inducible in
15  Namalwa human mature B lymphocytes, 70Z/3 murine
pre-B lymphocytes, and murine L929 fibroblasts.
Virus induction of NF-κB in Namalwa cells was
unexpected because these cells display significant
constitutive NF-κB binding activity in the nucleus.
20  Thus, only a fraction of the NF-κB in Namalwa cells
is in the active state, and the remaining molecules
can be activated by virus. Virus-induced complexes
in all three cell types appeared to contain NF-κB
because they could be eliminated by competition with
25  wild-type (WT) but not mutant (MUT) κB sites.
Moreover, complex formation could be stimulated by
GTP, a biochemical property of NF-κB. Lenardo et
al., Proc. Natl. Acad. Sci. USA, 85:8825-8829
(1988). The NF-κB complex was also induced by

ADL 0001862

-38-

poly(rI:rC) in 70Z/3 cells, but the effect was less
dramatic.

Additional evidence that the virus-induced
complexes contain NF-κB was provided by comparisons
05  of the methylation interference patterns of the
virus-induced complexes from Namalwa and L929 cells
with the PMA/PHA-induced complex in Jurkat cells.
All of the interference patterns were identical and
exhibited the close base contacts that are
10  distinctive of the interaction between NF-κB and its
cognate binding site in the κ enhancer.  Sen, R. and
D. Baltimore, Cell, 46:705-716 (1986); and Baldwin,
A.S. and P.A. Sharp, Mol. Cell. Biol., 7:305-313
(1988).  Finally, the level of NF-κB revealed by
15  deoxycholate in the cytosol of L929 cells was
diminished after virus induction.  Therefore, like
phorbol ester treatment, virus infection apparently
releases NF-κB from an active cytosolic form and
allows translocation to the nucleus.  Baeuerle, P.
20  and D. Baltimore, Cell, 53:211-217 (1988).

Endogenous β-IFN and Ig kappa gene expression are
activated by virus in pre-B lymphocytes

As shown above, virus infection dramatically
increased the levels of nuclear NF-κB and induced
25  reporter genes containing PRDII or κB sites.
Therefore, the ability of virus to induce the trans-
cription of an endogenous κ gene was also assessed.
The pre-B cell line 70Z/3, which produces
cytoplasmic Ig μ heavy chains, but not light chains,
30  was used for this purpose.  Paige et al., J.

ADL 0001863

-39-

Immunol., 121:641-647 (1978). The κ gene in 70Z/3
cells is functionally rearranged and can be
transcriptionally induced by lipopolysaccharide
(LPS) and phorbol myristate acetate (PMA),
05  conditions which powerfully induce NF-κB. Nelson et
al., Nucl. Acids Res., 12: 1911-1923 (1984); Rosoff
and Cantley, J. Biol. Chem., 259:7056-7060 (1985);
and Sen, R. and D. Baltimore, Cell, 47:921-928
(1986). As expected, treatment of 70Z/3 cells with
10  phorbol esters or, more strikingly, with LPS
resulted in the activation of the endogenous κ gene.
Surprisingly, virus infection also induced κ gene
expression to a level comparable to that observed
with PMA induction. Under the same conditions,
15  endogenous β-IFN mRNA was induced by virus, but not
by PMA or LPS. Thus, NF-κB is necessary and
sufficient for expression of the endogenous κ gene
in 70Z/3 cells, but not for the β-IFN gene. These
results indicate the virus-induced complex has all
20  the in vitro binding properties and in vivo
transcriptional properties of NF-κB.

Equivalents
    Those skilled in the art will recognize or be
able to ascertain, using no more than routine
25  experimentation, many equivalents of the specific
embodiments of the invention described therein.
Such equivalents are intended to be encompassed by
the following claims.

ADL 0001864

-40-

CLAIMS

1.  A method of regulating NF-κB-mediated gene
    expression in a cell, comprising altering NF-κB
    activity in the cell.

05  2.  A method of Claim 1 wherein NF-κB activity is
        reduced.

3.  A method of Claim 1 wherein NF-κB activity is
    enhanced.

4.  A method of regulating transduction in a cell
10      of an extracellular signal by NF-κB, comprising
        altering NF-κB activity in the cell.

5.  A method of Claim 4 wherein NF-κB activity is
    reduced.

6.  A method of Claim 4 wherein NF-κB is enhanced.

15  7.  A method of regulating NF-κB-mediated
        expression of a selected gene in a cell,
        comprising introducing into the cell a
        substance capable of regulating NF-κB activity
        in the cell.

20  8.  A method of positively regulating NF-κB-
        mediated gene expression in a cell, comprising:
        a.  introducing into the cell a gene construct
            comprising a gene of interest, a DNA

ADL 0001865

-41-

       sequence which is the binding site of
        NF-κB and a promoter for the gene; and
   b.   maintaining the cell under conditions
       appropriate for expression of the gene.

05  9.  A method of Claim 8 wherein the binding site is
     represented by the following consensus
     sequence:

                    C   C
             GGGRATYYAC,
10              T   T
     or equivalents thereof.

   10.  A method of Claim 9 wherein the consensus
      sequence is present in the group consisting of:
      the Ig κ enhancer regulatory element, the SV40
15      enhancer regulatory element, the HIV long
      terminal repeat, a regulatory element of the
      MHC Class I H2-K gene, a regulatory element of
      the IL-2 lymphokine gene, a regulatory element
      of the IL-2R gene, and a regulatory element of
20      the interferon β PRDII gene.

   11.  A method of positively regulating the expres-
      sion of a gene in a cell, the gene having a DNA
      sequence which is a binding site of NF-κB, said
      method comprising introducing an effective
25      amount of NF-κB into the cell, under conditions
      appropriate for binding of NF-κB to the binding
      site.

ADL 0001866

-42-

12. A method of positively regulating in a cell the
    expression of a gene comprising a DNA sequence
    which is a binding site of NF-κB, comprising
    introducing into the cell a gene construct
05  encoding NF-κB and maintaining the cell, under
    conditions appropriate for expression of the
    gene.

13. A method of positively regulating the expres-
    sion of a gene in a cell, the gene having a DNA
10  sequence encoding a binding site of NF-κB, said
    method comprising inducing NF-κB activity by
    administering an NF-κB inducing substance.

14. A method of Claim 13 wherein the NF-κB inducing
    substance is selected from the group consisting
15  of lipopolysaccharide, cyclohexamide, phorbol
    esters, virus, and tumor necrosis factor α
    phorbol myristate!

15. A method of negatively regulating the expres-
    sion of a gene in a cell, the gene having a
20  binding site of NF-κB, said method comprising
    introducing an inhibitor of NF-κB into the
    cell, under conditions appropriate for binding
    of the inhibitor to NF-κB.

ADL 0001867

-43-

16. A method of Claim 15 wherein the inhibitor of
NF-κB is I-κB.

17. A method of negatively regulating the expres-
sion of a gene in a cell, the gene having a
05      binding site of NF-κB, said method comprising
introducing a gene construct encoding I-κB
cell, under conditions appropriate for I-κB
production and binding of I-κB to NF-κB.

18. A method of negatively regulating the expres-
10      sion of a gene in a cell, the gene having a
binding site of NF-κB, said method comprising
introducing into the cell a DNA sequence which
is the binding site of NF-κB, under conditions
appropriate for binding of the DNA sequence and
15      NF-κB.

19. A method of Claim 18 wherein the binding site
is represented by the following consensus
sequence of:

                    C  C
20              GGGRATYYAC,
                    T  T
or equivalents thereof.

20. A method of Claim 18 wherein the consensus
sequence is present in the group consisting of:
25      the Ig/κ enhancer regulatory element, the SV40
enhancer regulatory element, the HIV long
terminal repeat, a regulatory element of the

ADL 0001868

-44-

MHC class I H2-K gene, a regulatory element of
the IL-2 lymphokine gene, a regulatory element
of the IL-2R gene, and a regulatory element of
the interferon β PRDII gene.

05  21.  A method of modifying the expression of at
least one gene in a cell, the gene having an
NF-κB binding site, said method comprising
introducing into the cell a gene construct
comprising DNA encoding a modified NF-κB
10       molecule which binds selectively to the NF-κB
binding site of said selected gene or genes,
under conditions appropriate for expression of
the encoded modified NF-κB and binding of the
modified NF-κB to the NF-κB binding site of
15       said gene or genes.

22.  A method of negatively regulating the
expression of a gene in a cell, the gene having
a DNA sequence encoding a binding site of
NF-κB, said method comprising introducing into
20       the cell a gene construct, the construct
comprising DNA encoding a modified NF-κB
molecule which comprises a DNA binding domain
and lacks a RNA polymerase activating domain.

23.  A composition comprising an NF-κB inhibitor.

ADL 0001869

-45-

24. A composition of Claim 22 wherein the inhibitor
    is a peptide capable of binding NF-κB.

25. A modified NF-κB molecule having altered
    specificity for at least one selected gene
05  having an NF-κB binding site.

26. A modified NF-κB molecule comprising a DNA
    binding domain and lacking a RNA polymerase
    activating domain.

ADL 0001870

WHI89-02

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Declaration for Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

NF-kB-MEDIATED TRANSCRIPTIONAL REGULATION

the specification of which (check one)

[X]    is attached hereto.

[ ]    was filed on _____ as
       Application Serial No._____ (if applicable).
       and was amended on _____

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)

|  |  |  | Priority Claimed |
|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year filed) | [ ] Yes  [ ] No |
| (Number) | (Country) | (Day/Month/Year filed) | [ ] Yes  [ ] No |
| (Number) | (Country) | (Day/Month/Year filed) | [ ] Yes  [ ] No |

ADL 0001871

（ブランク）

-2-

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| 06/817,441 | January 9, 1986 | Pending |
|---|---|---|
| (Application Serial No.) | (Filing date) | (Status, patented, pending, abandoned) |
| 07/155,207 | February 12, 1988 | Pending |
| (Application Serial No.) | (Filing date) | (Status, patented, pending, abandoned) |
| 07/280,173 | December 5, 1988 | Pending |
| (Application Serial No.) | (Filing date) | (Status, patented, pending, abandoned) |

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

I also hereby grant additional Powers of Attorney to the following attorney(s) and/or agent(s) to file and prosecute an international application under the Patent Cooperation Treaty based upon the above-identified application, including a power to meet all designated office requirements for designated states.

| David E. Brook | Registration No. 22,592 |
|---|---|
| James M. Smith | Registration No. 28,043 |
| Leo R. Reynolds | Registration No. 20,884 |
| Giulio A. DeConti, Jr. | Registration No. 31,503 |
| Richard A. Wise | Registration No. 18,041 |
| Patricia Granahan | Registration No. 32,227 |
| Mary Lou Wakimura | Registration No. 31,804 |
| Thomas O. Hoover | Registration No. 32,470 |
| Paula A. Campbell | Registration No. 32,503 |

all of Hamilton, Brook, Smith and Reynolds, Two Militia Drive, Lexington, Massachusetts 02173;

and

_____

_____

Send correspondence to: Patricia Granahan, Esq.
HAMILTON, BROOK, SMITH & REYNOLDS
Two Militia Drive, Lexington, MA 02173

Direct telephone calls to: Patricia Granahan, Esq.

(617) 861-6240

ADL 0001872

-3-

   I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole
  or first inventor  Michael J. Lenardo
Inventor's
  Signature_____ Date_____
Residence_____ 140 Chestnut Street_____
                    Cambridge, Massachusetts 02139_____
Citizenship_____ U.S.A._____
Post Office Address  Same as above_____

Full name of second joint
  inventor, if any___ Chen-Minq Fan_____
Second Inventor's
  Signature_____ Date_____
Residence_____ 30 Warren Avenue, Apt. 2A_____
                    Somerville, Massachusetts 02143_____
Citizenship_____ Taiwan_____
Post Office Address  Same as above_____

Full name of third joint
  inventor, if any___ Tom Maniatis_____
Third Inventor's
  Signature_____ Date_____
Residence_____ 456 Belmont Street, Apt. 17_____
                    Watertown, Massachusetts 02172_____
Citizenship_____ U.S.A._____
Post Office Address  Same as above_____

Full name of fourth joint
  inventor, if any___ David Baltimore_____
Fourth Inventor's
  Signature_____ Date_____
Residence_____ 26 Reservoir Street_____
                    Cambridge, Massachusetts 02138_____
Citizenship_____ U.S.A._____
Post Office Address  Same as above_____

ADL 0001873

Print of Drawing
As Original Filed



Figure 1

ADL 0001874

Print of Drawing
As Original Filed

0 341 186





Figure 2

ADL 0001875

Print Of Drawing
As Original Filed

ற 341136



Figure 3

ADL 0001876

Print of Drawing
As Original Filed



Figure 4

ADL 0001877