# EXHIBIT X

Docket No. 74753/JPW/GJG/PJS

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

A Merged Proceeding of *Ex Parte* Reexamination Control Nos:

| 90/007,503 | and | 90/007,828 |
|---|---|---|
| Filed April 4, 2005 | | Filed December 2, 2005 |

**Merged Pursuant to May 4, 2006 Merger Decision
Group Art Unit: 3991  Examiner: B.M. Celsa**

Patentees:    David Baltimore, Ranjan Sen, Phillip A. Sharp, Harinder Singh, Louis Staudt, Jonathan H. Lebowitz, Albert S. Baldwin Jr., Roger G. Clerc, Lynn M. Corcoran, Patrick A. Baeuerle, Michael J. Lenardo, Chen-Ming Fan, and Thomas P. Maniatis

Patent No.:    6,410,516 B1          Serial No: 08/464,364

Issue Date:    June 25, 2002          Filed:    June 5, 1995

For      :    NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL REGULATION

1185 Avenue of the Americas
New York, New York 10036

Mail Stop *Ex Parte* Reexamination
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## SECOND DECLARATION OF DR. INDER VERMA

I, Dr. Inder Verma, declare as follows:

1.    I am the American Cancer Society Professor of Molecular Biology at The Salk Institute, Laboratory of Genetics, La Jolla, California. A copy of my *curriculum vitae* and a list of my publications are attached hereto as **Exhibit A**.

A Merged Proceeding of *Ex Parte*
Reexamination Control Nos:
90/007,503, Filed April 4, 2005 and
90/007,828, Filed December 2, 2005
**Exhibit B** to October 22, 2007
Response

ARI 84698

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 2 of 113  of Second Declaration of Dr. Inder Verma*

2.     I have been retained by the patent owners' and licensee's counsel as a technical expert in this reexamination. I am being compensated at $600.00 per hour (or a maximum of $5,000 for a day). I was previous retained by the licensee's litigation counsel for purposes of the litigation in the District of Massachusetts, but I did not offer testimony in that litigation. I am not otherwise affiliated with the Patent Owners or the licensee.

3.     I have previously presented my opinion in these proceedings in a Declaration dated November 9, 2006.

## I.     Scope of Opinion

4.     I have been provided with, and asked to review, U.S. Patent No. 6,410,516, the claims as issued, the Final Office Action dated July 6, 2007, and the various references cited within that Office Action. I have been asked to provide an analysis of the scientific evidence relied on by the Examiner to reject certain claims of the '516 patent as expressly or inherently anticipated by these references. In particular, I have been asked to provide an analysis as to whether one of skill in the art would have understood these references to describe or disclose the elements of the '516 claims being rejected on the basis of these references. Where the rejection of certain claims has been made on grounds of inherency, I have also been asked to analyze whether there is any basis in fact and/or technical reasoning to support a determination that elements present in these claims would necessarily result from the teachings of the cited art. For the purpose of this declaration I have understood, that one skilled in this art in 1989 or 1991 would have at least a doctoral degree, e.g. a Ph.D. degree, in molecular biology or a related discipline, have at least 3 years of post-doctoral training, have knowledge in cell biology, biochemistry and genetics, and be well trained in laboratory methodologies.

ARI 84699

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 3 of 113  of Second Declaration of Dr. Inder Verma*

5.    The opinions set forth in this declaration are based on my professional knowledge and expertise, as indicated in my curriculum vitae, my review of the '516 patent and applications incorporated by reference therein, Orders Granting Requests for Reexamination 90/007,503 and Reexamination 90/007,828, and the Final Office Action dated July 6, 2007, including the documents cited in the Office Action, as well as additional documents cited in this declaration. For the purposes of this declaration I have been advised and understand that certain claims have been canceled, certain other claims have been confirmed patentable and the claims which will be pending and therefore under review are claims 6, 8-9, 14, 18, 64-80, 82, 84, 87-98, 139-148, 177-186.

## II. Interpretation of the Claims

6.    My interpretation of the claims is based on my understanding of how one of skill in the art would have understood the terms appearing in the claims in the context of the claims as a whole, in view of the description of the invention set forth in the patent.

7.    All of the claims under review require the act of reducing induced NF-κB activity. For example, claim 6 recites "diminishing induced NF-κB-mediated intracellular signaling," claim 8 recites "modifying effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling," claim 9 recites "reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling," claim 14 recites "a method for reducing bacterial lipopolysaccharide-induced expression of cytokines in mammalian cells, which method comprises reducing  NF-κB activity in the cells so as to reduce bacterial lipopolysaccharide-induced expression of said cytokines," and claim 18 recites reducing "intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α." As such, all claims now under review

ARI 84700

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 4 of 113  of Second Declaration of Dr. Inder Verma*

require that NF-κB activity be induced prior to the act of administering a compound that could

reduce such induced NF-κB activity. Consequently, preventing or inhibiting activation of NF-

κB does not fall within the scope of the claims now under review.

8.    With respect to claim 8, I note that claim 8 recites a method for "modifying effects"

of external influences such that the "effects" are "modified." The "effects" to which claim 8

refers are "NF-κB-mediated" and are therefore present only when NF-κB activity is present, i.e.

induced NF-κB activity.  We know that NF-κB is inactive if not induced by an inducing

influence. Thus, in claim 8, the "effects" are present and there is induced NF-κB activity. Claim

8 would be meaningless if it was not understood that the "effects" are present because claim 8

required "modifying" the effects and requires the result to be "modified" effects. The "effects"

and therefore NF-κB activity must be understood to be present in claim 8 because the terms

"modifying" and "modified" cannot be referring to an effect that is not present.

9.    Of the claims now under review, claims 71, 84, 95, 145, and 183 further require

practicing the method on "human cells". I understand that a human cell is a cell that has not

been transformed to contain bacterially or virally derived genetic elements. I also understand

that a human cell infected with a virus by natural processes is still a human cell. Thus, reduction

of NF-κB activity in cells which started as human cells but were transformed to contain

bacterially or virally derived genetic elements does not fall into the scope of these claims.

10.    Of the claims now under review, claims 64-69, 75-80, 88-93, 139-144, and 177-182

further require reducing induced NF-κB activity by interfering at a specific segment of the NF-

κB pathway. As I explained in my November 6, 2006 Declaration, reduction of NF-κB activity

can occur at multiple specific discrete segments in the NF-κB signaling pathway. Specifically,

ARI 84701

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 5 of 113  of Second Declaration of Dr. Inder Verma*

NF-κB activity can be reduced "by decreasing the level of NF-κB not bound in an NF-κB:IκB

complex" as recited in claims 64, 75, 88, 139, 177. NF-κB activity can also be reduced "by

inhibiting the passage of NF-κB into the nucleus of cells" as recited in claims 65, 76, 89, 139 and

178; as well as by "reducing the binding of NF-κB to NF-κB recognition sites on genes which

are transcriptionally regulated by NF-κB" as recited by claims 69, 89, 93, 144, 182; as well as

"by inhibiting the modification of an IκB protein, which modification otherwise reduces IκB

binding to NF-κB" as recited in claims 66, 77, 90, 144 and 179; as well as "by inhibiting

degradation of an IκB protein" as recited by claims 67, 78, 91, 142 and 180; and as "by

inhibiting the dissociation of NF-κB:IκB complexes" as recited by claims 68, 79, 92, 143 and

181. Thus, while all claims now under review require reducing induced NF-κB activity, certain

further claims require doing so by interfering at a specific discrete segment of the NF-κB

signaling pathway.

**III.    Cyclosporin A (CsA)**

    **A.    Express Anticipation Rejection Based on Schmidt 1990**

11.    I have read the Examiner's comments in the July 6, 2007 Final Office Action pertaining

to the article by Schmidt et al. Journal of Virology (1990) 64(8):4037-4041 and I respectfully

disagree on numerous points as summarized in the table below.

| Examiner Statement (Rejection Summary-page(s) 35-36 of July 6, 2007 Final Office Action) | |
|---|---|
| Schmidt teaches administration of Cyclosporin A (CsA) to cells which substantially reduced NF-κB activity in those cells | Schmidt et al. do not teach the administration of CsA to cells which reduced induced NF-κB activity. Since the CsA was always administered to cells at the same time as the agents that are purported to induce NF-κB activity, there was no induced NF-κB activity to be |

ARI 84702

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 6 of 113 of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| | reduced. The CsA could, therefore, have only prevented or inhibited the activation of NF-κB by the simultaneously administered agents. |
| thus inhibiting expression of genes whose transcription is regulated by NF-κB activity. | Schmidt et al. provide no evidence that in their experiments a reduction in NF-κB activity was responsible for inhibiting the expression of any gene. Schmidt et al.'s experiments showing prevention of activation of NF-κB activity (represented in Figure 1) are different from the experiments purporting to show inhibition of gene expression (represented in Figure 4). It is, therefore, incorrect for the Examiner to state that Schmidt et al. taught reduced NF-κB activity "thus" inhibited expression of genes. |
| | Moreover, Schmidt et al. do not disclose reducing the level of expression of "genes whose transcription is regulated by NF-κB activity." Schmidt et al.'s only experiment involving gene expression was conducted using a bacterial CAT gene (represented in Figure 4). A bacterial CAT gene is not regulated by NF-κB. |
| In addition, these references all utilize the HIV LTR promoter in their experiments | It is unclear to me what "references" the Examiner is referring to. However, Schmidt et al. do not use the HIV LTR promoter. Schmidt et al. use the κB enhancer from the HIV LTR, which is not the HIV LTR promoter (page 4037, bottom of first column). |
| and demonstrated that CsA reduced the expression of viral genes. | Schmidt et al. do not disclose use of any viral gene, much less demonstrate that CsA reduced the expression of viral genes. Schmidt et al.'s only experiment involving genes was conducted using a bacterial CAT gene under control of a viral κB enhancer (see legend Figure 4). A viral κB enhancer is not a viral gene. |
| The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1 or 2) or mammalian cells (e.g. claim 11) to | Claims 1-5 and 11 are no longer under review. The claims under review recite what they recite. |

ARI 84703

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 7 of 113 of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| effect inhibited expression of a gene under transcriptional control of NF-κB.<br><br>For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit associated gene (viral gene such as HIV: (claims 1-4) expression of a cytokine protein (claim 5) in a eukaryotic cell. | Claim 6 and claims dependent thereon are correctly characterized to require diminishing induced NF-κB mediated intracellular signaling. |
| The Schmidt reference discloses that administration of Cyclosporin A (CsA) reduces NF-κB in cells (e.g. Jurkat cells)<br><br><br><br><br>and therefore must inherently reduce NF-κB-regulated gene expression. | The CsA was <u>always</u> administered to cells <u>at the same time</u> as the agents that are purported to induce NF-κB activity, thus there was no induced NF-κB activity to be reduced. The CsA could, therefore, have only inhibited the activation of NF-κB by the simultaneously administered agents.<br><br>Schmidt et al. provide no evidence showing that in Schmidt et al.'s experiments a reduction in NF-κB activity was responsible for inhibiting the expression of any gene. Schmidt et al.'s experiments showing prevention of activation of NF-κB (represented in Figure 1) are different from the experiments purporting to show inhibition of gene expression (represented in Figure 4). It is, therefore, incorrect for the Examiner to state that Schmidt et al. taught that administration of CsA "therefore must" reduce NF-κB-regulated gene expression.<br><br>Moreover, Schmidt et al. do not disclose reducing the level of expression of "NF-κB-regulated gene expression." Schmidt et al.'s only experiment involving gene expression was conducted using a bacterial CAT gene (represented in Figure 4). A bacterial CAT gene is not regulated by NF-κB. |
| In particular, Schmidt utilized the Electrophoretic Mobility Shift Assay (EMSA) disclosed in the '516 patent to measure NF-κB activity to determine that "PHA-mediated induction of complexes | The full passage of Schmidt et al. being cited is "While PHA-mediated induction of complexes binding to the κB enhancer was completely abrogated by CsA (Fig. 1, lane 6; no B or A shifts), the PMA-induced shift |

ARI 84704

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 8 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| binding to the kB enhancer was completely abrogated by [1ug/ml] CsA (Fig. 1, lane 6; no B or A shifts)...". See Schmidt at 4038. These results were confirmed using an NF-κB CAT reporter assay as described in the '516 patent, for example at Col. 17, line 66-Col. 18, line 23 | <u>was not at all affected</u> (Fig. 1, lane 8). These data were confirmed with multiple different independent extracts. We conclude that very similar or identical κB complexes were activated via different pathways during stimulation with PHA versus PMA and that these pathways were distinguishable by their sensitivities to CsA." (page 4038).   This clearly shows that Schmidt et al. was acutely aware that at least two pathways are involved in Schmidt et al.'s experiments and one was "not at all affected" by CsA. |
| Thus, Schmidt showed that Cyclosporin A reduced PHA-induced NF-κB activity | Nowhere did Schmidt et al. show a <u>reduction</u> in PHA-induced NF-κB activity. Schmidt et al. show CsA prevents PHA-mediated activation of the CAT construct under control of the κB enhancer sequence of the HIV LTR (Figure 4, page 4039). |
| and, therefore, reduced the expression of a gene (CAT) that was regulated by NF-κB. | Schmidt et al. provide no evidence that the CAT construct was regulated by NF-κB. Schmidt only shows that "CsA inhibited the PHA-derived activation signal but not the PMA signal." (page 4039, first column). |
| Accordingly, Schmidt described the use of Cyclosporin A at concentrations that reduce NF-κB activity<br><br>and reduce NF-κB regulated gene expression. | Schmidt et al. do not show <u>reduction of induced</u> NF-κB activity in cells since NF-κB was not induced prior to CsA exposure in any experiment of Schmidt et al. |
| As such, and as shown in more detail in Exhibit G-1 of the 90/007,503 Request (herein incorporated by reference), the Schmidt references expressly anticipates at least claims 1-2, 5-9, 20-21, 25-29, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89 and 93-97 of the '516 patent. | Schmidt et al. do not anticipate claims 6, 8 and 9, and claims dependent thereon because Schmidt et al. did not show reduction of induced NF-κB activity by any agent. Exhibit G-1 on page 13 confirms that "PHA-mediated <u>induction</u> of complexes binding to the κB enhancer was completely abrogated by CsA" and that "CsA inhibited the PHA-derived <u>activation</u>." There is no evidence that CsA can reduce induced NF-κB activity. |
| Since Schmidt used the HIV LTR gene, Schmidt demonstrated that CsA reduced viral gene expression thereby anticipated | Schmidt et al. used the κB enhancer from HIV, not the HIV LTR.  However, I |

ARI 84705

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 9 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| instant claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201. | understand that claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201 are no longer under review. |
| Additionally, use of the HIV LTR gene by Schmidt renders instant claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201 immediately envisaged, or alternatively, prima facie obvious in light of the fact that HIV LTR is responsible for regulating the expression of viral (HIV) genes. Therefore, it would have anticipated, or alternatively prima facie obvious, to regulate NF-κB activity as in Schmidt in order to affect associated viral (e.g. HIV) gene expression. | Schmidt et al. use only the κB enhancer from HIV, not the complete HIV LTR (page 4039, first column, also Figure 4). Neither the κB enhancer nor the HIV LTR constitute a gene. |

| | |
|---|---|
| **Examiner    Statement    (Examiner Response- page(s) 36 of July 6, 2007 Final Office Action)** | |
| Further, Schmidt teaches the addition of CsA during, as well as subsequent to, cell induced activation to reduce NF-κB activity.    See Schmidt: "...addition of CsA during cellular activation phase completed abolished this binding" (page 4038 left column, last ¶) and "Direct addition of CsA to a prepared nuclear extract from activated cells had no effect on the factor binding..." (page 4038, right ¶, lines 1-8) (page 36) | The passage referred to has not been completely quoted in the July 6, 2007 Final Office Action. Schmidt et al. fully stated: "Direct addition of CsA to prepared nuclear extract from activated cells had no effect on the factor binding (data not shown), <u>which suggests that inhibition occurs during the activation of NFAT-1 or the κB complex</u>." (emphasis added, page 4038, second column) The full reading of the sentence rather than the partial fragment recited in the July 6, 2007 Final Office Action clearly states that 1) the effect of CsA occurs "during the activation" 2) the effect is on NFAT-1 or the κB complex, i.e. not on NF-κB, and 3) that addition of CsA to extract from cells that had previously been activated has <u>no effect on factor binding</u> meaning that transcription factors still bound after the addition of CsA. |

| | |
|---|---|
| **Examiner    Statement    (Examiner Response- page(s) 40 of July 6, 2007 Final Office Action)** | |
| Accordingly, Schmidt teaches (from two | Schmidt et al. do not describe any assay |

ARI 84706

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 10 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| different assays utilizing the HIV promoter) | using the HIV promoter. |
| CsA inhibition of PHA and (PHA and PMA) NF-κB activated Jurkat cell binding and there is no evidence to rebut this teaching. | It is unclear to me to what "Jurkat cell binding" refers.  Schmidt et al. do not provide any explanation regarding what NF-κB activated Jurkat cell binding" may entail. |

| **Examiner Statement (Examiner Response- page(s) 40 of July 6, 2007 Final Office Action)** | |
|---|---|
| Thus the Schmidt reference teaches the ability of CsA to inhibit NF-κB activity in cells activated by PHA/PMA | Schmidt et al. do not teach the ability of CsA to inhibit NF-κB activity in cells activated by PHA/PMA since CsA was added at the same time as PHA/PMA, therefore in Schmidt et al., activation of NF-κB did not occur and there was no NF-κB activity to be reduced. |
| and thus enables the use of CsA to reduce intracellular NF-κB activity and inhibit NF-κB-mediated gene expression. (page 40) | Schmidt et al. provide no experimental evidence showing that NF-κB-mediated gene expression was reduced as a result of CsA reduced intracellular NF-κB activity. First, Schmidt et al.'s experiments showing prevention of activation of intracellular NF-κB (Figure 4) do not demonstrate a reduction in NF-κB activity because CsA was added at the same time as PHA/PMA, i.e. activation of NF-κB did not occur and therefore there was no NF-κB activity to be reduced.

Further, Schmidt et al. do not use a gene whose expression is mediated by NF-κB since Schmidt et al. used a bacterial CAT gene.  It is, therefore, incorrect for the Examiner to state that Schmidt et al. taught use of CsA "thus" inhibited intracellular NF-κB activity and NF-κB-mediated gene expression. |

| **Examiner Statement (Examiner Response- page(s) 41 of July 6, 2007** | |
|---|---|

ARI 84707

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 11 of 113  of Second Declaration of Dr. Inder Verma*

| **Final Office Action)** | |
|---|---|
| Additionally it is <u>art-recognized</u> that CsA <u>does</u> affect NF-κB activity consistent with the Schmidt and Emmel teaching. The following three articles *rebut* patentee's assertion regarding NF-κB's lack of a role involving CsA. | Meyer et al. clearly teach, e.g. in the title of the reference, that "Cyclosporine A is an uncompetitive inhibitor of proteosome activity and <u>**inhibits NF-κB activation**</u>" (emphasis added) which does not mean that CsA reduces induced NF-κB activity. Inhibiting NF-κB activation <u>is</u> a method different from inhibiting induced NF-κB activity where NF-κB would have to be activated. |
| | Frantz et al. do not disclose any evidence wherein CsA was used. In fact, there is no mention of CsA in the Material and Method section indicating that this reagent was not used in Frantz et al. |
| | Roman-Blas et al. cite Meyer et al. and Frantz et al. to support the statement "Cyclosporin A inhibits the protease activity of the 20S proteasome complex preventing I-κBα degradation in murine macrophages, Jurkat lymphoma cells, and mouse and human T-lymphocytes" (page 843, first column). Thus Roman-Blas et al. do not disclose any experiment demonstrating CsA reduced induced NF-κB activity. |

12.    First, CsA cannot reduce <u>induced</u> NF-κB activity as required by the claims under review.
All of the CsA references cited in the July 6, 2007 Final Office Action only show that CsA might prevent or inhibit activation of NF-κB. The cited references actually confirm that CsA cannot reduce induced NF-κB activity. As stated in Schmidt et al., "direct addition of CsA to a prepared nuclear extract from activated cells had no effect on the factor binding, including binding of κB-binding factors (data not shown), <u>which suggests that inhibition occurs during the activation phase of NFAT-1 or the κB complex</u>" (emphasis added, page 4038, second column, second

ARI 84708

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 12 of 113   of Second Declaration of Dr. Inder Verma*

paragraph). Further, Kronke et al., which is of record, teach "when added 4 hr after induction, CsA did not alter TCGF mRNA levels" (emphasis added, page 5216, 2nd column, second paragraph). Induction of TCGF, also known as interleukin-2 (IL-2), is thought to be regulated by NF-κB. Finally, Reed et al., also of record, disclose "previous studies by us and by others have demonstrated that CsA (1 to 5ug/ml) does not interfere directly with IL 2 receptor function in that CsA fails to suppress IL 2-induced proliferation in long-term cultures of activated T cells" (emphasis added, page 153, 2nd column, first paragraph). Consequently, these results confirm that while CsA may possibly prevent induction of NF-κB activity, CsA cannot reduce induced NF-κB activity. Since, claims 6, 8 and 9, and claims dependent thereon, all require induced NF-κB activity, Schmidt et al. do not anticipate these claims. In fact, use of CsA cannot reduce induced NF-κB activity.

13.    Claim 6 and the claims dependent thereon recite a "method for diminishing induced NF-κB-mediated intracellular signaling" (emphasis added). I understand the Examiner has argued that Schmidt et al. teach administration of CsA to reduce NF-κB activity. I find no such teaching in Schmidt et al. Schmidt et al. only administer CsA to cells at the same time as the inducers PMA and PHA as described, e.g. in the Figure 1 legend on page 4038, to inhibit activation of NF-κB. Inhibiting activation is a method different from diminishing induced NFκB activity. As I have described in paragraph 12 above, Schmidt et al. and others have shown that CsA cannot diminish induced NF-κB activity. Further, Exhibit G-1 relied on in the July 6, 2007 Final Office Action clearly states that "PHA-mediated induction of complexes binding to the κB enhancer was completely abrogated by CsA" and "CsA inhibited the PHA-derived activation signal" thus reaffirming that CsA prevents activation of NF-κB but does not diminish induced NF-κB-mediated intracellular signaling as recited in claim 6.

ARI 84709

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 13 of 113  of Second Declaration of Dr. Inder Verma*

14.    Claim 8 and claims dependent thereon recite a "method for modifying the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling." Schmidt et al. do not demonstrate that the administration of CsA modifies the effects of external influences which induce NF-κB-mediated intracellular signaling. Schmidt et al. present data demonstrating that CsA can prevent stimulation of a cell by PHA to express a reporter gene construct comprised of a virally-derived enhancer sequence and a bacterially-derived chloramphenicol (CAT) resistance gene in a modified cell as depicted in Figure 4. Preventing stimulation is a method different from modifying effects of external influences that induce NF-κB activity. As I have discussed in paragraph 12 above, Schmidt et al. and others have shown that CsA cannot modify the effects of external influences that induce NF-κB-mediated intracellular signaling.  Further, Exhibit G-1 relied on in the July 6, 2007 Final Office Action clearly states that "PHA-mediated induction of complexes binding to the κB enhancer was completely abrogated by CsA" and "CsA inhibited the PHA-derived activation signal" (emphasis added) thus reaffirming that CsA prevents activation of NF-κB but does not modify effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling as recited by claim 8.

15.    Claim 9 and claims dependent thereon recite a method for "reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling."  Schmidt et al. do not provide any experiment demonstrating a CsA-mediated reduction in the level of expression of any gene which is activated by extracellular influences which induce NF-κB-mediated intracellular signaling. Again, Schmidt et al.'s experiments involving the expression of the CAT reporter do not meet the requirements set forth in this claim.

ARI 84710

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 14 of 113  of Second Declaration of Dr. Inder Verma*

16.    Furthermore, CAT is not a gene endogenously regulated by NF-κB. CAT is a bacterial gene.    Schmidt et al.'s experiment does not demonstrate that CsA reduced the level of expression of an activated gene because CsA was administered concurrently with PMA/PHA (Figure 4). Preventing activation is a method different from reducing the level of expression of genes which are activated. As I have discussed in paragraph 12 above, Schmidt et al. and others have shown that CsA cannot reduce the level of expression of genes activated by influences which induce NF-κB. Therefore, Schmidt et al. do not teach the reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling.

17.    Claims 64-69 further limit claim 6, 75-80 further limit claim 8, and 88-93 further limit claim 9 by reciting reducing induced NF-κB activity by interfering at a specific segment of the NF-κB pathway. Schmidt et al. state that "CsA appears to inhibit step(s) in cellular <u>activation</u> which follows PHA or antigen receptor stimulation but does not inhibit the PMA signal" (emphasis added, page 4040, first column, second full paragraph). Nothing further about how CsA may impact NF-κB activity is described by Schmidt et al. I note that Exhibit G-1, relied on in the July 6, 2007 Final Office Action, has the following identical statement next to each of claims 64-69, 75-80 and 88-93: "Schmidt examined "nuclear extract," in an EMSA assay, p. 4037, and determined that "PHA-mediated induction of complexes binding to the κB enhancer was completely abrogated by CsA (Fig. 1, lane 6; no B or A shifts)..." p.4038." Initially, this statement confirms that CsA "abrogated" the "induction" of complexes binding to the κB enhancer, which is a method different from reducing induced NF-κB activity which each of claims 64-67, 75-80 and 88-93 require. I also note that according to Schmidt et al., CsA treatment of "nuclear extracts" obtained from "activated cells" "had no effect on the nuclear

ARI 84711

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 15 of 113  of Second Declaration of Dr. Inder Verma*

factor binding, including binding of κB-binding factors (data not shown), which suggests that inhibition occurs during the activation phase of NFAT-1 or the κB complex" (page 4038, second column).  Furthermore, the statement in Exhibit G-1 relied on in the July 6, 2007 Final Office Action does not explain by which mechanism CsA operates, but rather describes only the observed result.  Claims 64-69, 75-80 and 88-93, however, specifically require reduction of induced NF-κB activity <u>by</u> a specific mechanism which is not described in Schmidt et al.

18.    I have reviewed the Schmidt et al. reference carefully and determined that the description of the experiments and methods presented does not enable one of skill in the art to reproduce Schmidt et al.'s work.  The issue of experimental reproducibility is not a trivial one.  In fact, a peer-reviewed journal entitled "Nature Protocols" has been introduced to address the issue of experimental reproducibility in scientific publications.  As stated in a press release announcing the establishment of this journal, "the tips and shortcuts that researchers devise to improve a protocol rarely appear in print."  See **Exhibit 1** hereto.  Therefore, the lack of necessary protocol details in published reports is a serious problem that has warranted a high-profile journal to address it.

19.    With respect to Schmidt et al., I would like to point out that the Schmidt et al. reference is a "Note" published in the Journal of Virology.  Examination of the requirements for publication of a "Note" in this journal, a copy of which is attached as **Exhibit 2** hereto, show that "the Note format is intended for the presentation of brief observations that do not warrant full-length papers" and that "**Materials and methods should be described in the text, not in figure legends or table footnotes**" (page 11 of Journal of Virology, 2007 Instructions to Authors, bolding theirs, copy attached as **Exhibit 2**).  Schmidt et al. do not fully articulate either in the text or in the figure legends, the methods used to prepare the reagents used in the study

ARI 84712

presented, most notably, the method used to prepare the nuclear extracts derived from Jurkat cells. In the Figure 1 legend, Schmidt et al. state that "nuclear extracts (NE) were prepared from untreated (-) Jurkat cells or cells treated for 4.5 h with various agents...as described by Shapiro et al" (page 4038). Examination of the abstract for Shapiro et al., a copy of which is attached as **Exhibit 3** hereto, shows that Shapiro et al. used HeLa cells to generate nuclear extracts (see page 48, first column), a different cell line from the Jurkat cell line used by Schmidt et al. Further, Schmidt et al. make no reference of experimental conditions that would have been adjusted to accommodate the use of Jurkat cells, such as culture conditions, which makes replicating the experiment, using the exact conditions as Schmidt et al., impossible. In addition, the source of critical reagents, including CsA, PHA and PMA, as well as the methods used to prepare these reagents is not indicated. Considering there are many ways to generate these preparations, one can not be certain how Schmidt et al. generated reagents and could not reproduce the experiments in Schmidt et al. Further, on page 4039, first column, Schmidt et al. indicated that a modified protocol from DEAE using a hypotonic medium to swell the Jurkat cells before transfection. However, Schmidt et al. do not provide a protocol describing how this procedure was carried out. Schmidt et al. cite Lieber et al., a copy of which is attached as **Exhibit 4,** which do describe one method for modifying conditions for the transfection of a variety of cells (see Lieber et al., Table 1). However, the cell line used in the Schmidt et al. study is not included in the Lieber et al. study. In the Methods section of Lieber et al., multiple options are given as to how to carry out the osmotic transfection, however it is not clear which protocol Schmidt et al. followed for the transfection of the Jurkat cells used and therefore, one of skill in the art would be unable to reproduce this transfection experiment.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 17 of 113  of Second Declaration of Dr. Inder Verma*

20.    Also, rather than providing an explanation of the methods used to carry out the electrophoretic mobility shift assay, Schmidt et al. cited Staudt et al., a copy of which is attached as **Exhibit 5**, who also fail to provide instructions on how to perform these assays, instead citing Dignam et al., a copy of which is attached as **Exhibit 6**.  Dignam et al. utilized HeLa cells for the preparation of nuclear extracts and stated on page 1476 in reference to assay conditions that "conditions were varied for other templates and in various experiments as indicated."  Dignam et al. does not use the same cell line as Schmidt et al. and does provide the experimental details for Schmidt et al.'s work.

21.    Moreover, Schmidt et al. fail to demonstrate any identification of the protein(s) involved in binding to the NF-κB oligonucleotides as determined by the EMSA assays presented in Figure 1.   Without additional immunoprecipitation assays, western blotting with NF-κB antibodies or co-immunprecipitation assays that are routinely used for protein identification, one of skill in the art cannot reasonably conclude that NF-κB is the protein binding to the κB enhancer used in the EMSA assays.   Consequently, the information provided by Schmidt et al. relating to experimental protocols and the lack of experiments that could confirm that NF-κB is the protein responsible for the mobility shift seen in Figure 1 may  not be sufficient to enable someone of skill in the art to reproduce or reasonably interpret the experiments described. For this and previously discussed reasons, I believe that one skilled in the art could not readily reproduce Schmidt et al.'s work.

   **B.    Express Anticipation Rejection Based on Emmel 1989**

22.    I have read the Examiner's comments in the July 6, 2007 Final Office Action pertaining to the article by Emmel et al. Science (1989) 246:1617-1620 and I respectfully disagree on numerous points as summarized in the table below.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 18 of 113  of Second Declaration of Dr. Inder Verma*

| Examiner Statement (Rejection Summary- page(s) 42-43 of July 6, 2007 Final Office Action) | |
|---|---|
| Emmel teaches administration of Cyclosporin A (CsA) to cells which substantially reduced NF-κB activity in those cells | Emmel et al. do not teach the administration of CsA to cells which reduced induced NF-κB activity. Since the CsA was always administered to cells at the same time as the agents that are purported to induce NF-κB activity, there was no induced NF-κB activity to be reduced. The CsA could, therefore, have only prevented or inhibited the activation of NF-κB by the simultaneously administered agents. |
| thus inhibiting expression of genes whose transcription is regulated by NF-κB activity. | Emmel et al. provide no evidence showing that in Emmel et al.'s experiments a reduction in NF-κB activity was responsible for inhibiting the expression of any gene. Emmel et al.'s experiments showing prevention of activation of NF-κB (represented in Figure 3) are different from the experiments purporting to show inhibition of gene expression (represented in Figures 1 and 2). It is, therefore, incorrect for the Examiner to state that Emmel et al. taught reduced NF-κB activity "thus" inhibited expression of genes.<br><br>Moreover, Emmel et al. do not disclose reducing the level of expression of "genes whose transcription is regulated by NF-κB activity." Emmel et al.'s only experiments involving gene expression were conducted using a bacterial CAT gene (as represented in Figure 1 and 2). A bacterial CAT gene is not regulated by NF-κB. |
| In addition, these references all utilized the HIV LTR promoter in their experiments | It is unclear to me what "references" the Examiner is referring to. However, Emmel et al. do not use the HIV LTR in the experiments. Emmel et al. utilized the NF-κB site from the HIV LTR which is not the HIV LTR promoter (see legend of Figure 2). |

ARI 84715

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 19 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| and demonstrated that CsA reduced the expression of viral genes. | Emmel et al. do not disclose use of any viral gene, much less demonstrate that CsA reduced the expression of viral genes. Emmel et al.'s only experiments involving genes were conducted using a bacterial CAT gene under control of a viral NF-κB enhancer (Figure 2, legend).  A viral κB enhancer is not a viral gene. |
| The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1 or 2) or mammalian cells (e.g. claim 11) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit associated gene (viral gene such as HIV: claims 1-4) expression of a cytokine protein (claim 5) in a eukaryotic cell. | Claims 1-5 and 11 are no longer under review. The claims under review recite what they recite. Claim 6 and claims dependent thereon are correctly characterized to require diminishing induced NF-κB mediated intracellular signaling |
| Similar to the Schmidt reference discussed above, the Emmel reference discloses that administration of Cyclosporin A (CsA) reduces NF-κB | Emmel et al. do not teach that CsA reduced the amount of NF-κB in cells. In Emmel et al., the CsA was <u>always</u> administered to cells <u>at the same time</u> as the agents that are purported to induce NF-κB activity, thus there was no induced NF-κB activity to be reduced. The CsA could, therefore, have only inhibited the activation of NF-κB by the simultaneously administered agents. |
| in cells (e.g. eukaryotic Jurkat cells which are a human leukemic T-cell line) | Further, I do not understand a Jurkat cell line that has been transformed to express bacterially derived elements to be a "human cell." |
| that inherently reduces NF-κB regulated gene expression. | Emmel et al. provide no evidence showing that in Emmel et al.'s experiments a reduction in NF-κB activity was responsible for inhibiting the expression of any gene.  Emmel et al.'s experiments showing prevention of activation of NF-κB (represented in Figure 3) are different from the experiments purporting to show inhibition of gene expression (represented in Figures 1 and 2).  It is, therefore, incorrect for the Examiner to state that |

ARI 84716

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 20 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| | Emmel et al. taught that the administration of CsA "therefore must" reduce NF-κB-regulated gene expression.<br><br>Moreover, Emmel et al. do not disclose reducing the level of "NF-κB-regulated gene expression." Emmel et al.'s only experiments involving gene expression were conducted using a bacterial CAT gene (represented in Figures 1 and 2). A bacterial CAT gene is not regulated by NF-κB. |
| Like Schmidt, Emmel described the effect of CsA on Jurkat cells that were induced with PHA and PMA | Emmel et al. do not teach the administration of CsA to cells which <u>reduced induced</u> NF-κB activity. Since the CsA was always administered to cells <u>at the same time</u> as the agents that are purported to induce NF-κB activity, there was no induced NF-κB activity to be reduced. The CsA could, therefore, have only prevented or inhibited the activation of NF-κB by the simultaneously administered agents. |
| and CsA was shown (Fig. 3, .01-1ug/ml) to reduce NF-κB binding activity. | Emmel et al. provide no evidence showing that CsA reduced induced NF-κB activity. Emmel et al.'s experiments purporting to show reduction of NF-κB activity (represented in Figure 3C) only demonstrates that exposure of the Jurkat cells to CsA in the presence of PMA and PHA prevented activation of NF-κB thereby resulting in the lack of NF-κB binding observed in Figure 3C. |
| In the CAT reporter assay, cells were transfected with a CAT reporter gene that was engineered to be regulated by HIV LTR gene, i.e., the gene had an NF-κB binding site incorporated into its regulatory region. | Emmel et al. use the NF-κB sequence from the HIV LTR, not the HIV LTR itself. |
| As shown in Fig. 2D, CsA significantly reduced NF-κB activity thereby reducing the NF-κB mediated expression of CAT. | Emmel et al. do not teach the administration of CsA to cells which <u>reduced induced</u> NF-κB activity. Since the CsA was always administered to cells <u>at the same time</u> as the agents that are purported to induce NF-κB activity, there |

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 21 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| | was no induced NF-κB activity to be reduced. The CsA could, therefore, have only prevented or inhibited the activation of NF-κB by the simultaneously administered agents. |
| Additionally, as shown in Figure 3, 0.01-1ug/ml (10-10000 ng/ml) CsA was found to reduce NF-κB binding activity. Thus, Emmel described the use of CsA at concentrations that reduce NF-κB activity and reduce NF-κB regulated gene expression, and as such, and as shown in more detail in Exhibit G-1 of the 90/007,503 Request (incorporated by reference), the Emmel reference expressly anticipates at least claims 1-2, 5-9, 20-21, 25-29, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89, and 93-97 of the :516 patent. | Emmel et al. do not teach the administration of CsA to cells which reduced induced NF-κB activity. Since the CsA was always administered to cells at the same time as the agents that are purported to induce NF-κB activity, there was no induced NF-κB activity to be reduced. The CsA could, therefore, have only prevented or inhibited the activation of NF-κB by the simultaneously administered agents.\n\nFurther, I understand claims 1-2, 5, 7, 20-21, 25-29, 36-40, 53-54, 58-62 and 81 are no longer under review. Claim 6 and claims dependent thereon are correctly characterized to require diminishing induced NF-κB mediated intracellular signaling |
| Since Emmel used the HIV LTR gene,\n\nEmmel demonstrated that Cyclosporin A reduced viral gene expression thereby anticipating claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201. | Emmel et al. use the NF-κB sequence from the HIV LTR, not the HIV LTR itself.\n\nI understand that claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201 are no longer under review. Moreover, Emmel et al. do not demonstrate a reduction of viral gene expression mediated by CsA. Emmel et al. use only the κB sequence from the HIV LTR linked to the bacterial CAT gene which does not comprise a gene regulated by NF-κB (see Figure 2, legend). |
| Additionally, Emmel's use of the HIV LTR gene renders instant claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201 immediately envisaged, or alternatively, prima facie obvious since HIV LTR is responsible for regulating the expression of viral (HIV) genes. | Claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201 are no longer under review. |

ARI 84718

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 22 of 113  of Second Declaration of Dr. Inder Verma*

| Examiner Statement (Examiner Response-page(s) 44 of July 6, 2007 Final Office Action) | |
|---|---|
| Further, the Emmel reference teaches the ability to measure CsA inhibition of "stimulated" untransfected as well as transfected Jurkat cells upon incubation of these cells for 40 hours with PHA (2ug), PMA (50ng.ml) and CsA (concentrations of 10-1000 ng/ml). | Emmel et al. do not teach the use of "stimulated" untransfected cells. Emmel et al. provide no evidence of an untransfected cells treated first with PMA/PHA and then treated with CsA. Further, Emmel et al. do not describe the use of an untransfected cell under any conditions. The only two experiments using transfected cells describe the expression of specific constructs comprised of either the IL-2 enhancer (as described in the legend of Figures 1 and 2) or the NF-AT binding site, the AP-1 site or the NF-κB site from the HIV-LTR linked to the bacterially-derived CAT gene (see legend of Figure 2). Additionally, cells were never incubated for <u>40 hours</u> with PHA/PMA and CsA. The legend of Figure 2 clearly states that "After a 40 hours incubation, cells were stimulated for <u>8 hours</u> with PHA (2ug/mL), PMA (50ng/,L) with or without CsA (10ng/ml)" (page 1618). |

23.    Claim 6 and the claims dependent thereon recite a "method for <u>diminishing induced</u> NF-κB-mediated intracellular signaling" (emphasis added).  I understand the Examiner has alleged that Emmel et al. teach administration of CsA to reduce NF-κB activity.  I find no such teaching in Emmel et al. Emmel et al. only administer CsA to cells at the same time as the inducers PMA and PHA as described, e.g. in the legend of Figure 1: "cells were stimulated for 8 hours with PHA (2μg/ml) and PMA (50ng/ml) with and without CsA (10ng/ml)." Inhibiting activation is a method different from diminishing induced NF-κB activity.  As I have discussed in paragraph 12 above, Schmidt et al. and others have shown that CsA cannot diminish induced NF-κB activity.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 23 of 113  of Second Declaration of Dr. Inder Verma*

24.    Claim 8 and claims dependent thereon recite a "method for modifying the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling." Emmel et al. do not demonstrate that the administration of CsA modifies the effects of external influences which induce NF-κB-mediated intracellular signaling. Emmel et al. present data demonstrating that CsA can prevent stimulation of a cell by PHA and PMA to express a reporter gene construct comprised of a virally-derived enhancer sequence (Figure 2, page 1618), a eukaryotic enhancer sequence from IL-2 (Figures 1 and 2), NF-AT (Figure 2) or AP-1 (Figure 2) and a bacterially-derived chloramphenicol (CAT) resistance gene in a modified cell as depicted in Figures 1 and 2. Preventing stimulation is a method different from modifying effects of external influences that induce NF-κB activity. As I have discussed in paragraph 12 above, Schmidt et al. and others have shown that CsA cannot modify effects of external influences which induce NF-κB-mediated intracellular signaling as required by claim 8.

25.    Claim 9 and claims dependent thereon recite a method for "reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling." Emmel et al. do not provide any experiment demonstrating a CsA-mediated reduction in the level of expression of any gene which is activated by extracellular influences which induce NF-κB-mediated intracellular signaling. Again, Emmel et al.'s experiments involving expression of the CAT reporter in the experiments described in Figure 1 and 2 do not teach reducing the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling as recited by the claim.

ARI 84720

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 24 of 113  of Second Declaration of Dr. Inder Verma*

26.    Moreover, CAT is not a gene endogenously regulated by NF-κB.  CAT is a bacterial gene.  Emmel et al.'s experiments do not demonstrate that CsA reduced the level of expression of an activated gene because CsA was administered concurrently with PMA and PHA (Figure 1-3). Preventing activation is a different method from reducing the level of expression of genes which are activated.  Further, Exhibit G-1 relied on in the July 6, 2007 Final Office Action clearly states "Fig. 2D, showing a reduction in NF-κB-regulated gene expression in a <u>CAT reporter assay</u>" (emphasis added) thus reaffirming that Emmel et al. did not teach CsA reduces the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling.  As I have discussed in paragraph 12 above, Schmidt et al. and others have shown that CsA cannot modify effects of inducing influences.  Therefore, Emmel et al. does not teach the reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling.

27.    Claims 71, 84 and 95 are drawn to the practice of the method on "human cells."  Emmel et al. do not disclose the use of a "human cell."  Emmel et al. use Jurkat T cells, a human T cell line, in all experiments.  The experiments described in Figures 3 and 4 utilize nuclear extracts generated from Jurkat cells treated simultaneously with CsA and PHA/PMA.  However, the Jurkat cell lines described in the experiments presented in Figures 1 and 2 have been manipulated to express, at high levels, an artificial construct comprising "a series of internal deletion mutations of the IL-2 enhancer" linked to "the chloramphenicol acetyltransferase (CAT) gene" (page 1618, first column) or plasmids containing "the following regulatory sequences directing transcription of the CAT gene: (A) IL-2 enhancer...;(B) NF-AT, three copies of the NF-AT binding site...linked to the gamma fibrinogen promoter..;(C) AP-1, three copies of the AP-1 site linked to the SV40 promoter...;(D) NF-κB, one copy of the NF-κB site from the HIV-LTR

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 25 of 113  of Second Declaration of Dr. Inder Verma*

linked to the thymidine kinase promoter.." (page1618, Figure 2 legend). I don't understand these

cells, which express various enhancer sequences used to drive expression of a bacterially-derived

reporter gene, to be considered a "human cell."

28.     Claims 64-69 further limit claim 6, 75-80 further limit claim 8, and 88-93 further limit

claim 9 by reciting reducing induced NF-κB activity by interfering at a specific segment of the

NF-κB pathway.  Emmel et al. state that "CsA appears to exert its effects by inhibiting the

isomerase-dependent refolding of proteins" (page 1619, second column). Nothing further about

how CsA may impact NF-κB activity is described by Emmel et al.   I note that Exhibit G-1, as

relied on in the July 6, 2007 Final Office Action, has the following identical statement next to

each of claims 64-69, 75-80 and 88-93: "Emmel  examined nuclear extracts, in an EMSA assay

"NF-κB binding was reduced 10-20% in nuclear extracts of CsA-treated cells." P. 1618." The

statement in Exhibit G-1 does not explain how CsA operates, but rather describes only the

observed result.  Claims 64-69, 75-80 and 88-93, however, specifically require reduction of

induced NF-κB activity <u>by</u> interfering at a specific segment of the NF-κB pathway.

29.     I have reviewed the Emmel et al. reference carefully and determined that the description

of the experiments and methods presented does not enable one of skill in the art to successfully

reproduce the work presented.  As I discussed in paragraph 18 above, the issue of reproducibility

is not a trivial issue.  First, the methods used to construct the reporter gene fusion comprising the

IL-2 enhancer sequence linked to the bacterial CAT gene (Figure 1) are not disclosed in Emmel

et al.  Further, Emmel et al. do not describe from where the IL-2 enhancer sequence was derived

nor do Emmel et al. provide information regarding the species of IL-2 enhancer used.  Even if

one were able to reproduce the experiment described in Figure 1, the result would not clearly

indicate that NF-κB binds to the IL-2 enhancer sequence, driving expression of the CAT gene.  I

ARI 84722

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 26 of 113  of Second Declaration of Dr. Inder Verma*

have carefully reviewed Figure 1 and it is clear that there is no difference between cells expressing wildtype IL-2 enhancer linked to the CAT gene and cells that express a mutant version of the reporter gene construct wherein the NF-κB site has been disrupted. I would not understand the results of that experiment to demonstrate that NF-κB has any role in driving transcription of the CAT gene through the IL-2 enhancer. Likewise, the legend of Figure 2 does not provide adequate reference or instruction as to how the Jurkat cells were transfected nor does it describe how the cells were co-transfected. Critical information is missing such as the concentration of DNA used to transfect the cells as well as whether the same protocol used in Figure 1 was used to evaluate the CAT activity described in Figure 2, thus rendering it impossible for one of skill in the art to reproduce the experiments described in Figure 2. Additionally, the legend of Figure 4 states that "splenic lymphocytes were stimulated <u>as described above for 2 hours</u> in the presence or absence of CsA" (page 1619). It is not clear to me where in the reference Emmel et al. is referring. Additionally, the culture conditions for splenic lymphocytes are not described. Consequently, the experimental conditions, as described in Emmel et al., would not enable one of skill in the art to successfully reproduce the results presented and therefore, Emmel et al. is not an enabling reference.

C.    **Express Anticipation Rejection Based on Brini 1990**

30.    I have read the Examiner's comments in the July 6, 2007 Final Office Action pertaining to the article by Brini et al. Eur. Cytokine Net. (1990) 1(3):131-139 and I respectfully disagree on numerous points as summarized in the table below.

| Examiner Statement (Rejection Summary-page(s) 47-48 of July 6, 2007 Final Office Action) | |
| --- | --- |
| Brini teaches administration of Cyclosporin A (CsA) to cells which substantially | Brini et al. do not teach the administration of CsA to cells which <u>reduced induced</u> NF- |

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 27 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| reduced NF-κB activity in those cells | κB activity. Since the CsA was <u>always</u> administered to cells <u>30 minutes before</u> the agents that are purported to induce NF-κB activity (page 132, second column), there was no induced NF-κB activity to be reduced. The CsA could, therefore, have only prevented or inhibited the activation of NF-κB by the subsequently administered agents. |
| thus inhibiting expression of genes whose transcription is regulated by NF-κB activity. | Brini et al. provide no evidence showing that in their experiments a reduction in NF-κB activity was responsible for inhibiting the expression of any gene. Brini et al.'s experiment showing prevention of activation of NF-κB activity (represented in Figure 3 and 4) are different from the experiments purporting to show inhibition of gene expression (represented in Figure 1). It is, therefore, incorrect for the Examiner to state that Brini et al. taught reduced NF-κB activity "thus" inhibited expression of genes.<br><br>Moreover, Brini et al. do not disclose reducing the level of expression of "genes whose transcription is regulated by NF-κB activity." Brini et al.'s only experiment involving gene expression was using T lymphocytes stimulated with PHA after a 30 minute incubation with CsA (Figure 1, legend) and therefore have only inhibited activation of NF-κB by the subsequently administered agent. |
| In addition, these references all utilized the HIV LTR promoter in their experiments | It is unclear to me what "references" the Examiner is referring to. However, Brini et al. do not use the HIV LTR promoter. Brini et al. use the κB-like site from the HIV LTR, which is not the HIV LTR promoter. On page 132, Brini et al. disclose the use of the "HIV LTR <u>enhancer element</u>." |
| and demonstrated that CsA reduced the expression of viral genes. | Brini et al. do not disclose the use of any viral gene, much less demonstrate that CsA |

ARI 84724

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 28 of 113 of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| | reduced expression of viral genes. Brini et al. only use the HIV LTR enhancer element (page 132, second column). An HIV LTR enhancer element is not a viral gene. |
| The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1 or 2) or mammalian cells (e.g. claim 11) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit associated gene (viral gene such as HIV; claims 1-4) expression of a cytokine protein (claim 5) in a eukaryotic cell. | Claims 1-5 and 11 are no longer under review.<br><br>The claims under review recite what they recite. Claim 6 and claims dependent thereon are correctly characterized to require diminishing induced NF-κB mediated intracellular signaling |
| The Brini reference discloses that administration of Cyclosporin A (CsA) reduces NF-κB in cells (e.g. T-cells) | Brini et al. do not teach that CsA reduced the amount of NF-κB in cells. In Brini et al. the CsA was <u>always</u> administered to cells <u>30 minutes before</u> the agents that are purported to induce NF-κB activity (page 132, second column), thus there was no induced NF-κB activity to be reduced. The CsA could, therefore, have only inhibited the activation of NF-κB by the subsequently administered agents. |
| that inherently reduces NF-κB regulated gene expression. | Brini et al. provide no evidence showing that, in Brini et al.'s experiments a reduction in NF-κB activity was responsible for inhibiting the expression of any gene. Brini et al.'s experiments showing prevention of activation of NF-κB (represented in Figures 3 and 4) are different from the experiments purporting to show inhibition of gene expression (represented in Figure 1). It is, therefore, incorrect for the Examiner to state that Brini et al. taught that reduced NF-κB in cells "inherently reduces" NF-κB regulated expression of genes.<br><br>Moreover, Brini et al. do not disclose reducing the level of expression of "genes whose transcription is regulated by NF-κB activity." Brini et al.'s only experiment |

ARI 84725

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 29 of 113  of Second Declaration of Dr. Inder Verma*

| | involving gene expression was using T lymphocytes stimulated with PHA after a 30 minute incubation with CsA (Figure 1, legend) and therefore have only prevented or inhibited activation of NF-κB by the subsequently administered agent. |
|---|---|
| Particularly, Brini disclosed the use of 1 ug/ml CsA in human PBM (perphieral blood T-lympocytes) that had been induced with PHA. Brini concluded that "CsA reduced the PHA-induced binding of transactivating factors from T-cells and κB-like sequences which are present in the IL-2R alpha gene and in the HIV-1 LTR gene (Figures 3 and 4). See Brini at page 137. | Brini et al. do not demonstrate the induction of human PBM. The human PBMs had been treated with CsA for thirty minutes prior to exposure to PHA (page 132, second column) which would prevent or inhibit activation of the cells. The Examiner mischaracterizes the conclusion that CsA "reduced PHA-induced binding" since CsA was administered prior to stimulation with PHA. Therefore PHA could not "induce" binding of transactivating factors from T-cells and κB-like sequences. |
| Additionally, Brini reported the effects of CsA on expression levels of IL-2 Receptor-alpha (Brini at page 131 Abstract) which is taught by the '516 patent to be regulated by PHA-induced NF-κB activity in T-cells. See '516 patent, col. 17, lines 21-24 ("NF-κB is induced in T-cells by a transactivator (tax) of HTLV-1 or by PMA/PHA treatment and thereby activated the IL-2 receptor alpha gene and possibly the IL-2 gene".) | Brini et al. report that "pretreatment with CsA at 1μg/ml before cell activation caused a significant inhibition of the IL-2Rα mRNA induction." (page 143, first column). |
| Thus, Brini described the use of CsA at concentrations that reduce NF-κB activity and reduce NF-κB regulated gene expression and as such, and as shown in more detail in Exhibit G-1 of the 90/007,503 Request (incorporated by reference), the Brini reference expressly anticipates at least claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 85, 88-89, and 93-97 of the '516 patent. | Brini et al. do not describe the use of CsA to reduce NF-κB-regulated gene expression because Brini et al. did not conduct any experiment wherein NF-κB activity was induced prior to administration of CsA and therefore could not anticipate any of the pending claims. Further, I understand claims 1-2, 5, 7, 20-21, 25-29, 36-40, 53-54, 58-62 and 81 are no longer under review. Claim 6 and claims dependent thereon require diminishing induced NF-κB mediated intracellular signaling. Moreover, Exhibit G-1, relied on in the July 6, 2007 Final Office Action, stated |

ARI 84726

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 30 of 113  of Second Declaration of Dr. Inder Verma*

|  |  |
|---|---|
|  | that "These results are in accordance with Reed et al., who found that CsA <u>inhibits</u> Tac <u>induction</u> in mitogen-activated PBMC..." thus reaffirming that CsA prevents activation of NF-κB. |
| Additionally, since Brini used the HIV LTR gene, Brini, demonstrated that Cyclosporin A reduced viral gene expression thereby anticipating claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201. | I understand that claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201 are not under review.<br><br>Moreover, Brini et al. use the HIV LTR enhancer element, not the HIV LTR (page 132, second column). I do not undertand the HIV LTR or the enhancer element to comprise a "gene." |
| Additionally, Brini's use of HIV LTR renders instant claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201, immediately envisaged, or alternatively, prima facie obvious since HIV LTR is responsible for regulating the expression of viral (HIV) genes. | I understand that claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201 are not under review.<br><br>Moreover, Brini et al. use the HIV LTR enhancer element, not the HIV LTR (page 132, second column). I do not undertand the HIV LTR or the enhancer element to comprise a "gene." |

| Examiner Statement (Examiner Response – page(s) 49 of July 6, 2007 Final Office Action) |  |
|---|---|
| Further, the Brini reference clearly addresses the ability of CsA to <u>inhibit</u> gene expression in a eukaryotic cell that is induced by PHA to release NF-κB and express protein: "Here we have examined the *inhibitory effect of CsA on the activation of the IL-2Ralpha gene expression in primary human T lymphocytes* induced by PHA (emphasis provided)." | Brini et al. clearly state that they have "examined the inhibitory effect of CsA <u>on the activation</u> of the IL-2Ralpha gene..." (page 132, first column)   Brini et al. acknowledge that CsA is not reducing induced NF-κB activity but rather is inhibiting activation. Further, on page 137, Brini et al. state "when CsA was added directly to activated T-calls we did not find any interference with the binding detected by gel mobility shift assay []." This statement clearly indicates that even when the T-cells were activated, exposure to CsA has no effect. |

| Examiner Statement (Examiner Response- page(s) 45 of July 6, 2007 Final Office Action) |  |
|---|---|
|  |  |

ARI 84727

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 31 of 113  of Second Declaration of Dr. Inder Verma*

| As discussed supra, it s clear from the Brini article that PHA (and PMA) activates NF-κB to induce gene expression. | Brini et al. do not disclose the use of PMA in any experiment presented. |
|---|---|

31.    Claim 6 and the claims dependent thereon recite a "method for <u>diminishing induced</u> NF-κB-mediated intracellular signaling" (emphasis added).  I understand the Examiner has alleged that Brini et al. teach administration of CsA to reduce NF-κB activity.  I find no such teaching in Brini et al.  Brini et al. administer CsA to cells thirty minutes <u>prior</u> to the inducer PHA as described, e.g., at page 132, to inhibit activation of NF-κB. Inhibiting activation is a method different from diminishing induced NF-κB activity.  As I have described in paragraph 12 above, Schmidt et al. and others have shown that CsA cannot diminish induced NF-κB activity. Further, in Exhibit G-1 relied on in the July 6, 2007 Final Office Action, it is stated that "CsA reduced the PHA-induced binding of transacting factors from T-cells and κB-like sequences which are present in the IL-2Rα gene and the HIV-1 LTR (Figures 3 and 4)." P. 137." However, the cited statement from Brini et al. is misleading.  Further into the discussion Brini et al. state "...when CsA was added directly to <u>activated</u> T-cells we did not find any interference with the binding detected by gel mobility shift assay [unpublished observations]. From these data we can rule out the possibility that CsA acts directly on the activated NF-κB protein(s) system." (emphasis added, see page 137, bottom of first column).  This reaffirms that CsA prevents activation of NF-κB activity.

32.    Claim 8 and claims dependent thereon recite a "method for modifying the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling." Brini et al. do not demonstrate that the administration of CsA modifies the effects of external influences which induce NF-κB-mediated intracellular signaling. Brini et

ARI 84728

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 32 of 113  of Second Declaration of Dr. Inder Verma*

al. present data demonstrating that CsA can prevent stimulation of a cell by PHA to express IL-2αR as depicted in Figure 1. Preventing stimulation is a method different from modifying effects of external influences that induce NF-κB activity. As I have discussed in paragraph 12 above, Schmidt et al. and others have shown that CsA cannot modify effects of external influences which induce NF-κB-mediated intracellular signaling as required by claim 8.

33.    Claim 9 and claims dependent thereon recite a method for "reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling." Brini et al. do not provide any experiment demonstrating a CsA-mediated reduction in the level of expression of any gene which is activated by extracellular influences which induce NF-κB-mediated intracellular signaling. Brini et al. present data demonstrating that CsA can prevent stimulation of a cell by PHA to express IL-2αR as depicted in Figure 1. Preventing stimulation is a different method from modifying the effects of extracellular influences that induce NF-κB-mediated intracellular signaling.

34.    As I have discussed in paragraph 12 above, Schmidt et al. and others have shown that CsA cannot modify effects of inducing influences. Preventing activation is a different method from reducing the level of expression of genes activated by influences which induce NF-κB. Therefore, Brini et al. do not teach the reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling.

35.    Claims 64-69 further limit claim 6, 75-80 further limit claim 8, and 88-93 further limit claim 9 by reciting reducing induced NF-κB activity occurs by interfering at a specific segment of the NF-κB pathway. Brini et al. state that "CsA inhibits the activation of NF-κB-like

ARI 84729

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 33 of 113  of Second Declaration of Dr. Inder Verma*

factor(s)" (emphasis added, page 137, first column, second full paragraph). Brini et al. further note that "the NF-κB system has been shown to be under the regulation of a cytoplasmic inhibitor designated IκB, which after cellular stimulation releases that NF-κB protein which can reach the nucleus and react with the κB sequence [39]. We do not know yet how CsA blocks this step of activation." (emphasis added, page 137, second column, middle of paragraph). Furthermore, the statement in Exhibit G-1, does not explain how CsA operates, but rather describes only the observed result. Claims 64-69, 75-80 and 88-93, however, specifically require reduction of induced NF-κB activity by interfering at a specific segment of the NF-κB pathway.

36.    I have reviewed the experimental techniques and methods described in Brini et al. and have determined that the description provided is not sufficient to enable one skilled in the art to replicate the work presented. As I discussed in paragraph 18 above, the issue of reproducibility is not a trivial issue. First, certain critical reagents used throughout this study, namely CsA and PHA, though referenced as to the supplier, have no lot numbers associated with them which one would require to determine if the batch of CsA used by Brini et al. would be equivalent to a batch used by another at later date. Further, the company which supplied the CsA, Sandoz, is no longer in operation and therefore one could not replicate the experiment described by Brini et al. Still further, the protocol cited for the preparation of nuclear extracts, Osborn et al., a copy of which is attached as **Exhibit 7**, describes the use of cultured immortalized cell lines and does not provide a protocol for the use of "primary T-cells pretreated with CsA" (page 135, first column). Therefore, one skilled in the art would not have the necessary information to successfully carry out the experiments as described by Brini et al.

   **D. Inherent Anticipation Rejection Based on the PDR 1985, Griffith 1982 and Griffith 1984 as evidenced by Holschermann 1997.**

ARI 84730

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 34 of 113  of Second Declaration of Dr. Inder Verma*

37.    I understand that Examiner has alleged that the 1985 PDR, Griffith et al. I (1982) and

Griffith et al. II (1984) inherently anticipate claims 6, 64-73, 8, 75-80, 82, 84, 9, and 88-97. I

understand the Examiner's position to be that the method being claimed in claims 6, 8 and 9 and

claims dependent thereon is described in the 1985 PDR, Griffith et al. I, Griffith et al. II based on

Holschermann et al. I respectfully disagree. I have reviewed the claims, the 1985 PDR, Griffith

et al. I and II and Holschermann et al. and determined that none of these references disclose the

method of the claims under review. In the sections which follow, I first present my observations

of the 1985 PDR, Griffith et al. I and Griffith et al. II, and then present my observation of the

non-prior art reference, Holschermann et al., which the July 6, 2007 Final Office Action purports

explains these references.

### 1985 PDR

38.    I have reviewed the Examiner's comments in the July 6, 2007 Final Office Action

regarding the 1985 PDR and disagree on several points. Claim 6 and the claims dependent

thereon recite a "method for <u>diminishing induced</u> NF-κB-mediated intracellular signaling"

(emphasis added). I understand the Examiner has alleged that the 1985 PDR teaches

administration of CsA to reduce NF-κB activity. I find no such teaching in the 1985 PDR. The

1985 PDR provides dosage and administration instructions for the use of CsA. Further, the 1985

PDR describes CsA as "a potent immunosuppressive agent which in animals prolongs survival of

allogenic transplants involving skin, heart, kidney, pancreas, bone marrow, small intestine and

lung. Sandimmune [cyclosporine] has been demonstrated to suppress some humoral immunity

and to a greater extent, cell-mediated reactions such as allograft rejection, delayed

hypersensitivity, experimental allergic encephalomyelitis, Freund's adjuvant arthritis and graft

vs. host disease in many animal species for a variety of organs." (page 1811, third column).

ARI 84731

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 35 of 113  of Second Declaration of Dr. Inder Verma*

Importantly, the 1985 PDR discloses a specific protocol of administration: "the initial dose of

Sandimmune (cyclosporine) Oral Solution should be given 4-12 hours <u>prior</u> to transplantation.."

(emphasis added, page 1813, first column).  Therefore, the 1985 PDR cannot teach a method for

<u>diminishing induced</u> NF-κB-mediated intracellular signaling as recited by claim 6.

39.    Claim 8 and claims dependent thereon recite a "method for modifying the effects of

external influences on a eukaryotic cell, which external influences induce NF-κB-mediated

intracellular signaling." Importantly, the 1985 PDR discloses a specific protocol of

administration: "the initial dose of Sandimmune (cyclosporine) Oral Solution should be given 4-

12 hours <u>prior</u> to transplantation.." (emphasis added, page 1813, first column). Therefore, the

1985 PDR cannot teach, regardless of what Holschermann et al. disclose, the administration of

CsA modifies the effects of external influences which induce NF-κB-mediated intracellular

signaling and therefore does not teach modification of the effects of external influences on a

eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling as

recited by claim 8.

40.    Claim 9 and claims dependent thereon recite a method for "reducing, in eukaryotic cells,

the level of expression of genes which are activated by extracellular influences which induce NF-

κB-mediated intracellular signaling." Importantly, the 1985 PDR discloses a specific protocol of

administration: "the initial dose of Sandimmune (cyclosporine) Oral Solution should be given 4-

12 hours <u>prior</u> to transplantation.." (emphasis added, page 1813, first column). Therefore, the

1985 PDR cannot teach, regardless of what Holschermann et al. disclose, CsA-mediated

reduction in the level of expression of genes activat<u>ed</u> by extracellular influences which induce

NF-κB-mediated intracellular signaling. Further, the 1985 PDR does not describe reduction in

ARI 84732

Patentees: David Baltimore et al.
Ex Parte
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 36 of 113  of Second Declaration of Dr. Inder Verma*

the level of expression of any gene that could be regulated by NF-κB. Therefore, the 1985 PDR

does not teach the reducing, in eukaryotic cells, the level of expression of genes which are

activated by extracellular influences which induce NF-κB-mediated intracellular signaling as

recited in claim 9.

41.     Claims 64-69 further limit claim 6, 75-80 further limit claim 8, and 88-93 further limit

claim 9 by reciting reducing induced NF-κB activity by interfering at a specific segment in the

NF-κB signaling pathway.  The 1985 PDR does not disclose any mechanism by which CsA

reduces induced NF-κB.  In Exhibit H-1, relied on in the July 6, 2007 Final Office Action, I note

the same statement listed next to claims 64-69, 75-80 and 88-93: "Inherent. See Holschermann."

This statement acknowledges that the 1985 PDR does not disclose a mechanism by which

induced NF-κB can be reduced and therefore the 1985 PDR does not inherently anticipate these

claims.

### Griffith et al. I

42.     I have reviewed the Examiner's comments in the July 6, 2007 Final Office Action

regarding Griffith et al. I and disagree on several points.  Claim 6 and the claims dependent

thereon recite a "method for diminishing induced NF-κB-mediated intracellular signaling"

(emphasis added).   I understand the Examiner has alleged that Griffith et al. I teach

administration of CsA to reduce NF-κB activity in cardiac transplantation recipients.  I find no

such teaching in Griffith et al. I.  Griffith et al. I teach the administration of cyclosporine "orally

just before operation" (page 324, second column).  Even if one assumes that surgery induces NF-

κB, which I am not certain that it does, administration of CsA prior to surgery is analogous to

pretreatment and therefore at best prevents activation of NF-κB as stated in paragraph 12 where

ARI 84733

Patentees: David Baltimore et al.
Ex Parte
Reexamination Control No.: 90/007,503 and 90/007,828
Page 37 of 113   of Second Declaration of Dr. Inder Verma

it has been discussed that CsA cannot reduce induced NF-κB. Therefore, Griffith et al. I cannot

teach a method for diminishing induced NF-κB-mediated intracellular signaling as recited by

claim 6.

43.    Claim 8 and claims dependent thereon recite a "method for modifying the effects of

external influences on a eukaryotic cell, which external influences induce NF-κB-mediated

intracellular signaling." Griffith et al. I teach the administration of cyclosporine "orally just

before operation" (page 324, second column). Therefore, Griffith et al. I cannot teach, regardless

of what Holschermann et al. disclose, the administration of CsA modifies the effects of external

influences which induce NF-κB-mediated intracellular signaling and therefore does not teach

modification of the effects of external influences on a eukaryotic cell, which external influences

induce NF-κB-mediated intracellular signaling as recited by claim 8.

44.    Claim 9 and claims dependent thereon recite a method for "reducing, in eukaryotic cells,

the level of expression of genes which are activated by extracellular influences which induce NF-

κB-mediated intracellular signaling." Griffith et al. I teach the administration of cyclosporine

"orally just before operation" (page 324, second column). Therefore, Griffith et al. I cannot

teach, regardless of what Holschermann et al. disclose, CsA-mediated reduction in the level of

expression of genes activated by extracellular influences which induce NF-κB-mediated

intracellular signaling. Further, Griffith et al. I do not describe reduction in the level of

expression of any gene that could be regulated by NF-κB. Therefore, Griffith et al. I do not

teach the reducing, in eukaryotic cells, the level of expression of genes which are activated by

extracellular influences which induce NF-κB-mediated intracellular signaling as recited in claim

9.

ARI 84734

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 38 of 113   of Second Declaration of Dr. Inder Verma*

45.    Claims 64-69 further limit claim 6, 75-80 further limit claim 8, and 88-93 further limit

claim 9 by reciting reducing induced NF-κB activity by interfering at a specific segment in the

NF-κB signaling pathway. Griffith et al. I do not disclose any mechanism by which CsA reduces

induced NF-κB.  In Exhibit H-1, relied on in the July 6, 2007 Final Office Action, I note the

same statement listed next to claims 64-69, 75-80 and 88-93: "Inherent. See Holschermann."

This statement acknowledges that Griffith et al. I do not disclose a mechanism by which induced

NF-κB can be reduced and therefore Griffith et al. I do not inherently anticipate these claims.

### Griffith et al. II

46.    I have reviewed the Examiner's comments in the July 6, 2007 Final Office Action

regarding Griffith et al. II and disagree on several points. Claim 6 and the claims dependent

thereon recite a "method for <u>diminishing induced</u> NF-κB-mediated intracellular signaling"

(emphasis added).  I understand the Examiner has alleged that Griffith et al. II teach

administration of CsA to reduce NF-κB activity in cardiac transplantation recipients.  I find no

such teaching in Griffith et al. II.  Griffith et al. II teach the administration of cyclosporine

"orally 1 to 4 hours preoperatively and continued orally, or by nasogastric tube, every 12 hours

postoperatively" (page 952, second column).  Even if one assumes that surgery induces NF-κB,

which I am not certain that it does, administration of CsA prior to surgery is analogous to

pretreatment and therefore at best prevents activation of NF-κB as stated in paragraph 12 where

it has been discussed that CsA cannot reduce induced NF-κB.  Therefore, Griffith et al. II cannot

teach, regardless of what Holschermann et al. disclose, a method for <u>diminishing induced</u> NF-

κB-mediated intracellular signaling as recited by claim 6.

ARI 84735

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 39 of 113  of Second Declaration of Dr. Inder Verma*

47.    Claim 8 and claims dependent thereon recite a "method for modifying the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling." Griffith et al. II teach the administration of cyclosporine "orally 1 to 4 hours preoperatively and continued orally, or by nasogastric tube, every 12 hours postoperatively" (page 952, second column). Therefore, Griffith et al. II cannot teach, regardless of what Holschermann et al. disclose, the administration of CsA modifies the effects of external influences which induce NF-κB-mediated intracellular signaling and therefore does not teach modification of the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling as recited by claim 8.

48.    Claim 9 and claims dependent thereon recite a method for "reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling." Griffith et al. II teach the administration of cyclosporine "orally 1 to 4 hours preoperatively and continued orally, or by nasogastric tube, every 12 hours postoperatively" (page 952, second column). Therefore, Griffith et al. II cannot teach, regardless of what Holschermann et al. disclose, CsA-mediated reduction in the level of expression of genes activated by extracellular influences which induce NF-κB-mediated intracellular signaling. Further, Griffith et al. II does not describe any reduction in the level of expression of gene that could be regulated by NF-κB. Therefore, Griffith et al. II do not teach the reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling as recited in claim 9.

49.    Claims 64-69 further limit claim 6, 75-80 further limit claim 8, and 88-93 further limit claim 9 by reciting reducing induced NF-κB activity by interfering at a specific point in the NF-

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 40 of 113  of Second Declaration of Dr. Inder Verma*

κB signaling pathway. Griffith et al. II do not disclose any mechanism by which CsA reduces

induced NF-κB. In Exhibit H-1, relied on by the July 6, 2007 Final Office Action, I note the

same statement listed next to claims 64-69, 75-80 and 88-93: "Inherent. See Holschermann."

This statement acknowledges that Griffith et al. II do not disclose a mechanism by which

induced NF-κB can be reduced and therefore Griffith et al. II do not inherently anticipate these

claims.

50.     Further the Examiner has stated on page 59 of the July 6, 2007 Final Office Action "the

1985 PDR teaches administering the NF-κB inhibitor cyclosporine both prior and <u>subsequent</u> to

the transplant, thus rendering patentee's "first to induce" argument moot." I have discussed the

1985 PDR relative to claim 6 previously in paragraph 37. I note the Examiner makes this point.

I have read the 1985 PDR and the 1985 PDR states "the initial dose of Sandimmune

(cyclosporine) Oral Solution should be given 4-12 hours prior to transplantation.…This daily

dose if continued postoperatively for one to two weeks and then tapered…" (page 1813, first

column). As one of skill in the art, I understand this to mean that CsA was administered as a

pretreatment to provide immunosupression in patients undergoing allogenic transplants (as stated

on page 1811, third column). I do not understand the 1985 PDR to teach administration of "the

NF-κB inhibitor."

**Holschermann et al.**

51.     The Examiner cited Holschermann et al. Circulation (1997) 96(12):4232-4238 to

purportedly explain what occurred in each of Griffith et al. I, Griffith et al. II and upon use of

CsA as taught in the 1985 PDR. However, I do not understand how Holschermann et al. can

explain what necessarily occurred in any of the three prior art references cited by the Examiner.

ARI 84737

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 41 of 113  of Second Declaration of Dr. Inder Verma*

There are critical points that differ between Holschermann et al. and the prior art references. In addition to the points of distinction I discussed in my first Declaration dated November 9, 2006, there is no evidence that NF-κB had been activated in patients prior to the administration of CsA. As I discussed in paragraph 38 above, even if surgery were to induce NF-κB, and I am not certain that it does, the administration of CsA prior to surgery as is taught in the prior art is analogous to pretreatment and therefore at best prevents activation of NF-κB, but does not reduce induced NF-κB activity as required by the claims under review.

52.    Further the protocols differ greatly between the prior art references and Holschermann et al. Summarized in the table attached as **Exhibit 8**, the protocol used by Holschermann et al. deviates greatly from the protocols outlined by the 1985 PDR, Griffith et al. I and Griffith et al. II. Patients in the prior art studies did not receive the same drug cocktail as those in Holschermann et al. and therefore it is unclear what effect, if any CsA had on the patients. One skilled in the art would expect a cocktail of different active drugs, as described, to result in the different patient outcomes. It is unreasonable to conclude that the results observed using one cocktail of active drugs in Holschermann et al. could possibly explain what previously happened when a different cocktail of active drugs was used in the prior art.

53.    Further, the timing of administration of the drug cocktails differs greatly between the prior art and Holschermann et al. as summarized in the table attached as **Exhibit 8**. Holschermann et al. do not begin CsA treatment until 3 to 4 days after surgery, a highly relevant departure from the studies described in the prior art. Therefore Holschermann et al. cannot be used to explain what occurred in the prior art. As discussed in paragraph 12 above, CsA cannot reduce induced NF-κB activity.

ARI 84738

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 42 of 113  of Second Declaration of Dr. Inder Verma*

54.    Moreover, as someone of skill in the art, I do not understand the experiments described in Holschermann et al. to demonstrate that the administration of CsA reduces induced NF-κB. Holschermann et al. discloses a protocol wherein "PBMCs and monocytes/macrophages were prepared from blood samples drawn from cardiac transplant recipients before and after daily CsA administration" (page 4234, first column).    Holschermann et al. go on to disclose that "measurement of the corresponding CsA plasma concentration in each blood sample revealed an increase of CsA blood levels from 233 ng/mL…in the sample before daily CsA administration" (page 4234, second column) which indicates that CsA was always present in the blood.

55.    Further, I have critically examined Figures 3 and 4 of Holschermann et al. which the Examiner has pointed to in alleged confirmation of the ability of CsA to reduce the levels of a protein, tissue factor (TF) which is purported to be regulated by NF-κB. I respectfully disagree with the interpretation of the results set forth in the July 6, 2007 Final Office Action. First, in Figure 3 (a copy of which is attached as **Exhibit 9**), the sample loaded into lane 2, which is derived from blood collected from patients prior to the daily CsA administration has no detectable level of mRNA.  Further, it is only after a six hour incubation can one observe a faint TF mRNA band, as indicated in lane 3.  Notably, the sample collected from a patient after CsA administration and incubated for 6 hours shows no reduction in band intensity as shown in lane 6.  It is only when the sample is incubated with LPS for 6 hours, can a prominent band be observed in lane 4, indicating an increase in TF mRNA transcription.  These results are consistent with previously discussed references showing that the administration of CsA prevented the induction of TF mRNA by LPS as is indicated by the faint band in lane 7. Therefore, Figure 3 of Holschermann et al. show that CsA cannot reduce existing TF

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 43 of 113  of Second Declaration of Dr. Inder Verma*

transcription, though it appears to prevent activation of TF, a result entirely consistent with the literature discussed in paragraph 12.

56.     Further, I have compared these TF mRNA transcription results with those presented in Figure 4 and I disagree with the interpretation of the data as set forth in the July 6, 2007 Final Office Action.  First, the samples depicted in the "prior to" panel cannot correlate with a sample "prepared from blood mononuclear cells freshly isolated from transplant recipients before....CsA administration" (Figure 4, legend).  If this were correct, Figure 3, lane 2, would depict the presence of TF mRNA, but it does not.  The lack of activated TF mRNA, which is purported to be regulated by NF-κB, in samples obtained from patients prior to CsA administration indicates there is no activated NF-κB.  The only conclusion that could correlate the results in Figure 3 to Figure 4 is that the samples obtained prior to CsA administration were incubated for 6 hours in the presence of LPS to stimulate NF-κB activity.  In fact, in the legend for Table 2, such a step is described: "Mononuclear cell were isolated from peripheral blood samples of heart transplant recipients before and 4 hours after CsA administration, respectively, and assayed for TF activity after 6 hours of incubation with LPS" (page 4235).  I therefore conclude that the only interpretation that can reconcile intense NF-κB band observed in the "prior to" sample in Figure 4 with the results shown in Figure 3 is that the samples underwent the 6 hour incubation with LPS.  Otherwise, the disconnect between the lack of TF transcription (Figure 3, lane 2) compared to intense NF-κB bands observed in the "prior to" samples in Figure 4 still exists.  Since NF-κB has been shown to activate transcription of TF, the only reasonable explanation is the one provided above.  Consequently, not only did Holschermann et al. not carry out the therapy protocols set forth in the prior art, but the data obtained by Holschermann et al. does not demonstrate that CsA reduced induced NF-κB activity.

ARI 84740

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 44 of 113 of Second Declaration of Dr. Inder Verma*

**Non-reproducibility of Experiments**

57.     I do not understand the prior art references, 1985 PDR, Griffith et al. I and Griffith et al.

II to provide enough detail to enable one skill in the art to repeat their studies and arrive at the

same results. The 1985 PDR provides dosage and administration instructions for the use of

cyclosporine A.    I understand as one skilled in the art that if I practice the method described in

the 1985 PDR, I will observe a number of non-responsive patients or patients who exhibit

adverse reactions (see table, page 1812).  Therefore, the inherent variability in patient response

to CsA renders it impossible for one to repeat the studies described in the prior art and obtain the

same results.  The 1985 PDR notes that "several study centers have found blood monitoring of

cyclosporine useful in patient management" (page 1813, second column) and Griffith et al. II

emphasizes this point, noting "the principal message is the lack of correlation between the dose

of cyclosporine and the whole-blood level.  Monitoring of the blood level in necessary to ensure

that the administered dose provides a significant level of circulating cyclosporine" (page 954,

first column).  Thus, the lack of availability of the patient populations used in prior studies as

well as the inherent variability in patients' responses to CsA would not enable one to practice the

1985 PDR, Griffith et al. I and Griffith et al. II studies and arrive at the same result.

58.     Further, I have read the Examiner's comments in the July 6, 2007 Final Office Action

pertaining to the experiments described by Holschermann et al., Griffith et al. I and Griffith et al.

II and I respectfully disagree on numerous points as summarized in the table below.

| Examiner   Statement   (Rejection Summary-page(s) 54-57 of July 6, 2007 Final Office Action) | |
|---|---|
| PDR (1985), Griffith I and Griffith II teach cyclosporine A (CsA) administration of cells, which is shown from the teaching of | Discussed above |

ARI 84741

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 45 of 113 of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| Holschermann, inherently reduces NF-κB activity and thus would inhibit expression of genes whose transcription is regulated by NF-κB activity. | |
| The inhibition is done by reducing binding of NF-B to NF-B recognition sites, which also decreases the level of NF-κB not bound in a NF-κB-IκB complex, inhibiting the passage of NF-κB into the nucleus of cells, inhibiting modification of an IκB protein, and inhibiting degradation of an IκB protein. | I do not find any of the prior art references or Holschermann et al. to describe any of the referenced requirements of the NF-κB not that CsA interferes at any of such segments to reduce <u>induced</u> NF-κB activity. |
| The PDR 1985, Griffith I and Griffith II references all teach the in vivo administration of CsA to cardiac transplant patients. | Discussed above |
| PDR 1985 teaches that CsA should be administered before and after surgery for 1-2 weeks at a dose of about 15 mg/kg/d, followed by a decrease of 5% per week to a final level of 5-10 mg/kg/day. | Discussed above |
| When monitoring whole blood levels, a 24 hour trough value of 250-800 ng/ml CsA appeared to minimize side effects and rejection effects. | The full citation in the 1985 PDR recites "While no fixed relationships have yet been established, 24 hour trough values of 250-800ng/ml (whole blood, RIA) or 50-300ng/ml (plasma, RIA) appear to minimize side effects and rejection events." (page 1813). I understand this to mean that by 1985 the optimal concentration of CsA in whole blood and plasma was still unclear and that monitoring of patients needed to occur to determine optimal concentrations. |
| Griffith I reports the administration of 5-10 mg/kg/d of CsA (average 8 mg/kg/d); while Griffith II reports the administration of 2-30 mg/kg/d ) to obtain a targeted blood level of CsA of about 1000ng/ml. | Griffith et al. I do not disclose monitoring blood levels of CsA to obtain a target level of 1000ng/ml. The necessity of monitoring blood levels of CsA was disclosed in Griffith et al. II. Further, Griffith et al. II acknowledged that "It has been noted that an individual recipient's requirements for the drug vary after transplantation and that frequent incremental and decremental adjustments in the oral dose are necessary to achieve target level." (page 954, second column). |
| Holschermann provides extrinsic evidence that the PDR 1985, Griffith I, and Griffith | Discussed above |

ARI 84742

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 46 of 113 of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| II references inherently anticipate the subject claims. | |
| Holschermann essentially repeated the tests disclosed in the Griffith I and II references by administering 3.4 ± 0.3 mg/kg/day CsA to cardiac transplant patients, resulting in blood levels of 681 ± 176 ng/ml. | Holschermann et al. did not "essentially repeat" the tests disclosed in the Griffith et al. I and II references. As summarized in Exhibit 8 and in paragraphs 52-53, critical differences exist between what Holschermann et al. did and what is described in the 1985 PDR, Griffith et al. I and II. |
| PBM cells were isolated from the blood of the patients before and after CsA therapy, and nuclear extracts from the cells were prepared. | Holschermann et al. note that "Measurement of the corresponding CsA plasma concentration in each blood sample revealed an increase of CsA blood levels from 233 ng/ml...before daily CsA administration to 691 ng/ml...in samples after daily CsA administration..." (page 4234, second column).  I understand the presence of CsA in the plasma prior to the administration of CsA to be equivalent to "pretreatment" and therefore the patients in the Holschermann et al. study, at the time of evaluation, were being pretreated with CsA. |
| Holschermann then conducted an EMSA assay using nuclear extracts. (see figure 4) which is the same assay format taught by the '516 patent for determining whether compounds (i) reduce NF-κB activity and (ii) reduce binding of NF-κB to NF-κB recognition sites.  See '516 patent, Col. 18, 1.52 – Col. 20, 1.25 | I do not understand Holschermann et al. to describe experiments demonstrating reducing NF-κB activity and reducing binding of NF-κB to NF-κB binding sites. As discussed above, Holschermann et al. demonstrate the inhibition of NF-κB activation. |
| Holschermann confirms that administering CsA to cardiac patients as taught by the prior art PDR 1985 and Griffith I and II references necessarily inherently reduces NF-κB activity (and binding of NF-κB to NF-κB recognition sites): In cells obtained from transplant recipients during low baseline CsA blood levels (before CsA administration), strong NF-κB binding activity was detected (Fig. 4), whereas cells separated from blood in the presence of high CsA concentrations exhibited decisively reduced NF-κB binding activity.  Specifically of the binding reaction was shown by the competition with unlabeled | Figure 4 of Holschermann et al. cannot depict NF-κB levels in blood isolated from patients immediately prior to and following CsA administration.  The levels of NF-κB depicted in Figure 4 do not comport with the TF mRNA levels depicted in Figure 3.  In blood isolated from patients prior to their daily CsA dosage, there was no TF mRNA observed (see Fig. 3, lane 2).  Only after a 6 hour incubation with LPS (Fig. 3, lane 4), could levels of TF mRNA be observed that would be consistent with the amount of NF-κB levels observed in Figure 4.  Therefore, it is not accurate to state that Holschermann et al. depicts CsA reducing |

ARI 84743

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 47 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| consensus oligonucleotides. Id. At 4236 | NF-κB activity. See also my discussion in paragraphs 51-56 above. |
| Holschermann also showed that the administration of CsA to these patients as taught in the prior art PDR 1985 and Griffith I and II references reduced Tissue Factor (TF) gene transcription, which is recognized as being regulated by NF-κB: "Indeed, the marked activation of the NF-κB transcription factor, which is known to play a major role in the regulation of the TF gene, was prevented in the presence of high CsA blood concentrations." Id at 4237 | The data presented in Figure 3 of Holschermann et al. does not depict the reduction of TF mRNA after administration of CsA. A TF mRNA transcript is observed <u>only</u> after the sample isolated from patients has been incubated for 6 hours regardless of whether the sample was obtained prior to or after CsA administration (Fig. 3, lanes 3 and 4). The sample in Lane 2 does not show any TF mRNA. Further, the blood sample taken after CsA treatment and allowed to incubate for 6 hours show no difference from the sample obtained prior to CsA treatment and processed under the sample conditions (Fig. 3, lanes 3 and 6). Finally, only the samples obtained after CsA treatment <u>and</u> incubated with LPS show any difference, which difference is the reduction in TF mRNA due to CsA preventing activation of TF. |
| Thus, CsA, as administered in PDR 1985 and Griffith I and II: -inhibited expression of a gene whose transcription is regulated by NF-κB (instant claims 1 and 2 and their dependent claims); -diminished NF-κB-mediated intracellular signaling (clm 6 and dependent claims); and –reduced NF-κB mediated effects of external influences (claims 7 and 8 and dependent claims). | It is an inaccurate statement on multiple grounds as I explained above in paragraphs 51-56. |
| Since CsA was shown to reduce binding of NF-κB in an EMSA assay which measures binding of NF-κB to NF-κB recognition sites, Holschermann confirms that the prior art administration of CsA to cardiac patients reduces NF-κB activity by "reducing binding of NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB" (e.g. claims 25, 36 and 58). | Claims 25, 36 and 58 are not under review. |
| Additionally, because unbound NF-κB translocates to the nucleus, the reduced binding activity in the nucleus of cells reflected in Holschermann means that CsA, as administered in PDR 1985 and Griffith I | Claims 20, 21, 32, 53 and 54 are not under review. |

ARI 84744

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 48 of 113 of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| and II, necessarily reduced NF-κB activity by: A. "decreasing the level of NF-κB not bound in any NF-κB-IκB complex" (e.g. claims 20, 31 and 53; and B. "inhibiting the passage of NF-κB into the nucleus of cells (e.g. claims 21, 32 and 54). | |
| Furthermore, as Holschermann indicates, CsA is recognized as being able to "abolish the inducible phosphorylation and degradation of the cytoplasmic inhibitor protein IκB." Id. At 4237 (citing Alkalay). | I understand Alkalay et al., the reference cited by Holschermann et al. to describe the pretreatment of Jurkat cells to prevent IκB modification. As Alkalay states "Cyclosporin A (CsA)…was used at a concentration of 400ng/ml for 30 min prior to cell stimulation." (page 1295, first column). Therefore, like all previous studies, cells were pretreated with CsA, thus preventing activation of NF-κB rather than reducing induced NF-κB as is required by the claims. |
| Holschermann confirms that this effect on degradation of IκB is the mechanism by which CsA reduced NF-κB in these cardiac patients. | Holschermann et al. provide no evidence that IκB is degraded and does not confirm that "degradation of IκB is the mechanism by which CsA reduced NF-κB activity." As such, the art shows CsA cannot reduce induced NF-κB as claimed by the claims under review. |
| Thus, Cyclosporin A when administered to humans as in the PDR 1985 and Griffith I and II references reduces NF-κB activity by: A. "inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB" (e.g. claims 22 and 33); and B. "inhibiting degradation of an I-κB protein" (e.g. claims 23 and 34). | It is inaccurate to state "thus" cyclosporine when administered as in the PDR 1985 and Griffith et al. I and II references reduces NF-κB activity by any of the mechanisms described. Holschermann et al. cannot comport the results obtained in Figure 3 to those obtained in Figure 4 therefore I do not understand Holschermann et al. to support the idea that CsA has effect on NF-κB activity. Further, Holschermann et al. do not describe any experiment wherein the mechanism of inhibition is tested and therefore cannot explain what necessarily occurred in the prior art references. |
| Finally, as demonstrated by Holschermann, the PDR 1985 and Griffith I and II reference CsA administration to human patients reduced NF-κB activity in those patients' peripheral blood mononuclear cells (PBM's comprised of lymphocytes and monocytes) which anticipates: 1) | Claims 1, 2, 5, 26-27, 29, 37-38, 40, 61-62 are not under review. |

ARI 84745

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 49 of 113 of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| eukaryotic cells (claims 1-2, 5 and 9); 2) mammalian cells (claims 26, 37, 70, 82 and 94); 3) human cells (claims 27, 38, 71, 84 and 95); 4) immune cells (claims 61 and 72); and 5) lymphocyte cells (claims 29, 40, 62, 73 and 97). | |
| It is noted that the dosage and blood levels of CsA shown by Holschermann to reduce NF-κB activity is slightly lower than the dosages and blood levels of CsA taught in the PDR 1985, Griffith I and II references. | Griffith et al. II note that "the average dose of 8 mg/kg/day [CsA] resulted in a blood level of 1,089 ng/ml" (page 953, first column). It is not clear to me whether the administration of 3.4 mg/kg/d of CsA as taught by Holschermann et al. would be sufficient to reach the critical 1000ng/ml blood serum concentration of CsA as suggested by Griffith et al. II in every patient. |
| Accordingly, an even greater reduction in NF-κB activity would result from the prior art administration of CsA to patients as described these references than shown in Holschermann. | There is no indication that "an even greater reduction in NF-κB activity would result from the prior art administration of CsA" for the reasons explained above. |
| Moreover, regardless whether the effect of CsA in reducing NF-κB activity and resulting monocyte TF activation is direct (by directly affecting monocytes) or indirect (by interfering with stimulatory lymphocytes), Holschermann shows that CsA, as administered in the prior art references reduces NF-κB activity and resulting TF gene expression. | Discussed above |
| Thus its administration of cardiac transplant patients as taught in PDR 1985, Griffith I and II anticipates at least claims 1-2, 6, 8-9, 20-27, 29, 31-38, 40, 64-73, 75-80, 82, 84, 86 and 88-97 of the '516 patent, as set forth in more detail in Exhibit H-1 of the 90/007,503 Request (incorporated by reference). | Claims 1-2, 20-27, 29, 31-38, 40, and 86 are not under review. Claim 6 and claims dependent thereon are correctly characterized to require diminishing induced NF-κB mediated intracellular signaling |

| | |
|---|---|
| **Examiner Statement (Examiner Response-page(s) 63 of July 6, 2007 Final Office Action)** | |
| Upon viewing the original Holschermann document, even in black and white, the Examiner was able to visualize in Fig. 3 discernable bands representative of Lane 2 | I disagree that Lane 2 in Figure 3 depicts any discernable TF mRNA. Lane 3 does not depict "more pure sample" as the Examiner has stated, but rather samples |

ARI 84746

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 50 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| (*ex vivo* unpurified) and particularly Lane 3 (more pure sample), both of which represent the presence of TF mRNA in the *ex-vivo* blood samples. | that have been incubated for 6 hours. It is only when the sample has been <u>incubated</u> for 6 hours in the presence of LPS that a strong TF mRNA signal can be observed. |

| **Examiner Statement (Examiner Response-page(s) 63 of July 6, 2007 Final Office Action)** | |
|---|---|
| Thus, contrary to patentee's argument, the presence of NF-κB in human transplant patient's PBM's shown in the EMSA assay Fug. 4 Lanes 1-3 <u>correlates with</u> the moderate TF mRNA expression in the same transplant patient as indicated in the Fig. 3 assay. | I respectfully disagree with the Examiner's conclusion that the results in Figure 3 comport with those in Figure 4 for the reasons stated above in paragraphs 53-54. Further, Holschermann et al. do not state that the "same transplant patient" was used for the experiments shown in Figures 3 and 4. |

| **Examiner Statement (Rejection Summary –page(s) 66-68 of July 6, 2007 Final Office Action)** | |
|---|---|
| Reed teaches cyclosporine A (CsA) administration of cells, which, as is shown in Brini, inherently reduces NF-κB activity and thus would inhibit expression of genes whose transcription is regulated by NF-κB activity. | Reed et al. do not teach the administration of CsA to cells inherently reduces NF-κB activity. Reed et al. administer CsA "20 to 30 min before other reagents" (page 150, second column). Thus there was no induced NF-κB activity to be reduced. The CsA could, therefore, have only inhibited the activation of NF-κB by the subsequently administered agents. |
| The inhibition is done by reducing binding of NF-κB to NF-κB recognition sites, which also decreases the level of NF-κB not bound in a NF-κB-IκB complex, inhibiting the passage of NF-κB into the nucleus of cells, inhibiting modification of an IκB protein, and inhibiting degradation of an IκB protein. | It is an inaccurate statement on multiple grounds as I explained above in paragraphs 51-56. |
| The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. | Claims 1, 2, 5 and 26 are not under review. |
| For example, NF-κB activity can be effected by diminishing induced NF-κB | Claims 5, 7 and 20 are not under review. |

ARI 84747

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 51 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB-IκB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claim 5) in a eukaryotic cell. | Claims under review recite what they recite. Claim 6 and claims dependent thereon are correctly characterized to require diminishing induced NF-κB mediated intracellular signaling |
| The in vivo effect of CsA in reducing NF-κB activity in human PBM cells is confirmed by tests using CsA in human PBM cell cultures. | I do not understand which reference the Examiner is referring to in this statement. |
| For example, Reed taught the prior art use of CsA in human PBM cell cultures that had been induced with phytohaemagutinin (PHA). | Reed et al. teach pre-treatment of PBMC with PHA-P 20 to 30 minutes prior to stimulation (page 150, second column). |
| In particular, Reed teaches that CsA (1ug/ml) significantly reduced PHA induced IL-2 R alpha gene transcription (Figs. 1 and 2) and Tac antigen surface expression (Fig. 3b) in human PBM cells. | Reed et al. do not teach that CsA significantly reduced PHA induced IL-2 R alpha gene transcription and Tac antigen surface expression. Reed et al. disclose that "CsA blocked the PHA-mediated induction of IL-2 responsivity in PBMC cultures.." (page 152). Reed et al. further state on page 153, "CsA fails to suppress IL-2 induced proliferation in long-term cultures of activated T-cells." Reed et al. also do not teach reduction of PHA-induced IL-2 R alpha gene transcription and Tac antigen surface expression since Reed et al. do not induce cell cultures prior to the administration of CsA. |
| Reed also found that CsA reduced IL-2 gene transcription: "1ug/ml CsA and $10^{-4}$ M DEX completely blocked the PHA-induced accumulation of mRNA for IL 2 (Fig. 2). Id at 151 | Reed et al. do not demonstrate a reduction in IL-2 gene transcription. As Reed et al. state, "CsA...completely blocked the PHA-induced accumulation of mRNA for IL-2." (emphasis added, page 152, first column) |
| Several years later, Brini also looked at the effect of Cyclosporin A on IL-2 Receptor-α production and Tac antigen surface expression and confirmed Reed's results: These results are in accordance with Reed et al., who found that CsA inhibits Tac induction in mitogen-activated PBMC. The CsA-mediated reduction in Tac antigen expression of T-cells was reflected by a decrease in the steady state mRNA levels of the IL-2Rα chain (Figure 2). Brini at 137 (citations omitted). | Brini et al., like Reed et al., administered CsA 30 min prior to stimulation (see Brini et al., page 132, second column; see Reed et al., page 150, second column). Therefore, Brini et al. and Reed et al. both demonstrate preventing or inhibiting activation of NF-κB. |
| Brini then went on, however, to show that | Brini et al. do not disclose a reduction of |

ARI 84748

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 52 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| CsA, as administered in the prior art, reduced binding of NF-κB to NF-κB recognition sites for more than one NF-κB mediated gene: CsA reduced the PHA-induced binding of transacting factors from T- cells and κB-like sequences which are present in the IL-2Rα gene and in the HIV-1 LTR (Figures 3 and 4). Brini at 137. | NF-κB binding to recognition sites for more than one NF-κB mediated gene. Brini et al. do not demonstrate that binding occurred prior to administration of CsA since Brini et al. always incubated the cells with CsA at least 30 minutes prior to stimulation (see page 132, second column).

Further, the use of κB-like sequences found in the IL-2Rα gene and in the HIV-1 LTR to not comprise a gene and therefore I do not understand these elements to be NF-κB-mediated genes. |
| Notably, Brini assessed NF-κB activity in an EMSA (Fig. 5) using the same HIV-1 LTR site as used by the instant '516 patent to assess NF-κB activity and binding. | Brini et al. use the "HIV-LTR enhancer element" (page 132, second column), not the HIV-1 LTR. |
| As such Brini concluded that CsA regulated IL-2Rα gene expression by reducing activation of NF-κB: taken together, these results suggest that one of the effects of CsA in the regulation of the IL-2Rα chain expression in human peripheral T lymphocytes is on the activation of sequence specific DNA-binding proteins which recognize sequences containing the NF-κB binding site. Brini at 137. | Brini et al. do not disclose reducing induced NF-κB activity. Brini et al. note that "when CsA was added directly to activated T-cell we did not find any interference with the binding detected by gel mobility shift assay.." (emphasis added, page 137, first column). |
| Using the same inducer, the same immune cells, and the same concentration of CsA as in Reed, Brini showed that CsA reduced NF-κB activity and NF-κB-medicated IL-2 Receptor-α gene expression in PBM cells. | Brini et al. do not show any reduction in NF-κB activity mediated by CsA since the cells were not induced prior to CsA administration. |
| In this respect, the instant '516 patent confirms that the IL-2 receptor alpha (IL-2Rα) gene is regulated by PHA-induced NF-κB activity in T-cells. Col. 17, lines 21-24 ("NF-κB is induced in T-cells by a trans-activator (tax) of HTLV-1 or by PMA/PHA treatment and thereby activates the IL-2 receptor alpha gene and possibly the IL-2 gene."). | Unlike the '516 patent, Brini et al. and Reed et al. either pre-treat cells with CsA prior to stimulation or administer CsA concurrently with the agent purported to induce NF-κB activity. The claims under review from the '516 patent, specifically claim 6 and claims dependent thereon require diminishing induced NF-κB activity. |
| Thus, Brini and the related human T-cell culture studies discussed below confirm that CsA necessarily and inherently reduced NF-κB activity and resulting gene | Brini et al. and the related cell culture studies do not teach that CsA necessarily and inherently reduced NF-κB activity and resulting gene expression in PBM cell |

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 53 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| expression in PBM cell cultures as taught in Reed, thus anticipating at least claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, and 93-97. | cultures as taught by Reed et al. since none of these references can demonstrate that the cells were induced prior to CsA administration.   The cells were always either pretreated with CsA prior to addition of the stimulus purported in induce NF-κB or treated with CsA and the purported stimulus at the same time. |

| **Examiner Statement (Rejection Summary-page(s) 74-75 of July 6, 2007 Final Office Action)** | |
|---|---|
| Kronke, or Siebenlist teach cyclosporine A (CsA) administration of cells, which, as is shown from the teachings of Schmidt and Emmel, inherently reduces NF-κB activity. | Kronke et al., Siebenlist et al., Schmidt et al. and Emmel et al. all fail to demonstrate that the cells in their respective experiments were induced prior to CsA treatment and therefore cannot teach that CsA administration of cells inherently reduces <u>induced</u> NF-κB activity. |
| The inhibition is done by reducing binding of NF-κB to NF-κB recognition sites, which also decrease the level of NF-κB not bound in a NF-κB-IκB complex, inhibiting the passage of NF-κB into the nucleus of cells, inhibiting modification of an IκB protein, and inhibiting degradation of an IκB protein. | I do not find any of the prior art references or Kronke et al. or Siebenlist et al. to describe any of the referenced segments of the NF-κB pathway nor that CsA interferes at any of such segments to reduce <u>induced</u> NF-κB activity. |
| The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. | Claims 1, 2, 5 and 26 are not under review. |
| For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB – IκB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claim 5) in a eukaryotic cell. | Claims 5 and 20 are not under review.  The claims under review recite what they recite. Claim 6 and claims dependent thereon are correctly characterized to require diminishing induced NF-κB mediated intracellular signaling |
| The effect of CsA on reduction of NF-κB activity as administered in the prior art is also confirmed by tests involving the use of CsA in human T-cell (Jurkat) cultures including two prior art references, Kronke and Siebenlist. | Kronke et al. disclose "cloned leukemic T cells....induced with PHA..and PMA...for 6 hr <u>in the presence</u> or absence <u>of CsA</u>" (page 5215, second column). Siebenlist et al. teach "...a 2.5- and 4.5-h stimulation were done also <u>in the presence of CsA..</u>" |

ARI 84750

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 54 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| | (Figure 2, legend). Therefore, neither Kronke et al. nor Siebenlist et al. disclose reducing induced NF-κB activity. |
| Using the same inducers, the same human immune cells, and the same concentration of CsA taught in Kronke and Siebenlist, Schmidt and Emmel provide confirming extrinsic evidence that the use of CsA in Jurkat cells reduced NF-κB activity. | Kronke et al. disclose "cloned leukemic T cells....induced with PHA..and PMA...for 6 hr in the presence or absence of CsA" (page 5215, second column). Siebenlist et al. teach "...a 2.5- and 4.5-h stimulation were done also in the presence of CsA.." (Figure 2, legend). Therefore, neither Kronke et al. nor Siebenlist et al. disclose reducing induced NF-κB activity.<br><br>Likewise, as discussed above, neither Schmidt et al. nor Emmel et al. teach reducing induced NF-κB activity since neither Schmidt et al. nor Emmel et al. administer CsA after stimulation. |
| Thus, CsA is clearly recognized to have necessarily and inherently reduced NF-κB activity and resulting gene expression in those cells as called for by the instant claims. | It is inaccurate to state "thus, CsA is clearly recognized to have necessarily and inherently reduced NF-κB activity and resulting gene expression" since no reference either in the prior or post art demonstrated that the cells were induced prior to the administration of CsA. Hence there would be no NF-κB activity to be reduced. |
| Kronke and Siebenlist each disclosed the use of phytohaemaglutinin (PHA: 1ug/ml) and PMA (50ng/ml) to induce human T-cells (Jurkat cells). | Though both Kronke et al. and Siebenlist et al. disclose the use of PHA and PMA in their experiments, they do not teach the use of CsA to reduce PHA/PMA induced NF-κB activity. |
| Both references report that IL-2 (also known as "TCGF") gene transcription and/or expression was increased with administration of the NF-κB inducers phytohaemaglutinin (PHA) and phorbol 12-myristate-13-acetate (PMA), and that such induced IL-2 expression was reduced by CsA: The results of our study demonstrate that TCGF [IL-2] mRNA accumulation in induced Jurkat cells is diminished by CsA in a dose-dependent manner and that CsA acted by blocking TCGF mRNA transcription.  Kronke at page 5217. | Kronke et al. and Siebenlist et al. do not report "such induced IL-2 expression was reduced by CsA." Kronke et al. state "1-hr preincubation, of concurrent administration of CsA resulting in almost complete inhibition of TCGF mRNA production. When added 4 hr after induction, CsA did not alter TCGF mRNA levels." (At page 5216, second column).  Siebenlist et al. disclose "...the addition of CsA...completely prevented the formation of hypersensitive site III when added just 30 min before the addition of PHA and PMA (data not shown); under these |

ARI 84751

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 55 of 113 of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| | conditions, no IL-2 message was observed." (page 3045, first column). Thus neither Kronke et al. nor Siebenlist et al. disclose reduction of induced IL-2 expression since both pretreated with CsA. |
| CsA at 1 ug/ml ... prevented IL-2 message induction. Siebenlist at page 3044, Fig. 2 | Siebenlist et al. fully state "In the case of the Jurkat cells, a 2.5-and 4.5-h stimulation were done also in the presence of CsA at 1ug/ml (see text), which prevented IL-2 message induction" (page 3044, Fig.2). Siebenlist et al. teach that concurrent administration of CsA with the agent purported to induce NF-κB prevents or inhibits activation of NF-κB activity. |
| Using the same conditions and the same EMSA and CAT reporter assay formats as described in the instant '516 patent, the Schmidt reference clearly demonstrates that CsA as utilized in the Kronke and Siebenlist references reduced NF-κB activity in Jurkat cell cultures. | Kronke et al. administer CsA "either simultaneously with inducing agents or 1 to 4 hr prior to induction." (see Table 1, legend). Likewise, Siebenlist et al. conducted stimulation "in the presence of CsA" (see Figure 2, legend). Therefore, neither Kronke et al. nor Siebenlist et al. disclose "reduced NF-κB activity in Jurkat cell cultures" as alleged by the Examiner. |
| Schmidt reported, however, that there were inducers of NF-κB, which had different mechanisms of induction than PHA-induction, for which CsA had no effect. Specifically, Schmidt found that phorbol 12-myristate-13-acetate (PMA)-mediated induction of NF-κB activity was not affected by CsA. | Schmidt et al. report the differential effects of PMA and PHA on NFAT-1, not NF-κB activation. Specifically, Schmidt et al. disclose "...we have observed good activation of NFAT-1 with PHA alone but not with PMA alone (data not shown). Therefore the complete suppression of NFAT-1 in the presence of both PHA and PMA is consistent with the notion that CsA interferes with some necessary action(s) initiated by PHA but not with those initiated by PMA." (page 4038, first column). |
| The NF-κB CAT reporter assay confirmed this data, as depicted in Figure 4 ("inhibited the PHA-derived activation signal but not the PMA signal." Id. At 4039). | Schmidt et al. describe the use of HIV enhancer (κB-binding sites) in the CAT reporter assay depicted in Figure 4. Schmidt et al. do not equate the HIV enhancer with NF-κB. |
| Similarly, Emmel describes the effect of 1ug/ml of CsA on NF-κB activity in Jurkat cells that had been induced with both PHA and PMA. | Emmel et al. do not describe "induced" cells. Emmel et al. state "cells were stimulated for 8 hours with PHA...and PMA...with and without CsA." (Figure 1, legend). Therefore the cells were not |

ARI 84752

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 56 of 113  of Second Declaration of Dr. Inder Verma*

|  | induced prior to CsA administration. |
|---|---|
| As shown in Figure 1, 1ug/ml CsA (among other concentrations), reduced NF-κB activity ("NF-κB binding was reduced 10-20% in nuclear extracts of CsA-treated cells.". Emmel at 1618). | Figure 1 depicts <u>inhibition</u> of NF-κB activation resulting from the simultaneous treatment of cells with CsA and PHA/PMA. |
| Furthermore, a CAT assay confirmed these results, as shown in Figure 2d (Emmel at 1618) which demonstrates that CsA significantly reduced NF-κB activity at the same 1ug/ml concentration taught in Kronke and Sibenlist, as shown by the reduced expression of the NF-κB regulated CAT gene in those cells. | Emmel et al. provide no evidence showing that in Emmel et al.'s experiments a reduction in NF-κB activity was responsible for inhibiting the expression of any gene.   Emmel et al.'s experiments showing prevention of activation of NF-κB (represented in Figure 1) are different from the experiments purporting to show inhibition of gene expression (represented in Figure 2).  It is, therefore, incorrect for the Examiner to state that Emmel et al. "confirmed" CsA reduced NF-κB binding activity.<br><br>Further, I do not understand the CAT gene to be regulated by NF-κB.  The CAT gene is a bacterially derived gene and therefore is not endogenously regulated by NF-κB. |
| Thus, as discussed above, and in the Dr. Manolagas Declaration (Exhibit J: ¶¶ 25-32 of 90/007,503 request: incorporated by reference), Schmidt and Emmel confirm that Kronke and Siebenlist, which disclose the inhibitory effect of CsA on NF-κB activity in Jurkat cell cultures, anticipate claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, and 93-97 of the '516 patent (and as shown in Exhibit H-3 of 90/007,503 request: incorporated by reference.) | The Examiner acknowledges that CsA has an <u>inhibitory</u> effect on NF-κB activity consistent with the prior and post art which recites either a pretreatment of cells with CsA or concurrent administration of CsA with purported inducers.   No reference discloses <u>reducing induced</u> NF-κB.<br><br>Claims 1, 2, 5, 7, 20-21, 29, 31-32, 36-38, 40, 53-54 and 58-62 are not under review. Claims under review recite what they recite.<br><br>As discussed in paragraph 12 above, Schmidt et al. and other have shown that CsA cannot reduce induced NF-κB activity. |
| The Siebenlist reference teaching of PHA and PMA stimulation done in the "presence of" CsA reads (chronologically) on addition of CsA either during or separately adding after PMA and PHA addition. | I do not understand what the Examiner means by "on addition of CsA either during or separately adding after PMA and PHA addition."   I understand the protocol described in Siebenlist et al. in the legend |

ARI 84753

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 57 of 113  of Second Declaration of Dr. Inder Verma*

|  | of Figure 2 to mean that stimulation with PHA and PMA was "done in the presence of CsA" meaning that the cells were treated with all three reagents at the same time. |
| --- | --- |

## IV. PROTEIN KINASE C INHIBITORS

### A.    Express Anticipation Rejection based on Meichle et al. 1990 and Shirakawa et al. 1989

59.    I have read the Examiner's comments in the July 6, 2007 Office Action pertaining to the article by Meichle et al. The Journal of Biological Chemistry (1990) 265(14):8339-8343 and Shirakawa et al. Molecular and Cellular Biology (1989) 9(6):2424-2430 and I respectfully disagree on numerous points summarized in the table below.

| Examiner Statement (Rejection Summary-page(s) 25-26 of July 6, 2007 Final Office Action) |  |
| --- | --- |
| Meichle teaches the reduction of NF-κB activity in induced cells using agents that inhibit protein kinase C. | Meichle et al. do not teach the reduction of NF-κB activity in induced cells using agents that inhibit protein kinase C. Since Meichle et al. teach the administration of protein kinase inhibitors ">30 min before stimulation to allow equilibration and inhibition of enzymes" (page 8340, first column), there was no induced NF-κB activity to be reduced. The protein kinase inhibitors could, therefore, have only prevented or inhibited the activation of NF-κB by the subsequently administered agents |
| In addition, because Meichle used the HIV LTR in their experiments, this reference anticipates, or alternatively, makes obvious claims drawn to regulating expression of viral genes. | Meichle et al. use the "HIV-1 long terminal repeat enhancer sequence" (page 8340, first column), not the HIV LTR. |
| The instant claims are drawn to reducing NF-κB activity in eukaryotic, e.g. claims 1 | Claims 1, 2 and 11 are not under review. |

ARI 84754

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 58 of 113 of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| or 2, or mammalian cells (e.g. claim 11) to effect inhibited expression of a gene under transcriptional control of NF-κB. | |
| For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit associated gene (viral gene such as HIV: claims 1-4) expression of a cytokine protein (claim 5) in a eukaryotic cell. | Claims 1-5 and 7 are not under review.<br><br>The claims under review recite what they recite. Claim 6 and claims dependent thereon are correctly characterized to require diminishing induced NF-κB mediated intracellular signaling |
| Meichle analyzed various Protein Kinase C inhibitors and their effect on both PMA-(phorbol 12-myristate-13-acetate) and TNF-(tumor necrosis factor) induced NF-κB activity in eukaryotic Jurkat cells. | Meichle et al. analyzed the ability of various protein kinase inhibitors to <u>prevent activation</u> of NF-κB, not *reduce induced* activity. For example, Meichle et al. state "H7 in a dose-dependent manner reduced both TNF and PMA-induced PK-C <u>activation</u> in Jurkat cells…" (page 8341, first column). |
| Using an EMSA binding assay similar to that disclosed in the '516 patent, Meichle found that Protein Kinase C Inhibitor H8 reduced PMA-induced NF-κB activity in these cells (Fig. 3, lane 7). | It is inaccurate to state that Meichle et al. demonstrated that H8 "reduced PMA-induced NF-κB activity." The legend of Figure 3 clearly states that "Jurkat cells were <u>preincubated for 30 min with protein kinase inhibitors H7 … and H8… or a combination of H7 and H8 []. Cells were then stimulated for 20 min with TNF … or PMA …</u>" (page 8342). The cells were not induced prior to the administration of the purported inhibitors since Meichle et al. stated that they were "preincubated" with inhibitors |
| Other inhibitors also were shown to reduce NF-κB activity, including Protein Kinase C Inhibitor H7 (Fig. 2B, lanes 3. vs. 5) and Staurosporine (Fig. 2B, lanes 6 and 7). | The legend of Figure 2 states that "prior to stimulation, cells were <u>preincubated</u> with H7 or staurosporine" (emphasis added, page 8341). This protocol would not allow for activation of NF-κB to occur and therefore this experiment does not demonstrate reduction of induced NF-κB activity. |
| Thus, Meichle teaches the use of Protein Kinase Inhibitor H8 (among others) to reduce NF-κB – mediated gene transcription by reducing NF-κB activity and reducing the binding of NF-κB to NF-κB binding sites. | It is inaccurate to state "Thus, Meichle et al. teach the use of Protein Kinase Inhibitor H8 (among others) to reduce NF-κB – mediated gene transcription by reducing NF-κB activity and reducing the binding of NF-κB to NF-κB binding sites." Meichle et al. do not demonstrate this since the |

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 59 of 113 of Second Declaration of Dr. Inder Verma*

| | protein kinase inhibitors were added to cells prior to the purported stimulus thereby preventing activation of NF-κB. |
|---|---|
| As such (and as shown in Exhibit G-2 of the 90/007,503 Request, hereby incorporated by reference) this reference expressly anticipates at least claims 1-2, 5-9, 20-21, 25-29, 31, 32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89 and 93-97. | Exhibit G-2 relied on in the July 6, 2007 Final Office Action does not demonstrate anticipation of claims 6, 8, 9 and claims dependent thereon. I note that same statement is listed next to each of the different claims: "reducing NF-κB activity in cells" states "...Protein Kinase C Inhibitor H8 reduced PMA-induced NF-κB activity in these cells (Fig. 3, lane 7). Other inhibitors also reduced NF-κB activity, including Protein Kinase C Inhibitor H7 (Fig. 2B, lanes 3 vs. 5) and Staurosporine (Fig. 2B, lanes 6 and 7)." Exhibit G-2 mischaracterized the Meichle et al. reference. Meichle et al. explicitly state "H7 <u>pretreatment</u> of Jurkat cells <u>impaired</u> NF-κB <u>activation</u> by PMA." (page 8341, first column). Likewise, Meichle et al. state "At 150nM, staurosporine blocked PMA- but not TNF-induced <u>activation</u> of NF-κB..." (page 8341, second column). Thus, Meichle et al. teach only preventing or inhibiting NF-κB activity, not reducing induced NF-κB activity. |
| Additionally, because Meichle used a genetic construct comprising HIV LTR and NF-κB binding site, Meichle rendered claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201 immediately envisaged (i.e. anticipated) or alternatively prima facie obvious in light of the fact that the HIV LTR promoter is responsible for regulating the expression of viral (HIV) genes. | Meichle et al. use the HIV LTR enhancer sequence, not the HIV LTR.<br><br>I do not understand what "NF-κB binding site" the Examiner is referring to. Meichle et al. recite the use of the HIV LTR enhancer sequence only (see page 8340, second column, "Electrophoretic Mobility Shift Assays"). |

| Examiner Statement (Examiner Response-page(s) 28 of July 6, 2007 Final Office Action) | |
|---|---|
| As taught by Meichle both TNF and PMA | I do not understand Meichle et al. to teach |

ARI 84756

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 60 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| stimulate NF-κB dependent viral (HIV-1) protein expression. See Meichle p. 8339, particularly 2nd column: "Release of NF-κB can be achieved by treating cells with phorbol esters, "; and p. 8340: "TNF, like PMA, strongly stimulated both HIV-1 and SV40 enhancer-driven chloramphenicol acetyltransferase gene expression in Jurkat cells." | that TNF and PMA stimulate viral protein expression as evidenced by the Examiner's citation. The experiments described only use the enhancer sequences from viral genes to drive expression of a bacterially-derived CAT reporter. |

| **Examiner Statement (Examiner Response-page(s) 29 of July 6, 2007 Final Office Action)** | |
|---|---|
| Accordingly, Meichle provides an enabled teaching of inhibiting NF-κB mediated viral (HIV or SV40) gene expression in induced human cells (Jurkat cells). | Meichle et al. do not teach the use of <u>induced</u> cells since the protein kinase inhibitors were always administered prior to the induction step. Further, I do not understand a cell that is transformed to express virally- and bacterially-derived components to be a human cell. |

| **Examiner Statement (Rejection Summary-page(s) 31-32 of July 6, 2007 Final Office Action)** | |
|---|---|
| Shirakawa teaches reduction of NF-κB activity in induced cells using agents that inhibit protein kinase C. | Shirakawa et al. recite first in the legend of Fig. 1 that "cells were in the presence... or absence... of ..H8 for 2h, washed, and then cultured with...IL-1 for 48 h" (page 2425). The legends of Table 1 and Figure 2 recite similar protocols. Therefore the administration of the protein kinase inhibitor prior to the induction step demonstrates prevention of activation, not reducing induced NF-κB activity. |
| The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1 or 2) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. | Claims 1, 2 and 26 are not under review. |
| For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit associated gene (claims 1-2) expression of a cytokine protein (claim 5) in a eukaryotic cell. | Claim 1-2, 5 and 7 are not under review.<br><br>The claims under review recite what they recite. Claim 6 and claims dependent thereon are correctly characterized to |

ARI 84757

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 61 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| | require diminishing induced NF-κB mediated intracellular signaling |
| Analogous to Meichle discussed supra, Shirikawa performed similar tests with Protein Kinase C Inhibitor H8 on eukaryotic cells that had been induced with interleukin 1 (IL-1). | As stated above, Shirakawa et al. do not demonstrate an induction step followed by an inhibition step. Shirakawa et al. first treat with the purported inhibitor and follows with the agent purported to induce NF-κB activity. |
| The authors first demonstrated that IL-1 acted to induce NF-κB activity in 70Z/3 cells as demonstrated by the EMSA binding and CAT reporter assays (p. 2425 Fig. 1; p. 2426 Fig. 2). | I do not understand the use of 70Z/3 cells in the experiments described to be relevant to certain claims under review. 70Z/3 cells are murine pre-B lymphocytes and the claims specifically require the use of "human" cells. |
| The EMSA binding and CAT reporter assays then confirmed that Protein Kinase Inhibitor H8 reduced NF-κB activity and reduced the resulting CAT gene expression. | It is not accurate to state that the EMSA binding and CAT reporter assays "confirmed" that H8 reduced NF-κB activity. The EMSA binding and CAT reporter assays do not have a prior induction step to demonstrate that NF-κB activity was induced before administration of the inhibitors. Therefore, these assays only demonstrate that H8 prevented activation of NF-κB. |
| More particularly, the treatment of cells with H8 using EMSA resulted in "[t]he induction by IL-1 was abolished..." (p. 2426, Fig. 2A, lane 5)"; and using CAT "IL-1 induced κ immunoglobulin expression was markedly inhibited..." (p. 2425). These results were confirmed in a different cell line ("as was the case in 70Z/3 cells, NF-κB activation was markedly inhibited by H8 in YT cells (Fig. 2B, lane 9). | I do not understand the use of murine pre-B lymphocytes (70Z/3 cells) to be relevant to certain claims under review. Claims 71, 84 and 95 specifically require the method be carried out on "human cells." |
| Thus, Shirikawa teaches the use of Protein Kinase Inhibitor H8 (among others) to reduce NF-κB – mediated gene transcription by reducing NF-κB activity and reducing the binding of NF-κB to NF-κB binding sites. | First, the use of the CAT reporter assay does not evaluate the ability of H8 and other kinase inhibitors to affect NF-κB-mediated gene transcription since the CAT gene, which is bacterially-derived, is not under the control of NF-κB endogenously. Further, as stated above, the pretreatment of cells with H8 and other inhibitors only prevents activation of NF-κB, not reduce induced NF-κB activity. |
| As such (and as shown in Exhibit G-2 of | Claims 1-2, 5, 7, 21-21, 25-29, 31, 32, 36- |

ARI 84758

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 62 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| the 90/007,503 Request herein incorporated by reference) this reference expressly anticipates at least claims 1-2, 5-9, 20-21, 25-29, 31, 32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89 and 93-97 | 40, 53-54, 58-62 and 81 are not under review.<br><br>The claims under review recite what they recite. Claim 6 and claims dependent thereon are correctly characterized to require diminishing induced NF-κB mediated intracellular signaling.<br><br>Exhibit G-2 relied on in the July 6, 2007 Final Office Action lists the following same statement next to each of claims 6, 8, 9 and claims dependent thereon: "The induction by IL-1 was abolished by treatment of cells with H8 (Fig. 2A, lane 5)." This statement reaffirms that Shirakawa et al. pretreat cells with protein kinase inhibitors to prevent or inhibit activation of NF-κB activity. Thus, even Exhibit G-2 acknowledged that Shirakawa et al. do not teach reducing induced NF-κB activity. |

| | |
|---|---|
| **Examiner    Statement    (Examiner Response-page(s) 33 of July 6, 2007 Final Office Action)** | |
| Further it is noted that the patentee has overlooked the Shirakawa teaching of the ability of protein kinase inhibitors, such as H-8, to reduce IL-1 induced NF-κB activity and *inhibit* protein expression *resulting* from NF-κB activation. See Shirakawa p. 2425, right column under "Results". | On page 2425, Shirakawa et al state "IL-induced κ immunoglobulin expression was markedly inhibited." However, these experiments, represented in Figure 1 and Table 1, state that cells were "incubated in the presence...or absence...of 10μM H8 for 2 h, washed, and then cultured with...or without..IL-1 for 48h" (Figure 1, legend) or "were incubated in the presence or absence of ..IL-1...with or without polymyxin B" (Table 1, legend) or "were incubated with...IL-1...in the presence or absence of polymyxin B...palmitoylcarnitine...or cholorpromazine.." (Table 1, legend).<br><br>Considering all cells were either pretreated with inhibitors or exposed to inhibitors concurrently with IL-1, this clearly means that protein kinase inhibitors might only |

ARI 84759

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 63 of 113  of Second Declaration of Dr. Inder Verma*

| | prevent activation of NF-κB, which is consistent with the entire Shirakawa et al. document and my understanding. |
|---|---|

60.     Claim 6 and the claims dependent thereon recite a "method for <u>diminishing induced</u> NF-κB-mediated intracellular signaling" (emphasis added). I understand the Examiner has alleged that Meichle et al. teach administration of protein kinase C inhibitors to reduce NF-κB activity. I find no such teaching Meichle et al. or Shirakawa et al. Meichle et al. administer protein kinase inhibitors prior to the administration of agent purported to activate NF-κB as described, e.g. on page 8340, first column, "protein kinase inhibitors were added >30 min before stimulation to allow equilibration and inhibition of the enzymes." Further, Meichle et al. state "H7 pretreatment of Jurkat cells impaired NFκB activation by PMA...In contrast, H7 did not inhibit NF-κB activation by TNF. The use of the protein kinase inhibitor staurosporine revealed similar results. At 150nM, staurosporine blocked PMA- but not TNF-induced activation of NF-κB..." (page 8341, first column). Inhibiting activation is a method different from diminishing induced NF-κB activity. Thus, Meichle et al. do not teach administration of protein kinase inhibitors to diminish induced NF-κB-mediated intracellular signaling as recited in claim 6.

61.     Shirakawa et al. also disclose that "cells were incubated in the presence....or absence...of 10μM H8 for 2 h, washed and then cultured with...or without...1.2 x $10^{-11}$ M IL-1 for 48h) (see Figure 1 legend, page 2425). Similar treatment protocols are described for the experiments presented in the remaining figures. Inhibiting activation is a method different from diminishing induced NF-κB activity. Thus, Shirakawa et al. do not teach administration of protein kinase inhibitors to diminish induced NF-κB-mediated intracellular signaling as recited in claim 6.

ARI 84760

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 64 of 113 of Second Declaration of Dr. Inder Verma*

62.    Claim 8 and claims dependent thereon recite a "method for modifying the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling." Meichle et al. do not demonstrate that the administration of protein kinase inhibitors modifies the effects of external influences which induce NF-κB-mediated intracellular signaling. Meichle et al. present data demonstrating that the protein kinase inhibitors H7 and staurosporine can prevent stimulation of a cell by PMA (Figure 2, page 8341). Preventing stimulation is a method different from modifying effects of external influences that induce NF-κB activity. Thus, Meichle et al. do not teach modification of the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling as recited by claim 8.

63.    Shirakawa et al. also do not demonstrate that the administration of protein kinase inhibitors modified the effects of external influences which induce NF-κB-mediated intracellular signaling. Shirakawa et al. present data demonstrating that in YT cells pretreated with H8 for 2 hours prior to stimulation with LPS "NF-κB activation was markedly inhibited" (page 2426, first column). Inhibiting activation is a method different from modifying effects of external influences that induce NF-κB activity. Thus, Shirakawa et al. cannot teach modification of the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling as recited by claim 8.

64.    Claim 9 and claims dependent thereon recite a method for "reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling." Meichle et al. do not provide any experiment demonstrating a protein kinase C inhibitor-mediated reduction in the level of expression of any

ARI 84761

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 65 of 113   of Second Declaration of Dr. Inder Verma*

gene which is activated by extracellular influences which induce NF-κB-mediated intracellular signaling. First, Meichle et al. only teach pretreatment with a protein kinase C inhibitor to prevent activation. Meichle et al. provide EMSA assays describing the effect of protein kinase inhibitor pretreatment on the ability of NF-κB to bind to oligonucleotides encompassing "two tandemly arranged NF-κB binding sites of the HIV-1 enhancer" (see page 8340).

65.     Further, the NF-κB binding site of the HIV-1 enhancer is not a gene endogenously regulated by NF-κB. Whether protein kinase C can even prevent activation of NF-κB at all is put into question by Figure 3 of Meichle et al. which demonstrates that "TNF induces NFκB in the presence of protein kinase inhibitors H7 and H8" (page 8342, Figure 3 legend). Regardless, preventing activation is a different method from reducing the level of expression of genes which are activated. Thus, Meichle et al. do not teach reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling.

66.     Likewise, Shirakawa et al. do not provide any experiment demonstrating protein kinase C inhibitor-mediated reduction in the level of expression of genes activated by extracellular influences which induce NF-κB-mediated intracellular signaling. Shirakawa et al. do demonstrate that "As was the case in 70Z/3 cells, NF-κB activation was markedly inhibited by H8 in YT cells …(page 2426, first column)." However, preventing activation is a different method from modifying the effects of extracellular influences that induce NF-κB-mediated intracellular signaling. Thus, Shirakawa et al. do not teach reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling.

ARI 84762