Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 66 of 113  of Second Declaration of Dr. Inder Verma*

67.    Claims 64, 65 and 69 further limit claim 6, claims 75, 76 and 80 further limit claim 8, and claims 88, 89 and 93 further limit claim 9 by requiring that the reduction of induced NF-κB activity occurs by interference at a specific segment in the NF-κB pathway. Meichle et al. do not disclose how a protein kinase inhibitor could reduce induced NF-κB activity. I note that Exhibit G-2, relied on in the July 6, 2007 Final Office Action, has the following identical statement next to each of claims 64, 65, 69, 75, 76, 80, 88, 89 and 90: "Meichle found, using a EMSA (binding) assay similar to that disclosed in the '516 patent, that Protein Kinase C Inhibitor H8 reduced PMA-induced NF-κB activity in these cells (Fig. 3, lane 7). Other inhibitors also reduced NF-κB activity, including Protein Kinase C inhibitor H7 (Fig 2B, lanes 3 vs. 5) and Staurosproine (Fig. 2B, lanes 6 and 7)." The statements in Exhibit G-2 do not explain how the protein kinase inhibitors operate, but rather describe only the observed result. Claims 64-69, 75-80 and 88-93, however, specifically require reduction of induced NF-κB activity <u>by</u> interfering at a specific segment of the NF-κB pathway.

68.    Likewise, Shirakawa et al. do not disclose any mechanism by which a protein kinase inhibitor could reduce induced NF-κB activity. I note that Exhibit G-2, relied on in the July 6, 2007 Final Office Action, has the following identical statement next to each of claims 64, 65, 69, 75, 76, 80, 88, 89 and 90: "In an EMSA assay, Shirakawa found that "The induction by IL-1 was abolished by treatment of cells with H8 (Fig. 2A, lane 5). The statement in Exhibit G-2 does not explain how the protein kinase inhibitors operate, but rather describes only the observed result. The statement in Exhibit G-2 also reaffirms that "induction" was abolished. Claims 64, 65, 69, 75, 76, 80, 88, 89 and 90, however, specifically require reduction of induced NF-κB activity <u>by</u> interfering at a specific segment of the NF-κB pathway.

ARI 84763

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 67 of 113   of Second Declaration of Dr. Inder Verma*

69.     Further, Meichle et al. state "PK-C has not only been implicated in mediating TNF activation of the transcription factor AP-1 [], but is also likely to be involved in the <u>activation</u> of the IκB:NF-κB complex" (page 8339, second column).  Likewise, Shirakawa et al. disclose "PKA and PKC can activate NF-κB" and they hypothesize "that IκB is the target of phosphorylation; the phosphorylated IκB would presumably have a decreased ability to bind NF-kB." (page 2428, second column).    If I were to understand that the administration of protein kinase inhibitors has any effect on NF-κB activity, and I am not certain that it does, the only possible conclusion given the results of Meichle et al. and Shirakawa et al. is that the administration of protein kinase inhibitors prevents activat<u>ion</u> of NF-κB by preventing the phospohrylation of IκB.  Neither Meichle et al. nor Shirakawa et al. disclose the administration of protein kinase inhibitors reduced induc<u>ed</u> NF-κB activity.

70.     I have carefully reviewed Meichle et al. and Shirakawa et al. and determined that the experimental procedures described in Meichle et al. and Shirakawa et al. do not enable one skilled in the art to reproduce the results presented.   For example, the "highly purified recombinant TNF" used in these studies was obtained from a source not readily available to the public.  The TNF was produced by Genentech and provided by Dr. G. Adolf (page 8340, first column).  A member of the public cannot expect to obtain the same results with any form of recombinant TNF.  Further the modifications that may have been made to the recombinant TNF are not articulated in Meichle et al. and therefore one would not reasonably know if all batches of recombinant TNF are equivalent.  Likewise, in Shirakawa et al., the origin of critical reagents is unclear.  For example, "partially purified PKC from human peripheral blood neutrophils" were "kindly provided by S. Sozzani and L. McPhail" (page 2425, first column).  This reagent, which is used in the experiments described in Figures 5 and 6, would not be readily available to the

ARI 84764

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 68 of 113  of Second Declaration of Dr. Inder Verma*

general public and therefore could not enable one to reproduce experiments described. Even if

one could obtain this reagent, it is generated from cellular extracts and its concentration is listed

in units (U). Variation of preparation of the cellular extracts can influence protein concentration

which would render the "units" meaningless. Likewise, the origin of the kinase inhibitor used,

H8, is not indicated anywhere in the text. Consequently, neither Meichle et al. nor Shirakawa et

al. provide sufficient instruction to enable one of skill in the art to reproduce the experiments

described.

## V. Vitamin D/Calcitriol

### A. Inherent Anticipation Rejection Based on Tsoukas et al., Manolagas et al., Rigby et al. I, and Lemire et al. I and II as evidenced by Yu et al. and the Declaration of Dr. Manolagas

71.    I understand that the Examiner has alleged that Tsoukas et al., Manolagas et al., Rigby et

al. I, Lemire et al. I and Lemire et al. II each inherently anticipate claims 6, 64-73, 8, 75-80, 82,

84 9, and 88-97. I understand the Examiner's position to be that the method being claimed in

claims 6, 8 and 9 and claims dependent thereon is described in Tsoukas et al., Manolagas et al.,

Rigby et al. I, Lemire et al. I and Lemire et al. II based on Yu et al. and the undated Declaration

of Dr. Manolagas. I respectfully disagree. I have reviewed the claims, Tsoukas et al.,

Manolagas et al., Rigby et al. I, Lemire et al. I, Lemire et al. II, Yu et al. and the Manolagas

Declaration and determined that none of these references disclose the method of the claims under

review. In the sections which follow, I first present my observations of Tsoukas et al.,

Manolagas et al., Rigby et al. I, Lemire et al. I, Lemire et al. II and then present my observation

of the non-prior art references, Yu et al. and the Manolagas Declaration, which the July 6, 2007

Final Office Action purports explains these references.

ARI 84765

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 69 of 113  of Second Declaration of Dr. Inder Verma*

72.     I have read the Examiner's comments in the July 6, 2007 Final Office Action pertaining

to the articles by Tsoukas et al. Science (1984) 224:1438-1440; Manolagas et al. Journal of

Clinical Endocrinology and Metabolism (19860 63(2):394-400;  Rigby et al. Journal of Clinical

Investigation (1984) 74:1451-1455;  Lemire et al. Journal of Clinical Investigation (1984)

74:657-661; Lemire et al. The Journal of Immunology (1985) 134(5):3032-3035 as evidenced by

Yu et al. Proc. Natl. Acad. Sci. USA (1995) 92:10990-10994 and the Manolagas Declaration and

I respectfully disagree of numerous points summarized in the table below.

| Examiner Statement (Rejection Summary-page(s) 78-80 of July 6, 2007 Final Office Action) | |
|---|---|
| Tsoukas, Manolagas, Lemire I, Lemire II or Rigby I teach administration of calcitriol to humans, which as is shown from the teachings of Yu, inherently reduces NF-κB activity and thus would inhibit expression of genes whose transcription is regulated by NF-κB activity. | Tsoukas et al., Manolagas et al, Lemire et al I, Lemire et al II, Rigby et al I and Yu et al do not teach the administration of calcitriol to humans.  I do not find any experiment in any of the cited references wherein calcitriol is administered to humans. |
| The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. | Claims 1, 2, 5 and 26 are not under review. |
| For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB –IκB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claim 5) in a eukaryotic cell. | Claims 5, 7 and 20 are not under review.  The claims under review recite what they recite.  Claim 6 and claims dependent thereon are correctly characterized to require diminishing induced NF-κB mediated intracellular signaling. |
| Calcitriol (1, 25-dihydroxyvitamin $D_3$) is the active form of Vitamin D that has been administered to humans for decades. There are numerous prior art publications that report the study of calcitriol in various human cell cultures, including human Jurkat (T-cell line) leukemic cells (citations omitted) and human peripheral blood monocyte ("PBM") cells, including | I do not understand the administration of calcitriol to humans to be equivalent to the treatment of cultured cells with calcitriol. |

ARI 84766

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 70 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| Tsoukas (PBM), Manolagas (PBM) Lemire I, Lemire II and Rigby I. | |
| Tsoukas and Manolagas teach that the administration of calcitriol (at least $10^{-8}$ M) in PBM cells reduced IL-2 activity; a result which was confirmed by Lemire I, Rigby I and Lemire II (e.g.Lemire II at 3034 demonstrated that calcitriol exhibited "a dramatic and specific reduction of IL-2 production by activated PBM..."). | Tsoukas et al. and Manolagas et al. teach the co-administration of calcitriol with an agent purported to induce NF-κB activity (see Tsoukas et al, page 1438, Figure 1 legend; see Manolagas et al., page 399, Figure 5 legend). Therefore, "administration of calcitriol…in PBM cells reduced IL-2 activity" is inaccurate. The presence of calcitriol during administration of PHA prevented activation of NF-κB. |
| Independent studies show that IL-2 expression is regulated, at least in part, by NF-κB. See Manolagas Declaration at page 8, ¶ 15 and documents cited therein. | The Manolagas Declaration mischaracterizes the results Schmidt et al., cited to support the conclusion that IL-2 expression is regulated, at least in part, by NF-κB. Schmidt et al. do not provide any experiment wherein the expression of IL-2 is evaluated. |
| Yu et al. under the same conditions utilized in Tsoukas and Manolagas (i.e. calcitriol application to PHA activated PBM cells) found that calcitriol reduced NF-κB as well as NF-κB – regulated gene expression in PBM cell cultures. | Discussed below at length. |
| Yu described the use of Electrophoretic Mobility Shift Assays ("EMSAs" as in Ex. 15 of the instant '516 patent) and the NF-κB binding sequence of human IL-6 promoter to demonstrate (by EMSA) that calcitriol administration "caused a significant reduction in the DNA-protein complex, as evidenced by the decrease in the intensity of this band (lane 4)" (see Yu at 10993 and Fig. 5). | Yu et al. disclose a method wherein "PBMCs were incubated without or with PHA alone or in the presence of $10^{-8}$M of $1,25(OH)_2D_3$ for 72 hr." (emphasis added, Figure 4, legend). Yu et al. also state that the experiment represented in Figure 5 was conducted to evaluate "…the inhibiting effect of $1,25(OH)_2D_3$ of NF-κB expression…" (emphasis added, page 10993, first column). Thus, Yu et al. disclose inhibiting or preventing activation of NF-κB activity, not reducing induced NF-κB activity. |
| This data was confirmed using Western blot analyses (Figs. 1 and 3), which showed that calcitriol added to PHA-activated cells (as taught in Tsoukas and Manolagas) "caused a significant decrease in the expression of p50 [subunit of NF-κB] at all time points examined". Id. At 10991-2. | Tsoukas et al. and Manolagas et al. teach the co-administration of calcitriol with an agent purported to induce NF-κB activity (see Tsoukas et al., page 1438, Figure 1 legend; see Manolagas et al., page 399, Figure 5 legend). Therefore, it is inaccurate to state that Tsoukas et al. and |

ARI 84767

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 71 of 113 of Second Declaration of Dr. Inder Verma*

| | Manolagas et al. teach "PHA-activated cells." |
|---|---|
| In an analogous manner in human Jurkat leukemic cells transfected with a CAT gene regulated by NF-κB and activated with PHA, Yu found that calcitriol cell application resulted in reduced NF-κB gene expression. See Yu at 10993. | Yu et al. disclose in Figure 6 "Jurkat cells were transfected with the p(NF-κB)$_4$-CAT plasmid....After transfection cells were cultured in the absence or <u>presence of $10^{-8}$ M 1,25(OH)$_2$D$_3$</u> for 48 hr and stimulated with PHA for the last 8 hr of the 48-hour period." (emphasis added, page 10993). I do not understand this to describe "reduced NF-κB gene expression" since CAT is not a gene regulated by NF-κB and the pretreatment of the transformed cells with calcitriol prevented activation of NF-κB. |
| Although the mechanism may not have been known at the time of the Tsoukas, Manolagas, Lemire I, Lemire II and Rigby I publications, the Yu reference evidence proved that the administration of calcitriol by these prior art references necessarily and inherently reduced NF-κB activity in induced human cells (PBM/Jurkat) and reduced expression of NF-κB regulated proteins (IL-2). Thus, these prior art references anticipate at least claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, and 93-97 of the '516 patent as shown on an element-by-element basis in Exhibit H-4, H5 and H6 of the 90/007,503 request (incorporated by reference) | Discussed at length below |

| Examiner Statement (Examiner Response-page(s) 80 of July 6, 2007 Final Office Action) | |
|---|---|
| Additionally, as discussed supra, the instant invention encompasses administering an NF-κB inhibitor prior to, with or subsequent to administering an NF-κb activating compound. | I do not understand the instant invention to encompass administration as stated by the Examiner. The invention of the claims under review encompasses only <u>reducing induced</u> NF-κB activity. The now claimed invention does not encompass pretreating cells with an inhibitor prior to exposure to a compound purported to activate NF-κB as this would prevent induction of NF-κB |

ARI 84768

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 72 of 113 of Second Declaration of Dr. Inder Verma*

| | and would be outside the scope of the invention. |
|---|---|
| Further, in contrast to patentee's argument, the prior art references establish the ability of calcitriol to "inhibit" protein (e.g. IL-2) production in an "activated" mammalian or eukaryotic cell(s) whether conicubated or subsequently contacted with an already activated cell as in Tsoukas 1984 (Abstract, page 1438 and Table 1) which teaches that vitamin D3 (calcitriol) "inhibited IL2" production in PHA "induced" human peripheral blood mononuclear cells (PBM) leucocytes when coincubated with PHA. | First, Tsoukas et al. do not teach the use of "induced" human PBMCs. In the legend of Figure 1, Tsoukas et al. clearly state that the PBMCs were "cultured with various concentrations of $1,25(OH)_2D_3$ in 1ml of medium RPMI 1640 supplemented with PHA (1%)..." (page 1438). |

| Examiner Statement (Examiner Response-page(s) 81 of July 6, 2007 Final Office Action) | |
|---|---|
| Similarly in Lemire II (see pages 3032 under "Cell culture conditions" to top of page. 3033 (top)) the cells are first activated with PWA, concanavalin A or PHA followed by the addition of $10^{-8}$M $1,25(OH)_2$ which serves in the assays to suppress Ig production (see page 3033 under "Results and Discussion" and page 3034 right column: "...dramatic and specific reduction of IL-2 production by activated PBM incubated with $1,25(OH)_2D_3$). | I do not understand Lemire et al. II to describe an activation step followed by an inhibition step. For clarification, the legend of Figure 1 specifically recites "1,25-$(OH)_2D_3$-pretreatment" (page 3033). Further, the legend of Figure 2 recites " $T_H$ and $T_S$ cells (1 x $10^8$ cells/mL) from three different human subjects were cultured with PWM and Con A, respectively, for 2 days with or without $10^{-8}$ M $1,25(OH)_2D_3$." (page 3034). |

| Examiner Statement (Examiner Response-page 84(s) of July 6, 2007 Final Office Action) | |
|---|---|
| It is further noted that Yu (1995) teaches the ability of calictriol to inhibit the presence of NF-κB (p50 and p105) when added simultaneously with PHA or 24, 48, 64, 68 or 70 hours following addition of PHA. | Yu et al. state that "when $1,25(OH)_2D_3$ was added into the culture for the last 4 hr (68 hr following PHA activation) or the last 2 hr (70 hr following PHA activation) of the 72-hr culture period, there was no discernable effect."(Page 10992, first column). |

ARI 84769

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 73 of 113   of Second Declaration of Dr. Inder Verma*

73.     Claim 6 and the claims dependent thereon recite a "method for diminishing induced NF-κB-mediated intracellular signaling" (emphasis added). I understand the Examiner has alleged that Tsoukas et al., Manolagas et al., Lemire et al. I and II teach administration of calcitriol to reduce NF-κB activity. I find no such teaching in these prior art references. Tsoukas et al., Manolagas et al., Lemire et al. I and II administer calcitriol to cells at the same time as the inducers (see Tsoukas et al., page 1438 Figure 1 legend; Manolagas et al., page 395 second column; Lemire et al. I, page 658 first column; and Lemire et al. II, page 3032 bottom of second column) to inhibit activation of NF-κB. Inhibiting activation is a method different from diminishing induced NF-κB activity. Therefore the act of administering calcitriol concurrently with the purported inducer of NF-κB activity does not meet the requirement of reducing induced NF-κB activity.

74.     Claim 8 and claims dependent thereon recite a "method for modifying the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling." Tsoukas et al., Manolagas et al., Lemire et al. I and II do not teach or disclose any experiment wherein the administration of calcitriol modifies the effects of external influences which induce NF-κB-mediated intracellular signaling. Therefore, Tsoukas et al., Manolagas et al., Lemire et al. I and II do not teach modification of the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling as required by claim 8.

75.     Claim 9 and claims dependent thereon recite a method for "reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling." Tsoukas et al., Manolagas et al., Lemire et al. I and II do

ARI 84770

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 74 of 113  of Second Declaration of Dr. Inder Verma*

not teach or provide any experiment demonstrating a calcitriol-mediated reduction in the level of expression of genes activated by extracellular influences which induce NF-κB-mediated intracellular signaling. Therefore, Tsoukas et al., Manolagas et al., Lemire et al. I and II do not teach reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling.

76.    Claims 64, 65 and 69 further limit claim 6, 75, 76 and 80 further limit claim 8, and 88, 89 and 93 further limit claim 9 by requiring that the reduction of induced NF-κB activity occurs by a specific mechanism. Tsoukas et al., Manolagas et al., Lemire et al. I and II do not disclose a mechanism by which calcitriol could be reducing induced NF-κB activity.    I note that Exhibits H-4 and H-5, relied on in the July 6,2007 Final Office Action recites the identical statement next to each of claims 64, 65, 69, 75, 76, 80, 88, 89 and 90: "Inherent. See Yu." The Examiner is relying on the extrinsic reference Yu et al. to describe the mechanism of reducing induced NF-κB activity therefore I do not understand Tsoukas et al., Manolagas et al., Lemire et al. I and II to explain by which mechanism calcitriol operates. Claims 64, 65, 69, 75, 76, 80, 88, 89 and 90 specifically require reduction of induced NF-κB activity <u>by</u> a specific mechanism which is not described in Tsoukas et al., Manolagas et al., Lemire et al. I or II.

**Inherency: Rigby et al. I as evidenced by Yu et al.**

77.    Rigby et al. I show calcitriol-mediated reduction in cellular proliferation and, in Figure 4, a reduction in the level of IL-2 production mediated by calcitriol over the course of 18 hours. A noticeable reduction in IL-2 production is observed at 12 hours post-calcitriol treatment and, at 18 hours, no IL-2 is observed (Figure 4). The production of IL-2 is thought to be regulated, at least in part, by NF-κB. Both Schmidt et al. and Emmel et al., both references of record, have

ARI 84771

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 75 of 113 of Second Declaration of Dr. Inder Verma*

demonstrated that factors, other than NF-κB, have a role in regulating IL-2 production. Schmidt

et al. acknowledge that "NFAT-1-binding site...has been implicated directly in playing a major

role during transcriptional <u>activation of IL-2</u>" (emphasis added, page 4037, first column).

Likewise, Emmel et al. state "NF-AT, AP-3 and to a lesser extent NF-κB....appear to be

important in the transcriptional activation of genes for interleukin-2.." (page 1617, abstract).

Additionally, cellular proliferation is a process regulated by many factors, not simply NF-κB.

Thus, cellular proliferation and IL-2 production are not necessarily indicative of NF-κB activity.

In Rigby et al. I, the cellular proliferation and IL-2 production results are <u>not</u> attributable to

reduction of induced NF-κB activity as explained by Yu et al., Takeuchi et al. and Alroy et al.

78.    Yu et al. evaluated the effects of calcitriol on IL-2 production and cellular proliferation

noting that:

> NF-κB enhances the expression of IL-2 and the IL-2 receptor, two molecules critical for
> lymphocyte proliferation. On the other hand, $1,25(OH)_2D_3$ inhibits IL-2 production and
> lymphocyte proliferation, raising the possibility that the antiproliferative effects of
> $1,25(OH)_2D_3$ could have been mediated via inhibition of NF-κB. However, the time
> courses of the effects of $1,25(OH)_2D_3$ on NF-κB expression and lymphocyte proliferation
> were different. Specifically, whereas $1,25(OH)_2D_3$ could inhibit cell proliferation only
> when it was added in the first 24 hr following activation <u>1, 25(OH)$_2$D$_3$ decreased p50 and
> 105 levels when added to the culture as late as 64 hr following addition of the activating
> agent. This suggests that the antiproliferative effect of $1,25(OH)_2D_3$ is not the result of it
> effects on NF-κB</u>" (page 10994, first column).

Yu et al. demonstrated that the addition of calicitriol 48 hours after activation with PHA inhibits

the transcription of the <u>NF-κB subunits p50 and p105</u> as disclosed in Figure 1. On page 10992,

Yu et al. teach that "PBMCs were activated for 72 hr with PHA, and $1,25(OH)_2D_3$ was added

either simultaneously with addition of PHA or 24, 48, 64, 68, or 70 hr following addition of PHA

(Fig. 3). <u>The inhibiting effect of $1,25(OH)_2D_3$ on p50 and p105 was apparent when the hormone

was added simultaneously with PHA or 24, 48, or 64 hr following addition of PHA.</u>" Yu et al.,

ARI 84772

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 76 of 113  of Second Declaration of Dr. Inder Verma*

therefore, demonstrated that whatever effect $1,25(OH)_2D_3$ has on IL-2 production, that effect is different from reducing induced NF-κB.

79.     The time course of effects of $1,25(OH)_2D_3$ observed by Yu et al. is notably different from the time course observed by Rigby et al. I.   Rigby et al. I demonstrated in Figure 4, that the IL-2 production effects of calcitriol on PHA-stimulated PBMs occurred within 18 hours, and after 18 hours no IL-2 production remained to inhibit.  According to Yu et al., however, the only effect of $1,25(OH)_2D_3$, ie. its effect on transcription of p50 and p105 is detected after 24 hours.

80.     The effect of calictriol on proliferation and IL-2 production in Rigby et al. I occurs too rapidly to be attributed to the effect of $1,25(OH)_2D_3$ on the transcription of the NF-κB subunits p50 and p105.  As described in the '516 patent, column 16, lines 22-28, "NF-κB is initially located in the cytoplasm in a form unable to bind DNA because it is complexed with IκB. Various inducers then cause an alteration in IκB allowing NF-κB to be released from the complex.  Free NF-κB then travels to the nucleus and interacts with its DNA recognition sites to facilitate gene transcription."  Thus, transcription of p50 and p105 genes is not needed for induction of NF-κB activity.  Consequently, based on the kinetics of synthesis of the p50 subunit and rapid activation of NF-κB targets, it is unlikely that NF-κB can be activated by an inducing substance much sooner than if transcription of the p50 and p105 subunits were needed.

81.     Takuechi et al. and Alroy et al. offer further insight.  Both demonstrate that IL-2 production can be activated by any one of four factors: NF-κB, NFAT, AP-1 and OCT-3 (see Takuechi et al. at page 209).  Based on Yu et al.'s teaching that the only effect of $1\alpha,25(OH)_2D_3$ relative to NF-κB is its inhibition of transcription of p105 and p50, it is evident that the results

ARI 84773

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 77 of 113  of Second Declaration of Dr. Inder Verma*

observed in Rigby et al. I in terms of cellular proliferation and IL-2 production <u>could not</u> have

involved only reducing induced NF-κB activity.

82.     Consequently, I understand that in Rigby et al. I a factor other than NF-κB must have

been affected resulting in the reduced transcription of IL-2.  My conclusion is further supported

by the fact that a reduction of p50 and p105 would not lead to reduced NF-κB activity because

p65/RelA alone is sufficient to promote transcription of IL-2 (see eg. Nishiyama et al., page 704,

Figure 4, a copy of which is attached hereto as **Exhibit 10**).   Therefore, I understand that the

results in Rigby et al. I cannot show that calcitriol reduces <u>induced NF-κB activty</u> as required by

claims 6, 8 and 9.

83.     Further, I understand that the experiments presented in the prior art, which either entail

simultaneous administration of calcitriol with PHA (as in Tsoukas et al., Manolagas et al.,

Lemire et al. I and Lemire et al. II) or are unable to demonstrate inhibition of the active subunit

of NF-κB (as in Rigby et al. I as evidenced by Yu et al.) do not disclose a mechanism of

reducing induced NF-κB activity as recited in claims 64, 75 and 88, which recite "NF-κB

activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex" or

the mechanism recited by claims 65, 76 and 89 wherein "NF-κB activity is reduced by inhibiting

the passage of NF-κB into the nucleus of the cells" or the mechanism recited by claims 69, 80

and 93 which require "reducing binding of NF-κB to NF-κB recognition sites on genes which

are transcriptionally regulated by NF-κB."

**Non-reproducibility of Experiments**

ARI 84774

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 78 of 113 of Second Declaration of Dr. Inder Verma*

84.     Further, I do not understand the methods presented in the cited prior art to reasonably enable one to perform the experiments and obtain the same results described in Tsoukas et al., Manolagas et al., Rigby et al. I, Lemire et al. I or II. For many of the experiments cited in the prior art, critical reagents would not be available to the public as there were either obtained as "gifts" or their source is not identified. For instance, in Lemire et al. I and II, the vitamin D analogs were "generously provided by Dr. John Babacok" and $1,25(OH)_2D_3$ and 24R.25 dihydroxyvitamin D were "provided by Dr. Milan Uskokovic" (Lemire et al. I, page 658, first column; Lemire et al. II, page 3033, first column). Rigby et al. I list similar sources for the vitamin D used in their study (see page 1451, second column "Methods"). Likewise, the anti-TAC antibody used in the studies presented in Lemire et al. II was obtained from Dr. T.A. Waldmann (Lemire et al. II, page 3033, first column).

85.     Manolagas et al. has similar problems wherein multiple reagents including the vitamin D, anti-Tac antibody and monoclonal antibody to MHC Class II (Ia) molecules were provided by private sources not available to the public (page 395, first column). Tsoukas et al. fail to disclose the sources of any reagents, such as $1,25(OH)_2D_3$ and PHA used in the experiments presented. Consequently, failure to provide sources or use reagents available to the general public would make it impossible for one to repeat the experiments described and achieve the same results.

86.     Further, the procedure described in Lemire et al. I and II is not clear as to how the reagents were added. Lemire et al. I simply state that "at the initiation of the culture period, pokeweed mitogen (PWM) (Sigma Chemical Co.), phytohemagglutinin-P (PHA-P)(Difco Laboratories, Detroit, MI) ....was added to a second group of cell cultures.....Vitamin D sterol were solubilized in absolute ethanol and added to <u>culture medium</u>..." (page 658, first column). Lemire et al. II describes a similar protocol wherein "pokeweed mitogen (PWM)...or

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 79 of 113  of Second Declaration of Dr. Inder Verma*

phytohemaggultinin-P...were added at the initiation of the culture period....Authentic

1,25(OH)$_2$D$_3$....was added as a 0.025% solution <u>to the culture medium</u>..." (page 3032, second

column). I do not understand either of these protocols to state that calcitriol was added after

incubation with the purported stimulus nor do I find the procedure clearly described to enable

one of skill in the art to determine the order in which the reagents were added. As I read the

methods, I understand it to mean that the reagents were added at the same time and therefore

would not allow for the necessary induced NF-κB activity as required by the claimed method.

## VI. Endogenous Glucocorticoids

### A. Inherent Anticipation Rejection Based on Art Relating to Glucocorticoids (Goodman and Gilman's as evidenced by Baldwin et al. I, Auphan et al., Scheinman et al. I and II, Mukaida et al. and Padgett et al.)

87.     I have read the Examiner's comments in the July 6, 2007 Final Office Action regarding

the experiment presented Goodman and Gilman's The Pharmocological Basis of Therapeutics,

Macmillan Publishing Co., Inc. 1980, pages 1466-1496; Baldwin et al. Annu. Rev. Immunol.

1996 14:649-681; Auphan et al. Science (1995) 270:286-290; Scheinman et al. Mol. Cell. Biol.

(1995) 15:943-953; Scheinman et al. Science (1995) 270:283-286; Mukaida et al. J. Biol. Chem

(1994) 269:13289-13295; and Padgett et al. Trends in Immunology (2003) 24(8):444-448

relating to glucocorticoids and I respectfully disagree on numerous points as summarized in the

table below.

| Examiner Statement (Rejection Summary-page(s) 94-97 of July 6, 2007 Final Office Action) | |
|---|---|
| Goodman & Gilman teach the naturally occurring endogenous production and release of glucocorticoids (cortisol) in response to many different types of environmental stressors which inherently | I do not understand how production of endogenous glucocorticoids in response to environmental stressors is analogous to reducing induced NF-κB activity. First, nothing of record indicates which of the |

ARI 84776

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 80 of 113 of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| results in the reduction of NF-κB activity that acts to inhibit expression, in a eukaryotic cell, of cytokines whose transcription is regulated by NF-κB. | "many different types of environmental stressors" induce NF-κB. Second, nothing of record shows which endogenous glucocorticoid has any effect, much less a reducing effect on those environmental stressors which might induce NF-κB. |
| In this respect, the NF-κB inhibiting evidence provided by the Baldwin I, Auphan, Scheinman I/II and the Mukaida documents, regarding the <u>synthetically</u> administered steroid dexamethasone (DEX) has been found to be analogous with what occurs upon release of the endogenous cortisol glucocorticoid as evidenced by Padgett. | Dexamethasone is not an endogenous glucocortioid produced by the body. I do not understand Baldwin et al. I, Auphan et al., Scheinmann et al. I and II and the Mukaida et al. documents to provide a correlation between the use of dexamethasone and the endogenous production of <u>different</u> glucocorticoids in response to stress. |
| The instant claims are drawn to reducing NF-κB activity in eukaryotic cells (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB-I-κB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claim 5) in a eukaryotic cell. The instant claims broadly encompass the natural process in which an animal responds to environmental stressors by increasing production of endogenous glucocorticoids (cortisol, cortisone, hydrocortisone, corticosterone, aldosterone: see e.g. page 1473 Table 63-2 that are secreted into the bloodstream. Increased glucocorticoids are produced in response to many different types of stressors including "agonal state, severe infections, surgery, parturition, cold, exercise, and emotional stress" (Goodman and Gilman, 1469, "Example of effective Stimuli of Secretion"). These elevated quantities of endogenous glucocorticoids are known to "prevent or suppress the inflammatory response that takes place as a consequence of the hypersensitivity reactions" (Goodman and Gilman, page 1479, left | The instant claims are drawn to reducing <u>induced</u> NF-κB activity.

I do not understand how production of endogenous glucocorticoids in response to environmental stressors is analogous to reducing induced NF-κB activity. First, nothing of record indicates which of the "many different types of environmental stressors" induce NF-κB. Second, nothing of record shows which endogenous glucocorticoid has any effect, much less a reducing effect on those environmental stressors which might induce NF-κB. |

ARI 84777

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 81 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| column, "Immune Responses"). | |
| However, it has been known since the mid-1990's, that glucocorticoids effect their immunosuppression by reducing NF-κB activity by preventing NF-κB from binding to the appropriate sites on the DNA and by increasing the transcription, expression and/or release of IκB, thereby reducing the amount of activated NF-κB that can translocate into the nucleus. | Inflammation is not solely associated with induction of NF-κB. The effects of glucocorticoids to modulate inflammation are not necessarily attributable to inhibiting NF-κB as discussed below. |
| In this regard, several publications cited by Dr. Baldwin in his 1996 review article (Baldwin I), including Auphan, Scheinman I, Scheinman II and Mukaida, in addition to the Padgett document, provide extrinsic evidence that endogenously produced glucocorticoids, such as cortisol, are recognized to necessarily and inherently reduce NF-κB activity thus inhibiting cytokine production, in vivo, upon the body's release of glucocorticoids in response to external stumuli, such as stress, as described in Goodman and Gilman. | Auphan et al., Scheinman et al. I and II and Mukaida et al. do not demonstrate that glucocorticoids produced in the body will inhibit NF-κB activation to modulate inflammation in the same manner as the synthetic glucocorticoid, dexamethasone, inhibits the activation of NF-κB in cultured cells. Scheinman et al. I and II and Mukaida et al. do not teach any in vivo administration of dexamethasone. Only Auphan et al. describe administration of dexamethosone (concurrently with an agent purported to activate NF-κB) in mice. However, Auphan et al. do not demonstrate that the administration of dexamethsone can reduce induced NF-κB. Auphan et al. state "Injection of mice with anti-CD3 caused degradation of thymic IκBα, but simultaneous administration of DEX resulted in IκBα levels similar to those in untreated animals." (page 288, middle column). |
| **A) Extrinsic Evidence of Inherency as Provided by Auphan** | |
| Auphan describes methods for reducing NF-κB activity in an induced leukemic T-cell line. | Auphan et al. do not describe an "induced leukemic T-cell line." Auphan et al. describe administration of dexamethasone concurrently with TPA thereby preventing activation of NF-κB, not reducing induced NF-κB activity (see legend, Figure 1). |
| First, Auphan induced human leukemic T cells (Jurkat strain) or murine T cells (FJ8.1) with TPA and used EMSA, as described in the '516 Baltimore patent, to demonstrate NF-κB activity. | Auphan et al. did not "first" induce human leukemic T cells (Jurkat strain) or murine T cells (FJ8.1). In the legend of Fig. 1, Auphan et al. state that FJ8.1 cells were "incubated for 24 hours with either medium alone (UN) or with 4μM |

ARI 84778

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 82 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| | ionomycin (I) and TPA (T) (100ng/ml) in the absence or <u>presence</u> of 1µM DEX." Auphan et al. describe a similar treatment for transfected Jurkat cells in the legend of Fig. 2. |
| Auphan then exposed the cells to $10^{-6}$ M dexamethasone. Id.<br><br>Auphan reports that dexamethasone clearly reduced NF-κB activity:<br><br>Electrophoretic mobility shift assays (EMSAs) revealed that both AP-1 and NF-κB DNA binding activities were elevated in nuclear extracts of activated [FJ8.1] cells (fig. 1C). | Auphan et al. did not "then" expose the cells to $10^{-6}$ M dexamethasone. Dexamethasone was administered at the same time as the agents purported to induce NF-κB activity.<br><br>Auphan et al. clearly state that "DEX <u>inhibited</u> <u>induction</u> of NF-κB binding activity..." (page 287, middle column). |
| DEX inhibited induction of NF-κB binding activity and reduced the amount of AP-1 binding activity DEX also inhibited induction of NF-κB in mouse T lymphocytes in vivo (Fig. 1D). | Inhibition of induction of NF-κB is a method different from reducing induced NF-κB activity as recited in the claims under review. |
| Inhibition of NF-κB activiation by DEX... was also observed in a Jurkat human T cell leukemia line stably transfected with a GR expression vector (Fig. 2A)... Inhibition of NF-κB activity was also observed in cells stimulated by either 12-0-tetradecanoryl-phorbal 13-acetate (TPA) alone or by tumor necrosis factor (TNF-α). Id. (citations omitted). | Inhibition of induction of NF-κB is a method different from reducing induced NF-κB activity as recited in the claims under review. |
| As Dr. Baldwin noted, Auphan demonstrates that glucocorticoids "involves the transcriptional activation of the I-κBα gene" in these human leukemic cells and therefore, "by upregulating I-κBα protein levels, function to block nuclear translocation of NF-κB and DNA binding." Baldwin at 671. As discussed below, Dr. Baldwin's own results, as reported in the Scheinman II document discussed below, confirms this mechanism for glucocorticoid action. | Baldwin et al. I reference Auphan et al. in the section of the review discussing "Inhibitors of NF-κB <u>Activation</u>" (emphasis added, page 671). Thus, Baldwin et al. I acknowledge that glucocorticoids prevent or inhibit activation of NF-κB. Further, other references cited by Baldwin et al. I in this section, namely Mukaida et al., Scheinman et al. I and II and Auphan et al. all pretreat with dexamethsone, reaffirming that dexamethasone prevents activation of NF-κB. |
| ***B) Extrinsic Evidence of Inherency as*** | |

ARI 84779

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 83 of 113  of Second Declaration of Dr. Inder Verma*

| Provided by Scheinman I & II | |
|---|---|
| Scheinman I and Sccheinman II confirm that dexamethasone, as used in the prior art, reduced NF-κB activity. | Scheinman et al. I and II demonstrate that dexamethasone prevents induction of NF-κB activity, not reduces NF-κB activity since both studies administer dexamethasone concurrently with the agents purported to stimulate NF-κB. |
| In particular, Scheinman I evaluated the effect of $10^{-7}$ M dexamethasone on NF-κB activity in human epithelial (HeLa) cell cultures. Scheinman I at 944.  NF-κB activity was measured in at least two assay formats disclosed in the Baltimore '516 patent (EMSA and reporter assays) as well as Western blot immunological assays. | Sheinman et al. I disclose "HeLa cells were pretreated with DEX for 16 h and then treated with TNF-α for 1 h…" (page 949, first column). |
| Dexamethasone was shown (Figs 1A and B; Fig. 4; and Fig. 7) to reduce endogenous NF-κB activity in cells ("pretreatment with DEX resulted in a profound loss of TNF-α induced NF-κB as well as p50 homodimer (KBF1) gel shift activity (Fig. 7B, lane 3). Similar data were obtained by treating cells with IL-1 (data not shown)". ID at 949 | The statement cited by the Examiner clearly states "<u>pretreatment</u> with DEX resulted in a profound loss of TNF-α induced NF-κB" which I understand to mean that the pretreatment with dexamethasone prevented activation of NF-κB rather than reduced induced NF-κB activity. |
| Scheinman I concluded that dexamethasone reduces NF-κB activity by two distinct avenues: We show that GR can physically interact with NF-κB subunits and also block their ability to bind DNA.  In addition, we present new data showing that dexamethasone (DEX) treatment of HeLa cells causes a significant reduction in nuclear p65 protein levels. | Scheinman et al. I demonstrate that "glucorticoids block <u>activation</u> of endogenous NFκB activity" (page 949, first column). |
| Thus, glucocorticoids are also able to inhibit NF-κB activity by a novel mechanism involving a block of cytokine-induced nuclear translocation. | Scheinman et al. I also teach "Glucocorticoids block <u>activation</u> of endogenous NF-κB activity"(emphasis added, page 949, first column). |
| With EMSA analysis, we found that DEX treatment caused a marked reduction in the ability of NF-κB/Rel subunits to bind DNA despite the presence of equal amounts of NF-κB subunit protein in the EMSA DNA-binding reaction mixtures (Fig. 5, EMSA). Id at 944, 948 | As is stated in the legend of Figure 5, "Cultures were either treated with DEX immediately after transfection (+) or left untreated (-)…" (page 948). I understand this description to mean that <u>DEX prevents activation</u> of NF-κB thereby resulting in a comparative reduction in binding as compared to the untreated samples. |
| Similarly, the Scheinman II reference | Scheinman et al. II describe cell cultures as |

ARI 84780

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 84 of 113 of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| demonstrates that dexamethasone, at the same $10^{-7}$ M concentration as Scheinman I, reduces NF-κB activity as called for by the claims that are the subject of this reexamination request. | "pretreated for 12 hours with $10^{-7}$ M dexamethasone and stimulated for 1 hour with TNF-α (1ng/ml)" (emphasis added, Figure 1, legend). The legends of the other figures describe similar treatment protocols. Therefore, Scheinmann et al. II do not teach reducing induced NF-κB activity. |
| Scheinman II confirmed the Auphan conclusion that dexamethasone inhibits TNF α induced NF-κB activity, at least in part, by inducing the transcription of the IκB-α gene:<br>Together, these data indicate that DEX treatment induces the transcription of the IκB-α gene. This induction results in the increased syntheses of the IκB-α protein. This increase in protein synthesis leads to the rapid turnover of the IκB-α protein associated with preexisting NF-κB complexes. In the presence of an activator such as TNF α, newly released NF-κB reassociates with the DEX-induced IκBα and thus reduces the amount of NF-κB translocating to the nucleus. Scheinman II at 286. | Scheinman et al. II do not present evidence wherein induced NF-κB activity is reduced by dexamethasone treatment. The administration of dexamethasone "induces IκBα gene transcription" which I understand to further be a method different from reducing induced NF-κB activity. IκBα is a NF-κB target gene which is inhibited not activated. Scheinman et al. II provide no experimental evidence that dexamethasone can increase IκBα transcription and such increase can reduce induced NF-κB activity. |
| **C) Extrinsic Evidence of Inherency as Provided by Mukaida** | |
| Mukaida observed that IL-8 production was mediated by NF-κB in all cells they previously examined. Mukaida at 13284. | Mukaida et al. spans pages 13289 to 13295. Therefore, I do not understand which cells the Examiner is asserting where Mukaida et al. evaluated IL-8 production. |
| In those cells, dexamethasone inhibited NF-κB-regulated IL-8 production by more than 60% at concentrations equal to and higher than $10^{-8}$M. id at 13290. | Mukaida et al. teach "Cells were then stimulated with 10ng/ml human rIL-1α in the presence of various concentrations of dexamethasone (DEX) for 24 h." (emphasis added, page 13291, Figure 1 legend). Thus Mukaida et al. teach administration of DEX and the agent purported to stimulate NF-κB activity results in preventing NF-κB activation not reducing induced NF-κB activity. |
| **D) Extrinsic Evidence of Inherency as Provided by Padgett** | |
| Consistent with the Scheinman II and Auphan references, Padgett teaches that the | I do not understand how production of endogenous glucocorticoids in response to |

ARI 84781

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 85 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| body responds to external stressors by release of glucocorticoid hormones including cortisol, which bind glucocorticoid receptors expressed on a variety of immune cells to interfere with NF-κB function, resulting in reduced cytokine production. See Abstract: p.445 (right column) to p. 446; footnotes 32 and 33; and p. 447 under "conclusions." | environmental stressors is analogous to reducing induced NF-κB activity. First, nothing of record indicates which of the "many different types of environmental stressors" induce NF-κB. Second, nothing of record shows which endogenous glucocorticoid has any effect, much less a reducing effect on those environmental stressors which might induce NF-κB.

Padgett et al. cite Scheinman et al. II and Auphan et al. which, as discussed above, do not teach the administration of dexamethasone to reduce induced NF-κb activity. Further Padgett et al. state "stress hormones inhibit…the production of proinflammatory cytokines and chenokines…" (emphasis added, page 445, first column). Padgett et al. discuss multiple stress hormones including glucocorticoids and catecholamines. Thus, Padgett et al. do not teach that glucocorticoids specifically reduce induced NF-κB activity. |
| Thus, endogenous production of glucocorticoids in response to external body stimuli as described in Goodman and Gilman is now recognized as necessarily inherently reducing NF-κB activity as called for by the subject claims of the Baltimore '516 patent.  See also '7503 Exhibit H8 (incorporated by reference) application to claims regarding exogenous glucocorticoid administration. | Padgett et al. state "the GR undoubtedly interferes with the function of other transcriptional regulators. It is thought that protein-protein interactions similar to those described for GR-NF-κB are involved with GC inhibition of activator protein-1 (AP-1) and nuclear factor of activated T lymphocytes (NF-AT)."    (page 447). Because glucocorticoids can affect multiple transcription factors it is inaccurate to state that glucocorticoids "necessarily inherently" reduced NF-κB activity. Finally, Exhibit H-8 relied on in the July 6, 2007 Final Office Action is not relevant as it analyzes references which have been withdrawn and no longer cited in the July 6, 2007 Final Office Action. |
| Further, in contrast to the patentee's argument, all of the evidentiary references teach inhibition of NF-κB activated cells utilizing a glucocorticoid (cortisol or dexamethasone) regardless of sequence of | It is inaccurate to state that "all" of the evidentiary references teach inhibition of NF-κB "activated" cells.  As discussed above, the evidentiary references do no describe "activated" cells since |

ARI 84782

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 86 of 113 of Second Declaration of Dr. Inder Verma*

| activation and inhibition. | dexamethasone was administered either prior to or with the agent purported to induce NF-κB activity. |
|---|---|

88.     Claim 6 and the claims dependent thereon recite a "method for diminishing induced NF-κB-mediated intracellular signaling" (emphasis added). I understand the Examiner has alleged that Goodman and Gilman teach administration of glucocorticoids to reduce NF-κB activity as evidenced by the post-filing art references. I find no such teaching in Goodman and Gilman or the post art references. Goodman and Gilman describe the production of glucocorticoids by the body in response to "agonal state, severe infections, surgery, parturition, cold, exercise and emotional stress" (Goodman and Gilman's page 1469, second column) while the post-filing art references of Auphan et al., Scheinman et al. I and II and Mukaida et al. describe the administration of a synthetic glucocorticoid, dexamethasone, either prior to treatment with an inducer (see Auphan et al., Figure 2 legend; "Jurkat cells…were incubated with TPA…DEX…a combination of TPA plus DEX, or no further addition"; Scheinman et al. I, page 944, "HeLa cells were allowed to recover for 4 h after removal of the crystals and then treated with DEX…TNF-α (2ng/ml) or IL-1 (10ng/ml) was then added 20 h later…"; Scheinman et al. II, Figure 1 legend, "HeLa cultures were pretreated for 12 hours with $10^{-7}$M DEX and stimulated 1 hour with TNF-α (1ng/ml)"; Mukaida et al., Figure 1 legend "Cells were then stimulated with 10ng/ml human rIL-2α in the presence of various concentrations of dexamethasone (DEX) for 24 h"). Inhibiting activation is a method different from diminishing induced NF-κB activity. Thus, Auphan et al., Mukaida et al., Sheinman et al. I and II do not teach administration of dexamethasone to diminish induced NF-κB-mediated intracellular signaling as recited in claim 6.

ARI 84783

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 87 of 113  of Second Declaration of Dr. Inder Verma*

89.    Claim 8 and claims dependent thereon recite a "method for modifying the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling." Neither Goodman and Gilman nor the cited post-filing art references demonstrate that the administration of a glucocorticoid modifies the effects of external influences which induce NF-κB-mediated intracellular signaling. The post-filing art references describe experiments wherein, as is stated by Auphan et al. on page 287, first column, "GCs are potent inhibitors of NF-κB activation." Preventing stimulation is a method different from modifying effects of external influences that induce NF-κB activity. Thus, Goodman and Gilman and the post art reference do not teach modification of the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling as required by claim 8.

90.    Claim 9 and claims dependent thereon recite a method for "reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling." Goodman and Gilman do not provide any experiment demonstrating a glucocorticoid-mediated reduction in the level of expression of genes activated by extracellular influences which induce NF-κB-mediated intracellular signaling. Likewise, Auphan et al. evaluate IL-2 production using cells treated simultaneously with ionomycin, TPA and <u>DEX</u> (see Figure 1 legend). As discussed above in paragraph 87, the post-art references describe either pretreatment with DEX or simultaneous administration of DEX with agents purported to induce NF-κB activity.

91.    Likewise, Scheinman et al. 1 describe experiments using eukaryotic cells transformed with plasmids comprising the "major histocompability complex (MHC) class I *H-2k^b* NF-κB site

ARI 84784

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 88 of 113 of Second Declaration of Dr. Inder Verma*

cloned upstream of a minimal *fos* promoter chloramphenicol acetyltransferase (CAT) expression vector (63) and the luciferase reporter construct pGL2-Basic" (page 944, first column). I do not understand the CAT or luciferase genes to be endogenously regulated by NF-κB. Mukaida et al. describe similar experiments using "CAT expression vectors harboring the 5'-flanking region of the IL-8 gene" (page 13290, first column). I do not understand the CAT or luciferase genes to be endogenously regulated by NF-κB. Additionally, Scheinman et al. II do not describe any experiment involving a gene regulated by NF-κB. Thus, the cited references cannot teach the reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling.

92.    Claims 71, 84 and 95 are drawn to the practice of the method on "human cells." Auphan et al., Mukaida et al. and Scheinman et al. II do not disclose the use of a "human cell." Auphan et al. use a Jurkat cell "stably transfected with an expression vector encoding a rat GR and expressing 20,000 receptors per cell" (Page 287, Figure 2 legend). Mukaida et al. and Scheinman et al. II use transformed human glioblastoma and Jurkat T cells, a human T cell line, respectively. The glioblastoma cell described by Mukaida et al. has been manipulated to express, at high levels, "CAT expression vectors harboring the 5'-flanking region of the IL-8 gene" (page 13290, first column). Further, the Jurkat T cell line used by Scheinman et al. II has been manipulated to express, at high levels plasmids comprising the "major histocompability complex (MHC) class I $H-2k^b$ NF-κB site cloned upstream of a minimal *fos* promoter chloramphenicol acetyltransferase (CAT) expression vector (63) and the luciferase reporter construct pGL2-Basic" (page 944, first column) . In my expert opinion I don't find any of these cells, which express bacterially-derived reporter genes, to be considered a "human cell."

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 89 of 113  of Second Declaration of Dr. Inder Verma*

93.    Claims 64, 65 and 69 further limit claim 6, 75, 76 and 80 further limit claim 8, and 88, 89

and 93 further limit claim 9 by requiring that the reduction of induced NF-κB activity occurs by

interference at a specific segment in the NF-κB pathway.  Goodman and Gilman do not disclose

how glucocorticoids could reduce induced NF-κB activity.   Of the post art references,

Scheinman et al. I propose that "GR can physically interact with NF-κB subunits and also block

their ability to bind DNA.  In addition...dexamethasone (DEX) treatment of HeLa cells causes a

significant reduction in nuclear 665 protein levels.  Thus, glucocorticoids are also able to inhibit

NF-κB activity by a novel mechanism involving a block of cytokine-induced nuclear

translocation" (page 944, first column).  Likewise, Auphan et al. suggest that "the simplest

explanation of the current results is that newly synthesized IκBα translocates to the nucleus,

where, as shown in vitro, it can sequester free NF-κB and thereby promote net dissociation of

DNA-bound NF-κB.  However, the experiments presented in Scheinman et al. I and Auphan et

al. were conducted using cells treated with dexamethasone before stimulation or concurrently

with stimulation therefore it is unclear whether dexamethasone would have the same effect on

cells stimulated first and then treated with dexamethasone.  The results described above do not

explain how dexamethasone operates, but rather describes only the observed result.  Claims 64,

65, 69, 75, 76, 80, 88, 89 and 90, however, specifically require reduction of <u>induced</u> NF-κB

activity <u>by</u> interfering at a specific segment of the NF-κB pathway.

94.    Further, I understand that glucocorticoids can be produced in response to many stimuli

and do not specifically target and reduce induced NF-κB activity.  There is no evidence provided

that NF-κB activity is induced in response to the above-described stimulators of glucocorticoids.

Furthermore, there is no extrinsic evidence presented that demonstrates localization of

glucocorticoids to the sites of inflammation.  As stated in Goodman and Gilman, "cortisol and

ARI 84786

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 90 of 113  of Second Declaration of Dr. Inder Verma*

presumably other anti-inflammatory steroids are to be found in inflamed tissue, <u>although they are not selectively concentrated there</u>" (page 1480, first column).  Even if glucocorticoids are localized to the sites of inflammation, there is no evidence presented that indicates that inflammation mediated by induced NF-κB activity can be reduced by glucocorticoids.

95.     Finally, there is no experiment described by the post art references wherein glucocorticoids localize to the sites of inflammation and reduced induced NF-κB activity thereby resolving inflammation.  In fact, there is experimental evidence to the contrary.  Greten et al., a copy of which it attached as **Exhibit 11**, developed a transgenic mouse deficient for gastrointestinal NF-κB activation, referred to as "*villin-Cre/Ikkβ* [F/Δ]" mice.  Upon stimulation with 2.5% DSS, "higher levels of mRNAs for proinflammatory proteins, such as TNFα, IL-1β, ICAM, IL-6" were detected in the *villin-Cre/Ikkβ* [F/Δ] mice (Greten et al., page 288, second column).  This result clearly demonstrates that an inability to activate NF-κB *in vivo* does not prevent inflammation, indicating that factors other than NF-κB can mediate the inflammatory response.  Therefore, I disagree with the conclusion that administration or production of glucocorticoids would inherently reduce <u>induced NF-κB</u> activity.  I further find that Goodman and Gilman could not teach that the production or administration of glucocorticoids reduces induced NF-κB activity as evidenced by the extrinsic references since those references failed to first induce NF-B, failed to provide any *in vivo* data and, in certain cases, utilized a cell system irrelevant to the scope of the pending claims.

**VII. 5-ASA**

> **A. Inherent anticipation rejection based on Dew et al. 1983 as evidenced by Baldwin et al. II, Bantel et al., Yan et al. and the David Baltimore Declaration**

ARI 84787

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 91 of 113  of Second Declaration of Dr. Inder Verma*

96.     I have read the Examiner's remarks in the July 6, 2007 Office Action pertaining to the

article Dew et al. British Medical Journal (1983) 287:23-24 in view of Baldwin et al. J. Clin.

Invest. (1991) 107:63-80, Bantel et al. Amer. J. Gastroenterology (2000) 287:3452, Yan et al. J.

Biol. Chem. (1999) 274:366631-36 and I disagree on several points summarized in the table

below.

| Examiner Statement (Summary-page(s) 90-91 of July 6, 2007 Final Office Action) | |
|---|---|
| Dew teaches administration of 5-ASA for the treatment of ulcerative colitis in humans, | I do not understand Dew et al. to teach the administration of 5-ASA for the "treatment of ulcerative colitis in humans" as Dew et al. clearly state on page 23 that all patients "were in remission with ulcerative colitis." |
| which inherently reduced NF-κB activity in the cells of the patients, by a mechanism including phosphorylation of IκB. | It is incorrect the state that 5-ASA "inherently reduced NF-κB activity in the cells of the patients." Dew et al. do not evaluate NF-κB activity in this study nor does Dew et al. indicate that patients undergoing remission of ulcerative colitis have induced NF-κB activity. Finally, Dew et al. disclose that "seven of the 32 patients taking 5-amino salicyclic acid (22%)...relapsed" (page 23, second column). |
| The instant claims are drawn to reducing NF-κB activity in eukaryotic (eg claims 1, 2 or 5) or mammalian cells (eg claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. | Claims 1, 2, 5 and 26 are not under review. |
| For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB –IκB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claim 5) in a eukaryotic cell. | Claims 5, 7 and 20 are not under review. <br><br> The claims under review recite what they recite. Claim 6 and claims dependent thereon are correctly characterized as requiring diminishing induced NF-κB-mediated intracellular signaling. |
| Dew teaches the administration (oral delayed release of up to 4.4 g/day) of 5-aminosalicyclic acid (5-ASA) to humans | Dew et al. do not teach the administration of 5-ASA "for the treatment of ulcerative colitis." Dew et al. state "we determined |

ARI 84788

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 92 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| for the treatment of ulcerative colitis (an inflammatory bowel disease). Ulcerative colitis is recognized as being associated with NF-κB activation. See Baldwin II at Table 1. | whether higher doses of 5-amnio salicyclic acid were more effective in <u>preventing relapse</u>..." (page 23, first column). Preventing relapse and treating active ulcerative colitis are not equivalent. |
| Bantel conducted in vivo tests (tissue sample immunostaining using p65 NF-κB subunit antibody before/after 5-ASA administration) on human ulcerative colitis patients administered the same 5-ASA formulation (tradename MESALAZINE) in the same amounts (from 1.7-4.5 g/day) as in the Dew reference and reported that 5-ASA administration reduced NF-κB activity in the cells of these patients. Bantel at 3453 | Discussed below concerning formulation differences |
| Specifically, Bantel found that (1) NF-κB activity is increased in patients with ulcerative colitis, and (2) therapeutic administration of 5-ASA (as in Dew) effectively reduced NF-κB activity in these patients. Id. At 3454-55. | Discussed below concerning formulation differences |
| Accordingly, Bantel concluded that "5-ASA is a potent inhibitor of NF-κB activation in vivo," at dosage levels and under the same conditions taught in Dew. Id at 3456. | Discussed below concerning formulation differences |
| Thus, Dew's administration of 5-ASA for ulcerative colitis inherently and necessarily reduces NF-κB activity in human cells. | Discussed below concerning formulation differences |
| Moreover, during prosecution of the Baltimore 08/464,364 application, while referring to the Yan reference (cited above), Dr. Baltimore in his declaration admitted that 5-ASA reduces NF-κB activity as in the instant '516 patent claims: "treatment of cells with such compounds as ... 5-aminosalicyclic acid...inhibits NF-κB mediated gene expression by a mechanism which includes inhibition of phosphorylation of I-κB proteins" (which is the naturally occurring NF-κB inhibitor). See David Baltimore declaration ¶9. | I do not understand Yan et al. to support the statement referenced in the Baltimore Declaration. Yan et al. disclose cell as "pretreated with 5-ASA...for 30 min followed by TNFα" (page 36632, first column). Thus, Yan et al. only demonstrate the administration of 5-ASA prevents or inhibits activation of NF-κB and does not teach reducing induced NF-κB activity. |
| Accordingly, the prior art Dew administration of 5-ASA necessarily and inherently reduced NF-κB activity and, thus anticipated at least claims 1-2, 5-6, 8- | Claim 1, 2, 5, 7, 20-27, 29, 31-38, 40, and 53-62 are not under review. Further Dew et al. do not inherently teach reduced NF-κB activity since not only were the patients |

ARI 84789

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 93 of 113  of Second Declaration of Dr. Inder Verma*

| 9, 20-27, 29, 31-38, 40,53-62, 64-73, 75-80, 82, 84, and 88-97 as shown on an element-by-element basis in Exhibit H-7 (herein incorporated by reference) provided by the requester in the 90/007,503 proceeding. | not undergoing active ulcerative colitis, but Dew et al. do not teach that inactive ulcerative colitis is characterized by cells with elevated cytokine levels. Further, Exhibit H-7 relied on in the July 6, 2007 Final Office Action does not show anticipation of the claims under review for the reasons discussed below. |
|---|---|

| **Examiner Statement (Summary-page(s) 92 of July 6, 2007 Final Office Action)** | |
|---|---|
| Further, patentee fails to appreciate the Dew reference suggestion that high doses of 5-ASA, effective in maintaining remission in ulcerative colitis, "might be of value in *treating* ulcerative colitis." | The full sentence of Dew et al. to which the July 6, 2007 Final Office Action refers is: "It is possible that the higher doses might be of value in treating acute colitis." This sentence reflects Dew et al.'s speculation and is not a teaching to practice the method of the claims under review, nor a teaching of how to do so, nor a teaching that doing so would be successful. I do not understand this sentence of Dew et al. to provide sufficient information for practicing a method of reducing induced NF-κB activity. |

**Inherency**

97.    Claim 6 and the claims dependent thereon recite a "method for diminishing induced NF-κB-mediated intracellular signaling" (emphasis added). I understand the Examiner has alleged the Dew et al. teach administration of 5-ASA to reduce induced NF-κB activity in patients undergoing remission of ulcerative colitis. I find no such teaching in Dew et al. Contrary to the July 6, 2007 Final Office Action and Exhibit H-7 cited, which next to claim 6 has the statement "Administration of oral dosages of 2.4-4.4 g/day of 5-ASA to human patients with ulcerative colitis...," Dew et al. describe no patient with ulcerative colitis and states that "all were in remission with ulcerative colitis or proctitis and had passed three or less stools daily without blood or slime during the previous month" (emphasis added, page 23). Therefore, since Dew et

ARI 84790

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 94 of 113  of Second Declaration of Dr. Inder Verma*

al. do not demonstrate patients with active ulcerative colitis, there is no induced NF-κB activity

to be reduced. Thus Dew et al. do not teach administration of 5-ASA to diminish induced NF-

κB-mediated intracellular signaling as recited in claim 6.

98.    Claim 8 and claims dependent thereon recite a "method for modifying the effects of

external influences on eukaryotic cells, which external influences induce NF-κB-mediated

intracellular signaling." Dew et al. do not demonstrate that the administration of 5-ASA to

patients with <u>inactive</u> ulcerative colitis modifies the effects of external influences which induce

NF-κB-mediated intracellular signaling. Therefore, Dew et al. do not teach modification of the

effects of external influences on a eukaryotic cell, which external influences induce NF-κB-

mediated intracellular signaling as recited by claim 8.

99.    Claim 9 and claims dependent thereon recite a method for "reducing, in eukaryotic cells,

the level of expression of genes which are activated by extracellular influences which induce NF-

κB-mediated intracellular signaling." Dew et al. do not disclose any experiment demonstrating a

5-ASA-mediated reduction in the level of expression of genes activated by extracellular

influences which induce NF-κB-mediated intracellular signaling.

100.    Furthermore, Dew et al. do not disclose any NF-κB regulated gene whose activity was

modified by the administration of 5-ASA. Therefore, Dew et al. do not teach the reducing, in

eukaryotic cells, the level of expression of genes which are activated by extracellular influences

which induce NF-κB-mediated intracellular signaling.

101.    Further, the Examiner alleged that Yamamoto et al. teach patients in remission with

ulcerative colitis still have elevated cytokine levels, indicating NF-κB is active. I disagree.

ARI 84791

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 95 of 113  of Second Declaration of Dr. Inder Verma*

Yamamoto et al. only evaluate patients "who had been diagnosed with endoscopically and histologically confirmed UC" (page 590, first column). Thus, Yamamoto et al. did not evaluate healthy volunteers to determine normal cytokine levels. Further, both Braegger et al. and Mitsuyama et al., copies of each are attached as **Exhibit 12 and 13**, analyze patients with inactive disease, those who are in "remission" and control patients to show patients in remission have cytokine levels similar to control patients. Specifically, Braegger et al. state "in patients with inactive disease, either as a result of surgery or treatment with steroids, the concentration of stool TNF alpha fell to those of control" (abstract). Likewise, Figure 1 of Mitsuyama et al. demonstrates that the colonic levels of IL-8 in patients with inactive ulcerative colitis are no different for those observed in the control patients. The Examiner has acknowledged on page 92 of the Final Office Action, that TNF and IL-8 are known to be regulated by NF-κB. Therefore, I disagree with the statement that patients with inactive ulcerative colitis maintained elevated levels of NF-κB regulated cytokines and therefore, I understand that the patients in Dew et al. would not have had elevated cytokine levels which would indicate the presence of activated cells. Consequently, Bantel et al. and Yan et al., as cited by the Examiner would not be relevant to Dew et al. since both Bantel et al. and Yan et al. describe patients who have active ulcerative colitis.

102. Regardless of how "remission" in Dew et al. is interpreted, Dew et al. cannot be shown to reduce induced NF-κB activity. The reference purported to explain Dew et al., namely Bantel et al., only shows that 5-ASA can prevent induction of NF-κB. I note that Exhibit H-7, relied on in the July 6, 2007 Final Office Action, has the following identical statement next to each of claims 64-69, 75-80 and 88-93: "5-ASA treatment in patients with ulcerative colitis "almost completely abrogated NF-κB activation"." Bantel et al. disclose that "5-ASA is a potent <u>inhibitor</u> of NF-κB

ARI 84792

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 96 of 113 of Second Declaration of Dr. Inder Verma*

activation.." (emphasis added, page 3456, second column). Thus if "remission" in Dew et al. is understood to indicate induced NF-κB activity, Bantel et al. cannot explain what happened in Dew et al.; on the other hand, if "remission" is understood to mean no NF-κB activity, Dew et al. did not practice the method of the claims under review.

103.   Claims 64-69 further limit claims 6, 75-80 further limit claim 8, and 88-93 further limit claim 9 by requiring that the reduction of induced NF-κB activity occurs by interfering at a specific segment of the NF-κB pathway. Neither Dew et al. nor the post art, Bantel et al., disclose that 5-ASA reduces induced NF-κB by interfering at a specific segment of the NF-κB pathway as recited by claims 64-69, 75-80 and 88-93.

104.   The Examiner has alleged on page 93 of the July 6, 2007 Final Office Action that the formulation differences between the 5-ASA administered by Dew et al. and the 5-ASA administered by Bantel et al. would have no effect on the outcome obtained by Dew et al. as compared to the outcome obtained by Bantel et al.. I understand the formulation differences to have a profound effect. Dew et al. utilize 5-ASA coated with Eudragit-S, which releases at pH≥ 7.0 while Bantel et al. use 5-ASA coated in Eudragit-L which releases at pH≥ 6.0. Steinhart et al. elaborate on the significance of these differences (a copy is attached as **Exhibit 14**). On page 1395, Steinhart et al. state "pH 7-dependent mesalazine has a greater therapeutic benefit, with a lower NNT compared with pH 6-dependent and controlled-release mesalazine. In addition, the pH7-dependent mesalazine has a statistically significant advantage over placebo, whereas neither the pH 6-dependent and controlled-release mesalazines do when each is analysed against placebo. It is surprising that such an apparently minor difference in delivery system might have a measurable clinical effect, but this review is based on published evidence." Not only does

ARI 84793

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 97 of 113  of Second Declaration of Dr. Inder Verma*

Steinhart et al. teach that the differences in formulation have significant impact on the efficacy of the drug, I would not understand that had Dew et al. used the same formulation as Bantel et al., the outcome of the Dew et al. study would have been the same as that reported. Since I understand that Bantel et al. conducted their study with a completely different formulation of 5-ASA, I disagree that the result obtained in Bantel et al. could explain the result obtained by Dew et al..

105.    Finally, as I stated previously in paragraph 95 above, inflammation is not due only to NF-κB activity. For example, the production of proinflammatory cytokines in the gastrointestinal tract of the *villin-Cre/Ikkβ*[FΔ] mice and resulting colonic inflammation occurred in the absence of functional NF-κB (see paragraph 94). Therefore I disagree that the modulation of inflammation necessarily involves a reduction of induced NF-κB activity.

## VIII. N-ACETYL-L-CYSTEINE

### A. Express Anticipation Rejection based on Staal et al. 1990

106.    I have read the Examiner's comments in the July 6, 2007 Final Office Action regarding the article Staal et al. Proc. Natl. Acad. Sci. (1990) 87:9943-9947 and I disagree on several points summarized in the table below.

| Examiner Statement (Rejection Summary-page(s) 111-112 of July 6, 2007 Final Office Action) | |
|---|---|
| Staal et l. (see Abstract; page 9945; Figures 4-5) disclose a method of inhibiting TNF-α by blocking NF-κB activation in mammalian cells (e.g. Jurkat cells) by administration of N-acetyl-L-cysteine (NAC). | Staal et al describe experiments where cells were simultaneously treated with NAC and TNF-α. Therefore, Staal et al. cannot show a method to reduce intracellular signaling caused by TNF-α, as recited by claim 18. |
| Instant claim 18 recites: A method for | Claim 18 is correctly recited. |

ARI 84794

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 98 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| reducing Interleukin-1 or Tumor Necrosis Factor-α activity in mammalian cells comprising reducing NF-κB activity in the cells so as to reduce intracellular signaling caused by interleukin-1 or Tumor Necrosis Factor-α in the cells. | |
| Staal teaches a method of inhibiting TNF-α activation and, thus, signaling, in mammalian cells by reducing NF-κB activity. | Staal et al. do not disclose "a method of inhibiting TNF-α activation and, thus signaling, in mammalian cells by reducing NF-κB activity." According to Staal et al. "findings presented here demonstrating that NAC blocks cytokine-stimulated NF-κB activation." (emphasis added, page 9947, first column). |
| Specifically, Staal discloses inhibiting TNF-α stimulation of 293.27.2 and Jurkat cells by selectively blocking NF-κB activation by administration of N-acetyl-L-cysteine (NAC). See abstract, and Fig. 5. | Staal et al. do show inhibiting TNF-α stimulation of cells using simultaneous administration of NAC. |
| Reduction of intracellular TNF-α signaling is demonstrated by decreased expression of a beta-galactosidase reporter gene in Jurkat cells, which are mammalian (human) in origin. See Fig. 4. accordingly, claim 18 is anticipated. Instant claim 182, depending from claim 18, further recites that reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB. | The Jurkat cell line referred to is the "Jurkat tri-κB" cell. These cells have been transformed to express a construct of unknown origin, since the construction details of said plasmid are listed as a "personal communication" (page 9943, second column). I do not understand these cells in Staal et al. to be "mammalian" or "human." |
| Instant claim 182, depending from claim 18, further recites that reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB. Staal anticipates claim 182 by teaching that high thiol levels (resulting from NAC administration) inhibit NF-κB activation by preventing phosphorylation of I-κB, since phosphorylation of I-κB is necessary for dissociation of NF-κB from its complex with I-κB | Inhibiting "activation" of NF-κB is different from reducing induced NF-κB activity. |
| Since NAC administration keeps NF-κB complexed to its naturally occurring inhibitor I-κB, NF-κB is unavailable for binding NF-κB recognition sites on gene that are transcriptionally regulated by NF- | I find no description of an experiment in Staal et al. that discloses "NAC administration keeps NF-κB complexed to its naturally occurring inhibitor I-κB, NF-κB is unavailable for binding NF-κB |

ARI 84795

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 99 of 113 of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| κB. | recognition sites on gene that are transcriptionally regulated by NF-κB." |
| Thus, instant claim 182 is anticipated since NAC-mediated inactivation of NF-κB described in Staal inherently and necessarily results in reduced NF-κB binding to its recognition sites. | Staal et al. do not describe NAC-mediated inactivation of NF-κB. Staal et al. teach co-administration of PMA, TNF-α, and NAC (page 9943, second column) thus NAC did not mediate "inactivation of NF-κB" rather NAC prevented activation of NF-κB. Staal et al. clearly state that "NAC inhibits stimulation with PMA considerably more effectively than it inhibits stimulation with TNF-α." (page 9944, second column).

Further, claim 182 recites "reducing NF-κB activity comprising reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB." Staal et al. do not disclose any gene regulated by NF-κB since Staal et al. utilizes the "Jurkat tri-κB cells" and 293.27.2 cells transformed to express the "HIV LTR fused to bacterial β-galactosidase." (see 9943, second column). Neither the tri-κB construct (whose origin is unknown) or the β-galactosidase gene are regulated by NF-κB. |
| Instant claims 183-185, depending from claim 18, are also anticipated by Staal. These claims further require that the method is carried out on human cells (claim 183), immune cells (claim 184) and lymphoid cells (claim 185). | Claims 183-185, depending from claim 18, are correctly characterized as requiring the method be carried out on human cells, immune cells and lymphoid cells. I do not understand the cells used by Staal et al. to be human cells, immune cells or lymphoid cells. Staal et al. use a 293.27.2 cell line transformed to express the HIV LTR fused to bacterial β-galactosidase (page 9943, second column). I do not understand 293.27.2 cells to be human cells since they have been modified to express bacterially derived elements. Further, I do not understand 293.27.2 cells to be either immune or lymphoid cells as 293.27.2 cells are a kidney cell line.

Staal et al. also use a "Jurkat tri-κB" cell line. I do not understand the "Jurkat tri- |

ARI 84796

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 100 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| | κB" cell to be a human, immune or lymphoid cell as the generation of this cell line is not described by Staal et al. (see page 9943, second column). One of skill in the art could not determine from Staal et al. the type of cell to which "Jurkat tri-κB" refers. |
| Staal discloses NAC inhibition of TNF-α and stimulation in Jurkat cells (see Fig. 4, p. 9945) which are cells derived from a human T-cell leukemia cell line, and thus, are human, immune and lymphoid anticipating claims 183-185. | Staal et al. disclose the use of "Jurkat tri-κB" cells in Figure 4 (see legend). I do not understand "Jurkat tri-κB" cells to be equivalent to Jurkat cells. Figure 4 discloses the use of "Jurkat tri-κB" cells transformed to express β-galactosidase, a bacterially derived element. <br><br> Further, Figure 4 does not disclose "NAC inhibition of TNF-α" as stated by the Examiner. Figure 4 rather discloses the effect of coadministration of NAC and TNF-α on β-galactosidase activity in transformed Jurkat tri-κB cells. Therefore, Staal et al. cannot teach the invention recited in claims 183-185. |

| Examiner Statement (Examiner Response-page(s) 113 of July 6, 2007 Final Office Action) | |
|---|---|
| Contrary to patentee's argument Staal does show that simultaneous administration of PMA, TNF-α and NAC results in "reduction of NF-κB activity in induced cells" since Staal demonstrates: -inhibition of *basal level* stimulated B-galactosidase (B-gal) cell production, > 95% inhibition of PMA stimulated cellular B-gal production, and –about 70% inhibition of TNF-α stimulated B-gal production. | Staal et al. do not "show that simultaneous administration of PMA, TNF-α and NAC results in "reduction of NF-κB activity in induced cells"." Staal et al. concurrently treats cells with NAC and the agents purported to induce NF-κB activity. Thus Staal et al. demonstrate inhibition or prevention of activation of NF-κB activity, not reducing induced NF-κB activity as recited by the claims. |

107.   Claim 18 and claims dependent thereon recite "a method for reducing Interleukin-1 or

Tumor Necrosis Factor-α activity in mammalian cells comprising reducing NF-κB activity in the

cells so as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α

ARI 84797

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 101 of 113  of Second Declaration of Dr. Inder Verma*

in the cells." (emphasis added). I understand the Examiner has alleged that Staal et al. teach

administration of N-acetyl-L-cysteine to reduce intracellular signaling caused by TNF-α. I find

no such teaching in Staal et al. Staal et al. disclose experiments where "NAC, PMA and TNF-α

were added simultaneously" (page 9944, Figure 1 legend). The addition of NAC at the same

time as PMA and TNF-α prevents <u>activation</u> of intracellular signaling. Staal et al. clearly state

in their abstract that NAC "prevents this thiol decrease [leading to the NF-κB activation] and

blocks the activation of NF-κB." Therefore, Staal et al. does not teach reduction of intracellular

signaling <u>caused by</u> TNF-α as required by claim 18 and claims dependent thereon.

108.    Further, Staal et al. clearly states that "intracellular thiol levels regulate the <u>activation</u> of

NF-κB" (emphasis added, page 9946, second paragraph).    Further, Staal et al. disclose " the

mechanisms that control GSH levels also regulate those genes whose expression is dependent on

the <u>activation</u> of NF-κB..." (emphasis added, Page 9946, second paragraph). I understand that

once NF-κB is activated by extracellular signals such as TNF-α or IL-1, modulation of

intracellular thiols levels would not affect <u>induced</u> NF-κB activity. Thus, Staal cannot teach that

administration of NAC reduces <u>induced</u> NF-κB activity.

109.    Claim 183 is drawn to the practice of the method on "human cells." Staal et al. report the

use of a 293.27.2 cell line transformed to express the "HIV LTR fused to bacterial β-

galactosidase gene" and a Jurkat cell line transformed to express the "Jurkat tri-κB fusion (3κB

5.2)." (page 9943, second column). In my expert opinion, I do not understand either of these

cells which express either virally-derived or bacterially derived elements to be a "human cell."

110.    Further, one of skill in the art would not be able to reproduce any experiment in Staal et

al. requiring the Jurkat tri-κB cells because the source of the Jurkat tri-κB fusion (3κB 5.2) is

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 102 of 113   of Second Declaration of Dr. Inder Verma*

"described elsewhere (P.S. Matilla, G.R. Crabtree, and L.A.H., personal communication)" (emphasis added, page 9943, second column).   Additionally, no experimental protocol is provided as to how this construct was introduced into the Jurkat cells or whether this cell line stably or transiently expressed the construct and at what level the construct was expressed. Based on the protocols provided by Staal et al., one of skill in the art would not be able to reproduce the experiments described in Staal et al.

111.    Further, Staal et al. do not perform statistical analysis on the data present in Figures 2, 3 or 4.  Staal et al. note that the measurements presented in Figure 2 "were done in duplicate" (Figure 2, legend) and the data presented in Figure 4 is the "mean of duplicate samples" (Figure 4, legend).  I do not understand these sample sizes to be sufficient to generate a statistical analysis and therefore, I do not understand the statistical significance of the results presented in these figures.

112.    Claim 182 further limits claim 18 by requiring that the reduction of induced NF-κB activity occurs by interfering at a specific segment of the NF-κB pathway.  Staal et al. state that NAC can "block NF-κB activation" (page 9947, first column) and could possibly modulate intracellular thiols to "regulate NF-κB activation at one or more points in the signal transduction cascade" (emphasis added, page 9946, second column) but does not disclose how NAC could reduce intracellular signaling caused by TNF-α as recited by the claim.

## VIII. Antibiotics

### A. Inherent Anticipation Rejection Based on Portions from the 1970 PDR

ARI 84799

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 103 of 113  of Second Declaration of Dr. Inder Verma*

113.    I understand the Examiner has rejected claims 6, 8, 9, 14, 18, 64-76, 80-89, 93-98, 139,

140, 144-147 and 182-185 as anticipated based on portions of the 1970 PDR, as explained by

various post-filing date published references including Galdeiro et al. Microbiology (2001)

147:2697-2704; Yang et al. Nature (1998) 395:284-288; Mori et al. Eur. J. Haematol.

(1997):162-170; Yasutomi et al. J. Immunology (2005) 175:8069-8076, the Baltimore '516

Patent and the undated Declaration of Dr. Manolagas cited in the July 6, 2007 Final Office

Action.  The cited portions of the 1970 PDR, specifically, are 1) page 1167 on Garamycin™

(gentamycin), 2) pages 1309-1310 on Sumycin™ (tetracycline), and 3) pages 1379-1380 on E-

mycin™ (erythromycin). I have reviewed these portions on the 1970 PDR, the cited post-filing

date documents, the Manolagas declaration and the above-identified claims.  I have also

reviewed the Examiner's comments in the July 6, 2007 Final Office Action regarding the above-

identified documents and I disagree on several points summarized in the table below.

| Examiner Statement (Rejection Summary-page(s) 105-107 of the July 6, 2007 Final Office Action) | |
|---|---|
| As detailed in Exhibit H-10 of the 90/007,503 request (herein incorporated by reference), 1970 PDR teaches administration of antibiotics such as erythromycin, gentamicin, and tetracycline to kill bacteria in animals. | The cited portions of the 1970 PDR provide dosage and administration instructions for the use of only erythromycin, gentamycin and tetracycline to treat infection. |
| As evidence by the Manolagas declaration, gram (-) bacteria produce lipopolysaccharides (LPS) which induce NF-κB regulated cytokine production. Antibiotics that kill gram-negative bacteria thereby act to inherently reduce LPS-induced and NF-κB regulated cytokine production. | Antibiotics have no effect on NF-κB activity. Killing bacteria does not reduce the amount of LPS already present. LPS induces activation of NF-κB. Removing LPS (which is not an effect of an antibiotic) merely prevents further induction of NF-κB, but <u>cannot reduce induced NF-κB activity.</u><br><br>Furthermore, certain species of gram-negative bacteria, such as *Brucella*, produce LPS which does not induce production of cytokines (as discussed |

ARI 84800

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 104 of 113  of Second Declaration of Dr. Inder Verma*

| | below in paragraph 123). |
|---|---|
| The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcription control of NF-κB. | Claims 1, 2, 5 and 26 are no longer under review. |
| For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB –I-κB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claims 5 and 18) and reduce the effects of bacterial lipopolysaccharides (claim 12-17) on eukaryotic (e.g. mammalian) cells. | Claims 5, 7, 1-13 and 15-17 are not under review. The claims under review recite what they recite. Claim 6 and claims dependent thereon are correctly characterized as requiring diminishing induced NF-κB activity. Claims 14, 18 and claims dependent thereon are incorrectly characterized. Claim 14 and claim dependent thereon require "reducing bacterial lipopolysaccharide-<u>induced</u> expression of cytokines in mammalian cells." Claim 18 requires reducing intracellular signaling <u>caused</u> by Interleukin-1 or Tumor Necrosis Factor-α in mammalian cells. |
| The instant claims are drawn to a method of inhibiting NF-κB activity (e.g. diminishing bacterially LPS induced NF-κB expression of cytokines mediated, for example, through intracellular signaling: in claims 6, 8-10) and associated gene (claims 1-2) expression (e.g. of a cytokine protein: claim 5) in a eukaryotic cell. | The claims under review require reducing <u>induced</u> NF-κB activity. |
| The 1970 PDR teaches the administration of antibiotics (erythromycin, gentamycin, tetracycline) to treat gram-negative bacterial infections. | The 1970 PDR provides instruction for the use of the antibiotics (erythromycin, gentamycin, tetracycline) to treat specific species of <u>both</u> gram positive and gram negative bacteria. Only some gram negative bacteria produce LPS. |
| Erythromycin, for example, is active against *H. pertusis* infections (Id. At 1379); and gentamicin sulfate (trade name GARAMYCIN) treats infections caused by *Pseudomona aeruginosa, Aerobacter aerogenes, E.coli, Proteus vulgaris,* and *Klebsiella pneumoniae* (id at 1167). | Erythromycin is only <u>sometimes</u> active against the infections listed. First, the 1970 PDR page 1379 clearly states that erythromycin has "a lower order of activity against the gram-negative" bacteria than against gram-positive bacteria. |
| Tetracycline is a broad spectrum antibiotic (trade name SUMYCIN) which treats a variety of infectious gram (-) bacteria, including *E coli* and *Shigella* (id at 1309). | Tetracycline is only <u>sometimes</u> active against the infections listed. The 1970 PDR further discloses at page 1309, "Microorganisms that have become insensitive to one tetracycline invariably |

ARI 84801

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 105 of 113  of Second Declaration of Dr. Inder Verma*

| | |
|---|---|
| | exhibit cross-resistance to other tetracyclines." Further, on page 1310, the 1970 PDR states "A few strains of pneumococci, *E. coli* and shigellae also have been reported <u>as resistant.</u>" |
| Gram-negative bacteria produce lipopolysaccharide (LPS), which when in contact with human cells induces NF-κB activity resulting in the production of cytokines regulated by NF-κB. | This is not an accurate statement. As discussed below, certain species of gram-negative bacteria, such as *Brucella*, produce LPS which does not induce production of cytokines (as discussed below in paragraph 123). |
| Cytokines whose genes are regulated by NF-κB (at least in part) include tumor necrosis factor alpha (TNF-α) and interleukins 2, 6, 8 and 10 (IL 2, 6, 8 and 10). Eg Galdiero; Yang; and Mori. As noted in Galdiero (page 2700), "The lowest concentration of LPS able to induce cytokine release was 10 ng ml⁻¹". Once produced by gram-negative bacteria, LPS activates NF-κB, which translocates to the nucleus and binds to the NF-κB recognition sites on genes that are regulated, at least in part, by NF-κB. Eg. Baltimore patent, col. 2, lines 54-57 ("release of active NF-κB from the IκB - NF-κB complex has been shown to result from stimulation of cells by a variety of agents, such as bacterial lipopolysaccharide..."). | These statements all presume that antibiotics reduce induced NF-κB activity. As explained, antibiotics cannot reduce induced NF-κB activity. |
| In treating gram-negative bacterial infections, antibiotics kill bacteria or impair bacterial function thereby reducing bacterial production of LPS (Manolagas Declaration, ¶¶33-40). | This is a misleading statement. Antibiotics <u>sometimes</u> kill bacteria, <u>sometimes</u> impair bacterial function and <u>sometimes</u> have no effect on bacteria which are resistant. Plus, antibiotics sometimes reduce bacterial production of LPS, sometimes have no effect on LPS production, and sometimes result in an increase in circulating levels of LPS in the body. See, eg. paragraphs 128-130 of my first Declaration and paragraphs 113 and 122-123 below. |
| For example, erythromycin has been shown to inhibit the activation of NF-κB in T cells; and in normal and inflamed human bronchial epithelial cells along with modulating IL-8 expression. See Yasutomi et al. at page 8068 at the bottom of the right column and footnotes 5-7 (citations | The inhibition of "activation of NF-κB" by erythromycin is a method different from reducing induced NF-κB activity as required by the claims under review. |

ARI 84802

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 106 of 113  of Second Declaration of Dr. Inder Verma*

| | therein). |
|---|---|
| Yasutomi further demonstrated the ability of tetracycline to inhibit lipopolysaccharides and NF-κB activation in human monocyte-derived dendritic cells and suppress NF-κB induced cytokine (e.g. IL-6, 10, 12p70, 13 and IFN-γ) production. See abstract, page 8071-8073, see Table 1 and Figures especially 1-3 and 8. | Yasutomi et al. do not describe any experiment using tetracycline. In any event, the administration of the antibiotic erythromycin prior to stimulation, which is disclosed by Yasutomi et al. (page 8070, first column), is a method different from reducing induced NF-κB activity. Therefore, Yasutomi et al. do not describe that antibiotics reduce induced NF-κB activity. |
| Thus, by blocking LPS that reaches the cell, administration of the 1970 PDR antibiotics to combat gram-negative bacterial infections would necessarily reduce NF-κB activity in human cells and thereby reduce cytokine expression. | Yasutomi et al. do not disclose any evidence describing "blocking LPS" by erythromycin or any antibiotic, nor does the July 6, 2007 Final Office Action point to where this is described in Yasutomi et al. or any other reference. |
| As such, as shown on an element-by-element claim basis in Exhibit H-10 of the 90/007,503 request (incorporated by reference), the disclosed 1970 PDR antibiotics would inherently anticipate the subject claims requiring LPS-induced NF-κB activity. | I have read the 1970 PDR and Exhibit H-10 and I do not find them to teach the method of the claims under review. The 1970 PDR acknowledged antibiotic resistance on pages 1309 and 1310 of the 1970 PDR. More importantly, antibiotics cannot reduce LPS-induced NF-κB activity as recited in the claims under review. |

114.   Antibiotics cannot reduce induced NF-κB activity.   Antibiotics, according to the Examiner's theory, sometimes kill bacteria, thereby allowing LPS to be cleared from a subject. In the case where LPS has already induced NF-κB activity, removal of LPS does not change such induced activity. The absence of LPS does not reduce induced NF-κB activity. LPS, when present, induces NF-κB activity, but when absent does not. Thus, according to the Examiner's theory, antibiotics can only prevent induction of NF-κB by LPS but under no theory or evidence presented in the July 6, 2007 Final Office Action can antibiotics reduce induced NF-κB activity. Further, in Exhibit H-10, referred to in the July 6, 2007 Final Office Action, the same statement appears next to claims each of 6, 8, 9, 14 and 18 regarding the 1970 PDR: "Teaches

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 107 of 113  of Second Declaration of Dr. Inder Verma*

administration of antibiotic for treatment of gram negative bacterial infection." This is not an accurate statement in that the 1970 PDR provides instruction for the use of antibiotics to treat both gram positive and gram negative bacterial infections. Notably, on page 1379, third column, the 1970 PDR discloses that erythromycin has a "lower order of activity against gram-negative" bacteria than against gram positive bacteria. Therefore, I do not understand the 1970 PDR to provide instruction for the use of the antibiotics solely for resolving gram negative bacterial infections. According to the express teaching of the 1970 PDR, the antibiotics are only sometimes effective.

115.    Claim 6 and claims dependent thereon recite a "method for <u>diminishing induced</u> NF-κB-mediated intracellular signaling" (emphasis added). I understand the Examiner has alleged that the 1970 PDR teaches administration of antibiotics to kill gram-negative bacteria which produce LPS thereby reducing NF-κB activity. I find no such teaching in the 1970 PDR. The 1970 PDR provides dosage and administration instructions for the use of erythromycin, gentamycin and tetracycline. There antibiotics have no direct effect on NF-κB activity. Killing bacteria does not reduce the amount of LPS already present. Though LPS induces activation of NF-κB, removing LPS (which is not a direct effect of an antibiotic) merely prevents <u>further</u> induction of NF-κB. Thus the 1970 PDR provides no evidence that antibiotics can diminish induced NF-κB-mediated intracellular signaling as recited by claim 6.

116.    Claim 8 and claims dependent thereon recite a "method for modifying the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling." The 1970 PDR does not demonstrate that administration of antibiotics modifies the effects of external influences which induce NF-κB-mediated intracellular signaling.

ARI 84804

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 108 of 113   of Second Declaration of Dr. Inder Verma*

As I have discussed in paragraph 12, the 1970 PDR provides dosage and administration instructions. Thus, the 1970 PDR cannot teach a method for modifying effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling as recited by claim 9.

117.    Claim 9 and claims dependent thereon recite a method for "reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling." The 1970 PDR does not teach any method which necessarily results in an antibiotic-mediated reduction in the level of expression of any gene which is activated by extracellular influences which induce NF-κB-mediated intracellular signaling.

118.    Further, the 1970 PDR does not demonstrate that administration of antibiotics reduced the level of expression of an activated gene. Again, the 1970 PDR provides dosage and administration instructions for the use of erythromycin, gentamycin and tetracycline. These antibiotics sometimes kill bacteria thereby allowing the body of a subject to clear LPS. The absence of LPS does not reduce the level of expression of a gene activated by NF-κB. Further, the 1970 PDR does not disclose any gene that <u>is</u> activated by NF-κB. Thus, the 1970 PDR does not teach the reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated signaling.

119.    Claim 14 and claims dependent thereon recite a method for "reducing bacterial lipopolysaccharide-induced expression of cytokines in mammalian cells, which method comprises reducing NF-κB activity in the cells so as to reduce bacterial lipopolysaccharide-induced expression of said cytokines in the cells." The Examiner has alleged that the

ARI 84805

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 109 of 113  of Second Declaration of Dr. Inder Verma*

administration of the antibiotics erythromycin, gentamycin and tetracycline to treat gram negative bacterial infections necessarily practices the method of claim 14. I respectfully disagree. The 1970 PDR provides dosage and administration instructions for the use of these three antibiotics. These antibiotics have no effect on NF-κB activity. Killing bacteria does not reduce the amount of LPS already present. Removing LPS (which is not an effect of an antibiotic) merely prevents further induction of NF-κB, but cannot reduce induced NF-κB activity. Therefore, the 1970 PDR cannot teach a method for reducing bacterial lipopolysaccharide-induced expression of cytokines in mammalian cells, which method comprises reducing NF-κB activity in the cells so as to reduce bacterial lipopolysaccharide-induced expression of said cytokines in the cells.

120.    Claim 18 and claims dependent thereon recite a method for "reducing Interleukin-1 or Tumor Necrosis Factor-α activity in mammalian cells comprising reducing NF-κB activity in the cells so as to reduced intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells." The Examiner has alleged that the administration of the antibiotics erythromycin, gentamycin and tetracycline to treat gram negative bacterial infections inherently teaches the method of claim 18. I find no such teaching in the 1970 PDR. The 1970 PDR provides dosage and administration instructions for the use of these three antibiotics. These antibiotics have no effect on NF-κB activity and no effect on TNF-α. Killing bacteria, under the theory of the July 6, 2007 Final Office Action, reduces the amount of LPS. It is unclear how removing LPS reduces signaling caused by TNF-α or IL-1. Therefore, the 1970 PDR cannot teach a method for reducing intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells.

ARI 84806

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 110 of 113  of Second Declaration of Dr. Inder Verma*

121.        Claims 64, 65 and 69 further limit claim 6, claims 75, 76 and 80 further limit

claim 8, claims 88, 89 and 93 further limit claim 9, claim 139-140 and 144 further limit claim 14

and claims 177-178 and 182 further limit claim 18 by requiring that the reduction of induced NF-

κB activity occurs by interfering at a specific segment of the NF-κB pathway.  The Examiner has

alleged that the administration of the antibiotics erythromycin, gentamycin and tetracycline to

treat gram negative bacterial infections necessarily practices the method of claims dependent on

claims 6, 8, 9, 14 and 18, as listed above.  I respectfully disagree.  The 1970 PDR does not

disclose any mechanism by which these three antibiotics reduce induced NF-κB.  In Exhibit H-

10, as relied on by the July 6, 2007 Final Office Action, I note the same statement listed next to

claims 64-65, 69, 75-76, 80,  88-89, 93, 139-140,144, 177-178 and 182: "Inherent.  Reduction in

LPS due to administration of antibiotic necessarily decreases NF-κB activation.." (emphasis

added).  I find no such teaching in the 1970 PDR.  The 1970 PDR provides dosage and

administration instructions for the use of these three antibiotics.  Further, the statement cited

from Exhibit H-10 clearly states that NF-κB activation is decreased thus reaffirming that these

three antibiotics cannot reduce induced NF-κB activity.

122.    In addition to the points I raised in my previous declaration, at ¶¶127-131, I would like to

elaborate on the phenomenon of antibiotic resistance.  The Examiner alleged, referring to Exhibit

H-10, that reducing NF-κB is "Inherent.  Reducing LPS by administration of antibiotic for

treatment of gram negative bacterial infection necessarily reduces NF-κB activity."  I

respectfully disagree.  The instances of antibiotic resistance among the species of bacteria cited

in the July 6, 2007 Final Office Action and listed in the 1970 PDR as treatable with gentamycin,

tetracycline and erythromycin are summarized in Table 1, a copy of which is attached as **Exhibit**

**15**. Antibiotic resistance among bacteria is not a trivial matter.  For example, *Shigella*, which the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 111 of 113  of Second Declaration of Dr. Inder Verma*

Examiner lists as treatable with tetracycline, has long been known to be resistant to tetracycline.

Roberts (2003), (a copy of which is attached as **Exhibit 17**) states that "the first tetracycline-resistant bacterium, *Shigella dysenteriae*, was isolated in 1953, and the first multi-drug resistant *Shigella* pathogen was isolated in 1955....By 1960, mutli-drug resistant *Shigella* species represented almost 10% of the strains tested in Japan, whereas a more recent study showed that ≥60% of the isolates of *Shigella flexneri* recovered were resistant to tetracycline, streptomycin, and chloramphenicol.." (emphasis added, page 464, first column). Clearly, the incidence of antibiotic resistance as described in Roberts and summarized in the submitted Table 1 illustrates that the administration of antibiotics does not consistently result in killing of gram-negative bacteria thereby reducing LPS.

123.  Further, the Examiner alleged, referring to Exhibit H-10, page 11 that "Reducing LPS by administration of antibiotic for treatment of gram negative bacterial infection necessarily modifies effects of external influences on a eukaryotic cell, which external influences induce NF-κBB-mediated intracellular signaling" and on page 14 "necessarily reduces, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling." Further, the Manolagas Declaration states that "when LPS comes into contact with cells in the human body, it is now known to induce NF-κB activity and, in turn, increase the production of cytokines that are regulated by NF-κB activity." (see page 17, paragraph 34). I respectfully disagree with the above statements. Intracellular gram-negative pathogens, such as *Brucella*, produce LPS, but do not induce an inflammatory response. Lapaque et al. (2006), a copy of which is attached **as Exhibit 18**, disclose that *Brucella*, and other species of bacteria such as *Legionella pneumophila*, produce a non-classical LPS molecule which does not stimulate the inflammatory response. Lapaque et al. state "some Gram-negative

**ARI 84808**

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 112 of 113  of Second Declaration of Dr. Inder Verma*

bacteria that replicate extensively to reach high numbers in tissues and cells do not induce endotoxic shock. For instance, *Brucella* and other intracellular pathogens specialized in chronic disease outcome and not acute disease outcome such as salmonellosis must hide into host cells and lower the host responses in order to survive and replicate" (page 408). Further, Lapaque et al. state that "the low endotoxicity of LPS carrying the non-classical lipid A structures used in this study, and show that these failed to induce high levels of TNF-$\alpha$ even at high concentrations" (page 409). Likewise, Dixon and Darveau (2005), a copy of which is attached as **Exhibit 18**, describe heterogeneity in LPS molecules produced by non-enteric gram-negative bacteria. Dixon and Darveau state that "early studies examining endotoxin lethality in mice demonstrated that LPS obtained from Gram-negative oral anaerobic bacteria were significantly reduced in potency when directly compared with enterobacterial LPS" (page 587). Therefore, contrary to the Examiner's assertions in Exhibit H-10 and the statements in the Manolagas declaration, not all gram-negative bacteria produce an LPS molecule capable of stimulating the inflammatory response thus administration of antibiotics to resolve gram-negative infections does not necessarily result in modulation of the inflammatory response. Thus, even if I accept all the cited prior and post art, and I do not for reasons discussed herein and in my previous Declaration, no evidence is provided demonstrating that antibiotics reduce induced NF-κB activity.

ARI 84809

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 113 of 113  of Second Declaration of Dr. Inder Verma*

124. I hereby declare that all statements made herein of my own knowledge are true and that all statements made herein on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the above-identified patent.

_____                         Oct 19/2007
Inder Verma, Ph.D.                                    Date

ARI 84810