# EXHIBIT Y

| | Application No. | Applicant(s) |
|---|---|---|
| *Notice of Allowability* | 08/464,364 | BALTIMORE ET AL |
| | Examiner | Art Unit |
| | David Guzo | 1636 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address.--*
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS. This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to 9/12/01.

2. ☒ The allowed claim(s) is/are 158-187 and 194-365.

3. ☐ The drawings filed on _____ are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All    b) ☐ Some*    c) ☐ None    of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____ .

5. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
   (a) ☐ The translation of the foreign language provisional application has been received.

6. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☒ CORRECTED DRAWINGS must be submitted.
   (a) ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
       1) ☐ hereto or 2) ☒ to Paper No. 44.
   (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the Examiner.
   (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____ .

identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Attachment(s)

1 ☐ Notice of References Cited (PTO-892)
3 ☒ Notice of Draftsperson's Patent Drawing Review (PTO-948)
5 ☒ Information Disclosure Statements (PTO-1449), Paper No. _____.
7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

2 ☐ Notice of Informal Patent Application (PTO-152)
4 ☐ Interview Summary (PTO-413), Paper No. _____.
6 ☒ Examiner's Amendment/Comment
8 ☐ Examiner's Statement of Reasons for Allowance
9 ☐ Other

ADL 0000923

Application/Control Number: 08/464,364                                    Page 2

Art Unit: 1636

*amdt al*

## EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with Matthew Vincent on September 14, 2001.

The application has been amended as follows:

In the claims:

Claims 153 and 188-193 were canceled.

158. (amended) A method for inhibiting expression, in a eukaryotic cell, of a gene whose transcription is regulated by NF-κB, the method comprising [by] reducing NF-κB activity in the cell such that expression of said gene is inhibited.

ADL 0000924

Application/Control Number: 08/464,364                                    Page 3

Art Unit: 1636

159. (amended)  A method for selectively inhibiting expression, in a eukaryotic cell, of genes whose transcription is regulated by NF-κB, the method comprising [by] reducing NF-κB activity in the cell such that expression of said genes is inhibited.

160. (amended)  A method for reducing the level of expression of a viral gene whose transcription is regulated by NF-κB in a eukaryotic cell, the method comprising [by] reducing NF-κB activity in the cell such that expression of said viral gene is reduced.

161. (amended)  The method of claim 160, wherein the viral gene is a cytomegalovirus (CMV), human immunodeficiency virus (HIV) or simian virus 40 (SV40) [CMV, HIV or SV40] gene.

162. (amended)  A method for reducing the level of expression of a cytokine gene whose transcription is regulated by NF-κB in a eukaryotic cell comprising [by] reducing NF-κB activity in the cell such that expression of said cytokine gene is reduced.

163. (amended)  A method for diminishing induced NF-κB-mediated intracellular signaling comprising [by] reducing NF-κB activity in cells such that NF-κB-mediated intracellular signaling is diminished.

ADL 0000925

Application/Control Number: 08/464,364

Art Unit: 1636

164. (amended)  A method for modifying effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling, the method comprising altering NF-κB activity in the cells such that NF-κB-mediated effects of external influences are modified.

166. (amended)  A method for reducing [inhibiting], in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling, the method comprising reducing NF-κB activity in the cells such that expression of said genes is reduced.

167. (amended)  A method for reducing the effects of bacterial infection on mammalian cells comprising [by] reducing NF-κB activity in mammalian cells so as to reduce bacterial linopolysaccharide-induced gene expression in the mammalian cells.

168. (amended) [The] A method for reducing the effects of [of claim 167, wherein the infection is a] viral infection on mammalian cells comprising [by] reducing NF-κB activity in mammalian cells so as to reduce virus-mediated gene expression in the mammalian cells.

169. (amended) [The] A method [of claim 167, wherein the infection is a] for reducing the effects of bacterial infection on mammalian immune cells comprising [by] reducing NF-κB activity

ADL 0000926

Application/Control Number: 08/464,364                    Page 5

Art Unit: 1636

in mammalian immune cells so as to reduce bacterial lipopolysaccharide-mediated stimulation of
the immune cells.

170. (amended) A method for reducing the effects of bacterial lipopolysaccharide on
mammalian cells comprising [by] reducing NF-κB activity in the cells so as to reduce bacterial
lipopolysaccharide-induced gene expression in the cells.

171. (amended) A method for reducing bacterial lipopolysaccharide-induced expression of
cytokines in mammalian cells, which method comprises reducing NF-κB activity in the cells so as
to reduce bacterial lipopolysaccharide-induced expression of said cytokines in the cells.

172. (amended) A method for reducing bacterial lipopolysaccharide-induced expression of
Tumor Necrosis Factor-α in mammalian cells, which method comprises reducing NF-κB activity
in the cells so as to reduce bacterial lipopolysaccharide-induced expression of Tumor Necrosis
Factor-α in the cells.

173. (amended) A method for reducing bacterial lipopolysaccharide-mediated stimulation of
immune cells, which method comprises reducing NF-κB activity in the cells so as to reduce
bacterial lipopolysaccharide-mediated stimulation of the immune cells.

ADL 0000927

Application/Control Number: 08/464,364                     Page 6

Art Unit: 1636

174.   (amended) A method for reducing bacterial-induced NF-κB signaling in cells, which method comprises reducing NF-κB activity in the cells so as to reduce bacterial-induced NF-κB signaling in the cells.

175.   (amended) A method for reducing Interleukin-1 or Tumor Necrosis Factor-α activity in mammalian cells comprising [by] reducing [intracellular] NF-κB activity in the cells so as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells.

176.   (amended) A method for reducing bacterial lipopolysaccharide-induced nuclear translocation of NF-κB in eukaryotic cells comprising inhibiting one or more of: (a) modification of an IκB protein which reduces binding to NF-κB, (b) degradation of an IκB protein, or (c) dissociation of NF-κB-IκB complexes so as to reduce nuclear translocation of NF-κB in the cells.

177.   (amended) The method of claim 158 [any of claims 158 - 175] wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

178.   (amended) The method of claim 158 [any of claims 158 - 175] wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

ADL 0000928

Application/Control Number: 08/464,364

Art Unit: 1636

179.   (amended) The method of claim 158 [178], wherein NF-κB activity is reduced by [inhibiting passage of NF-κB into the nucleus comprises] inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

180.   (amended) The method of claim 158 [178], wherein NF-κB activity is reduced by [inhibiting passage of NF-κB into the nucleus comprises] inhibiting degradation of an IκB protein.

181.   (amended) The method of claim 158 [178], wherein NF-κB activity is reduced by [inhibiting passage of NF-κB into the nucleus comprises] inhibiting dissociation of NF-κB:IκB complexes.

182.   (amended) The method of claim 158 [any of claims 158 - 175] wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

183.   (amended) The method of claim 188 [any of claims 158 - 176], carried out on mammalian cells.

184.   (amended) The method of claim 188 [183], carried out on [wherein the mammalian cells are] human cells.

ADL 0000929

Application/Control Number: 08/464,364

Art Unit: 1636

185.    (amended) The method of claim 183 or 184, carried out on immune cells.

186.    (amended) The method of claim 183 or 184, carried out on lymphoid cells.

187.    (amended) The method of claim 183 or 184, carried out on liver cells.

194.    (new) The method of claim 159 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

195.    (new) The method of claim 159 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

196.    (new) The method of claim 159, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

197.    (new) The method of claim 159, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

198.    (new) The method of claim 159, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

ADL 0000930

Application/Control Number: 08/464,364

Art Unit: 1636

Page 9

199.    (new) The method of claim 159 wherein reducing NF-κB activity comprises reducing

binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by

NF-κB.

200.    (new) The method of claim 159, carried out on mammalian cells.

201.    (new) The method of claim 159, carried out on human cells.

202.    (new) The method of claim 200 or 201, carried out on immune cells.

203.    (new) The method of claim 200 or 201, carried out on lymphoid cells.

204.    (new) The method of claim 200 or 201, carried out on liver cells.

205.    (new) The method of claim 160 wherein NF-κB activity is reduced by decreasing the level

of NF-κB not bound in an NF-κB:IκB complex.

206.    (new) The method of claim 160 wherein NF-κB activity is reduced by inhibiting the

passage of NF-κB into the nucleus of cells.

ADL 0000931

Application/Control Number: 08/464,364

Art Unit: 1636

207. (new) The method of claim 160, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

208. (new) The method of claim 160, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

209. (new) The method of claim 160, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

210. (new) The method of claim 160 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

211. (new) The method of claim 160, carried out on mammalian cells.

212. (new) The method of claim 160, carried out on human cells.

213. (new) The method of claim 211 or 212, carried out on immune cells.

214. (new) The method of claim 211 or 212, carried out on lymphoid cells.

ADL 0000932

Application/Control Number: 08/464,364

Art Unit: 1636

215. (new) The method of claim 211 or 212, carried out on liver cells.

216. (new) The method of claim 162 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

217. (new) The method of claim 162 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

218. (new) The method of claim 162, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

219. (new) The method of claim 162, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

220. (new) The method of claim 162, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

221. (new) The method of claim 162 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

ADL 0000933

Application/Control Number: 08/464,364                                    Page 12

Art Unit: 1636

222.    (new) The method of claim 162, carried out on mammalian cells.

223.    (new) The method of claim 162, carried out on human cells.

224.    (new) The method of claim 222 or 223, carried out on immune cells.

225.    (new) The method of claim 222 or 223, carried out on lymphoid cells.

226.    (new) The method of claim 222 or 223, carried out on liver cells.

227.    (new) The method of claim 163 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

228.    (new) The method of claim 163 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

229.    (new) The method of claim 163, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

ADL 0000934

Application/Control Number: 08/464,364

Art Unit: 1636

230.    (new) The method of claim 163, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

231.    (new) The method of claim 163, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

232.    (new) The method of claim 163 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

233.    (new) The method of claim 163, carried out on mammalian cells.

234.    (new) The method of claim 163, carried out on human cells.

235.    (new) The method of claim 233 or 234, carried out on immune cells.

236.    (new) The method of claim 233 or 234, carried out on lymphoid cells.

237.    (new) The method of claim 233 or 234, carried out on liver cells.

ADL 0000935

Application/Control Number: 08/464,364

Art Unit: 1636

238.    (new) The method of claim 165 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

239.    (new) The method of claim 165 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

240.    (new) The method of claim 165, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

241.    (new) The method of claim 165, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

242.    (new) The method of claim 165, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

243.    (new) The method of claim 165 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

244.    (new) The method of claim 164, carried out on mammalian cells.

ADL 0000936

Application/Control Number: 08/464,364

Art Unit: 1636

245.    (new) The method of claim 163, carried out on mammalian cells.

246.    (new) The method of claim 164, carried out on human cells.

247.    (new) The method of claim 165, carried out on human cells.

248.    (new) The method of any of claims 244-247, carried out on immune cells.

249.    (new) The method of any of claims 244-247, carried out on lymphoid cells.

250.    (new) The method of any of claims 244-247, carried out on liver cells.

251.    (new) The method of claim 166 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

252.    (new) The method of claim 166 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

253.    (new) The method of claim 166, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

ADL 0000937

Application/Control Number: 08/464,364

Art Unit: 1636

Page 16

254.    (new) The method of claim 166, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

255.    (new) The method of claim 166, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

256.    (new) The method of claim 166 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

257.    (new) The method of claim 166, carried out on mammalian cells.

258.    (new) The method of claim 166, carried out on human cells.

259.    (new) The method of claim 257 or 258, carried out on immune cells.

260.    (new) The method of claim 257 or 258, carried out on lymphoid cells.

261.    (new) The method of claim 257 or 258, carried out on liver cells.

ADL 0000938

Application/Control Number: 08/464,364                                    Page 17

Art Unit: 1636

262.    (new) The method of claim 167 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

263.    (new) The method of claim 167 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

264.    (new) The method of claim 167, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

265.    (new) The method of claim 167, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

266.    (new) The method of claim 167, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

267.    (new) The method of claim 167 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

268.    (new) The method of claim 167, carried out on human cells.

ADL 0000939

Application/Control Number: 08/464,364

Art Unit: 1636

269. (new) The method of claim 268, carried out on immune cells.

220. (new) The method of claim 268, carried out on lymphoid cells.

271. (new) The method of claim 268, carried out on liver cells.

272. (new) The method of claim 168 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

273. (new) The method of claim 168 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

274. (new) The method of claim 168, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

275. (new) The method of claim 168, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

276. (new) The method of claim 168, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

ADL 0000940

Application/Control Number: 08/464,364                           Page 19

Art Unit: 1636

277. (new) The method of claim 168 wherein reducing NF-κB activity comprises reducing

binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by

NF-κB.

278. (new) The method of claim 168, carried out on human cells.

279. (new) The method of claim 168 or 278, carried out on immune cells.

280. (new) The method of claim 168 or 278, carried out on lymphoid cells.

281. (new) The method of claim 168 or 278, carried out on liver cells.

282. (new) The method of claim 169 wherein NF-κB activity is reduced by decreasing the level

of NF-κB not bound in an NF-κB:IκB complex.

283. (new) The method of claim 169 wherein NF-κB activity is reduced by inhibiting the

passage of NF-κB into the nucleus of cells.

284. (new) The method of claim 169, wherein NF-κB activity is reduced by inhibiting

modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

ADL 0000941

Application/Control Number: 08/464,364                                    Page 20

Art Unit: 1636

285.    (new) The method of claim 169, wherein NF-κB activity is reduced by inhibiting

degradation of an IκB protein.

286.    (new) The method of claim 169, wherein NF-κB activity is reduced by inhibiting

dissociation of NF-κB:IκB complexes.

287.    (new) The method of claim 169 wherein reducing NF-κB activity comprises reducing

binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by

NF-κB.

288.    (new) The method of claim 169, carried out on human immune cells.

289.    (new) The method of claim 169, carried out on lymphoid cells.

290.    (new) The method of claim 288, carried out on lymphoid cells.

291.    (new) The method of claim 170 wherein NF-κB activity is reduced by decreasing the level

of NF-κB not bound in an NF-κB:IκB complex.

ADL 0000942

Application/Control Number: 08/464,364

Page 21

Art Unit: 1636

292.    (new) The method of claim 170 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

293.    (new) The method of claim 170, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

294.    (new) The method of claim 170, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

295.    (new) The method of claim 170, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

296.    (new) The method of claim 170 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

297.    (new) The method of claim 170, carried out on human cells.

298.    (new) The method of claim 170, carried out on immune cells.

ADL 0000943

Application/Control Number: 08/464,364

Art Unit: 1636

299. (new) The method of claim 297, carried out on immune cells.

300. (new) The method of claim 170 or 297, carried out on lymphoid cells.

301. (new) The method of claim 170 or 297, carried out on liver cells.

302. (new) The method of claim 171 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

303. (new) The method of claim 171 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

304. (new) The method of claim 171, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

305. (new) The method of claim 171, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

306. (new) The method of claim 171, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

ADL 0000944

Application/Control Number: 08/464,364                    Page 23

Art Unit: 1636

302. (new) The method of claim 171 wherein reducing NF-κB activity comprises reducing

binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by

NF-κB.

308. (new) The method of claim 171, carried out on human cells.

309. (new) The method of claim 171 or 308, carried out on immune cells.

310. (new) The method of claim 171 or 308, carried out on lymphoid cells.

311. (new) The method of claim 171 or 308, carried out on liver cells.

312. (new) The method of claim 172 wherein NF-κB activity is reduced by decreasing the level

of NF-κB not bound in an NF-κB:IκB complex.

313. (new) The method of claim 172 wherein NF-κB activity is reduced by inhibiting the

passage of NF-κB into the nucleus of cells.

314. (new) The method of claim 172, wherein NF-κB activity is reduced by inhibiting

modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

Application/Control Number: 08/464,364

Page 24

Art Unit: 1636

315.    (new) The method of claim 172, wherein NF-κB activity is reduced by inhibiting

degradation of an IκB protein.

316.    (new) The method of claim 172, wherein NF-κB activity is reduced by inhibiting

dissociation of NF-κB:IκB complexes.

317.    (new) The method of claim 172 wherein reducing NF-κB activity comprises reducing

binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by

NF-κB.

318.    (new) The method of claim 172, carried out on human cells.

319.    (new) The method of claim 172 or 318, carried out on immune cells.

320.    (new) The method of claim 172 or 318, carried out on lymphoid cells.

321.    (new) The method of claim 172 or 318, carried out on liver cells.

322.    (new) The method of claim 173 wherein NF-κB activity is reduced by decreasing the level

of NF-κB not bound in an NF-κB:IκB complex.

ADL 0000946

Application/Control Number: 08/464,364

Art Unit: 1636

323.    (new) The method of claim 173 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

324.    (new) The method of claim 173, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

325.    (new) The method of claim 173, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

326.    (new) The method of claim 173, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

327.    (new) The method of claim 173 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

328.    (new) The method of claim 173, carried out on human cells.

329.    (new) The method of claim 173 or 328, carried out on lymphoid cells.

ADL 0000947

Application/Control Number: 08/464,364

Art Unit: 1636

330.    (new) The method of claim 174 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

331.    (new) The method of claim 174 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

332.    (new) The method of claim 174, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

333.    (new) The method of claim 174, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

334.    (new) The method of claim 174, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

335.    (new) The method of claim 174 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

336.    (new) The method of claim 174, carried out on human cells.

ADL 0000948

Application/Control Number: 08/464,364                              Page 27

Art Unit: 1636

337.    (new) The method of claim 174 or 336, carried out on immune cells.

338.    (new) The method of claim 174 or 336, carried out on lymphoid cells.

339.    (new) The method of claim 174 or 336, carried out on liver cells.

340.    (new) The method of claim 175 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

341.    (new) The method of claim 175 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

342.    (new) The method of claim 175, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

343.    (new) The method of claim 175, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

344.    (new) The method of claim 175, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

ADL 0000949

Application/Control Number: 08/464,364                    Page 28

Art Unit: 1636

345.  (new) The method of claim 175 wherein reducing NF-κB activity comprises reducing

binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by

NF-κB.

346.  (new) The method of claim 175, carried out on human cells.

347.  (new) The method of claim 175 or 346, carried out on immune cells.

348.  (new) The method of claim 175 or 346, carried out on lymphoid cells.

349.  (new) The method of claim 175 or 346, carried out on liver cells.

350.  (new) The method of claim 176, carried out on mammalian cells.

351.  (new) The method of claim 176, carried out on human cells.

352.  (new) The method of claim 350 or 351, carried out on immune cells.

353.  (new) The method of claim 350 or 351, carried out on lymphoid cells.

ADL 0000950

Application/Control Number: 08/464,364                                    Page 29

Art Unit: 1636

354.   (new) The method of claim 350 or 351, carried out on liver cells.

355.   (new) The method of claim 161 wherein NF-κB activity is reduced by decreasing the level

of NF-κB not bound in an NF-κB:IκB complex.

356.   (new) The method of claim 161 wherein NF-κB activity is reduced by inhibiting the

passage of NF-κB into the nucleus of cells.

357.   (new) The method of claim 161, wherein NF-κB activity is reduced by inhibiting

modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

358.   (new) The method of claim 161, wherein NF-κB activity is reduced by inhibiting

degradation of an IκB protein.

359.   (new) The method of claim 161, wherein NF-κB activity is reduced by inhibiting

dissociation of NF-κB:IκB complexes.

360.   (new) The method of claim 161 wherein reducing NF-κB activity comprises reducing

binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by

NF-κB.

ADL 0000951

Application/Control Number: 08/464,364

Art Unit: 1636

361.    (new) The method of claim 161, carried out on mammalian cells.

362.    (new) The method of claim 161, carried out on human cells.

363.    (new) The method of claim 361 or 362, carried out on immune cells.

364.    (new) The method of claim 361 or 362, carried out on lymphoid cells.

365.    (new) The method of claim 361 or 362, carried out on liver cells.

The following is an examiner's statement of reasons for allowance:

Examiner has reviewed the last response and accompanying references which provide substantiating examples of the claimed methods.  The claims are deemed allowable in view of applicants' claim amendments and arguments, applicants' withdrawal of the remaining pending claims to expedite prosecution and their agreement to make several language changes of a formal nature.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

ADL 0000952

Application/Control Number: 08/464,364                                    Page 31

Art Unit: 1636

fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

    Any inquiry concerning this communication or earlier communications from the examiner

should be directed to David Guzo whose telephone number is (703) 308-1906. The examiner can

normally be reached on Monday-Thursday from 8:00 AM to 5:30 PM. The examiner can also be

reached on alternate Fridays.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's acting

supervisor Robert Schwartzman, can be reached at (703) 308-7307. The fax phone number for

the organization where this application is assigned is (703) 308-4242.

    Any inquiry of a general nature or relating to the status of this application or relating to

attachments to this Office Action should be directed to Patent Analyst Zeta Adams, whose

telephone number is (703) 305-3291.

DAVID GUZO
PRIMARY EXAMINER

October 4, 2001

ADL 0000953