IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation; )
IMMUNEX CORPORATION, a Washington )
corporation; AMGEN USA INC., a Delaware )
corporation; AMGEN MANUFACTURING, )
LIMITED, a Bermuda Corporation, and )
IMMUNEX RHODE ISLAND )
CORPORATION, a Delaware corporation, )
)
      Plaintiffs, )
)
v. )
)
ARIAD PHARMACEUTICALS, INC., a )
Delaware corporation, and THE WHITEHEAD )
INSTITUTE FOR BIOMEDICAL RESEARCH, )
a Delaware corporation, )
)
      Defendants. )  Civil Action No. 06-259 (MPT)
)
_____)
)
ARIAD PHARMACEUTICALS, INC., a )
Delaware corporation, MASSACHUSETTS )
INSTITUTE OF TECHNOLOGY, THE )
PRESIDENT AND FELLOWS OF HARVARD )
COLLEGE, and THE WHITEHEAD )
INSTITUTE FOR BIOMEDICAL RESEARCH, )
a Delaware corporation, )
)
      Counterclaim Plaintiffs, )
v. )
AMGEN, INC., a Delaware corporation; )
IMMUNEX CORPORATION, a Washington )
corporation; AMGEN USA INC., a Delaware )
corporation; AMGEN MANUFACTURING, )
LIMITED, a Bermuda Corporation, and )
IMMUNEX RHODE ISLAND )
CORPORATION, a Delaware corporation, and )
WYETH, )
)
      Counterclaim Defendants. )

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**

The parties hereby stipulate and agree, subject to the approval of the Court, that the August 28, 2007 Second Amended Scheduling Order governing this action shall be amended in the following respects:

1. The following language shall be substituted for the first two sentences of paragraph 10: All case dispositive motions, and opening brief and documents, if any, in support of the motion shall be served and filed on or before April 25, 2008. Answering briefs and supporting opposition documents shall be filed on or before May 22, 2008 with the reply briefs, if any, due on or before June 6, 2008.

2. The following language shall be substituted for the first two sentences of paragraph 12: The parties shall contemporaneously submit initial briefs on claim construction issues on April 25, 2008. The parties' answering briefs/responsive briefs shall be contemporaneously submitted on May 22, 2008.

DB02:6749163.1    065028.1001

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ Melanie K. Sharp | /s/ Tiffany Geyer Lydon |

Melanie K. Sharp (No. 2501)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Mark A. Pals
Marcus E. Sernel
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000

Robert G. Krupka, P.C.
South Figueroa Street
Los Angeles, CA 90017-5800
(213) 680-8400

Siegmund Gutman
J. Drew Diamond
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4707

*Attorneys for Plaintiffs/Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation*

Steven J. Balick (No. 2403)
John G. Day (No. 2114)
Tiffany Geyer Lydon (No. 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
tlydon@ashby-geddes.com

David Greenwald
David R. Marriott
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Defendants/Counterclaim Plaintiffs ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, President and Fellows of Harvard College, Whitehead Institute for Biomedical Research*

SO ORDERED this ___ day of April, 2008.

_____
United States Magistrate Judge

3