IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Defendants.<br><br>ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>Counterclaim Defendants. | C.A. No. 06-259-MPT |

**ARIAD'S AND THE INSTITUTIONS' MOTION
TO PRECLUDE EXPERT TESTIMONY OF
MR. GERALD J. MOSSINGHOFF AND DR. AARON CIECHANOVER**

Defendants-counterclaim-plaintiffs ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, the President and Fellows of Harvard College, and the Whitehead

{00212399;v1}

Institute for Biomedical Research (collectively "ARIAD") hereby move to preclude the testimony of two of Amgen's experts: (1) Gerald J. Mossinghoff, a lawyer; and (2) Dr. Aaron Ciechanover, a biochemist. This motion is based on ARIAD's memorandum in support of this motion, the declaration of David Greenwald and its exhibits, all pleadings and papers on file in this action, and any other evidence the Court deems proper and just.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants and Counterclaim Plaintiffs ARIAD Pharmaceuticals, Inc. and The Whitehead Institute for Biomedical Research and Counterclaim Plaintiffs Massachusetts Institute of Technology and The President and Fellows of Harvard College*

*Of Counsel:*

Evan R. Chesler
Keith R. Hummel
David R. Marriott
David Greenwald
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Dated: April 25, 2008

{00212399;v1}                                2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>           Plaintiffs,<br>   v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>           Defendants.<br><br>ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>           Counterclaim Plaintiffs,<br>   v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>           Counterclaim Defendants. | C.A. No. 06-259-MPT |

## ORDER

      This _____ day of _____, 2008, Defendants-counterclaim-plaintiffs ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, the President and Fellows of Harvard College, and the Whitehead Institute for Biomedical Research (collectively "ARIAD") having moved to preclude the testimony of Mr. Gerald J. Mossinghoff and Dr. Aaron

Ciechanover, and the Court, after considering the issues, having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that ARIAD's motion to preclude the testimony of Mr. Gerald J. Mossinghoff and Dr. Aaron Ciechanover is GRANTED.

_____
United States Magistrate Judge