IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 06-259 (MPT) |

## THE AMGEN ENTITIES' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 6,410,516

Pursuant to Federal Rule of Civil Procedure 56(c), Plaintiffs ("The Amgen Entities") hereby move for Summary Judgment of Noninfringement of U.S. Patent No. 6,410,516. The grounds for this motion are set forth in The Amgen Entities' Brief in Support of Their Motion for Summary Judgment of Noninfringement of U.S. Patent No. 6,410,516, filed contemporaneously herewith. A proposed order also is enclosed herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*
———————————————
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Mark A. Pals
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000

Robert G. Krupka, P.C.
South Figueroa Street
Los Angeles, CA 90017-5800
(213) 680-8400

Siegmund Gutman
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4707

Dated: April 25, 2008

*Attorneys for Plaintiffs/Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>    Defendants/Counterclaim Plaintiffs. | Civil Action No. 06-259 (MPT) |

### **ORDER**

WHEREAS, Plaintiffs ("The Amgen Entities") have moved this Court for an Summary Judgment of Noninfringement of U.S. Patent No. 6,410,516; and

WHEREAS, the Court has considered the submissions and arguments of the parties with respect to the Amgen Entities' Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2008 that the Motion is GRANTED.

_____
United States Magistrate Judge