IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation; )
IMMUNEX CORPORATION, a Washington )
corporation; AMGEN USA INC., a Delaware )
corporation; AMGEN MANUFACTURING, )
LIMITED, a Bermuda Corporation, and )
IMMUNEX RHODE ISLAND )
CORPORATION, a Delaware corporation, )
                                 )               Civil Action No. 06-259 (MPT)
    Plaintiffs/Counterclaim Defendants, )
                                 )
    v.                            )
                               )
ARIAD PHARMACEUTICALS, INC., a )
Delaware corporation, and THE WHITEHEAD )
INSTITUTE FOR BIOMEDICAL RESEARCH, )
a Delaware corporation, *et. al.* )
                               )
    Defendants/Counterclaim Plaintiffs. )

## DECLARATION OF MELANIE K. SHARP

I, Melanie K. Sharp, hereby declare as follows:

1.     I am a partner at the law firm of Young, Conaway, Stargatt & Taylor LLP in Wilmington, Delaware, counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in connection with Amgen's Brief in Support of Its *Daubert* Motion To Preclude Certain Proffered Opinions of Dr. Jeffrey V. Ravetch Relating to Written Description and Inherent Anticipation. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of selected pages from the 04/03/2008 and 04/22/2008 depositions of Jeffrey Ravetch, M.D. (pgs. 134-135, 175, 193-194, 255-257, 326).

3.     Attached hereto as Exhibit B is a true and correct copy of selected pages from the 02/22/2008 Rebuttal Report of Jeffrey V. Ravetch, M.D., Ph.D. (pgs. 8-9, 14-17).

1

4.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.  Executed this 25th day of April, 2008.

_____
Melanie K. Sharp, Esq. (No. 2501)

2

Exhibit A

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
---------------------------------------------X
AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA
INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX
RHODE ISLAND CORPORATION,

                    Plaintiffs,

                                    Civil Action No.
vs                                  06-259-(MPT)

ARIAD PHARMACEUTICALS, INC. and THE WHITEHEAD
INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware
Corporation,

                    Defendants.
---------------------------------------------X
ARIAD PHARMACEUTICALS INC., THE MASSACHUSETTS
INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND
FELLOWS OF HARVARD COLLEGE and THE WHITEHEAD
INSTITUTE FOR BIOMEDICAL RESEARCH,

                    Counterclaim Plaintiffs

vs.

AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC.,
AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE
ISLAND CORPORATION and WYETH,

                    Counterclaim Defendants.
---------------------------------------------X

        VIDEOTAPED DEPOSITION OF JEFFREY RAVETCH, M.D./PH.D.

                    April 3, 2008

                    - Volume I -

Page 134

|          |    |                                                       |
|----------|----|-------------------------------------------------------|
|          | 1  | Jeffrey V. Ravetch, M.D./Ph.D.                        |
| 14:26:36 | 2  | application?                                           |
| 14:26:36 | 3  | A.    Yes.                                             |
| 14:26:37 | 4  | Q.    And the '436 application, beginning, I           |
| 14:26:40 | 5  | guess, it's only on page 22 of your opening report;   |
| 14:26:44 | 6  | correct?                                               |
| 14:26:44 | 7  | A.    Yes.                                             |
| 14:26:52 | 8  | Q.    Now, in the context of the written              |
| 14:26:54 | 9  | description portion of your priority analysis, did    |
| 14:26:57 | 10 | you consider, or did you understand that the analysis |
| 14:27:06 | 11 | of written description included what would be obvious  |
| 14:27:09 | 12 | to one of ordinary skill in the art from the          |
| 14:27:11 | 13 | description that was provided in the applications?    |
| 14:27:14 | 14 | A.    I guess I wouldn't use the word                 |
| 14:27:28 | 15 | obvious.  But I did say that "The claimed invention   |
| 14:27:34 | 16 | was clear to one of skill in the art that the         |
| 14:27:40 | 17 | inventors were in possession of their invention."     |
| 14:27:43 | 18 | So, I considered what one of ordinary     |
| 14:27:48 | 19 | skill in the art in the relevant time frame would     |
| 14:27:51 | 20 | know by reading the disclosure, and how that would    |
| 14:27:53 | 21 | inform that individual whether the inventors were in  |
| 14:27:57 | 22 | possession of the claimed invention.  And I did apply |
| 14:27:59 | 23 | that standard.                                        |
| 14:28:01 | 24 | Q.    Did you understand that from the                |
| 14:28:03 | 25 | standpoint of a written description analysis, you     |

Page 135

| | 1 | Jeffrey V. Ravetch, M.D./Ph.D. |
|---|---|---|
| 14:28:06 | 2 | were not limited to what was actually described in |
| 14:28:09 | 3 | the application, but you could consider what was |
| 14:28:11 | 4 | described, as well as what was obvious to one of |
| 14:28:14 | 5 | ordinary skill in the art? |
| 14:28:16 | 6 | A.    Yes. |
| 14:28:16 | 7 | Q.    When you say that, and I am in |
| 14:28:24 | 8 | paragraph 42, there is a sentence that starts "In |
| 14:28:27 | 9 | other words"; do you see that? |
| 14:28:28 | 10 | A.    Yes. |
| 14:28:28 | 11 | Q.    When you say, in paragraph 42, "The |
| 14:28:31 | 12 | claimed invention must be supported by the disclosure |
| 14:28:34 | 13 | of the application in such a way to show that the |
| 14:28:36 | 14 | inventors were in possession of the claimed |
| 14:28:38 | 15 | invention." |
| 14:28:40 | 16 | What did you understand the phrase "in |
| 14:28:46 | 17 | possession of the claimed invention" to mean? |
| 14:28:48 | 18 | A.    I have an understanding as a layman, |
| 14:28:57 | 19 | as a scientist and not in any legal sense.  So, I |
| 14:29:01 | 20 | can't offer a legal definition of what "possession of |
| 14:29:05 | 21 | the claimed invention" might mean. |
| 14:29:07 | 22 | Reading it as a scientist and one of |
| 14:29:10 | 23 | skill in the art at the time the patent was filed to |
| 14:29:14 | 24 | this particular priority date, to me it meant that |
| 14:29:18 | 25 | the inventor -- the claim that we were discussing is |

Page 175

|  | 1 | Jeffrey V. Ravetch, M.D./Ph.D. |
| 15:57:56 | 2 | induced NF-kappaB activity in cells? |
| 15:57:59 | 3 | A.    That would be a question I would have |
| 15:58:02 | 4 | to refer to the literature.  It wouldn't be undue |
| 15:58:05 | 5 | experimentation to determine that, if that data |
| 15:58:08 | 6 | wasn't available. |
| 15:58:08 | 7 | Q.    So it is your opinion that as of March |
| 15:58:26 | 8 | 1, 1988, it would have been obvious to one of |
| 15:58:31 | 9 | ordinary skill in the art to design experiments and |
| 15:58:34 | 10 | determine whether -- not to determine whether, but to |
| 15:58:40 | 11 | practice claim six of the '516 Patent, as it |
| 15:58:44 | 12 | ultimately issued? |
| 15:58:44 | 13 | MR. HUMMEL:  Object to the form. |
| 15:58:45 | 14 | A.    That's my opinion, yes. |
| 15:58:47 | 15 | Q.    You're aware that as of March 1, 1988, |
| 15:59:11 | 16 | none of the people named as inventors on the '516 |
| 15:59:15 | 17 | Patent had done work with TNF-alpha and studying its |
| 15:59:18 | 18 | impact on NF-kappaB; correct? |
| 15:59:20 | 19 | A.    I have no knowledge as to what their |
| 15:59:21 | 20 | activities were in that time frame. |
| 15:59:23 | 21 | Q.    Did you ask in connection with your |
| 15:59:25 | 22 | work in this case what, if any, work the inventors |
| 15:59:28 | 23 | had done relating to TNF-alpha? |
| 15:59:32 | 24 | A.    Don't believe I asked that question |
| 15:59:35 | 25 | specifically, no. |

Page 193

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | Jeffrey V. Ravetch, M.D./Ph.D.                        |
| 16:33:01 | 2  | connection, your interpretation.                       |
| 16:33:03 | 3  | A.    Okay.                                             |
| 16:33:04 | 4  | Q.    And/or how you try to weave things              |
| 16:33:06 | 5  | together from different parts of the applications.     |
| 16:33:08 | 6  | So let's stick with this particular                    |
| 16:33:11 | 7  | question:  Dr. Baltimore, whose deposition we looked   |
| 16:33:18 | 8  | at a few moments ago, in this '436 application cites   |
| 16:33:23 | 9  | the Osborn paper to support the point that IL-1 and    |
| 16:33:28 | 10 | TNF-alpha activate NF-kappaB binding; correct?         |
| 16:33:32 | 11 | A.    That's the purpose of his citation, I           |
| 16:33:34 | 12 | agree.                                                 |
| 16:33:35 | 13 | Q.    And Dr. Baltimore testified that                |
| 16:33:39 | 14 | Osborn showed that anti-TNF-alpha antibodies reduced   |
| 16:33:46 | 15 | NF-kappaB activity in human lymphoid cells; correct?   |
| 16:33:49 | 16 | A.    I disagree on that point.                       |
| 16:33:51 | 17 | Q.    You disagree that he testified to              |
| 16:33:53 | 18 | that?                                                  |
| 16:33:53 | 19 | A.    I disagree that he testified only to           |
| 16:33:56 | 20 | that.  He testified, as I read into the record, that   |
| 16:34:00 | 21 | they prevented the activation of NF-kappaB.  He then   |
| 16:34:03 | 22 | also said they reduced NF-kappaB.                      |
| 16:34:07 | 23 | I, in reading this, understand this.                   |
| 16:34:10 | 24 | And having read the Osborn paper, understand that the  |
| 16:34:14 | 25 | Osborn paper reference shows that the antibodies       |

Page 194

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | Jeffrey V. Ravetch, M.D./Ph.D.                         |
| 16:34:17 | 2  | prevented activation of NF-kappaB.  And on that        |
| 16:34:20 | 3  | point, I agree with Dr. Baltimore.                     |
| 16:34:23 | 4  | I don't know why he said they reduced                  |
| 16:34:25 | 5  | NF-kappaB activity.  They don't.                       |
| 16:34:27 | 6  | Q.    So you think Dr. Baltimore was wrong             |
| 16:34:29 | 7  | when he said that the antibodies in Osborn reduced     |
| 16:34:36 | 8  | NF-kappaB activity in human lymphoid cells?            |
| 16:34:39 | 9  | A.    I think he made two statements.  And             |
| 16:34:43 | 10 | the two statements are not consistent.  I don't know   |
| 16:34:46 | 11 | why he made the two statements and they are not being  |
| 16:34:48 | 12 | consistent.  Perhaps the question was unclear.         |
| 16:34:52 | 13 | But, I think it's very clear to me                     |
| 16:34:56 | 14 | from reading the Osborn paper and from                 |
| 16:34:59 | 15 | Dr. Baltimore's first answer that the antibodies       |
| 16:35:02 | 16 | prevent activation of NF-kappaB.                       |
| 16:35:19 | 17 | Q.    So you do agree that the Osborn paper            |
| 16:35:22 | 18 | shows the inhibition of NF-kappaB activity when TNF    |
| 16:35:26 | 19 | antibodies were added prior to induction with TNF?     |
| 16:35:29 | 20 | A.    By inhibition, I mean the antibodies             |
| 16:35:32 | 21 | prevented activation of NF-kappaB.                     |
| 16:35:35 | 22 | Q.    Okay.  Do you believe that the Osborn            |
| 16:35:53 | 23 | paper shows that TNF induces NF-kappaB?                 |
| 16:35:56 | 24 | A.    Yes, I do.                                        |
| 16:36:08 | 25 | Q.    At what point would you say that TNF             |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CIVIL ACTION NO. 06-259-(MPT)

------------------------------------------x
AMGEN, INC., IMMUNEX CORPORATION, AMGEN
USA INC., AMGEN MANUFACTURING
LIMITED and IMMUNEX RHODE ISLAND
CORPORATION,

                    Plaintiffs,

          vs.

ARIAD PHARMACEUTICALS, INC.,
and THE WHITEHEAD INSTITUTE
FOR BIOMEDICAL RESEARCH, a
Delaware corporation,

                    Defendants.
------------------------------------------------x
(Caption continued on next page)


               April 22, 2008

               9 a.m.

               Volume II

          Continued videotaped deposition of
JEFFREY V. RAVETCH, M.D., Ph.D., held at the
offices of Kirkland & Ellis, 153 East 53rd
Street, New York, New York, before Nancy
Mahoney, a Certified Shorthand Reporter,
Registered Professional Reporter and Notary
Public within and for the States of New York and
New Jersey.

Page 255

1          JEFFREY V. RAVETCH, M.D., Ph.D.

09:56:27   2    the general sense.

09:56:27   3         A.    Yes.

09:56:28   4         Q.    I'd love to know where in the

09:56:29   5    patent you say there's a discussion of

09:56:32   6    antibodies to do this.

09:56:32   7              So let's be clear.  My questions

09:56:34   8    are:  Where in the patent is there any

09:56:37   9    description of taking action outside of a cell

09:56:39   10   to reduce NF-kappaB activity?

09:56:42   11        A.    Okay.

09:56:42   12        Q.    And you said you believe there was

09:56:44   13   some discussion of antibodies.  So, therefore,

09:56:47   14   I'm curious as to --

09:56:48   15        A.    Actually, my first -- my first

09:56:50   16   response was there are -- this is a discussion

09:56:51   17   of external influences in reducing NF-kappaB

09:56:54   18   activity so that it's understood to those of us

09:57:00   19   who read the patent that it includes activity

09:57:02   20   that occur outside the cell.

09:57:03   21              I also was asked for specific

09:57:05   22   examples of that, perhaps, and types of

09:57:08   23   molecules and I said, well, there are molecules

09:57:09   24   that we know that act outside the cell,

09:57:13   25   including antibodies, and the patent does

Page 256

| | 1 | JEFFREY V. RAVETCH, M.D., Ph.D. |
|---|---|---|
| 09:57:15 | 2 | describe antibodies. |
| 09:57:16 | 3 | I believe you then asked, you know, |
| 09:57:18 | 4 | can you point to where in the patent you can |
| 09:57:21 | 5 | show antibodies used to reduce NF-kappaB |
| 09:57:24 | 6 | activity, and that's where I was going to start |
| 09:57:26 | 7 | looking. |
| 09:57:26 | 8 | Q.    Thank you. |
| 09:57:27 | 9 | A.    Okay.  So if I understand our flow, |
| 09:57:28 | 10 | that's -- |
| | 11 | Q.    Yes. |
| 09:57:29 | 12 | A.    -- that's where we are.  Okay. |
| 09:57:30 | 13 | So there are a few places where I |
| 10:01:08 | 14 | identify some relevant passages, I believe. |
| 10:01:11 | 15 | In -- in Column 34, starting on Line 60, there's |
| 10:01:14 | 16 | a description of the use of antibodies that can |
| 10:01:18 | 17 | be raised against transcriptional regulatory |
| 10:01:22 | 18 | factors of this invention. |
| 10:01:25 | 19 | There is a description further on |
| 10:01:42 | 20 | of -- oh, yes, Column 31, there's a description |
| 10:01:56 | 21 | starting around column -- Line 57 or so of -- |
| 10:02:03 | 22 | sorry -- 60 -- antibodies specific for, in this |
| 10:02:09 | 23 | case, IkappaB, altering NF-kappaB activity and |
| 10:02:18 | 24 | altering NF-kappaB mediated gene expression. |
| 10:02:21 | 25 | And it goes on to say, "It is now |

Page 257

|  |  |  |
|--|--|--|
| | 1 | JEFFREY V. RAVETCH, M.D., Ph.D. |
| 10:02:23 | 2 | possible through the method of the present |
| 10:02:25 | 3 | invention to block or inhibit NF-kappaB passage |
| 10:02:28 | 4 | into the nucleus of cells where it occurs and |
| 10:02:31 | 5 | thus block partially or totally binding of |
| 10:02:34 | 6 | NF-kappaB to NF-kappaB binding sites." |
| 10:02:37 | 7 | So there are some references in the |
| 10:02:40 | 8 | patent to the types of molecules that one might |
| 10:02:46 | 9 | want to consider using that would act |
| 10:02:49 | 10 | extracellularly. |
| 10:02:51 | 11 | Q.    Is that it? |
| 10:02:53 | 12 | A.    Is that it? |
| 10:02:54 | 13 | Q.    That's all you've seen? |
| 10:02:55 | 14 | A.    Well, without reading through the |
| 10:02:57 | 15 | entire patent again, in the interest of time, |
| 10:03:00 | 16 | those were three of the sites that I can recall. |
| 10:03:04 | 17 | As I said, there's a more general |
| 10:03:05 | 18 | description of the invention having the intended |
| 10:03:11 | 19 | purpose of reducing the influence of |
| 10:03:18 | 20 | extracellular factors on cells that contain |
| 10:03:22 | 21 | NF-kappaB, and that's spread throughout the -- |
| 10:03:27 | 22 | the patent as well. |
| 10:03:33 | 23 | THE WITNESS:  Could I take a short |
| 10:03:35 | 24 | bathroom break at this moment? |
| 10:03:37 | 25 | MR. PALS:  If you need a break, |

Page 326

|           |    |                                                    |
|-----------|----|----------------------------------------------------|
|           | 1  | JEFFREY V. RAVETCH, M.D., Ph.D.                    |
| 11:54:24  | 2  | Q.      And -- and what do you mean by             |
| 11:54:25  | 3  | that?                                              |
| 11:54:29  | 4  | A.      Every case is what it says.  I             |
| 11:54:31  | 5  | mean, I think it's a plain meaning of the words    |
| 11:54:33  | 6  | "every case" is how I understood it.  I don't      |
| 11:54:37  | 7  | have a special understanding of -- of the word     |
| 11:54:39  | 8  | "every case."                                      |
| 11:54:41  | 9  | To my understanding, it means, as                  |
| 11:54:43  | 10 | it says, every time it happens, this event         |
| 11:54:45  | 11 | occurs.                                            |
| 11:54:45  | 12 | Q.      In every cell?                             |
| 11:54:49  | 13 | A.      In every cell?  You mean in a              |
| 11:54:53  | 14 | multicellular construct?                           |
| 11:54:54  | 15 | Q.      Yes.                                       |
| 11:54:54  | 16 | A.      Yeah, I don't think that was               |
| 11:54:57  | 17 | something I addressed.  I address the issue of     |
| 11:54:59  | 18 | under the particular approach that was used in a   |
| 11:55:05  | 19 | particular reference, would the method             |
| 11:55:12  | 20 | necessarily lead to, in this case, reduction of    |
| 11:55:14  | 21 | NF-kappaB, and that, to me, meant that it would    |
| 11:55:19  | 22 | have to occur every time that method was           |
| 11:55:26  | 23 | practiced under those sets of experimental         |
| 11:55:29  | 24 | conditions.                                        |
| 11:55:29  | 25 | I don't think I address whether                    |

Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

AMGEN INC., IMMUNEX CORPORATION, AMGEN
USA INC., AMGEN MANUFACTURING LIMITED, and
IMMUNEX RHODE ISLAND CORPORATION,

     Plaintiffs,

  v.

ARIAD PHARMACEUTICALS, INC., and THE
WHITEHEAD INSTITUTE FOR BIOMEDICAL
RESEARCH,

     Defendants

ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS
INSTITUTE OF TECHNOLOGY, THE PRESIDENT and
FELLOWS OF HARVARD COLLEGE, and THE
WHITEHEAD INSTITUTE FOR BIOMEDICAL
RESEARCH

     Counterclaim Plaintiffs,

  v.

AMGEN INC., IMMUNEX CORPORATION, AMGEN
USA INC., AMGEN MANUFACTURING LIMITED,
IMMUNEX RHODE ISLAND CORPORATION

     Counterclaim Defendants.

C.A. No. 06-259-MPT

**REBUTTAL REPORT OF JEFFREY V. RAVETCH, M.D., Ph.D.**

    I, Jeffrey V. Ravetch, M.D., Ph.D., submit the following report on behalf of

ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The Whitehead Institute

for Biomedical Research, and The President and Fellows of Harvard College (collectively

"ARIAD") in the above-captioned action.

exception of Roederer (which did not demonstrate reduction of NF-κB activity, *see* below), none of the references describes experiments reducing the effects of viral infection.

22.    Claims 121-123 are dependent claims directed to methods for reducing the effects of bacterial infections on mammalian immune cells comprising reducing NF-κB activity. With the exception of Tracey (which did not demonstrate reduction in NF-κB activity in immune cells), none of the references describes experiments reducing the effects of bacterial infections.

23.    Claims 161-163 are dependent claims directed to methods for reducing bacterial lipopolysaccharide (LPS)-mediated stimulation of immune cells comprising reducing NF-κB activity. With the exception of Mannel (which, as discussed below, did not involve immune cells), Giri and Shirakawa (neither of which measured reduction of NF-κB activity), none of the references describes experiments utilizing LPS.

24.    Claims 194-196 are dependent claims directed to methods for reducing the expression of cytomegalovirus, human immunodeficiency virus, or the simian virus 40 genes. With the possible exception of Roederer (which did not demonstrate reduction of NF-κB activity, *see* below), none of the references describes experiments reducing the expression of genes of those viruses.

25.    **Pachman (1971).** Pachman studied the effects of salicylates on lymphocyte nucleic acid and protein synthesis. Salicylates were added to suspensions of human lymphocytes, either simultaneously with or in the absence of a mitogenic agent, PHA, and purified tuberculin protein. The resulting effects on general DNA, RNA and protein synthesis (which would be expected to increase during mitosis) were assayed.

26.    Dr. Greene contends that Pachman anticipates the '516 Patent because it used salicylates to inhibit NF-κB activity. However, the reference reports assays of general nucleic acid and protein synthesis, which are not necessarily linked to NF-κB activity, and no NF-κB

8

activity is assayed. Dr. Greene opines that later references by Kopp and Yin, published in 1994 and 1998 respectively, support his position that the salicylates used in Pachman anticipated the '516 Patent. Yin describes experiments in which Jurkat cells transfected with an HIV-1 LTR CAT reporter construct were treated with TNF and various salicylates or dexamethasone, another immunosuppressant. Kopp describes experiments in which Jurkat and PD31 cells were treated with various inducers and salicylates. However, those references do not report experiments replicating the conditions of the experiments described in Pachman. To say that salicylates can reduce NF-κB activity under certain conditions in some cells is not to say that they in fact did so, necessarily and always, under the conditions described in the reference.

27.     Dr. Greene cites to deposition testimony by Dr. Maniatis to support his opinion that a post-dating reference, Yin, shows that the use of aspirin in the Pachman reference anticipates the '516 Patent.[6] Dr. Maniatis referred to Yin as showing the inhibition of IKK by aspirin in a particular instance. That instance, as pointed out by Dr. Maniatis, was one in which very high doses of aspirin were administered, and cannot be used as a basis from which to extrapolate the effects of aspirin on NF-κB activity in the experiments described in Pachman.

28.     **Mannel (1981).** Mannel discusses an experiment in which macrophages were treated with a bacterial strain, BCG, in the presence or absence of LPS for 2 hours. The authors generated polyclonal antibodies to an uncharacterized substance they denominated "tumor cytotoxic factor" ("CF"), derived from the supernatant of BCG-elicited macrophages after LPS treatment. The cells were washed three times after BCG-LPS treatment and then co-cultured with labeled tumor (L929) cells, *i.e.*, the target cell, in the presence or absence of anti-CF IgG. In his report, Dr. Greene contends that this treatment modality anticipates the '516 Patent because

---

[6] Greene Rep. at 45-46, citing Maniatis Dep. Tr. 284:2-9.

reduction of NF-κB following the simultaneous addition of PMA and H-7 could anticipate, Dr. Greene significantly changed the protocol by adding the potential inhibitor, H-7, prior to adding PMA. This change would inevitably alter cell dynamics, and would even more likely have prevented induction of NF-κB activity. In any event, Dr. Greene's experiments do not authentically replicate Koizumi's experiments and, therefore, do not demonstrate that NF-κB activity was necessarily and inevitably reduced therein.

39.     Dr. Greene cites deposition testimony of Drs. Baltimore and Baeuerle as support for his opinion that the use of H-7 reported in certain articles, including Koizumi, inhibited NF-κB activity in a way that anticipates the '516 Patent.[8] But Dr. Greene overstates the degree to which the testimony supports his opinion. Drs. Baltimore and Baeuerle acknowledged that H-7 has been found to inhibit NF-κB activity under certain circumstances. They did not, as Dr. Greene implies, state that H-7 inhibits NF-κB activity in all circumstances, including after prior induction. Nor did they testify that NF-κB was inhibited in Koizumi or any such article.

40.     **Tracey (1987).** In Tracey *et al.*, the effect of administration to baboons of anti-TNF antibodies prior to the onset of bacterially-induced septic shock was assessed. The authors developed monoclonal antibodies to TNF, which they administered to baboons either one or two hours prior to injection of a lethal dose of *E. coli* bacteria. Whereas those baboons receiving anti-TNF antibodies only one hour prior to injection succumbed to the effects of the resulting septic shock, those receiving the antibodies two hours prior to injection survived. Dr. Greene contends that this reference anticipates the asserted claims of the '516 Patent, including the asserted claims, because he contends that treatment with anti-TNF antibodies inhibited LPS-induced NF-κB activity, in the same way that treatment with Enbrel inhibits TNF-induced NF-

---

[8] Greene Rep. at 21-22.

14

κB activity. I disagree. The experimental protocol employed by the authors did not involve TNF induction of NF-κB activity prior to inhibition. To the contrary, antibodies were administered one or more hours prior to injection of the purportedly inducing substance (LPS). Not only was the effect of the antibodies highly sensitive to the time of administration, but the authors themselves were careful to note that the results they obtained from administering antibodies prior to induction could not be extrapolated to form conclusions about the effect of administering antibodies after the induction of septic shock: "Further experiments are needed to determine whether the administration of anti-cachectin antibodies during persisting infection or indolent sepsis will be beneficial." In fact, subsequent studies in humans showed that administration of anti-TNF antibodies or similar molecules after onset of sepsis is not an effective therapy for septic shock.[9]

41.    I further note that because the reported experiments were carried out in baboons, the article cannot anticipate claims 71, 182 or other claims limited to human cells.

42.    **Saito (June 1988).** Saito *et al.* discusses the effects of various protease inhibitors, including ALLNal, on the growth of neurites, tendril-like outgrowths of cultured nerve cells. ALLNal and other inhibitors were added to cultured PC12h cells, with or without Neurite Growth Factor (NGF). The presence and length of neurites were measured to determine the degree to which the inhibitors inhibited neurite growth.

43.    Drs. Greene and Ciechanover opine that the Saito reference anticipates because the effects on neurite growth of ALLNal (which they contend is an agent that reduces NF-κB activity) in combination with NGF (which they contend induces NF-κB activity) were studied.

---

[9] Abraham, *et al., Double-Blind Randomized Controlled Trial of Monoclonal Antibody to Human Tumour Necrosis Factor in Treatment of Septic Shock,* Lancet 351:929-933 (1998).

Drs. Greene and Ciechanover also opine that Saito anticipates because ALLNal, by inhibiting the proteasome system, reduced NF-κB activity induced by NGF. The experiments did not involve prior induction with NGF, and neither the cited articles, nor any I am aware of, demonstrates that ALLNal can inhibit induced NF-κB activity, much less that it necessarily does so in each and every case. Although some articles show that inhibitors of proteasomes can, under certain conditions, inhibit uninduced NF-κB activity, *e.g.*, Palombella *et al.*, *The Ubiquitin-Proteasome Pathway Is Required for Processing the NF-κB1 Precursor Protein and the Activation of NF-κB*, Cell, 78:773-85 (1994), such a finding would not support a contention that they inherently anticipate the claims of the '516 Patent requiring prior induction.

44.    **Osborn (April 1, 1989).** Osborn *et al.* reported the results of several experiments showing that TNF and IL-1 possess the ability to activate NF-κB in lymphocytes. Dr. Greene contends that the reference anticipates because it shows the reduction of NF-κB activity by substances that can bind TNF. The references, however, fail to anticipate for several reasons. The experiment reported in Figure 1 does not involve induction with TNF prior to administration of anti-TNF antibodies, and the experiment reported in Figure 2 does not use any inhibiting substance at all.

45.    It is also of note that the promoter sequence on the plasmids with which the cells described in Figures 1 and 2 were transfected was that of HIV. It has been since been discovered that HIV enhancer sequences contain recognition sequences for several transcription factors, of which NF-κB is only one.[10] Hence, enhancement or inhibition of transcription from a

---

[10] Pereira *et al.*, *A Compilation of Cellular Transcription Factor Interactions with the HIV-1 LTR Promoter*, Nucleic Acids Research, 28(3):663-668 (2000); Gaynor *et al.*, *Cellular Transcription Factors Involved in the Regulation of HIV-1 Gene Expression*, AIDS, 6:347-63 (1992).

plasmid containing an HIV enhancer does not necessarily reflect enhancement or inhibition of NF-κB activity.

46.     The experiments described in Figures 3 and 4 fail to anticipate because they do not show inhibition of NF-κB activity, much less inhibition of its activity "in cells." The experiments assay binding of radiolabelled nucleic acid probes to NF-κB derived from nuclear extracts, in an effort simply to detect the presence of activated (i.e., nuclear) NF-κB in stimulated cells. As stated in my opening expert report, the term "in cells" requires that the methods of claims be performed in actual cells, not extracts. Notably, NF-κB from nuclear extracts cannot possess any activity capable of inhibition, since the process of preparing the extracts profoundly disrupts the cell's gene expression apparatus.

47.     Dr. Greene states, quoting deposition testimony, that testimony by Drs. Baltimore, Sharp and Sen concur with his view that Dr. Osborn was the first to show the reduction of TNF-induced NF-κB activation. I note that none of the cited deposition testimony credits Dr. Osborn with inhibiting NF-κB activity that has been induced. In fact, the deposition testimony by Dr. Baltimore describes what Dr. Osborn showed: inhibition of NF-κB activity when TNF antibodies were added prior to induction with TNF.[11]

48.     **Bensimon (April 1, 1989).** Bensimon *et al.* reports the results of experiments showing an antibody against an uncharacterized IL-1 receptor complex inhibited the proliferative activity of IL-1 on human (MRC-5) fibroblasts and murine thymocytes. Dr. Greene opines that the reference (which does not predate the priority date of claim 6 and its asserted dependent claims) inherently anticipates claims of the '516 Patent because the effects of the antibody in inhibiting the proliferation of the cells induced by IL-1 would necessarily and in

---

[11] Baltimore Dep. Tr. at 167:16-22.

Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX CORPORATION, AMGEN )
USA INC., AMGEN MANUFACTURING LIMITED, and )
IMMUNEX RHODE ISLAND CORPORATION, )
                                                  )
                                                  )          C.A. No. 06-259-MPT
              Plaintiffs,                         )
                                                  )
                                                  )
       v.                                         )
                                                  )
                                                  )
ARIAD PHARMACEUTICALS, INC., and THE              )
WHITEHEAD INSTITUTE FOR BIOMEDICAL                )
RESEARCH,                                         )
                                                  )
                                                  )
              Defendants                          )
                                                  )
                                                  )
                                                  )
ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS        )
INSTITUTE OF TECHNOLOGY, THE PRESIDENT and        )
FELLOWS OF HARVARD COLLEGE, and THE               )
WHITEHEAD INSTITUTE FOR BIOMEDICAL                )
RESEARCH                                          )
                                                  )
              Counterclaim Plaintiffs,            )
                                                  )
       v.
AMGEN INC., IMMUNEX CORPORATION, AMGEN
USA INC., AMGEN MANUFACTURING LIMITED,
IMMUNEX RHODE ISLAND CORPORATION

              Counterclaim Defendants.


**EXPERT REPORT OF JEFFREY V. RAVETCH, M.D., Ph.D.**

I, Jeffrey V. Ravetch, M.D., Ph.D., submit the following report on behalf of

ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The Whitehead Institute

methods of controlling induction of NF-κB activity as "useful in determining/controlling ...
expression of additional genes for which NF-κB...participates in transcriptional activation of
the gene." (Page 3). The disclosure specifically refers to controlling NF-κB mediated gene
expression, which necessarily includes both promotion and reduction of NF-κB mediated gene
expression. Thus, a POSA-'88 would understand the '680 application to disclose reduction of
induced NF-κB activity, including reduction of NF-κB mediated intracellular signaling.

47.    The '680 application teaches that the claimed methods can be carried out in
human immune cells. Some of the examples which are disclosed in the application involve
experiments run on 70z/3 cells, which are a murine pre-B cell line that is often used to model
human immune cells. (Pages 7-11). A POSA-'88 would know that murine pre-B cells are
immune cells, and that the results of experiments using 70z/3 cells can be extrapolated to
human immune cells. Therefore, the disclosure of the '680 application teaches that the methods
can be practiced in mammalian, human, and immune cells: the limitations added in dependent
claims 70-72.

48.    The '680 application would enable a POSA-'88 to practice the method of claim 6
in at least three ways. First, given the disclosure of the '680 application, a POSA-'88 would
understand that NF-κB's natural inhibitor, later referred to as IκB, could be isolated and cloned
using routine methods, and then used to reduce NF-κB activity in cells. *See generally*, J.
Sambrook, E.F. Fritsch & T. Maniatis, *Molecular Cloning: A Laboratory Manual* (2d ed. 1989). By
1988, a POSA would know how to isolate IκB, given the disclosure of its function and the
location of the NF-κB-IκB complex in the cytosol. Similarly, by 1988, a person of ordinary skill
in the art could obtain the DNA sequence encoding of an isolated protein and, given the
disclosure of its function as an inhibitor of NF-κB, create proteins capable of binding and
inhibiting NF-κB. A POSA-'88 would understand how to apply this knowledge to reduce NF-

19