IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>        Defendants. | C.A. No. 06-259-MPT<br><br><br>**REDACTED PUBLIC VERSION** |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>        Counterclaim-Plaintiffs,<br><br>   v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>        Counterclaim-Defendants. | |

**DEFENDANTS-COUNTERCLAIM-PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO PRECLUDE EXPERT TESTIMONY OF MR. GERALD J. MOSSINGHOFF AND DR. AARON CIECHANOVER**

*Of Counsel:*

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Keith R. Hummel
David R. Marriott
David Greenwald
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Dated: April 25, 2008

ASHBY & GEDDES
Steven J. Balick (#2403)
John G. Day (#2114)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
*Attorneys for Defendants and Counterclaim Plaintiffs ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, the President and Fellows of Harvard College and the Whitehead Institute for Biomedical Research*

{00212526;v1}

# Table of Contents

*Page*

Table of Authorities ...................................................................................................... ii

I.  Legal Background and Summary of Argument ........................................................ 1

    A.  Mr. Mossinghoff's Testimony ........................................................................ 2

    B.  Dr. Ciechanover's Testimony ........................................................................ 4

II.  Mr. Mossinghoff's Testimony Should Be Precluded in Its Entirety .................... 5

    A.  Mr. Mossinghoff's Background and Opinions .............................................. 5

    B.  Mr. Mossinghoff Has No Admissible Testimony to Offer Related to
        Inequitable Conduct. ...................................................................................... 6

        1.  Mr. Mossinghoff Is Not Opining on Intent ...................................... 7

        2.  Mr. Mossinghoff Is Not Qualified to Opine on Materiality. ............ 7

    C.  Mr. Mossinghoff's Opinions    **REDACTED**    Are Made
        Without Proper Qualification and Would Not Be Helpful to the Trier
        of Fact. ........................................................................................................... 10

    D.  Mr. Mossinghoff's Conclusions    **REDACTED**    Would
        Not Be Helpful to the Trier of Fact. ........................................................... 11

    E.  Mr. Mossinghoff's Testimony    **REDACTED**
        Should Be Precluded ..................................................................................... 13

    F.  The Remainder of Mr. Mossinghoff's Proffered Testimony Is
        Irrelevant Within the Meaning of Rule 702. ............................................... 15

III.  Dr. Ciechanover's Testimony Should Be Precluded in Its Entirety. ................... 16

    A.  Dr. Ciechanover's Background and Opinions .............................................. 16

    B.  Dr. Ciechanover's Testimony About Limitations of Non-Asserted
        Claims Is Not Relevant. ................................................................................. 18

    C.  Dr. Ciechanover's Testimony Regarding *Saito* Should Be Precluded ........ 22

        1.  Dr. Ciechanover Method of Analyzing *Saito* Is Not Reliable ......... 23

        2.  Dr. Ciechanover's Opinion Concerning *Saito* Is Cumulative of
        the Same Opinion Offered by Another Amgen Expert. .................... 24

IV.  Conclusion ................................................................................................................ 26

## Table of Authorities

*Page(s)*

**Cases**

*Carr v. Publix Super Markets, Inc.,*
    No. 3-CV-118, 2005 WL 1073253 (M.D. Ga. Apr. 4, 2005) ................................................12

*Daubert v. Merrell Dow Pharma., Inc.,*
    509 U.S. 579 (1993) ....................................................................................2, 4, 12, 21

*Dura Auto. Sys. of Ind. v. CTS Corp.,*
    285 F.3d 609 (7th Cir. 2002) ...............................................................................8

*Huey v. UPS, Inc.,*
    165 F.3d 1084 (7th Cir. 1999) ...........................................................................11

*In re Hayes Microcomputer Prods., Inc. Patent Litig.,*
    982 F.2d 1527 (Fed. Cir. 1992) .........................................................................12

*In re Jacoby Airplane Crash Litig.,*
    No. Civ. 99-6073(HAA), 2007 WL 5037683 (D.N.J. Aug. 27, 2007) ...................................22

*In re Paoli R.R. Yard PCB Litig.,*
    35 F.3d 717 (3d Cir. 1994) ................................................................2, 21, 22, 23

*In re Seagate, LLC,*
    497 F.3d 1360 (Fed. Cir. 2007) .........................................................................13

*Izumi Prods. Co. v. Koninklijke Philips Elecs. N.V.,*
    315 F. Supp. 2d 589 (D. Del. 2004) ....................................................................22

*Laplace-Bayard v. Batlle,*
    295 F.3d 157 (1st Cir. 2002) ..............................................................................25

*Liquid Dynamics Corp. v. Vaughan Co., Inc.,*
    449 F.3d 1209 (Fed. Cir. 2006) ...........................................................................7

*Marx & Co., Inc. v. Diners' Club, Inc.,*
    550 F.2d 505 (2d Cir. 1977) ...............................................................................14

*Micro Chem., Inc. v. Lextron, Inc.,*
    317 F.3d 1387 (Fed. Cir. 2003) ...........................................................................5

*Oddi v. Ford Motor Co.,*
    234 F.3d 136 (3d Cir. 2000) ...............................................................................2

*Page(s)*

*Ondeo Nalco Co. v. EKA Chems., Inc.,*
    No. Civ. A. 01-537-SLR, 2003 WL 1524658 (D. Del. Mar. 21, 2003) ................14

*Oxford Gene Tech. Ltd. v. Mergen Ltd.,*
    345 F. Supp. 2d 431 (D. Del. 2004) ..............................................................23, 24

*Pfizer Inc. v. Teva Pharma. USA, Inc.,*
    460 F. Supp. 2d 659 (D.N.J. 2006) ....................................................................21

*PharmaStem Therapeutics, Inc. v. ViaCell, Inc.,*
    No. C-A 02-148, 2004 WL 2127192 (D. Del. Sep. 15, 2004) ................................12

*Procter & Gamble Co. v. Teva Pharms. USA, Inc.,*
    No. Civ. A 04-940-JJF, 2006 WL 2241018 (D. Del. Aug. 4, 2006) ......................14

*Revlon Consumer Prods. Corp. v. L'Oreal S.A.,*
    C.A. No. 96-192 (MMS), 1997 WL 158281 (D. Del. Mar. 26, 1997) ..................14

*Robert S. v. Stetson School, Inc.,*
    256 F.3d 159 (3d Cir. 2001) ..............................................................................25

*Rohm & Haas Co. v. Crystal Chem. Co.,*
    722 F.2d 1556 (Fed. Cir. 2003) ..........................................................................13

*Schering Corp. v. Geneva Pharma.,*
    339 F.3d 1373 (Fed. Cir. 2003) ..........................................................................23

*Smiths Indus. Med. Sys., Inc. v. Vital Signs, Inc.,*
    183 F.3d 1347 (Fed. Cir. 1999) ..........................................................................23

*Sundstrom v. Frank,*
    No. 06-C-112, 2007 WL 2916559 (E.D. Wis. Oct. 5, 2007) ..................................8

*TruePosition, Inc. v. Andrew,*
    No. Civ. 05-747-SLR, 2007 WL 2429415 (D. Del Aug. 23, 2007) ......................24

*United States v. Downing,*
    753 F.2d 1224 (3d Cir. 1985) ..............................................................................2

*United States v. Leo,*
    941 F.2d 181 (3d Cir. 1991) ..............................................................................13

*Watkins v. New Castle County,*
    374 F. Supp. 2d 379 (D. Del. 2005)....................................................................11

*Wisc. Alumni Research Found. v. IBM Corp.,*
    No. 04-C-867-C, 2005 WL 2084316 (W.D. Wis. Aug. 29, 2005)..........................15

*Page(s)*

*Wurtzel v. Starbucks Coffee Co.,*
    257 F. Supp. 2d 520 (E.D.N.Y. 2003)........................................................22


**Statutes, Rules & Regulations**

35 U.S.C. § 284...............................................................................................13

37 C.F.R. § 1.555............................................................................................10

37 C.F.R. § 1.56.........................................................................................7,10

Fed. R. Evid. 104..............................................................................................2

Fed. R. Evid. 402............................................................................................16

Fed. R. Evid. 403..............................................................................5, 23, 24, 25

Fed. R. Evid. 702.....................................................................................passim


**Other Authorities**

Hon. Mary Pat Thynge, *Preliminary Patent Jury Instructions (With Video)* at
    4, *available at* http://www.ded.uscourts.gov/MPTmain.htm (last
    viewed April 10, 2008)..............................................................................14

Hon. Sue L. Robinson, *Guidelines-Legal Expert Testimony in Patent Cases,*
    *available at* http://www.ded.uscourts.gov/SLRmain.htm (last viewed
    April 10, 2008)..........................................................................................15

Saito Y., Kawashima S., Enhancement of neurite outgrowth in PC12h cells
    by a protease inhibitor, *Neurosci. Lett.* 89(1):102-7 (1988) .....................passim

Defendants-counterclaim-plaintiffs ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, the President and Fellows of Harvard College and the Whitehead Institute for Biomedical Research (collectively, "ARIAD") respectfully submit this memorandum of law in support of their motion to preclude the testimony of two of Amgen's[1] experts: (1) Gerald J. Mossinghoff, a lawyer; and (2) Dr. Aaron Ciechanover, a biochemist.[2] As set forth below, ARIAD's motion should be granted with respect to Mr. Mossinghoff because he cannot offer admissible testimony related to the two principal topics he purports to address (inequitable conduct and willfulness), and because the remainder of his anticipated testimony, which purports to address matters of patent law, Patent & Trademark Office ("PTO") practice and a chronology of supposed "facts" relevant to the question of willfulness, is inappropriate and outside the scope of Fed. R. Evid. 702. Dr. Ciechanover's testimony should be precluded because it is irrelevant, unreliable, duplicative and prejudicial.

## I.    Legal Background and Summary of Argument

To be admissible, expert testimony must "assist the trier of fact to understand the evidence or to determine a fact in issue." Fed. R. Evid. 702;[3] *see also*

---

[1] Plaintiffs Amgen Inc., Immunex Corporation, Amgen USA, Inc., Amgen Manufacturing, Ltd., and Immunex Rhode Island Corporation are collectively referred to herein as "Amgen."

[2] The documents cited herein are appended to the Declaration of David Greenwald, dated April 25, 2008 ("Greenwald Decl.").

[3] Rule 702 states, in its entirety:

If scientific, technical, or other specialized knowledge will assist the trier of fact  to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or

*Daubert v. Merrell Dow Pharma., Inc.*, 509 U.S. 579, 591-92 (1993) (requiring the trial judge

to determine, pursuant to Federal Rule of Evidence 104(a), whether the expert testimony

will "assist the trier of fact to understand or determine a fact in issue"). Whether

proffered expert testimony will assist the trier of fact necessarily includes the question

whether it is relevant. *Id.* at 591. According to *Daubert*, the consideration is one of "fit."

*Id.* (quoting *United States. v. Downing*, 753 F.2d 1224, 1242 (3d Cir. 1985)). That is,

whether there exists "a valid scientific connection to the pertinent inquiry is a

precondition to admissibility." *Oddi v. Ford Motor Co.*, 234 F.3d 136, 145 n. 12 (3d Cir.

2000) (quoting *Daubert*, 509 U.S. at 591-92). If a valid scientific connection exists between

the expert testimony and a matter at issue, then the testimony may be admissible.[4] The

burden to establish admissibility of expert testimony rests with its proponent. *Id.* at 144.

### A. Mr. Mossinghoff's Testimony

Mr. Mossinghoff's testimony is not admissible under Rule 702 and

*Daubert*, and should be precluded in its entirety for at least the following reasons:

1.    Mr. Mossinghoff's opinions          **REDACTED**

are inadmissible both because

Mr. Mossinghoff has no relevant expertise that would allow him to testify on those

---

education, may testify thereto in the form of an opinion or otherwise, if
(1) the testimony is based upon sufficient facts or data, (2) the testimony
is the product of reliable principles and methods, and (3) the witness has
applied the principles and methods reliably to the facts of the case.

[4] *Daubert* also sets forth requirements under Rule 702 pertaining to expert
qualifications and reliability. *In re Paoli R.R. Yard PCB Litig.*, 35 F.3d 717, 741 (3d Cir.
1994). ARIAD does not challenge Mr. Mossinghoff's and Dr. Ciechanover's expertise in
their respective fields.

matters and because such opinions constitute impermissible legal conclusions.

Inequitable conduct has two elements:  materiality and intent to deceive the PTO.

**REDACTED**

2.

**REDACTED**

Such testimony is not only unnecessary, but it invades the province of the Court.

3.

**REDACTED**

But expert

testimony is not necessary to present a factual narrative.  Thus, Mr. Mossinghoff's

remaining testimony would not fall within the purview of Fed. R. Evid. 702.[5]

---

[5] ARIAD has retained Harry F. Manbeck, Jr., who, like Mr. Mossinghoff is a lawyer and a former Commissioner of Patents and Trademarks, to provide expert rebuttal of Mr. Mossinghoff's testimony.  ARIAD will offer Mr. Manbeck to testify at trial to rebut Mr. Mossinghoff's testimony if and only to the extent that testimony is admitted.  If this motion is granted with respect to Mr. Mossinghoff, ARIAD will not call Mr. Manbeck.

### B. Dr. Ciechanover's Testimony

Dr. Ciechanover's testimony is inadmissible and should be precluded in its entirety for at least the following reasons:

1.    Dr. Ciechanover's proffered testimony regarding certain limitations of claims of the '516 Patent that have not been asserted (the "IkB Limitation Opinion") is not relevant to any issue to be tried.[6]  Federal Rule of Evidence 702 and *Daubert* require that admissible expert testimony be relevant and helpful to the trier of fact.  Since the IkB Limitation Opinion does not pertain to any claim of the '516 Patent whose validity and infringement the jury will be asked to assess, Dr. Ciechanover's testimony is neither relevant nor helpful and should therefore be precluded.

2.    Dr. Ciechanover's proffered testimony on ubiquitin-mediated protein degradation, which is ostensibly offered as background to his IkB Limitation Opinion, is also irrelevant.  The mechanism by which cells degrade nearly all internally synthesized proteins — including, but by no means limited to, IkB, NF-kB's natural inhibitor — is an important scientific discovery, but it is not one that bears upon any issue to be tried.

3.    Dr. Ciechanover's proffered testimony regarding an allegedly anticipatory reference, Saito Y., Kawashima S., Enhancement of neurite outgrowth in PC12h cells by a protease inhibitor, *Neurosci. Lett.* 89(1):102-7 (1988) ("*Saito*"), is unreliable.  Dr. Ciechanover failed to construe the relevant asserted claims of the '516 Patent and failed to compare the elements of each claim to *Saito*.

---

[6] The '516 Patent was attached as Exhibit A to the Claim Construction chart submitted by the parties on April 8, 2008 (D.I. 571).

4.    Dr. Ciechanover's proffered testimony regarding *Saito* is also cumulative.

**REDACTED**

Federal Rule of Evidence 403 allows a court to exclude evidence that is, among other things, cumulative of other evidence. Case law from the Third Circuit[7] and other circuits, holds that duplicative expert testimony on the same topic is cumulative and excludable. Therefore Dr. Ciechanover's discussion of *Saito* should be excluded.

II.    **Mr. Mossinghoff's Testimony Should Be Precluded in Its Entirety.**

Mr. Mossinghoff's testimony relating to the issues discussed in his two expert reports should be precluded because Mr. Mossinghoff lacks relevant expertise, and because his testimony would not be helpful to the trier of fact under Federal Rule of Evidence 702 and the *Daubert* standard.

A.  **Mr. Mossinghoff's Background and Opinions**

Mr. Mossinghoff is a lawyer and a former Commissioner of Patents and Trademarks.

**REDACTED**

---

[7] Although this patent action is controlled substantively by the law of the Federal Circuit, issues of procedure, including the preclusion of expert testimony, are governed by the law of the regional circuit in which the district court sits. *See Micro Chem., Inc. v. Lextron, Inc.*, 317 F.3d 1387, 1390-91 (Fed. Cir. 2003) (applying law of Fifth Circuit to expert witness admissibility).

**REDACTED**

     B.       **Mr. Mossinghoff Has No Admissible Testimony to Offer Related to Inequitable Conduct.**

**REDACTED**

To prevail on its inequitable conduct claim, Amgen must, *inter alia,* show by clear and convincing evidence that ARIAD (1) breached its duty of candor to the PTO by making a material misrepresentation or by failing to disclose material information; (2) with an intent to mislead the PTO. *See, e.g., Liquid Dynamics Corp. v. Vaughan Co., Inc.,* 449 F.3d 1209, 1226 (Fed. Cir. 2006). For the reasons set forth below, Mr. Mossinghoff has no admissible opinion to offer related to either element of Amgen's inequitable conduct defense.

**1.    Mr. Mossinghoff Is Not Opining on Intent.**

Mr. Mossinghoff does not purport to offer any opinion as to ARIAD's intent to deceive the PTO.

**REDACTED**

**2.    Mr. Mossinghoff Is Not Qualified to Opine on Materiality.**

**REDACTED**

**REDACTED**

Mr. Mossinghoff, however, possesses no relevant technical expertise that would afford a basis for his opinions :

**REDACTED**

The law is clear, however, that an expert "however well credentialed he may be, is not permitted to be the mouthpiece of a scientist in a different specialty." *Dura Auto. Sys. of Ind. v. CTS Corp.*, 285 F.3d 609, 614 (7th Cir. 2002) (Posner, J.). That is particularly true where, as here, Mr. Mossinghoff lacks the technical background even to understand Dr. Wall's assertions. *See, e.g., Sundstrom v. Frank*, No. 06-C-112, 2007 WL 2916559, at *4 (E.D. Wis. Oct. 5, 2007) ("Although an expert may rely on the legitimate research and analysis of others, the expert must be able to evaluate the scientific reliability of the data, and not simply accept others' assertions as true.").

*Figure 43:*

**REDACTED**

*The Kadesch testimony:*

**REDACTED**

*The Verma statements:*

**REDACTED**

**REDACTED**

Because he has no relevant experience that would allow him to form an educated opinion on the topic — other than taking on faith that Amgen's technical experts are correct — Mr. Mossinghoff's testimony with respect to materiality should be precluded.

      C.    **Mr. Mossinghoff's Opinions   REDACTED   Are Made Without Proper Qualification and Would Not Be Helpful to the Trier of Fact.**

Mr. Mossinghoff's opinions that **REDACTED** **REDACTED** are inadmissible, both because of Mr. Mossinghoff's lack of relevant expertise on the underlying materiality issue, and because they represent pure legal conclusions that invade the province of both the factfinder and the Court.

**REDACTED**

The law is clear, however, that a breach of the duty of candor can occur only where noncumulative information "material to the patentability of an existing claim" is misrepresented or withheld. 37 C.F.R. § 1.56(a).[8]

---

[8] A similar duty of candor standard exists in reexamination proceedings. *See* 37 C.F.R. § 1.555 ("material" information must be disclosed during reexaminations).

- 10 -

**REDACTED**

But as detailed above, Mr. Mossinghoff is simply not qualified to opine on materiality and his own testimony on this topic adds nothing over what other Amgen experts have said on those issues.   Similarly,

**REDACTED**

. are nothing more than bare legal conclusions unsupported by any valid analysis or methodology.   In fact, they have no support other than

**REDACTED**                               Such "expert"

opinions are routinely barred by courts.   *Huey v. UPS, Inc.*, 165 F.3d 1084, 1087 (7th Cir. 1999) (Easterbrook, J.) ("An expert who supplies nothing but a bottom line supplies nothing of value to the judicial process."); *accord Watkins v. New Castle County*, 374 F. Supp. 2d 379, 392-93 (D. Del. 2005) (excluding expert testimony stating legal conclusions).

D.     Mr. Mossinghoff's Conclusions     **REDACTED**          Would Not
       Be Helpful to the Trier of Fact.

ARIAD alleges that Amgen's infringement of the '516 Patent has been, and continues to be, willful.   (*See* Am. Countercl. (D.I. 413) ¶ 21.)   In the hope of disproving ARIAD's case with purported "expert" testimony, Amgen again turned to Mr. Mossinghoff, who has submitted a report

**REDACTED**

•

•

**REDACTED**

•

⁹ As such, they should be precluded under Rule 702 and *Daubert*. *See, e.g., Carr v.*

*Publix Super Markets, Inc.,* No. 3-CV-118, 2005 WL 1073253, at *4 (M.D. Ga. Apr. 4, 2005)

(striking expert report offering "conclusions of law based upon the expert's

interpretation of certain evidence that can just as effectively be interpreted by a lay

person. . . . The report simply parrots that evidence, and then draws conclusions that do

not require any special expertise."); *see also PharmaStem Therapeutics, Inc. v. ViaCell, Inc.,*

No: C-A 02-148, 2004 WL 2127192, at *10-11 (D. Del. Sep. 15, 2004), *aff'd in relevant part,*

491 F.3d 1342, 1354-56 (Fed. Cir. 2007) (striking expert testimony on infringement;

expert's opinion of infringement based on review of "defendant's marketing materials"

---

⁹ When a defendant accused of willful infringement seeks to rely upon an "advice of counsel" defense, expert testimony is sometimes offered to opine whether an opinion letter of patent counsel provided a reasonable basis that a patent was invalid. *See In re Hayes Microcomputer Prods., Inc. Patent Litig.,* 982 F.2d 1527, 1543 (Fed. Cir. 1992). Here, however, Amgen has disclaimed any intent to rely on the advice of counsel defense. (*See* Greenwald Decl. Ex. 9.)

was a "legally improper methodology" and constituted only a "lay person's interpretation" of the evidence).[10]

        E.      **Mr. Mossinghoff's Testimony**              **REDACTED**
                         **Should Be Precluded.**

"[I]t is not permissible for a witness to testify as to the governing law." *United States v. Leo*, 941 F.2d 181, 196 (3d Cir. 1991). Despite this rule, in both of his expert reports, Mr. Mossinghoff sets forth his view of the law, in discussions that read more like the argument sections of a brief than the opinions of an expert witness. (*See* Greenwald Decl. Ex. 13 ¶¶ 4, 6-8, 12-14, 44, 62-65, 84; Greenwald Decl. Ex. 20 ¶¶ 4-5.)

**REDACTED**

All of this proposed testimony is improper: "It is not for witnesses to instruct the jury as to applicable principles of law, but for the judge. . . . The danger is that the jury may think that the 'expert' in the particular branch of the law knows more than the judge – surely an inadmissible inference in our system of law." *Marx & Co., Inc.*

---

10 ;

**REDACTED**

*v. Diners' Club, Inc.*, 550 F.2d 505, 509-10, 512 (2d Cir. 1977). The application of that principle extends to purported expert testimony on patent law: "[t]his Court excludes testimony by patent law experts on substantive issues of patent law." *Procter & Gamble Co. v. Teva Pharms. USA, Inc.*, No. Civ. A 04-940-JJF, 2006 WL 2241018, at *1 (D. Del. Aug. 4, 2006); *see also Revlon Consumer Prods. Corp. v. L'Oreal S.A.*, C.A. No. 96-192 (MMS), 1997 WL 158281, at *3 (D. Del. Mar. 26, 1997) (barring an inequitable conduct expert's proffered testimony on "substantive issues of patent law," as well as the "duties and responsibilities of an inventor, his or her attorney or agent, and others substantively involved in the preparation and prosecution of a patent application in the PTO").

### REDACTED

Expert testimony on the narrow topic of "matters of PTO practice and procedure" has sometimes been permitted, *see, e.g., Revlon*, 1997 WL 158281, at *3, but is frequently excluded in this Court, *see Ondeo Nalco Co. v. EKA Chems., Inc.*, No. Civ. A. 01-537-SLR, 2003 WL 1524658, at *3 (D. Del. Mar. 21, 2003) (striking expert seeking to "walk[] through" the file history of the [patent-in-suit] and [opining] as to how the [PTO] would have responded had certain prior art been disclosed to it during" prosecution).

Here, testimony on basic patent law and procedure is totally unnecessary. Any background information on PTO procedures the factfinder might require at trial can be provided by this Court per its standard practice.[11] As another court noted in the

---

[11] *See* Hon. Mary Pat Thynge, *Preliminary Patent Jury Instructions (With Video)* at 4, *available at* http://www.ded.uscourts.gov/MPTmain.htm (last viewed April 24, 2008) (providing that the jury will be shown a video on PTO procedures, and given a glossary of patent terms, during preliminary jury instructions); *see also* Hon. Sue L. Robinson,

course of striking Mr. Mossinghoff's expert report, "[i]t is not necessary to have an expert educate a judge about the duty of candor or about the handling of patent applications by the patent office." *Wisc. Alumni Research Found. v. IBM Corp.*, No. 04-C-867-C, 2005 WL 2084316, at *1 (W.D. Wis. Aug. 29, 2005).

Accordingly, testimony relating to the subject matter of paragraphs 4, 6-8, 12-14, 44, 62-65, and 84 of the First Report and paragraphs 4-5 of the Second Report is irrelevant and should be precluded.

### F.     The Remainder of Mr. Mossinghoff's Proffered Testimony Is Irrelevant Within the Meaning of Rule 702.

Once Mr. Mossinghoff's intended testimony as set forth in his two reports is stripped of its improper opinions, there is nothing left aside from his biographical and background information (Greenwald Decl. Ex. 13 ¶¶ 1-5, Exs. A-E; Greenwald Decl. Ex. 20 ¶ 1, Exs. B, D, E), and recitation of (often highly selective) facts set forth in documents given to him by his attorneys (Greenwald Decl. Ex. 13 ¶¶ 9-10, 15-43, 45-61; Greenwald Decl. Ex. 20 ¶¶ 2, 3, 7). If Mr. Mossinghoff's improper opinions are precluded — as they should be — the remainder of his testimony should be precluded as completely irrelevant and unhelpful to the trier of fact. *See* Fed. R. Evid. 402, 702. All such

---

*Guidelines-Legal Expert Testimony in Patent Cases, available at* http://www.ded.uscourts.gov/SLRmain.htm (last viewed April 24, 2008) ("In all patent jury trials, the court shows the video 'An Introduction to the Patent System' to the jurors in connection with its preliminary jury instructions. The 18 minute video provides jurors with an overview of patent rights in the United States, patent office procedure and the contents of a patent. Thus, expert testimony from attorneys regarding patent practice and procedure is not required and will not be permitted except in . . . extraordinary circumstances.").

information can be provided through documents or through the testimony of percipient witnesses.

### III.     Dr. Ciechanover's Testimony Should Be Precluded in Its Entirety.

#### A.  Dr. Ciechanover's Background and Opinions

Dr. Ciechanover is a biochemist and research professor at the Technion-Israel Institute of Technology, who has spent the bulk of his professional life studying the natural, essential process by which proteins inside cells undergo degradation into their component amino acids.  His research into the process of "ubiquitin-mediated" protein degradation and the associated function of an organelle known as the "proteasome" specialized for this purpose has made important contributions to this field, and, for those contributions, Dr. Ciechanover has received considerable acclaim. Most significantly, Dr. Ciechanover, along with two of his colleagues, received the 2004 Nobel Prize in Chemistry "for the discovery of ubiquitin-mediated protein degradation."[12]

Dr. Ciechanover's contribution to this litigation consists of a 23-page, single-spaced report.  Of those 23 pages, 20 are devoted to the research Dr. Ciechanover has conducted over the course of his career.  Substantial portions of this section — written in parts, in an autobiographical style — appear to be verbatim, "cut-and-paste" excerpts from previous publications Dr. Ciechanover has authored, including his 2004 Nobel Prize lecture.  It is not until page 21 of the report (Section VI) that Dr. Ciechanover offers any opinion ostensibly — but, as it happens, not actually — germane to this case

_____

[12] http://nobelprize.org/nobel_prizes/chemistry/laureates/2004/ (last viewed April 24, 2008).

or to U.S. Patent 6,410,516 (the "'516 Patent").  In the final two and a half pages of his

report, Dr. Ciechanover expresses the IkB Limitation Opinion, specifically that as of

November 13, 1991, an individual "of any skill level" reviewing the disclosure of the

'516 Patent would not have known that its inventors had discovered a method for

"'reducing NF-κB activity' that involved 'inhibiting modification of an IkB protein,'

'inhibiting degradation of an IkB protein,' or 'inhibiting dissociation of NF-κB:IkB

complexes'." (Greenwald Decl. Ex. 12 at 21.)[13]  Critically, Dr. Ciechanover's IkB

Limitation Opinion pertains only to limitations of claims of the '516 Patent that are not at

issue in this case and that the Court has not been asked to construe.  No limitation on

which Dr. Ciechanover opines appears in any claim that ARIAD has asserted is

infringed by Amgen's sale of Enbrel.  To the contrary, the limitations he discusses

appear only in claims as to which ARIAD has granted Amgen a covenant not to sue.

(*See* Mem. of Law in Support of ARIAD's Mot. for Partial Dismissal at 1; Greenwald

Decl. Ex. 25.)

   Dr. Ciechanover's second opinion (referred to hereafter as his "Saito

Anticipation Opinion") concerns a 1988 article by two Japanese researchers, Saito Y.,

Kawashima S., Enhancement of neurite outgrowth in PC12h cells by a protease inhibitor,

*Neurosci. Lett.* 89(1):102-7 (1988) (Greenwald Decl. Ex. 1), which, according to

Dr. Ciechanover, anticipates claims of the '516 Patent.  Dr. Ciechanover's opinion

regarding *Saito* is set forth in a single, one-sentence paragraph, which concludes his

report:

---

[13] The internally quoted phrases correspond to limitations (the "IkB Limitations") of
some of the 200+ claims of the '516 Patent.

> As I also stated above, based upon my knowledge of the ubiquitin-proteasome system and my review of the [*Saito* reference], the experimental protocol employed in the *Saito* paper also would have had the actual effect of necessarily and inevitably inhibiting, via the proteasome, at least some of the induction of NF-κB that would otherwise normally have resulted from the treatment with NGF and therefore led to a reduction of NF-κB activity.

(Greenwald Decl. Ex. 12 at 22.)  This brief, conclusory opinion — the sum total of

Dr. Ciechanover's discussion of this article — is indistinguishable in substance from the

opinion another Amgen expert,

REDACTED

**B.**     **Dr. Ciechanover's Testimony About Limitations of Non-Asserted Claims Is Not Relevant.**

As this action has developed and been framed by the parties' respective

discovery responses and expert reports, trial in this action will concern whether seven

claims of the '516 Patent, claims 6, 18, 70-72 and 183-184 (the "asserted claims"), are

valid, enforceable and infringed by Amgen's sale of Enbrel.  On these issues

Dr. Ciechanover's IκB Limitation Opinion has no bearing.  Although Dr. Ciechanover

testified at his deposition that he "could not say for certain[]" whether his report

expressed an opinion concerning the asserted claims (Greenwald Decl. Ex. 22 at 67:4-16,

- 18 -

69:14-22), a simple review of Dr. Ciechanover's report and of the '516 Patent confirms that the limitations Dr. Ciechanover purports to address appear[14] exclusively in other claims of the '516 Patent (*e.g.*, claims 33, 34 and 35), claims as to which, among others, ARIAD has granted Amgen a covenant not to sue. (Greenwald Decl. Ex. 25.) The IκB Limitations do not appear in any asserted claim. Because there is no live controversy as to the claims Dr. Ciechanover purports to address (*see* Mem. of Law in Support of ARIAD's Mot. for Partial Dismissal at 1), testimony about those claims is neither relevant nor helpful to the jury. Such testimony will serve only to waste the Court's and the jury's time, and may also confuse the jury into thinking that the IκB Limitations appear in claims that are at issue.

If Dr. Ciechanover's report is any guide, it also appears that Dr. Ciechanover intends to devote a substantial portion of his testimony to discussing the process of ubiquitination and protein degradation in the proteasome. This issue is even further afield from those relevant to be tried. Ubiquitination is a generic process employed by cells to tag nearly all, if not all, intracellular proteins for degradation by the organelle known as the proteasome. The process of ubiquitin-mediated protein degradation, for whose elucidation Dr. Ciechanover and others won the Nobel Prize, is a highly important field of scientific inquiry. But it has as much relevance to this case as the field of paper recycling technology would have to a case about document spoliation.

---

[14] Dr. Ciechanover opines only on limitations involved in "inhibiting modification of an IκB protein," "inhibiting degradation of an IκB protein," and "inhibiting dissociation of NF-κB:IκB complexes." (Greenwald Decl. Ex. 12 at 21.) Those appear in some claims (*e.g.*, claims 33-35), but not in any of the asserted claims.

To be sure, included among the innumerable proteins now known to undergo degradation/recycling through the process of ubiquitination, is IkB, the natural inhibitor of NF-kB.[15] But this fact, discovered, like many characteristics of the proteins involved in the NF-kB pathway, after the relevant applications for the '516 Patent were filed, has no bearing upon the two issues upon which Dr. Ciechanover purports to opine:  (1) whether the disclosures of the '516 Patent adequately describe the methods of inhibition that are claimed; or (2) whether the claimed methods were anticipated by prior art. Dr. Ciechanover acknowledged during his deposition that the practice of methods encompassed by the asserted claims and described in the specification would not require prior knowledge of ubiquitin.  (Greenwald Decl. Ex. 22 at 77:10-22 (decoy molecules); 79:3-16 (dominantly interfering molecules).)  Indeed, as Dr. Ciechanover also acknowledged at his deposition, precisely because ubiquitination is involved in the natural, essential degradation of so many different proteins, a method for inhibiting NF-kB that targeted ubiquitin-mediated degradation, would result more likely in the death of the cell, than in the specific inhibition of NF-kB.  (*Id.* at 53:15-54:17.)

The absence of any "fit" between Dr. Ciechanover's discussion of his field of expertise — ubiquitin-mediated protein degradation —and *this* case is underscored by the fact that the majority — at least 14 out of 21 pages — of Dr. Ciechanover's report is lifted almost verbatim from his prior speeches, interviews and articles, most of which were given/written before Amgen filed its complaint.  (*See* Greenwald Decl. Ex. 22 at

---

[15] IkB undergoes degradation through this process after its dissociation from the NF-kB/IkB complex described in the specification of the '516 Patent.  ('516 Patent at col. 31:42-32:11.)  But the term "ubiquitin" does not appear within the '516 Patent, and the process of ubiquitin-mediated protein degradation is not discussed within the patent.

115:13-117:7.)  It appears that only sections IV and VI (occupying only a third of the

substantive sections of Dr. Ciechanover's report) are not nearly carbon copies of other

Ciechanover materials.[16]  ARIAD does not suggest that it is necessarily improper for a

scientist, in drafting an expert report, to recycle material from other papers he has

authored.  The point is simply that Dr. Ciechanover's decision to appropriate entire

passages from prior articles and interviews, published before Dr. Ciechanover became

involved in this case, underscores the force of ARIAD's contention that his report and

proffered testimony are not tailored to this case and will not assist the trier of fact.  *See*

*Daubert,* 509 U.S. at 591 (distinguishing between scientific knowledge in the abstract and

scientific knowledge that will assist the trier of fact); *see also Paoli,* 35 F.3d at 743 ("even if

an expert's proposed testimony constitutes scientific knowledge, his or her testimony

will be excluded if it is not scientific knowledge *for purposes of the case*") (emphasis in

original); *Pfizer Inc. v. Teva Pharma. USA, Inc.,* 460 F. Supp. 2d 659, 666 (D.N.J. 2006)

(excluding expert testimony where the proffered testimony had no relevance to the

issues to be tried); *Wurtzel v. Starbucks Coffee Co.,* 257 F. Supp. 2d 520, 526 (E.D.N.Y. 2003)

---

[16] The other Ciechanover materials that appear to have been used as a starting point for substantial portions of Dr. Ciechanover's report are:  (i) Dr. Aaron Ciechanover, Nobel Lecture, Intracellular Protein Degradation:  From a Vague Idea Through the Lysosome and the Ubiquitin-Proteasome System and onto Human Diseases and Drug Targeting (Dec. 8, 2004); (ii) A. Ciechanover, *Early Work on the Ubiquitin Proteasome System, an Interview with Aaron Ciechanover,* 12 Cell Death and Differentiation 1167-1177 (2005); (iii) A. Ciechanover, *The Ubiquitin Proteolytic System: From a Vague Idea, Through Basic Mechanisms, and onto Human Diseases and Drug Targeting,* 66 Neurology 7-19 (2006); (iv) Aaron Ciechanover, & Alan L. Schwartz, *The Ubiquitin System:  Pathogenesis of Human Diseases and Drug Targeting,* 1695 Biochimica et Biophysica Acta 3-17 (2004).  ARIAD has attached as Appendix A to this brief a copy of Dr. Ciechanover's report, as well as copies of the foregoing materials.  To aid the Court in its review ARIAD has highlighted and marked the relevant passages as they appear in both the original materials and Dr. Ciechanover's report.

(experts analysis "so dissimilar to the facts of the case" testimony rendered inadmissible).

Accordingly, Dr. Ciechanover's IkB Limitation Opinion and the preceding background discussion of the process of ubiquitin-mediated protein degradation should be precluded even under the relatively liberal admissibility standard of Rule 702. *See In re Jacoby Airplane Crash Litig.*, No. Civ. 99-6073(HAA), 2007 WL 5037683, at *23 (D.N.J. Aug. 27, 2007) ("Even accounting for the liberal admissibility standards of Rule 702 and *Daubert*, the analytical chasm between [the relevant] study and [the expert's] conclusion is simply too great."). At best, Dr. Ciechanover's report reflects "bare relevance" to the facts of this case and the Third Circuit is clear that such an attenuated connection will not suffice. *Paoli*, 35 F.3d at 745; *see also Izumi Prods. Co. v. Koninklijke Philips Elecs. N.V.*, 315 F. Supp. 2d 589, 602 (D. Del. 2004) (finding an expert report inadmissible even though underlying expert knowledge was "well established" because the testimony did not meet the "fit" requirement).

      **C.**    **Dr. Ciechanover's Testimony Regarding *Saito* Should Be Precluded.**

In his report, Dr. Ciechanover also opines that *Saito* anticipates certain claims of the '516 Patent. (Greenwald Decl. Ex. 12 at 22.)  *Saito* (Greenwald Decl. Ex. 1) described experiments in which the effect of a compound ("ALLNal") was assessed on the growth of "neurites" (long, tendril-like outgrowths of cultured nerve cells). Dr. Ciechanover opines that *Saito*, which does not even mention NF-kB or its activity, inherently anticipates the '516 Patent, because ALLNal would "necessarily and

inevitably" inhibit NF-kB activity.[17]  *See Schering Corp. v. Geneva Pharma.*, 339 F.3d 1373,

1378-82 (Fed. Cir. 2003) (finding patent-in-suit inherently anticipated because a prior art

reference described an antihistamine that "necessarily and inevitably" formed a

metabolite upon ingestion).[18]  Because Dr. Ciechanover's opinions on *Saito* are unreliable

and cumulative of Dr. Greene's opinion on the same topic, they should be excluded

pursuant to Federal Rules of Evidence 702 and 403.

      **1.**        **Dr. Ciechanover Method of Analyzing *Saito* Is Not Reliable.**

      The Third Circuit has consistently held that expert testimony must be

reliable.  *See, e.g., Paoli*, 35 F.3d at 742 (stating "an expert's testimony is admissible so

long as the process or technique the expert used in formulating the opinion is reliable").

As it applies to expert testimony that a prior art reference anticipates a patent claim, this

Court requires experts to follow two steps:  the expert must (i) "construe the claims of

the invention to determine the subject matter for which patent protection is sought,"

*Oxford Gene Tech. Ltd. v. Mergen Ltd.*, 345 F. Supp. 2d 431, 435 (D. Del. 2004) (quoting

*Smiths Indus. Med. Sys., Inc. v. Vital Signs, Inc.*, 183 F.3d 1347, 1353 (Fed. Cir. 1999)), and

then (ii) compare each element of the asserted claims to the prior reference, *id.* at 436.

Failure to follow this two-step process requires exclusion of the opinion.  *See id.* at 437-

---

[17] As set forth in the February 22, 2008 expert report of ARIAD's expert, Dr. Jeffrey Ravetch, *Saito* does not anticipate any claim of the patent, for several reasons, including, without limitation, because (i) it does not describe the inhibition of NF-kB activity (or, indeed, any cellular process, NF-kB-mediated or otherwise) by any compound; (ii) it does not involve inhibition subsequent to induction with a NF-kB-inducer; and (iii) it does not involve inhibition of NF-kB activity induced by TNF or IL-1.  (*See* Greenwald Decl. Ex. 21 at 6, 6-7, 15-16.)  Dr. Ciechanover affirmed these three points at his deposition.  (Greenwald Decl. Ex. 22 at 106:8-107:3, 94:11-95:22, 110:19-112:1.)

[18] *See* Greenwald Decl. Ex. 12 at 22.

41; *see also TruePosition, Inc v. Andrew Corp.*, Civ. No. 05-747-SLR, 2007 WL 2429415, at *1 (D. Del Aug. 23, 2007) (expert "analysis is unreliable . . . and, therefore, will be excluded").

With respect to *Saito*, Dr. Ciechanover failed to follow the required two-step process. At no point in his very brief (one sentence) discussion of *Saito* does Dr. Ciechanover construe the elements of any claim of the '516 Patent, nor does he rely on the understanding of Amgen's other experts to inform his understanding of their elements. Dr. Ciechanover's analysis is also devoid of the "element-by-element comparison of each claim" that this Court demands. *Oxford Gene*, 345 F. Supp. 2d at 436.[19] *Oxford Gene* is particularly instructive. In *Oxford Gene*, the defendant asserted that the necessary comparison was embedded in the text of the report and that such a comparison should be sufficient. *Id.* This Court rejected that argument, stating that a "clear construction of each disputed claim element" was necessary. *Id.* In light of *Oxford Gene*, Dr. Ciechanover's opinions on *Saito* should be deemed unreliable.

**2.    Dr. Ciechanover's Opinion Concerning *Saito* Is Cumulative of the Same Opinion Offered by Another Amgen Expert.**

Federal Rule of Evidence 403 allows a district court to exclude otherwise relevant evidence if, *inter alia*, admitting the evidence would lead to the "needless presentation of cumulative evidence." In addition to Dr. Ciechanover's testimony,

---

[19] Indeed, had he performed such a comparison, it would have become obvious that the reference could not anticipate any asserted claim, since, among other things, the reference does not report the inhibition of any "induced" (*see* claim 6) cellular process, NF-kB-mediated or otherwise, and does not involve the modulation, positive or negative, of any activity of tumor necrosis factor or interleukin-1 (*see* claim 18). (*See* Greenwald Decl. Ex. 21 at 6-7; Greenwald Decl. Ex. 22 at 110:19-112:1.)

**REDACTED**

(                                                                    Allowing the

testimony would force the jury to hear needlessly cumulative evidence, contrary to

Federal Rule 403 and Third Circuit precedent. *See Robert S. v. Stetson School, Inc.*, 256

F.3d 159, 170 (3d Cir. 2001) (upholding district court's limiting of expert testimony as

cumulative where other experts "addressed the same issues"); *see also Laplace-Bayard v.*

*Batlle*, 295 F.3d 157, 164 (1st Cir. 2002) (agreeing with district court's exclusion of expert

witness where "proffered testimony would have been cumulative evidence").

Accordingly, Dr. Ciechanover should be precluded from offering testimony on *Saito*.

IV.      Conclusion

For all of the foregoing reasons, ARIAD respectfully requests that the

Court preclude expert testimony from Gerald J. Mossinghoff and Aaron Ciechanover,

M.D.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (#2403)
John G. Day (#2114)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants and Counterclaim
Plaintiffs ARIAD Pharmaceuticals, Inc.,
Massachusetts Institute of Technology, the
President and Fellows of Harvard College and the
Whitehead Institute for Biomedical Research*

*Of Counsel:*

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Keith R. Hummel
David R. Marriott
David Greenwald
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Dated:  April 25, 2008

# APPENDIX A

Appendix A:
Source Materials For Dr. Ciechanover's Report

| Ciechanover Report (Section and Page(s)) | Source Material | Tab |
|---|---|---|
| Highlighted copy of Dr. Ciechanover's Expert Report | | 1 |
| Qualifications: Educational Background/Career History (Sec. II, p. 3) | Abstract, Nobel Lecture of Aaron Ciechanover, *Intracellular Protein Degradation: From a Vague Idea Thru the Lysosome and the Ubiquitin-Proteasome System and onto Human Diseases and Drug Targeting*, delivered December 8, 2004 | 2 |
| Qualifications: Educational Background/ Career History (Sec. II.A-B, p. 3-10) | Early Work On The Ubiquitin Proteasome System, An Interview with Aaron Ciechanover, *Cell Death and Differentiation*, 2005; 12; 1167–1177 | 3 |
| General Introduction To The Ubiquitin Proteasome System (Sec. III, p. 11-14) | Aaron Ciechanover, *The Ubiquitin Proteolytic System: From a Vague Idea, Through Basic Mechanisms, and onto Human Diseases and Drug Targeting*, Neurology, 2006; 66; 7-19 | 4 |
| General Introduction To The Ubiquitin Proteasome System (Sec. III, p. 15) | Aaron Ciechanover, & Alan L. Schwartz, *The Ubiquitin System: Pathogenesis of Human Diseases and Drug Targeting*, Biochimica et Biophysica Acta (BBA) - Molecular Cell Research, Vol. 1695, Issues 1-3, 29 November 2004, Pages 10-11 | 5 |
| Applications to Modulate the Ubiquitin Proteasome System in Order to Regulate NF-kB Activity in the Cell (Sec. V, p. 20) | Aaron Ciechanover, *The Ubiquitin Proteolytic System: From a Vague Idea, Through Basic Mechanisms, and onto Human Diseases and Drug Targeting*, Neurology, 2006; 66; 7-19 | 6 |

# TAB 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA, INC., AMGEN MANUFACTURING, LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,

        Plaintiffs,

v.

ARIAD PHARMACEUTICALS, INC., HARVARD UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,

        Defendants,

Civil Action No. 06-259-MPT

ARIAD PHARMACEUTICALS, INC., HARVARD UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,

        Counterclaim-Plaintiffs,

v.

AMGEN, INC., IMMUNEX CORPORATION AMGEN USA, INC., AMGEN MANUFACTURING, LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,

        Counterclaim-Defendants.

**EXPERT REPORT OF AARON CIECHANOVER, M.D., D.Sc.**

## I.    INTRODUCTION.

I am a distinguished research professor at the Technion - Israel Institute of Technology in Haifa, Israel.  I have prepared this report pursuant to my role as an expert witness on behalf of Amgen Inc. and the other companies identified as plaintiffs in connection with the above referenced litigation.  I have been retained as a technical expert to address, among other things, the role of the ubiquitin proteasome system in the regulation of the transcription factor NF-κB and its natural inhibitor IκB; the manner in which proteasome inhibition necessarily and inevitably negatively effects the activation of NF-κB; whether the experiments described in the 1988 Saito paper, referenced below, would have necessarily and inevitably led to a reduction of NF-κB activity; the development of the understanding of the role of ubiquitin and the proteasome in regulation of NF-κB processing and activation; and whether anyone could have recognized in 1991, based on the disclosure in the '516 patent, that the patent applicants had invented methods of "reducing NF-κB activity" involving "inhibiting modification of an IκB protein," "inhibiting degradation of an IκB protein," or "inhibiting dissociation of NF-κB:IκB complexes."

I expect to testify at trial based on the background and opinions I provide in this report.  Because my opinions are based upon the information I have received so far, I may supplement my background and opinions to reflect additional information I may receive; reply to additional information provided by ARIAD and/or the Institutions, including information or opinions provided by their witnesses and experts; or respond to issues that may arise at trial.

I have summarized in this section my educational background, career history, and other relevant qualifications, including the work I performed that led to my being awarded the 2000 Albert Lasker Award for Basic Medical Research and 2004 Nobel Prize in Chemistry  In addition to certain of my publications referenced throughout this report, a complete list of my publications can be found in my full *curriculum vitae*, attached to this report as Appendix A.

## II.    QUALIFICATIONS: EDUCATIONAL BACKGROUND/CAREER HISTORY.

In 2004, I was awarded the Nobel Prize in Chemistry along with two of my esteemed colleagues, Avram Hershko and Irwin A. Rose.  We were given this honor based upon our fundamental discoveries concerning how cells regulate the breakdown of intracellular proteins with extreme specificity as to target, time and space.  As a graduate student of Hershko, and in collaboration with Rose, I discovered ubiquitin-mediated proteolysis, a process where an enzyme system tags unwanted proteins with many molecules of the 76-amino acid residue protein ubiquitin. The tagged proteins are then transported to the proteasome, a large multisubunit protease complex, where they are degraded.  While our hypothesis predicted the existence of a protease that will degrade, specifically, ubiquitinated proteins, a process during which ubiquitin will be recycled, the later discovery of the proteasome and its role in the system was made by others.

In 2000, I was awarded, along with Avram Hershko and Alexander Varshavsky, the Albert Lasker Award for Basic Medical Research (often referred to as the "American Nobel"). This too was in honor of my contribution to the discovery and recognition of the significance of the ubiquitin system of regulated protein degradation.

2

In 2007, I was elected as a Foreign Associate of the USA National Academy of Sciences, one of the most prestigious scholarly bodies in the world -- an honorific society of distinguished scholars engaged in scientific research.

Between the 1950s and 1980s, scientists were focused extensively on how the genetic code is transcribed to RNA and translated to proteins, but how proteins are degraded has remained a neglected research area. With the discovery of the lysosome by Christian de Duve it was assumed that cellular proteins are degraded within this organelle. Yet, several independent lines of experimental evidence strongly suggested that intracellular proteolysis is largely non-lysosomal, but the mechanisms involved had remained obscure. The discovery of the ubiquitin-proteasome system resolved this enigma. We now recognize that ubiquitin- and proteasome-mediated degradation of intracellular proteins is involved in regulation of a broad array of cellular processes, such as cell cycle and division, regulation of transcription factors, and assurance of the cellular quality control. Not surprisingly, aberrations in the system have been implicated in the pathogenesis of many human diseases, malignancies and neurodegenerative disorders among them, which led subsequently to an increasing effort to develop mechanism-based drugs, one of which (a proteasome inhibitor -- "Velcade") is already in commercial therapeutic use against one malignancy in particular.

Highlighted text from: Abstract, Nobel Lecture of Aaron Ciechanover, *Intracellular Protein Degradation: From a Vague Idea Thru the Lysosome and the Ubiquitin-Proteasome System and onto Human Diseases and Drug Targeting*, delivered December 8, 2004. (TAB 2)

A.    **Early Research, Including The Work Leading to the Nobel Prize.**

I received my M.D. in 1974 from the Hebrew University and "Hadassah" Medical School in Jerusalem, Israel. After my clinical internship and subsequent service as a military physician, I started graduate studies under Avram Hershko in the Faculty of Medicine at the Technion in November of 1976. I was looking forward to continuing research that I had carried out with him earlier regarding serum induced "pleiotropic response."[1] and earlier basic research I had carried out during my medical studies (which earned me an M.Sc. degree in Biochemistry). At that time, however, his group focused mostly on studying intracellular proteolysis, though the mechanism(s) involved had been elusive. I learnt from him that he had given up on trying to identify the mediator(s) and mechanism(s) involved in serum-induced "pleiotropic response". Nonetheless, that earlier work had, for me, kindled a small flame.

The model system that we chose to study proteolysis was degradation of abnormal hemoglobin in the reticulocyte which is the terminally differentiating red blood cell. The reason for the selection of the reticulocyte as a model system was that we were looking for a non-lysosomal and energy-requiring proteolytic system, as from many studies it had become clear that regulated proteolysis of intracellular proteins is non-lysosomal, and the reticulocyte no longer contains lysosomes which are removed during the final stages of its maturation before its release into the circulation. Another reason for the choice of the reticulocyte as a model for studying intracellular proteolysis was that in its final stages of maturation in the bone marrow and prior to entering the peripheral circulation, a massive proteolytic burst destroys many of its machineries, making it clear that the cell is equipped with an efficient proteolytic system. Earlier

Highlighted text from pages 3-10 taken from:

Early Work On The Ubiquitin Proteasome System, An Interview with Aaron Ciechanover, *Cell Death and Differentiation*, 2005, 12, 1167 -1177 (TAB 3)

---

[1]    Ciechanover, A. and Hershko, A., Early effects of serum on phospholipid metabolism in untransformed and oncogenic virus-transformed cultured fibroblasts, *Biochem. Biophys. Res. Commun.* 1976 Nov 8;73(1):85-91.

3

studies by Rabinovitz and Fisher demonstrated that the reticulocyte degrades abnormal, amino acid analogue-containing hemoglobin, yet the mechanisms had remained elusive. We assumed that the same mechanism that is involved in differentiation and maturation of the reticulocyte is also involved in the removal of "naturally occurring" mutant abnormal hemoglobins that are synthesized in different hemoglobinopathies, such as thalassemias and sickle cell anemia, and also in the destruction of the amino acid analogs - containing abnormal hemoglobins. We wanted to believe and hoped that this mechanism would turn out to be "universal", and involved in regulated specific degradation of normal proteins in all cells. Years later this assumption turned out to be correct. It was still necessary to demonstrate that the process requires energy, and indeed, following our initial characterization of degradation of abnormal hemoglobin in the intact cell, we showed that the process required energy, and felt that the time was ripe to break the cell open and isolate and characterize the non-lysosomal and ATP-dependent proteolytic enzyme(s).[2] Shortly before we published our initial data, working apparently in parallel, Dr. Alfred Goldberg and his post-doctoral fellow Dr. Joseph Etlinger at Harvard Medical School characterized and published (January 1977), for the first time, the existence of a cell-free proteolytic system in reticulocytes, which was exactly the same system we had been working on. However, at that point, the route taken by the two groups to isolate and characterize the system in the crude reticulocyte extract had been separated.

I will not describe here the detailed history of the discovery of the ubiquitin system, but rather highlight two important points along the five years of my graduate studies (1976-1981) with Avram and Irwin A. Rose (Ernie) that led to the discovery of the system. The more detailed history can be found in several review articles written on the system at that time (most notable is Hershko, A. and Ciechanover, A., *Mechanisms of intracellular protein breakdown*, Annu. Rev. Biochem., 1982;51:335-64 and my biography described in the the Nobel Prize web site www.nobelprize.org).

(1) The first point relates to the multiplicity of enzymatic components of the system: Our first aim along the purification process of the ATP-dependent "protease" was to remove hemoglobin, the major (~90%) protein in the crude extract. Towards that end, we resolved the extract on an anion exchange resin, where we encountered already the first exciting finding. The proteolytic activity could be found neither in the non-adsorbed material which we denoted Fraction I, nor in the high salt-eluted material (denoted Fraction II). Rather, we recovered the activity following reconstitution of the two Fractions. We learnt two important lessons from this experiment which was published in 1978 in *Biochemical and Biophysical Research Communications* (BBRC; in my opinion the first paper in the long historical trail of the ubiquitin system -- and which I regard as one of two or three key publications in the field): (i) The first was that the protease we were after was not a "classical" single enzyme that degrades its substrate, but had at least two components. This was already a digression from the paradigm in the field at that time that proteolytic substrates, almost without exception, can be cleaved, at least partially, by single proteases with limited, yet defined specificities. Now, following the

---

[2]   Ciechanover, A., Hod, Y., and Hershko, A., A heat-stable polypeptide component of an ATP-dependent proteolytic system from reticulocytes, Biochem. *Biophys. Res. Commun.* 1978 Apr 28;81(4):1100-5.

4

unraveling of the human genome and the discovery of commonly or similarly shared structural domains within several groups of enzymes of the system, we know that the number of components of the ubiquitin system exceeds one thousand, but the first hint was already there; once one is left without a paradigm, all possibilities are open. (ii) The second lesson was a methodological one. Each time we lost the proteolytic (or later conjugating) activity during purification of any of the components we were characterizing, we "returned" to the chromatographical column fractions and tried to reconstitute it via complementation: "classical" biochemistry at its best was on our side.

Standing at a crossroad, we decided to start first with purification and characterization of the active component in Fraction I. We decided so because Fraction I was the hemoglobin-containing fraction that did not adsorb to the resin, and since many proteins do adsorb, we thought that this fraction should not contain too many additional proteins beyond hemoglobin, and it would be easy to purify the active component. Ten months after I started my studies (summer of 1977), Avram started his sabbatical with Ernie at the Fox Chase Cancer Center in Philadelphia, PA, USA, and left me with the task to purify the active component from Fraction I. After many unsuccessful trials along with another graduate student of Avram, Yaacov Hod, my colleague Mickey (Michael) Fry, who was the Faculty member appointed as my substitute thesis advisor for this year (1977-1978), came with the idea to heat Fraction I and see if the active component is heat-stable, and indeed it was. He did so as all our attempts to resolve the activity - despite the large difference in the molecular mass between the active protein (~10 kDa) and hemoglobin, the other major protein in Fraction I (65 kDa) - failed: hemoglobin, that is so abundant, "contaminated" the entire resolution span of each gel filtration column we tried, and its abundance limited the ability to load large enough quantity of Fraction I on ion-exchange resins in every single resolution method we used. Following 5-10 min at 90°C, the hemoglobin in crude Fraction I was "cooked" and precipitated like "mud", and the activity remained soluble in the supernatant. It was hard to believe it was a protein, but Mickey remembered several other heat-stable proteins. Immediately after, we showed directly that the activity in Fraction I was also a protein: it was sensitive to trypsin and precipitable with ammonium sulfate. Further characterization revealed that the protein had a molecular mass of ~8,500 Da, and we called it ATP-dependent Proteolysis Factor-1, APF-1, to denote that this was the first component in the system that we characterized. All along the way I corresponded with Avram by mail, sent him my results, and during his sabbatical we wrote the BBRC paper.

(2) The second key finding was also discovered in Haifa during the winter of 1978-1979. We purified APF-1 to homogeneity and labeled it with radioactive iodine. When the radio-labeled protein was incubated in crude reticulocyte Fraction II in the presence of ATP, we observed a dramatic increase in its molecular weight: it now migrated as a sharp peak in the void volume of the gel filtration chromatographical column, in a significantly higher molecular mass zone than the protein incubated in the absence of ATP. For several months we tried to elucidate the mechanism that underlies the change in the molecular weight of APF-1, hypothesizing, for example, that APF-1 could be an activator of a protease that must generate a binary complex with the proteolytic enzyme in order to activate it, but to no avail. An important breakthrough occurred during our 1979 summer stay of several months in the laboratory of Ernie. Through a series of extremely elegant, yet simple, experiments, in the design of which the broad knowledge of Ernie in protein chemistry and enzymology played a critical role, we found that APF-1 is covalently attached to the substrate through a bond that had all the characteristics of a peptide

5

bond. Furthermore, we found that multiple moieties of APF-1 are attached to each substrate molecule, and that the reaction is reversible: APF-1 can be removed from the substrate or its degradation products and recycled, though not via reversal of the conjugation reaction. Accordingly, we hypothesized that covalent attachment of multiple moieties of APF-1 to the target substrate is necessary to render it susceptible to degradation by a downstream protease that recognizes only ubiquitin-tagged but not untagged proteins, followed by the release of free and reusable APF-1.

The APF-1 cycle predicted the existence of three, entirely novel activities: (i) APF-1 conjugating enzyme(s), (ii) a protease that recognizes specifically the tagged, but not the un-tagged substrates and degrades them, and (iii) APF-1-recycling enzymes. All these activities were identified later by us and by others. For the conjugating arm, we identified and purified the three conjugating enzymes, E1, E2, and E3. The degrading and recycling enzymes, though shown by us in crude extract, were identified later by others -- as the 26S proteasome complex and the isopeptidases, or deubiquitinating enzymes (DUBs). The findings describing the covalent tagging of the target substrate by APF-1 as a degradation signal, along with the first model of the newly discovered proteolytic system, were published in 1980 in two manuscripts that appeared in the Proceedings of the National Academy of Sciences of the USA (PNAS).[3]

Another important development also occurred during our stay in Ernie's laboratory. We were not aware of any other precedent of a modification of a protein by another protein. The neighboring laboratories of Martin Nemer, Alfred Zweidler, and Leonard Cohen studied dynamics of variants of different histones during sea urchin development. They drew our attention to a protein called A24 (uH2A) which was discovered earlier by Ira Goldknopf and Harris Busch, and that was a covalent conjugate between two proteins - a small, ~8.5 kDa protein called ubiquitin, and histone 2A (H2A). Goldknopf and Busch, and in parallel Lois Hunt and Margaret Dayhoff , identified the nature of the bond between the two protein moieties in the conjugate. They found that the ubiquitin-histone bond was an isopeptide/bifurcated bond between the C-terminal Gly76 residue in the ubiquitin moiety, and the ε-NH2 group of Lys119 in the histone moiety of the conjugate. The role of this conjugate was not clear at the time, though its level was found to be dynamic and change during differentiation, when the histone moiety is subjected to ubiquitination and de-ubiquitination. This information on the ubiquitin-histone adduct along with the striking similarities we found between APF-1 and ubiquitin in their general characteristics such as molecular mass and amino acid composition, led Keith Wilkinson and his colleague Arthur (Art) Haas who were post-doctoral fellows in the laboratory of Ernie, along with Michael Urban from Zweidler's laboratory, to carry out a series of direct experiments, showing unequivocally that APF-1 is indeed ubiquitin. Our study on the characterization of APF-1 and its possible similarity to ubiquitin, and Wilkinson's study (along with Urban and Haas) on the identification of APF-1 as ubiquitin, led to the convergence of two fields, that of histone

---

[3]     Ciechanover, A., Heller, H., Elias, S., Haas, A.L., and Hershko, A., ATP-dependent conjugation of reticulocyte proteins with the polypeptide required for protein degradation, Proc. Nat'l Acad. Sci. USA. 1980 Mar;77(3):1365-8. and Hershko, A., Ciechanover, A., Heller, H., Haas, A.L. and Rose, I.A., Proposed role of ATP in protein breakdown: Conjugation of proteins with multiple chains of the polypeptide of ATP-dependent proteolysis, *Proc. Nat'l Acad. Sci. USA.* 1980 Apr;77(4):1783-6.

research and proteolysis. More important, they suggested that the bond between ubiquitin and the target proteolytic substrate might be identical to that between ubiquitin and histone, which turned out later to be true. The two studies were published in tandem in 1980 in the Journal of Biological Chemistry (JBC). The identification of the nature and structure of the bond clearly paved the road to the later purification and characterization of the conjugating enzymes and their mode of action. Nevertheless, there was a striking difference -- histone modification was a single ubiquitin modification - whereas degradation required ubiquitination by multiple moieties.

As for ubiquitin, the protein was identified in the 1970s by Gideon Goldstein (in the Memorial Sloan-Kettering Cancer Center in New York City) as a small, 76 residue thymic polypeptide hormone that stimulates T cell differentiation via activation of adenylate cyclase. Additional studies by Gideon Goldstein had suggested that it was universally distributed in both prokaryotes and eukaryotes, thus giving rise to its name (coined by Gideon Goldstein). Later studies by Allan Goldstein showed that the thymopoietic activity was due to an endotoxin contamination in the protein preparation, and not to ubiquitin. Using functional assays, it was found in my laboratory, and I believe that in several others as well (our data have never been published), that ubiquitin was limited to eukaryotes, and its apparent presence in bacteria was due to the contamination of the bacterial extract with the yeast extract in which the bacteria were grown: growing the bacteria in a synthetic medium containing carbon (glucose) and nitrogen (ammonium chloride) sources and vitamins resulted in "disappearance" of ubiquitin from the preparation. The later unraveling of the bacterial genome demonstrated unequivocally that the ubiquitin tagging system does not exist in prokaryotes, though there is some similarity between the proteasome and certain bacterial proteolytic complexes. Thus, in a relatively short period of time, ubiquitin was "converted" from a "ubiquitous thymopoietic hormone" to a eukaryotic proteolytic marker. While it appeared that the term ubiquitin was not justified anymore, as it is clearly not ubiquitous, we stopped using the term APF-1 and adopted the term ubiquitin for the modifying protein in the newly discovered proteolytic system. At times habits and tradition are stronger than the scientific validity and/or the logic in nomenclature. Accordingly, we adopted a general policy to use in our terminology the name/term that was first coined by the discoverer of any novel protein.

From that point on, the road was relatively short to the identification and characterization of the conjugation mechanism and the three enzymes involved in this process. Between 1981 and 1983, we worked out the multi-step ubiquitin-tagging hypothesis by isolating and characterizing three separate enzyme activities, E1, E2 and E3. This work is still the basis for the description of the ubiquitin system in all text books. All of the three enzymes act successively and in concert in order to allow ubiquitination to occur.

En route we followed partially, with great admiration, the footsteps of Dr. Fritz Lipmann, the great biochemist from the Rockefeller University (who was awarded the 1953 Nobel Prize in Physiology or Medicine for the discovery of Coenzyme A). Lipmann continued to contribute enormously to our understanding of basic biochemical processes. Among his many discoveries was the mechanism of non-ribosomal (and hence non-genetically encoded) peptide bond formation that is involved in the biosynthesis of bacterial oligopeptides such as Gramicidin S. We learnt that the basic biochemical principles, such as generation of high-energy intermediates involved in peptide bond formation, were preserved along evolution regardless of whether the bond is encoded genetically or not, or whether it links two amino acids, or two proteins, or an

7

amino acid to the elongating polypeptide chain. Initially, we identified the general mechanism of activation of ubiquitin in crude extract. Later, using "covalent" affinity chromatography over immobilized ubiquitin and a stepwise elution (that was based on the general mechanism we deciphered earlier), we purified the three conjugating enzymes that act successively, in a cascade-like mechanism, and catalyze this unique process: (1) ubiquitin-activating enzyme, E1, the first enzyme in the ubiquitin system cascade, (2) ubiquitin-carrier protein, E2, to which the activated ubiquitin is transferred from E1, and (3) ubiquitin-protein ligase, E3, the last and critical component in the three step conjugation mechanism that specifically recognizes the target substrate and conjugates it with ubiquitin.[4]

The E3 was also adsorbed to the immobilized ubiquitin, although via a yet unknown mechanism, distinct from that of E1 and E2: the binding of these two enzymes was mediated by the activation mechanism. Later studies by Avram in the late 1980s revealed that the E3 adsorbed by the column was E3α that recognizes substrates via their N-terminal residue. At this point, however, unknowingly and unintentionally, we were extremely lucky when we used as model substrates commercial proteins such as BSA, lysozyme and RNase, that were all recognized (as we learnt later) by this ligase and via a similar targeting motif - their N-terminal residue. Had we used other substrates, such as globin, the protein we used in our initial experiments, the E3 adsorbed to the ubiquitin column would have probably escaped our attention, as E3s do not typically adsorb to ubiquitin. Independently, and in parallel to the later characterization of the enzyme by Avram, I also used this enzyme in order to characterize a distinct subset of proteins recognized via this signal. Lastly, using antibodies that we raised against ubiquitin with the help of Arthur Haas, we found that the ubiquitin system is involved in degradation of abnormal, short-lived proteins in hepatoma cells, demonstrating that the system is not limited to the terminally differentiating reticulocyte, but is probably distributed "universally" in nucleated mammalian cells, playing an important role in maintaining the cell's quality control, by removing abnormal proteins.[5]

As noted, I spent an important part of my graduate studies in Ernie's laboratory. Avram spent a sabbatical in his laboratory in 1977-1978, and I joined him for the first time for several months in the summer of 1978, after I completed the initial characterization of APF-1 in Haifa. I returned to Ernie's laboratory during the summers of 1979, 1980, and 1981. As noted, during our

---

[4]   Ciechanover, A., Heller, H., Katz-Etzion, R., and Hershko, A., Activation of the heat-stable polypeptide of the ATP-dependent proteolytic system, *Proc. Nat'l. Acad. Sci. USA* 1981 Feb;78(2):761-5; Hershko, A., Ciechanover, A., and Rose, I.A. Identification of the active amino acid residue of the polypeptide of ATP-dependent protein breakdown. *J. Biol. Chem.* 1981 Feb 25;256(4):1525-8; Haas, A.L., Rose, I.A., and Hershko, A., Purification of the ubiquitin activating enzyme required for ATP-dependent protein breakdown, 1981; *Fed. Proc.* 40, 1691; Ciechanover, A., Elias, S., Heller, H., and Hershko, A., "Covalent affinity" purification of ubiquitin-activating enzyme, *J. Biol. Chem.* 1982 Mar 10;257(5):2537-42; Haas, A.L., and Rose, I.A., The mechanism of ubiquitin activating enzyme, *J. Biol. Chem.* 1982 Sep 10;257(17):10329-37; Hershko, A., Heller, H., Elias, S., and Ciechanover, A., Components of ubiquitin-protein ligase system, *J. Biol. Chem.* 1983 Jul 10;258(13):8206-14.

[5]   Hershko, A., Eytan, E., Ciechanover, A., and Haas, A.L., Immunochemical analysis of the turnover of ubiquitin-protein conjugates in intact cells, *J. Biol. Chem.* 1982 Dec 10;257(23):13964-70.

summer stay in 1979, we resolved the problem of the nature of the high molecular mass "compound" generated when APF-1 was incubated with Fraction II in the presence of ATP. This change in the molecular mass of APF-1 was discovered several months earlier in Haifa. However, we were not able to unravel the nature of the "compound"; this had to await the knowledge and wisdom of Ernie. In a breakthrough discovery (that was made, as noted, during the summer of 1979), we found that the target substrate is covalently modified by multiple moieties of APF-1, a reversible modification that renders the protein substrate susceptible to degradation. This was a novel type of post-translational modification (see, however, above for the modification of histone H2A by ubiquitin) and clearly a new biological paradigm, the elucidation of which required - as I feel today in retrospect - a different type of knowledge in biology and enzymology, and an original experimental approach. Elucidation of this modification would not have been possible without Ernie's advice that was based on his immense knowledge in enzymology and protein chemistry, accompanied by his unbiased original thinking and approach to problem resolving. This discovery, along with the discovery in 1980 that APF-1 is ubiquitin, made Ernie and his fellows critically important partners in the historical trail of the discovery of the ubiquitin system. Interestingly, Ernie studied proteolysis before Avram joined him first, but had never published in the field before.

**B.    Later Research Related to Elucidating the Ubiquitin Proteasome System.**

Towards graduation I had to think of the next step - post-doctoral training and planning of my future career as an independent scientist. I started a period of three years (1981-1984) in Harvey Lodish's laboratory in the Department of Biology at M.I.T. After three three years at M.I.T., it was time to seek an independent academic position. After many deliberations, I decided to return home, to Israel. With the help of Avram, I obtained an independent academic position in the Department of Biochemistry at the Faculty of Medicine of the Technion (where I graduated), and returned home towards the end of 1984, after a productive post-doctoral period. Importantly, I already had a research subject I wanted to pursue, the effect of RNase on ubiquitin-mediated proteolysis.

In our first series of independent studies we elucidated the role of tRNA in the proteolytic process, a subject I discovered as a graduate student and continued to study independently while at M.I.T.. Along with one of my first graduate students, Sarah Ferber, we demonstrated that proteins with acidic N-termini, Asp or Glu, undergo arginylation at the N-terminus, converting the acidic, negatively charged residue at this site to a positively charged residue. The reaction is catalyzed by Arg tRNA-protein transferase, a known protein with an hitherto unknown function. The enzyme uses charged tRNA$^{Arg}$ as a source of activated Arg. Therefore, digestion of the cell extract RNA with RNase A inhibits this reaction. This finding explained the selectivity of the RNase effect to BSA and not to lysozyme: BSA has an Asp residue in the N-terminus, while lysozyme has lysine (a basic residue) in this position. Therefore, only the degradation of BSA requires conversion of the acidic N-terminal residue into a basic one, a reaction requiring tRNA. Lysozyme, with a basic amino acid residue (lysine) at the N-terminus, does not require any modification, and is therefore insensitive to the ribonuclease. Interestingly, the ligase involved in BSA ubiquitination is E3α that was discovered during my graduate studies. In parallel to our work on the RNase effect, Avram and his graduate student Yuval Reiss characterized the enzyme and identified on it three distinct substrate binding sites for: (i) basic (the one involved in recognition of basic and Arg-modified acidic N-termini) and (ii) bulky-hydrophobic N-termini,

but also for (iii) larger, yet still undefined "body" sites that reside downstream to the N-terminal residue. Because the enzyme recognized certain substrates at their N($\alpha$)-terminal residue, it was termed E3$\alpha$. In parallel and using a systematic genetic approach in the yeast *S. cerevisiae*, Dr. Alexander Varshavsky and his colleagues at the M.I.T. formulated a general rule ('N-end rule') for recognition and degradation of substrates with all 20 different amino acid residues at their N-terminal site.

Research in the laboratory has evolved in other directions. We have shown that N-$\alpha$-acetylated proteins are also targeted by the ubiquitin system. This important finding demonstrated that this N-terminally modified "family" of proteins, a group that constitutes a large proportion of cellular proteins (according to different estimates - 50-80%), must be targeted by signals that are distinct from the N-terminal residue and reside downstream to it: since they do not have free N-termini, they cannot be recognized by this residue. Along with the discovery of the "body" site in E3$\alpha$ and the knowledge coming from processing of N-termini of nascent polypeptide chains that most proteins do not have basic or bulky hydrophobic N-termini, we felt that N-terminal recognition involves only a small and limited set of proteins, and the mode of recognition of the numerous substrates of the ubiquitin system must be broad and diverse: they must be recognized by multiple and distinct targeting motifs. At that point, the end of the 1980s, we felt it was time to move from studying model substrates to investigating the fate of specific native cellular substrates. Accordingly, we have shown that an important group of cell regulators - tumor suppressors (*e.g.* p53) and growth promoters (c-Myc) are targeted by the ubiquitin cell free system. We strongly believed that this must be also true for targeting of these substrates in the cell as well, which later, through the work of many others and our own, turned out to be the case. We continued and demonstrated that, unlike the paradigm in the field until that time, that degradation of proteins in the lysosome proceeds independently from the ubiquitin system - the two proteolytic pathways are actually linked to one another, and ubiquitination is required for stress-induced lysosomal degradation of cellular proteins. This area has later evolved in a dramatic manner, and engulfed involvement of the ubiquitin system in receptor-mediated endocytosis and autophagy. Other studies involved elucidation of some of the mechanisms involved in the two step ubiquitin-mediated proteolytic activation of the centrally important transcriptional regulator NF-$\kappa$B, demonstration of a role for heat shock proteins in targeting certain protein substrates, and identification of a novel site of ubiquitination - the N-terminal residue of the protein substrate. This modification is clearly different and distinct from recognition of the substrate by E3$\alpha$ at the N-terminal residue. In the latter case, the ligase binds to the N-terminal residue while ubiquitination occurs on an internal lysine residue(s). In N-terminal ubiquitination, modification occurs at the N-terminal residue, while the ligase binds, most probably, to an internal sequence in the protein target molecule. This subject has evolved in a surprising manner and changed another paradigm in the field that ubiquitination is limited to internal lysine(s) of the target substrate; we, and later others, have shown that the phenomenon is not limited to the one protein we identified initially - the muscle-specific transcriptional regulator MyoD, and identified a large group of proteins that undergo N-terminal ubiquitination. This group of proteins contain many that have internal lysine(s), but that from some reason(s) cannot be targeted. Interestingly, it contains also a large group of proteins (such as p16[INK4a] that plays an important role in cell cycle regulation), that are devoid of any lysine residue. To be degraded by the ubiquitin system, these proteins probably have to undergo N-terminal ubiquitination, though potentially they can be targeted by conjugation of ubiquitin to other acceptor amino acids such as cysteine, threonine and serine.

A further recent development in the system was the discovery of novel types of polyubiquitin chains that involve non-canonical lysine residues in the ubiquitin moiety. These chains are also complex in the sense that they can have doubly branched ubiquitin moieties (*i.e.*, two ubiquitin molecules can be attached to a single one). These chains serve a non-proteolytic function, and in this case of the doubly branched moieties identified on a ubiquitin ligase E3, lead to activation of the ligase to which they are attached. This recent development is a part of yet another paradigm change in the area. It was believed that polyubiquitination is limited to one single lysine residue in the ubiquitin chain [lysine 48] and serves as a targeting signal to the proteasome. The discovery of ubiquitin-like proteins and novel types of polyubiquitin chains in which ubiquitin moieties are conjugated to different lysine residues within the ubiquitin molecule, has broadened the scope of the ubiquitin system well beyond proteolysis to serve numerous non-proteolytic functions -- from regulation of transcription and enzymatic activities to routing of different proteins to their proper sub-cellular destination. It is clear that we now see only the tip of the iceberg of this novel mode of post-translational modification, only one function of which is to target proteins for degradation.

## III.     GENERAL INTRODUCTION TO THE UBIQUITIN PROTEASOME SYSTEM

I will be prepared to speak generally about the ubiquitin-proteasome system, as well as its central role in regulating the processing and activation of NF-κB and its natural inhibitor, IκB. To the extent any of such discussion requires background information covering issues of gene expression (including transcription, translation, and the cellular components involved in expression) or so-called intra-cellular signaling, I will be prepared to address those as well.

*Ubiquitination.*

*Ubiquitination is marking a protein for destruction.* Degradation of a protein via the ubiquitin-proteasome pathway involves two discrete and successive steps: (i) tagging the substrate by covalent attachment of multiple ubiquitin molecules that generate a polyubiquitin chain, and (ii) degradation of the tagged protein by the 26S proteasome complex with release of free and reusable ubiquitin. Recycling of ubiquitin is mediated by ubiquitin C-terminal hydrolases (isopeptidases; de-ubiquitinating enzymes - DUBs).

Conjugation of ubiquitin, a highly evolutionarily conserved 76 residue polypeptide, to the protein substrate proceeds via a three-step cascade mechanism. Initially, the ubiquitin-activating enzyme, E1, activates ubiquitin in an ATP-requiring reaction to generate a high-energy thiol ester intermediate, E1-S~ubiquitin. One of several E2 enzymes (ubiquitin-carrier proteins or ubiquitin-conjugating enzymes [UBCs]) transfers the activated ubiquitin from E1, via an additional high-energy thiol ester intermediate, E2-S~ubiquitin, to the substrate that is specifically bound to a member of the ubiquitin-protein ligase family, E3. There are several classes of E3 enzymes. Members of the RING finger-containing E3s, the largest family of ubiquitin ligases, bind the ubiquitin-charged E2 and catalyze direct transfer of the activated ubiquitin from E2 to the E3-bound substrate. For HECT (Homologous to the E6-AP C-Terminus) domain E3s, the ubiquitin moiety is transferred from the E2 enzyme to an active site Cys residue on the E3 to generate a third high-energy thiol ester intermediate, E3-S~ubiquitin, prior to its final transfer to the ligase-bound substrate.

Highlighted text from pages 11-14 taken from:

Aaron Ciechanover, *The Ubiquitin Proteolytic System: From A Vague Idea, Through Basic Mechanisms, And Onto Human Diseases and Drug Targeting*, Neurology, 2006; 66; 7-19 (TAB 4)

E3s catalyze the last step in the conjugation process: covalent attachment of ubiquitin to the substrate. The ubiquitin molecule is generally transferred to an $\epsilon$-$NH_2$ group of an internal lysine residue in the substrate to generate a covalent isopeptide bond. In some cases however, ubiquitin is conjugated in a linear manner to the N-terminal amino group of the substrate, and potentially also to other internal residues such as threonine, cysteine, and serine. By successively adding activated ubiquitin moieties to internal lysine residues on the previously conjugated ubiquitin molecule, a polyubiquitin chain is synthesized. The chain is recognized by the downstream 26S proteasome complex. It should be noted that in few cases, the first ubiquitin moiety is conjugated to the substrate by one E3, whereas chain elongation is catalyzed by a different ligase often termed E4. Thus, E3s play a key role in the ubiquitin-mediated proteolytic cascade because they serve as the specific substrate-recognition elements of the system. Approximately 1,000 different E3s have been identified in the human genome, based on specific, commonly shared structural motifs. Modification by a single moiety of ubiquitin is catalyzed via an identical mechanism and set of enzymes. Conjugation of ubiquitin-like proteins is catalyzed in a similar manner, though the E1, E2 and E3 enzymes are different and are not exchangeable with those involved in conjugation of ubiquitin.

### Degradation.

*After they are ubiquitinated, the tagged proteins can be destroyed by the proteasome.* Degradation of polyubiquitinated substrates is carried out by the 26S proteasome that does not recognize substrates that are not modified by ubiquitin. In one established case however, that of the polyamine synthesizing enzyme ornithine decarboxylase (ODC), the proteasome recognizes and degrades the substrate without prior ubiquitination, but following its association with a specific protein partner—antizyme. A few other cases of ubiquitin-independent, yet proteasome-dependent degradation have been described, yet none of them has been established firmly. The proteasome is a multicatalytic protease that degrades polyubiquitinated proteins to short peptides. It is composed of two subcomplexes: a 20S core particle (CP) that carries the catalytic activity, and a regulatory 19S regulatory particle (RP). The 20S CP is a barrel-shaped structure composed of four stacked rings, two identical outer $\alpha$ rings and two identical inner $\beta$ rings. The eukaryotic $\alpha$ and $\beta$ rings are composed each of seven distinct subunits, giving the 20S complex the general structure of $\alpha_{1-7}\beta_{1-7}\beta_{1-7}\alpha_{1-7}$. The catalytic sites are localized to some of the $\beta$ subunits. Each extremity of the 20S barrel can be capped by a 19S RP, or, in some cases, by other regulatory particles. The 19S RP itself can be further dissected into two multi-subunit substructures, a lid and a base. Six homologous ATPases (Rpt1-6) are present in the base together with three non-ATPases subunits (Rpn1, 2, and 10). The lid of the RP contains eight non-ATPase subunits which can be released from the proteasome or rebind under certain conditions. The role of the lid is still unclear, though it is necessary for proper degradation of polyubiquitinated proteins.

One important function of the 19S RP is to recognize ubiquitinated proteins and other potential substrates of the proteasome. At least two ubiquitin-binding subunits of the 19S RP have been reported; however, their biological function and mode of action have not been discerned. A second function of the 19S RP is to open an orifice in the $\alpha$-ring that will allow entry of the substrate into the proteolytic chamber. Also, since a folded protein would not be able to fit through the narrow proteasomal channel, it is assumed that the 19S particle unfolds substrates and inserts them into the 20S CP. Both the channel opening function and the unfolding of the substrate require metabolic energy, and these functions are carried out, most probably, by

12

the ATPase subunits. Following degradation of the substrate, short peptides derived from the substrate are released, as well as reusable ubiquitin.

Ubiquitin is released via the activity of de-ubiquitinating enzymes. These enzymes belong to two classes, they are either proteasomal or soluble. The proteasomal enzymes can be part of the 26S complex (the Rpn11 subunit of the lid is a metalloprotease) or are only associated with it. The different roles played by the different ubiquitin recycling enzymes have yet to be determined. The released peptides derived from the substrates are further degraded into free amino acids by cytosolic amino- and carboxypeptidases. A small fraction of the peptides is transported across the ER membrane (using the TAP transporters), further processed by specific protease(s), bind to the MHC class I complex, and are carried to the cell surface to be presented to cytotoxic T cells. In case the peptides are derived from a "nonself" (foreign) antigen, such as a viral protein, the T cell lyses the presenting cell.

Another group of important cytosolic proteins such as Rad23 and Dsk10 serve to shuttle polyubiquitinated substrates from the ligases to the proteasome, and interruption of their function interferes with the degradation of at least certain proteins.

Proteasomal degradation is not always complete. In some cases, the proteasome processes the ubiquitinated substrate in a limited manner, releasing a truncated product. In the case of the NF-κB transcriptional regulators, for example, an active subunit (p50 or p52) is thus released from a longer inactive precursor (p105 or p100, respectively).

*Substrate recognition.*

*How the ubiquitin system is so selective is still not fully known.* A major, yet unresolved problem is how the ubiquitin system achieves its high specificity and selectivity toward its innumerable substrates. Why are certain proteins extremely stable in the cell, whereas others are extremely short-lived? Why are certain proteins degraded only at a particular time point during the cell cycle or only following specific extracellular stimuli, yet they are stable under most other conditions? It appears that specificity of the ubiquitin system is determined by two distinct and unrelated groups of proteins: (i) E3s and (ii) modifying enzymes and ancillary proteins. Within the ubiquitin system, substrates must be recognized and bind to a specific E3 as a prerequisite to their ubiquitination. In most cases, however, the substrates are not recognized in a constitutive manner and they must undergo post-translational modifications such as specific phosphorylation or oxidation that render them susceptible for recognition. In other cases the target proteins are not recognized directly by the E3, and their recognition depends on association with ancillary proteins such as molecular chaperones (or viral proteins) that act as recognition elements in *trans* and serve as a link to the appropriate ligase. Other proteins, such as certain transcription factors, have to dissociate from the specific DNA sequence to which they bind in order to be recognized by the system. Stability of yet other proteins depends on oligomerization. Thus, in addition to the E3s, modifying enzymes (such as kinases), ancillary proteins, or DNA sequences to which substrates bind, also play an important role in the recognition process. In some instances, it is the E3 that must "be switched on" by undergoing post-translational modification (such as phosphorylation) in order to yield an active form that recognizes the target substrate.

13

## Regulation of the ubiquitin-proteasome system.

*The ubiquitin-proteasome system can be regulated at the level of ubiquitination or at the level of proteasome activity.* Since conjugation and proteasomal degradation are required for multitude of cellular functions, regulation must be delicately and specifically tuned. In a few cases, general rather than specific components of the pathway can be modulated by physiologic signals. For example, upregulation of the pathway is observed during massive degradation of skeletal muscle proteins that occurs under normal fasting, and also under pathologic conditions such as malignancy-induced cachexia, severe sepsis, metabolic acidosis, or following denervation. In most cases, however, regulation is specific, and the target substrates are recognized by specific ligases that bind to defined motifs. The targeting motif can be a single amino acid residue (*e.g.*, the N-terminal residue), a specific sequence (the Destruction box in cyclins), or a domain (such as a hydrophobic patch) that is not normally exposed. In other cases the motif is generated by a post-translational modification such as phosphorylation (two neighboring Ser residues in the case of IκBα, or a single Ser residue in the case of p27), or oxidation (hydroxyproline in the case of the Hypoxia Inducible Factor-1α - HIF1α). As noted, phosphorylation is required also to activate certain ligases, such as c-Cbl and APC (anaphase-promoting complex: cyclosome).

## Deubiquitinating enzymes.

*Removing ubiquitin is another way to regulate the system.* Deubiquitination serves several functions, among them is release and recycling of free ubiquitin which is important for maintenance of the cellular ubiquitin pool. Another important role is regulation of processes that are activated or inactivated by ubiquitination. For example, removal of ubiquitin from active transcriptional regulators (as ubiquitination serves not only to signal degradation, but in several cases to activate transcription factors) may serve to decrease transcriptional activation. Thus, because of the central role deubiquitinating enzymes play in many different processes, it is not surprising that aberrations in their activity have also led to the discovery of certain pathologies.

## The ubiquitin system and pathogenesis of human diseases

*With the many processes and substrates targeted by the ubiquitin pathway, it has not been surprising to find that aberrations in the system underlie, directly or indirectly, the pathogenesis of many diseases.* While inactivation of a major enzyme such as E1 is obviously lethal, mutations in enzymes or recognition motifs in substrates that do not affect vital pathways, or that affect the involved process only partially, may result in a broad array of phenotypes. Likewise, acquired changes in the activity of the system can also evolve into certain pathologies. The pathologic states associated with the ubiquitin system can be classified into two groups: those that result from loss of function— mutation in a ubiquitin system enzyme or in the recognition motif in the target substrate that result in stabilization of the target proteins or maintenance of their ubiquitinated states; and those that result from gain of function—abnormal or accelerated degradation of the target protein. Better understanding of the processes and identification of the components involved in the degradation of key regulatory proteins will lead to the development of mechanism-based drugs that will target specifically only the involved proteins, and will have less side effects than the currently available drugs.

14

The NF-κB transcription factor is activated by the ubiquitin system via a two step proteolytic mechanism: limited processing of the precursor protein p105 to yield the active subunit p50 (or limited processing of the precursor protein p100 to yield the active subunit p52), and signal-induced phosphorylation and subsequent degradation of the inhibitor IκBα that enables translocation of the NF-κB into the nucleus where it initiates specific transcriptional activity. An interesting case in that respect involves mutations in NEMO [NF-κB Essential Modifier; a regulator of the IKK (IκB Kinase) signaling complex] which is an essential component in the signaling complex that contains also the IκB kinases (IKKs) 1 and 2 that phosphorylate IκBα (a step necessary for its ubiquitination and degradation) and also the precursor proteins p100 and p105. The phosphorylation of the precursors is necessary for accelerated processing to the active subunits p50 and p52, respectively. Mutations in NEMO lead to a series of diseases that affect the skin, among them incontinentia pigmenti (IP), hypohidrotic/anhidrotic ectodermal dysplasia, but also to immune deficiency. IP is an X-linked dominant genodermatosis which is lethal in males. The mutation in NEMO results in undetectable NEMO protein and almost complete lack of active NF-κB. Hypohidrotic/anhidrotic ectodermal dysplasia (HED/EDA) is attributed to defects in at least three genes, but involves also defective NF-κB activation. Hypomorphic NEMO mutations have been found to cause anhidrotic ectodermal dysplasia with immunodeficiency (EDA–ID), while stop codon mutations cause a more severe phenotype that includes, in addition to EDA–ID, also osteopetrosis and lymphoedema (OL–EDA–ID). The immunologic and infectious features observed in the patients result from impaired NF-κB signaling, including cellular response to LPS and a variety of cytokines. In that context, an important player is the deubiquitinating enzyme CYLD, which is involved in deubiquitinating K63-Ub from NEMO. CYLD is also involved in the deubiquitination of TRAF2 (Tumor necrosis factor Receptor [TNFR]-Associated Factor 2) and TRAF6. Ubiquitination of NEMO and the TRAF proteins (which are also ubiquitin ligases), and generation of polyubiquitin chains linked via Lys63 of the ubiquitin moiety, do not target these proteins for degradation, but result in their activation. Thus, inhibition of deubiquitination of NEMO, by a mutation in CYLD for example, may lead to uncontrolled activation of the IKK complex with increased activity of NF-κB. Indeed, CYLD was found mutated in Familial Cylindromatosis, a rare pathology characterized predisposition to multiple tumors of the skin appendages, such as the salivary gland.

Highlighted text from:

Aaron Ciechanover, & Alan L. Schwartz, *The Ubiquitin System: Pathogenesis of Human Diseases and Drug Targeting*, Biochimica et Biophysica Acta (BBA) - Molecular Cell Research, Vol. 1695, Issues 1-3, 29 November 2004, Pages 10-11 (TAB 5)

## IV.   HISTORICAL DEVELOPMENT OF THE RECOGNITION OF THE ROLE OF THE UBIQUITIN PROTEASOME SYSTEM IN THE REGULATION OF NF-κB.

I will be prepared to speak generally about the historical development of knowledge relating to the central role of the ubiquitin-proteasome system in regulating the processing and activation of NF-κB and its natural inhibitor, IκB. I will be prepared to discuss the specifics of the analysis and experiments set forth in the literature cited below, including the specifics of the 1988 Saito reference.

Over the last 16 years, scientists have developed an understanding of a previously unknown connection between NF-κB activation and the ubiquitin proteasome system. Specifically, in contrast with the knowledge of the early 1990s, scientists now recognize both the centrality of the ubiquitin proteasome system in the activation of canonical NF-κB and the down-regulation of NF-κB that necessarily and inevitably resulted from the use of even the earliest known proteasome inhibitors. It is now understood, for example, that, under activation

conditions, release of canonical NF-κB from its inhibitor first requires multiple modifications of IκB (phosphorylation and ubiquitination) and subsequent degradation of IκB by the proteasome.

While it is now understood that the ubiquitin-proteasome system plays a key role in the regulation of NF-κB activation, there was no such understanding in the early 1990s. This knowledge was developed through a series of discoveries made primarily in the mid-to-late 1990s (which is not to say that our knowledge is now complete - new insights are being gained even today).

At the end of 1991, the relationship between NF-κB activation and the ubiquitin-proteasome system had not been established. At that time, the only publication that even hinted at the possibility of such relationship was a paper published in December of 1991 by Fan and Maniatis.[6] This paper, however, which simply showed that the processing of the p105 precursor of the p50 subunit of NF-κB occurs through an ATP-dependent pathway, did not establish or present any evidence for any direct linkage between NF-κB activation and the proteasome. The Fan and Maniatis paper only enumerated certain dependencies and modes of inhibition for p105 processing and noted that, "[a]lthough all of these characteristics are shared by the ATP-dependent protease complex of the ubiquitin-mediated protein degradation pathway, additional studies will be required to determine whether this pathway or another ATP-dependent protease is involved in p105 processing."[7]

***Processing of NF-κB precursors.***

*Proteasome inhibitors reduce NF-κB activity.* In a patent filed in 1994 (U.S. Patent No. 6,660,268 -- "the '268 patent" -- listing Harvard as the assignee and naming among its inventors Tom Maniatis), the '268 patentees acknowledged that, while the Fan and Maniatis publication had "suggested ... that the ATP-dependent protease complex of the ubiquitin-mediated protein degradation pathway was involved (*i.e.*, proteasome) ... this structure was only known [at that time] to catalyze the complete degradation of proteins to small acid-soluble peptides and was not believed capable of processing precursors to generate active proteins, such as p50 NF-κB."[8] The '268 patentees then identified themselves as having been the ones to "have proven that the proteasome is indeed required for the processing of p105 to p50."[9]

One of the first papers to establish the link between the ubiquitin-proteasome system and the activation of NF-κB was published in Cell in September of 1994 by Palombella et al. - the

---

6    Fan CM, Maniatis T., Generation of p50 subunit of NF-kappa B by processing of p105 through an ATP-dependent pathway, *Nature*. 1991 Dec 5;354(6352):395-8.

7    *Id.* at 396.

8    '268 patent at col. 8, lns. 23-36.

9    '268 patent at col. 8, lns. 37-39.

same individuals listed as inventors on Harvard's '268 patent.[10]   In this paper, the authors demonstrated an essential role of the proteasome in two of the processes required for NF-κB activation: the processing of the p105 precursor protein into the p50 subunit of NF-κB, and the rapid degradation of IκB upon induction. As part of the process of establishing the link between the ubiquitin-proteasome system and NF-κB, the authors first demonstrated that p105 processing requires ubiquitination. They then demonstrated that p105 processing does not occur in the absence of the proteasome. Finally, they demonstrated that both *in vivo* and *in vitro* treatment with known proteasome inhibitors could block formation of the p50 subunit of NF-κB.

For the proteasome inhibition experiments, the authors of the Palombella paper chose, among other things, to use a series of peptide aldehydes as potential inhibitors of NF-κB activation. Provided by a company then called MyoGenics, these peptide aldehydes were identified in the paper as MG101, MG115, and MG132. All three of these compounds had been established at the time of the Palombella paper as "potent inhibitors of the chymotryptic site on the 20S particle."[11]   While MG115 and MG132 were compounds that had apparently been developed in-house at MyoGenics, MG101 was a preexisting compound that had been known previously by the name "Calpain Inhibitor I."[12]

In addition to "Calpain Inhibitor I," MG101 has been known by many other names, including    "N-Acetyl-L-leucyl-L-leucyl-L-norleucinal,"    "Ac-Leu-Leu-Nle-al,"    "LLnL," "ALLN," and "ALLNal." Although first known as an inhibitor of calpain and certain lysosomal cathepsins, it was because of its ability to also serve as a selective inhibitor of the proteasome degradative pathway that it became a powerful compound for research applications directed to the ubiquitin-proteasome system.

Even before it had been experimentally established that ALLNal (aka MG101, Calpain Inhibitor I, etc.) also worked as an inhibitor of the proteasome, it nonetheless had been used in experiments that necessarily and inevitably resulted in proteasome inhibition. One example of this is seen in a 1988 paper by Saito et al. published in Neuroscience Letters.[13]   In this paper, the authors described experiments in which PC12h cells were treated with 40ng/ml of nerve growth factor (NGF) at the same time as they were treated with ALLNal at concentrations ranging from 0.6 to 3 μM. While in this publication, the authors focused on the phenotype of neurite outgrowth resulting from this treatment, our present knowledge allows me to conclude that, though unknown to the authors at the time, the experimental protocol employed in the Saito

---

[10]  Palombella VJ, Rando OJ, Goldberg AL, Maniatis T., The ubiquitin-proteasome pathway is required for processing the NF-kappa B1 precursor protein and the activation of NF-kappa B, *Cell*. 1994 Sep 9;78(5):773-85.

[11]  *Id.* at 776.

[12]  *Id.* See also the Calbiochem Product Data Sheet: (www.emdbiosciences.com/Products/pds.asp?catno=208719), which describes it as "inhibit[ing] the proteolysis of IκBα and IκBβ by the ubiquitin-proteasome complex."

[13]  Saito Y, Kawashima S., Enhancement of neurite outgrowth in PC12h cells by a protease inhibitor, *Neurosci. Lett.* 1988 Jun 17;89(1):102-7.

paper also would have had the actual effect of necessarily and inevitably inhibiting, via the proteasome, at least some of the induction of NF-κB that would otherwise normally have resulted from the treatment with NGF and therefore led to a reduction of NF-κB activity. Treatment of neuronal cells with NGF induces activation of NF-κB. Because ALLNal is a proteasome inhibitor, however, its co-treatment with NGF as described in the paper would have necessarily and inevitably reduced the activity of NF-κB that would otherwise have resulted from the activation induced by NGF (and any of the gene expression that would otherwise have resulted from such induced activation).

Using MG101, MG115, and MG132, the authors of the Palombella paper demonstrated *in vivo* and *in vitro* inhibition of p105 processing. They then used the two most potent inhibitors -- MG115 and MG132 -- to demonstrate inhibition of the inducible degradation of IκB.[14]

While still acknowledging the uncertainty as to whether phosphorylation of p105 and/or IκB is required before ubiquitination of these proteins, the authors of the Palombella paper noted from other studies that (1) in the ubiquitin-dependent degradation of other proteins called cyclins, degradation is triggered by phosphorylation; and (2) proteasome inhibitors stabilize a phosphorylated form of IκB while completely blocking activation of NF-κB. Based in part on these observations, the authors proposed, among other things, that the ubiquitin-proteasome system may act on modified and bound protein rather than on the un-modified and free one.[15]

**Modification and degradation of IκB in response to induction.**

*How NF-κB was released from IκB was unknown in 1991.* The elucidation of the facts regarding the modification and degradation of IκB in response to NF-κB activation proceeded along a similar timeline. In mid-1993, a group of authors, including Albert Baldwin, Jr., published a paper providing what they themselves characterized as the "the first evidence that the *in vivo* mechanism of NF-κB activation is through the phosphorylation and subsequent loss of its inhibitor, IκB."[16]    This paper acknowledged that, at that time, "the *in vivo* mechanism of activation [was] unknown," but used a series of experiments to demonstrate that, after cells were treated with a variety of known NF-κB inducers, IκBα/MAD-3 could be first shown to have been phosphorylated and subsequently shown to have disappeared from cellular exrracts. Nevertheless, the authors acknowledged that they did not have enough information to determine "the exact role of IκBα/MAD-3 phosphorylation [] in its *release* from NF-κB."[17] (emphasis added).

---

14   Palombella et al. at 778-80.

15   *Id.* at 780-81.

16   Beg AA, Finco TS, Nantermet PV, Baldwin AS Jr., Tumor necrosis factor and interleukin-1 lead to phosphorylation and loss of I kappa B alpha: a mechanism for NF-kappa B activation, *Mol. Cell. Biol.* 1993 Jun;13(6):3301-10.

17   *Id.* at 3307.

The paper to first establish that "rapid proteolysis of IκB is necessary for activation of NF-κB" was published later in 1993, and was authored, among others, by Patrick Baeuerle.[18] Among other things, this paper first demonstrated that "interference with the normal turnover rate of IκBα is not sufficient for a rapid activation of NF-κB."[19] The authors then demonstrated that a series of serine protease inhibitors with chymotrypsin-like specificity could actually prevent NF-κB DNA binding activity in response to induction. While the authors concluded that the data supported "the requirement of proteolytic degradation of IκB for the activation of NF-κB," they admitted ignorance as to the mechanism by which such degradation might occur, including whether the unknown protease that degraded IκB was constitutive or newly activated in response to induction, whether IκB was first tagged for degradation by some sort of covalent modification, whether IκB could be attacked by the unknown protease while complexed with NF-κB or only after its release from NF-κB, and whether phosphorylation was required for the "release" of IκB from NF-κB.[20]

That question was answered in a number of papers published in 1995. In one paper, which included Tom Maniatis among its authors, the investigators identified, among other things, *in vitro* and *in vivo* ubiquitination of phosphorylated IκBα. They also pointed out, to their apparent surprise, that "neither phosphorylation nor ubiquitination results in the dissociation of IκBα and NF-κB, and . . . that the 26S proteasome recognizes and degrades ubiquitinated IκBα in the ternary NF-κB complex.[21] In another paper, one that I published with my colleagues in November of 1995, we identified the mechanism of stimulation-dependent phosphorylation of IκB, followed by its subsequent ubiquitination and degradation by the proteasome, as the means by which activation of canonical NF-κB occurs. [22] We accomplished this by, among other things, demonstrating: (1) that use of the proteasome inhibitor ALLN (aka MG101) on phorbol ester-stimulated Jurkat cells led to the appearance of both phosphorylated and unphosphorylated IκB; (2) that, in the presence of ZLLF, a potent proteasome inhibitor, "there was stimulation-dependent accumulation of high molecular weight IκBα cross-reactive proteins, and (3) that in a cell line with a temperature sensitive mutant in the E1 ubiquitin-activating enzyme, there was markedly less degradation of IκBα at the nonpermissive temperature.

---

[18]  Henkel T, Machleidt T, Alkalay I, Krönke M, Ben-Neriah Y, Baeuerle PA., Rapid proteolysis of I kappa B-alpha is necessary for activation of transcription factor NF-kappa B, *Nature*. 1993 Sep 9;365(6442):182-5.

[19]  *Id.* at 183.

[20]  Id. at 184.

[21]  Chen Z, Hagler J, Palombella VJ, Melandri F, Scherer D, Ballard D, Maniatis T., Signal-induced site-specific phosphorylation targets I kappa B alpha to the ubiquitin-proteasome pathway, *Genes Dev.* 1995 Jul 1;9(13):1586-97.

[22]  Alkalay I, Yaron A, Hatzubai A, Orian A, Ciechanover A, Ben-Neriah Y., Stimulation-dependent I kappa B alpha phosphorylation marks the NF-kappa B inhibitor for degradation via the ubiquitin-proteasome pathway, *Proc. Nat'l Acad. Sci. USA.* 1995 Nov 7;92(23):10599-603.

*Later development of novel NF-κB inhibitors based upon the ubiquitin-proteasome system.*

Research regarding the specific ubiquitin ligase responsible for p105 processing was ongoing, and, along with various colleagues, I published a paper in 1995 identifying a putative novel E3 ligase involved in the process.[23]  My later research in the mid-to-late 90s focused, among other things, on the use of specially constructed phosphorylated polypeptides to specifically inhibit the ubiquitination of pIκBα and pIκBβ and preventing their subsequent degradation by the proteasome.[24]  Some of my colleagues also performed work, for example, on the inhibition of ubiquitination of pIκBα through the expression of F-box deletion mutants of core receptor components the E3 ubiquitin ligase, mutants that act *in vivo* as dominant negative molecules, inhibiting the degradation of pIκBα (and, consequently, inhibit NF-κB activation).[25]

## V.    APPLICATIONS TO MODULATE THE UBIQUITIN PROTEASOME SYSTEM IN ORDER TO REGULATE NF-κB ACTIVITY IN THE CELL.

Inhibition of enzymes common to the entire pathway, such as E1 or the proteasome, may affect many processes nonspecifically, although a narrow window between beneficial effects and toxicity can be identified for a short-term treatment. Recent experimental evidence strongly suggests that proteasome inhibitors may indeed be beneficial in certain pathologies, such as in several malignancies, asthma, brain infarct, and autoimmune encephalomyelitis. As a matter of fact, for multiple myeloma, a malignancy of the immune plasma cells, a specific proteasome inhibitor (PS-341; bortezomib; Velcade) was approved for use in patients.  Velcade, a product of Millenium Pharmaceuticals, is a tripeptide derivative with boronate in the active site - a later variation of the older peptide aldehydes like MG101, MG115, and MG132 that were used in such research as that communicated in the Palombella reference.  In malignancies, the drugs can act via inhibition of degradation of different cell cycle inhibitors, via inhibition of proteolytic activation of the anti-apoptotic transcriptional regulator NF-κB, or more likely, by inhibiting degradation of abnormal/misfolded proteins, thus eliciting the cell stress response and inducing apoptosis. In immune disorders, they may act by inhibiting presentation of "self" peptides, but also by interfering with signal transduction along cellular immune cascades.  A different approach to drug development can be the development of small molecules that bind and inhibit specific E3s. For example, specific phospho-peptide derivatives that span the phosphorylation targeting domains in different substrates can serve as "baits" to the respective E3s.

Highlighted text from:

Aaron Ciechanover, *The Ubiquitin Proteolytic System: From A Vague Idea, Through Basic Mechanisms, And Onto Human Diseases and Drug Targeting, Neurology,* 2006; 66; 7-19 (TAB 4)

---

23    Orian A, Whiteside S, Israël A, Stancovski I, Schwartz AL, Ciechanover A., Ubiquitin-mediated processing of NF-kappa B transcriptional activator precursor p105. Reconstitution of a cell-free system and identification of the ubiquitin-carrier protein, E2, and a novel ubiquitin-protein ligase, E3, involved in conjugation, *J. Biol. Chem.* 1995 Sep 15;270(37):21707-14.

24    Yaron A, Gonen H, Alkalay I, Hatzubai A, Jung S, Beyth S, Mercurio F, Manning AM, Ciechanover A, Ben-Neriah Y., Inhibition of NF-kappa-B cellular function via specific targeting of the I-kappa-B-ubiquitin ligase, *EMBO J.* 1997 Nov 3;16(21):6486-94.

25    Yaron A, Hatzubai A, Davis M, Lavon I, Amit S, Manning AM, Andersen JS, Mann M, Mercurio F, Ben-Neriah Y., Identification of the receptor component of the IkappaBalpha-ubiquitin ligase. *Nature.* 1998 Dec 10;396(6711):590-4.

## VI.  **ASSUMPTIONS AND OPINIONS.**

With the exception of claim 7, which I understand from counsel was cancelled by ARIAD, I understand that all of the independent claims of the '516 patent require some minor variation on the term "reducing NF-κB activity in the cell."

As part of my role, I was asked to review the '516 patent and its claims while assuming that the term "reducing NF-κB activity in the cell(s)," as used in the claims, includes, at the least, decreasing levels of NF-κB through direct manipulation of the various steps of NF-κB activation, including both the liberation of NF-κB from the NF-κB:IκB complex and the subsequent action of NF-κB in acting as transcriptional activator.  Specifically, I was asked to opine as to whether, by November 13, 1991, the '516 patent disclosure could have indicated to anyone of any level of skill working with NF-κB or the ubiquitin-proteasome system that the named inventors on the '516 patent had invented a method for "reducing NF-κB activity" that involved "inhibiting modification of an IκB protein," "inhibiting degradation of an IκB protein," or "inhibiting dissociation of NF-κB:IκB complexes."

As a preliminary matter, the assumption provided by counsel - that the term "reducing NF-κB activity in the cell(s)," as used in the claims, includes, at the least, modulation of levels of NF-κB through direct manipulation of the various steps of NF-κB activation - appears bolstered by the dependent claims of the patent, certain ones of which suggest various general ways in which NF-κB activation might be directly manipulated.  For example, claims 20-25, which depend from claim 1, enumerate a few ways by which "NF-κB activity" can be "reduced":

- by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

- by inhibiting the passage of NF-κB into the nucleus of cells

- by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB

- by inhibiting degradation of an IκB protein

- by inhibiting dissociation of NF-κB:IκB complexes

- by reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

The '516 patent's other independent claims also have similar dependent claims that set forth these various ways of directly disrupting NF-κB activation.

Some of the ways in which the claims specify that NF-κB's activities can be directly manipulated, however, find little or no support in the patent.  For example, there is no support or reference in the specification or claims to a way in which one could "inhibit[] degradation of an IκB protein."  Nor do the specification or claims provide any indication that the patentees had an understanding of the process by which or circumstances under which IκB degradation can occur.  Similarly, there is no support or reference in the specification or claims to a way in which one

21

could "inhibit[] modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB" Indeed, to the extent that the patent could be said to reference "modification of an IκB protein" at all, it does so only in the context of stating the unproven hypotheses that IκB *may* be phosphorylated and that such phosphorylation (if it even occurs) *may* have an effect on the ability of IκB to remain complexed with NF-κB. Clearly, from the language of the specification itself, the patentees lacked an understanding of the process by which and the circumstances under which IκB modification can occur.

I have already demonstrated through my summary of the NF-κB literature of the early-to-mid-1990s that, as of November of 1991, *no one* had yet established either (1) the essential involvement of the ubiquitin-proteasome system in processing the inactive NF-κB precursors p105 and p100 into the functional NF-κB subunits p50 and p52 or (2) the essential role of the ubiquitin-proteasome system in the NF-κB activation process (including the ubiquitination of phosphorylated IκB and the subsequent ubiquitin-mediated proteasomal degradation of IκB from the NF-κB:IκB complex). These concepts are not described in the '516 patent, and indeed could not have been described in the patent as of November 1991 (although the applicants most certainly were aware that these aspects of NF-κB activation and regulation were then unknown and required extensive research and experimentation in order to elucidate them).

As of November 13, 1991, so little was known about the mechanism by which canonical NF-κB was liberated from its natural inhibitor that no one could have disclosed anything that would have allowed others to recognize that the named inventors had actually invented a way of directly manipulating this aspect of the so-called "NF-κB pathway." Even proteasome inhibitors --some of which had been in use long before November 1991 -- had not yet, by that time, been recognized to play a role in inhibition of NF-κB activation. Indeed, the patent's repeated use of the word "dissociation" with respect to IκB instead of "degradation/destruction/complete disappearance" reveals the ignorance at that time regarding the fate of IκB under conditions of NF-κB activation.

It is my opinion that, in light of the lack of research that had been performed as of November 13, 1991 regarding the relationship between the ubiquitin-proteasome system and NF-κB activation, the disclosure within the '516 patent would not have led anyone to recognize at that time that the applicants had invented any methods of "reducing NF-κB activity" involving "inhibiting modification of an IκB protein," "inhibiting degradation of an IκB protein," or "inhibiting dissociation of NF-κB:IκB complexes."

As I also stated above, based upon my knowledge of the ubiquitin-proteasome system and my review of the 1988 Saito et al. reference (published in Neuroscience Letters), the experimental protocol employed in the Saito paper also would have had the actual effect of necessarily and inevitably inhibiting, via the proteasome, at least some of the induction of NF-κB that would otherwise normally have resulted from the treatment with NGF and therefore led to a reduction of NF-κB activity.

## VII.    ADDITIONAL POINTS.

I am being paid at a rate of $800 per hour for my study and testimony in this matter, plus compensation for out-of-pocket expenses. I have not testified at trial or by deposition in the last 4 years. A list of the data and other information that I considered in forming my opinions here is attached as Appendix B.

In my testimony, I expect to use as exhibits some of the materials that I considered, including various of their figures and cartoons. Furthermore, I may incorporate demonstratives explaining the technology and the various references discussed herein, such as the various tutorial slides used by both parties in this litigation, images from papers and patents, and not-yet-created images that reflect the substance of the background and opinions presented herein.

Dated:  January 15, 2008

Aaron Ciechanover, M.D., D.Sc.

23

# TAB 2

# INTRACELLULAR PROTEIN DEGRADATION: FROM A VAGUE IDEA THRU THE LYSOSOME AND THE UBIQUITIN-PROTEASOME SYSTEM AND ONTO HUMAN DISEASES AND DRUG TARGETING

Nobel Lecture, December 8, 2004

by

A<span>ARON</span> C<span>IECHANOVER</span>

Cancer and Vascular Biology Research Center, Faculty of Medicine, Technion – Israel Institute of Technology, Haifa, Israel.

ABSTRACT

See Ciechanover Report Page 3.

Between the 1950s and 1980s, scientists were focusing mostly on how the genetic code is transcribed to RNA and translated to proteins, but how proteins are degraded has remained a neglected research area. With the discovery of the lysosome by Christian de Duve it was assumed that cellular proteins are degraded within this organelle. Yet, several independent lines of experimental evidence strongly suggested that intracellular proteolysis is largely non-lysosomal, but the mechanisms involved had remained obscure. The discovery of the ubiquitin-proteasome system resolved this enigma. We now recognize that ubiquitin- and proteasome-mediated degradation of intracellular proteins is involved in regulation of a broad array of cellular processes, such as cell cycle and division, regulation of transcription factors, and assurance of the cellular quality control. Not surprisingly, aberrations in the system have been implicated in the pathogenesis of many human diseases, malignancies and neurodegenerative disorders among them, which led subsequently to an increasing effort to develop mechanism-based drugs, one is already in use.

INTRODUCTION

The concept of protein turnover is hardly 60 years old. Beforehand, body proteins were viewed as essentially stable constituents that were subject to only minor 'wear and tear': dietary proteins were believed to function primarily as energy-providing fuel, traversing metabolic pathways which were completely

Abbreviations used: ODC, ornithine decarboxylase; G6PD, glucose-6-phosphate dehydrogenase; PEPCK, phosphoenol-pyruvate carboxykinase; TAT, tyrosine aminotransferase; APF-1, ATP-dependent Proteolysis Factor 1 (ubiquitin); UBIP, ubiquitous immunopoietic polypeptide (ubiquitin); MCP, multicatalytic proteinase complex (26S proteasome); CP, 20S core particle (of the 26S proteasome); RP, 19S regulatory particle (of the 26Sproteasome).

151

distinct from those of the structural and functional proteins of the body. The problem was hard to approach experimentally, as research tools were not available. Important research reagents that were lacking at that time were stable isotopes. While radioactive isotopes were developed earlier by George de Hevesy (de Hevesy G., Chemistry 1943. In: *Nobel Lectures in Chemistry 1942–1962*. World Scientific 1999. pp. 5–41), they were mostly unstable and could not be used to follow metabolic pathways. The concept that the body structural proteins are static and the dietary proteins are used only as a fuel was challenged by Rudolf Schoenheimer from Columbia University in New York city. Schoenheimer escaped from Nazi Germany and joined the Department of Biochemistry in Columbia University founded by Hans T. Clarke (1–3). There he met Harold Urey who worked in the Department of Chemistry and discovered deuterium, the heavy isotope of hydrogen, a discovery that enabled him to prepare heavy water, $D_2O$. David Rittenberg who had recently received his Ph.D. in Urey's laboratory, joined Schoenheimer, and together they entertained the idea of *"employing a stable isotope as a label in organic compounds, destined for experiments in intermediary metabolism, which should be biochemically indistinguishable from their natural analog"* (1). Urey later succeeded in enriching nitrogen with $^{15}N$, which provided Schoenheimer and Rittenberg with a "tag" for amino acids, resulting in a series of studies on protein dynamics. They discovered that following administration of $^{15}N$-labled tyrosine to rat, only ~50% was recovered in the urine, *"while most of the remainder is deposited in tissue proteins. An equivalent of protein nitrogen is excreted"* (4). They further discovered that from the half that was incorporated into body proteins *"only a fraction was attached to the original carbon chain, namely to tyrosine, while the bulk was distributed over other nitrogenous groups of the proteins"* (4), mostly as an $\alpha NH_2$ group in other amino acids. These experiments demonstrated unequivocally that the body structural proteins are in a dynamic state of synthesis and degradation, and that even individual amino acids are in a state of dynamic interconversion. Similar results were obtained using $^{15}N$-labeled leucine (5). This series of findings shattered the paradigm in the field at that time that: (i) ingested proteins are completely metabolized and the products are excreted, and (ii) that body structural proteins are stable and static. Schoenheimer was invited to deliver the prestigious Harvey Lecture (1937) and Edward K. Dunham Lecture (1941; at Harvard University) where he presented his revolutionary findings. After his untimely tragic death in 1941, his lecture notes were edited by Hans Clarke, David Rittenberg and Sarah Ratner, and were published in a small book by Harvard University Press. The editors called the book "The Dynamic State of Body Constituents" (6), adopting the title of Schoenheimer's presentation. In the book, the new hypothesis is clearly presented: *"The simile of the combustion engine pictured the steady state flow of fuel into a fixed system, and the conversion of this fuel into waste products. The new results imply that not only the fuel, but the structural materials are in a steady state of flux. The classical picture must thus be replaced by one which takes account of the dynamic state of body structure"*. However, the idea that body proteins are turning over was not accepted easily

and was challenged as late as the mid-1950s. For example, Hogness and colleagues studied the kinetics of β-galactosidase in *E. coli* and summarized their findings (7): *"To sum up: there seems to be no conclusive evidence that the protein molecules within the cells of mammalian tissues are in a dynamic state. Moreover, our experiments have shown that the proteins of growing E. coli are static. Therefore it seems necessary to conclude that the synthesis and maintenance of proteins within growing cells is not necessarily or inherently associated with a "dynamic state".* While the experimental study involved the bacterial β-galactosidase, the conclusions were broader, including also the authors' hypothesis on mammalian proteins. The use of the term *'dynamic state'* was not incidental, as they challenged directly Schoenheimer's studies, using his own term. It should be noted, however, that Schoenheimer's result related, as we know now, to the entire population of body proteins, extracellular and intracellular alike. It is now clear that these two classes of proteins are targeted by two different mechanisms (see below). The complex catabolic pathways, along with the lack of recognition of the importance of the process, made progress in the field slow.

Now, after more then six decades of research in the field and with the discovery of the lysosome and later the complex ubiquitin-proteasome system with its numerous tributaries, it is clear that the area has been revolutionized. While the lysosome is involved mostly (but not solely) in targeting extracellular proteins, the ubiiquitin-proteasome system degrades intracellular proteins. We now realize that intracellular proteins are turning over extensively, that the process is specific, and that the stability of many proteins is regulated individually and can vary under different pathophyiological conditions. From a scavenger, unregulated and non-specific end process, it has become clear that proteolysis of cellular proteins is a highly complex, temporally controlled and tightly regulated process that plays major roles in a broad array of basic pathways. Among these processes are cell cycle, development, differentiation, regulation of transcription, antigen presentation, signal transduction, receptor-mediated endocytosis, quality control, and modulation of diverse metabolic pathways. Subsequently, this development has changed the paradigm that regulation of cellular processes occurs mostly at the transcriptional and translational levels, and has set regulated protein degradation in an equally important position. With the multitude of substrates targeted and processes involved, it is not surprising that aberrations in the pathway have been implicated in the pathogenesis of many diseases, among them certain malignancies, neurodegeneration, and disorders of the immune and inflammatory system. As a result, the system has become a platform for drug targeting, and mechanism-based drugs are currently developed, one of them is already on the market.

THE LYSOSOME AND INTRACELLULAR PROTEIN DEGRADATION:
FACTS

In the mid-1950s, Christian de Duve discovered the lysosome (see, for example, Refs. 8 and 9 and Figure 1). The lysosome was first recognized biochemically



*Figure 1:* The lysosome: Ultrathin cryosection of a rat PC12 cell that had been loaded for 1 hour with bovine serum albumin (BSA)-gold (5 nm particles) and immunolabeled for the lysosomal enzyme cathepsin B (10-nm particles) and the lysosomal membrane protein LAMP1 (15 nm particles). Lysosomes are recognized also by their typical dense content and multiple internal membranes. Bar, 100 nm. Courtesy of Viola Oorschot and Judith Klumperman, Department of Cell Biology, University Medical Center, Utrecht, The Netherlands.

in the rat liver as a vacuolar structure that contains various hydrolytic enzymes which function optimally at an acidic pH. It is surrounded by a membrane that endows the contained enzymes with latency that is required to protect the cellular contents from their action (see below). The definition of the lysosome has been broadened over the years. This is because it has been recognized that the digestive process is dynamic and involves numerous stages of lysosomal maturation together with the digestion of both exogenous proteins (which are targeted to the lysosome through receptor-mediated endocytosis and pinocytosis) and exogenous particles (which are targeted via phagocytosis; the two processes are known as heterophagy), as well as digestion of endogenous proteins and cellular organelles (which are targeted via micro- and macro-autophagy, in many cases, under stress; see Figure 2). The lysosomal/-vacuolar system as we currently recognize it is a discontinuous and heterogeneous digestive system that also includes structures that are devoid of hydrolases – for example, early endosomes which contain endocytosed receptor-ligand complexes and pinocytosed/phagocytosed extracellular contents. On the other extreme it includes the residual bodies – the end products of the completed digestive processes of heterophagy and autophagy. In between these extremes one can observe: primary/nascent lysosomes that have not been engaged yet in any proteolytic process; early autophagic vacuoles that might contain intracellular organelles; intermediate/late endosomes and phagocytic



*Figure 2:* The four digestive processes mediated by the lysosome: (i) specific receptor-mediated endocytosis, (ii) pinocytosis (non-specific engulfment of droplets containing extracellular fluid), (iii) phagocytosis (of extracellular particles), and (iv) autophagy (micro- and macro-; of intracellular proteins and organelles) (with permission from Nature Publishing Group. Published originally in Ref. 83).

vacuoles (heterophagic vacuoles) that contain extracellular contents/particles; and multivesicular bodies (MVBs) which are the transition vacuoles between endosomes/phagocytic vacuoles and the digestive lysosomes.

The discovery of the lysosome along with independent experiments that were carried out at the same time and that have further strengthened the notion that cellular proteins are indeed in a constant state of synthesis and degradation (see, for example, Ref. 10), led scientists to feel, for the first time, that they have at hand an organelle that can potentially mediate degradation of intracellular proteins. The separation of the proteases from their substrates by a membrane provided an explanation for controlled degradation, and the only problem left to be explained (at the time) was how the substrates are translocated into the lysosomal lumen where they are exposed to the activity of the lysosomal proteases and degraded. An important discovery in this respect was the unraveling of the basic mechanism of action of the lysosome – autophagy (reviewed in Ref. 11). Under basal metabolic conditions, portions of the cytoplasm which contain a fraction of the entire population of cellular (cytosolic) proteins, are segregated within a membrane-bound compartment, and are then fused to a primary nascent lysosome, and their contents digested. This process was denoted microautophagy. Under more extreme conditions, starvation for example, mitochondria, endoplasmic reticulum membranes, glycogen bodies and other cytoplasmic entities, can also be engulfed by a

process called macroautophagy (see, for example, Ref. 12; the different modes of action of the lysosome in digesting extra- and intracellular proteins particles and organelles, are shown in Fig. 2).

THE LYSOSOME AND INTRACELLULAR PROTEIN DEGRADATION

However, over a period of more than two decades, between the mid-1950s and the late 1970s, it has become gradually more and more difficult to explain several aspects of intracellular protein degradation based on the known mechanisms of lysosomal activity: accumulating lines of independent experimental evidence indicated that the degradation of at least certain classes of cellular proteins must be non-lysosomal. Yet, in the absence of any 'alternative', researchers came with different explanations, some more substantiated and others less, to defend the 'lysosomal' hypothesis.

First was the gradual discovery, coming from several laboratories, that different proteins vary in their stability, and their half-life times can span a range of three orders of magnitude, from a few minutes to many days. Thus, the $t_{1/2}$ of ornitihine decarboxylase (ODC) is ~10 min, while that of glucose-6-phosphate dehydrogenase (G6PD) is 15 hours (for review articles, see, for example, Refs. 13,14). Also, rates of degradation of many proteins was shown to change under different physiological conditions, such as availability of nutrients or hormones. It was conceptually difficult to reconcile the findings of distinct half-lives of different proteins with the mechanism of action of the lysosome, where the microautophagic vesicle contains the entire cohort of cellular (cytosolic) proteins that are therefore expected to be degraded at the same rate. Similarly, changing pathophysiological conditions, such as starvation or re-supplementation of nutrients, were expected to affect the stability of all cellular proteins to the same extent. Clearly, this was not the case.

Another source of concern about the lysosome as the organelle in which intracellular proteins are degraded were the findings that both specific and general inhibitors of lysosomal proteases have different effects on different classes of proteins, making it clear that distinct groups of proteins are targeted by different proteolytic machineries. Thus, the degradation of endocytosed/-pinocytosed extracellular proteins was significantly inhibited by lysosomal inhibitors, a partial effect was observed on the degradation of long-lived cellular proteins, and almost no effect was observed on the degradation of short-lived and abnormal/mutated proteins.

Finally, the thermodynamically paradoxical observation that the degradation of cellular proteins requires metabolic energy, and more importantly, the emerging evidence that the proteolytic machinery uses the energy directly, were in contrast with the known mode of action of lysosomal proteases that under the appropriate acidic conditions, and similar to all known proteases, degrade proteins in an exergonic manner.

The assumption that the degradation of intracellular proteins is mediated by the lysosome was nevertheless logical. Proteolysis results from direct interaction between the target substrates and proteases, and therefore it was clear

that active proteases cannot co-exist free and active in the cytosol along with their substrates, which would have resulted in destruction of the cell. Thus, it was recognized that any suggested proteolytic machinery that mediates degradation of intracellular proteins must also be equipped with a mechanism that separates – physically or virtually – between the proteases and their substrates, and enables them to associate only when needed. The lysosomal membrane provided this separating/fencing mechanism. Obviously, nobody could have predicted that a new mode of post-translational modification – ubiquitination – could function as a chemical fence and as a proteolysis signal, and that untagged proteins will remain protected. Thus, while the structure of the lysosome as a distinc organelle could explain the separation necessary between the proteases and their substrates, and autophagy could explain the mechanism of entry of cytosolic proteins into the lysosomal lumen, major problems have remained unsolved. As noted, important among them were: (i) the various half lives of cellular proteins, (ii) the energy requirement for intracellular proteolysis, and (iii) the distinct response of different populations of proteins to lysosomal inhibitors. Thus, according to one model, it was proposed that different proteins have different sensitivities to lysosomal proteases, since their half-lives *in vivo* were in correlation with their sensitivity to the action of lysosomal proteases *in vitro* (15). To explain an extremely long half-life for a protein that was nevertheless sensitive to lysosomal proteases, or alterations in the stability of a single protein under various physiological states, it was suggested that although all cellular proteins are engulfed into the lysosome, only the short-lived proteins are degraded, whereas the long-lived proteins exit back into the cytosol: *"To account for differences in half-life among cell components or of a single component in various physiological states, it was necessary to include in the model the possibility of an exit of native components back to the extralysosomal compartment"* (16). According to a different model, selectivity is determined by the binding affinity of the different proteins for the lysosomal membrane which controls their entry rates into the lysosome, and subsequently their degradation rates (17). For a selected group of proteins, such as the gluconeogenetic enzymes phosphoenol-pyruvate carboxykinase (PEPCK) and fructose-1,6-biphosphatase, it was suggested, though not firmly substantiated, that their degradation in the yeast vacuole is regulated by glucose via a mechanism called 'catabolite inactivation' that possibly involves their phosphorylation. However this regulated mechanism for vacuolar degradation was limited only to a small and specific group of proteins (see for example Ref. 18; reviewed in Ref. 19). More recent studies have shown that at least for stress-induced macroautophagy, a general sequence of amino acids, KFFERQ, that was identified in numerous cellular proteins, directs, via binding to a specific 'receptor' and in cooperation with cytosolic and lysosomal chaperones, the regulated entry of many cytosolic proteins into the lysosomal lumen. While further corroboration of this hypothesis is still required, it can explain the mass, stress-induced, entry into the lysosome of a large population of proteins that contain a homologous sequence, but not the targeting for degradation of a specific protein under defined conditions (reviewed in Refs. 20,21). The energy requirement for

protein degradation was described as indirect, and necessary, for example, for protein transport across the lysosomal membrane (22) and/or for the activity of the H$^+$ pump and the maintenance of the low acidic intralysosomal pH that is necessary for optimal activity of the proteases (23). We now know that both mechanisms require energy. Thus, despite the strained explanations for different stabilities and energy requirement, the lysosome still appeared as the most logical organelle/system that mediates degradation of intracellular proteins. Christian de Duve's view on the subject as summarized in a review article he published in the mid-1960s, saying: *"Just as extracellular digestion is successfully carried out by the concerted action of enzymes with limited individual capacities, so, we believe, is intracellular digestion"* (24) still appeared to be valid even towards the mid 1970s. The problem of different sensitivities of distinct protein groups to lysosomal inhibitors has remained unsolved, and may have served as an important trigger in the future quest for a non-lysosomal proteolytic system that may be involved in at least certain aspects of intracellular protein degradation.

Progress in identifying the elusive, non-lysosomal proteolytic system(s) was hampered by the lack of a cell-free preparation that could faithfully replicate the cellular proteolytic events – degrading proteins in a specific and energy-requiring mode and at neutral pH. An important breakthrough was made by Rabinovitz and Fisher who found that rabbit reticulocytes degrade abnormal, amino acid analogue-containing hemoglobin (25). Their experiments modeled known disease states, the hemoglobinopathies. In these diseases, abnormal mutated hemoglobin chains (such as sickle cell hemoglobin) or excess of unassembled normal hemoglobin chains (generated in thalassemias, diseases in which the pairing chain is not synthesized at all or is mutated and rapidly degraded. Consequently, the bi-heterodimeric hemoglobin complex is not assembled) are rapidly degraded in the reticulocyte (26,27). Reticulocytes are terminally differentiating red blood cells that do not contain lysosomes. Therefore, it was postulated that the degradation of hemoglobin in these cells is mediated by a non-lysosomal machinery. Etlinger and Goldberg (28) were the first to isolate and characterize a cell-free proteolytic preparation from reticulocytes. The crude extract selectively degraded abnormal hemoglobin, required ATP hydrolysis, and acted optimally at a neutral pH, which further corroborated the assumption that the proteolytic activity was non-lysosomal. A similar system was isolated and characterized later by our group (29). Additional studies by the group led subsequently to resolution, characterization, and purification of the major enzymatic components from this extracts, and to the discovery of the ubiquitin signalling system (see below).


THE LYSOSOME HYPOTHESIS IS CHALLENGED

As mentioned above, the unraveled mechanism(s) of action of the lysosome could explain only partially, and at times not satisfactorily, several key emerging characteristics of intracellular protein degradation. Among them were: (i) the

heterogeneous stability of individual proteins (ii), the effect of nutrients and hormones on their degradation, and (iii) the dependence of intracellular proteolysis on metabolic energy. The differential effect of selective inhibitors on the degradation of different classes of cellular proteins could not be explained at all.

The development of methods to monitor protein dynamics in cells together with the discovery of specific and general lysosomal inhibitors have resulted in the identification of different classes of cellular proteins, long- and short-lived, and the findings of the differential effects of the inhibitors on these groups (see, for example, Refs. 30,31). An elegant experiment in this respect was carried out by Brian Poole and his colleagues in the Rockefeller University. Poole was studying the effect of lysosomotropic agents – weak bases such as ammonium chloride and chloroquine – that accumulate in the lysosome and dissipate its low acidic pH by neutralizing the $H^+$ ions: the lysosomal proteases are inactive in neutral pH. It was assumed that this mechanism also underlies the anti-malarial activity of chloroquine and similar drugs that inhibit the activity parasite's lysosome, 'paralyzing' its ability to digest the host's hemoglobin during the intra-erythrocytic stage of its life cycle. Poole and his colleagues labelled metabolically endogenous proteins in living macrophages with $^3$H-leucine and 'fed' them with broken macrophages that had been labelled metabolically with $^{14}$C-leucine prior to their disruption. They assumed, apparently correctly, that the dead macrophages debris and proteins will be phagocytosed by the live macrophages and targeted to the lysosome for degradation. They monitored the effect of lysosomotropic agents on the degradation of these two protein populations, the endogenous and the exogenous. In particular, they studied the effect of the weak bases chloroquine and ammonium chloride, and the acid ionophore X537A which dissipates the $H^+$ gradient across the lysosomal membrane. They found that these drugs inhibited specifically the degradation of extracellular proteins, but not of intracellular proteins (32). Poole summarized beautifully (I would say also poetically) these experiments and explicitly predicted the existence of a non-lysosomal proteolytic system that degrades intracellular proteins: *"Some of the macrophages labeled with tritium were permitted to endocytise the dead macrophages labeled with $^{14}$C. The cells were then washed and replaced in fresh medium. In this way we were able to measure in the same cells the digestion of macrophage proteins from two sources. The exogenous proteins will be broken down in the lysosomes, while the endogenous proteins will be broken down wherever it is that endogenous proteins are broken down during protein turnover"* (33).

The requirement for metabolic energy for the degradation of both prokaryotic (34) and eukaryotic (10,35) proteins was difficult to interpret. Proteolysis is an exergonic process and the thermodynamically paradoxical energy requirement for intracellular proteolysis made researchers believe that energy cannot be consumed directly by proteases or the proteolytic process per se, and is used indirectly. As Simpson summarized his findings (10): *"The data can also be interpreted by postulating that the release of amino acids from protein is itself directly dependent on energy supply. A somewhat similar hypothesis, based on*

*studies on autolysis in tissue minces, has recently been advanced, but the supporting data are very difficult to interpret. However, the fact that protein hydrolysis as catalyzed by the familiar proteases and peptidases occurs exergonically, together with the considera-tion that autolysis in excised organs or tissue minces continues for weeks, long after phosphorylation or oxidation ceased, renders improbable the hypothesis of the direct energy dependence of the reactions leading to protein breakdown".* **Being cautious however, and probably unsure about a single interpretation and conclusion, Simpson still left a narrow slit opened for a proteolytic process that requires energy in a direct manner:** *"However, the results do not exclude the existence of two (or more) mechanisms of protein breakdown, one hydrolytic, the other energy-requiring".* Since any proteolytic process must be at one point or another hydrolytic, the statement that makes a distinction between an hydrolytic process and an energy-requiring (yet non-hydrolytic one), is not clear. Judging the statement from a historical perspective and knowing the mechanism of action of the ubiquitin system, where energy is required also in the pre-hydrolytic step (ubiquitin conjugation), Simpson may have thought of a two step mechanism: an initial conditioning step that is energy-requiring yet not hydrolytic, followed by a second hydrolytic step that is energy-independent. However, he did not provide us with a clear explanation. Clearly, he could not have imagined that even the second step will be energy-requiring (as we know is proteasomal activity). At the end of this clearly understandable and apparently difficult deliberation, he left us with a vague explanation linking protein degradation to protein synthesis, a process that was known already at the time to require metabolic energy: *"The fact that a supply of energy seems to be necessary for both the incorporation and the release of amino acids from protein might well mean that the two processes are interrelated. Additional data suggestive of such a view are available from other types of experiments. Early investigations on nitrogen balance by Benedict, Folin, Gamble, Smith, and others point to the fact that the rate of protein catabolism varies with the dietary protein level. Since the protein level of the diet would be expected to exert a direct influence on synthesis rather than breakdown, the altered catabolic rate could well be caused by a change in the rate of synthesis"* (10). With the discovery of lysosomes in eukaryotic cells it could be argued that energy is required for the transport of substrates into the lysosome or for maintenance of the low intralysosomal pH, for example (see above). The observation by Hershko and Tomkins that the activity of tyrosine aminotransferase (TAT) was stabilized following depletion of ATP (36) indicated that energy may be required at an early stage of the proteolytic process, most probably before proteolysis occurs. Yet, it did not provide a clue as for the mechanism involved: the energy could be used, for example, for specific modification of TAT, e.g. phosphorylation, that would sensitize it to degradation by the lysosome or by a yet unknown proteolytic mechanism, or for a modification that activates its putative protease. It could also be used for a more general lysosomal mechanism, one that involves transport of TAT as well as other proteins into the lysosome or dissipation of the intralysosomal acidic pH, for example. The energy inhibitors used by Hershko and Tomkins abolished almost completely degradation of the entire

population of cell proteins, confirming previous studies (e.g. 10) and suggesting a general role for energy in protein catabolism. In that respect energy inhibitors had an effect that was distinct from that of protein synthesis inhibitors (e.g. cycloheximide) which affected only enhanced degradation of TAT (induced by steroid hormone depletion), but not basal degradation (36). This finding ruled out, at least partially, a tight linkage between protein synthesis and degradation. In bacteria, that lack lysosomes, an argument involving energy requirement for lysosomal degradation could not have been proposed, but other indirect effects of ATP hydrolysis could have affected proteolysis in *E. coli*, such as phosphorylation of substrates and/or proteolytic enzymes, or maintenance of the 'energized membrane state'. According to this model, proteins could become susceptible to proteolysis by changing their conformation, for example, following association with the cell membrane that maintains a local, energy-dependent gradient of a certain ion. However, such an effect was ruled out (37), and since there was no evidence for a phosphorylation-mediated mechanism (although, similar to the state of affairs in eukaryotes, the proteolytic machinery in prokaryotes had not been identified at that time), it seemed that at least in bacteria, energy is required directly for the proteolytic process. In any event, the requirement for metabolic energy for protein degradation in both prokaryotes and eukaryotes, a process that is exergonic thermodynamically, strongly indicated that proteolysis is a highly regulated process, and that a similar principle/mechanism has been preserved along evolution of the two kingdoms. Implying from the possible direct requirement for ATP in degradation of proteins in bacteria, it was not too unlikely to assume a similar direct mechanism in the degradation of cellular proteins in eukaryotes. Supporting this notion was the description of the cell-free proteolytic system in reticulocytes (28,29), a cell that lacks lysosomes, which suggested that energy is probably required directly for the proteolytic process, although here too, the underlying mechanisms had remained enigmatic at the time. The description of the cell-free system paved however the road for the later detailed dissection of the underlying mechanisms involved and to the discovery of the ubiquitin system.

THE UBIQUITIN-PROTEASOME SYSTEM

The cell-free proteolytic system from reticulocytes (28,29) turned out to be an important and rich source for the purification and characterization of the enzymes that are involved in the ubiquitin-proteasome system. Initial fractionation of the crude reticulocyte cell extract on the anion-exchange resin diethylaminoethyl (DEAE) cellulose yielded two fractions which were both required to reconstitute the energy-dependent proteolytic activity found in the crude extract: the unadsorbed, flow through material was denoted Fraction I, and the high salt eluate of the adsorbed proteins was denoted Fraction II (38).

*Table 1:* Resolution of the ATP-dependent proteolytic activity from crude reticulocyte extract into two essentially required complementing activities (adapted from Ref. 38; with permission from Elsevier/Biochem. Biophys. Res. Commun.).

| Fraction | Degradation of [$^3$H]globin (%) | |
|---|---|---|
| | -ATP | +ATP |
| Lysate | 1.5 | 10 |
| Fraction I | 0.0 | 0.0 |
| Fraction II | 1.5 | 2.7 |
| Fraction I and Fraction II | 1.6 | 10.6 |

This finding was an important observation and a methodolgical lesson for future dissection of the system. For one, it suggested that the system is not composed of a single 'classical' protease that has evolved evolutionarily to acquire energy dependence [although energy-dependent multi component/complex proteases, such as the mammalian 26S proteasome (see below) and the prokaryotic Clp family of proteases have been described later], but that it is made of at least two components. This finding of a two component, energy-dependent protease that had no precedent, left us with no paradigm to follow. In an attempt to explain this finding, we suggested, for example, that the two fractions could represent an inhibited protease and its activator. Second, learning from this reconstitution experiment and the essential dependence between the two active components, we continued to reconstitute activity from resolved fractions whenever we encountered a loss of activity along further purification steps. This biochemical 'complementation' approach resulted in the discovery of additional enzymes of the system, all required to be present in the reaction mixture in order to catalyze the multi-step proteolysis of the target substrate. We chose first to purify the active component from Fraction I (see accompanying Biography). It was found to be a small, ~8.5 kDa heat-stable protein that was designated ATP-dependent Proteolysis Factor 1, APF-1. APF-1 was later identified as ubiquitin (see below; I am using the term APF-1 to the point in which it was identified as ubiquitin and then change the terminology accordingly). In retrospect, the decision to start the purification efforts with Fraction I turned out to be strategically important, as Fraction I contained only one single protein – APF-1 – that was necessary to stimulate proteolysis of the model substrate we used at the time, while Fraction II, as we learnt later contained many more components. Starting the purification efforts with Fraction II would have resulted in a much more complicated route. Later studies showed that Fraction I contains additional components necessary for the degradation of other substrates, but these were not necessary for the reconstitution of the system at that time. This choice enabled us not only to purify APF-1, but also to quickly decipher its mechanism of action. A critically important finding that paved the road for future developments in the field was that multiple moieties of APF-1 are covalently conjugated to the target substrate when incubated in the presence of Fraction II, and that the modification requires ATP (39,40; Figures 3 and 4). It was also found that the modifica-



*Figure 3:* APF-1 is shifted to a high molecular mass "compound(s)" following incubation in ATP-containing crude reticulocyte cell extract. [125]I-labelled APF-1 was incubated with reticulocyte crude Fraction II in the absence (open circles) or presence (closed circles) of ATP, and the reaction mixtures were resolved via gel filtration chromatography. Shown is the radioactivity measured in each fraction. As can be seen, following addition of ATP, APF-1 becomes associated with some component(s) in Fraction II, which could be an enzyme(s) or a substrate(s) of the system (with permission from Proceedings of the National Academy of the USA; published originally in Ref. 39).

tion is reversible, and APF-1 can be removed from the substrate or its degradation products and reutilized (40).

The discovery that APF-1 is covalently conjugated to protein substrates and stimulates their proteolysis in the presence of ATP and crude Fraction II, led in 1980 to the proposal of a model according to which protein substrate modification by multiple moieties of APF-1 targets it for degradation by a downstream, at that time an yet unidentified, protease that cannot recognize the unmodified substrate; following degradation, reusable APF-1 is released (40). It was also shown that APF-1 can be released from the intact substrate (40). This can occur, for example, if the substrate was marked eironeously. It was further predicted that the release is mediated by specific protease(s) and not via reversal of the conjugation reaction. Amino-acid analysis of APF-1, along with its known molecular mass and other general characteristics raised the suspicion that APF-1 is ubiquitin (41), a known protein of previously unknown function. Contributing to this suspicion was the previously described conjugate between ubiquitin and histone H2A that raised the possibility that a similar, though obviously not an identical, conjugate is generated between APF-1 and its target substrate (see below). Indeed, in a series of biochemical and functional experiments, Wilkinson and colleagues confirmed unequivo-



1 2 3 4 5 6 7

◄C6

◄C5
◄C4

◄C3

◄C2

Cont.

◄C1?

*Figure 4:* Multiple molecules of APF-1/ubiquitin are conjugated to the proteolytic substrate, probably signalling it for degradation. To interpret the data described in the experiment depicted in Figure 3 and to test the hypothesis that APF-1 is conjugated to the target proteolytic substrate, [125]I-APF-1 was incubated along with crude Fraction II (Figure 3 and text) in the absence (lane 1) or presence (lanes 2–5) of ATP and in the absence (lanes 1,2) or presence (lanes 3–5) of increasing concentrations of unlabeled lysozyme. Reaction mixtures resolved in lanes 6 and 7 were incubated in the absence (lane 6) or presence (lane 7) of ATP, and included unlabeled APF-1 and [125]I-labeled lysozyme. C1–C6 denote specific APF-1-lysozyme adducts in which the number of APF-1 moieties bound to a the lysozyme moiety of the adduct is probably increasing, from 1 to 6. Reactions mixtures were resolved via sodium dodecyl sulfate-polyacrylamide gel electrophoresis (SDS-PAGE) and visualized following exposure to an X-ray film (autoradiography) (with permission from Proceedings of the National Academy of the USA; published originally in Ref. 40).

cally that APF-1 is ubiquitin (42). Ubiquitin is a small, heat-stable and highly evolutionarily conserved protein of 76 residues. It was first purified during the isolation of thymopoietins (43) and was subsequently found to be ubiquitously expressed in all kingdoms of living cells, including prokaryotes (44). Interestingly, it was initially found to induce lymphocyte differentiation, a characteristic that was attributed to the stimulation of adenylate cyclase (44,45). Accordingly, it was named UBIP for _ub_iquitous _i_mmunopoietic _p_olypeptide (44). However, later studies showed that ubiquitin is not involved in the immune response (46), and that it was a contaminating endotoxin in the preparation that was responsible for the adenylate cyclase and the T-cell differentiating activities. Furthermore, the unraveling of the sequence of several eubacteria and archaebacteria genomes, as well as earlier biochemical analyses in these organisms (unpublished) showed that ubiquitin is restricted only to eukaryotes. The finding of ubiquitin in bacteria (44) was probably due to contamination of the bacterial extract with yeast ubiquitin derived from the

yeast extract in which the bacteria were grown. While in retrospect the name ubiquitin is a misnomer as it is restricted to eukaryotes and is not ubiquitous as was previously thought, from historical reasons it has still remained the name of the protein. Accordingly, and in order to avoid confusion, we suggest that names of other novel enzymes and components of the ubiquitin system, but of other systems as well, should remain as were first coined by their discoverers.

An important development in the ubiquitin research field was the discovery that a single ubiquitin moiety can be covalently conjugated to histones (see above), and particularly to histones H2A and H2B. While the function of these adducts has remained elusive until recently, their structure was unraveled in the mid 1970s. The structure of the ubiquitin conjugate with H2A (uH2A; was also designated protein A24) was deciphered by Goldknopf and Busch (47,48) and by Hunt and Dayhoff (49), who found that the two proteins are linked through a fork-like, branched isopeptide bond between the carboxy-terminal glycine of ubiquitin ($Gly^{76}$) and the $\varepsilon$-$NH_2$ group of 119 internal lysine ($Lys^{119}$) of the histone molecule. It was suggested that the isopeptide bond found in the histone-ubiquitin adduct is identical to the bond that was found between ubiquitin and the target proteolytic substrate (50), and between the ubiquitin moieties in the polyubiquitin chain (51,52) that is synthesized on the substrate and that functions, most probably, as a proteolysis recognition signal for the downstream 26S proteasome. In this particular polyubiquitin chain the linkage is between $Gly^{76}$ of one ubiquitin moiety and internal $Lys^{48}$ of the previously conjugated ubiquitin moiety. It appears that only $Lys^{48}$-based polyubiquitin chain is recognized by the 26S proteasome and serves as a proteolytic signal. In recent years it has been shown that the first ubiquitin moiety can also be attached in a linear mode to the N-terminal residue of the proteolytic target substrate (53). However, even in this case, the subsequent ubiquitin moieties are generating a $Lys^{48}$-based polyubiquitin chain on the first linearly fused moiety. N-terminal ubiquitination is clearly required for targeting naturally occurring lysine-less proteins for degradation. Yet, several lysine-containing proteins have also been described that traverse this pathway, the muscle-specific transcription factor MyoD, for example. In these proteins the internal lysine residues are probably not accessible to their cognate ligases. Other types of polyubiquitin chains have also been described that are not involved in targeting the conjugated substrates for proteolysis. Thus, a $Lys^{63}$-based polyubiquitin chain has been described that is probably necessary to activate transcription factors (reviewed recently in Ref. 54). Interestingly, the role of monoubiquitination of histones has also been identified recently. It is involved in regulation of transcription, probably via modulation of the structure of the nucleosomes (for recent reviews, see, for example, Refs. 55,56).

The identification of APF-1 as ubiquitin, and the discovery that a high-energy isopeptide bond, similar to the one that links ubiquitin to histone H2A, links it also to the target proteolytic substrate, resolved at that time the enigma of the energy requirement for intracellular proteolysis (see however below) and paved the road to the untangling of the complex mechanism of isopeptide bond formation. This process turned out to be similar to that of



*Figure 5:* The Proteasome. The proteasome is a large, 26S, multicatalytic protease that degrades polyubiquitinated proteins to small peptides. It is composed of two sub-complexes: a 20S core particle (CP) that carries the catalytic activity, and a regulatory 19S regulatory particle (RP). The 20S CP is a barrel-shaped structure composed of four stacked rings, two identical outer $\alpha$ rings and two identical inner $\beta$ rings. The eukaryotic $\alpha$ and $\beta$ rings are composed each of seven distinct subunits, giving the 20S complex the general structure of $\alpha_{1-7}\beta_{1-7}\beta_{1-7}\alpha_{1-7}$. The catalytic sites are localized to some of the $\beta$ subunits. Each extremity of the 20S barrel can be capped by a 19S RP, each composed of 17 distinct subunits, 9 in a "base" sub-complex, and 8 in a "lid" sub-complex. One important function of the 19S RP is to recognize ubiquitinated proteins and other potential substrates of the proteasome. Several ubiquitin-binding subunits of the 19S RP have been identified, however, their biological roles and mode of action have not been discerned. A second function of the 19S RP is to open an orifice in the $\alpha$ ring that will allow entry of the substrate into the proteolytic chamber. Also, since a folded protein would not be able to fit through the narrow proteasomal channel, it is assumed that the 19S particle unfolds substrates and inserts them into the 20S CP. Both the channel opening function and the unfolding of the substrate require metabolic energy, and indeed, the 19S RP "base" contains six different ATPase subunits. Following degradation of the substrate, short peptides derived from the substrate are released, as well as reusable ubiquitin (with permission from Nature Publishing Group. Published originally in Ref. 83).
a. Electron microscopy image of the 26S proteasome from the yeast *S. cerevisiae.*
b. Schematic representation of the structure and function of the 26S proteasome.

peptide bond formation that is catalysed by tRNA synthetase or during non-ribosomal synthesis of short peptides (57). In these processes, that occurs during protein synthesis a single amino acid is activated, whereas during activation of ubiquitin, the c-terminal Gly[76] residue of the protein is activated, but otherwise the three processes appear to be almost identical. Using the unravelled mechanism of ubiquitin activation and immobilized ubiquitin as a 'covalent' affinity bait, the three enzymes that are involved in the cascade reaction of ubiquitin conjugation were purified by Ciechanover, Hershko, and their colleagues. These enzymes are: (i) E1, the ubiquitin-activating enzyme, (ii) E2, the ubiquitin-carrier protein, and (iii) E3, the ubiquitin-protein



*Figure 6:* The ubiquitin-proteasome proteolytic system. Ubiquitin is activated by the ubiquitin-activating enzyme, E1 (1) followed by its transfer to a ubiquitin-carrier protein (ubiquitin-conjugating enzyme, UBC), E2 (2). E2 transfers the activated ubiquitin moieties to the protein substrate that is bound specifically to a unique ubiquitin ligase E3. The transfer is either direct [(3) in the case of RING finger ligases and possibly some other smaller groups of E3s such as U-Box ligases], or via an additional thiol-ester intermediate on the ligase [(4, 4a) in the case of HECT domain ligases]. Successive conjugation of ubiquitin moieties to one another generates a polyubiquitin chain that serves as the binding (5) and degradation signal for the downstream 26S proteasome. The substrate is degraded to short peptides (6), and free and reusable ubiquitin is released by de-ubiquitinating enzymes (DUBs) (7).

ligase (58,59). The discovery of the E3 component which is the specific substrate-binding component of the system, pointed to a possible solution to the problem of the heterogeneous stabilities of different proteins – they might be specifically recognized and targeted by different ligases.

Within a short period, the ubiquitin tagging hypothesis received substantial support. For example, Chin and colleagues injected into HeLa cells labeled ubiquitin and hemoglobin and denatured the injected hemoglobin by oxidizing it with phenylhydrazine. They found that ubiquitin conjugation to globin is markedly enhanced by denaturation of hemoglobin, and the level of globin-ubiquitin conjugates was proportional to the rate of hemoglobin degradation (60). Hershko and colleagues observed a similar correlation for abnormal, amino acid analogue-containing short-lived proteins (61). A previously isolated cell cycle arrest mutant that loses the ubiquitin-histone H2A adduct at the permissive temperature (62), was found by Finley, Ciechanover and Varshavsky to harbor a thermolabile E1 (63). Following heat inactivation, the cells fail to degrade normal short-lived proteins (64). Although the cells did not provide direct evidence for substrate ubiquitination as a destruction signal, they still provided a strong and direct linkage between ubiquitin conjugation and

intracellular protein degradation.

At this point, the only missing link was the identification of the downstream protease that would specifically recognize ubiquitinated substrates. Tanaka and colleagues identified a second ATP-requiring step in the reticulocyte proteolytic system which was independent of ubiquitination (65), and Hershko and colleagues demonstrated that energy is required for conjugate degradation (66). An important advance in the field was a discovery by Hough and colleagues who partially purified and characterized a high-molecular mass alkaline protease that degraded, in an ATP-dependent mode, ubiquitin adducts of lysozyme but not untagged lysozyme (67). This protease, which was later called the 26S proteasome (see below), provided all the necessary criteria for being the specific proteolytic arm of the ubiquitin system. This finding was confirmed, and the protease was further characterized by Waxman and colleagues who found that it is an unusually large, ~ 1,5 MDa enzyme, unlike any other known protease (68). A further advance in the field was the discovery (69) that a smaller, neutral multi-subunit 20S protease complex that was discovered together with the larger 26S complex, is similar to a "multicatalytic proteinase complex" (MCP) that was described earlier by Wilk and Orlowski in bovine pituitary gland (70). This 20S protease is ATP-independent and has various catalytic activities, cleaving on the carboxy-terminal side of hydrophobic, basic and acidic residues. Hough and colleagues raised the possibility – although they did not show it experimentally – that this 20S protease can be a part of the larger 26S protease that degrades ubiquitin adducts (69). Later studies showed that indeed, the 20S complex is the core catalytic particle of the larger 26S complex (71,72). However, a strong evidence that the active 'mushroom'-shaped 26S protease is generated through the assembly of two distinct sub-complexes – the catalytic 20S cylinder-like MCP and an additional 19S ball-shaped sub-complex (that was predicted to have a regulatory role) – was provided only in the early 1990s by Hoffman and colleagues (73): These researchers mixed the two purified particles and generated the active 26S enzyme.

The proteasome is a large, 26S, multicatalytic protease that degrades poly-ubiquitinated proteins to small peptides. It is composed of two sub-complexes: a 20S core particle (CP) that carries the catalytic activity, and a regulatory 19S regulatory particle (RP) (for the structure of the 26S proteasome, see Figure 5; for a scheme describing the ubiquitin system, see Figure 6).

CONCLUDING REMARKS

The evolvement of proteolysis as a centrally important regulatory mechanism is a remarkable example for the development of a novel biological concept and the accompanying battles to change paradigms. The five decades journey between the early 1940s and early 1990s began with fierce discussions on whether cellular proteins are static as had been thought for a long time, or are in a "dynamic state" of synthesis and degradation. The discovery of protein dynamics was followed by the discovery of the lysosome, that was believed – between the mid-1950s and mid-1970s – to be the organelle within which in-



*Figure 7:* **Some of the different functions of modification by ubiquitin and ubiquitin-like proteins. a. Proteasomal-dependent degradation of cellular proteins (see Figure 6). b. Mono⁻ or oligoubiquitination targets membrane proteins to degradation in the lysosome/vacuole. c. Monoubiquitination, or d. a single modification by a ubiquitin-like (UBL) protein, SUMO for example, can target proteins to different subcellular destinations such as nuclear foci or the nuclear pore complex (NPC). Modification by UBLs can serve also other, non-proteolytic functions, such as protecting proteins from ubiquitination or activation of E3 complexes (not shown). e. Generation of a Lys63-based polyubiquitin chain can activate transcriptional regulators, directly or indirectly via recruitment of other proteins (protein Y, for example; shown), or activation of upstream components such as kinases. Ub denotes ubiquitin. (With permission from Nature Publishing Group. Published originally in Ref. 83).**

tracellular proteins are destroyed. Independent lines of experimental evidence gradually eroded the lysosomal hypothesis and resulted in the evolvement of new concept, that the bulk of intracellular proteins are degraded – under basal metabolic conditions – via a non-lysosomal machinery. This resulted in the discovery of the ubiquitin system in the late 1970s and early 1980s.

With the identification of the reactions and enzymes that are involved in the ubiquitin-proteasome cascade, a new era in the protein degradation field began at the late 1980s and early 1990s. Studies that showed that the system is involved in targeting of key regulatory proteins – such as light-regulated proteins in plants, transcriptional factors, cell cycle regulators and tumor suppressors and promoters – started to emerge (see for example Refs. 74–78). These studies were accompanied by functional analysis of the system in the yeast *Saccharomyces Cerevisial* (carried out initially mostly by Varshavsky and colleagues), taking advantage of the power of genetics. They were then followed by numerous studies on the underlying mechanisms involved in the degradation of specific proteins, each with its own unique mode of recognition and regulation. The unraveling of the human genome revealed the



*Figure 8:* Aberrations in the ubiquitin-proteasome system and pathogenesis of human diseases. Normal degradation of cellular proteins maintains them in a steady-state level, though, this level may change under various physiological conditions (upper and lower right side). When degradation is accelerated due to an increase in the level or activity of an E3 (Skp2 in the case of p27, for example), or overexpression of an ancillary protein that generates a complex with the protein substrate and targets it for degradation (the Human Papillomavirus E6 oncoprotein that associates with p53 and targets it for degradation by the E6-AP ligase, or the cytomegalovirus-encoded ER proteins US2 and US11 that target MHC class I molecules for Endoplasmic Reticulum-Associated Degradation, ERAD), the steady state level of the protein decreases (upper left side). A mutation in a ubiquitin ligase or in a substrate's scaffold/binding protein [such as occurs in *Adenomatous Polyposis Coli* – APC, or in E6-AP (Angelmans' Syndrome)] or in the substrate's recognition motif (such as occurs in β-catenin or in ENaC) will result in decreased degradation and accumulation of the target substrate (lower left side).

existence of hundreds of distinct E3s, attesting to the complexity and the high specificity and selectivity of the system. Two important advances in the field were the discovery of the non-proteolytic functions of ubiquitin such as activation of transcription and routing of proteins to the lysosome/vacuole, and the discovery of modification by ubiquitin-like proteins (UBLs), that is involved in numerous non-proteolytic functions such as directing proteins to their subcellular destination, protecting proteins from ubiquitination, and controlling entire processes such as autophagy (see for example Ref. 79) (for some of the different roles of modifications by ubiquitin and UBLs, see Figure 7). All these studies have led to the emerging realization that this novel mode of post-translational modification/covalent conjugation plays key roles in regulating a broad array of cellular processes – among them cell cycle and division, growth and differentiation, activation and silencing of transcription, apoptosis, the immune and inflammatory response, signal transduction, receptor-mediated endocytosis, various metabolic pathways, and the cell quality control – all

that through proteolytic and non-proteolytic mechanisms. The discovery that ubiquitin modification plays a role in routing proteins to the lysosome/vacuole, and that modification by specific and unique ubiquitin-like proteins and modification system controls autophagy closed an exciting historical cycle, since it demonstrated that the two apparently distinct proteolytic systems – the ubiquitin/proteasome and the lysosome – communicate with one another. With the many processes and innumerable substrates targeted by the ubiquitin pathway, it is not surprising to find that aberrations in the system underlie, directly or indirectly, the pathogenesis of many diseases. While inactivation of a major enzyme such as E1 is obviously lethal, mutations in enzymes or in recognition motifs in substrates that do not affect vital pathways or that affect the involved process only partially, may result in a broad array of phenotypes. Likewise, acquired changes in the activity of the system can also evolve into certain pathologies. The pathological states associated with the ubiquitin system can be classified into two groups: (a) those that result from loss of function – mutation in a ubiquitin system enzyme or in the recognition motif in the target substrate that result in stabilization of certain proteins, and (b) those that result from gain of function – abnormal or accelerated degradation of the protein target (for a general scheme describing aberrations in the ubiquitin system that result in disease states, see Figure 8). Studies that employ targeted inactivation of genes coding for specific ubiquitin system enzymes and substrates in animals can provide a more systematic view into the broad spectrum of pathologies that may result from aberrations in ubiquitination, ubiquitin-mediated proteolysis, and modification by UBLs. Better understanding of the processes and identification of the components involved in the degradation of key regulators will lead to the development of mechanism-based drugs that will target specifically only the involved proteins. While the first drug, a specific proteasome inhibitor is already on the market (80), it appears that one important hallmark of the new era we are entering now will be the discovery of novel drugs based on targeting of specific processes such as inhibiting aberrant Mdm2- or E6-AP-mediated accelerated targeting of the tumor suppressor p53 which will result in regaining its lost function.

Many review articles have been published on different aspects of the ubiquitin system. The purpose of this article was to bring to the reader several milestones along the historical pathway of the evolvement of the ubiquitin system. For additional reading on the ubiquitin system the reader is referred to the many reviews written on the system, among them, for example, are Refs. 81,82. Some parts of this review, including several Figures, are based on another recently published review article (Ref. 83).

ACKNOWLEDGEMENT

Research in the laboratory of Aaron Ciechanover has been supported along the years by grants from the US-Israel Binational Science Foundation (BSF), the Israel Science Foundation (ISF) founded by the Israeli National Academy of Humanities, Arts and Sciences, the German- Israeli Foundation (GIF) for

Scientific Research and Development, the Israel Cancer Research Fund (ICRF) USA, the Deutsche-Israeli Cooperation Program (DIP), the European Commission (EC), the Israel Cancer Society (ICS), the Prostate Cancer Foundation (PCF) – Israel, the Foundation for Promotion of Research in the Technion and various research grants administered by the Vice President of the Technion for Research. Infrastructural equipment for the laboratory of A.C. and for the Cancer and Vascular Biology Research Center has been purchased with the support of the Wolfson Charitable Fund – Center of Excellence for Studies on Turnover of Cellular Proteins and its Implications to Human Diseases.

## REFERENCES

1. Clarke, H.T. (1958). Impressions of an organic chemist in biochemistry. *Annu. Rev. Biochem.* **27**, 1–14.
2. Kennedy., E.P. (2001). Hitler's gift and the era of biosynthesis. *J. Biol. Chem.* **276**, 42619–42631.
3. Simoni, R.D., Hill, R.L., and Vaughan, M. (2002). The use of isotope tracers to study intermediary metabolism: Rudolf Schoenheimer. *J. Biol. Chem.* **277** (issue 43), e1-e3 (available on-line at: http:/www.jbc.org).
4. Schoenheimer, R., Ratner, S., and Rittenberg, D. (1939). Studies in protein metabolism. VII: The metabolism of tyrosine. *J. Biol. Chem.* **127**, 333–344.
5. Ratner, S., Rittenberg, D., Keston, A.S., and Schoenheimer, R. (1940). Studies in protein metabolism. XIV: The chemical interaction of dietary glycine and body proteins in rats. *J. Biol. Chem.* **134**, 665–676.
6. Schoenheimer, R. The Dynamic State of Body Constituents (1942). Harvard University Press, Cambridge, Massachusetts, USA.
7. Hogness, D.S., Cohn, M., and Monod, J. (1955). Studies on the induced synthesis of, $\beta$-galactosidase in *Escherichia coli:* The kinetics and mechanism of sulfur incorporation. *Biochim. Biophys. Acta* **16**, 99–116.
8. de Duve, C., Gianetto, R., Appelmans, F., and Wattiaux, R. (1953). Enzymic content of the mitochondria fraction. *Nature (London)* **172**, 1143–1144.
9. Gianetto, R., and de Duve, C. Tissue fractionation studies 4. (1955). Comparative study of the binding of acid phosphatase, $\beta$-glucoronidase and cathepsin by rat liver particles. *Biochem. J.* **59**, 433–438.
10. Simpson, M.V. The release of labeled amino acids from proteins in liver slices. (1953). *J. Biol. Chem.* **201**, 143–154.
11. Mortimore, G.E., and Poso, A.R. (1987). Intracellular protein catabolism and its control during nutrient deprivation and supply. *Annu. Rev. Nutr.* **7**, 539–564.
12. Ashford, T.P., and Porter, K.R. (1962). Cytoplasmic components in hepatic cell lysosomes. *J. Cell Biol.* **12**, 198–202.
13. Schimke, R.T., and Doyle, D. (1970). Control of enzyme levels in animal tissues. *Annual Rev. Biochem.* **39**, 929–976.
14. Goldberg, A.L., and St. John, A.C. (1976). Intracellular protein degradation in mammalian and bacterial cells: Part 2. *Annu. Rev. Biochem.* **45**, 747–803.
15. Segal, H.L., Winkler, J.R., and Miyagi, M.P. (1974). Relationship between degradation rates of proteins *in vivo* and their susceptibility to lysosomal proteases. *J. Biol. Chem.* **249**, 6364–6365.
16. Haider, M., and Segal, H.L. (1972). Some characteristics of the alanine-aminotransferase and arginase-inactivating system of lysosomes. *Arch. Biochem. Biophys.* **148**, 228–237.
17. Dean, R.T. Lysosomes and protein degradation. (1977). *Acta Biol. Med. Ger.* **36**, 1815–1820.
18. Müller, M., Müller, H, and Holzer, H. (1981). Immunochemical studies on catabolite inactivation of phosphoenolpyruvate carboxykinase in *Saccharomyces cerevisiae*. *J. Biol. Chem.* **256**, 723–727.

19. Holzer, H. (1989). Proteolytic catabolite inactivation in *Saccharomyces cerevisiae*. *Revis. Biol. Celular* **21**, 305–319.
20. Majeski, A.E., and Dice, J.F. (2004). Mechanisms of chaperone-mediated autophagy. *Intl. J. Biochem. Cell Biol.* **36**, 2435–2444.
21. Cuervo, A.M., and Dice, J.F. (1998). Lysosomes, a meeting point of proteins, chaperones, and proteases. *J. Mol. Med.* **76**, 6–12.
22. Hayashi, M., Hiroi, Y., and Natori, Y. (1973). Effect of ATP on protein degradation in rat liver lysosomes. *Nature New Biol.* **242**, 163–166.
23. Schneider, D.L. (1981). ATP-dependent acidification of intact and disrupted lysosomes: Evidence for an ATP-driven proton pump. *J. Biol. Chem.* **256**, 3858–3864.
24. de Duve, C., and Wattiaux, R. Functions of lysosomes. (1966). *Annu. Rev. Physiol.* **28**, 435–492.
25. Rabinovitz, M., and Fisher, J.M. (1964). Characteristics of the inhibition of hemoglobin synthesis in rabbit reticulocytes by threo-$\alpha$-amino-$\beta$-chlorobutyric acid. *Biochim. Biophys. Acta.* **91**, 313–322.
26. Carrell, R.W., and Lehmann, H. (1969). The unstable hemoglobin hemolytic anaemias. *Semin. Hematol.* **6**, 116–132.
27. Huehns, E.R., and Bellingham, A.J. (1969). Diseases of function and stability of hemoglobin. *Br. J. Hematol.* **17**, 1–10.
28. Etlinger, J.D., and Goldberg, A.L. (1977). A soluble ATP-dependent proteolytic system responsible for the degradation of abnormal proteins in reticulocytes. *Proc. Natl. Acad. Sci. USA* **74**, 54–58.
29. Hershko, A., Heller, H., Ganoth, D., and Ciechanover, A. (1978). Mode of degradation of abnormal globin chains in rabbit reticulocytes. In: Protein Turnover and Lysosome Function (H.L. Segal & D.J. Doyle, eds.). Academic Press, New York. pp. 149–169.
30. Knowles, S.E., and Ballard, F.J. (1976). Selective control of the degradation of normal and aberrant proteins in Reuber H35 hepatoma cells. *Biochem J.* **156**, 609–617.
31. Neff, N.T., DeMartino, G.N., and Goldberg, A.L. (1979). The effect of protease inhibitors and decreased temperature on the degradation of different classes of proteins in cultured hepatocytes. *J. Cell Physiol.* **101**, 439–457.
32. Poole, B., Ohkuma, S., and Warburton, M.J. (1977). The accumulation of weakly basic substances in lysosomes and the inhibition of intracellular protein degradation. *Acta Biol. Med. Germ.* **36**, 1777–1788.
33. Poole, B., Ohkuma, S. & Warburton, M.J. (1978). Some aspects of the intracellular breakdown of exogenous and endogenous proteins. In: Protein Turnover and Lysosome Function (H.L. Segal and D.J. Doyle, eds.). Academic Press, New York. pp. 43–58.
34. Mandelstam, J. (1958). Turnover of proteins in growing and non-growing populations of *Escherichia coli*. *Biochem. J.* **69**, 110–119.
35. Steinberg, D., and Vaughan, M. (1956). Observations on intracellular protein catabolism studied *in vitro. Arch. Biochem. Biophys.* **65**, 93–105.
36. Hershko, A., and Tomkins, G.M. (1971). Studies on the degradation of tyrosine aminotransferase in hepatoma cells in culture: Influence of the composition of the medium and adenosine triphosphate dependence. *J. Biol. Chem.* **246**, 710–714.
37. Goldberg, A.L., Kowit, J.D., and Etlinger, J.D. (1976). Studies on the selectivity and mechanisms of intracellular protein degradation. In: Proteolysis and Physiological Regulation (D.W. Ribbons and K. Brew, eds.). Academic Press, New York. pp. 313–337.
38. Ciechanover A., Hod, Y., and Hershko, A. (1978). A heat-stable polypeptide component of an ATP-dependent proteolytic system from reticulocytes. *Biochem. Biophys. Res. Common.* **81**, 1100–1105.
39. Ciechanover, A., Heller, H., Elias, S., Haas, A.L., and Hershko, A. (1980). ATP-dependent conjugation of reticulocyte proteins with the polypeptide required for protein degradation. *Proc. Natl. Acad. Sci. USA.* **77**, 1365–1368.
40. Hershko, A., Ciechanover, A., Heller, H., Haas, A.L., and Rose, I.A. (1980). Proposed role of ATP in protein breakdown: Conjugation of proteins with multiple chains of the polypeptide of ATP-dependent proteolysis. *Proc. Natl. Acad. Sci. USA* **77**, 1783–1786.

bibliography
41. Ciechanover, A., Elias, S., Heller, H., Ferber, S. and Hershko, A. (1980). Characterization of the heat-stable polypeptide of the ATP-dependent proteolytic system from reticulocytes. *J. Biol. Chem.* **255**, 7525–7528.

42. Wilkinson, K.D., Urban, M.K., and Haas, A.L. (1980). Ubiquitin is the ATP-dependent Proteolysis Factor I of rabbit reticulocytes. *J. Biol. Chem.* **255**, 7529–7532.

43. Goldstein, G. (1974). Isolation of bovine thymin, a polypeptide hormone of the thymus. *Nature (London)* **247**, 11–14.

44. Goldstein, G., Scheid, M., Hammerling, U., Schlesinger, D.H., Niall, H.D., and Boyse, E.A. (1975). Isolation of a polypeptide that has lymphocyte-differentiating properties and is probably represented universally in living cells. *Proc. Natl. Acad. Sci. USA* **72**, 11–15.

45. Schlessinger, D.H., Goldstein, G., and Niall, H.D. (1975). The complete amino acid sequence of ubiquitin, an adenylate cyclase stimulating polypeptide probably universal in living cells. *Biochemistry* **14**, 2214–2218.

46. Low, T.L.K., and Goldstein, A.L. (1979). The chemistry and biology of thymosin: Amino acid analysis of thymosin α1 and polypeptide β1. *J. Biol. Chem.* **254**, 987–995.

47. Goldknopf, I.L., and Busch, H. (1975). Remarkable similarities of peptide fingerprints of histone 2A and non-histone chromosomal protein A24. *Biochem. Biophys. Res. Commun.* **65**, 951–955.

48. Goldknopf, I.L., and Busch, H. (1977). Isopeptide linkage between non-histone and histone 2A polypeptides of chromosome conjugate-protein A24. *Proc. Natl. Acad. Sci. USA* **74**, 864–868.

49. Hunt, L.T., and Dayhoff, M.O. (1977). Amino-terminal sequence identity of ubiquitin and the non-histone component of nuclear protein A24. *Biochim. Biophys. Res. Commun.* **74**, 650–655.

50. Hershko, A., Ciechanover, A., and Rose, I.A. (1981). Identification of the active amino acid residue of the polypeptide of ATP-dependent protein breakdown. *J. Biol. Chem.* **256**, 1525–1528.

51. Hershko, A., and Heller, H. (1985). Occurrence of a polyubiquitin structure in ubiquitin-protein conjugates. *Biochem. Biophys. Res. Common.* **128**, 1079–1086.

52. Chau, V., Tobias, J. W., Bachmair, A., Mariott, D., Ecker, D., Gonda, D. K., and Varshavsky, A. (1989). A multiubiquitin chain is confined to specific lysine in a targeted short lived protein. *Science* **243**, 1576–1583.

53. Ciechanover, A., and Ben-Saadon R. (2004). N-terminal ubiquitination: More protein substrates join in. *Trends Cell Biol.* **14**, 103–106.

54. Muratani, M., and Tansey, W.P. (2003). How the ubiquitin-proteasome system controls transcription. *Nat. Rev. Mol. Cell Biol.* **4**, 192–201.

55. Zhang, Y. (2003). Transcriptional regulation by histone ubiquitination and deubiquitination. *Genes & Dev.* **17**, 2733–2740.

56. Osley, M.A. (2004). H2B ubiquitylation: The end is in sight. *Biochim. Biophys. Acta.* **1677**, 74–78.

57. Lipman, F. (1971). Attempts to map a process evolution of peptide biosynthesis. *Science* **173**, 875–884.

58. Ciechanover, A., Elias, S., Heller, H. & Hershko, A. (1982). "Covalent affinity" purification of ubiquitin-activating enzyme. *J. Biol. Chem.* **257**, 2537–2542.

59. Hershko, A., Heller, H., Elias, S., and Ciechanover, A. (1983). Components of ubiquitin-protein ligase system: Resolution, affinity purification and role in protein breakdown. *J. Biol. Chem.* **258**, 8206–8214.

60. Chin, D.T., Kuehl, L., and Rechsteiner, M. (1982). Conjugation of ubiquitin to denatured hemoglobin is proportional to the rate of hemoglobin degradation in HeLa cells. *Proc. Natl. Acad. Sci. USA* **79**, 5857–5861.

61. Hershko, A., Eytan, E., Ciechanover, A. and Haas, A.L. (1982). Immunochemical Analysis of the turnover of ubiquitin-protein conjugates in intact cells: Relationship to the breakdown of abnormal proteins. *J. Biol. Chem.* **257**, 13964–13970.

62. Matsumoto, Y., Yasuda, H., Marunouchi, T., and Yamada, M. (1983). Decrease in uH2A (protein A24) of a mouse temperature-sensitive mutant. *FEBS Lett.* **151**, 139–142.

63. Finley, D., Ciechanover, A., and Varshavsky, A. (1984). Thermolability of ubiquitin-activating enzyme from the mammalian cell cycle mutant ts85. *Cell* **37**, 43–55.

64. Ciechanover, A., Finley D., and Varshavsky, A. (1984). Ubiquitin dependence of selective protein degradation demonstrated in the mammalian cell cycle mutant ts85. *Cell* **37**, 57–66.

65. Tanaka, K., Waxman, L., and Goldberg, A.L. (1983). ATP serves two distinct roles in protein degradation in reticulocytes, one requiring and one independent of ubiquitin. *J. Cell Biol.* **96**, 1580–1585 (1983).

66. Hershko, A., Leshinsky, E., Ganoth, D., and Heller, H. (1984). ATP-dependent degradation of ubiquitin-protein conjugates. *Proc. Natl. Acad. Sci. USA* **81**, 1619–1623.

67. Hough, R., Pratt, G., and Rechsteiner, M. (1986). Ubiquitin-lysozyme conjugates: Identification and characterization of an ATP-dependent protease from rabbit reticulocyte lysates. *J. Biol. Chem.* **261**, 2400–2408.

68. Waxman, L., Fagan, J., and Goldberg, A.L. (1987). Demonstration of two distinct high molecular weight proteases in rabbit reticulocytes, one of which degrades ubiquitin conjugates. *J. Biol. Chem.* **262**, 2451–2457.

69. Hough, R., Pratt, G., and Rechsteiner M. (1987). Purification of two high molecular weight proteases from rabbit reticulocyte lysate. *J. Biol. Chem.* **262**, 8303–8313.

70. Wilk, S., and Orlowski, M. (1980). Cation-sensitive neutral endopeptidase: Isolation and specificity of the bovine pituitary enzyme. *J. Neurochem.* **35**, 1172–1182.

71. Eytan, E., Ganoth, D., Armon, T., and Hershko, A. (1989). ATP-dependent incorporation of 20S protease into the 26S complex that degrades proteins conjugated to ubiquitin. *Proc. Natl. Acad. Sci. USA.* **86**, 7751–7755.

72. Driscoll, J., and Goldberg, A.L. (1990). The proteasome (multicatalytic protease) is a component of the 1500-kDa proteolytic complex which degrades ubiquitin-conjugated proteins. *J. Biol. Chem.* **265**, 4789–4792.

73. Hoffman, L., Pratt, G., and Rechsteiner, M. (1992). Multiple forms of the 20S multicatalytic and the 26S ubiquitin/ATP-dependent proteases from rabbit reticulocyte lysate. *J. Biol. Chem.* **267**, 22362–22368.

74. Shanklin, J., Jaben, M., and Vierstra, R.D. (1987). Red light-induced formation of ubiquitin-phytochrome conjugates: Identification of possible intermediates of phytochrome degradation. *Proc. Natl. Acad. Sci. USA* **84**, 359–363.

75. Hochstrasser, M., and Varshavsky, A. (1990). *In vivo* degradation of a transcriptional regulator: the yeast α2 repressor. *Cell* **61**, 697 708.

76. Scheffner, M., Werness, B.A., Huibregtse, J.M., Levine, A.J., and Howley, P.M. (1990). The E6 oncoprotein encoded by human papillomavirus types 16 and 18 promotes the degradation of p53. *Cell* **63**, 1129–1136.

77. Glotzer, M., Murray, A.W., and Kirschner, M.W. (1991). Cyclin is degraded by the ubiquitin pathway. *Nature* **349**, 132–138.

78. Ciechanover, A., DiGiuseppe, J.A., Bercovich, B., Orian, A., Richter, J.D., Schwartz, A.L., and Brodeur, G.M. (1991). Degradation of nuclear oncoproteins by the ubiquitin system *in vitro. Proc. Natl. Acad. Sci. USA* **88**, 139–143.

79. Mizushima, N., Noda, T., Yoshimori, T., Tanaka, Y., Ishii, T., George, M.D., Klionsky, D.J., Ohsumi, M., and Ohsumi, Y. (1998). A protein conjugation system essential for autophagy. *Nature* **395**, 395–398.

80. Adams J. (2003). Potential for proteasome inhibition in the treatment of cancer. *Drug Discov. Today.* **8**, 307–315.

81. Glickman, M.H., and Ciechanover, A. (2002). The ubiquitin-proteasome pathway: Destruction for the sake of construction. *Physiological Reviews* **82**, 373–428.

82. Pickart, C.M., and Cohen, R.E. (2004). Proteasomes and their kin: Proteases in the machine age. *Nature Rev. Mol. Cell Biol.* **5**, 177–187.

83. Ciechanover, A. (2005). From the lysosome to ubiquitin and the proteasome. *Nature Rev. Mol. Cell Biol.* **6**, 79–86.

Portrait photo of Professor Ciechanover by photographer Dan Porges.

# TAB 3

Cell Death and Differentiation (2005) 12, 1167–1177
© 2005 Nature Publishing Group  All rights reserved 1350-9047/05  $30.00
www.nature.com/cdd



Interview

# Early work on the ubiquitin proteasome system, an interview with Aaron Ciechanover

A Ciechanover*,1

1 Center for Cancer and Vascular Biology Research, Rappaport Faculty of Medicine and Research Institute, Technion-Israel Institute of Technology, Efron Street, PO Box 9697, Haifa 31096, Israel
* Corresponding author: A Ciechanover, Center for Cancer and Vascular Biology Research, Rappaport Faculty of Medicine and Research Institute, Technion-Israel Institute of Technology, Efron Street, PO Box 9697, Haifa 31096, Israel. E-mail: c_tzachy@netvision.net.il

Cell Death and Differentiation (2005) 12, 1167–1177.
doi:10.1038/sj.cdd.4401691



## About the author

**Aaron Ciechanover** was born in Haifa (Israel) in 1947. He obtained his M.Sc. and M.D. at the 'Hadassah' and the Hebrew University School of Medicine, in Jerusalem. His early scientific work on proteolysis was at the Technion-Israel Institute of Technology in Haifa, as a graduate (D.Sc.) student with Avram Hershko, where they made the initial discovery of the ubiquitin system, its enzymatic components, and mechanisms of action. During this time he spent several lengthy periods in the Fox Chase Cancer Center in Philadelphia with Irwin A Rose, where important discoveries concerning the mechanisms of action of the ubiquitin system were made. As a

post-doctoral fellow at the MIT in the laboratory of Harvey Lodish, he collaborated with Alexander Varshavsky and his then graduate student Daniel Finely, where they further corroborated the initial findings in nucleated mammalian cells. He then returned to Israel and established himself at the Technion where he is currently a Distinguished Professor. His initial work that described the discovery of the ubiquitin system was granted several prestigious awards, including the 2000 Albert Lasker Award for Basic Medical Research (with Hershko and Varshavsky) and the 2004 Nobel Prize for Chemistry (along with Hershko and Rose)

Aron Ciechanover was one of the discoverers of the nonlysosomal ubiquitin proteolytic system. His early work was dedicated to the biochemistry of the system and the role of nonlysosomal protein degradation. Now the system has grown to become a large family of related proteins with a broad array of cellular functions and important therapeutical potential. But how did it all begin? What triggered his scientific interest in this field from his previous work? Here, *Cell Death and Differentiation* asks Aaron Ciechanover about his early work on the system. This interview was obtained thanks to the kind help of the Nobel Foundation in Stockholm, http://www.nobelprize.org (© The Nobel Foundation 2004).

## CDD: Can You Describe the Background in which your Scientific Interest was Formed?

I was born in Haifa, a port city in the northern part of Israel in October 1947, one month before Israel was recognized by the United Nations (UN) as an independent state. It took several additional months to establish the necessary institutions and for the British to leave, and on 15 May 1948, David Ben-Gurion, the founding father of the modern Jewish state and its first Prime Minister made Israel a fact and declared its establishment as a democratic state and a home for every Jew in the world. The neighboring, but even more distant Arab countries, along with powerful Arab parties from within did not accept the UN resolution and deliberately decided to alter it by force. A bloody and costly war erupted. It lasted a year, and more than 1% of the population of the newly born and defenseless state sacrificed their lives on its defense. I assume that the first 2 years of my life (1947–1949) were extremely difficult for my parents, Bluma (nee Lubashevsky) and Yitzhak, who immigrated from Poland with their families as adolescents in the mid-1920s. Why did their families leave Poland – their 'homeland' – their homes, working places, property, relatives and friends, and decide to make their new home in a place with a vague, if any, future, that was part of the

npg

British Empire? They were idealists who enthusiastically followed the call of the Zionist movement that was established at the turn of the century by Benjamin Ze'ev Herzel – the seer of the Jewish State – to settle the land and make it – after 2000 years in the Diaspora, since the destruction of the temple in Jerusalem – a home for the Jews. Following the Jewish Congress in Basel (Switzerland) in 1896, Herzel declared: '*In Basel I founded the Jewish State*'. At that time, Israel was part of the Ottoman Empire and became, in 1917, part of the British Empire. My parents came from religious families, and the move, I believe, also had religious roots: Jews, throughout their lives in the Diaspora, have not stopped dreaming on having their own country, a dream that was driven by a biblical decree and prophecy: '*Thus saith the Lord GOD: Behold, I will take the children of Israel from among the nations, whither they are gone, and will gather them on every side, and bring them into their own land*' (Ezekiel 37:21); '*And they shall dwell in the land that I have given unto Jacob my servant, wherein your fathers dwelt; and they shall dwell therein, they, and their children, and their children's children, for ever*' (Ezekiel 37:25); '*And I will rejoice in Jerusalem, and joy in my people; and the voice of weeping shall be no more heard in her, nor the voice of crying*' (Isaiah 65:19); '*And they shall build houses, and inhabit them; and they shall plant vineyards, and eat the fruit of them*' (Isaiah 65:21).

The question of timing was an important one, as despite centuries of continuous persecution and discrimination in Europe, the initial idea to establish a Jewish State had been the dream of a few. Only small groups of Jews settled in Israel during the 18th, 19th, and the beginning of the 20th century. It was only towards the end of the 19th century, with the ideas of Herzel and the moves that led to the Balfour declaration (the British Minister of Foreign Affairs who declared in 1917 the recognition in the need for a Jewish homeland), that an active Zionist movement and Institutions were established, resulting in the translation of the dream into reality. Yet, it took an enormous amount of courage and daring by these European Jews to materialize this dream and try to establish, with almost no resources or support, a homeland in a place they had dreamt of for 2000 years, but that was not theirs at the time. The process was clearly accelerated by the heavy clouds that then covered the skies of Europe and that ended with the Holocaust. Many members of my parents' families immigrated to Israel before the Holocaust, but those who remained in Poland perished, killed by the murderous Nazis. The conversion of this movement into a State at that particular time (1947–1948) was no doubt the direct historical result of the holocaust, and symbolized the rise of the Jewish Nation from ashes.

My father was a clerk in a law firm (later – along with my brother – he studied law and became a lawyer), and my mother was a housewife and English teacher. My brother, Joseph, who is 14 years older than me, was already on his national military compulsory service when I was 4 years old, the age from which I remember myself. I grew up in Haifa and enjoyed the wonderful beaches and Mount Carmel that rolls into the Mediterranean Sea. From my early days at home I remember a strong encouragement to study. My father worked hard to make sure we obtained the best possible education, and at the same time he was a member of the

'Hagannah' (defense), one of the prestate military organizations that fought the British for an independent Jewish State. Working in a law firm in the Arab section of the city, he risked his life daily going to work during the prewar hostilities and then in war time. My brother Joseph (Yossi; he is 14 years older than I am) told me the family waited daily on the balcony to see him returning home peacefully. At home, he used every free minute to delve into classic literature, Jewish religious law (Mishnah and Talmud) and modern law books. An important part of the education at home involved Judaism and Zionism. On the Jewish side, we obtained a liberal modern orthodox education. We attended services in the synagogue every Saturday and during holidays, and celebrated at home all Jewish holidays. Needless to say, my mother kept a Kosher kitchen. It was extremely important to my parents to educate us as a new breed of proud Israeli Jews in their own independent country. My father left me with his love of Jewish studies and cultural life. To this very day, along with several physicians and scientist colleagues, I take regular periodical lessons taught by a Rabbinical scholar, on how the Jewish law views moral and ethical problems related to modern medicine and science. Jewish cantorial music reflecting the prayers of Jews along many centuries has become my favorite music, and I avidly search for it in flee markets, used records stores, and auctions all over. Also, different Judaica artifacts decorate my study. In parallel, my parents made sure that we received also an excellent general education. My father spoke several languages fluently, Hebrew, Polish, Arabic, French, English, German and Yiddish, and wanted me to acquire his strong love for books: while our home was not a rich one, we had a huge library. My parents also loved classical music, so we had a great collection of 78 r.p.m., and later 33 r.p.m. records. I remember that Bizet's Carmen occupied more than 20 RCA (His Master's Voice) 78 r.p.m. bakelite records. The apparently peaceful life of our family in Israel (although under the British Crown) during the years of the Holocaust in Europe was overshadowed by the murder of family members and of many families of their friends and relatives who did not escape Europe in time. For them, the establishment of the State of Israel as an independent and sovereign Jewish State was a direct historical result of the Holocaust in Europe and a clear statement of '*Never Massadah shall fall again*' (Massadah was one of the last strongholds of Jews during the Roman Empire. It fell into Roman hands after all its defenders committed suicide). They left us with the idea that the Jewish State will not only protect us as free people but will allow us to develop our own unique culture in a more general national context rather than as minorities scattered in different countries in the Diaspora.

## CDD: And How did the Interest in Biology Begin?

From early days, I remember my strong inclination towards biology, although it has taken different directions at different times. I remember collecting flowers on Mount Carmel and drying them in the heavy Babylonian Talmud of my brother. I will never forget his rage on discovering my love of nature hidden among the pages of the old Jewish tracts. Then came the turtles and the lizards, and extracting chlorophyll from leaves with alcohol and the first microscope my brother

Interview
A Ciechanover

npg

1169

bought me from his trip to England when I was 11 years old. With this microscope, I discovered cells (in the thin onion epithelium) and did my first experiment in osmosis, when I followed the alteration in the volume of the cells after immersing the epithelium in salt solutions of different strengths. With friends, we tried to launch a self-propelled rocket. The flower collection kept growing, now in special dedicated albums, and with it, a small collection of skeletons of different animals – fish, frog, toad, snake, turtle, and even some human bones I received from an older friend who was a medical student. After several years of amateurish flirting with biology, I decided to formalize my knowledge and love of biology, and to major in Biology in high school. While my years in elementary (1953–1959) and junior high (1959–1962) school were mostly uneventful and passed without any thoughts on my future, the last two years in 'Hugim' (Circles) high school in Haifa (1963–1965) were not. I had wonderful and inspiring teachers in biology (Naomi Nof), chemistry (Na'ama Greenspon), and physics and mathematics (Harry Amitay). Biology at that time was largely a descriptive discipline: While we studied the mechanism of conversion of glucose to $H_2O$ and $CO_2$ and production of energy in yeast and mammals (and the opposite process of photosynthesis in plants), and became acquainted with simple graphic descriptions of mitotic and meiotic cell divisions, most of our studies were devoted to detailed descriptions of the flora and fauna in our region, comparative zoology (I remember well the efforts invested in memorizing the 12 differences between the frog and the toad, or between the circulatory systems and skeletal structure of the cat and dog), and to basic descriptive human anatomy and physiology (e.g. how the human skeleton enables posture in man). Pathogenetic mechanisms of diseases had not been mentioned, and the structure of DNA and the genetic code entered our textbooks only towards the end of our high school studies, in 1964/5. On the other hand, chemistry and physics appeared to me, maybe naively, strong mechanistic disciplines built on solid mathematical foundations. As a result, I had a deep feeling that the future somehow resided in biology, in deciphering basic mechanisms, as so little was then known. Yet, the complexity of biological and pathological processes looked to me enormous, almost beyond our ability to grasp, and I was intimidated: while I was clearly attracted to the secrets of biology, I was afraid of getting lost. Importantly, I had nobody around, close enough, to consult, to clarify my thoughts. While deliberating between the largely unknown in biology and what I naively thought were the already well-founded physics and chemistry, medicine emerged as a compromise.

Adding to this complexity was that, along these years, I lost both of my parents: my mother died in 1958 and my father in 1964. After the death of my mother, I was left with my father who took wonderful care of me. When my father died several years later, my late aunt Miriam (Wishniak; my mother's sister), with the help of my brother, took me to her home in Haifa, enabling me to seamlessly complete my high school studies, in the same class and along with my friends, without interruption. The other option was to move to Tel Aviv, to my brother's home, but this would have been much more complicated. Their help was a true miracle, as thinking of it retrospectively, being left alone, without parents, at the age of 16, the distance to youth delinquency was shorter than the one to the high school class. Yet, with the help of these wonderful family members, I managed to continue.

## CDD: How did Your Love of Biology Evolve to Become a Career?

Towards graduation from high school, I had to make a decision. The regular track would have taken me, like most Israelis, to national compulsory service in the Israeli Defense Forces, IDF, a duty we were all eager to fulfill. In addition to the regular service, the army encourages certain high school graduates to postpone their service and first obtain a university education, particularly in areas that are relevant to the military, such as medicine and different disciplines in engineering and sciences. Lacking any economic support, I thought it would be better to acquire a profession as soon as I could. As I mentioned, it was a compromise between the complexity and mysteries of biological mechanisms and what I thought were the already exhausted physics and chemistry. Then, and not less important, it was the ultimate in 'Jewish' professions, the dream of every Jewish mother and family. Last but not least, it was a practical choice, a profession one could make his living on. What also attracted me to medicine is that I was under the impression that diseases can be cured: as children, we may have been influenced by short, self-limiting diseases that affected us, like influenza and measles, and were not directly aware of the major killers that left physicians and scientists alike helpless (much like these days), such as malignancies, vascular diseases and neurodegenerative disorders. I had not appreciated at the time how much more descriptive medicine is, far more than biology. Practically, and not less important (which helped me solve my dilemma), was the fact that biology was not an option in this military-supported service postponement program. So, after a fierce competition, I was accepted into the only medical school in Israel at that time, that of the Hebrew University and 'Hadassah' in Jerusalem (1965). The first 4 years (1965–1969) were exciting. We studied basic and clinical sciences, and I started to seriously entertain the idea of broadening my knowledge base in biochemistry or pharmacology. Towards the end of the 4th year, once we started to see patients, I started to have serious doubts about whether I had made the right choice and if I truly wanted to become a practicing physician. The imbalance between phenomenology and pathogenetic mechanisms on the one hand, and the lack of any mechanism-based treatment for most of the major killers on the other hand, made me think that I was on the wrong trail. I felt restless and started to realize how little we know, how descriptive is our understanding of disease mechanisms and pathology, and as a consequence how most treatments are symptomatic in nature rather then causative. The statement 'with God's help' I heard so frequently from patients who were praying for cure and health received a real meaning. I had a feeling that clinical medicine was going to bore me, and decided to take one year off in order to 'taste' true and 'wet' basic research. The Faculty of Medicine had a special, 1 year program for the few who

npg

1170

elected to broaden their knowledge in basic research, and I decided to major in biochemistry. I had to convince my brother that this was the right thing to do, as I needed his help to further postpone my military service by 1 year. This was not easy, as he too had a 'dream' – to see me independent with a profession from which I could make my living, and which in the traditional Jewish spirit was nothing else but practical medicine. Following our parents' death, he felt he was responsible for my future and well-being, and wanted to see me independent as soon as he could. I nevertheless managed to convince him, and during that year (1969–1970), under the guidance of first rate biochemists, Jacob Bar-Tana and Benjamin Shapira, I investigated the mechanisms of CCl4-induced fatty liver in a rat model, and discovered that it may be caused, at least partially, by the increased activity of phosphatidic acid phosphatase, key enzyme involved in di- and triglyceride biosynthesis. Completing this research year (and obtaining an M.Sc. degree), I knew I had found a new love – biochemistry. Jacob and Benjamin walked me through the exciting maze of biochemical pathways, and I was mystified. Yet, the consummation was still far away. Being loyal to the promise I made to my brother, and also to my commitment to the Israeli army, I completed the clinical years (1970–1972) and graduated Medical School.

To obtain my medical license, I still had to complete one additional year of rotating internship. At that time colleagues told me that a young talented biochemist, Dr. Avram Hershko, had just finished his post-doctoral training with Gordon Tomkins at the University of California in San Francisco (UCSF) and was recruited by the Dean and founder of the newly established Faculty of Medicine at the Technion in Haifa, the late Professor David Ehrlich, to establish a unit of Biochemistry. I wrote to Avram, with the intention to relocate to Haifa, to carry out my rotating internship there, and to use this year to carry out my M.D. thesis research under his supervision. This was a small thesis I had to submit to the Medical School in partial fulfillment of the requirements for graduation. Typically for this thesis, most medical students are evaluating statistically on-going treatments/procedures, but I decided to return to the laboratory and touch on yet another research project. He agreed to accept me as an M.D. student, and in October 1972 we started our more than three decades voyage. Avram was still not certain about his own main research direction, and we discussed two possibilities for my M.D. thesis. One was obviously to further dissect the tyrosine aminotransferase (TAT) ATP-dependent proteolytic pathway. Avram started his own trip into the world of intracellular proteolysis with Gordon and discovered that the degradation of the gluconeogenetic enzymes in cells requires energy. This was a corroboration of the earlier findings of Simpson who demonstrated in the early 1950s that the degradation of the entire population of cellular proteins in liver slices requires energy, but the mechanism(s) of this thermodynamically paradoxical requirement had remained elusive. The other possibility was to study the mechanisms involved in the cell's 'pleiotropic response' – the immediate response of serum-starved, G0 synchronized, cells to the addition of serum. During his post-doctoral studies with Gordon, Avram found that among the many stimulated processes are rapid uptake of nucleotides, amino acids, and phosphate. As during my

studies on fatty liver I had acquired experience working with lipids, and since Avram felt the elucidation of the TAT proteolytic mechanism may be too difficult an undertaking for a short M.D. thesis, we decided to add one additional layer to the study on the 'pleiotropic response' and to analyze the effect of serum on the synthesis of phospholipids. We assumed that following serum addition, cell membranes undergo major changes that will be reflected in phospholipid metabolism. Indeed, a few minutes after serum addition we were able to detect a dramatic increase in the turnover of the phospho-inositol moiety on the diglycerol skeleton. A review of the literature revealed a similar effect of different target cells in response to a broad array of stimuli, including parasympathetic secretory cells responding to acetylcholine and thyroid gland cells to their cognate hormones, thyrotropin (TSH). The year (1972–1973) I spent in the laboratory (it was not a real year but rather moonlighting, as a significant part of the time I was busy in the hospital rotating among the different clinical departments completing my duties towards graduation; I worked in the laboratory in my free evenings, nights, weekends and holidays) finally convinced me to pursue a career in Biochemistry. But I still had 3 years of military service ahead of me (1973–1976).

## CDD: Was Your Career Interrupted or Affected by the Military Service?

Following graduation, it was time to repay my national debt and serve in the IDF. I served for 3 years (1973–1976) and did it gladly. Serving in the army has always been regarded as an integral and important part of Israeli life and an entry card to its society, giving one the feeling of sharing – every one takes part in protecting this land and its inhabitants. In addition, the service itself was extremely interesting, technically, but also socially and historically. Technically, since I served in interesting units. Socially, since the military service is a wonderful humane experience, the best melting pot one can go through, generating true friendships during hard times, friendships that are therefore deep, true and lasting. Historically, it spanned an interesting period. Initially I served in the navy, as a physician in the missile boats fleet. The year was 1973, immediately after the October Day of Atonement (Yom Kippur) war, and Israel faced a problem of protecting its southern gates, the Red Sea and the marine entry to its port in Eilat. The narrow Tiran (Sharm-a-Sheikh) straits were threatened by the Arab countries that neighbored the Red Sea, mostly Saudi Arabia and Egypt but also Yemen and Somalia, and Israel had to stretch its marine arm. To do so, it was necessary to transfer missile boats from the main naval bases in the Mediterranean to the Red Sea. At that time Israel did not have a diplomatic relationship with Egypt, and the Suez Canal was closed by ships sunk by the Egyptians during the June 1967 Six Day War, so the decision was to bring the boats from Haifa to Eilat, sailing via the Mediterranean Sea, and around the West and then East coasts of Africa. I was the physician on the 'Reshef', one of the two boats (modern Israeli missile boats that were built in the Haifa naval shipyard). One can imagine that for small missile boats, such a long, several weeks voyage, a large part of it in the open oceans, is rather

Interview
A Ciechanover

npg

1171

complicated, and for many reasons also risky. Beyond fuelling and provision of supplies and parts to the crews and boats, one has to think of sailing in waterways surrounded by hostile countries, many miles away from home and a long flight distance for the Israeli Air Force. Another problem was obviously medical, how one treats emergencies, from possible gunshot wounds through 'simple' daily problems like appendicitis, in a small ship, far from any medical facility and with limited diagnostic and treatment capabilities. I was particularly concerned, as I was a young physician with almost no clinical experience. I assume this would have been a challenge for more experienced physicians as well. Luckily, the voyage was smooth. The remaining part of my 3 years service was also interesting. I spent that time in the Research and Development (R&D) unit of the Medical Corps, developing a broad array of sophisticated devices for the soldier in the battlefield. Because of the broad range of experiences, the military service has been my best ever school for real life 'sciences'. During all these years (1973–1976) I maintained tight connections with Avram and fulfilled my duties as an 'external' department member: during vacations from the military and along with other members of the department that grew meanwhile, I taught continuously the course in Clinical Biochemistry to 3rd year medical students. I should mention in particular Michael (Mickey; see also below) Fry with whom I have remained a good friend to the very present. Also, in 1975, during military service, I married Menucha, a physician and a graduate of Tel Aviv University School of Medicine. Menucha was a resident in internal medicine in Tel Aviv Municipal Hospital, and we built our first home in this city. Marrying Manucha brought my wanderings to an end and I felt I had again a family and a home. During all the years since the death of my father (1963–1975) I did not have a real stable home, and I wandered between my brother and my aunt in Haifa. They were truly wonderful, but I needed a base, and Menucha, with her quiet approach and warm acceptance, along with our beautiful apartment, provided me with this much needed shelter.

## CDD: Now We Arrive at the Discovery of the Ubiquitin System, How Did this Happen?

Towards the end of the military service, I had to make what I assume has been the most important decision in my career: to start a residency in clinical medicine, in surgery, which was my favorite choice, or to enroll into graduate school and start a career in scientific research. It was clear to me that I was heading for graduate school. My disillusionment with clinical medicine that diseases can be cured based on understanding of their pathogenetic mechanisms, along with a magical and enchanting attraction to biochemistry made the decision easier. I received strong support and encouragement from my wife Menucha, who started to realize that she was married to a student with no clear future rather than to a physician with a bright career and broad financial horizons that she thought she had married. So in November 1976, after my discharge from the national service and a 2-month driving trip across the

USA, I started my graduate studies with Avram Hershko. Since I had worked with him and known him for several years now, I thought he would be an excellent mentor. At that time his group focused mostly on studying intracellular proteolysis, and I learnt from him that he had given up on trying to identify the mediator(s) and mechanism(s) involved in the serum-induced 'pleiotropic response'. The choice of Avram was to work on degradation of abnormal hemoglobin in reticulocytes, a terminally differentiating red blood cell. The reason for the selection of the reticulocyte as a model system was that we were looking for a nonlysosomal (and energy-requiring) proteolytic system, as from many studies it had become clear that regulated proteolysis of intracellular proteins is nonlysosomal (see the accompanying Nobel lecture), and the reticulocyte no longer contains lysosomes, which are removed during the final stages of its maturation (see below) before its release into the circulation. Interestingly, in the summer of 1978, during a Gordon Conference on Lysosomes, I met Dr. Alex Novikoff from Yeshiva University School of Medicine in New York. Alex, along with Dr. Christian de Duve, was one of the pioneers of the lysosome research field. When I told him we were working on the reticulocyte because this cell does not have lysosomes, he angrily dismissed this argument, telling me that he had characterized morphologically acid phosphatase-positive organelles in reticulocytes. He even gave me the relevant paper he had published on the subject, although it was not clear that these were proteolytically functional organelles. Another reason for the choice of the reticulocyte as a model for studying intracellular proteolysis was that in its final stages of maturation in the bone marrow and prior to entering the peripheral circulation, a massive proteolytic burst destroys most of its machineries, making it clear that the cell is equipped with an efficient proteolytic system. Earlier studies by Rabinovitz and Fisher demonstrated that the reticulocyte degrades abnormal, amino-acid analogue-containing hemoglobin, yet the mechanisms had remained elusive. We assumed that it is probably the same mechanism that is also involved in the natural maturation process and also in the removal of 'naturally occurring' mutant abnormal hemoglobins that are synthesized in different hemoglobinopathies, such as thalassemias and sickle cell anemia. Thus, this important piece of information – the existence of a nonlysosomal proteolytic system, made the choice of the reticulocyte an obvious one. It was still necessary to demonstrate that the process requires energy, and indeed, following an initial characterization of energy-requiring degradation of abnormal hemoglobin in the intact cell (which was published in 1978 in the proceedings of a proteolysis meeting held in Buffalo, NY, USA), we felt the time was ripe to break the cell open and isolate and characterize the nonlysosomal and ATP-dependent proteolytic enzyme(s). Shortly before, in 1977, Dr. Alfred Goldberg and his post-doctoral fellow Dr. Joseph Etlinger at Harvard Medical School characterized, for the first time, a cell-free proteolytic system from reticulocyte, which was exactly the point where we wanted to start our own march, so we basically adopted their system.

I will not describe here the detailed history of the discovery of the ubiquitin system, but rather highlight two important points along the 5 years of my exciting graduate

See Ciechanover Report Pages 3-10.

npg

1172

studies (1976–1981) with Avram and Irwin A Rose (Ernie) that led to the discovery of the system. The more detailed history can be found in several review articles written on the system at that time and later, and in the accompanying Nobel lecture.

(1) The first point relates to the multiplicity of enzymatic components in the system: Our first aim along the purification process of the ATP-dependent 'protease' was to remove hemoglobin, the major protein in the crude extract. Towards that end, we resolved the extract on an anion exchange resin, where we encountered already the first exciting finding. The proteolytic activity could not be found in either the non-adsorbed material, which we denoted Fraction I, or in the high salt eluted material (denoted Fraction II). Rather, we recovered the activity following reconstitution of the two Fractions. We learnt two important lessons from this experiment, which was published in 1978 in *Biochem. Biophys. Res Commun.* (BBRC; in my opinion the first paper in the long historical trail of the ubiquitin system) and which I regard as one of two or three key publications in the field. We learnt two lessons from this experiment: (i) The first lesson was that the protease we were after was not a 'classical' single enzyme that degrades its substrate, but had at least two components. This was already a digression from the paradigm in the field at that time that proteolytic substrates, almost without exception, can be at least partially cleaved by single proteases with limited, yet defined specificities. Now we know that the number of components of the ubiquitin system exceeds 1000, but the first hint was already there; once one is left without a paradigm, all possibilities are open. (ii) The second lesson was a methodological one. Each time we lost an activity during purification of any of the components we were characterizing, we 'returned' to the chromatographic column fractions and tried to reconstitute it via complementation: 'classical' biochemistry at its best was on our side. Standing at the crossroads, we (luckily but thoughtfully) decided to start first with purification and characterization of the active component in Fraction I. We decided thus because Fraction I was the hemoglobin-containing fraction that did not adsorb to the resin, and therefore we thought that it should not contain too many additional proteins. At 10 months after I started my studies (summer of 1977), Avram left on his way to a sabbatical with Ernie at the Fox Chase Cancer Center in Philadelphia, PA, USA, and left me with the task of purifying the active component from Fraction I. After many unsuccessful trials along with another graduate student of Avram, Yaacov Hod, my colleague Mickey Fry, who was appointed as my substitute thesis advisor for this year (1977–1978), came up with the 'crazy' idea to heat Fraction I and see if the active component is heat-stable, and indeed it was. He did so as all our attempts to resolve the activity – despite the large difference in the molecular mass between the active protein ($\sim 10$ kDa) and hemoglobin (65 kDa) – failed. Following 5–10 min at 90°C, the hemoglobin in crude Fraction I was 'cooked' and precipitated like mud, and the activity remained soluble in the supernatant. It was hard to believe it was a protein, but Mickey remembered several other heat-stable proteins. Immediately after, we showed directly that the activity in Fraction I was also a protein: it was sensitive to trypsin and precipitable with ammonium sulfate. Further

characterization revealed that the protein had a molecular mass of $\sim 8500$ Da, and we called it ATP-dependent Proteolysis Factor-1, APF-1. All along the way I corresponded with Avram, sent him the data, and during his sabbatical we wrote the BBRC paper.

(2) The second key finding was also discovered in Haifa during the winter of 1978–1979. We purified APF-1 to homogeneity and labeled it with radioactive iodine. When the radio-labeled protein was incubated in crude reticulocyte Fraction II in the presence of ATP, we observed a dramatic increase in its molecular weight: it now migrated as a sharp peak in the void volume of the gel filtration chromatographic column. For several months we tried to elucidate the mechanism that underlies this change, hypothesizing, for example, that APF-1 could be an activator of a protease that must generate a binary complex with the enzyme in order to activate it, but to no avail. An important breakthrough occurred during our 1979 summer stay of several months in the laboratory of Ernie. Through a series of extremely elegant, yet simple, experiments, in which we used the broad knowledge of Ernie in protein chemistry and enzymology, we found that APF-1 is covalently attached to the substrate through a bond that had all the characteristics of a peptide bond. Furthermore, we found that multiple moieties of APF-1 are attached to each substrate molecule, and that the reaction is reversible: APF-1 can dissociate from the substrate, though not via reversal of the conjugation reaction. Accordingly, we hypothesized that covalent attachment of multiple moieties of APF-1 to the target substrate is necessary to render it susceptible to degradation by a downstream protease that recognizes only tagged proteins, followed by the release of free and reusable APF-1.

The APF-1 cycle predicted the existence of three, entirely novel activities: (i) APF-1 conjugating enzyme(s), (ii) a protease that recognizes specifically the tagged substrates and degrades them, and (iii) APF-1-recycling enzymes. All these activities were identified later by us (the three conjugating enzymes, E1, E2, and E3) and by others (the conjugates degrading protease known as the 26S proteasome complex, and the ubiquitin recycling enzymes, the isopeptidases). The findings describing the covalent tagging of the target substrate by APF-1 as a degradation signal, along with the first model of the newly discovered proteolytic system, were published in 1980 in two papers that appeared in the *Proceedings of the National Academy of Sciences of the USA* (PNAS).

Another important development also occurred during our stay in Ernie's laboratory, and I am not sure whether it was sheer luck or serendipity, probably both. We were not aware of any other precedent of a modification of a protein by another protein. The neighboring laboratories of Martin Nemer, Alfred Zweidler, and Leonard Cohen studied dynamics of variants of different histones during sea urchin development. They drew our attention to a protein called A24 (uH2A), which was discovered earlier by Ira Goldknopf and Harris Busch, and that was a covalent conjugate between two proteins – a small, $\sim 8.5$ kDa protein called ubiquitin and histone 2A (H2A). Goldknopf and Busch, and in parallel Margaret Dayhoff, identified the nature of the bond between the two protein moieties in the conjugate. They found that the

Interview
A Ciechanover
npg
1173

ubiquitin–histone bond was an isopeptide/bifurcated bond between the C-terminal Gly[76] residue in the ubiquitin moiety, and the $\varepsilon$-NH$_2$ group of Lys[119] in the histone moiety of the conjugate. The role of this conjugate was not clear at the time, though its level was found to be dynamic and to change during differentiation, when the histone moiety is subject to ubiquitination and de-ubiquitination. This information on the ubiquitin–histone adduct and the similarity we found between APF-1 and ubiquitin in general characteristics, molecular mass, and amino-acid composition, led Keith Wilkinson and his colleagues Arthur (Art) Hass from Ernie's laboratory, along with Michael Urban from Zweidler's laboratory, to carry out a series of direct experiments, showing unequivocally that APF-1 is indeed ubiquitin. Our study on the characterization of APF-1 and its possible similarity to ubiquitin, and Wilkinson's study (along with Urban and Haas) on the identification of APF-1 as ubiquitin, led to the convergence of two fields, those of histone research and of proteolysis. More important, they suggested that the bond between ubiquitin and the target proteolytic substrate may be identical to that between ubiquitin and histone, which turned out later to be true. This nature and structure of the bond clearly paved the road to the later identification of the conjugating enzymes and their mode of action. The two studies were published in tandem in the *Journal of Biological Chemistry* (JBC; see the accompanying Nobel Lecture).

As for ubiquitin, the protein was identified in the 1970s by Gideon Goldstein (in the Memorial Sloan-Kettering Cancer Center in New York City) as a small, 76-residue thymic polypeptide hormone that stimulates T-cell differentiation via activation of adenylate cyclase. Additional studies by Gideon Goldstein had suggested that it was universally distributed in both prokaryotes and eukaryotes, thus giving rise to its name (coined by Gideon Goldstein). Later studies by Allan Goldstein showed that the thymopoietic activity was due to an endotoxin contamination in the protein preparation, and not to ubiquitin. Using functional assays, it was found in my laboratory (and I believe in others as well) that ubiquitin was limited to eukaryotes, and its apparent presence in bacteria was due to contamination of the bacterial extract with the yeast extract in which the bacteria were grown: growing the bacteria in a synthetic medium resulted in 'disappearance' of ubiquitin from the preparation. The later unraveling of the bacterial genome demonstrated unequivocally that the ubiquitin tagging system does not exist in prokaryotes, though there is some similarity between the proteasome and certain bacterial proteolytic complexes. Thus, in a relatively short period of time, ubiquitin was converted from a ubiquitous thymopoietic hormone to a eukaryotic proteolytic marker. While the term ubiquitin is not justified anymore, as it is clearly not ubiquitous, we stopped using the term APF-1 and adopted the term ubiquitin as the modifying protein in the newly discovered proteolytic system. At times habits and tradition are stronger than the scientific validity and/or logic in nomenclature. Accordingly, we adopted a general policy to use in our terminology the name that was first coined by the discoverer of any novel protein.

From that point on, the road was relatively short to identification and characterization of the conjugation mechanism and the three enzymes involved in this process. On the route to the unraveling of the conjugation mechanism, we followed partially the footsteps of Dr. Fritz Lipmann, the great biochemist from the Rockefeller University (who was awarded the 1953 Nobel Prize in Physiology or Medicine for the discovery of Coenzyme A). Lipmann continued to contribute to our understanding of basic biochemical processes. Among his many discoveries was the mechanism of nonribosomal (and hence nongenetically encoded) peptide bond formation occurring during the biosynthesis of bacterial oligopeptides such as Gramicidin S. We learnt that the basic biochemical principles, such as generation of high-energy intermediates, involved in peptide bond formation were preserved along evolution regardless of whether the bond is encoded genetically or not, or whether it links two amino acids or two proteins. Initially, we identified the general mechanism of activation of ubiquitin in crude extract. Later, using 'covalent' affinity chromatography over immobilized ubiquitin and a stepwise elution (that was based on the general mechanism we deciphered earlier), we purified the three conjugating enzymes that act successively in a cascade-like mechanism, and catalyze this unique process: (1) the ubiquitin-activating enzyme, E1, the first enzyme in the ubiquitin system cascade, (2) the ubiquitin-carrier protein, E2, to which the activated ubiquitin is transferred from E1, and (3) the ubiquitin-protein ligase, E3, the last and critical component in the three-step conjugation mechanism that specifically recognizes the target substrate and conjugates it with ubiquitin. The E3 was also adsorbed to the resin, although via a mechanism distinct from that of E1 and E2. The binding of these two enzymes was mediated by the activation mechanism. Later studies by Avram in the late 1980s revealed that the E3 adsorbed by the column was E3$\alpha$ that recognizes substrates via their N-terminal residue. At this point, however, and unknowingly, we were extremely lucky, when we used as model substrates commercial proteins such as BSA, lysozyme and RNase, that were all recognized by this ligase and via a similar targeting motif – their N-terminal residue. Had we used other substrates, such as globin, the protein we used in our initial experiments, the E3 adsorbed to the column would have escaped our attention, as E3s do not typically adsorb to ubiquitin. In parallel and independently, I also used this enzyme in order to characterize a distinct subset of proteins recognized via this signal (see below). Last, using antibodies that we raised against ubiquitin with the help of Arthur Haas, we found that the ubiquitin system is involved in degradation of abnormal, short-lived proteins in hepatoma cells, demonstrating that the system is not limited to the terminally differentiating reticulocyte, but is probably distributed more 'universally' in nucleated mammalian cells, playing a role in maintaining the cell's quality control. During my graduate studies at Avram's laboratory, I collaborated with Hannah Heller, an extremely talented and knowledgeable research associate (who also joined us for some of our summer stays in the laboratory of Ernie in Philadelphia) and with Yaacov Hod who was also a graduate student with Avram at that time. Others colleagues in the laboratory provided me with a lot of help during this period, including Dvorah Ganoth, Sarah Elias, and Esther Eythan who were research associates with Avram, and Clara Segal and Bruria Rosenberg, two dedicated technicians.

npg

Interview
A Ciechanover

1174

## CDD: Can You Tell Us about Your Interaction with Irwin Rose?

As noted, I spent an important part of my graduate studies in Ernie's laboratory. Avram spent a sabbatical in his laboratory in 1977–1978, and I joined him for the first time for several months in the summer of 1978, after I completed the initial characterization of APF-1 in Haifa. I returned to Ernie's laboratory during the summers of 1979, 1980, and 1981. As noted, during our summer stay in 1979, we resolved the problem of the nature of the high molecular mass compound generated when APF-1 was incubated with Fraction II in the presence of ATP. The change in the molecular mass of APF-1 was discovered several months earlier in Haifa; however, we were not able to unravel the nature of the compound; this had to await the knowledge and wisdom of Ernie. In a breakthrough discovery, we found that the target substrate is covalently modified by multiple moieties of APF-1, a modification that renders it susceptible to degradation. This was a novel type of post-translational modification (see above for the modification of histone H2A by ubiquitin) and clearly a new biological paradigm, which required – as I feel today in retrospect – a different type of knowledge and experimental approach. This would not have been possible without Ernie's advice that was based on his immense knowledge in enzymology and protein chemistry, accompanied by his unbiased way of original thinking and approach to problem resolving. This discovery, along with the discovery that APF-1 is ubiquitin in 1980, made Ernie and his fellows and laboratory a crucial milestone in the historical trail of the discovery of the ubiquitin system. Interestingly, Ernie also studied proteolysis before Avram joined him first, but had never published in the field before.

## CDD: Can You Tell us about your Post-graduate Training and How you Continued Your Studies on the Ubiquitin System away from Hershko's Laboratory?

The 5 years in graduate school had a significant impact on my future career. Not only because I played an active part in such an important discovery but maybe, more importantly, because I learnt several basic and important principles of how to approach a scientific problem. From my mentors, first and foremost Avram, but also Ernie, I learnt two important principles: first, to select an important biological problem (but in order to avoid competition to ascertain it is not in the mainstream), and second, to make sure there are appropriate research tools to approach it experimentally. From Avram I also learnt to become a book rather than a short story writer: I learnt not to be opportunistic but rather to adhere to a project, to dig deeply into a problem, to resolve it mechanistically, to unravel complex mazes – peeling them like an onion, not to be tempted to be dragged after fashions. I learnt to pay attention to small details, to carefully examine hints as the important findings were not always obvious from the beginning. I learnt to be stubborn, to fight difficulties uphill and most importantly to be critical: I believe I developed good senses that enable me to distinguish the false from truth, artifacts from mean-

ingful findings. Interestingly, I learnt all these principles not in frontal lessons or formal presentations, but as an apprentice, following my mentors own attitude and way of thinking. But I also learnt to question, to doubt, to ask, and to discuss, to follow my own gut feeling when it was necessary, not to always take advice and direction for granted, and to trust myself too. It did help on many occasions along the way. Thus, at times I found myself swimming against the stream. Altogether these principles generated an important philosophy and shaped my approach to science, something I try to pass on to my own students, as I strongly believe it is the only way one can make an impact, leave an imprint behind.

Towards graduation I had to think of the next step – post-doctoral training and planning of my future career as an independent scientist. I was in a dilemma. On the one hand, I knew it was important to obtain training somewhere else, under different mentorship, in a different environment, being exposed to a different culture of science. On the other hand, I knew for certain that the ubiquitin system was extremely important and that we were seeing only the tip of the iceberg. I therefore wanted to continue my studies in a related field, learning more on regulated proteolysis, but also to continue my own studies on ubiquitin: I had several ideas in mind of where to go. So the choice was quite narrow and also risky, as I did not have any idea of how much independence I could have as a post-doctoral fellow. Searching for a mentor, and with the advice of my colleague Mickey Fry, I looked for scientists whose work was related to regulated proteolysis. I wrote to Günter Blobel in the Rockefeller University who worked at that time on translocation of proteins to the ER, a process which involves cleavage of the leader peptide by signal peptidase, to Jeffrey Roberts in Cornell who worked on *E. coli* RecA protein-directed cleavage of phage λ repressor and its requirement for polynucleotide, and to Harvey Lodish at the MIT, who worked, among other subjects, on processing of viral polyproteins. I am not sure Harvey was that impressed with the ubiquitin system at that time, but he was the only one to respond positively. Typical of his etiquette (as I learnt later), his response was prompt and direct, and he invited me for an interview after which he accepted me. Günter was kind enough to let me know he did not have space in his laboratory at that time, and Jeffrey never responded.

With two fellowships, one from the Leukemia Society of America and one from the Israel Cancer Research Fund, ICRF, I started a period of three wonderful years (1981–1984) in Harvey's laboratory in the Department of Biology at MIT. Harvey gave me complete freedom to choose my research subjects. What I had in mind was to take advantage of the exceptional strength of the laboratory and Harvey's unique expertise in cell biology, but in parallel, to continue my own studies on the ubiquitin system. I realized that Harvey was no longer interested in viral protein processing, and along with Alan Schwartz who was a visiting scientist (from Harvard Medical School) in the laboratory, we started to characterize the transferrin receptor on a human hepatoma cell line with the aim of studying later the mechanism of transferrin and transferrin receptor-mediated iron delivery to cells. This collaboration led us, along with another fellow in the laboratory, Alice Dautry-Varsat (from the Pasteur Institute) who joined us later, to the discovery of a fascinating

Interview
A Ciechanover

mechanism of how iron is delivered into cells: In the neutral pH of the growth medium, the iron-loaded holo-transferrin binds to its receptor with a high affinity and is endocytosed into the cell. At the low endosomal pH, the affinity between iron and transferrin is weakened dramatically. As a result, the iron cation is released, but the apo-transferrin, which has high affinity for the receptor at acidic pH, remains bound. Along with the receptor, the apo-transferrin recycles to the cell surface. At the neutral pH of the growth medium, the apo-transferrin loses its high affinity to the receptor and is released into the extracellular fluid where it can load additional iron ions and then rebind to its receptor with high affinity. The transferrin-transferrin receptor pH- and iron loading dependent cycle has become a 'classic' in the field of receptor-mediated endocytosis. Based on this, other phenomena related to receptor and ligand recycling to the cell surface or targeting to the lysosome could be explained, which are also due to the pH difference between the external environment and the interior of the endocytic pathway vesicles. However, throughout this time I lived under the strong feeling that the ubiquitin system had barely started to emerge, with only the basic principles unraveled. I felt compelled to get back and work on it. So gradually I started to 'crawl' and return to my alma mater research subject.

On one fascinating subject I worked on my own, continuing to explore a mysterious finding I discovered during my graduate training and which I did not pursue at the time. When we purified APF-1/ubiquitin in Haifa, we noticed a large discrepancy between its dry weight and its Lowry or 280 nm protein quantitative measurements. Avram hypothesized that the protein could be a ribonucleoprotein, RNP, and the remaining mass was that of the nucleic acid component. To test this hypothesis, we added DNase to the crude extract, ATP- and ubiquitin-containing assay in which we monitored degradation of BSA that was used as one of our model substrates. The enzyme had no effect. We then added RNase A, and to our surprise proteolysis was completely inhibited, even with an extremely small amount – mere nanograms – of the enzyme added. It looked as though the enzyme exerted its effect via catalysis – RNA degradation. Avram suggested testing the RNase effect on lysozyme as well that was used as our second model substrate. Here we got no effect, which was kind of surprising, as proteolysis of the two substrates, BSA and lysozyme, behaved in an identical manner all along the way: ATP as well as all the different factors resolved from the crude extract were all required for the degradation of both proteins. Avram suspected that the RNase effect could be an artifact. Meanwhile APF-1 was identified by Keith Wilkinson and his colleagues as ubiquitin (see above), and the amino-acid sequence/composition of ubiquitin disclosed the 'secret' of the dry weight/protein measurement discrepancy – the molecule has a single tyrosine residue. So we decided not to pursue this subject, and the selective inhibitory effect of RNase A on BSA degradation had remained an unsolved mystery – for the time.

I had not stopped suspecting, however, that the findings must represent some true biological phenomenon, and used the opportunity of my independence at Harvey's laboratory to pull out the late 1970s data from my notebook and to start dissecting the RNase effect in a systematic manner. With

some advice from Alexander Varshavsky (Alex; MIT), and a lot of help from Joan Steitz (Yale), Harvey Lodish, and Uttam RajBhandary (MIT), I managed to make some progress. I discovered that the degradation of BSA was completely dependent on specific tRNAs, of Arg and His, and that the destruction of the tRNA led to inhibition of the reaction. The nature of the mechanism of action of the tRNAs and the problem of why the degradation of lysozyme was insensitive to RNase had remained a mystery at that time, which I resolved only when I retuned to Israel and established my own laboratory (see below).

The other ubiquitin subject I was studying involved a collaboration with Alex Varshavsky and his then graduate student, Daniel Finley – Dan. At that time Alex was studying the role of mono-ubiquitination of histones (for the histone–ubiquitin adduct H2A known also as protein A24 or uH2A, see above). He noted a series of publications on a temperature-sensitive cell cycle arrest mouse mutant cell, ts85, that was generated and described by the group of M. Yamada. At the nonpermissive temperature, the cell lost the histone H2A-ubiquitin adduct. This loss could be due to one of two defects: (i) loss of ubiquitination, or (ii) activated de-ubiquitination. We surmised that the defect in these cells is more likely due to loss rather than to gain of function, and we set to dissect the defect. The idea was that the same defect may also affect protein degradation, although it was clear that the single modification of the histone molecule by ubiquitin does not lead to its targeting to proteolysis. Identification of the defect in the cells was not too difficult, as we used the isolation technique of the conjugation enzymes developed in Haifa and demonstrated that the defect results from a temperature-sensitive ubiquitin-activating enzyme, E1, the first enzyme in the ubiquitin system cascade. Importantly, inactivation of the enzyme led to inhibition of ubiquitin conjugation to the general population of cellular proteins and was not confined to inhibition of conjugation of histone H2A. Consequently, degradation of short-lived protein was also inhibited, demonstrating that the same enzyme that is involved in ubiquitin activation for histone modification is also involved in activation of ubiquitin for modification of substrates destined for degradation. Identification and characterization of the cell defect further corroborated our earlier general hypothesis that ubiquitination signals proteins for degradation, and that it also occurs in nucleated cells, a finding we had already demonstrated in Haifa, albeit indirectly. Since the ts85 was also a cell cycle arrest mutant, we hypothesized, but could not prove at the time, that the system may be involved in regulating the cell cycle, a hypothesis that later turned out to be correct.

## CDD: How was Your Return to Israel?

After 3 years at MIT (1981–1984), it was time to seek an independent position. After many deliberations and despite attractive offers and big temptations to stay in the US, I decided to return home, to Israel. With the help of Avram, I obtained an independent academic position in the Department of Biochemistry at the Faculty of Medicine of the Technion (where I graduated), and returned home towards the end of 1984, after a productive post-doctoral period.

npg

**Interview**
A Ciechanover

1176

Importantly, I already had a research subject I wanted to pursue, the effect of RNase on ubiquitin-mediated proteolysis.

The years that followed the post-doctoral fellowship (1984–present) have been extremely rewarding. I was happy to return to Israel to my family and friends, to a place I felt I belong. I established my own independent research group and laboratory, obtained extramural competitive funding and continued my research on the ubiquitin system. I have been lucky to have, along the years, a cohort of extremely talented graduate students and post-doctoral fellows. In our first series of studies we elucidated the role of tRNA in the proteolytic process, a subject I discovered as a graduate student and continued to study independently at the MIT (see above). Along with one of my first graduate students, Sarah Ferber, we demonstrated that proteins with acidic N-termini, Asp or Glu, undergo arginylation at the N-terminus, converting the acidic, negatively charged residue at this site to a positively charged residue. The reaction is catalyzed by Arg tRNA-protein transferase, a known protein with a hitherto unknown function. The enzyme uses charged tRNA$^{Arg}$ as a source of activated Arg. Therefore, digestion of the cell extract RNA with RNase A inhibits this reaction. This finding explained the selectivity of the RNase effect to BSA and not to lysozyme: BSA has an Asp residue in the N-terminus, while lysozyme has lysine in this position. Interestingly, the ligase involved is E3$\alpha$ which was discovered during my graduate studies. The ligase recognizes only proteins with basic but not with acidic N-termini. Thus, what appeared initially as an artifact turned out to be part of the first specific recognition signal in a target substrate. Parallel to our work on the RNase effect, Avram and his graduate student Yuval Reiss characterized the enzyme and identified on it three distinct substrate binding sites for (i) basic (the one involved in recognition of basic and Arg-modified acidic N-termini) and (ii) bulky-hydrophobic N-termini, but also for (iii) 'body' sites that reside downstream to the N-terminal residue. In parallel and using a systematic genetic approach in the yeast *S. cerevisiae*, Alex Varshavsky and his colleagues formulated a general rule ('N-end rule') for recognition of all 20 different amino-acid residues at the N-terminal site.

Research in the laboratory has evolved also in other directions. We have shown that N-$\alpha$-acetylated proteins are also targeted by the ubiquitin system. This important finding demonstrated that the N-terminally modified protein, a group that constitutes the vast majority of cellular proteins, must be targeted by signals that are distinct from the N-terminal residue and reside downstream to it: they do not have free N-termini and therefore cannot be recognized by the N-terminal amino-acid residue. Along with the discovery of the 'body' site in E3$\alpha$, we felt that N-terminal recognition is an exception rather than a rule, and the mode of recognition of the numerous substrates of the system must be broad and diverse: they are recognized by multiple and distinct targeting motifs. At that point, the end of the 1980s, we felt it was time to move from studying model substrates to investigating the fate of specific native cellular substrates. We have shown that an important group of cell regulators – tumor suppressors (e.g. p53) and growth promoters (c-Myc) are targeted by the ubiquitin cell free system. We believed that this was true also for targeting of these substrates *in vivo*, which later turned out

to be correct. We continued and demonstrated that, unlike the thinking in the field until that time, degradation of proteins in the lysosome proceeds independently from the ubiquitin system – the two proteolytic pathways are actually linked to one another, and ubiquitination is required for stress-induced lysosomal degradation of cellular proteins. This area has later evolved in a dramatic manner, and engulfed involvement of the ubiquitin system in receptor-mediated endocytosis and autophagy. Other studies involved elucidation of some of the mechanisms involved in the two-step ubiquitin-mediated proteolytic activation of the transcriptional regulator NF-$\kappa$B, demonstration of a role for heat shock proteins in targeting certain protein substrates, and identification of a novel mode of ubiquitination – at the N-terminal residue of the protein substrate. This modification is clearly different and distinct from recognition of the substrate by E3 at the N-terminal residue. In the latter case, the ligase binds to the N-terminal residue, while ubiquitination occurs on an internal lysine. In N-terminal ubiquitination, modification occurs at the N-terminal residue, while the ligase binds, most probably, to an internal sequence in the protein target molecule. This subject has evolved in a surprising manner and changed another paradigm in the field that ubiquitination is limited to internal lysine(s) of the target substrate; we and later others have shown that the phenomenon is not limited to the one protein we identified initially – the muscle-specific transcriptional regulator MyoD- and identified a large group of proteins that undergo N-terminal ubiquitination. This group of proteins contain many that have internal lysine(s) but for some reason these residues cannot be targeted, but interestingly also a large group of proteins (such as p16$^{INK4a}$ that play an important role in cell cycle regulation) that are devoid of any lysine residue. To be degraded by the ubiquitin system they must undergo N-terminal ubiquitination.

These years have not been simple, however. The Technion has traditionally been a school of engineering, and life sciences and biomedicine have been foreign to many of its senior faculty members and policy planners: we were treated in many ways like step children, and thoughts of closing the school have been aired at times. This deeply rooted philosophy, which only now starts to change slowly, has severely hampered development in these fields and had left the body of researchers and infrastructure in these areas small and battling for survival. Through a network of wonderful colleagues all over the world (important among them is my friend Alan Schwartz from the Harvard Medical School and then from Washington University in St Louis; see above for the beginning of our collaboration at the MIT), and fruitful collaborations, it was possible to establish an active research group and carry out what I believe was a good and original research program, even under less than optimal, and at times impossible conditions. This was important in balancing my desire to live in Israel, but at the same time to remain at the forefront of the ubiquitin research field that has grown in its importance to become an extremely exciting, yet a highly competitive area.

Last but not least, I owe a huge debt, which I doubt I shall ever be able to repay to several people who helped me cross critical stormy waterways along my life. My aunt, Miriam, who took me to her house after the death of my father and made

Interview
A Ciechanover

1177

her home a new home for me, enabling me to complete seamlessly my high school studies without any interruption. My brother Yossi (Joseph) and my sister-in-law Atara, who opened their home to me during the fragile times of my high school and medical studies, and made sure I would not collapse along the way, emotionally, but also economically. And last, my wonderful wife Menucha and my son Tzachi (Yitzhak, Isaac; called after my late father). They flooded me with love, care, and deep understanding of my needs, and were always there for me, when I was flying high on the wings of my dreams, not always seeing or listening to them or being with them, physically and emotionally. Without all these wonderful life partners, I could not have achieved anything.

I also owe special thanks to all my mentors, who each contributed in their own way to my upbringing as a scientist. I have to thank Jacob Bar-Tana and Benjamin Shapira for enabling me to fall in love with Biochemistry before I met Avram. Their enthusiasm and deep thinking convinced me, at a critical stage of my development, to pursue a career in biological sciences. I owe a big debt to my mentor, Avram Hershko, with whom I have come a long way in discovering the ubiquitin system, and from whom I learnt the very basic principles of how to approach a scientific problem. I owe special thanks to Ernie Rose for showing me that ordered thinking is not always necessary in science, and is even interfering at times, and that being erratic and disordered, absent-minded at times, collecting sparks from all over the place, can yield wonderful ideas and results. Last, I owe a huge debt to Harvey Lodish, who is not only a great cell biologist, but a wonderful spiritual mentor in a different way than we tend to think of mentors. He gave me complete freedom to choose my own way, but did not let me fall. He always listened carefully and helped me to analyze data, and with his deep insight was able to find in the ocean of my numbers and graphic analyses, new routes and pathways that I could have never seen or thought of. He used to gently comment on my approach when he felt I derailed, and helped redirecting me. Yet, he was never imposing: Harvey's active passive educational approach is truly unique. I owe many thanks to all my colleagues, in particular Alan Schwartz, Iasha Sznajder and Kazuhiro Iwai, who helped me in many ways along this long voyage. I must also mention my laboratory research associates, initially Sarah Elias and then Hedva Gonen and Beatrice Bercovich, who have become my eyes and hands since I established my own laboratory. Last but not least, my wonderful graduate students, fellows, and visiting scientists, with whom I made new and exciting ways in the rapidly evolving and exciting ubiquitin field.

# TAB 4

# NEUROLOGY

**The ubiquitin proteolytic system: From a vague idea, through basic mechanisms, and onto human diseases and drug targeting**

Aaron Ciechanover

*Neurology* 2006;66;7-19; originally published online Dec 16, 2005;
DOI: 10.1212/01.wnl.0000192261.02023.b8

**This information is current as of January 24, 2008**

The online version of this article, along with updated information and services, is located on the World Wide Web at:
http://www.neurology.org/cgi/content/full/66/1_suppl_1/S7

*Neurology*® is the official journal of the American Academy of Neurology. Published continuously since 1951, it is now a weekly with 48 issues per year. Copyright © 2006 by AAN Enterprises, Inc. All rights reserved. Print ISSN: 0028-3878. Online ISSN: 1526-632X.



AMERICAN ACADEMY OF
NEUROLOGY

Downloaded from www.neurology.org by guest on January 24, 2008

NEUROLOGY 2006;66(Suppl 1):S7–S19

# The ubiquitin proteolytic system

## From a vague idea, through basic mechanisms, and onto human diseases and drug targeting

Aaron Ciechanover, MD, DSc

Translation of the genetic code to proteins was a main focus of biological research before the 1980s. How proteins are removed had remained a neglected area of research. With the discovery of the lysosome, it was suggested that cellular proteins are degraded within this organelle. Yet, a growing body of experimental evidence had strongly suggested that intracellular proteolysis is largely nonlysosomal; however, the mechanism(s) involved had remained obscure. The discovery of modification of protein substrates by ubiquitin and their subsequent degradation by the downstream 26S proteasome has resolved the enigma. Later developments have broadened the scope of the ubiquitin system beyond proteolysis, and we now know that modification by ubiquitin and ubiquitin-like proteins serve many nonproteolytic functions as well.

In the ubiquitin system, the various target substrates are modified by ubiquitin or a ubiquitin-like protein. This modification remodels their surface, affecting, among other properties, their stability, interactions with other proteins, activity, and subcellular localization. At least 10 different modifiers have been described in mammalian cells and conjugation of each of them to its target may result in a different biological effect. In many cases proteins are modified by multiple moieties of ubiquitin that generate a branched polyubiquitin chain. For most proteins, this modification leads to their degradation by the 26S proteasome. Yet, dependent on the character of the internal linkage between the ubiquitin moieties, it can also lead to other effects such as activation of transcriptional regulators. Modification by a single moiety of ubiquitin can target proteins for degradation in the lysosome/vacuole. Conjugation of ubiquitin or ubiquitin-like proteins can serve a variety of nonproteolytic functions, such as modulation of membrane dynamics, or routing of the tagged proteins to their subcellular destination. Ubiquitination is a highly complex, temporally controlled, and tightly regulated process that targets, in a specific manner, numerous cellular proteins. It is carried out by a modular cascade of enzymes with high specificity toward defined structural motifs in the target proteins. It has emerged as a critically important post-translational modification that plays major roles in regulating a broad array of basic cellular processes such as cell division, differentiation, signal transduction, protein trafficking, and quality control. Not surprisingly, aberrations in the system have been implicated in the pathogenesis of many diseases, certain malignancies, neurodegenerative disorders, and pathologies of the inflammatory and immune response among them, which resulted in turn in the development of the first generation of drugs. Further understanding of the mechanisms of ubiquitination and degradation is important for the development of highly specific mechanism-based drugs. In this review we shall describe basic concepts in ubiquitin-mediated proteolysis and aberrations in the proteolytic process that are involved in pathogenesis of human diseases.

See Ciechanover Report Pages 11-14.

**The ubiquitin proteolytic system.** *Ubiquitination.* Degradation of a protein via the ubiquitin-proteasome pathway involves two discrete and successive steps: signaling the substrate by covalent attachment of multiple ubiquitin molecules that generate a polyubiquitin chain, and degradation of the tagged protein by the 26S proteasome complex with release of free and reusable ubiquitin. Recycling of ubiquitin is mediated by ubiquitin C-terminal hydro-

*This article was previously published in electronic format as an Expedited E-Pub at www.neurology.org.*

From the Vascular and Tumor Biology Research Center, The Rappaport Faculty of Medicine and Research Institute, Technion-Israel Institute of Technology, Haifa, Israel.

Supported by grants from Prostate Cancer Foundation Israel–Centers of Excellence Program, the Israel Science Foundation funded by the Israeli Academy of Sciences and Humanities, Network of Excellence Grants on Neurodegeneration (Neuro NE) and the Ubiquitin System (Rubicon) funded by the EU, the Foundation for Promotion of Research in the Technion, the Wolfson Charitable Fund Center of Excellence for Studies on Turnover of Cellular Proteins and its Implications to Human Diseases, and an Israel Cancer Research Fund (ICRF) USA Professorship.

Disclosure: The author reports no conflicts of interest.

Received June 22, 2005. Accepted in final form October 14, 2005.

Address correspondence and reprint requests to Dr. Aaron Ciechanover, Vascular and Tumor Biology Research Center, Faculty of Medicine, Technion-Israel Institute of Technology, Efron Street, Bat Galim, PO Box 9649, Haifa 31096, Israel; e-mail: c_tzachy@netvision.net.il

Copyright © 2006 by AAN Enterprises, Inc.   S7

Downloaded from www.neurology.org by guest on January 24, 2008.

Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.



*Figure 1. The ubiquitin-proteasome system. Ubiquitin is activated by the ubiquitin-activating enzyme, E1 (1) followed by its transfer to a ubiquitin-carrier protein (ubiquitin-conjugating enzyme, UBC), E2 (2). E2 transfers the activated ubiquitin moieties to the protein substrate that is bound specifically to a unique ubiquitin ligase E3. The transfer is either direct [(3) in the case of RING finger ligases] or via an additional thiol-ester intermediate on the ligase [(4, 4a) in case of HECT domain ligases]. Successive conjugation of ubiquitin moieties to one another generates a polyubiquitin chain that serves as the binding (5) and degradation signal for the downstream 26S proteasome. The substrate is degraded to short peptides (6), and free and reusable ubiquitin is released by de-ubiquitinating enzymes (DUBs) (7).*

lases (isopeptidases; de-ubiquitinating enzymes - DUBs). For a scheme of the ubiquitin-proteasome system, see figure 1.

Conjugation of ubiquitin, a highly evolutionarily conserved 76 residue polypeptide, to the protein substrate proceeds via a three-step cascade mechanism. Initially, the ubiquitin-activating enzyme, E1, activates ubiquitin in an ATP-requiring reaction to generate a high-energy thiol ester intermediate, E1-S~ubiquitin. One of several E2 enzymes (ubiquitin-carrier proteins or ubiquitin-conjugating enzymes [UBCs]) transfers the activated ubiquitin from E1, via an additional high-energy thiol ester intermediate, E2-S~ubiquitin, to the substrate that is specifically bound to a member of the ubiquitin-protein ligase family, E3. There are several classes of E3 enzymes. Members of the RING finger-containing E3s, the largest family of ubiquitin ligases, bind the ubiquitin-charged E2 and catalyze direct transfer of the activated ubiquitin from E2 to the E3-bound substrate. For HECT (*H*omologous to the *E*6-AP *C-T*erminus) domain E3s, the ubiquitin moiety is transferred from the E2 enzyme to an active site Cys residue on the E3 to generate a third high-energy thiol ester intermediate, E3-S~ubiquitin, prior to its final transfer to the ligase-bound substrate.

E3s catalyze the last step in the conjugation process: covalent attachment of ubiquitin to the substrate. The ubiquitin molecule is generally trans-ferred to an ε-NH$_2$ group of an internal lysine residue in the substrate to generate a covalent isopeptide bond. In some cases however, ubiquitin is conjugated in a linear manner to the N-terminal amino group of the substrate. By successively adding activated ubiquitin moieties to internal lysine residues on the previously conjugated ubiquitin molecule, a polyubiquitin chain is synthesized. The chain is recognized by the downstream 26S proteasome complex. It should be noted that in few cases, the first ubiquitin moiety is conjugated to the substrate by one E3, whereas chain elongation is catalyzed by a different ligase often termed E4. Thus, E3s play a key role in the ubiquitin-mediated proteolytic cascade because they serve as the specific substrate-recognition elements of the system. Approximately 1,000 different E3s have been identified in the human genome, based on specific, commonly shared structural motifs. Modification by a single moiety of ubiquitin is catalyzed via an identical mechanism and set of enzymes. Conjugation of ubiquitin-like proteins is catalyzed in a similar manner, though the E1, E2 and E3 enzymes are different and are not exchangeable with those involved in conjugation of ubiquitin. For recent reviews on poly- and oligoubiquitination and ubiquitin-like proteins, see references 1–5.

*Degradation.* Degradation of polyubiquitinated substrates is carried out by the 26S proteasome that does not recognize nonmodified substrates. In one established case, that of the polyamine synthesizing enzyme ornithine decarboxylase (ODC), the proteasome recognizes and degrades the substrate without prior ubiquitination, but following its association with a specific protein partner—antizyme. The proteasome is a multicatalytic protease that degrades polyubiquitinated proteins to short peptides. It is composed of two subcomplexes: a 20S core particle (CP) that carries the catalytic activity, and a regulatory 19S regulatory particle (RP). The 20S CP is a barrel-shaped structure composed of four stacked rings, two identical outer α rings and two identical inner β rings. The eukaryotic α and β rings are composed each of seven distinct subunits, giving the 20S complex the general structure of $\alpha_{1-7}\beta_{1-7}\beta_{1-7}\alpha_{1-7}$. The catalytic sites are localized to some of the β subunits. Each extremity of the 20S barrel can be capped by a 19S RP. The 19S RP itself can be further dissected into two multi-subunit substructures, a lid and a base. Six homologous ATPases (Rpt1-6) are present in the base together with three non-ATPases subunits (Rpn1, 2, and 10). The lid of the RP contains eight non-ATPase subunits which can be released from the proteasome or rebind under certain conditions. The role of the lid is still unclear, though it is necessary for proper degradation of polyubiquitinated proteins. All subunits of the lid subcomplex contain one of two structural motifs: Six subunits contain a PCI domain (*P*roteasome, *C*OP9, e*I*F3), whereas the other two (Rpn8 and Rpn11) contain an MPN domain (*M*pr1, *P*ad1 *N*-terminal). Thus, it is

Downloaded from www.neurology.org by guest on January 24, 2008
Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.

clear that the different subunits of the lid share significant genetic and structural features with other cellular complexes, indicating that there might be structure/function relationships common to a number of different regulatory pathways.

One important function of the 19S RP is to recognize ubiquitinated proteins and other potential substrates of the proteasome. A ubiquitin-binding subunit of the 19S RP has indeed been identified; however, its biological function and mode of action have not been discerned. A second function of the 19S RP is to open an orifice in the α-ring that will allow entry of the substrate into the proteolytic chamber. Also, since a folded protein would not be able to fit through the narrow proteasomal channel, it is assumed that the 19S particle unfolds substrates and inserts them into the 20S CP. Both the channel opening function and the unfolding of the substrate require metabolic energy, and these functions are carried out, most probably, by the ATPase subunits. Following degradation of the substrate, short peptides derived from the substrate are released, as well as reusable ubiquitin. Ubiquitin is released via the activity of de-ubiquitinating enzymes. These enzymes belong to two classes, they are either proteasomal or soluble. The proteasomal enzymes can be part of the 26S complex (the Rpn11 subunit of the lid is a metalloprotease) or are only associated with it. The different roles played by the different ubiquitin recycling enzymes have yet to be determined. The released peptides are further degraded into free amino acids by cytosolic amino- and carboxypeptidases. A small fraction of the peptides is transported across the ER membrane (using the TAP transporters), further processed by specific protease(s), bind to the MHC class I complex, and are carried to the cell surface to be presented to cytotoxic T cells. In case the peptides are derived from a "nonself" antigen, the T cell lyses the presenting cell. Proteasomal degradation is not always complete. In some cases, the proteasome processes the ubiquitinated substrate in a limited manner, releasing a truncated product. In the case of the NF-κB transcriptional regulator, an active subunit (p50 or p52) is thus released from a longer inactive precursor (p105 or p100). For recent reviews on the proteasome and de-ubiquitination, see references 6–10.

*Substrate recognition.* A major, yet unresolved problem is how the ubiquitin system achieves its high specificity and selectivity toward its innumerable substrates. Why are certain proteins extremely stable in the cell, whereas others are extremely short-lived? Why are certain proteins degraded only at a particular time point during the cell cycle or only following specific extracellular stimuli, yet they are stable under most other conditions? It appears that specificity of the ubiquitin system is determined by two distinct and unrelated groups of proteins: (i) E3s and (ii) modifying enzymes and ancillary proteins. Within the ubiquitin system, substrates must be recognized and bind to a specific E3 as a prerequisite to their ubiquitination. In most cases, however, the substrates are not recognized in a constitutive manner and they must undergo post-translational modifications such as specific phosphorylation or oxidation that render them susceptible for recognition. In some other cases the target proteins are not recognized directly by the E3, and their recognition depends on association with ancillary proteins such as molecular chaperones that act as recognition elements in *trans* and serve as a link to the appropriate ligase. Other proteins, such as certain transcription factors, have to dissociate from the specific DNA sequence to which they bind in order to be recognized by the system. Stability of yet other proteins depends on oligomerization. Thus, in addition to the E3s, modifying enzymes (such as kinases), ancillary proteins, or DNA sequences to which substrates bind, also play an important role in the recognition process. In some instances, it is the E3 that must "be switched on" by undergoing post-translational modification (such as phosphorylation) in order to yield an active form that recognizes the target substrate (see below).

*Regulation of the ubiquitin system.* The ubiquitin-proteasome pathway can be regulated at the level of ubiquitination or at the level of proteasome activity. Since conjugation and proteasomal degradation are required for multitude of cellular functions, regulation must be delicately and specifically tuned. In a few cases, general rather than specific components of the pathway can be modulated by physiologic signals. For example, upregulation of the pathway is observed during massive degradation of skeletal muscle proteins that occurs under normal fasting, and also under pathologic conditions such as malignancy-induced cachexia, severe sepsis, metabolic acidosis, or following denervation. In most cases, however, regulation is specific, and the target substrates are recognized by specific ligases that bind to defined motifs. The targeting motif can be a single amino acid residue (e.g., the N-terminal residue), a specific sequence (the Destruction box in cyclins), or a domain (such as a hydrophobic patch) that is not normally exposed. In other cases the motif is generated by a post-translational modification such as phosphorylation (two neighboring Ser residues in the case of IκBα, or a single Ser residue in the case of p27), or oxidation (hydroxyproline in the case of the Hypoxia Inducible Factor-1α - HIF1α). As noted, phosphorylation is required also to activate certain ligases, such as c-Cbl.

**Ubiquitination and pathogenesis of human diseases.** *General.* With the many processes and substrates targeted by the ubiquitin pathway, it has not been surprising to find that aberrations in the system underlie, directly or indirectly, the pathogenesis of many diseases. While inactivation of a major enzyme such as E1 is obviously lethal, mutations in enzymes or in recognition motifs in substrates that do not affect vital pathways, or that affect the in-

Downloaded from www.neurology.org by guest on January 24, 2008
Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.



*Figure 2. Aberrations in the ubiquitin-proteasome system and pathogenesis of human diseases. Normal degradation of cellular proteins maintains them in a steady state level, though, this level may change under various pathophysiological conditions (upper and lower right side). When degradation is accelerated due an increase in the level of an E3 (Skp2 in the case of p27, for example), or overexpression of an ancillary protein that generates a complex with the protein substrate and targets it for degradation (the Human Papillomavirus E6 oncoprotein that associates with p53 and targets it for degradation by the E6-AP ligase, or the cytomegalovirus-encoded ER proteins US2 and US11 that target MHC class I molecules for ERAD), the steady state level of the protein decreases (upper left side). A mutation in a ubiquitin ligase [such as occurs in adenomatous polyposis coli (APC), or in E6-AP (Angelman syndrome)], or in the substrate's recognition motif (such as occurs in β-catenin or in ENaC) will result in decreased degradation and accumulation of the target substrate (lower left side).*

volved process only partially, may result in a broad array of phenotypes. Likewise, acquired changes in the activity of the system can also evolve into certain pathologies. The pathologic states associated with the ubiquitin system can be classified into two groups: those that result from loss of function—mutation in a ubiquitin system enzyme or in the recognition motif in the target substrate that result in stabilization of the target proteins; and those that result from gain of function—abnormal or accelerated degradation of the target protein (figure 2). Better understanding of the processes and identification of the components involved in the degradation of key regulatory proteins will lead to the development of mechanism-based drugs that will target specifically only the involved proteins, and will have less side effects then the currently available drugs.

*Malignancies.* Alterations in ubiquitination and deubiquitination reactions have been directly implicated in the etiology of many malignancies. In general, specific cancers can result from either stabilization of oncoproteins/growth promoting factors, or destabilization of tumor suppressors. Some of the natural substrates for degradation by the proteasome are oncoproteins that if not properly removed from the cell can induce malignant transformation.

For instance, ubiquitin targets N-myc, c-Myc, c-Fos, c-Jun, Src, and the adenovirus E1A proteins. Destabilization of tumor suppressor proteins such as p53 and p27 has also been implicated in the pathogenesis of malignancies.

*p53.* It was noted that the level of the tumor suppressor protein p53 is extremely low in uterine cervical carcinoma tumors caused by high-risk strains of the human papillomavirus (HPV). Detailed studies both in vitro and in vivo have shown that the suppressor is targeted for ubiquitin-mediated degradation by the HPV oncoprotein E6 coded by high-risk strains of the virus (E6-16 or 18, for example). Low-risk strains that encode slightly different E6 proteins (such as E6-11) do not transform cells and do not target p53 for degradation. Degradation is mediated by the HECT domain E3 enzyme E6-associated protein, E6-AP, where E6 serves as an ancillary protein that allows recognition of p53 in *trans* (reviewed recently in reference 11). E6 associates with both the ubiquitin-ligase and the target substrate and brings them, most probably, via the generation of a ternary complex, to the necessary proximity that is assumed to allow catalysis of conjugation to occur. Removal of the suppressor by the oncoprotein is probably an important mechanism used by the virus to transform cells.

p53 is normally short-lived even in cells that are not infected with HPV, but not as short-lived as in HPV-infected cells. Following infliction of stress, such as DNA damage, p53 is stabilized. This results in cell cycle arrest and activation of DNA repair mechanisms. Concomitantly, p53 also activates transcription of its own E3, Mdm2. If the damage is repaired, Mdm2 targets p53 for degradation and the cell re-enters the cell cycle. If the damage is irreversible, during the short time window prior to its Mdm2-mediated destruction, p53 activates the apoptotic pathway, which leads to the death of the cell. In HPV-infected cells, the exceedingly low level of p53 does not allow activation of the stress response that should have been elicited following integration of the HPV genome into the cellular DNA, and the cell continues to divide and probably undergoes transformation. Interestingly, in certain tumors it was found that Mdm2 is overexpressed, often as the result of gene amplification. It is possible that removal of p53 in these cells plays a role in their transformation, here in the absence of E6.

It should be noted, however, that in many malignancies, p53 is mutated and consequently inactive, and the resulting pathology is probably not related to changes in its stability.

*p27$^{Kip1}$.* Similar to the case of p53, low levels of the cyclin-dependent kinase inhibitor p27$^{Kip1}$ have been demonstrated in colorectal, prostate, and breast cancers, and in many of these cases there was a strong correlation between the low level of p27 and the aggressiveness of the disease - tumor grading, clinical staging and poor prognosis of the patients.[12] Thus, levels of p27 can become an important and

Downloaded from www.neurology.org by guest on January 24, 2008
Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.

novel prognostic factor for survival, recurrence, and evaluation of therapy, where extremely low expression predicts poor prognosis. p27 acts as a negative growth regulator/tumor suppressor, and plays an important role in proliferation of mammalian cells. It binds and negatively regulates the activity of CDK2/cyclin E and CDK2/cyclin A complexes, and thus does not allow cell cycle progression from G1 and entrance into the S phase. Its level is high in quiescent cells, but following mitogenic stimuli, it is rapidly degraded by the ubiquitin system, allowing the CDK/cyclin complexes to drive the cell into the S phase. Dissection of the mechanism that underlies the decrease in p27 in the different malignancies has demonstrated that the rapidly degraded p27 is of the WT species, and it is probably abnormal expression of Skp2, the F-box protein involved in p27 ubiquitination, that leads to accelerated degradation of the suppressor. Supporting these findings is the observation that ectopic overexpression of Skp2 in experimental animals is oncogenic.[13]

*β-Catenin.*  β-Catenin plays an important role in signal transduction and differentiation of the colorectal epithelium, and aberrations in ubiquitin-mediated regulation of its levels may play an important role in the multistep development of colorectal tumors.[14-16] Adenomas develop in 50% of the Western world population by the age of 70 years, and in 10% of these individuals (5% of the population), the tumors progress to malignancy. Of these patients, 15% have a genetic predisposing defect leading to the development of the malignancy. In the absence of signaling, casein kinase I (CKI) and glycogen synthase kinase 3β (GSK3β) are active and promotes phosphorylation of β-catenin, initially on Ser45 (CKI) and subsequently on Ser33 and Ser37 (GSK3β). These last two phosphorylated Ser residues constitute the site (DS$^{33}$*GIHS$^{37}$*; S* denotes phosphorylated Ser) required for binding of the ubiquitin ligase β-TrCP SCF complex (the general recognition site of β-TrCP is: DS*GXXS*), thus leading to ubiquitination and degradation of the molecule.[15] Signaling promotes dephosphorylation, stabilization and subsequent activation of β-catenin via complex formation with T-cell factor (TCF) and lymphocyte enhancer factor-1 (LEF-1), that are otherwise inactive subunits of transcription factor complexes. β-Catenin associates with a scaffold complex composed of the 300 kDa tumor suppressor adenomatous polyposis coli (APC) and Axin to generate a complex that appears to be important for its phosphorylation (Axin was shown to recruit CKI) and probably to allow optimal binding of the SCF$^{β\text{-TrCP}}$ ubiquitin ligase complex. Aberrations in degradation of β-catenin lead to its stabilization, accumulation, and subsequent oncogenic activation, and can result from two distinct mechanisms: mutations in the phosphorylation/recognition motif of the protein by CKI/GSK3β/β-TrCP, and mutations in the scaffold complex. Mutations in the CKI/GSK3β/β-TrCP phosphorylation/E3 recognition domain of β-Catenin

(DS$^{33}$GIHS$^{37}$GATT$^{41}$TAPS$^{45}$L) have been described in several colorectal carcinomas, but also in malignant melanomas. These mutations, that typically affect the Ser residues, result in a protein species that cannot be phosphorylated, and therefore cannot be recognized by the ubiquitin ligase. As for ubiquitination, colon cancer cells that do not express APC, or that harbor APC proteins that are mutated in one of the Catenin binding clusters of APC, do not associate with β-Catenin. Here too, the protein accumulates in the cytosol and is translocated into the nucleus where it acts as part of an active transcriptional complex. Expression of full length APC in these cells leads to degradation of excess β-Catenin and to abrogation of the *trans*-activation effect.

*pVHL.*  Mutations in components of the ubiquitination machinery can also cause malignancies. Mutations in one germ line copy of *VHL* predispose individuals to a wide range of malignancies. It was found in more than 80% of sporadic cases of renal cell carcinoma, and in many cases of pheochromocytoma, cerebellar hemangioblastomas, and retinal angiomas. A hallmark of $VHL^{-/-}$ tumors is a high degree of vascularization that arises from constitutive expression of hypoxia inducible genes, including the master switch transcription factor hypoxia inducible factor-α (HIFα) and the crucial vascular endothelial growth factor (VEGF). The HIFα subunits, HIF1α and HIF2α, belong to the basic helix-loop-helix (bHLH) family of proteins. These regulated proteins heterodimerize with the constitutively expressed HIF1β to generate the active transcription factors. Under normoxic, and obviously hyperoxic conditions, HIF1α is hydroxylated specifically on Pro residue 564 to generate a hydroxyproline derivative in a reaction that involves molecular oxygen and soluble prolyl-4-hydroxylase. It has been recently shown that this hydroxyproline serves as an important part of the targeting domain recognized by a specific ubiquitin ligase, the VHL (von-Hippel Lindau) complex. The ligase is composed of protein VHL (pVHL), which—like the F-box protein in SCF (Skp, Cullin, F-box) complexes—serves as the specific substrate recognition subunit of the ligase complex. In addition, it contains, also similar to SCF complexes, Cullin 2A, Rbx1/Hrt1, Elongin B (a ubiquitin-like molecule), and Elongin C (a molecule related to Skp1). Under hypoxic conditions, HIF1α is stable, as the efficiency of the hydroxylation reaction under these conditions is extremely low. Loss of VHL function stabilizes HIF1α, which can explain the stimulation of vascular growth in tumors in which VHL is mutated or lacking. Because overexpression of VEGF alone, or of many of the other known target proteins of HIF does not lead to malignant transformation, and because WT pVHL can restore normal growth control in these malignant cells, researchers assume that pVHL and/or HIF must have additional, yet unknown, target substrates. Interestingly, microtubule stability was also shown to be regulated by pVHL, and it is possible that this function is related,

Downloaded from www.neurology.org by guest on January 24, 2008

Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.

in a yet unknown mechanism, to cell division (reviewed recently in references 17 and 18).

*Deubiquitinating enzymes.* Deubiquitination serves several functions, among them is release and recycling of free ubiquitin and its removal from active transcriptional regulators (as ubiquitination serves not only to signal degradation, but in several cases to activate transcription factors). Thus, because of the central role deubiquitinating enzymes play in many different processes, it is not surprising that aberrations in their activity have also led to the discovery of certain pathologies. An interesting deubiquitinating enzyme is CYLD that is involved in deubiquitinating K63-Ub from NEMO (*NF*-κB *Es*sential *M*odifier), TRAF2 (*T*umor necrosis factor *R*eceptor [TNFR]-*A*ssociated *F*actor 2) and TRAF6 (see for example reference 19). Ubiquitination of NEMO [a regulator of the IKK (IκB Kinase) signaling complex] and the TRAF proteins (which are also ubiquitin ligases), and generation of polyubiquitin chains linked via Lys63 of the ubiquitin moiety, does not target these proteins for degradation, but results in their activation. Thus, inhibition of deubiquitination of NEMO, by a mutation in CYLD for example, may lead to uncontrolled activation of the IKK complex with increased activity of NF-κB. Indeed, CYLD was found mutated in Familial Cylindromatosis, a rare pathology characterized predisposition to multiple tumors of the skin appendages, such as the salivary gland.[20]

Another interesting enzyme is USP1, which was found to be involved in deubiquitination of Fanconi D2 (FANCD2) protein associated with Fanconi anemia (FA). FA is an autosomal recessive disorder characterized by cancer susceptibility, multiple congenital anomalies, and bone marrow failure. Cells of patients are sensitive to mitomycin C, for example. Eight FA genes have been cloned, and the encoded proteins function in a novel pathway that is required for the normal cellular response to DNA damage. Following DNA damage, the pathway is activated, leading to monoubiquitination of the FA protein FANCD2, and to its subsequent translocation, along with BRCA1 (see below), to subnuclear foci. Monoubiquitination of FANCD2 appears to be critical in the repair of DNA damage because many of the proteins that are mutated in FA are required for FANCD2 ubiquitination. Also, the FANCD2 monoubiquitination site is critical for normal levels of repair. USP1 serves probably to turn off the pathway following completion of the repair process. It was proposed that USP1 deubiquitinates FANCD2 when cells exit S phase or start cycling after DNA damage, and therefore may play an important role in the FA pathway by recycling FANCD2.[21]

*BRCA1 and BARD1.* BRCA1 and BARD1 generate a heterodimeric E3 complex that, like many RING-finger containing ligases, has an autoubiquitinating activity (for a general review, see reference 2). This activity can be involved in regulating the level of the enzyme via autodestruction, but it has also

been reported that it leads to a significant activation of the enzyme. The complex also catalyzes monoubiquitination of several histones, such as H2A, H2AX, H2B, H3 and H4,[22] though the physiologic relevance/significance of this activity/modification is not clear. Importantly, inactivating mutations of BRCA1 have been reported in an extremely high frequency in breast and ovarian carcinomas (reviewed in reference 23). The target substrate(s) that is possibly accumulated in these cases, and that its increased level may be tumorigenic, has not been identified. Although initially it was thought that BRCA1 is the monoubiquitin ligase of FANCD2, recent studies have shown that this is probably not the case.

*Liddle's syndrome.* An interesting syndrome involves aberration in the regulation of kidney epithelial Na$^+$ channel (ENaC). The channel, which is composed of three homologous subunits, α, β, and γ, is a short-lived protein that is degraded by the ubiquitin system and is recognized via a proline-rich (PY) motif by NEDD4-2, a member of the HECT domain family of E3s. Binding of NEDD4-2 is mediated via a WW domain in the ligase. A mutation in the PY motif leads to stabilization of the channel complex, as it cannot bind anymore to the ligase. This results in accumulation of its subunits, excessive reabsorption of Na$^+$ and H$_2$O, and consequently, in a severe form of early onset hypertension. An interesting finding relates to the regulation of the degradation pathway of ENaC. It has been shown that NEDD4-2 is phosphorylated by the aldosterone-induced Sgk1 kinase on specific Ser residues. This phosphorylation weakens the interaction between NEDD4-2 and ENaC, leading to elevated ENaC cell surface expression (reviewed recently in reference 24).

*Cystic fibrosis.* The cystic fibrosis (CF) gene encodes the CF transmembrane regulator (CFTR) that is a 1480 amino acid residue chloride ion channel. Normally, only a small fraction of the WT protein matures to the cell surface, whereas most of the protein is degraded from the ER by the ubiquitin system. The ubiquitin system enzymes involved in this process have not been identified. Although more than 600 mutations have been described, the most frequent one (>70%) is ΔF508. The mutation leads to an autosomal recessive inherited multisystem disorder characterized by chronic obstruction of airways and severe maldigestion due to exocrine pancreatic dysfunction. Despite normal ion channel function as determined by monitoring the activity of liposome-inserted ΔF508 CFTR, the mutated protein does not reach the cell surface, and is retained in the ER from which it is degraded. The rapid and efficient degradation in the ER results in complete lack of cell surface expression of the ΔF508 protein, suggesting that this rapid degradation contributes to the pathogenesis of the disease. Yet, the utilization of proteasome inhibitors does not lead to increased expression of mutated CFTR on the cell surface. Rather, the protein aggregates and precipitates in a detergent insoluble form, suggesting that the mutated protein/

Downloaded from www.neurology.org by guest on January 24, 2008
Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.

proteasome substrate is not in direct equilibrium with normal intermediates on the folding pathway. Thus, pharmacological trials to increase the expression of the protein in the cell surface are not aimed at inhibition of the ubiquitin system but rather at proper folding of the protein or stimulating its expression. Glycerol, $D_2O$ and amines such as Betaine can be used as "chemical chaperones." These compounds have protein stabilizing properties that are due to their ability to increase protein hydration. Treatment of $\Delta F508$ CFTR expressing cells with glycerol increases the expression of the functional channel on the cell surface. This is due to increased maturation of the core glycosylated protein to a post-ER compartment and to decreased degradation which is due to enhanced folding of the protein. Because the $\Delta F508$ CFTR folding defect is leaky, cell surface expression of the molecule can be also increased by stimulating the synthesis of the protein. Addition of butyrate that stimulates transcription or of CPX (8-cyclopentenyl-1,3-dipropylxanthine, an adenosine A1 receptor agonist) that also increases synthesis of mutated CFTR, results in increased cell surface expression of the ion channel (for recent reviews on CFTR and CF, see references 25 and 26).

*Neurodegenerative diseases.* Accumulation of ubiquitin conjugates and/or inclusion bodies associated with ubiquitin, proteasome, and certain disease-characteristic proteins, have been reported in a broad array of chronic neurodegenerative diseases, such as the neurofibrillary tangles of Alzheimer disease (AD), brainstem Lewy bodies (LBs)—the neuropathological hallmark in Parkinson disease (PD)—LBs in LB dementia, Bunina bodies in amyotrophic lateral sclerosis (ALS), and nuclear inclusions in CAG repeat expansion (poly-glutamine extension) disorders such as Huntington's disease, spinoccerebellar axias (SCAs), and spinobulbar muscular atrophy (Kennedy's Syndrome). However, in all these cases, a direct pathogenetic linkage to aberrations in the ubiquitin system has not been firmly established. One factor that complicates the establishment of such linkage is the realization that many of these diseases, such as AD and PD, are not defined clinical entities, but rather syndromes with different etiologies, clinical symptoms, and even pathologies. Accumulation of ubiquitin conjugates in Lewy inclusion bodies in many of these cases may be secondary, and reflect unsuccessful attempts by the ubiquitin-proteasome system to remove the damaged/abnormal proteins. Although the initial hypothesis was that inclusion bodies are generated because of the inherent tendency of the abnormal proteins to associate with one another and aggregate, it is now thought that the process maybe more complex, and involves active cellular machineries. It should be noted, however, that the pathogenetic significance of these aggregates has remained enigmatic. Recent findings demonstrate that the aggregated proteins can inhibit the ubiquitin system.[27,28] Yet an emerging concept is that the sequestration of the aggregated proteins

from the cytosol and nucleoplasm, and their subsequent concentration in well-defined inclusion bodies, separates them from sensitive cellular machineries, such as the transcriptional apparatus, and is therefore protective; it is the soluble fraction of the aggregated proteins that is toxic. In any event, the appearance of inclusion bodies that contain the aggregated, disease-specific proteins has emerged as a common but poorly understood mechanistic theme in sporadic and hereditary neurodegenerative disorders (for recent reviews on the ubiquitin system and neurodegenerative diseases, see references 29–36).

*Parkinson disease.* The case of PD highlights the complexity of the involvement of the ubiquitin system in the pathogenesis of neurodegeneration, as several, apparently independent, aberrations linked to defects in the ubiquitin-proteasome system have been described in various forms of hereditary PD.

An important player in the pathogenesis of PD is Parkin. Parkin is a 465 amino acid residues protein with moderate similarity to ubiquitin at the amino terminus and a RING-finger motif at the carboxy terminus. Similar to many other RING-finger proteins, Parkin is a ubiquitin ligase, as it has an auto-ubiquitinating activity. Mutations in the gene that inactivate its ligase activity have been shown to be associated with the pathogenesis of *A*utosomal *R*ecessive *J*uvenile *P*arkinsonism (AR-JP), one of the most common familial forms of PD. Interestingly, this disease is characterized by lack of LBs, the pathognomonic hallmark of sporadic forms of the disease. An important, yet unsolved problem is the identification of Parkin's native cellular substrates. The hypothesis is that a defect in Parkin results in accumulation of this protein(s) which is toxic to the dopaminergic neurons. Several substrates have been identified, yet it is not clear whether it is the accumulation of one or several of these proteins that underlies the pathogenesis of this familial form of PD. One of these substrates is the *C*ell *D*ivision *C*ontrol *r*elated protein (CDCrel-1), a synaptic vesicle-enriched septin GTPase that has been implicated in the inhibition of exocytosis through its interactions with syntaxin. For example, upon transfection into HIT-T15 cells, CDCrel-1 inhibits secretion of growth hormone. It is possible that CDCrel-1 is also involved in regulating the dopaminergic transmitter release, and its accumulation perturbs the process. A second important substrate is the Pael receptor, a putative G protein-coupled transmembrane polypeptide. When overexpressed in cells, this receptor becomes unfolded, aggregates, and ubiquitinated. The insoluble Pael receptor elicits the unfolded protein response (UPR) which induces, after some time, apoptosis. Parkin specifically ubiquitinates the Pael receptor and promotes its degradation. Overexpression of Parkin can rescue dopaminergic cells in *D. melanogaster* from neurotoxicity induced by excess Pael receptor. Importantly, insoluble Pael receptor accumulates in the brains of AR-JP patients that have mutated Parkin. Another substrate of Parkin is

Downloaded from www.neurology.org by guest on January 24, 2008

Copyright © by AAN Enterprises. Unauthorized reproduction of this article is prohibited.

a novel, 22 kDa form of O-glycosylated α-synuclein. While mutations in the non-glycosylated, 14 kDa form of α-synuclein have been linked to the pathogenesis of PD (see below), to date, they have not been linked with mutant Parkin-associated AR-JP. The function of this newly discovered form of synuclein, as well as of its modification, is yet to be elucidated. Parkin also ubiquitinates synphilin-1, a protein of hitherto unknown function, that contains a coiled-coiled domain and an ATP/GTP-binding motif, and that associates with α-synuclein. Overexpression of synphilin-1 with α-synuclein results in the formation of protein inclusions, yet the function of synphilin in this process, as well as the role of its ubiquitination, is still elusive. It has recently been reported that Parkin targets Synphilin-1 for non-proteasomal degradation, yet the significance of this finding and its relationship to the pathogenesis of the disease are far from being understood. Parkin has been reported also to associate with actin filaments but not with microtubules. Parkin has not been demonstrated to modify actin, yet it is possible that the ligase regulates actin activity by ubiquitinating an actin-associated protein, which in turn affects the function of actin and movement of synaptic vesicles. Thus, although mutations in Parkin have been associated with a certain form of hereditary PD, the discovery of Parkin, elucidation of its role as a ubiquitin ligase, identification of certain protein substrates that are targeted by the ligase, and the finding that all mutations found in Parkin in AR-JP patients inactivate its ubiquitin ligase function, are of utmost importance, as they point clearly toward a direct etiologic role of this enzyme in the pathogenesis of the disease. An important finding is that inactivation of Parkin in mice does not lead to Parkinson syndrome. Different reports have shown nigrostriatal, cognitive and noradrenergic dysfunction in these mice. Although there is no doubt that inactive Parkin is tightly associated with the pathogenesis of AR-JP in human beings, the problem of why Parkin-deficient mice do not show signs of parkinsonism is extremely important for understanding the pathophysiology of the disease.

Recent findings in a German family with PD have revealed mutations in the gene encoding the ubiquitin carboxyl-terminal hydrolase, UCH-L1. Although the mutation did not lead to complete inactivation of the enzyme, the enzyme was clearly less active than its WT counterpart. The hypothesis is that the mutation can result in shortage of free ubiquitin required for degradation of certain—yet unidentified—proteins, that when accumulate, are toxic to neurons. Interestingly, in mice, mutation in UCH-L1 leads to gracile axonal dystrophy (GAD syndrome). This is a recessive autosomal mutation that displays sensory ataxia at an early stage, followed by motor ataxia at a later stage. It is not clear however that the mouse model represents faithfully the human disease, as it does not display a parkinsonian phenotype. Also, neuronal loss in the GAD mice oc-curs in the gracile tract and not in the substantia nigra, the site where it occurs typically in PD. The mutation in UCH-L1 was identified as I93M. It has been reported recently that while the monomeric form of UCH-L1 catalyzes deubiquitination, the dimers display a ubiquitin ligase activity that generates ubiquitin-K63 bonds. Mono- and di-ubiquitinated α-synuclein were polyubiquitinated by the enzyme, suggesting that it may act as an E4, a ubiquitin ligase involved in elongating polyubiquitin chains rather then in initiating their formation. The ligase activity was diminished significantly in a S18Y mutant of UCH-L1. Interestingly, mutation in this site is a polymorphic variant that protects the carrier population from PD. Thus, it appears that it is the activity of the ligase that plays a pathogenetic role in the UCH-L1 I93M hydrolase mutation, as decreased activity of the hydrolase results in a net increased activity of the ligase. It should be noted however that the physiologic role of this activity as well as the function of the mono-, di-, and poly-ubiquitinated α-synucleins have remained elusive. In particular, the pathogenetic role of poly-ubiquitinated, Lys63 α-synuclein is not known.

A third important player that links aberrations in the ubiquitin system to the pathogenesis of PD is α-synuclein (see also above). α-Synuclein is a small, 140 amino acid residue protein that is thought to regulate/participate in dopamine neurotransmission/release via effects on vesicular storage. This function is impaired in familial forms of PD where mutant α-synuclein is found. In the late 1990s it was reported that two mutations in the N-terminal domain of α-synuclein, A30P and A53T, are associated with a rare form of autosomal dominant familial PD. In parallel, the protein was shown to be a major component of LBs and Lewy neurites in sporadic PD, dementia with LBs (DLB), and the LB variant of AD. The autosomal dominant nature of the disease associated with these mutants strongly suggests that a gain rather then a loss-of-function underlies the mechanism of disease formation. Overexpression of WT, but in particular mutant α-synuclein in many cell types, but not in all, induced apoptosis or sensitized the cells to toxic agents, including proteasome inhibitors. Overexpression of WT Parkin rescued the cells from the toxic effects of α-synuclein, suggesting that the two proteins share a common pathway involved in cell death of dopaminergic neurons. An important characteristic of all synuclein proteins is their ability to generate fibrils, where the mutant proteins generate polymers at lower concentrations then the WT species. Thus, it was not surprising to find that α-synuclein is an important, if not the main, component of LBs. As noted above however, it is not clear whether the inclusion bodies that contain the aggregated proteins are toxic or protective. Recent studies in several neurodegenerative disease models, including PD, suggest that it is the soluble forms of the disease-characteristic proteins that are responsible for their toxicity. The linkage between α-synuclein

Downloaded from www.neurology.org by guest on January 24, 2008
Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.

and the ubiquitin system is not that clear. AR-JP is characterized by lack of LBs and α-synuclein aggregates. One can argue that the poly-ubiquitinated synuclein precipitates preferentially and the protein that is not modified is more soluble (and toxic), but that has not been demonstrated. The finding that it is the glycosylated form of α-synuclein that is targeted by Parkin (see above) may solve part of the enigma: it is possible that the accumulation of this form in patients with AR-JP that cannot degrade it (due to a mutation in the Parkin protein) is toxic. However, this finding cannot explain synuclein toxicity in most sporadic PD patients that have functional and active Parkin. An important finding, however, in that respect is that aggregated—filamentous and oligomeric—but also monomeric α-synuclein bind to the S6′ 19S proteasomal subunit and inhibit proteasomal function. Thus, the aggregation, which is the primary event, may lead to a secondary damage by inhibiting the ubiquitin system. Whether polyubiquitination plays a role in α-synuclein degradation is not clear. Although α-synuclein is found in LBs along with ubiquitin, it is not clear how much of it is ubiquitinated and to what extent. It has been shown that the protein is targeted by the proteasome, but it is not clear whether it has to be ubiquitinated prior to its destruction, whether mutant forms of α-synuclein are less susceptible, and whether aberrations in this process play a role in PD pathogenesis. Thus, a pathogenetic linkage between the ubiquitin system and α-synucleinopathies has yet to be demonstrated.

*Alzheimer disease.* AD is characterized by accumulation of ubiquitin in the phosphorylated form of Tau in neurofibrillary tangles and in senile plaques, two lesions that are characteristic to the neuronal abnormalities associated with the disease. They are also present in LBs characteristic to some forms of the diseases. However, the role of Tau in the pathogenesis of the disease is still not clear. As noted, sporadic AD is also characterized by amyloid senile plaques that contain the erroneously processed peptide Aβ that is derived from the amyloid precursor protein (APP). The pathogenetic significance of the association of ubiquitin with these lesions is also not clear. Additional and probably distinct players in the pathogenesis of AD are presenilins 1 and 2 (PSs) that are involved in processing of APP by the γ-secretase proteolytic complex. Numerous mutations causing early onset AD have been identified in the PS genes, particularly in PS1. Both PS1 and PS2 are targeted by the proteasome. Furthermore, SEL10, the human homologue of the yeast F-box protein Cdc4, interacts with PS1 and enhances its ubiquitination, though the significance of this interaction is not clear as this interaction leads also to increase in the level of the Aβ peptide. Such an increase would not have been expected if SEL10 would destabilize WT PS1. A more direct relationship between the ubiquitin system and pathogenesis of AD was established with the discovery of a frame-shift mutation in the ubiquitin transcript which leads to extension of the molecule with 20 amino acid residues [Ub(+1)], and which has been selectively observed in the brains of AD patients, including those with late onset, nonfamilial disease. Ub(+1) is an efficient target for polyubiquitination, though it cannot be activated by E1 (as it lacks the essential G76 residue) and transferred to a substrate or to another ubiquitin moiety. The resulting polyubiquitin chains are refractory to disassembly by deubiquitinating enzyme, and in particular Isopeptidase T that requires for its activity an exposed G76 residue at the ubiquitin moiety that is proximal to its activity. The accumulated polyubiquitin chains block proteasomal degradation which may result in neuronal apoptosis. Thus, expression of Ub(+1) in the brain, that increases apparently with aging, can potentially result in dominant inhibition of the ubiquitin-proteasome system, leading to accumulation of toxic proteins with neuropathologic consequences. Because Ub(+1) was described also in other disorders such Down syndrome or supranuclear palsy, it is clear that it is not entirely specific to AD, and a major problem of how the mutation leads to distinct pathologies in different patients remains unsolved.

*CAG expansion (poly Q) diseases.* Another group of genetically inherited neurodegenerative disorders is caused by genomic instability that leads to an expanded 5′-CAG repeat which is translated to an N-terminal poly-glutamine repeat extension. In the case of Huntington's disease (HD), the affected gene is *Huntingtin*, which codes for a protein with unknown function. Similarly, in a series of diseases known as spinocerebellar ataxias (SCAs), the affected proteins are ataxins, whereas in spinobulbar muscular atrophy, the affected protein is the androgen receptor. The polyglutamine-containing proteins aggregate and accumulate in intranuclear inclusion bodies that are stained also for ubiquitin, though the extent and role of modification of these proteins by ubiquitin is not clear. Huntingtin and Ataxin-1 are probably targeted by the ubiquitin system. Furthermore, at least for Ataxin-1 it has been shown that the degradation of the long polyglutamine extension-containing and mutated protein in vitro is somewhat slower than that of the WT protein, suggesting that the inability of the system to remove the mutated protein may underlie its accumulation and possible aggregation. Although it is clear that the known catalytic sites of the proteasome cannot cleave within the poly-glutamine repeat, it is not known whether the aberration in the system leads to accumulation of the intact proteins or of long polyglutamine stretches that are released from them via limited proteolytic processing. Also, like for other CNS inclusion body diseases, it is not clear whether the aggregated protein and/or the inclusion bodies are toxic, and their generation plays a pathogenetic role. Here too, initial experimental evidence suggests that the formation of inclusion bodies may serve as a scavenger mechanism to store proteins that cannot be re-

Downloaded from www.neurology.org by guest on January 24, 2008
Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.

moved by the ubiquitin system. "Solubilization" of these proteins via expression of chaperones, for example, or removal of E6-AP (one putative ligase of Ataxin 1), manipulations that do not allow the proteins to precipitate in either their free or ubiquitin-conjugated form, aggravated the disease symptoms. These findings further strengthen the notion that the soluble forms of these proteins are toxic, whereas the inclusion bodies may be protective (for specific review articles on polyQ expansion diseases, see references 33 and 34).

*Angelman syndrome.* The ubiquitin system is probably involved in human brain development as well. A defect in the gene coding for the E3 ligase E6-AP, has been implicated directly as the cause of Angelman syndrome characterized by mental retardation, seizures, out-of-context frequent smiling and laughter, and abnormal gait. The target brain protein substrate(s) of E6-AP, which is most probably accumulating as it becomes stable, is yet to be identified. Unlike E6-mediated targeting of p53 (see above), the degradation of this putative protein(s) is clearly E6-independent, as it is a native cellular substrate of E6-AP. In the case of HPV, the enzyme was adapted to degrade p53 via E6-mediated recognition. Interestingly, Angelman syndrome displays genomic imprinting where a subset of mammalian genes can be expressed monoallelically in a parent-of-origin manner [uniparental disomy (UPD)]. During gametogenesis, the imprinting process marks alleles, in an epigenetic manner, according to their parental origin. In the case of Angelman syndrome, the imprinted gene is localized to chromosome 15q11-q13 where the deletions in the disease were identified. Confirmatory studies in mice with UPD of the mouse homologue (Ube3a) show marked reduction in expression within Purkinje cells and hypocampal neurons, thus strongly establishing imprinting of brain E6-AP in Angelman syndrome pathogenesis (for specific review articles on Angelman syndrome, see references 35 and 36).

*Immune and inflammatory response.* Peptide epitopes presented to cytotoxic T cells (CTLs) on class I MHC molecules are generated in the cytosol from limited processing of antigenic proteins. It is generally accepted that processing of most known MHC class I antigens is mediated by the ubiquitin-proteasome pathway.[37,38] An interesting finding is that the cytokine γ-interferon (γ-IFN) that stimulates antigen presentation does it, at least partially, via induction and exchange of three proteasomal subunits that results in alteration in the cleavage site preferences of the proteasome. These alterations in activities probably result in generation of a higher proportion of peptides that terminate with basic and hydrophobic residues, similar to the vast majority of known peptides presented on MHC class I molecules to later bind to the T cell receptor. The ubiquitin system degrades, in a nondiscriminatory manner, both intracellular ("self") as well as foreign ("nonself") proteins such as viral proteins. Peptides from both populations are presented to CTLs, but those

that are derived from "self" proteins do not elicit a T cell response. It is conceivable that aberrations in processing of cellular proteins may lead to presentation of differently cleaved "self" peptides that will be recognized now as "nonself." Presentation of "self" antigen as "nonself" can potentially underlie the pathogenesis of autoimmune diseases.

A wide array of immune and inflammatory disorders can also be caused by untoward activation of the immune system pivotal transcription factor NF-κB. Activation of the factor stimulates transcription of many cytokines, adhesion molecules, inflammatory response and stress proteins, and immune system receptors. The factor is activated by the ubiquitin system via a two step proteolytic mechanism: limited processing of the precursor protein p105 to yield the active subunit p50, and signal-induced phosphorylation and subsequent degradation of the inhibitor IκBα that enables translocation of the factor into the nucleus where it initiates specific transcriptional activity.[39] An interesting case in that respect involves mutations in NEMO (see above) which is an essential component in the signaling complex that contains also the IκB kinases (IKKs) 1 and 2 that phosphorylate IκBα (a step necessary for its ubiquitination and degradation) and also the precursor proteins p100 and p105. The phosphorylation of the precursors is necessary for their processing to the active subunits p50 and p52, respectively. Mutations in the protein lead to a series of diseases that affect the skin, among them incontinentia pigmenti (IP), hypohidrotic/anhidrotic ectodermal dysplasia, but also, as expected, to immune deficiency (reviewed recently in reference 40). IP is an X-linked dominant genodermatosis which is lethal in males. The mutation in NEMO results in undetectable NEMO protein and almost complete lack of active NF-κB. Hypohidrotic/anhidrotic ectodermal dysplasia (HED/EDA) is attributed to defects in at least three genes, but involves also defective NF-κB activation. Hypomorphic *NEMO* mutations have been found to cause anhidrotic ectodermal dysplasia with immunodeficiency (EDA–ID), while stop codon mutations cause a more severe phenotype that includes, in addition to EDA-ID, also osteopetrosis and lymphoedema (OL–EDA–ID). The immunologic and infectious features observed in the patients result from impaired NF-κB signaling, including cellular response to LPS and a variety of cytokines.

Importantly, chronic inflammation attributed to continuous NF-kB stimulation has been implicated recently in the pathogenesis of model cancer in animals (reviewed recently in references 41-43). That, in addition to the important role played by NF-kB in tumorigenesis mediated by its strong anti-apoptotic activities (reviewed recently, for example, in reference 44).

As described above, the HPV evolved a mechanism for proteolytic removal of p53 that ensures continuous replication and propagation of the virus under conditions of DNA damage that normally

Downloaded from www.neurology.org by guest on January 24, 2008
Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.

would have ended with activation of the p53 checkpoint pathway and induction of apoptosis. Two other viruses evolved mechanisms that also utilize the ubiquitin system, here to escape immune surveillance. In one case, the Epstein-Barr virus (EBV) nuclear antigen 1 (EBNA1) persists in healthy virus carriers for life, and is the only viral protein regularly detected in all EBV-associated malignancies, such as Burkitt's lymphoma. Unlike EBNAs 2-4 that are strong immunogens, EBNA1 is not processed and cannot elicit a CTL response. The persistence of EBNA1 contributes, most probably, to some of the pathologies caused by the virus. An interesting structural feature common to all EBNA1 proteins derived from different EBV strains is a relatively long and unusual Gly-Ala repeat at the N-terminal domain of the molecule that appears to be involved in the mechanism of resistance of EBNA1 to antigen presentation. Transfer of a strong antigenic epitope from EBNA4 to EBNA1 prevented its presentation, while its insertion into an EBNA1 mutant that lacks the Gly-Ala repeat results in its presentation to the appropriate CTL. Similarly, insertion of the Gly-Ala repeat to EBNA4 inhibited CTL recognition of EBNA4-derived antigenic peptides. Thus, the Gly-Ala repeat constitutes a *cis*-acting element that inhibits antigen processing and subsequent presentation of potential antigenic epitopes. It has been shown that while EBNA4 is degraded in an ATP-, ubiquitin-, and proteasome-dependent manner, EBNA1 is resistant to proteolysis. EBNA1 is degraded however by the ubiquitin/proteasome system if the Gly-Ala repeat is deleted. Thus, the evolution of the Gly-Ala repeat enabled the virus to evade proteolysis and subsequent presentation to the immune system (reviewed recently in reference 45).

An additional interesting observation involves the pathobiology of the human cytomegalovirus (CMV). The virus genome encodes two endoplasmic reticulum (ER) resident proteins, US2 and US11, that downregulate the expression of MHC class I heavy chain molecules. The MHC molecules are synthesized and transported to the ER where they are glycosylated, but shortly thereafter, in cells expressing US2 or US11, are transported back to the cytosol, de-glycosylated, and degraded by the ubiquitin system via ERAD.[46] It appears that the viral products bind to the MHC molecules and escort/dislocate them to the translocation machinery where they are transported back into the cytosol. The detailed mechanism of action of the viral proteins is not known. They may diffuse laterally in the membrane, interact with the emerging nascent MHC chain, an interaction that does not allow insertion of the stop-transfer signal, and therefore proper anchoring of the molecule in the membrane. Alternatively, they may compete with binding to the ER chaperone BIP that may be necessary for proper folding of the MHC molecules. In any event, the removal of the MHC molecules does not allow presentation of the viral antigenic peptides, thus enabling the virus to evade the immune system.

Thus, it appears that evolution of many viruses has involved intimate recognition with a variety of proteolytic processes. This enabled the evolution of viral mechanisms that enhance the function, via subversion of the normal proteolytic machinery, of the viral replication and propagation machineries.

*Muscle wasting.* The ubiquitin system plays major roles in pathophysiological processes in the muscle. Muscle degeneration that follows long-term immobilization, denervation, and severe catabolic states such as occurs in sepsis and cancer-induced cachexia, leads to activation of the ubiquitin pathway and induction of many of its enzymatic components. This in turn results in massive degradation of muscle proteins. An important development in this area is the discovery of two, degeneration-induced ubiquitin ligases, Murf1 (*Mu*scle *R*ING *f*inger) and Murf2 [*M*uscle *A*trophy *F*-box (MAFbx), known also as atrogin]. It should be noted, however, that the substrates of these induced E3s have not been identified, and they do not appear to be involved in direct targeting of the major muscle proteins, actin and myosin. Murf1 was shown to bind to titin, the giant sarcomeric protein, and overexpression of the ligase was shown to disrupt the Murf1-binding zone of titin. It is possible that ubiquitination of structural components of the sarcomere provide a mechanism for the involvement of these ligases in muscle atrophy, yet the detailed mechanisms have remained elusive. Murf1−/− and MAFbx−/− mice have been generated, and although both mice appear phenotypically normal, following denervation they lose a significantly lower muscle mass. It should be noted that the nature of signaling mechanisms involved in regulating muscle hypertrophy and atrophy are still obscure. It appears that the PI(3)K/Akt/Tsc/mTOR signaling pathway is upregulated during muscle hypertrophy and downregulated during atrophy. In agreement with these findings, genetic activation of the Akt/mTOR pathway induced hypertrophy and prevented atrophy in vivo, whereas genetic blockade of this pathway inhibited hypertrophy. The decreased activity of the PI(3)K/Akt pathway during atrophy leads to activation of Foxo transcription factors and to MFAbx induction. Thus, when Foxo activation is blocked by a dominant-negative construct in myotubes or by RNAi in mouse muscles in vivo, atrophy-induced MFAbx induction or atrophy of myotubes induced by glucocorticoids are prevented. It appears therefore that the forkhead factor(s) play an important role in the development of muscle atrophy, and inhibition of these factors can be a useful approach to combat muscle wasting occurring in various clinical states (reviewed recently in references 47 and 48).

**Drug development for targeting aberrant activity of the ubiquitin system.** Because of the central role the ubiquitin system plays in a broad array

Downloaded from www.neurology.org by guest on January 24, 2008

Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.

of basic cellular processes, development of drugs that modulate the activity of the system may be difficult. Inhibition of enzymes common to the entire pathway, such as E1 or the proteasome, may affect many processes nonspecifically, although a narrow window between beneficial effects and toxicity can be identified for a short-term treatment. Recent experimental evidence strongly suggests that proteasome inhibitors may indeed be beneficial in certain pathologies, such as in several malignancies, asthma, brain infarct, and autoimmune encephalomyelitis. As a matter of fact, for multiple myeloma, a malignancy of the immune plasma cells, a specific proteasome inhibitor (PS-341; Bortezomib; Velcade) was approved for use in patients. In malignancies, the drugs can act via inhibition of degradation of different cell cycle regulators, via inhibition of proteolytic activation of the anti-apoptotic transcriptional regulator NF-κB, or more likely, by inhibiting degradation of abnormal/misfolded proteins, thus eliciting the cell stress response and inducing apoptosis. In immune disorders, they may act by inhibiting presentation of "self" peptides, but also by interfering with signal transduction along cellular immune cascades (for reviews on proteasome inhibitors as drugs, see references 49 and 50). A completely different approach to drug development can be the development of small molecules that bind and inhibit specific E3s. For example, specific phospho-peptide derivatives that span the phosphorylation targeting domains in different substrates can serve as "baits" to the respective E3s.[51] A similar approach can be potentially used to stabilize the cell cycle inhibitor p27 that in many malignancies is rapidly degraded by its cognate E3, the Skp2 F-box protein (see above). This approach can become however a double edge sword. In the case of IκBα and p27, where phosphorylation destabilizes negative regulators, inhibition of the E3 can control untoward high activity of the immune system and dysregulated cell cycle. Thus, compounds that inhibit these ligases can be thought of as potential drugs for the treatment of uncontrolled inflammatory states and certain malignancies, respectively. However, in the case of positive regulators such drugs may lead to the opposite effect. Thus, the similarity between the phosphorylation sites of the inhibitor IκBα and the positive regulator β-catenin, for example, may lead to stabilization of β-catenin which can result in malignant transformation (see above). A better approach may be the development of small molecules that are substrate-specific and bind to specific substrates or to their ancillary proteins rather then to their E3. An interesting case is that of the tumor suppressor p53. In many tumors it is downregulated by uncontrolled expression of Mdm2, its cognate ubiquitin ligase. In another case, that of uterine cervical carcinoma (see above), it is downregulated by the E6-AP ligase following its binding to the E6 oncogene product. In cases of Mdm2-induced downregulation, Mdm2 antagonists that bind to the p53 binding site and do not allow p53 to bind, can activate the p53 pathway and

offer a novel therapeutic approach to cancer. Indeed, such small molecules, nutlins, have been described. Their administration increase p53 level and suppress tumor growth in vitro and in vivo. They induce p53-dependent apoptosis in human cancer cells but appear cytostatic to proliferating normal cells. Their potent activity against osteosarcoma xenografts suggests that Mdm2 antagonists can be potentially used in tumors with wild-type p53.[52] A different approach was taken in the case of E6/E6-AP-induced degradation of p53. Here the researchers used peptides that bind to E6 and prevent its binding to E6-AP and p53. Intracellular targeting of the HPV16 E6 oncoprotein by E6-binding peptide aptamers resulted in apoptotic elimination of HPV16-positive cancer cells, whereas HPV-negative cells were not affected. Prior to elimination of the cells, p53 expression was stimulated dramatically.[53]

## References

1. Pickart CM. Mechanisms of ubiquitination. Annu Rev Biochem 2001;70: 503–533.
2. Weissman AM. Themes and variations on ubiquitylation. Nature Rev Cell Mol Biol 2001;2:169–179.
3. Glickman MH, Ciechanover A. The ubiquitin proteasome pathway: Destruction for the sake of construction. Physiol Rev 2002;82:373–428.
4. Hicke L, Dunn R. Regulation of membrane protein transport by ubiquitin and ubiquitin-binding proteins. Annu Rev Cell Dev Biol 2003;19: 141–172.
5. Huang DT, Walden H, Duda D, Schulman BA. Ubiquitin-like protein activation. Oncogene 2004;23:1958–1971.
6. Amerik AY, Hochstrasser M. Mechanism and function of deubiquitinating enzymes. Biochim Biophys Acta 2004;1695:189–207.
7. Zwickl P, Seemüller E, Kapelari B, Baumeister W. The proteasome: a supramolecular assembly designed for controlled proteolysis. Adv Protein Chem 2001;59:187–222.
8. Gröll M, Huber R. Substrate access and processing by the 20S proteasome core particle. Int J Biochem Cell Biol 2003;35:606–616.
9. Hartmann-Petersen R, Gordon C. Protein degradation: recognition of ubiquitinylated substrates. Curr Biol 2004;14:R754–756.
10. Hendil KB, Hartmann-Petersen R. Proteasomes: a complex story. Curr Protein Pept Sci 2004;5:135–151.
11. Scheffner M, Whitaker NJ. Human papillomavirus-induced carcinogenesis and the ubiquitin-proteasome system. Semin Cancer Biol 2003;13: 59–67.
12. Yamasaki L, Pagano M. Cell cycle, proteolysis and cancer. Curr Opin Cell Biol 2004;16:623–628.
13. Gstaiger M, Jordan R, Lim M, Catzavelos C, Mestan J, Slingerland J, Krek W. Skp2 is oncogenic and overexpressed in human cancers. Proc Natl Acad Sci USA 2001;98:5043–5048.
14. Pinto D, Clevers H. Wnt, stem cells and cancer in the intestine. Biol Cell 2005;97:185–196.
15. Moon RT, Kohn AD, De Ferrari GV, Kaykas A. WNT and β-catenin signalling: diseases and therapies. Nature Rev Genet 2004;5:691–701.
16. Nathke IS. The adenomatous polyposis coli protein: the Achilles heel of the gut epithelium. Ann Rev Cell Dev Biol 2004;20:337–366.
17. Kim WY, Kaelin WG. Role of VHL gene mutation in human cancer. J Clin Oncol 2004;22:4991–5004.
18. Metzen E, Ratcliffe PJ. HIF hydroxylation and cellular oxygen sensing. Biol Chem 2004;385:223–230.
19. Kovalenko A, Chable-Bessia C, Cantarella G, Israël A, Wallach D, Courtois G. The tumour suppressor CYLD negatively regulates NF-κB signalling by deubiquitination. Nature 2003;424:801–805.
20. Bignell GR, Warren W, Seal S, et al. Identification of the familial cylindromatosis tumour-suppressor gene. Nature Genet 2000;25:160–165.
21. Nijman SM, Huang TT, Dirac AM, et al. The deubiquitinating enzyme USP1 regulates the Fanconi anemia pathway. Mol Cell 2005;17:331–339.
22. Mallery DL, Vandenberg CJ, Hiom K. Activation of the E3 ligase function of the BRCA1/BARD1 complex by polyubiquitin chains. EMBO J 2002;21:6755–6762.
23. Baer R, Ludwig T. The BRCA1/BARD1 heterodimer, a tumour suppressor complex with ubiquitin E3 ligase activity Curr Opin Genet Dev 2002;12:86–91.
24. Thomas CP, Itani OA. New insights into epithelial sodium channel function in the kidney: site of action, regulation by ubiquitin ligases, serum- and glucocorticoid-inducible kinase and proteolysis. Curr Opin Nephrol Hypertens 2004;13:541–548.
25. Riordan JR. Assembly of functional CFTR chloride channels. Annu Rev Physiol 2005;67:701–718.

Downloaded from www.neurology.org by guest on January 24, 2008
Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.

26. Gelman MS, Kopito RR. Cystic fibrosis: premature degradation of mutant proteins as a molecular disease mechanism. Methods Mol. Biol 2003;232:27–37.
27. Bence NF, Sampat RM, Kopito RR. Impairment of the ubiquitin-proteasome system by protein aggregation. Science 2001;292:1552–1555.
28. Bennett EJ, Bence NF, Jayakumar R, Kopito RR. Global impairment of the ubiquitin-proteasome system by nuclear or cytoplasmic protein aggregates precedes inclusion body formation. Mol Cell 2005;17:351–365.
29. Ciechanover A, Brundin P. The ubiquitin-proteasome system in neurodegenerative diseases: Sometimes the chicken, sometimes the egg. Neuron 2003;40:427–446.
30. Ross CA, Pickart CM. The ubiquitin-proteasome pathway in Parkinson's disease and other neurodegenerative diseases. Trends Cell Biol 2004;14:703–711.
31. Moore DJ, West AB, Dawson VM, Dawson TM. Molecular pathophysiology of Parkinson's Disease. Annu Rev Neurosci 2005;28:55-84.
32. Ardley HC, Hung C-C, Robinson PA. The aggravating role of the ubiquitin- proteasome system in neurodegeneration. FEBS Lett 2005; 579:571–576.
33. Everett CM, Wood NW. Trinucleotide repeats and neurodegenerative disease. Brain 2004;127:2385–2405.
34. Goellner GM, Rechsteiner M. Are Huntington's and polyglutamine-based ataxias proteasome storage diseases? Intl. J Biochem Cell Biol 2003;35:562–571.
35. Jiang YH, Beaudet AL. Human disorders of ubiquitination and proteasomal degradation. Curr Opin Pediat 2004;16:419–426.
36. Guerrini R, Carrozzo R, Rinaldi R, Bonanni P. Angelman syndrome: Etiology, clinical features, diagnosis, and management of symptoms. Pediatr Drugs 2003;5:647–661.
37. Goldberg AL, Cascio P, Saric T, Rock KL. The importance of the proteasome and subsequent proteolytic steps in the generation of antigenic peptides. Mol Immunol 2002;39:147–164.
38. Kloetzel PM. The proteasome and MHC class I antigen processing. Biochim Biophys Acta 2004;1695:225–233.
39. Karin M, Ben-Neriah Y. Phosphorylation meets ubiquitination: the control of NF-κB activity. Annu Rev Immunol 2000;18:621–663.
40. Puel A, Picard C. Ku CL, Smahi A, Casanova JL. Inherited disorders of NF-κB-mediated immunity in man. Curr Opin Immunol 2004;16: 34–41.
41. Karin M. Inflammation and Cancer: The long search of Ras. Nat Med 2005;11:20–21.
42. Clevers H. At the crossroads of inflammation and cancer. Cell 2004;118: 671–674.
43. Amit S, Ben-Neriah Y. NF-κB activation in cancer: a challenge for ubiquitination- and proteasome-based therapeutic approach. Semin Cancer Biol 2003;13:15–28.
44. Aggarwal BB. Nuclear factor-κB: The enemy within. Cancer Cell 2004; 6:203–208.
45. Dantuma NP, Masucci MG. The ubiquitin/proteasome system in Epstein-Barr virus latency and associated malignancies. Semin Cancer Biol 2003;13:69–76.
46. van der Wal FJ, Kikkert M, Wiertz E. The HCMV gene products US2 and US11 target MHC class I molecules for degradation in the cytosol. Curr Top Microbiol Immunol 2002;269:37–55.
47. Lecker SH, Jagoe RT, Gilbert A, et al. Multiple types of skeletal muscle atrophy involve a common program of changes in gene expression. FASEB J 2004;8:39–51.
48. Glass DJ. Signalling pathways that mediate skeletal muscle hypertrophy and atrophy. Nature Cell Biol 2003;5:87–90.
49. Adams J, Kauffman M. Development of the proteasome inhibitor Velcade (Bortezomib). Cancer Invest 2004;2:04–311.
50. Goldberg AL, Rock KL. Not just research tools–proteasome inhibitors offer therapeutic promise. Nat Med 2002;8:338–340.
51. Yaron A, Gonen H, Alkalay I, et al. Inhibition of NF-κB celular function via specific targeting of the IκBα ubiquitin ligase. EMBO J 1997;16: 6486–6494.
52. Vassilev LT. Small-molecule antagonists of p53-MDM2 binding: research tools and potential therapeutics. Cell Cycle 2004;3:419–421.
53. Butz K, Denk C, Ullmann A, Scheffner M, Hoppe-Seyler F. Induction of apoptosis in human papillomaviruspositive cancer cells by peptide aptamers targeting the viral E6 oncoprotein. Proc Natl Acad Sci USA 2000;97:6693–6697.

Downloaded from www.neurology.org by guest on January 24, 2008
Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.

**The ubiquitin proteolytic system: From a vague idea, through basic mechanisms, and onto human diseases and drug targeting**

Aaron Ciechanover

*Neurology* 2006;66;7-19; originally published online Dec 16, 2005;
DOI: 10.1212/01.wnl.0000192261.02023.b8

**This information is current as of January 24, 2008**

| | |
|---|---|
| **Updated Information & Services** | including high-resolution figures, can be found at: http://www.neurology.org/cgi/content/full/66/1_suppl_1/S7 |
| **Permissions & Licensing** | Information about reproducing this article in parts (figures, tables) or in its entirety can be found online at: http://www.neurology.org/misc/Permissions.shtml |
| **Reprints** | Information about ordering reprints can be found online: http://www.neurology.org/misc/reprints.shtml |



Downloaded from www.neurology.org by guest on January 24, 2008

**TAB 5**



Available online at www.sciencedirect.com

SCIENCE  DIRECT®

Biochimica et Biophysica Acta 1695 (2004) 3–17



BIOCHIMICA ET BIOPHYSICA ACTA

**BBA**

http://www.elsevier.com/locate/bba

Review

# The ubiquitin system: pathogenesis of human diseases and drug targeting

Aaron Ciechanover[a,*], Alan L. Schwartz[b]

[a]*Tumor and Vascular Biology Research Center, the Rappaport Family Institute for Research in the Medical Sciences,
and the Ruth and Bruce Rappaport Faculty of Medicine, Technion-Israel Institute of Technology, Haifa 31096, Israel*
[b]*Edward Mallinckrodt Department of Pediatrics and Department of Molecular Biology and Pharmacology,
Washington University School of Medicine and St. Louis Children's Hospital, St. Louis, Missouri 63110, USA*

Available online 2 October 2004

**Abstract**

With the many processes and substrates targeted by the ubiquitin pathway, it is not surprising to find that aberrations in the system underlie, directly or indirectly, the pathogenesis of many diseases. While inactivation of a major enzyme such as E1 is obviously lethal, mutations in enzymes or in recognition motifs in substrates that do not affect vital pathways or that affect the involved process only partially may result in a broad array of phenotypes. Likewise, acquired changes in the activity of the system can also evolve into certain pathologies. The pathological states associated with the ubiquitin system can be classified into two groups: (a) those that result from loss of function-mutation in a ubiquitin system enzyme or in the recognition motif in the target substrate that lead to stabilization of certain proteins, and (b) those that result from gain of function-abnormal or accelerated degradation of the protein target. Studies that employ targeted inactivation of genes coding for specific ubiquitin system enzymes and substrates in animals can provide a more systematic view into the broad spectrum of pathologies that may result from aberrations in ubiquitin-mediated proteolysis. Better understanding of the processes and identification of the components involved in the degradation of key regulatory proteins will lead to the development of mechanism-based drugs that will target specifically only the involved proteins.
© 2004 Elsevier B.V. All rights reserved.

*Keywords:* Ubiquitin system; Human disease; Drug targeting

## 1. Diseases related to aberrations in the ubiquitin system

### 1.1. Malignancies

Alterations in ubiquitination and deubiquitination reactions have been directly implicated in the etiology of many malignancies (Fig. 1). In general, specific cancers can result from *stabilization* of oncoproteins/growth promoting factors, or *destabilization* of tumor suppressors. Some of the natural substrates for degradation by the proteasome are oncoproteins that, if not properly removed from the cell, can induce malignant transformation. For instance, ubiquitin targets N-myc, c-Myc, c-Fos, c-Jun, Src, and the adenovirus E1A proteins. Destabilization of tumor suppressor proteins such as

p53 and p27 has also been implicated in the pathogenesis of malignancies.

### 1.1.1. p53

It was noted that the level of the tumor suppressor protein p53 is extremely low in uterine cervical carcinoma tumors caused by high-risk strains of the Human Papillomavirus (HPV). Detailed studies both in vitro and in vivo have shown that the suppressor is targeted for ubiquitin-mediated degradation by the HPV oncoprotein E6 coded by high risk strains of the virus (E6–16 or 18, for example). Low risk strains that encode slightly different E6 proteins (such as E6–11) do not transform cells and do not target p53 for degradation [1]. Degradation is mediated by the HECT domain E3 enzyme E6-Associated Protein, E6-AP, where E6 serves as an ancillary protein that allows recognition of p53 in *trans* [2] (reviewed recently in Ref. [3]). E6 associates with both the ubiquitin-ligase and the target

* Corresponding author. Tel.: +972 4 829 5356; fax: +972 4 851 3922.
  *E-mail address:* c_tzachy@netvision.net.il (A. Ciechanover).

0167-4889/$ - see front matter © 2004 Elsevier B.V. All rights reserved.
doi:10.1016/j.bbamcr.2004.09.018

4                        A. Ciechanover, A.L. Schwartz / Biochimica et Biophysica Acta 1695 (2004) 3–17



Fig. 1. Aberrations in the ubiquitin–proteasome system and pathogenesis of human diseases. Normal degradation of cellular proteins maintains them in a steady state level, though the steady state can be dynamic and change under various pathophysiological conditions (upper and lower right side). When degradation is accelerated due to an increase in the level of an E3 (Skp2 in the case of p27, for example) or overexpression of an ancillary protein that generates a complex with the protein substrate and targets it for degradation (the Human Papillomavirus E6 oncoprotein that associates with p53 and targets it for degradation by the E6-AP ligase, or the cytomegalovirus-encoded ER proteins US2 and US11 that target MHC class I molecules for ERAD), the steady state level of the protein decreases (upper left side). A mutation in a ubiquitin ligase [such as occurs in Adenomatous Polyposis Coli—APC, or in E6-AP (Angelman syndrome)] or in the substrate's recognition motif (such as occurs in β-catenin or in ENaC) will result in decreased degradation and accumulation of the target substrate.

substrate and brings them, most probably, via the generation of a ternary complex, to the necessary proximity that is assumed to allow catalysis of conjugation to occur. Removal of the suppressor by the oncoprotein is probably an important, though not the only, mechanism used by the virus to transform cells.

p53 is short-lived even in cells that are not infected with HPV. It is only following infliction of stress, such as DNA damage, that the protein is stabilized. Under normal conditions, p53 is targeted by the ubiquitin ligase Mdm2. In certain tumors it was found that Mdm2 is overexpressed, often as the result of gene amplification (see for example Ref. [4]; reviewed in Ref. [5]). It is possible that removal of p53 in these cells plays a role in their transformation.

It should be noted, however, that in many malignancies, p53 is mutated and consequently inactive, and the resulting pathology is not related to changes in its stability.

### 1.1.2. p27$^{Kip1}$

Similar to the case of p53, low levels of the cyclin-dependent kinase inhibitor p27$^{Kip1}$ have been demonstrated

in colorectal, prostate and breast cancers [6–8]. p27 acts as a negative growth regulator/tumor suppressor and plays an important role in proliferation of mammalian cells. It binds and negatively regulates the activity of CDK2/cyclin E and CDK2/cyclin A complexes and thus does not allow cell cycle progression from G1 and entrance into the S phase. Its level is high in quiescent cells, but following mitogenic stimuli, it is rapidly degraded by the ubiquitin system, allowing the CDK/cyclin complexes to drive the cell into the S phase. As noted, the level of p27 is markedly reduced in several cancers, including breast, colorectal, and prostate carcinomas, and in many of these cases there is a strong correlation between the low level of p27 and the aggressiveness of the disease—tumor grading, clinical staging and poor prognosis of the patients. Levels of p27 have become an important and novel prognostic factor for survival, recurrence, and evaluation of therapy, where extremely low expression predicts poor prognosis. Dissection of the mechanism that underlies the decrease in p27 revealed that the rapidly degraded p27 is of the WT species, and it is probably abnormal activation of the ubiquitin system that leads to accelerated degradation of

A. Ciechanover, A.L. Schwartz / Biochimica et Biophysica Acta 1695 (2004) 3–17

the suppressor. Detailed mechanistic analysis revealed that the low level of p27 correlates directly with increased level of Skp2, the F-box protein involved in p27 ubiquitination, and that ectopic overexpression of Skp2 in experimental animals is oncogenic [9].

### 1.1.3. β-Catenin

β-Catenin plays an important role in signal transduction and differentiation of the colorectal epithelium, and aberrations in ubiquitin-mediated regulation of its levels may play an important role in the multi-step development of colorectal tumors [10]. These tumors develop in 50% of the Western world population by the age of 70, and in 10% of these individuals (5% of the population) the tumors progress to malignancy. Fifteen percent of these patients have a genetic predisposing defect leading to the development of the malignancy. In the absence of signalling, glycogen synthase kinase 3β (GSK3β) is active and promotes last phosphorylation step necessary for degradation of β-catenin via the ubiquitin–proteasome pathway [11]. Signalling promotes dephosphorylation, stabilization and subsequent activation of β-catenin via complex formation with T Cell Factor (TCF) and Lymphocyte Enhancer Factor-1 (LEF-1), otherwise inactive subunits of transcription factor complexes. β-Catenin interacts with the 300-kDa tumor suppressor Adenomatous Polyposis Coli (APC) and Axin to generate a complex that appears to regulate, in a yet unknown manner, its intracellular level. It appears that β-catenin must be bound to the complex in order to be phosphorylated by Casein Kinase I (CKI; see below) and GSK3β, and then recognized by the ubiquitin ligase SCF$^{β-TrCP}$ complex. The APC–Axin complex acts most probably as a scaffold complex that enables ubiquitination to occur. Aberrations in degradation of β-catenin lead to its stabilization, accumulation, and subsequent oncogenic activation, and can result from two distinct mechanisms: (a) mutations in the phosphorylation/recognition motif of the protein by GSK3β/β–TrCP, and (b) mutations in the targeting machinery. Mutations in the GSK3β/β-TrCP phosphorylation/E3 recognition domain of β-catenin, which is similar to other recognition sites of the kinase and ligase, is composed of two Ser residues interspaced by three other amino acids [DS(P)GψDS(P); where S(P) denotes phosphorylated Ser and ψ an hydrophobic residue], have been described in several colorectal carcinomas, and also in malignant melanomas [12]. These mutations, which typically affect the Ser residues, result in a protein species that cannot be phosphorylated, and therefore cannot be recognized by the ubiquitin ligase. Interestingly, mutations in the more downstream Ser45 which resides in a Casein Kinase I (CKI) site, have also been s described in several malignancies. Recently, it has been demonstrated that phosphorylation in this site site primes phosphorylation by GSK3β [13]. As for ubiquitination, colon cancer cells that do not express APC, or that harbor APC proteins that are mutated in one of the Catenin-binding clusters, do not associate with β-catenin.

Here too, the protein accumulates in the cytosol and is translocated into the nucleus where it acts as part of an active transcriptional complex. Expression of full-length APC in these cells leads to degradation of the excessive β-catenin and to abrogation of the *trans*-activation effect.

### 1.1.4. c-Jun

c-Jun, but not its transforming counterpart v-Jun, can be multi-ubiquitinated and rapidly degraded in cells. The stability and lifetime of v-Jun are therefore greatly enhanced, which can result in malignant transformation. Mechanistic analysis of the differential sensitivity to the ubiquitin system revealed that the δ domain of c-Jun, an amino acid sequence that spans residues 31–57 and that confers instability upon the normal cellular protein, is missing in the retrovirus-derived molecule. Deletion of this domain stabilizes c-Jun [14]. Interestingly, the δ domain does not serve as the ubiquitination site of the molecule as it lacks Lys residues. It may serve, however, as an anchoring site to the specific Jun ubiquitin-ligase. The loss of the δ domain during retroviral transduction is yet another example to the diverse mechanisms evolved by viruses to exploit the ubiquitin system in order to ensure replication and continuity of infection. While mutated Jun has been identified in several tumors, the mutation has not been implicated directly with the pathogenesis of any known malignancy.

### 1.1.5. pVHL

Mutations in components of the ubiquitination machinery can also cause malignancies. Mutations in one germ line copy of *VHL* predisposes individuals to a wide range of malignancies, including in more then 80% of sporadic cases of renal cell carcinoma, pheochromocytoma, cerebellar hemangioblasomas, and retinal angiomas. A hallmark of *VHL$^{-/-}$* tumors is a high degree of vascularization that arises from constitutive expression of hypoxia inducible genes including the master switch transcription factor hypoxia-inducible factor-α (HIF-α) and the crucial vascular endothelial growth factor (VEGF) (reviewed recently in Refs [15,16]). It has been recently shown that pVHL is a subunit in a ubiquitin ligase complex that is similar to the SCF complexes, and contains, in addition, Cullin 2A, Rbx1/Hrt1, Elongin B (a ubiquitin-like molecule) and Elongin C (a molecule related to Skp1) [17,18] that is involved in targeting of HIF-α for ubiquitin- and proteasome-mediated degradation [19,20]. The HIF-α subunits, HIF-1α and HIF2α, belong to the basic helix-loop-helix (bHLH) family of proteins. These regulated proteins heterodimerize with the constitutively expressed HIF-1β to generate the active transcription factors. Under normoxic, and obviously hyperoxic, conditions, HIF-1α is hydroxylated specifically on Pro residue 564 to generate a hydroxyproline derivative [21,22], in a reaction that involves molecular oxygen and soluble prolyl-4-hydroxylase [23]. This hydroxylated Pro residue is recognized by the pVHL E3 complex that targets the molecule for ubiquitination and subsequent degradation

[21,22]. Under hypoxic conditions, HIF-1α is stable, as the efficiency of the hydroxylation reaction under these conditions is extremely low. Loss of VHL function stabilizes HIF-1α which can explain the stimulation of vascular growth in tumors in which VHL is mutated or lacking. Since overexpression of VEGF alone or of many of the other known target proteins of HIF does not lead to malignant transformation, and since growth control in these malignancies [See Ciechanover Report Page 15 (end of first paragraph)] that pVHL and/or HIF must h[...] substrates. Interestingly, microtubule stability was also shown to be regulated by pVHL [24], and it is possible that this function is related, in a yet unknown mechanism, to cell division. However, the regions in the VHL protein responsible for that function overlap with those that were shown to be involved in susceptibility to hemangioblastoma and phaeochromocytoma, but not to renal cell carcinoma, supporting the hypothesis that aberration in the degradation of several distinct substrates of pVHL may underlie the pathogenesis of different malignancies.

### 1.1.6. c-Cbl and Hakai

Another oncoprotein is c-Cbl/Sli-1, which attenuates cell proliferation by serving as an E3 for membrane tyrosine kinase receptors, the EGF-R for example [25–27] (reviewed recently in Ref. [28]). Following ligand binding and autophosphorylation at Tyr residue 1045, the receptor is rapidly endocytosed as a complex along with CIN85 and endophilin, and is ubiquitinated by c-Cbl that recognizes only the modified receptor. It is then either recycled to the cell surface membrane or transported for degradation in the lysosome via a series of vesicles; the most distal ones are multivesicular bodies. This process is mediated by the ESCRT-1 (Endosomal Sorting Complex Required for Transport) complex, which contains, among its components, TSG101, a ubiquitin-conjugating enzyme variant protein (Vsp23 in yeast) that is involved in recognition of ubiquitinated membrane proteins [29]. Mutant, inactive species of c-Cbl cannot properly terminate signalling, causing abnormal cell fate (see for example Ref. [30]). While it will not be surprising to find, mutations in c-Cbl have not been described in defined human malignancies. A cellular homologue of c-Cbl, Hakai, is mediating the down-regulation of E-cadherin [31].

### 1.1.7. Deubiquitinating enzymes

The human oncogene tre-2 has been shown to encode a deubiquitinating (DUB) enzyme that disassembles multiubiquitin chains from peptides still bound to the proteasome [32]. Since the ubiquitin pathway rapidly degrades many proto-oncoproteins, increasing the levels of such proteins that may result from inactivating mutations in deubiquitinating enzymes, such as tre-2, that lead to deficiency in free ubiquitin, can potentially be tumorigenic. It should be noted, however, that no malignancies have been associated or attributed to mutations in tre-2. Over-

expression of another DUB of the ubiquitin proteases (UBP) family, Unp, has been found in lung carcinoma in humans and in mouse tumors [33]. Unp may have a role in regulating the degradation of specific, yet unidentified, substrates in these tissues, though it does not seem to be crucial for general proteolysis [34]. An interesting deubiquitinating enzyme is CYLD, which is involved in deubiquitinating K63-Ub from NF-κB Essential Modifier (NEMO), Tumor Necrosis Factor Receptor (TNFR)-Associated Factor 2 (TRAF2) and TRAF6 (see for example Ref. [35]). Ubiquitination of NEMO [a regulator of the IκB Kinase (IKK) signalling complex] and the TRAF proteins (which are ubiquitin ligases), and generation of polyubiquitin chains linked via Lys63 of the ubiquitin moiety, does not target these proteins for degradation, but results in their activation. Thus, inhibition of deubiquitination of NEMO, by mutation in CYLD for example, may lead to uncontrolled activation of the IKK complex with increased activity of NF-κB. Indeed, CYLD was found to be mutated in Familial Cylindromatosis, a rare pathology characterized predisposition to multiple tumors of the skin appendages such as the salivary gland [36].

### 1.1.8. BRCA1 and BARD1

BRCA1 and BARD1 generate a heterodimeric E3 complex that, like many RING-finger containing ligases, has an autoubiquitinating activity [37,38] (reviewed in Ref. [39]). This activity can be involved in regulating the level of the enzyme via auto-destruction, but it has also been reported that it leads to a significant activation of the enzyme [40]. It also catalyzes monoubiquitination of several histones, such as H2A, H2AX, H2B, H3 and H4 [40], though the physiological relevance and significance of this activity/modification is not clear. Importantly, inactivating mutations of BRCA1 have been reported in an extremely high frequency in breast carcinoma [41] (reviewed in Ref. [42]). The target substrate(s) that is possibly accumulated in these cases, and its increased level may be tumorigenic, has not been identified. However, an interesting linkage has been reported in Fanconi Anemia (FA). FA is an autosomal recessive disorder characterized by cancer susceptibility, multiple congenital anomalies, and bone marrow failure. Cells of patients are sensitive to Mitomycin C. Six FA genes have been cloned, and the encoded proteins function in a novel pathway that is required for the normal cellular response to DNA damage. Following DNA damage, the pathway is activated, leading to monoubiquitination of the FA protein FANCD2, and to its subsequent translocation, along with BRCA1, to subnuclear foci. Mutations in the machinery involved in the monoubiquitination of FANCD2 disrupt its translocation to the nuclear foci following DNA damage [43]. While it was suggested that BRCA1 is the FANCD2 monoubiquitinating ligase [43], recent evidence suggests that the modification can occur independently of BRCA1, although the ligase is still required for the translocation of FANCD2 [44]. Mutations in the FANCD2

*A. Ciechanover, A.L. Schwartz / Biochimica et Biophysica Acta 1695 (2004) 3–17*

pathway lead, most probably, to aberrations in DNA repair, resulting in the cellular and clinical abnormalities observed in FA (reviewed recently in Ref. [45]).

## 1.2. Membrane proteins

### 1.2.1. Liddle's syndrome

An interesting syndrome involves aberration in the regulation of the kidney Epithelial $Na^+$ Channel (ENaC). The channel, which is composed of three homologous subunits $\alpha$, $\beta$ and $\gamma$, is a short-lived protein complex that is degraded by the ubiquitin system and is recognized via a proline-rich (PY) motif by NEDD4, a member of the HECT domain family of E3s. Binding of NEDD4 is mediated via a WW domain in the ligase [46]. A mutation in the PY motif leads to stabilization of the channel complex, as it does not associate anymore with the ligase, accumulation of its subunits, excessive reabsorption of $Na^+$ and $H_2O$, and, consequently, a severe form of early-onset hypertension. An interesting finding relates to the regulation of the degradation pathway of ENaC. It has been shown that NEDD4-2 is phosphorylated by the aldosterone-induced Sgk1 kinase [47] on specific Ser residues. This phosphorylation weakens the interaction between Nedd4-2 and ENaC, leading to elevated ENaC cell surface expression.

### 1.2.2. Cystic fibrosis (CF)

The CF gene encodes the CF transmembrane regulator (CFTR) which is a 1480-amino-acid-residue chloride ion channel. Normally, only a small fraction of the WT protein matures to the cell surface, whereas most of the protein is degraded from the ER by the ubiquitin system. The ubiquitin system enzymes involved in this process have not been identified. Although more than 600 mutations have been described, the most frequent one (>70%) is ΔF508. The mutation leads to an autosomal recessive inherited multisystem disorder characterized by chronic obstruction of airways and severe maldigestion due to exocrine pancreatic dysfunction. Despite normal ion channel function, when inserted into liposomes, for example, CFTR$^{\Delta F508}$ does not reach the cell surface at all, and is retained in the ER from which it is degraded. The rapid and efficient degradation in the ER results in complete lack of cell surface expression of the ΔF508 protein, suggesting that it contributes to the pathogenesis of the disease (reviewed in Ref. [48]). However, the utilization of proteasome inhibitors does not lead to increased expression of mutated CFTR on the cell surface. Rather, the protein aggregates and precipitates in a detergent insoluble form, suggesting that the proteasome substrate is not in direct equilibrium with intermediates on the folding pathway (reviewed in Refs. [48,49]). Thus, pharmacological trials to increase the expression of the protein on the cell surface are not aimed at inhibition of the ubiquitin system but rather at folding the protein properly or stimulating its expression. Glycerol, $D_2O$ and

amines such as betaine can be used as "chemical chaperones". These compounds have protein stabilizing properties that are due to their ability to increase protein hydration. Treatment of ΔF508 CFTR expressing cells with glycerol increases the expression of the functional channel on the cell surface. This is due to increased maturation of the core glycosylated protein to a post-ER compartment and to decreased degradation which is due to enhanced folding of the protein [48]. Since the ΔF508 CFTR folding defect is leaky, cell surface expression of the molecule can be also increased by stimulating the synthesis of the protein. Addition of butyrate that stimulates the transcription of the CFTR mRNA or of 8-cyclopentenyl-1,3-dipropylxanthine (CPX, an adenosine A1 receptor agonist), which also increases synthesis of mutated CFTR, results in increased cell surface expression of the ion channel (reviewed in Refs. [48–50]).

## 1.3. Neurodegenerative diseases

Accumulation of ubiquitin conjugates and/or inclusion bodies associated with ubiquitin, proteasome, and certain disease-characteristic proteins has been reported in a broad array of chronic neurodegenerative diseases, such as the neurofibrillary tangles of Alzheimer's disease (AD), brainstem Lewy bodies (LBs)—the neuropathological hallmark in Parkinson's disease (PD), LBs in LB dementia, Bunina bodies in Amyotrophic Lateral Sclerosis (ALS), and nuclear inclusions in CAG repeat expansion (polyglutamine extension) disorders such as Huntington's disease (HD), *Spinocerebellar Ataxias* (SCAs), and Spinobulbar Muscular Atrophy (Kennedy's Syndrome). However, in all these cases, a direct pathogenetic linkage to aberrations in the ubiquitin system has not been firmly established. One factor that complicates the founding of such a linkage is the realization that many of these diseases, such as Alzheimer's and Parkinson's, are not defined clinical entities, but rather syndromes with different etiologies. Accumulation of ubiquitin conjugates in Lewy inclusion bodies in many of these cases may be secondary, and reflect unsuccessful attempts by the ubiquitin–proteasome system to remove the damaged/abnormal proteins. While the initial hypothesis was that inclusion bodies are generated because of the inherent tendency of the abnormal proteins to associate with one another and aggregate, it is now thought that the process maybe more complex and involves active cellular machineries [51–53]. The pathogenetic significance of these aggregates has remained enigmatic. Recent findings demonstrate that the aggregated proteins can inhibit the ubiquitin system [54]. Yet, an emerging concept is that the sequestration of the aggregated proteins from the cytosol and nucleoplasm and their concentration in defined inclusion bodies separates them from sensitive cellular machineries, such as the transcriptional apparatus, and is therefore protective: it is the soluble fraction of the aggregated proteins that is toxic. In any event, the appearance of the

*A. Ciechanover, A.L. Schwartz / Biochimica et Biophysica Acta 1695 (2004) 3–17*

inclusion bodies that contain the aggregated, disease-specific proteins has emerged as a common but poorly understood mechanistic theme in sporadic and hereditary neurodegenerative disorders.

### 1.3.1. Parkinson's disease

The case of PD highlights the complexity of the involvement of the ubiquitin system in the pathogenesis of neurodegeneration, as several, apparently independent aberrations linked to defects in the ubiquitin–proteasome system have been described in various forms of hereditary PD.

An important player in the pathogenesis of PD is Parkin. Parkin is a 465-amino-acid-residue protein with moderate similarity to ubiquitin at the amino terminus and a RING-finger motif at the carboxy terminus. Mutations in the gene appear to be responsible for the pathogenesis of autosomal recessive juvenile parkinsonism (AR-JP), one of the most common familial forms of PD [55]. Interestingly, this disease is characterized by lack of LBs, the pathognomonic hallmark of sporadic forms of the disease. Later studies have identified Parkin as a ubiquitin-protein ligase that acts along with the ubiquitin-conjugating enzyme UbcH7 and UbcH8, and have shown that mutant Parkins from AR-JP patients display loss of the ubiquitin-protein ligase activity [56]. Like all other known RING finger-containing ligases, Parkin has an autoubiquitinating activity. Yet, an important problem is the identification of its exogenous, native cellular substrates. The hypothesis is that a defect in Parkin results in accumulation of this protein(s) which is toxic to the dopaminergic neurons. Several substrates have been identified, yet it is not clear whether it is the accumulation of one or several of these proteins that underlies the pathogenesis of this familial form of PD. One of these substrates is Cell Division Control related protein-1 (CDCrel-1), a synaptic vesicle-enriched septin GTPase of 44-kDa molecular mass that has been implicated in the inhibition of exocytosis through its interactions with syntaxin [57]. For example, upon transfection into HIT-T15 cells, CDCrel-1 inhibits secretion of growth hormone [58]. It is possible that CDCrel-1 is also involved in regulating transmitter release, and its accumulation perturbs the process. A second important substrate is the Pael receptor, a putative G protein-coupled transmembrane polypeptide [59]. When overexpressed in cells, this receptor becomes unfolded, aggregates, and ubiquitinated. The insoluble Pael elicits the unfolded protein response (UPR) which induces, after some time, apoptosis. Parkin specifically ubiquitinates the Pael receptor and promotes its degradation. Overexpression of Parkin can rescue dopaminergic cells in *D. melanogaster* from neurotoxicity induced by excess the Pael receptor [60]. Importantly, the insoluble form of Pael accumulates in the brains of AR-JP patients that have mutated Parkin. Another substrate of Parkin is a novel, 22-kDa form of *O*-glycosylated α-synuclein [61]. While mutations in the non-glycosylated, 14-kDa form of α-synuclein have been linked to the pathogenesis of PD (see below), to date, they

have not been linked with Parkin-associated AR-JP. The function of this newly discovered form of synuclein, as well as of its modification, is yet to be elucidated. Parkin also ubiquitinates Synphilin-1, a protein of hitherto unknown function that contains a coiled-coiled domain and an ATP/GTP-binding motif, and that associates with α-synuclein [62]. Overexpression of synphilin-1 with α-synuclein results in the formation of protein inclusions, yet the function of synphilin in this process as well as the role of its ubiquitination are still elusive. Parkin has been reported also to associate with actin filaments but not with microtubules [63]. Parkin has not been demonstrated to modify actin, yet, it is possible that the ligase regulates actin activity by ubiquitinating an actin-associated protein, which in turn affects the function of actin and movement of synaptic vesicles. Thus, while mutations in Parkin have been associated with a certain form of a relatively rare hereditary PD, the discovery of Parkin, elucidation of its role as a ubiquitin ligase, identification of certain protein substrates that are targeted by the ligase, and the finding that all mutations found in Parkin in AR-JP patients inactivate its ubiquitin ligase function are of utmost importance, as they point clearly towards a direct etiological role of this enzyme in the pathogenesis of the disease.

Recent findings in a German family with PD have revealed mutations in the gene encoding the ubiquitin carboxyl-terminal hydrolase, UCH-L1 [64]. While the mutation did not lead to complete inactivation of the enzyme, the enzyme was clearly less active than its WT counterpart. The hypothesis is that the mutation results in shortage of free ubiquitin required for degradation of certain—yet unidentified—proteins, that when accumulate, are toxic to neurons. Interestingly, intragenic deletion in the gene coding for UCH-L1 in mice leads to Gracile Axonal Dystrophy (GAD syndrome). This is a recessive autosomal mutation that displays sensory ataxia at an early stage, followed by motor ataxia at a later stage [65]). It is not clear, however, if the mouse model represents faithfully the human disease, as it does not display a Parkinsonian phenotype. Also, neuronal loss in the GAD mice occurs in the gracile tract and not in the substantia nigra, where it occurs typically in PD. The mutation in the human UCH-L1 was identified as I93M. It has been reported recently that while the monomeric form of UCH-L1 catalyzes deubiquitination, the dimers display a ubiquitin ligase activity that generates ubiquitin–K63 bonds [66]. Mono- and di-ubiquitinated α-synuclein were polyubiquitinated by the enzyme, suggesting that it acts as an E4, a ubiquitin ligase involved in elongating polyubiquitin chains rather than in initiating their formation [67]. The ligase activity was diminished significantly in a S18Y mutant of UCH-L1. Interestingly, mutation in this site is a polymorphic variant that protects the carrier population from PD. Thus, it appears that it is the activity of the ligase that plays a pathological role in the UCH-L1 I93M hydrolase mutation, as decreased activity of the hydrolase results in a net increased activity of

A. Ciechanover, A.L. Schwartz / Biochimica et Biophysica Acta 1695 (2004) 3–17

the ligase. It should be noted, however, that the physiological role of this activity as well as the function of the mono-, di-, and polyubiquitinated α-synucleins has remained elusive. In particular, the pathogenetic role of polyubiquitinated, Lys63 α-synuclein is not known.

A third important player that links aberrations in the ubiquitin system to the pathogenesis of PD is α-synuclein. α-Synuclein is a small, 140-amino-acid-residue protein that is thought to regulate/participate in dopamine neurotransmission/release via effects on vesicular storage. This function is impaired in familial forms of PD where mutant α-synuclein is found. In the late 1990s it was reported that two mutations in the N-terminal domain of α-synuclein, A30P and A53T, are associated with a rare form of autosomal dominant familial PD (reviewed recently in Ref. [68]). In parallel, the protein was shown to be a major component of LBs and Lewy neurites in sporadic PD, dementia with LBs (DLB), and the LB variant of AD. The autosomal dominant nature of the disease associated with these mutants strongly suggests that a gain, rather than a loss, of function underlies the mechanism of disease formation. Overexpression of WT, and in particular mutant α-synuclein, in many, but not in all, cell types induced apoptosis or sensitized the cells to toxic agents, including to proteasome inhibitors (see for example Ref. [69]). Overexpression of WT Parkin rescued the cells from the toxic effects of α-synuclein [70], suggesting that the two proteins share a common pathway involved in cell death of dopaminergic neurons. An important characteristic of all synuclein proteins is their ability to generate fibrils, where the mutant proteins generate polymers at lower concentrations then the WT species. Thus, it was not surprising to find that α-synuclein is an important, if not the main, component of LBs. As noted above, however, it is not clear whether the inclusion bodies that contain the aggregated proteins are toxic or protective: recent studies in several neurodegenerative disease models, including PD, suggest that it is the soluble forms of the disease characteristic proteins that are responsible for their toxicity (for α-synuclein, see Refs. [70,71]). The connection between α-synuclein and the ubiquitin system is also not clear. AR-JP is characterized by lack of LBs and α-synuclein aggregates. One can argue that the polyubiquitinated synuclein precipitates preferentially and the protein that is not modified by ubiquitin is more soluble, but that has not been demonstrated. The finding that it is the glycosylated form of α-synuclein that is targeted by Parkin may solve part of the enigma: it is possible that the accumulation of this form in patients with AR-JP (due to a mutation in the Parkin protein; see above) is toxic. However, this cannot explain synuclein toxicity in most sporadic PD patients that have a functional and active Parkin. An important finding, however, in that respect is that aggregated and even monomeric α-synuclein bind to the S6′ proteasomal protein and inhibit proteasomal function [72]. It is possible that this aggregation, which is the primary event,

leads to a secondary damage by inhibiting the ubiquitin system [54]. Whether polyubiquitination plays a role in α-synuclein degradation is not clear. While α-synuclein is found in LBs along with ubiquitin, it is not clear how much of it is ubiquitinated and to what extent. It has been shown that the protein is targeted by the proteasome [73], but it is not clear whether it has to be ubiquitinated prior to its destruction, whether mutant forms of α-synuclein are less susceptible, and whether aberrations in this process play a role in the pathogenesis of PD. Thus, a pathogenertic linkage between the ubiquitin system and α-synucleinopathies has yet to be demonstrated.

### 1.3.2. Alzheimer's disease

AD is characterized by accumulation/association of ubiquitin with the phosphorylated form of Tau in neurofibrillary tangles and senile plaques, two lesions that are characteristic to the neuronal abnormalities associated with the disease. They are also present in LBs characteristic to some forms of the disease. However, the role of Tau and other putative target proteins in the pathogenesis of the disease is still not clear. Sporadic AD is also characterized by amyloid plaques that contain the β-amyloid, erroneously processed peptide Aβ. Additional and probably distinct players in the pathogenesis of AD are the Presenilins 1 and 2 (PSs) that are involved in processing of the amyloid precursor protein, APP, by the γ-secretase proteolytic complex. Numerous mutations causing early-onset AD have been identified in the PS genes, particularly the PS1 gene. Both PS1 and PS2 are targeted by the proteasome [74,75]. Furthermore, SEL10, the human homologue of the yeast F-box protein Cdc4, interacts with PS1 and enhances its ubiquitination [76], though the significance of this interaction and modification is not clear as this interaction leads also to increase in the level of the Aβ peptide. Such an increase would not have been expected if SEL10 would destabilize PS1. A more direct, relationship between the ubiquitin system and pathogenesis of AD was established with the discovery of a frameshift mutation in the ubiquitin transcript which leads to extension of the molecule with 20 amino acid residue [Ub(+1)], and which has been selectively observed in the brains of AD patients, including those with late-onset, non-familial disease [77]. Ub(+1) is an efficient acceptor for polyubiquitination, though it cannot be activated by E1 (as it lacks the essential G76 residue) and be transferred to a substrate or to another ubiquitin moiety. The resulting polyubiquitin chains are refractory to disassembly by deubiquitinating enzyme, in particular Isopeptidase T [78] which requires for its activity an exposed G76 residue at the proximal ubiquitin moiety. The accumulated polyubiquitin chains block proteasomal degradation [79] which results in neuronal apoptosis [80]. Thus, expression of Ub(+1) in the brain, which increases apparently with aging, can potentially result in dominant inhibition of the ubiquitin–proteasome system, leading to accumulation of

toxic proteins with neuropathologic consequences. Since (Ub(+1)) was described also in other disorders such Down's Syndrome [77] or supranuclear palsy [81], it is clear that it is not entirely specific to AD, and a major problem of how the mutation leads to distinct pathologies in different patients remains unsolved.

### 1.3.3. CAG expansion (poly Q) diseases

Another group of genetically inherited neurodegenerative disorders is caused by genomic instability that leads to an expanded 5′-CAG repeat which is translated to an N-terminal polyglutamine repeat extension. In the case of Huntington's disease (HD), the affected gene is *Huntingtin*, which codes for a protein with unknown function. Similarly, in a series of diseases known as Spinocerebellar Ataxias (SCAs) 1–3, the affected proteins are Ataxins 1–3, respectively, while in Spinobulbar Muscular Atrophy, the affected protein is the androgen receptor [82–84]. The polyglutamine-containing proteins aggregate and accumulate in intranuclear inclusion bodies that are stained also for ubiquitin, though the extent of modification of these proteins by ubiquitin is not clear [82–86]. Huntingtin [87] and Ataxin 1 [88] are probably targeted by the ubiquitin system. Furthermore, at least for Ataxin 1, it has been shown that the degradation of the polyglutamine-containing and mutated protein in vitro is somewhat slower than that of the WT protein [88], suggesting that the inability of the system to remove the mutated protein may underlie its accumulation and possible aggregation. While it is clear that the known catalytic sites of the proteasome cannot cleave within the polyglutamine repeat, it is not known whether the aberration in the system leads to accumulation of the intact proteins or long polyglutamine stretches that are released from them. Also, it is not clear whether the aggregated protein and/or the inclusion bodies are toxic, and their generation underlies the pathogenesis of the disease. Here too, initial experimental evidence suggests that the formation of inclusion bodies may serve as an scavenger mechanism to store proteins that cannot be removed by the ubiquitin system. "Solubilization" of these proteins via expression of chaperones or removal of E6-AP (one putative ligase of Ataxin 1), manipulations that do not allow the proteins to precipitate in either their free or ubiquitin-conjugated form, aggravates

See Ciechanover Report Page 15 (beginning of first paragraph)

### 1.3.4. Angelman syndrome

The ubiquitin system is probably involved in human brain development. A defect in the gene coding for the E3 ligase E6-AP has been implicated directly as the cause of Angelman syndrome characterized by mental retardation, seizures, out of context frequent smiling and laughter, and abnormal gait [89,90]. The target brain protein(s)—that is most probably accumulating as it becomes stabilized—has not been identified. Unlike E6-mediated targeting of p53 (see above), the degradation of this putative protein(s) is E6-independent, and it is probably one of the native cellular

substrates of E6-AP. Interestingly, the disease displays genomic imprinting where a subset of mammalian genes can be expressed monoallelically in a parent-of-origin manner (uniparental disomy—UPD). During gametogenesis, the imprinting process marks alleles, in an epigenetic manner, according to their parental origin. In the case of Angelman syndrome, the imprinted gene is localized to chromosome 15q11–q13 where the deletions in the patients were identified. Confirmatory studies in mice with UPD of the mouse homologue (Ube3a) show marked reduction in expression of the protein within Purkinje cells and hypocampal neurons, thus strongly establishing imprinting of brain E6-AP in Angelman syndrome pathogenesis [91].

### 1.4. Immune and inflammatory response

Peptide epitopes presented to cytotoxic T cells (CTLs) on class I MHC molecules are generated in the cytosol from limited processing of antigenic proteins. It is generally accepted that processing of most known MHC class I antigens is mediated by the ubiquitin–proteasome pathway [92,93]. An interesting finding is that the cytokine γ-interferon (γ-IFN) stimulates antigen presentation and leads to induction and exchange of three proteasomal subunits in human cells that result in alteration of the cleavage site preferences of the proteasome. The changes in activities probably lead to generation of peptides that terminate mostly with basic and hydrophobic residues, similar to the vast majority of known peptides presented on MHC class I molecules and bound to the T cell receptor. The ubiquitin system degrades, in a nondiscriminatory manner, both intracellular ("self") as well as foreign ("non-self") proteins such as viral proteins. Peptides from both populations are presented to CTLs, but those that are derived from "self" proteins do not elicit a T cell response. It can be hypothesized that aberrations in processing of these proteins may lead to presentation of differently cleaved "self" peptides that will be recognized now as "non-self". Presentation of "self" antigen as "non-self" can potentially underlie the pathogenesis of autoimmune diseases.

A wide array of immune and inflammatory disorders can also be caused by untoward activation of the immune system key transcription factor NF-κB. Activation of the factor stimulates transcription of many cytokines, adhesion molecules, inflammatory response and stress proteins, and immune system receptors. The factor is activated by the ubiquitin system via a two-step proteolytic mechanism: (a) limited processing of the precursor protein p105 to yield the active subunit p50, and (b) signal-induced phosphorylation and subsequent degradation of the inhibitor IκBα that enable translocation of the factor into the nucleus where it initiates specific transcriptional activity (recently reviewed in Refs. [94,95]). An interesting case in that respect involves mutations in NF-κB Essential Modifier (NEMO [96]). NEMO is an essential component in the signalling complex that contains also IκB kinases (IKKs) 1 and 2 that

A. Ciechanover, A.L. Schwartz / Biochimica et Biophysica Acta 1695 (2004) 3–17    11

phosphorylate IκB, a step necessary for its ubiquitination and degradation, and of the precursor proteins p100 and p105, which is necessary for their processing to the active subunits p50 and p52, respectively. Mutations in the protein lead to a series of diseases that affect the skin, among them Incontinentia Pigmenti (IP), hypohidrotic/anhidrotic extodermal dysplasia, but also, as expected, immune deficiency [97] (reviewed recently in Refs. [98,99]). IP is an X-linked dominant genodermatosis which is lethal in males. The mutation in NEMO results in undetectable NEMO protein and almost complete lack of active NF-κB skin. Hypohidrotic/anhidrotic ectodermal dysplasia (HED/EDA) is attributed to defects of at least three genes, but also involves defective NF-κB activation. Hypomorphic NEMO mutations have been found to cause anhidrotic ectodermal dysplasia with immunodeficiency (EDA-ID), while stop codon mutations cause a more severe phenotype that includes, in addition to EDA-ID, also osteopetrosis and lymphoedema (OL-EDA-ID). The immunological and infectious features observed in patients result from impaired NF-κB signalling, including cellular response to LPS and a variety of cytokines.

As described above, the HPV evolved a mechanism for proteolytic removal of p53 that enables continuous replication and propagation of the virus under conditions of DNA damage that normally would have ended with p53-induced apoptosis. Two other viruses evolved mechanisms that also utilize the ubiquitin system, here to escape immune surveillance. In one case, the Epstein–Barr Virus (EBV) Nuclear Antigen 1 (EBNA1) persists in healthy virus carriers for life, and is the only viral protein regularly detected in all EBV-associated malignancies, such as Burkitt's lymphoma. Unlike EBNAs 2–4 that are strong immunogens, EBNA1 is not processed and cannot elicit a CTL response. The persistence of EBNA1 contributes, most probably, to some of the pathologies caused by the virus. An interesting structural feature common to all EBNA1 proteins derived from different EBV strains is a relatively long and unusual Gly-Ala repeat at the N-terminal domain of the molecule. Transfer of a strong antigenic epitope from EBNA4 to EBNA1 prevented its presentation, while its insertion into an EBNA1 mutant that lacks the Gly-Ala repeat results in its presentation to the appropriate CTL. Similarly, insertion of the Gly-Ala repeat to EBNA4 inhibited CTL recognition of EBNA4-derived antigenic peptides. Thus, the Gly-Ala repeat constitutes a cis-acting element that inhibits antigen processing and subsequent presentation of potential antigenic epitopes. It has been shown that while EBNA4 is degraded in an ATP-, ubiquitin- and proteasome-dependent manner, EBNA1 is resistant to proteolysis. EBNA1 is degraded, however, by the ubiquitin/proteasome system if the Gly-Ala repeat is deleted. Thus, the evolution of the Gly-Ala repeat enabled the virus to evade proteolysis and subsequent presentation to the immune system [100] (reviewed recently in Ref. [101]). An additional interesting observation involves the pathobiology of the human Cytomegalovirus (CMV). The virus

genome encodes two endoplasmic reticulum (ER) resident proteins, US2 and US11, that down-regulate the expression of MHC class I heavy chain molecules. The MHC molecules are synthesized, transported to the ER where they are glycosylated, but shortly thereafter, in cells expressing US2 or US11, are transported back to the cytosol, de-glycosylated, and degraded by the proteasome following ubiquitination [102]. It appears that the viral products bind to the MHC molecules and escort/dislocate them to the translocation machinery where they are transported back into the cytosol. The detailed mechanism of action of the viral proteins is not known. They may diffuse laterally in the membrane and interact with the emerging nascent MHC chain, an interaction that does not allow insertion of the stop-transfer signal and proper anchoring of the molecule in the membrane. Alternatively, they may compete with binding of the ER chaperone BIP that may be necessary for proper folding of the MHC molecule. Alternatively, they may compete with MHC molecules on binding to the ER chaperone BIP, binding that maybe necessary for proper folding of the MHC molecules. In any event, the US2/11-induced proteolytic removal of the MHC molecules inhibits presentation of the viral antigenic peptides, thus enabling the virus to evade the immune system.

Thus, it appears that evolution of many viruses has involved intimate recognition with a variety of proteolytic processes. This enabled the evolution of viral mechanisms that enhance the function- via subversion of the normal proteolytic machinery- of the viral replication and propagation machinery.

### 1.5. Muscle wasting

The ubiquitin system plays major roles in pathophysiological processes in the muscle. Muscle degeneration that follows long-term immobilization, denervation, and severe catabolic states, such as occurs in sepsis and cancer-induced cachexia, leads to activation of the ubiquitin pathway and induction of many of its enzymatic components. This in turn results in massive degradation of muscle proteins [103–105]. Interestingly, it appears that N-end rule pathway plays an important role in stress-induced muscle proteolysis [106]. It is not clear how and via what mechanism(s) the major muscle proteins, actin and myosin, are converted into N-end rule pathway substrates, as clearly they are not native substrates of the pathway. Their conversion, if happens, must occur upstream to the entry point of the ubiquitin system. An important development in this area is the discovery of two, degeneration-induced ubiquitin ligases, Murf1 (Muscle RING Finger) and Murf2 [107]. Murf1 was discovered independently by another group and was designated Atrogin 1 [108]. It should be noted, however, that the substrates of these induced E3s have not been identified. Also, the nature of signalling mechanisms involved in regulating muscle hypertrophy and atrophy is

12    *A. Ciechanover, A.L. Schwartz / Biochimica et Biophysica Acta 1695 (2004) 3–17*

still obscure, and it appears that cytokines such as TNFα and IL-6 are not involved, at least not directly. It appears that Akt/mTOR (mammalian Target Of Rapamycin) signalling pathway is up-regulated during muscle hypertrophy and down-regulated during atrophy. In agreement with these findings, genetic activation of the Akt/mTOR pathway induced hypertrophy and prevented atrophy in vivo, while genetic blockade of this pathway inhibited hypertrophy [109].

## 1.6. Diseases associated with animal models

The utilization of animal models in which single genes along the ubiquitin–proteasome pathway are manipulated can be used as powerful tools to study the effects of such manipulations on the development and pathophysiology of the mature organism. They can also be used to study disease models and the activity of novel therapeutic modalities. Indeed, studies in the fruit fly *D. melanogaster* turned out to reproduce faithfully the pathologies observed in mammals in a variety of neurodegenerative disorders, such as PolyQ expansion diseases (reviewed recently in Ref. [110]). It will be impossible within the frame of this review to describe in a comprehensive manner all the animal models developed along the years to study the functions of the ubiquitin system. However, we shall highlight some of them.

Mutations in the *D. melanogaster*'s *Bendless* gene that codes for an E2 enzyme result in impairment in formation of neuronal networks, due most probably to a defect in neuronal guidance [111]. Inactivation of the fly's *Ariadne-1* that codes for a RING finger E3 results, in most cases, in embryonic lethality. The few survivors demonstrate a severe defect in the development of the central nervous system [112]. Targeting of the *Fat Facets* (*faf*) gene that codes for a deubiquitinating enzyme results in impaired development of the *Drosophila's* eye with increased number of omatidia [113].

In mammals, three interesting pathological states have been described that may also have implications for human diseases. Inactivation of HR6B, one of the mammalian homologues of Ubc2/Rad6, the E2 involved in DNA repair and in targeting "N-end rule" pathway and other protein substrates, leads to a single defect, male sterility, due to defects in spermatogenesis. The target substrate proteins may be histones, as their degradation is critical for postmeiotic chromatin remodeling that occurs during spermatogenesis [114]. Another interesting case is that of the *Itch* locus in mice that encodes an E3 enzyme [115]. Defects in the locus result in a variety of syndromes that affect the immune system. Some animals develop inflammatory disease of the large intestine. Others develop a fatal disease characterized by pulmonary interstitial inflammation and alveolar proteinosis, inflammation of the stomach and skin glands that results in severe and constant itching and scarring, and hyperplasia of the lymphoid and haematopoietic cells. Itch was reported recently to target the intracellular domain of the transcription factor Notch [116]. However, it is not clear whether accumulation and subsequent excessive transcriptional activity of Notch, which is due to inactivation of Itch, leads to the Itchy syndrome, or whether it is a different target protein of Itch that accumulates and leads to the observed phenotype. In a different case, mice were developed that lack Ntan1, the gene that codes for asparagine-specific N-terminal amidase. The enzyme hydrolyzes the amide group of N-terminal asparagine and converts it to aspartate, a strong N-end rule "destabilizing" residue. The aspartate residue is modified by origine and as a result, the protein is recognized by site I of E3α and is targeted for rapid ubiquitination and degradation. The Ntan1(−/−) mice were fertile and outwardly normal, but differed from their congenic wild-type counterparts in spontaneous activity, spatial memory, and a socially conditioned exploratory phenotype that has not been previously described with other mouse strains [117]. The inactivation of another N-end rule enzyme, Arg-tRNA-protein transferase, that mediates N-terminal arginylation of acidic N-termini and possibly of Cys, rendering them susceptible to recognition by E3α, leads to embryonal death with defects in heart development and in angiogenic remodeling of the early vascular plexus [118]. In both these cases, however, the target substrates have not been identified. A mutation in the *ax* gene that codes for a deubiquitinating enzyme (Usp14) in mice results in the development of a complex neuronal syndrome characterized by severe tremors at 2–3 weeks of age followed by hindlimb paralysis and death by 6–10 weeks [119]. Usp14 cannot process polyubiquitin, and its physiological substrate may contain a monoubiquitin side chain. Importantly, in contrast to other neurodegenerative disorders such as PD and SCAs in humans and GAD in mice, neither ubiquitin-positive protein aggregates nor neuronal cell loss is detectable in the central nervous system of *ax* mice. Instead, they display defects in synaptic transmission in both the central and peripheral nervous systems.

## 1.7. Drug development for targeting aberrant activity of the ubiquitin system

Because of the central role the ubiquitin system plays in such a broad array of basic cellular processes, development of drugs that modulate the activity of the system may be difficult. Inhibition of enzymes common to the entire pathway, such as E1 or the proteasome, may affect many processes nonspecifically, although a narrow window between beneficial effects and toxicity can be identified for a short-term treatment. Recent experimental evidence strongly suggests that proteasome inhibitors may indeed be beneficial in certain pathologies, such as in cancer [120], asthma [121], brain infarct [122], and autoimmune encephalomyelitis [123]. As a matter of fact, for multiple myeloma, a malignancy of the immune plasma cells, a specific proteasome inhibitor [Bortezomib; PS341] was approved for use in patients [124–126]. In malignancies,

A. Ciechanover, A.L. Schwartz / Biochimica et Biophysica Acta 1695 (2004) 3–17     13

the drugs may act via inhibition of degradation of different cell cycle inhibitors or via inhibition of the anti-apoptotic transcriptional regulator NF-κB, whereas in neuroprotection they may act via inhibiting activation of NF-κB, which in this case elicits the inflammatory response. In autoimmune diseases, they may act by inhibiting presentation of "self" peptides, but also by interfering with signal transduction along cellular immune cascades. A completely different approach to drug development can be the development of small molecules that bind and inhibit specific E3s. For example, specific phospho-peptide derivatives that span the phosphorylation targeting domains in different substrates can serve as "baits" to the respective E3s [127,128]. This approach can turn, however, into a double-edged sword. In the case of p27 and IκBα, where phosphorylation destabilizes negative regulators, inhibition of the E3 can control dysregulated cell cycle and decrease untoward activity of the immune system. Thus, compounds that exert such activity can be thought of as potential drugs for the treatment of certain forms of malignancies and uncontrolled inflammatory states, respectively. However, the similarity between the phosphorylation sites of IκBα and β-catenin may also lead to stabilization of β-catenin, which is a transcriptional activator, and its excessive transcriptional activity can result in malignant transformation of benign cells. A better approach may be the development of small molecules that are substrate-specific and bind, preferably, to specific substrates or to their ancillary proteins rather then to an E3. When accelerated degradation of a tumor suppressor results in sensitization of cells to malignant transformation, selective inhibition of the recognition machinery can potentially reverse the malignant phenotype. Peptides that bind specifically to HPV-E6, and prevent its association with p53, may interfere with p53 targeting. Such peptides were able to induce p53 in HPV-transformed cells with subsequent reversal of certain malignant characteristics or induction of apoptosis [129]. Treatment directed at increasing the level of p27$^{Kip1}$ resulted in regression of the malignant phenotype in experimental models. While it is not clear that via the ubiquitin system, IL-6 [130] and phenylacetate [131], for example, lead to G1 arrest by increasing the level of p27.

## Acknowledgements

Research in the laboratory of A.C. is supported by grants from The Prostate Cancer Foundation (PCF)-Israel - Centers of Excellence Program, the Israel Science Foundation founded by the Israeli Academy of Sciences and Humanities - Centers of Excellence Program, the German–Israeli Project Cooperation (DIP), a Professorship funded by the Israel Cancer Research Fund (ICRF) Professorship, and the Foundation for Promotion of Research in the Technion. Infrastructural equipment was purchased with support of the Wolfson Charitable Fund Center of Excellence for studies on *Turnover of Cellular Proteins and its Implications to Human Diseases*. Research in the laboratory of A.L.S. is supported by the NIH.

## References

[1] M. Scheffner, B.A. Werness, J.M. Huibregtse, L. Levine, P.M. Howley, The E6 oncoprotein encoded by human papillomavirus types 16 and 18 promotes the degradation of p53, Cell 63 (1990) 1129–1136.

[2] M. Scheffner, J.M. Huibregtse, R.D. Vierstra, P.M. Howley, The HPV-16 E6 and E6-AP complex functions as a ubiquitin-protein ligase in the ubiquitination of p53, Cell 75 (1993) 495–505.

[3] M. Scheffner, N.J. Whitaker, Human papillomavirus-induced carcinogenesis and the ubiquitin–proteasome system, Semin. Cancer Biol. 13 (2003) 59–67.

[4] R. Simon, K. Struckmann, P. Schraml, U. Wagner, T. Forster, T.H. Moch, A. Fijan, J. Bruderer, K. Wilber, M.J. Mihatsch, T. Gasser, G. Sauter, Amplification pattern of 12q13-q15 genes (MDM2 CDK4, GLI) in urinary bladder cancer, Oncogene 21 (2002) 2476–2483.

[5] D. Michael, M. Oren, The p53-Mdm2 module and the ubiquitin system, Semin. Cancer Biol. 13 (2003) 49–58.

[6] J. Bloom, M. Pagano, Deregulated degradation of the cdk inhibitor p27 and malignant transformation, Semin. Cancer Biol. 13 (2003) 41–47.

[7] G. Viglietto, A. Fusco, Understanding p27$^{Kip1}$ deregulation in cancer: down-regulation or mislocalization? Cell Cycle 1 (2002) 394–400.

[8] C. Sherr, J. Roberts, Cdk inhibitors: Positive and negative regulators of G1-phase progression, Genes Dev. 13 (1999) 1501–1514.

[9] M. Gstaiger, R. Jordan, M. Lim, C. Catzavelos, J. Mestan, J. Slingerland, W. Krek, Skp2 is oncogenic and overexpressed in human cancers, Proc. Natl. Acad. Sci. U. S. A. 98 (2001) 5043–5048.

[10] R.H. Giles, J.H. van Es, H. Clevers, Caught up in a Wnt storm: Wnt signaling in cancer, Biochim. Biophys. Acta 1653 (2003) 1–24.

[11] M. Kitagawa, S. Hatakeyama, M. Shirane, M. Matsumoto, N. Ishida, K. Hattori, I. Nakamichi, A. Kikuchi, K. Nakayama, K. Nakayama, An F-box protein, FWD1, mediates ubiquitin-dependent proteolysis of β-catenin, EMBO J. 18 (1999) 2401–2410.

[12] B. Rubinfeld, P. Robbins, M. El-gamil, I. Albert, E. Porfiri, P. Polakis, Stabilization of β-catenin by genetic defects in melanoma cell lines, Science 275 (1997) 1790–1792.

[13] S. Amit, A. Hatzubai, Y. Birman, J.S. Andersen, E. Ben-Shushan, M. Mann, Y. Ben-Neriah, I. Alkalay, Axin-mediated CKI phosphorylation of β-catenin at Ser 45: A molecular switch for the Wnt pathway, Genes Dev. 16 (2002) 1066–1079.

[14] M. Treier, L.M. Staszewski, D. Bohmann, Ubiquitin-dependent c-Jun degradation in vivo is mediated by the δ domain, Cell 78 (1994) 787–798.

[15] C.W. Pugh, P.J. Ratcliffe, Semin. The von Hippel–Lindau tumor suppressor, hypoxia-inducible factor-1 (HIF-1) degradation and cancer pathogenesis, Semin. Cancer Biol. 13 (2003) 83–89.

[16] M. Ivan, W.G. Kaelin, The von Hippel–Lindau tumor suppressor protein, Genes Dev. 11 (2001) 27–34.

[17] J. Lisztwan, G. Imbert, C. Wirbelauer, M. Gstaiger, W. Krek, The von Hippel–Lindau tumor suppressor protein is a component of an E3 ubiquitin-protein ligase activity, Genes Dev. 13 (1999) 1822–1833.

[18] K. Iwai, K.K. Yamanaka, T. Kamura, N. Minato, R.C. Conaway, J.W. Conaway, R.D. Klausner, A. Pause, Identification of the von Hippel–Lindau tumor-suppressor protein as part of an active E3 ubiquitin ligase complex, Proc. Natl. Acad. Sci. U. S. A. 96 (1999) 12436–12441.

[19] P.H. Maxwell, M.S. Wiesener, G.W. Chang, S.C. Clifford, E.G. Vaux, M.E. Cockman, C.C. Wykoff, C.W. Pugh, E.R. Maher, P.J.

Ratcliffe, The tumour suppressor protein VHL targets hypoxia-inducible factors for oxygen-dependent proteolysis, Nature 399 (1999) 271–275.

[20] T. Kamura, D.M. Koepp, M.N. Conrad, D. Skowyra, R.J. Moreland, O. Ilipoulos, W.S. Lane, W.G. Kaelin Jr., S.J. Elledge, R.C. Conaway, J.W. Harper, J.W. Conaway, Rbx1, a component of the VHL tumor suppressor complex and SCF ubiquitin ligase, Science 284 (1999) 657–661.

[21] M. Ivan, K. Kondo, H. Yang, W. Kim, J. Valiando, M. Ohh, A. Salic, J.M. Asara, W.S. Lane, W.G. Kaelin Jr., HIF-ō targeted for VHL-mediated destruction by proline hydroxylation: implications for O₂ sensing, Science 292 (2001) 464–468.

[22] P. Jaakola, D.R. Mole, Y.-M. Tian, M.J. Wilson, J. Gielbert, S.J. Gaskell, A. von Kriegsheim, H.F. Hebestreit, M. Mukherji, C.J. Schofield, P.H. Maxwell, C.W. Pugh, P.J. Ratkliffe, Targeting of HIF-α to the von Hippel–Lindau ubiquitylation complex by O₂-regulated prolyl hydroxylation, Science 292 (2001) 468–472.

[23] R.K. Bruick, S.L. McKnight, A conserved family of prolyl-4-hydroxylases that modify HIF, Science 294 (2001) 1337–1340.

[24] A. Hergovich, J. Lisztwan, R. Barry, P. Ballschmieter, W. Krek, Regulation of microtubule stability by the von Hippel–Lindau tumor suppressor protein pVHL, Nat. Cell Biol. 5 (2003) 64–70.

[25] C.A. Joazeiro, S.S. Wing, H. Huang, J.D. Leverson, T. Hunter, Y.C. Liu, The tyrosine kinase negative regulator c-Cbl as a RING-type E2-dependent ubiquitin-protein ligase, Science 286 (1999) 309–312.

[26] G. Levkowitz, H. Waterman, E. Zamir, Z. Kam, S. Oved, W.Y. Landon, L. Beguinot, B. Geiger, Y. Yarden, c-Cbl regulates endocytic sorting and ubiquitination of the epidermal growth factor receptor, Genes Dev. 12 (1998) 3663–3674.

[27] P. Soubeyran, K. Kowanetz, I. Szymkiewicz, W.Y. Langdon, I. Dikic, Cbl–CIN85–endophilin complex mediates ligand-induced down-regulation of EGF receptors, Nature 416 (2002) 183–187.

[28] K. Shtiegman, Y. Yarden, The role of ubiquitination in signaling by growth factors: Implications to cancer, Semin. Cancer Biol. 13 (2003) 29–40.

[29] D.J. Katzmann, M. Babst, S.D. Emr, Ubiquitin-dependent sorting into the multivesicular body pathway requires the function of the conserved endosomal protein sorting complex, ESCRT-I, Cell 106 (2001) 145–155.

[30] P.S. Lee, Y. Wang, M.G. Dominguez, Y.G. Yeung, M.A. Murphy, D. D. Bowtell, E.R. Stanley, The Cbl proto-oncoprotein stimulates CSF-1 receptor multiubiquitination and endocytosis and attenuates macrophage proliferation, EMBO J. 18 (1999) 3616–3618.

[31] Y. Fujita, G. Krause, M. Scheffner, D. Zechner, H.E.M. Leddy, J. Behrens, T. Sommer, W. Birchmeier, Hakai, a c-Cbl-like protein, ubiquitinates and induces endocytosis of the E-cadherin complex, Nat. Cell Biol. 4 (2002) 222–231.

[32] F.R. Papa, M. Hochstrasser, The yeast *DOA4* gene encodes a deubiquitinating enzyme related to a product of the tre-2 oncogene, Nature 366 (1993) 313–319.

[33] D.A. Gray, J. Inazawa, K. Gupta, A. Wong, R. Ueda, T. Takahashi, Elevated expression of Unph, a proto-oncogene at 3p21.3, in human lung tumors, Oncogene 10 (1995) 2179–2183.

[34] C.A. Gilchrist, R.T. Baker, Characterization of the UBP activity of the mouse/human Unp/Unph oncoprotein, Biochim. Biophys. Acta 1481 (2000) 297–309.

[35] A. Kovalenko, C. Chable-Bessia, G. Cantarella, A. Israël, D. Wallach, G. Courtois, The tumour suppressor CYLD negatively regulates NF-κB signalling by deubiquitination, Nature 424 (2003) 801–805.

[36] G.R. Bignell, W. Warren, S. Seal, M. Takahashi, E. Rapley, R. Barfoot, H. Green, C. Brown, P.J. Biggs, S.R. Lakhani, C. Jones, J. Hansen, E. Blair, B. Hofmann, R. Siebert, G. Turner, D.G. Evans, C. Schrander-Stumpel, F.A. Beemer, A. van Den Ouweland, D. Halley, B. Delpech, M.G. Cleveland, I. Leigh, J. Leisti, S. Rasmussen, Identification of the familial cylindromatosis tumour-suppressor gene, Nat. Genet. 25 (2000) 160–165.

[37] K.L. Lorrick, J.P. Jensen, S. Fang, M. Ong, S. Hatakayama, A.M. Weissman, RING fingers mediate ubiquitin-conjugating enzyme (E2)-dependent ubiquitination, Proc. Natl. Acad. Sci. U. S. A. 96 (1999) 11364–11369.

[38] A. Chen, F.E. Kleiman, J.L. Manley, T. Ouchi, Z.Q. Pan, Autoubiquitination of the BRCA1–BARD1 RING ubiquitin ligase, J. Biol. Chem. 277 (2002) 22085–22092.

[39] C.A. Joazeiro, A.M. Weissman, RING finger proteins: Mediators of ubiquitin ligase activity, Cell 102 (2000) 549–552.

[40] D.L. Mallery, C.J. Vandenberg, K. Hiom, Activation of the E3 ligase function of the BRCA1/BARD1 complex by polyubiquitin chains, EMBO J. 21 (2002) 6755–6762.

[41] R. Hashizume, M. Fukuda, I. Maeda, H. Nishikawa, D. Oyake, Y. Yabuki, F. Ogata, T. Ohta, The RING heterodimer BRCA1–BARD1 is a ubiquitin ligase inactivated by a breast cancer-derived mutation, J. Biol. Chem. 276 (2001) 14537–14540.

[42] R. Baer, T. Ludwig, The BRCA1/BARD1 heterodimer, a tumor suppressor complex with ubiquitin E3 ligase activity, Curr. Opin. Genet. Dev. 12 (2002) 86–91.

[43] I. Garcia-Higuera, T. Taniguchi, S. Ganesan, M.S. Meyn, C. Timmers, J. Hejna, M. Grompe, A.D. D'Andrea, Mol. Cell 7 (2001) 249–262.

[44] C.J. Vandenberg, F. Gergely, C.Y. Ong, P. Pace, D.L. Mallery, K. Hiom, K.J. Patel, BRCA1-independent ubiquitination of FANCD2, Mol. Cell 12 (2003) 247–254.

[45] R.C. Gregory, RT. Taniguchi, A.D. D'Andrea, Regulation of the Fanconi anemia pathway by monoubiquitination, Semin. Cancer Biol. 13 (2003) 77–82.

[46] D. Rotin, Regulation of the epithelial sodium channel (ENaC) by accessory proteins, Curr. Opin. Nephrol. Hypertens. 9 (2000) 529–534.

[47] C. Debonneville, S.Y. Flores, E. Kamynina, PJ. Plant, C. Tauxe, M.A. Thomas, C. Munster, A. Chraibi, J.H. Pratt, J.D. Horisberger, D. Pearce, J. Loffing, O. Staub, Phosphorylation of Nedd4-2 by Sgk1 regulates epithelial Na(+) channel cell surface expression, EMBO J. 20 (2001) 7052–7059.

[48] R.R. Kopito, Biosynthesis and degradation of CFTR, Physiol. Rev. 79 (1999) S167–S173.

[49] R.J. Kaufman, Orchestrating the unfolded protein response in health and disease, J. Clin. Invest. 100 (2002) 1389–1398.

[50] G.M. Roomans, Pharmacological treatment of the ion transport defect in cystic fibrosis, Expert Opin. Investig. Drugs 10 (2001) 1–19.

[51] J.A. Johnston, M.J. Dalton, M.E. Gruney, R.R. Kopito, Formation of high molecular weight complexes of mutant Cu-Zn superoxide dismutase in a mouse model for familial amyotrophic lateral sclerosis, Proc. Natl. Acad. Sci. U. S. A. 97 (2000) 12571–12576.

[52] J.A. Johnston, C.L. Ward, R.R. Kopito, Aggresomes: a cellular response to misfolded proteins, J. Cell Biol. 143 (1998) 1883–1898.

[53] R.P. Fabunmi, WC. Wigley, P.J. Thomas, G.N. DeMartino, Activity and regulation of the centrosome-associated proteasome, J. Biol. Chem. 275 (2000) 409–413.

[54] N.F. Bence, R.M. Sampat, R.R. Kopito, Impairment of the ubiquitin system by protein aggregation, Science 292 (2001) 1552–1555.

[55] T. Kitada, S. Asakawa, N. Hattori, H. Matsumine, Y. Yamamura, S. Minoshima, M. Yokochi, Y. Mizuno, N. Shimizu, Mutations in the Parkin gene cause autosomal recessive juvenile parkinsonism, Nature 392 (1998) 605–608.

[56] H. Shimura, N. Hattori, S.I. Kubo, Y. Mizuno, S. Asakawa, S. Minoshima, N. Shimizu, K. Iwai, T. Chiba, K. Tanaka, T. Suzuki, Familial Parkinson disease gene product, Parkin, is a ubiquitin-protein ligase, Nat. Genet. 25 (2000) 302–305.

[57] Y. Zhang, J. Gao, K.K. Chung, H. Huang, V.L. Dawson, T.M. Dawson, Parkin functions as an E2-dependent ubiquitin-protein ligase and promotes the degradation of the synaptic vesicle-associated protein, CDCrel-1, Proc. Natl. Acad. Sci. U. S. A. 97 (2000) 13354–13359.

[58] C.L. Beites, H. Xie, R. Bowser, W.S. Trimble, The septin CDCrel-1 binds syntaxin and inhibits exocytosis, Nat. Neurosci. 5 (1999) 434–439.

[59] Y. Imai, M. Soda, H. Inoue, N. Hattori, Y. Mizuno, R. Takahashi, An unfolded putative transmembrane polypeptide which can lead to endoplasmic reticulum stress, is a substrate of Parkin, Cell 105 (2001) 891–902.

[60] Y. Yang, I. Nishimura, Y. Imai, R. Takahashi, B. Lu, Parkin suppresses dopaminergic neuron-selective neurotoxicity induced by Pael-R in Drosophila, Neuron 37 (2003) 911–924.

[61] H. Shimura, M.G. Schlossmacher, M. Hattori, M.P. Frosch, A. Trockenbacher, R. Schneider, Y. Mizuno, K.S. Kosik, D.J. Selkoe, Ubiquitination of a new form of α-synuclein by Parkin from human brain: Implications for Parkinson's disease, Science 293 (2001) 263–269.

[62] K.K. Chung, Y. Zhang, K.L. Lim, Y. Tanaka, H. Huang, J. Gao, C.A. Ross, V.L. Dawson, T.M. Dawson, Parkin ubiquitinates the α-synuclein-interacting protein, synphilin-1: Implications for Lewy body formation in Parkinson's Disease, Nat. Med. 10 (2001) 1144–1150.

[63] D.P. Huynh, D.R. Scoles, T.H. Ho, M.R. Del Bigio, S.M. Pulst, Parkin is associated with actin filaments in neuronal and non-neuronal cells, Ann. Neurol. 48 (2000) 737–744.

[64] E. Leroy, R. Boyer, G. Auburger, B. Leube, G. Ulm, E. Mezey, G. Harta, M.J. Brownstein, S. Jonnalagada, T. Chernova, A. Dehejia, C. Lavedan, T. Gasser, P.J. Steinbach, K.D. Wilkinson, M.H. Polymeropoulos, The ubiquitin pathway in Parkinson's disease, Nature 395 (1998) 451–452.

[65] K. Saigoh, Y.L. Wang, J.G. Suh, T. Yamanishi, Y. Sakai, H. Kiyosawa, T. Harada, N. Ichihara, S. Wakana, T. Kikuchi, K. Wada, Intragenic deletion in the gene encoding ubiquitin carboxy-terminal hydrolase in gad mice, Nat. Genet. 23 (1999) 47–51.

[66] Y. Liu, L. Fallon, H.A. Lashuel, Z. Liu, P.T. Lansbury, The UCH-L1 gene encodes two opposing enzymatic activities that affect α-synuclein degradation and Parkinson's disease susceptibility, Cell 111 (2002) 209–218.

[67] M. Koegl, T. Hoppe, S. Schlenker, H.D. Ulrich, T.U. Mayer, S. Jentsch, A novel ubiquitination factor, E4, is involved in multi-ubiquitin chain assembly, Cell 96 (1999) 635–644.

[68] K.K. Dev, K. Hofele, S. Barbieri, V. Buchman, H. van der Putten, α-synuclein and its pathophysiological role in neurodegenerative disease, Neuropharmacology 45 (2003) 14–44.

[69] M. Lee, D. Hyun, B. Halliwell, P. Jenner, Effect of the over-expression of the wild-type or mutant α-synuclein on cell susceptibility to insult, J. Neurochem. 76 (2001) 998–1009.

[70] L. Petrucelli, C. O'Farrell, P.J. Lockhart, M. Baptista, K. Kehoe, L. Vink, P. Choi, B. Wolozin, M. Farrer, J. Hardy, M.R. Cookson, Parkin protects against the toxicity associated with mutant α-synuclein: Proteasome dysfunction selectively affects catecholaminergic neurons, Neuron 36 (2002) 1007–1019.

[71] J. Xu, S.Y. Kao, F.J. Lee, W. Song, L.W. Jin, B.A. Yanker, Dopamine-dependent neurotoxicity of α-synuclein: A mechanism for selective neurodegeneration in Parkinson Disease, Nat. Med. 8 (2002) 600–606.

[72] H. Snyder, K. Mensah, C. Theisler, J. Lee, A. Matouschek, B. Wolozin, Aggregated and monomeric α-synuclein bind to the S6′ proteasomal protein and inhibit proteasomal function, J. Biol. Chem. 278 (2003) 11753–11759.

[73] M.C. Bennett, J.F. Bishop, Y. Leng, P.B. Chock, T.N. Chase, M.M. Mouradian, Degradation of α-synuclein by proteasome, J. Biol. Chem. 274 (1999) 33855–33858.

[74] T.W. Kim, W.H. Pettingell, O.G. Hallmark, R.D. Moir, W. Wasco, R.E. Tanzi, Endoproteolytic cleavage and proteasomal degradation of Presenilin 2 in transfected cells, J. Biol. Chem. 272 (1997) 11006–11010.

[75] H. Steiner, A. Capell, B. Pesold, M. Citron, P.M. Kloetzel, D.J. Selkoe, H. Romig, K. Mendla, C. Haass, Expression of Alzheimer's Disease-

associated Presenilin-1 is controlled by proteolytic degradation and complex formation, J. Biol. Chem. 273 (1998) 32322–32331.

[76] J.H. Li, A.M. Pauley, R.L. Myers, R.Q. Shuang, J.R. Brashler, R.Q. Yan, A.E. Buhl, C. Ruble, M.E. Gurney, SEL-10 interacts with Presenilin 1, facilitates its ubiquitination, and alters Aβ peptide production, J. Neurochem. 82 (2002) 1540–1548.

[77] F.W. van Leeuwen, D.P. de Kleijn, H.H. van den Hurk, A. Neubauer, M.A. Sonnemans, J.A. Sluijs, S. Koycu, R.D.J. Ramdjielal, A. Salehi, G.J.M. Martens, F.G. Grosveld, J. Peter, H. Burbach, E.M. Hol, Frameshift mutants of β-amyloid precursor protein and ubiquitin-B in Alzheimer's and Down patients, Science 279 (1998) 242–247.

[78] Y.A. Lam, C.M. Pickart, A. Alban, M. Landon, C. Jamieson, R. Ramage, R.J. Mayer, R. Layfield, Inhibition of the ubiquitin–proteasome system in Alzheimer's disease, Proc. Natl. Acad. Sci. U. S. A. 97 (2000) 9902–9906.

[79] K. Lindsten, L. Verhoef, M.G. Masucci, N. Dantuma, F.M.S. de Vrij, D.F. Fischer, F.W. van Leeuwen, E.M. Hol, Mutant ubiquitin found in neurodegenerative disorders is a ubiquitin fusion degradation substrate that blocks proteasomal degradation, Neurobiol. Aging 23 (2002) 1888.

[80] F. Bardag-Gorce, F.W. van Leeuwen, V. Nguyen, B.A. French, J. Li, N. Riley, L.W. McPhaul, Y.H. Lue, S.W. French, The role of the ubiquitin–proteasome pathway in the formation of Mallory bodies, Exp. Mol. Pathol. 73 (2002) 75–83.

[81] J. Fergusson, M. Landon, J. Lowe, L. Ward, F.W. van Leeuwen, R.J. Mayer, Neurofibrillary tangles in progressive supranuclear palsy brains exhibit immunoreactivity to frameshift mutant ubiquitin-B protein, Neurosci. Lett. 279 (2000) 69–72.

[82] A.P. Lieberman, K.H. Fischbeck, Triplet repeat expansion in neuromuscular disease, Muscle Nerve 23 (2000) 843–850.

[83] C.A. Ross, Polyglutamine pathogenesis: Emergence of unifying mechanisms for Huntington's disease and related disorders, Neuron 35 (2002) 819–822.

[84] A.R. La Spada, J.P. Taylor, Polyglutamines placed into context, Neuron 38 (2003) 681–684.

[85] A. Alves-Rodrigues, L. Gregori, M.E. Figueiredo-Pereira, Ubiquitin, cellular inclusions, and their role in neurodegeneration, Trends Neurosci. 21 (1998) 516–520.

[86] M.Y. Sherman, A.L. Goldberg, Cellular defense mechanisms against unfolded proteins: A cell biologist thinks about neurodegenerative diseases, Neuron 29 (2001) 15–32.

[87] M.A. Kalchman, R.K. Graham, G. Xia, H.B. Koide, J.G. Hodgson, K.C. Graham, Y.P. Goldberg, R.D. Gietz, C.M. Pickart, M.R. Hayden, Huntingtin is ubiquitinated and interacts with a specific ubiquitin-conjugating enzyme, J. Biol. Chem. 271 (1996) 19385–19394.

[88] C.J. Cummings, E. Reinstein, Y. Sun, B. Antalffy, Y. Jiang, A. Ciechanover, H.T. Orr, A.L. Beaudet, H.Y. Zoghbi, Mutation of the E6-AP ubiquitin ligase reduces nuclear inclusion frequency while accelerating polyglutamine-induced pathology in SCA mice, Neuron 4 (1999) 879–892.

[89] T. Kishino, M. Lalande, J. Wagstaff, UBE3A/E6-AP mutations cause Angelman syndrome, Nat. Genet. 15 (1997) 70–73.

[90] L.A. Laan, A. van Haeringen, O.F. Brouwer, Angelman syndrome: A review of clinical and genetic aspects, Clin. Neurol. Neurosurg. 101 (1999) 161–170.

[91] U. Albrecht, J.S. Sutcliffe, B.M. Cattanach, C.V. Beechey, D. Armstrong, G. Eichele, A.L. Beaudet, Imprinted expression of the murine Angelman syndrome gene, Ube3a, in hippocampal and Purkinje neurons, Nat. Genet. 17 (1997) 75–78.

[92] K.L. Rock, A.L. Goldberg, Degradation of cell proteins and the generation of MHC class I-presented peptides, Annu. Rev. Immunol. 17 (1999) 739–779.

[93] P.M. Kloetzel, Antigen processing by the proteasome, Nat. Rev., Mol. Cell Biol. 2 (2001) 179–187.

[94] M. Karin, Y. Ben-Neriah, Phosphorylation meets ubiquitination: The control of NF-κB activity, Annu. Rev. Immunol. 18 (2000) 621–663.

*A. Ciechanover, A.L. Schwartz / Biochimica et Biophysica Acta 1695 (2004) 3–17*

[95] D.R. Green, Death and NF-κB in T cell activation: Life at the edge, Mol. Cell 11 (2003) 551–552.

[96] S. Yamaoka, G. Courtois, C. Bessia, S.T. Whiteside, R. Weil, F. Agou, H.E. Kirk, R.J. Kay, A. Israël, A. Complementation cloning of NEMO, a component of the IκB kinase complex essential for NF-κB activation, Cell 93 (1998) 1231–1240.

[97] R. Doffinger, A. Smahi, C. Bessia, F. Geissmann, J. Feinberg, A. Durandy, C. Bodemer, S. Kenwrick, S. Dupuis-Girod, S. Blanche, P. Wood, S.H. Rabia, D.J. Headon, P.A. Overbeek, F. Le Deist, S.M. Holland, K. Belani, D.S. Kumararatne, A. Fischer, R. Shapiro, M.E. Conley, E. Reimund, H. Kalhoff, M. Abinun, A. Munnich, A. Israël, G. Courtois, J.L. Casanova, X-linked Anhidrotic Ectodermal Dysplasia with immunodeficiency is caused by impaired NF-κB signaling, Nat. Genet. 27 (2001) 277–285.

[98] A. Smahi, G. Courtois, S.H. Rabia, R. Doffinger, C. Bodemer, A. Munnich, J.L. Casanova, A. Israël, The NF-κB signalling pathway in human diseases: From Incontinentia Pigmenti to Ectodermal Dysplasias and immune-deficiency syndromes, Mol. Genet. 11 (2002) 2371–2375.

[99] G. Courtois, A. Israël, NF-ö⊠B defects in humans: The NEMO/ Incontinentia Pigmenti connection, Sci. STKE 14 (2000) http:// www.STKE.org/cgi/content/full/OC_sigtrans;2000/58/rel.

[100] J. Levitskaya, M. Coram, V. Levitsky, S. Imreh, P.M. Steigerwald-Mullen, G. Klein, M.G. Kurilla, M.G. Masucci, Inhibition of antigen processing by the internal repeat region of the Epstein–Barr virus nuclear antigen-1, Nature 375 (1995) 685–688.

[101] N.P. Dantuma, M.G. Masucci, The ubiquitin/proteasome system in Epstein–Barr virus latency and associated malignancies, Semin. Cancer Biol. 13 (2003) 69–76.

[102] C.E. Shamu, C.M. Story, T.A. Rapoport, H.L. Ploegh, The pathway of US11-dependent degradation of MHC class I heavy chains involves a ubiquitin-conjugated intermediate, J. Cell Biol. 147 (1999) 45–58.

[103] W.E. Mitch, A.L. Goldberg, Mechanisms of muscle wasting. The role of the ubiquitin–proteasome pathway, New Engl. J. Med. 335 (1996) 1897–1905.

[104] S.H. Lecker, V. Solomon, W.E. Mitch, A.L. Goldberg, Muscle protein breakdown and the critical role of the ubiquitin–proteasome pathway in normal and disease states, J. Nutr. 129 (1999) 227S–237S.

[105] R.T. Jagoe, A.L. Goldberg, What do we really know about the ubiquitin–proteasome pathway in muscle atrophy? Curr. Opin. Clin. Nutr. Metab. Care 4 (2001) 183–190.

[106] V. Solomon, V. Baracos, P. Sarraf, A.L. Goldberg, Rates of ubiquitin conjugation increase when muscles atrophy, largely through activation of the N-end rule pathway, Proc. Natl. Acad. Sci. U. S. A.. 95 (1998) 12602–12607.

[107] F.J. Panaro, E. Na, K. Dharmarajan, Z.Q. Pan, D.M. Valenzuela, T.M. DeChiara, T.N. Stitt, G.D. Yancopoulos, D.J. Glass, Identification of ubiquitin ligases required for skeletal muscle atrophy, Science 294 (2001) 1704–1708.

[108] M.D. Gomes, S.H. Lecker, R.T. Jagoe, A. Navon, A.L. Goldberg, Atrogin-1, a muscle-specific F-box protein highly expressed during muscle atrophy, Proc. Natl. Acad. Sci. U. S. A. 98 (2001) 14440–14445.

[109] S.C. Bodine, T.N. Stitt, M. Gonzalez, W.O. Kline, G.L. Stover, R. Bauerlein, E. Zlotchenko, A. Scrimgeour, J.C. Lawrence, D.J. Glass, GD. Yancopoulos, Akt/mTOR pathway is a crucial regulator of skeletal muscle hypertrophy and can prevent atrophy in vivo, Nat. Cell Biol. 3 (2001) 1014–1019.

[110] J.M. Shulman, L.M. Shulman, W.J. Feany, M.B. Feany, From fruit fly to bedside: translating lessons from *Drosophila* models of neurodegenerative disease, Curr. Opin. Neurol. 16 (2003) 443–449.

[111] M.G. Muralidhar, J.B. Thomas, The *Drosophila* Bendless gene encodes a neural protein related to ubiquitin-conjugating enzymes, Neuron 11 (1993) 253–266.

[112] M. Aguilera, M. Oliveros, M. Martinez-Padron, J.A. Barbas, A. Ferrus, Ariadne-1: a vital drosophila gene is required in development

[113] Z. Wu, Q. Li, M.E. Fortini, J.A. Fischer, Genetic analysis of the role of the drosophila fat facets gene in the ubiquitin pathway, Dev. Genet. 25 (1999) 312–320.

[114] H.P. Roest, J. van Klaveren, J. de Wit, C.G. van Gurp, M.H. Koken, M. Vermey, J.H. van Roijen, J.W. Hoogerbrugge, J.T. Vreeburg, M. Baarends, D. Bootsma, J.A. Grootegoed, J.H. Hoeijmakers, Inactivation of the HR6B ubiquitin-conjugating DNA repair enzyme in mice causes male sterility associated with chromatin modification, Cell 86 (1996) 799–810.

[115] W.L. Perry, C.M. Hustad, D.A. Swing, N. O'Sullivan, N.A. Jenkins, N.G Copeland, The itchy locus encodes a novel ubiquitin-protein ligase that is disrupted in a18H mice, Nat. Genet. 18 (1998) 143–146.

[116] L. Qiu, C. Joazeiro, N. Fang, H.Y. Wang, C. Elly, Y. Altman, D. Fang, T. Hunter, Y.C. Liu, Recognition and ubiquitination of Notch by Itch, a hect-type E3 ubiquitin ligase, J. Biol. Chem. 275 (2000) 35734–35737.

[117] Y.T. Kwon, S.A. Balogh, I.V. Davydov, A.S. Kashina, J.K. Yoon, Y. Xie, A. Gaur, L. Hyde, V.H. Denenberg, A. Varshavsky, Altered activity, social behavior, and spatial memory in mice lacking the NTAN1p amidase and the asparagine branch of the N-end rule pathway, Mol. Cell. Biol. 20 (2000) 4135–4148.

[118] Y.T. Kwon, A.S. Kashina, I.V. Davydov, R.G. Hu, J.Y. An, J.W. Seo, F. Du, A. Varshavsky, An essential role of N-terminal arginylation in cardiovascular development, Science 297 (2002) 96–99.

[119] S.M. Wilson, B. Bhattacharyya, R.A. Rachel, V. Coppola, L. Tessarollo, D.B. Householder, C.F. Fletcher, R.J. Miller, N.G. Copeland, N.A. Jenkins, Synaptic defects in ataxia mice result from a mutation in Usp14, encoding a ubiquitin-specific protease, Nat. Genet. 32 (2002) 420–425.

[120] J. Golab, T. Stoklosa, A. Czajka, A. Dabrowska, M. Jakobisiak, R. Zagozdzon, C. Wojcik, M. Marczak, S. Wilk, Synergistic antitumor effects of a selective proteasome inhibitor and TNF in mice, Anticancer Res. 20 (2000) 1717–1721.

[121] P.J. Elliott, C.S. Pien, T.A. McCormack, I.D. Chapman, J. Adams, Proteasome inhibition: A novel mechanism to combat asthma, J. Allergy Clin. Immunol. 104 (1999) 294–300.

[122] J.B. Phillips, A.J. Williams, J. Adams, P.J. Elliott, F.C. Tortella, Proteasome inhibitor PS519 reduces infarction and attenuates leukocyte infiltration in a rat model of focal cerebral ischemia, Stroke 31 (2000) 1686–1693.

[123] C.L. Vanderlugt, S.M. Rahbe, P.J. Elliott, M.C. Dal-Canto, S.D. Miller, Treatment of established relapsing experimental autoimmune encephalomyelitis with the proteasome inhibitor PS-519, J. Autoimmun. 14 (2000) 205–211.

[124] R. Twombly, First proteasome inhibitor approved for multiple myeloma, J. Natl. Cancer Inst. 95 (2003) 845.

[125] J. Adams, Potential for proteasome inhibition in the treatment of cancer, Drug Discov. Today 8 (2003) 307–315.

[126] P.G. Richardson, B. Barlogie, J. Berenson, S. Singhal, S. Jagannath, D. Irwin, S.V. Rajkumar, G. Srkalovic, M. Alsina, R. Alexanian, D. Siegel, R.Z. Orlowski, D. Kuter, S.A. Limentani, S. Lee, T. Hideshima, D.L. Esseltine, M. Kauffman, J. Adams, D.P. Schenkein, K.C. Anderson, A phase 2 study of bortezomib in relapsed, refractory myeloma, New Engl. J. Med. 348 (2003) 2609–2617.

[127] A. Yaron, H. Gonen, I. Alkalay, A. Hatzubai, S. Jung, S. Beyth, F. Mercurio, A.M. Manning, A. Ciechanover, Y. Ben-Neriah, Inhibition of NF-κB cellular function via specific targeting of the IκB-ubiquitin ligase, EMBO J. 16 (1997) 6486–6494.

[128] A. Yaron, A. Hatzubai, M. Davis, I. Lavon, S. Amit, A.M. Manning, J.S. Andersen, M. Mann, F. Mercurio, Y. Ben-Neriah, Identification of the receptor component of the IκB-ubiquitin ligase, Nature 396 (1998) 590–594.

[129] K. Butz, C. Denk, A. Ullmann, M. Scheffner, F. Hoppe-Seyler, Induction of apoptosis in human papillomavirus positive cancer cells

*A. Ciechanover, A.L. Schwartz / Biochimica et Biophysica Acta 1695 (2004) 3–17*    17

by peptide aptamers targeting the viral E6 oncoprotein, Proc. Natl. Acad. Sci. U. S. A. 97 (2000) 6693–6697.

[130] S. Mori, K. Murakami-Mori, B. Bonavida, Interleukin-6 induces G1 arrest through induction of p27$^{Kip1}$, a cyclin-dependent kinase inhibitor, and neuron-like morphology in LNCaP prostate tumor cells, Biochem. Biochem. Biophys. Res. Commun. 257 (1999) 609–614.

[131] T. Onishi, K. Yamakawa, O.E. Franco, R. Suzuki, J. Kawamura, p27$^{Kip1}$ is the key mediator of phenylacetate-induced cell cycle arrest in human prostate cancer cells, Anticancer Res. 20 (2000) 3075–3081.

# TAB 6

# NEUROLOGY

**The ubiquitin proteolytic system: From a vague idea, through basic mechanisms,
and onto human diseases and drug targeting**
Aaron Ciechanover
*Neurology* 2006;66;7-19; originally published online Dec 16, 2005;
DOI: 10.1212/01.wnl.0000192261.02023.b8

**This information is current as of January 24, 2008**

The online version of this article, along with updated information and services, is
located on the World Wide Web at:
http://www.neurology.org/cgi/content/full/66/1_suppl_1/S7

*Neurology*® is the official journal of the American Academy of Neurology. Published continuously
since 1951, it is now a weekly with 48 issues per year. Copyright © 2006 by AAN Enterprises, Inc.
All rights reserved. Print ISSN: 0028-3878. Online ISSN: 1526-632X.



AMERICAN ACADEMY OF
NEUROLOGY

Downloaded from www.neurology.org by guest on January 24, 2008

of basic cellular processes, development of drugs that modulate the activity of the system may be difficult. Inhibition of enzymes common to the entire pathway, such as E1 or the proteasome, may affect many processes nonspecifically, although a narrow window between beneficial effects and toxicity can be identified for a short-term treatment. Recent experimental evidence strongly suggests that proteasome inhibitors may indeed be beneficial in certain pathologies, such as in several malignancies, asthma, brain infarct, and autoimmune encephalomyelitis. As a matter of fact, for multiple myeloma, a malignancy of the immune plasma cells, a specific proteasome inhibitor (PS-341; Bortezomib; Velcade) was approved for use in patients. In malignancies, the drugs can act via inhibition of degradation of different cell cycle regulators, via inhibition of proteolytic activation of the anti-apoptotic transcriptional regulator NF-κB, or more likely, by inhibiting degradation of abnormal/ misfolded proteins, thus eliciting the cell stress response and inducing apoptosis. In immune disorders, they may act by inhibiting presentation of "self" peptides, but also by interfering with signal transduction along cellular immune cascades (for reviews on proteasome inhibitors as drugs, see references 49 and 50). A completely different approach to drug development can be the development of small molecules that bind and inhibit specific E3s. For example, specific phospho-peptide derivatives that span the phosphorylation targeting domains in different substrates can serve as "baits" to the respective E3s.[51] A similar approach can be potentially used to stabilize the cell cycle inhibitor p27 that in many malignancies is rapidly degraded by its cognate E3, the Skp2 F-box protein (see above). This approach can become however a double edge sword. In the case of IκBα and p27, where phosphorylation destabilizes negative regulators, inhibition of the E3 can control untoward high activity of the immune system and dysregulated cell cycle. Thus, compounds that inhibit these ligases can be thought of as potential drugs for the treatment of uncontrolled inflammatory states and certain malignancies, respectively. However, in the case of positive regulators such drugs may lead to the opposite effect. Thus, the similarity between the phosphorylation sites of the inhibitor IκBα and the positive regulator β-catenin, for example, may lead to stabilization of β-catenin which can result in malignant transformation (see above). A better approach may be the development of small molecules that are substrate-specific and bind to specific substrates or to their ancillary proteins rather then to their E3. An interesting case is that of the tumor suppressor p53. In many tumors it is downregulated by uncontrolled expression of Mdm2, its cognate ubiquitin ligase. In another case, that of uterine cervical carcinoma (see above), it is downregulated by the E6-AP ligase following its binding to the E6 oncogene product. In cases of Mdm2-induced downregulation, Mdm2 antagonists that bind to the p53 binding site and do not allow p53 to bind, can activate the p53 pathway and

offer a novel therapeutic approach to cancer. Indeed, such small molecules, nutlins, have been described. Their administration increase p53 level and suppress tumor growth in vitro and in vivo. They induce p53-dependent apoptosis in human cancer cells but appear cytostatic to proliferating normal cells. Their potent activity against osteosarcoma xenografts suggests that Mdm2 antagonists can be potentially used in tumors with wild-type p53.[52] A different approach was taken in the case of E6/E6-AP-induced degradation of p53. Here the researchers used peptides that bind to E6 and prevent its binding to E6-AP and p53. Intracellular targeting of the HPV16 E6 oncoprotein by E6-binding peptide aptamers resulted in apoptotic elimination of HPV16-positive cancer cells, whereas HPV-negative cells were not affected. Prior to elimination of the cells, p53 expression was stimulated dramatically.[53]

## References

1. Pickart CM. Mechanisms of ubiquitination. Annu Rev Biochem 2001;70: 503–533.
2. Weissman AM. Themes and variations on ubiquitylation. Nature Rev Cell Mol Biol 2001;2:169–179.
3. Glickman MH, Ciechanover A. The ubiquitin proteasome pathway: Destruction for the sake of construction. Physiol Rev 2002;82:373–428.
4. Hicke L, Dunn R. Regulation of membrane protein transport by ubiquitin and ubiquitin-binding proteins. Annu Rev Cell Dev Biol 2003;19: 141–172.
5. Huang DT, Walden H, Duda D, Schulman BA. Ubiquitin-like protein activation. Oncogene 2004;23:1958–1971.
6. Amerik AY, Hochstrasser M. Mechanism and function of deubiquitinating enzymes. Biochim Biophys Acta 2004;1695:189–207.
7. Zwickl P, Seemüller E, Kapelari B, Baumeister W. The proteasome: a supramolecular assembly designed for controlled proteolysis. Adv Protein Chem 2001;59:187–222.
8. Gröll M, Huber R. Substrate access and processing by the 20S proteasome core particle. Int J Biochem Cell Biol 2003;35:606–616.
9. Hartmann-Petersen R, Gordon C. Protein degradation: recognition of ubiquitinylated substrates. Curr Biol 2004;14:R754–756.
10. Hendil KB, Hartmann-Petersen R. Proteasomes: a complex story. Curr Protein Pept Sci 2004;5:135–151.
11. Scheffner M, Whitaker NJ. Human papillomavirus-induced carcinogenesis and the ubiquitin-proteasome system. Semin Cancer Biol 2003;13: 59–67.
12. Yamasaki L, Pagano M. Cell cycle, proteolysis and cancer. Curr Opin Cell Biol 2004;16:623–628.
13. Gstaiger M, Jordan R, Lim M, Catzavelos C, Mestan J, Slingerland J, Krek W. Skp2 is oncogenic and overexpressed in human cancers. Proc Natl Acad Sci USA 2001;98:5043–5048.
14. Pinto D, Clevers H. Wnt, stem cells and cancer in the intestine. Biol Cell 2005;97:185–196.
15. Moon RT, Kohn AD, De Ferrari GV, Kaykas A. WNT and β-catenin signalling: diseases and therapies. Nature Rev Genet 2004;5:691–701.
16. Nathke IS. The adenomatous polyposis coli protein: the Achilles heel of the gut epithelium. Ann Rev Cell Dev Biol 2004;20:337–366.
17. Kim WY, Kaelin WG. Role of VHL gene mutation in human cancer. J Clin Oncol 2004;22:4991–5004.
18. Metzen E, Ratcliffe PJ. HIF hydroxylation and cellular oxygen sensing. Biol Chem 2004;385:223–230.
19. Kovalenko A, Chable-Bessia C, Cantarella G, Israël A, Wallach D, Courtois G. The tumour suppressor CYLD negatively regulates NF-κB signalling by deubiquitination. Nature 2003;424:801–805.
20. Bignell GR, Warren W, Seal S, et al. Identification of the familial cylindromatosis tumour-suppressor gene. Nature Genet 2000;25:160–165.
21. Nijman SM, Huang TT, Dirac AM, et al. The deubiquitinating enzyme USP1 regulates the Fanconi anemia pathway. Mol Cell 2005;17:331–339.
22. Mallery DL, Vandenberg CJ, Hiom K. Activation of the E3 ligase function of the BRCA1/BARD1 complex by polyubiquitin chains. EMBO J 2002;21:6755–6762.
23. Baer R, Ludwig T. The BRCA1/BARD1 heterodimer, a tumour-suppressor complex with ubiquitin E3 ligase activity Curr Opin Genet Dev 2002;12:86–91.
24. Thomas CP, Itani OA. New insights into epithelial sodium channel function in the kidney: site of action, regulation by ubiquitin ligases, serum- and glucocorticoid-inducible kinase and proteolysis. Curr Opin Nephrol Hypertens 2004;13:541–548.
25. Riordan JR. Assembly of functional CFTR chloride channels. Annu Rev Physiol 2005;67:701–718.

Downloaded from www.neurology.org by guest on January 24, 2008
Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.

26. Gelman MS, Kopito RR. Cystic fibrosis: premature degradation of mutant proteins as a molecular disease mechanism. Methods Mol. Biol 2003;232:27–37.
27. Bence NF, Sampat RM, Kopito RR. Impairment of the ubiquitin-proteasome system by protein aggregation. Science 2001;292:1552–1555.
28. Bennett EJ, Bence NF, Jayakumar R, Kopito RR. Global impairment of the ubiquitin-proteasome system by nuclear or cytoplasmic protein aggregates precedes inclusion body formation. Mol Cell 2005;17:351–365.
29. Ciechanover A, Brundin P. The ubiquitin-proteasome system in neurodegenerative diseases: Sometimes the chicken, sometimes the egg. Neuron 2003;40:427–446.
30. Ross CA, Pickart CM. The ubiquitin-proteasome pathway in Parkinson's disease and other neurodegenerative diseases. Trends Cell Biol 2004;14:703–711.
31. Moore DJ, West AB, Dawson VM, Dawson TM. Molecular pathophysiology of Parkinson's Disease. Annu Rev Neurosci 2005;28:55-84.
32. Ardley HC, Hung C-C, Robinson PA. The aggravating role of the ubiquitin- proteasome system in neurodegeneration. FEBS Lett 2005; 579:571–576.
33. Everett CM, Wood NW. Trinucleotide repeats and neurodegenerative disease. Brain 2004;127:2385–2405.
34. Goellner GM, Rechsteiner M. Are Huntington's and polyglutamine-based ataxias proteasome storage diseases? Intl. J Biochem Cell Biol 2003;35:562–571.
35. Jiang YH, Beaudet AL. Human disorders of ubiquitination and proteasomal degradation. Curr Opin Pediat 2004;16:419–426.
36. Guerrini R, Carrozzo R, Rinaldi R, Bonanni P. Angelman syndrome: Etiology, clinical features, diagnosis, and management of symptoms. Pediatr Drugs 2003;5:647–661.
37. Goldberg AL, Cascio P, Saric T, Rock KL. The importance of the proteasome and subsequent proteolytic steps in the generation of antigenic peptides. Mol Immunol 2002;39:147–164.
38. Kloetzel PM. The proteasome and MHC class I antigen processing. Biochim Biophys Acta 2004;1695:225–233.
39. Karin M, Ben-Neriah Y. Phosphorylation meets ubiquitination: the control of NF-κB activity. Annu Rev Immunol 2000;18:621–663.
40. Puel A, Picard C. Ku CL, Smahi A, Casanova JL. Inherited disorders of NF-κB-mediated immunity in man. Curr Opin Immunol 2004;16: 34–41.
41. Karin M. Inflammation and Cancer: The long search of Ras. Nat Med 2005;11:20–21.
42. Clevers H. At the crossroads of inflammation and cancer. Cell 2004;118: 671–674.
43. Amit S, Ben-Neriah Y. NF-κB activation in cancer: a challenge for ubiquitination- and proteasome-based therapeutic approach. Semin Cancer Biol 2003;13:15–28.
44. Aggarwal BB. Nuclear factor-κB: The enemy within. Cancer Cell 2004; 6:203–208.
45. Dantuma NP, Masucci MG. The ubiquitin/proteasome system in Epstein-Barr virus latency and associated malignancies. Semin Cancer Biol 2003;13:69–76.
46. van der Wal FJ, Kikkert M, Wiertz E. The HCMV gene products US2 and US11 target MHC class I molecules for degradation in the cytosol. Curr Top Microbiol Immunol 2002;269:37–55.
47. Lecker SH, Jagoe RT, Gilbert A, et al. Multiple types of skeletal muscle atrophy involve a common program of changes in gene expression. FASEB J 2004;8:39–51.
48. Glass DJ. Signalling pathways that mediate skeletal muscle hypertrophy and atrophy. Nature Cell Biol 2003;5:87–90.
49. Adams J, Kauffman M. Development of the proteasome inhibitor Velcade (Bortezomib). Cancer Invest 2004;2:04–311.
50. Goldberg AL, Rock KL. Not just research tools–proteasome inhibitors offer therapeutic promise. Nat Med 2002;8:338–340.
51. Yaron A, Gonen H, Alkalay I, et al. Inhibition of NF-κB celular function via specific targeting of the IκBα ubiquitin ligase. EMBO J 1997;16: 6486–6494.
52. Vassilev LT. Small-molecule antagonists of p53-MDM2 binding: research tools and potential therapeutics. Cell Cycle 2004;3:419–421.
53. Butz K, Denk C, Ullmann A, Scheffner M, Hoppe-Seyler F. Induction of apoptosis in human papillomaviruspositive cancer cells by peptide aptamers targeting the viral E6 oncoprotein. Proc Natl Acad Sci USA 2000;97:6693–6697.

Downloaded from www.neurology.org by guest on January 24, 2008
Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.

**The ubiquitin proteolytic system: From a vague idea, through basic mechanisms, and onto human diseases and drug targeting**

Aaron Ciechanover

*Neurology* 2006;66;7-19; originally published online Dec 16, 2005;
DOI: 10.1212/01.wnl.0000192261.02023.b8

**This information is current as of January 24, 2008**

| | |
|---|---|
| **Updated Information & Services** | including high-resolution figures, can be found at: http://www.neurology.org/cgi/content/full/66/1_suppl_1/S7 |
| **Permissions & Licensing** | Information about reproducing this article in parts (figures, tables) or in its entirety can be found online at: http://www.neurology.org/misc/Permissions.shtml |
| **Reprints** | Information about ordering reprints can be found online: http://www.neurology.org/misc/reprints.shtml |



Downloaded from www.neurology.org by guest on January 24, 2008