IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, | |
| Plaintiffs, | C.A. No. 06-259-MPT |
| v. | |
| ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | |
| Defendants. | **REDACTED** |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | **PUBLIC VERSION** |
| Counterclaim-Plaintiffs, | |
| v. | |
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, | |
| Counterclaim-Defendants. | |

## DECLARATION OF DAVID GREENWALD

*Of Counsel:*

Evan R. Chesler
Keith R. Hummel
David R. Marriott
David Greenwald
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Dated: April 25, 2008

ASHBY & GEDDES
Steven J. Balick (I.D. #2403)
John G. Day (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for ARIAD Pharmaceuticals, Inc.,
Massachusetts Institute of Technology, The President and
Fellows of Harvard College and The Whitehead Institute
for Biomedical Research*

I, David Greenwald, declare as follows:

I am a member of Cravath, Swaine & Moore LLP, counsel for ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, the President and Fellows of Harvard College and the Whitehead Institute for Biomedical Research (collectively "ARIAD") in connection with this action. I make this declaration in support of ARIAD's motions: (i) for partial dismissal for lack of subject matter jurisdiction; (ii) for partial summary judgment on inequitable conduct; (iii) for an order precluding the testimony of Gerald J. Mossinghoff and Aaron Ciechanover; and (iv) for an order construing the relevant claim terms of U.S. Patent 6,410,516 B1 pursuant to the definitions proposed by ARIAD.

1.      Attached hereto as Exhibit 1 is a true and correct copy of Saito, Y. and Kawashima, S., *Enhancement of neurite outgrowth in PC12h cells by a protease inhibitor*, Neuroscience Letters, vol. 89, pp. 102-107 (1988).

2.      Attached hereto as Exhibit 2 is a true and correct copy of P.F. Lizzul, et al., *Differential Expression of Phosphorylated NF-κB/Rel A in Normal and Psoriatic Epidermis and Downregulation of NF-κB in Response to Treatment with Etanercept*, J. Invest. Dermatol., 124:1275-1283 (2005).

3.      Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the transcript of the court conference in this matter, dated September 11, 2006.

4.      Attached hereto as Exhibit 4 is a true and correct copy of ARIAD's Second Supplemental Responses and Objections to the Amgen Entities' First Set of Interrogatories, dated April 12, 2007.

5.      Attached hereto as Exhibit 5 is a true and correct copy of the Second Supplemental Information Disclosure Statement filed with the United States Patent and

Trademark Office in connection with the Reexamination of U.S. Patent 6,410,516, dated May 17, 2007, without exhibits.

6.    Attached hereto as Exhibit 6 is a true and correct copy of a letter from Melanie Sharp to Hon. Judge Mary Pat Thynge, dated May 31, 2007.

7.    Attached hereto as Exhibit 7 is a true and correct copy of an excerpt from the transcript of a telephone conference in this matter, dated June 4, 2007.

8.    Attached hereto as Exhibit 8 is a true and correct copy of the Third Supplemental Information Disclosure Statement filed with the United States Patent and Trademark Office in connection with the Reexamination of U.S. Patent 6,410,516, dated July 3, 2007, without exhibits.

9.    Attached hereto as Exhibit 9 is a true and correct copy of a letter from Jamie McDole to David Gindler, dated November 9, 2007.

10.    Attached hereto as Exhibit 10 is a true and correct copy of the Ninth Supplemental Information Disclosure Statement filed with the United States Patent and Trademark Office in connection with the Reexamination of U.S. Patent 6,410,516, dated December 13, 2007, without exhibits.

11.    Attached hereto as Exhibit 11 is a true and correct copy of ARIAD's Supplemental Response to Amgen's First and Second Interrogatories, dated December 21, 2007.

12.    Attached hereto as Exhibit 12 is a true and correct copy of the Expert Report of Aaron Ciechanover, M.D., D.Sc., dated January 15, 2008.

13.    Attached hereto as Exhibit 13 is a true and correct copy of the Expert Report of Hon. Gerald J. Mossinghoff, dated January 18, 2008.

14.    Attached hereto as Exhibit 14 is a true and correct copy of the Expert Report of Randolph Wall, M.D, Ph.D., dated January 18, 2008.

15.    Attached hereto as Exhibit 15 is a true and correct copy of the Expert Report of Warner Craig Greene, M.D., Ph.D., dated January 18, 2008.

16.    Attached hereto as Exhibit 16 is a true and correct copy of a letter from David Greenwald to Jamie McDole, dated January 18, 2008.

17.    Attached hereto as Exhibit 17 is a true and correct copy of a letter from Mary F. Dugan to Hon. Judge Mary Pat Thynge, dated February 1, 2008.

18.    Attached hereto as Exhibit 18 is a true and correct copy of a Supplemental Information Disclosure Statement filed with the United States Patent and Trademark Office in connection with the Reexamination of U.S. Patent 6,410,516, dated February 20, 2008, without exhibits.

19.    Attached hereto as Exhibit 19 is a true and correct copy of a Supplemental Information Disclosure Statement filed with the United States Patent and Trademark Office in connection with the Reexamination of U.S. Patent 6,410,516, dated February 20, 2008, without exhibits.

20.    Attached hereto as Exhibit 20 is a true and correct copy of the Supplemental Expert Report of Hon. Gerald J. Mossinghoff Regarding Willful Infringement, dated February 21, 2008.

21.    Attached hereto as Exhibit 21 is a true and correct copy of the Rebuttal Expert Report of Dr. Jeffrey V. Ravetch, M.D., Ph.D., dated February 22, 2008.

22.    Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the deposition of Aaron Ciechanover, M.D., D.Sc., dated March 13, 2008.

23.     Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the deposition of Hon. Gerald J. Mossinghoff, dated April 4, 2008.

24.     Attached hereto as Exhibit 24 is a true and correct copy of the Supplemental Information Disclosure Statement Information Subject to Protective Order Submitted Under M.P.E.P. §724.02 filed with the United States Patent and Trademark Office in connection with the Reexamination of U.S. Patent 6,410,516, dated February 20, 2008, without exhibits.

25.     Attached hereto as Exhibit 25 is a true and correct copy of a Covenant Not to Sue, dated April 25, 2008.

26.     Attached hereto as Exhibit 26 is a true and correct copy of the Expert Report of Jeffrey V. Ravetch, M.D., Ph.D., dated January 18, 2008.

27.     Attached hereto as Exhibit 27 is a true and correct copy of the Rebuttal Expert Report of Randolph Wall, M.D., Ph.D., dated February 22, 2008.

28.     Attached hereto as Exhibit 28 is a true and correct copy of the Reply Expert Report of Jeffrey V. Ravetch, M.D., Ph.D., dated March 5, 2008.

29.     Attached hereto as Exhibit 29 is a true and correct copy of the Expert Report of David M. Livingston, M.D., dated February 22, 2008.

30.     Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the deposition of Randolph Wall, M.D., Ph.D., dated March 27, 2008.

31.     Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the deposition of Warner Craig Greene, M.D., Ph.D., dated April 3, 2008.

32.     Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the deposition of Jeffrey V. Ravetch, M.D., Ph.D., dated April 22, 2008.

33.     Attached hereto as Exhibit 33 is a true and correct copy of Tracey, *et al.,*

*Anti-cachectin/TNF Monoclonal Antibodies Prevent Septic Shock During Lethal Bacteraemia,*

Nature 330:662-664 (1987).

34.     Attached hereto as Exhibit 34 is a true and correct copy of Miagkov, *et al.,*

*NF–κB Activation Provides the Potential Link Between Inflammation and Hyperplasia in the*

*Arthritic Joint,* PNAS 95:13859-13864 (1998).

35.     Attached hereto as Exhibit 35 is a true and correct copy of Pimm & Raven,

*Biodiversity: Extinction by Numbers,* Nature 403:843-845 (2000).

36.     Attached hereto as Exhibit 36 is a true and correct copy of McIntyre, *et al.,*

*A Highly Selective Inhibitor of IkB Kinase, BMS-345541, Blocks Both Joint Inflammation and*

*Destruction in Collagen-Induced Arthritis in Mice,* Arthritis Rheum., 48:2652-2659 (2003).

37.     Attached hereto as Exhibit 37 is a true and correct copy of Gluck, *et al.,*

*Advances in Sepsis Therapy,* Drugs 64:838-859 (2004).

38.     Attached hereto as Exhibit 38 is a true and correct copy of Dichamp, *et al.,*

*Increased Nuclear Factor-κB Activation in Peripheral Blood Monocytes of Patients with*

*Rheumatoid Arthritis Is Mediated Primarily by Tumor Necrosis Factor-a,* J. Rheumatol.

34:1976-83 (2007).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2008.

_____

David Greenwald