# EXHIBIT 25

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-259-MPT |
| v. | ) ) | |
| ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | ) ) ) ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH, | ) ) ) ) ) | |
| Counterclaim Defendants. | ) ) ) ) | |

## COVENANT NOT TO SUE

1.    ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, the President and Fellows of Harvard University and the Whitehead Institute for Biomedical Research (collectively, "ARIAD") hereby unconditionally and irrevocably covenant not to sue

Amgen, Inc., Immunex Corporation, Amgen USA, Inc., Amgen Manufacturing, Ltd., and Immunex Rhode Island Corporation (collectively "Amgen") for infringement of any claim of United States Patent No. 6,410,516 (the "'516 patent") at any time (whether before or after the date of this covenant) based on any activities proscribed under 35 U.S.C. § 271 involving Kineret® or anakinra.  ARIAD hereby unconditionally and irrevocably covenants not to sue anyone who manufactures, markets, imports, sells or uses Kineret® or anakinra sold or supplied by Amgen for infringement of any claim of the '516 patent at any time (whether before or after the date of this covenant) based on any activities proscribed under 35 U.S.C. § 271 involving Kineret® or anakinra.  The covenant set forth in this paragraph 1 extends to any claim in any reissued or reexamined version of the '516 patent.

2.      ARIAD further covenants not to sue Amgen or anyone who manufactures, markets, imports, sells or uses in the United States any Enbrel® or etanercept sold or supplied by Amgen for infringement of any claim of the '516 patent at any time (whether before or after the date of this covenant) based on any activities proscribed under 35 U.S.C. § 271 involving Enbrel® or etanercept, other than (i) for infringement of claims 6, 18, 70, 71, 72, 183 and 184 thereof or any claim that may emerge from the reexamination of the '516 patent that is substantially identical to those claims; or (ii) for infringement of any claim of the '516 patent that may emerge from the reexamination of the '516 patent in a form that is not substantially identical to a claim of the '516 patent that issued on June 25, 2002.  The term "substantially identical" as used herein is intended to have the same meaning as that term is used in 35 U.S.C. § 252.

3.      Nothing in this covenant is intended to abridge ARIAD's right to pursue claims against Wyeth for violations of 35 U.S.C. § 271 involving Enbrel® or etanercept.

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, the President and Fellows of Harvard College and the Whitehead Institute for Biomedical Research*

Dated: April 25, 2008

# EXHIBIT 26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX CORPORATION, AMGEN
USA INC., AMGEN MANUFACTURING LIMITED, and
IMMUNEX RHODE ISLAND CORPORATION,

)
)
)
)
Plaintiffs,                    )          C.A. No. 06-259-MPT
)
)
v.                    )
)
)
ARIAD PHARMACEUTICALS, INC., and THE           )
WHITEHEAD INSTITUTE FOR BIOMEDICAL             )
RESEARCH,                    )
)
)
Defendants                    )
)
)
)
ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS     )
INSTITUTE OF TECHNOLOGY, THE PRESIDENT and     )
FELLOWS OF HARVARD COLLEGE, and THE            )
WHITEHEAD INSTITUTE FOR BIOMEDICAL             )
RESEARCH                    )
)
Counterclaim Plaintiffs,          )
)
v.                    )
AMGEN INC., IMMUNEX CORPORATION, AMGEN
USA INC., AMGEN MANUFACTURING LIMITED,
IMMUNEX RHODE ISLAND CORPORATION

Counterclaim Defendants.

## EXPERT REPORT OF JEFFREY V. RAVETCH, M.D., Ph.D.

I, Jeffrey V. Ravetch, M.D., Ph.D., submit the following report on behalf of

ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The Whitehead Institute

*Amgen v. Ariad*
**Ravetch Dep Exhibit**

**1**

for Biomedical Research, and the President and Fellows of Harvard College (collectively "ARIAD") in the above-captioned action.

## I.    BACKGROUND

1.    I have been asked to opine on several subjects relevant to the litigation of the above-captioned action, including the level of skill in the art, the proper construction of certain claims of U.S. Patent No. 6,410,516 (the "'516 patent"), and the priority dates to which they are entitled. I have also been asked to opine on several other subjects, for which I intend to submit a report rebutting the opinions of Amgen's experts.

### A.    Professional Experience

2.    I am presently the Theresa and Eugene M. Lang Chair, Professor and Head of the Laboratory of Molecular Genetics and Immunology at The Rockefeller University. I joined the faculty of The Rockefeller University in 1996. Prior to that I was a member of the faculty of the Sloan-Kettering Institute of the Memorial Sloan-Kettering Center (1982-1996) where I was named a full Member in 1990.

3.    I received my Bachelor of Science degree in Molecular Biophysics and Biochemistry from Yale University in 1973. In 1978, I received my Ph.D. in Genetics from The Rockefeller University and in 1979, I received my M.D. from Cornell Medical College. From 1979 to 1982, I did post-doctoral work at the Laboratory of Molecular Genetics at the National Institutes of Health, Bethesda, Maryland.

2

4.    I have extensive experience in the fields of molecular biology and immunology. The Laboratory of Molecular Genetics and Immunology, which I direct at The Rockefeller University, is focused on dissecting the cellular and molecular mechanisms governing the generation of antibody specificity and the translation of that specificity into cellular responses, including autoimmune responses. I have extensive knowledge of the science and technology underlying the patents involved in this lawsuit.

5.    I am a named inventor on nine United States patents or patent applications. These patents relate to Fc receptor technology and include inventions directed to autoimmune therapeutic targets and autoimmune disease models.

6.    I am the author or co-author of nearly 150 scientific papers in the fields of genetics and immunology. I have published scientific articles regarding the use of technologies described in the patents in suit and have extensive professional experience in the application of those technologies to in vitro and in vivo studies. I have investigated mechanisms of innate and adaptive immunity for the last 30 years, focusing on the role of effector cells, such as macrophages and mast cells and cytokines, such as TNF–$\alpha$, on the inflammatory response, and in particular, pathways that lead to NF–$\kappa$B activation.

7.    I am a member of a number of professional organizations, including the American Association of Immunology, the American Association of Allergy and Immunology, the American Society for Biochemistry and Molecular Biology and the American Society for Cell Biology, among others.

8.    I am an Advisory Editor for the *Journal of Experimental Medicine* and a Transmitting Editor for *International Immunology*. I also serve on the Scientific Advisory Boards for several research organizations, philanthropic foundations and corporations.

3

9.      I have received numerous awards and honors for my research efforts in immunology including the Pew Scholar Award, the Burroughs-Wellcome Award, the National Institutes of Health Merit Award, the Lee C. Howley Award, the AAI Huang Award for Meritorious Career and the Coley Award from the Cancer Research Institute. I was elected to the National Academy of Sciences of the United States in 2006 and the Institute of Medicine in 2007 in recognition of my seminal contributions to the field of antibody structure and function. I am a frequent lecturer at numerous universities, medical centers and international symposia.

10.      My curriculum vitae, which describes in greater detail my professional experience and qualifications, is attached as Exhibit 1.

**B.      Prior Expert Testimony**

11.      During the preceding five years, I have testified at deposition or at trial in the following cases:

- *Ariad Pharmaceutical, et al. v. Eli Lilly & Co.*, 2007 U.S. Dist. LEXIS 49076 (D. Mass. July 6, 2007).
- *Goldenberg v. Cytogen, Inc.*, 2003 U.S. Dist. LEXIS 26075 (D. N.J. April 30, 2003).
- *Medimmune, Inc. v. Centocor, Inc., et al.*, Docket No. 8:02-cv-01135-AN; U.S. District Court of Maryland; filed 04/05/02, ended 08/15/2007.
- *University of Michigan, et al. v. Bristol-Myers Squibb Company*, 301 F. Supp. 2d 633 (E.D. Mich. 2003).
- *Inverness Medical SW, et al. v. Pfizer, Inc., et al.*, Docket No. 2:02-cv-01029-KSH-PS; U.S. District of New Jersey; filed 03/07/2002, ended 02/20/2004.
- *Talecris Biotherapeutics, Inc. v. Baxter International, Inc., et al.*, 491 F. Supp. 2d 510 (D. Del. June 14, 2007).

**C.      Compensation**

12.      I am being compensated for my work in connection with this litigation at my customary rate of $800 per hour for the time I spend working on this matter.

4

## II.    BASIS FOR OPINIONS

13.    I have based my opinions in this case on my 30 years of experience in the field of molecular genetics and immunology, on the '516 patent and file history, references cited in the patent, additional references cited here, as well as scientific literature in the field of the invention.

14.    I reserve the right to supplement my report in light of any additional fact discovery, opinions by Amgen's experts, and/or trial testimony. I also reserve the right to provide rebuttal opinions and testimony in response to Amgen's experts and fact witnesses. In connection with my anticipated trial testimony in this action, I may use as exhibits various documents produced in this litigation which refer to or relate to the matters discussed in this report. In addition, I reserve the right to use animations, demonstrative exhibits, enlargements of actual exhibits, and other information in order to convey my opinions.

## III.    BACKGROUND

15.    The basic structural unit of living organisms is the cell. Traditionally, biologists have divided cells into two classes — prokaryotic and eucaryotic — defined by whether the cell contains a nucleus. Eucaryotic cells have a nucleus, which encapsulates chromosomes containing DNA and segregates those chromosomes from the surrounding cytoplasm. In contrast, procaryotic cells lack a nucleus. Eucaryotes includes all plants and animals, including humans. Prokaryotes comprise most bacteria (other than archaebacteria[1]).

---

[1] Over the past thirty years, biologists have come to recognize a third domain of organisms — "archaea" or "archaebacteria" — which, though non-nucleated microorganisms, appear to be more closely related to eucaryotic forms of life than to procaryotic.

B.    Gene Expression

16.    DNA is a macromolecule made up of a long polymeric strand of covalently linked "nucleotides" non-covalently complexed with a complementary strand of nucleotides. A nucleotide is a molecule consisting of a purine or pyrimidine base, bound to a ribose sugar moiety and a phosphate group.  The four nucleotides found in DNA are adenosine ("A"), guanosine ("G"), cytidine ("C"), and thymidine ("T").  In DNA, A always forms a complementary base pair with T, and G with C.  A series of nucleotides — e.g., CTCCGATATC — is referred to as a "sequence."  When a strand of DNA arranged in a sequence associates with a strand having a complementary sequence, it naturally forms a distinctive, double helix structure, regardless of the sequence of nucleotides on each strand.

17.    The fundamental functional unit of DNA is the "gene," the sequence of DNA necessary to permit synthesis of a particular protein.  Proteins are polymeric chains of amino acids, of which there are approximately twenty different types.  Genes consist of a region that direct the construction of the protein and a region that regulates this function.  As outlined below, the expression of a gene to form a protein involves a complex series of steps describing two general processes:  transcription and translation.

18.    Transcription is the first step of gene expression.  During transcription, the genetic information in DNA encoding the amino acid sequence of a particular protein is converted by the enzyme, "RNA polymerase," into a complementary strand of "messenger RNA" ("mRNA"), a single-stranded nucleotide polymer similar to DNA.  After the DNA sequence encoding a particular protein has been transcribed into its complementary mRNA equivalent, the mRNA travels out of the nucleus to a cytoplasmic organelle known as a ribosome, where the mRNA strand provides a blueprint for the synthesis of the protein by the ribosome.

6

19.    In the ribosome, cellular machinery, some consisting of proteins, some consisting of RNA, assembles chains of amino acids to create different proteins according to the sequence data originally stored in the gene. This process is called translation.

20.    As discussed in more detail below, gene expression is modulated in eucaryotic cells by "transcription factors," of which NF–κB is a prime example.

**C.    Signal Transduction**

21.    A fundamental question of biology is how information about conditions outside a cell can trigger changes within the cell, including, most fundamentally, changes in gene expression. As elucidated over the past fifty years in hundreds of different cellular pathways, the process of "signal transduction" involves the following general elements:  (i) the binding of an extracellular molecule to a "receptor," followed by (ii) a cascade of intracellular reactions that (iii) culminate in targeted expression or inhibition of particular genes.

22.    Cell surface receptors are proteins embedded within the cell membrane that bind to specific extracellular substances, called ligands. Examples of naturally-occurring ligands include hormones, neurotransmitters, cytokines, growth factors, and antigens. When a ligand binds to its receptor, it triggers a response within the cell that results in a change in the cell's function.  Observable cellular responses that can be triggered by signal transduction include proliferation, apoptosis (cell death), and changes in cellular metabolism, structure, or appearance.

23.    A characteristic of signal transduction is a long and complex cascade of "downstream signaling" reactions that occur between binding of a ligand to a receptor and ultimate gene expression.  Important intermediaries (or "messengers") in this cascade are "transcription factors." Transcription factors are proteins that bind to certain "recognition sequences" in DNA that are generally distinct from the site at which the gene's protein coding

7

sequence begins. Through that binding to the recognition sequence, transcription factors affect the expression or inhibition of genes. Transcription factors can either promote or inhibit the expression of certain genes, and are believed to do so by, among other things, facilitating the initiation of gene transcription by enzymes involved in that process, such as RNA polymerase. Abnormalities in transcription factor activity can manifest themselves in the form of disease.

**D.    NF–κB**

24.    One major family of transcription factors is the family of proteins referred to as NF–κB. The NF–κB family of proteins is "dimeric": it is composed of individual proteins (p50, p52, p65, c-Rel, and Rel-b) that associate together in pairs to integral homo- (*e.g.*, p50/p50) or hetero-dimers (*e.g.*, p50/p65, p65/c-Rel). The NF–κB family of proteins was originally identified as part of a search for transcription factors controlling expression of genes for the kappa immunoglobulin light chain, a portion of an antibody molecule that is responsible for recognition of foreign molecules ("antigens"). Hence they were originally identified in B lymphocytes, immune cells that produce antibodies. Subsequent work, however, showed unexpectedly that NF–κB proteins were present in most eucaryotic cells, and that their function was not limited to the regulation of kappa light chain gene expression. M. Lenardo, C. Fang, T. Maniatis & D. Baltimore, *The Involvement of NF–κB in B-interferon Gene Regulation Reveals Its Role as Widely Inducible Mediator of Signal Transduction*; D. Baltimore, *Preface*, in Sankar Ghosh, *ed.*, Handbook of Transcription Factor NF-kappaB (2007); S. Ghosh, *The NF–κB Pathway: a Paradigm for Inducible Gene Expression*, in Sankar Ghosh, *ed.*, Handbook of Transcription Factor NF-kappaB, at 1 (2007).

25.    Today, NF–κB is one of the most widely studied eucaryotic transcription factors. NF–κB has been shown to control expression of a wide variety of genes in several physiological contexts. For example, NF–κB is involved in the regulation of the cellular response to stress or damage, including the inflammatory/immune response. NF–κB also performs several functions in the nervous system, and also plays roles in embryonic development. Baltimore, *supra*, in Sankar Ghosh, *ed.*, Handbook of Transcription Factor NF-kappaB (2007); L.A.J. O'Neill et al., *NF-κB: A Crucial Transcription Factor for Glial and Neuronal Cell Function*, TINS 20(6):252-257 (1997).

26.    Experimental work conducted during the 1980s by scientists in the laboratories of David Baltimore, Philip Sharp and Thomas Maniatis, and disclosed in the specification of the '516 patent, showed that NF–κB was constitutively present in cytoplasm, where it is bound to other proteins referred to as "IkB" proteins because of their role in inhibiting NF–κB. That NF–κB was present constitutively in the cytoplasm in an inactive form, rather than within the nucleus, was itself a striking discovery. Most previously characterized transcription factors were constitutively present in the nucleus. It was further discovered that in response to an extracellular signal, such as the binding of a ligand to its receptor, a signaling cascade occurred that led to the phosphorylation (*i.e.*, addition of a phosphate group to the side chain of certain amino acids) of IkB by IkB "kinases" ("IKKs"), and the subsequent degradation of that phosphorylated IkB. Phosphorylation and degradation of IkB lead to the release of NF–κB from its complex with that inhibitor molecule. Upon release, NF–κB travels to the nucleus, where it binds to exposed NF–κB DNA "recognition sequences": specific 10-nucleotide sequences that have affinity for NF–κB proteins. Phosphorylation of NF–κB also occurs, and is important to its activity. L. Chen & W.C. Greene, *Regulation of Nucler NF-κB Action: a Key Role for Posttranslational Modification*, in Sankar Ghosh, ed., Handbook of Transcription Factor NF-

9

kappaB (2007), at 88-91; N. Sizemore et al., *Activation of Phosphotadylinositol 3-Kinase in Response to Interleukin-1 Leads to Phosphorylation and Activation of the NF-kappaB p65/RelA subunit*, Mol. Cell. Biol. 19(7):4798-4805 (1999); M. Naumann et al., *Activation of NF-kappaB in Vivo Is Regulated By Multiple Phosphorylations*, Embo J. 13(19):4597-4607 (1994).

27.    There are many inducers of NF–κB activity, including growth factors, bacterial and viral proteins, and, importantly in this context, cytokines. L. Chen & W.C. Greene, *Regulation of Nuclear NF–κB Action: a Key Role for Posttranslational Modification*, in Sankar Ghosh, ed., Handbook of Transcription Factor NF-kappaB (2007), at 88; S. Ghosh & M. Karin, *Missing Pieces in the NF-kappaB Puzzle*, Cell 109 Suppl, S81-96 (2002). Cytokines are soluble proteins cells secrete as a means of sending "signals" to other cells. One of the most widely studied cytokine inducers of NF–κB activity is "tumor necrosis factor-alpha," or "TNF–α". TNF–α is a cytokine secreted by several different types of cells: primarily by immune cells, such as macrophages, monocytes (which mature into macrophages), and mast cells, as well as by lymphoid cells (*e.g.*, B and T lymphocytes), and keratinocytes. Originally identified as a factor that was toxic to tumor cells, TNF–α is now known to have a large number of physiological roles, including effects on metabolism, antiviral effects and growth regulation. But perhaps its most important role is in the mediation of the immune and inflammatory response. TNF–α is the "primary trigger for the inflammatory response by promoting the synthesis of other proinflammatory cytokines." Seth R. Stevens & Ting H. Chang, *History of Development of TNF Inhibitors*, in Jeffrey M. Weinberg *et al.*, eds., TNF–alpha Inhibitors, at 9 (2006). TNF–α is among the first cytokines secreted by activated macrophages, one of the cells responsible for mounting an immune response. The effects of TNF–α on immune cells such as macrophages are not just chemical, but visible. Immune cells that have been exposed to ("induced by") TNF–α have a distinctive physical appearance compared to those that have not been exposed.

28.    Consistent with general principles of signal transduction and with what is known about the NF–κB pathway, the binding of TNF–α to its specific cell surface receptor causes a cascade of reactions that leads to the phosphorylation of IkB and the subsequent translocation of NF–κB to the nucleus, where NF–κB then mediates the expression of certain genes. Those genes include the gene for TNF–α itself, as well as the genes for other cytokines. Hence, if not inhibited, TNF–α–induced activation of NF–κB can lead to amplification of levels of TNF–α itself, as well as enhanced expression and secretion of other cytokines involved in the immune/inflammatory response, such as interleukin ("IL")-1, IL-2, IL-6, IL-8, granulocyte-macrophage colony stimulating factor, transforming growth factor, and interferon-gamma. TNF–α also stimulates the appearance of greater numbers of TNF–α receptors on certain cell surfaces, which further amplies the effects of circulating TNF–α.

E.    Role of NF–κB Activity in Inflammatory Diseases

29.    As noted, one of the many important functions of NF–κB is the regulation of the inflammatory/immune response. The process of inflammation results from the combined effects of several different cells and chemicals, most of which are directed toward the recruitment of immune cells to an area of infection. The immune response is generally divided into two broad components: the "innate" response and the "adaptive" response. The innate response is characterized by the activation of cells such as granulocytes, macrophages, mast cells, NK cells and dendritic cells. It is not specific for a particular antigen nor does it display memory of prior encounters. The innate response involves the release of potent inflammatory molecules, such as cytokines, that facilitate the clearance of the invading pathogen. It does so by increasing vascular permeability and recruiting other inflammatory cells to the site of a microbial insult. It is an essential aspect of the immune response, protecting the organism in the first hours and days after an infectious insult. It also serves the key function of priming the

11

immune system to mount an adaptive response. The adaptive response is mediated by cells such as B cells and T cells, displays exquisite specificity for particular antigens and retains a memory of each prior exposure to an antigen.

30.    Inflammation is a natural, beneficial, and indeed, essential process. For example, the movement of plasma fluid into inflamed tissue carries antibodies to the sites of infections and the antibodies participate in the organism's immune response to the infections. However, inflammation can also characterize abnormal, disease states. Abnormal inflammation is the hallmark of "autoimmune diseases," diseases in which the immune system mistakenly recognizes an organism's own cells as foreign invaders. Rheumatoid arthritis, systemic lupus erythematosis and Crohn's disease are examples of diseases characterized all or in part by a distorted/exacerbated autoimmune inflammatory response.

31.    NF-κB is a critical player in the inflammatory response in both healthy and diseased organisms. NF-κB is both activated by and stimulates production of cytokines, such as TNF-α. And the specific roles of excessive TNF-α activity and concomitantly, excessive NF-κB activity, in rheumatoid arthritis, psoriasis, and psoriatic arthritis, a form of arthritis that afflicts a substantial proportion of psoriasis sufferers, have been well-established. High levels of TNF-α are expressed in arthritic serum and synovial fluid, where they exacerbate inflammation. T. Saxne et al., *Detection of tumor necrosis factor alpha but not tumor necrosis factor beta in rheumatoid arthritis synovial fluid and serum*, Arthritis Rheum. 31: 1041 (1988); E.H.S. Choy, *Cytokine pathways and joint inflammation in rheumatoid arthritis*, New England J. Med. 344: 907 (2001). High levels of TNF-α are also present in psoriatic tissue, where they cause proliferation of keratinocytes. R. Shukla & R.B. Vender, *Pharmacology of TNF Inhibitors*, in Jeffrey M. Weinberg *et al.*, eds., TNF-alpha Inhibitors, at 24 (2006); P.S. Yamauchi et al., *The treatment of psoriasis and psoriatic arthritis with etanercept: practical considerations on monotherapy, combination*

*therapy, and safety*, 22 Dermatol. Clin.: 449 (2004); P. Malerich & D.M. Elston, *Introduction to*

*TNF/pathophysiology of TNF*, in Jeffrey M. Weinberg *et al*., eds., TNF–alpha Inhibitors, at 6 (2006).

32.     Studies have shown high levels of activated NF–κB in cells from joints of

rheumatoid arthritis sufferers, M.L. Handel et al., Arthritis Rheum., 38:1762 (1995); R. Marok *et*

*al.,* Arthritis Rheum. 39:583 (1996); Dichamp et al., *Increased Nuclear Factor-κB Activation in*

*Peripheral Blood Monocytes of Patients with Rheumatoid Arthritis Is Mediated Primarily by Tumor*

*Necrosis Factor-α*, J. Rheumatol. 34:1976-83 (2007).  And research funded by Amgen has shown

that psoriatic keratinocytes have much higher levels of nuclear — *i.e.*, active — NF–κB than do

normal, nonlesional keratinocytes, thereby confirming the role of excess NF–κB activity in

psoriasis. P.F. Lizzul et al., *Differential Expression of Phosphorylated NF–κB/RelA in Normal and*

*Psoriatic Epidermis and Downregulation of NF–κB in Response to Treatment with Etanercept*, J. Invest.

Dermatol., 124:1275 (2005).

33.     Conversely, studies have shown that agents that inhibit the activity of NF–κB

specifically can mitigate the symptoms of arthritis and psoriasis.  For example, in 1998,

researchers showed that, in an experimental animal model of arthritis, injection into rat joints of

DNA "decoy" molecules replicating the NF–κB recognition sequence inhibited the progression

of a form of arthritis (adjuvant-induced arthritis) used as a model for human rheumatoid

arthritis.  Alexei V. Miagkov *et al., NF–κB Activation Provides the Potential Link Between*

*Inflammation and Hyperplasia in the Arthritic Joint*, PNAS 95:13859-13864 (1998).  The same

researchers reported that administration of compounds that inhibit the degradation of IkB, also

increased the rate of apoptosis (cell death).  The finding was notable because NF–κB is believed

to exacerbate the hyperplasia — *i.e.*, proliferation — of synovial cells characteristic of arthritis

by suppressing apoptosis.  *Id.*; *See also* Albert S. Baldwin, *NF–κB and IKK as Key Mediators of*

*Inflammation and Oncogenic Progression*, in Sankar Ghosh, ed., Handbook of Transcription Factor

NF-kappaB (2007), at 169. Similarly, compounds that inhibit IKKs — the enzymes that, by

phosphorylating IkB, permit release of NF-κB from its complex with IkB and the subsequent

translocation of NF-κB to the nucleus — have been shown in animal models to reduce joint

inflammation. K.W. McIntyre et al., *A Highly Selective Inhibitor of IkB Kinase, BMS-345541, Blocks*

*Both Joint Inflammation and Destruction in Collagen-Induced Arthritis in Mice*, Arthritis Rheum.,

48:2652 (2003); D. Hammaker et al., *Signal Transduction Networks in Rheumatoid Arthritis*, Ann.

Rheum. Dis. 62(Suppl II):ii86-ii89 (2003). For this and other reasons, NF-κB has been hailed as a

"master switch" in the control of the cytokines and other compounds implicated in rheumatoid

arthritis. Baldwin, supra, at 170.

34.    Consistent with this understanding of NF-κB's role in inflammatory disease,

several drugs that target steps in the NF-κB pathway (and thereby reduce preexisting abnormal

levels of NF-κB activity) are effective in treating inflammatory diseases, such as arthritis and

psoriasis. One such drug is etanercept, marketed by Amgen and Wyeth in the United States as

Enbrel. Enbrel is a synthetically engineered dimer of the extracellular portion of the p75 human

TNF-α receptor, fused to the Fc portion of an immunoglobulin protein. In 1998, Enbrel was

approved for treatment of adult rheumatoid arthritis. Subsequently, Enbrel has been approved

for the treatment of psoriasis, psoriatic arthritis, and other inflammatory conditions. Enbrel was

one of the first anti-cytokine therapeutics to receive FDA approval. X.R. Song et al., *Coming of*

*Age: Anti-Cytokine Therapies*, Mol. Interventions 2:36-46 (2002).

35.    Because Enbrel possesses the portion of the p75 TNF-α receptor that includes the

TNF-α-binding site, circulating Enbrel can bind to TNF-α, and thereby prevent it from

interacting with TNF-α receptors on activated cells involved in the inflammatory response,

such as macrophages and lymphoid cells. Reduced binding of TNF-α to its receptor, in turn,

reduces signal transduction through the TNF-α receptor that would ordinarily lead to the

translocation of NF–κB to the nucleus and its activation of gene expression. Confirming that understanding of Enbrel's mechanism of action is the finding that the administration of Enbrel reduces the translocation of NF–κB from the cytoplasm to the nucleus in psoriatic keratinocytes. P. Lizzul *et al.*, *Differential Expression of Phosphorylated NF–κB/RelA in Normal and Psoriatic Epidermis and Downregulation of NF–κB in Response to Treatment with Etanercept*, J. Invest. Dermatol., 124:1275 (2005). Another recently-published, independent study demonstrated that Enbrel also reduces NF–κB activity in monocytes from rheumatoid arthritis patients. Dichamp et al., *Increased Nuclear Factor-κB Activation in Peripheral Blood Monocytes of Patients with Rheumatoid Arthritis Is Mediated Primarily by Tumor Necrosis Factor-α*, J. Rheumatol. 34:1976-83 (2007).

## IV.    PERSON OF ORDINARY SKILL IN THE ART

36.    For the purposes of my analysis in this case, I have considered the questions put to me in the context of a person of ordinary skill in the art, a scientist with a Ph.D. in chemistry, biology, or related field, or a degree in medicine and having at least three years of post-doctoral laboratory training or other laboratory experience related to molecular biology and gene regulation. I base my opinion on the level of skill in the art on the level of education, skill and experience possessed by individuals working in the field of molecular biology in the mid-to-late 1980s, including the inventors named on the '516 patent.

## V.    PRIORITY DATE

### A.    Background on '516 Patent Applications

37.    The '516 patent issued from an extensive prosecution lineage involving several divisional, continuation and continuation-in-part applications. The first application was submitted to the USPTO on January 9, 1986, a few months before the publication of Ranjan Sen & David Baltimore's seminal article on the discovery of NF–κB. R. Sen & D. Baltimore, *Multiple*

15

*Nuclear Factors Interact With the Immunoglobulin Enhancer Sequences*, CELL, 46:705-716 (1986).
When it was first discovered, as reflected in the earliest applications in the lineage of the '516
patent, NF–κB was believed to be specific to B-lymphocytes because it is not constitutively
present in its active form in many cell types. The discovery that NF–κB existed in many more
cell types as an inactive cytosolic precursor, bound to a natural inhibitor, and that it was
inducible led to the invention of the claims that ultimately issued in the '516 patent. The
inventions of the asserted claims 6 and 18 were first described in U.S. Patent Application No.
07/162,680 (filed March 1, 1988) and U.S. Patent Application No. 07/341,436 (filed April 21,
1989), respectively.

**B.      Legal Standards**

38.      I understand that a claim in a patent issued from a continuation-in-part
application is entitled to the filing date of an earlier application if that application satisfies the
written description, enablement and best mode requirements of 35 U.S.C. § 112.

39.      I understand that, for the purpose of determining the effective filing date of a
patent claim, the sufficiency of disclosure in a patent application is measured from the
perspective of a hypothetical "person of ordinary skill in the art" (a "POSA") as of the filing
date. Accordingly, I understand that the specification need not recite knowledge or facts that
are well-known in the art.

40.      I understand that § 112 requires that the disclosure in a patent application must
be sufficiently clear and complete to teach a POSA how to make and use the invention as it is
claimed without necessitating undue experimentation. I also understand that an application
need not describe all possible applications or variants of the claimed invention to enable the
invention.

16

41.     I also understand that, while escaping precise definition, undue experimentation is analyzed by consideration of several factors, including: (1) the quantity of actual experimentation necessary, (2) the amount of guidance present in the specification, (3) the presence or absence of working examples in the specification, (4) the nature of the invention, (5) the state of the prior art at the time the application was filed, (6) the relative skill of those in the relevant art at the time of filing, (7) the predictability or unpredictability of the art, and (8) the breadth of the claims.

42.     I understand that to satisfy the written description requirement of 35 U.S.C. § 112, an application must describe the claimed invention in such a way as to make clear to a POSA that the patent applicants invented what is claimed in the issued patent.  In other words, the claimed invention must be supported by the disclosure of the application in such a way as to show that the inventors were in possession of the claimed invention.  I understand the disclosure of identifying characteristics such as structure, properties or functional characteristics coupled with a correlation between structure and function may satisfy the written description requirement.

**C.**     **Claims 6, 70, 71 and 72 are adequately supported by the disclosures of U.S. Patent Application No. 07/162,680 (filed March 1, 1988).**

43.     Claim 6 and claims dependent thereon are adequately supported by the disclosures of U.S. Patent Application No. 07/162,680 (filed March 1, 1988) ("'680 App.").  To demonstrate to a POSA in 1988 ("POSA-'88") that the inventors of the '516 patent were "in possession" of the method of claim 6, the disclosure of the '680 application must include the elements of claim 6 as it issued.  Thus, the '680 application must disclose:  (1) the identity and general function of NF–κB and its natural inhibitor; (2) the basic steps of the NF–κB pathway, from induction of intracellular NF–κB signaling to the binding of NF–κB to its DNA recognition

17

sites in the nucleus; and (3) reduction of NF–κB activity as a means of altering NF–κB mediated gene expression.

44.    The '680 application discloses the identity and general function of NF–κB and its natural inhibitor. From the '680 application, a POSA-'88 would understand that NF–κB is a DNA-binding protein factor ('680 App. Page 3). Similarly, the '680 application teaches that NF–κB is constitutively present in the cytoplasm of unstimulated cells as a precursor bound to its natural inhibitor, which is disclosed but not yet named IκB. (Pages 6-7, "Detailed Description of the Invention"). The application also discloses that, upon stimulation with certain inducing molecules, the NF–κB-IκB complex dissociates and NF–κB translocates to the nucleus where it mediates the transcription of certain genes. (Pages 6-7, "Detailed Description of the Invention").

45.    The '680 application discloses the basic steps of the NF–κB pathway. The disclosure of the '680 application teaches that NF–κB is present as an inactive cytosolic precursor, bound in a complex with its natural inhibitor that dissociates in response to signals initiated by certain extracellular stimuli. (Pages 6-7, "Detailed Description of the Invention"). The '680 application also discloses that, upon dissociation of the NF–κB-inhibitor complex, NF–κB translocates to the nucleus, where it mediates gene transcription. (Pages 3, 7). As such, the '680 application teaches a POSA-'88 the basic steps of the NF–κB pathway: an extracellular stimulus, which triggers dissociation of the NF–κB-inhibitor complex, activation and translocation of NF–κB, and the binding of NF–κB to its DNA recognition sequences in the nucleus.

46.    The '680 application discloses reduction of NF–κB activity as a means of altering NF–κB mediated gene expression. The '680 application states that the claimed invention "relates to ... methods of causing and preventing activation of" NF–κB and to "control of induction of activity of the [NF–κB] precursor." (Page 3). The application identifies these

18

methods of controlling induction of NF–κB activity as "useful in determining/controlling ...

expression of additional genes for which NF–κB...participates in transcriptional activation of

the gene." (Page 3). The disclosure specifically refers to controlling NF–κB mediated gene

expression, which necessarily includes both promotion and reduction of NF–κB mediated gene

expression. Thus, a POSA-'88 would understand the '680 application to disclose reduction of

induced NF–κB activity, including reduction of NF–κB mediated intracellular signaling.

47.    The '680 application teaches that the claimed methods can be carried out in

human immune cells. Some of the examples which are disclosed in the application involve

experiments run on 70z/3 cells, which are a murine pre-B cell line that is often used to model

human immune cells. (Pages 7-11). A POSA-'88 would know that murine pre-B cells are

immune cells, and that the results of experiments using 70z/3 cells can be extrapolated to

human immune cells. Therefore, the disclosure of the '680 application teaches that the methods

can be practiced in mammalian, human, and immune cells: the limitations added in dependent

claims 70-72.

48.    The '680 application would enable a POSA-'88 to practice the method of claim 6

in at least three ways. First, given the disclosure of the '680 application, a POSA-'88 would

understand that NF–κB's natural inhibitor, later referred to as IκB, could be isolated and cloned

using routine methods, and then used to reduce NF–κB activity in cells. *See generally*, J.

Sambrook, E.F. Fritsch & T. Maniatis, *Molecular Cloning: A Laboratory Manual* (2d ed. 1989). By

1988, a POSA would know how to isolate IκB, given the disclosure of its function and the

location of the NF–κB-IκB complex in the cytosol. Similarly, by 1988, a person of ordinary skill

in the art could obtain the DNA sequence encoding of an isolated protein and, given the

disclosure of its function as an inhibitor of NF–κB, create proteins capable of binding and

inhibiting NF–κB. A POSA-'88 would understand how to apply this knowledge to reduce NF–

19

κB activity in cells by introducing IkB into cells either by (1) introducing a vector containing a gene capable of expressing IkB into a target cells, thereby resulting in the production of IkB, (2) introducing RNA encoding IkB into a cell such that the IkB protein can be translated, or (3) introducing the IkB protein into a cell.

49.    Second, the '680 application would enable a POSA-'88 to practice claim 6 because, by 1988, a person of ordinary skill in the art would have known how to create small DNA molecules that contain an NF-κB binding site sequence and can be used to interfere with the binding of NF-κB to cellular DNA, thereby reducing NF-κB activity.  When NF-κB comes into contact with one of these "decoy molecules," it binds to its recognition site on the decoy molecule.  Once bound to a decoy molecule, an NF-κB molecule cannot bind to recognition sites on the cellular DNA, and therefore cannot mediate gene transcription.  Given the disclosure of the NF-κB pathway, a POSA-'88 would know that one way to reduce NF-κB activity in cells would be to prevent NF-κB from binding to DNA macromolecules in the nucleus using decoy molecules. By 1988, the creation of antisense oligonucleotides and their use to inhibit gene expression was routine to one skilled in the art.  *See e.g.*, Carol J. Marcus-Sekura, *Techniques for Using Antisense Oligodeoxyribonucleotides to Study Gene Expression*, Anal. Biochem. 172:289-295 (1988).  Because certain NF-κB recognition sequences were well known within the art, such as the κ light chain enhancer, a POSA-'88 would know how to create decoy molecules for NF-κB. *See, e.g.*, R. Sen & D. Baltimore, Cell, 46:705-716 (1986) (disclosing the sequence of the κ light chain enhancer GGGGACTTTCC, to which NF-κB binds).

50.    Although a POSA-'88 would have known, based on knowledge in the art, how to use decoy molecules to inhibit NF-κB, those methods were nonetheless added to the disclosure of the U.S. Patent Application No. 07/341,436 (filed April 21, 1989).  In addition to the κ light chain enhancer sequence, the '436 application discloses several additional sequences that could

be incorporated into decoy molecules in Table 1. (Page 28). The '436 application also discloses

the consensus recognition sequence for NF–κB, which can be used to discover new NF–κB

binding sequences for incorporation into decoy molecules. (Page 28). The actual use of decoy

molecules to inhibit NF–κB in cells implicated in arthritis is reported in A.V. Miagkov et al., *NF–κB Activation Provides the Potential Link Between Inflammation and Hyperplasia in the Arthritic Joint*,

PNAS 95:13859-13864 (1998).

51.     Third, by 1988, a person of ordinary skill in the art would also know how to

create molecules that contain the DNA binding domain of NF–κB, called dominantly interfering

molecules, which bind to NF–κB recognition sites on nuclear DNA but do not initiate

transcription. See e.g., I. Herskowitz, *Functional Inactivation of Genes By Dominant Negative Mutations*, Nature 329:219-222 (1987); A.D. Friedman et al., *Expression of a Truncated Viral Trans-Activator Selectively Impedes Lytic Infection By Its Cognate Virus*, Nature 335:452-454 (1988). Like

most transcription factors, NF–κB is composed of both a DNA binding domain, which binds to

the recognition sequence, and a transcriptional activation domain, which is involved in the

activation of RNA polymerase—a step that is required for transcription to occur. Dominantly

interfering molecules have the NF–κB DNA binding domain, but lack a functional

transcriptional activation domain. When a dominantly interfering molecule binds to a κB site

on the nuclear DNA, it blocks NF–κB from binding to that site and initiating transcription.

Because dominantly interfering molecules were well known by 1988, a person of ordinary skill

in the art would know that they could be used to practice the claimed methods, and would

know how to create molecules containing the DNA binding domain.

52.     By 1990, at least one laboratory had created molecules that inhibited NF–κB from

binding to its recognition sequences by taking advantage of the same principles underlying

dominantly interfering molecules and decoy molecules. F. Logeat et al., *Inhibition of*

21

*Transcription Factors Belonging to the Rel/NF-κB Family By a Transdominant Negative Mutant,* The

EMBO Journal 10(7):1827-1832 (1991). Specifically, Logeat created a mutant p50 NF-κB subunit

that was capable of forming a dimer with p65, but which could not bind to DNA. Logeat

demonstrated that these molecules inhibited NF-κB mediated gene expression.

> **D.**    **Claims 18, 183, 184 and 185 are adequately supported by the disclosures of U.S. Patent Application No. 07/341,436 (filed April 21, 1989).**

53.    To demonstrate to a person of ordinary skill in the art that the inventors of the

'516 patent were "in possession" of the method of claim 18, the disclosure of the '436 application

must include the elements of claim 18 as it issued. The '436 application must disclose, in

addition to those elements required to describe claim 6 discussed in the preceding subsection,

that TNF-α and IL-1 activate the NF-κB signaling pathway. Accordingly, claim 18 is entitled to

the benefit of the filing date of the '436 application, the first application to disclose that TNF-α

and IL-1 induce NF-κB activity in cells. See ('436 App. Pages 22-23) ("NF-κB has been

implicated in several other inducible systems...IL-1 and TNF-α activate NF-κB binding").

54.    A person of ordinary skill in the art would be able to practice the methods of

claims 18 and 183-185, given the disclosure of the '436 application, through the use of decoy

molecules, dominantly interfering molecules and synthetic IκB-like proteins, as described in

section V. C. above. Although a person of ordinary skill in the art would have known to use

decoy molecules or dominantly interfering molecules as of 1988, these methods were added to

the disclosure of the 1989 application. ('436 App., pages 29-30). The '436 application also

discloses several additional sequences that could be incorporated into decoy molecules in Table

1 ('436 application, page 28) and the consensus recognition sequence for NF-κB, which can be

used to discover new NF-κB binding sequences to incorporate into decoy molecules. ('436

application, page 28).

## VI.     CLAIM CONSTRUCTION

55.     I have been asked to construe the limitations of claims 6, 18, 70, 71, 72, 183, and 184 of the '516 patent ("the asserted claims") against Amgen.  The language of claims 6 and 18 is reproduced below:

56.     "Claim 6:  A method for diminishing induced NF-κB-mediated intracellular signaling comprising reducing NF-κB activity in cells such that NF-κB mediated intracellular signaling is diminished."

57.     "Claim 18:  A method for reducing Interleukin-1 or Tumor Necrosis Factor-α activity in mammalian cells comprising reducing NF-κB activity in the cells so as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells. "

58.     I understand that claims are construed according to their ordinary and customary meaning, as would be understood by a person of ordinary skill in the art at the time of the invention and in light of the specification.  I understand that claim construction is a matter of law, to be determined by the Court in advance of trial.  In my opinion, the Court would appropriately construe the limitations of the asserted claims as follows.

### B.     Terms Found in Each Asserted Claim

| Claim Limitation | Proposed Construction |
|---|---|
| "NF-κB" | A DNA-binding protein factor found in many eucaryotic cells that: (a) is constitutively present in the cytoplasm of unstimulated cells as an inactive precursor, bound to inhibitory IκB proteins; (b) upon dissociation from IκB, translocates to the nucleus of the cell; and (c) once in the nucleus, mediates the transcription of certain genes by binding to specific DNA recognition sequences in those genes. |

59.    NF–κB is a DNA -binding protein factor found in many eucaryotic cells.  As disclosed by the specification of the '516 patent, NF–κB is a "DNA-binding protein" that was "initially thought to be a B-cell specific factor," but is now known to be "present in many, if not all, cell types."  (12:36-39), (35:42-45), (17:45-47).  NF–κB is not found in procaryotic cells, but the specification discloses that it is present many different eucaryotic cells, including different species (14:64-66), (25:41-43), (26:40-44) and different tissues:  liver cells (17:28-30); kidney, spleen, lung, muscle, brain (26:40-44); immune and lymphoid cells (1:51-52), (13:21-22), (17:1-2), (78:56-57).

60.    NF–κB is constitutively present in the cytoplasm of unstimulated cells as an inactive precursor, bound to inhibitory IκB proteins.  The specification teaches that, in most unstimulated cells, NF–κB exists in the form of an inactive precursor, bound in a complex to its natural inhibitor, IκB.  (2:46-63), (10:46-54), (12:28-35), (26:66-27:10).  While bound to IκB, NF–κB cannot translocate to the nucleus, and thus cannot mediate transcription.  (16:23-24), (31:11-14).

61.    Upon dissociation from IκB, NF–κB translocates to the nucleus of the cell.  As disclosed in the specification, the cytosolic NF–κB-IκB complex dissociates in response to signals initiated by certain extracellular stimuli.  (15:12-14), (17:47-50), (30:42-31:56).  Once it is released from its inhibitor, NF–κB is able to enter the nucleus of the cell.  (10:46-54), (17:51-52), (30:52-53).

24

62.     Once in the nucleus, NF-κB mediates the transcription of certain genes by binding to specific DNA recognition sequences. The '516 patent discloses that NF-κB mediates the transcription of many different genes by binding to specific sequences of DNA. (4:12-23); (16:26-28). The specification teaches that NF-κB can regulate the expression of certain genes: "[t]he expression of a gene having an NF-κB binding recognition sequence can be positively or negatively regulated to provide, respectively, for increased or decreased production of the protein whose expression is mediated by NF-κB." (35:45-46).

| Claim Limitation | Proposed Construction |
| --- | --- |
| "Reducing NF-κB activity" | Decreasing the ability of NF-κB to act as an intracellular messenger that regulates transcription of particular genes, by inhibiting any step along the NF-κB signal transduction pathway, which begins with the binding of an extracellular receptor agonist to its receptor and ends with the synthesis of the protein whose expression is regulated by NF-κB. |

63.     "Reducing NF-κB activity" refers to inhibition of any step along the NF-κB signal transduction pathway. As used in the specification, the term "NF-κB activity" refers to the ultimate effect of activated NF-κB upon a gene regulated by NF-κB. Thus, "reduction" of NF-κB activity can occur by inhibiting any step along the NF-κB signal transduction pathway, beginning with the binding of an extracellular receptor ligand, such as a cytokine, to its receptor and ending with synthesis of the protein whose expression is regulated by NF-κB. (3:59-64 ("[I]t is now possible ... to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-κB activity")); (16:22-35). Thus, the specification teaches that "NF-κB activity" can be "reduc[ed]" in numerous ways, including (1) preventing dissociation of the NF-κB-IκB complex, (2) inhibiting NF-κB's translocation to the nucleus, or (3) preventing NF-κB from binding to its DNA recognition sequences within the nucleus. (35:13-15), (37:43-49); (37:50-54); (38:6-22).

25

64.    The specification notes that the NF-κB precursor may not be constitutively present in all cells. (12:36-41). In cells lacking NF-κB, NF-κB activity, by definition, does not exist, and thus, in such cells, NF-κB activity cannot be "reduced." Hence, the methods of claims 6 and 18 (and their dependent claims) can be performed only on cells that contain NF-κB.

C.    **Terms Found in Claim 6 and Claims Dependent Thereon**

| Claim Limitation | Proposed Construction |
|---|---|
| "NF-κB-mediated intracellular signaling" | Means the intracellular steps of the NF-κB signal transduction pathway. |
| "Diminishing induced NF-κB-mediated intracellular signaling" | Means inhibition of the intracellular steps of the NF-κB signal transduction pathway, initiated in response to application of a stimulus prior to the performance of the claimed method. |
| "Comprising reducing NF-κB activity in cells" | Means that the claimed method of "reducing NF-κB activity" (as construed above) is performed on intact cells containing NF-κB, whether in cell culture or in living tissue. |
| "Such that NF-κB mediated intracellular signaling is diminished" | Means the resultant reduction of NF-κB-mediated intracellular signaling, as construed above. |

65.    **"NF-κB-mediated intracellular signaling" means the intracellular steps of the NF-κB signal transduction pathway.** As explained in the specification, the NF-κB-IκB cytosolic precursor dissociates when "[v]arious inducers...cause an alteration in I-κB allowing NF-κB to be released from the complex." (16:24-26). Once released from the complex, NF-κB travels to the nucleus and binds to DNA recognition sites to affect gene transcription. (16:26-28). The end point of NF-κB mediated intracellular signaling is the expression of those proteins regulated by NF-κB.

66.    **"Diminishing induced NF-κB signaling" means inhibition of the intracellular steps of the NF-κB signal transduction pathway, initiated in response to a stimulus, prior to the performance of the claimed method.** As used in claim 6, the word "induced" is a past participle that modifies "signaling." That indicates that the induction of NF-κB-mediated

26

intracellular signaling must take place *before* the performance of the claimed method. The '516 patent discloses several extracellular substances, such as the pro-inflammatory cytokines IL-1 and TNF–α, that induce intracellular NF–κB signaling (17:30-33). The method of claim 6 can be performed only upon cells that have already been exposed to an external stimulus that induces NF–κB mediated intracellular signaling. In the absence of such a construction, the term "induced" would be superfluous.

67.     **"In cells" means that the claimed method is performed on intact cells containing NF–κB, whether in cell culture or in living tissue.** The specification discloses modulation of NF–κB activity in cultured, immortal cell lines, such as Jurkat cells, HeLa cells, and 70Z/3 cells. (17:58-61), (25:40-26:38). The '516 patent also discloses performance of the claimed methods on intact cells found in living tissue, as in a human patient. (3:23-26); (4:23-28). In light of these disclosures, a POSA would understand the limitation "in cells" to refer to methods performed on such cells, in contrast to methods performed on lysed cellular extracts, or non-cellular, nuclear or cytosolic vesicles. Because the pathway of NF–κB-mediated intracellular signaling involves both cytosolic (e.g., receptor, IκB, IKK) and nuclear (e.g., translocated NF–κB, RNA polymerase) components, extracts or vesicles containing only a portion of these components could not display "induced NF–κB-mediated intracellular signaling" capable of subsequent diminution according to the method of claim 6.

68.     **"Such that NF–κB mediated intracellular signaling is diminished" means the resultant reduction of "NF–κB-mediated intracellular signaling."** The specification teaches several ways of diminishing "NF–κB-mediated intracellular signaling," including (1) preventing dissociation of the NF–κB-IκB complex, (2) inhibiting NF–κB's translocation to the nucleus, or (3) preventing NF–κB from binding to its DNA recognition sequences within the nucleus. (35:13-15), (37:43-49); (37:50-54); (38:6-22).

27

D.     Terms Found in Claim 18 and Claims Dependent Thereon

| Claim Limitation | Proposed Construction |
|---|---|
| "Reducing Interleukin-1 or Tumor Necrosis Factor-α activity" | Means inhibiting intracellular NF–κB signal transduction induced by the circulating cytokines, IL-1 or TNF–α. |
| "in mammalian cells" | Means intact cells, whether in cell culture or in living tissue, from species falling within the class of mammals. |
| "comprising reducing NF–κB activity in the cells" | See above, ¶¶ 65-67. |
| "so as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells" | Means inhibiting the intracellular steps of the NF–κB signal transduction pathway induced by Interleukin-1 or Tumor Necrosis Factor-α prior to the performance of the claimed method in mammalian cells. |

69.     "Reducing Interleukin-1 or Tumor Necrosis Factor-α activity" means

inhibiting intracellular NF–κB signal transduction induced by IL-1 or TNF–α. The '516

patent discloses that the NF–κB-IκB cytosolic precursor dissociates when "[v]arious

inducers...cause an alteration in I-κB allowing NF–κB to be released from the complex." (16:24-

26). The pro-inflammatory cytokines, TNF–α and IL-1, are two inducers of NF–κB activity that

are disclosed in the specification. (17:30-33). When, for example, TNF–α binds extracellularly to

its receptor on the cell membrane, it initiates a signaling cascade within the cell that results in

the dissociation of the NF–κB-IκB complex. Once released from the complex, NF–κB travels to

the nucleus and binds to DNA recognition sites to effect gene transcription. (16:26-28).

70.     "In mammalian cells" means intact cells, whether in cell culture or in living

tissue, from species falling within the class of mammals. The limitation "in mammalian cells"

has the same meaning that is possessed by the limitation "in cells" in claim 6, except for its

restriction to cells from species falling within the class of mammals.

71.     "So as to reduce intracellular signaling caused by Interleukin-1 or Tumor

Necrosis Factor-α in the cells" means inhibiting the intracellular steps of the NF–κB signal

transduction pathway induced by Interleukin-1 or Tumor Necrosis Factor-α prior to the

performance of the claimed method in mammalian cells.  As used in claim 18, "caused by

Interleukin-1 or Tumor Necrosis Factor- α" is a past participial phrase that modifies "signaling."

That indicates that these cytokines must "cause" NF–κB-mediated intracellular signaling *before*

the performance of the claimed method.   Hence, the method of claim 18 can be performed only

upon cells that have already been exposed to TNF-α or IL-1.

  **E.**  **Terms Found in Dependent Claims**

| Claim Limitation | Proposed Construction |
|---|---|
| "Mammalian cells" | In claim 70, "mammalian cells" means intact cells containing NF–κB, whether in cell culture or living tissue, that come from a species falling within the class of mammals. |
| "Human cells" | In claims 71 and 183, "human cells" means intact cells containing NF–κB, whether in cell culture or living tissue, that come from a human being. |
| "Immune cells" | In claims 72 and 184, "immune cells" means intact cells containing NF–κB, such as monocytes, mast cells, macrophages, and lymphocytes, whether in cell culture or living tissue, that help protect the body of a mammal from foreign materials and infection. |

72.     "Mammalian cells" has the same meaning in claim 70 that it carries in claim 18,

construed above.

73.     "Human cells" has the same meaning in claims 71 and 183 that is possessed by

the limitation "in cells" in claim 6, except for its restriction to cells from human beings.

74.    "Immune cells" means intact cells containing NF–κB, such as monocytes, mast cells, macrophages, and lymphocytes, whether in cell culture or living tissue, that help protect the body of a mammal from foreign materials and infection.  Although the term is not explicitly defined in the '516 patent, a POSA would know that the phrase "immune cells" includes, but is not limited to lymphocytes (e.g., T cells and B cells), monocytes and monocyte derived cells (e.g. macrophages), neutrophils, eosinophils, basophils, and fixed or tissue specific leukocytes (e.g., mast cells, dendritic cells and histiocytes).


_____          1/18/08
Jeffrey V. Ravetch, M.D., Ph.D.                _____
                                                              Date

30

MATERIALS RELIED UPON

**F.    US Patents & Patent Applications**

- D. Baltimore et al., "Nuclear Factors Associated With Transcriptional Regulation", U.S. Patent No. 6,410,516.

- U.S. Patent Application No. 07/162,680.

- U.S. Patent Application No. 07/341,436.

**G.    Publications**

- E.H.S. Choy & G.S. Panayi, *Cytokine Pathways And Joint Inflammation In Rheumatoid Arthritis*, New England J. Med. 344: 907-916 (2001).

- Dichamp et al., *Increased Nuclear Factor-κB Activation in Peripheral Blood Monocytes of Patients with Rheumatoid Arthritis Is Mediated Primarily by Tumor Necrosis Factor-a*, J. Rheumatol. 34:1976-83 (2007).

- A.D. Friedman et al., *Expression of a Truncated Viral Trans-Activator Selectively Impedes Lytic Infection By Its Cognate Virus*, Nature 335:452-454 (1988).

- S. Ghosh, *ed.*, Handbook of Transcription Factor NF-kappaB (2007).

- S. Ghosh & M. Karin, *Missing Pieces in the NF-kappaB Puzzle*, Cell 109(Suppl):S81-S96 (2002).

- D. Hammaker et al., *Signal Transduction Networks In Rheumatoid Arthritis*, Ann. Rheum. Dis. 62(Suppl II):ii86-ii89 (2003).

- M.L. Handel et al., *Nuclear Factor-κB In Rheumatoid Synovium*, Arthritis Rheum., 38:1762-1770 (1995).

- I. Herskowitz, *Functional Inactivation of Genes By Dominant Negative Mutations*, Nature 329:219-222 (1987).

- M. Lenardo, C. Fang, T. Maniatis & D. Baltimore, *The Involvement of NF-κB in B-interferon Gene Regulation Reveals Its Role as Widely Inducible Mediator of Signal Transduction*.

- P.F. Lizzul et al., *Differential Expression of Phosphorylated NF-kB/RelA in Normal and Psoriatic Epidermis and Downregulation of NF-kB in Response to Treatment with Etanercept*, J. Invest. Dermatol., 124:1275 (2005).

- F. Logeat et al., *Inhibition of Transcription Factors Belonging to the Rel/NF-κB Family By a Transdominant Negative Mutant*, THE EMBO JOURNAL 10(7):1827-1832 (1991).

31

• C.J. Marcus-Sekura, *Techniques for Using Antisense Oligodeoxyribonucleotides to Study Gene Expression*, Anal. Biochem. 172:289-295 (1988).

• R. Marok et al., *Activation of the Transcription Factor Nuclear Factor–κB In Human Inflamed Synovial Tissue*, Arthritis Rheum. 39:583-591 (1996).

• K.W. McIntyre et al., *A Highly Selective Inhibitor Of Ikb Kinase, BMS-345541, Blocks Both Joint Inflammation And Destruction In Collagen-Induced Arthritis In Mice*, Arthritis Rheum. 48:2652-2659 (2003).

• A.V. Miagkov et al., *NF-Kb Activation Provides The Potential Link Between Inflammation And Hyperplasia In The Arthritic Joint*, PNAS 95:13859-13864 (1998).

• M. Naumann et al., *Activation of NF-kappaB in Vivo Is Regulated By Multiple Phosphorylations*, Embo J. 13(19):4597-4607 (1994).

• L. A.J. O'Neill et al., *NF-κB: A Crucial Transcription Factor for Glial and Neuronal Cell Function*, TINS 20(6):252-257 (1997).

• J. Sambrook, E.F. Fritsch & T. Maniatis, *Molecular Cloning: A Laboratory Manual* (2d ed. 1989).

• T. Saxne et al., *Detection of Tumor Necrosis Factor Alpha But Not Tumor Necrosis Factor Beta in Rheumatoid Arthritis Synovial Fluid and Serum*, Arthritis Rheum. 31: 1041-1045 (1988).

• R. Sen & D. Baltimore, *Multiple Nuclear Factors Interact With the Immunoglobulin Enhancer Sequences*, Cell, 46:705-716 (1986).

• N. Sizemore et al., *Activation of Phosphotadylinositol 3-Kinase in Response to Interleukin-1 Leads to Phosphorylation and Activation of the NF-kappaB p65/RelA subunit*, Mol. Cell. Biol. 19(7):4798-4805 (1999).

• X.R. Song et al., *Coming of Age: Anti-Cytokine Therapies*, Mol. Interventions 2:36-46 (2002).

• Jeffrey M. Weinberg et al., eds., TNF–alpha Inhibitors (2006).

• P.S. Yamauchi et al., *The Treatment Of Psoriasis And Psoriatic Arthritis With Etanercept: Practical Considerations On Monotherapy, Combination Therapy, And Safety*, 22 Dermatol. Clin.: 449-459 (2004).

## CURRICULUM VITAE

**Name:**  Jeffrey V. Ravetch

**Date and Place of Birth:**  May 3, 1951; New York, New York

**Citizenship:**  United States

**Education:**

June 1973 - **B.S.,** Yale University, New Haven, CT
June 1978 - **Ph.D.,** Laboratory of Genetics (N. Zinder and P. Model), The Rockefeller University, New York, NY
June 1979 - **M.D.,** Cornell University Medical College, New York, NY

**Postdoctoral Training:**

1979 - 1982  Laboratory of Molecular Genetics (P. Leder), NICHD, NIH, Bethesda, MD

**Positions and Appointments:**

1997-        **Theresa and Eugene M. Lang Chair,** The Rockefeller University
1996-        **Professor,** The Rockefeller University
1993-        **Adjunct Professor,** Department of Microbiology and Immunology, Jefferson Medical College and Jefferson Cancer Institute
1990 -1996   **Attending,** Division of Hematologic Oncology, Department of Medicine, Memorial Hospital for Cancer and Allied Diseases
1990 - 1996  **Member,** Division of Molecular Biology, Memorial Sloan-Kettering Cancer Center
             **Professor,** Cornell University Medical College
1986 - 1990  **Associate Attending,** Division of Medical Oncology, Hematology-Lymphoma Service, Department of Medicine, Memorial Sloan-Kettering Cancer Center
1986 - 1990  **Associate Member,** Division of Molecular Biology, Memorial Sloan-Kettering Cancer Center
             **Associate Professor,** Cornell University Medical College
1984 - 1987  **Guest Investigator,** Laboratory of Cellular Physiology and Immunology, The Rockefeller University
1982 - 1986  **Assistant Member,** Division of Molecular Biology, Memorial Sloan-Kettering Cancer Center
             **Assistant Professor,** Cornell University Medical College
1979 - 1982  **Research Associate,** Laboratory of Molecular Genetics, NICHD, National Institutes of Health
1973 - 1979  **Biomedical Fellow,** The Rockefeller University
1972 - 1973  **Teaching Assistant,** Dept. of Chemistry, Yale University

**Honors and Awards:**

NSF Summer Research Fellowships, 1971, 1972

Cum laude, Yale College, 1973

Charles E. Culpeper Fellow, 1983-1985

Pew Scholar, 1985-1989

Burroughs-Wellcome Award in Molecular Parasitology, 1986

Irma T. Hirschl/Monique Weill-Caulier Trust Career Scientist Award, 1986

Boyer Research Award, Memorial Sloan-Kettering Cancer Center, 1988

Kunkel Lecturer, Rockefeller University, 1996

NIH MERIT Award, 1997

Ecker Lecturer, Case Western Reserve University, 2000

Lee J. Howley, Jr. Award, 2004

AAI-Huang Foundation Meritorious Career Award, 2005

Member, National Academy of Sciences, 2006

William B. Coley Award, Cancer Research Institute, 2007

Member, Institute of Medicine, 2007

**Patents:**

5,116,965-Methods of obtaining histidine-rich protein genes of plasmodia

5,723,593-Diagnostic assay for Charcot Marie Tooth disease type 1B

5,728,377-Methods and compositions Incorporating IP-10

5,824,487-Method for screening for targets for anti-inflammatory or anti-allergic agents.

5,876,927-Nucleic acid diagnostic assay for Charcot-Marie-Tooth Disease type IB

5,877,396-Mice mutant for Fc Receptors and method of treating autoimmune disease.

6,676,927-Animal model and methods for its use in the selection of cytotoxic antibodies

7,038,031-DNA encoding FcγR receptor protein on NK cells.

**Other Activities:**

**National**

Ad hoc member, Immunobiology Study Section, 1986-1990

Ad hoc member, Tropical Medicine and Parasitology Study Section, 1988-1990

Member, Allergy and Immunology Study Section, 1990-1994

Member, Blood Diseases Advisory Panel of The New York Community Trust, 1990-1996

Founder and Organizer (with D. Wirth and L. van der Ploeg), Annual Woods Hole Molecular Parasitology Meeting, 1990-1992

NIH Task Force on Immunology and Aging, 1994

Institute of Medicine, Nat'l Academy of Sciences, Committee on Malaria Vaccines, 1995

AAI, American Association of Immunologists, Public Affairs Committee, 2003-2005

**Editorial**
Advisory Editor, The Journal of Experimental Medicine
Transmitting Editor, International Immunology
Editorial Advisory Board, Current Drug Targets – Inflammation & Allergy

**Scientific Advisory Board**
Cancer Research Fund of the Damon Runyon - Walter Winchell Foundation 1996-2000
Cancer Research Institute
Irvington Institute for Medical Research
Portola Pharmaceuticals

**Professional Memberships:**
American Society for Biochemistry and Molecular Biology
American Society for Cell Biology
Harvey Society
AAAS
AAI
The Kunkel Society

**Home Address:**    500 Park Ave., 39th floor          **Tel. #:** (212) 371-1247
New York, NY 10022

**Office Address:**    The Rockefeller University          **Tel. #:** (212) 327-7321
1230 York Ave., Box 98          **FAX #:** (212) 327-7318
New York, NY 10021

**E-Mail:** ravetch@rockefeller.edu

**Dependents #:**    2

**Military Services:**    1979-1982  USPHS  Surgeon (04)

## Bibliography

1.    **Ravetch, J.V.**, Gralla, J. and Crothers, D.M. (1974) Thermodynamic and kinetic properties of short RNA helices: the oligomer series $A_nGCU_n$. *Nucleic Acids Research* 1:109-127.

2.    **Ravetch, J.V.** and Jakes, K.S. (1976) Intact 3' end of 16S rRNA is not required for specific mRNA binding. *Nature* 262:150-153.

3.    **Ravetch, J.V.**, Model, P. and Robertson, H.D. (1977) Isolation and characterization of the φx174 ribosome binding sites. *Nature* 265:698-702.

4.    **Ravetch, J.V.**, Horiuchi, K., and Model, P. (1977) Mapping of bacteriophage f1 ribosome binding sites to their cognate genes. *Virology* 81:341-351.

5.    **Ravetch, J.V.**, Horiuchi, K. and Zinder, N.D. (1977) Nucelotide sequences near the origin of replication of bacteriophage f1. *Proc. Natl. Acad. Sci. USA* 74:4219-4222.

6.    **Ravetch, J.V.**, Horiuchi, K. and Zinder, N.D. (1978) Nucleotide sequence of the recognition site for the restriction-modification enzyme of *Escherichia coli B*. *Proc. Natl. Acad. Sci. USA* 75:2266-2270.

7.    Horiuchi, K., **Ravetch, J.V.** and Zinder, N.D. (1978) DNA replication of bacteriophage f1 in vivo. *Cold Spring Harbor Symposium on Quantitative Biology*, Vol. 43.

8.    **Ravetch, J.V.**, Horiuchi, K. and Zinder, N.D. (1979) DNA sequence analysis of the defective interfering particles of bacteriophage f1. *J. Mol. Biol.* 128:305-318.

9.    **Ravetch, J.V.**, Ohsumi, M., Model, P., Vovis, G.F., Fischoff, D. and Zinder, N.D. (1979) Organization of a hybrid between phage f1 and plasmid pSC101. *Proc. Natl. Acad. Sci. USA* 76:2195-2198.

10.    **Ravetch, J.V.**, Kirsch, I.R. and Leder, P. (1980) Evolutionary approach to the question of immunoglobulin heavy chain switching: Evidence from cloned human and mouse genes. *Proc. Natl. Acad. Sci. USA* 77:6734-6738.

11.    Korsmeyer, S.J., Hieter, P., **Ravetch, J.V.**, Poplack, D., Waldmann, T. and Leder, P. (1981) Developmental hierarchy of immunoglobulin gene rearrangements in human leukemic pre-B cells. *Proc. Natl. Acad. Sci. USA* 78:7096-7100.

12.    Kirsch, I., **Ravetch, J.V.**, Kwan, S.-P., Max, E.E., Ney, R.L. and Leder, P. (1981) Multiple immunoglobulin switch region homologies outside the heavy chain constant region locus. *Nature* 292:585-587.

13. Siebenlist, U., **Ravetch, J.V.**, Korsmeyer, S., Waldmann, T. and Leder, P. (1981) Human immunoglobulin D segments encoded in tandem multigenic families. *Nature* 294:631-635.

14. **Ravetch, J.V.**, Siebenlist, U., Korsmeyer, S., Waldmann, T. and Leder, P. (1981) The structure of the human immunoglobulin μ locus: characterization of embryonic and rearranged J and G genes. *Cell* 27:583-591.

15. Korsmeyer, S.J., Arnold, A., Bakhshi, A., **Ravetch, J.V.**, Siebenlist, U., Hieter, P.A., Sharrow, S.O.,LeBien, T.W., Kersey, J.H., Poplack, D.G., Leder, P. and Waldmann,T.A. (1983) Immunoglobulin gene rearrangement and cell surface antigen expression in acute lymphocytic leukemias of T-Cell and B-Cell precursor origins. *J. Clin. Invest.* 71:301-313.

16. Waldmann, T.A., Korsmeyer, S.J., Hieter, P.A., **Ravetch, J.V.**, Broder, S. and Leder, P. (1983) Regulation of the humoral immune response: from immunoglobulin genes to regulatory T cell networks. *Fed. Proc.* 42:2498-2503.

17. Shin, H.-S., Flaherty, L., Artzt, K., Bennett, D. and **Ravetch, J.V.** (1983) Inversion in the H-2 complex of t-Haplotypes in mice. *Nature* 306:380.

18. **Ravetch, J.V.**, Feder, R., Pavlovec, A. and Blobel, G. (1984) Primary structure and genomic organization of the histidine-rich protein of the malaria parasite *Plasmodium lophurae*. *Nature* 312:616.

19. **Ravetch, J.V.**, Kochan, J. and Perkins, M. (1985) Isolation of the gene for a glycophorin-binding protein implicated in erythrocyte invasion by a malaria parasite. *Science* 227:1593-1597.

20. Luster, A.D., Unkeless, J.C. and **Ravetch, J.V.** (1985) γ-interferon transcriptionally regulates an early-response gene with homology to platelet proteins. *Nature* 315:672-676.

21. Bakshi, A., Guglielmi, P., Siebenlist, U., **Ravetch, J.V.**, Jensen, J.P. and Korsmeyer, S.J. (1986) A DNA insertion/deletion necessitates an aberrant RNA splice accounting for a μ heavy chain disease protein. *Proc. Natl. Acad. Sci. USA* 83:2689-2693.

22. Kochan, J., Perkins, M. and **Ravetch, J.V.** (1986) A tandemly repeated sequence determines thebinding domain for an erythrocyte receptor binding protein of *P. falciparum*. *Cell* 44:689-696.

23. Pologe, L. and **Ravetch, J.V.** (1986) A chromosomal rearrangement in a *P. falciparum* histidine-rich protein gene is associated with the knobless phenotype. *Nature* 322:474-477.

24.    Portnoy, D.A., Erickson, A.H., Kochan, J., **Ravetch, J.V.** and Unkeless, J.C. (1986)
       Cloning and characterization of a mouse cysteine proteinase. *J. of Biol. Chem.*
       <u>261</u>:14697-14703.

25.    **Ravetch, J.V.**, Luster, A., Weinshank, R., Kochan, J., Pavlovec, A., Portnoy, D., Hulmes,
       J., Pan, Y-C. and Unkeless, J. (1986) Structural heterogeneity and functional domains of
       murine immunoglobulin G Fc receptors. *Science* <u>234</u>:718-725.

26.    Luster, A., Jhanwar, S., Chaganti, R.S.K., Kersey, J., and **Ravetch, J.V.** (1987)
       Interferon-inducible gene maps to a chromosomal band associated with a (4;11)
       translocation in acute leukemia cells. *Proc. Natl. Acad. Sci. USA* <u>84</u>:2868-2871.

27.    Pologe, L., Pavlovec, A., Shio, H. and **Ravetch, J.V.** (1987) Primary structure and
       subcellular localization of the knob-associated histidine-rich protein of *Plasmodium
       falciparum*. *Proc. Natl. Acad. Sci. USA* <u>84</u>:7139-7143.

28.    Luster, A.D. and **Ravetch, J.V.** (1987) Genomic characterization of gamma-interferon-
       inducible gene (IP-10) and identification of an interferon-inducible hypersensitive-site.
       *Mol. Cell. Biol.* <u>7</u>:3723-3731.

29.    Luster, A.D. and **Ravetch, J.V.** (1987) Biochemical characterization of a γ interferon
       inducible cytokine (IP-10). *J. Exp. Med.* <u>166</u>:1085-1097.

30.    Weinshank, R.L., Luster, A.D. and **Ravetch, J.V.** (1988) Function and regulation of a
       murine macrophage-specific IgG Fc receptor, FcγR-α. *J. of Exp. Med.* <u>167</u>:1909-1925.

31.    Luster, A.D., Weinshank, R.L. and **Ravetch, J.V.** (1988) Molecular and biochemical
       characterization of a novel γ-interferon-inducible protein. *J. of Biol. Chem.* <u>263</u>:12036-
       12043.

32.    Pologe, L.G. and **Ravetch, J.V.** (1988) Large deletions result from breakage and healing
       of *P. falciparum* chromosomes. *Cell* <u>55</u>:869-874.

33.    Perussia, B., Tutt, M.M., Qiu, W.Q., Kuziel, W.A., Tucker, P.W., Trinchieri, G., Bennett,
       M., **Ravetch, J.V.** and Kumar, V. (1989) Murine natural killer cells express functional
       Fcγ Receptor II encoded by the FcγRα gene. *J. Exp. Med.* <u>170</u>:73-86

34.    **Ravetch, J.V.** and Perussia, B. (1989) Alternative membrane forms of FcγRIII(CD16) on
       human natural killer cells and neutrophils: Cell-type specific expression of two genes
       that differ in single nucleotide substitutions. *J. Exp. Med.* <u>170</u>:481-497.

35. Brooks, D., Qiu, W.Q., Luster, A.D. and **Ravetch, J.V.** (1989) Structure and expression of human IgG FcRII(CD32): Functional heterogeneity is encoded by the alternatively spliced products of multiple genes. *J. Exp. Med.* <u>170</u>:1369-1385.

36. Kurosaki, T. and **Ravetch, J.V.** (1989) A single amino acid substitution in the GPI attachment domain is responsible for the alternative membrane anchoring of FcγRIII(CD16). *Nature* <u>342</u>:805-807.

37. Pologe, L.G., de Bruin, D. and **Ravetch, J.V.** (1990) A and T homoplymeric stretches mediate a DNA inversion in *Plasmodium falciparum* which results in loss of gene expression. *Mol. Cell. Biol.* <u>10</u>:3243-3246.

38. Qiu, W.Q., de Bruin, D., Brownstein, B.H., Pearse, R., and **Ravetch, J.V.** (1990) Organization of the human and mouse low-affinity FcγR genes: Duplication and Recombination. *Science* <u>248</u>:732-735.

39. Perussia, B. and **Ravetch, J.V.** (1991) FcγRIII(CD16) on human macrophages is a functional product of the FcγRIII-2 gene. *Eur. J. Immunol.* <u>21</u>:425-429.

40. Kurosaki, T., Gander, L and **Ravetch, J.V.** (1991) A subunit common to an IgG Fc receptor and the T cell receptor mediates assembly through different interactions. *Proc. Natl Acad. Sci. USA*, <u>88</u>:3837-3841.

41. Scykora, J., **Ravetch, J.V.** and Aderem, A. (1991) Cloning and molecular characterization of the murine macrophage "68-kDa" protein kinase C substrate, and its regulation by bacterial lipopolysaccharide. *Proc. Natl Acad. Sci. USA*, <u>88</u>:2505-2509.

42. Pearse, R., Feinman, R. and **Ravetch, J.V.** (1991). Characterization of the promoter of the human gene encoding the high-affinity IgG receptor: Transcriptional induction by γ-interferon is mediated through common DNA response elements. *Proc. Natl Acad. Sci. USA*, <u>88</u>:11305-11309.

43. Kurosaki, T., Gander, I., Wirthmueller, U. and **Ravetch, J.V.** (1992). The β subunit of the FcεRI is associated with the FcγRIII on mast cells. *J. Exp. Med.*, <u>175</u>:447-451.

44. Wirthmueller, U., Kurosaki, T., Murakami, M. and **Ravetch, J.V.** (1992). Signal transduction by FcγRIII(CD16) is mediated through the γ chain, *J. Exp. Med.*, <u>175</u>:1381-1390.

45. Lanzer, M., de Bruin, D. and **Ravetch, J.V.** (1992). Transcription mapping of a 100 kb locus of *P. falciparum* identifies an intergenic region in which transcription terminates and reinitiates, *EMBO*, <u>11</u>:1949-1955.

46.  Schenkman, S., Kurosaki, T. **Ravetch, J.V.**, and Nussenzweig, V. (1992)  Evidence for the participation of the Ssp-3 antigen in the invasion of non-phagocytic mammalian cells by *Trypanosoma cruzi*, *J. Exp. Med.*, <u>175</u>:1635-1641.

47.  Lanzer, M., de Bruin, D. and **Ravetch, J.V.** (1992)  A sequence element associated with the *Plasmodium falciparum* KAHRP gene is the site of developmentally regulated protein interactions, *Nucl.Acids Res.*, <u>20</u>:3051-3056.

48.  de Bruin, D., Lanzer, M. and **Ravetch, J.V.** (1992)  Characterization of yeast artificial chromosomes from *Plasmodium falciparum*:  Construction of a stable, representative library and cloning telomeric DNA fragments, *Genomics*, <u>14</u>:332-339.

49.  Lanzer, M., de Bruin, D. and **Ravetch, J.V.** (1993).  Cloning of a complete *Plasmodium falciparum* chromosome reveals transcriptional differences in polymorphic and conserved domains, *Nature,* <u>361</u>:654-657.

50.  Salcedo, T.W., Kurosaki, T., Kanakaraj, P., **Ravetch, J.V.** and Perussia, B.  (1993)  Physical and functional association of p56$^{lck}$ with FcγRIIIA (CD16) in Natural Killer cells, *J. Exp. Med.*, <u>177</u>:1475-1480.

51.  Pearse, R.N., Feinman, R., Darnell, J.E., Jr., and **Ravetch, J.V.**  (1993) IFN-γ induction of FcγRI transcription requires assembly of a complex which includes a 91 kDa DNA binding protein, *Proc. Natl. Acad. Sci., USA*, <u>90</u>:4314-4318.

52.  Sarris, A., Broxmeyer, H., Wirthmueller, U., Karasavvas, N., Cooper, S., Lu, L., Krueger, J., and **Ravetch, J.V.** (1993) Human interferon-inducible protein 10:  Expression and purification of recombinant protein demonstrate inhibition of early human hematopoietic progenitors, *J. Exp. Med.*, <u>178</u>:1127-1132.

53.  Muta, T., Kurosaki, T., Sanchez, M., Misulovin, Z., Nussenzweig, M., and **Ravetch, J.V.** (1994) A 13 amino acid motif in the cytoplasmic domain of FcγRIIB modulates B-cell receptor signalling. *Nature,* <u>368</u>:70-73.

54.  Su, Y., Brooks, D., Li, L., Lepercq, J., Trofatter, J., **Ravetch, J.**, and Lebo, R. (1993) Peripheral myelin protein zero gene mutated in Charcot-Marie-Tooth type 1B patients, *Proc. Natl Acad. Sci., USA*, <u>90</u>:10856-10860.

55.  de Bruin, D., Lanzer, M., and **Ravetch, J.V.** (1994) Conserved arrays of repetitive sequences in the subtelomeric regions of *Plasmodium falciparum* chromosomes promote genetic diversity. *Proc. Natl. Acad. Sci., USA*, <u>91</u>:619-623.

56.  Takai, T., Li, M., Sylvestre, D., Clynes, R., and **Ravetch, J.V.** (1994)  FcR γ chain deletion results in pleiotropic effector cell defects. *Cell*, <u>76</u>:519-529.

57.    Feinman, R., Qiu, W.Q., Pearse, R.N., Nikolajczyk, B.S., Sen, R., Sheffery, M., and
       **Ravetch, J.V.** (1994)  PU.1 and an HLH family member contribute to the myeloid-
       specific transcription of the FcγRIIIA promoter. *EMBO,* 13:3852-3860.

58.    Sylvestre, D.L. and **Ravetch, J.V.** (1994)  Fc receptors initiate the Arthus reaction:
       Redefining the inflammatory cascade. *Science,* 265:1095-1098.

59.    Lanzer, M., Wertheimer, S.P., de Bruin, D. and **Ravetch, J.V.** (1994)  Chromatin
       structure determines the sites of chromosome breakages in *Plasmodium falciparum.*
       *Nucl. Acids Res.,* 22:3099-3103.

60.    Lanzer, M., de Bruin, D., Wertheimer, S.P., and **Ravetch, J.V.** (1994)  Transcriptional
       and nucleosomal characterization of a subtelomeric gene cluster flanking a site of
       chromosomal rearrangements in *Plasmodium falciparum. Nucl.Acids Res.,* 22:4176-82.

61.    Clynes, R., and **Ravetch, J.V.** (1995)  Cytotoxic antibodies trigger inflammation through
       Fc receptors. *Immunity,* 3:21-26.

62.    Rubio, J.P., Triglia, T., Kemp, D.J., de Bruin, D., **Ravetch, J.V.** and Cowman, A.F.
       (1995) A YAC contig map of *Plasmodium falciparum* chromosome 4; Transcriptional
       analysis and characterization of a DNA amplification between two recently separated
       isolates. *Genomics,* 26: 192-198.

63.    Su, X-z, Heatwole, V., Wertheimer, S., Guinet, F., Herrfeldt, J.A., Peterson, D.S.,
       **Ravetch, J.V.** and Wellems,T.E. (1995) The large diverse gene family *var* encodes
       proteins involved in cytoadherence and antigenic variation of *Plasmodium falciparum-*
       infected erythrocytes. *Cell,* 82:89-100.

64.    Park, S.Y., Arase, H., Wakizaka, K., Hirayama, N., Masaki, S., Sato, S., **Ravetch, J.V.**
       and Saito, T.(1995) Differential contribution of the FcRγ chain to the surface expression
       of the T cell receptor among T cells localized in epithelia:  analysis of the FcRγ deficient
       mice. *Eur. J. Immun.,* 25(7):2107-10.

65.    Economides, A.N., **Ravetch, J.V.,** Yancopolous, G.D. and Stahl, N (1995) Designer
       Cytokines: Targetting actions to cells of choice. *Science* 270: *1351-1353.*

66.    Li, M., Wirthmueller, U. and **Ravetch, J.V.** (1995) Reconstitution of human FcγRIII cell-
       type specificity in transgenic mice, *J. Exp. Med.,* 183: 1259-1263

67.    Seykora, J.T., Myat, M.M. Allen, L-A, **Ravetch, J.V.** and Aderem, A. (1996)  Molecular
       determinants of the myristoyl-electrostatic switch of MARCKS, *J. Biol.Chem.,* 271:
       18797-802

68.    Takai, T., Ono, M., Hikida, M., Ohmori, H. and **Ravetch, J.V.** (1996)  Augmented
       humoral and anaphylactic responses in FcγRII-deficient mice, *Nature,* 379:346-349.

69. Sylvestre, D., Clynes, R., Ma, M., Warren, H., Carroll, M. and **Ravetch, J.V.**(1996) IgG mediated inflammatory responses develop normally in complement deficient mice, *J. Exp. Med*, 184:1-8.

70. Sylvestre, D. and **Ravetch, J.V.** (1996) A dominant role for mast cell Fc receptors in the Arthus reaction, *Immunity*, 5: 387-390

71. Ono, M., Bolland, S., Tempst, P. and **Ravetch, J.V.**(1996) The role of the inositol phosphatase SHIP in negative regulation of the immune system by the receptor FcγRIIB, *Nature* 383: 263-266.

72. Heiken, H., Schulz, R-J., **Ravetch, J.V.**, Reinherz, E. L., and Koyasu,S. (1996) T lymphocyte development in the absence of FcεRIγ subunit: analysis of thymic dependent and independent α-β and γ-δ pathways, *Eur.J.of Immunol*. 26:1935-1943.

73. Vasovic, L.V., Dyall R., Clynes, R., **Ravetch, J.V.** and Nikolic-Zugic, J.(1997) Synergy between an antibody and CD8$^+$ cells in eliminating an established tumor, *Eur. J of Immunol.*, 27:374-82.

74. Miyajuma, I., Dombrowicz, D., Martin, T. R., **Ravetch, J.V.**, Kinet, J-P., and Galli, S. J. (1997) Systemic anaphylaxis in the mouse can be mediated largely through IgG$_1$ and FcγRIII. Assessment of the cardiopulmonary changes, mast cell degranulation, and death associated with active or IgE- or IgG$_1$ dependent passive anaphylaxis, *J. of Clin. Invest.* 99:901-914.

75. Dombrowcz, D., Flamand, V., Miyajima, I, **Ravetch, J. V.**, Galli, S. J., and Kinet, J.-P. (1997) Absence of FcεRIα chain results in upregulation of FcγRIII-dependent mast cell degranulation and anaphylaxis. Evidence of competition between FcεRI and FcγRIII for limiting amounts of FcRβ and γ chains. *J. of Clin. Invest.*, 99:915-925.

76. Ono, M., Okada, H., Bolland, S., Yanagi, S., Kurosaki, T. and **Ravetch, J.V.** (1997) Deletion of SHIP or SHP-1 reveals two distinct pathways for inhibitory signaling, *Cell*, 90:293-301.

77. Vora, K.A., **Ravetch, J.V.** and Manser, T. (1997) Amplified follicular immune complex deposition in mice lacking the Fc receptor γ-chain does not alter maturation of the B Cell response. *J. Immunol*. 159:2116-2124.

78. Jankovic, D., Cheever, A.W., Kullberg, M.C., Wynn, T.A., Yap, G., Caspar, P., Lewis, F.A., Clynes, R., **Ravetch, J.**, and Sher, A. (1997) CD4+ T cell-mediated granulomatous pathology in schistosomiasis is down-regulated by a B lymphocyte-dependent mechanism requiring Fc receptor signalling. *J. Exp. Med.*, 187:619-629.

79.  Clynes, R., Takechi, Y., Moroi, Y., Houghton, A. and **Ravetch, J.V.** (1998) Fc Receptors are required in passive and active immunity to melanoma. *Proc. Nat'l Acad. Sci.., USA*, 95:652-656.

80.  Shores, E., Kawabe, K., Ono, M., Sommers, C.L., Tran, T., Liu, K., Udey, M., **Ravetch, J.** and Love, P.E. (1998) T cell development in mice lacking all TCR-ς family members (ς, η, and FcεRIγ). *J. Exp. Med*, 187:1093-1101.

81.  Clynes, R., Dumitru, C. and **Ravetch, J.V.** (1998) Uncoupling of immune complex formation and kidney damage in autoimmune glomerulonephritis. *Science* 279:1052-54..

82.  Yuan, R. Clynes, R., Oh, J., **Ravetch, J.V.** and Scharff, M.D. (1998) Antibody-mediated modulation of *Cryptococcus neoformans* infection is dependent on distinct Fc receptors and IgG subclasses. *J. Exp. Med.,* 187:641-648.

83.  Bolland, S., Pearse, R., Kurosaki, T. and **Ravetch, J.V.** (1998) SHIP modulates immune receptor responses by regulating membrane association of BTK. *Immunity,* 8:509-516.

84.  Okada, H., Bolland, S., Hashimoto, A., Kurosaki, M., Iino, M., **Ravetch, J.V.** and Kurosaki, T. (1998). Role of the inositol phosphatase SHIP in B cell receptor-induced $Ca^{2+}$ oscillatory response. *J. Immunol.* 161:5129-5132.

85.  Suzuki, Y., Shirato, I., Okumura, K., **Ravetch, J.V.**, Takai, T., Tomino, Y., and Ra, C.S. (1998) Distinct contribution of Fc receptors and angiotensin II-dependent pathways in anti-GBM glomerulonephritis. *Kidney Int.* 54:1166-1174.

86.  Clynes, R., Maizes, J.S., Guinamard, R., Ono, M., Takai, T., and **Ravetch, J.V.** (1999) Modulation of immune complex-induced inflammation *in vivo* by the coordinate expression of activation and inhibitory Fc receptors. *J. Exp. Med.,* 189:179-185.

87.  Yuasa, T., Kubo, S., Yoshino, T., Ujike, A., Matsumura, K., Ono, M., **Ravetch, J.V.** and Takai, T. (1999) Deletion of FcγRIIB renders H-2$^b$ mice susceptible to collagen-induced arthritis. *J. Exp. Med.,* 189:187-194.

88.  Kubagawa, H., Chen, C.-C., Ho, L., Shimada, T., Gartland, L., Mashburn, C., Uehara, T., **Ravetch, J.V.** and Cooper, M.D. (1999) Biochemical nature and cellular distribution of the Paired Immunoglobulin-like Receptors, PIR-A and PIR-B. *J. Exp. Med.* 189:309-317.

89.  Qin, D., Wu, J., Vora, K., **Ravetch, J.V.**, Szakal, A.K., Manser, T. and Tew, J.G. (2000) FcγRIIB on follicular dendritic cells regulates the B cell recall response. *J. Immunology,* 164:6268-6275.

90.    Ujike, A., Ishikawa, Y., Ono, M., Yuasa, T., Yoshino, T., Fukumoto, M., **Ravetch, J.V.**, and Takai, T. (1999) Modulation of IgE-mediated systemic anaphylaxis by low affinity Fc receptors for IgG. *J. Exp. Med.,* <u>189</u>:1573-1579.

91.    Pearse, R.N., Kawabe, T., Bolland, S., Kurosaki, T., and **Ravetch, J.V.** (1999) SHIP recruitment attentuates FcγRIIB induced B cell apoptosis. *Immunity* <u>10</u>:753-760.

92.    Guinamard, R., Signoret, N., Masamichi, I., Marsh, M., Kurosaki, T. and **Ravetch, J.V.** (1999) B cell antigen receptor engagement inhibits SDF-1α chemotaxis and promotes PKC-induced internalization of CXCR4. *J. Exp. Med.* <u>189</u>:1461-1466.

93.    Nakamura, A., Yuasa, T., Ujike, A., Ono, M., Nukiwa, T., **Ravetch, J.V.** and Takai, T. (2000) FcγRIIB-deficient mice develop Goodpasture's Syndrome upon immunization with Type IV collagen: a novel murine model for autoimmune GBM disease. *J. Exp. Med.,* <u>191</u>:899-905.

94.    Jimack, L.F., Reininger, L., Chicheportiche, Y., Clynes, R., **Ravetch, J.V.**, Honjo, T., and Izui, S. (1999) High pathogenic potential of low-affinity autoantibodies in experimental autoimmune hemolytic anemia. *J. Exp. Med.* <u>190</u>:1689-1696.

95.    Clynes, R.A., Towers, T.L., Presta, L.G. and **Ravetch, J.V.** (2000) Inhibitory Fc receptors modulate *in vivo* cytotoxicity against tumor targets. *Nature Med.* <u>6</u>:443-446.

96.    Guinamard, R., Okigaki, M., Schlessinger, J. and **Ravetch, J.V.** (2000) Absence of marginal zone B cells in Pyk-2 deficient mice defines their role in the humoral response. *Nature Immunology,* <u>1</u>:31-35.

97.    Bolland, S. and **Ravetch, J.V.** (2000) Spontaneous autoimmune disease in FcγRIIB deficient mice results from strain-specific epistasis. *Immunity,* <u>13</u>:277-285.

98.    Samuelsson, A., Towers, T. and **Ravetch, J.V.** (2001) Anti-inflammatory activity of IVIG mediated through the inhibitory Fc receptor. *Science,* <u>291</u>:484-486.

99.    Hawiger, D., Inabe, K., Dorsett, Y., Guo, M., Mahnke, K., Rivera, M., **Ravetch, J.V.**, Steinman, R. and Nussenzweig, M. (2001) Dendritic cells induce peripheral T cell unresponsiveness under steady state conditions in vivo. *J. Exp. Med.* <u>194</u>:769-779.

100.    Khalil, M., Inaba, K., Steinman, R., **Ravetch, J.** and Diamond, B. (2001) T cell studies in a peptide-induced model of systemic lupus erythematosus. *J. Immunol.,* <u>66</u>:1667-1674.

101.    Bolland, S., Yim, Y.-S., Tus, K., Wakeland, E.K. and **Ravetch, J.V.** (2002) Genetic modifiers of SLE in FcγRIIB$^{-/-}$ mice. *J. Exp. Med.* <u>195</u>:1167-1174.

102.    Kalergis, A. and **Ravetch, J.V.** (2002) Inducing tumor immunity through the selective engagement of activating Fcγ receptors on dendritic cells. *J. Exp. Med.* <u>196</u>:1-8.

103.    Trcka, J., Moroi, Y., Clynes, R.A., Goldberg, S.M., Bergtold, A., Perales, M-A., Ma, M., Ferrone, C.R., Carroll, M.C., **Ravetch, J.V.** and Houghton, A.N. (2002) Redundant and alternative roles for activating Fc Receptors and complement in an antibody-dependent model of autoimmune vitiligo. *Immunity,* <u>16</u>:861-868.

104.    Green, S.K., Karlsson, M.C.I., **Ravetch, J.V.** and Kerbel, R.S. (2002) Disruption of cell-cell adhesion enhances antibody-dependent cellular cytotoxicity:  Implications for antibody-based therapeutics of cancer. *Cancer Research* <u>62</u>:6891-6900.

105.    Wang, C., Khalil, M., **Ravetch, J.** and Diamond B. (2003) The naive B cell repertoire predisposes to antigen-induced systemic lupus erythematosus. *J. Immunol.,* <u>170</u>:4826-4832.

106.    Bruhns, P., Samuelsson, A., Pollard, J. and **Ravetch, J.V.** (2003) Colony stimulating factor-1-dependent macrophages are responsible for IVIG protection in antibody-induced autoimmune disease. *Immunity,* <u>18</u>:573-581.

107.    Karlsson, M.C.I., Guinamard, R., Bolland, S., Steinman, R.M. and **Ravetch, J.V.** (2003) Macrophages control the retention and trafficking of B lymphocytes in the splenic marginal zone. *J. Exp. Med.* <u>198</u>:333-340.

108.    Zhang, Z., Zhang, M., **Ravetch, J.V.**, Goldman, C. and Waldmann, T.A. (2003) Effective therapy for a murine model of Adult T-cell Leukemia with the humanized anti-CD2 monoclonal antibody, MEDI-507. *Blood,* <u>102</u>:284-288.

109.    Zhang, Z., Zhang, M., Goldman, C., **Ravetch, J.V.** and Waldmann, T.A. (2003) Effective therapy for a murine model of Adult T-cell Leukemia with the humanized anti-CD52 monoclonal antibody, CAMPATH-1H. *Cancer Research,* <u>63</u>:6453-6457.

110.    Muhlfeld, A.S., Segerer, S., Hudkins, K. Carling, M.D., Wen, M., Farr, A.G., **Ravetch, J.V.** and Alpers, C.E. (2003) Deletion of the fcgamma receptor IIb in thymic stromal lymphopoietin transgenic mice aggravates membranoproliferative glomerulonephritis. *Am J Pathol.* <u>163</u>(3):1127-1136.

111.    Turhan, A., Jenab, P., Bruhns, P., **Ravetch, J.V.**, Coller, B.S., and Frenette, P.S. (2004) Intravenous immune globulin prevents venular vaso-occlusion in sickle cell mice by inhibiting leukocyte adhesion and the interactions between sickle erythrocytes and adherent leukocytes. *Blood,* <u>103</u>:2397-2400.

112. Uchida, J., Hamaguchi, Y., Oliver, J.A., **Ravetch, J.V.**, Poe, J.C., Haas, K.M. and Tedder, T.F. (2004) The Innate Mononuclear Phagocyte Network Depletes B Lymphocytes Through Fc Receptor-Dependent Mechanisms During Anti-CD20 Antibody Immunotherapy. *J. Exp. Med.*,199(12):1659-1669.

113. Moll, T., Nitschke, L., Carroll, M., **Ravetch, J.V.** and Izui, S. (2004) A Critical Role for FcγRIIB in the Induction of Rheumatoid Factors. *J. Immunology.* 173:4724-4728.

114. McGaha, T., Sorrentino, B. and **Ravetch, J.V.** (2005)  Restoration of tolerance in lupus by targeted inhibitory receptor expression. *Science*, 307:590-593.

115. Fukuyama, H., Nimmerjahn, F. and **Ravetch, J.V.** (2005) The inhibitory Fcγ receptor modulates autoimmunity by limiting the accumulation of immunoglobulin $G^+$ anti-DNA plasma cells. *Nature Immunology*, 6:99-106.

116. Dhodapkar, K.M., Kaufman, J.L., Ehlers, M., Banerjee, D.K., Bonvini, E., Koenig, S., Steinman, R.M., **Ravetch, J.V.** and Dhodapkar, M.V. (2005) Selective blockade of inhibitory Fcγ receptor enables human dendritic cell maturation with IL-12p70 production and immunity to antibody coated tumor cells. *Proc. Natl. Acad. Sci.* 102(8):2910-2915.

117. Olsson, M., Bruhns, P., Frazier, W.A., **Ravetch, J.V.** and Oldenborg, P-A. (2005) Platelet homeostasis is regulated by platelet expression of CD47 under normal conditions and in passive immune thrombocytopenia. *BLOOD*, 105(9):3577-3582.

118. Nimmerjahn, F., Bruhns, P., Horiuchi, K. and **Ravetch, J.V.** (2005) FcγRIV: A novel FcR with distinct IgG subclass specificity. *Immunity,* 23:41-51.

119. Boruchov, A.M., Heller, G., Concetta-Veri, M., Bonvini, E., **Ravetch, J.V.** and Young, J.W. (2005) Activating and inhibitory IgG Fc receptors mediate opposing effects on human dendritic cell function. *J. Clin. Invest.*, 115: 2914-23

120. Nimmerjahn, F. and **Ravetch, J.V.** (2005) Divergent immunoglobulin G subclass activity through selective FcR binding. *Science* 310: 1510-12

121. Okazaki, T., Otaka, Y., Wang, J., Hiai, H., Takai, T., **Ravetch, J.V.** and Honjo, T. (2005) Hydronephrosis associated with antiurethelial and antinuclear autoantibodies in BALB/c-FcγR2b-/-Pdcd1-/- mice. *J. Exp. Med.* 202: 1643-8

122. Yamazaki, S., Patel, M., Harper, A., Bonito, A., Fukuyama, H., Pack, M., Tarbell, K., Talmor, M., **Ravetch, J. V.**, Inaba, K. and Steinman, R.M. (2006)  Effective expansion of alloantigen-specific Foxp3+CD25+ CD4+ regulatory T cells by dendritic cells during the mixed leukocyte reaction. *Proc. Natl. Acad. Sci. USA* 103: 2758-63

123.  Ehlers, M., Fukuyama, H., McGaha, T., Aderem, A. and **Ravetch, J.V.** (2006) TLR9/MyD88 signaling is required for class switching to pathogenic IgG2a and 2b autoantibodies in SLE. *J. Exp. Med.* 203: 553-61

124.  Kaneko, Y., Nimmerjahn, F., Madaio, M. and **Ravetch, J.V.** (2006) Pathology and protection in nephrotoxic nephritis is determined by selective engagement of specific Fc receptors. *J. Exp. Med.* 203: 789-97

125.  Zhang, M., Yao, Z., Zhang, Z., Garmestani, K., Goldman, C.K., **Ravetch, J. V.,** Janik, J., Brechbiel, M.W. and Waldmann, T.A. (2006) Effective therapy for a murine model of human anaplastic large-cell lymphoma with the anti-CD30 monoclonal antibody HeFi-1, does not require activating Fc receptors. *Blood* 108: 705-710

126.  Kaneko, Y., Nimmerjahn, F. and **Ravetch, J.V.** (2006) Anti-inflammatory activity of Immunoglobulin G resulting from Fc sialylation. *Science* 313:670-673

127.  Mackay, M., Stavevsky, A., Wang, T., Aranow, C., Li, M., Koenig, S., **Ravetch, J.V.** and Diamond, B. (2006) Selective dysregulation of the FcgammaRIIB receptor on memory B cells in SLE. *J. Exp. Med.* 203: 2157-64

128.  Dhodapkar, KM, Banerjee, D, Connolly, J, Kukreja, A, Matayeva, E, Veri, MC, **Ravetch,** JV, Steinman, RM and Dhodapkar, MV (2007) Selective blockade of the inhibitory Fc{gamma} receptor (Fc{gamma}RIIB) in human dendritic cells and monocytes induces a type I interferon response program.*J. Exp. Med.* 204:1359-69

129.  Nimmerjahn, F, Anthony, RM and **Ravetch, JV** (2007) Agalactosylated IgG antibodies depend on cellular Fc receptors for in vivo activity. *Proc Natl Acad Sci* U SA 104:8433-7

130.  Kowalewska J, Muhlfeld AS, Hudkins KL, Yeh MM, Farr AG, **Ravetch** JV, Alpers CE.(2007) Thymic stromal lymphopoietin transgenic mice develop cryoglobulinemia and hepatitis with similarities to human hepatitis C liver disease. *Am J Pathol.* 170:981-9.

131.  Wermeling, F., Chen, Y., Pikkarainen, T., Scheynius, A., Winqvist, O., Izui, S., **Ravetch,** J. V., Tryggvason, K. and Karlsson, M. (2007) Class A scavenger receptors regulate tolerance against apoptotic cells, and autoantibodies against these receptors are predictive of systemic lupus. *J. Exp. Med.,* 204:, 2259-2265

132.  Nandakumar, K.S., Collin, M., Olsen, A., Nimmerjahn, F., Blom, A., **Ravetch, J.V.,** and Holmdahl, R. (2007) Endoglycosidase treatment abrogates IgG arthritogenicity: Importance of IgG glycosylation in arthritis. *Eur. J. Imm.* 37: 2973-2982

Chapters and Reviews

1.    Korsmeyer, S.J., Hieter, P., **Ravetch, J.V.**, Poplack, D., Leder, P. and Waldmann, T.A. Pattern of immunoglobulin gene arrangements in human lymphocytic leukemias. In: Leukemia Markers (Knapp, W., ed.) 1981; Academic Press, London.

2.    **Ravetch, J.V.**, Kirsch, I.R., Siebenlist, U. and Leder, P. Multiple somatic recombination events generate heavy chain immunoglobulin genes. In: Mechanism of Lymphocyte Activation, Proceedings of the 14th Leucocyte Culture Conference (Resch, K. and Kirschner, E., eds.) 1981; Elsevier/North Holland Press, Amsterdam.

3.    Leder, P., Hieter, P., Hollis, G., Kirsch, I.R., Leder, P., Nau, M. and **Ravetch, J.V.** (1982) The new image of the mammalian genome. In: Perspectives on Genes and the Molecular Biology of Cancer (Robberson, D.L., Saunders, G.F., ed.) Raven Press.

4.    Kirsch, I.R., **Ravetch, J.V.**, Hieter, P.A., Korsmeyer, S.J., Waldmann, T.A. and Leder, P. (1982) Genetic rearrangements in the humoral immune system. In: Current Concepts in Human Immunology and Cancer Immunomodulations (Serrou, B., ed.) Elsevier Biomedical Press B.V.

5.    Waldmann, T.A., Korsmeyer, S.J., Hieter, P.A., **Ravetch, J.V.**, Arnold, A. and Leder, P. (1983) Immunoglobulin gene rearrangements in human lymphocytic leukemia. In: Recombinant DNA Applications to Human Disease, Banbury Report 14 (Caskey, C.T. and White, R.L., ed.) Cold Spring Harbor Press, N.Y.

6.    **Ravetch, J.V.**, Young, J. and Poste, G. (1985) Molecular genetic strategies for the development of anti-malarial vaccines. *Biotechnology* 3:729-740.

7.    Perkins, M., and **Ravetch, J.V.** (1985) Interaction of *Plasmodium falciparum* merozoite proteins with the erythrocyte surface. In: Vaccines, Cold Spring Harbor Laboratory Press, N.Y.

8.    **Ravetch, J.V.** and Pologe, L.G. (1988) Molecular genetic strategies for parasite survival in *P. falciparum* malaria. In: Immunization (Root, Warren, Griffiss and Sande, eds.) Churchill Livingstone, Inc., New York, N.Y.

9.    **Ravetch, J.V.** (1989) Chromosomal polymorphisms and gene expression in *Plasmodium falciparum. Exp. Parasitol.* 68:121-125.

10.   **Ravetch, J.V.** and Anderson, C. (1989) Molecular diversity of FcγRs in Fc receptors and the action of antibodies chapter VI, ed. H. Metzger (American Society of Microbiology, Washington, D.C.).

11.     **Ravetch, J.V.** and Kinet, J-P. (1991) Fc receptors.  In: <u>Annual Review of Immunology</u> <u>9</u>:457-92.

12.     **Ravetch, J.V.** and Colton, H. (1992) Section editor: Innate Immunity in *Current Opinion in Immunology,* <u>4</u>:1.

13.     Lanzer, M., Wertheimer, S., de Bruin, D., and **Ravetch, J.** (1993)  Plasmodium:  Control of gene expression in malaria parasites. *Exp. Parasitol.* <u>77</u>:121-128.

14.     Lanzer, M., de Bruin, D., Wertheimer, S., and **Ravetch, J.V.** (1994)  Organization of chromosomes in *Plasmodium falciparum:*  A model for generating karyotypic diversity. *Parasitology Today,* <u>10</u>:114-117.

15.     Brooks, D. and **Ravetch, J.V.** (1994)  Fc Receptor Signalling. In:  <u>Mechanisms of Lymphocyte Activation and Immune Regulation V</u>, (Gupta, S., De Franco, A., Paul, W. and Perlmutter, R., ed.) Plenum Publishing, N.Y.

16.     **Ravetch, J.V.** (1994)  Atopy and Fc receptors:  mutation is the message? *Nature Genetics,* <u>7</u>:117-118.

17.     **Ravetch, J.V.** (1994)  Fc Receptors:  Rubor Redux. *Cell,* <u>78</u>:553-560.

18.     **Ravetch, J.V.** and Margulies, D.H. (1994)  New tricks for old molecules. *Nature* <u>372</u>:323-324.

19.     **Ravetch, J.V.** and Colton, H. (1995) Section editor: Innate Immunity in *Current Opinion in Immunology,* <u>7</u>:1-3.

20.     **Ravetch, J.V.** (1997) Fc receptors. *Current Opinion in Immunology,* <u>9</u>:121-125.

21.     Vora, K.A., **Ravetch, J.V.** and Manser, T. (1997) Maturation of the B cell response in genetically altered mice.  In: <u>Developmental Immunology.</u>

22.     **Ravetch, J.V.** and Clynes, R.A. (1998) Divergent roles for Fc receptors and complement *in vivo.*  In: <u>Annual Review of Immunology,</u> <u>16</u>:421-32.

23.     Bolland, S. and **Ravetch, J.V.** (1999) Inhibitory pathways triggered by ITIM-containing receptors. *Advances in Immunology,* <u>72</u>:149-177.

24.     **Ravetch, J.V.** and Lanier, L.L. (2000) Immune Inhibitory Receptors. *Science,* <u>290</u>:84-89.

25.     **Ravetch, J.V.** and Bolland, S. (2001) IgG Fc Receptors. In: <u>Annual Review of Immunology,</u> <u>19</u>:275-90.

26.    **Ravetch, J.V.** (2002) A full complement of receptors in immune complex diseases. *J. Clin. Invest.* 110:1759-1761.

27.    **Ravetch, J.V.** (2003) Fc Receptors. In Fundamental Immunology, 5th edition, W. M. Paul, editor.

28.    Steinman, R.M., Hawiger, D., Liu, K. Bonifaz, L., Bonnyay, D., Mahnke, K., Iyoda, T., **Ravetch, J.**, Dhodapkar, M., Inaba, K. and Nussenzweig, M. (2003) In: *Ann. N.Y. Acad. Sci.* 987:15-25.

29.    **Ravetch, J.V.** and Carroll, M.C. (2004) Fc and Complement Receptors. In: Molecular Biology of B cells. ed. T. Honjo, F. Alt and M. Neuberger, chapter 18, pages 275-289.

30.    Nimmerjahn, F. and **Ravetch, J.V.** (2006) Fcgamma receptors: old friends and new family members. *Immunity* 24: 19-28

31.    Ehlers, M. and **Ravetch, J.V.** (2006) Opposing effects of Toll-like receptor stimulation induce autoimmunity or tolerance. *Trends Immunol., in press*

32.    Nimmerjahn, F. and **Ravetch, J.V.** (2007) The anti-inflammatory activity of IgG: the intravenous IgG paradox. *J. Exp. Med.,* 204: 11-15

33.    **Ravetch, J.V.** and Nimmerjahn, F. (2007) Fc Receptors. In Fundamental Immunology, chapter 22, 6th edition, W. M. Paul, editor.

34.    **Ravetch, J.V.** and Nussenzweig, MC (2007) Killing some to make way for others. *Nat Immunol.* 8:337-9

35.    Nimmerjahn, F. and **Ravetch, J.V.** (2007) Antibodies, Fc receptors and cancer. *Curr Opin Immunol.* 19:239-45

36.    **Ravetch, J.V.** and Aderem, A. (2007) Phagocytic cells. *Immunol. Rev.* 219: 5-7

# EXHIBIT 27

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMGEN, INC., IMMUNEX CORPORATION, )
AMGEN USA, INC., AMGEN MANUFACTURING, )
LIMITED, and IMMUNEX RHODE ISLAND )
CORPORATION, )
       )
      Plaintiffs, )
      )
v. )
      )
ARIAD PHARMACEUTICALS, INC., HARVARD )
UNIVERSITY, MASSACHUSETTS INSTITUTE OF )
TECHNOLOGY, and THE WHITEHEAD )
INSTITUTE FOR BIOMEDICAL RESEARCH, )
      )
      Defendants, )    Civil Action No. 06-259-MPT
      )
_____ )
ARIAD PHARMACEUTICALS, INC., HARVARD )
UNIVERSITY, MASSACHUSETTS INSTITUTE OF )
TECHNOLOGY, and THE WHITEHEAD )
INSTITUTE FOR BIOMEDICAL RESEARCH, )
      )
      Counterclaim-Plaintiffs, )
v. )
      )
AMGEN, INC., IMMUNEX CORPORATION )
AMGEN USA, INC., AMGEN MANUFACTURING, )
LIMITED, and IMMUNEX RHODE ISLAND )
CORPORATION, )
      )
      Counterclaim-Defendants. )

## REBUTTAL EXPERT REPORT OF RANDOLPH WALL, Ph.D.

1

WALL
EX. NO. 633
DATE: 3-27-08
Sylvia P. Shear
No. 3010 Pages 16

# I. INTRODUCTION – QUALIFICATIONS AND BACKGROUND

As previously described in my Expert Report dated January 18, 2008, I am currently a Distinguished Professor in the Department of Microbiology, Immunology and Molecular Genetics in the David Geffen UCLA School of Medicine and a member of the UCLA Molecular Biology Institute and the UCLA Institute for Stem Cell Biology and Medicine. I received my A.B. degree in Botany-Bacteriology in 1965 from the University of South Florida and my Ph.D. in Microbiology from Indiana University in 1970. Throughout my career, my research has relied on recombinant DNA cloning and other related methodologies for studying and understanding the molecular biology of the immune system and cancer. For the last 36 years, I have conducted research in the UCLA Molecular Biology Institute and taught courses in the Department of Microbiology, Immunology and Molecular Genetics of the UCLA School of Medicine. Prior to coming to UCLA, I was a Damon Runyon Memorial Fund for Cancer Research Fellow at Columbia University. I have served on the editorial boards of the Journal of Immunology and the Journal Molecular and Cellular Biology, as well as the editorial advisory board of Molecular and Cellular Immunology. Since receiving a Ph.D. in Microbiology, my research interests have focused on molecular genetics and immunology using recombinant DNA technology and cloning. Since joining UCLA, my research has concentrated on genes and molecular mechanisms in immunology and cancer. In particular, my research has focused on the molecular mechanisms controlling B cell development and function. I have published over 100 research papers (identified in my curriculum vitae - attached as Exhibit A). I also have presented a number of lectures on my work at other universities and in national and international meetings in immunology and cancer.

After graduate school, I joined the laboratory of Dr. James Darnell at Columbia University as a post-doctoral fellow. My research there was directed at finding out how mammalian cells make messenger RNA (mRNA). In my postdoctoral studies, I discovered the poly(A) tail on the end of mRNA, and established that essentially all eukaryotic mRNA contain this tail. This discovery provided, for the first time, a rapid and efficient way of identifying and purifying mRNA (and its precursors) from eukaryotic cells. The discovery of the poly(A) tail on mRNA also represented a fundamental advance in the development of cloning complementary DNA (cDNA) from mRNA using reverse transcriptase and complementary oligo(dT) primers.

When I joined the faculty of the UCLA School of Medicine in 1972, I set out to purify mRNAs and generate cDNA clones from mRNA for use in cloning genes from chromosomal DNA and for analyzing mRNA synthesis and processing. The genes I chose to study code for immunoglobulins, which are the circulating antibodies produced by B-cells that protect higher organisms from infections and foreign substances. My work through the early 1980s at UCLA produced some of the earliest papers on the isolation of mRNAs and the cloning of cDNAs from globin mRNA and from immunoglobulin light and heavy chain mRNAs. I then used these cDNA clones in a number of studies to analyze immunoglobulin mRNA processing and to clone and characterize, by mapping and sequencing, multiple immunoglobulin heavy and light chain genes from genomic

2

DNA. My lab was one of the first to show that alternative mRNA splicing is used to generate immunoglobulin proteins with different functions from the same gene. I also employed cloned immunoglobulin cDNA and genes for studying immunoglobulin gene activation and transcription regulation in B-cells as well as in transfected host cells. Over the years, my lab has generated a number of cDNA libraries and identified a large number of genes induced in cytokine signaling or activated during normal B-cell development and in human B-cell immunodeficiencies. These include cDNAs and genes that encode specialized proteins that are expressed exclusively in B-lymphocytes (*i.e.*, so-called B-cell specific genes) and that carry out essential activities for B-cell function and development.  In related studies, my lab also characterized the promoters and other transcription control regions that regulate the tissue-specific activation and expression of these genes. Focusing on the immunoglobulin genes, my lab was the first to show that induction of the kappa immunoglobulin was induced by an inhibitor of protein synthesis. This finding predicted the presence of a labile inhibitor controlling kappa gene induction by blocking the activity of transactivating transcription factor. Later research confirmed the existence of that trans-activating factor, now called NF-κB. The putative labile inhibitor was later identified as IκB. In collaboration with my colleagues at the University of Washington School of Medicine, La Jolla Institute for Allergy and Immunology, and the Max Planck Institute, my laboratory was the first to show that cells from mice deficient for a specific isoform of protein kinase C (PKCβ) failed to degrade IκB or to activate the IKK complex in response to B-cell receptor engagement. These studies were the first to identify the essential role of a PKCβ in B-cell receptor-mediated NF-κB activation.

Other studies from my lab demonstrated that genetic instabilities resulting from the silencing of gene expression and from aberrant mutations of B-cell genes occur frequently in the generation of human B-cell malignancies. In collaboration with my UCLA colleague, Dr. Michael Teitell, my lab carried out a large scale gene discovery program aimed at identifying genes and pathways involved in human leukemia and lymphoma, including AIDS-related lymphoma. These studies identified several thousand cDNAs that are differentially expressed in AIDS lymphoma versa normal lymph node B-cells. The lead candidate oncogene identified in these studies has been linked to most of the prevalent classes of late stage, aggressive human B-cell lymphoma and now has been shown to cause multiple types of B-cell lymphoma in transgenic mice that correspond to the most prevalent classes of human lymphoma.

I also have considerable experience in the biotechnology industry. In 1980, I co-founded and served as a Director of Ingene (International Genetic Engineering Inc), one of the early biotech companies. At Ingene, I supervised research and development projects on recombinant cloning, manipulation and expression of antibody and antibody fragment constructs in a wide range of host cells including bacteria, yeast and mammalian cells. I am a co-inventor on 6 issued U.S. patents that cover fundamental technologies for construction and bacterial expression of antibodies and antibody fragments. These patents have been licensed to more than thirty (30) biotech and pharmaceutical companies worldwide by Xoma Corporation which acquired Ingene

in 1989. I also have served as a member of the Scientific Advisory Boards and as a consultant to Xoma Corporation, FMC Bioproducts and Wella Corporation.

I expect to testify based on the discussion and opinions I provide in this report. I base my opinions and observations on my nearly 40 years of experience as a biological scientist, on the '516 patent, including its claims and specification, on the prosecution history of the '516 patent, on the documents cited herein, on other pertinent scientific literature, and on certain assumptions that I will provide below. These opinions and observations are based on information currently available to me. As new issues arise or as new information is made known to me through, for example, ARIAD's experts' reports and testimony and the Court's interpretation of the '516 patent claims, I may supplement or amend my opinions and observations.

I have been asked to provide my opinions and observations concerning the definitions of certain terms of the '516 patent claims. My opinions and observations are provided below, including my opinions as to how certain terms should be appropriately construed by the Court based on my understanding that claim construction is a matter of law to be addressed by the Court. My proposed definitions for certain terms of the '516 patent are summarized in the tables below.

## II. LEGAL ASSUMPTIONS

It is my understanding that claims are to be construed pursuant to their ordinary and customary meaning to one of ordinary skill in the art as of the effective filing date of the patent. It is also my understanding that claim terms should be construed not only in the context of the particular claim in which the term appears, but in the context of the entire patent, including the specification. It is also my understanding that when patent claims are construed, it is also appropriate to consider the file history for the patent.

As stated in my Expert Report of January 18, 2008, in my opinion, the person of ordinary skill in the art would have had a Ph.D. in molecular biology, cellular biology, microbiology, or a related field, and at least two additional years of laboratory experience in these areas. I, therefore, assume this definition of one of ordinary skill in the art for the purpose of construing claim terms of the '516 patent.[1]

For the purpose of construing the claim terms of the '516 patent, I have also been asked to assume an effective filing date of November 13, 1991, although none of my opinions discussed in this report would change if any claim of the '516 patent was

---

[1] I understand that Dr. Ravetch opines that one of ordinary skill in the art is someone "with a Ph.D. in chemistry, biology, or a related field, or a degree in medicine and having at least three years of post-doctoral laboratory training or other laboratory experience related to molecular biology and gene regulation." [Ravetch Expert Report at 15]. My opinions discussed in this report remain the same even in view of Dr. Ravetch's definition of one of ordinary skill in the art.

4

afforded a different effective filing date, including June 5, 1995; April 21, 1989; March 3, 1989; December 5, 1988; or March 1, 1988.[2]

## III. DISCUSSION

| Claim Term | Proposed Construction |
|---|---|
| "NF-κB activity" | the ability to act as an intracellular messenger by (a) being released from IκB, (b) translocating into the nucleus, and/or (c) then binding one of the DNA sequences listed in Table 2 of the '516 patent |

      Throughout the '516 patent, "NF-κB activity" is defined by its ability to act as an intracellular messenger by being released from IκB, translocating into the nucleus, and/or binding to particular DNA sequences. The claims of the '516 patent are largely organized into 19 independent claims and a roughly common set of claims dependent from each of those.[3] In every set of dependent claims, the first six refer to a specific way of reducing NF-κB activity. The first, third, fourth and fifth of each set of dependent claims define NF-κB activity by its ability to be released from IκB. For example, claim 20 states that one way of reducing NF-κB activity is to "decreas[e] the level of NF-κB not bound in an NF-κB:IκB complex" (83:31-32). Claim 22 states that one way of reducing NF-κB activity is to "inhibit modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB" (83:36-38). Claim 23 states that one way of reducing NF-κB activity is to "inhibit degradation of an IκB protein" (83:39-40). Finally, claim 24 states that one way of reducing NF-κB activity is to "inhibit[] dissociation of NF-κB:IκB complexes" (83:42-43). The second claim in each of these sets of dependent claims defines NF-κB activity as its ability to translocate into the nucleus. For example, claim 21 states that one way of reducing NF-κB activity is by "inhibiting the passage of NF-κB into the nucleus of cells." (83:33-35). Finally, the sixth claim in each of these sets of dependent claims defines NF-κB activity by its ability to bind specific DNA sequences. For example, claim 25 states that one way of reducing NF-κB activity is to "reduce[e] binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB" (83:45-47). Table 2 of the '516 patent is entitled "Sequences recognized by NF-κB" (37:2-33) and, therefore, the "recognition sites" referred to in, for example, claim 25 are referring to those listed in Table 2. The language

---

[2] I understand that Dr. Ravetch opines that claims 6, 70, 71 and 72 of the '516 patent are entitled to an effective filing date of March 1, 1988 and that claims 18, 183, 184 and 185 are entitled to an effective filing date of April 21, 1989. As stated in my Expert Report of January 18, 1988, it is my opinion that the claims of the '516 patent are invalid for lack of enablement and written description.

[3] See e.g., Claims 20-30 (83:30-56) as a representative example of the set of dependent claims, here dependent from claim 1. See also, Claims 13-36 (83:57 – 84:8); Claims 42-47 (84:16-33); Claims 53-58 (84:43-60); Claims 64-69 (85:3-19); Claims 75-80 (85:29-46); Claims 88-93 (85:59-86:8); Claims 99-104 (86:18-34); Claims 109-114 (86:40-57); Claims 119-124 (86:65-87:14); Claims 128-133 (87:21-38); Claims 139-144 (87:47-64); Claims 149-154 (88:5-21); Claims 159-164 (88:29-46); Claims 167-172 (88:50-67); Claims 177-182 (89:8-25); Claims 192-197 (90:3-21).

of these six claims thus exemplify the full range of NF-κB activity and define the term "NF-κB activity" as the three activities specified here and listed in the proposed claim construction above.

Additional support for the proposed claim construction is found within the specification of the '516 patent. For example, one section of the specification is entitled "NF-κB Acts as an Intracellular Messenger" (15:54). Under this heading, the patent explains that "[t]he model which ties together these observations is that NF-κB is initially located in the cytoplasm in a form unable to bind DNA because it is complexed with I-κB. Various inducers then cause an alteration in I-κB allowing NF-κB to be released from the complex. Free NF-κB then travels to the nucleus and interacts with its DNA recognition sites to facilitate gene transcription...[T]his model resolves a major question of signal transduction: NF-κB, like the glucocorticoid receptor, acts as a messenger to transmit the gene induction signal from the plasma membrane to the nucleus." (16:22-35). In other words, NF-κB has the ability to act as an intracellular messenger by being released from IκB, translocating into the nucleus, and/or binding to particular DNA sequences.

The specification also notes, for example, that "[t]he following is a description of the...assessment of the function of NF-κB and its role, in many cell types, as an intracellular mediator or transducer of a variety of external influences, discovery of the NF-κB inhibitor IκB and demonstration that NF-κB and IκB exist in the cytoplasm as a NF-κB: IκB complex whose dissociation results in activation of NF-κB and its translocation into the nucleus" (10:46-54) and that "[a] protein inhibitor of NF-κB, designated IκB, has been shown to be present in the cytosol and to convert NF-κB into an inactive form...IκB and NF-κB appear to be present in a stoichiometric complex and dissociation of the two complex components results in two events: activation (appearance of NF-κB binding activity) and translocation of NF-κB to the nucleus" (2:51-63; see also 12:32-34) . In other words, NF-κB is inactive when it is complexed with IκB but may act as an intracellular messenger by being released from IκB, translocating into the nucleus, and/or binding to particular DNA sequences.

Further support for the proposed claim construction includes, for example, the numerous instances where the patent relates DNA-binding activity to NF-κB activity:

- The specification uses the terms "κB-specific DNA-binding activity" and "NF-κB activity" interchangeably. "NF-κB activity can also be induced in HeLa cells...as shown by the appearance of a κB-specific DNA-binding activity in nuclear extracts." (25:41-43).
- "Alteration or modification, whether to enhance or reduce NF-κB activity or to change its binding activity (e.g., affinity, specificity), is referred to herein as regulation of NF-κB activity." (3:64-67)

The proposed definition above for "NF-κB activity" is confirmed by Dr. Inder Verma in In the "Declaration of Dr. Inder Verma" dated November 9, 2006 ("Verma Decl.") at para. 8, wherein he states that "[u]pon activation...., NF-κB is released from its

6

complex with IκB. The released NF-κB then moves to the nucleus of the cell, where it participates in regulating expression of particular genes by binding to specific DNA sequences or "recognition sites" on those genes, leading to transcription of such genes."

While Dr. Ravetch states at page 25 of his expert report that "[a]s used in the specification, the term 'NF-κB activity' refers to the ultimate effect of activated NF-κB upon a gene regulated by NF-κB," I note that he does not cite to any portion of the specification in support of this proposition. Moreover, while he discusses "NF-κB activity" as a function of the "ultimate effect of activated NF-κB," Dr. Ravetch does not specifically identify what the "ultimate effect" is to which he is referring. In addition, while Dr. Ravetch makes no mention of NF-κB acting as an "intracellular messenger" in his proposed definition of "NF-κB activity," he does relate "reducing NF-κB activity" to "decreasing the ability of NF-κB to act as an intracellular messenger…" (Ravetch Expert Report at 25).[4]

| Claim Term | Proposed Construction |
|---|---|
| "NF-κB" | a protein having each NF-κB activity |

Throughout the patent, NF-κB is defined as a protein with certain activity. For example, the specification describes NF-κB as a "DNA binding protein" (12:36-37) and that "it has been shown that a precursor of NF-KB is present in a variety of cells, that the NF-KB precursor in cytosolic fractions is inhibited in its DNA binding activity and that inhibition can be removed by appropriate stimulation, which also results in translocation of NF-KB to the nucleus." (2:46-51). There is no mention of its nucleotide sequence or its secondary or tertiary structure. The specification defines NF-κB by its ability to be released from an inhibitory protein, translocate into the nucleus, and bind DNA. [see *supra* at 6-7]. In other words, the specification defines NF-κB, a protein, by its activity.

Dr. Ravetch appears to agree that NF-κB is characterized in the '516 patent as a protein having certain activity. [see Ravetch Expert Report at 23]. Indeed, in connection with the definition of "NF-κB" proposed by Dr. Ravetch, he discusses at length the fact that when NF-κB is "released from its inhibitor," it "translocates to the nucleus of the cell" and is "able to enter the nucleus of the cell" where it "bind[s] to specific DNA recognition sequences," [Ravetch Expert Report at 24-25]—all of which are activities of NF-κB. However, instead of using these functions to define "NF-κB activity," to which they are more appropriately related [see *supra* at 5-7], Dr. Ravetch incorporates them into the definition of "NF-κB" and makes a bare reference to an "ultimate effect" in his proposed definition of "NF-κB activity." This is not how one of ordinary skill in the art would understand the term "NF-κB activity" and its explicit reference to "activity" to be construed.

---

[4] Dr. Ravetch's proposed construction in this case is also inconsistent with what I understand was ARIAD's previous definition of "NF-κB activity" in its case against Eli Lilly—"the function of NF-κB to act as an intracellular messenger that turns on transcription of particular genes in response to certain stimuli." While this prior ARIAD construction notes the activity of NF-κB as an intracellular messenger, it fails to clarify the activities specifically identified in the '516 patent.

| Claim Term | Proposed Construction |
|---|---|
| "reducing NF-κB activity in the cell" | taking action inside the cell to directly inhibit (interfere or block) an NF-κB activity |

Some version of the phrase "reducing NF-κB activity in the cell" is incorporated into each of the claims of the '516 patent.[5] On its face, the term requires that the act of "reducing" take place "in the cell" as opposed to, for example, outside the cell. This is made clear by the fact that, as discussed in connection with the proposed construction of "NF-κB activity" above and in what I understand is ARIAD's definition of the term from its case with Eli Lilly, "NF-κB activity" includes the ability to "act as an intracellular messenger." In other words, "NF-κB activity" is defined as existing in cells and, therefore, it would render the "in the cell" portion of the "reducing NF-κB activity in the cell" phrase redundant and superfluous if it were read to modify "NF-κB activity" instead of "reducing."[6] This is emphasized by looking at a different claim term that has a similar sentence structure to "reducing NF-κB activity in the cell"—"reduce intracellular signaling caused by Interleukin 1 or Tumor Necrosis Factor-α in the cells." (Claim 18, 83:20-22). As is apparent from the face of the term "reduce intracellular signaling caused by Interleukin 1 or Tumor Necrosis Factor-α in the cells," the "in the cells" portion of the term must modify "reduce" and not "intracellular signaling caused by Interleukin 1 or Tumor Necrosis Factor-α" because it is necessarily the case that the "intracellular signaling caused by Interleukin 1 or Tumor Necrosis Factor-α" is occurring intracellularly (i.e., in the cell). It would not make any sense to make reference to "intracellular signaling caused by Interleukin 1 or Tumor Necrosis Factor-α in the cell" because the "intracellular" portion renders the "in the cell portion" redundant and superfluous.

The specification provides further evidence in support of the proposed construction for "reducing NF-κB activity in the cell." The specification states that "it is now possible to alter or modify the activity of NF-κB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-κB activity. Alteration or modification, whether to enhance or reduce NF-κB activity or to change its

---

[5] For example, claim 1 recites "reducing NF-κB activity in the cell," claim 6 recites "reducing NF-κB activity in cells," claim 7 recites "altering NF-κB activity in the cells" (which according to claim 8, includes "reducing NF-κB activity in the cell"), claim 9 recites "reducing NF-κB activity in the cells," claim 10 recites "reducing NF-κB activity in mammalian cells," and claim 12 recites "reducing NF-κB activity in mammalian immune cells."

[6] Dr. Ravetch appears to agree that "NF-κB activity" is tied to NF-κB's ability to act as an intracellular messenger as illustrated by his definition of "reducing NF-κB activity"—"Decreasing the ability of NF-κB to act as an intracellular messenger..." Dr. Ravetch's proposed construction for "comprising reducing NF-κB activity in cells," however, is logically inconsistent with his proposed construction of "reducing NF-κB activity" because it renders the "in cells" portion of "comprising reducing NF-κB activity in cells" phrase redundant and superfluous in view of the fact that he defines "reducing NF-κB activity" as "decreasing the ability of NF-κB to act as an intracellular messenger..." [Ravetch Expert Report at 25-26].

binding activity (e.g., affinity, specificity), is referred to herein as regulation of NF-κB activity. The present invention relates to a method of regulating or influencing transduction, by NF-κB, of extracellular signals into specific patterns of gene expression and, thus, of regulating NF-κB-mediated gene expression in the cells and systems in which it occurs." (3:59-4:4). The patent makes clear it contemplates the alteration or modification of "the activity of NF-κB as an *intracellular* messenger" and that NF-κB activity "transduces" "messages" from "external influences" only insofar as NF-κB activity exists "*within cells*." Thus, it would be redundant for the "in the cell" portion of "reducing NF-κB activity in the cell" to modify "NF-κB activity," which must necessarily exist within the cell, as opposed to modifying "reducing." In other words, the act of "reducing" "in the cell" requires that some action be taken within the cell to affect NF-κB activity.

The specification also discusses a limited and finite list of hypothetical means by which NF-κB activity can be reduced. As taught by the specification, each of these means requires that the molecule that is "reducing" a) directly affect an NF-κB activity and b) take its action within the cell. Thus, the specification teaches that the claim term, "reducing NF-κB activity in the cell," requires that the claimed methods be practiced by molecules that act directly on an NF-κB activity and do so from within the cell.

For example, the specification states that "a specific inhibitor molecule which is able to block (reduce or eliminate) NF-κB binding can be added to the biological system...An example of such a molecule is I-κB." (37:44-49). This method of practicing "reducing NF-κB activity in the cell" requires that blocking occur only after the inhibitor molecule is "added to the biological system," i.e., "in the cell."[7] Moreover, by pointing to the use of IκB as an example of how one can "block (reduce or eliminate) NF-κB binding," the patent states that "reducing NF-κB activity in the cell" is accomplished by a molecule that *directly* binds to NF-κB (like IκB) in order to inhibit NF-κB's ability to bind to certain DNA sequences (i.e., directly inhibit an NF-κB activity). Furthermore, the specification teaches that when the inhibitor molecule is a protein, "the gene encoding the inhibitor molecule can be identified, isolated, and cloned into an appropriate expression vector...When introduced into an appropriate biological system, the inhibitor molecule is synthesized and functions to interact with NF-κB..." (37:55-63). Expression vectors require that they be introduced into cells in order to utilize the cellular transcriptional machinery. Thus, the specification discusses how one might introduce an inhibitor molecule that is a protein into a cell using an expression vector and further explains that the inhibitor molecule "interacts with NF-κB." In addition, the specification outlines a single hypothetical example of how the claimed method might be practiced on an organism using an IκB-expressing vector. In the scheme outlined, the patent notes that "Cells...can be removed from the body, the IκB-expressing vector can be introduced, using known methods, and *the resulting cells, which contain the IκB expressing vector,*

---

[7] The term "biological system, as defined by the patent, means the interior of a cell, either in cell culture or in living tissue. This is evidenced by the fact that the patent uses the term in conjunction with vectors, which require the transcriptional machinery located within the cell to effectively express their product. (see, e.g., 36:32-35).

the [sic] reintroduced into the body." (32:41-46, emphasis added). Thus, the patent clearly teaches that the inhibiting molecules only achieve a reduction of NF-κB activity after first having been introduced into cells.

The specification also posits the possibility that the claimed methods may be practiced with "decoy" molecules, which are pieces of DNA that "are designed to mimic a region of the gene whose expression would normally be induced by NF-κB." (37:51-52). "In this case, NF-κB would bind the decoy and, thus, not be available to bind its natural target." (37:53-54). Using "decoy molecules," therefore, "reduces NF-κB activity in the cell" by acting directly on NF-κB to reduce DNA binding (i.e., NF-κB activity).

In a third theoretical example of how to possibly undertake the claimed methods, the specification notes that "dominantly interfering" molecules would compete with NF-κB for DNA-binding whereby "occupation of the NF-κB binding site effectively blocks access to any intact NF-κB molecule which may be present in the cell." (38:20-22). The specification thus teaches that the "dominantly interfering" molecules must also directly interfere with the DNA-binding activity of NF-κB (i.e., NF-κB activity).

To summarize, the patent provides a limited list of possible ways to practice the claimed methods—the introduction of protein inhibitors like IκB that directly bind to NF-κB and block, for example, NF-κB binding to certain DNA sequences; a gene encoding a protein inhibitor like IκB that when expressed in a cell will bind to NF-κB and block, for example, NF-κB binding to certain DNA sequences; "decoy" molecules, which directly bind to NF-κB and block, for example NF-κB binding to certain DNA sequences; and "dominantly interfering" molecules, which directly interfere with NF-κB binding to certain DNA sequences—dominantly interfering molecule accomplish this by binding to something that is directly involved in NF-κB binding to those certain DNA sequences, namely the certain DNA sequences themselves (i.e., an NF-κB binding site). These are the only methods for reducing NF-κB activity contemplated by the patent. Each requires that the activity-reducing molecule directly inhibit (interfere or block) NF-κB activity.

| Claim Term | Proposed Construction |
|---|---|
| "mammalian cells" | intact cells, whether in cell culture or living tissue, from species falling within the class of mammals |

"Mammalian cells" is a term whose meaning to any person of ordinary skill in the art would refer to cells from a species falling within the class of mammals that are either in cell culture or in living tissue. One of ordinary skill in the art would not read the term "mammalian cells" to include the limitation that the cells contain NF-κB, as proposed by Dr. Ravetch; the term is generic and does not include any information on the factors present within the cell.

I note that in, for example, the Verma Decl. at para. 33, Dr. Verma argues that claim 6 of the '516 patent, for example, is "directed to [a] method[] in human, mammalian or eukaryotic cells," but that such methods do not include the use of what Dr. Verma characterizes as "artificial, transfected cells" because it is his opinion that such cells would not be human, mammalian or eukaryotic as they "would not normally be found in any human, mammal or eukaryote." I disagree with Dr. Verma and the artificial distinction he draws. One of ordinary skill in the art would consider, for example, a transfected mammalian/human cell, such as a transfected Jurkat cell, to be a mammalian/human cell regardless of the fact that it has been transfected. While Dr. Ravetch's proposed constructions for "mammalian cells" and "human cells" do not on their face draw the distinction that Dr. Verma draws, and, therefore, confirm my opinion that one of ordinary skill in the art would not define "mammalian cells" or "human cells" as Dr. Verma has, to the extent that Dr. Ravetch, or anyone else for that matter, makes the same distinction that Dr. Verma makes, I would also disagree with them.

| Claim Term | Proposed Construction |
|------------|----------------------|
| "human cells" | intact cells, whether in cell culture or living tissue, from a human being |

"Human cells" is a term whose meaning to any person of ordinary skill in the art would refer to cells from a human that are either in cell culture or in living tissue. One of ordinary skill in the art would not read the term "human cells" to include the limitation that the cells contain NF-κB, as proposed by Dr. Ravetch; the term is generic and does not include any information on the factors present within the cell.

| Claim Term | Proposed Construction |
|------------|----------------------|
| "immune cells" | intact cells involved in the immune response |

"Immune cells" is a term whose meaning to any person of ordinary skill in the art would refer to any cell commonly known to be involved with the immune system response. This is confirmed by Dr. Inder Verma in the Verma Decl. at para. 6, wherein he states that "[t]he immune system consists of a variety of specialized cells, and protects the body by attacking and eliminating harmful foreign organisms and substances." One of ordinary skill in the art would not read the term "immune cells" to include the limitation that the cells contain NF-κB, as proposed by Dr. Ravetch; the term is generic and does not include any information on the factors present within the cell.

| Claim Term | Proposed Construction |
|------------|----------------------|
| "NF-κB-mediated intracellular signaling" | molecular interactions within cells effected by, or conveyed through, NF-κB |

To one of ordinary skill in the art, "intracellular signaling" means a set of molecular interactions within cells. It is only through molecular interactions within cells that "intracellular signals" can be propagated. Additionally, the ordinary meaning of "mediated" is "effected by or conveyed through." Thus, "NF-κB-mediated intracellular signaling" means "molecular interactions within cells effected by, or conveyed through, NF-κB."

It is my understanding that ARIAD's previously proposed definition for this term in its case with Eli Lilly was "molecular communication within cells effected by, or conveyed through, NF-κB," which largely agrees with the proposed definition above. The only difference, however, is that "molecular interactions" is more precise than "molecular communication" because to the extent molecules "communicate" with each other, they do so by interacting with each other. Dr. Ravetch inexplicably and significantly deviates from ARIAD's previously proposed construction when he defines "NF-κB-mediated intracellular signaling" as "intracellular steps of the NF-κB signal transduction pathway." [Ravetch Expert Report at 26].

| Claim Term | Proposed Construction |
|---|---|
| "such that NF-κB-mediated intracellular signaling is diminished" | such that there is a decrease of any molecular interaction within cells effected by, or conveyed through, NF-κB |

In view of the discussion above in connection with "NF-κB-mediated intracellular signaling," "such that NF-κB-mediated intracellular signaling is diminished" means "such that there is a decrease of any molecular interaction within cells effected by, or conveyed through, NF-κB." This must be the result of the recited "reducing NF-κB activity in cells" in, for example, claim 6 of the '516 patent.

| Claim Term | Proposed Construction |
|---|---|
| "diminishing induced NF-κB-mediated intracellular signaling" | I do not believe this phrase is necessary to understand the claims. If it is to be construed, it should be understood to mean: decreasing any existing molecular interaction within cells effected by, or conveyed through, NF-κB |

The phrase "diminishing induced NF-κB-mediated intracellular signaling," and the term "induced" in "diminishing induced NF-κB-mediated intracellular signaling," are not necessary to understand the claims in which the phrase "diminishing induced NF-κB-mediated intracellular signaling" is present. For example, in claim 6 of the '516 patent, the phrase "diminishing induced NF-κB-mediated intracellular signaling" appears in the preamble of the claim and neither the phrase nor the term "induced" are referred to anywhere in the body of the claim. This makes clear that "diminishing induced NF-κB-

12

mediated intracellular signaling" is the stated purpose of carrying out the claimed method and that "induc[ing]" "NF-κB-mediated intracellular signaling" is not necessary to carrying out the claimed method.

The term "induced" is also not necessary to understand the phrase "diminishing induced NF-κB-mediated intracellular signaling." This is because "NF-κB-mediated intracellular signaling" does not exist outside of it being "induced." In other words, "NF-κB-mediated intracellular signaling" only exists insofar as it has been "induced." Accordingly, "diminishing induced NF-κB-mediated intracellular signaling" can effectively be read to mean the same thing as "diminishing NF-κB-mediated intracellular signaling" because the term "induced" adds nothing. This is confirmed by several statements made by Dr. Inder Verma. In the Verma Decl. at para. 8, Dr. Verma states that "[i]n the absence of inducing stimuli, NF-κB is generally present in an inactive form in the part of the cell called the cytoplasm. In its inactive form, NF-κB is tightly bound to an inhibitor protein called IκB, which prevents NF-κB from traveling to the nucleus." He further states that "in normal cells, in the absence of inducing stimuli, there is no induced NF-κB activity and therefore no consequent NF-κB mediated intracellular signaling." (Verma Decl. at para. 13). In the "Second Declaration of Dr. Inder Verma" dated October 19, 2007 ("2nd Verma Decl."), Dr. Verma also states that "[w]e know that NF-κB is inactive if not induced by an inducing influence." (2nd Verma Decl. at para. 8).

To the extent the term "induced" is construed, however, to one of ordinary skill in the art, "induced" qualifies "NF-κB-mediated intracellular signaling" and means that the "NF-κB-mediated intracellular signaling" is "existing" such that it can be "diminished." Accordingly, in view of the discussion above in connection with "such that NF-κB-mediated intracellular signaling is diminished," "diminishing induced NF-κB-mediated intracellular signaling" means "decreasing any existing molecular interaction within cells effected by, or conveyed through, NF-κB."

It is my understanding that ARIAD has previously taken the position that the term "induced" in the phrase "diminishing induced NF-κB-mediated intracellular signaling" somehow dictates that the thing that is "reducing" NF-κB activity in the cell (the "reducer") must be administered subsequent to whatever may be "inducing" NF-κB activity (the "inducer").[8] [see, e.g., October 22, 2007, Response in Merged Ex Parte Reexamination Control Nos. 90/007,503 and 90/007,838 (the "10/22/07 Response") at 31]. This is incorrect for several reasons, including the following: First, nothing on the face of, for example, claim 6 suggests any order in which an "inducer" or "reducer" must be added in order to "reduce NF-κB activity in the cell." In fact, the term "induced" is not even used in connection with the term "NF-κB activity" but, rather, modifies "NF-κB-mediated intracellular signaling" in the phrase "diminishing induced NF-κB-mediated intracellular signaling." By stating the phrase as "diminishing induced NF-κB-mediated intracellular signaling," the claim is referring to the state of the "NF-κB-mediated intracellular signaling" (i.e., that it has been "induced") and not how that state was created or what created it. In other words, as discussed above, "induced" is simply

---

[8] The discussion that follows obviously applies with equal force to the extent that Dr. Ravetch or others also make the argument that I understand that ARIAD is making.

referring to the fact that "NF-κB-mediated intracellular signaling" exists and not how it came to exist, much less anything about what may have caused it to exist, such as the relative timing of adding an "inducer" and "reducer." Second, even assuming that "induced" somehow modifies "reducing NF-κB activity in the cell," as ARIAD argues, the order in which an "inducer" and a "reducer" are administered does not dictate whether there exists NF-κB activity that can be "reduced." Even in the situation where the "reducer" is administered before the "inducer," there may exist NF-κB activity that can be reduced.

| Claim Term | Proposed Construction |
|---|---|
| "so as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells" | so as to take action inside the cell to directly inhibit (interfere or block) any molecular interaction within cells caused by Interleukin-1 or Tumor Necrosis Factor-α. |

In view of the discussion above in connection with "NF-κB-mediated intracellular signaling" and "reducing NF-κB activity in the cell," "so as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells" means "so as to take action inside the cell to directly inhibit (interfere or block) any molecular interaction within cells caused by Interleukin-1 or Tumor Necrosis Factor-α." This must be the result of the recited "reducing NF-κB activity in the cells" in, for example, claim 18 of the '516 patent.

It is my understanding that ARIAD has previously taken the position that the phrase "so as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells," like the phrase "diminishing induced NF-κB-mediated intracellular signaling" discussed above, somehow requires that the thing that is "reducing" NF-κB activity (the "reducer") must be administered subsequent to whatever may be "inducing" NF-κB activity (the "inducer").[9] [see, e.g., 10/22/07 Response at 32]. This, however, is incorrect for several reasons, including the following: First, nothing on the face of, for example, claim 18 suggests any order in which an "inducer" or "reducer" must be added. In fact, the term "induced" is not even recited in claim 18. Moreover, by reciting the phrase "so as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells" after the phrase "reducing NF-κB activity in the cells," the claim is stating that "reducing NF-κB activity in the cells" results in the "reduc[tion] [of] intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells." The claim does not on its face require that Interleukin-1 or Tumor Necrosis Factor-α "induce" NF-κB activity, as argued by ARIAD. Second, even assuming that "induced" somehow modifies "reducing NF-κB activity in the cell," as ARIAD argues, the order in which an "inducer" and a "reducer" are administered does not dictate whether there exists NF-κB activity that can be "reduced." Even in the situation where the "reducer" is administered before the "inducer," there may exist NF-κB activity that can be reduced.

---

[9] The discussion that follows obviously applies with equal force to the extent that Dr. Ravetch or others also make the argument that I understand that ARIAD is making.

14

| Claim Term | Proposed Construction |
|---|---|
| "reducing Interleukin-1 or Tumor Necrosis Factor-α activity" | I do not believe this phrase is necessary to understand the claims. If it is to be construed, it should be understood to mean: taking action inside the cell to directly inhibit (interfere or block) any molecular interaction within cells caused by Interleukin-1 or Tumor Necrosis Factor-α. |

The phrase "reducing Interleukin-1 or Tumor Necrosis Factor-α activity" is not necessary to understand the claims in which the phrase appears. For example, in claim 18 the phrase "reducing Interleukin-1 or Tumor Necrosis Factor-α activity" appears in the preamble of the claim but is not referred to anywhere in the body of the claim. This makes clear that "reducing Interleukin-1 or Tumor Necrosis Factor-α activity" is the stated purpose of carrying out the claimed method but is not necessary to carrying out the claimed method.

To the extent that "reducing Interleukin-1 or Tumor Necrosis Factor-α activity" is construed, however, its meaning is the same as "reduc[ing] intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells"—taking action inside the cell to directly inhibit (interfere or block) any molecular interaction within cells caused by Interleukin-1 or Tumor Necrosis Factor-α. I note that Dr. Ravetch largely equates his proposed meanings for "reducing Interleukin-1 or Tumor Necrosis Factor-α activity" and "so as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells," although I disagree with the definitions he proposes for each of those phrases. [see Ravetch Expert Report at 28].

## IV. MISCELLANEOUS

A complete list of my publications authored within the preceding ten years and a list of any other cases in which I have testified as an expert at trial or by deposition within the preceding four years was previously provided in my Expert Report dated January 18, 2008. I am being paid $600 per hour for my study and testimony in this matter, plus compensation for out-of-pocket expenses.

In my testimony, I expect to use as exhibits some of the materials that I considered, including various of their figures and cartoons. Furthermore, I may incorporate demonstratives explaining the technology and the various references discussed herein, such as the various tutorial slides used by both parties in this litigation, images from papers and patents, and not-yet-created images that reflect the substance of the background and opinions presented herein.

15

Dated:  February 22, 2008

Randolph Wall, Ph.D.

# EXHIBIT 28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX CORPORATION, AMGEN
USA INC., AMGEN MANUFACTURING LIMITED, and
IMMUNEX RHODE ISLAND CORPORATION,

      Plaintiffs,

    v.

ARIAD PHARMACEUTICALS, INC., and THE
WHITEHEAD INSTITUTE FOR BIOMEDICAL
RESEARCH,

      Defendants

ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS
INSTITUTE OF TECHNOLOGY, THE PRESIDENT and
FELLOWS OF HARVARD COLLEGE, and THE
WHITEHEAD INSTITUTE FOR BIOMEDICAL
RESEARCH

     Counterclaim Plaintiffs,

    v.

AMGEN INC., IMMUNEX CORPORATION, AMGEN
USA INC., AMGEN MANUFACTURING LIMITED,
IMMUNEX RHODE ISLAND CORPORATION

     Counterclaim Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 06-259-MPT

### <u>REPLY REPORT OF JEFFREY V. RAVETCH, M.D., Ph.D.</u>

I, Jeffrey V. Ravetch, M.D., Ph.D., submit the following report on behalf of

ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The Whitehead Institute

for Biomedical Research, and The President and Fellows of Harvard College (collectively

"ARIAD") in the above-captioned action.

*Amgen v. Ariad*
**Ravetch Dep Exhibit**

**3**

I.    BACKGROUND

1.    I have been asked to opine on several subjects relevant to the litigation of the above-captioned action, including the proper construction of certain claims of U.S. Patent No. 6,410,516 (the "'516 Patent"). Specifically, I have been asked to respond to certain of the opinions expressed in the reports of Dr. Alisa Koch and Dr. Randolph Wall, submitted on behalf of Amgen on February 22, 2008.

II.    PERSON OF ORDINARY SKILL IN THE ART

2.    In my initial report, I opined that a hypothetical person of ordinary skill in the art (a "POSA"), for the purpose of interpreting the claims of the '516 Patent and reducing those claimed inventions to practice is a scientist with a Ph.D. in chemistry, biology, or related field, or a degree in medicine and having at least three years of post-doctoral laboratory training or other laboratory experience related to molecular biology and gene regulation. I based that opinion on the level of skill in the art on the level of education, skill and experience possessed by individuals working in the field of molecular biology in the mid-to-late 1980s.

3.    I have read the second report of Dr. Randolph Wall and I understand that he has opined that a POSA should be defined as a person with "a Ph.D. in molecular biology, cellular biology, microbiology, or a related field, and at least two additional years of laboratory experience in [those] areas."[1] I note that Dr. Wall's definition is similar to my own, in large part, because a scientist with a Ph.D. and post-doctoral experience in one of the named fields would mostly likely have significant experience in gene regulation. However, to the extent that Dr. Wall's definition does not explicitly require post-doctoral experience in gene regulation, it is

---

[1] Wall Rebuttal Rep. at 4.

2

incomplete. The specification and the claims of the '516 Patent are clearly directed towards gene regulation.

## III.    CLAIM CONSTRUCTION

4.    I understand that claims are construed according to their ordinary and customary meaning, as would be understood by a person of ordinary skill in the art at the time of the invention and in light of the specification. Although my proposed definition of a POSA differs from Dr. Wall's proposed definition, my construction of the claims does not change upon application of either definition.

### A.    Construction of Terms Found in Claim 6

Claim 6:  A method for diminishing induced NF-κB-mediated intracellular signaling comprising reducing NF-κB activity in cells such that NF-κB-mediated intracellular signaling is diminished.

5.    I have read Dr. Wall's second report and I disagree with his construction of claim 6 of the '516 Patent. Specifically, I disagree on the proper meaning to accord (1) the preamble of the claim, (2) "reducing," (3) "NF-κB activity," (4) "in cells, (5) "NF-κB-mediated-intracellular signaling" and (6) "is diminished."

6.    **Preamble of Claim 6: A method for diminishing induced NF-κB-mediated intracellular signaling.** Below is a table reproducing my previous construction of the preamble of the '516 Patent ("ARIAD's Construction") and Dr. Wall's construction ("Amgen's Construction") of the same:

| ARIAD'S Construction | Amgen's Construction |
| --- | --- |
| A method for inhibiting the intracellular steps of the NF-κB signal transduction pathway, performed after the pathway has been initiated in response to application of a stimulus. | A method for decreasing any existing molecular interactions within cells effected by, or conveyed through NF-κB. |

3

7.      I disagree with Dr. Wall's opinion that the preamble of claim 6 need not be construed to define the proper scope of the claim.[2] I have been informed by counsel for ARIAD that the preamble may limit the scope of a claim when it contributes to the definition of the claimed invention. At minimum, the word "induced" in the preamble informs the meaning of the phrase "reducing NF-κB activity" in the body of the claim. In other words, because the preamble states that the claimed method is directed towards the reduction of "*induced* NF-κB–mediated intracellular signaling," one must interpret the terms "*reducing* NF-κB activity" and "such that NF-κB–mediated intracellular signaling *is diminished*" to require the induction of NF-κB activity to have occured prior to the performance of the method.

8.      The limitation, "a method for diminishing," requires an affirmative act directed towards causing a reduction of NF-κB activity. The specification teaches that the claimed inventions are not directed towards any natural processes by which NF-κB activity may be reduced:

> Different cell types and different genes respond to this one signal [NF-κB], which serves as a central "control," whose activity can be *altered* by means of the present invention. As used, the terms altering or modifying mean changing the activity or function of NF-κB *in such a manner that it differs from the naturally occurring activity* of NF-κB under the same conditions (e.g. is greater than or less than, including no activity, the naturally occurring NF-κB activity … etc.).[3]

In other words, the claims are directed to alteration (*e.g.*, reduction) of NF-κB activity such that it differs from the naturally occurring NF-κB activity under the same conditions: *e.g.*, the reduction of NF-κB activity to a greater extent than would occur naturally. That natural processes are not encompassed by the scope of the claims is further supported by the fact that

---

[2] Wall Rebuttal Rep. at 12-13.

[3] '516 Patent at 12:48-56.

4

the specification of the '516 Patent teaches only artificial means of reducing induced NF–κB activity, requiring affirmative steps to manipulate the level of gene expression mediated by active NF–κB.

9.    **Body of Claim 6: reducing NF–κB activity in cells such that NF–κB–mediated intracellular signaling is diminished.** Below is a table reproducing my previous construction of the terms "NF–κB", "NF–κB activity" and "NF–κB–mediated intracellular signaling" ("ARIAD's Construction") and Dr. Wall's construction of the same:

| Term | ARIAD'S Construction | Amgen's Construction |
|---|---|---|
| NF–κB | A DNA-binding protein factor found in many eucaryotic cells that: (a) is constitutively present in the cytoplasm of unstimulated cells as an inactive complex, bound to inhibitory IκB proteins; (b) upon dissociation from IκB, translocates to the nucleus of the cell; and (c) once in the nucleus, mediates the transcription of certain genes by binding to specific DNA recognition sequences in those genes. | A protein having each NF–κB activity. |
| NF–κB Activity | The ability of NF–κB to act as an intracellular messenger that regulates transcription of particular genes. | The ability [of NF–κB] to act as an intracellular messenger by (a) being released from IκB, (b) translocating into the nucleus, and/or (c) then binding one of the DNA sequences listed in Table 2 of the '516 Patent. |
| NF–κB– Mediated Intracellular Signaling | The intracellular steps of the NF–κB signal transduction pathway. | Molecular interactions within cells effected by, or conveyed through NF–κB. |

10.    I generally agree with the functional definition of "NF–κB" proposed in Dr. Wall's report, to wit: NF–κB is a protein that functions as an intracellular messenger by (a) dissociating from its natural inhibitor IκB, (b) translocating into the nucleus of the cell, and (c)

5

binding to specific DNA recognition sequences.[4]  However, I regard the definition that I

provided in my first report as more complete, and more accurate, because it reflects the facts

that NF-κB, as noted in the specification,[5] is not found in all cells, and is bound to an inactive

precursor in unstimulated cells.  Further, while I agree that NF-κB is capable of binding to the

recognition sequences listed in Table 2 of the '516 Patent, I would not limit the definition of NF-

κB to a protein that binds only those sequences.  As the specification indicates, Table 2 is a list of

the sequences recognized by NF-κB that were known at the time, and a proposed consensus

sequence; it is not an exhaustive list.[6]  To the extent that Dr. Wall implies otherwise, he is

incorrect.

      11.     Dr. Wall's proposed definition for "NF-κB activity" is inadequate because it is

limited to three discrete steps of the NF-κB pathway.  Although each of the three steps of the

NF-κB pathway identified by Dr. Wall is properly considered part of "NF-κB activity," the

term, as it is used in the asserted claims, is not so limited.  The specification of the '516 Patent

describes the role of NF-κB as a mediator of gene expression, which is activated in response to

external stimuli.[7]  As described in the specification, the NF-κB signal transduction pathway

consists of (and is described in the specification of the '516 Patent as containing) five general

steps:  (1) occurrence of an external stimulus, such as the binding of an agonist to its receptor on

the cell surface; (2) dissociation of the NF-κB:IκB complex; (3) translocation of NF-κB; (4) the

binding of NF-κB to its DNA recognition sequences; and (5) expression of the gene mediated by

---

[4] Wall Rebuttal Rep. at 7.

[5] '516 Patent at 2:27-29.

[6] '516 Patent at 36:1-37:42 (note the apparent typo at 36:56, where Table 2 is misidentified as Table 1).

[7] '516 Patent at 15:12-14; 17:47-50; 30:42-31:56.

NF–κB.[8]  As I opined in my initial report, reduction of NF–κB activity can be accomplished by inhibiting any step along this pathway.  Inhibition of any one step along the pathway will cause a reduction of the occurrence the downstream steps of the pathway, which is a reduction of NF–κB activity.  For example, as Dr. Wall notes, certain claims that depend on claim 6 are directed to reducing NF–κB activity by "decreasing the level of NF–κB not bound in an NF–κB:IκB complex, " "inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF–κB," "inhibit[ing] degradation of an IκB protein," and "inhibiting dissociation of NF–κB:IκB complexes."[9]  Although these methods can be practiced by intracellular methods, they can also be practiced by interfering with the first step of the NF–κB pathway – i.e., the binding of an agonist of the NF–κB pathway to its receptor – thereby preventing dissociation of NF–κB:IκB complexes, which can be accomplished extracellularly.

12.    That Dr. Wall's definition erroneously narrows the scope of the term "NF–κB activity" is immediately apparent upon comparison to his definition for "NF–κB–mediated intracellular signaling."  Dr. Wall defines the latter as "molecular interactions within cells, effected by, or conveyed through NF–κB."[10]  However, I understand "molecular interactions within cells, effected by, or conveyed through NF–κB" to be limited to the same three steps of the NF–κB pathway that Dr. Wall suggests delimit the scope of "NF–κB activity."  In other words, Dr. Wall's definitions conflate the terms "NF–κB–mediated intracellular signaling" and "NF–κB activity."  Applying these coextensive definitions, Dr. Wall would appear to argue that claim 6 means: a method for reducing induced NF–κB activity comprising reducing NF–κB

---

[8] '516 Patent at 35:13-15; 37:43-49; 37:50-54; 38:6-22.

[9] '516 Patent Claims 20, 22-24.

[10] Wall Rebuttal Rep. at 11.

activity such that NF-κB activity is reduced. Dr. Wall's construction would render the claim meaningless. To avoid that result, it is necessary, and more natural, to read "NF-κB-mediated intracellular signaling" to refer to the intracellular steps of the NF-κB signal transduction pathway, and "NF-κB activity" to refer to the activity by which NF-κB acts as an intracellular messenger that regulates the transcription of particular genes, i.e. the steps of the NF-κB signaling pathway.

13.    **Body of Claim 6: reducing NF-κB activity in cells such that NF-κB-mediated intracellular signaling is diminished.** Below is a table reproducing my previous construction ("ARIAD's Construction") of the terms "Reducing" and "Diminished" and Dr. Wall's construction ("Amgen's Construction") of the same:

| Term | ARIAD'S Construction | Amgen's Construction |
|---|---|---|
| Reducing [an Activity] | Decreasing an existing activity. | Decreasing an existing activity, or preventing that activity from ever coming to be. |
| [Signaling] is Diminished | [Signaling] is reduced from an existing state to a lower state. | [Signaling] is reduced from an existing state to a lower state, or is inhibited from existing or from reaching an elevated state. |

14.    In his report, Dr. Wall also opines that the term "reducing" should be defined broadly to encompass both the process of decreasing an existing activity and the process of preventing that activity from coming to be. In other words, Dr. Wall suggests, counter intuitively, that a quantity that does not yet exist can be reduced. Similarly, he suggests "is diminished" should be defined to encompass both the reduction of signaling activity from an elevated state to a lower state, and the prevention of that activity from ever reaching an elevated state, or the prevention of that activity from coming into existence. Dr. Wall's claim construction not only disregards the ordinary meanings of the relevant verbs, but also fails to

8

account for the significant biological difference between influencing an activated (and/or diseased) cell and prophylactic treatment of quiescent (and/or healthy) cells.

15.     As I explained in ¶ 7 above, the word "induced" in the preamble of claim 6 provides context for the terms "reducing" and "is diminished" in the body of claim 6. As I explained in my initial report, the word "induced" is a past participle – a word that expresses a completed action – that modifies "NF-κB-mediated intracellular signaling" in the preamble of the claim. In other words, the preamble indicates that claim 6 is directed to a method for reducing NF-κB-mediated intracellular signaling that has already been induced by a stimulus. The stimulus must have been applied to the cells to induce the intracellular signaling, before the method can be practiced.

16.     Even ignoring the contextual importance of the word "induced" in the preamble, the claims cannot fairly be read to encompass the addition of a stimulus at the same time as, or after the addition of, an inhibitor of NF-κB activity. An act of "reducing" an activity necessarily requires that the activity exist at some level capable of reduction. Similarly, for an activity to "[be] diminished," that activity must already exist and must exist at an elevated state from which it can be diminished. Indeed, Dr. Wall concedes that NF-κB mediated intracellular signaling exists only insofar as it has been induced:

> "NF-κB-mediated intracellular signaling" only exists insofar as it has been "induced." In other words, "NF-κB-mediated intracellular signaling" *only exists insofar as it has been "induced."* …

> [T]o one of ordinary skill in the art, "induced" qualifies "NF-κB-mediated intracellular signaling" and means that the "NF-κB-mediated intracellular signaling" is "existing" such that it can be diminished.[11]

---

[11] Wall Rebuttal Rep. at 13.

9

Dr. Wall appears to make the contradictory argument that "NF–κB–mediated intracellular signaling" exists only after it has been induced, but that it can be reduced by application of an antagonist of NF–κB activity before the signaling exists. This ignores both the language of the claims, and the significant difference between reduction of an elevated activity (treatment) and prophylaxis (prevention).

17.    Dr. Koch misinterprets and misapplies the requirement of prior induction, as explained in my first report, and which Dr. Verma explained in his declarations submitted during the reexamination of the '516 Patent. As Dr. Verma noted in his Nov. 9, 2006 declaration:

> [T]he above claims [including 6, 18, 70-72 & 183-184] are directed to methods carried out on cells *in which NF–κB activity has first been induced* by some external stimulus, in other words a eukaryotic cell in which NF–κB activity is activated by the presence of an external influence.[12]

Thus, the asserted claims are directed to reducing NF–κB activity in cells, in which NF–κB activity has been induced by some external stimulus. The requirement of prior induction draws a distinction between the treatment of activated cells and prophylactic treatment of quiescent cells.

18.    Dr. Koch misinterprets the limitation of prior induction as requiring that the method specifically intercept a discrete intracellular signal. Specifically, Dr. Koch suggests that Enbrel does not infringe the asserted claims because it "only prevents additional NF–κB from becoming activated." That opinion mischaracterizes the claim construction opinion expressed in my first report, and the declarations of Dr. Verma, and reflects a misunderstanding of NF–κB activity. The induction of NF–κB activity by TNF–α does not result in a discrete signaling event,

---

[12] Verma Decl. at ¶ 127 (Nov. 9, 2006), cited in Koch Rep. at 62.

10

but is characterized by a cascade of intracellular signaling. Once NF–κB activity is induced, the cell is in an activated state. To reduce NF–κB activity, after it has been induced, a method need not impede a particular signal or specific molecule of NF–κB to infringe the asserted claims. To infringe the asserted claims, a method, applied to eukaryotic cells, need only reduce NF–κB activity previously induced by an external stimulus, to a greater extent than would otherwise occur.

19.    **Body of Claim 6:  reducing NF–κB activity in cells such that NF–κB–mediated intracellular signaling is diminished.**  Below is a table reproducing my previous construction ("ARIAD's Construction") of the term "in cells" and Dr. Wall's construction ("Amgen's Construction") of the same:

| Term | ARIAD'S Construction | Amgen's Construction |
|---|---|---|
| [reducing NF–κB activity] In Cells | Means that the claimed method of "inhibiting NF–κB activity" is performed using intact cells, whether in cell culture or in living tissue, as opposed to methods performed in cell extracts. | Means taking action inside a cell to directly inhibit (interfere or block) an NF–κB activity. |

20.    As, I explained in my initial report, the limitation "in cells" means that the claimed method must be performed using intact cells, rather than lysed cellular extracts, or non-cellular, nuclear or cytosolic vesicles. The specification describes modulation of NF–κB activity in cultured, immortal cell lines[13] and in intact cells found in living tissue.[14] The '516 Patent also

---

[13] '516 Patent at 17:58-61; 25:40-26:38.

[14] '516 Patent at 3:23-26; 4:23-28.

11

describes the results of many experiments involving cell extracts.[15] In fact, the phrase "NF–κB

activity" is used in the specification to describe more than one phenomena. As used in the

specification, "NF–κB activity" not only describes the activity by which NF–κB acts as an

intracellular messenger,[16] it also describes the appearance of a band (reflecting a binding

"activity") on a gel from an EMSA assay.[17] In light of the specification, a POSA would

understand the limitation "in cells" to exclude methods of reducing NF–κB activity in cell

extracts from the scope of claim 6. To the extent that Dr. Wall implies that, in the context of the

'516 Patent, "NF–κB activity" describes only an activity occurring in cells, he is incorrect.

    21.    Dr. Wall's interpretation of the term "reducing NF–κB activity in [] cell[s]"[18] to

mean "taking action inside the cell to directly inhibit (interfere or block) an NF–κB activity" is

inconsistent with the teachings of the specification. Dr. Wall's insistence notwithstanding, it is

not apparent "[o]n its face"[19] that the prepositional phrase "in cells" modifies "reducing." To

the contrary, a more natural reading of claim 6 suggests that "in cells" modifies the closer term,

"NF–κB activity." Thus, the claim is infringed so long as an agent or technique reduces that

activity "in cells" in some way, without regard to whether the reducing agent/technique is itself

"in" a cell. It is clear from the breadth of the asserted claims, and the language of the

---

[15] *See, e.g.,* '516 Patent at 76:13-77:3, 78:14-41.

[16] *See, e.g.,* '516 Patent at 15:54-16:35.

[17] *See, e.g.,* '516 Patent at 23:19-21 ("In nuclear extracts from TPA-stimulated cells, NF–κB activity was exclusively found in a molecular weight region of 62-55kDa."); 23:24-27 ("In nuclear extracts from control cells, much less NF–κB activity was found in the same molecular weight fraction after renaturation (FIG. 30, lanes 3 and 4).").

[18] I note that, contrary to the implication of Dr. Wall's report, the phrase "in *the* cell" does not appear in claim 6.

[19] Wall Rebuttal Rep. at 8.

specification that the limitation "in cells" does not require that the reducing agent/technique be introduced into the target cells. Although several of the unasserted claims recite methods of reducing NF–κB activity that necessarily take place in the cell – such as the use of vectors encoding the gene for IκB, prevention of the translocation of NF–κB to the nucleus, or preventing NF–κB from binding to its DNA recognition sequences – it is clear that the asserted claims are not so limited. For example, as described in Dr. Livingston's report, the specification also teaches the use of antagonists of NF–κB activity, and methods of screening for such antagonists.[20] As Dr. Livingston noted in his discussion of cytokine antibodies, a POSA would not understand methods employing antagonists to be limited to intracellular methods.

### B.    Construction of Terms Found in Claim 18

Claim 18: A method for reducing Interleukin-1 or Tumor Necrosis Factor–α activity in mammalian cells comprising reducing NF–κB activity in the cells so as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor–α in the cells.

22.    **Preamble of Claim 18:  A method for reducing Interleukin-1 or Tumor Necrosis Factor–α activity in mammalian cells.**  Below is a table reproducing my previous construction ("ARIAD's Construction") of the preamble of claim 18 and Dr. Wall's construction ("Amgen's Construction") of the same:

| ARIAD'S Construction | Amgen's Construction |
|---|---|
| A method for inhibiting the intracellular NF–κB signal transduction induced by the circulating cytokines, Interleukin-1 or Tumor Necrosis Factor–α. | A method for taking action inside the cell to directly inhibit (interfere or block) any molecular interaction within cells caused by Interleukin-1 or Tumor Necrosis Factor–α. |

---

[20] In light of the discussion of screening for antagonists of gene expression, it is clear that the breadth of the independent claims 6 and 18 is not limited to the combined breadth of claims dependent thereon, as Dr. Wall implies in his rebuttal report at page 10.

13

23.    As with his construction of claim 6, Dr. Wall erroneously opines that the preamble of claim 18 does not limit the scope of the claims. However, there are two important elements contained with the preamble of claim 18 that are necessary to properly define the scope of the claim. First, it is clear that the preamble is intended to limit the claim because it contains the phrase "in mammalian cells" (defined in ¶ 27 below), which is not repeated in the body of the claim. The phrase "in the cells," which is repeated twice in the body of the claim, refers back to and is limited by the phrase "in mammalian cells" in the preamble. As with claim 6, the prepositional phrase "in … cells" modifies "activity," not the act of reduction. Hence, as with claim 6, the claim is infringed so long as the activity of NF-kB within a cell is reduced, without regard to the location of the reducing agent or technique.

24.    The phrase "Interleukin–1 or Tumor Necrosis Factor–α activity" (hereinafter "IL–1 or TNF–α activity") provides additional context for the meaning of the word "activity" as it is used in claim 18, and in other asserted claims. Dr. Wall's definition of "NF-κB activity" is limited to three steps of the NF-κB signaling pathway that involve the release, transport, and binding of an NF-κB molecule. If Dr. Wall is correct that the "activity" of a molecule refers only to events involving the binding or transport of that molecule, then "IL–1 or TNF–α activity" necessarily refers only to the extracellular transport and extracellular binding of the cytokines to their receptors. That is inconsistent, however, with Dr. Wall's definition of "IL–1 or TNF–α activity," which he defines as "any molecular interaction within cells caused by Interleukin-1 or Tumor Necrosis Factor–α."[21] This definition is similar to the broad definition of NF-κB activity that I have proposed: the activity by which NF-κB acts as an intracellular messenger that regulates the transcription of particular genes, i.e. the steps of the NF-κB signaling pathway.

---

[21] Wall Rebuttal Rep. at 14.

14

Thus, Dr. Wall appears to propose both a narrow (limited to binding and translocation) and broad (describing the signaling pathway) construction to the same word within a single claim. It cannot be both. Properly construed, "IL–1 or TNF–α activity" refers to the intracellular NF–κB signal transduction induced by the circulating cytokines, IL-1 or TNF–α, and can be reduced by inhibiting any step along the NF–κB pathway.

25.     **Body of Claim 18: A method for reducing Interleukin–1 or Tumor Necrosis Factor–α activity in mammalian cells.** Below is a table reproducing my previous construction ("ARIAD's Construction") of the terms "intracellular signaling caused by IL–1 or TNF–α," "reducing" and "so as to reduce" and Dr. Wall's construction ("Amgen's Construction") of the same:

| Term | ARIAD'S Construction | Amgen's Construction |
|---|---|---|
| Intracellular Signaling Caused by IL–1 or TNF–α | Signaling along the intracellular steps of the NF–κB pathway, having been induced by the binding of IL–1 or TNF–α to their receptors, prior to the performance of the claimed method. | Any molecular interaction within cells caused by Interleukin–1 or Tumor Necrosis Factor–α. |
| Reducing [an activity] ... So As to Reduce [-signaling] | Decreasing [an existing activity] so as to decrease [signaling]. | Decreasing an existing activity, or preventing the induction of that activity, so as to reduce signaling or to prevent that signaling from occurring. |

26.     As discussed in ¶¶ 13-18 above, the claim limitation "reducing" necessarily requires that the activity must already exist and must exist at an elevated state from which it can be diminished. Dr. Wall's construction of the term "reducing [an activity]" to encompass preventing the induction of that activity is overbroad and not supported by the language of the claim or the teaching of the patent.

15

C.    **Construction of Terms Found in Dependent Claims.**

27.    Below is a table reproducing my previous construction ("ARIAD's

Construction") of the terms "mammalian cells," "human cells" and "immune cells" and Dr.

Wall's construction ("Amgen's Construction") of the same:

| Limitation | ARIAD'S Construction | Amgen's Construction |
|---|---|---|
| "Mammalian cells" | Intact cells containing NF-κB, whether in cell culture or living tissue, that come from a species falling within the class of mammals. | Intact cells, whether in cell culture or living tissue, from a human being. |
| "Human cells" | Intact cells containing NF-κB, whether in cell culture or living tissue, that come from a human being. | Intact cells, whether in cell culture or living tissue, from a human being. |
| "Immune cells" | Intact cells containing NF-κB, such as monocytes, mast cells, macrophages, and lymphocytes, whether in cell culture or living tissue, that help protect the body of a mammal from foreign materials and infection. | Intact cells involved in the immune response. |

28.    I do not agree with Dr. Wall's construction of the terms "mammalian cells,"

"human cells" or "immune cells" because his definitions are not limited to cells that contain

NF-κB, as required by the specification of the '516 Patent. The asserted claims are plainly

directed towards reduction NF-κB activity, a result that can be achieved only in cells that

contain NF-κB. As the specification notes, the NF-κB precursor may not be constitutively

present in all cells,[22] and the claimed inventions relate to "method[s] of regulating…the activity

of NF-κB in cells *in which it is present and capable of acting as an intracellular messenger.*"[23] In cells

lacking the NF-κB precursor, NF-κB cannot be activated and NF-κB activity, by definition,

---

[22] '516 Patent at 12:36-41.

[23] '516 Patent at 4:5-8.

16

cannot exist, and cannot be reduced. It is clear to a POSA that the methods of the asserted claims can be performed only on cells that contain NF–κB.

29.    Dr. Wall's argument that the terms are "generic and do[] not include any information on the factors present within the cell" is irrelevant, and ignores the teaching of the specification.[24] The additional claim limitation requiring that the cells contain NF–κB is required not by the terms "human cells," "mammalian cells" or "immune cells" in isolation, but by the claims' requirement a *reduction* of NF–κB activity. As such, the asserted claims are necessarily limited to those human, mammalian, or immune cells that exhibit NF–κB activity that can be reduced.


_____
Jeffrey V. Ravetch, M.D., Ph.D.

$3|5|08$
_____
Date


_____
[24] Wall Rebuttal Rep. at 10.