# EXHIBIT 29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-259-MPT |
| v. | ) ) | |
| ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | ) ) ) | |
| Defendants | ) ) | |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT and FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH | ) ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION | ) ) ) ) | |
| Counterclaim Defendants. | | |

## EXPERT REPORT OF DAVID M. LIVINGSTON, M.D.

I, David M. Livingston, M.D., submit the following report on behalf of ARIAD

Pharmaceuticals, Inc., Massachusetts Institute of Technology, The Whitehead Institute for

Biomedical Research, and The President and Fellows of Harvard College (collectively

"ARIAD") in the above-captioned action.

Amgen v. Ariad
Livingston Dep Exhibit
1

# I.    BACKGROUND

## A.    Professional Background

1.    I currently serve as the Deputy Director for the Dana-Farber/Harvard Cancer Center ("DFCI") in Boston, Massachusetts, where I am also a member of the Executive Committee, Chair of the Executive Committee for Research at DFCI, and Program Director of the Charles A. Dana Division of Human Cancer Genetics, also at DFCI. I am also the Emil Frei Professor of Genetics and Medicine at Harvard Medical School. Brigham and Women's Hospital appointed me a physician in 1982, a position I held until 1999, when I was appointed senior physician.

2.    I received my medical degree from Tufts University School of Medicine in 1965. I then received clinical training in internal medicine at Peter Bent Brigham Hospital from 1965 to 1967. I also served research fellowships at the National Cancer Institute in Bethesda, Maryland from 1967 to 1969 and 1971 to 1973, where one of my preceptors was Dr. Philip Leder, and a post doctoral fellowship at Harvard Medical School from 1969 to 1971 under the supervision of Dr. Bert Vallee. I joined the faculty of Harvard Medical School and the Dana-Farber/Harvard Cancer Center in 1973. I specialize in research regarding the molecular mechanisms associated with the development of cancer. My laboratory was the first to discover the basic transcriptional coactivation function of the p300 protein, which was later shown to be a major coactivator of NF–κB.

3.    In 1990, I was elected to the Institute of Medicine of the National Academy of Sciences. In 1995, I was elected to the National Academy of Sciences, U.S. I was also elected a Fellow by the American Academy of Arts and Sciences in Cambridge, Massachusetts. I have received the Claire W. & Richard P. Morse Research Award from the Dana-Farber Cancer Institute, the Baxter Award for Distinguished Research in the Biomedical Sciences of the

Association of American Medical Colleges, the Brinker International Award for Breast Cancer Research of the Susan G. Komen Breast Cancer Foundation, the Lila Gruber Honor Award for Cancer Research from the American Academy of Dermatology, the American Association for Cancer Research-G.H.A. Clowes Award, and the Theodore Boveri Award for Molecular Cancer Genetics of the German Cancer Society.

4.    I serve as a member of the External Advisory Committee of the Center for Cancer Research at MIT and the Vice Chair for Scientific Programs of the Board of Directors of the Damon Runyon Cancer Research Fund in New York, New York. I serve on the editorial boards of Cell Growth & Differentiation, Molecular and Cellular Biology, Cancer Cell, and Molecular Cell. I am an author of more than 185 articles and have also written reviews and contributed to multiple books and monographs. I am named as an inventor on five patents. I have attached my CV, which includes a list of the publications I have authored or co-authored in the past ten years, as Exhibit 1.

**B.    Summary of Opinions & Assumptions**

5.    I have been asked to opine on issues related to the validity of claims 6, 18, 70, 71, 72, 183 and 184 (the "asserted claims") of U.S. Patent No. 6,410,516 (the "'516 Patent"), and to rebut certain opinions expressed in Dr. Randolph Wall's report, served on behalf of Amgen on January 19, 2008. I expect to testify that the asserted claims of the '516 Patent comply with the enablement, written description and best mode requirements of 35 U.S.C. § 112. In other words, I expect to testify that the asserted claims are not invalid.

6.    I have based my opinions in this case on my 43 years of experience in the fields of molecular genetics and medicine, on the '516 Patent and its prosecution history, references cited in this report and scientific literature in the field of the invention. I understand that the Court has not yet issued a claim construction order in this case. For the purposes of my

3

analysis, I have considered the definition of a person of ordinary skill in the art (a "POSA") and claim construction proposed in the initial report of Dr. Jeffrey Ravetch, submitted on behalf of ARIAD on January 19, 2008. To the extent that they differ, I have also considered the claim construction proposed by ARIAD in its litigation against Eli Lilly & Co., summarized in the initial report of Dr. Warner C. Greene, submitted on behalf of Amgen in this matter.

7.      My rate of compensation for my work in this action is $750 per hour. My compensation is not dependent upon the outcome of this case.

8.      I reserve the right to supplement my report in light of any additional fact discovery, opinions by Amgen's experts, and/or trial testimony. I also reserve the right to provide rebuttal opinions and testimony in response to Amgen's experts and fact witnesses. In connection with my anticipated trial testimony in this action, I may use as exhibits various documents produced in this litigation that refer to or relate to the matters discussed in this report. In addition, I reserve the right to use animations, demonstrative exhibits, enlargements of actual exhibits, and other information in order to convey my opinions.

## II.     THE SPECIFICATION OF THE '516 PATENT SATISFIES THE REQUIREMENTS OF 35 U.S.C. § 112

9.      I have read the initial report of Dr. Jeffrey Ravetch, and I agree with his conclusion that claims 6, 70, 71 and 72 are entitled to an effective filing date of March 1, 1988, and that claims 18, 183 and 184 are entitled to an effective filing date of April 21, 1989. Because the question of whether a patent's specification satisfies the requirements of 35 U.S.C. § 112 is determined in light of the level of knowledge of a POSA at the time that the application was filed, my analysis focuses on the knowledge and level of skill possessed by a POSA between 1988 and 1989.

4

10.     I expect to testify that, by the late 1980s, a POSA would have several viable means of practicing the methods of the asserted claims. From the disclosure of the '680 application and the state of the art in 1988, a POSA would have been able to practice the invention by using antagonists to inducing molecules, decoy molecules, dominantly interfering molecules and cloned IκB or IκB-like molecules. Each of these methods is explicitly disclosed in the '436 application. Moreover, given the state of the art, the disclosure of the NF–κB pathway, and the modulation of reducing induced NF–κB activity, a POSA would have known to use each of these methods after reviewing the '680 application. I also expect to testify that the asserted claims are adequately described by the specification of the '516 Patent and the disclosures of the '680 and '436 applications, and that the best mode requirement is satisfied for all of the asserted claims.

A.     The Asserted Claims are Enabled.

11.     I understand that 35 U.S.C. § 112 requires that the disclosure in a patent specification be sufficiently clear and complete to teach a hypothetical POSA how to make and use the invention as it is claimed without undue experimentation. I also understand that undue experimentation, while escaping precise definition, involves consideration of several factors, including: (1) the quantity of actual experimentation needed to use the invention, (2) the amount of guidance present in the specification and available to one who wishes to use the invention, (3) the presence or absence of working examples in the specification, (4) the nature of the invention, (5) the state of the prior art at the time the application was filed, (6) the relative skill of those in the relevant art at the time of filing, (7) the predictability or unpredictability of the art, and (8) the breadth of the claims. The mere fact that a large amount of work is required to reduce a claimed invention to practice does not require a finding of undue experimentation.

5

12.    I also understand that whether a disclosure is enabling is determined as of the effective filing date of the patent, not the time of litigation. However, I also understand that post-filing references are relevant to enablement to the extent that they demonstrate the existence of an enabling disclosure, or lack thereof. I understand that, while the full scope of the claimed invention must be enabled, the inventors need not have predicted and disclosed every possible means of practicing the invention. In particular, the patent need not enable the accused product, Enbrel.

13.    **Antagonists and Drugs.**  By the 1980s, a POSA could have practiced the inventions of the asserted claims by using antibodies to any NF-kB inducing molecule, such as cytokines. The specification of the '516 Patent teaches that:

> [A]ntagonists may be used to decrease the activity of the factors and thus may be useful in the therapy of diseases associated with overactivity of a transcriptional regulatory factor. Such agonists or antagonists identified by assays employing the factor-encoding genes of this invention are within the scope of this invention.[1]

The specification also discloses that tumor necrosis factor α ("TNF-α") acts on the NF–κB pathway.[2] Monoclonal antibodies to TNF-α could be obtained or created without undue experimentation by the late 1980s.[3] Using analytical techniques well-known in the art, such as the CAT reporter assay described in Example 15,[4] a POSA would know how to design an

---

[1] '516 Patent at (35:7-12).

[2] *Id.* at (17:30-35).

[3] Tracey *et al.*, *Anti-Cachectin/TNF Monoclonal Antibodies Prevent Septic Shock During Lethal Bacteraemia*, Nature, 330:662-4 (1987); Osborne *et al.*, *Tumor Necrosis Factor α and Interleukin 1 Stimulate the Human Immunodeficiency Virus Enhancer by Activation of the Nuclear Factor κB*, PNAS USA 86:2336-2340 (1989).

[4] '516 Patent at (78:44-82:4).

experiment to determine whether antibodies to TNF-α could be used to practice the asserted claims.

14.     **Decoy Molecules.**  By 1988, the use of short nucleotide molecules (oligonucleotides) as competitive inhibitors of transcription factors was well known to those skilled in the art.  From the disclosure of the basic steps of the NF–κB signaling pathway in the '680 or '436 applications, a POSA would understand that a critical step of NF–κB mediated gene expression is the binding of NF–κB to genomic DNA, in the nucleus of an induced cell.  With the sequence of a NF–κB recognition sequence, such as the κB binding site disclosed in the '680 application or any of the sequences disclosed in Table 1 of the '436 application, a POSA would have known how to construct a short oligonucleotide which could be delivered into cells by known techniques, such as microinjection, red-cell-mediated fusion, liposomes, competitor plasmids or electroporation.[5]  Once inside a cell, decoy oligonucleotides can accumulate in the nucleus where they competitively bind to NF–κB, reducing the amount of NF–κB available to bind to the genomic DNA, thus reducing NF–κB activity.  By treating cells that have induced NF–κB activity with decoy oligonucleotides, one could reduce induced NF–κB activity.  Thus, the disclosure of decoy molecules would enable one to practice asserted claims 6 (diminishing induced NF–κB-mediated intracellular signaling by reducing NF–κB activity in cells) and 18 (reducing intracellular NF–κB signaling that was caused by IL-1 or TNF-α), and claims dependent thereon.

15.     **Dominantly Interfering Molecules.**  By the late 1980s, the use of dominant mutant alleles of protein transcription factors to inhibit gene expression was well known in the

---

[5] See ¶ 20 below.

7

art.[6]  As described in Dr. Ravetch's initial report, "dominantly interfering molecules," as they are called in the specification, take advantage of the fact that NF–κB has a DNA binding domain that is spatially distinct from its transcriptional activation domain.  By transfecting a cell to express dominant negative mutants of NF–κB, which have active DNA binding domains but inactive or non-existent transcriptional activation domains, a POSA could reduce induced NF–κB activity in those cells.  By 1990, the lab of Alain Israël had created dominant negative mutants of NF–κB.[7]

16.    IκB and IκB-like Molecules.  By the late 1980s, given the disclosure of the '516 Patent's specification, a POSA could have isolated and cloned IκB using routine methods.  Using the cloned IκB, a POSA could reduce induced NF–κB activity in cells by transfecting the cells to overexpress IκB, or by introducing RNA encoding the sequence of IκB so that it would be translated by the cell.  Since the effective filing date of the '516 Patent, overexpression of IκB has been demonstrated as an effective means of reducing NF–κB activity in cells.[8]

**B.    The Report of Dr. Wall Does Not Demonstrate That the Asserted Claims Are Not Enabled.**

17.    I have read the report of Dr. Randolph Wall, and I understand that he believes the asserted claims of the '516 Patent to be invalid for lack of enablement because "the patent only provide[s] a list of hypothetical reducers [of induced NF–κB activity]," "fail[s] to disclose how any protein or DNA could be consistently delivered [to cells]," and "fail[s] to show how to

---

[6] Herskowitz, *Functional Inactivation of Genes By Dominant Negative Mutations*, Nature 329:219-222 (1987); Friedman *et al.*, *Expression of a Truncated Viral Trans-Activator Selectively Impedes Lytic Infection By Its Cognate Virus*, Nature 335:452-454 (1988).

[7] Logeat *et al.*, *Inhibition of Transcription Factors Belonging to the Rel/NF–κB Family by a Transdominant Negative Mutant*, EMBO J 10(7):1827-1832 (1991).

[8] Esslinger *et al.*, *Abnormal T Lymphocyte Development Induced by Targeted Overexpression of IkappaB Alpha*, J Immunol 158:5075-5078 (1997).

carry out the claimed methods in as wide a variety of cell types as claimed."[9] I disagree with these opinions, and with Dr. Wall's ultimate conclusion that the asserted claims are not enabled. In this section, I address each of the arguments Dr. Wall makes for lack of enablement, and explain why they are either incorrect or insufficient to invalidate the asserted claims.

18.    **Actual Reducers of NF–κB Activity Are Disclosed in the Patent.**  In his report, Dr. Wall opines that the asserted claims are not enabled because the patent provides only "hypothetical" reducers of induced NF–κB activity.  However, the specification clearly discloses methods of practicing the claimed inventions that were well known within the prior art by the time of the '680 and '436 applications, and which have been proven to be effective means of practicing the claimed inventions.  As described in section II.A. above, a POSA would have been able to construct decoy molecules and use them to practice the asserted claims with knowledge of an NF–κB recognition sequence and the general steps of the NF–κB pathway – both of which are disclosed in the '680 application – and with only routine experimentation. The construction and use of oligonucleotides as competitive inhibitors were known in the art since the early 1980s.[10]  Decoy molecules were used to inhibit NF–κB activity by scientists in the lab of Gary Nabel as early as 1990.[11]  Additionally, the specification teaches that the claimed

---

[9] Wall Report at 35.

[10] See, e.g., Marcus-Sekura, *Techniques for Using Antisense Oligodeoxyribonucleotides to Study Gene Expression*, Anal. Biochem. 172:289-295 (1988).

[11] Bielinska et al., *Regulation of Gene Expression with Double-Stranded Phosphorothioate Oligonucleotides*, Science 250:997-1000 (1990); *See also*, Morishita et al., *In Vivo Transfection of Cis Element 'Decoy' Against Nuclear Factor-KappaB Binding Site Prevents Myocardial Infarction*, Nat Med 3:894-899 (1997); Khaled et al., *Use of Phosphorothioate-Modified Oligodeoxynucleotides to Inhibit NF-kappaB Expression and Lymphocyte Function*, Clin Immunol Immunopathol 86:170-179 (1998); Tomita et al., *Transcription Factor Decoy for NFkappaB Inhibits TNF-alpha-induced Cytokine and Adhesion Molecule Expression In Vivo*, Gene Therapy 7:1326-1332 (2000); Tomita et al., *Transcription Factor Decoy for Nuclear Factor-kappaB Inhibits Tumor Necrosis Factor-alpha-induced Expression of Interleukin-6 and Intracellular Adhesion Molecule-1 in Endothelial Cells*, J Hypertens 16:993-1000 (1998); Ye et al., *Regulation of Interleukin-6 Gene expression in Brain of Aged Mice by*

9

inventions can be practiced by transfecting cells to overexpress IκB, or by causing cells to express dominant negative mutants of NF–κB. Each of these methods has been demonstrated as effective means of reducing NF–κB activity.[12]

19.    Dr. Wall cites the deposition testimony of inventors David Baltimore, Thomas Maniatis and Phillip A. Sharp to imply that the insertion of the IκB gene into a plasmid vector was "highly experimental" in the late 1980s to early 1990s.[13] I disagree with Dr. Wall's statement that the insertion of a gene into a plasmid vector was "highly experimental" at that time. By then, it was standard laboratory practice internationally. Indeed, I believe that Dr. Wall has mischaracterized the inventors' testimony to support his opinion. At Dr. Baltimore's deposition, counsel for Amgen asked him whether incorporation of the IκB gene into a vector was "a highly experimental *form of therapy,*" to which Dr. Baltimore replied that it was a "highly experimental *form of therapy.*"[14] The qualification "form of therapy" implies not the mere transfection of cells with a vector carrying the IκB gene, but its use on a living being for therapeutic purposes, a still experimental procedure referred to as gene therapy. By 1988, creation of a vector encoding a gene of interest, and transfecting it into a cultured cell was routine for a POSA. That neither the inventors nor anyone else had transfected a cell with IκB

---

*Nuclear Factor kappaB,* J Neuroimmunol 39:749-757 (2000); Du *et al., NF–κb Mediates Amyloid & Peptide-Stimulated Activity of the Human Apolipoprotein κ Gene Promoter in Human Astroglial Cells,* Molecular Brain Research 136:177-188 (2005).

    [12] *See* Logeat *et al., Inhibition of Transcription Factors Belonging to the Rel/NF–κB Family by a Transdominant Negative Mutant,* EMBO J 10(7):1827-1832 (1991) (dominantly interfering molecules); Esslinger *et al., Abnormal T Lymphocyte Development Induced by Targeted Overexpression of IkappaB Alpha,* J Immunol 158:5075-5078 (1997) (IκB).

    [13] Wall Report at 39-40.

    [14] Baltimore Dep. Tr. at 183:16-184:12 (emphasis added).

does not support Dr. Wall's conclusion that the transfection of cells (even for the purpose of overexpressing a gene) would require more than routine experimentation for a POSA.

20. **Methods of Delivering Molecules Into Cells Were Well Known Within the Prior Art.** Dr. Wall also opines that the asserted claims are not enabled because the specification "fail[s] to disclose how any protein or DNA could be consistently delivered [to cells]." Although the patent does not explicitly describe any particular mechanism by which DNA or proteins could be introduced into cells, several methods were well known to a POSA and could be practiced without undue experimentation at that time. In the case of decoy molecules, no specialized transport mechanism is necessarily required: at high concentrations, oligonucleotides can be taken up by some cells without added reagents.[15] Once inside the cell, a fraction of the oligonucleotides migrate to the nucleus where they affect gene expression. By the late 1980s, oligonucleotides could also be introduced into cells by mechanical or chemical methods, including electroporation,[16] plasmid transfection,[17] microinjection[18] and liposome[19] or red blood cell–mediated fusion.[20]

---

[15] *See, e.g., Kitajima et al., Ablation of Transplanted HTLV-I Tax-Transformed Tumors in Mice by Antisense Inhibition of NF–κB,* Science 258:1792-1795 (1992).

[16] Shigekawa & Dower, *Electroporation of Eukaryotes and Prokaryotes: A General Approach to the Introduction of Macromolecules into Cells,* Biotechniques 6(8):742-751 (1988); Knutson & Yee, *Electroporation: Parameters Affecting Transfer of DNA into Mammalian Cells,* Anal Biochem 164:44-52 (1987).

[17] Schöler & Gruss, *Specific Interaction Between Enhancer-Containing Molecules and Cellular Components,* Cell 36:403-411 (1984); Wang & Calame, *SV40 Enhancer-Binding Factors Are Required at the Establishment but Not the Maintenance Step of Enhancer-Dependent Transcriptional Activation,* Cell 47:241-247 (1986).

[18] Diacumakos, *Methods for Micromanipulation of Human Somatic Cells in Culture,* Methods Cell Biol. 7:287-311 (1973); Graessmann et al., *Microinjection of Early SV40 DNA Fragments and T Antigen,* Methods Enzmol. 65(1):826-825 (1980).

11

21.    Dr. Wall also opines that the '516 Patent "does not enable one to practice the invention by inserting IκB protein into cells."[21] The patent, however, teaches that cells can be transfected with a vector encoding the gene for IκB, and caused to overexpress this naturally occurring and specific inhibitor of NF–κB.[22] Dr. Wall argues that the specification of the '516 Patent provides no evidence that activated NF–κB is responsive to exogenous IκB.  However, at column 29, lines 33-46, the specification discloses that activated NF–κB from HeLa cell nuclear extracts is responsive to IκB derived from a murine cell line.  These results demonstrate that activated NF–κB endogenous to a human cell line (HeLa) can be inhibited with exogenous IκB, isolated from murine cells.  I also disagree with Dr. Wall's opinion that these experimental results cannot be extrapolated to intact cells.  I understand that the specification need not provide experimental results to enable a claimed method.  So-called "prophetic examples" can enable and describe a claimed invention.  That the inventors had not yet practiced the claimed method by causing cells to overexpress IκB does not mean that the invention is not enabled.  I understand that post-filing experiments showing that the claims can be practiced according to the methods taught by the patent are relevant to enablement.  In fact, as shown above, over-expression of IκB has been used to inhibit NF–κB activity in transfected cells.[23]

_____

[19] See Fraley et al., Introduction of Liposome-encapsulated SV40 DNA into Cells, J. Biol. Chem. 225:10431-10435 (1980); Schaefer-Ridder et al., Liposomes as Gene Carriers: Efficient Transformation of Mouse L Cels by Thymidine Kinase Gene, Science 215:166-168 (1982).

[20] See Kriegler and Livingston, Chemically Facilitated Microinjection of Proteins into Intact Monolayers of Tissue Culture Cells, Somatic Cell & Molecular Genetics 3:0740-7750 (1977); Wasserman et al., A Quantitative Study of Ultramicroinjection of Macromolecules into Animal Cells, Cell 7:551-556 (1976).

[21] Wall Report at 39.

[22] '516 Patent at (32:12-38), (37:55-63).

[23] Esslinger et al., Abnormal T Lymphocyte Development Induced by Targeted Overexpression of IkappaB Alpha, J Immunol 158:5075-5078 (1997).

22.    Dr. Wall believes that certain language in the specification "casts doubt on whether added IκB would be degraded due to the instability of the protein."[24] That opinion, however, supports enablement of the claims. If Dr. Wall intended to argue that the specification casts doubt on the ability to practice the claimed methods by increasing the concentration of unbound IκB in cells because it might be degraded, I note that nothing in the specification suggests that all unbound IκB will degrade before it can bind and inactivate free NF–κB. That some of the IκB may be degraded does not mean that all of the IκB would be degraded or that its rate of degradation would be fast enough that it cannot exert a negative effect on NF–κB. Dr. Wall suggests that because the '516 Patent discusses the use of trypsin to degrade IκB, that one skilled in the art would think that free IκB would be degraded by that protease, which Dr. Wall asserts is "common in many cell types."[25] For several reasons, that argument is indefensible.

23.    Trypsin is a serine protease that is commonly used in the field of biochemistry to digest proteins, either to characterize a compound as a protein – as in the '516 Patent – or to cleave a protein at a specific point in its sequence, *i.e.*, after a lysine or arginine residue. That IκB is subject to degradation by trypsin merely tells a POSA that IκB is a protein that contains lysyl or arginyl residues; it does not suggest that unbound IκB is particularly unstable. More importantly, active trypsin is not typically found in any type of cell, certainly not in "many cells" as Dr. Wall seems to believe. Rather, trypsin is constitutively present only in certain cells of the exocrine pancreas and only in its inactive form, trypsinogen. Trypsin is not activated in these cells, but is activated in the lumen of the small intestine. If trypsin were activated inside

---

[24] Wall Report at 41.

[25] Wall Report at 40, citing the '516 Patent at (28:13-14).

13

of a cell, it would cleave almost any protein that it came into contact with, and the cell would

die. No POSA would believe, as Dr. Wall apparently has implied, that free IκB, whether

exogenously produced or over-expressed by a transfected cell, would be subject to degradation

by activated, intracellular trypsin based on the specification of the '516 Patent.

    24.    Dr. Wall also suggests that one skilled in the art would question the viability of

IκB-based methods of practicing the invention in light of the statements in the specification that

"IκB requires an intact polypeptide structure for its [inhibitory] activity" and that "IκB is

apparently unstable when not complexed with NF–κB."[26]  However, the former statement was

made in the context of experiments performed to characterize IκB.  In those experiments, it was

observed that IκB activity in a gel shift assay was eliminated when the inhibitor-containing

fraction of cell extracts was treated with trypsin.  The message of this result is merely that IκB is

a protein, not that it cannot function inside a cell.[27]  When the extracts were treated with trypsin

plus BPTI (bovine pancreatic trypsin inhibitor), IκB was not degraded and it was able to bind

NF–κB.[28] The characterization of IκB as an inhibitory protein that loses its inhibitory abilities

when degraded would not suggest to one skilled in the art that IκB is particularly unstable.  The

latter statement, that "IκB is apparently unstable when not complexed with NF–κB," is merely a

proposed explanation for the observation that free IκB is not found in large quantities in

cytosolic fractions of unstimulated cells.[29]  In light of the specification, which repeatedly

suggests practicing the claimed methods by increasing the amount of IκB in cells, this one

---

[26] Wall Report at 40, citing '516 Patent at (28:15-16; 31:42-43).

[27] '516 Patent at (28:5-16).

[28] *Id.*

[29] *Id.* at (31:42-44).

statement would not dissuade a POSA from attempting to practice the claims using IκB. Nothing in the specification suggests that proteolytic degradation of IκB would complicate practicing the claimed invention, and in fact, it would not. Although IκB is subject to proteolytic degradation by the 26S proteasome, IκB is not subject to such degradation until it has been phosphorylated and ubiquitinated.[30] In fact, studies published after the effective filing date of the '516 Patent demonstrate that over-expression of IκB is a viable means of inhibiting NF-κB and does not require additional steps to protect the additional IκB from proteolytic degradation.[31]

25.    **Gene therapy is not claimed and need not be enabled to enable the full scope of the asserted claims.** In his report, Dr. Wall opines that the asserted claims are not enabled because the specification does not enable *in vivo* gene therapy. However, the asserted claims are not directed toward gene therapy; rather they are directed towards reducing induced NF-κB activity in cells (claim 6 and claims dependent thereon) and reducing TNF-α or IL-1 activity in mammalian cells (claim 18). The terms, "in cells" or "in mammalian cells" encompass different types of cells, but there is nothing in the language of the claims that requires that the patent specifically illustrate *in vivo*, therapeutic use of the claimed methods. The asserted claims are simply directed towards cells with induced NF-κB activity.

26.    Much of Dr. Wall's report is devoted to explaining the difficulties inherent in the use of *in vivo* gene therapy, and is therefore irrelevant to the asserted claims and to this

---

[30] Chen *et al.*, *Signal-induced Site-specific Phosphorylation Targets I Kappa B Alpha to the Ubiquitin-Proteasome Pathway*, Genes Dev. 9(13):1586-1597 (1995); Alkalay *et al.*, *Stimulation-Dependent I Kappa B Alpha Phosphorylation Marks the NF-kappa B Inhibitor for Degradation Via the Ubiquitin-Proteasome Pathway*, PNAS USA 92(23):10599-10603 (1995); Ciechanover Report at 19.

[31] Esslinger *et al.*, *Abnormal T Lymphocyte Development Induced by Targeted Overexpression of IκBa*, J. Immunol. 158:5075-5078 (1997).

litigation. For example, Dr. Wall argues that the claimed inventions are not enabled because the

patent does not disclose methods of delivering DNA- or protein-based inhibitors to specific cells

of a living organism, for therapeutic purposes. However, as explained above, *in vivo* gene

therapy is not claimed and need not be specifically illustrated to enable the claims. Many of the

obstacles cited, and the exaggerated negative effects proposed by Dr. Wall apply only to such *in

vivo* gene therapy uses: issues related to drug (gene) delivery, such as pharmacokinetics and

bioavailability are of little or no concern in experiments directed at cultured cells or tissue

samples. Similarly, while toxicity and other side-effects are highly relevant to *in vivo*

therapeutic uses, they are less relevant to *in vitro* and *ex vivo* methods of practicing the

invention. Dr. Wall even admits that "either DNA (e.g. as an oligonucleotide) or protein may be

delivered to cells."[32] The obstacles to effective, *in vivo* therapeutic use are irrelevant to

enablement of the claims.

27.    **The asserted claims are enabled in all cells that contain NF-κB.** Dr. Wall

argues that the asserted claims are not enabled because the patent does not prove that the

methods work in all claimed cells. Specifically, he argues that "in cells" and "in mammalian"

cells cannot be enabled because the specification of the '516 Patent includes experiments on only

a limited universe of cells. Dr. Wall's analysis is deficient. Dr. Wall fails to acknowledge that

the proper construction of the asserted claims is necessarily limited to those cells containing

NF-κB. As explained in Dr. Ravetch's first report, in order for a cell to have induced NF-κB

activity, it is assumed that NF-κB must be constitutively expressed and must be capable of

being activated in that cell. Therefore, the fact that yeast cells may not contain an NF-κB gene

does not mean that the full scope of the claim terms "in cells" or "in eukaryotic cells" is not

---

[32] Wall Report at 76.

enabled. Properly construed, claims with those terms do *not* encompass yeast cells, or any other cells that do not contain an NF-κB gene. Second, Dr. Wall argues that differences among cell types would frustrate a POSA's ability to practice the invention in different cells. However, because the claims are limited to cells that contain inducible NF-κB, Dr. Wall's concerns are beside the point.

C.    **The Specification of the '516 Patent Includes Adequate Written Description of the Asserted Claims.**

28.    I understand that to satisfy the written description requirement of 35 U.S.C. § 112, a patent specification must describe the claimed invention in such a way as to make clear to a POSA that the inventors actually invented what was claimed in the issued patent. In other words, the specification must demonstrate that the inventors were in possession of the claimed invention. I understand that the disclosure of identifying characteristics such as structure, properties or functional characteristics coupled with a correlation between structure and function may satisfy the written description requirement.

29.    The specification of the '516 Patent, and the disclosures included in the '680, '436 and '898 applications, describe methods of reducing induced NF-κB activity in cells that contain active NF-κB. Specifically, the asserted claims are directed towards reducing NF-κB activity so as to reduce "NF-κB-mediated intracellular signaling" or "intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α" in cells. I understand that to adequately describe the asserted claims, such that a POSA would understand that the inventors were in possession of the claimed inventions, the patent specification must describe the basic steps of the NF-κB pathway which are to be modulated, reduction of induced NF-κB activity, and methods for practicing the claims.

17

30.    In my opinion, the specification of the '516 Patent adequately describes the basic steps of the NF–κB pathway. Although certain details of the precise mechanism of NF–κB activation were not yet understood as of the effective filing date of the '516 Patent, and are still not to this day, the specification discloses the canonical steps of the NF–κB signaling pathway. That disclosure provides an adequate description of the scientific theory underlying the claimed inventions, which a POSA could rely upon, along with a description of the claimed inventions, to practice the asserted claims. The specification discloses that NF–κB is a DNA-binding protein present in many eukaryotic cells:[33] (a) that is constitutively present in the cytoplasm of unstimulated cells as an inactive precursor, bound to an inhibitory IκB protein;[34] (b) that, upon dissociation from IκB, translocates to the nucleus of the cell;[35] and (c) that, once in the nucleus, mediates the transcription of certain genes, in part, by binding to specific DNA recognition sequences present in those genes.[36]

31.    The specification also discloses the reduction of induced NF–κB activity:

> As a result of this finding, it is now possible to alter or modify the activity of NF–κB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances whose messages are transduced within cells through NF–κB.[37]

32.    The reduction of NF–κB activity is described as a means of reducing the expression of its target genes:

---

[33] '516 Patent at (2:26-31).

[34] Id. at (2:46-63), (10:46-54), (12:28-35).

[35] Id. at (16:22-28).

[36] Id.

[37] Id. at (3:59-64).

18

> The expression of a gene having an NF–κB binding recognition sequence can be positively or negatively regulated to provide, respectively, for increased or decreased production of the protein whose expression is mediated by NF–κB.[38]

33.     The specification also discloses that TNF-α and IL-1 are inducers of NF–κB activity:

> Results described here suggest that inducibility of NF–κB plays a prominent role in interactions between cytokines. IL-1 and TNF-α activate NF–κB binding and both have been shown known to induce β-IFN.[39]

34.     The '516 Patent also describes several methods of practicing the inventions of the asserted claims, including the use of decoy molecules, antagonist drugs, exogenously produced IκB, and dominantly interfering molecules.[40]  Decoy molecules are further described by the disclosures of NF–κB recognition sequences in Table 2,[41] and by the use of κB oligonucleotides in example 15.[42]

35.     In light of these disclosures, one of ordinary skill in the art would recognize that the specification of the '516 Patent describes methods of reducing induced NF–κB activity for the purpose of reducing "NF–κB-mediated intracellular signaling" or "intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor–α."  In other words, the asserted claims are supported by adequate written description, and are not invalid under 35 U.S.C. § 112.

---

[38] *Id.* at (35:45-49).

[39] *Id.* at (17:30-35).

[40] *Id.* at (37:43-38:22).

[41] *Id.* at (37:1-43).

[42] *Id.* at (78:44-82:4).

36.     In his report, Dr. Wall opines that the asserted claims are not supported by an adequate written description. Specifically, Dr. Wall argues that the complete and accurate sequence of IκB is needed to adequately describe the claims. I disagree. None of the asserted claims, and indeed none of the issued claims of the '516 Patent, recites either purified or recombinant IκB as a claim limitation. None of the asserted claims even refers to IκB. Although IκB is a critical part of the NF-κB pathway, a POSA need not isolate or sequence it to practice any of the claimed inventions. Even those claims, which are not asserted in this litigation, that relate to the dissociation of the NF-κB:IκB complex, do not require a detailed understanding of the amino acid or nucleotide sequences of IκB. All that a POSA must know of IκB to practice any of the claims of the '516 Patent is that which is disclosed in the specification: its existence and the nature of its function as a specific biological inhibitor of NF-κB.

37.     Further, should a POSA wish to practice the asserted claims using IκB or an IκB-like protein, the sequence provided in Figure 43 is sufficient.[43] Dr. Wall opines that Figure 43 is not the sequence for IκB, but is a partial sequence of a homologous NF-κB inhibitor derived from chicken cells, referred to as pp40. However, a partial sequence of pp40 would still enable one of skill in the art to practice the claimed inventions through protein-based methods.[44] In the late 1980s, before complete genomic sequences of mammals and avian species were deciphered, a POSA would not have been able to synthesize an entire gene based upon the mere knowledge of a peptide sequence encoded by a fragment of that gene. Instead, a POSA would have used that partial polypeptide sequence to synthesize short oligonucleotide fragments that are

---

[43] I do not agree that Figure 43 is required to practice the asserted claims. I also note that Figure 43 first appeared in the '898 application. Accordingly, my opinions relating to Figure 43 are confined to the time period after November 13, 1991, the filing date of the '898 application.

[44] Davis et al., *Rel-Associated pp40: An Inhibitor of the Rel Family of Transcription Factors*, Science 253:1268-1271 (1991).

predicted to be complementary to a segment of the gene of interest to probe a cDNA library in search of a cDNA copy of the complete gene.  A POSA would decipher the sequence of the cDNA isolated from the aforementioned library, and compare it to the sequence from Figure 43. Upon discovering that the newly identified and the disclosed sequence were not a perfect match, a POSA could refer to other publications that included the correct IκB sequence – in fact, most POSA read publications, not patents to find the proper sequence of a gene.  In this process, a POSA would realize that the gene isolated from the cDNA library was the correct one for IκB, and could use that sequence to practice the invention.  Although time-consuming and laborious, cloning and sequencing a gene, and checking the sequence for errors against published sequences (or today, a database) was a matter of robust but routine experimentation by the late 1980s.

38.     Dr. Wall attempts to support his argument by pointing to statements made during the prosecution of the '516 Patent that refer to the need for the correct sequence of IκB to enable and describe certain claims.[45]  For example, Dr. Wall opines that "Claim 125 requires 'using a recombinant IκB protein'" and "Claim 153 requires a 'gene construct for expressing an IκB polypeptide,'" and explains why a POSA would need to sequence IκB before those claims could be practiced.  However, Dr. Wall fails to note that neither of those claims issued in the '516 Patent.  Issued claims 125 and 153 do not relate to recombinant IκB in any way.  None of the issued claims recites recombinant or purified IκB as claim limitations, and none requires the sequence for enablement or written description.

39.     Dr. Wall also makes several arguments, ostensibly related to written description, which are merely restatements of his (mistaken) opinions about enablement.  For example, Dr.

---

[45] Wall Report at 75.

21

Wall argues that, because the patent doesn't "provide a method for overcoming [the] challenge" of preventing the proteolytic degradation of unbound IκB by trypsin, protein-based methods of practicing IκB are not enabled.  As explained above, a POSA would know that trypsin is not activated within cells, but is activated in the lumen of the small intestine, and would therefore not require an explanation provided in the patent of how to overcome Dr. Wall's purported obstacle.  More significantly, although unbound IκB may be subject to proteolytic degradation, it has been demonstrated that over-expression of IκB is capable of reducing NF–κB activity without taking any additional steps to promote the stability of unbound IκB.[46]

40.     Dr. Wall also argues that the asserted claims are not adequately described because the specification does not identify "particular agents or drugs, antagonists, decoy molecules, or dominantly interfering molecules."[47]  However, a POSA would understand that certain decoy molecules are adequately described by the disclosure of a canonical NF–κB DNA binding sequence:  a short oligonucleotide that includes this NF–κB recognition sequence could serve as a decoy molecule.  The '680 application disclosed the κB sequence, the earliest known NF–κB recognition sequence.  The '436 application included a number of additional NF–κB recognition sequences, as well as a consensus sequence that could be used to develop additional decoy molecules.  Although decoy molecules are adequately described by the disclosure of NF–κB recognition sites, the patent itself also reports the results of a gel-shift assay using κB oligonucleotides.[48]  This indicates that these sequences can actually function as NF–κB binding sites.  Dr. Wall's insistence notwithstanding, it is not relevant that the specification does not

---

[46] Esslinger *et al.*, *Abnormal T Lymphocyte Development Induced by Targeted Overexpression of IkappaB Alpha*, J Immunol 158:5075-5078 (1997).

[47] Wall Report at 77.

[48] '516 Patent at (78:43-82:4).

explicitly identify the κB oligonucleotides as one example of decoy molecules, because that fact would be clear to a POSA.

**D.     Best Mode**

41.     I understand that 35 U.S.C. § 112 also requires disclosure of that particular embodiment or means of carrying out the invention that the inventors contemplated as the best mode of practicing the claimed invention. I also understand that the question whether the inventors were in possession of a best mode is resolved by a factual inquiry into the inventors' subjective state of mind at the time the patent application was filed. I also understand that an inventor has no duty to update a patent application with a newly discovered best mode when a divisional, continuation or continuation-in-part application is filed. In other words, if a claim was adequately described and enabled by an application filed at a time that an inventor had not contemplated a later-discovered better mode, the inventor need not disclose a newly contemplated best mode in a later-filed application.

42.     In his report, Dr. Wall opines that Dr. Thomas Maniatis admitted at his deposition that, by November 1991, he considered the use of antisense RNA to be the best way to reduce NF–κB activity. Accordingly, Dr. Wall asserts that the '516 Patent is invalid because it does not disclose this mode. Although I agree that the specification does not disclose the use of antisense RNA to practice the asserted claims, I do not agree with Dr. Wall's conclusion that the disclosure of the '516 Patent fails to satisfy the best mode requirement of 35 U.S.C. § 112. As explained in Section II above, the asserted claims are entitled to the effective filing date of either the '680 or '436 application, which were filed before the date on which Dr. Maniatis purportedly contemplated the use of antisense RNA as the "best way to reduce NF–κB activity."[49]

---

[49] Maniatis Dep. Tr. at 155:15-18.

Therefore, the '516 Patent need not disclose the use of antisense RNA, because the inventors did not consider it to be the best mode at the time that the asserted claims were adequately described and enabled by the '680 or '436 applications.

43.     That one of the inventors may have considered antisense RNA to be the best method of practicing the claimed inventions at some later date, after the effective filing date to which the asserted claims are entitled, does not obligate update of the disclosure of the patent with that newly contemplated best mode. Moreover, it is not clear from his testimony that Dr. Maniatis considered antisense RNA to be the best way to reduce *induced* NF–κB activity. In other words, it is not clear from his testimony that Dr. Maniatis considered antisense RNA to be the best mode of practicing the claimed inventions. Accordingly, it my opinion that the asserted claims are supported by a disclosure that complies with the best mode requirement of 35 U.S.C. § 112.


David M. Livingston, M.D.                          2/22/08
                                                   Date

24

III.  **MATERIALS CONSIDERED**

    A.  **US Patents & Patent Applications**

- Baltimore *et al.*, "Nuclear Factors Associated With Transcriptional Regulation", U.S. Patent No. 6,410,516.

- U.S. Patent Application No. 07/162,680 (filed March 1, 1988).

- U.S. Patent Application No. 07/341,436 (filed April 21, 1989).

- U.S. Patent Application No. 07/791,898 (filed November 13, 1991).

    B.  **Publications**

- Alkalay *et al.*, *Stimulation-Dependent I Kappa B Alpha Phosphorylation Marks the NF-kappa B Inhibitor for Degradation Via the Ubiquitin-Proteasome Pathway*, PNAS USA 92(23):10599-10603 (1995).

- Bielinska *et al.*, *Regulation of Gene Expression with Double-Stranded Phosphorothioate Oligonucleotides*, Science 250:997-1000 (1990).

- Chen *et al.*, *Signal-induced Site-specific Phosphorylation Targets I Kappa B Alpha to the Ubiquitin-Proteasome Pathway*, Genes Dev. 9(13):1586-1597 (1995).

- Davis *et al.*, *Rel-Associated pp40: An Inhibitor of the Rel Family of Transcription Factors*, Science 253:1268-1271 (1991).

- Diacumakos, *Methods for Micromanipulation of Human Somatic Cells in Culture*, Methods Cell Biol. 7:287-311 (1973).

- Du *et al.*, *NF-κb Mediates Amyloid & Peptide-Stimulated Activity of the Human Apolipoprotein κ Gene Promoter in Human Astroglial Cells*, Molecular Brain Research 136:177-188 (2005).

- Esslinger *et al.*, *Abnormal T Lymphocyte Development Induced by Targeted Overexpression of IkappaB Alpha*, J Immunol 158:5075-5078 (1997).

- Fraley *et al.*, *Introduction of Liposome-encapsulated SV40 DNA into Cells*, J. Biol. Chem. 225:10431-10435 (1980).

- Friedman *et al.*, *Expression of a Truncated Viral Trans-Activator Selectively Impedes Lytic Infection By Its Cognate Virus*, Nature 335:452-454 (1988).

- Graessmann *et al.*, *Microinjection of Early SV40 DNA Fragments and T Antigen*, Methods Enzmol. 65(1):826-825 (1980).

25

- Herskowitz, *Functional Inactivation of Genes By Dominant Negative Mutations*, Nature 329:219-222 (1987).

- Khaled *et al.*, *Use of Phosphorothioate-Modified Oligodeoxynucleotides to Inhibit NF-kappaB Expression and Lymphocyte Function*, Clin Immunol Immunopathol 86:170-179 (1998).

- Kitajima *et al.*, *Ablation of Transplanted HTLV-I Tax-Transformed Tumors in Mice by Antisense Inhibition of NF-κB*, Science 258:1792-1795 (1992).

- Knutson & Yee, *Electroporation: Parameters Affecting Transfer of DNA into Mammalian Cells*, Anal Biochem 164:44-52 (1987).

- Kriegler and Livingston, *Chemically Facilitated Microinjection of Proteins into Intact Monolayers of Tissue Culture Cells*, Somatic Cell & Molecular Genetics 3:0740-7750 (1977).

- Logeat *et al.*, *Inhibition of Transcription Factors Belonging to the Rel/NF-κB Family by a Transdominant Negative Mutant*, EMBO J 10(7):1827-1832 (1991).

- Marcus-Sekura, *Techniques for Using Antisense Oligodeoxyribonucleotides to Study Gene Expression*, Anal. Biochem. 172:289-295 (1988).

- Morishita *et al.*, *In Vivo Transfection of Cis Element 'Decoy' Against Nuclear Factor-KappaB Binding Site Prevents Myocardial Infarction*, Nat Med 3:894-899 (1997).

- Osborne *et al.*, *Tumor Necrosis Factor a and Interleukin 1 Stimulate the Human Immunodeficiency Virus Enhancer by Activation of the Nuclear Factor κB*, PNAS USA 86:2336-2340 (1989).

- Schaefer-Ridder *et al.*, *Liposomes as Gene Carriers: Efficient Transformation of Mouse L Cels by Thymidine Kinase Gene*, Science 215:166-168 (1982).

- Schöler & Gruss, *Specific Interaction Between Enhancer-Containing Molecules and Cellular Components*, Cell 36:403-411 (1984).

- Shigekawa & Dower, *Electroporation of Eukaryotes and Prokaryotes: A General Approach to the Introduction of Macromolecules into Cells*, Biotechniques 6(8):742-751 (1988).

- Tomita *et al.*, *Transcription Factor Decoy for NFkappaB Inhibits TNF-alpha-induced Cytokine and Adhesion Molecule Expression In Vivo*, Gene Therapy 7:1326-1332 (2000).

- Tomita *et al.*, *Transcription Factor Decoy for Nuclear Factor-kappaB Inhibits Tumor Necrosis Factor-alpha-induced Expression of Interleukin-6 and*

26

*Intracellular Adhesion Molecule-1 in Endothelial Cells*, J Hyptertens 16:993-1000 (1998).

- Tracey *et al.*, *Anti-Cachectin/TNF Monoclonal Antibodies Prevent Septic Shock During Lethal Bacteraemia*, Nature, 330:662-4 (1987).

- Wang & Calame, *SV40 Enhancer-Binding Factors Are Required at the Establishment but Not the Maintenance Step of Enhancer-Dependent Transcriptional Activation*, Cell 47:241-247 (1986).

- Wasserman *et al.*, *A Quantitative Study of Ultramicroinjection of Macromolecules into Animal Cells*, Cell 7:551-556 (1976).

- Ye *et al.*, *Regulation of Interleukin-6 Gene expression in Brain of Aged Mice by Nuclear Factor kappaB*, J Neuroimmunol 39:749-757 (2000).

C.    **Litigation Documents:**

- Initial Report of Dr. Jeffrey Ravetch, submitted on behalf of ARIAD.

- Initial Report of Dr. Kathryn Calame, submitted on behalf of ARIAD.

- Initial Report of Dr. Randolph Wall, submitted on behalf of Amgen.

- Initial Report of Dr. Warner Greene, submitted on behalf of Amgen.

- Initial Report of Dr. Aaron Ciechanover, submitted on behalf of Amgen

- Dep. Tr. of Thomas Maniatis, Ph.D.

- Dep. Tr. of David Baltimore, Ph.D.

# CURRICULUM VITAE

## PART I:  General Information

**DATE PREPARED:**   **November 2007**

**Name:**   David Morse Livingston

**Office Address:**   Dana-Farber Cancer Institute, 44 Binney St. (SM870), Boston, MA

**Home Address:**   11 Powell Street, Brookline, MA 02446

**E-Mail:**   david_livingston@dfci.harvard.edu

**Phone/Fax:**   T: 617-632-3074  F: 617-632-4381

**Place of Birth:**   Cambridge, MA

**Education:**

| | |
|---|---|
| 1961 A.B. | Harvard University, Cambridge, MA |
| 1965 M.D. | Tufts University School of Medicine, Boston, MA |

**Postdoctoral Training:**

Internship and Residencies:

| | |
|---|---|
| 1965-1966 | Intern in Medicine, Peter Bent Brigham Hospital, Boston, MA. |
| 1966-1967 | Junior Resident in Medicine, Peter Bent Brigham Hospital, Boston, MA |

Research Fellowships:

| | |
|---|---|
| 1967-1969 | Research Associate, Laboratory of Biochemistry, NCI, Bethesda, MD |
| 1969-1971 | Research Fellow in Biological Chemistry, Harvard Medical School, Boston, MA |
| 1971-1972 | Senior Staff Fellow, National Cancer Institute, Bethesda, MD |

**Licensure and Certification:**

| | |
|---|---|
| 1971 | American Board of Internal Medicine |
| 1969 | Massachusetts License |

**Academic Appointments:**

| | |
|---|---|
| 1973-1976 | Assistant Professor of Medicine, Harvard Medical School, Boston, MA |
| 1976-1982 | Associate Professor of Medicine, Harvard Medical, Boston, MA |
| 1982-1992 | Professor of Medicine, Harvard Medical School, Boston, MA |
| 1992- | Emil Frei Professor of Medicine, Harvard Medical School, Boston, MA |
| 1997- | Professor of Genetics, Harvard Medical School, Boston, MA |

**Hospital Appointments:**

| | |
|---|---|
| 1973-1977 | Senior Clinical Associate, Dana-Farber Cancer Institute; Associate in Medicine, Brigham and Women's Hospital, Boston, MA |
| 1976-1982 | Senior Associate in Medicine, Brigham and Women's Hospital, Boston |
| 1977-1983 | Associate Physician, Dana-Farber Cancer Institute, Boston, MA |
| 1982-1999 | Physician, Brigham and Women's Hospital, Boston, MA |

1

| | |
|---|---|
| 1999- | Senior Physician, Brigham and Woman's Hospital |
| 1983-1996 | Physician, Active Staff, Dana-Farber Cancer Institute, Boston, MA |
| 1989-1991 | Vice-President, Dana-Farber Cancer Institute, Boston, MA |
| 1991-1995 | Director and Physician-in-Chief, Dana-Farber Cancer Institute, Boston |
| 1995 | Chair, Department of Medicine, Dana-Farber Cancer Institute, Boston |
| 1995-2000 | Chair, Executive Committee for Research, Dana-Farber Cancer Institute, Boston, MA |
| 2005- | Distinguished Consultant in Cancer Medicine, Dana-Farber Cancer Institute, Boston, MA |
| 1997- | Program Director, The Charles A. Dana Division of Human Cancer Genetics, Dana-Farber Cancer Institute, Boston, MA |
| 1997- | Chair, Dana-Farber/Harvard Cancer Center Grant Planning Committee |
| 1997-1999 | Deputy Director, Dana-Farber/Harvard Cancer Center |
| 1999- | Member, Dana-Farber/Harvard Cancer Center Executive Committee |
| 1999- | Member, Executive Committee for Research, Dana-Farber Cancer Institute |
| 2000-2004 | |

**Other Professional Positions:**

| | |
|---|---|
| 1972-1973 | Senior Investigator, National Cancer Institute, Bethesda, MD |
| 2005 | Findling Visiting Professor (4/27), Mayo Clinic, Rochester, MN |

**Awards and Honors:**

| | |
|---|---|
| 1961 | A.B., Cum Laude, Harvard University, Cambridge |
| 1962 | Anatomy Prize, Tufts University School of Medicine, Boston |
| 1963 | Pathology Prize; Bertha Spector Award in the History of Medicine; Mosby Scholarship Book Award, Tufts University School of Medicine |
| 1964/1965 | President, Alpha Omega Alpha, Tufts Chapter |
| 1965 | Alumni Prizes, highest class rank, Tufts University School of Medicine |
| 1965 | M.D. Magna Cum Laude, Tufts University School of Medicine |
| 1991 | Claire W. & Richard P. Morse Research Award, Dana-Farber Cancer Institute, Boston |
| 1990- | elected to Institute of Medicine of the National Academy of Sciences |
| 1995- | elected to National Academy of Sciences, U.S. |
| 1997 | Baxter Award for Distinguished Research in the Biomedical Sciences of the Association of American Medical Colleges |
| 1997 | Brinker International Award for Breast Cancer Research of The Susan G. Komen Breast Cancer Foundation |
| 2001 | Lila Gruber Honor Award for Cancer Research, American Academy of Dermatology |
| 2001- | Fellow, American Academy of Arts and Sciences, Cambridge, MA |
| 2005- | American Association for Cancer Research-G.H.A. Clowes Award. Theodore Boveri Award for Molecular Cancer Genetics of the German Cancer Society, |

**Major Committee Assignments:**
**National, Regional, International:**

| | |
|---|---|
| 1979-1983 | Member, Virology Study Section, Division of Research Grants, NIH |
| 1986-1988 | Chairman, Virology Study Section, Division of Research Grants, NIH |
| 1988-1992 | Member, Scientific Advisory Board, Damon Runyon-Walter Winchell Cancer Research Fund, New York, NY |
| 1989-1990 | Chairman, Scientific Advisory Board, Damon Runyon-Walter Winchell Cancer Research Fund, New York, NY |
| 1991-1996 | Member, Scientific Advisory Committee, Institute for Cancer Research, Fox Chase Cancer Center, Philadelphia, PA |
| 1991 | Co-Chairman, Third Pezcoller Symposium, Rovereto, Italy |

2

| | |
|---|---|
| 1992-1997 | Member, Board of Directors, Damon Runyon-Walter Winchell Cancer Research Fund, New York, NY |
| 1992 | Member, Program Committee, Fourth Pezcoller; Co-Chairman, Session III, Adhesion Molecules, Trento, Italy. |
| 1992-1996 | Member, Board of Scientific Counselors, Division of Cancer Biology, Diagnosis, and Centers, National Cancer Institute, National Institutes of Health, Bethesda,MD |
| 1992-1994 | Member, Advisory Board, <u>Tufts Medicine</u>, Tufts University School of Medicine Alumni  Periodical |
| 1993 | Chairman, Session III, Fifth Pezcoller Symposium on Apoptosis, Trento, |
| 1993-96 | Member, External Advisory Committee, Fred Hutchinson Cancer Research Center, Seattle, WA |
| 1993-95 | Member,  Scientific Advisory Board, University of North Carolina-Lineberger Comprehensive Cancer Center, Chapel Hill, NC |
| 1994- | Member, External Advisory Committee, Center for Cancer Research, MIT |
| 1994 | Member, Program Committee, Sixth Pezcoller Symposium, Rovereto, Iraly |
| 1994 | Vice Chairman, Scientific Advisory Committee, Pezcoller Foundation, Trento, Italy |
| 1994-1995 | Member, Ad hoc Advisory Committee to Review the Internal Program of the National Cancer Institute |
| 1995 | Vice-President, Scientific Committee for the Pezcoller Symposia, Pezcoller Foundation, Trento, Italy |
| 1995 | Member, Fourth Pezcoller Award Committee, European School of Oncology, Milan, Italy |
| 1995 | Member, Program Committee, Seventh Pezcoller Symposium, Trento, Italy |
| 1995-1999 | Chairman,  Board of Scientific Advisors, National Cancer Institute, Bethesda, |
| 1995- | Member, Scientific Board, International Institute of Genetics and Biophysics, Naples, Italy |
| 1996 | Member, Program Committee, Eighth Pezcoller Symposium, Rovereto, Italy |
| 1999-2004 | Member, Advisory Committee to the Director, National Cancer Institute |
| 1997 | Member, Program Committee, Ninth Pezcoller Symposium, Rovereto, Italy |
| 1997-2000 | Member, National Research Council Commission on Life Sciences |
| 1997- | President, Board of Directors, Cancer Research Fund of the Damon- Runyon Walter Winchell Foundation, New York |
| 1997-2000 Research | Member (ex officio) AACR-Pezcoller International Award for Cancer Selection Committee |
| 1997-2002 | Member, Tufts University  Medica/Sackler Board of Overseers, Boston, MA |
| 1998-2001 | Member, Scientific Review Board, Howard Hughes Medical Institute, Chevy Chase, MD |
| 1998 | Member, Program Committee, Tenth Pezcoller Symposium, Trento, Italy |
| 1999 | Member, Program Committee, Eleventh Pezcoller Symposium, Roverto, Italy |
| 1999-2004 | Member, Corporation Visiting Committee for the Division of Bioengineering and Environmental Health, Massachusetts Institute of Technology, Cambridge, MA |
| 2000 Trento | Member, Program Committee, Twelfth Pezcoller Symposium,  June 1-3, |
| 2000- | Member, U. S. Scientific Advisory Board, Pan Pacific Pharmaceuticals, Inc., Menlo Park, CA |
| 2001 | Member, Program Committee, Thirteenth Pezcoller Symposium, May 31-June 2, Rovereto, Italy |
| 2001-2004 | Member, Institute of Medicine and Division of Earth and Life Sciences' National Cancer Policy Board |

3

| 2003 | Member, Program Committee, 15th Pezcoller Symposium, June 12-14, Rovereto, Italy |
| 2003 | Chairman, International Advisory Board Committee, Institute for Cancer Research and Treatment,, June 18, Torino, Italy |

**Hospital:**

| 1974-1991 | Chairman, Medical Oncology Fellowship Selection Committee, Dana-Farber Cancer Institute, Boston, MA |
| 1991-1995 | Member, Medical Oncology Fellowship Selection Committee, Dana-Farber Cancer Institute, Boston, MA |
| 1975-1987 | Member, Medical Internship Selection Committee, Bigham and Women's Hospital, Boston, MA |
| 1977-1984 | Chairman, Biohazard Control Committee, Dana-Farber Cancer Institute, Boston, MA |
| 1984-1987 | Member, Biohazard Control Committee, Dana-Farber Cancer Institute, Boston, MA |
| 1995-1996 | Deputy Chair/Secretary, Medical Oncology Academic Executive Committee, Dana-Farber Cancer Institute, Boston |
| 1997 | Member, Quality Improvement Committee, Dana-Farber Cancer Institute |

**Editorial Boards:**

| 1976-1980 | Cell |
| 1977-1979 | Archives of Virology |
| 1977-1997 | Journal of Virology |
| 1982-1997 | Virology |
| 1985-1987 | Virus Research |
| 1986-1987 | Molecular Biology & Medicine |
| 1986-2000 | Editor, Biochimica et Biophysica Acta Reviews on Cancer On-Line (ROCO) |
| 1990-1993 | Journal of Cellular Biochemistry |
| 1993- | Genes & Development |
| 1997- | Cell Growth & Differentiation |
| 1998-2003 | Molecular and Cellular Biology |
| 2003-2006 | |
| 2001- | Physiological Genomics |
| 2001- | Molecular Cell |

**Memberships, Offices and Committee Assignments in Professional Societies:**

| 1968- | American Federation of Clinical Research |
| 1970- | American Society for Microbiology |
| 1976- | American Society for Clinical Investigation |
| 1976- | American Society of Biological Chemists |
| 1989- | Association of American Physicians |
| 1992- | Royal Society of Medicine |
| 1994- | American Academy of Microbiology |
| 2000- | Associate Member, EMBO |

**Teaching Experience:**

| 1974-1985 | Visiting Physician, Medical Service, Brigham and Women's Hospital, Boston, MA |
| 1975-1988 | Visiting Physician, Medical Oncology, Dana-Farber Cancer Institute, Boston, MA |
| 1974-1976 | Instructor,'Introduction to the Clinic' Harvard-MIT HST students |
| 1975- | Thesis Advisor, 7 undergraduates; 7 graduate students, Harvard University |

4

| | |
|---|---|
| 1976/ 1978/ 1980/1982 | Co-Director, Postgraduate Course in Tumor Cell and Molecular Biology, Dana-Farber Cancer Institute and Department of Continuing Education, Harvard Medical School, Boston, MA |
| 1977- | Lecturer and course co-director, Biochemistry 165, Department of Biochemistry and Molecular Biology, Harvard University, Cambridge, MA |
| 1978-1979 | Lecturer in HST Microbiology Course |
| 1982- | Tutor in Biochemical Sciences, Department of Biochemistry and Molecular Biology, Harvard University, Cambridge, MA |
| 1985- | Member, Committee on Virology, Harvard Medical School |
| 1986-1991 | Member, Committee on Cell and Developmental Biology, Harvard Medical School |
| 1987-1988 | Co-Director, Biochemistry 165: Oncogenes: Structure and Function Harvard University, Cambridge, MA |
| 1989 | William Warner Brockman Memorial Lecture: Functional Interactions Between the SV40 Large T Antigen and the RB Gene Product, University of Michigan Medical School, Ann Arbor, MI |
| 1992 | Gerhard Schmidt Lecture: Growth Regulation by RB and Related Nuclear Proteins, Tufts University, Boston, MA |
| 1992 | Lecturer: Oncogenes and Bladder Cancer; Urologic Cancer Course, Harvard Medical School, Boston, MA |
| 1992 | Richard Parker Memorial Lecture: Functional Analysis of the RB Gene Product and Related Proteins, College of Physicians & Surgeons, Columbia University, NY |
| 1992 | The 1992 Gordon Hamilton Fairley Memorial Lecture, British Society of Cancer Meeting in Honor of Sir Hamilton Fairley |
| 1992 | Mariani Distinguished Oncology Lecture, Department of Pathology, Columbia University, NY |
| 1993 | Chairman, 1993 FASEB Summer Research Conference: Cellular and Molecular Genetics, Copper Mountain, CO |
| 1994 | Member, Program Committee, Sixth Pezcoller Symposium, Trento, Italy |
| 1995 | Keynote Speaker, 1995 FASEB Summer Research Conference on Hematopoietic Neoplasms: Altered State of Transcriptional Regulation, Saxton's River, VT |
| 1996 | Earle P. Charlton Lecturer, Tufts University School of Medicine, Boston, MA |
| 1997 | Julia and Patricia Kingsbury Memorial Lecture, Yale Comprehensive Cancer Center, New Haven, CT |
| 1997 | Guest Speaker, Annual Awards Dinner, STOP CANCER, Los Angeles, CA |
| 1998 | Keynote Speaker, 1998 Cologne Spring Meeting on Molecular Medical Genetics, Institute of Genetics, University of Cologne, Germany |
| 1998 | Lecturer, Karolinska Research Lecture Series at the Nobel Forum, Stockholm, Sweden |
| 1998 | George E. Cartwright Visiting Professor in Hematology-Oncoloy, University of Utah School of Medicine, Salt Lake City, Utah |
| 1999 | Julia Hudson Freund Memorial Lecturer, The Cancer Center, Washington University School of Medicine, St. Louis, MO |
| 2001 | George Khoury Lecture, NIH Lecture Series, Nov 28, National Institutes of Health, Bethesda, MD |
| 2002 | Roma Eisenstark Memorial Lecture in Cancer Research, University of Missouri, Columbia, MO |
| 2002-present | numerous named lectureships given in the US and Europe. |

**Principal Clinical and Hospital Service Responsibilities:**

| | |
|---|---|
| 1974-1985 | Visiting Physician, Medical Service, Brigham and Women's Hospital, Boston, MA |

5

1975-1988     Visiting Physician, Medical Oncology, Dana-Farber Cancer Insttute

## BIBLIOGRAPHY
### Original Reports:

1. Livingston D, Crawford F, Friedkin MF. Studies with tetrahydrohomofolate and thymidylate synthetase from amethopeterin-resistant mouse leukemia cells. Biochemistry 1968; 7:2814-2818.

2. Livingston D, Leder P. Deformylation and protein biosynthesis. Biochemistry 1969; 8:435-443.

3. Chabner B, Livingston D. A simple enzymatic assay for pyridoxal phosphate. Analy Biochem 1970; 34:413-423.

4. Chabner BA, DeVita VT, Livingston DM, Oliverio, VT. Abnormalities of tryptophan metabolism and plasma pyridoxal phosphate in Hodgkin's disease. New Engl J Med 1970; 282:838-843.

5. DeVita VT, Chabner BA, Livingston DM, Oliverio VT. Anergy and tryptophan metabolism in Hodgkin's disease. Am J Clin Nutr 1971; 24:835-840.

6. Livingston DM, Wacker WEC. Trace metal methods for nutritional studies. Am J Clin Nutr 1971; 24:1082-1085.

7. Riordan JF, Livingston DM. Conformational and activity changes on subtilisin cleavage of caboxypeptidase. Biochem Biophys Res Commun 1971; 44:695-701.

8. Vallee PL, Riordan JF, Johansen JT, Livingston DM. Spectrochemical probes for protein conformation snd function. Cold Spring Marbor Symp Quant Biol. 1971; 36:517-531.

9. Livingston DM, Scolnick E, Parks W, Todaro GJ. Affinity chromatography of RNA-dependent DNA polymerase from RNA tumor viruses on a solid immuno-adsorbent. Proc Natl Acad Sci (USA) 1972; 69:393-397.

10. Johansen JT, Livingston DM, Vallee BL. Chemical modification of carboxy crystals. Azo coupling of tyrosine-248. Biochemistry 1972; 11:2584-2588.

11. Scolnick EM, Parks WP, Livingston DM. Radioimmunoassay of type C viral proteins. I. Species specific reactions of murine and feline viruses. J Immunol 1972; 109:570-577.

12. Livingston DM, Parks WP, Scolnick EM, Ross J. Affinity chromatography of avian type C viral reverse transcriptase.Studies with Rous sarcoma virus transformed rat cells.Virology 1972; 50: 388-395.

13. Parks WP, Livingston DM, Todaro GJ, Benveniste RE, Scolnick EM. Radioimmunoassay of mammalian type C viral proteins. III. Detection of viral antigen in normal murine cells and tissues. J Exptl Med 1973; 137:622-635.

14. Livingston DM, Todaro GJ. Endogenous type C virus from a cat cell clone with properties distinct from previously described feline type C virus. Virology 1973; 53:142-151.

15. Lieber MM, Livingston DM, Todaro GJ. Superinduction of endogenous type C virus by 5-bromodeoxyuridine from transformed mouse clones. Science 1973; 181:443-444.

16. Lieber MM, Benveniste RE, Livingston DM, Todaro GJ. Mammalian cells in culture frequently release type C viruses. Science 1973; 182:56-59.

17. Todaro GJ, Benveniste RE, Lieber MM, Livingston DM. Infectious type C viruses released by normal cat embryo cells. Virology 1973; 55:506-517.

18. Livingston DM, Todaro GJ. Murine sarcoma virus-transformed non-producer rat cell lines resistant to type C virus infection. Intervirology 1973;1: 329-337.

19. Livingston DM, Serxner L, Howk D, Hudson J, Todaro GJ. Characterization of a new murine cellular DNA polymerase. Proc Nat Acad Sci (USA) 1974; 71: 57-62.

20. Gallagher RF, Todaro GJ, Smith RG, Livingston DM, Gallo RC. Relationship between RNA- directed DNA polymerase (reverse transcriptase) from human acute leukemic blood cells and primate type C viruses. Proc Nat Acad Sci (USA) 1974; 71:1309-1313.

21. Benveniste RE, Lieber MM, Livingston DM, Sherr CJ, Todaro GJ. Infectious C-type virus isolated from a baboon placenta. Nature 1974; 248:17-19.

22. Auld D, Kawaguchi H, Livingston D, Vallee B. RNA dependent DNA polymerase (reverse transcriptase) from avian myeloblastosis virus. A zinc metalloenzyme. Proc Nat Acad Sci (USA) 1974; 71:2091-2095.

23. Auld D, Kawaguchi H, Livingston D, Vallee B. Reverse transcriptase from avian myeloblastosis virus: a zinc metalloenzyme. Biochem Biophys Res Commun 1974; 57:967-972.

24. Desai LS, Livingston DM.Specific basis for type C viral replication in MSV-transformed rat non- producer variant clones. Virology 1974; 62:337-343.

25. Henderson IC, Livingston DM. Parial purification and characterization of the SV40 T antigen. Cell 1974; 3:65-70.

26. Livingston DM, Henderson IC, Hudson J. SV40 T antigen. Partial purification and properties. Cold Spring Harber Symp Quant Biol. 1974; 39:283-289.

27. Jessel D, Hudson J, Landau T, Tenen D, Livingston D. Interaction of partially purified SV40 T antigen with circular viral DNA molecules. Proc Natl Acad Sci (USA) 1975; 72:1960-1964.

28. Auld D, Kawaguchi H, Livingston D, Vallee B. Zinc reverse transcriptases from mammalian RNA type C viruses. Biochem Biophys Res Commun 1975; 62: 296-302.

29. Tenen DG, Baygell P, Livingston DM. Thermolabile T (tumor) antigen from cells transformed by a temperature-sensitive mutant of Simian virus 40. Proc Nat Acad Sci (USA) 1975; 72:4351-4355.

30. Livingston DM, Ferguson C, Gollogly B, Lazarus H. Accumulation of cystine auxotrophic thymocytes accompanying type C leukemogenesis in the mouse. Cell 1976: 70:432-439.

7

31. Livingston DM, Howard T, Spence C. Identification of infectious virions which are vesicular stomatitis virus pseudotypes of murine type C virus. Virology 1976; 70:432-439.

32. Jessel D, Landau T, Hudson J, Lalor T, Tenen D, Livingston D.Identification of regions of the SV40 genome which contain preferred SV40 T antigen binding sites. Cell 1976; 8:535-545.

33. Anderson J, Martin R, Chang C, Mora P, Livingston DM. Nuclear preparations of SV40-transformed cells contain tumor-specifiic transplantation antigen activity. Virology 1977; 76: 420-425.

34. Tenen DG, Martin RG, Anderson J, Livingston DM. Biological and biochemical studies of cells transformed by SV40 temperature sensitive gene A mutants and A mutant revertants. J Virol 1977; 22:210-218.

35. Iglehart J, York M, Modest A, Lazarus H, Livingston DM. Cystine requirement of continuous human lymphoid cell lines of normal and leukemic origin. J Biol Chem. 1977; 252:7184-7191.

36. Tenen DG, Garewal H, Haines LL, Hudson J, Woodard V, Light S, Livingston DM. Purification of Simian virus 40 tumor antigen from a line of Simian virus 40 transformed human cells. Proc Nat Acad Sci (USA) 1977; 74:3745- 3749.

37. Kriegler MP, Livingston DM Chemically facilitated microinjection of proteins into intact monolayers of tissue culture cells. Somat Cell Genet 1977 3:603-610.

38. Persico-DiLauro M, Martin RG, Livingston DM.  Interaction of SV40 chromatin with SV40 T antigen. J Virol 1977; 24:451-460.

39. Livingston DM, Tenen DG, Garewal H, Light S.  Extensive purification and initial chemical characterization of the SV40 T antigen. Inserm 1977; 69: 51-62.

40. Bikel I, Pavlatos T, Livingston DM. Purification and subunit structure of mouse liver cystathionase.  Arch Biochem Biophys 1978; 186:168-174.

41. Lazarus H, Barell E, Latt S, Krishan A, Livingston DM, Harris K, Shlossman SF, Chess L. Isolation and characterization of a unique cell line (LAZ 221) from a case of human acute lymphocytic ("null" cell) leukemia. Cancer Res 1978; 38:1363-1367.

42. Griffin JD, Light S, Livingston DM. Measurements of the molecular size of the Simian virus 40 large T antigen. J Virol 1978; 27:218-226.

43. Kriegler MP, Griffin JD, Livingston DM. Phenotypic complementation of the SV40 tsA mutant defect in viral DNA synthesis following microinjection of SV40 T antigen. Cell 1978; 14:983-995.

44. Bikel I, Faibes D, Uren JR, Livingston DM. Immunologic analyses of mouse cystathionase in normal and leukemic cells. Biochemistry 1978;17:5181-5187.

45. Chang C, Martin RG, Livingston DM, Luborsky S, Hu CP, Mora P. Relationship between T-antigen and tumor-specific transplantation antigen of simian virus 40-transformed cells. J Virol 1979; 29:69-75.

46.  Griffin JD, Spangler G, Livingston DM.  Protein kinase activity associated with SV40 T antigen. Proc Nat Acad Sci (USA) 1979; 76:2610-2614.

47.  Roberts TM, Bikel I, Yocum R, Livingston DM, Ptashne M. Synthesis of small t antigen in *E. coli*. Proc Nat Acad Sci (USA) 1979; 76:5596-5600.

48.  Shalloway D, Kleinberger T, Livingston DM.  Mapping of DNA binding sites for the lactose repressor and the SV40 T antigen by protection against Exonuclease III digestion. Cell 1980; 20:411-422.

49.  Griffin JD, Spangler G, Livingston DM. Enzymatic activities associated with the SV40 large T antigen.Cold Spring Harbor Symp Quant Biol 1980; 44: 113-122.

50.  Antman, K, Livingston D. Intracellular neutraliztion of SV40 tumor antigens following microinjection of specific antibody. Cell 1980; 19:627-636.

51.  Spangler G, Griffin JD, Rubin H, Livingston DM. Identification and initial characterization of a new low molecular weight, virus-encoded T antigen in a line of SV40-transformed cells. J Virol 1980; 36:488-498.

52.  Glode M, Kriegler M, Livingston DM. Cysteine auxotrophy of human leukemic lymphoblasts is associated with decreased amounts of intracellular cystathionase protein. Biochemistry 1981; 20: 1306-1311.

53.  Kriegler M, Pawlowski A, Livingston DM. Cysteine auxotrophy of human leukemic lymphoblasts is associated with decreased amounts of intracellular cystathionase messenger RNA. Biochemistry 1981; 20:1312-1318.

54.  Kilton LJ, Bradley MK, Mehta C, Livingston DM. Rapid and sensitive quantitative immunoassay for the large simian virus 40 T antigen. J Virol 1981; 38:612-620.

55.  Bradley MK, Griffin JD, Livingston DM. Phosphotransferase activities associated with large T antigen. CSH Conf Cell Proliferation 1981; 8:1263-1271.

56.  Hansen U, Tenen DG, Livingston DM, Sharp PA.T antigen repression of SV40 early transcription from overlapping promoters. Cell 1981; 27:603-612.

57.  Bradley MK, Griffin JD, Livingston DM. Relationship of oligomerization to enzymatic and DNA binding properties of the Sv40 large T antigen. Cell 1982; 603-612.

58.  Tenen DG, Haines LL, Livingston DM. Binding of an analog of the SV40 T antigen to wild type and mutant viral replication origins. J Mol Biol 1982; 157:473-492.

59.  Rubin H, Figge J, Bladon MT, Chen LB, Ellman M, Bikel I, Farrell M, Livingston DM. Role of small t antigen in the acute transforming activity of SV40. Cell 1982; 30:469-480.

60.  Lynch DC, Williams R, Zimmerman TS, Kirby EP, Livingston DM. Biosynthesis of the subunits of factor VIIIR (von Willebrand Factor) by bovine aortic endothelial cells. Proc Nat Acad Sci (USA) 1983; 80:2738-2742.

61.  Bikel I, Roberts RM, Bladon MT, Green R, Amann E, Livingston DM. Purification of biologically active simian virus 40 small tumor antigen.  Proc Nat Acad Sci (USA) 1983; 80:906-910.

9

62. Tenen DG, Taylor TS, Haines LL, Bradley MK, Martin RG, Livingston DM. Binding of SV40 large T antigen from virus-infected monkey cells to wild-type and mutant viral replication origins. J Mol Biol 1983; 168:791-808.

63. Tenen DG, Livingston DM, Wang SS, Martin RG. Effect of a stem-loop structure within the SV40 replication origin upon SV40 T antigen binding to origin region sequences. Cell 1983; 34:629-639.

64. Lynch DC, Zimmerman TS, Kirby EP, Livingston DM. Subunit composition of oligomeric human von Willebrand factor. J Biol Chem 1983; 258:12757-12760.

65. Ellman M, Bikel I, Figge J, Roberts T, Schlossman R, Livingston DM. Nuclear and cytoplasmic localization of the SV40 small t antigen. J Virol 1984; 50: 623-628.

66. Bradley MK, Hudson J, Villanueva MS, Livingston DM. Specific *in vitro* adenylation of the simian virus 40 large tumor antigen. Proc Nat Acad Sci (USA) 1984; 81:6574-6578.

67. Lynch DC, Zimmerman TS, Collins CJ, Morin MJ, Ling EH, Livingston DM. Molecular cloning of cDNA for human von Willebrand factor: Authentication by a new method. Cell 1985; 41:49-56.

68. Tenen DG, Haines LL, Hansen UM, Martin RG, Livingston DM. Formation of a cruciform structure at the SV40 replication origin abolishes T antigen binding to the origin *in vitro*. J Virol 1985; 56:293-297.

69. Bikel I, Mamon H, Brown EL, Boltax J, Agha M, Livingston DM. The t-unique coding domain is important to the transformation maintenance function of the simian virus 40 small t antigen. Mol Cell Biol 1986; 6:1172-1176.

70. Murphy C, Bikel I, Livingston DM. Cellular proteins which can specifically associate with simian virus 40 small t antigen. J Virol 1986; 59:692-702.

71. Brown M, McCormack M, Zinn KG, Farrell MP, Bikel I, Livingston DM. A recombinant murine retrovirus for simian virus 40 large T cDNA transforms mouse fibroblasts to anchorage-independent growth. J Virol 1986; 60:290-293.

72. Bikel I, Montano X, Agha ME, Brown M, McCormack M, Boltax J, Livingston DM. SV40 small t antigen enhances the transformation activity of limiting concentrations of SV40 large T antigen. Cell 1987; 48:321-330.

73. Collins CJ, Underdahl GP, Levene RB, Dombalagian MB, Lynch DC, Livingston DM. Molecular cloning of a human segment encoding the plasma portion of von Willebrand factor. Proc Natl Acad Sci (USA) 1987; 84:4393-4397.

74. Bradley MK, Smith TF, Lathrop RH, Livingston DM, Webster TA. Consensus topography in the ATP binding site of the Simian virus 40 and polyoma virus large tumor antigens. Proc Natl Acad Sci (USA) 1987; 84:4026-4030.

75. Livingston DM, Bradley MK. The SV40 large T antigen - a lot packed into a little. Mol Biol Med 1987; 4:63-80.

76. Brown M, Figge J, Hansen U, Wright C, Keang K-T, Khoury G, Livingston DM, Roberts TM. *lac* repressor can regulate expression from a hybrid SV40 early promoter containing a *lac* operator in animal cells. Cell 1987; 49: 603-612

10

77.   Levene RB, Booyse FM, Chediak J, Zimmerman TS, Livingston DM, Lynch DC.
      Expression of abnormal von Willebrand factor by endothelial cells from a patient with type
      IlA von Willebrand's disease. Proc Natl Acad Sci (USA) 1987; 84:6550-6554.

78.   Figge J, Wright C, Collins CJ, Roberts TM, Livingston DM. Stringent regulation of stably
      integrated chloramphenicol acetyl transferase genes by *E.coli lac* repressor in monkey cells.
      Cell 1988; 52:713-722.

79.   Murphy CI, Weiner B, Bikel I, Piwnica-Worms H, Bradley MK, Livingston DM.
      Purification and functional properties of Simian virus 40 large and small T antigens
      overproduced in insect cells. J Virol 1988; 62:2951-2959.

80.   DeCaprio JA, Ludlow JW, Figge J, Shew JY, Huang CM, Lee WH, Marsilio E, Paucha E,
      Livingston DM. SV40 large tumor antigen forms a specific complex with the product of the
      retinoblastoma susceptibility gene. Cell 1988; 54:275-283.

81.   Loeken M, Bikel I, Livingston DM, Brady J. Transcriptional transactivation of RNA
      polymerase II and III promoters by SV40 small t antigen. Cell 1988; 55:1171-1177.

82.   Ludlow JW, DeCaprio JA, Huang CM, Lee WH, Paucha E, Livingston DM. SV40 large T
      antigen binds preferentially to an underphosphorylated member of the retinoblastoma
      susceptibility gene product family. Cell 1989; 56:57-65.

83.   Ewen ME, Ludlow JW, Marsilio E, DeCaprio JA, Millikan RC, Cheng SH, Paucha E,
      Livingston DM. An amino terminal transformation governing sequence of SV40 large T
      antigen contributes to the binding of both $p110^{Rb}$ and a second cellular protein, p120. Cell
      1989; 58: 257-267.

84.   DeCaprio JA, Ludlow JW, Lynch DC, Furukawa Y, Griffin JD, Piwnica-Worms H, Huang
      CM, Livingston DM. The product of the retinoblastoma suscetibility gene has properties of a
      cell cycle regulatory element. Cell 1989; 58:1085-1095.

85.   Ludlow JW, Shon J, Pipas JM, Livingston DM, DeCaprio JA. The retinoblastoma
      susceptibility gene product undergoes cell cycle-dependent dephosphorylation and binding to
      and release from SV40 large T-antigen. Cell 1990; 60: 387-396.

86.   Furukawa Y, DeCaprio JA, Freedman A, Kanakura Y, Nakamura M, Ernst TJ, Livinston
      DM, Griffin JD. Expression and state of phosphorylation of the retinoblastoma susceptibility
      gene product in cycling and non-cycling human hematopoietic cells. Proc Natl Acad Sci
      (USA) 1990; 87: 2770-2774.

87.   Kaelin WG Jr, Ewen ME, Livingston DM. Definition of the minimal SV40 large T antigen
      and adenovirus EIA binding domain in the retinoblastoma gene product. Mol Cell Biol
      1990; 10: 3761-3769.

88.   Laiho M, DeCaprio JA, Ludlow JW, Livingston DM, Massague J. Growth inhibition by
      TGF-β linked to suppression of retinoblastoma protein phosphorylation. Cell 1990; 62:175-
      185.

89. Montano X, Millikan R, Milhaven JM, Newsome DA, Ludlow JW, Arthur AK, Fanning E, Bikel I, Livingston DM. SV40 small t and an amino terminal domain of large T share a common transforming function. Proc Natl Acad Sci USA 1990; 87:7448-7452.

90. Kaelin WG Jr, Pallas DC, DeCaprio JA, Kaye FJ, Livingston DM. Identification of cellular proteins which can interact specifically with the T-E1A-binding region of the retinoblastoma susceptibility gene product. Cell 1991; 64:521-532.

91. Laiho M, Rönnstrand L, Heino J, DeCaprio JA, Ludlow JW, Livingston DM, Massagué. Control of junB and extracellular matrix protein expression by transforming growth factor-b1 is independent of SV40 T antigen-sensitive growth inhibitory events. Mol Cell Biol 1991; 11:972- 978.

92. Chittenden T, Livingston DM, Kaelin WG Jr. The T/E1A binding domain of the retinoblastoma product can interact selectively with a sequence-specific DNA binding protein. Cell 1991; 65: 1073-1082.

93. Ewen ME, Xing Y, Lawrence JB, Livingston DM. Molecular cloning, chromosomal mapping, and expression of the cDNA for p107, a retinoblastoma gene product-related protein. Cell, 1991; 66, 1155-1164.

94. Ewen ME, Faha B, Harlow E, Livingston DM. Interaction of p107 with cyclin A independent of complex formation with viral oncoproteins. Science 1992; 255:85-87.

95. Faha B, Ewen ME, Tsai L-H, Livingston DM, Harlow E. Interaction between human cyclin A and adenovirus E1A-associated p107 protein.Science 1992; 255:87-90.

96. Shirodkar S, Ewen M, DeCaprio JA, Morgan J, Livingston DM, Chittenden, T. The transcription factor E2F, interacts with the retinoblastoma product and a p107/cyclin A complex in a cell cycle-regulated manner. Cell 1992; 68:157-166.

97. Qin X, Chittenden T, Livingston DM, Kaelin Jr, WG. Identification of a growth suppression domain within the retinoblastoma gene product. Genes Develop 1992; 6: 953-964.

98. DeCaprio JA, Furukawa Y, Ajchenbaum F, Griffin JD, Livingston DM. The retinoblastoma-susceptibility gene product becomes phosphorylated in multiple stages during cell cycle entry and progression. Proc Natl Acad Sci USA 1992; 89:1795-1798.

99. Kaelin WG Jr, Krek W, Sellers WR, DeCaprio JA, Ajchenbaum F, Fuchs CS, Chittenden, T, Li Y, Farnham PJ, Blanar MA, Livingston DM, Flemington EK. Expression cloning of a cDNA encoding a retinoblastoma binding protein with E2F-like properties. Cell 1992; 70:351-364.

100. Ewen ME, Sluss HK, Sherr CJ, Matsushime H, Kato J-Y, Livingston DM. Functional interactions of the retinoblastoma protein with mammalian D-type cyclins. Cell 1993; 73:487-497.

101. Livingston DM, Kaelin W, Chittenden T, Qin X. The 1992 Hamilton Fairley Lecture: Structural and functional contributions to the G1 blocking action of the retionoblastoma protein. Brit J Cancer 1993; 264-268.

12

102.  Ludlow JW, Glendening CL, Livingston DM, DeCaprio JA. Specific enzymatic dephos-
      phorylation of the retinoblastoma protein. Mol Cell Biol. 1993; 13: 367-372.

103.  Chittenden T, Livingston DM, DeCaprio, JA. Cell cycle analysis of E2F in primary human T
      cells reveals novel E3F complexes and biochemically distinct forms of "free" E2F. Mol Cell
      Biol 1993; 13:3975-3983.

104.  Ewen ME, Sluss HK, Whitehouse LL, Livingston DM.  TGFb inhibition of cdk4 synthesis is
      linked to cell cycle arrest. Cell 1993; 74:1009-1020.

105.  Krek W, Livingston DM, Shirodkar S. Binding to DNA and the retinoblastoma gene product
      promoted by complex formation of different E2F family members. Science 1993; 262:1557-
      1560.

106.  Zhu L, van der Heuvel S, Helin K, Fattaey A, Ewen M, Livingston DM, Dyson N, Harlow E.
      Inhibition of cell proliferation by p107, a relative of the retinoblastoma protein. Genes & Dev
      1993; 7:1111-1125.

107.  Eckner R, Ewen ME, Newsome D, Gerdes M, DeCaprio JA, Lawrence JB, Livingston DM.
      Molecular cloning and functional analysis of the adenovirus E1A-associated 300 kD protein
      (p300) reveals a protein with properties of a transcriptional adaptor. Genes & Develop 1994;
      8:869-884.

108.  Krek  W, Ewen ME, Shirodkar S, Arany ZP, Kaelin WG, Livingston DM. Negative
      regulation of the growth promoting transcription factor E2F-1 by a stably bound cyclin A-
      dependent protein kinase. Cell 1994; 78:161-172.

109.  Arany Z, Sellers WR, Livingston DM, Eckner R. E1A-associated p300 and CREB-associated
      CBP belong to a conserved family of coactivators. Cell (Letter to Editor) 1994;
      77:799-800.

110.  Wang W-B, Bikel I, Marsilio E, Newsome D, Livingston D. Transrepression of RNA
      polymerase II promoters by the Simian virus 40 small t antigen. J Virol 1994; 68:6180-6187.

111.  Ginsberg D, Vairo G, Chittenden T, Xiao Z-X, Xu G, Wydner KL, DeCaprio JA, Lawrence
      JB, Livingston DM. E2F-4, a new member of the E2F transcription factor family, interacts
      with p107. Genes & Develop 1994; 8: 2665-2679.

112.  Qin X-Q, Livingston DM, Kaelin Jr WG, Adams PD. Deregulated transcription factor E2F-I
      expression leads to S-phase entry and p53-mediated apoptosis. Proc Natl Acad Sci 1994;
      91:10918-10922.

113.  Qin X-Q, Livingston DM, Ewen M, Arany Z Sellers WR, Kaelin Jr WG.  The transcription
      factor E2F-1 is a downstream target of RB action.  Mol Cell Biol 1995; 15:742-755.

114.  Arany Z, Newsome D,  Oldread E, Livingston DM, Eckner R. A family of transcriptional
      adaptor proteins targeted by the E1A oncoprotein. Nature 1995; 374:81-84.

115.  Xu G, Livingston DM, Krek W. Multiple members of the E2F transcription factor family are
      the products of oncogenes. Proc Natl Acad Sci (USA) 1995; 92:1357-1361.

116.  Vairo G, Livingston DM, Ginsberg D. Functional interaction between E2F-4 and p130:
      evidence for distinct mechanisms underlying growth suppression by different retinoblstoma
      protein family members. Genes & Develop 1995; 9:869-881.

13

117.    Xiao Z, Chen J, Levine AJ, Modjtahedi N, Xing J, Sellers WR, Livingston DM. Functional interaction between the retinoblastoma protein and the oncoprotein, MDM2. Nature 1995; 375:694-698.

118.    Missero C, Calautti E, Eckner R, Chin J, Tsai LH, Livingston DM, Dotto GP. Involvement of the cell-cycle inhibitor *Cip1/WAF1* and the E1A-associated p300 protein in terminal differentiation. Proc Natl Acad Sci USA 1995; 92:5451-5455.

119.    Kitabayashi I, Eckner R, Arany Z, Chiu R, Gachelin G, Livingston DM, Yokoyama KK. Phosphorylation of the adenovirus E1A-associated 300 kDa protein in response to retinoic acid and E1A during the differentiation of F9 cells.EMBO J 1995; 14:3496-3509.

120.    Lee J-S, Galvin KM, See RH, Eckner R, Livingston D, Moran E, Shi Y. Relief of YY1 transcriptional repression by adenovirus E1A is mediated by E1A-associated protein p300. Genes & Develop 1995; 9:1188-1198.

121.    Wydner K, Bhattacharya S, Eckner R, Lawrence JB, Livingston DM. Localization of human CREB binding protein gene to 16p13.2-13.3 by fluorescent in situ hybridization. (Brief Reports). Genomics 1995; 30:395-396.

122.    Krek W, Xu G, Livingston DM. Cyclin A-kinase regulation of E2F-1 DNA binding function underlies suppression of an S phase checkpoint. Cell 1995; 83:1149-1158.

123.    Hofmann F, Livingston DM. Differential effects of cdk2 and cdk3 on the control of pRb and E2F function during G1 exit. Genes & Develop 1996; 10:851-861.

124.    Scully R, Ganesan S, Brown M, DeCaprio JA, Cannistra SA, Feunteun J, Scvhnitt S, Livingston DM. Location of BRCA-1 in human breast and ovarian cancer cells [Technical Comment]. Science 1996; 272:123-125.

125.    Xiao Z-X, Ginsberg D, Ewen M, Livingston DM. Regulation of the retinoblastoma protein-related protein p107 by G1 cyclin-associated kinases. Proc Natl Acad Sci USA 1996; 93: 4633-4637.

126.    Field SJ, Tsai F-Y, Kuo F, Zubiaga AM, Kaelin WG Jr, Livingston DM, Orkin SH, Greenberg ME. E2F-1 functions in mice to promote apoptosis and suppress proliferation. Cell 1996; 85:549-561.

127.    Eckner R, Ludlow J, Lill N, Oldread E, Arany Z, Modjtahedi N, DeCaprio JA, Livingston DM, Morgan JA. Association of p300 and CBP with SV40 Large T Antigen. Mol Cell Biol 1996; 16:3454-3464.

128.    Eckner R, Yao T-P, Oldread E, Livingston DM. Interaction and functional collaboration of p300/CBP and bHLH proteins in muscle and B-cell differentiation. Genes & Develop 1996; 10:2478-2490.

129.    Bhattacharya S, Eckner R, Grossman S, Oldread E, Arany Z, D'Andrea A, Livingston DM.Cooperation of Stat2 and p300/CBP in signalling induced by interferon-α. Nature 1996; 383:344-347.

130.    Yao T-P, Ku G, Zhou N, Scully R, Livingston DM. The nuclear hormone receptor co-activator SRC-1 is a specific target of p300. Proc Natl Acad Sci USA 1996; 93:10626-10631.

14

131.  Arany Z, Huang LE, Eckner R, Bhattacharya S, Jiang C, Goldberg MA, Bunn HF, Livingston DM.An essential role for p300/CBP in the cellular response to hypoxia. Proc Natl Acad Sci USA 93: 1996; 93: 12969-12973.

132.  Huang LE, Arany Z, Livingston DM, Bunn FH. Activation of hypoxia-inducible transcription factor depends upon redox-sensitive stabilization of its α subunit. J Biol Chem 1996; 271:32253-32259.

133.  Hofmann F, Martelli F, Livingston DM, Wang Z. The retinoblastoma gene product protects E2F-1 from degradation by the ubiquitin-proteasome pathway. Genes & Develop 1996;10: 2949-2959.

134.  Scully R, Chen J, Plug A, Xiao Y, Weaver D, Feunteun J, Ashley T, Livingston DM. Association of BRCA1 with Rad51 in mitotic and meiotic cells. Cell 1997: 88:265-275.

135.  Lill NL, Tevethia MJ, Eckner R, Livingston DM, Modjtahedi N. p300 family members associate with the carboxyl terminus of simian virus 40 large tumor antigen. J Virol 1997; 71: 129-137.

136.  Scully R, Anderson SF, Chao DM, Wei W, Ye L, Young RA, Livingston DM, Parvin JD. BRCA1 is a component of the RNA polymerase II holoenzyme.    Proc Natl Acad Sci USA 1997; 94:5605-5610.

137.  Lindeman GJ, Gaubatz S, Livingston DM, Ginsberg D. The subcellular localization of E2F-4 is cell-cycle dependent. Proc Natl Acad Sci USA 1997; 94:5095-5100.

138.  Lill NL, Grossman SR, Ginsberg D, DeCaprio J, Livingston DM. Binding and modulation of p53 by p300/CBP coactivators. Nature 1997; 387:823-827.

139.  Scully R, Chen J, Ochs RL, Keegan K, Hoeckstra M, Feunteun J, Livingston DM.  Dynamic changes during the S phase of BRCA1 subnuclear localization and phosphorylation state are initiated by DNA damage.  Cell 1997;90:425-435.

140.  Lindeman GJ, Dagnino L, Zu Y, Gaubatz S, Bronson R, Warren HB, Livingston DM. E2F-5 has a unique, organ-specific, non-proliferative function as defined in knock-out mice. Genes & Dev 1998;1092-1098.

141.  Yao T-P, Oh SP, Fuchs M, Zhou N-D, Ch'ng L, Newsome D, Bronson RT, Li E, Livingston DM, Eckner R. Gene dosage-dependent embryonic development and proliferation defects in mice lacking the transcriptional integrator, p300. Cell 1998; 93: 361-372.

142.  Kawasaki H, Eckner R, Yao T-P, Taira K, Chiu R, Livingston DM, Yokoyama KK Distinct roles of the co-activators p300 and CBP in retinoic acid-induced F9 celldifferentiation. Nature 1998;393:284-289.

143.  Gaubatz S, Livingston DM. Unusual proliferation arrest and transcritional control properties of a newly discovered E3F family member, E2F-6. Proc Natl Acad Sci USA 1998;95:9190-9195.

144.  Chen J, Silver DP, Walpita D, Cantor SB, Gazdar AF, Tomlinson G, Minna JD, Couch FJ, Weber BL, Ashley T, Livingston DM, Scully R. Stable interaction the products of the BRCA1 and BRCA2 tumor suppressor genes in mitotic and meiotic cells. Mol Cell 1998; 2:317-328.

15

145. Grossman SR, Perez M, Kung AL, Joseph M, Mansur C, Xiao Z-X, Kumar S, Howley PM, Livingston DM. p300/mdm-2 complexes participate in mdm-2 mediated p53 degradation. Mol Cell 1998; 2: 405-415.

146. Wang ZM, Wang H, Livingston DM. Endogenous E2F-1 promotes timely Go exit of resting mouse embryo fibroblasts. Proc Natl Acad Sci USA 1998;95: 15583-15586.

147. Bhattacharya S, Michels CL, Leung M-K, Arany ZP, Kung AL, Livingston DM. Functional role of p35srj, a novel p300/CBP binding protein, during transactivation by HIF-1. Genes & Development 1999; 13: 64-75.

148. Martelli F, Livingston DM. Regulation of endogenous E2F1 stability by the retinoblastoma family proteins. Proc Natl Acad Sci USA 1999;96:2858-2863.

149. Wilson CA, Ramos L, Villasenor MR, Anders KH, Press MF, Clarke K, Karlan B, Chen, J-J, Scully R, Livingston D, Zuch RH, Kanter MH, Cohen S, Calzone FJ, Slamon DJ. Localization of human BRCA1 and its loss in high-grade non-inherited breast carcinomas. Nature Genetics 1999; 21:236-240.

150. Leung M-K, Jones T, Michels CL, Livingston DM, Bhattacharya S. Molecular cloning and chromosomal localization of the human *CITED2* gene encoding p35srj/Mrg1. Genomics 1999; 61: 307-313.

151. Scully R, Ganesan S, Vlasakova K, Chen JJ, Socolovsky M, Livingston DM. Genetic analysis of BRCA1 function in a defined tumor cell line. Mol Cell 1999; 4:1093-1099.

152. Wilson CA, Ramos L, Villasenor MR, Anders KH, Press MF, Clarke K, Karlan B, Chen J, Scully R, Livingston D, Zuch RH, Kanter MH, Cohen S, Calzone FJ, Slamon DJ. Localization of human BRCA1 and its loss in high-grade,non-inherited breast carcinomas. Nature Genetics 1999; 21:236-240.

153. Kung AL, Rebel VI, Bronson RT, Ch'ng LE, Sieff CA, Livingston DM, Yao TP. Gene dose-dependent control of hematopoiesis and hematologic tumor suppression by CBP. Genes Dev 2000; 14: 272-277.

154. Wu X, Ranganathan V, Weisman DS, Heine WF, Ciccone DN, O'Neill TB, Crick KE, Pierve KA, Lane WS, Rathbun G, Livingston DM, Weaver DT. ATM phosphorylation of Nijmegen breakage syndrome protein is required in a DNA damage response. Nature 2000; 405:477-481.

155. Wu X, Petrini J, Heine W, Weaver DT, Livingston DM, Chen J. Independence of N/M/R focus formation and the presence of intact BRCA1. Technical Comment. Science 2000; 289: 11.

156. Eid JE, Kung AL, Scully R, Livingston DM. P300 interacts with the nuclear proto-oncoprotein, SYT, as part of the active control of cell adhesion. Cell 2000; 102: 839-848.

157. Gaubatz S, Lindeman GJ, Ishida S, Jakoi L, Nevins JR, Livingston DM, Rempel RE. E2F4 and E2F5 play an essential role in pocket protein-mediated G1 control. Molecular Cell 2000; 6: 729-735.

158. Kung AL, Wang S, Klco JM, Kaelin Jr WG, Livingston DM. Suppression of tumor growth through disruption of hypoxia-inducible transcription. Nature Med 2000; 6: 1335-1340.

159.    Tibbetts RS, Cortez D, Brumbaugh KM, Scully R, Livingston DM, Elledge SJ,
        Abraham RT. Functional interactions between BRCA1 and the checkpoint kinase
        ATR during genotoxic stress. Genes Develop; 2000, 14: 2989-3002.

160.    Gaubatz S, Lees JA, Lindemn GJ, Livingston DM. E2F4 is exported from the
        nucleus in a crml-dependent manner. Mol Cell Biol 2001; 21: 1384-1392.

161.    Cantor SB, Bell DW, Ganesan S, Kass EM, Drapkin R, Grossman S, Wahrer DCR,
        Sgroi DC, Lane WS, Haber DA, Livingston DM. BACH1, a novel helicase-like protein,
        interacts directly with BRCA1 and contributes to its DNA repair function. Cell
        2001;105:149-160.

162.    Martelli F, Hamilton T,  Silver DP, Sharpless NE, Bardeesy N, Rokas M, DePinho
        RA, Livingston DM, Grossman SR. p19ARF targets certain E2F species for
        degradation. Proc Natl Acad Sci USA 2001; 98:4455-4460.

163.    Mullen AC, High FA, Hutchins AS, Lee HW, Villarino AV, Livingston DM, Kung
        AL, Cereb N, Yao T-P, Yang SY, Reiner SL.  Role of T-bet in commitment of $T_H1$
        cells before IL-12-dependent selection. Science  2001; 292: 1907-1910.

164.    Fuchs M, Gerber J, Ikura T, Sif S, Drapkin R, Lane WS, Nakatani Y, Livingston
        DM. The p400 complex is an essential E1A transformation target. Cell 2001; 106: 297-307.

165.    Silver D, Livingston DM. Self-excising retroviral vectors encoding the Cre
        recombinase overcome Cre-mediated cellular toxicity. Mol Cell 2001; 8:233-243.

166.    Joukov V, Chen J, Fox EA, Green JB, and Livingston DM.  Functional communication
        between endogenous BRCA1 and its partner, BARD1, during *Xenopus laevis* development.
        Proc Natl Acad SCi USA 2001; 98:12078-12083.

167.    Joo WD, Jeffrey PD, Cantor SB, Finnin MS, Livingston DM, Pavletich N. Structure of the
        3BP1 BRCT region bound to p53 and its comparison to the Brca1 BRCT structure. Genes &
        Develop 2002; 16:583-593.

168.    Freedman SJ, Sun ZYJ, Poy F, Kung AL, Livingston DM, Wagner G, Eck MJ. Structural
        basis for recruitment of CBP/p300 by  hypoxia-inducible factor-1α.Proc Natl Acad Sci USA
        2002; 99:5367-5372.

169.    Yang H, Williams B, Hinds P, Shih S, Jacks T, Bronson R, Livingston DM. Tumor
        suppression by a severely truncated species of the retinoblastoma protein. Molec Cell Biol
        2002; 22: 3103--3110.

170.    Ogawa H, Ishiguro K, Gaubatz S, Livingston DM, Nakatani.  A complex
        containing chromatin modifiers that occupies E2F- and Myc-responsive genes
        in quiescent cells. Science 2002; 296; 1132-1136.

171.    Rebel VI, Kung AL, Tanner EA, Yang H, Bronson RT, Livingston DM.
        Distinct roles for CRED-binding protein and p300 in hematopoietic stem cell
        self-renewal. Proc Natl Acad Sci USA 2002; 99:14789-14794.

172.    Ganesan S, Silver D, Feunteun J, Avni D, Drapkin R, Miron A, Mok S,
        Randrianarison V, Broadie S, Klimke A, Marrese C, Deng C-X, Livingston
        DM.

17

BRCA1 supports XIST RNA concentration on the inactive X chromosome..
Cell 2002; 111: 393-405.

173.  Dahme T, Wood J, Livingston DM, Gaubatz S. Two different E2F6 proteins
generated by alternative splicing and internal translation initiation. Eur J
Biocem 2002; 269:5030-5036.

174.  Bassing CH, Chua KF, Sekiguchi J, Suh H. Whitlow SR, Fleming JC, Monroe BC,
Ciccone DN, Yan C, Vlasakova K, Livingston DM, Ferguson DO, Scully, R, Alt, FW.
Increased ionizing radiation sessitivity and genomic instability in the absence of histone
H2AX. Proc Natl Acad Sci USA 2002: 99: 8173-8178.

175.  Storre J, Elsasser H-P, Fuchs M, Ullmann D, Livingston DM, Gaubatz S. Homeotic
transformations of the axial skeleton that accompany a targeted deletion of E2f6. EMBO
Reports 2002; 3:695-700.

176.  Grossman SR, Deato ME, Brignone C, Chan HM, Kung AL, Tagami H, Nakatani Y,
Livingston DM. polyubiquitination of p53 by a ubiquitin ligase activity of p300. Science
2003;
300: 342-344.

177.  Avni D, Yang H, Martelli F, Hofmann F, ElShamy WM, Ganesan S, Scully R, Livingston
DM. Active localization of the retinoblastoma protein in chromatin and its response to S
phase DNA damage. Molec Cell 2003; 12:735-746.

178.  Frank SR, Parisi T, Taubert S, Fernandez P, Fuchs M, Chan HM, Livingston DM, Amati
B. Myc recruits the Tip60 histone acetyltransferase complex to chromatin. EMBO Reports
2003; 4: 575-580.

179.  Livingston DM. EMSY, a BRCA-2 partner in crime. Nature Med 2004; 10:127-128.

180.  Cantor S, Drapkin R, Zhang F, Lin Y, Han J, Pamidi S, Livingston DM. The BRCA1-
associated protein BACH1 is a DNA helicase targeted by clinically relevant inactivating
mutations. Proc Natl Acad Sci USA 2004; 101:2357-2362.

181.  Elshamy WM, Livingston DM. Identification of BRCA1-IRIS, a BRCA1 locus product.
Nature Cell Biology. 2004; 6:954-967.

182.  Wu X, Avni D, Chiba T, Yan F, Zhao Q, Lin Y, Heng H, Livingston DM. SV40 T antigen
interacts with Nbs1 to disrupt DNA replication control. Genes Dev 2004; 18:1305-1316.

183.  Kung AL, Zabludoff SD, France DS, Freedman SSJ, Tanner, EA, Viera A, Cornell-Kennon
S, Lee J, Wang B, Wang J, Memmert K, Naegeli H-U, Petersen F, Eck MJ, Bair KW, Wood
AW Livingston DM. Small molecule blockade of transcriptional coactivation of the hypoxia-
inducible factor pathway. Cancer Cell 2004; 6: 33-43.

184.  Taubert, S, Frank SR, Parisi, T, Fuchs M, Chan HM, Livingston DM, Amati B. E2F
dependent histone acetylation and recruitment of the Tip60 acetyltransferase complex to
chromatin in late G (1). Mol Cell. Biol 2004; 24: 4546-4556.

185.  Ganesan S, Silver, D, Drapkin R, Greenberg R, Feunteun J, Livingston DM. Association
of BRCA1 with the inactive X chromosome and XIST RNA. Phil Trans R Soc London
2004; 359: 123-128.

18

186. Chan HM, Masako N, Lowe SW, Livingston DM. The P400 E1A-associated protein is a novel component of the p53/p21 senescence pathway. Genes Dev 2005; 19:196-201,

187. Kanellopoulou C, Muljo SA, Kung AL, Ganesan S, Drapkin R, Jenuwein T, Livingston DM, Rajewsky K. Dicer-deficient mouse embryonic stem cells are defective in differentiation and centromeric silencing. Genes Dev 2005, 19:489-501

188. Muljo SA, Ansel KM, Kanellopoulou C, Livingston DM, Rao A, Rajewsky K. Aberrant T cell differentiation in the absence of dicer. J Exptl Med 2005; 202:261-269.

189. Greenberg RA, Sobhian, B, Pathania, S, Cantor SB, Nakatani Y, Livingston DM. Multifactorial contributions to an acute DNA damage response by BRCA1/BARD1-containing complexes. Genes & Devel, 2006; 20: 34-46.

190. Richardson AL, Wang ZC, De Nicolo A, Lu X, Brown M, Miron A, Liao X, Iglehart JD, Livingston DM, Ganesan S. X chromosomal abnormalities in basal-like, human breast cancer. Cancer Cell 2006; 9:121-132.

191. Xia B, Sheng Q, Nakanishi K, Ohashi A, Wu J, Christ N, Liu X, Jasin M, Couch FJ, Livingston, DM. Control of BRCA2 cellular and clinical functions by a nuclear partner, PALB2. Mol Cell 2006;22: 719-729.

192. Joukov V, Groen AC, Prokhorova T, Gerson R, White E, Rodriguez A, Walter JC, Livingston DM. Thwe BRCA1/BARD 1 heterodimer modulates ran-dependent mitotic spindle assembly. Cell 2006; 127: 539-552.

193. Xia B, Dorsman JC, Ameziane N, de Vries Y, Rooimers MA, Sheng Q, Pals G, Errami A, Gluckman E, Llera J, Wang W, Livingston DM, Joenje H, deWinter JP. Fanconi anemia is associated with a defect in the BRCA2 partner PALB2. Nature Genetics 2007; 39:159-161.

194. Erkko H*, Xia B*, Jenni Nikkilä, Johanna Schleutker, Kirsi Syrjäkoski, Arto Mannermaa, Anne Kallioniemi, Katri Pylkäs, Sanna-Maria Karppinen, Katrin Rapakko, Alexander Miron, Qing Sheng, Guilan Li, Henna Mattila, Daphne W. Bell, Daniel A. Haber, Mervi Grip, Mervi Reiman, Arja Jukkola-Vuorinen, Aki Mustonen, Juha Kere, Lauri A. Altonen, Veli-Matti Kosma, Vesa Kataja, Ylermi Soini, Ronny I. Drapkin, David M. Livingston & Robert Winqvist (2007) A recurrent mutation in PALB2 in Finnish cancer families Nature. 2007. Mar 15; 446(7133): 316-9. Epub 2007 Feb 7

195. Silver D, Dimitrov S, Feunteun J, Gelman R, Drapkin R, Lu S, Shestakova E, Soundarapandian V, DeNuzio N, Dragomir S, Mar J, Liu X, Rottenberg S, Jonkers J, Ganesan S, Livingston DM. Further Evidence for BRCA1 Communication with the Inactive X Chromosome. Cell 2007; 128:991-1002.

196. Tischkowitz, M.*, Xia, B.*, Sabbaghian, N., Reis-Filho, J., Hamel, N., Li, G., van Beers, E.H., Li, L., Khalil, T., Quenneville, L.A., Omeroglu, A., Poll, A., Lepage, P., Wong, N., Nederlof, P.M., Ashworth, A., Tonin, P.N., Narod, S.A.,

19

Livingston, D.M. and Foulkes, W.D. (2007) Analysis of PALB2/FANCN-associated breast cancer families. Proc Natl Acad Sci USA 104: 6788-93

197.   Sobhian B, Shao G, Lilli DR, Culhane AC, Moreau LA, Xia B, Greenberg RA, Livingston DM. Rap80 Targets BRCA1 to Specific Ubiquitin Structures at DNA Damage Sites. Science 2007; 316: 1198-1202.

198.   Gevry N, Chan HM, Laflamme L, Livingston DM, Gaudreau L. p21 transcription is regulated by differential localization of histone H2A.Z. Genes & Development, August 2007; 21: 1869-1881

199.   Pujana MA, Han JD, Starita LM, Stevens KN, Tewari M, Ahn JS, Rennert G, Moreno V, Kirchhoff T, Gold B, Assmann V, Elshamy WM, Rual JF, Levine D, Rozek LS, Gelman RS, Gunsalus KC, Greenberg RA, Sobhian B, Bertin N, Venkatesan K, Ayivi-Guedehoussou N, Sole X, Hernandez P, Lazaro C, Nathanson KL, Weber BL, Cusick ME, Hill DE, Offit K, Livingston DM, Gruber SB, Parvin JD, Vidal M. Network modeling links breast cancer susceptibility and centrosome dysfunction. Nature Genetics 2007; 39(11): 1338-49.

**Reviews:**

1.  Livingston DM, Wacker WC. The role of magnesium in neuromuscular physiology. Triangle 1971; 10:169-172.

2.  Livingston DM, Wacker WEC. Magnesium metabolism. In: Greep R, Astwood E, Aurbach G, Geiger S, eds. Handbook of Physiology. Washington, DC: American Physiological Society, 1976:215-223.

3.  Livingston DM, Mihich E. Third Annual Pezcoller Symposium: Tumor Suppressor Genes. (Proceedings of the Third Annual Pezcoller Symposium on Tumor Suppressor Genes, held June 5-7, 1991, in Trento, Italy). Cancer Res. 1992; 52:3246-3249.

4.  Leis J, Livingston DM. The tumor suppressor genes and their mechanisms of action. In: Bishop JM, Weinberg RA, eds., SCIENTIFIC AMERICAN Molecular Oncology. New York:Scientific American, Inc. 1996: 111-141.

5.  Hofmann F and Livingston DM.E2F-1 Degradation by the Ubiquitin-Proteasome Pathway. In: Mihich E and Hartwell L, (eds.) Genomic Instability and Immortalilty in Cancer, Pezcoller Foundation Symposia 8, NY and London: Plenum Press 1996, pp 215-227. (Proceedings of the Eighth Annual Pezcoller Symposium on Genomic Instability and Immortality in Cancer, held June 17-19, 1996, in Trento, Italy).

6.  Livingston DM, Genetics is coming to Oncology (Editorial). JAMA 1997; 277:1476-1477.

7.  Chen J, Silver D, Cantor S, Livingston DM, Scully R. BRCA1, BRCA2, and Rad51 operate in a common DNA damage response pathway. Cancer Res 1999; 1752s-1756s.

8.  Scully R, Livingston DM. In search of the tmour-suppressor functions of BRCA1 and BRCA2, Progress Article. Nature, 2000; Nature 2000; 408:429-432.

9.  Livingston DM. Cancer: Chromosome defects in the colon. (News and Views). Nature 2001; 536-537.

10. Livingston DM, Shivdasani R. Toward mechanism-based cancer care. JAMA 2001; 285:588-593.

23

## Books and Monographs:

1. Leder P, Pernardi A, Livingston D, Loyd P, Roufa D, Skogerson L. Protein Piosynthesis: Studies using synthetic and viral mRNAs. In: The Mechanism of Protein Synthesis. Cold Spring Harber Symp Quant Biol 1969; 34:411-417.

2. Todaro GJ, Scolnick EM, Parks WP, Livingston DM, Aaronson SA. Detection of type C viruses in normal and transformed cells. In: Beers Jr R, Tilgham R, eds, Cellular Modification and Genetic Transformation by Exogenous Nucleic Acids, Proc 6th Internatl Symp Molec Biol. Baltimore:The Johns Hopkins Univ Press, 1973:231-244.

3. Livingston DM. Immunoaffinity chromatography of proteins. In: Colowick SP, Kaplan NO, eds, Methods in Enzymology  New York:Academic Press. 1974;34: 723-731.

4. Livingston DM, Tenen DG, Jessel D, Haines LL, Woodard V, Modest A, Maxam A, Hudson J. Interaction of SV40 T antigen with selected regions of SV40 DNA. In: Schultz J, Brada Z, eds, Genetic Manipulations as it Affects the Cancer Probelm, Miami Winter Symposium, 1977; 14: 103-107.

5. Kriegler M, Livingston DM. Chemically facilitated microinjection of proteins into cells in monolayers. In: Introduction of Macromolecules into Viable Mammalian Cells; Workshop, Temple Univ Sugar Loaf Conf Ctr; New York:Alan R. Liss, Inc; 1980:261-296.

6. Ellman M, Bikel I, Figge J, Roberts T, Schlossman R, Livingston DM. Nuclear and cytoplasmic localization of the SV40 small t Antigen. In: Cancer Cells 2/Oncogenes and Viral Genes. NY:Cold Spring Harbor Laboratory.1984; 369-375.

7. Livingston DM, Bikel I. Replication of papoviruses. In: Fields BN, ed, VIROLOGY NY: Raven Press, 1985;393-410.

8. Bikel I, Mamon H, Brown EL, Boltax J, Agha M, Livingston DM. The role of small t antigen in the SV40 transforming mechanism. In: Cancer Cells 4/DNA Tumor Viruses: Control of Gene Expression and Replication. NY: Cold Spring Harbor Laboratory.1986; 405-412.

9. Livingston DM, DeCaprio J, Ludlow J, Figge J, Marsilio E, Shew J-Y, Lee W-H, Huang C-M, Paucha E. Binding of the SV40 Major Transforming Gene Product to the Product of the Retinoblastoma Susceptibility Locus. In: General Motors Accomplishments in Cancer Research/1988. Philadelphia:J B Lippincott Co., 1989; 213-225.

10. Livingston DM, DeCaprio J, Ludlow J, Figge J, Marsilio E, Lee W-H, Paucha E. Binding of the SV40 Major Transforming Gene Product to the Product of the Retinoblastoma Susceptibility Locus. In: Villarreal LP, ed., Common Mechanisms of Transformation by Small DNA Tumor Viruses [Proceedings of the 1988 ICN-UCI International Conference on Virology, January 20-21, 1989, Newport Beach, CA.] Washington DC:ASM Publications, 1989; 39-50.

11. Livingston DM, DeCaprio J, Ludlow J. Does the product of the *RB1* Locus Have a Cell-Cycle Regulatory Function? In: Cavenee W, Hastie N, Stanbridge E, eds., Recessive Oncogenes and Tumor Suppression, Current Communications in Molecular Biology, Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY, 1989, pp 141-144.

24

12.    Livingston DM, DeCaprio JA, Ludlow JW. Does the product of the *RB-1* locus have a cell cycle regulatory function? In: Knudson AG Jr et al., eds. Genetic Basis for Carcinogenesis: Tumor Suppressor Genes and Oncogenes (Proc 20th Internatl Symposium of The Princess Takamatsu Cancer Research Fund, Tokyo, Japan, Nov 14-16, 1989). Tokyo: Japan Sci Soc Press, 1990:187-190.

13.    Kaelin Jr WG, Pallas DC, DeCaprio JA, Kaye FJ, Livingston DM. Cellular proteins that can interact specifically to the retinoblastoma susceptibility gene product. In: Origins of Human Cancer: A Comprehensive Review, Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY, 1991:423-431.

14.    Livingston DM. Functional analysis of the retinoblastoma gene product and of RB-SV40 T antigen complexes. in: Frank LM, ed., Cancer Surveys, vol 12: Tumor Suppressor Genes, the Cell Cycle and Cancer (Levine AJ, guest ed.). Cold Spring Harbor Laboratory Press for Imperial Cancer Research Fund, 1992:153-160.

15.    Eckner R, Arany Z, Ewen M, Sellers W, Livingston DM. The adenovirus E1A-associated 300kD protein (p300) exhibits properties of a transcriptional coactivator and belongs to an evolutionarily conserved family. Cold Spring Harbor Symp Quant Biol 1994; vol LIX, 85-95.

16.    Eckner R, Arany Z, Livingston DM. A family of high molecular weight proteins active in differentiation and growth control. In: Normal and Malignant Hematopoiesis: New Advances, eds, Mihich E, Metcalf D (Proc, Pezcoller Symposium, June 29-July 1, 1994, Rovereto, Italy); Plenum Publishing Corp., NY, 1995.

17.    Wu X, Rathbun G, Lane WS, Weaver DT, Livingston DM. Interactions of the Nijmegen breakage syndrome protein with ATM and BRCA1. Cold Spring Harbor Symp Quant Biol Vol LXV, 2000; Cold Spring Harbor Laboratory, NY.

18.    Ganesen S, Richardson A L, Wang ZC, Iglehart JD, Miron A, Feunteun J, Silver D, Livingston DM. Abnormalities of the inactive X chromosome are a common feature of BRCA1 mutant and sporadic basel-like breast cancers. Cold Spring Harbor Symposium of Quantitative Biology Vol 70, 2005; pp 93-97, Cold Spring Harbor Laboratory Press.

**Patents:**

Livingston DM, Ewen ME. DNA encoding p107 tmor suppressor. US Patent 5,262,321; November 16, 1993.

Eckner R, Ewen M, Livingston D. Nucleic acid encoding transcription factor p300 and uses of p300. US Patent 5,658,784; August 19, 1997.

Kaelin Jr WG, Flemington E, Sellers W, Livingston DM. Recombinant Retinoblastoma-Associated Protein 1 (E2F-1) Polypeptides and CDNA. US Patent 5,759,803; June 2, 1998.

Kaelin Jr WG, Flemington, E, DeCaprio JA, Sellers W, Livingston DM. Retinoblastoma-Associated Protein 1 cDNA. US Patent 5,981,723; Nov 9, 1999.

Livingston DM, Ewen ME. DNA encoding p107 tumor suppressor and related polypeptides. US Patent 5,962,315; Oct 5, 1999.

Kaelin Jr.., WG, Livingston DM, Kim T-Y. Transgenic animals expressing light-emitting fusion proteins and diagnostic and therapeutic methods therefore. US Patent 7,176,345: Feb 13, 2007.

# EXHIBIT 30

# EXHIBIT REDACTED

# EXHIBIT 31

# EXHIBIT REDACTED

# EXHIBIT 32

Page 204

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CIVIL ACTION NO. 06-259-(MPT)

-------------------------------------------x
AMGEN, INC., IMMUNEX CORPORATION, AMGEN
USA INC., AMGEN MANUFACTURING
LIMITED and IMMUNEX RHODE ISLAND
CORPORATION,

                    Plaintiffs,

        vs.

ARIAD PHARMACEUTICALS, INC.,
and THE WHITEHEAD INSTITUTE
FOR BIOMEDICAL RESEARCH, a
Delaware corporation,

                    Defendants.
-------------------------------------------x
(Caption continued on next page)


                    April 22, 2008

                    9 a.m.

                    Volume II

        Continued videotaped deposition of
JEFFREY V. RAVETCH, M.D., Ph.D., held at the
offices of Kirkland & Ellis, 153 East 53rd
Street, New York, New York, before Nancy
Mahoney, a Certified Shorthand Reporter,
Registered Professional Reporter and Notary
Public within and for the States of New York and
New Jersey.

5aaf8f20-93cc-45bc-94db-d78923f25f82

Page 301

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | JEFFREY V. RAVETCH, M.D., Ph.D.                          |
| 11:15:26 | 2  | A.    As I said earlier before the break,               |
| 11:15:30 | 3  | the concept of further induction is not one that        |
| 11:15:33 | 4  | I have addressed.  I don't understand the -- the        |
| 11:15:35 | 5  | concept that is being offered by that.  To me,          |
| 11:15:39 | 6  | that seems to suggest a partial induction.              |
| 11:15:40 | 7  | However, this comment in                                |
| 11:15:43 | 8  | Paragraph 115 by Dr. Verma is referring                 |
| 11:15:45 | 9  | specifically to an exchange with the examiner           |
| 11:15:49 | 10 | regarding a particular reference.  So to                |
| 11:15:51 | 11 | understand what he means by further reduction, I        |
| 11:15:55 | 12 | would need to see what the exchange was all             |
| 11:15:58 | 13 | about to address that.  But my position on              |
| 11:16:01 | 14 | further induction is as I've stated before.             |
| 11:16:04 | 15 | This is not a -- a condition I understand.              |
| 11:16:12 | 16 | Q.    Do you agree that Enbrel binds                    |
| 11:16:15 | 17 | TNF-alpha outside of cells?                             |
| 11:16:19 | 18 | A.    I don't believe I've offered                      |
| 11:16:22 | 19 | opinions regarding Enbrel.  I think I have a few        |
| 11:16:27 | 20 | statements in my expert report, and I'd like to         |
| 11:16:30 | 21 | turn to those.                                          |
| 11:16:31 | 22 | Q.    Look at Paragraph 35 of your                      |
| 11:16:33 | 23 | report.                                                 |
| 11:16:34 | 24 | A.    Okay.                                             |
| 11:16:34 | 25 | Q.    Starts on Page 14 of Exhibit 1.                   |

5aaf8f20-93cc-45bc-94db-d78923f25f82

Page 302

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | JEFFREY V. RAVETCH, M.D., Ph.D.              |
| 11:16:36 | 2  | A.    Thank you.  Okay.                      |
| 11:16:41 | 3  | Q.    My first question is:  Do you agree    |
| 11:16:44 | 4  | that Enbrel binds TNF-alpha outside of cells? |
| 11:16:55 | 5  | A.    What is says, that circulating         |
| 11:16:58 | 6  | Enbrel, which presumes it's external, combined |
| 11:17:00 | 7  | to TNF-alpha, which would imply that it's an  |
| 11:17:04 | 8  | external binding event.                      |
| 11:17:05 | 9  | I don't think it precludes other             |
| 11:17:07 | 10 | kinds of interaction that might occur, but it |
| 11:17:10 | 11 | certainly covers at least that situation.    |
| 11:17:12 | 12 | Q.    Do you know of any other               |
| 11:17:13 | 13 | interactions that occur with respect to Enbrel? |
| 11:17:17 | 14 | A.    I don't know what experiments have     |
| 11:17:19 | 15 | been done to investigate the issue of        |
| 11:17:23 | 16 | internalization of Enbrel and its ability to |
| 11:17:27 | 17 | bind intracellular ligands, so I don't think -- |
| 11:17:34 | 18 | at this point I haven't researched that      |
| 11:17:36 | 19 | question.                                    |
| 11:17:36 | 20 | Q.    You -- you have no reason to           |
| 11:17:38 | 21 | believe that Enbrel is internalized within a |
| 11:17:41 | 22 | cell, correct?                               |
| 11:17:41 | 23 | A.    I have every reason to believe it's    |
| 11:17:43 | 24 | internalized within a cell, but I don't know |
| 11:17:46 | 25 | that it's -- what the dynamics are of particular |

5aaf8f20-93cc-45bc-94db-d78923f25f82

Page 303

1           JEFFREY V. RAVETCH, M.D., Ph.D.

11:17:49    2    cellular systems.

11:17:49    3         Q.    Do you have any data with respect

11:17:52    4    to whether Enbrel is internalized within a cell?

11:17:54    5         A.    I have not performed any

11:17:56    6    experiments, but from what little I have stated

11:18:03    7    about Enbrel, it being an FC fusion and having

11:18:08    8    an FC domain, and FC domains have the capacity

11:18:13    9    to interact with cognate receptors, called FC

11:18:17    10   receptors, which do internalize ligands, I can't

11:18:22    11   say one way or the other if that's occurring for

11:18:23    12   Enbrel or not, but it has the capacity to do so.

11:18:26    13        Q.    It is correct that Enbrel binds

11:18:29    14   TNF-alpha outside of cells, however, correct?

11:18:32    15        A.    Well, I think at the -- from the

11:18:33    16   statement that I make in my report, I believe

11:18:35    17   Enbrel can bind TNF-alpha outside of cells.

11:18:40    18   I -- I don't think that precludes other kinds of

11:18:42    19   mechanisms of action.

11:18:45    20             I got to be very clear about that,

11:18:47    21   that the alternative mechanism of actions, to

11:18:50    22   the extent that they have not been investigated,

11:18:52    23   cannot be excluded.

11:18:55    24        Q.    And you have no opinion one way or

11:18:58    25   another as to whether there are alternative

5aaf8f20-93cc-45bc-94db-d78923f25f82

# EXHIBIT 33

662 ——————————————— LETTERS TO NATURE ——————————————— NATURE VOL. 330 17 DECEMBER 1987

class II molecules and their known restriction patterns[15,16,18] Moreover, peptides recognized in the context of the same restriction element could effectively compete with each other for *in vitro* binding and for functional recognition[18-20], suggesting that MHC class II molecules contain a single antigen-binding site. Similar experiments have not yet been reported for MHC class I molecules, but the demonstration that antigens recognized by class I restricted CTL can be mimicked by synthetic peptides[1,3], together with the presumptive structural homologies between class I and class II molecules[11,12], suggest that the general features involved in antigen recognition may be similar for both classes of MHC molecules. Further combinations of peptides, chimaeric class I MHC molecules, and CTL clones should be useful in resolving this issue.

We would like to thank Drs J.-C. Cerottini, G. Corradin and P. Pala for discussion, K. Muhlethaler for technical assistance, and P. Brunet for help in the preparation of the manuscript.

Received 24 August; accepted 29 October 1987.

1. Townsend, A. R. M. *et al. Cell* 44, 959-968 (1986).
2. Maryanski, J. L., Pala, P., Corradin, G., Jordan, B. R. & Cerottini, J.-C. *Nature* 334, 578-579 (1986).
3. Abastado, J. P., Darche, S., Godeau, F., Cami, B. & Kourilsky, P. *Proc. natn. Acad. Sci. U.S.A.* 84, 6496-6500 (1987).
4. Maryanski, J. L., Accolla, R. S. & Jordan, B. J. *Immun.* 136, 4340-4347 (1986).
5. Burgert, H.-G., Maryanski, J. L. & Kvist, S. *Proc. natn. Acad. Sci. U.S.A.* 84, 1356-1360 (1987).
6. Maryanski, J. L. *et al. Proc. 18th International Leukocyte Culture Conf.* (in the press).
7. Abastado, J. P. *et al. J. exp. Med.* 166, 327-340 (1987).
8. Scholler, J., Shimonkevitz, R., MacDonald, H. R. & Kvist, S. *J. exp. Med.* 164, 1823-1834 (1986).
9. Sherman, L. A. *Nature* 297, 511-513 (1982).
10. Cowan, E. P., Jordan, B. R. & Coligan, J. E. *J. Immun.* 135, 2835-2841 (1985).
11. Bjorkman, P. J. *et al. Nature* 329, 506-512 (1987).
12. Bjorkman, P. J. *et al. Nature* 329, 512-518 (1987).
13. Heber-Katz, E. *et al. J. exp. Med.* 155, 1086-1099 (1982).
14. Claverie, J. M. & Kourilsky, P. *Ann. Immun. (Inst. Pasteur)* 137D, 425-442 (1986).
15. Babbit, B. P., Allen, P. M., Matsueda, G., Haber, E. & Unanue, E. R. *Nature* 317, 359-361 (1985).
16. Buus, S. *et al. Proc. natn. Acad. Sci. U.S.A.* 83, 3968-3971 (1986).
17. Buus, S., Sette, A., Colon, S. M., Jenis, D. M. & Grey, H. M. *Cell* 47, 1071-1077 (1986).
18. Buus, S., Sette, A., Colon, S. M., Miles, C. & Grey, H. M. *Science* 235, 1353-1358 (1987).
19. Guillet, J-G., Lai, M. Z., Briner, T. J., Smith, J. A. & Gefter, M. L. *Nature* 324, 260-262 (1986).
20. Guillet, J. G. *et al. Science* 235, 865-870 (1987).
21. Colbre-Garapin, F., Chousterman, S., Horodniceanu, F., Kourilsky, P. & Garapin, A. C. *Proc. natn. Acad. Sci. U.S.A.* 76, 3755-3759 (1979).
22. Greenstein, J. L., Malissen, B. & Burakoff, S. J. *J. exp. Med.* 162, 369-374 (1985).
23. Cochet, M. *et al. J. Immunogenetics* 24, 267-274 (1986).
24. Pala, P. *et al. J. Immun.* (in the press).
25. Maryanski, J. L., Pala, P., Cerottini, J.-C. & Corradin, G. *J. exp. Med.* (in the press).

# Anti-cachectin/TNF monoclonal antibodies prevent septic shock during lethal bacteraemia

Kevin J. Tracey*‡, Yuman Fong*, David G. Hesse*, Kirk R. Manogue‡, Annette T. Lee‡, George C. Kuo†, Stephen F. Lowry*§ & Anthony Cerami‡

* Laboratory of Surgical Metabolism, Department of Surgery, New York Hospital-Cornell University Medical Center, New York, New York 10021, USA
† Chiron Research Laboratories, Emeryville, California 94608, USA
‡ Laboratory of Medical Biochemistry, Rockefeller University, New York, New York 10021, USA

**Bacterial infection of the mammalian bloodstream can lead to overwhelming sepsis, a potentially fatal syndrome of irreversible cardiovascular collapse (shock) and critical organ failure. Cachectin, also known as tumour necrosis factor, is a macrophage-derived peptide hormone released in response to bacterial lipopolysaccharide, and it has been implicated as a principal mediator of endotoxic shock, although its function in bacterial sepsis is not known. Anaesthetized baboons were passively immunized against**

§ To whom correspondence should be addressed.

© 1987 Nature Publishing Group

**Table 1** Survival after pre-treatment with monoclonal anti-cachectin F(ab')₂ fragments during live gram-negative bacteraemia

| Group | n | Survivors | Mean survival time (h+s.e.m.) |
|---|---|---|---|
| Controls | 6 | 0 | 13.3 ± 3.5 |
| Antibody (−1 h) | 3 | 0 | 17.4 ± 2.6 |
| Antibody (−2 h) | 3 | 3 | sacrificed* |

Female *Papio anubis* baboons (13.1 ± 0.6 kg) from the Charles River Primate Center (Port Jefferson, New York) were housed for a minimum of two weeks in the animal care facilities of the New York Hospital-Cornell University Medical Center (CUMC). The experimental protocol was reviewed and approved by the Institutional Animal Care and Use Committee at CUMC. Animals were free of infections or parasites, with haematocrits exceeding 36%. Food intake was restricted for 12 h before the experiment. Each baboon was immobilized with ketamine (14 mg kg⁻¹, i.m.) and the cephalic vein cannulated with a 20-gauge Teflon catheter; sodium pentobarbital was administered (2.0 mg kg⁻¹ intravenously, at 30 min intervals) to maintain anaesthesia. The trachea was intubated with a cuffed tube and animals maintained spontaneous respirations on warming blankets. The superficial femoral vessels were exposed aseptically in one hindlimb; the artery was cannulated and connected to a pressure transducer used for the continuous monitoring of blood pressure and heart rate; the vein was cannulated with a flow-directed, thermodilution catheter (American Edwards Laboratories) which was guided into the pulmonary artery for measurement of pulmonary artery pressure and cardiac output. Control baboons were injected with carrier vehicle (5 ml 0.9% saline per kg, intravenous) by constant infusion over 30 min at *t* = −1 h (*n* = 3) or *t* = −2 h (*n* = 3). Experimental animals received anti-cachectin antibody F(ab')₂ fragments (10 mg F(ab')₂/kg in 5 ml 0.9% saline per kg) administered by constant intravenous infusion for 30 min beginning at *t* = −1 h or *t* = −2 h as indicated. Investigators were not informed whether infused carrier contained F(ab')₂. Lyophilized *E. coli* 086:B7 (from G. T. Shires) were used to inoculate slant cultures on tryptic soy broth agar²³; viability counts of the inoculum were determined by standard dilution techniques. At time zero, baboons received an infusion of 1.2 ± 0.3 × 10¹¹ live bacteria per kg body weight delivered into the aorta by constant infusion for 30 min; animals were maintained under anaesthesia and monitored continuously for 10 h, vital signs being recorded every 15 min, pulmonary artery pressures every 30 min, and cardiac output hourly.

* Animals surviving longer than 48 h were considered survivors and were subsequently sacrificed for necropsy at 2 d, 4 d, or 7 d.

endogenous cachectin and subsequently infused with an LD₁₀₀ dose of live *Escherichia coli*. Control animals (not immunized against cachectin) developed hypotension followed by lethal renal and pulmonary failure. Neutralizing monoclonal anti-cachectin antibody fragments (F(ab')₂) administered to baboons only one hour before bacterial challenge protected against shock, but did not prevent critical organ failure. Complete protection against shock, vital organ dysfunction, persistent stress hormone release and death was conferred by administration of antibodies 2 h before bacterial infusion. These results indicate that cachectin is a mediator of fatal bacteraemic shock, and suggest that antibodies against cachectin offer a potential therapy of life-threatening infection.

Sepsis can occur as a primary disease process or secondarily complicate other disease states, and is associated with a high mortality, despite antibiotic therapy[1,2]. Immunocompromised patients, such as those with malignancy, trauma or AIDS (acquired immune deficiency syndrome), are particularly susceptible. The toxicity of gram-negative bacteraemia was originally attributed to endotoxin/lipopolysaccharide (LPS), because many of the deleterious consequences of bacterial sepsis can be induced by LPS administration[3], but endogenous cytokines, rather than LPS itself, are now known to mediate the homeostatic abnormalities during endotoxaemia[4-7]. Serum levels of cachectin achieve nanomolar concentrations in experimental models of lethal endotoxaemia[7,8]: when infused into healthy animals, recombinant human-cachectin can induce haemodynamic collapse, counter-regulatory hormone release,

Amgen v. Ariad
Ravetch Dep Exhibit
16

NATURE VOL. 330 17 DECEMBER 1987 — LETTERS TO NATURE — 663



Fig. 1 *a*, Mean arterial blood pressure (MAP) and *b*, cardiac output in individual baboons during experimental primate bacteraemia. Intravenous *E. coli* was infused during the time indicated by the solid bars. The control (open triangle) received saline at $t = -2$ h; anti-cachectin F(ab')$_2$ was given at either $t = -1$ h (open circles) or $t = -2$ h (filled circles), as indicated. To more closely approximate the typical clinical resuscitation of septic human patients, and to minimize intravascular dehydration (which can confuse the interpretation of cardiovascular responses), Ringer's lactate solution was administered intravenously at a rate of 2 ml per kg·h throughout the study period. Additional Ringer's lactate was administered as a bolus (10 ml kg$^{-1}$ over 15 min) if the pulmonary capillary wedge pressure (PCWP) fell below 2 mm Hg. PCWP was measured immediately after completion of the fluid bolus and the infusion repeated if necessary. Intravenous fluid administration was suspended if the PCWP was maintained at ≥3 mm Hg.

and critical organ injury in a pattern which is strikingly similar to that observed during lethal endotoxaemia[9,10]. Polyclonal antibodies raised against cachectin prevented death during subsequent endotoxaemia in mice, suggesting that cachectin might mediate lethal endotoxaemia[11]. Although LPS initiates the pathology of gram-negative sepsis, and cachectin can reproduce lethal endotoxaemia, it remains unclear whether cachectin is a necessary stimulus to septic shock.

In the present study, we produced lethal bacteraemia in baboons and specifically blocked endogenous cachectin by passive immunization with monoclonal anti-cachectin F(ab')$_2$ fragments. Anaesthetized baboons were monitored for blood pressure, pulmonary arterial pressure and cardiac output as described in the legend to Table 1, with one control and one F(ab')$_2$ antibody-treated animal studied simultaneously. Solutions were administered intravenously either 1 or 2 h before an LD$_{100}$ dose of live *E. coli*[12,13], given by intra-aortic infusion. All animals surviving the 10-h study period were treated with an antibiotic (5 mg gentamicin kg$^{-1}$ by intramuscular injection twice daily).

Maximal plasma cachectin levels ($21.5 \pm 3.8$ ng ml$^{-1}$, mean ± s.e.m.) in the controls were observed between 1.5–2.5 h following the *E. coli* infusion, as assayed by a cachectin enzyme-linked immunosorbent assay (ELISA) (ref. 14). The concentration of serum cachectin returned from nanomolar to below detectable levels (34 pg ml$^{-1}$) 4–6 h after bacterial infusion; this rapid disappearance is consistent with previous observations during experimental endotoxaemia[8,14], and the magnitude of the response is sufficient to induce lethal shock[10]. In contrast, the administration of neutralizing anti-cachectin antibodies attenuated the circulating cachectin response (Table 2). The non-immunized (control) baboons rapidly succumbed to the lethal effects of gram-negative bacteraemia (Table 1). The infusion of live bacteria in the unprotected controls typically induced an acute decrease in both blood pressure and in pulmonary capillary wedge pressure, and an increase in heart rate (from 120 beats per min at baseline to ·>190 beats per min at 2 h) (Fig. 1). Cardiac output increased transiently with administration of intravenous fluid and in response to endogenous adrenaline release (Table 2). With the development of sepsis in controls, there was an inexorable decline in cardiac output, worsening shock, vital organ injury, and anuric renal failure associated

| Table 2  Systemic hormone and leukocyte responses to live *E. coli* bacteraemia after pre-treatment with anti-cachectin F(ab')$_2$ | | | | | | |
|---|---|---|---|---|---|---|
| | $n$ | Sample time (h)* | Cachectin (ng ml$^{-1}$) | Adrenaline (pg ml$^{-1}$) | Noradrenaline (pg ml$^{-1}$) | Glucagon (pg ml$^{-1}$) | Leukocytes ($\times 10^3$ cells µl$^{-1}$) |
| Controls | 6 | $-2$ | <0.04 | $165 \pm 27$ | $382 \pm 40$ | $115 \pm 17$ | $13.2 \pm 0.8$ |
| | | 2 | $16.7 \pm 0.3$ | $973 \pm 302$ | $2,344 \pm 960$ | $289 \pm 34$ | $1.1 \pm 0.1$ |
| | | 8 | <0.04 | $3,012 \pm 861$ | $3,413 \pm 1,156$ | >1200 | $1.2 \pm 0.1$ |
| Antibody ($-1$ h) | 3 | $-2$ | <0.04 | $129 \pm 26$ | $958 \pm 599$ | $134 \pm 48$ | $9.3 \pm 0.9$ |
| | | 2 | $1.2 \pm 0.9$ | $1,785 \pm 1,135$ | $2,591 \pm 934$ | $293 \pm 92$ | $1.0 \pm 0.2$ |
| | | 8 | <0.04 | $3,202 \pm 1,087$ | $3,934 \pm 676$ | >1200 | $1.4 \pm 0.2$ |
| Antibody ($-2$ h) | 3 | $-2$ | <0.04 | $191 \pm 25$ | $419 \pm 87$ | $156 \pm 16$ | $12.1 \pm 1.1$ |
| | | 2 | <0.04 | $550 \pm 162$ | $491 \pm 322$ | $574 \pm 14$ | $3.6 \pm 1.2$ |
| | | 8 | <0.04 | $160 \pm 16$ | $372 \pm 110$ | $365 \pm 123$ | $8.2 \pm 4.0$ |

Murine monoclonal antibodies against recombinant human cachectin were produced in mouse ascites fluid and immunoglobulin (IgG) prepared by ammonium sulphate fractionation. The F(ab')$_2$ fragments were generated by pepsin digestion of IgG (10 mg ml$^{-1}$) with pepsin (0.02 mg ml$^{-1}$) in citrate buffer (pH 3.5) for 3 h at 37 °C (ref. 24). F(ab')$_2$ was purified by DEAE-Sepharose column chromatography and dialysed exhaustively against phosphate-buffered saline (pH 7.4). Neutralizing activity of the purified F(ab')$_2$ was determined in a standard bioassay based on L929-cell cytotoxicity[25,26]. Purified F(ab')$_2$ completely neutralized at least 50 ng ml$^{-1}$ of recombinant human cachectin ($10^8$ U mg$^{-1}$) at an antibody concentration of 10 µg ml$^{-1}$. The purified F(ab')$_2$ (10 µg ml$^{-1}$) also completely neutralized L929 cell cytotoxicity of baboon plasma collected 2.5 h after bacteraemia during a maximal cachectin response (L929 cell cytotoxicity equivalent to 100 ng ml$^{-1}$ r-human cachectin). The endotoxin/LPS content of the purified F(ab')$_2$ solution was less than 0.25 ng LPS per mg protein, as assayed by the Limulus amoebocyte lysate test. Baseline arterial blood was collected at $t = -2$ h after the pulmonary capillary wedge pressure had stabilized at 2–3 mm Hg. Samples were placed in ice, centrifuged (2,100 r.p.m., 4 °C, 20 min) and stored at $-70$ °C. Heparinized plasma was assayed for cachectin by ELISA (ref. 14); adrenaline and noradrenaline were assayed by radioenzymatic assay[27]; plasma for glucagon was collected with EDTA and aprotinin before analysis by radioimmunoassay[28]. Data recorded as mean ± standard error.
\* Samples were collected at the following times: baseline specimens (before the infusion of antibody or saline) at $t = -2$ h; after the start of the bacterial infusion ($t = 2$ h); and $t = 8$ h, or immediately before death.

© 1987 Nature Publishing Group

ARI-JR00437

LETTERS TO NATURE

NATURE VOL. 330 17 DECEMBER 1987

with a twofold increase in serum creatinine, followed by death from pulmonary oedema. These pathophysiological events are characteristic of lethal, hypodynamic sepsis[12,13].

Passive immunization of baboons with anti-cachectin antibody infused 1 h before bacterial challenge conferred beneficial cardiovascular effects (Fig. 1) but not complete protection against critical organ injury (Table 1). In contrast to the controls, blood pressure did not fall acutely after bacteraemia, but was maintained by a compensatory increase in heart rate (up to 175 beats per min) and cardiac output. Although acute cardiovascular collapse and shock were not observed, serious renal injury did occur, as evidenced by twofold increases of serum creatinine at 8 h and the development of anuria. Each of the baboons immunized 1 h before bacterial challenge developed fatal pulmonary oedema.

Should uniform distribution and tissue penetration of the antibody not have occurred within 1 h, we investigated protection using earlier passive immunization with anti-cachectin F(ab′)$_2$. When antibody was administered 2 h before E. coli, normal blood pressure was maintained during bacteraemia, significant tachycardia occurred only transiently, and shock was prevented. Neither did vital organ dysfunction occur or renal failure develop, and there was no evidence of pulmonary oedema. Animals recovered from anaesthesia, were active and healthy, and resumed eating within 24 h. No evidence of persisting sepsis or tissue injury was observed by physical examination or routine complete blood count until the time that animals were killed for necropsy. Thus, early passive immunization with monoclonal anti-cachectin antibodies protected against the effects of bacterial sepsis.

These results with anti-cachectin antibodies were not due to increased bacterial clearance in the immunized animals, or to bacteriocidal properties of the antibody solution: the viability of circulating bacteria 2 h after E. coli infusion was similar in the control ($3.1 \pm 0.5 \times 10^6$ CFU per ml) and immunized baboons ($3.9 \pm 0.8 \times 10^6$ CFU per ml), and decreased comparably in both groups within 4 h ($1.3 \pm 0.6 \times 10^5$ CFU per ml). During this period, the inhibition of cachectin by F(ab′)$_2$ resulted in improved cardiac output, suggesting that cachectin is necessary to provoke septic shock. The administration of F(ab′)$_2$ alone without bacterial challenge did not significantly change blood pressure, cardiac output or hormone counter-regulatory release over the 10-h monitoring period. Recovery from anaesthesia was uneventful, normal activity and food intake was resumed overnight and post-mortem examination was normal. The improved cardiovascular function in the antibody-treated bacteraemic animals cannot be attributed to differences in hydration status, because similar amounts of fluid were administered to all animals in accordance with a predetermined protocol (data not shown).

During sepsis, the systemic release of catabolic stress hormones in part mediates the maintenance of cardiovascular tone and mobilization of host energy stores[15]. We observed persistent increases in circulating adrenaline, noradrenaline, and glucagon in all animals succumbing to bacterial challenge (Table 2), but early pre-treatment with antibodies blunted the magnitude of later (8 h) counter-regulatory hormone responses in all survivors. We have previously shown that the infusion of recombinant cachectin produces hypotension and diminished cardiac output despite endogenous catecholamine production (which would normally increase cardiac output)[10]. As antibody administration is associated with improved cardiac output, the present data also suggest that sepsis-associated myocardial depression is due in part to cachectin.

It appears then that the normal injurious host responses elicited by overwhelming bacteraemia can be prevented if the effects of cachectin are blocked. The death of the infected host could result from an overexpression of cachectin during a normally beneficial immune response, somewhat analogous to anaphylactic shock, during which protective immune responses

are capable of inducing shock and death. It is probable that the provocative toxicity of cachectin arises in part from a direct effect on normal tissues, and in part from the release of other humoral factors. Complement activation, release of the interleukins, interferons and platelet-activating factor, and the induction of other cytokines would be expected to amplify and broaden the range of host responses[16–19].

Experimental models of endotoxaemia and sepsis perhaps differ from the indolent and progressive syndrome of multiple system organ failure in human patients, but cachectin has been implicated in human infections[20,21]. Levels of cachectin are frequently elevated during acute menigicoccal sepsis, when those patients with the highest cachectin levels die[22]. The prophylactic use of anti-cachectin antibodies in patients at high risk for overwhelming infection could protect against septic shock. Further experiments are needed to determine whether the administration of anti-cachectin antibodies during persisting infection or indolent sepsis will be beneficial.

The authors wish to thank E. Diane Spurgeon, Robin Solomon and He Wei for excellent technical assistance; and Harvey Cohen, Thomas Okarma and Patricia Olson for helpful discussions.

Received 27 August; accepted 19 October 1987.

1. Kreger, B. E. W., Craven, D. E. & McCabe, W. R. Am. J. Med. 68, 344–355 (1980).
2. Ziegler, E. J. et al. New Engl. J. Med. 307, 1225–1230 (1982).
3. Gilbert, R. P. Physiol. Rev. 40, 245–279 (1960).
4. Beutler, B. & Cerami, A. Nature 320, 584–583 (1986).
5. Beutler, B. & Cerami, A. New Engl. J. Med. 316, 379–385 (1987).
6. Tracey, K. J., Lowry, S. F. & Cerami, A. in TNF and Related Cytotoxins. CIBA Found. Symp 131, 88–108 (Wiley, London, 1987).
7. Tracey, K. J., Lowry, S. F. & Cerami, A. J. infect. Dis. (in the press.)
8. Beutler, B., Milsark, I. W. & Cerami, A. J. Immun. 135, 3972–3977 (1985).
9. Tracey, K. J. et al. Science 234, 470–474 (1986).
10. Tracey, K. J. et al. Surg. gynecol. Obstet. 164, 415–422 (1987).
11. Beutler, B., Milsark, I. W. & Cerami, A. Science 229, 869–871 (1985).
12. Cryer, P. E., Herman, C. M. & Sode, J. Ann. Surg. 174, 91–100 (1971).
13. Coalson, J. J., Hinshaw, L. B., Gueone, C. A., Berrel, E. I. & Greenfield, L. J. Lab. Invest. 32, 561–569 (1975).
14. Hesse, D. G. et al. Surg. gynecol. Obstet. (in the press).
15. Lowry, S. F. in Advances in Host Defense Mechanisms Vol. 6 (eds Gallin, J. I. & Fauci, A. S.) 169–190 (Raven, New York, 1986).
16. McCabe, W. R. New Engl. J. Med. 288, 21–23 (1973).
17. Dinarello, C. A. et al. J. exp. Med. 163, 1433–1450 (1986).
18. Darius, H., Lefer, D. J., Smith, J. B. & Lefer, A. M. Science 232, 58–60 (1986).
19. Cheng, S. W., Fedderson, C. O., Henson, P. M. & Voelkel, N. F. J. clin. Invest. 79, 1498–1509 (1987).
20. Scuderi, P. et al. Lancet ii, 1364–1365 (1986).
21. Tracey, K. J. et al. Surg. Forum 37, 13–15 (1986).
22. Waage, A., Halstensen, A. & Espevik, T. Lancet i, 355–357 (1987).
23. Pool, J. L. Surg. gynecol. Obstet. 132, 1–9 (1971).
24. Parham, P. J. Immun. 131, 2895–2899 (1983).
25. Peters, P. M. et al. J. Immun. 137, 2592–2598 (1986).
26. Carswell, E. A. et al. Proc. natn. Acad. Sci. U.S.A. 72, 3666–3670 (1975).
27. Passon, P. G. & Peuler, J. D. Analyt. Biochem. 51, 618–631 (1973).
28. Aquilar-Parada, A., Eisentraut, E. M. & Unger, R. H. Diabetes 18, 717–723 (1969).

# γ Interferon, CD8+ T cells and antibodies required for immunity to malaria sporozoites

Louis Schofield*, Jaime Villaquiran*, Arturo Ferreira†, Huub Schellekens‡, Ruth Nussenzweig* & Victor Nussenzweig†

Departments of Medical and Molecular Parasitology*, and Pathology†, New York University School of Medicine, New York, New York 10016, USA
‡ Primate Center TNO, Rijswijk, The Netherlands

This study was designed to test the hypothesis that T-cell effector mechanisms are required for protective immunity to malaria sporozoites. Administration of neutralizing monoclonal antibodies against γ interferon (γIFN) to immune hosts, reversed sterile immunity to sporozoite challenge, by allowing the growth of

© 1987 Nature Publishing Group

ARI-JR00438