# EXHIBIT 34

*Proc. Natl. Acad. Sci. USA*
Vol. 95, pp. 13859–13864, November 1998
Medical Sciences

# NF-κB activation provides the potential link between inflammation and hyperplasia in the arthritic joint

(arthritis/apoptosis/tumor necrosis factor α/Fas/gene therapy)

Alexei V. Miagkov*, Dmitry V. Kovalenko*, Chadwick E. Brown*, John R. Didsbury†, John P. Cogswell†, Stephen A. Stimpson†, Albert S. Baldwin‡§, and Sergei S. Makarov*¶

*Thurston Arthritis Research Center and ‡Lineberger Cancer Research Center and Department of Biology, University of North Carolina, Chapel Hill, NC 27599; and †Glaxo Wellcome Research Institute, Research Triangle Park, NC 27709

Communicated by Clyde A. Hutchison III, University of North Carolina, Chapel Hill, NC, September 10, 1998 (received for review February 22, 1998)

**ABSTRACT** The transcription factor NF-κB is a pivotal regulator of inflammatory responses. While the activation of NF-κB in the arthritic joint has been associated with rheumatoid arthritis (RA), its significance is poorly understood. Here, we examine the role of NF-κB in animal models of RA. We demonstrate that *in vitro*, NF-κB controlled expression of numerous inflammatory molecules in synoviocytes and protected cells against tumor necrosis factor α (TNFα) and Fas ligand (FasL) cytotoxicity. Similar to that observed in human RA, NF-κB was found to be activated in the synovium of rats with streptococcal cell wall (SCW)-induced arthritis. *In vivo* suppression of NF-κB by either proteasomal inhibitors or intraarticular adenoviral gene transfer of super-repressor IκBα profoundly enhanced apoptosis in the synovium of rats with SCW- and pristane-induced arthritis. This indicated that the activation of NF-κB protected the cells in the synovium against apoptosis and thus provided the potential link between inflammation and hyperplasia. Intraarticular administration of NF-κB decoys prevented the recurrence of SCW arthritis in treated joints. Unexpectedly, the severity of arthritis also was inhibited significantly in the contralateral, untreated joints, indicating beneficial systemic effects of local suppression of NF-κB. These results establish a mechanism regulating apoptosis in the arthritic joint and indicate the feasibility of therapeutic approaches to RA based on the specific suppression of NF-κB.

Inflammation and hyperplasia of the synovium are the hallmarks of rheumatoid arthritis (RA) (1). The normal synovium is a delicate tissue lining the joint capsule; however, in RA, the synovium transforms into an aggressive, tumor-like structure called the pannus (1, 2). It is a common belief that inflammation promotes hyperplasia in the synovium, but the underlying mechanisms for this are largely unknown.

Impaired regulation of apoptosis has been associated with RA (3–5). Experimental evidence suggests that tumor necrosis factor α (TNFα)- and Fas-mediated apoptosis is important in the regulation of hyperplasia in the synovium (5, 6). The human RA synovium contains a significant proportion of apoptotic cells (7, 8), and elevated expression of TNFα protein and functional FasL in the synovium is a common feature of RA (1, 9).

Gene expression is transcriptionally controlled by inducible transcription factors. The transcription factor NF-κB (reviewed in ref. 10) is particularly important in the regulation of inflammation. In unstimulated cells, NF-κB is retained in the cytoplasm through an interaction with inhibitory proteins

known as IκB. Cell stimulation causes degradation of IκB, leading to nuclear translocation of NF-κB and activation of transcription. Inducers of NF-κB include interleukin (IL)-1, TNFα, platelet-derived growth factor, lipopolysaccharide, oxidative stress, and viral products. In turn, NF-κB can activate transcription of IL-1, TNFα, IL-6, IL-8, the adhesion molecules ICAM-1 (intercellular adhesion molecule-1), VCAM-1 (vascular cell adhesion molecule 1), E-selectin, the growth factor granulocyte/macrophage colony-stimulating factor, and inducible nitric oxide synthase. Since NF-κB is activated in human RA synovium (11, 12), and the list of inducers and targets of NF-κB almost perfectly matches the profile of mediators of inflammation in RA, this suggests an important role of NF-κB in the control of inflammation in the synovium. Furthermore, the recent discovery of a protective function of NF-κB against the cytotoxicity of TNFα (13–16) suggests the involvement of this transcription factor in the regulation of apoptosis in the synovium.

Here, we used animal models of RA to examine the relationship between inflammation, activation of NF-κB, and apoptosis in the synovium. We demonstrate that in primary synovial fibroblasts, NF-κB is required for induction of multiple inflammatory molecules, including IL-1β and TNFα. Specific suppression of NF-κB potentiated TNFα- and FasL-mediated apoptosis. Similar to that in human RA, NF-κB was found activated in the synovium of rats with streptococcal cell wall (SCW) arthritis. Suppression of NF-κB by intraarticular (i.a.) administration of proteasomal inhibitors and i.a. adenoviral gene transfer of super-repressor IκBα (srIκBα) profoundly enhanced apoptosis in the synovium of rats with SCW- and pristane-induced arthritis. This indicated that activation of NF-κB by inflammation inhibited apoptosis in the synovium, thereby potentially contributing to hyperplasia. Administration (i.a.) of NF-κB decoy oligodeoxynucleotides (ODNs) significantly inhibited the severity of recurrent SCW arthritis in treated joints. Unexpectedly, the severity of arthritis also was inhibited in untreated, contralateral joints, indicating systemic therapeutic effects of local treatment.

Abbreviations: RA, rheumatoid arthritis; SCW, streptococcal cell wall-induced arthritis; Ad, adenoviral; PG-APS, peptidoglycan-polysaccharide complex; TNFα, tumor necrosis factor α; FasL, Fas ligand; IL, interleukin; i.a. intraarticular; ODN, oligodeoxynucleotide; CMV, cytomegalovirus; wt, wild type; mut, mutated; EMSA, electrophoretic mobility-shift assay; TUNEL, terminal deoxynucleotidyltransferase-mediated UTP end labeling; Ab, antibody; GFP, green fluorescent protein.
§To whom reprint requests should be addressed at: 222 Lineberger Comprehensive Cancer Center, CB 7295, University of North Carolina, Chapel Hill, NC 27599.
¶To whom reprint requests should be addressed at: 4109 Thurston Arthritis Research Center, CB 7280, University of North Carolina, Chapel Hill, NC 27599. e-mail: smak@med.unc.edu.

The publication costs of this article were defrayed in part by page charge payment. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. §1734 solely to indicate this fact.

© 1998 by The National Academy of Sciences 0027-8424/98/9513859-6$2.00/0
PNAS is available online at www.pnas.org.

Amgen v. Ariad
Ravetch Dep Exhibit
8

ARI-JR00112

13860   Medical Sciences: Miagkov *et al.*                    *Proc. Natl. Acad. Sci. USA* 95 (1998)

## MATERIALS AND METHODS

**Adenoviral (Ad) Vectors.** The Ad vectors were derivatives of
Ad5 adenovirus with deleted E1A and E1B regions. Expression of the transgene was driven by the cytomegalovirus
(CMV) promoter. The srIκBα cDNA was obtained by a double
point mutation of cDNA of IκBα (Ser 32/36 to Ala 32/36) (17,
18). The resulting construct was subcloned into pAdCMV
transfer vector (Genvec, Rockville, MD) and cotransfected
with the linearized vector IN34051 into the HEK 293 cells. The
Ad virus was purified on a CsCl gradient and dialyzed. The
recombinant AdLacZ and AdGFP vectors (gift of Doug
McCarty, Vector Core facility, University of North Carolina)
were derivatives of Ad5 with deleted E1 and E3 regions.

**NF-κB Decoys.** The ODNs were synthesized as phosphorothioate (PT) derivatives, which are resistant to degradation by
endonucleases. The single-stranded (ss) ODNs sequences were
as follows (5′ → 3′): wt κB-PT: CTGGGGACTTTCCAT
(underlined is κB-binding site from the HIV long terminal
repeat); mut κB-PT: TAACCGACTTTGCAT; fluorescein-labeled wt κB-PT: fluorescein-CTGGGGACTTTCCAT. Desalted ODNs were extracted with phenol/chloroform and
purified on the C₁₈ Sephac cartridges (Waters). The double-stranded (ds) ODNs were prepared by annealing the ss ODNs
in 150 mM NaCl, and unannealed ss ODNs were removed by
using Probind columns (Waters). For *in vivo* delivery, the ds
ODNs were mixed with DOTAP (Boehringer Mannheim) at
the ratio of 1:1 (wt/wt) in the buffer containing 140 mM
NaCl/7 mM Hepes, pH 7.5, and injected i.a. in a volume of 10
μl.

**Synoviocytes.** Fibroblast-like synoviocytes were established
by enzymatically dispersing synovial explants from rats with
SCW arthritis (19). Cells were maintained in RPMI 1640
medium supplemented with 10% FBS and antibiotics.

**Luciferase Assay.** The reporter plasmids 3x wild-type (wt)
κBLUC and 3x mutated (mut) κBLUC containing three
repeats of the wt or mut κB sites from the class I major
histocompatibility complex enhancer were described previously (20). The plasmids were purified from endotoxin by using
Detoxigel (Pierce). Cells were transiently transfected with
DOTAP. One day later, cells were stimulated and the luciferase activity was determined by using a chemiluminometer
and normalized on total protein.

**Electrophoretic Mobility-Shift Assay (EMSA).** The nuclear
extracts of stimulated cells were incubated with a ³²P-labeled
ds UV21 probe containing the κB-binding site and resolved on
nondenaturing polyacrylamide gel (19). Where indicated, a
competitive cold probe was included along with the radiolabeled probe at the molar ratio of 100:1. For the supershift
analysis, anti-RelA antibody (Ab) sc109 (Santa Cruz Biotechnology) was included in the reactions.

**Northern Blotting.** Synoviocytes were transduced at the
third passage with the AdCMV or AdsrIκBα adenoviruses at the
multiplicity of infection of 100. Two days later, cells were
stimulated and total RNA was extracted and resolved on a
formaldehyde agarose gel (10 μg/lane). Blots were consecutively hybridized with ³²P-labeled DNA probes to rat IL-1β
(gift of A. Shaw, Glaxo), rat IL-6 (American Type Cell
Collection (ATCC)), rat TNFα (gift of K. Decker, Universität
Freiburg, Germany), rat VCAM-1 (gift of T. Collins, Harvard
Medical School, Cambridge, MA), and mouse GAPDH
(ATCC).

**Cytotoxicity Assay.** Cell viability *in vitro* was determined by
using the MTT assay. Synoviocytes (second to fourth passages)
were transduced with Ad vectors and 2 days later stimulated
with rat TNFα (rTNFα) (BioSource) or FasL (Alexis) for an
additional 24 hr. At the end of treatment, cells were incubated
for 4 hr in the growth medium containing MTT (0.5 mg/ml).
The precipitate was solubilized, and the number of live cells
was determined with a spectrophotometer.

**Western Blotting.** The animals were sacrificed at the indicated intervals after i.a. injection of Ad vectors. Excised joints
were pulverized in liquid nitrogen and extracted in a buffer (20
mM Tris, pH 7.6/140 mM NaCl/2.5% Triton X-100) supplemented with protease and proteasomal inhibitors [2 mM
phenylmethylsulfonyl fluoride/4 μg/ml aprotinin/2 μg/ml leupeptin/10 μM MG132 (Peptides International)]. The extracts
were resolved on SDS/PAGE, transferred to nitrocellulose,
and immunodetected using primary Ab against human IκBα
(Rockland, Gilbertsville, PA) and green fluorescent protein
(GFP) (CLONTECH).

***In Situ* Detection of Apoptosis.** Synovial tissue explants were
cut into 5-μm cryostat sections, and apoptosis was evaluated by
using a quantitative terminal deoxynucleotidyltransferase-mediated UTP end labeling (TUNEL) assay. After a brief
fixation in acetone/methanol, samples were stained with a
fluorescent In Situ Cell Death Detection kit (Boehringer



Fig. 1.  Suppression of NF-κB inhibits inflammatory responses in
primary rat synovial fibroblasts. (*A*) Induction of NF-κB-mediated
transcription *in vitro*. For luciferase assay, cells were transfected with
a 3x wt κBLUC reporter vector followed by an overnight incubation
in a low serum (0.5% FBS) medium and stimulated for 3 hr with IL-1β
(10 ng/ml), lipopolysaccharide (10 μg/ml), and TNFα (10 ng/ml). The
specificity of NF-κB activation was determined by assessing the
expression of a 3x mut κBLUC vector (data not shown). (*B*) Induction
of NF-κB DNA-binding activity. For EMSA, quiescent synoviocytes
were stimulated for 1 hr with lipopolysaccharide (10 μg/ml) and TNFα
(10 ng/ml). The nuclear extracts were preincubated with a radiolabeled κB probe and resolved on PAGE. The specificity of NF-κB
binding was assessed by including an excessive amount (100:1) of cold
wt and mut NF-κB decoys into the binding reactions. Both major
NF-κB bands (arrows) contained RelA subunits, as determined by the
supershift by a RelA (p65) Ab (data not shown). (*C*) SrIκBα
expression inhibits NF-κB activation *in vitro*. Cells were transduced
with indicated Ad vectors and 2 days later stimulated with TNFα (100
ng/ml) for 30 min. NF-κB DNA-binding activity was determined by
EMSA as in *B*. (*D*) Suppression of NF-κB inhibits inflammatory
responses *in vitro*. For Northern blotting, cells were transduced as
indicated in the legend to *C* and stimulated with IL-1β (10 ng/ml) and
TNFα (10 ng/ml). Total RNA was analyzed by sequentially hybridizing
this blot with indicated radiolabeled probes.

ARI-JR00113

Medical Sciences: Miagkov et al.

*Proc. Natl. Acad. Sci. USA 95* (1998)    13861

Mannheim) and examined under a fluorescence microscope. Discrimination and count of bright apoptotic cells were facilitated by using a digital charge-coupled device camera with IMAGE 1/METAMORPH software (Universal Imaging, Media, PA). The total number of cells in the field was counted based on a blue fluorescence of 4′,6-diamidino-2-phenylindole-counterstained nuclei.

**Immunodetection of Activated NF-κB and AdsrIκBα Expression.** Cryostat sections of synovial explants were air-dried, fixed in the paraformaldehyde, and immunostained with a primary Ab against human IκBα (Rockland) (final dilution 1:200). The expression of srIκBα was assessed by immunostaining with an mAb against human RelA NLS (12, 21) (Boehringer Mannheim) (final dilution 1:100). Immunostaining was visualized by using the HRP ABC Vectastain kit (Vector). The specificity of NF-κB immunodetection was assessed by immunostaining serial cryostat sections with the primary Ab preabsorbed with the RelA NLS peptide (21) (Quality Control Biochemicals, Hopkington, MA).

**Rat Models of Arthritis.** The model of recurrent SCW arthritis was reproduced as described (19, 22). Female Lewis rats (Charles River Breeding Laboratories) weighing ≈150 g were injected into both ankle joints with 5 μg of a rhamnose equivalent of peptidoglycan–polysaccharide complex (PG-APS) (fraction 10s) (19, 21) isolated from group A streptococci. Four weeks later, reactivation of arthritis was induced by i.v. injection of PG-APS at a dose of 200–300 μg. The severity of arthritis was assessed as described (19). The model of pristane polyarthritis was reproduced as described (23). Fe-



FIG. 2. Suppression of NF-κB potentiates the TNFα- and FasL-induced cytotoxicity in rat synovial fibroblasts. (*A*) The expression of srIκBα potentiates the cytotoxicity of TNFα. Cells were transduced in duplicate with the AdsrIκBα vector and, 2 days later, stimulated with indicated concentrations of TNFα for an additional 24 hr. The cell viability was determined by using the MTT assay. (Bars = SD.) The significance of difference was calculated by using unpaired two-tailed Student's *t* test. Data are representative of two experiments. (*B*) Activation of NF-κB by FasL inhibits the cytotoxicity of FasL. (*Upper*) Induction of NF-κB DNA-binding activity by FasL. For EMSA, cells were stimulated with FasL (100 ng/ml). and NF-κB DNA-binding activity was determined by EMSA as described in the legend to Fig. 1B. The nuclear extracts of TNFα-stimulated cells (see Fig. 1C) were used as a positive control. (*Lower*) srIκBα expression potentiates cytotoxicity of FasL. Cells were transduced in duplicate with the AdsrIκBα vector and, 2 days later, stimulated with the indicated concentrations of FasL for an additional 24 hr. Control, untransduced cells. The cell viability was determined by using the MTT assay. The significance of difference was calculated by using unpaired two-tailed Student's *t* test. (Bars = SD.) Data are representative of three experiments.

male DA rats (Harlan Breeders, Indianapolis) weighing ≈180 g received a s.c. injection of 0.15 ml of pristane into the base of the tail (Sigma). At day 12, animals were divided into groups with a similar degree of inflammation in ankle joints and i.a. injected with 10 μl of Ad vectors.

## RESULTS

**NF-κB Controls Inducible Expression of Inflammatory Molecules in Synoviocytes in Vitro.** To assess the role of NF-κB in controlling inflammatory responses in synoviocytes, NF-κB activation was suppressed by expression of srIκBα. The srIκBα is a mutant form of wt IκBα (17). In contrast to wt IκBα, srIκBα cannot be phosphorylated and degraded and thus affords strong inhibition of NF-κB (18). Stimulation of primary rat synovial fibroblasts with IL-1, TNFα, and lipopolysaccharide induced DNA-binding and transcriptional activity of NF-κB (Fig. 1A and B). The DNA-binding activity was composed of two major complexes, both of which contained the RelA (p65) subunit of NF-κB (Fig. 1B). Expression of srIκBα ablated NF-κB activation (Fig. 1C) and strongly inhibited the induction of IL-1β, TNFα, IL-6, and VCAM-1 messages by TNFα and IL-1 (Fig. 1D). This indicated the requirement of NF-κB activation for induction of IL-1, IL-6, and TNFα in synovial fibroblasts and suggested the involvement of NF-κB in VCAM-1-mediated recruitment of inflammatory cells to the RA joints.

**Suppression of NF-κB Activation Potentiates the Cytotoxicity of TNFα and FasL in Rat Synoviocytes.** Activation of NF-κB provides protection against the cytotoxicity of TNFα in a variety of cell types (13–16). TNFα and FasL are important mediators of apoptosis in RA (5–9), and, therefore, we examined the potential involvement of NF-κB in TNFα- and FasL-mediated apoptosis in synovial fibroblasts. We found that similar to TNFα (Fig. 1B and C), recombinant FasL (Fig. 2B) induced NF-κB activation in synovial fibroblasts, although with a slower kinetics (Fig. 2B). Untransduced cells and those transduced with a control AdCMV vector were equally resistant to TNFα and FasL cytotoxicity, but AdsrIκBα expression rendered the cells susceptible to both TNFα- and FasL-induced apoptosis (Fig. 2 A and B). These findings demonstrate that in primary synovial fibroblasts, activation of NF-κB



FIG. 3. Induction of the recurrence of SCW arthritis is associated with activation of NF-κB in the synovium. Activated NF-κB was detected by HPR immunostaining by using primary mAb against RelA NLS (21). (*a*) Normal synovium. Original magnification, ×200. (*b*) Inflamed synovium at day 1 after reactivation of SCW arthritis. Original magnification, ×200. (*c*) Same as *b*; original magnification, ×400. (*d*) Control immunostaining of the inflamed synovium (day 1 after reactivation) by using an mAb preabsorbed with a RelA NLS peptide. Original magnification, ×200. Data are representative of two experiments.

13862    Medical Sciences: Miagkov *et al.*                    *Proc. Natl. Acad. Sci. USA 95 (1998)*

serves as a protective mechanism against the cytotoxicity of TNFα and FasL. Since TNFα is a potent mitogen in synovial fibroblasts (24), NF-κB activation appears to be a master switch determining whether TNFα elicits mitogenic or cytotoxic responses. Similar to that with TNFα, activation of NF-κB in synoviocytes by FasL provided a negative feedback to the cytotoxic action of FasL. Therefore, these results strongly suggested the potential involvement of NF-κB in the protection of synovial cells against apoptosis in the synovium, where both FasL and TNFα are overexpressed (3, 5, 9).

**The Onset of SCW Arthritis Coincides with Activation of NF-κB in the Synovium.** Based on our *in vitro* data, we next assessed the role of NF-κB in the regulation of apoptosis *in vivo*. For these studies, we employed the model of recurrent SCW arthritis in rats, which truly reproduces many features of human RA (21). In this model, initial i.a. injection of PG-APS produces transient acute joint inflammation. Several weeks later, a recurrence of chronic inflammation in the preinjured joint can be induced by i.v. injection of PG-APS. This model provides a predictable recurrence of chronic inflammation that reaches a peak in 2–4 days after the i.v. injection (21).

The activation of NF-κB in human RA synovium has been well documented (11, 12). To assess NF-κB activation in the SCW rat synovium, we used immunostaining with an mAb specifically recognizing activated NF-κB (12). Activated NF-κB was absent in the normal rat synovium (Fig. 3a) and hardly detectable in rats at 5 weeks after the initial i.a. injection of PG-APS (data not shown). Reactivation of SCW arthritis caused strong activation of NF-κB (Fig. 3c), which persisted for

at least 4 days (data not shown). Thus, similar to that in human RA, SCW arthritis is associated with activation of NF-κB in the synovium.

**Inhibitors of NF-κB Accelerate Apoptosis in the Inflamed Synovium.** Numerous studies demonstrated the presence of apoptosis in human RA synovium (7, 8). Similar to that in human RA, we found that SCW rat arthritic joints contained a significant proportion of apoptotic cells. As assessed by a quantitative TUNEL assay, 1 day after reactivation of SCW arthritis, the average frequency of apoptosis in the synovium was approximately 6.6%. This was independently confirmed by detecting apoptotic fragmentation in genomic DNA isolated from the whole joint (D.K. and S.M., unpublished data).

To explore the role of NF-κB in the regulation of apoptosis *in vivo*, we utilized two approaches. In an initial experiment, we assessed proteasome inhibitor peptide aldehyde MG132, which inhibits NF-κB by preventing IκBα degradation (25). Administration (i.a.) of MG132 dramatically increased the frequency of apoptosis in SCW arthritic joints (9.3% in the control, vehicle-treated rats vs. 25.8% in MG132-treated rats, *P* < 0.01) (Fig. 4A and D). To substantiate these data, we employed a more specific approach based on Ad gene transfer of srIκBα. Ad gene transfer (i.a.) affords efficient transduction *in vivo*, targeting both fibroblast- and macrophage-like synoviocytes (26, 27). In our study, low titers (≤10⁷ plaque-forming units/joint) of i.a. injected Ad vectors did not cause apparent gross inflammation (data not shown), yet afforded an appreciable expression of srIκBα protein (Fig. 4B). I.a. injected AdsrIκBα did not increase apoptosis in the normal rat joint (data not shown), but significantly accelerated apoptosis in the



**FIG. 4.** Inhibitors of NF-κB accelerate apoptosis in the inflamed rat synovium. (*A*) Proteasomal inhibitor MG132 induces apoptosis in the SCW arthritic joint. At day 1 after reactivation of the recurrence of SCW arthritis, ankle joints were injected either with MG132 dissolved in 10% DMSO (5 µg/joint) (*a* and *c*) or with the vehicle (*b*). One day later, synovial tissue was explanted and apoptosis was assessed by using TUNEL assay. Some apoptotic cells are indicated by the arrowheads. Original magnification, ×100. (*B*) *In vivo* adenovirus-mediated gene transfer of srIκBα into the SCW arthritic joints. One day after reactivation of SCW arthritis, ankle joints were injected with the AdsrIκBα vector. Two days later, synovial tissue was explanted and srIκBα expression was assessed by HRP immunostaining for human IκBα (*b*). The specificity detection was confirmed by immunostaining the AdCMV-transduced joints (*a*). Data are representative of two experiments. Original magnification, ×200. (*C*) *In vivo* gene transfer of srIκBα induces apoptosis in the SCW arthritic joint. At day 1 after reactivation of SCW arthritis, ankle joints were injected either with the AdsrIκBα (*c*) or with the AdCMV (*b*) vectors. One day later, synovial tissue was explanted and apoptosis was assessed by using TUNEL assay. Some of apoptotic cells are indicated by the arrowheads. Note nuclear fragmentation in apoptotic cells. Data are representative of two experiments. Original magnification, ×1,000. (*D*) Quantitative assessment of apoptosis in SCW arthritic joints. A summary of the experiments is described in the legends to *A* and *C*. Each bar represents the average percentage of apoptotic cells counted in randomly chosen fields. (Bars = SD.) The frequency of apoptosis was counted at a low magnification in the indicated numbers of randomly chosen fields and compared with that in untransduced SCW arthritic rat synovium (the first bar in the row). MG 132, 12 fields in the explants of four joints; vehicle, 12 fields in the explants of four joints; AdsrIκBα, nine fields in the explants of three joints; AdCMV, nine fields in the explants of three joints. The significance of the difference between treated and untreated SCW joints was calculated by using unpaired two-tailed Student's *t* test. (*E*) Time course of AdGFP (*Upper*) and AdsrIκBα (*Lower*) expression in rats with pristane-induced arthritis. Rats with established pristane arthritis received AdsrIκBα or AdGFP vectors into both ankle joints. Expression of the transgene was analyzed by Western blotting. (*Upper*) Immunodetection of Ad GFP in AdGFP-transduced joints. GFP, the arrow indicates the position of the band of recombinant GFP protein (not shown). (*Lower*) Immunodetection of srIκBα in AdsrIκBα-transduced joints. Pos., a positive control (*in vitro* AdsrIκBα-transduced cells); Neg., a negative control (*in vitro* AdCMV-transduced cells); srIκBα, the arrow indicates the position of the band of the srIκBα protein; n.s., a nonspecific band unrelated to human or rat IκBα, as determined by immunodetection with a peptide-blocked primary Ab (data not shown).

Medical Sciences: Miagkov *et al.*    *Proc. Natl. Acad. Sci. USA 95 (1998)*    13863

SCW arthritic joints (8.9% vs. 29.5% in the AdCMV- and Adsrl$\kappa$B$\alpha$-transduced joints, $P < 0.01$) (Fig. 4 *C* and *D*). To rule out the possibility that increased apoptosis was a nonspecific effect of overexpressing an exogenous transgene, we additionally examined gene transfer of reporter Ad vectors expressing GFP and $\beta$-galactosidase genes. It was found that neither vector significantly increased apoptosis (data not shown). To ascertain that our findings were not restricted to the SCW model, the consequences of suppression of NF-$\kappa$B were examined in pristane-induced arthritis in rats (22). Similar to that found in SCW model, expression of srl$\kappa$B$\alpha$ drastically accelerated apoptosis in pristane-induced arthritis (data not shown). We reasoned that if exogenous srl$\kappa$B$\alpha$ expression "deprotected" transduced cells, srl$\kappa$B$\alpha$ protein would be rapidly lost. Indeed, while the expression of a reporter GFP protein persisted in the arthritic joints for at least 1 week, srl$\kappa$B$\alpha$ protein was detectable only during the first 2 days after gene transfer (Fig. 4*E*). Taken together, these data demonstrate the antiapoptotic function of NF-$\kappa$B activation in the arthritic synovium.

**Suppression of Recurrent SCW Arthritis in Rats by NF-$\kappa$B Decoys.** While Ad gene transfer of srl$\kappa$B$\alpha$ afforded effective suppression of NF-$\kappa$B *in vitro*, inflammatory reaction to the Ad vectors itself represented a serious obstacle for *in vivo* therapeutic protocols (22). This has been particularly detrimental for delivery of intracellular inhibitors, such as srl$\kappa$B$\alpha$, when exogenous protein has to be expressed in the majority of targeted cells. In pilot experiments, we found that high titers of either Adsrl$\kappa$B$\alpha$ or AdCMV vectors provoked recurrence of SCW arthritis, whereas low titers of Adsrl$\kappa$B$\alpha$ were not effective. Thus, we attempted an alternative approach that is based on the use of NF-$\kappa$B decoys, the ds ODNs containing NF-$\kappa$B-binding sites (28, 29).

Synthesized decoys were found to be functionally active in competing for binding NF-$\kappa$B *in vitro* (see Fig. 1*B*). Liposomal delivery of fluorescein-labeled decoys into the SCW arthritic joint afforded efficient transduction of the synovium (Fig. S4). The highest intensity of fluorescence was observed at the interface of the pannus and subchondral cartilage *in vivo* (data not shown), while no fluorescence was detected in the contralateral, uninjected ankle joints (data not shown). The ODNs persisted in the synovium for at least 8 days, as determined by hybridization of recovered ODNs with a complementary radiolabeled probe (data not shown). However, consistent with the data by others (27), we observed significant variations in the efficacy of liposomal delivery between experiments.

The therapeutic efficacy of NF-$\kappa$B decoys was assessed by using the recurrent SCW arthritis rat model. Rats were injected in both ankle joints with PG-APS, and 4 weeks later, reactivation of arthritis in preinjected joints was induced by the i.v. injection of PG-APS (Fig. 5*B*). I.a. injection of liposomal complexes containing NF-$\kappa$B decoys 24 hr before reactivation markedly inhibited development of arthritis in treated joints. Unexpectedly, the severity of inflammation was also inhibited in the contralateral, untreated ankle joints (Fig. 5*C*). This suppression was NF-$\kappa$B-specific, since the wt NF-$\kappa$B decoys were more effective as compared with the mut decoys (Fig. 5*C*), albeit some suppression of inflammation was evident in the mut NF-$\kappa$B decoy-treated joints. In a separate experiment, it was found that i.a. injection of "empty" liposomes did not influence the severity of inflammation (data not shown). These data demonstrate therapeutic efficacy of specific inhibitors of NF-$\kappa$B in SCW arthritis and indicate systemic therapeutic effects of local treatment.

## DISCUSSION

In the present study, we examined the role of NF-$\kappa$B in the arthritic joint in animal models of RA. We demonstrated that





Fig. 5.  I.a. administration of NF-$\kappa$B decoys inhibit the recurrence of SCW arthritis. (*A*) Distribution of fluorescein-labeled ODNs in the synovium. Ankle joints of rats with established SCW arthritis were injected with liposomal complexes of fluorescein-labeled NF-$\kappa$B decoys. One day later, synovial explants were isolated, sectioned, counterstained with propidium iodide, and analyzed under a fluorescent microscope equipped with a fluorescein filter set. Note the bright-yellow fluorescent nuclei and red fluorescence of cytoplasmic RNA. Original magnification, $\times$200. (*B* and *C*) Therapeutic protocol. (*B*) Schedule of injections. Rats were injected into both ankle joints with PG-APS. Four weeks later, at Day 0, animals were divided into three groups and monoarticularly injected with liposomal complexes of NF-$\kappa$B decoys (10 $\mu$g ODNs/joint). In the experimental group, animals were injected with wt-B decoys, and two control groups received mut NF-PT decoys and saline. The contralateral ankle joints were injected with saline. At Day 1, reactivation of arthritis was induced by i.v. injection of PG-APS. (*C*) The severity of recurrent SCW arthritis in treated rats. The average mean values of joint swelling were calculated in each group as $d_n = <D_n - D_1>$, where $D_n$ and $D_1$ are joint diameters at day $n$ and day 1, respectively. After reactivation, the maximal joint swelling in all groups was registered at day 4. ODNs, liposome-treated joints; CL, contralateral joints; N, number of joints per group. The significance of difference with the control, saline-treated group was calculated by using unpaired two-tailed Student's $t$ test. (Bars = SEM.) Results of a single experiment are shown. The therapeutic effect of wt NF-$\kappa$B decoys was reproduced in an identical experiment.

reactivation of arthritis caused activation of NF-$\kappa$B in the synovium and that specific suppression of NF-$\kappa$B activation induced apoptosis. We thus concluded that the activation of NF-$\kappa$B in the inflamed synovium protected the cells against apoptosis, thereby providing a putative link between inflammation and hyperplasia. Our *in vitro* studies in primary synovial fibroblasts demonstrated that one conceivable mechanism whereby NF-$\kappa$B exerted its protective function was suppression of the cytotoxicity of TNF$\alpha$ and FasL, factors strongly implicated in apoptosis in the RA synovium (5, 6). Our data suggest a dual role of NF-$\kappa$B in RA pathology (Fig. 6). Activation of NF-$\kappa$B in synoviocytes is required for the induction of inflammatory cytokines, including IL-1$\beta$, IL-6, and TNF$\alpha$. On the other hand, the activation of NF-$\kappa$B by inflammation inhibits TNF$\alpha$- and FasL-mediated apoptosis, thereby promoting hyperplasia. The requirement of NF-$\kappa$B for the induction of VCAM-1 suggests its potential role in the recruitment of inflammatory cells into the synovium. Our preliminary studies have revealed a requirement of NF-$\kappa$B for mitogenic activity

ARI-JR00116

13864    Medical Sciences: Miagkov *et al.*    *Proc. Natl. Acad. Sci. USA* 95 (1998)



Fig. 6.  NF-κB in the regulation of inflammation and apoptosis in the arthritic joint.

of growth factors in synovial fibroblasts (J. Romashkova and S.M., unpublished observations), thus implicating NF-κB in the control of proliferation of the inflamed synovium.

Importantly, our data indicate that NF-κB activation in synoviocytes is protective against the cytotoxicity of both TNFα and FasL. The protective function of NF-κB in TNFα apoptosis has been recognized (13–16), but the role of NF-κB in Fas-mediated apoptosis remains obscure. As with TNFα, engagement of Fas receptors can activate NF-κB, at least in some cells (30); however, activation of NF-κB by Fas does not correlate with FasL cytotoxicity (30). Our data suggest that this mechanism may be cell type-specific.

The present study focused on the net aspects of activation of NF-κB and apoptosis. Further analysis should determine the role of NF-κB in regulation of apoptosis in distinct cell populations in the inflamed synovium, macrophage- and fibroblast-like synoviocytes, chondrocytes, recruited leukocytes, and APC and T cells. Another important question is the relevance of our findings to human RA. Since suppression of NF-κB accelerates apoptosis in distinctively different models of RA and SCW- and pristane-induced arthritis, we believe that our observations are not limited to a particular model of RA, but are directly relevant to human disease.

In line with the evidence of general involvement of NF-κB in the pathogenic processes in the synovium, it was not surprising that inhibitors of NF-κB alleviated SCW arthritis in treated joints, but systemic therapeutic effects of local treatment were completely unexpected. However, our data are consistent with findings by Ghivizzani *et al.* (31), who demonstrated that the combined i.a. gene transfer of soluble IL-1 and TNFα in adjuvant-induced arthritis in rabbits exerted beneficial effects in distal joints. Although the mechanisms underlying the systemic therapeutic effects of local treatment are unclear, these findings suggest that in human RA, efficacious therapy may be achieved by an adequate treatment of a limited number of involved joints.

In conclusion, data presented here demonstrate the crucial involvement of NF-κB in the pathogenesis of arthritis and establish a putative mechanism whereby inflammation facilitates the expansion of synovial stroma. Our data suggest that targeting NF-κB should not only alleviate inflammation, but may also inhibit hyperplasia in the RA synovium.

We thank R. Rajendran, O. Aprclikova, O. Sirenko, J. Karastolanova, R. Brown, and S. Anderle for technical assistance, D. McCarty for the gift of AdGFP and AdLacZ vectors, S. Neill and J. Bisi for help in production of the Adsrl𝜅Bα vector, T. Deaton for assistance in preparation of joint sections, K. Decker for the gift of rat TNFα cDNA, T. Collins for the gift of rat VCAM-1 cDNA, A. Shaw for the gift of rat IL-1β cDNA, J. Watson for help in editing the manuscript, and J. Schwab and P. Cohen for stimulating discussions. This work was supported by National Institutes of Health Grants AR/AI 44564 (to A.S.B. and S.S.M.), S-P60-AR30701-14 (to S.S.M.)

and AI 35098 (to A.S.B.), and by a grant from the Arthritis Foundation (to S.S.M.).

1.  Firestein, G. S. (1996) *Arthritis Rheum.* 39, 1781–1790.
2.  Zvaifler, N. J., Tsai, V., Alsalameh, S., von Kempis, J., Firestein, G. S. & Lotz, M. (1997) *Am. J. Pathol.* 150, 1125–1138.
3.  Mountz, J. D., Wu, J., Cheng, J. & Zhou, T. (1994) *Arthritis Rheum.* 37, 1415–1420.
4.  Firestein, G. S., Nguyen, K., Aupperle, K. R., Yeo, M., Boyle, D. L. & Zvaifler, N. J. (1996) *Am. J. Pathol.* 149, 2143–2151.
5.  Nishioka, K., Hasunuma, T., Kato, T., Sumida, T. & Kobata, T. (1998) *Arthritis Rheum.* 41, 1–9.
6.  Zhou, T., Edwards, C. K., III, Yang, P., Wang, Z., Bluethmann, H. & Mountz, J. D. (1996) *J. Immunol.* 156, 2661–2665.
7.  Firestein, G. S., Yeo, M. & Zvaifler, N. J. (1995) *J. Clin. Invest.* 96, 1631–1638.
8.  Nakajima, T., Aono, H., Hasunuma, T., Yamamoto, K., Shirai, T., Hirohata, K. & Nishioka, K. (1995) *Arthritis Rheum.* 38, 485–491.
9.  Asahara, H., Hasunuma, T., Kobata, T., Inoue, H., Muller-Ladner, U., Gay, S., Sumida, T. & Nishioka, K. (1997) *J. Rheumatol.* 24, 430–435.
10. Baldwin, A. S. (1996) *Annu. Rev. Immunol.* 14, 649–683.
11. Handel, M. L., McMorrow, L. B. & Gravallese, E. M. (1995) *Arthritis Rheum.* 38, 1762–1770.
12. Marok, R., Winyard, P. G., Coumbe, A., Kus, M. L., Gaffney, K., Blades, S. Mapp, P. I. Morris, C. J., Blake, D. R., Kaltschmidt, C., *et al.* (1996) *Arthritis Rheum.* 39, 583–591.
13. Beg, A. A. & Baltimore, D. (1996) *Science* 274, 782–784.
14. Wang C.-Y., Mayo, M. W. & Baldwin, A. S., Jr. (1996) *Science* 274, 784–787.
15. Van Antwerp, D. J., Martin, S. J., Kafri, T., Green, D. R. & Verma, I. M. (1996) *Science* 274, 787–789.
16. Liu, Z. G., Hsu, H., Goeddel, D. V. & Karin, M. (1996) *Cell* 87, 565–576.
17. Brown, K., Gerstberger, S., Carlson, L., Franzoso, G. & Siebenlist, U. (1995) *Science* 267, 1485–1488.
18. Brockman, J. A., Scherer, D. C., McKinsey, T. A., Hall, S. M., Qi, X., Lee, W. Y. & Ballard, D. W. (1995) *Mol. Cell. Biol.* 15, 2809–2818.
19. Makarov, S. S., Olsen, J. C., Johnston, W. N., Anderle, S. K., Brown, R. R., Baldwin, A. S., Jr., Haskill, J. S. & Schwab, J. H. (1996) *Proc. Natl. Acad. Sci. USA* 93, 402–406.
20. Cheshire, J. C. & Baldwin, A. S., Jr. (1993) *Mol. Cell. Biol.* 17, 6746–6754.
21. Kaltschmidt, C., Kaltschmidt, B., Henkel, T., Stockinger, H. & Baeuerle, P. (1995) *Biol. Chem. Hoppe-Seyler* 376, 9–16.
22. Schwab, J. H. (1995) in *Mechanisms and Models in Rheumatoid Arthritis*, eds. Henderson, B., Pettipher, R. & Edwards, J. (Academic, New York), pp. 431–446.
23. Vingsbo, C., Sahlstrand, P., Brun, J. G., Jonsson, R., Saxne, T. & Holmdahl, R. (1996) *Am. J. Pathol.* 149, 1675–1683.
24. Fujisawa, K., Aono, H., Hasunuma, T., Yamamoto, K., Mita, S. & Nishioka, K. (1996) *Arthritis Rheum.* 39, 197–203.
25. Palombella, V. J., Rando, O. J., Goldberg, A. L. & Maniatis, T. (1994) *Cell* 78, 773–785.
26. Roessler, B. J., Allen, E. D., Wilson, J. M., Hartman, J. W. & Davidson, B. L. (1993) *J. Clin. Invest.* 92, 1085–1092.
27. Nita, I. Ghivizzani, S. C., Galea-Lauri, J., Bandara, G., Georgescu, H. I., Robbins, P. D. & Evans, C. H. (1996) *Arthritis Rheum.* 39, 820–828.
28. Bielinska, A., Shivdasani, R. A., Zhang, L. & Nabel, G. (1990) *Science* 267, 891–893.
29. Morishita, R., Sugimoto, T., Aoki, M., Kida, I., Tomita, N., Moriguchi, A., Maeda, K., Sawa, Y., Kaneda, Y., Higaki, J., *et al.* (1997) *Nat. Med.* 3, 894–899.
30. Ponton, A., Clement, M. V. & Stamenkovic, I. (1996) *J. Biol. Chem.* 271, 8991–8995.
31. Ghivizzani, S. C., Lechman, E. R., Kang, R., Tio, C., Kolls, J., Evans, C. H. & Robbins, P. D. (1998) *Proc. Natl. Acad. Sci. USA* 95, 4613–4618.

ARI-JR00117

# EXHIBIT 35

## news and views

H I is expected to become largely molecular (H$_2$) before forming stars. Star formation is also an inefficient process, so lots of molecular gas should be left over.

By far the most abundant chemical in a molecular cloud is H$_2$, but it does not radiate detectable energy at typical cloud temperatures of 20–50 K. Like other astronomers, Braine *et al.* have to infer the amount of H$_2$ by observing radiation from accompanying trace molecules, principally carbon monoxide (CO). Crucial to this procedure is the assumed ratio of H$_2$ to CO in the cloud. This is known to depend on the chemical abundance in the surroundings, in this case the TDG. The few existing studies of TDGs suggest that their abundances are sufficiently like those in our Galaxy to justify Braine *et al.*'s use of the 'standard' CO-to-H$_2$ conversion factor derived for molecular clouds near the Sun.

Many tidal tails have been searched for CO (refs 11,12), but it has been detected in only three[13–15]. Two serious impediments prevent us from associating these with true TDGs. First, the detected CO is nearby and moving rather slowly with respect to the probable parent galaxies. It is not obviously escaping. Admittedly the situation is unclear because as usual the velocity is measured in only one direction, and the spatial separation relies on only two coordinates. Second, although the CO appears to accompany the atomic gas, the observations do not distinguish between molecules that were pulled out of the parent galaxy or that were formed within the ejected H I. The latter is favoured by observations suggesting that H I in most large galaxies extends farther from the centre of mass than CO, and so should be easier to remove. Such a distinction is vital if one wants the ejected material to look like an irregular dwarf galaxy after leaving the site of the interaction — a journey requiring more than $10^8$ years. In the accepted picture, continuing star formation demands ongoing formation of molecular gas.

Braine *et al.*[4] present the first reasonably strong case that some TDGs can synthesize new molecular clouds. The CO in their clouds is far removed from the parent galaxy and moving rapidly. It also appears to be concentrated at the same location as the H I, and to share its velocity. Coincidence in location and motion is expected if the molecules formed *in situ* from the atomic gas in the runaway cloud, but difficult to understand otherwise. The velocities and distributions of the H I and CO are sufficiently similar to support the case for *in situ* formation. My chief reservation is that the CO emission is sampled at only a few spots — certainly enough to suggest that it follows the atomic gas, but too few to make a solid case. More complete sampling would help.

It is unlikely that all irregular dwarf galaxies were once TDGs — for one thing most





**Figure 1 Birthplace of dwarf galaxies?**
**a, Interacting galaxies in the NGC4676 system, showing the remarkably straight tail of stars pulled from one of the two galaxies**[16]**. The image is a greyscale negative of visible light. The black scale bar shows a distance of 90,000 light years — about the size of our own Galaxy. b, The same system seen with a hydrogen filter, so that atomic hydrogen appears blue, whereas hydrogen that has been ionized (presumably by young stars) appears red. Curiously, the molecular gas expected to accompany these stars is not found in the tail. Images of similar tails analysed by Braine et al.**[4]** do show signs of molecular hydrogen, suggesting that these tails are involved in continuous star formation.**

dwarfs have fewer heavy elements than the TDGs measured so far. To explain even the most element-rich dwarfs, TDGs must survive as long as $10^{10}$ years — the age of a typical galaxy. The discovery of stars $10^6$–$10^7$ years old at the ends of some $10^8$-year-old tidal tails doesn't guarantee long-term stability. Braine *et al.* propose that *in situ* formation of

molecules is a good indicator of stability. I would agree that a gas cloud that is breaking up is not a good place to form molecules. But tidally stripped material is clumpy, probably on smaller scales than we have yet probed. It is possible that molecules could still form within small, stable clumps, however dispersed. Computer simulations of interactions cannot yet resolve this issue; meanwhile I remain sceptical.

One final question: why hasn't CO been seen in other tidal features, such as the merging galaxies shown in Fig. 1? If one assumes the most reasonable value for the CO-to-H$_2$ conversion factor, then earlier upper limits on detection are generally consistent with the CO signals seen by Braine and colleagues. Again, additional (and more sensitive) data are needed. The detections of molecular gas in TDGs are certain to stimulate such observations, and to lead to a better understanding of the formation of dwarf galaxies. ■

*Gary Welch is in the Department of Astronomy and Physics, Saint Mary's University, Halifax, Nova Scotia, B3H 3C3, Canada.*
*e-mail: gwelch@orion.stmarys.ca*

1. van den Bergh, S., Abraham, R. G., Ellis, R. S., Tanvir, N. R. & Glazebrook, K. G. *Astron. J.* **112,** 359–368 (1996).
2. Balland, C., Silk, J. & Schaeffer, R. *Astrophys. J.* **497,** 541–554 (1998).
3. Governato, F., Gardner, J. P., Stadel, J., Quinn, T. & Lake, G. *Astron. J.* **117,** 1651–1656 (1999).
4. Braine, J., Lisenfeld, U., Duc, P.-A. & Leon, S. *Nature* **403,** 867–869 (2000).
5. Toomre, A. & Toomre, J. *Astrophys. J.* **178,** 623–666 (1972).
6. Zwicky, F. *Ergeb. Exakt. Naturwiss.* **29,** 344–385 (1956).
7. Barnes, J. E. & Hernquist, L. *Nature* **360,** 715–717 (1992).
8. Elmegreen, B. G., Kaufman, M. & Thomasson, M. *Astrophys. J.* **412,** 90–98 (1993).
9. Hunter, D. A. *Publ. Astron. Soc. Pacif.* **109,** 937–950 (1997).
10. Duc, P.-A. & Mirabel, I. F. in *Proc. 186th Symp. Int. Astronomical Union* (eds Barnes, J. E. & Sanders, D. B.) 5 (Kluwer, Dordrecht, 1999).
11. Young, J. S., Tacconi, L. J. & Scoville, N. Z. *Astrophys. J.* **269,** 136–146 (1983).
12. Smith, B. J. & Higdon, J. L. *Astron. J.* **108,** 837–843 (1994).
13. Brouillet, N., Henkel, C. & Baudry, A. *Astron. Astrophys.* **262,** L5–L8 (1992).
14. Walter, F. & Heithausen, A. *Astrophys. J.* **519,** L69–L72 (1999).
15. Smith, B. J., Struck, C., Kenney, J. D. P. & Jogee, S. *Astron. J.* **117,** 1237–1248 (1999).
16. Hibbard, J. G. & van Gorkum, J. H. *Astron. J.* **111,** 655–695 (1996).

**Biodiversity**

# Extinction by numbers

Stuart L. Pimm and Peter Raven

How large will be the loss of species through human activities? And over what time period might that loss unfold? Habitat destruction is the leading cause of species extinction. Generally, many of the species found across large areas of a given habitat are represented in smaller areas of it. So habitat loss initially causes few extinctions, then many only as the last remnants of habitat are destroyed. Thus, at current rates of habitat destruction, the peak of extinctions might not occur for decades.

But we should not be complacent. On page 853 of this issue, Myers *et al.*[1] document an uneven, highly clumped, distribution of vulnerable species over the world's land surface. Within these 'biodiversity hotspots', habitats are already disproportionately reduced.

Conservatively, there are about seven million species of eukaryote[2] — a definition encompassing most organisms that would be generally recognized as plants or animals but excluding bacteria, for instance. Most

© 2000 Macmillan Magazines Ltd

## news and views

of these seven million are animals and about 85% are terrestrial.

Humanity is rapidly destroying habitats that are most species-rich. About two-thirds of all species occur in the tropics, largely in the tropical humid forests[3]. These forests originally covered between 14 million and 18 million square kilometres, depending on the exact definition, and about half of the original area remains[4]. Much of the rainforest reduction is recent, and clearing now eliminates about 1 million square kilometres every 5 to 10 years[4–6]. Burning and selective logging severely damages several times the area that is cleared[5,6].

To convert habitat loss to species loss, the principles of island ecology are applied to the terrestrial 'islands' that remain in a 'sea' of converted land[7]. The relationship between number of species and island area is nonlinear, and from this one can predict how many species should become extinct as the size of the forest islands shrinks. These doomed species do not disappear immediately, however.

How does one go about calculating the rate of species extinctions from habitat fragments? There have been only a few such estimates, but projections based on a species survivorship curve with a half-life of roughly 50 years seem reasonable[8]. Combining the rate of habitat loss, the species-to-area relationship and the survivorship curve gives a crude extinction curve (curve a in Box 1). From this, we would expect that current extinction rates should be modest — on the order of a thousand species per decade, per

million species, a figure that matches other estimates[9].

Because the species–area curve is nonlinear, the clearing to date of half of the humid forests is predicted to eliminate only 15% of the species that they contain. The time delays before extinction mean that many more species should be 'threatened' than have already become extinct; that is, they are thought likely to become extinct in the wild in the medium-term future. At least 12% of all plants[10] and 11% of all birds[11] come into this category.

Of course, clearing the remaining half of the forests would eliminate the other 85% of species that they contain. The extinction curve should accelerate rapidly to a peak by the middle of the twenty-first century if the rate of forest clearing remains constant. But it will be upon us sooner if that rate is increasing — as seems probable[4,6].

Once the extinction peak has passed, the extinction curve declines into the twenty-second century as species are lost from the remaining fragments of habitat. The relative height of the peak depends critically on the amount of habitat that remains. A value of 5% of remaining habitat (see Table 1 on page 854) would protect about 50% of all the forests' species; smaller percentages would lead to smaller estimates of surviving species.

Modest fluctuations with parameters does not alter the 'fewer extinctions now, many more later' feature of the extinction curve (curve a in Box 1). But the calculations of Myers et al.[1] do. They show that roughly

30–50% of plant, amphibian, reptile, mammal and bird species occur in 25 hotspots that individually occupy no more than 2% of the ice-free land surface (see the map on page 853). That is, terrestrial species with small geographical ranges are numerous and they have highly clumped distributions. Myers et al. exclude the oceans from their analysis. But there, too, fishes and other organisms dependent on coral reefs are similarly concentrated[12].

Habitat destruction acts like a cookie cutter stamping out poorly mixed dough[9]. Species found only within the stamped-out area are themselves stamped out. Those found more widely are not. Moreover, species with small ranges are typically scarcer within their ranges than are more widely distributed species, making them yet more vulnerable. Consequently, even random destruction would create centres of extinction that match the concentrations of small-ranged species — the hotspots[9].

Worse, however, Myers et al. show that the cookie cutter is not random — it is malevolent. In the 17 tropical forest areas designated as biodiversity hotspots, only 12% of the original primary vegetation remains, compared with about 50% for tropical forests as a whole. Even within those hotspots, the areas richest in endemic plant species — species that are found there, and only there — have proportionately the least remaining vegetation and the smallest areas currently protected.

Applying the species–area relationship to the individual hotspots gives the prediction that 18% of all their species will eventually become extinct if all of the remaining habitats within hotspots were quickly protected (curve c in Box 1). Assuming that the higher-than-average rate of habitat loss in these hotspots continues for another decade until only the areas currently protected remain (curve b in Box 1), these hotspots would eventually lose about 40% of all their species. All of these projections ignore other effects on biodiversity, such as the possibly adverse impact of global warming, and the introduction of alien species, which is a well-documented cause of extinction of native species.

Unless there is immediate action to salvage the remaining unprotected hotspot areas, the species losses will more than double. There is, however, a glimmer of light in this gloomy picture. High densities of small-ranged species make many species vulnerable to extinction. But equally this pattern allows both minds and budgets to be concentrated on the prevention of nature's untimely end. According to Myers et al., these areas constitute only a little more than one million square kilometres. Protecting them is necessary, but not sufficient. Unless the large remaining areas of humid tropical forests are also protected, extinctions of those species that are still wide-ranging

### Box 1: Extinctions in tropical forests, 2000–2100

Three projections of how numbers of species extinctions in tropical forests may unfold from forest clearance. Curve a is the extinction curve on current estimates, not taking into account biodiversity hotspots. According to the relationship $S_n/S_0 = (A_n/A_0)^{0.25}$ (see refs 6–8), as habitat is reduced from an original area of $A_0$ to $A_n$, $A_0$ will hold $S_n$ viable species in year $n$ from an original total of $S_0$. The $S_0$–$S_n$ doomed species will die off with a half-life of 50 years[7]. With a constant rate of forest clearance, this curve takes time to peak because of the nonlinear relationship between species and area, and the time lags for species to become extinct.

Myers et al.[1] identify 25 biodiversity hotspots around the world, of which 17 are in tropical forests. These areas



have already suffered disproportionate loss of primary vegetation, meaning that the many species they contain are under particular threat of extinction. If all remaining habitat in hotspots is saved (as shown in curve c), some 18% of their species

will be lost. The same half-life for currently threatened species is used as in curve a. However, if the hotspots are cleared in the next decade to the point where only currently protected areas are saved (curve b) then the total extinctions will be higher.          **S.L.P. & P.R.**

## news and views

should exceed those in the hotspots within a few decades (Box 1).

*Stuart L. Pimm is at the Center for Environmental Research and Conservation, MC 5556, Columbia University, 1200 Amsterdam Avenue, New York, New York 10027, USA.*
*e-mail: stuartpimm@aol.com*
*Peter Raven is at the Missouri Botanical Garden, PO Box 299, St Louis, Missouri 63166, USA.*
*e-mail: raven@mobot.org*

1. Myers, N., Mittermeier, R. A., Mittermeier, C. G., da Fonseca, G. A. B. & Kent, J. *Nature* 403, 853–858 (2000).
2. May, R. M. in *Nature and Human Society* (ed. Raven, P. H.) (Natl Acad. Sci. Press, Washington DC, 2000).
3. Raven, P. H. (ed.) *Research Priorities in Tropical Biology* (Natl Acad. Sci. Press, Washington DC, 1980).
4. Skole, D. & Tucker, C. J. *Science* 260, 1905–1910 (1993).
5. Nepstead, D. C. *et al. Nature* 398, 505–508 (1999).
6. Cochrane, M. A. *et al. Science* 284, 1832–1835 (1999).
7. Brooks, T. M., Pimm, S. L. & Collar, N. J. *Conserv. Biol.* 11, 382–384 (1997).
8. Brooks, T. M., Pimm, S. L. & Oyugi, J. O. *Conserv. Biol.* 13, 1140–1150 (1999).
9. Pimm, S. L., Russell, G. J., Gittleman, J. L. & Brooks, T. M. *Science* 269, 347–350 (1995).
10. Walter, K. S. & Gillett, H. J. *IUCN Red List of Threatened Plants* (IUCN, Gland, Switzerland, 1998).
11. Collar, N. J., Crosby, M. J. & Stattersfield, A. J. *Birds to Watch 2* (Smithsonian Inst. Press, Washington DC, 1994).
12. McAllister, D., Schueler, F. W., Roberts C. M. & Hawkins, J. P. in *Advances in Mapping the Diversity of Nature* (ed. Miller, R.) 155–175 (Chapman & Hall, London, 1994).

### Laser physics

# Attosecond pulses at last

### Paul Corkum

For the past five years, scientists have stood on the threshold of generating attosecond laser pulses but have been unable to cross it. (An attosecond — $10^{-18}$ s — is to one second as one second is to the age of the Universe.) This may have finally changed with the publication of a paper by Papadogiannis *et al.* (*Phys. Rev. Lett.* 83, 4289–4292; 1999), who claim to have measured trains of attosecond pulses. The previous record for the shortest laser pulse was $4.5 \times 10^{-15}$ s (4.5 femtoseconds). Pulses in the femtosecond range led to the development of femtochemistry — making it possible to study chemical reactions in real time — for which the 1999 Nobel Prize in Chemistry was awarded to Ahmed Zewail. But the new science that will ultimately emerge from attosecond research will have its own unique drive.

The approach that Papadogiannis *et al.* use for generating attosecond pulses has been under investigation for some time. They use the short-wavelength harmonics generated when rare gases (such as argon) ionize as a result of irradiation from an intense femtosecond pulse. Harmonics occur at multiples of the frequency of the original femtosecond pulse. Next, the authors select a set of these harmonics, which theory indicates should combine to produce a train of pulses about 100 attoseconds in duration (Fig. 1). Such pulses have probably already been created in many laboratories, but no one has been able to measure them accurately.

Papadogiannis *et al.* may eventually be recognized as the parents of experimental attosecond science because they have actually measured the duration of these pulses. Their measurement process is experimentally simple, but theoretically complex. This is because the production of the attosecond pulses is intrinsically entwined with the measurement. They use a technique influenced by autocorrelation, which is widely



**Figure 1** Train of attosecond pulses similar to that produced by Papadogiannis *et al.* Here, the initial femtosecond pulse (red) is much shorter than the one that they used, and the higher-frequency harmonic radiation (blue) is much more intense than in their experiment. The offset between the peak of the initial pulse and of the harmonic radiation illustrates the delay between the harmonic emission imposed by the laser field oscillation.

used for measuring femtosecond pulses and is a close cousin of the pump–probe technique used in femtochemistry.

For autocorrelation measurements, a femtosecond pulse is split into two at a beam splitter. (A beam-splitter functions like a window at night. In a lighted room you can see your reflection in the window while simultaneously being able to see outside.) The two beams are sent through different paths, and usually recombine within a crystal with nonlinear optical properties. Because the harmonic light produced by the nonlinear crystal is stronger when the two pulses are overlapped, observing the signal strength as a function of the difference in the path length of the two beams gives a measurement of the pulse's duration.

Unfortunately, the short duration and wavelength of attosecond pulses mean that neither traditional beam splitters nor nonlinear crystals are suitable. Papadogiannis *et al.*

have sidestepped these problems by splitting the femtosecond pulse before the attosecond pulse is produced, and using a rare gas for the dual purpose of producing and measuring the attosecond pulses. All characteristics necessary for measurement are present, but because production and measurement are entwined, their measurement is not completely transparent, so the method is controversial. But the controversy will not last for long because the basic physics behind the measurements is well understood.

Although current research is naturally focused on the production and measurement of attosecond pulses, it is important to look at the future direction of attosecond science. For one thing, it will benefit from the experience gained in previous experiments with ultrashort pulses. This is because we have been performing indirect attosecond experiments (often referred to as strong-field science) for a decade or more and the necessary tools are well developed. For example, normal visible laser pulses contain electric fields that change significantly during 100 attoseconds (Fig. 1). The electric field of the light pulse is proportional to the force that the field exerts on any electrically charged particle. With modern laser technology, the forces can be very large and precisely controlled. So, hidden within the interactions of intense visible laser light with matter are attosecond or near-attosecond phenomena induced by the laser field.

Indeed, indirect attosecond science can explain the attosecond pulses produced by Papadogiannis *et al.* As the electric field of the laser becomes strong, one of the electrons is pulled free from an atom in the argon gas. Once free, it moves in response to the strong force of the laser; first it is driven away from the ion, then back. Its path can be compared to that of a lifeboat launched from a ship in a stormy sea. The ship (or ion) from which it detached is an obstacle that remains in the area and with which it can collide. As with the lifeboat and ship analogy, the wave determines the possible time of collision. In the violent electron–ion collision that may occur, very-short-wavelength radiation can be emitted. So the precise synchronization of the individual attosecond pulses with the much-longer-wavelength radiation that produced them (Fig. 1) is not an accident, but is forced by the field. Quantum mechanics adds 'fuzziness' to this essentially classical description, but does not change it much.

No experiments have yet been performed with attosecond pulses, and we cannot even produce an isolated pulse. There are, however, many ideas and proposals waiting in the wings, all involving increasingly precise control over oscillations of the strong laser field. Once attosecond pulses can be produced routinely, indirect and direct attosecond science will become increasingly integrated. Whereas the goal behind the development

© 2000 Macmillan Magazines Ltd
845

# EXHIBIT 36

ARTHRITIS & RHEUMATISM
Vol. 48, No. 9, September 2003, pp 2652-2659
DOI 10.1002/art.11131
© 2003, American College of Rheumatology

# A Highly Selective Inhibitor of IκB Kinase, BMS-345541, Blocks Both Joint Inflammation and Destruction in Collagen-Induced Arthritis in Mice

Kim W. McIntyre,[1] David J. Shuster,[1] Kathleen M. Gillooly,[1] Donna M. Dambach,[1] Mark A. Pattoli,[1] Pin Lu,[1] Xia-Di Zhou,[1] Yuping Qiu,[2] F. Christopher Zusi,[2] and James R. Burke[1]

*Objective.* The transcription of several cytokines, cell adhesion molecules, and enzymes involved in the inflammatory and destructive mechanisms of rheumatoid arthritis is dependent on nuclear factor κB (NF-κB). Because IκB kinase (IKK) is critical in transducing the signal-inducible activation of NF-κB, we examined whether the highly selective and orally bioavailable IKK inhibitor BMS-345541 is efficacious against collagen-induced arthritis (CIA) in mice.

*Methods.* Arthritis in DBA/1LacJ male mice was induced by subcutaneous immunization with bovine type II collagen on day 0 and day 21. BMS-345541 was administered perorally daily, either prophylactically (before disease onset) or therapeutically (after disease onset). Clinical assessment of the incidence and severity of disease was conducted throughout the study, and histologic evaluation was performed at the time of study termination (day 42).

*Results.* When administered prophylactically, BMS-345541 (in a dose range of 10–100 mg/kg) was effective, in a dose-dependent manner, in reducing the incidence of disease and inhibiting clinical signs of disease. Histologic evaluation of the joints showed that both inflammation and joint destruction were blocked by the IKK inhibitor. Message levels of interleukin-1β in the joints were also dose-dependently inhibited in the

mice that received BMS-345541. Dose-dependent efficacy in terms of both disease severity and histologic end points was observed with the therapeutic dosing regimen of BMS-345541, with use of the 100-mg/kg dose resulting in resolution of disease.

*Conclusion.* IKK plays a key role in CIA in mice, and inhibitors of this enzyme represent a promising target for the development of novel agents to treat rheumatoid arthritis and other inflammatory diseases. BMS-345541 represents the first example of an inhibitor of IKK that has antiinflammatory activity in vivo.

Rheumatoid arthritis (RA) is characterized by inflammation of the joints with associated destruction of cartilage and bone. As evidenced by the success of new therapies targeting tumor necrosis factor α (TNFα) (e.g., infliximab, etanercept) or interleukin-1 (IL-1) (e.g., anakinra), cytokines are thought to play a critical role in the pathobiologic properties of RA. The transcription of both TNFα and IL-1β is dependent on the transcriptional activator nuclear factor κB (NF-κB), as is the expression of other proteins that play important roles in the chronic inflammatory process. These proteins include cytokines such as IL-6 and IL-8; adhesion molecules such as E-selectin, intercellular adhesion molecule 1 (ICAM-1), and vascular cell adhesion molecule 1 (VCAM-1); and the enzymes nitric oxide synthase (NOS) and cyclooxygenase 2 (for review, see refs. 1 and 2). Therefore, targeting the activation of NF-κB–dependent transcription by pharmacologic agents may prove to be quite useful in the treatment of RA and other inflammatory disorders. Interestingly, suppression of NF-κB activation in rheumatoid synovium has been shown to block inflammatory and destructive mechanisms while sparing antiinflammatory mediators (3).

[1]Kim W. McIntyre, PhD, David J. Shuster, Kathleen M. Gillooly, Donna M. Dambach, VMD, PhD, Mark A. Pattoli, Pin Lu, PhD, Xia-Di Zhou, James R. Burke, PhD: Bristol-Myers Squibb Pharmaceutical Research Institute, Princeton, New Jersey; [2]Yuping Qiu, PhD, F. Christopher Zusi, PhD: Bristol-Myers Squibb Pharmaceutical Research Institute, Wallingford, Connecticut.

Address correspondence and reprint requests to James R. Burke, PhD, Bristol-Myers Squibb, Post Office Box 4000, Princeton, NJ 08543. E-mail: james.burke@bms.com.

Submitted for publication January 9, 2003; accepted in revised form April 22, 2003.

Amgen v. Ariad
Ravetch Dep Exhibit

10

ARI-JR00104

BMS-345541 BLOCKS INFLAMMATION AND DESTRUCTION IN CIA    2653



Figure 1. BMS-345541.

In unstimulated cells, NF-κB resides in the cytoplasm as an inactive complex with a member of the IκB inhibitory protein family (e.g., IκBα) (for review, see ref. 4). In the case of IκBα, the most carefully studied member of the class, stimulation of cells with agents that activate NF-κB–dependent gene transcription results in the phosphorylation of IκBα at Ser-32 and Ser-36 (5). This phosphorylation is essential for subsequent ubiquitination and proteolysis of IκBα, leaving NF-κB free to translocate to the nucleus and promote gene transcription (6–8). Analogous serines have been identified in both IκBβ and IκBε, and phosphorylation at these residues appears to regulate the proteolytic degradation of these proteins by a mechanism similar to that for IκBα (9,10).

The IκB kinase (IKK), which catalyzes the phosphorylation at Ser-32 and Ser-36 of IκBα, is a multisubunit complex containing 2 catalytic subunits, termed IKK-1 and IKK-2 (for review, see ref. 9). The use of gene-targeting experiments has clearly shown that all known proinflammatory stimuli, including cytokines, viruses, and lipopolysaccharides, require the IKK-2 subunit for NF-κB activation (11). Indeed, use of dominant-negative IKK-2, but not dominant-negative IKK-1, blocks NF-κB–dependent transcription in RA synoviocytes (12). Although the role of IKK-1 in NF-κB activation is still unclear, recent evidence suggests that IKK-1 may play a role only in response to certain stimuli (e.g., receptor activator of NF-κB ligand and Blys/BAFF) and in select cells such as mammary epithelial cells and B lymphocytes (13).

Given the importance of NF-κB in regulating inflammatory processes, the identification of selective IKK inhibitors has received considerable interest. We recently reported that BMS-345541 [4(2'-aminoethyl)amino-1,8-dimethylimidazo(1,2-a)quinoxaline] (Figure 1) is an inhibitor of the IKK-2 catalytic subunit (50% inhibition concentration 0.3 μM) with high selectivity over other kinases and some selectivity for IKK-2 over IKK-1 (14). The compound appears to bind to an unidentified allosteric binding site on

the IKK catalytic subunits and inhibits NF-κB–dependent transcription of proinflammatory cytokines both in vitro and in vivo. The compound has excellent pharmacokinetic characteristics (oral bioavailability 100%, intravenous half-life 2.2 hours), which makes it particularly well suited for use in investigating the utility of IKK inhibitors in disease models. We report here that peroral administration of BMS-345541 was efficacious, both prophylactically and therapeutically, in the murine model of collagen-induced arthritis (CIA). The results suggest that IKK inhibitors may prove to be very promising candidates as pharmacologic agents in the treatment of RA and other chronic inflammatory disorders.

## MATERIALS AND METHODS

BMS-345541. The hydrochloride salt of 4(2'-aminoethyl)amino-1,8-dimethylimidazo(1,2-a)quinoxaline was prepared as previously described (14).

Murine CIA model. All animal procedures were carried out with the approval of the Bristol-Myers Squibb Animal Care and Use Committee. DBA/1LacJ male mice (The Jackson Laboratory, Bar Harbor, ME), 6–8 weeks old, were immunized subcutaneously on day 0 and day 21 with 100 μg of bovine type II collagen (Elastin Products, Owensville, MO) in 0.1 ml of Ribi Adjuvant System (Ribi ImmunoChem, Hamilton, MT) with monophosphoryl lipid A. In this model, disease onset occurs within 1 week after the second collagen injection.

Following the day 21 booster injection, the mice (10 per treatment group) were regularly monitored for the development and severity of paw inflammation. Each paw was individually scored as follows: 0 = normal; 1 = one (or more) joints swollen on digits; 2 = plantar surface of paw inflamed and paw thickness increased; 3 = ankylosis (significantly reduced hock joint motion on flexion/extension). Scores for all 4 paws were summed for each mouse, and the mean score for each treatment group was calculated. The incidence of disease is defined as the percentage of animals within a treatment group that show any sign of disease, regardless of severity. Swelling of each of the paws of anesthetized mice was measured with constant-tension, spring-loaded calipers (Mitutoyo, Aurora, IL). Measurements were performed by an operator blinded to the treatment groups. The 4 measurements were summed for each mouse, and group averages were calculated.

In the prophylactic dosing model, administration of BMS-345541 was initiated at the time of the first collagen injection, with treatment continuing until termination of the experiment (42 days). In the therapeutic dosing model, administration of BMS-345541 was initiated only after a paw of an animal achieved a score of 2 (typically 1 week after the second collagen immunization), at which time the animal was randomly assigned to a treatment group. Treatment continued daily for 14 days thereafter, and the severity of inflammation for all 4 paws was monitored daily, as described above. Unless otherwise noted, statistical significance was determined using an analysis of variance (ANOVA) (Systat 8.0; SAS, Chicago, IL).

ARI-JR00105

2654

Anticollagen IgG enzyme-linked immunosorbent assay (ELISA). Flat-bottomed 96-well ELISA plates were coated with bovine type II collagen (1 μg/ml) overnight at 4°C. After blocking the plates with milk diluent, 3-fold serial dilutions of mouse sera were added to duplicate wells and incubated for 2 hours at room temperature. Plates were washed, and horseradish peroxidase-conjugated goat anti-mouse IgG detection antibody (Southern Biotechnology, Birmingham, AL) was added. Following a final washing step, the plates were developed with tetramethylbenzidine substrate (Kirkegaard & Perry, Gaithersburg, MD) and read at 450 nm. Anticollagen titers were expressed as the reciprocal of the serum dilution that yielded an optical density of 1.0 (within the linear portion of the dilution curve).

Histologic scoring. After the mice were killed, the hind limbs were removed, fixed in 10% neutral buffered formalin, decalcified in formic acid (Surgipath Decalcifier I; SurgiPath, Richmond, IL), and prepared for histologic analysis by routine methods. Tissue sections were stained with hematoxylin and eosin for evaluation of inflammation and bone changes, and with toluidine blue for evaluation of changes in articular cartilage. The sections were randomized and semiquantitatively evaluated (by investigators who were blinded to the treatment group) for the severity of inflammation, cartilage loss, and bone resorption, using an established grading system (15). Each parameter was graded separately and assigned a severity score as follows: grade 0, unremarkable; grade 1, minimal change; grade 2, mild change; grade 3, moderate change; grade 4, severe change. A cumulative arthritis score for each animal was derived from the sum of scores for the individual parameters. Cumulative arthritis scores for each group were compared by Kruskal-Wallis nonparametric ANOVA.

Measurement of IL-1β messenger RNA (mRNA) levels in the joints. After the mice were killed, the left hind paws of 5 animals randomly chosen from each treatment group in the prophylactic dosing model were removed and snap frozen in liquid nitrogen, then crushed and homogenized in 3 ml TRIzol reagent (Life Technologies, Rockville, MD) using a Polytron 3100 (Brinkmann, Westbury, NY). Each sample was then snap frozen in liquid nitrogen and thawed, followed by the addition of 1 ml of sample suspension to an additional 1 ml of TRIzol. Each sample was then homogenized again and snap frozen. After thawing, each sample was centrifuged at 14,000 revolutions per minute for 10 minutes at 4°C; the supernatant was removed, added with 0.2 volumes of chloroform, and vortexed for 15 seconds. After an additional centrifugation, the supernatant was collected and added to an equal volume of isopropanol and stored at −20°C overnight. The pellets for each sample were then washed twice with 75% ethanol, dried, and dissolved in 20 μl of ultrapure RNase-free water. Samples were then purified on Qiagen RNeasy mini columns (Qiagen, Valencia, CA), according to the manufacturer's instructions.

Total RNA (1 μg) isolated from each limb was then reverse transcribed with 50 ng random hexamers (PE Applied Biosystems, Foster City, CA) using SuperScript II reverse transcriptase (Life Technologies), following the specifications outlined by the manufacturer. For gene expression analysis, primers and probes were designed using Primer Express software (PE Applied Biosystems). The primers and probes used for murine IL-1β were as follows: forward primer 5'-TGGTGTGTGACGTTCCCATT-3', reverse primer 5'-



Figure 2. Effect of BMS-345541 administered in the prophylactic dosing mode on disease incidence and severity in the murine model of collagen-induced arthritis. BMS-345541 was administered by oral gavage once daily beginning at the time of the first collagen injection, at doses of 0 mg/kg (vehicle control) (solid circles), 10 mg/kg (open circles), 30 mg/kg (solid triangles), or 100 mg/kg (open triangles). A, Average gross clinical score for all mice within each treatment group. B, Disease incidence within each treatment group. C, Average gross clinical score for only those mice with visible signs of disease. The x-axis denotes the number of days after the first collagen immunization. Error bars have been omitted for clarity of presentation. ∗ = P < 0.05 versus vehicle control.

CAGCACGAGGCTTTTTTGTG-3', TaqMan probe 5'-VIC-ACAGCTGCACTACAGGCTCCGAGATGA-3'-TAMRA. The amplicon fragment size was 71 bp.

2655



**Figure 3.** Effect of BMS-345541 administered in the prophylactic dosing mode on paw swelling in the murine model of collagen-induced arthritis. BMS-345541 was administered by oral gavage once daily beginning at the time of the first collagen injection, at doses of 0 mg/kg (vehicle control) (solid bar), 10 mg/kg (open bar), 30 mg/kg (hatched bar), or 100 mg/kg (shaded bar). Caliper measurements of paw swelling were obtained on days 21, 28, 36, and 41 after the first collagen injection. Values are the mean ± SEM. ∗ = $P < 0.05$ versus vehicle control.

The TaqMan universal polymerase chain reaction (PCR) master mix and the GAPDH-labeled TaqMan probe and primers were obtained as a kit (PE Applied Biosystems). PCR reactions were carried out in MicroAmp optical 96-well reaction plates (PE Applied Biosystems). A typical 50-μl reaction sample contained complementary DNA (cDNA); 1× TaqMan PCR master mix containing 1× TaqMan buffer; 200 μM dATP, dCTP, dGTP and 400 μM dUTP; 5 mM MgCl₂; 1.25 unit AmpliTaq Gold; 0.5 unit AmpErase (uracil N-glycosylase; PE Applied Biosystems); 300 nM of IL-1β and GAPDH forward and reverse primers; and 200 nM of IL-β and GAPDH TaqMan probes. Thermal cycling conditions were 2 minutes at 50°C and 10 minutes at 95°C, followed by 40 cycles at 95°C for 15 seconds and at 60°C for 1 minute. Data were collected using the ABI PRISM 7700 (sodium dodecyl) sulfate analytical thermal cycler (PE Biosystems).

Relative gene expression analysis was performed using the standard curve method. Briefly, dilutions of cDNA prepared from mouse total RNA were used to construct standard curves for the IL-1 and GAPDH amplifications. The normalized data were obtained from standard curves prepared for IL-1 and the endogenous reference GAPDH. For each experimental sample, the amount of IL-1 and GAPDH was determined from the appropriate standard curve. The data obtained were relative expression levels of IL-1β, normalized by comparison with expression levels of the housekeeping gene GAPDH determined under identical conditions. Sample aliquots were analyzed by agarose gel electrophoresis to ensure the correct size of each gene fragment.

## RESULTS

The highly selective IKK inhibitor BMS-345541, when administered by oral gavage in water once daily beginning at the time of the first collagen immunization,

dose-dependently inhibited clinical signs of disease in the murine CIA model, with statistically significant activity observed at both the 30-mg/kg and the 100-mg/kg doses (Figure 2A). Consistent with the clinical scoring, measurements of paw swelling in the animals in this study also showed BMS-345541 to be highly effective; in the group that received 100 mg/kg/day, caliper measurements did not increase from day 21 through day 41 (Figure 3).

The impact of BMS-345541 on clinical scores results, in part, from effects on disease incidence. As shown in Figure 2B, 90–100% of mice in the control group displayed at least some clinical signs of disease. In contrast, the incidence of disease was markedly reduced in groups receiving 30 mg/kg or 100 mg/kg of BMS-345541, with only one animal in the 100 mg/kg treatment group showing any sign of disease (on day 40 only). Among the mice in each treatment group that had clinically observable signs of disease, the severity of disease was modestly reduced in those receiving 10 mg/kg of BMS-345541 and was significantly reduced in those receiving 30 mg/kg (Figure 2C). In the group receiving a dosage of 100 mg/kg/day, the single animal with clinically observable disease had mild swelling on day 40, which resolved by the next day.

Following killing of the mice, the tibiotarsal joints were evaluated histologically and then semiquantitatively graded for severity of inflammation, synovial hyperplasia, bone resorption, and cartilage erosion. In accordance with the clinically observed effects on disease incidence and severity, BMS-345541 dose-dependently inhibited the cumulative arthritis injury scores as determined by histologic evaluation, with statistically significant differences between both the 30-mg/kg and 100-mg/kg groups versus the control group (Table 1). As shown in Figures 4B and C, both bone and cartilage destruction as well as inflammation were inhibited by BMS-345541 as compared with vehicle control

**Table 1.** Effect of prophylactic dosing of BMS-345541 on cumulative arthritis injury scores in the murine model of CIA*

| Treatment | Cumulative arthritis injury score, mean ± SEM | $P$† |
|---|---|---|
| Vehicle control (water) | 4.4 ± 1.5 | – |
| BMS-345541, 10 mg/kg | 5.3 ± 1.7 | – |
| BMS-345541, 30 mg/kg | 0.4 ± 0.4 | 0.02 |
| BMS-345541, 100 mg/kg | 0.0 | 0.004 |

* BMS-345541 was administered by oral gavage once daily, beginning at the time of the first collagen injection. Joints scored for injury were obtained at the end of the study (day 42). CIA = collagen-induced arthritis.

† By Kruskal-Wallis nonparametric analysis of variance, BMS-345541–treated group versus vehicle-treated group.

ARI-JR00107

2656



Figure 4. Histologic comparison of mice with collagen-induced arthritis that received either vehicle or the study drug. BMS-345541 was administered by oral gavage once daily in either the prophylactic (A–C) or therapeutic (D–F) dosing modes. In both models, vehicle (water)–treated animals (A and D) developed severe arthritis characterized histologically by severe bone resorption (asterisks), and inflammation (arrows). Representative joints of mice receiving either 30 mg/kg (B and E) or 100 mg/kg (C and F) of BMS-345541 are shown. (Original magnification × 20.)



Figure 5. Effect of BMS-345541 administered in the prophylactic dosing mode on interleukin-1β (IL-1β) mRNA and anticollagen antibody (α-collagen) levels at the end of the study (day 42) in the murine model of collagen-induced arthritis. BMS-345541 was administered by oral gavage once daily beginning at the time of the first collagen injection. A, IL-1β mRNA levels in the joints as measured by TaqMan reverse transcription–polymerase chain reaction. Both individual points (open circles) as well as the average and standard deviations (bars) for each treatment group are shown. B, Serum anticollagen antibody titers as represented by optical density (OD). Values from an anticollagen IgG enzyme-linked immunosorbent assay (both individual points [open circles] as well as the average and standard deviations [bars] for each treatment group are shown). ∗ = P < 0.05 versus vehicle control.

ARI-JR00108



Figure 6. Effect of BMS-345541 administered in the therapeutic dosing mode on disease severity in the murine model of collagen-induced arthritis. BMS-345541 was administered by oral gavage once daily after disease onset had occurred. Data represent the average gross clinical scores for mice treated with 0 mg/kg (vehicle control) (filled circles), 10 mg/kg (open circles), 30 mg/kg (filled triangles), or 100 mg/kg (open triangles) BMS-345541. The x-axis denotes the number of days after initiation of treatment with BMS-345541 (i.e., after disease onset). Error bars have been omitted for clarity of presentation. $* = P < 0.05$ versus vehicle control.

Table 2. Effect of therapeutic dosing of BMS-345541 on cumulative arthritis injury scores in the murine model of CIA*

| Treatment | Cumulative arthritis injury score, mean ± SEM | P† |
|---|---|---|
| Vehicle control (water) | 7.0 ± 0.5 | — |
| BMS-345541, 10 mg/kg | 4.2 ± 1.0 | 0.028 |
| BMS-345541, 30 mg/kg | 2.1 ± 0.9 | 0.004 |
| BMS-345541, 100 mg/kg | 0.9 ± 0.5 | 0.001 |

* BMS-345541 was administered by oral gavage once daily after disease onset occurred. Joints scored for injury were obtained at the end of study (14 days after disease onset). CIA = collagen-induced arthritis.
† By Kruskal-Wallis nonparametric analysis of variance, BMS-345541–treated group versus vehicle-treated group.

(Figure 4A). Indeed, no discernible injury was observed in the joints of animals receiving 100 mg/kg of BMS-345541, and joints from these animals were histologically indistinguishable from those from age-matched, disease-free control animals.

Because the progression of disease in CIA is dependent on cytokines such as IL-1β (16), the IL-1β mRNA levels in joints were measured by TaqMan real-time PCR. Although substantial animal-to-animal variability was observed, considerably higher levels of IL-1β message were observed in diseased control animals versus age-matched, disease-free control animals (Figure 5A). The administration of BMS-345541 dose-dependently inhibited IL-1β message, with animals in the 100-mg/kg dose group showing levels comparable with those of disease-free control animals. Measurements of serum anticollagen antibody titers in the animals used in this experiment showed significant inhibition in mice that received BMS-345541 at a dosage of 100 mg/kg/day, but not in those that received either 10 mg/kg/day or 30 mg/kg/day (Figure 5B).

To determine whether IKK inhibition is also efficacious when therapeutic dosing is used, BMS-

345541 was administered once daily to mice after disease became clinically evident (~1 week after the second collagen injection). As shown in Figure 6, BMS-345541 was dose-dependently efficacious in animals with this preestablished arthritis. Indeed, use of the 30 mg/kg/day dosage essentially stopped further progression of disease, and use of the 100 mg/kg/day dosage resulted in resolution of preexisting disease, at least as measured by these clinical end points. These clinical observations were consistent with the histologic evaluations, in which the cumulative arthritis injury scores were dose-dependently inhibited by BMS-345541 (Table 2 and Figures 4C–E), with the joints of animals in the high-dose group being nearly devoid of discernible injury. Table 3 shows the mean ± SEM clinical scores for BMS-345541–treated mice at the end of the study (day 14 or day 42).

Table 3. Clinical scores for BMS-345541–treated mice at the end of study*

| | | Clinical score | |
|---|---|---|---|
| Treatment | Dosing regimen | All mice | Only mice with visible signs of disease |
| Vehicle control (water) | Prophylactic | 8.0 ± 1.0 | 8.7 ± 1.5 |
| BMS-345541, 10 mg/kg | Prophylactic | 5.8 ± 1.0 | 6.4 ± 0.8 |
| BMS-345541, 30 mg/kg | Prophylactic | 2.9 ± 1.2† | 4.1 ± 1.4† |
| BMS-345541, 100 mg/kg | Prophylactic | 0.0 ± 0.0† | 0.0 ± 0.0† |
| Vehicle control (water) | Therapeutic | 7.8 ± 0.8 | — |
| BMS-345541, 10 mg/kg | Therapeutic | 5.2 ± 1.1 | — |
| BMS-345541, 30 mg/kg | Therapeutic | 4.4 ± 1.0† | — |
| BMS-345541, 100 mg/kg | Therapeutic | 1.0 ± 0.7† | — |

* Values are the mean ± SEM. Data from the prophylactic dosing regimen were obtained on day 42, and data from the therapeutic dosing regimen were obtained on day 14 after disease onset.
† $P < 0.05$ versus vehicle control.

ARI-JR00109

## DISCUSSION

Similar to RA, CIA in mice is characterized by mononuclear infiltrates, synovial hyperplasia, pannus formation, bone resorption, and eventual ankylosis of articular joints. Both RA and CIA are dependent on cytokines such as IL-1β and TNFα to drive the inflammation and joint destruction, as evidenced by the efficacy of protein-based therapeutic agents directed against these 2 cytokines that has been demonstrated in both mice and humans (for review, see ref. 17). Because RA and CIA share many of the same underlying immunopathologic mechanisms, the murine CIA model is widely used to study disease mechanisms and potential therapies for RA.

BMS-345541 represents the first example of a small molecule inhibitor of IKK that has antiinflammatory activity in vivo. Efficacy with an IKK inhibitor in terms of both clinical and histologic end points in the murine CIA model is consistent with results of an earlier study in which intraarticular administration of an adenoviral construct expressing a dominant-negative IKK-2 implicated inhibition of IKK-2 as an attractive strategy for the treatment of arthritis (18). In this model, dose-dependent activity with orally administered BMS-345541 in the 10–100 mg/kg dose range is consistent with our previous report showing that BMS-345541 (in the same dose range) dose-dependently inhibited NF-κB–dependent cytokine production in vivo in BALB/c mice (14). Levels of drug exposure in BALB/c mice and in the DBA/1LacJ mice used here were indistinguishable (data not shown).

Although IL-1β transcription in the joints of these arthritic mice appears to be inhibited by BMS-345541, the efficacy observed in this model most likely results from pleiotropic effects of IKK inhibition on the transcription of a number of proteins involved in the inflammatory and destructive components of disease. Along with IL-1β, this list includes TNFα, IL-6, VCAM-1, ICAM-1, matrix metalloproteinase 1 (MMP-1), MMP-3, and NOS, all of which require NF-κB to stimulate their transcription, although effects on the expression of these mediators were not measured.

In addition to regulating inducible cytokine production, NF-κB also plays a role in adaptive immune responses. Indeed, measurements of serum anticollagen antibody titers in the animals used in this experiment showed significant inhibition when BMS-345541 was administered at a dose of 100 mg/kg, which may contribute to the striking efficacy observed at this high dose. It may be that this is an indirect effect, however, because

anti-TNF biologic agents (i.e., recombinant TNF receptor Fc fusion protein) also inhibit anticollagen production in this model (19).

Although the efficacy observed with prophylactically administered BMS-345541 in the CIA model is striking, it might be argued that more relevant evidence of the potential clinical efficacy of this compound is provided by its ability to affect the progression of arthritis after disease onset (i.e., therapeutic administration). Interestingly, even the mice that received low-dose (10 mg/kg) BMS-345541 in the therapeutic dosing mode showed cumulative injury scores that were significantly reduced compared with the scores in mice that received vehicle control. Although this effect was not evident when the compound was administered prophylactically, it may simply reflect the fact that the severity of disease in control animals, as measured histologically, was more intense in the therapeutic study than in the prophylactic study. Therefore, the "window" between normal and diseased joints is larger in the therapeutic study, allowing for the discernible measurement of more mild effects.

The efficacy of BMS-345541 in the therapeutic dosing mode is especially striking, because very few agents are active in this model when administered in this manner. Indeed, methotrexate (which is used in RA) is highly efficacious against CIA when administered in the prophylactic dosing mode but is not effective after therapeutic administration (McIntyre KW: unpublished observations). Instead, the resolution of disease observed with the highest dose of BMS-345541 is similar to that seen with glucocorticoids. Interestingly, the antiinflammatory activity of glucocorticoids is thought to result from blocking NF-κB, both through an interaction between NF-κB and the glucocorticoid receptor and by inducing the expression of IκBα (for review, see ref. 20). An IKK inhibitor, therefore, may prove to be useful as a glucocorticoid replacement, because it is thought that many of the toxicities of glucocorticoids result from glucocorticoid receptor–dependent transactivation and not from NF-κB transrepression (21).

Mice rendered genetically deficient in IKK-2 die as embryos from pronounced liver apoptosis, which reflects the critical role of NF-κB in fetal development (22). Gross and histopathologic evaluations of the liver as well as the heart, lung, spleen, kidney, bone marrow, skeletal muscle, adrenal glands, and urinary bladder of mice that had received BMS-345541 in the prophylactic dosing mode (i.e., 6 weeks of dosing) revealed no toxicologic changes even at the highly efficacious dose of 100 mg/kg (data not shown). This may indicate that the

ARI-JR00110

liver defects in IKK-2 knockout mice result from a continuous and complete inhibition not achieved by small molecule IKK-2 inhibitors at efficacious concentrations, or that this is an issue only in developing fetal livers rather than adult livers, as recent reports have suggested (23,24).

In summary, the selective IKK inhibitor BMS-345541 is highly efficacious against both inflammation and joint destruction in CIA in mice. Because inhibition of IKK appears to yield glucocorticoid-like effects, inhibitors of IKK may prove to be very useful in the treatment of RA and other chronic inflammatory and autoimmune diseases.

## REFERENCES

1. Siebenlist U, Franzoso G, Brown K. Structure, regulation and function of NF-κB. Annu Rev Cell Biol 1994;10:405–55.
2. Baeuerle PA, Baltimore D. NF-κB: ten years after. Cell 1997;87: 13–20.
3. Bondeson J, Foxwell B, Brennan F, Feldmann M. Defining therapeutic targets by using adenovirus: blocking NF-κB inhibits both inflammatory and destructive mechanisms in rheumatoid synovium but spares anti-inflammatory mediators. Proc Natl Acad Sci U S A 1999;96:5668–73.
4. Whiteside ST, Israel A. IκB proteins: structure, function and regulation. Semin Cancer Biol 1997;8:75–82.
5. Brown K, Gerstberger S, Carlson L, Franzoso G, Siebenlist U. Control of IκB-α proteolysis by site-specific, signal-induced phosphorylation. Science 1995;267:1485–8.
6. Finco TS, Beg AA, Baldwin AS Jr. Inducible phosphorylation of IκBα is not sufficient for its dissociation from NF-κB and is inhibited by protease inhibitors. Proc Natl Acad Sci U S A 1994;91:11884–8.
7. Baldi L, Brown K, Franzoso G, Siebenlist U. Critical role for lysines 21 and 22 in signal-induced, ubiquitin-mediated proteolysis of IκB-α. J Biol Chem 1996;271:376–9.
8. Roff M, Thompson J, Rodriguez MS, Jacque J-M, Baleux F, Arenzana-Seisdedos F, et al. Role of IκBα ubiquitination in signal-induced activation of NFκB in vivo. J Biol Chem 1996;271: 7844–50.
9. Weil R, Laurent-Winter C, Israel A. Regulation of IκBβ degradation: similarities to and differences from IκBα. J Biol Chem 1997;272:9942–9.
10. Whiteside ST, Epinat J-C, Rice NR, Israel A. IκBε, a novel

member of the IκB family, controls RelA and cRel NF-κB activity. EMBO J 1997;16:1413–26.
11. Ghosh S, Karin M. Missing pieces in the NF-κB puzzle. Cell 2002;109:S81–96.
12. Aupperle KR, Bennett BL, Han Z, Boyle DL, Manning AM, Firestein GS. NF-κB regulation by IκB kinase-2 in rheumatoid arthritis synoviocytes. J Immunol 2001;166:2705–11.
13. Cao Y, Bonizzi G, Seagroves TN, Greten FR, Johnson R, Schmidt EV, et al. IKKα provides an essential link between RANK signaling and cyclin D1 expression during mammary gland development. Cell 2001;107:763–75.
14. Burke JR, Pattoli MA, Gregor KR, Brassil PJ, MacMaster JF, McIntyre KW, et al. BMS-345541 is a highly selective inhibitor of IκB kinase that binds at an allosteric site of the enzyme and blocks NF-κB-dependent transcription in mice. J Biol Chem 2003;278: 1450–6.
15. Bendele A, McComb J, Gould T, McAbee T, Sennello G, Chlipala E, et al. Animal models of arthritis: relevance to human disease. Toxicol Pathol 1999;27:134–42.
16. Joosten LAB, Helsen MMA, Saxne T, van de Loo FAJ, Heinegard D, van den Berg WG. IL-1αβ blockade prevents cartilage and bone destruction in murine type II collagen-induced arthritis, whereas TNF-α blockade only ameliorates joint inflammation. J Immunol 1999;163:5049–55.
17. Laroux JA, Williams NA. The genetic and immunopathological processes underlying collagen-induced arthritis. Immunology 2001;103:407–16.
18. Tak PP, Gerlag DM, Aupperle KR, van de Geest DA, Overbeek M, Bennett BL, et al. Inhibitor of nuclear factor κB kinase β is a key regulator of synovial inflammation. Arthritis Rheum 2001;44: 1897–907.
19. Wooley PH, Dutcher J, Widmer MB, Gillis S. Influence of a recombinant human soluble tumor necrosis factor receptor FC fusion protein on type II collagen-induced arthritis in mice. J Immunol 1993;151:6602–7.
20. Saklatvala J. Glucocorticoids: do we know how they work? Arthritis Res 2002;4:146–150.
21. Barnes PJ. Anti-inflammatory actions of glucocorticoids: molecular mechanisms. Clin Sci (London) 1998;94:557–72.
22. Li Q, Van Antwerp D, Mercurio F, Lee KF, Verma IM. Severe liver degeneration in mice lacking the IκB kinase 2 gene. Science 1999;284:321–5.
23. Lavon I, Goldberg I, Amit S, Landsman L, Jung S, Tsuberi BZ, et al. High susceptibility to bacterial infection, but no liver dysfunction, in mice compromised for hepatocyte NF-κB activation. Nat Med 2000;6:573–7.
24. Uesugi T, Froh M, Arteel GE, Bradford BU, Gabele E, Wheeler MD, et al. Delivery of IκB superrepressor gene with adenovirus reduces early alcohol-induced liver injury in rats. Hepatology 2000;6:1149–57.

ARI-JR00111

# EXHIBIT 37

# REVIEW ARTICLE

Drugs 2004: 64 (8): 837-859
0012-6667/04/0008-0837/$34.00/0

© 2004 Adis Data Information BV. All rights reserved.

# Advances in Sepsis Therapy

*Thomas Glück*[1] and *Steven M. Opal*[2]

1   Klinik und Poliklinik für Innere Medizin I, Universitätsklinikum Regensburg, Regensburg, Germany
2   Division of Infectious Diseases, Brown Medical School, Memorial Hospital of Rhode Island, Providence, Rhode Island, USA

## Contents

Abstract ................................................................................. 837
1. Pathophysiology of Sepsis .......................................................... 839
   1.1 Endotoxin and Other Microbial Antigens ...................................... 839
   1.2 Extracellular and Intracellular Signalling Pathways for Microbial Antigens ... 839
   1.3 Cytokines .................................................................... 839
   1.4 Inflammation and Coagulation ................................................ 841
2. Therapeutic Strategies Derived from Pathophysiological Findings .................. 842
   2.1 Anti-Lipopolysaccharide (LPS) Strategies ..................................... 843
       2.1.1 Neutralisation of Endotoxin/LPS ........................................ 843
       2.1.2 Modulation of LPS Signal Transduction at the Endotoxin Receptor (CD14) .. 844
       2.1.3 Substitution of Bactericidal/Permeability Increasing Protein ........... 845
       2.1.4 Phospholipids and Lipoproteins as LPS Inhibitors ...................... 845
       2.1.5 Absorption of LPS in Columns and Continuous Haemofiltration ........... 845
       2.1.6 Plasmapheresis ......................................................... 846
       2.1.7 Lipoproteins and Soluble CD14 .......................................... 846
       2.1.8 Limitations of Anti-LPS Strategies ..................................... 846
   2.2 Neutralisation of Cytokines .................................................. 846
   2.3 Anticoagulant and Fibrinolytic Therapeutic Strategies for Sepsis ............. 847
       2.3.1 Antithrombin ........................................................... 849
       2.3.2 Activated Protein C .................................................... 849
       2.3.3 Tissue Factor Pathway Inhibitor ........................................ 850
       2.3.4 Platelet-Activating Factor ............................................. 851
       2.3.5 Heparin ................................................................ 851
   2.4 Modulation of the Endocrine Systems .......................................... 852
   2.5 Supportive Therapy ........................................................... 852
       2.5.1 Protective Ventilation ................................................. 852
       2.5.2 Fluid Resuscitation, Transfusion and Vasopressor Therapy ............... 852
       2.5.3 Importance of Adequate Antimicrobial Therapy ........................... 853
3. Conclusion ........................................................................ 854

## Abstract

During the past 3 years new insights have been gained into the fundamental elements that underlie the pathogenesis of sepsis, and after years of frustrating failures, progress in the basic understanding of sepsis has translated into successful new therapies. These new treatment strategies have significantly improved the outcome of patients experiencing the puzzling syndrome of severe sepsis. More effective supportive therapies with early, goal-oriented therapy including volume

*Glück & Opal*

resuscitation, catecholamine therapy and transfusion improve the chances for survival in septic shock. Novel endocrine management with hydrocortisone replacement therapy for relative adrenal insufficiency in septic shock patients and strict blood glucose control provide a survival advantage in critically ill patients. Administering appropriate antimicrobial therapy, nutritional support and ventilation protocols with low tidal volumes have now been shown to benefit septic patients. Finally, human recombinant activated protein C (drotrecogin alfa), which ameliorates sepsis-induced disseminated intravascular coagulation and exerts several other favourable effects on endothelial cells, has been shown to reduce mortality in patients with severe sepsis.

On the basis of newly discovered pathophysiological mechanisms of sepsis, several other adjuvant therapies for sepsis are in various stages of preclinical and clinical development. Individualised and optimal supportive care with efforts to reverse the precipitating cause of sepsis remains the mainstay of therapy for severe sepsis. How these new and often expensive regimens will fit into the standard treatment approach to sepsis remains to be defined by future clinical investigations.

Sepsis is among the leading causes of death in noncardiac intensive care units (ICUs) in the US, totalling approximately 750 000 sepsis cases and up to 200 000 deaths per year.[1,2] The incidence rate has been estimated to be three in 1000 per year in North America and similar data have been found in other developed countries. In a recently published survey of 28 ICUs from eight European countries, patients with infections in the ICU were considered to have sepsis in 28%, severe sepsis (i.e. sepsis with at least one organ failure) in 24% and septic shock in 30%[3] when standard consensus definitions of sepsis were used.[4]

Over the past 20 years a large number of clinical trials in septic patients have been performed. In these trials, new therapeutic agents for sepsis have been evaluated, based largely on progress in the understanding of the pathophysiology of sepsis. Most of these therapies were tested successfully in animal models of sepsis prior to their first use in humans. The vast majority of these laborious and expensive clinical trials failed to show any beneficial effect of the compounds or procedures under investigation.[5] These frustrating clinical trial results did generate a new understanding of the complexity of sepsis and the pitfalls of clinical trial design with novel, experimental adjuvant treatments for sepsis.

Progress in the molecular mechanisms of sepsis has provided a new level of understanding into the complex clinical course of human sepsis. Appropriate design of clinical trials in patients with sepsis needs to account for genetic and environmental variations found in patients and potential microbial pathogens. It has become evident that patients with sepsis are a very heterogeneous population. Certainly not every patient who meets the clinical criteria for severe sepsis is an ideal candidate for a clinical trial with a new therapeutic agent. It is now clear that there is no 'magic bullet' for sepsis, and it is likely there will never be one because most patients with sepsis have some form of underlying morbidity that predisposes them to develop sepsis. One of the major conclusions derived from the 'first generation' of sepsis trials was the insight that patients with a high risk of dying during their septic episode because of their underlying illness should not have been enrolled into clinical trials. Such patients are unlikely to have any benefit from any therapy. In clinical trials these patients introduce statistical 'noise', making it more difficult to detect a beneficial 'signal' of the compound under investigation, especially if this signal (effect) is weak.[6]

© 2004 Adis Data Information BV. All rights reserved.

Historically, mediators such as cytokines (e.g. tumour necrosis factor [TNF], interleukin [IL]-1) were considered most important in the pathophysiology of sepsis. This view was derived from experiments indicating that when such mediators were injected into animals or healthy volunteers a syndrome with many features of septic shock developed.[7] However, in the mid 1990s it became evident that this view of the pathophysiological alterations in sepsis was clearly too narrow and in reality there is a very complex interaction between microbial pathogen, immunocompetent cells, their mediators, endothelial cells and the coagulation system.

The application of these new insights into the pathophysiology of sepsis together with optimised patient selection and conduct of clinical trials eventually yielded the long-sought-after progress in sepsis therapy. In this review we highlight the important steps in the understanding of severe sepsis and describe the current status of implementation of this knowledge into therapeutic concepts, clinical trials and daily clinical practice.

# 1. Pathophysiology of Sepsis

## 1.1 Endotoxin and Other Microbial Antigens

Pfeiffer[8] in 1892, and independently Centanni[9] in 1894, isolated heat-stable compounds from *Vibrio cholerae* and *Salmonella typhi*, respectively, which were called 'endotoxin'. Endotoxin was known for its lipid solubility, its non-protein nature, and its 'toxic' properties – fever and development of shock – if injected into laboratory animals or volunteers.[8-10] It took almost a century of further research until the precise structure of the macromolecule endotoxin was clarified.[11] The large and complex, polar molecule is now referred to as lipopolysaccharide (LPS). LPS is an essential component of the outer membrane of most Gram-negative bacteria. Its structure is similar in all Gram-negative species and consists of a core oligosaccharide, a serotype-specific sugar side chain and a lipid A structure with usually six asymmetrically bound C12–C14 fatty acids (figure 1). This macromolecule is hydrophilic at its polysaccharide end and lipophilic at its lipid A

end. It holds important structural and functional attributes of the outer membrane of Gram-negative bacteria. The tertiary structure of lipid A resembles a truncated cone and this spatial structure seems to determine the pathogenic properties, as lipids structurally similar to lipid A, but with a different three-dimensional shape, are not biologically active.[11] Several investigations have demonstrated elevated levels of LPS in patients with sepsis.[12] The levels of LPS correlate somewhat with severity of disease and mortality. Interestingly enough, elevated LPS levels were found not only in Gram-negative but also in Gram-positive bacterial and even fungal infections. Reservoirs of LPS other than pathogens primarily responsible for the septic episode, such as the enormous amount of bacteria and LPS in the intestine,[13] presumably account for most circulating LPS in septic shock.

Besides LPS as the prototype molecule for an inflammatory reaction in the host, several other microbial structures induce an inflammatory reaction. Among these are peptidoglycan and lipoteichoic acid from Gram-positive bacteria, lipoarabinomannan from mycobacteria, flagellin, some fungal cell wall fragments or even (cytosine-phosphate-guanosine [CPG]-rich) fragments of microbial DNA.[14,15] These other pathogen-associated molecular patterns are, on a weight basis, much less 'potent' than LPS in their ability to induce inflammation. Independent of the actual pathogen, LPS seems to possess the greatest pathophysiological potential in sepsis.

## 1.2 Extracellular and Intracellular Signalling Pathways for Microbial Antigens

A hallmark in the pathophysiology of sepsis and septic shock is the systemic inflammatory response in reaction to circulating microbial antigens. This response is phylogenetically highly conserved and represents a major part of the innate immune reaction.[16] Key molecules in this process are the LPS-binding serum proteins – LPS-binding protein (LBP) and soluble CD14 (sCD14) – together with endotoxin docking molecules such as mCD14, the CD11/CD18 complex and the Toll-like receptors

© 2004 Adis Data Information BV. All rights reserved.



**Fig. 1.** Structure of the cell wall of Gram-negative bacteria and structure of lipopolysaccharide (LPS) [reproduced from Lynn,[16] with permission]. Gal = D-galactose; Glc = D-glucose; GlcNac = *N*-acetyl-D-glucosamine; Hep = L-glycero-D-manno-heptose; KDO = 3-deoxy-D-manno-octulosonic acid.

(TLR) on the monocyte and macrophage surface. According to our current understanding, this process is initiated through binding of fragments of bacterial cell walls or even whole bacteria to LBP. This acute phase serum protein facilitates the transfer of LPS and lipoteichoic acid to mCD14. Alternative pathways for this reaction without LBP involvement may exist; however, these are much less effective.[17] Membrane-bound CD14, originally termed 'endotoxin receptor', binds to endotoxin (LPS) and many other microbial structures as well and it is therefore assigned to the group of pattern recognition receptors.[18-20]

Soon after CD14 had been discovered and its structure clarified, it became evident that this molecule could not activate cells, as it is attached to the cell membrane by a glycosyl-phosphatidyl-inositol (GPI) anchor and does not have an intracellular domain.[21] The receptors that actually transduce the signal after contact with microbial structures intra-cellularly were long sought. These were eventually discovered in 1998 after a thorough analysis of the genome of LPS-resistant mouse strains (C3H/HeJ and C57BL/10ScCr-mice) as TLR.[22] Ten members of this group of receptors have been identified so far. They are characterised by a number of structural and functional similarities, mainly by a series of leucine-rich repeats in the extracellular domain of the molecule and an intracellular domain that shares considerable homology to the intracellular domain of the IL-1 receptor.[15]

When a macrophage comes into contact with LPS the receptors mCD14, TLR-4 and the adapter-protein MD-2 closely co-localise on the cell surface and form a functional receptor complex ('raft').[23] Various TLRs are involved in the recognition of different types of bacteria. Contact with LPS initiates a homodimerisation or homomultimerisation of TLR4 as the first step in the activation of macrophages. Signalling by lipoteichoic acid is mediated

© 2004 Adis Data Information BV. All rights reserved.

Advances in Sepsis Therapy

841

by heterodimerisation of TLR2 and TLR1, and peptidoglycan or zymosan signalling is by heterodimerisation of TLR2 and TLR6. The signal after contact of a cell with microbial structures is rapidly transduced in the cytoplasm through a series of kinases very similar to the IL-1 cell activation pathway.[24] At the end of this pathway nuclear factor (NF)κB is translocated into the nucleus, which eventually activates the cell by NFκB-induced expression of specific genes in the nucleus.[15,24] The CD14/TLR receptor complex is also involved in the mechanisms of phagocytosis of bacteria and microbial debris[25] (for schematic overview see figure 2[26]).

The role of sCD14 is less clear in this respect. In the presence of sCD14, cells usually not expressing mCD14 and unresponsive to LPS can be activated by LPS and contribute to cytokine production in sepsis (e.g. endothelial cells). Several studies showed an association of higher sCD14 levels and excess mortality.[27] It remains unclear whether this represents a pathophysiological mechanism or just an association with severity of disease, as sCD14 has also been identified as an acute phase protein in other noninfectious inflammatory diseases (e.g. systemic lupus erythematosus). In mice, administration of recombinant sCD14 reduced mortality after LPS-injection, even if the recombinant sCD14 was given (minutes) after the LPS injection.[28] sCD14 may have different effects in low or supraphysiological concentrations.[29]

### 1.3 Cytokines

After contact with microbial mediators, markedly elevated levels of TNF and IL-1 can be found in the circulation within 30–90 minutes. These are the principal cytokines in the inflammatory reaction in sepsis. If TNF or IL-1 are injected into laboratory animals or volunteers in appropriate concentrations, they induce a syndrome that resembles fulminant septic shock.[30] Administration of anti-TNF or anti-IL-1 therapy before or together with these cytokines was able to prevent the systemic inflammatory response to these mediators and to LPS.[31,32] These



**Fig. 2.** Interaction between microbial antigens and macrophages (reproduced from Glück et al.,[26] with permission). **BPI** = bactericidal permeability increasing protein; **GPI** = glycosyl-phosphatidyl-inositol chain; **HDL** = high-density lipoprotein; **IL** = interleukin; **IRAK** = IL-1 receptor-associated kinase; **LBP** = lipopolysaccharide-binding protein; **LPS** = lipopolysaccharide; **LTA** = lipoteichoic acid; **m-/sCD14** = membrane-/soluble endotoxin receptor; **MD-2/MyD88** = adapter proteins; **NF** = nuclear factor; **NIK** = NFκB-inducing kinase; **PGL** = peptidoglycan; **TLR** = Toll-like receptor; **TNF** = tumour necrosis factor.

© 2004 Adis Data Information BV. All rights reserved.



**Fig. 3.** Schematic overview on the coagulation system in sepsis (reproduced from Glück et al.,[36] with permission). IL = interleukin; TNF = tumour necrosis factor.

seminal revolutionary experiments provided the rationale for the mediator hypothesis in the pathogenesis of sepsis, which has dominated sepsis research for the past decade.

### 1.4 Inflammation and Coagulation

When the effects of the innate immune system and systemic inflammation of sepsis were investigated, it became apparent that this system is closely interlinked with other essential defence systems of the body. The finding of a close link between inflammation and the coagulation system, therefore, provided a major step forward in the understanding of the pathophysiology of sepsis.[33,34] One of the most important links between these two systems is the endothelial cell.[35,36] Proinflammatory cytokines can activate endothelial cells and induce the release of tissue factor, which activates factor VII and thus initiates the coagulation cascade (figure 3). Activated macrophages also release tissue factor and other procoagulant mediators, such as platelet-activating factor (PAF). PAF has platelet-activating and platelet-aggregation-inducing properties. PAF is also a potent inducer of proinflammatory cytokines from granulocytes and monocytes/macrophages. Like platelets, these cells have specific surface receptors for PAF. Not only PAF but oxidised phospholipids of similar structure may serve as ligands for the PAF-receptor, and such phospholipids are released in large amounts in inflamed tissues.[37]

Under physiological conditions in a localised process the conjunction of proinflammatory mechanisms and the coagulation system appears to be highly appropriate to seal off an injured, infected area in order to prevent blood loss and further spread of the infection. However, if these processes become systemic under the condition of severe sepsis, they lead to disseminated intravascular coagulation (DIC) with impairment of the microcirculation to vital tissues and multiorgan failure ensues.[38] Procoagulant mechanisms are opposed by physiological anticoagulant and fibrinolytic pathways, and among these the protein C pathway has an essential function. Deposition of thrombin on endothelial cells promotes the generation of thrombomodulin : thrombin complexes on the cell surface and this activates protein C. Protein C and its cofactor protein S inhibit factors V and VIII of the coagulation cascade, as well as the plasminogen-activator-inhibitor which facilitates plasmin activation.[39]

© 2004 Adis Data Information BV. All rights reserved.

Besides its anticoagulant/fibrinolytic effects, protein C exhibits a number of other properties of potential benefit in sepsis, such as an anti-apoptotic effect on endothelial cells and inhibitory effects on cytokine release from macrophages by inhibition of NFκB activation.[40]

Antithrombin is another regulatory molecule with anticoagulant effects via inhibition of factor X, especially when administered with heparin. Antithrombin also shows anti-inflammatory properties that may be of therapeutic utility.[41]

The mechanisms of disseminated intravascular coagulation described here may lead to depletion of the anticoagulant and fibrinolytic pathways. In early stages of severe sepsis, concentrations of protein C, activated protein C and antithrombin are markedly reduced.[42] DIC *per se* and reduced concentrations of the anticoagulant and fibrinolytic factors are associated with higher mortality in sepsis.[43,44]

From these pathophysiological findings within the coagulation system in sepsis, it seems logical to inactivate the excess procoagulant activity and substitute anticoagulant and fibrinolytic factors as an adjuvant therapy for sepsis. Investigations in animal sepsis models confirmed the benefits of this approach and show beneficial effects on mortality both with antithrombin and with (activated) protein C substitution.[41,45]

## 2. Therapeutic Strategies Derived from Pathophysiological Findings

### 2.1 Anti-Lipopolysaccharide (LPS) Strategies

#### 2.1.1 Neutralisation of Endotoxin/LPS

LPS is clearly the initiator of the inflammatory and coagulation networks leading to severe sepsis, multiorgan failure, shock and eventually death, at least for Gram-negative infections. It seems reasonable to remove these triggers from the circulation as early as possible after the manifestation of signs and symptoms of sepsis.[46] Several approaches to achieve this goal have been proposed in the past 20 years and were tested in clinical trials.

### Anti-Endotoxin Antibodies

Antibodies against LPS may be directed against the polysaccharide portion of the molecule with serotype-specific binding, or may be directed against the core of the lipid-A portion, providing theoretically broad cross-reactivity against LPS of various Gram-negative bacteria. Such antibodies have raised the perspective of 'passive immunotherapy' of sepsis: anti-endotoxin antibodies could prevent further activation of the immune system and the disadvantageous release of cytokines by binding and inactivating excess LPS circulating in the blood.

The anti-endotoxin antibodies first used in clinical trials were polyclonal immunoglobulin preparations from the blood of volunteers who had received a vaccination with heat-inactivated *Escherichia coli* 0111-J5. The first trial with this 'J5 serum' showed lower mortality in patients who had a microbiologically documented Gram-negative infection.[47] Several subsequent investigations using the same serum preparation, however, were unable to confirm these positive results.[48-50]

To overcome the problems associated with immunoglobulin preparation from human blood (e.g. lot-to-lot variability and safety issues), the monoclonal anti-endotoxin antibodies HA-1A (nebacumab; Centocor, Malvern, PA, USA) and E5 (Xoma, Berkeley, CA, USA) were developed. Both were IgM antibodies, E5 a murine and nebacumab a human monoclonal antibody. Both antibodies were tested in large multicentre, placebo-controlled, randomised trials and no overall benefit could be demonstrated. Nebacumab seemed to improve survival in a subgroup of patients with Gram-negative bacteraemia,[51] and E5 in Gram-negative infection not in shock.[52] On the basis of these retrospective subgroup analyses nebacumab (Centoxin®)¹ was approved in Europe for the therapy of Gram-negative sepsis in 1992. However, approval was withdrawn a year later because follow-up studies were unable to confirm the apparently beneficial results of the subgroup analyses in the first studies with these two anti-endotoxin antibodies.[53-56] Patients who did not have Gram-negative bacteraemia showed a non-

---

1   The use of trade names is for identification purposes only and does not imply endorsement.

© 2004 Adis Data Information BV. All rights reserved.

*Glück & Opal*



**Fig. 4.** Schematic overview on key steps in the activation of the innate immune system and the coagulation cascade in sepsis (reproduced from Opal and Glück,[46] with permission). BPI = bactericidal permeability increasing protein; HDL = high-density lipoprotein; IL = interleukin; LPS = lipopolysaccharide; MIF = macrophage migration inhibitory factor; NF = nuclear factor; PAF = platelet-activating factor; sCD14 = soluble endotoxin receptor; sTNFR = soluble tumour necrosis factor receptor; TGF = transforming growth factor; TLR = Toll-like receptor; TNF = tumour necrosis factor.

significant trend towards higher mortality with nebacumab. Another antibody developed against a common Enterobacteriaceae antigen (monoclonal antibody T88, Chiron Corporation, Emeryville, CA, USA)[57] also failed to decrease mortality in Gram-negative sepsis.[58]

A thorough review of all anti-LPS antibodies showed that the avidity of these antibodies against LPS was only weak and nonspecific, and also preclinical animal experiments with these compounds had shown little evidence of effective LPS binding.[59,60] Currently, there are no clinical trials with anti-LPS antibodies under way.[61] The concept of passive immunotherapy for sepsis received some revival recently by the observation that patients with high titres of naturally occurring antibodies against the core glycolipid structure of LPS develop fewer postoperative complications than patients without such antibodies.[62]

### 2.1.2 Modulation of LPS Signal Transduction at the Endotoxin Receptor (CD14)

The endotoxin receptor mCD14 plays a central role in the activation of the immune system by different microbial antigens[14] (figure 2, figure 4). Together with NFκB, CD14 represents one of the bottle-necks in the innate immune response during sepsis and, therefore, represents an attractive target for pharmacological intervention (figure 4). This hypothesis is backed by the observation that CD14-knockout mice are completely resistant against LPS doses which cause 100% mortality in CD14-positive, normal control mice.[63] The CD14-knockout animals are also much more resistant against Gram-negative infections, while their susceptibility to Gram-positive bacteria remains unchanged.[64] Anti-CD14 antibodies were able to reduce the LPS-induced mortality in animal sepsis models and in volunteers it dramatically decreased the inflammatory response to LPS injection.[65,66] Other animal experiments with Gram-negative infections, however, showed that CD14 inactivation by antibodies was associated with increased bacter-

© 2004 Adis Data Information BV. All rights reserved.

ial dissemination and higher mortality, if the animals did not receive appropriate antimicrobial therapy.[67,68] From this observation a reduced bacterial clearance can be assumed if CD14 and the CD14-dependent pathways are impaired.

Recently a phase Ib/II study with a humanised monoclonal anti-CD14 antibody (IC14) was completed in 40 patients with severe sepsis. IC14 doses of 2–4 mg/kg for 4 days were sufficient to saturate for 7 days more than 90% of the mCD14 receptors of monocytes in the peripheral blood. IC14 antibodies were well tolerated and no increase in secondary infections could be documented.[69] The study was not powered to show differences in any clinical outcome parameter and there were no significant differences in survival; however, a nonsignificant trend for lower organ failure scores was observed in the patients who received IC14 therapy.

### 2.1.3 Substitution of Bactericidal/Permeability Increasing Protein

Bactericidal/permeability increasing protein (BPI) belongs to a group of cationic antibacterial peptides from granulocytes and is characterised by LPS-neutralising and antibacterial properties.[59] The biologically active N-terminal 21 kDa domain of this physiological antimicrobial peptide appeared useful for neutralising circulating LPS and invasive Gram-negative bacteria. Beneficial effects were confirmed in studies in animal sepsis models,[70] and phase II trials in patients revealed little immunogenicity and good tolerability. The largest controlled clinical trial on recombinant BPI (rBPI) has so far been a phase III study among 393 children with meningococcal sepsis. Children treated with rBPI received fewer blood products, developed fewer long-term neurological sequelae and had fewer amputations than those who received placebo. Overall mortality was 7.5% under rBPI and not significantly different from the 9.9% mortality in the placebo recipients.[71] Children who were treated per protocol for the full 24-hour period, however, showed a more pronounced reduction in mortality (2.2 versus 6.2% with placebo; p = 0.07). The trial was not large enough to show the possible benefit associated with rBPI, as the reduction in mortality was only 4–5%

and less than anticipated. On the basis of these encouraging results, rBPI will be tested in other clinical sepsis trials in the future.

### 2.1.4 Phospholipids and Lipoproteins as LPS Inhibitors

sCD14 can transfer circulating LPS into high-density lipoproteins (HDL), which may be an essential physiological role of this plasma protein.[72] Patients with severe disease and especially septic patients quite often have very low levels of circulating HDL. Low HDL levels are associated with a significantly higher mortality in such patients.[73] Experiments in laboratory animals and in human volunteers confirmed that reconstituted HDL may clearly mitigate the effects of subsequently injected LPS.[74,75] Clinical trials with similar lipid preparations are currently in progress.

### 2.1.5 Absorption of LPS in Columns and Continuous Haemofiltration

Haemofiltration and haemoabsorption for sepsis therapy follow a simple principle: to remove from the circulation any microbial toxins of the infecting organism and/or deleterious host mediators that further activate the immune system. There are several anecdotal reports, clinical trials with small numbers of patients and investigations in laboratory animals which indicate that haemofiltration, haemodialysis or haemoabsorption may partly remove microbial antigens and host mediators from the circulation.[26] However, the main proinflammatory cytokines, TNF and IL-1, will not pass through standard dialysis membranes,[76] and it is not clear whether the removal of these or other factors from the circulation (but usually not from the site of inflammation and infection) will be associated with a clinical benefit for the patient.[77] Other data indicate that continuous haemofiltration or haemodialysis is associated with better survival in sepsis-induced renal failure as compared with intermittent haemodialysis, but it remains unclear if the potential beneficial effects afforded by haemofiltration are related to removal of host-derived or microbial pathogen-derived mediators.[77]

A Japanese group used a column containing polymixin B bound to polystyrol fibres for specific

© 2004 Adis Data Information BV. All rights reserved.

846

LPS absorption and reported some success.[78] In Europe LPS absorbers containing albumin-coated plastic beads (MATISSE system) were tested in phase I and II studies.[79] After an interim analysis the phase II study with this device was continued only in patients with severe sepsis and peritonitis. A total of 141 patients were included and a small mortality reduction of 2.3% (relative risk [RR] −8.3%) was observed with an improvement in organ dysfunction (using sequential organ failure assessment [SOFA] score).[80] A follow-up study with the MATISSE system is planned.

Extracorporeal circulation and a large-bore vascular access are essential prerequisites for any of the dialysis and apheresis techniques, and there is need for anticoagulation to keep tubing and filter open. All this may be difficult to accomplish in severe sepsis and septic shock with possible thrombocytopenia due to DIC and is one of the limitations of this approach.

### 2.1.6 Plasmapheresis

A few centres have performed plasmapheresis in severe sepsis and septic shock, with varying success. This procedure not only removes circulating microbial antigens and host mediators but may also improve DIC by supplementing coagulation factors, and also the immunoglobulins in the pooled plasma preparations used for substitution may have beneficial effects in some forms of sepsis. These aspects make plasmapheresis more than an apheresis technique. The largest controlled trial of plasmapheresis for severe sepsis was only recently presented by a Norwegian-Russian collaboration. One or two plasmaphereses of 30–40 mL/kg bodyweight with substitution of fresh frozen plasma in addition to standard therapy yielded a 28-day mortality reduction in the treatment group (n = 54) from 53.8 to 33.3%, which just achieved significance (p = 0.05).[81] There were some imbalances in severity of disease at study entry between the treatment and the control group, which should call for caution in the interpretation of these interesting results.

### 2.1.7 Lipoproteins and Soluble CD14

One of the pathways for LPS removal from the circulation uses LBP and sCD14 for LPS transfer into lipoproteins, for example HDL particles, making LPS biologically inactive.[72,82] In an animal sepsis model substitution with recombinant sCD14 was found to be beneficial,[28] and in one clinical study, sepsis patients with naturally occurring high sCD14 levels tended to have a better outcome.[83]

Low HDL levels are associated with a dismal prognosis in patients with severe disease,[73] and application of reconstituted HDL particles to human volunteers decreased the inflammatory reaction after LPS exposure.[75] However, these experimental data provide at best indirect evidence that sCD14 or lipoproteins might be of potential benefit in sepsis, and it remains to be proven that such concepts actually improve the outcome of clinical sepsis.

Another innovative anti-endotoxin approach is the use of lipid A antagonist.[61] A synthetic lipid A analogue, known as E5564, has been developed. This molecule specifically binds to TLR4 and effectively blocks LPS-mediated events in human endotoxin-challenged volunteers.[84] This LPS inhibitor is now in clinical trials.

### 2.1.8 Limitations of Anti-LPS Strategies

LPS and other microbial structures initiate the chain of events leading to sepsis, multiorgan failure and death over the course of a severe infection. Therefore, it seems logical to use any anti-LPS strategy only in the early phases of sepsis, as the benefit of such strategies may be lost once the inflammatory networks have been activated and end organ damage has occurred. It must be noted that several of the mechanisms and anti-endotoxin strategies presented herein interfere with physiological mechanisms of clearance of pathogens from the body (e.g. the CD14/TLR receptor complex). Modulation of such mechanisms may be disadvantageous, even if the use of antibiotics in clinical sepsis may partly compensate for the reduced elimination of pathogens after, for example, blockade of the CD14/TLR receptor complex.[68]

Finally, modern concepts of sepsis-associated immunosuppression and immuno-paralysis speculate that, besides the switch from pro- to anti-inflammatory mediators, constant low-level challenge of the innate immune system by LPS may

© 2004 Adis Data Information BV. All rights reserved.

continue to play a role throughout the course of septic shock evolution.[85,86] If this hypothesis can be confirmed, anti-LPS therapeutic strategies might also be of benefit in later stages of sepsis. Only well designed clinical studies will answer these questions.

## 2.2 Neutralisation of Cytokines

The observation that injection of proinflammatory mediators may cause most of the symptoms occurring after LPS injection or in fulminant septic shock provided the rationale for therapeutic modulation of these mediators.[30] Anticytokine antibodies were shown to prevent most of these reactions.[32] On the basis of this mediator concept of sepsis pathogenesis, several monoclonal antibodies against TNF were developed,[87-94] as well as hybrids of the p55- or p75-TNF receptors linked to immunoglobulin-Fc fragments (for prolongation of the plasma half-life),[95-97] and the naturally occurring IL-1 receptor antagonist (recombinant IL-1 RA).[98-100] Numerous experiments with anticytokine strategies found beneficial effects on most parameters including survival in laboratory animals using LPS injection as a sepsis model. However, this was the case in only some of the models investigating real infections in the animals; others gave rather unfavourable results.[7,101] Clinical trials with anticytokine strategies for sepsis were unequivocally disappointing.[31] Post hoc analyses seemed to show beneficial effects in subgroups of trials but these analyses lacked statistical power. The expensive and labour-intensive confirmatory trials designed after these subgroup analyses all failed to verify a therapeutic effect.[102] A synopsis of the main characteristics and results of phase II and III clinical trials on anticytokine-strategies is presented in table I.

Thorough re-evaluations of some of these recently completed trials on cytokine-neutralising antibodies revealed that potentially beneficial effects of anticytokine antibodies appear only if analyses included only selected patient populations. If patients with dismal prognosis and those who received inadequate antibiotic and/or surgical therapy are exclud-

ed, the results of anticytokine therapies appear more favourable.

A meta-analysis of 11 large multicentre, randomised, controlled, sepsis anti-TNF trials with 8631 patients recently presented in an abstract found a significant but small mortality reduction (2%; RR = 0.88–0.99; p = 0.03).[107] The mortality reduction was greater among patients who had received anti-TNF antibodies (3%) than among patients who had received TNF-receptor hybrids, where no benefit was seen. Patients in shock had a larger benefit (5% mortality reduction) than patients not in shock (no difference).

Such meta-analyses indicate that the concept of TNF neutralisation in patients with sepsis is of potential benefit but the achievable reduction in mortality is relatively small. When the studies were designed, a greater mortality reduction had been assumed, and this may be another reason why no single trial had ever shown convincingly positive results. It is questionable whether the small effect of TNF neutralisation on sepsis mortality according to the results of the meta-analysis is clinically relevant or cost effective.

There is a clear discrepancy between the promising results of the preclinical laboratory investigations in animal sepsis models and the clinical trials. A major difference between these two settings is the problem of establishing adequate animal models for sepsis. If relatively large amounts of LPS are injected abruptly into healthy animals (or human volunteers) this provokes, likewise, an abrupt release of cytokines and a shock-like syndrome. However, such a situation is more representative of an intoxication by LPS rather than an infection, except (perhaps) fulminant meningococcal sepsis in the form of a Waterhouse-Friederichsen syndrome. Less fulminant infections, however, make up the vast majority of sepsis cases, for example peritonitis, pneumonia or wound infections. In addition, a high percentage of septic patients have severe comorbidities that increase the risk for infection and facilitate the development of sepsis. In these situations mechanisms other than excess cytokine release may well be operative. It has not been possible to imitate the very

© 2004 Adis Data Information BV. All rights reserved.

848

*Glück & Opal*

Table I. Sepsis mortality in clinical trials of anticytokine-therapies

| Clinical trial (year) | Therapy | n | Mortality (%) | | Benefit |
|---|---|---|---|---|---|
| | | | controls | anticytokine | |
| **Anti-TNF antibodies** | | | | | |
| Fisher et al.[87] (1993) | CB0006 | 80 | 31.6 | 44.3 | −12.7 |
| Dhainaut et al.[88] (1995) | CDP571 | 42 | 60.0 | 62.5 | −2.5 |
| Abraham et al.[89] (1995) [NORACEPT I] | Nerelimomab (Bay 1351) | 971 | 33.1 | 30.4 | +2.7 |
| Cohen & Carlet[90] (1996) [INTERSEPT] | | 553 | 39.5 | 37.3 | +2.2 |
| Abraham et al.[92] (1998) [NORASEPT II] | | 1878 | 42.8 | 40.3 | +2.5 |
| Reinhart et al.[91] (1996) | Afelimomab (MAK195F) | 122 | 41.4 | 47.3 | −3.9 |
| Reinhart et al.[93] (2001) [RAMSES] | | 446 | 57.7 | 54.0 | +3.7 |
| Panacek et al.[94] (2000) [MONARCS] | | 998 | 47.6 | 43.6 | +4.0 |
| **Soluble TNF receptors** | | | | | |
| Fisher et al.[95] (1996) | Lenercept (p75-fusion-protein) | 141 | 30.3 | 45.4 | −15.1 |
| Abraham et al.[96] (1997) | | 498 | 38.6 | 38.0 | +0.6 |
| Abraham et al.[97] (2001) | | 1342 | 28 | 27 | +1.0 |
| **IL-1 receptor antagonist** | | | | | |
| Fisher et al.[98] (1994) | IL-1RA (anakinra) | 99 | 44.0 | 24.3 | +19.7 |
| Fisher et al.[99] (1994) | | 893 | 33.7 | 29.9 | +3.8 |
| Opal et al.[100] (1997) | | 696 | 36.4 | 33.1 | +3.3 |
| **PAF inhibitors** | | | | | |
| Dhainaut et al.[102] (1994) | PAF-RA (ginkgolide B; BN52021) | 262 | 51 | 42 | +9 |
| Dhainaut et al.[104] (1998) | | 609 | 49 | 47 | +2 |
| Opal[105] (2002) | PAF-AH (epafipase) | 124 | 44.2 | 21.4 | +22.8 |
| Opal[106] (2003) | | 1261 | 24 | 25 | −1.0 |

IL = interleukin; PAF = platelet-activating factor; PAF-AH = PAF-acetylhydrolase; RA = receptor antagonist; TNF = tumour necrosis factor.

complex 'real-world sepsis patient' in an animal model, and this may in part explain the discrepancy between the preclinical and clinical data.

Another explanation for the failing anti-TNF and anti-IL-1 strategies might be based in the fact that TNF and IL-1 reach their peak concentrations as early as a few hours after the onset of sepsis symptoms and decline rapidly thereafter. Clinically, by the time a patient receives medical attention for sepsis several downstream mechanisms have already been triggered and act independently of the initiating (and eventually blocked) cytokine-signal. There may be only a narrow window of opportunity for successful initiation of an anti-TNF or anti-IL-1 therapy, and any application of anticytokine strategies after this period may be too late or even disad-vantageous. Regrettably, only few patients are diagnosed appropriately in this narrow time frame in the initial phase of sepsis.

Finally, it was long overlooked that TNF and IL-1 pathways are highly redundant in the induction of cytokine release (see figure 4). Moreover, TNF represents a critical factor in the innate immune response to eliminate microbial pathogens. Essential studies in this respect have been performed by Echtenacher et al.,[101] who showed that TNF neutralisation after the induction of an intraperitoneal infection by cecal ligation and puncture was associated with a higher mortality in experimental animals.[101,108]

Interestingly enough, cytokine-neutralising drugs that failed to benefit patients with sepsis yielded

© 2004 Adis Data Information BV. All rights reserved.

considerable success in chronic inflammatory diseases refractory to other medical therapy, for example in the treatment of active rheumatoid arthritis,[109] refractory Crohn's disease[110] or the spondylarthropathies. TNF inhibitors induce a higher rate of infectious complications in treated patients,[111,112] underlining the special role of TNF in the elimination of microbial pathogens.

In summary, current evidence from experimental investigations and clinical trials indicates that proinflammatory cytokines are a driving force in the pathophysiology of sepsis but cannot be neutralised without potentially compromising the innate defence mechanisms.[113]

Currently there are no further anticytokine strategies for sepsis therapy in clinical trials.

## 2.3 Anticoagulant and Fibrinolytic Therapeutic Strategies for Sepsis

### 2.3.1 Antithrombin

Many centres have administered antithrombin replacement in septic patients and some continue to do so. Several smaller studies had indicated a potential benefit for antithrombin replacement; however, there was no formal evidence-based rationale for this approach.[114] The investigators of the KyberSept trial, therefore, examined the efficacy and safety of antithrombin for the reduction of sepsis mortality. This placebo-controlled, randomised, international multicentre study aimed at establishing and maintaining supraphysiological antithrombin concentrations of approximately 200% during the first 4 days in patients with severe sepsis.[115] A total of 2314 patients were enrolled in this study. There was overall no beneficial effect of antithrombin on mortality. Bleeding events were significantly more common if heparin was given with antithrombin (23.8 versus 13.5% without heparin; p < 0.001). In the subgroup of 698 patients not receiving heparin, bleeding events were not significantly more frequent and a reduced towards decreased 28-day mortality was seen (43.6 versus 37.8%; p = 0.08), which became significant after day 90 (52.5 versus 44.9%; p = 0.03). However, prespecified subgroup analyses cannot be interpreted as a proof for the efficacy of

antithrombin treatment without heparin as an adjuvant therapy for sepsis because the KyberSept trial had not been powered for such an endpoint. The result of the KyberSept trial was unexpected for many experts and generated considerable discussion.[114] After KyberSept, it remains unclear whether substitution of markedly decreased antithrombin levels in severe DIC by replacement doses of antithrombin are beneficial. According to the current evidence, adjuvant therapy of sepsis with antithrombin cannot be recommended.

### 2.3.2 Activated Protein C

Recombinant activated protein C (rhAPC, drotrecogin alfa [activated]) is currently the largest recombinant protein manufactured on a large scale by genetic engineering. This 405 amino acid protein is produced in a human cell line and requires post-translational modifications and activation by thrombin followed by further purification. Protein C is highly species-specific and human (activated) protein C is biologically inactive in mice and other laboratory animals. Preclinical studies in animal models of sepsis were hampered by this fact and clinical trials were started relatively early in the development of this drug. Plasma half-life of drotrecogin alfa (activated) is only about 13 minutes and requires continuous infusion. In a phase II study, a dose of 24 µg/kg/hour proved to be well tolerated and effective in the reduction of DIC parameters and was used for the subsequent phase III studies.[116] Between 1998 and 2000 drotrecogin alfa (activated) was tested in patients with severe sepsis in a multi-centre, multinational, placebo-controlled, double-blind trial (Protein C Worldwide Evaluation of Severe Sepsis [PROWESS] trial). This trial was stopped on the occasion of the second interim analysis when 1690 patients had been enrolled because the predefined stopping criteria had been met by the results. Treatment of patients with severe sepsis with drotrecogin alfa (activated) reduced 28-day mortality from 30.8% in the placebo group to 24.7% in the treatment group. This represents a relative reduction in the risk for mortality of 19.4% (p = 0.006; 95% CI 7, 30%).[117] A follow-up study to the PROWESS trial (Lilly protocol EVBI), which

© 2004 Adis Data Information BV. All rights reserved.

850

obtained outcome data as far as 30 months after enrolment into PROWESS, confirmed the beneficial effects of drotrecogin alfa (activated) out to day 90 (p = 0.027)[118] and showed that mortality after day 30 was generally related to age and comorbidity rather than to sepsis.

The US FDA and the respective European licensing agencies requested extensive subgroup analyses of the PROWESS trial data.[119,120] These analyses showed that drotrecogin alfa (activated) was more effective in patients with more severe disease, assessed by the Acute Physiology and Chronic Health Evaluation (APACHE) II scores ≥25, multiorgan failure and/or DIC. In patients with APACHE II scores ≥25, an absolute reduction in mortality of 13% was observed, representing a relative reduction in the risk for mortality of 29% (95% CI 15, 41%). However, protein C levels at study entry were not able to clearly identify a subgroup of patients likely to benefit from drotrecogin alfa (activated). It appears that: (i) the beneficial effects of the compound are not only related to its anticoagulant and fibrinolytic properties; and (ii) activation of naturally occurring protein C may be severely compromised in severe sepsis by impairment of endothelial cell function.

The most relevant adverse effect of drotrecogin alfa (activated) is haemorrhage. Severe bleeding events were seen during the infusion period in 2.5% of patients receiving drotrecogin alfa (activated) and in 1.0% of placebo recipients (p = 0.025) in the PROWESS trial. Analysis of all controlled applications of drotrecogin alfa (activated) [>2500 persons treated by the end of 2002] showed a rate of fatal haemorrhage of 0.4% and a rate of intracerebral haemorrhage of 0.5% during the infusion period.[121] Intracerebral haemorrhage was seen more frequently in patients with meningitis and/or thrombocytopenia, which should call for caution if patients with platelet counts <50 000/µL and meningitis are to be treated with drotrecogin alfa (activated). Despite this, other subgroup analyses of the PROWESS data indicate that just those patients with severe thrombocytopenia of 30 000–50 000/µL due to severe DIC may have a greater benefit from therapy with drotre-

cogin alfa (activated).[119] It has to be emphasised that great caution is necessary in the interpretation of such subgroup analyses with small patient numbers. There is no experience with drotrecogin alfa (activated) in patients with platelet counts <30 000/µL, as this has been an exclusion or termination criterion in all trials performed thus far.

In November 2001 drotrecogin alfa (activated) was approved for therapy of severe sepsis in the US (Xigris®) and in November 2002 approval was given in Europe. The drug is indicated for patients with APACHE II scores ≥25 (in the US), or patients with ≥2 organ dysfunctions despite optimal standard therapy (in Europe). The approved indications for drotrecogin alfa (activated) focus on the subgroup of patients with severe sepsis and multiorgan dysfunction, following the results of the PROWESS subgroup analyses.[122]

There are currently three published pharmaco-economic evaluations for drotrecogin alfa (activated) from different health systems, all based on the results of the PROWESS-trial. Pharmacoeconomic estimates for therapy with drotrecogin alfa (activated) vary depending on the age of the patient and the health system. Costs per life-year gained were estimated to be $US16 000–30 000 in the Canadian system,[123] $US27 000 in the US system[124] and approximately €15 000 in the German system.[125] Cost-effectiveness values of a similar magnitude have been calculated for other generally accepted medical therapies or procedures.[124]

As efficacy of drotrecogin alfa (activated) has not been established for patients with lower risk of death from sepsis, another large multicentre, multinational, placebo-controlled, double-blind clinical trial with this agent has been initiated. The ADministration of DRotecogin alfa (activated) in Early Severe Sepsis (ADDRESS) trial will enrol more than 11 000 patients in the early stages of severe sepsis and only one sustained organ failure or an APACHE score <25. The results of this truly extensive study will take several years to complete.

### 2.3.3 Tissue Factor Pathway Inhibitor

Tissue factor plays a critical role in the initiation of the coagulation cascade in sepsis.[126] Its effects

© 2004 Adis Data Information BV. All rights reserved.

Advances in Sepsis Therapy

851

**Table II.** Synopsis of key clinical trials with significant mortality reduction in sepsis (published 1999 and later)

| Clinical trial (year) | No. of trials (patients enrolled) | Intervention | Mortality | p-Value |
|---|---|---|---|---|
| Kollef et al.[130] (1999), Ibrahim et al.[131] (2000) | 2 (1147) | Adequate antimicrobial therapy (critically ill patients) | RR = 0.42 (all infections) RR = 0.45 (bloodstream infections) | <0.001 |
| Rivers et al.[132] (2001) | 1 (263) | 'Goal-oriented therapy' (severe sepsis) | RR = 0.58 | 0.009 |
| ARDS-Network[133] (2000) | 1 (861) | Protective ventilation (ARDS) | RR = 0.78 | 0.007 |
| Annane et al.[134] (2002) | 1 (299) | Hydrocortisone (septic shock) | Overall: RR = 0.90 insufficiency of adrenal cortex: RR = 0.84 | Overall: 0.09 insufficiency of adrenal cortex: 0.04 |
| van den Berghe et al.[135] (2001) | 1 (1548) | Strict blood glucose control (surgical patients) | Overall: RR = 0.58 critical care therapy >5 days: RR = 0.52 | Overall: 0.04 critical care therapy >5 days: 0.005 |
| Busund et al.[91] (2002) | 1 (106) | Plasmapheresis (severe sepsis) | RR = 0.62 | 0.05 |
| Bernard et al.[117] (2001) | 1 (1690) | Drotrecogin alfa (activated) [severe sepsis] | Overall: RR = 0.81 APACHE II >25: RR = 0.71 | 0.005 |

**APACHE** = Acute Physiology and Chronic Health Evaluation; **ARDS** = acute respiratory distress syndrome; **RR** = relative risk.

may be counterbalanced by the naturally occurring tissue factor pathway inhibitor (TFPI). Analogous to protein C and antithrombin, decreased TFPI functional activity is observed in the early stages of sepsis. Therefore, it seemed logical to evaluate substitution therapy with TFPI for adjuvant sepsis therapy.[127] A phase II trial with TFPI in 210 patients with severe sepsis yielded decreased IL-6 release and a trend for mortality reduction with TFPI.[128] However, a large phase III trial was terminated in late 2001 without showing any benefit of TFPI; publication of these results is still pending.[129]

### 2.3.4 Platelet-Activating Factor

Blockade of the procoagulant and proinflammatory effects of PAF was identified quite early as a potential target for an adjuvant therapy of sepsis. On the basis of experience from animal models, improvement in the endothelial functions, decreased vascular leakage and reversal of disturbances of the microcirculation in sepsis were expected. Two phase III trials with a PAF-receptor antagonist BN52021 (Ginkgolide B) did not find any effect on survival and the further development of this compound was stopped[103,104] (table II).

PAF-acetylhydrolase (PAF-AH; epafipase) is a naturally occurring enzyme that is capable of inactivating PAF and PAF-like oxidised phospholipids. It is produced principally by macrophages and has anti-inflammatory effects *in vitro* and *in vivo*.[37] Results from a phase II trial suggested a reduction in mortality and prevention of acute respiratory distress syndrome (ARDS) in patients with sepsis and trauma by a 5-day treatment with epafipase at a dose of 1 mg/kg/day.[105,136] Epafipase was then tested in patients with severe sepsis. However, after an interim analysis of the first 1261 patients had been performed in December 2002, the study was stopped prematurely because of medical futility, as it was not able to demonstrate any effect of the drug compared with placebo.[106]

### 2.3.5 Heparin

The role of heparin in the therapy of sepsis is absolutely unclear. Davidson et al.[137] recently published a *post hoc* analysis of the placebo group data from the largest recently completed clinical sepsis trials, PROWESS and KyberSept, in the form of a letter. The results seem to suggest that heparin therapy may have a beneficial effect on sepsis mortality. This is an interesting observation but the data are not suitable for a recommendation, as neither study was planned for these endpoints and they did not control for post-randomisation bias. It may well be that patients with severe disease and a high risk of dying from sepsis and low platelet count due to DIC were

© 2004 Adis Data Information BV. All rights reserved.

less likely to receive heparin for presumably higher risk of bleeding. Patients without these unfavourable symptoms and a better prognosis are more likely to have received heparin for thrombosis prophylaxis.

Therefore, it is still unclear whether heparin therapy is beneficial for sepsis and, if so, in which dose or application form heparin should be used for sepsis therapy. Despite this lack of evidence, in many centres patients routinely receive low-dose heparin therapy equivalent to 200–600U of unfractionated heparin per hour.

### 2.4 Modulation of the Endocrine Systems

Several clinical trials have been performed with high doses of corticosteroids for adjuvant sepsis therapy with the rationale of preventing excessive release of cytokines. These trials did not show any beneficial effect of high-dose corticosteroids on sepsis mortality, although corticosteroids may reduce the release of proinflammatory cytokines. Meta-analyses of corticosteroid trials at doses of several 100 to more than 1000mg prednisone or prednisolone per day found a trend towards increased mortality with corticosteroids.[102,138] The use of corticosteroids for sepsis therapy was, therefore, not considered further for some time.

However, in the past few years the use of corticosteroids for sepsis has received renewed interest because it was appreciated that in many patients with sepsis there is an insufficiency in the pituitary gland-adrenal cortex axis.[139] Bollaert et al.[140] and Briegel et al.,[141] who presented promising data from pilot studies with 41 and 40 patients, respectively, first suggested substitution of hydrocortisone at the maximum physiological dose of 200–300 mg/day.

A French multicentre study recently presented data from 299 patients with septic shock who first received an ACTH test for evaluation of the pituitary adrenocortical axis and were then randomised to either hydrocortisone 200mg and fludrocortisone 50µg per day, or placebo.[134] Overall a nonsignificant trend towards reduced mortality was seen with corticosteroid substitution (RR = 0.895; 95% CI 0.39, 1.07; p = 0.09). In the predefined subgroup of patients with relative adrenal insufficiency, a significant reduction of sepsis mortality (RR = 0.84; 95% CI 0.47, 0.95; p = 0.04) was observed. Hydrocortisone substitution was also associated with a decreased need for vasopressor support. In a recently published, multicentre, clinical trial with a crossover design, patients with severe sepsis treated with hydrocortisone 10 mg/hour benefited. Such doses of corticosteroids had anti-inflammatory but not immuno-suppressive effects. Substitution with hydrocortisone should be tapered off and not stopped abruptly, to prevent a rebound.[142] Today many centres use hydrocortisone for therapy of septic shock despite the fact that the efficacy of this approach is not firmly established.

Quite often patients receiving critical care for severe sepsis or other severe disease develop elevated blood glucose levels, even if these patients did not have diabetes mellitus before the episode leading to sepsis. Blood glucose control had not been regarded as critical with respect to outcome until van den Berghe et al.[135] published a fascinating study in surgical, mechanically ventilated, critically ill (but not necessarily septic) patients. Tight control of blood glucose between 80 and 110 mg/dL by administration of insulin doses up to 50 units/hour was associated with a reduction in mortality compared with 'loose' control with blood glucose levels <215 mg/dL. This was most pronounced in patients needing critical care for more than 5 days. Among those, a pronounced reduction in 28-day mortality from 20.2 to 10.5% was achieved with tight blood glucose control (RR = 0.52; p = 0.005).[135] The incidence of secondary infections, as well as duration of ventilation and stay on the ICU, was decreased with tight blood glucose control. These surprising effects need further confirmation in other critically ill patients, for example nonsurgical patients, patients meeting criteria of severe sepsis, etc.

### 2.5 Supportive Therapy

#### 2.5.1 Protective Ventilation

A high proportion of patients with severe sepsis need mechanical ventilation.[117] The respiratory tract is quite often the primary source of sepsis, and

© 2004 Adis Data Information BV. All rights reserved.

was in 53.6% of patients enrolled into the PROW-ESS and 34.5% in the KyberSept trials.[115,117] A detailed discussion of the progress in mechanical ventilation is beyond the scope of this review. It should be noted that the use of protective ventilator settings with low tidal volumes has been shown to decrease mortality in patients requiring mechanical ventilation. In the ARDS-Network study, ventilation with a tidal volume 6 mL/kg was associated with a significantly lower mortality rate of 31.0% as compared with a rate of 39.8% with a tidal volume of 12 mL/kg (RR = 0.78; p = 0.007).[133] The application of this approach to daily ICU clinical practice may contribute to better outcomes for patients with severe sepsis.

The therapeutic value of high positive end expiratory pressure (PEEP) values versus lower PEEP values along with the low tidal volume strategy has recently been studied by the ARDSnet group (presented by Bower R: American Thoracic Society annual meeting, 18 May 2003, Seattle, WA, USA). No apparent survival benefit was observed in the initial analysis of this study with over 500 patients enrolled into the trial. It is hoped that further innovations in lung protection ventilator approaches will improve the supportive management and overall outcome of septic patients in the ICU.

### 2.5.2 Fluid Resuscitation, Transfusion and Vasopressor Therapy

There is no doubt that patients with severe sepsis need fluid resuscitation to compensate for increased capillary permeability and vasodilation. It is still unclear whether in this situation crystalloid or colloid solutions should be used. The use of albumin in such situations was discouraged by the results of a Cochrane analysis in 1998, but this analysis had several flaws and a second, better selected meta-analysis did not confirm higher mortality rates associated with the use of human albumin for fluid therapy.[143,144] Still, the high costs of human albumin preparations preclude their unrestricted use for fluid therapy in most clinical situations.

Rivers et al.[132] showed in a very elegant study that early timing and magnitude of supportive therapy with fluid and vasopressor therapy and transfusion do have considerable impact on the outcome in patients with sepsis. In this single-centre trial, 263 patients with newly diagnosed sepsis were randomised to receive supportive therapy according to 'early goal-directed therapy guided continuous monitoring of mixed venous oxygen saturation' or standard care. The early goal-directed therapy group (n = 130) was treated in the emergency room for at least 6 hours according to a strict algorithm aimed at achieving as soon as possible a mean arterial pressure ≥65mm Hg, central venous pressure of 8–12mm Hg, mixed venous oxygen saturation ≥70%, a haematocrit ≥30% and urine output ≥0.5 mL/kg/h. The second group (n = 133), after initial stabilisation, was transferred to the ward as soon as a bed became available and received standard care according to the same guidelines except for the monitoring of central venous oxygen saturation, and (presumably) without strict adherence to the algorithm and time frames.

Patients randomised to the early goal-directed therapy group received, in the first 6 hours of their hospital stay, significantly more fluids, more red blood cell transfusions and more frequent vasopressor therapy as compared with the standard therapy group. This difference between the two groups was equalised over the full course of the hospital stay; however, hospital all-cause mortality among the patients with early goal-directed therapy was dramatically reduced compared with that in the standard therapy group (30.5 versus 46.5%; p = 0.009). The 28-day mortality was 33.7 and 49.2% (p = 0.01), and 60-day mortality 44.3 and 56.9% (p = 0.03), respectively. Early intervention with appropriate measures to maintain adequate tissue perfusion and oxygen delivery by prompt institution of fluid therapy, stabilisation of arterial pressure and providing sufficient oxygen transport capacity are highly effective in reducing mortality.

### 2.5.3 Importance of Adequate Antimicrobial Therapy

It seems obvious that an infection leading to the life-threatening syndrome of (severe) sepsis or septic shock should be treated with antimicrobials. However, adequate antimicrobial therapy may not

© 2004 Adis Data Information BV. All rights reserved.

854

always be easily achievable in times of growing resistance among microbial pathogens and expert advice on appropriate choice of antimicrobial therapy may not be available at all times. Several recent publications demonstrate nicely the special importance of this aspect. One study found that 8.5% of patients with infections needing critical care had received inadequate empirical antimicrobial therapy. In most of these patients (79.5%) the infection was nosocomially acquired. Inadequate antimicrobial therapy was in this study associated with a considerably higher mortality (42.0 versus 17.7%; RR = 2.37; p < 0.001).[130] The same group investigated patients with bacteraemia and fungaemia. Among these, the rate of inadequate therapy was even higher at 29.9% and, in addition, this investigation found mortality rates approximately twice as high with inappropriate therapy (61.9 versus 28.4%; RR = 2.18; p < 0.001).[131] In this study, pathogens isolated most often in patients with inadequate antimicrobial therapy were vancomycin-resistant enterococci, *Candida* spp., methicillin-resistant *Staphylococcus aureus*, coagulase-negative staphylococci and *Pseudomonas aeruginosa.*

There is evidence that besides selecting adequate antimicrobial therapy, the timing of the initiation of such therapy is essential for an optimal outcome. In another study, Kollef and colleagues[145] investigated delays of appropriate empirical antimicrobial therapy for ventilator-associated pneumonia. If the initiation of appropriate therapy was delayed for at least 24 hours after clear symptoms of the nosocomial infections were present, the patients' risk for mortality in this situation increased almost 4-fold.

However, such data should not be interpreted as a reason for empirical broad-spectrum antimicrobial therapy in every patient treated in the hospital or in the ICU. Such an approach often leads to progressive antimicrobial resistance and other possible associated adverse effects. A certain rate of inadequate empirical antimicrobial therapy cannot be avoided in the light of generally increasing antimicrobial resistance and the problematic pathogens associated most often with inadequate antimicrobial

therapy. Appropriate selection of empirical antimicrobial therapy has to be considered carefully for every individual patient. Careless choice of inadequate therapy will be associated with higher mortality. Increased risks for special pathogens need to be considered for the individual patient and in many cases the input of infectious diseases specialists will be helpful.

Every effort should be undertaken to minimise the rate of nosocomial infections in the ICU by appropriate infection control programmes. The microbiological laboratory processing the specimens from the ICU should be able to provide regularly updated reviews of resistance patterns for the most important pathogens isolated in the respective ICU. This information should serve, in turn, as a basis for the selection of actual guidelines for empirical therapy in this individual ICU. Such an approach may contribute to minimising inadequate antimicrobial therapy and associated excess mortality in patients with sepsis in the ICU.[146]

## 3. Conclusion

Over the past 5 years, progress in the understanding of the pathophysiology of sepsis has been translated into several well designed clinical studies. After years of frustration these studies have confirmed the efficacy of a number of therapeutic approaches for severe sepsis and septic shock (for an overview see table II). It cannot be expected that sepsis-related mortality will be reduced to zero. Severe sepsis will continue to have a considerable mortality based on the underlying comorbidity most patients have as the risk factor for developing sepsis.

However, most of the interventions recently found to be beneficial for the outcome of patients with sepsis can be directly implemented in daily practice with minimal financial or logistic effort. Adequate fluid resuscitation, appropriate antimicrobial therapy, maintenance of the endocrine axes and protective ventilation are readily adapted to modern ICU care. Optimising these therapeutic measures should form the basis of appropriate therapy for sepsis and many septic patients will improve rapidly with these simple measures. If a patient is

© 2004 Adis Data Information BV. All rights reserved.

receiving such optimised therapy and his or her condition still does not improve, new adjuvant therapeutic strategies such as drotrecogin alfa (activated) should be considered.

Drotrecogin alfa (activated) has been shown to improve the outcome of patients with severe sepsis and APACHE II scores of ≥25 or ≥2 organ dysfunctions. When considering the use of drotrecogin alfa (activated), the time frame, contraindications for use, limited experience with various diagnoses and the prognosis of the underlying disease in the individual patient have to be considered. The potential benefits need to be balanced against the potential adverse effects and the costs of this drug in order to use financial resources responsibly, as the limitation of these resources is becoming more and more an issue in many countries. If used appropriately, however, all information available indicates that drotrecogin alfa (activated) is an expensive but highly cost-effective therapy for sepsis.

There are several other adjuvant therapeutic strategies for sepsis in various stages of clinical development; which of these will actually achieve approval for clinical use, like drotrecogin alfa (activated), cannot be predicted.

With the exception of drotrecogin alfa (activated), the development of new therapies for sepsis has almost uniformly followed the pattern: reasonable approach based on pathophysiological considerations → promising phase II trials → expensive and laborious, but disappointing phase III trials. Careful investigation of the reasons for this apparent paradox is likely to influence the fate of many of the therapeutic strategies investigated in future clinical trials.

Finally, it is unlikely that a single therapeutic approach may fit for all patients with sepsis (it may well be that the several different mechanisms by which drotrecogin alfa [activated] works, have provided its success). There is most probably no magic bullet for sepsis. Further development of therapies for sepsis may well depend on the availability of rapid diagnostic methods for determining which patient will have the most benefit from one or another adjuvant therapeutic intervention. Functional ge-

nomics and systemic biology research in this field should be encouraged if the full benefits of adjunct therapies for sepsis are to be realised in actual clinical practice.

## Acknowledgements

S.M. Opal has received grant support from the Genetics Institute (Cambridge, MA, USA), is an investigator for Tissue Factor Pathway Inhibitor (Chiron, Emeryville, CA, USA) and is also a member of the Data and Safety Monitoring Board for both Eisai (Andover, MA, USA) and Lilly (Indianapolis, IN, USA). T. Glück has received honoraria for lectures from Lilly (Indianapolis, IN, USA) and has participated in clinical trials (Enhance, Address) which were sponsored by Eli Lilly.

## References

1. Angus DC, Linde-Zwirble WT, Lidicker J, et al. Epidemiology of severe sepsis in the United States: analysis of incidence, outcome, and associated costs of care. Crit Care Med 2001; 29: 1303-10
2. Angus DC, Wax RS. Epidemiology of sepsis: an update. Crit Care Med 2001; 29 (7 Suppl.): S109-S16
3. Alberti C, Brun-Buisson C, Burchardi H, et al. Epidemiology of sepsis and infection in ICU patients from an international multicentre cohort study. Intensive Care Med 2001; 28: 108-21
4. Bone RC, Balk RA, Cerra FB, et al. Definitions for sepsis and organ failure and guidelines for the use of innovative therapies in sepsis: ACCP/SCCM consensus conference. Chest 1992; 101: 1644-55
5. Abraham E. Why immunomodulatory therapies have not worked in sepsis. Intensive Care Med 1999; 25: 556-66
6. Eidelman LA, Sprung CL. Why have new effective therapies for sepsis not been developed? Crit Care Med 1994; 22: 1330-4
7. Beutler B. Endotoxin, tumor necrosis factor, and related mediators: new approaches to shock. New Horiz 1993; 1: 3-12
8. Pfeiffer R. Untersuchungen über das Cholera Gift. Z Hyg Infektionskr 1892; 11: 393-412
9. Centanni E. Untersuchungen über das Fiebergift der Bacterien. Dtsch Med Wochenschr 1894; 20: 148-76
10. Lynn WA. Anti-endotoxin therapeutic options for the treatment of sepsis. J Antimicrob Chemother 1998; 41 Suppl. A: 71-80
11. Rietschel ET, Kirikae T, Schade FU, et al. Bacterial endotoxin: molecular mechanisms of structure to activity and function. FASEB J 1994; 218: 217-25
12. Danner RL, Elin RJ, Hosseini JM, et al. Endotoxemia in human septic shock. Chest 1991; 99: 169-75
13. Opal SM, Scannon PJ, Vincent JL, et al. Relationship between plasma levels of lipopolysaccharide (LPS) and LPS-binding protein in patients with severe sepsis and septic shock. J Infect Dis 1999; 180: 1584-9
14. Antal-Szalmas P. Evaluation of CD14 in host defense. Eur J Clin Invest 2000; 30: 167-79
15. Means TK, Golenbock DT, Fenton MJ. The biology of toll-like receptors. Cytokine Growth Factor Rev 2000; 11: 219-32
16. Medzhitov R, Janeway C. Innate Immunity. N Engl J Med 2000; 343: 338-44
17. Fenton MJ, Golenbock DT. LPS-binding proteins and receptors. J Leukoc Biol 1998; 64: 25-32

© 2004 Adis Data Information BV. All rights reserved.

18. Pugin J, Heumann ID, Tomasz A, et al. CD14 is a pattern recognition receptor. Immunity 1994; 1: 509-16

19. Ulmer AJ, Salmalouti VT, Rietschel ET, et al. CD14 an innate immune receptor for various bacterial cell wall components. In: Brade H, Opal S, Vogel S, et al., editors. Endotoxin in health and disease. New York: Dekker, 1999: 463-71

20. Landmann R, Müller B, Zimmerli W. CD14, new aspects of ligand and signal diversity. Microbes Infect 2000; 2: 295-304

21. Haziot A, Chen S, Ferrero E, et al. The monocyte differentiation antigen, CD14, is anchored to the cell membrane by a phosphatidyl-inositol linkage. J Immunol 1998; 141: 547-52

22. Poltorak A, He X, Smirnova I, et al. Defective signaling in C3H/HeJ and C57BL / 10ScCr mice: mutations in Tlr4 gene. Science 1998; 282: 2085-8

23. Pfeiffer A, Böttcher A, Orsó E, et al. Lipopolysaccharide and ceramide docking to CD14 provokes ligand specific receptor clustering in rafts. Eur J Immunol 2001; 31: 3153-64

24. Opal SM, Huber C. Bench-to-bedside review: Toll-like receptors and their role in septic shock. Crit Care 2002; 6: 125-36

25. Kitchens RL, Wang PY, Munford RS. Bacterial lipopolysaccharide can enter monocytes via two CD14-dependent pathways. J Immunol 1998; 161: 5535-45

26. Glück T, Opal SM, Rossaint R, et al. Entwicklungen in der Sepsistherapie und aktuelle Behandlungskonzepte. Intensivmed 2003; 40: 392-411

27. Landmann R, Zimmerli W, Sansano S, et al. Increased circulating soluble CD14 is associated with high mortality in gram-negative septic shock. J Infect Dis 1995; 171: 639-44

28. Haziot A, Rong GW, Lin XY, et al. Recombinant soluble CD14 prevents mortality in mice treated with endotoxin (lipopolysaccharide). J Immunol 1995; 154: 6529-32

29. Stelter F, Witt S, Furll B, et al. Different efficacy of soluble CD14 treatment in high- and low-dose LPS models. Eur J Clin Invest 1998; 28: 205-13

30. Tracey KJ, Beutler B, Lowry SF, et al. Shock and tissue injury induced by recombinant human cachectin. Science 1998; 234: 470-4

31. Reinhard K, Karzai W. Anti-tumor necrosis factor therapy in sepsis: update on clinical trials and lessons learned. Crit Care Med 2001; 29 Suppl. 7: S121-5

32. Tracey KJ, Fong Y, Hesse DG, et al. Anti-cachectin/TNF monoclonal antibodies prevent septic shock during lethal bacteremia. Nature 1987; 330: 662-4

33. Opal SM. The phylogenetic relationships between the coagulation system and the inflammatory networks. Crit Care Med 2000; 28: S99-106

34. Marshall JC. Inflammation, coagulopathy, and the pathogenesis of multiple organ dysfunction syndrome. Crit Care Med 2001; 29 (7 Suppl.): S28-35

35. Vallet B, Wiel E. Endothelial cell dysfunction and coagulation. Crit Care Med 2001; 29 (7 Suppl.): S36-41

36. Aird WC. Vascular bed specific hemostasis: role of endothelium in sepsis. Crit Care Med 2001; 29 (7 Suppl.): S28-35

37. Zimmerman GA, McIntyre TM, Prescott SM, et al. The platelet-activating factor signaling system and its regulators in syndromes of inflammation and thrombosis. Crit Care Med 2002; 30 (5 Suppl.): S294-301

38. Levi M, ten Cate H. Disseminated intravascular coagulation. N Engl J Med 1999; 341: 586-92

39. Faust SN, Heyderman RS, Levin M. Coagulation in severe sepsis: a central role for thrombomodulin and activated protein C. Crit Care Med 2001; 29 (7 Suppl.): S62-8

40. Joyce DE, Grinnell BE. Recombinant human activated protein C attenuates the inflammatory response in endothelium and monocytes by modulating nuclear factor-κB. Crit Care Med 2002; 30 (5 Suppl.): S288-93

41. Dickneite G. Antithrombin III in animal models of sepsis and organ failure. Semin Thromb Hemost 1998; 24: 61-9

42. Mesters RM, Helterbrand J, Utterback BG, et al. Prognostic value of protein C concentrations in neutropenic patients at high risk of severe septic complications. Crit Care Med 2000; 28: 2209-16

43. Fourrier F, Chopin C, Goudemand J, et al. Septic shock, multiple organ failure and disseminated intravascular coagulation: compared patterns of antithrombin C, protein C, and protein S deficiencies. Chest 1992; 101: 816-23

44. Lorente JA, Garcia-Frade LJ, Landin L, et al. Time-course of hemostatic abnormalities in sepsis and its relation to outcome. Chest 1993; 103: 1536-46

45. Taylor FB, Chank A, Esmon CT, et al. Protein C prevents the coagulopathic and lethal effects of *E. coli* infusion in the baboon. J Clin Invest 1987; 79: 918-25

46. Opal SM, Glück T. Endotoxin as a drug target. Crit Care Med 2003; 31 (1 Suppl.): S57-64

47. Ziegler EJ, McCutchan JA, Fierer J, et al. Treatment of Gram-negative bacteremia and shock with human antiserum to a mutant *Escherichia coli*. N Engl J Med 1982; 307: 1225-30

48. Girardin E, The J5 Study Group. Treatment of severe infectious purpura in children with human plasma from donors immunized with *Escherichia coli* J5: a prospective double-blind study. J Infect Dis 1992; 165: 695-701

49. Calandra T, Glauser MP, Schellekens J, et al. Treatment of Gram-negative septic shock with human IgG antibody to *Escherichia coli* J5: a prospective, double-blind, randomized trial. J Infect Dis 1998; 158: 312-8

50. Cometta A, Baumgartner JD, Lee ML, et al., the Intravenous Immunoglobulin Collaborative Study Group. Prophylactic intravenous administration of standard immune globulin as compared with core-lipopolysaccharide immune globulin in patients at high risk of postsurgical infection. N Engl J Med 1992; 327: 234-40

51. Ziegler EJ, Fisher CJ, Sprung CL, et al. Treatment of Gram-negative bacteremia and septic shock with HA-1A human monoclonal antibody against endotoxin. N Engl J Med 1991; 324: 429-36

52. Greenman RL, Schein RMH, Martin MA, et al. A controlled clinical study of E5 murine monoclonal IgM antibody to endotoxin in the treatment of Gram-negative sepsis. JAMA 1991; 266: 1097-102

53. McCloskey RV, Straube RC, Sanders C, et al. Treatment of septic shock with human monoclonal antibody HA-1A: a randomized, placebo-controlled trial: CHESS Trial Study Group. Ann Intern Med 1994; 121: 1-5

54. French National Registry of HA-1A. The French national registry of HA-1A (Centoxin) in septic shock: a cohort-study of 600 patients: the national committee for the evaluation of Centoxin. Arch Intern Med 1994; 154: 2484-91

55. Bone RC, Balk RA, Fein AM, et al. A second large controlled clinical study of E5, a monoclonal antibody to endotoxin: results of a prospective, multicenter, randomized, controlled trial: the E5 Sepsis Study Group. Crit Care Med 1995; 23: 994-1006

56. Angus DC, Birmingham MC, Balk RA, et al. E5 murine monoclonal antiendotoxin antibody in gram-negative sepsis: a randomized controlled trial: E5 Study Investigators. JAMA 2000; 283: 1723-30

© 2004 Adis Data Information BV. All rights reserved.

57. Daifuku R, Haenftling K, Young J, et al. Phase I study of antilipopolysaccharide human monoclonal antibody MAB-T88. Antimicrob Agents Chemother 1992; 10: 2349-51

58. Albertson TE, Panacek EA, MacArthur RD, et al., for the MAB-T88 sepsis study group. Multicenter evaluation of a human monoclonal antibody to Enterobacteriaceae common antigen in patients with Gram-negative sepsis. Crit Care Med 2003; 31: 419-27

59. Marra MN, Thornton MB, Snable JL, et al. Endotoxin binding and neutralizing properties of recombinant bactericidal/permeability-increasing protein and monoclonal antibodies HA-1A and E5. Crit Care Med 1994; 22: 559-65

60. Quezado ZMN, Natanson C, Hoffman WD. Looking back on HA-1A [letter]. Arch Intern Med 1994; 154: 2393

61. Opal SM, Yu Jr RL. Antiendotoxin strategies for the prevention and treatment of septic shock new approaches and future directions. Drugs 1998; 55: 497-508

62. Bennett-Guerrero E, Ayuso L, Hamilton-Davies H, et al. Relationship of preoperative antiendotoxin core antibodies and adverse outcomes following cardiac surgery. JAMA 1997; 277: 646-50

63. Haziot A, Ferrero E, Kontgen F, et al. Resistance to endotoxin shock and reduced dissemination of Gram-negative bacteria in CD14-deficient mice. Immunity 1996; 4: 407-14

64. Haziot A, Hijiya N, Schultz K, et al. CD14 plays no major role in shock induced by Staphylococcus aureus but down-regulates TNF-α-production. J Immunol 1999; 162: 4801-5

65. Leturcq DJ, Moriarty AM, Talbott G, et al. Antibodies against CD14 protect primates from endotoxin- induced shock. J Clin Invest 1996; 98: 1533-8

66. Verbon A, Dekkers PEP, ten Hove T, et al. IC14, an anti-CD14 antibody, inhibits endotoxin-mediated symptoms and inflammatory responses in humans. J Immunol 2001; 166: 3599-605

67. Frevert CW, Matute-Bello G, Skerrett SJ, et al. Effect of CD14 blockade in rabbits with Escherichia coli pneumonia and sepsis. J Immunol 2000; 164: 5439-55

68. Opal SM, Palardy JE, Parejo N, Jasman RL. Effect of anti-CD14 monoclonal antibody on clearance of Escherichia coli bacteremia and endotoxemia. Crit Care Med 2003; 31: 929-32

69. Reinhart K, Glueck T, Ligtenberg J, et al. Phase I study with recombinant chimeric monoclonal antibody against human CD14 (IC14) in patients with severe sepsis [abstract]. Crit Care Med 2001; 29 Suppl. 12: A19

70. Lin Y, Leach WJ, Ammons WS. Synergistic effect of a recombinant N-terminal fragment of bactericidal/permeability increasing protein and cefamandole in treatment of rabbit Gram-negative sepsis. Antimicrob Agents Chemother 1996; 40: 65-9

71. Levin M, Quint PA, Goldstein B, et al. Recombinant bactericidal/permeability-increasing protein (rBPI21) as adjunctive treatment for children with severe meningococcal sepsis: a randomised trial. Lancet 2000; 356: 961-7

72. Kitchens RL, Thompson PA, Viriyakosol S, et al. Plasma CD14 decreases monocyte responses to LPS by transferring cell-bound LPS to plasma lipoproteins. J Clin Invest 2001; 108: 485-93

73. Gordon BR, Parker TS, Levine DM, et al. Low lipid concentrations in critical illness: implications for preventing and treating endotoxemia. Crit Care Med 1996; 24: 584-9

74. Levine DM, Parker TS, Donnelly TM, et al. In-vivo protection against endotoxin by plasma high density lipoprotein. Proc Natl Acad Sci U S A 1993; 90: 12040-4

75. Pajkrt D, Doran JE, Coster F, et al. Anti-inflammatory affects of reconstituted high-density lipoprotein during human endotoxemia. J Exp Med 1996; 184: 1601-8

76. Schetz M, Ferdinale P, van den Berghe G, et al. Removal of proinflammatory cytokines with renal replacement therapy: sense or nonsense? Intensive Care Med 1995; 21: 169-76

77. Opal SM. Hemofiltration-absorption systems for the treatment of experimental sepsis: is it possible to remove the 'evil humors' responsible for septic shock? Crit Care Med 2001; 28: 1681-2

78. Tani T, Hanasawa K, Endo Y, et al. Therapeutic apheresis for septic patients with organ-dysfunction: hemoperfusion using a polymixin B immobilized column. Artif Organs 1998; 22: 1038-45

79. Ullrich H, Jakob W, Fröhlich D, et al. A new endotoxin absorber: first clinical application. Ther Apher 2001; 5: 326-34

80. Frensenius AG [online]. Available from URL: http://www.f-resenius.de [Accessed 2004 Jan 20]

81. Busund R, Koukline V, Utrobin U, et al. Plasmapheresis in severe sepsis and septic shock: a prospective, randomized, controlled trial. Intensive Care Med 2002; 28: 1434-9

82. Wurfel MM, Hailman E, Wright SD. Soluble CD14 acts as a shuttle in the neutralization of lipopolysaccharide (LPS) by LPS-binding protein and reconstituted high density lipoprotein. J Exp Med 1995; 181: 1743-54

83. Glück T, Silver J, Epstein M, et al. Parameters influencing membrane CD14 expression and soluble CD14 levels in sepsis. Eur J Med Res 2001; 6: 351-8

84. Lynn M, Rossignol DP, Wheller JL, et al. Blocking of responses to endotoxin by E5564 in healthy volunteers with experimental endotoxemia. J Infect Dis 2003; 187: 631-9

85. Chung CS, Xu YX, Wang W, et al. Is Fas-ligand or endotoxin responsible for mucosal lymphocyte apoptosis in sepsis? Arch Surg 1998; 133: 1213-20

86. Ayala A, Song GY, Chung CS, et al. Immune depression in polymicrobial sepsis: the role of necrotic tissue and endotoxin. Crit Care Med 2000; 28: 2949-55

87. Fisher CJ, Opal SM, Dhainaut JF, et al. Influence of an anti-tumor necrosis factor monoclonal antibody on cytokine levels in patients with sepsis. Crit Care Med 1993; 21: 318-27

88. Abraham E, Wunderink R, Silverman H, et al. Efficacy and safety of monoclonal antibody to human tumor necrosis factor α in patients with sepsis syndrome. JAMA 1995; 273: 934-41

89. Dhainaut JFA, Vincent JL, Richard C, et al. CDP571, a humanized antibody to human tumor necrosis factor-α: safety, pharmacokinetics, immune response, and influence of the antibody on cytokine concentrations in patients with septic shock. Crit Care Med 1995; 23: 1461-9

90. Cohen J, Carlet J. INTERSEPT: an international, multicenter, placebo-controlled trial of monoclonal antibody to human tumor-necrosis factor-α in patients with sepsis. Crit Care Med 1996; 24: 1431-40

91. Reinhart K, Wiegand-Löhnert C, Grimminger F, et al. Assessment of the safety and efficacy of the monoclonal anti-tumor necrosis factor antibody-fragment MAK 195F, in patients with sepsis and septic shock: a multicenter, randomized, placebo-controlled, dose-ranging study. Crit Care Med 1996; 24: 733-42

92. Abraham E, Anzueto A, Gutierrez G, et al. Double blind, randomized, controlled trial of monoclonal antibody to human tumour necrosis factor in treatment of septic shock: NORASEPT II Study Group. Lancet 1998; 351: 929-33

© 2004 Adis Data Information BV. All rights reserved.

*Glück & Opal*

93. Reinhart K, Menges T, Gardlund B, et al. Randomized, place-bo-controlled trial of the anti-tumor necrosis factor antibody fragment afelimomab in hyper-inflammatory response during severe sepsis: the RAMSES Study. Crit Care Med 2001; 29: 765-9

94. Panacek EA, Marshall J, Fischkoff S, et al. Neutralization of TNF by a monoclonal antibody improves survival and reduces organ dysfunction in human sepsis: results of the MONARCS trial [abstract]. Chest 2000; 118 Suppl. I: S88

95. Fisher CJ, Agosti JM, Opal SM, et al. Treatment of septic shock with the tumor necrosis factor receptor: Fc fusion protein. N Engl J Med 1996; 334: 1697-702

96. Abraham E, Glauser P, Butler T, et al. p55 tumor necrosis factor receptor fusion protein in the treatment of patients with severe sepsis and septic shock: a randomized controlled multicenter trial. JAMA 1997; 277: 1531-8

97. Abraham E, Laterre PF, Garbino J, et al. Lenercept (p55 tumor necrosis factor receptor fusion protein) in severe sepsis and early septic shock: a randomized, double-blind, placebo-controlled, multicenter trial with 1342 patients. Crit Care Med 2001; 29: 503-10

98. Fisher CJ, Slotman GJ, Opal SM, et al. Initial evaluation of human recombinant interleukin-1 receptor antagonist in the treatment of sepsis syndrome: a randomized, open-label, placebo-controlled multicenter trial. Crit Care Med 1994; 22: 12-21

99. Fisher CJ, Dhainaut JF, Opal SM, et al. Recombinant human interleukin-1 receptor antagonist in the treatment of patients with sepsis syndrome: results from a randomized, double blind, placebo-controlled trial. JAMA 1994; 271: 1836-43

100. Opal SM, Fisher CJ, Dhainaut JFA, et al. Confirmatory inter-leukin-1 receptor antagonist trial in severe sepsis: a phase III, randomized, double-blind, placebo-controlled, multicenter trial. Crit Care Med 1997; 25: 1115-24

101. Echtenacher B, Falk W, Männel DN, et al. Requirement of endogenous tumor necrosis factor/cachectin for recovery from experimental peritonitis. J Immunol 1990; 145: 3762-6

102. Zeni F, Freeman BD, Natanson C. Antiinflammatory therapies to treat sepsis and septic shock: a reassessment. Crit Care Med 1997; 25: 1095-100

103. Dhainaut J, Tenaillon A, Le Tulzo Y, et al. Platelet activating factor receptor antagonist BN52021 in the treatment of severe sepsis: a randomized double-blind, placebo-controlled, multi-center clinical trial. BN52021 Sepsis Study Group. Crit Care Med 1994; 22: 1720-8

104. Dhainaut J, Tenaillon A, Hemmer M, et al. Confirmatory platelet-activating factor receptor antagonist trial in patients with severe gram-negative bacterial sepsis: a phase III random-ized, double-blind, placebo-controlled, multicenter trial. BN52021 Sepsis Study Group. Crit Care Med 1998; 26: 1963-71

105. Opal SM. Platelet activating factor acetylhydrolase decreases mortality in patients with organ dysfunction [abstract]. Inten-sive Care Med 2002; 28 Suppl. I: S6

106. Opal SM. Platelet activating factor [presentation]. 23rd Interna-tional Symposium on Intensive Care and Emergency Medi-cine; 2003 Mar 20, Brussels, Belgium

107. Rotstein OD, Marshall JC. Neutralizing tumor necrosis factor in the treatment of sepsis and septic shock: a meta-analysis [abstract]. Crit Care Med 2001; 29 Suppl. 12: A19

108. Stack AM, Saladino RA, Thompson C, et al. Failure of prophy-lactic and therapeutic use of a murine anti-tumor necrosis factor monoclonal antibody in Escherichia coli sepsis in the rabbit. Crit Care Med 1995; 23: 1512-8

109. Maini R, St Clair EW, Breedveld F, et al. Infliximab (chimeric anti-tumour necrosis factor alpha monoclonal antibody) versus placebo in rheumatoid arthritis patients receiving concomitant methotrexate: a randomised phase III trial. ATTRACT Study Group. Lancet 1999; 354: 1932-9

110. Present DH, Rutgeerts P, Targan S, et al. Infliximab for the treatment of fistulas in patients with Crohn's disease. N Engl J Med 1999; 340: 1398-40

111. Keane J, Gershon SG, Wise RP, et al. Tuberculosis associated with infliximab, a tumor necrosis factor α-neutralizing agent. N Engl J Med 2001; 345: 1098-104

112. Glück T, Fiehn C, Linde HJ, et al. Anti-TNF therapy and Listeria monocytogenes infection: report of two cases. Arthri-tis Rheum 2002; 46: 2255-7

113. Bone RC. Monoclonal antibodies to tumor necrosis factor in sepsis: help or harm? Crit Care Med 1993; 21: 311-2

114. Opal SM, Kessler CM, Roemisch J, et al. Antithrombin, hepa-rin, and heparan sulfate. Crit Care Med 2002; 30 (5 Suppl.): S325-31

115. Warren BL, Eid A, Singer P, et al. High-dose antithrombin III in severe sepsis: a randomized controlled trial. JAMA 2001; 286: 1869-78

116. Bernard GR, Ely EW, Wright JT, et al. Safety and dose relationship of recombinant human activated protein C for coagulopathy in severe sepsis. Crit Care Med 2001; 29: 2051-9

117. Bernard GR, Vincent JL, Laterre PF, et al. Safety and efficacy of activated protein C for severe sepsis. N Engl J Med 2001; 344: 699-709

118. Angus DC, Laterre PF, Helterbrand J, et al. The effects of drotrecogin alfa (activated) on long term survival after severe sepsis [abstract]. Chest 2001; 122 Suppl. 1: S144

119. Ely EW, Laterre PF, Angus DC, et al., PROWESS Investigators. Drotrecogin alfa (activated) administration across clinically important subgroups of patients with severe sepsis. Crit Care Med 2003 Jan; 31 (1): 12-9

120. Warren HS, Suffredini AF, Eichacker PQ, et al. Risks and benefits of activated protein C treatment for severe sepsis. N Engl J Med 2002 Sep 26; 347 (13): 1027-30

121. Bernard GR, Macias WL, Joyce DE, et al. Safety assessment of drotecogin alfa (activated) in the treatment of adult patients with severe sepsis. Crit Care 2003; 7: 155-63

122. Siegel JP. Assessing the use of activated Protein C in the treatment of severe sepsis. N Engl J Med 2002; 347: 1030-4

123. Manns BJ, Lee H, Doig CJ, et al. An economic evaluation of activated protein C treatment for severe sepsis. N Engl J Med 2002; 347: 993-1000

124. Angus DC, Linde-Zwirble WT, Clermont G, et al. Cost-effec-tiveness of drotrecogin alfa (activated) in the treatment of severe sepsis. Crit Care Med 2003; 31: 1-11

125. Neilson AR, Schneider H, Chinn C, et al. Cost-effectiveness of drotrecogin alfa (activated) for the treatment of severe sepsis in Germany [abstract]. Intensive Care Med 2002; 28 Suppl. 1: S161

126. Hack CE. Tissue factor pathway of coagulation in sepsis. Crit Care Med 2000; 28 (9 Suppl.): S25-30

127. Abraham E. Tissue factor inhibition and clinical trial results of tissue factor pathway inhibitor in sepsis. Crit Care Med 2000; 28: S31-3

128. Abraham E, Reinhart K, Svoboda P, et al. Assessment of the safety of recombinant tissue factor pathway inhibitor on pa-tients with severe sepsis: a randomized, placebo-controlled, single-blind, dose escalation study. Crit Care Med 2001; 29: 2081-9

© 2004 Adis Data Information BV. All rights reserved.

129. Abraham E, Reinhart K, Opal S, et al., OPTIMIST Trial Study Group. Efficacy and safety of tifacogin (recombinant tissue factor pathway inhibitor) in severe sepsis: a randomized controlled trial. JAMA 2003; 290: 238-47

130. Kollef MH, Sherman G, Ward S, et al. Inadequate antimicrobial treatment of infections: a risk factor for hospital mortality among critically ill patients. Chest 1999; 115: 462-74

131. Ibrahim EH, Sherman G, Ward S, et al. The influence of inadequate antimicrobial treatment of bloodstream infections on patient outcomes in the ICU setting. Chest 2000; 118: 146-55

132. Rivers E, Nguyen B, Havstadt S, et al. Early goal-directed therapy in the treatment of severe sepsis and septic shock. N Engl J Med 2001; 345: 1368-77

133. ARDS-Network. Ventilation with lower tidal volumes as compared with traditional tidal volumes for acute lung injury and the acute respiratory distress syndrome. N Engl J Med 2000; 342: 1301-8

134. Annane D, Sebille V, Charpentier C, et al. Effects of treatment with low doses of hydrocortisone and fludrocortisone on mortality in patients with septic shock. JAMA 2002; 288: 862-71

135. van den Berghe G, Wouters P, Weekers F, et al. Intensive insulin therapy in critically ill patients. N Engl J Med 2001; 345: 1349-67

136. Schuster DP, Metzler M, Opal S, et al., Pafase ARDS Prevention Study Group. Recombinant platelet-activating factor acetylhydrolase to prevent acute respiratory distress syndrome and mortality in severe sepsis: phase IIb, multicenter, randomized, placebo-controlled, clinical trial. Crit Care Med 2003 Jun; 31 (6): 1612-9

137. Davidson BL, Geerts WH, Lensing AWA. Low-dose heparin for severe sepsis. N Engl J Med 2002; 347: 1036-7

138. Cronin L, Cook DJ, Carlet J, et al. Corticosteroid treatment for sepsis: a critical appraisal and meta-analysis of the literature. Crit Care Med 1995; 23: 1430-9

139. Schroeder S, Wichers M, Klingmüller D, et al. The hypothalamic-pituitary-adrenal axis of patients with severe sepsis: altered response to corticotropin-releasing hormone. Crit Care Med 2001; 29: 310-6

140. Bollaert PE, Charpentier C, Levy B, et al. Reversal of late septic shock with supraphysiologic doses of hydrocortisone. Crit Care Med 1998; 26: 645-50

141. Briegel J, Forst H, Haller M, et al. Stress doses of hydrocortisone reverse hyperdynamic septic shock: a prospective, randomized, double-blind, single-center study. Crit Care Med 1999; 27: 723-32

142. Keh D, Boehnke T, Weber-Cartens S, et al. Immunologic and hemodynamic effects of 'low dose' hydrocortisone in septic shock: a double-blind, randomized, placebo-controlled crossover study. Am J Respir Crit Care Med 2003; 167: 512-20

143. Cochrane Injuries Group Albumin Reviewers. Human albumin administration in critically ill patients: systematic review of randomized controlled trials. BMJ 1998; 317: 235-40

144. Wilkes MM, Navickis RJ. Patient survival after human albumin administration. Ann Intern Med 2001; 135: 149-64

145. Iregui M, Ward S, Sherman G, et al. Clinical importance of delays in the initiation of appropriate antibiotic treatment for ventilator-associated pneumonia. Chest 2002; 122: 262-8

146. Kollef MH. Optimizing antibiotic therapy in the intensive care unit setting. Crit Care 2001; 5: 189-95

Correspondence and offprints: Dr Steven M. Opal, Infectious Disease Division, Memorial Hospital of Rhode Island, 111 Brewster Street, Pawtucket, RI 02860, USA.
E-mail: Steven_Opal@brown.edu

© 2004 Adis Data Information BV. All rights reserved.

# EXHIBIT 38

# Increased Nuclear Factor-κB Activation in Peripheral Blood Monocytes of Patients with Rheumatoid Arthritis Is Mediated Primarily by Tumor Necrosis Factor-α

ISABELLE DICHAMP, ALAIN BOURGEOIS, CARINE DIRAND, GEORGES HERBEIN, and DANIEL WENDLING

*ABSTRACT.* *Objective.* Rheumatoid arthritis (RA) is a disease characterized by prolonged production of tumor necrosis factor-α (TNF-α), which is regulated by the Rel/nuclear factor-κB (NF-κB) transcription factors. We assessed NF-κB activation in peripheral blood mononuclear cells (PBMC), peripheral blood lymphocytes (PBL), and monocytes from patients with RA, patients with ankylosing spondylitis (AS), and healthy subjects.

*Methods.* NF-κB activation was determined by electrophoretic mobility shift assays and by Western blotting in PBMC, monocytes, and PBL isolated from peripheral blood of patients with RA, patients with AS, and healthy subjects and determined after *ex vivo* pretreatment of PBMC, PBL, and monocytes of patients with RA and healthy subjects with infliximab and with etanercept.

*Results.* Enhanced NF-kB activation was observed in monocytes, PBL, and PBMC isolated from patients with RA, but not in PBMC, PBL, and monocytes of patients with AS and healthy subjects. The NF-κB complex was composed of p50 and p65 subunits and its activation required inhibitor of NF-κBα degradation. We observed a positive correlation between the NF-κB activation in monocytes, PBL, and PBMC, and TNF-α levels in peripheral blood of patients with RA. *Ex vivo* treatment with infliximab and etanercept decreased NF-κB activation in monocytes of patients with RA, but not in PBL and PBMC, and not in healthy subjects.

*Conclusion.* Our results indicate a role for NF-κB activation and TNF-α in the activation of monocytes of patients with RA, and suggest an important role of circulating monocytes in RA pathogenesis. (First Release Sept 15 2007; J Rheumatol 2007;34:1976–83)

Key Indexing Terms:
MONOCYTES                    NUCLEAR FACTOR-κB
RHEUMATOID ARTHRITIS         TUMOR NECROSIS FACTOR-α

Rheumatoid arthritis (RA) is a complex autoimmune disease with chronic joint inflammation and progressive bone destruction[1]. A common paradigm for the pathogenesis of RA is that the major histocompatibility-restricted T cell activation in response to an unknown joint-derived antigen results in production of autoantibodies and induction of systemic disease. Rheumatoid synovitis then occurs, characterized by the infiltration of inflammatory cells into the synovial compartment and the production of inflammatory mediators, many of which are thought to be regulated by the Rel/nuclear factor-κB (NF-κB) transcription factor family[3–4]. The concept of 2 components of disease development has been hypothesized: one is a systemic immune component, whereas a second involves local synovial cell activation that may be less dependent on a systemic immune response. Although the etiology and pathogenesis of RA are not fully understood, cytokines such as tumor necrosis factor-α (TNF-α), interleukin 1 (IL-1), IL-6, and receptor activator of NF-κB ligand (RANKL) are known to be involved in disease progression[2,5–8]. NF-κB is a crucial regulator of these cytokines[2,5–8].

The Rel/NF-κB family of transcription factors are homo- and heterodimeric proteins comprising subunits encoded by a multigene family related to the *c-rel* protooncogene. Five mammalian Rel/NF-κB proteins have been described to date: NF-κB 1 (p50, p105), NF-κB 2 (p52, p100), RelA (p65), RelB, and c-Rel subunits, encoded by the *NF-κB 1*, *NF-κB 2*, *rela*, *relb*, and *c-rel* genes, respectively[9,10]. In unstimulated cells, the majority of Rel/NF-κB dimers are retained in the cytoplasm as an inactive complex bound to inhibitor proteins (inhibitor of NF-κB; IκB). In response to a wide variety of stimuli, IκB proteins are phosphorylated by the IKK complex[11], targeting the IκB for intracellular degradation[12,13]. Rel/NF-κB dimers then translocate to the nucleus and bind to

*From the Departments of Virology and Rheumatology, CHU Besançon, Franche-Comté University, Besançon, France.*

*I. Dichamp, PhD; A. Bourgeois, Technician; C. Dirand, Technician; G. Herbein, MD, PhD, Department of Virology; D. Wendling, MD, PhD, Department of Rheumatology, CHU Besançon, Franche-Comté University.*

*Address reprint requests to Dr. G. Herbein, Department of Virology, CHU Saint-Jacques de Besançon, Franche-Comté University, 2 Place Saint-Jacques, 25030 Besançon Cedex, France. E-mail: gherbein@chu-besancon.fr*

*Accepted for publication July 27, 2007.*

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.

Exhibit
608
3-20-08

decameric DNA sequences (κB elements) required for the transcription of many genes, including cytokines, chemokines, and adhesion molecules[3]. Functional effects of the different Rel/NF-κB dimers may be dependent on binding preferences for particular κB sequences, as well as varying expression profiles of the individual subunits in tissues[14,15]. Rel/NF-κB has been considered a potential target for therapeutic intervention in inflammatory disease[16-18]. Indeed, it has now been realized that at least part of the antiinflammatory effects of widely used drugs, such as dexamethasone and aspirin, is through inhibition of Rel/NF-κB[19-21].

Increasing evidence shows that chronic inflammatory diseases such as RA are caused by prolonged production of proinflammatory cytokines such as TNF[22]. Monocytic cells, and to a lesser extent peripheral blood lymphocytes (PBL), release TNF-α in response to many stimuli, including the Gram-negative bacterial endotoxin, lipopolysaccharide, TNF-α itself, phorbol esters, superantigen, and viral agents, such as human cytomegalovirus and Epstein-Barr virus[23-26]. Sequences in the proximal 172 bp and in the −627 to −487 bp region of the human TNF-α promoter contribute to transcriptional control in monocytic cells[24,27,28]. This region includes putative CRE/ATF, NF-κB, CCAAT/enhancer-binding protein, and Ets binding sites[24,29]. TNF-α has a key role in the pathogenesis of RA and its antagonists, such as etanercept (Enbrel), a TNFR2 immunoglobulin Fc fusion protein, and infliximab (Remicade), a TNF-α-specific monoclonal antibody, can improve the clinical course of RA[1,30-33]. TNF-α has been demonstrated to be involved in the pathogenesis of ankylosing spondylitis (AS), another chronic inflammatory rheumatic disease, and TNF-α-blocking agents have demonstrated their efficacy in the treatment of the disease[34].

The purpose of our study was to assess NF-κB activation in peripheral blood mononuclear cells (PBMC), peripheral blood lymphocytes (PBL), and monocytes isolated from patients with RA. We show that NF-κB activation is increased in PBMC, PBL, and monocytes isolated from patients with RA compared to patients with AS and healthy subjects. In contrast to PBL and PBMC, we found that enhanced NF-κB activation observed in monocytes is mediated primarily through the production of endogenous TNF-α.

## MATERIALS AND METHODS

*Patients.* Seven adult patients with RA according to the criteria of the American College of Rheumatology[35], 6 adult patients with AS fulfilling the modified New York criteria[36], and 7 age-matched healthy subjects were eligible for enrollment at the Besançon University Hospital. Peripheral blood of these individuals was harvested for measurement of NF-κB activation in monocytes, PBL, and PBMC parallel to plasma TNF-α measurement. Informed consent was obtained from all subjects.

*Reagents.* The antibody against phospho-IκBα (Ser32) was obtained from Cell Signaling Technology (Beverly, MA, USA). The antibodies anti-p50 (C19, catalog no. sc 109X), anti-p65 (AX, catalog no. sc 52X), anti-RelB (C19, catalog no. sc 226X), anti-c-Rel (B6, catalog no. sc 1190X), and anti-p52 (C5, catalog no. sc 6955X) were purchased from Santa Cruz Biotechnology (Santa Cruz, CA, USA). The antibody against β-actin was

obtained from Sigma (St. Louis, MO, USA). The double-stranded oligonucleotides having the AP-1 and NF-κB consensus sequence were obtained from Eurobio, France. TNF-α levels were measured using an ELISA (R&D Systems, Minneapolis, MN, USA).

*Primary cells, PBMC, monocytes, and PBL.* Human PBMC were prepared from peripheral blood of healthy donors as described[23]. For purified PBL preparation, Ficoll-Hypaque (Pharmacia, Uppsala, Sweden)-isolated PBMC were incubated for 2 h on 2% gelatin-coated plates. Nonadherent cells, > 98% of which were PBL, as assessed by CD45RO/14 expression by flow cytometry analysis (Simultest Leucogate; Becton Dickinson, San Jose, CA, USA), were harvested after Ficoll-Hypaque isolation. Adherent tissue culture differentiated monocytes (> 94% CD14+ by flow cytometric analysis) were cultured in RPMI medium supplemented with 10% (v/v) pooled human serum (kindly provided by the Etablissement Français du Sang Bourgogne Franche-Comté, France), as reported[17]. An *ex vivo* pretreatment of PBMC, PBL, and monocytes of healthy subjects and patients with RA was carried out for 30 min with both a neutralizing anti-TNF-α antibody (infliximab, 10 μg/ml) and a TNFR2 immunoglobulin Fc fusion protein (etanercept, 10 μg/ml).

*Electrophoretic mobility shift assay.* To measure NF-κB activation, electrophoretic mobility shift assays (EMSA) were carried out as described[37]. Briefly, 20 μg of nuclear extracts prepared from peripheral blood cells (PBMC, monocytes, PBL) were incubated 20 min with 20 fmol of [32P]-end-labeled 45-mer double-stranded NF-κB oligonucleotide, 5′-TTG TTA CAA GGG ACT TTC CGC TGG GGA CTT TCC AGG GAG GCG TGG-3′ 3′-AAC AAT GTT CCC TGA AAG GCG ACC CCT GAA AGG TCC CTC CGC ACC-5′ (bold type indicates NF-κB binding sites; Eurobio, Les Ulis, France). The same amount of protein was loaded and the DNA-protein complex formed was resolved from free oligonucleotide on a 6% native polyacrylamide gel (6% acrylamide-bis (29:1) (BioRad); 5% glycerol; 2.5 mM Tris-acetate, pH 8.3; 19 mM glycine; 0.1 mM EDTA]).

*Composition of buffers.* Reactional buffer for NF-κB: 2 μl of 10× binding buffer, 2.5% glycerol 50%, 5 mM MgCl2, 50 ng/μl of poly-dI-dC, 0.05% of NP-40 1%, 10× binding buffer: 100 mM Tris, 500 mM KCl, 10 mM DTT, pH 7.5, THE 10×: 890 mM of Tris base, 890 mM boric acid, 40 ml EDTA 0.5 M, pH 8.

A double-stranded mutated oligonucleotide, 5′-TTG TTA CAA CTC ACT TTC CGC TGC TCA CTT TCC AGG GAG GCG TGG-3′, was used to examine the specificity of binding of NF-κB to the DNA. The specificity of binding was also examined by competition with the unlabeled oligonucleotide and a heterologous unlabeled AP-1 oligonucleotide, 5′-CGC TTG ATG ACT CAG CCG GAA-3′ (bold type indicates AP-1 binding site). The dried gels were visualized and radioactive bands quantified by a Molecular Images System (BioRad, Hercules, CA, USA) using Multianalyst software.

*Western blot analysis.* Cytoplasmic extracts of primary PBMC, PBL, and monocytes isolated from the peripheral blood of patients were used to examine IκBα phosphorylation and β-actin expression by Western blot procedure, as described[37].

*Statistical analysis.* All database entry and statistical analysis was performed using SPSS software (version 9.0; SPSS). Categorical variables were analyzed using the chi-square or Fisher's exact test. Figures show the means of independent experiments and standard deviation.

## RESULTS

We investigated the NF-κB activation in PBMC, monocytes, and PBL isolated from the peripheral blood of patients with RA, patients with AS (Table 1), and healthy subjects without treatment and underlying disease or inflammation. We observed an increased NF-κB activation in PBMC of RA patients with moderate disease activity (Disease Activity Score between 3.4 and 5.5), but not in AS patients and healthy donors (Figures 1A, 1B). Among PBMC, NF-κB activation was observed in monocytes, but also in PBL (Figures 1A, 1B).

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.



*Figure 1.* NF-κB activation in PBMC, monocytes (MO), and PBL isolated from patients with RA. A. Nuclear extracts of primary PBMC, monocytes, and PBL ($10^7$ cells) isolated from patients with RA, patients with AS, and healthy subjects were assayed for NF-κB by EMSA (see Materials and Methods). B. Dried gels were visualized and radioactive bands were quantified. Histogram represents mean values (± SD) of NF-κB activation obtained from 7 patients with RA, 6 with AS, and 6 healthy subjects. The difference between the PBMC, PBL, and monocytes of patients with RA and healthy subjects is significant. *p < 0.05.

Supershift analysis with specific antibodies against p65 and p50 indicated that the induced NF-κB activation consisted of p65 and p50, in both monocytes and PBL (Figure 2A and data not shown). Lack of supershift by unrelated antibodies and disappearance of the NF-κB band by competition with unlabeled oligonucleotide indicated that the interaction was specific (Figure 2B). The appearance of the phosphorylated form of IκBα, which is required for IκBα degradation, was examined using Western blot analysis in PBMC, monocytes, and PBL isolated from the peripheral blood of patients with RA. The induction of the phosphorylated form of IκBα was detected in both monocytes and PBL, and was more pronounced in patients with RA than in patients with AS and healthy subjects (Figure 2C and data not shown).

The *ex vivo* pretreatment of monocytes with a neutralizing anti-TNF-α antibody (infliximab 10 μg/ml) significantly diminished NF-κB activation (p < 0.05; Figures 3A, 3B). Similarly, *ex vivo* pretreatment of monocytes with a TNFR2 immunoglobulin Fc fusion protein (etanercept 10 μg/ml) significantly decreased NF-κB activation (p < 0.05; Figures 3A, 3B). By contrast, no consistent and significant decrease of NF-κB activation was observed in PBMC and PBL of patients with RA following TNF-α blockade (p = nonsignificant; Figures 3A, 3B). Thus, our results indicate that NF-κB activation observed in monocytes isolated from patients with RA is mediated primarily by endogenously produced TNF-α. We did not observe significant changes in NF-κB activation of PBMC, PBL, and monocytes isolated from healthy individu-

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.

Table 1. Data of patients and healthy subjects.

| Patient | Age, yrs | Sex | CRP, mg/ml | DAS28 | Treatment |
|---|---|---|---|---|---|
| 1 RA | 63 | F | 41 | 5.55 | LEF + CS |
| 2 RA | 75 | F | 107 | 5.20 | MTX + CS |
| 3 RA | 75 | F | 5 | 4.67 | MTX + CS |
| 4 RA | 43 | F | 5 | 5.08 | MTX + CS |
| 5 RA | 53 | F | 40 | 4.93 | MTX |
| 6 RA | 44 | F | 2 | 3.43 | MTX + CS |
| 7 RA | 65 | F | 4 | 4.12 | MTX + CS |
| 8 AS | 58 | M | 38 | — | NSAID + SL |
| 9 AS | 26 | F | 38 | — | NSAID + SL |
| 10 AS | 45 | F | 17 | — | NSAID |
| 11 AS | 56 | M | 9 | — | CS |
| 12 AS | 32 | M | 12 | — | NSAID |
| 13 AS | 40 | M | 14 | — | NSAID |
| 14 HS | 33 | M | < 5 | — | — |
| 15 HS | 24 | M | < 5 | — | — |
| 16 HS | 49 | M | < 5 | — | — |
| 17 HS | 41 | F | < 5 | — | — |
| 18 HS | 52 | M | < 5 | — | — |
| 19 HS | 43 | F | < 5 | — | — |
| 20 HS | 39 | M | < 5 | — | — |

RA: rheumatoid arthritis; AS: ankylosing spondylitis; HS: healthy subject; CRP: C-reactive protein; DAS28: Disease Activity Score (for RA only); SL: sulfasalazine; LEF: leflunomide; MTX: methotrexate; CS: corticosteroids; NSAID: nonsteroidal antiinflammatory drug.

als following TNF-α blockade (p = nonsignificant; Figure 3C). Moreover, a positive correlation between plasma levels of TNF-α and NF-κB activation in monocytes was observed ($r^2 = 0.51$; Figure 4).

## DISCUSSION

Both increased TNF-α production and NF-κB activation have been reported to be involved in RA pathogenesis. However, their respective roles in peripheral blood cell subsets have not been studied. We have demonstrated that NF-κB activation is observed in monocytes, PBL, and PBMC isolated from the peripheral blood of patients with RA. We also found that the canonical IKK/p65-p50 pathway is involved in NF-κB activation of PBMC, and that endogenous TNF-α is involved in NF-κB activation of peripheral blood monocytes isolated from patients with RA.

We observed increased NF-κB activation in PBMC of patients with RA. Interestingly, the activation of NF-κB was detected in both monocytes and PBL isolated from the peripheral blood of patients with RA. The level of NF-κB activation was similar in the 2 cell types, further indicating that both monocytes and PBL (including T cells and some B cells) are activated in the peripheral blood of subjects with RA. Our results are in agreement with previous studies indicating that an influx of inflammatory cells such as monocytes, T cells, and B cells from the bloodstream favored the formation of a synovial membrane transformed into a hypertrophic inflammatory tissue[38,39].

TNF-α-induced activation of NF-κB triggers the synthesis and release of proinflammatory cytokines involved in RA,

such as TNF-α itself, IL-1, IL-6, monocyte chemoattractant protein-1, and RANKL[40-44]. We observed that the anti-TNF-α monoclonal antibody infliximab, but also the TNFR2 immunoglobulin Fc fusion protein etanercept, significantly diminished NF-κB activation in monocytes, but not in PBL and PBMC, isolated from the peripheral blood of subjects with RA. Thus our results indicate that endogenously produced TNF-α is involved in enhanced activation of NF-κB in peripheral blood monocytes. In addition we found a positive correlation between the levels of plasma TNF-α and NF-κB activation measured within autologous monocytes. Our results are in agreement with a recently published study indicating the amelioration of inflammatory arthritis, such as RA, by targeting the pre-ligand assembly domain of TNF-α receptors[44]. We also observed that the canonical NF-κB pathway (p50/p65) was activated in monocytes and PBL from patients with RA, as reported in primary RA synoviocytes[45-47]. In agreement with this observation, we observed the induction of IκBα phosphorylation in monocytes and PBL of subjects with RA. Since phosphorylation of IκBα at serine is induced, IKK-β is probably activated, the only kinase known to phosphorylate IκBα directly[48]. In agreement with this hypothesis, NF-κB activation has been reported to be regulated by IKK in primary fibroblast-like synoviocytes[49]. Altogether our results indicate a role for TNF-α in enhanced NF-κB activation observed in peripheral blood monocytes of patients with RA that is mediated by the canonical p50/p65 pathway.

Our results indicate that both infliximab and etanercept significantly diminished NF-κB activation in monocytes, but not in PBL, suggesting a cell-type specificity for the anti-

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.



*Figure 2.* In monocytes from patients with RA, NF-κB complex is composed of p65/p50 heterodimers. A, Interference of NF-κB activation in primary monocytes isolated from peripheral blood of a patient with RA and a healthy control. Nuclear extracts from primary monocytes were incubated 10 min with anti-p50, anti-p65, anti-c-Rel, anti-Rel B, anti-p52, and anti-p50 + anti-p65 antibodies, and then assayed for NF-κB DNA binding activity. B, Specificity of NF-κB activation in primary monocytes isolated from peripheral blood of a patient with RA. Nuclear extracts from primary monocytes were incubated 20 min with increasing concentrations (0, 2, 9, 18 pmol) of unlabeled NF-κB oligonucleotide, unlabeled mutated NF-κB oligonucleotide, and unlabeled heterologous AP-1 oligonucleotide and then assayed for NF-κB DNA binding activity. Data are representative of the 7 patients with RA. C, IκBα phosphorylation in primary monocytes isolated from peripheral blood of a patient with RA and a healthy control. Cytoplasmic extracts from primary monocytes were tested for phosphorylation of IκBα by Western blot. Loading control is shown with ß-actin. Data are representative of 7 patients with RA and 7 healthy subjects.

TNF-α therapy. The effect of infliximab was based on a neutralization of TNF-α and not on a direct cytotoxic/proapoptotic effect of the drug. We did not detect any cell death by trypan blue dye test in the culture following TNF-α blockade (data not shown). Despite the efficacy of agents such as TNF-α inhibitors, a substantial proportion of patients with RA have been reported to have no response[31], to have an unsustained response[50], or to form antibodies against the drugs[31]. In agreement with these observations, among the 7 patients with RA, in one case we did not observe decreased NF-κB activation in monocytes following anti-TNF-α treatment. Altogether, our results indicate that anti-TNF-α treatments decrease NF-κB

hyperactivation in monocytes in most patients with RA, and therefore could favor the restoration of peripheral cell-mediated immunity and blockade of the accumulation of inflammatory cells in joints[52,53].

ACKNOWLEDGMENT
We thank A. Vacheret for technical assistance and Diasorin, Saluggia, Italy, for providing reagents.

REFERENCES
1.  Feldmann M, Maini RN. TNF defined as a therapeutic target for rheumatoid arthritis and other autoimmune diseases. Nat Med 2003;9:1245-50.

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.



*Figure 3.* Increased NF-κB activation in monocytes (MO), but not in PBMC and PBL, is mediated via endogenously produced TNF-α. A. Increased NF-κB activation in monocytes of patients with RA is mediated via endogenously produced TNF-α. Nuclear extracts from primary PBMC, monocytes, and PBL isolated from the peripheral blood of patients with RA left untreated (-Ab or -E) or treated with 10 μg/ml infliximab (+Ab) or with 10 μg/ml etanercept (+E) ex vivo for 30 min were assayed for NF-κB activation as described in Materials and Methods. Results are representative of 5 independent experiments. B, C. Increased NF-κB activation in monocytes, but not in PBMC and PBL, of patients with RA is mediated via endogenously produced TNF-α. Histograms represent NF-κB activation measured in nuclear extracts from primary PBMC, monocytes, and PBL isolated from peripheral blood of patients with RA and healthy subjects (C) left untreated (+infliximab or +etanercept) or treated with 10 μg/ml infliximab (+infliximab) or with 10 μg/ml etanercept (+etanercept) ex vivo for 30 min. Mean values (± SD) of independent experiments (RA n = 5; healthy subjects n = 5) are shown. *p < 0.05. NS: nonsignificant.

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.



*Figure 4.* Correlation between plasma TNF-α levels and NF-κB activation in monocytes isolated from peripheral blood of RA patients. Plasma TNF-α levels of patients were determined by ELISA and correlated with the activation of NF-κB in the nuclear extracts of autologous monocytes.

inflammatory arthritis. J Clin Invest 2000;105:1799-806.

18. Tak PP, Firestein GS. NF-kappa-B: a key role in inflammatory diseases. J Clin Invest 2001;107:7-11.

19. Auphan N, DiDonato JA, Rosette C. Immunosuppression by glucocorticoids: inhibition of NF-kappa B activity through induction of I kappa B synthesis. Science 1995;270:286-90.

20. Scheinman RI, Cogswell PC, Lofquist AK. Role of transcriptional activation of I kappa B alpha in mediation of immunosuppression by glucocorticoids. Science 1995;270:283-6.

21. Kopp E, Ghosh S. Inhibition of NF-kappa B by sodium salicylate and aspirin, Science 1994;265:956-9.

22. Bucala R, Ritchlin C, Winchester R. Constitutive production of inflammatory and mitogenic cytokines by rheumatoid synovial fibroblasts. J Exp Med 1991;173:569-74.

23. Herbein G, Gordon S. 55- and 75-kilodalton tumor necrosis factor receptors mediate distinct actions in regard to human immunodeficiency virus type 1 replication in primary human macrophages, J Virol 1997;71:4150-6.

24. Yao J, Mackman N, Edgington TS, Fan ST. Lipopolysaccharide induction of the tumor necrosis factor-alpha promoter in human monocytic cells. Regulation by Egr-1, c-Jun, and NF-kappa-B transcription factors. J Biol Chem 1997;272:17795-801.

25. Deng GM, Verdrengh M, Liu ZQ, Tarkowski A. The major role of macrophages and their product tumor necrosis factor alpha in the induction of arthritis triggered by bacterial DNA containing CpG motifs. Arthritis Rheum 2000;43:2283-9.

26. Iwahashi M, Yamamura M, Aita T, et al. Expression of Toll-like receptor 2 on CD16+ blood monocytes and synovial tissue macrophages in rheumatoid arthritis. Arthritis Rheum 2004;50:1457-67.

27. Udalova IA, Knight JC, Vidal V, Nedospasov SA, Kwiatkowski D, Cumplex NF-kappa-B interactions at the distal tumor necrosis factor promoter region in human monocytes. J Biol Chem 1998;273:21178-86.

28. Tang X, Fenton MJ, Amar S. Identification and functional characterization of a human NF-TNF-alpha promoter. Proc Natl Acad Sci USA 2003;100:4096-101.

29. Mahlknecht U, Will U, Varin A, Hoelzer D, Herbein G. Histone deacetylase 3, a class I histone deacetylase, suppresses MAPK11-mediated activating transcription factor-2'activation and represses TNF gene expression. J Immunol 2004;173:3979-90.

30. Arend WP, Dayer JM. Inhibition of the production and effects of interleukin-1 and tumor necrosis factor alpha in rheumatoid arthritis. Arthritis Rheum 1995;38:151-60.

31. Lipsky PE, van der Heijde DM, St. Clair EW, et al. Infliximab and methotrexate in the treatment of rheumatoid arthritis. Anti-Tumor Necrosis Factor Trial in Rheumatoid Arthritis with Concomitant Therapy Study Group. N Engl J Med 2000;343:1594-602.

32. Youn J, Kim HY, Park JH, et al. Regulation of TNF-alpha-mediated hyperplasia through TNF receptors, TRAFs, and NF-kappa-B in synoviocytes obtained from patients with rheumatoid arthritis. Immunol Lett 2002;83:85-93.

33. Kliniuk PA, Sierakowski S, Latuszewicz R, Cylwik JP. Skowronski J, Chwieko J. Circulating tumour necrosis factor alpha and soluble tumour necrosis factor receptors in patients with different patterns of rheumatoid synovitis. Ann Rheum Dis 2003;62:472-5.

34. Wendling D, Toussirot E. Anti-TNF alpha therapy in ankylosing spondylitis. Exp Opin Pharmacother 2004;5:1497-507.

35. Arnet FC, Edworthy SM, Bloch DA, et al. The American Rheumatism Association 1987 revised criteria for the classification of rheumatoid arthritis. Arthritis Rheum 1988;31:315-24.

36. van der Linden S, Valkenburg HA, Cats A. Evaluation of diagnostic criteria for ankylosing spondylitis. A proposal for modification of the New York Criteria. Arthritis Rheum 1984;27:361-8.

37. Varin A, Manna SK, Quivy V, et al. Exogenous Nef protein

2. Feldmann M, Brennan FM, Maini RN. Role of cytokines in rheumatoid arthritis. Annu Rev Immunol 1996;14:397-440.

3. Barnes PJ, Karin M. Nuclear factor-kappa-B. A pivotal transcription factor in chronic inflammatory diseases. N Engl J Med 1997;336:1066-71.

4. Muller-Ladner U, Gay RE, Gay S. Role of nuclear factor kappa-B in synovial inflammation. Curr Rheumatol Rep 2002;4:201-7.

5. Pettipher ER, Higgs GA, Henderson B. Interleukin 1 induces leukocyte infiltration and cartilage proteoglycan degradation in the synovial joint. Proc Natl Acad Sci USA 1986;83:8749-53.

6. Choy EH, Panayi GS. Cytokine pathways and joint inflammation in rheumatoid arthritis. N Engl J Med 2001;344:907-16.

7. Crotti TN, Smith MD, Weedon H, et al. Receptor activator NF-kappa-B ligand (RANKL) expression in synovial tissue from patients with rheumatoid arthritis, spondyloarthropathy, osteoarthritis, and from normal patients: semiquantitative and quantitative analysis. Ann Rheum Dis 2002;61:1047-54.

8. Nakashima T, Wada T, Penninger JM. RANKL and RANK as novel therapeutic targets for arthritis. Curr Opin Rheumatol 2003;15:280-7.

9. Baldwin AS Jr. The NF-kappa B and I-kappa B proteins: new discoveries and insights. Annu Rev Immunol 1996;14:649-83.

10. Chen F, Castranova V, Shi X, Shi X, Demers LM. New insights into the role of nuclear factor-kappa-B, a ubiquitous transcription factor in the initiation of diseases. Clin Chem 1999;45:7-17.

11. Stancovski I, Baltimore D. NF-kappa-B activation: the I kappa-B kinase revealed? Cell 1997;91:299-302.

12. Chen ZJ, Parent L, Maniatis T. Site-specific phosphorylation of I-kappa-B-alpha by a novel ubiquitination-dependent protein kinase activity. Cell 1996;84:853-62.

13. DiDonato J, Mercurio F, Rosette C, et al. Mapping of the inducible I-kappa-B phosphorylation sites that signal its ubiquitination and degradation. Mol Cell Biol 1996;16:1295-304.

14. Siebenlist UG, Franzoso G, Brown K. Structure, regulation and function of NF-kappa B. Annu Rev Cell Biol 1994;10:405-55.

15. Thanos D, Maniatis T. NF-kappa-B: a lesson in family values. Cell 1995;80:529-32.

16. Han Z, Boyle DL, Manning AM, Firestein GS. AP-1 and NF-kappa-B regulation in rheumatoid arthritis and murine collagen-induced arthritis. Autoimmunity 1998;28:197-208.

17. Campbell IK, Gerondakis S, O'Donnel K, Wicks IP. Distinct roles for the NF-kappa-B (p50) and c-Rel transcription factors in

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.

activates NF-kappa B, AP-1, and c-Jun N-terminal kinase and stimulates HIV transcription in promonocytic cells. Role in AIDS pathogenesis. J Biol Chem 2003;278:2219-27.

38. De Rycke L, Baeten D, Foell D, et al. Differential expression and response to anti-TNF-alpha treatment of infiltrating versus resident tissue macrophage subsets in autoimmune arthritis. J Pathol 2005;206:17-27.

39. Jimenez-Buj E, Redlich K, Turk B, et al. Interaction between synovial inflammatory tissue and bone marrow in rheumatoid arthritis. J Immunol 2005;175:2579-88.

40. Miyazawa K, Mori A, Yamamoto K, Okudaira H. Transcriptional roles of CCAAT/enhancer binding protein-beta, nuclear factor-kappa-B, and C-promoter binding factor 1 in interleukin (IL)-1-beta-induced IL-6 synthesis by human rheumatoid fibroblast-like synoviocytes. J Biol Chem 1998;273:7620-7.

41. Georganas C, Liu H, Perlman H, Hoffman A, Thimapaya B, Pope RM. Regulation of IL-6 and IL-8 expression in rheumatoid arthritis synovial fibroblasts: the dominant role for NF-kappa B but not C/EBP beta or c-Jun. J Immunol 2000;165:7199-206.

42. Chen G, Goeddel DV. TNF-R1 signaling: a beautiful pathway. Science 2002;296:1634-5.

43. Jimi E, Aoki K, Saito H, et al. Selective inhibition of NF-kappa B blocks osteoclastogenesis and prevents inflammatory bone destruction in vivo. Nat Med 2004;10:617-24.

44. Deng GM, Zheng L, Chan FK, Lenardo M. Amelioration of inflammatory arthritis by targeting the pre-ligand assembly domain of tumor necrosis factor receptors. Nat Med 2005;11:1066-72.

45. Lehmann T, Nguyen LQ, Handel ML. Synovial fluid induced nuclear factor-kappa-B DNA binding in a monocytic cell line. J Rheumatol 2000;27:2769-76.

46. McEvoy AN, Murphy EA, Ponnio T, et al. Activation of nuclear orphan receptor NURR1 transcription by NF-kappa B and cyclic adenosine 5'- monophosphate response element-binding protein in rheumatoid arthritis synovial tissue. J Immunol 2002;168:2979-87.

47. Grall F, Gu X, Tan L, et al. Responses to the proinflammatory cytokines interleukin-1 and tumor necrosis factor alpha in cells derived from rheumatoid synovium and other joint tissues involve nuclear factor kappa-B-mediated induction of the Ets transcription factor ESE-1. Arthritis Rheum 2003;48:1249-60.

48. Tanaka M, Fuentes ME, Yamaguchi K, Gilbert DJ, Jenkins NA, Miyajima A. Embryonic lethality, liver degeneration, and impaired NF-kappa B activation in IKK-beta-deficient mice. Immunity 1999;10:421-9.

49. Aupperle KR, Bennett BL, Boyle DL, Tak PP, Manning AM, Firestein GS. NF-kappa B regulation by I kappa B kinase in primary fibroblast-like synoviocytes. J Immunol 1999;163:427-33.

50. Criscione LG, St. Clair EW. Tumor necrosis factor-alpha antagonists for the treatment of rheumatic diseases. Curr Opin Rheumatol 2002;14:204-11.

51. Maini R, St. Clair EW, Breedveld F, et al. Infliximab (chimeric anti-tumour necrosis factor alpha monoclonal antibody) versus placebo in rheumatoid arthritis patients receiving concomitant methotrexate: a randomised phase III trial. ATTRACT Study Group. Lancet 1999;354:1932-9.

52. Nissinen R, Leirisalo-Repo M, Peltomaa R, Palosua T, Vaarala O. Cytokine and chemokine receptor profile of peripheral blood mononuclear cells during treatment with infliximab in patients with active rheumatoid arthritis. Ann Rheum Dis 2004;63:681-7.

53. Guidi L, Costanzo M, Ciarniello M, et al. Increased levels of NF-kappa-B inhibitors (I-kappa-B-alpha and I-kappa-B-gamma) in the intestinal mucosa of Crohn's disease patients during infliximab treatment. Int J Immunopathol Pharmacol 2005;18:155-64.

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.