IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation;　)
IMMUNEX CORPORATION, a Washington　)
corporation; AMGEN USA INC., a Delaware　)
corporation; AMGEN MANUFACTURING,　)
LIMITED, a Bermuda Corporation, and　)
IMMUNEX RHODE ISLAND　)
CORPORATION, a Delaware corporation,　)
　)
　　Plaintiffs/Counterclaim Defendants,　)
　)
　v.　)
　)
ARIAD PHARMACEUTICALS, INC., a　)
Delaware corporation, and THE WHITEHEAD　)
INSTITUTE FOR BIOMEDICAL RESEARCH,　)
a Delaware corporation, *et. al.*　)
　)
　　Defendants/Counterclaim Plaintiffs.　)

Civil Action No. 06-259 (MPT)

PUBLIC VERSION
CONFIDENTIAL MATERIAL OMMITED

## DECLARATION OF MELANIE K. SHARP

I, Melanie K. Sharp, hereby declare as follows:

1.　I am a partner at the law firm of Young, Conaway, Stargatt & Taylor LLP in

Wilmington, Delaware, counsel for Plaintiffs in the above-captioned matter.  I submit this

Declaration in connection with Amgen's Opening Brief on Claim Construction.  I have personal

knowledge of the facts set forth herein and, if called as a witness, could and would competently

testify thereto.

2.　Attached hereto as Exhibit 1 is a true and correct copy of certain of The Parties'

Proposed Constructions.

3.　Attached hereto as Exhibit 2 is a true and correct copy of selected pages from the

03/07/2008 Reply Report of Jeffrey V. Ravetch, M.D., Ph.D. (pgs. 5-6).

4.　Attached hereto as Exhibit 3 is a true and correct copy of selected pages from

Plaintiffs' Opposition Brief on Claim Construction in the *ARIAD v. Eli Lilly* case.  (pgs 5-7).

1

5.      Attached hereto as Exhibit 4 is a true and correct copy of selected PowerPoint pages from the Markman Hearing held on 01/13/2004 in the *ARIAD v. Eli Lilly* case.

6.      Attached hereto as Exhibit 5 is a true and correct copy of selected pages from the 12/13/2004 Markman Hearing Transcript in the *ARIAD v. Eli Lilly* case.  (pgs 14-15).

7.      Attached hereto as Exhibit 6 is a true and correct copy of selected pages from the Plaintiffs' Opening Brief on Claim Construction in the *ARIAD v. Eli Lilly* case.  (pgs. 3-4, 19-20).

8.      Attached hereto as Exhibit 7 is a true and correct copy of selected pages from the 09/26/2007 deposition of David Baltimore.  (pgs. 65, 98, 144-145).

9.      Attached hereto as Exhibit 8 is a true and correct copy of selected pages from the 03/17/2008 deposition of David M. Livingston, M.D.  (pg 145).

10.      Attached hereto as Exhibit 9 is a true and correct copy of selected pages from the 03/26/2008 deposition of Kathryn Calame.  (pg. 237).

11.      Exhibit Number 10 was omitted.

12.      Attached hereto as Exhibit 11 is a true and correct copy of the 11/24/2003 Declaration of Dr. Thomas D. Gilmore in the *ARIAD v. Eli Lilly* case.

13.      Attached hereto as Exhibit 12 is a true and correct copy of the 11/24/2003 Declaration of Laurie H. Glimcher, M.D. in the *ARIAD v. Eli Lilly* case.

14.      Attached hereto as Exhibit 13 is a true and correct copy of selected pages from the 08/07/2007 Deposition of Louis M. Staudt, M.D., Ph.D. (pg 116).

2

15.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.  Executed this 25th day of April, 2008.

Melanie K. Sharp, Esq. (No. 2501)

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on April 25, 2008, I caused to be electronically filed a true and correct copy of Declaration of Melanie K. Sharp for Amgen's Opening Brief on Claim Construction with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

I further certify that on April 25, 2008, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY E-MAIL (by agreement of counsel):

David Greenwald
David R. Marriot
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com

**Exhibit 1 - The Parties' Proposed Constructions**

| Claim Term | Amgen's Proposed Construction | ARIAD's Proposed Construction |
|---|---|---|
| "NF-κB" | "a protein having each NF-κB activity" | "a DNA-binding protein factor found in many eukaryotic cells that: (a) is constitutively present in the cytoplasm of unstimulated cells as an inactive complex, bound to inhibitory IκB proteins; (b) upon dissociation from IκB, translocates to the nucleus of the cell; and (c) once in the nucleus, mediates the transcription of certain genes by binding to specific DNA recognition sequences in those genes." |
| "NF-κB activity" | "the ability to act as an intracellular messenger by (a) being released from IκB, (b) translocating into the nucleus, and/or (c) then binding one of the DNA sequences listed in Table 2 of the '516 patent" | "the ability of NF-κB to act as an intracellular messenger that regulates transcription of particular genes." |
| "reducing NF-κB activity in cells" | "taking action inside cells to directly inhibit (interfere or block) an NF-κB activity"[1] | "decreasing NF-κB activity in cells in which NF-κB is present by inhibiting any step along the NF-κB signal transduction pathway, in such a manner that the activity differs from the naturally occurring activity of NF-κB under the same conditions, without regard to the situs of the inhibiting agent." |
| "NF-κB-mediated intracellular signaling" | "molecular interactions within cells effected by, or conveyed through, NF-κB" | "the intracellular steps of the NF-κB signal transduction pathway." |
| "[such that NF-κB-mediated intracellular] signaling is diminished" | "such that there is a decrease of any molecular interaction within cells effected by, or conveyed through, NF-κB" | "[such that NF-κB-mediated] signaling is reduced from an existing induced state to a lower state." |

---

1  This claim construction applies to the other similarly-worded limitations in other claims of the '516 patent.

| Claim Term | Amgen's Proposed Construction | ARIAD's Proposed Construction |
|---|---|---|
| "diminishing induced NF-κB-mediated intracellular signaling." | This phrase of the preamble is not limiting of the claim. If it is found to be limiting and requiring construction, it should be understood to mean "decreasing any existing molecular interaction within cells effected by, or conveyed through, NF-κB" | "inhibiting the intracellular steps of the NF-κB signal transduction pathway, performed after the pathway has been initiated in response to application of a stimulus prior to the performance of the claimed method." |
| "So as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells" | "So as to take action inside cells to directly inhibit (interfere or block) any molecular interaction within cells caused by Interleukin-1 or Tumor Necrosis Factor-α" | "So as to inhibit the intracellular steps of the NF-κB signal transduction pathway induced by Interleukin-1 or Tumor Necrosis Factor-α prior to the performance of the claimed method, applied to the mammalian cells described in the preamble of the claim." |
| "reducing Interleukin-1 or Tumor Necrosis Factor-α activity in mammalian cells" | This phrase[2] of the preamble is not limiting of the claim. If it is found to be limiting and requiring construction, it should be understood to mean "taking action inside the cell to directly inhibit (interfere or block) any molecular interaction within cells caused by Interleukin-1 or Tumor Necrosis Factor-α" | "decreasing intracellular NF-κB signal transduction induced by Interleukin-1 or Tumor Necrosis Factor-α that exists in mammalian cells in which NF-κB is present and capable of acting as an intracellular messenger." |

---

2    The phrase 'in mammalian cells' provides antecedent basis for "the cells" in the body of claim 18 and is limiting only in that regard.

2

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX CORPORATION, AMGEN )
USA INC., AMGEN MANUFACTURING LIMITED, and )
IMMUNEX RHODE ISLAND CORPORATION, )
)
)                                          C.A. No. 06-259-MPT
            Plaintiffs, )
)
)
    v. )
)
)
ARIAD PHARMACEUTICALS, INC., and THE )
WHITEHEAD INSTITUTE FOR BIOMEDICAL )
RESEARCH, )
)
)
            Defendants )
)
)
)
ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS )
INSTITUTE OF TECHNOLOGY, THE PRESIDENT and )
FELLOWS OF HARVARD COLLEGE, and THE )
WHITEHEAD INSTITUTE FOR BIOMEDICAL )
RESEARCH )
)
            Counterclaim Plaintiffs, )
)
    v.
AMGEN INC., IMMUNEX CORPORATION, AMGEN
USA INC., AMGEN MANUFACTURING LIMITED,
IMMUNEX RHODE ISLAND CORPORATION

            Counterclaim Defendants.

## **REPLY REPORT OF JEFFREY V. RAVETCH, M.D., Ph.D.**

I, Jeffrey V. Ravetch, M.D., Ph.D., submit the following report on behalf of

ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The Whitehead Institute

for Biomedical Research, and The President and Fellows of Harvard College (collectively

"ARIAD") in the above-captioned action.

the specification of the '516 Patent teaches only artificial means of reducing induced NF–κB activity, requiring affirmative steps to manipulate the level of gene expression mediated by active NF–κB.

9.      **Body of Claim 6:  reducing NF–κB activity in cells such that NF–κB–mediated intracellular signaling is diminished.**  Below is a table reproducing my previous construction of the terms "NF–κB", "NF–κB activity" and "NF–κB–mediated intracellular signaling" ("ARIAD's Construction") and Dr. Wall's construction of the same:

| Term | ARIAD'S Construction | Amgen's Construction |
|---|---|---|
| NF–κB | A DNA-binding protein factor found in many eucaryotic cells that: (a) is constitutively present in the cytoplasm of unstimulated cells as an inactive complex, bound to inhibitory IκB proteins; (b) upon dissociation from IκB, translocates to the nucleus of the cell; and (c) once in the nucleus, mediates the transcription of certain genes by binding to specific DNA recognition sequences in those genes. | A protein having each NF–κB activity. |
| NF–κB Activity | The ability of NF–κB to act as an intracellular messenger that regulates transcription of particular genes. | The ability [of NF–κB] to act as an intracellular messenger by (a) being released from IκB, (b) translocating into the nucleus, and/or (c) then binding one of the DNA sequences listed in Table 2 of the '516 Patent. |
| NF–κB–Mediated Intracellular Signaling | The intracellular steps of the NF–κB signal transduction pathway. | Molecular interactions within cells effected by, or conveyed through NF–κB. |

10.      I generally agree with the functional definition of "NF–κB" proposed in Dr. Wall's report, to wit:  NF–κB is a protein that functions as an intracellular messenger by (a) dissociating from its natural inhibitor IκB, (b) translocating into the nucleus of the cell, and (c)

5

binding to specific DNA recognition sequences.[4]  However, I regard the definition that I

provided in my first report as more complete, and more accurate, because it reflects the facts

that NF–κB, as noted in the specification,[5] is not found in all cells, and is bound to an inactive

precursor in unstimulated cells.  Further, while I agree that NF–κB is capable of binding to the

recognition sequences listed in Table 2 of the '516 Patent, I would not limit the definition of NF–

κB to a protein that binds only those sequences.  As the specification indicates, Table 2 is a list of

the sequences recognized by NF–κB that were known at the time, and a proposed consensus

sequence; it is not an exhaustive list.[6]  To the extent that Dr. Wall implies otherwise, he is

incorrect.

      11.     Dr. Wall's proposed definition for "NF–κB activity" is inadequate because it is

limited to three discrete steps of the NF–κB pathway.  Although each of the three steps of the

NF–κB pathway identified by Dr. Wall is properly considered part of "NF–κB activity," the

term, as it is used in the asserted claims, is not so limited.  The specification of the '516 Patent

describes the role of NF–κB as a mediator of gene expression, which is activated in response to

external stimuli.[7]  As described in the specification, the NF–κB signal transduction pathway

consists of (and is described in the specification of the '516 Patent as containing) five general

steps:  (1) occurrence of an external stimulus, such as the binding of an agonist to its receptor on

the cell surface; (2) dissociation of the NF–κB:IκB complex; (3) translocation of NF–κB; (4) the

binding of NF–κB to its DNA recognition sequences; and (5) expression of the gene mediated by

--------------------------------------------------------

[4] Wall Rebuttal Rep. at 7.

[5] '516 Patent at 2:27-29.

[6] '516 Patent at 36:1-37:42 (note the apparent typo at 36:56, where Table 2 is misidentified as Table 1).

[7] '516 Patent at 15:12-14; 17:47-50; 30:42-31:56.

# EXHIBIT 3

FILED
IN CLERKS OFFICE

2007 DEC 22  P 4: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

ARIAD PHARMACEUTICALS, INC.,          )
MASSACHUSETTS INSTITUTE OF            )
TECHNOLOGY, THE WHITEHEAD             )
INSTITUTE FOR BIOMEDICAL RESEARCH,    )   Civil Action No. 02 CV 11280 RWZ
and THE PRESIDENT AND FELLOWS OF      )
HARVARD COLLEGE                       )
                                      )
              Plaintiffs,             )
                                      )   U.S. District Judge
        v.                            )   Rya W. Zobel
                                      )
ELI LILLY AND CO.,                    )
                                      )
              Defendant               )
                                      )

## PLAINTIFFS' OPPOSITION BRIEF ON CLAIM CONSTRUCTION

Aside from violating these rules, Lilly's definition defines "reducing" using the word "reducing." Simply repeating a word does not provide any guidance as to what that word means.

> **a.    Lilly distorts the ordinary meaning of "reducing" by improperly importing the limitation "differs from its naturally-occurring activity...."**

According to Lilly, the word "reducing" as used in the phrase "reducing NF-κB activity" requires that the activity be reduced in a special way, such that it "differs from its naturally occurring activity under the same conditions." Dictionary definitions confirm that "reducing" means "diminishing." Pl. Open. Br. at 16. The additional limitation that Lilly asks this Court to import has no basis whatsoever in the claim language. Moreover, by importing this limitation, Lilly fails to give the word "reducing" its ordinary meaning. Lilly provides no basis for overcoming the presumption that the '516 patent claims use "reduced" in accordance with its ordinary meaning. Neither the specification nor the file history of the '516 patent sets forth any other definition.[5] Therefore, the Court should adopt "diminishing" as the ordinary definition of "reducing" without the additional limitation proposed by Lilly.

Indeed, by violating both Rules 1 and 2, Lilly attempts to render the claim unintelligible. "Naturally occurring" encompasses a variety of fluctuating states. The limitation requires Plaintiffs to demonstrate that NF-κB activity is reduced such that it "differs from its naturally-occurring activity...." Proving such a reduction against a continually shifting standard presents an impossible task. Undoubtedly, Lilly seeks to render this claim

---

[5]     The extra language Lilly imports into the claim appears in one paragraph of the '516 patent, discussing "altering and modifying" NF-κB activity. In order to rebut the heavy presumption that "reducing" should be given its ordinary meaning, Lilly must establish that the '516 inventors clearly and precisely defined "reducing" in a different way. *ResQNet.com, Inc. v. Lansa, Inc.*, 346 F.3d 1374, 1378 (Fed. Cir. 2003). Lilly provides no reason why a remotely connected discussion of different words should overcome this presumption.

5

**PLAINTIFFS' RESPONSIVE BRIEF ON CLAIM CONSTRUCTION**
**Case No. 02 CV 11280 RWZ**
30767617.DOC

indefinite by asking this court to violate the rules of claim construction in defining the phrase "reducing NF-κB activity." *Amgen Inc. v. Hoechst Marion Roussel, Inc.*, 314 F.3d 1313, 1341-42 (Fed. Cir. 2002).

> **b.    Plaintiffs' definition more clearly explains the function of NF-κB in accordance with the '516 specification.**

Lilly's definition, which uses the phrase "regulator of gene expression," fails to describe how NF-κB functions to regulate gene expression. Therefore, it does not clearly distinguish NF-κB activity from the activity of other "regulators of gene expression." In contrast, Plaintiffs base their definition on the more precise description set forth in the '516 specification: NF-κB functions to regulate gene expression by acting as an intracellular messenger that turns on transcription of particular genes. Pl. Open. Br. at 15-16.

> **2.    "NF-κB-Mediated Intracellular Signaling"**

| Plaintiffs | Lilly |
|---|---|
| Molecular communication within cells effected by, or conveyed through, NF-κB. | Signaling within the cell that is mediated by NF-κB and which signaling is caused by any internal or external influence. |

> **a.    Lilly violates Rule 2 by introducing an additional limitation that is inconsistent with other terms in the claims.**

Each party's definition refers to "within cells" or "within the cell," indicating that the parties agree that "intracellular" refers to an action taking place within cells. However, in violation of the second rule of claim construction, Lilly's proposed definition adds an unsupported limitation that the "signaling is caused by any internal or external influence." By adding this unsupported limitation, Lilly's definition changes the meaning of the phrase. In and of itself, the phrase "NF-kB-mediated" does not indicate the source of the signaling. But

6

Lilly construes the phrase to encompass *any* internal or external influence that causes NF-κB-mediated signaling. Neither the ordinary meaning of this term nor the patent supports this requirement.

Moreover, Lilly's definition creates an illogical internal inconsistency within asserted claims 80, 82, 84 and 85. Each of these claims explicitly states that "external influences induce NF-κB-mediated intracellular signaling." Yet Lilly's definition states that "NF-κB-mediated intracellular signaling" can be caused by internal influences. By ignoring Rule 2, Lilly's proposed definition results in a contradictory claim construction. By analogy, Lilly interprets a single claim to mean that the invention can either be red or blue, but it must be red. This Court should reject this awkward and improper construction.

> **b.     Lilly again violates Rule 1 by circularly defining a claim term by the same term.**

Furthermore, Lilly once again defines words using the same words. Lilly's definition simply states that "NF-κB mediated... signaling" means "signaling...mediated by NF-κB." This definition provides no guidance as to what the term means. To assist the jury, the definition should explain the terms "signaling" and "mediated." As Plaintiffs explained in their opening brief, in the context of the invention, signaling means molecular communication, which here is mediated or conveyed by NF-κB. Pl. Open. Br. at 20. The definition provided by Plaintiffs incorporates the description provided in the '516 specification that explains how NF-κB causes signals to pass within cells. *See, e.g.,* '516 patent, 10:41-46, 12:36-56, 17:45-47.

**PLAINTIFFS' RESPONSIVE BRIEF ON CLAIM CONSTRUCTION**
**Case No. 02 CV 11280 RWZ**
30767617.DOC

# EXHIBIT 4

**MARKMAN HEARING**

January 13, 2004

ARIAD Pharmaceuticals, Inc., Massachusetts Institute of
Technology, The Whitehead Institute for Biomedical Research, and
The President and Fellows of Harvard College

v.

Eli Lilly and Company

Civil Action No. 02 CV 11280 RWZ
Honorable Rya W. Zobel

## Lilly Does *Not* Define Claim Term Using Ordinary Meaning

"reducing NF-κB activity"

The ordinary meaning of "reducing" is *not* "differs from naturally-occurring activity under the same conditions"

<u>Lilly's Construction:</u>

Reducing the ability of NF-κB to function as a regulator of gene expression in such a manner that it differs from naturally-occurring activity under the same conditions.

☒ **Rule 1**

☒ **Rule 2**

☐ **Rule 3**

10

# EXHIBIT 5

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ARIAD PHARMACEUTICAL,                )
MASSACHUSETTS INSTITUTE OF           )
TECHNOLOGY, THE WHITEHEAD            )
INSTITUTE OF BIOMEDICAL RESEARCH,    )
THE PRESIDENT AND FELLOWS            )
OF HARVARD COLLEGE,                  )
                                     )
            Plaintiffs               )
                                     )
        -VS-                         ) CA No. 02-11280-RWZ
                                     ) Pages 1 - 75
ELI LILLY & CO.,                     )
                                     )
            Defendant                )

**MARKMAN HEARING**

BEFORE THE HONORABLE RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

United States District Court
1 Courthouse Way, Courtroom 12
Boston, Massachusetts
December 13, 2004, 2:00 p.m.

LEE A. MARZILLI
CERTIFIED REALTIME REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA  02210
(617)345-6787

1    them.

2         MS. BEN-AMI:  Well, I think that's -- well, I'm not

3    quite sure if that's right or not, your Honor, because the

4    jury needs to be instructed on what the claims mean, even if

5    everybody agrees on it, but putting that --

6         THE COURT:  All 203 of them?

7         MS. BEN-AMI:  No, we don't have 203.  You don't

8    have to do 203.  Actually, I think where we are right now,

9    there are very few terms that are really in dispute, and so I

10   think --

11        THE COURT:  But you just told me that I have to

12   define them all, even if there's not a dispute.

13        MS. BEN-AMI:  But if we've all agreed on them, it

14   should be a simple exercise.  The difference here is, "What

15   is NF-kB activity?"  And we just define what NF-kB activity

16   is.  It's acting as an intracellular messenger --

17        THE COURT:  What's the difference between

18   "function" and "ability"?

19        MS. BEN-AMI:  "Ability"?  It's activity, right?

20        THE COURT:  Well, you say it's the function to act

21   in a way.  The defendant says it's the ability to act.

22        MS. BEN-AMI:  That's not really the disagreement.

23   The disagreement here is that they say it has to be reduced

24   as compared to the naturally occurring activity under the

25   same conditions, and we say that language isn't in the

1   claim.  We just say it needs to be diminished from whatever.

2   You need to have diminishing, but this does not need to be

3   the comparison because "reducing" means diminishing.

4            THE COURT:  So you would agree with the defendant's

5   definition until you come to the last phrase?

6            MS. BEN-AMI:  Except for this part:  It's the

7   "regulator of gene expression."  This is too broad because

8   NF-kB is a transcription factor, as you know, and

9   "gene expression" in general is too broad.

10           THE COURT:  It depends on the translation as well.

11           MS. BEN-AMI:  Right.  And so this is what NF-kB

12  activity is.  This is what it is.  And so if saying reducing

13  means diminishing, everybody agrees on what NF-kB is.  And

14  NF-kB activity is acting or functioning, if you want, as an

15  intracellular messenger that turns on these genes.  But this

16  part here, this as compared to one specific thing, we don't

17  believe is in the claim, and so that would be adding

18  something to the claim.  And so I will probably skip some of

19  these unless your Honor has a question on this particular

20  issue.

21           THE COURT:  No.  I think you should go at your pace

22  and tell me what you want to tell me.  If it's excessive,

23  I'll tell you.

24           MS. BEN-AMI:  Okay, all right.  So let's go to

25  Slide 12, just picking up on that point because -- so what

# EXHIBIT 6

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>        Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND CO.,<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 02 CV 11280 RWZ<br><br>U.S. District Judge<br>Rya W. Zobel |

## PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION

The '516 patent teaches and claims, among other things, methods by which one can intervene therapeutically in a disease process by reducing the activity of NF-$\kappa$B. The lengthy patent specification details how this can be achieved, including disclosure of agents to inhibit NF-$\kappa$B and an in-depth explanation as to how one can identify and use those agents (*e.g.*, drugs) to reduce NF-$\kappa$B's activity in order to intervene in the expression of particular genes implicated in disease. See Gilmore Declaration at ¶¶ 23-27; Glimcher Declaration at ¶ 20.

Like many drugs, the products at issue in this litigation, Evista® and Xigris®, alter specific targets or processes within cells. By Lilly's own admission, Evista® and Xigris® intervene in the expression of genes involved in human diseases known as osteoporosis and sepsis respectively, specifically by reducing the activity of NF-$\kappa$B. (See Complaint, filed June 25, 2002, Exs. 2-4). Plaintiffs have asserted claims that are specifically applicable to the use of those drugs. For example, a substance known as LPS made by certain bacteria infecting an organism, acts as a cause of sepsis. Plaintiffs have therefore asserted particular claims of the '516 patent specifically drawn to treating LPS-induced disease (*i.e.*, sepsis). The asserted '516 claims contain certain claim terms that Plaintiffs expect will be the focus of the claim construction hearing in this case.[4] These claim terms and their proper definitions are as follows:

| | |
|---|---|
| **A method for... in cells** | A cell is the basic structural and functional unit of an organism. Each of these claims encompasses methods wherein NF-kB is modulated either in cells as they occur naturally in an organism, including treatment of a mammal or human, or cells isolated from the organism, including a mammal or human. |
| **Immune cells** | The specialized cells, except red blood cells and platelets, which are derived from a common precursor cell known as a hematopoietic stem cell. |

---

[4]    All of the patent claims asserted in the litigation are set forth in Appendix A.

3

**PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION**
**Case No. 02 CV 11280 RWZ**

| | |
|---|---|
| NF-κB | (a)  a protein factor;<br>(b)  that resides in the cytoplasm as an inactive precursor bound to an IκB inhibitor protein;<br>(c)  when released from the inhibitor, travels to the nucleus of the cell;<br>(d)  once in the nucleus, functions to turn on transcription of certain genes by binding to specific DNA recognition sequences in those genes. |
| NF-κB activity | The function, in response to certain stimuli, of NF-κB to act as an intracellular messenger that turns on transcription of particular genes. |
| Reducing NF-κB activity | Diminishing the function of NF-κB to act as an intracellular messenger that turns on transcription of particular genes, in response to certain stimuli. |
| IκB | (a)  a protein factor;<br>(b)  that binds NF-κB in an inactive form in the cytoplasm by forming a complex with NF-κB;<br>(c)  which, in response to external signals, is biochemically modified and degraded to release NF-κB. |
| Inhibiting dissociation of NF-κB:IκB complexes | Reducing or preventing the breaking up of the specific complex of NF-κB with IκB, in which NF-κB and IκB are bound through chemical and/or physical interactions. |
| NF-κB-mediated intracellular signaling | Molecular communication within cells effected by, or conveyed through, NF-κB. |
| Reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB | Decreasing binding of NF-κB to DNA sequences specifically recognized by NF-κB, where such DNA sequences are in genes whose transcription is regulated by increasing or decreasing NF-κB activity, and where binding denotes a chemical and/or physical interaction between NF-κB and specific DNA sequences. |

As reflected in the above definitions, claim terms should be interpreted according to the ordinary and customary meanings attributed to them by those of ordinary skill in the art at the time of the invention, absent evidence of an express intent to impart a novel meaning. *See Texas Digital Sys., Inc. v. Telegenix, Inc.*, 308 F.3d 1193, 1202 (Fed. Cir. 2002); *ACTV v. Walt Disney Co.*, 346 F.3d 1082, 1088 (Fed. Cir. 2003). Dictionaries and treatises from the time can be

4

The term "dissociation" refers to the process by which a chemical combination separates into simpler constituents. See Ex. 16, p. 258; Ex. 17, p. 133. The specification uses "dissociation" in accordance with its ordinary meaning in molecular biology to refer to the separation and release of one protein from another. Among the numerous examples provided, the patent refers to dissociation "result[ing] in activation of NF-$\kappa$B (appearance of NF-$\kappa$B binding activity) and translocation of the NF-$\kappa$B into the nucleus." ('516 patent, 12:32-35; *see also* 2:54-63)

In the field of molecular biology, a "complex" ordinarily refers to two or more molecules which are bound together through chemical and/or physical interactions. (Ex. 17, p. 93; Ex. 18, p. 609). Consistent with the definition, the patent describes complexes of NF-$\kappa$B and I$\kappa$B. ('516 patent, 30:32-37, Examples 13 and 14) These complexes can be broken apart by disrupting the chemical and/or physical interactions that hold them together. ('516 patent, 15:62-67, 26:55-27:55)

In the context of this claim, the phrase "inhibiting dissociation of NF-$\kappa$B: I$\kappa$B complexes" should therefore properly be construed as reducing or preventing the breaking up of the specific complex of NF-$\kappa$B with I$\kappa$B, in which NF-$\kappa$B and I$\kappa$B are bound through chemical and/or physical interactions.

## H.    "NF-$\kappa$B-MEDIATED INTRACELLULAR SIGNALING"

This phrase appears in  unasserted independent claims 6, 7 and 8, from which various of the claims asserted against Evista® depend. As discussed below, according to the ordinary meaning of intracellular signaling, "NF-$\kappa$B-mediated intracellular signaling" should be construed to mean molecular communication within cells, effected by, or conveyed through, NF-$\kappa$B.

19

The concept of intracellular signaling can best be understood as a form of molecular communication inside a cell.[11] The '516 patent teaches that activation of NF-κB serves as such an intracellular signal, which thereby allows cells to respond to external stimuli in their environment. ('516 patent, 15:54-17:52, 13:2-3) The specification, which does not use the exact phrase "intracellular signaling," explains this concept by emphasizing that NF-κB acts "as an intracellular transducer or mediator of a variety of external influences." *See* '516 patent, 10: 41-46, 12:36-56, 17:45-47. In other words, NF-κB is a molecule that, inside the cell, transduces or mediates external stimuli that have impacted the cell. Accordingly, the claims use "signaling" in the ordinary sense of the verb "to signal," meaning to "communicate."[12] Therefore, intracellular signaling means to communicate inside the cell. This communication is conveyed by a molecule, NF-κB, therefore referring to molecular communication in the context of the claim. In general, molecular communication involves interactions of different signaling proteins. By such interactions, signaling proteins can pass along signals in the form of biochemical changes to the proteins with which they interact. See Gilmore Declaration ¶¶ 19-28.

## I.    "REDUCING BINDING OF NF-κB TO NF-κB RECOGNITION SITES ON GENES WHICH ARE TRANSCRIPTIONALLY REGULATED BY NF-κB"

The phrase appears in dependent claims 144, 154, 69, 80 and 93 and specifically limits the method of reducing NF-κB activity described by the independent claims on which these claims depend. As described above, the ability of NF-κB to regulate transcription of certain genes depends on the ability of NF-κB to recognize and bind to specific DNA sequences in those genes. Its ability to do so, therefore, defines NF-κB as a distinctive protein factor with unique

---

[11]   The ordinary definition of the "Intracellular" means "within a cell or cells." (Ex. 19, p. 1001; see also Ex. 2 p. 1096)

[12]   "to communicate...by a signal" (Ex. 19, p. 1779)

**PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION**
**Case No. 02 CV 11280 RWZ**

NYA 642776.4

# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CIVIL ACTION NO. 06-259-(MPT)

**ORIGINAL**

AMGEN, INC., a Delaware corporation;  )
IMMUNEX CORPORATION, a Washington      )
corporation; AMGEN USA INC., a         )
Delaware corporation; AMGEN            )
MANUFACTURING, LIMITED, a Bermuda      )
corporation; and IMMUNEX RHODE         )
ISLAND CORPORATION, a Delaware         )
corporation,                           )
                                       )
          Plaintiffs,                  )
                                       )
     vs.                               )
                                       )
ARIAD PHARMACEUTICALS, INC.,           )
a Delaware corporation,                )
                                       )
          Defendants.                  )
_____)


DEPOSITION OF

DAVID BALTIMORE

TAKEN ON WEDNESDAY, SEPTEMBER 26, 2007


Reported by:

Daryl Baucum, RPR, CRR, CBC, CSR No. 10356

Page 65

09:37:46  1      Q.   Now, when you said it bound to DNA, you also
09:37:49  2   knew that it bound to a particular sequence of DNA,
09:37:52  3   correct?
09:37:53  4      A.   We knew it bound to a variety of related
09:37:55  5   sequences.
09:37:58  6      Q.   Okay.  So it was defined not merely by binding
09:38:01  7   to DNA but by binding to these particular sequence of
09:38:05  8   DNA.
09:38:06  9      A.   Yes, I am sorry.  You are quite correct.
09:38:08 10      Q.   Now, how did you in 1991 determine whether you
09:38:12 11   had NF-kB?
09:38:15 12           What tests did you use?
09:38:17 13      A.   Well, originally --
09:38:18 14           MR. GINDLER:  Hang on.  Objection; form.
09:38:20 15           THE WITNESS:  Our original test was the gel
09:38:24 16   shift assay, and later when we knew what the sequence --
09:38:32 17   that it was -- that it bound to and we could put that
09:38:36 18   sequence into reporter constructs, we could show
09:38:40 19   increases in activity by the expression of NF-kB in
09:38:44 20   reporter assays.
09:38:57 21   BY MR. PALS:
09:38:58 22      Q.   The gel shift assay is the electrophoretic
09:38:59 23   mobility shift assay that is discussed in the patent?
09:39:05 24      A.   That's quite correct.
09:39:06 25      Q.   And that we can agree to call EMSA?  We can use

Page 98

| | | |
|---|---|---|
| 10:48:56 | 1 | Q.    Okay.    I see.    So let me try it that way and |
| 10:49:00 | 2 | see if I hit the question the way you intended to answer |
| 10:49:02 | 3 | and did answer the previous one. |
| 10:49:04 | 4 | As of 1991, and in the applications of the 516 |
| 10:49:08 | 5 | patent, you did not identify how one would modify NF-kB |
| 10:49:14 | 6 | so that it would not bind to its DNA binding site across |
| 10:49:19 | 7 | all eukaryotic cells, correct? |
| 10:49:22 | 8 | A.    Right. |
| 10:49:22 | 9 | MR. GINDLER:    Objection -- objection, compound. |
| 10:49:24 | 10 | THE WITNESS:    We did not make such a |
| 10:49:25 | 11 | determination. |
| 10:49:37 | 12 | BY MR. PALS: |
| 10:49:37 | 13 | Q.    In the 516 patent, Dr. Baltimore, you identify |
| 10:49:40 | 14 | a number of sequences to which NF-kB was found to bind, |
| 10:49:50 | 15 | correct? |
| 10:49:50 | 16 | A.    That is correct. |
| 10:49:51 | 17 | Q.    And you identify a consensus sequence in the |
| 10:49:57 | 18 | specification of the 516 patent, correct? |
| 10:49:59 | 19 | A.    We do identify a consensus sequence. |
| 10:50:04 | 20 | Q.    In fact, if you look at Table 2 -- |
| 10:50:07 | 21 | A.    Column 37. |
| 10:50:07 | 22 | Q.    -- of the 516 patent, which is column 37, |
| 10:50:10 | 23 | that's where you identify sequences recognized by NF-kB |
| 10:50:14 | 24 | and the consensus sequence, correct? |
| 10:50:18 | 25 | A.    That's correct. |

Page 144

```
13:31:37   1    exactly?

           2    BY MR. PALS:

13:31:39   3        Q.   I am just orienting you to your prior testimony

13:31:43   4    where you were contrasting direct inhibitors of NF-kB

13:31:49   5    versus -- and I don't mean to characterize it -- but

13:31:53   6    sort of broader application of the patent.

13:31:55   7            Do you recall that discussion?

13:31:56   8            MR. GINDLER:  Objection; misstates his

13:31:57   9    testimony.

13:31:58  10            THE WITNESS:  We had a discussion about that,

13:31:59  11    yes.

23:00:57  12    BY MR. PALS:

13:32:00  13        Q.   When you refer to direct inhibitors of NF-kB,

13:32:03  14    were you thinking of inhibitors within the signaling

13:32:12  15    module that we discussed earlier today?

13:32:14  16        A.   Yes, basically.

13:32:15  17            MR. GINDLER:  Objection; it's ambiguous.

13:32:16  18            THE WITNESS:  Yes, basically I was thinking

13:32:18  19    about the signal module as shown in that review article.

          20    BY MR. PALS:

13:32:24  21        Q.   That 2006 "Immunological Reviews" article?

13:32:28  22        A.   That's right.

13:32:28  23        Q.   So when you -- when you personally were

13:32:31  24    thinking about the scope of the work and the 516 patent,

13:32:37  25    you were thinking of it in terms of inhibitors that
```

Page 145

```
13:32:42   1    reduced NF-kB activity by acting within the signaling
13:32:46   2    module?
13:32:47   3        A.   When I was first thinking about that?
13:32:52   4        Q.   Yeah.
13:32:54   5        A.   I mean when I was writing this --
13:32:57   6        Q.   Yes.
13:32:58   7        A.   -- I was thinking about that.
13:33:01   8        Q.   About inhibitors that act within the signaling
13:33:03   9    module.
13:33:04  10        A.   Within the signaling module.
13:33:06  11        Q.   As you sit here today, are you still amazed
13:33:10  12    that a court upheld the application of the claims of the
13:33:17  13    516 patent to cover things that act upstream of the
13:33:21  14    signaling module?
13:33:22  15             MR. GINDLER:  Objection; calls for a legal
13:33:23  16    conclusion, calls for expert testimony.
13:33:27  17             THE WITNESS:  Much less so.
          18    BY MR. PALS:
13:33:32  19        Q.   But you do remain amazed that the claims were
13:33:35  20    applied to things upstream of the signaling module.
13:33:41  21             MR. GINDLER:  Objection; misstates his
13:33:42  22    testimony, objection, calls for a legal conclusion,
13:33:43  23    calls for expert testimony.
13:33:48  24             THE WITNESS:  I am.
13:33:52  25             MR. PALS:  Let's take a break and I will go
```

# EXHIBIT 8

# REDACTED

# EXHIBIT 9

# REDACTED

# EXHIBIT 10

INTENTIONALLY OMITTED

# EXHIBIT 11

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>            Plaintiffs,<br><br>     v.<br><br>ELI LILLY & CO.,<br><br>            Defendant. | Civil Action No. 02 CV 11280 RWZ<br><br>U.S. District Judge<br><br>Rya W. Zobel |

## Declaration of Dr. Thomas D. Gilmore

I, Thomas D. Gilmore, hereby declare:

I make this declaration in connection with Plaintiffs' Opening Brief on Claim Construction in the above captioned action to provide the Court relevant background regarding the technology and scientific issues discussed in the brief.

## I.    PERSONAL BACKGROUND

1.     I am a Professor in the Department of Biology at Boston University. I received a Ph.D. in Zoology from the University of California at Berkeley in 1984. From 1984-1987, I performed post-doctoral research at McArdle Cancer Research Laboratory at the University of Wisconsin, Madison, in the laboratory of the Nobel laureate Dr. Howard Temin working in the general area of the molecular biology of cancer. I joined the Biology Department at Boston University in 1987 as an Assistant Professor, where I received promotions to my current position as Full Professor of Biology at Boston University. In addition to my laboratory research, I have

regularly participated in teaching courses on molecular and cellular biology to both graduate and undergraduate students at Boston University.

2.      I have authored over 70 peer-reviewed scientific publications and have given many invited talks at universities, medical centers, and at various national and international meetings on topics that have included cell signaling, gene expression, and disease and NF-κB. I currently serve on the editorial boards of two scientific journals and have served as an ad hoc reviewer for over forty different journals. In addition, I have served as a grant reviewer for, among others, the National Institutes of Health, the National Cancer Institute, the National Science Foundation, the American Cancer Society, and the March of Dimes Society.

3.      As a post-doctoral fellow at the University of Wisconsin (1984-87) and while directing my own laboratory at Boston University (1987-present), the primary focus of my research has been on the role of NF-κB proteins in cancer. As such, I consider myself to be one of skill in the art in the technical field relevant to the '516 patent.

## II.     INFORMATION CONSIDERED IN FORMING MY OPINIONS

4.      In forming the opinions set forth in this Expert Declaration, in addition to relying on my professional knowledge and experience, I have reviewed U.S. Patent 6,410,516 to Baltimore et al. (the "516 patent"), portions of the prosecution history of the '516 patent, certain papers of the inventors cited in the '516 patent, and additional articles cited in this declaration.

## III.    TECHNOLOGICAL BACKGROUND

5.      Proteins are the worker molecules of all living cells and perform various molecular activities that are necessary for life. For example, proteins catalyze the many biochemical reactions that direct how a cell functions, proteins serve as the structural components of cells and tissues, and proteins can serve as signals for communication between

NOV-24-2003  15:10          BU                                    617 3536340      P.04

cells. Proteins are composed of different combinations of 20 different building blocks called amino acids, which are chemically joined to each other like links on a chain to form the full protein molecule. Different proteins can be as short as 10 or so amino acids or as long as over 1000 amino acids.

6.      The genetic information that a cell uses to make all of these different proteins is carried in molecules of deoxyribonucleic acid (DNA). All the DNA in a cell of a given organism is commonly referred to as the genome of that organism. The DNA molecule can be pictured as two twisting, paired strands. Each strand of DNA is made up of four chemical units, called nucleotides, strung together in a precise order. DNA that codes for protein is read in groups of three adjacent nucleotides, referred to as codons, each of which either specify one of the twenty different amino acids, or serve as a stop sign to indicate the end of the protein. Thus, the information specifying the order of the twenty different kinds of amino acids in a protein is arranged in DNA as three letter "words" (codons) using a four letter "alphabet" (nucleotide).

7.      In cells of higher organisms, which are referred to as eukaryotes, the genome is contained within a membrane-bound region called the nucleus. The nucleus is surrounded by a larger area of the cell called the cytoplasm, which contains, among many other things, the cellular machinery which assembles amino acids together to make proteins. Simple organisms, such as bacteria, which do not have their genetic information confined within the nucleus are referred to as prokaryotes. In eukaryotes, the genome is organized into discrete units of DNA called chromosomes.

8.      When two strands of DNA form a double helix, the nucleotide bases on each strand fit together in a precise way. Each one of the four nucleotide bases will pair with only one of the other three bases. Whenever one strand at a certain position contains an A, the opposite

3

strand at the same position will normally have a T, which chemically bonds with the A. Likewise, G on one strand normally pairs with a C on the other strand.

9.      The part of a DNA sequence that contains the code for a given protein is referred to as a gene. The precise nucleotide sequence of DNA (the DNA sequence) of a gene determines the amino acid sequence of the protein that the gene encodes and thereby provides a blueprint for that protein. The cells found in the human body contain approximately 30,000-40,000 different genes that correspond to approximately 30,000-40,000 different proteins.

10.     Cells produce proteins through a two step process known as "gene expression," by which a cell interprets the genetic information encoded in its DNA. The first step is referred to as transcription. In transcription, the genetic information contained in a portion of DNA is read and copied (or "transcribed") by the cell's transcriptional machinery (a large complex comprising multiple proteins) into an intermediate molecule known as messenger RNA (mRNA). The mRNA molecule then travels from the nucleus to the cytoplasm in order to carry the genetic information encoded in the DNA to the cellular machinery which assembles proteins.

11.     The second step of gene expression is referred to as translation. In translation, the genetic information that was copied into the mRNA is read and used by other cellular machinery to assemble the protein. In this process, the mRNA binds to structures in the cell called ribosomes, which chemically link the amino acids together in the correct order determined by the codons in the mRNA.

12.     Certain proteins, known as transcription factors, bind to distinct regulatory elements in a cell's DNA. By doing so, they interact with other transcriptional machinery in the cell to regulate expression of genes by increasing or decreasing their level of transcription.

4

Transcription factors account for about 3000 of the approximately 30,000 to 40,000 different proteins found in human cells.

13.    Transcription factors serve at least two important roles in gene expression. First, about 200 different cell types exist in the body. The different cell types, for example, skin cells, immune cells and muscle cells all express distinct sets of genes, reflecting the diverse roles different cell types play in the body and the different structures they have.  At the same time, the different types of cells in the body all share essentially the same DNA containing essentially the same genetic information, or collection of genes. The particular combination of transcription factors present in any cell in part determines which genes that cell will express, and therefore allows a cell to express only the particular subset of the genes that it needs for its proper function and survival.

14.    Secondly, in order to survive and perform their biological functions, cells must adapt and respond to various pressures from the constantly changing environment which surrounds them, and to hundreds of different external signals in that environment that affect the cell. This process of responding to signals originating outside of a cell through biochemical changes within the cell is called "cell signaling." Cells in large part adapt to these changing conditions, and respond to these external signals by regulating gene expression to change the amounts and types of the different proteins they make.  In a living animal, the process of cell signaling is extremely complex, and involves many biochemical steps, as each cell is constantly being bombarded by hundreds of different signals and must continuously adapt and respond to its changes in its environment, for example, invasion by foreign organisms such as viruses or bacteria.

15.    The process of cell signaling, which allows cells of higher animals to respond appropriately to these external signals involves a form of "molecular communication" between a complex system of signaling proteins.  In general, these various proteins communicate or pass signals to each other by interacting with each other.  Such interactions can initiate biochemical reactions that may cause a number of things to occur.  For example, such interactions between signaling proteins may result in modification of one protein by addition of certain molecules to the protein, such as phosphate molecules.  Alternatively, such interactions may cause other modifications to the structure of the protein, such as cleavage or degradation.  Such changes may cause one of the proteins to move to a different location in the cell, or to interact with another protein.  The changes induced by one interaction may then cause a chain of further interactions and biochemical reactions to occur by which the external signal is communicated to cause a particular response, such as a change in gene expression.

16.    In general, the first event in cell signaling involves specific proteins called receptors, proteins which cells use to recognize and respond to different extracellular signals. A vast number of diverse chemicals, including proteins, small peptides, amino acids, nucleotides, steroids, lipopolysaccharides and even some gases, function as extracellular signals.  Such molecules bind to specific receptor proteins, which are found on either the outside or inside of the cell, depending on the nature of the given signal molecule.  The binding of the signal molecule to the receptor then initiates a response in the target cell. Usually, when a receptor is activated by binding a signal, it triggers a complex cascade of protein interactions inside a cell that ultimately leads to a change in the activity of the cell.

17.    The events initiated by the binding of a signal to a receptor often have the effect of activating and/or inactivating key enzymes (proteins that catalyze the different biochemical

6

reactions in a cell) which, in turn, leads to the switching on and off of transcription factors. Transcription factors then act in the nucleus at the level of DNA to regulate the expression of genes, by increasing or decreasing their expression levels. In this manner, the behavior of a cell is altered in response to outside signals, that is, by relaying information from outside the cell through receptors and then to nuclear proteins that directly regulate the expression of target genes in the cell.

18.    Each cell type in the body is specialized to perform specific functions and therefore carries a particular complement of receptors and intracellular proteins, allowing that cell to selectively respond to the signals around it, according to its role in the body. Because signaling molecules generally act in combination, each cell type can respond in highly specific ways to a multitude of different combinations of extracellular signals. Thus, there are many ways that the human body can respond to different signals.

19.    Although many details of cell signaling are understood today, it was the pioneering work of Dr. Baltimore and other inventors of United States Patent No 6,410,516 (the "Baltimore '516 patent") on the transcription factor called Nuclear Factor Kappa B ("NF-κB") and on NF-κB cell signaling that demonstrated how NF-κB plays a crucial role in directing certain cell functions. (Exhibit B). This work by Baltimore and colleagues essentially launched a new field of scientific research. The Baltimore '516 patent inventors first identified NF-κB in the course of research to determine how the expression of immunoglobulin genes was regulated. Initially, NF-κB was identified as a transcription factor that regulated the expression of the gene encoding the kappa immunoglobulin gene in specialized immune cells, called B cells. ('516 patent, col. 2, lines 20-25).

20.     As described in the '516 patent, the work of Dr. Baltimore and his collaborators on NF-κB was particularly significant because it demonstrated that NF-κB did much more than simply regulate a single protein made by immune cells.  In groundbreaking work, these scientists showed that NF-κB is present and inducible in many cell types, besides just B cells ('516 patent, col. 2, lines 26-32; col. 10, lines 41-46), and most importantly, that NF-κB acts as an intracellular messenger that can play a central role in gene regulation.  ('516 patent, col. 35, line 13-col. 38, line 24).  In general, the transcription of particular genes may be regulated by a number of transcription factors.  For example, in addition to NF-κB, the patent describes other transcription factors (IgNF-A, E, and IgNF-B factors) that are also involved in regulating the transcription of immunoglobulin genes.  ('516 patent, col. 1, lines 51-67).  ('516 patent, col. 2, lines 1-19; Examples 1-4, 7).  This example illustrates that in certain cases, transcription of particular genes requires the presence of more than one transcription factor, a feature which allows the cell to fine tune whether it will express such genes.   For many genes, however, NF-κB serves as the critical transcription factor, and transcription of those genes is primarily dependent on the activity of NF-κB.  ('516 patent, col. 2, lines 31-40; col. 12, lines 41-60; col. 35, lines 13-18).

21.     As discussed in the '516 patent, the inventors described the overall process by which NF-κB activity is regulated.  In unstimulated cells, NF-κB is found in the part of the cell called the cytoplasm, that is, the part of the cell which surrounds the nucleus.  In response to certain extracellular signals, NF-κB travels to the nucleus where it binds to specific sequences on DNA called "NF-κB binding sites." ('516 patent, col. 16, lines 22-35, col 35, line 54-col. 37, line 43).  NF-κB binding sites are short stretches of DNA with specific sequences that are recognized by and bound by the NF-κB transcription factor.  Binding of NF-κB to NF-κB binding sites on DNA acts as a molecular switch to regulate (mostly to turn on) the expression of genes that have

8

such binding sites. Thus, NF-κB regulates the expression of specific genes. ('516 patent, col. 16, lines 22-35, col. 35, line 54-col. 37, line 43, table 2). It is this combination of structural and functional characteristics that defines NF-κB in the patent as a protein factor that resides in the cytoplasm as an inactive precursor bound to an IκB inhibitor protein. When released from the inhibitor, NF-κB travels to the nucleus of the cell and once in the nucleus, functions to turn on transcription of certain genes by binding to specific DNA recognition sequences in those genes. Certain claims refer to "reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB." I would understand this phrase to refer to decreasing binding of NF-κB to DNA sequences specifically recognized by NF-κB, where such DNA sequences are in genes whose transcription is regulated by increasing or decreasing NF-κB activity, and where binding denotes a chemical and/or physical interaction between NF-κB and specific DNA sequences. In this regard, I note the asserted '516 claims refer to NF-κB activity. I would understand this phrase to refer to the function of NF-κB, in response to external signals, to act as an intracellular messenger that turns on transcription of particular genes.

22.    Normally, NF-κB functions in a cell to precisely control the expression of certain genes and their protein products that are involved in the response of cells to various stimuli, such as those involved in many immunological and inflammatory processes. The phrase "NF-κB-mediated intracellular signaling" is used in the claims. This phrase refers to molecular communication within cells effected by, or conveyed through NF-κB. However, when NF-κB is activated in an abnormal manner that causes the over or under-expression of critical genes, a broad range of different disease states can result. Thus, NF-κB can play a pivotal role in the pathology of numerous different diseases, for example, those involving immune and inflammatory responses as well as cancer.

9

23.    The invention of the Baltimore patent is particularly significant because it describes, for the first time, various methods that can be used to modulate the activity of NF-κB in order to alter the activity of NF-κB as an intracellular messenger. Normally, activation of NF-κB appropriately induces gene expression in response to external signals and changes in the cell's environment. Certain diseases and disorders however, markedly disrupt the cellular environment, and in turn the normal regulation of gene expression, leading to the cell to make too much, and sometimes too little of various proteins.

24.    Significantly, by elucidating the various steps in activation of NF-κB, the inventors were able to describe numerous methods and agents for intervening at each of these steps to reduce NF-κB activity. In this manner, the methods disclosed in the '516 patent provide ways of therapeutically intervening in certain disease processes at the molecular level, for example, by reducing NF-κB-mediated expression of genes critical to the disease process, when expression of those genes is altered in a disease or disorder. In this regard, I note that the claimed methods recite "in cells", or "on ...cells". It is evident from the disclosure of the '516 patent that the claimed methods are to be used in methods of treating humans with drugs. ('516 patent, col. 4, lines 23-28). I understand the claims of the '516 patent to therefore include treatment of cells as they occur naturally in a mammal or human or in an isolated form, by modulating NF-κB. Certain claims are directed to practicing the claimed methods in immune cells. Immune cells are the specialized cells, except for red blood cells and platelets, which are derived from a common precursor cell known as a hematopoietic stem cell.

25.    A summary of some of the examples provided by the '516 specification illustrates the broad application of these methods. The specification teaches that NF-κB binds to a specific inhibitor protein in the cytoplasm, which the inventors also discovered and named IκB. ('516

10

patent col. 15:55-16:10). IκB functions to inhibit the activity of NF-κB by binding to NF-κB and

blocking translocation (travel) of NF-κB to the nucleus. ('516 patent, col. 16, lines 22-35, col.

22, lines 8-21, col. 27-30, col. 32, lines 19-23). The specification further explains how IκB

serves to control activation of NF-κB. The patent teaches that the interaction of IκB and NF-κB

is regulated by modification of the IκB protein. ('516 patent, col. 16, lines 22-35, col. 30, line 42

- col. 32, line 10). Specifically, the patent notes that the IκB protein may be modified by the

addition of phosphate molecules to the IκB protein, a biochemical process known as

phosphorylation. Protein phosphorylation controls the activity of many different types of

proteins in eukaryotic cells; a significant fraction of proteins in the cell will be phosphorylated at

any one time. Phosphorylation causes the NF-κB-IκB complex to be disrupted because the IκB

protein becomes unstable and is destroyed ('516 patent, col. 16, lines 22-35, col. 30, line 42- col.

31, line 56). Thus, IκB is defined in the patent by these disclosed properties (i.e., a protein factor

that binds NF-κB in an inactive form in the cytoplasm by forming a complex with NF-κB,

which, in response to external signals, is biochemically modified and degraded to release NF-

κB.) Certain of the claims refer to "inhibiting dissociation of NF-κB:IκB complexes." I would

understand this phrase to refer to reducing or preventing the breaking up of the specific complex

of NF-κB with IκB, in which NF-κB and IκB are bound through chemical and/or physical

interactions.

    26.    The '516 patent, based on the disclosure of how IκB functions, describes various

methods for reducing NF-κB activity through the IκB inhibitor. For example, the specification

provides the DNA sequence for an IκB gene and notes that using routine techniques, one could

introduce the IκB gene into cells and express it to make the encoded IκB product. By increasing

the level of IκB, the increased amount of IκB will bind to free NF-κB, retaining NF-κB in the

cytoplasm and preventing NF-κB from traveling to the nucleus ('516 patent, col. 32, lines 11-16).  Alternatively, the disclosure indicates that compounds that can inhibit phosphorylation or degradation of IκB can be used to prevent disruption of NF-κB-IκB complexes and thereby can inhibit translocation of NF-κB to the nucleus, and also describes numerous assays that may be used in identifying such NF-κB-modulating compounds ('516 patent, col. 18-21, 23-24, 27-32).

27.     Additionally, the patent describes various methods for reducing NF-κB activity by intervening at later steps in the process by which NF-κB is activated.  Such methods include, for example, methods for blocking the interaction of NF-κB with NF-κB binding sites on DNA and methods for altering the concentration or availability of NF-κB.  As examples, the specification teaches that decoy DNA molecules which mimic the recognition sequence in NF-κB regulated genes can be used to prevent NF-κB from stimulating transcription of those genes.  Such decoy molecules can be introduced into cells, where they will serve as unproductive binding sites for NF-κB.  By competing for binding of NF-κB, such decoy sequences will reduce binding of NF-κB to the NF-κB recognition sequence in a particular gene that NF-κB regulates. ('516 patent, col. 37-38).  Alternatively, various molecules, including dominantly interfering molecules that bind to NF-κB recognition sequences can be used to directly block binding of NF-κB to those recognition sequences, resulting in decreased transcription of those genes. ('516 patent, col. 38).  In light of the '516 disclosure, I would understand the phrase "reducing NF-κB activity" to refer to diminishing the function of NF-κB to act as an intracellular messenger that turns on transcription of particular genes, in response to certain stimuli.

## IV.    FURTHER TESTIMONY

29.     I reserve the right to supplement my opinions as a result of the testimony and opinions of other witnesses or other information which might exist and which may be presented

12

during the remainder of discovery or during trial of this matter, including graphic or

demonstrative materials not yet prepared.

    30.    I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct to the best of my knowledge and belief.

    Dated: November **24**, 2003

                                Thomas D. Gilmore, Ph.D.

```
                     CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing document by hand
delivery and Federal Express upon counsel of record for defendant on the above date.
```

Lee C. Bromberg, Esq.

13

# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY & CO.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 02 CV 11280 RWZ<br><br>U.S. District Judge<br><br>Rya W. Zobel |

## Declaration of Laurie H. Glimcher, M.D.

I, Laurie H. Glimcher, hereby declare as follows:

I make this declaration in connection with Plaintiffs' Opening Brief on Claim Construction in the above captioned action.

**I.    Personal Background**

1.    I am the Irene Heinz Given Professor of Immunology in the Department of Immunology and Infectious Diseases at the Harvard School of Public Health and Professor of Medicine at Harvard Medical School and Senior Physician at Brigham and Woman's Hospital.

2.    I received my B.A. degree from Radcliffe College and my M.D. from Harvard Medical School. My postdoctoral training was at Harvard and in the Laboratory of Immunology



at the National Institutes of Allergy and Infectious Diseases at the National Institutes of Health. I am board certified in Internal Medicine and Rheumatology.

3.    My awards for research include the Soma Weiss Award for Undergraduate Research at Harvard Medical School, the Distinguished Young Investigator Award from the American College of Rheumatology, the Leukemia Society's Stohlman Memorial Scholar Award, the Paul Klemperer Award, the Arthritis Foundation's Lee S. Howley Award, the FASEB Excellence in Science Award and the American Society of Clinical Investigation Investigator Award. I am a Fellow of the American Academy of Arts and Sciences, a Member of the Institute of Medicine of the National Academy of Sciences and a Member of the National Academy of Sciences.

4.    I have served or am on the editorial boards of 15 different journals and have authored over 200 peer reviewed articles. I am the President of the American Association of Immunologists, a former member of the Howard Hughes Medical Institute Scientific Advisory Board and serve on the Irvington Institute Fellowship Committee. I am on the Board of Directors of the Bristol-Myers Squibb Company, NDC Health Corporation, and the Waters Corporation. I am also on the Scientific Advisory Board of Health Care Ventures, the Mankind Company, and the Sandler Asthma Foundation.

5.    My research primarily focuses on the use of biochemical and genetic approaches to elucidate the molecular pathways that regulate immune cell development and activation. During the past ten years, I have studied cell signaling and gene regulation in immune cells. My work is directed towards creating a conceptual framework to therapeutically manipulate these immune cell responses in the settings of autoimmune disease and cancer.

2

## II.     Information considered in Forming my Opinions

6.     This declaration is provided to assist the Court in understanding the science and technology discussed in the brief.  In forming the opinions set forth in this Expert Declaration, I have considered the following items in the context of my knowledge of relevant literature and my academic and professional experience:

(a)     U.S. Patent No. 6,410,516 issued to Baltimore et. al., attached to Declaration of Laurie H. Glimcher, M.D., Oct. 15, 2002 as Exhibit B.

(b)     Rothwarf & Karin, "The NF-kappa B activation pathway: a paradigm in information transfer from membrane to nucleus," *Science STKE*. 1999 Oct 26;1999(5):RE1. Review, attached to Declaration of Laurie H. Glimcher, M.D., Oct. 15, 2002 as Exhibit C.

(c)     The Whitehead Institute, "Twenty years of Pioneering Research," Discovery, May 2002 (http://wi.mit.edu/nap/pdfs/Discovery/disc_may02.pdf), attached to Declaration of Laurie H. Glimcher, M.D., Oct. 15, 2002 as Exhibit D.

(d)     ScienceWatch Interviews, "UCSD's Michael Karin Follows the Cellular Pathways," March/April, Vol 10, No. 2 (1999), attached to Declaration of Laurie H. Glimcher, M.D., Oct. 15, 2002 as Exhibit E.

(e)     Hinz M, Lemke P, Anagnostopoulos I, Hacker C, Krappmann D, Mathas S, Dorken B, Zenke M, Stein H, Scheidereit C., "Nuclear factor kappaB-dependent gene expression profiling of Hodgkin's disease tumor cells, pathogenetic significance, and link to constitutive signal transducer and activator of transcription 5a activity," *J Exp Med*. Sep 2;196(5):605-17, (2002), attached to Declaration of Laurie H. Glimcher, M.D., Oct. 15, 2002 as Exhibit F.

3

(f)    Ghosh S, May MJ, Kopp EB., "NF-kappa B and Rel proteins: "Evolutionarily conserved mediators of immune responses," *Annu. Rev. Immunol.* 16:225-60 (1998).

(g)    Baldwin, AS, "The NF-κB and IκB proteins: New discoveries and insights," *Annu. Rev. Immunol.* 14:649-81 (1996).

**III.    Technical Overview**

7.    All living organisms are constructed from small fundamental units called cells. Within each cell is the "blueprint" for all the products the cell will make in its lifetime. This "blueprint" deoxyribonucleic acid ("DNA") contains all of the cell's genes, the particular sequences of DNA that provide instructions for how to make the proteins that cells need to function. Various internal and external signals regulate the expression of these genes by the turning "on" and "off" the machinery in the cell that reads the information carried in the genes and translates the genetic blueprint into protein products.

8.    The body possesses a large number of different cell types, such as immune cells, skin cells, and muscle cells, all of which are specialized to perform different functions in the body. While all cells in the body contain essentially the same genetic blueprint, that is, the collection of genes in their DNA, in any one cell, some genes are active and some are silent. The particular combination of active and silent genes, called "differential gene expression" controls how any cell functions in the body, and therefore also how the tissues and body organs formed by cells function. Differential gene expression therefore accounts for the unique properties of cells, tissues and body organs.

9.    The class of proteins that control gene expression are called transcription factors, and transcription factors have a primary role in regulating differential gene expression.

4

Transcription factors regulate gene expression by binding specific regulatory sequences in the DNA. In general, different genes contain different regulatory sequences, each of which are recognized by specific transcription factors. By binding to a regulatory sequence associated with a specific gene, a transcription factor can interact with other transcriptional machinery to modulate transcription of that gene.

10.    A vast number of different compounds can act as extracellular signals. The cell detects and responds to these signals through specialized proteins called receptors, which are activated when signaling compounds bind to or interact with the receptor proteins. "Cell signaling" or "signal transduction" refers to the process by which a cell converts an extracellular signal into a cellular response. This cellular response involves many different and complex biochemical processes inside the cell, which vary according to the specific extracellular signal involved. The final step of cell signaling often involves transcription factors, which act to turn expression of specific genes on and off in response to extracellular signals. Cell signaling represents a particularly important aspect of differential gene expression, which allows a cell to properly adapt and respond to the continual changes in its environment.

11.    The pioneering work of the team of inventors led by Dr. Baltimore on the transcription factor called Nuclear Factor Kappa B ("NF-$\kappa$B") was especially significant because it demonstrated that unlike some other transcription factors, each of which functions only in a limited number of different cell types, NF-$\kappa$B is involved in regulating expression of certain critical genes in a wide variety of cells. Although it has other functions, NF-$\kappa$B plays a particularly important role in mediating responses to stimuli associated with stress and damage to the cell.

5

12.     Among their seminal discoveries, the inventors elucidated the surprising mechanism by which NF-κB activity is regulated, which uniquely distinguished NF-κB from other transcription factors. Most transcription factors reside and function in the cell nucleus, which contains the cell's DNA with which transcription factors interact. The inventors, however, discovered that in its inactive form, NF-κB is generally present in the part of the cell called the cytoplasm. In this form, NF-κB is complexed, or in other words, tightly bound, to an inhibitor protein called IκB and is unable to bind DNA because the IκB protein prevents NF-κB from traveling to the nucleus. (*See e.g.*, '516 patent, col. 2, lines 46-63; col. 16, lines 22-35).

13.     In response to certain extracellular signals, NF-κB can be released from the complex with IκB. (*See e.g.*, '516 patent, col. 16, lines 22-35). The free NF-κB then moves to the nucleus, that part of the cell containing the DNA, where it binds to "NF-κB binding" sites. NF-κB binding sites are specific sequences in the DNA recognized by NF-κB, where NF-κB acts as a molecular regulatory switch which turns on the first step in gene expression, called transcription. (*See e.g.*, '516 patent, cols. 10-13).

14.     The work of the Baltimore team demonstrated NF-κB plays a integral role in regulating proteins that are critical components of and are involved the pathogenesis of various diseases. A variety of stimuli activate NF-κB, which for example can act as an early mediator of various immune and inflammatory responses. (*See e.g.*, '516 patent, col. 2, lines 54-59; col. 12, 57-66; col. 13, lines 13-29). The numerous NF-κB regulated genes involved in these responses, particularly antibody and cytokine genes, illustrate how NF-κB plays a central role in the cell's response to stress-related signals that cause immune reactions and inflammation in the body.

NYA 643991.1

IV.    **The team of '516 patent inventors led by Dr. Baltimore pioneered an entire field of research through their elucidation of the regulation of NF-κB, which will lead to new treatments for human diseases.**

15.    It is widely acknowledged that the team of inventors led by Dr. Baltimore conducted the critical, pioneering studies that elucidated the important role NF-κB plays as an intracellular signaling molecule. (See e.g., Rothwarf & Karin, 1999, Ex. C). The Whitehead Institute, in their review of significant discoveries at the Institute in the last 20 years, lists the work of the Baltimore team on NF-κB as a landmark discovery ("Twenty years of Pioneering Research," May 2002, Ex. D). Dr. Michael Karin, has also acknowledged that "[m]ost of the initial and seminal discoveries in the field were made by David Baltimore and his co-workers." (Michael Karin, ScienceWatch interview, March 1999, Ex. E).

16.    The work of the '516 inventors on NF-κB opened an entirely new approach to understanding the pathogenesis of many different diseases and has stimulated research and development of new and novel methods of treatment by reducing NF-κB-mediated intracellular signaling. The '516 patent describes how one could alter NF-κB activity in individuals to treat various medical conditions. ('516 patent, col. 4, lines 23-28). For example, the patent describes how one can alter NF-κB activity to treat an individual who has an infection. ('516 patent, col. 32, lines 8-11). It also provides experiments which demonstrate that NF-κB regulates the expression of genes, such as $\beta$-interferon, which are important in various human conditions. ('516 patent, Example 15, col. 78, line 43 – col. 82, line 4).

17.    In addition, the patent contains extensive discussion regarding the role NF-κB plays in how cells respond to bacteria. For example, lipopolysaccharide ("LPS") is a component of bacterial cell walls which can stimulate expression of different genes. The patent provides experimental examples of demonstrating how NF-κB mediates LPS stimulation of cells resulting

7

in gene expression. ('516 patent, Example 8, col. 68 lines 30 – col. 73, line 56). LPS is a component of bacteria which is known to contribute to the severity and outcome of sepsis, a major cause of lethality in hospitalized patients. Because the patent shows how one can alter NF-$\kappa$B activity, for example in altering LPS induced gene expression, the patent has additional relevant medical application in human diseases, such as sepsis, because it provides a method for altering the outcome of the disease.

18.    A specific example best illustrates how the inventors' work has fostered new approaches to researching human disease. For example, scientists have learned that NF-$\kappa$B appears to play a critical role in how certain cancers develop. How cells in the body grow is normally closely controlled, so that cells divide to form new cells only when new cells are needed to replace other cells. Cancers can arise when a cell loses the ability to properly control the way it divides and grow.

19.    Hodgkin's disease, sometimes called Hodgkin's lymphoma, is a type of cancer that starts in lymphatic tissue. Lymphatic tissue includes the lymph nodes and related organs that are part of the body's immune and blood-forming systems. In Hodgkin's disease, researchers have found that NF-$\kappa$B plays a significant role in whether the cancer cells respond to signals that are able to trigger a cellular process called apoptosis, which involves a complex program of biochemical changes in the cell that result in "programmed" death of the cells. (See, Hinz, M et al. (2002) Ex. F). Using the methodology developed by Dr. Baltimore and his co-inventors, the researchers have focused their recent efforts on methods for reducing NF-$\kappa$B activity that will correct abnormal cell behavior and control tumor growth by modulating how NF-$\kappa$B regulates the apoptosis program in those cells. This research has therefore opened up an entirely new strategy for combating the unrestrained growth and spread of cancerous cells.

NYA 643991.1

20.    The foregoing example shows how researchers interested in developing treatments for specific diseases have been able to use the methodology described in the '516 patent to identify and develop numerous compounds that can be used in the claimed methods involving reducing NF-$\kappa$B activity.  In this manner, the inventors' work has allowed researchers in the fields of signal transduction and gene regulation to focus on new strategies for treating diseases and disorders involving altered function and regulation of NF-$\kappa$B in the cell.  Today, hundreds of laboratories conduct research relating to NF-$\kappa$B that is directly based on the technology and methodology developed by the inventors.  The impact that the work of the '516 inventors has had on biomedical research is shown by the fact that in the past few years, NF-$\kappa$B has been shown to play a critical role in causation of several other important diseases, including atherosclerosis, sepsis, and other cancers.

9

Nov-25-03  03:41am  From-                                6174320084                    T-583   P.002/002   F-355
NUV. 24. ZUUJ  12.14FM   CLIFFORD_CHANCE                                              NU. 1708     F.  1

## V.    Further Testimony

21.    I have reviewed Plaintiff's Opening Brief on Claim Construction, and agree with the definitions for the various claim terms given in the brief.

22.    I reserve the right to supplement my opinions as a result of the testimony and opinions of other witnesses or other information which might exist and which may be presented during the remainder of discovery or during trial of this matter, including graphic or demonstrative materials not yet prepared.

23.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 24, 2003

Laurie H. Glimcher, M.D.


CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document by hand delivery and Federal Express upon counsel of record for defendant on the above date.

Lee C. Bromberg, Esq.

10

# EXHIBIT 13

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

----------------------------------x

AMGEN, INC., a Delaware                )

corporation, et al.,                   )

                    Plaintiffs,   )   Civil Action No.

        v.                             )   06-259-(MPT)

ARIAD PHARMACEUTICALS, INC., a    )

Delaware corporation,             )

                    Defendant.    )

----------------------------------x

AND RELATED COUNTERCLAIM          )

----------------------------------x

Videotaped Deposition of LOUIS M. STAUDT, M.D., Ph.D.

Bethesda, Maryland

Tuesday, August 7, 2007

9:05 a.m.

Job No.:  22-109268

Pages 1 - 275

Reported By:  Joan V. Cain

12:08:22  1      Q    So, there's no consistent meaning in --

12:08:25  2   in -- using that phrase?

12:08:26  3      A    I would say it would be fair to say that --

12:08:28  4   that there's not one consistent meaning of one

12:08:30  5   signaling pathway, yes.

12:08:37  6         MS. ROSENBLATT:  And I would have scattered

12:08:39  7   objections in there if there had been no --

12:08:42  8         THE WITNESS:  But I already objected that I

12:08:43  9   was not talking as an expert witness, but giving a

12:08:47 10   general opinion of how scientists talk about -- use

12:08:49 11   that phrase and how it was, in particular, used in

12:08:52 12   that first paragraph.  So, all I can really speak to

12:08:57 13   with specificity is what that paragraph says.

12:09:09 14   BY MR. GUTMAN:

12:09:09 15      Q    In the last sentence of that same paragraph,

12:09:14 16   you state that, "When the gene expression profile of a

12:09:18 17   disease process is subsequently obtained, the

12:09:21 18   preassembled gene expression database can be used to

12:09:24 19   gain insight into the signaling pathways that are

12:09:27 20   pathologically engaged in the disease."

12:09:31 21      A    Yes.

12:09:31 22      Q    So, are signaling pathways that are

12:09:44 23   pathologically engaged -- or let me back up.

12:09:47 24         Are you -- are you, in that sentence,

12:09:49 25   drawing a distinction between signaling pathways that