IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation; )
IMMUNEX CORPORATION, a Washington )
corporation; AMGEN USA INC., a Delaware )
corporation; AMGEN MANUFACTURING, )
LIMITED, a Bermuda Corporation, and )
IMMUNEX RHODE ISLAND )
CORPORATION, a Delaware corporation, )
                                     )
    Plaintiffs/Counterclaim Defendants, )
                                     )
    v.                               )
                                     )
ARIAD PHARMACEUTICALS, INC., a )
Delaware corporation, and THE WHITEHEAD )
INSTITUTE FOR BIOMEDICAL RESEARCH, )
a Delaware corporation, *et. al.* )
                                     )
    Defendants/Counterclaim Plaintiffs. )

Civil Action No. 06-259 (MPT)

PUBLIC VERSION
CONFIDENTIAL MATERIAL OMMITED

## DECLARATION OF MELANIE K. SHARP

I, Melanie K. Sharp, hereby declare as follows:

1.    I am a partner at the law firm of Young, Conaway, Stargatt & Taylor LLP in

Wilmington, Delaware, counsel for Plaintiffs in the above-captioned matter.  I submit this

Declaration in connection with the Opening Brief in Support of the Amgen Entities' Motion for

Summary Judgment of Noninfringement of U.S. Patent No. 6,410,516.  I have personal

knowledge of the facts set forth herein and, if called as a witness, could and would competently

testify thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of page one from United

States Patent No. 6,410,516.

3.    Attached hereto as Exhibit B is a true and correct copy of excerpts of the

03/26/2008 deposition of Kathryn Calame. (pgs. 144-146, 152, 161, 211-212, 219-223, 228-239,

241-242, 271-274).

1

4.    Attached hereto as Exhibit C is a true and correct copy of selected pages from Reexamination Control No. 09/007,503 and 90/007,828, ARIAD's 10/22/2007 Response.

5.    Attached hereto as Exhibit D is a true and correct copy of selected pages from Reexamination Control No. 09/007,503 and 90/007,828, Final Rejection dated 07/06/2007.

6.    Attached hereto as Exhibit E is a true and correct copy of selected pages from the 10/19/2007 Declaration of Dr. Inder Verma.

7.    Attached hereto as Exhibit F is a true and correct copy of an article by Li, Q. and Verma, I.M., NF-*k*B: Regulation in the Immune System, Nature Reviews: Immunology Vol 2. at 732 (October 2002).

8.    Attached hereto as Exhibit G is a true and correct copy of an article by Withoff, et al. Regulating the Master Regulator NF-*k*B: From Natural Strategies to Rationally Designed Superdrugs, Handbook of Transcription Factor NF-kappaB, S. Gosh, Ed. at 2006-07 (2007).

9.    Attached hereto as Exhibit H is a true and correct copy of selected pages from the 02/20/2008 30(b)(6) deposition of Harvey Berger, M.D. (pgs 98-99).

10.    Attached hereto as Exhibit I is a true and correct copy of an ENBREL package insert. (AM-AR0331980-990).

11.    Attached hereto as Exhibit J is a true and correct copy of ENBREL promotional materiasl. (AM-AR0343134-155).

12.    Attached hereto as Exhibit K is a true and correct copy of selected pages from the 03/21/2008 Deposition of James Mark Jackson, M.D.(pgs. 75-76, 78-82).

13.    Attached hereto as Exhibit L is a true and correct copy of selected pages from the 09/19/2007 Deposition of Laura Hamill.  (pgs. 43, 300-301).

14.    Attached hereto as Exhibit M is a true and correct copy of select pages from the Laboratory Notebook of Noemi Sealock. (AM-AR20000823 - AM-AR20000827).

15.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.  Executed this 25th day of April, 2008.

Melanie K. Sharp, Esq. (No. 2501)

# EXHIBIT A



US006410516B1

(12) **United States Patent**
Baltimore et al.

(10) Patent No.: US 6,410,516 B1
(45) Date of Patent: Jun. 25, 2002

(54) NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL REGULATION

(75) Inventors: **David Baltimore**, New York, NY (US); **Ranjan Sen**, Cambridge; **Phillip A. Sharp**, Newton, both of MA (US); **Harinder Singh**, Chicago, IL (US); **Louis Staudt**, Silver Springs, MD (US); **Jonathan H. Lebowitz**, Zionsville, IN (US); **Albert S. Baldwin, Jr.**, Chapel Hill, NC (US); **Roger G. Clerc**, Binningen (CH); **Lynn M. Corcoran**, Port Melbourne (AU); **Patrick A. Baeuerle**, Eichenau (DE); **Michael J. Lenardo**, Potomac, MD (US); **Chen-Ming Fan**, San Francisco; **Thomas P. Maniatis**, Belmont, both of MA (US)

(73) Assignees: **President & Fellows of Harvard College; Massachusetts Institute of Technology; Whitehead Institue for Biomedical Research**, all of Cambridge, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 08/464,364

(22) Filed: **Jun. 5, 1995**

Related U.S. Application Data

(60) Division of application No. 08/418,266, filed on Apr. 6, 1995, now Pat. No. 5,804,374, which is a continuation of application No. 07/791,898, filed on Nov. 13, 1991, now abandoned, which is a continuation-in-part of application No. 06/946,365, filed on Dec. 24, 1986, now abandoned, application No. 08/418,266, which is a continuation-in-part of application No. 07/341,436, filed on Apr. 21, 1989, now abandoned, and a continuation-in-part of application No. 07/318,901, filed on Mar. 3, 1989, now abandoned, and a continuation-in-part of application No. 07/280,173, filed on Dec. 5, 1988, now abandoned, and a continuation-in-part of application No. 07/162,680, filed on Mar. 1, 1988, now abandoned, and a continuation-in-part of application No. 07/155,207, filed on Feb. 12, 1988, now abandoned, and a continuation-in-part of application No. 06/817,441, filed on Jan. 9, 1986, now abandoned.

(51) Int. Cl.[7] .......................... A61K 31/711; C12N 5/10; C12N 15/10

(52) U.S. Cl. ............................. 514/44; 435/6; 435/455; 435/325; 435/366; 435/370; 435/372; 435/372.2; 435/372.3

(58) Field of Search ........................ 435/6, 172.3, 455, 435/325, 366, 370, 372, 372.2, 372.3; 514/2, 44; 935/34, 36

(56) References Cited

FOREIGN PATENT DOCUMENTS

WO          87/04170          7/1987

OTHER PUBLICATIONS

Gosh, S. and Baltimore, D., "Activation in vitro of NF–kB by phosphorylation of its inhibitor IkB," Nature, 344(6267): 678–682 (1990).

Zabel, U. and Baeurle, P., "Purified Human IkB Can Rapidly Dissociate the Complex of the NF kB Transcription Factor with it Cognate DNA," Cell, 61:255–265 (1990).

Haskill, S., et al., "Characterization of an Immediate–Early Gene Induced in Adherent Monocytes That Encodes IkB–like Activity," Cell, 65:1281–1289 (1991).

Baldwin, Jr., A.S., and Sharp, P.A., "Two transcription factors, NF–kB and H2TF1, interact with a single regulatory sequence in the class I major histocompatability complex promotor," Proc. Natl. Acad. Sci, USA, 85:723–727 (1988).

Böhnlein, E.,, et al., "The Same Inducible Nuclear Proteins Regulates Mitogen Activation of Both the Interleukin–2 Receptor–Alpha Gene and Type 1 HIV," Cell, 53:827–836 (1988).

Leung, K. and Nable, G.J., "HTLV–1 transactivator induces interleukin–2 receptor expression through an NF–kB–like factor," Nature, 333:776–778 (1988).

Ruben, S., et al., "Cellular Transcription Factors and Regulation of IL–2 Receptor Gene Expression by HTLV–1 tax Gene Product," Science, 241:89–92 (1988).

Lenardo, J.J., et al., "NF–kB protein purification from bovine spleen: Nucleotide stimulation and binding site specificity," Prod. Natl. Acad. Sci. USA, 85:8825–8829 (1988).

Wirth, T. and Baltimore, D., "Nuclear factor NF–kB can interact functionally with its cognate binding site to provide lymphoid–specific promotor function," The EMBO Journal, 7 (10):3109–3113 (1988).

Nelsen, B., et al., "The NF–kB–Binding Site Mediates Phorbol Ester–Inducible Transcription in Nonlymphoid Cells," Mol. & Cell Biol., 8:3526–3531 (1988).

Ballard, D.W., et al., "HTLV–I Tax Induces Cellular Proteins That Activate the kB Element in the IL–2 Receptor a Gene," Science, 241:1652–1657 (1988).

Blanar, M.A., et al., "NF–kB Binds within a Region Required for B–Cell–Specific Expression of the Major His-tocompatibility Complex Class II Gene Ead," Mol. & Cell. Biol., 9 (2):844–846.

Karin, M., et al., "Activation of a Heterologous Promoter in Response to Dexamethasone and Cadmium by Metallothio-nein Gene 5'Flanking DNA," Cell, 36:371–379 (1984).

(List continued on next page.)

Primary Examiner—David Guzo
(74) Attorney, Agent, or Firm—David L. Berstein; Matthew P. Vincent; Ropes & Gray

(57)          **ABSTRACT**

Constitutive and tissue-specific protein factors which bind to transcriptional regulatory elements of Ig genes (promoter and enhancer) are described. The factors were identified and isolated by an improved assay for protein-DNA binding. Genes encoding factors which positively regulate transcription can be isolated and employed to enhance transcription of Ig genes. In particular, NF-kB, the gene encoding NF-kB, IkB and the gene encoding IkB and uses therefor.

203 Claims, 58 Drawing Sheets

*Amgen v. Ariad*
Plaintiff's Dep Exhibit
1

US 6,410,516 B1

Page 2

OTHER PUBLICATIONS

Davis, N., et al., "Rel–Associated pp40: An Inhibitor of the Rel Family of Transcription Factors," Science 253:1268–1271 (1991).

Treisman, R., "Transient Accumulation of c–fos RNA Following Serum Stimulation Requires a Conserved 5'Element and c–fos 3' Sequences," Cell, 42:889–902 (1985).

Queen, C. and Stafford, J., "Fine Mapping of an Immunoglobulin Gene Activator," Mol. Cel. Biol., 4(6):1042–1049 (1984).

Nelson, K. J., et al., "Inducible transcription of the unrearranged κ constant region locus is a common feature of pre–B cells and does not require DNA or protein synthesis," Proc. Natl. Acad. Sci. USA, 82:5305–5309 (1985).

Foster, J., et al., "An immunoglobulin promoter displays cell–type specificity independently of the enhancer," Nature, 315:423–425 (1985).

Ko, H.–S., et al., "A Human Protein Specific for the Immunoglobulin Octamer DNA Motif Contains a Functional Homeobox Domain," Cell, 55:135–144 (1988).

Sen, R. and Baltimore, D., "Multiple Nuclear Factors Interact with the Immunoglobulin Enhancer Sequences," Cell, 46:705–716 (1986).

Nabel, G. and Baltimore, D., An inducible transcription factor activates expression of human immunodeficiency virus in T cells, Nature, 326:711–713 (1987).

Baeuerle, P.A and Baltimore, D., "IκB: A Specific Inhibitor of the NF–κB Transcription Factor," Science, 242:540–546 (1988).

Baeuerle, P.A. and Baltimore, D., "Activation of DNA–Binding Activity in an Apparently Cytoplasmic Precursor of the NF–κB Transcription Factor," Cell, 53:211–217 (1988).

Baeuerle, P.A. and Baltimore, D., "Activation of NF–κB: A Transcription Factor Controlling Expression of the Immunoglobuli κ Light–chain Gene and of HIV," The Control of Human Retrovirus Gene Expression, Banbury Conference, Cold Spring Harbor, NY, pp.: 217–226 (1988).

Sen, R. and Baltimore, D., Inducibility of κ Immunoglobulin Enhancer–Binding Protein NF–κB by a Posttranslational Mechanism, Cell, 47:921–928 (1986).

Wall, R., et al., "A labile inhibitor blocks immunoglobulin κ–light–chain–gene transcription in a pre–B leukemic cell line," Proc. Natl. Acad. Sci. USA, 83:295–298 (1986).

Lenardo, M., et al., "Protein–Binding Sites in Ig Gene Enhancers Determine Transcriptional Activity and Inducibility," Science, 236:1573–1577 (1987).

Cross, S. L., et al., "Functionally Distinct NF–κB Binding Sites in the Immunoglobulin κ and IL–2 Receptor α Chain Genes," Science, 244:466–469 (1989).

Kawakami, K., et al., "Identification and purification of a human immunoglobulin–enhancer–binding protein (NF–κB) that activates transcription from a human immunodeficiency virus type 1 promoter in vitro," Proc. Natl. Acad. Sci. USA, 85:4700–4704 (1988).

Goodbourn, S., et al., "Human β–Interferon Gene Expression Is Regulated by an Inducible Enhancer Element," Cell, 41:509–520 (1985).

Bergman, Y., et al., "Two regulatory elements for immunoglobulin κ light chain gene expression," Proc. Natl. Acad. Sci. USA, 81:7041–7045 (1984).

Mason, J. O., et al., "Transcription Cell Type Specificity Is Conferred by an Immunoglobulin $V_H$ Gene Promoter That Includes a Functional Consensus Sequence," Cell, 41:479–487 (1985).

Fried, M. and Crothers, D. M., "Equilibria and kinetics of lac repressor–operator interactions by polyacrylamide gel electrophoresis," Nucleic Acids Research, 9(23):6505–6524 (1981).

Garner, M. M. and Revzin, A., "A gel electrophoresis method for quantifying the binding of proteins to specific DNA regions: application to components of the Escherichia coli lactose operon regulatory system," Nucleic Acids Research, 9(13):3047–3060 (1981).

Strauss, F. and Varshavsky, A., "A Protein Binds to a Satellite DNA Repeat at Three Specific Sites That Would be Brought into Mutualy Proximity by DNA Folding in the Nucleosome," Cell, 37:889–901 (1984).

Grosschedl, R. and Baltimore, D., "Cell–Type Specificity of Immunoglobulin Gene Expression is Regulated by at Least Three DNA Sequence Elements," Cell, 41:885–897 (1985).

Banerji, J., et al., "A Lymphocyte–Specific Cellular Enhancer Is Located Downstream of the Joining Region in Immunoglobulin Heavy Chain Genes," Cell, 33:729–740 (1983).

Queen, C. and Baltimore, D., "Immunoglobulin Gene Transcription Is Activated by Downstream Sequence Elements," Cell, 33:741–748 (1983).

Church, G. M., et al., "Cell–type–specific contacts to immunoglobulin enhancers in nuclei," Nature, 313:798–801 (1985).

Gerster, T., et al., "Cell type–specificity elements of the immunoglobulin heavy chain gene enhancer," EMBO Journal, 6(5):1323–1330 (1987).

Landolfi, N. F., et al., "Interaction of cell–type–specific nuclear proteins with immunoglobulin $V_H$ promoter region sequences," Nature, 323:548–551 (1986).

Staudt, L. M., et al., "A Lymphoid–specific protein binding to the octamer motif of immunoglobulin genes," Nature, 323:640–643 (1986).

Fletcher, C., et al., "Purification and Characterizaiton of OTF–1, a Transcription Factor Regulating Cell Cycle Expression of a Human Histone H2b Gene," Cell, 51:773–781 (1987).

Scheidereit, C., et al., "Identification and Purification of a Human Lymphoid–Specific Octamer–Binding Protein (OTF–2) That Activates Transcription of an Immunoglobulin Promoter In Vitro," Cell, 51:783–793 (1987).

Sassone–Corsi, P., "A trans–acting factor is responsible for the simian virus 40 enhancer activity in vitro," Nature, 313:458–463 (1985).

Singh, H., et al., "A nuclear factor that binds to a conserved sequence motif in transcriptional control elements of immunoglobulin genes," Nature, 319:154–158 (1986).

Baldwin, A. and Sharp, P., et al., "Binding of a Nuclear Factor to a Regulatory Sequence in the Promoter of the Mouse H–2K$^b$ Class I Major Histocompatibility Gene," Mol. & Cell. Biol., 7(1):305–313 (1987).

Mercola, M., et al., "Transcriptional Enhancer Elements in the Mouse Immunoglobulin Heavy Chain Locus," Science, 221:663–665 (1983).

Picard, D. and Schaffner, W., "A lymphocyte–specific enhancer in the mouse immunoglobulin κ gene," Nature, 307:80–82 (1984).

Mercola, M., et al., "Immunoglobulin Heavy–Chain Enhancer Requires One or More Tissue–Specific Factors," Science, 227:266–270 (1985).

US 6,410,516 B1
Page 3

Staudt, L., et al., "Cloning of a Lymphoid–Specific cDNA Encoding a Protein Binding the Regulatory Octamer DNA Motif," *Science*, 241:577–580 (1988).

Wu et al. (1988) Purification of the human immunodeficiency virus type 1 enhancer and TAR binding protiens EBP–1 and UBP–1, EMBO J. 7:2117–2129.*

Leonard et al. (1985) Interleukin 2 receptor gene expression in normal human T lymphocytes. Proc. Natl. Acad. Sci. USA 82:6281–6285.*

Johnston et al. (1993) Present Status and future prospects for HIV therapies. Science 260:1286–1293.*

* cited by examiner



MOPC-41 κ CHAIN GENE

## Fig. 1A



## Fig. 1B



Fig. 1C



Fig. 2A



Fig. 2B

Case 1:06-cv-00259-MPT    Document 616    Filed 05/02/2008    Page 11 of 60



Fig. 3

|  |  |  |  |
|---|---|---|---|
| $V_L$ coding strand (-66) | TCTTAATA | ATTTGCAT | ACCCTCAC |
| $V_H$ non-coding strand (-50) | CGCACATG | ATTTGCAT | ACTCATGA |
| $J_H$ - C$\mu$ coding strand (166) | CCTGGGTA | ATTTGCAT | TTCTAAAA |

Fig. 4A



Fig. 4B



Fig. 5A



Fig. 5B



Fig. 6





## Fig. 7





Fig. 8

# Figure 9A



# Figure 9B





# Figure 10A



# Figure 10B





Fig. 10C



Fig. 10D

# Figure 10E



Case 1:06-cv-00259-MPT    Document 616    Filed 05/02/2008    Page 22 of 60

Figure 11B

Figure 11A





```
               OO  O●              O
μ50:   AATTACCCAGGTGGTGTTTTGC
       TTAATGGGTCCACCACAAAACG
                  O


          O     O O●      O●
μ70:   AGCAGGTCATGTGGCAAGGCTA
       TCGTCCAGTACACCGTTCCGAT
            ◎         O
```

## Fig. 11C

# Figure 12A




Fragment: μ50
Extract (9-11μgm)

HAFTL
PD
38B9
70Z
EW
WEHI 231
AJ9
SP2-0
KR-12
8226
RL♂11
W7
EL4
BW
COS
3T3
MEL
HeLa

# Figure 12B



Fragment: μ70
Extract (9-11μg)

EW
C5
38B9
70Z
WEHI
SP2-0
COS
3T3
MEL
PCC4
HeLa

## Figure 13A



## Figure 13B



## Figure 13C



## Figure 13D



Figure 14



# Figure 15A





FIGURE 15b



λgt11-EBNA-1

EBNA-1    β-gal

Eco RI

oriP    PROBE

AGATTAGGATAGCATATGCTACCCAGATAT

EBNA-1 CONSENSUS BINDING SITE

Fig. 16

| | |
|---|---|
| *MHC* | TGGGGATTCCCCA |
| *mhc1* | TGcGGATTCCCaA |
| κ *EN* | aGGGGACTttCCg |
| κ *en* | aaattAcTttCCg |
| | a |
| *S*,*VEN* | TGGGGAcTttCCA |
| *HIV* | TGGGGAcTttCCA |
| | aaGGGAcTttCCg |

Fig. 17



```
       CTGGGGCCCCCAGAGAGGGTGGGGAGATGACACAGTTGTTCCCCCAGCCCTGGCGGGGCG
   1   ---------+---------+---------+---------+---------+---------+

       GGCAGCATGGTTCACTCCAGCATGGGGGCTCCAGAAATAAGAATGTCTAAGCCCCTGGAG
  61   ---------+---------+---------+---------+---------+---------+
                  M  V  H  S  S  M  G  A  P  E  I  R  M  S  K  P  L  E

       GCCGAGAAGCAAGGTCTGGACTCCCCATCAGAGCACACAGACACCGAAAGAAATGGACCA
 121   ---------+---------+---------+---------+---------+---------+
        A  E  K  Q  G  L  D  S  P  S  E  M  T  D  T  E  R  N  G  P

       GACACTAATCATCAGAACCCCCAAAATAAGACCTCCCCATTCTCCGTGTCCCCAACTGGC
 181   ---------+---------+---------+---------+---------+---------+
        D  T  N  H  Q  N  P  Q  N  R  T  S  P  F  S  V  S  P  T  G

       CCCAGTACAAAGATCAAGGCTGAAGACCCCAGTGGCGATTCAGCCCCAGCAGCACCCCTG
 241   ---------+---------+---------+---------+---------+---------+
        P  S  T  K  I  K  A  E  D  P  S  G  D  S  A  P  A  A  P  L

       CCCCCTCAGCCGGCCCAGCCTCATCTGCCCCAGGCCCAACTCATGTTGACGGGCAGCCAG
 301   ---------+---------+---------+---------+---------+---------+
        P  P  Q  P  A  Q  P  N  L  P  Q  A  Q  L  M  L  T  G  S  Q

       CTAGCTGGGGACATACAGCAGCTCCTCCAGCTCCAGCAGCTGGTGCTTGTGCCAGGCCAC
 361   ---------+---------+---------+---------+---------+---------+
        L  A  G  D  I  Q  Q  L  L  Q  L  Q  Q  L  V  L  V  P  G  H

       CACCTCCAGCCACCTGCTCAGTTCCTGCTACCGCAGGCCCAGCAGAGCCAGCCAGGCCTG
 421   ---------+---------+---------+---------+---------+---------+
        H  L  Q  P  P  A  Q  F  L  L  P  Q  A  Q  Q  S  Q  P  G  L

       CTACCGACACCAAATCTATTCCAGCTACCTCAGCAAACCCAGGGAGCTCTTCTGACCTCC
 481   ---------+---------+---------+---------+---------+---------+
        L  P  T  P  H  L  F  Q  L  P  Q  Q  T  Q  G  A  L  L  T  S

       CAGCCCCGGGCCGGGCTTCCCACACAGGCCGTGACCCGCCCTACGCTGCCCGACCCGCAC
 541   ---------+---------+---------+---------+---------+---------+
        Q  P  R  A  G  L  P  T  Q  A  V  T  R  P  T  L  P  D  P  H

       CTCTCGCACCCGCAGCCCCCCAAATGCTTGGAGCCACCATCCCACCCCGAGGAGCCCAGT
 601   ---------+---------+---------+---------+---------+---------+
        L  S  H  P  Q  P  P  K  C  L  E  P  P  S  H  P  E  E  P  S

       GATCTGGAGGAGCTGGAGCAATTGGCCCGCACCTTCAAGCAACGCCGCATCAAGCTGGGC
 661   ---------+---------+---------+---------+---------+---------+
        D  L  E  E  L  E  Q  F  A  R  T  F  K  Q  R  R  I  K  L  G

       TTCACGCAGGGTGATGTGGGGCCTGGCCATGGGCAAGCTCTACGGCAACGACTTCAGCCAG
 721   ---------+---------+---------+---------+---------+---------+
        F  T  Q  G  D  V  G  L  A  M  G  K  L  Y  G  N  D  F  S  Q
                       C  G  P  G  H  G  Q  A  L  R  Q  R  L  Q  P  D
```

**Fig. 18A**



**Fig. 18A**
(CONTINUED)



```
      GTTACTACCTTATCCTCAGCTGTGGGGACGCTCCACCCCAGCCGGACAGCTGGAGGGGGT
1261  ---------+---------+---------+---------+---------+---------+
      V  T  T  [L]  S  S  A  V  G  T  [L]  H  P  S  R  T  A  G  G  G
       Y  Y  L  I  L  S  C  G  D  A  P  P  Q  P  D  S  N  M  G  W

      GGGGGCGGGGGCGGGGCTGCGCCCCCCCTCAATTCCATCCCCTCTGTCACTCCCCCACCC
1321  ---------+---------+---------+---------+---------+---------+
      G  G  G  G  G  A  A  P  P  L  N  S  I  P  S  V  T  P  P  P
       G  M  G  R  G  C  A  P  P  Q  F  H  P  L  C  H  S  P  T  P

      CCGGCCACCACCAACAGCACAAACCCCAGCCCTCAAGGCAGCCACTCGGCTATCGGCTTG
1381  ---------+---------+---------+---------+---------+---------+
      P  A  T  T  N  S  T  N  P  S  P  Q  G  S  H  S  A  I  G  L
       G  H  N  Q  Q  H  K  P  Q  P  S  R  Q  P  L  G  Y  M  L  V

      TCAGGCCTGAACCCCAGCACGGGGTAAGTGGGTGCACGTGGGAAGCTGTGGGGAGAAGCA
1441  ---------+---------+---------+---------+---------+---------+
      S  G  L  H  P  S  T  G  +
       A  P  E  P  Q  N  G  V  S  G  C  T  W  E  A  V  G  R  S  R

      GCGTCGCTGCTGCTTCTAGGGTGGGGAGCGGCACCCCAGTTATGTTGGCAGGTCCCTGCC
1501  ---------+---------+---------+---------+---------+---------+
      V  A  A  A  S  R  V  G  S  G  T  P  V  M  L  A  G  P  C  P

      CCTGCTAATGCCTCTGCTTTGCCTCTTGCAGAAGCACAATGGTGGGGTTGAGCTCCGGCT
1561  ---------+---------+---------+---------+---------+---------+
      C  +

      GAGTCCAGCCCTCATGAGCAACAACCCTTTGGCCACTATCCAAGGTGCGTGCTGCCTCAT
1621  ---------+---------+---------+---------+---------+---------+

      GTCACACCCATCGTCACCAGCCCCGGAATTCGAG
1681  ---------+---------+---------+----
```

# Fig. 18A
## (CONTINUED)



```
                                                                ↓
          CCTCAAGGCAGCCACTCGGCTATCGGCTTGTCAGGCCTGAACCCCAGCACGGGCCCTGGC
    1411  ---------+---------+---------+---------+---------+---------+
           P  Q  G  S  H  S  A  I  G  L  S  G  L  N  P  S  T  G  P  G
            S  A  Q  P  L  G  Y  R  L  V  M  P  E  P  Q  M  G  P  N  P

          CTCTGGTGGAACCCTGCCCCTTACCAGCCTTGATGGCAGCGGGAATCTGGTGCTGGGGGGC
    1471  ---------+---------+---------+---------+---------+---------+
           L  W  W  N  P  A  P  Y  Q  P  .
            L  V  E  P  C  P  L  P  A  L  M  A  A  G  I  W  C  W  G  Q

          AGCCGGTGCAGCCCCGGGGAGCCCTGGCCTGGTGACCTCGCCGCTCTTCTTGAATCATGC
    1531  ---------+---------+---------+---------+---------+---------+
             P  V  Q  P  R  G  A  L  A  W  .

          TGGGCTGCCCCTGCTCAGCACCCCGCCTGGTGTGGGCCTGGTCTCAGCAGCGGCTGCGGG
    1591  ---------+---------+---------+---------+---------+---------+

          TGTGGCAGCCTCCATCTCCAGCAAGTCTCCTGGCCTCTCCTCCTCATCCTCTTCATCCTC
    1651  ---------+---------+---------+---------+---------+---------+

          ATCCTCCTCCTCCTCCACTTGCAGCGAGACGGCAGCACAGACCCTGGAGGTCCAGGGGGG
    1711  ---------+---------+---------+---------+---------+---------+

          CCCGAGGCAGGGTCCAAACCTGAGTGAGGGCCAGCCATGCCTCCCCTCCCATTCCTCTGG
    1771  ---------+---------+---------+---------+---------+---------+

          TCCCTGCCCCGGAATTC
    1831  ---------+------
```

Fig. 18B



Fig. 18C



Fig. 19

Fig. 20

# Figure 21A



1  2  3  4  5  6

Figure 21B



Figure 22A



Figure 22B



# Figure 23A



## Figure 23B





Figure 24A



Figure 24B

# Figure 24C





Fig. 25



Fig. 26A



Fig. 26B



Fig. 27A

Fig. 27B



Fig. 27C



Fig. 28



Fig. 29

Fig. 30



Fig. 31A



Fig. 31B



Fig. 32



Fig. 33



Fig. 34A



Fig. 34B



Fig. 35A

Fig. 35B



Fig. 35C



Fig. 36A



Fig. 36B



Fig. 37A



Fig. 37B



Fig. 38A



Fig. 38B



Fig. 39



Fig. 40A

Fig. 40B



Fig. 41A                    Fig. 41B



Fig. 42A



Fig. 42B



Fig. 42C

## Figure 43

```
AACATTGCAACCTTATAAAAAATTAACTATTTCGACAATGCCGCAGAGAGGAGAAATTCTGTTTAGGTGCTGGTGGG
AAAACACTATCTCCAGCTTGTAGGTTTGAGCATCACCAGAACCACTTGATGAAATCACCACAGAACAAGTAGAGG
AGGCAACTGTGAATCGTGGGCTATAAAGCCATCAAGGGATCTGATGAAAGAACCCGGAGACGAACCCCCCACC
CCCACACAGGATCGGCACCCCAGAGTTCAACAAGTTGGCTGACTTTGTTAAAACACTACGTGGGAACCCATAGTC
CCGGATCAGTAGTTGCACAGCCCCCCGACAGACTCACACCCGTGTTTGCTGATCCTTGCCCACCCCATGCTCT
CCTCCCAGCCCCCGTTCTGCTCTCTGTCCTGGGCCCTGGATTGAACCGGCACACAAGCTCGCATCTGGCACCAA
TTCTCATGGGAGCCACGTCATGAGGTACGTGGTTGCACACCTATCACAGAGAGTCTTGCAGTTCTGACTCTCCTGA
GCTCGGTGGGAAAGCTCGATAGTACCTCCCCTCCTGCCACAAAAGCAGCCCTCACATTCACAGTTTCCAAAG
CAGGTCTATTGAGTTTCTCTTCACAGGAGCAGCCTTTGTCAAACACACCCTGAGGGGGAGTCTCACCTCTCCCCAGC
AACTCAGATCAGTGCCTATTTTAATGCTCCGGCCCAATCCTGAGGTGCTGCTGGTTTGTGGGCTGCGTTTTGT
TGAACCTCCCCCTCCCCCTCCCAAGCCCTGGCATTTGCAATTAAAACTGGAATTCAAGGGCCAAATTCAAGCCCA
GAGTGAGCAGTAGGATGTGAGCTCAAAGCAGAGTTGCACCTGCTGACCCCAGCCTGAATTTGGTTCACCCAGAG
ACTACAAGTCAGAAAGGCATGTTTAGAAGAGGCATGCTAAGGACTGATGGTGAACGGCCAATTTGTCCCCACCA
GCACAGTGGGGAAGGCTGGACAGAGAAGAAGGAAGATCCATAGAGATGTGAACCAGAATCAGTCGTGTTGAGC
TCTGGGTATATCACTACATGTTTAACTCTTGCAAGACCGTTTGCCCAGGCGTTTGTACCACAGGGTTAGAGTTAC
ATTAACCACAACCACCAGAGAGGAACTGAGGTTTATGACCCCCCCCCCCAAGGTTAGATTTCTGCCGAGTATA
                         M  T  P  P  P  K  V  R  F  L  P  S  I

AAGGGGGGGGAAGGGGGGGTCTTGGTTCATTTCCCTTCACTGTGTGACCGAAGTTTTGCTTTTATTTGTTAAACA
K  G  E  G  G  P  W  F  I  S  L  H  C  V  T  E  V  L  L  F  V  N  I

TCTTGAATTACCCGTCGTTTCCAGTCTTCATCGTGTCTGTTGTCAGGCCACTGGAGGGGAATTCCCCGTCTCGGAAC
L  N  Y  P  S  F  S  L  H  R  A  V  V  R  P  L  E  G  I  P  R  L  G  T

GCGCGGCCGCCAGCCAGCCACCCGCCGGCCCCGCCCGCCGAGCTCCGCCCGCCCATGCTCAGCGCCCACCGCCCCGCC
P  P  A  P  A  A  A  P  R  R  P  A  S  S  A  A  M  L  S  A  H  R  P  A
```

## Figure 43 (continued)

```
GAGCCGCCCGCCGTGGAGGGCTGCGAGCCGCCCAAGGAGCGGCAAGGCGGGCTGCTGCCCCCGACGACGGCC
 E  P  P  A  V  E  G  C  E  P  P  R  K  E  R  Q  G  L  L  P  P  D  D  R  H

ACGACAGCGGGCTGGCTCGACTCCATGAAGGAGGAGTACAGGCCAGCTGTGCGGGAGCTGAAGGACATCCGCCTGCA
 D  S  G  L  D  S  M  K  E  E  E  Y  R  Q  L  V  R  E  L  E  D  I  R  L  Q

GCCCCGCCGAGCGCGCCCCCGGCCACGCGTGGGCCCAGCAGCTCACCGAGGACGGCGACACTTTTCCACTTG
 P  R  E  P  P  A  R  P  H  A  W  A  Q  Q  L  T  E  D  G  D  T  F  L  H  L
                                                                       Ank. I

GCGATCATTCACGAGGAAAAGGCCCTGAGCCTGGAGGTGATCCGGCAGGCCGCTGGGGACGCCGCCTTCCTGAACT
 A  I  I  H  E  E  K  A  L  S  L  E  V  I  R  Q  A  A  G  D  A  A  F  L  N  F
                                                                       Ank. II

TCCAGAACAACCTCAGCCAGACTCCCCTCCACCTGGCCGTGATCACGGACCAGGCCGAAATCGCCGAGCACCTGCT
 Q  N  N  L  S  Q  T  P  L  H  L  A  V  I  T  D  Q  A  E  I  A  E  H  L  L

GAAGGCTGGCTGCGACCTGGATGTCAGGGACTTCCGTGGGAACACCCCGCTTCACATTGCCTGCCAGCAGGGCTCG
 K  A  G  C  D  L  D  V  R  D  F  R  G  N  T  P  L  H  I  A  C  Q  Q  G  S
                                                                       Ank. III

CTCCGCAGCGTCAGTGTGTCCCTCACGCAGCACTGCCAGCCCCACCACCTCCTGGCCGTCCTGCAGGCCACCAACTACA
 L  R  S  V  S  V  L  T  Q  H  C  Q  P  H  H  L  L  A  V  L  Q  A  T  N  Y  N

ACGGCCGTCACATGTCTCCATTCGCATCTATTCAAGGATACCGGCTACTGTGTCCTTAGGAGC
 G  H  T  C  L  H  L  A  S  I  Q  G  Y  L  A  V  V  E  Y  L  L  S  L  G  A
                                                                       Ank. IV

AGATGTAAAATGCTCAGGAGCCATGCAATGGGAGAACAGCACTACACTTGGCCTGACCTTCAGAACTCAGACCTG
 D  V  N  A  Q  E  P  C  N  G  R  T  A  L  H  L  A  V  D  L  Q  N  S  D  L
                                                                       Ank. V
```

## Figure 43 (continued)

```
GTGTCACTTCTGGTGAAACACGGGCCAGATGTGAACAAAGTGACCTACCAGGGCTACTCCCCATACCAGCTTACAT
 V  S  L  L  V  K  H  G  P  D  V  N  K  V  T  Y  Q  G  Y  S  P  Y  Q  L  T  W

GGGCAGAGACGACGCCGCAGCATACAGGAGGCAGCTCAGAGCTGCTGAAGCTGCCAGATACTGCCCGAAAGT
 A  E  T  T  P  A  Y  R  S  S    354

GAGGGATGAGGAGGAGCAGTGAATCAGAGCCAGAGTTCAGAGGATGAGACTTATGTATGATGACTGCTGTATTGGAG
GAAGACAGCTGACATTTTAAAGCAGAGGTTTCTGTGAGAAGTGACTGTGTACATATGTATAGGAAAAAAAGCCTGA
CTTTCTTCATTTAAAAAAGAAAGCTCTATACTCGAAGGAGAAAAAAGTACTGAGATAACTACACTGCCCCAGCCAGGAGC
ACATCATGCTAACAGGTTCCATGCTCTGACCTGTACTTAAGTAACGGATGGATGTGTAACATCGTTAAGAGATC
AGTGAACAATGCACACCATCTGATAAAGAGCCACGTTATCTAATTTCTCTGCCACATGAGGATAACGGACTGCACGT
CCAATGCTGCTGTGTCAGAAATGCGTTGAGAGCTGCCCTGTGACCACTAAGTGCTGTGAGGAGTGCTCATCCCCCT
CGGTGGCCAAGACAGCGCTTGCACAAACGTCCCATCTGCTTGAAGACTGTGAGGTTGGCCATTAGGTTGAGGCACTGCT
GTGCCCTGCTCCCTGACCCTGGCCTGCTGCAGGGTTGAGGAGTCCGACCATGGAGGAGTGACCTGGCTGCTGGGAGG
AAGGTAGCCAATGATGTTAACTGTGGGCCATTTGAAACTGTGTTTCACCACCATGTGTCATAATTGCTACACTT
TTTAGCAACTGTATAGAGATGTAAAATACTGTACATCTTTGTTTATAATTATTTGGTACCTGTGAGATATGTATTTA
TTAAAAAGGCAGATTTCTGTAAAAAA
```

US 6,410,516 B1

1

# NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL REGULATION

## Related Applications

This application is a division of application Ser. No. 08/418,266 filed Apr. 6, 1995, U.S. Pat. No. 5,804,374 which is a continuation of U.S. Ser. No. 07/791,898, filed Nov. 13, 1991, abandoned which is a continuation-in-part of U.S. Ser. No. 06/946,365, filed Dec. 24, 1986, abandoned and of U.S. Ser. No. 07/318,901, filed Mar. 3, 1989, abandoned and of U.S. Ser. No. 07/162,680, filed Mar. 1, 1988, abandoned and of U.S. Ser. No. 07/341,436, filed Apr. 21, 1989, abandoned and of U.S. Ser. No. 06/817,441, filed Jan. 9, 1986, abandoned and of U.S. Ser. No. 07/155,207, filed Feb. 12, 1988, abandoned and of U.S. Ser. No. 07/280,173, filed Dec. 5, 1988, abandoned. All of the above applications are incorporated herein by reference in their entirety.

## GOVERNMENT SUPPORT

The work leading to this invention was supported in part by a grant from the National Cancer Institute. The Government has certain rights in this invention.

## BACKGROUND OF THE INVENTION

Trans-acting factors that mediate B cell specific transcription of immunoglobulin (Ig) genes have been postulated based on an analysis of the expression of exogenously introduced Ig gene recombinants in lymphoid and non-lymphoid cells. Two B cell-specific, cis-acting transcriptional regulatory elements have been identified. One element is located in the intron between the variable and constant regions of both heavy and kappa light chain genes and acts as a transcriptional enhancer. The second element is found upstream of both heavy chain and kappa light chain gene promoters. This element directs lymphoid-specific transcription even in the presence of viral enhancers.

Mouse and human light chain promoters contain the octamer sequence ATTTGCAT approximately 70 base pairs upstream from the site of initiation. Heavy chain gene promoters contain the identical sequence in inverted orientation, ATGCAAAT, at the same position. This element appears to be required for the efficient utilization of Ig promoters in B cells. The high degree of sequence and positional conservation of this element as well as its apparent functional requirement suggests its interaction with a sequence-specific transcription factor but no such factor has been identified.

## DISCLOSURE OF THE INVENTION

This invention pertains to human lymphoid-cell nuclear factors which bind to gene elements associated with regulation of the transcription of Ig genes and to methods for identification and for isolation of such factors. The factors are involved in the regulation of transcription of Ig genes. The invention also pertains to the nucleic acid encoding the regulatory factors, to methods of cloning factor-encoding genes and to methods of altering transcription of Ig genes in lymphoid cells or lymphoid derived cells, such as hybridoma cells, by transfecting or infecting cells with nucleic acid encoding the factors.

Four different factors which bind to transcriptional regulatory DNA elements of Ig genes were identified and isolated in nuclear extracts of lymphoid cells. Two of the factors, IgNF-A and E, are constitutive; two IgNF-B and κ-3 (hereinafter NF-κB) are lymphoid cell specific. Each factor is described below.

2

### IgNF-A (NF-A1)

IgNF-A binds to DNA sequences in the upstream regions of both the murine heavy and kappa light chain gene promoters and also to the murine heavy chain gene enhancer. The binding is sequence specific and is probably mediated by a highly conserved sequence motif, ATTTGCAT, present in all three transcriptional elements. A factor with binding specificity similar to IgNF-A is also present in human HeLa cells indicating that IgNF-A may not be tissue specific.

### E Factors

The E factors are expressed in all cell types and bind to the light and heavy chain enhancers.

### IgNF-B (NF-A2)

IgNF-B exhibits the same sequence-specificity as IgNF-A; it binds to upstream regions of murine heavy and kappa light chain gene promoters and to murine heavy chain gene enhancer. This factor, however, is lymphoid specific; it is restricted to B and T cells.

### NF-κB (Previously Kappa-3)

NF-κB binds exclusively to the kappa light chain gene enhancer (the sequence TGGGGATTCCCA). Initial work provided evidence that NF-κB is specific to B-lymphocytes (B-cells) and also to be B-cell stage specific. NF-κB was originally detected because it stimulates transcription of genes encoding kappa immunoglobulins in B lymphocytes. As described herein, it has subsequently been shown that transcription factor NF-κB, previously thought to be limited in its cellular distribution, is, in fact, present and inducible in many, if not all, cell types and that it acts as an intracellular messenger capable of playing a broad role in gene regulation as a mediator of inducible signal transduction. It has now been demonstrated that NF-κB has a central role in regulation of intercellular signals in many cell types. For example, NF-κB has not been shown to positively regulate the human β-interferon (β-IFN) gene in many, if not all, cell types. As described herein, it is now clear not only that NF-κB is not tissue specific in nature, but also that in the wide number of types of cells in which it is present, it serves the important function of acting as an intracellular transducer of external influences. NF-κB has been shown to interact with a virus inducible element, called PRDII, in the β-IFN gene and to be highly induced by virus infection or treatment of cells with double-stranded RNA. In addition, NF-κB controls expression of the human immunodeficiency virus (HIV).

As further described, it has been shown that a precursor of NF-κB is present in a variety of cells, that the NF-κB precursor in cytosolic fractions is inhibited in its DNA binding activity and that inhibition can be removed by appropriate stimulation, which also results in translocation of NF-κB to the nucleus. A protein inhibitor of NF-κB, designated IκB, has been shown to be present in the cytosol and to convert NF-κB into an inactive form in a reversible, saturable and specific reaction. Release of active NF-κB from the IκB-NF-κB complex has been shown to result from stimulation of cells by a variety of agents, such as bacterial lipopolysaccharide, extracellular polypeptides and chemical agents, such as phorbol esters, which stimulate intracellular phosphokinases. IκB and NF-κB appear to be present in a stoichiometric complex and dissociation of the two complex components results in two events: activation (appearance of NF-κB binding activity) and translocation of NF-κB to the nucleus.

### Identification and Isolation of the Transcriptional Regulatory Factors

The transcription regulatory factors of the present invention were identified and isolated by means of a modified

US 6,410,516 B1

3

DNA binding assay. The assay has general applicability for analysis of protein DNA interactions in eukaryotic cells. In performing the assay, DNA probes embodying the relevant DNA elements or segments thereof are incubated with cellular nuclear extracts. The incubation is performed under conditions which allows the formation of protein-DNA complexes. Protein-DNA complexes are resolved from uncomplexed DNA by electrophoresis through polyacrylamide gels in low ionic strength buffers. In order to minimize binding of protein in a sequence nonspecific fashion, a competitor DNA species can be added to the incubation mixture of the extract and DNA probe. In the present work with eukaryotic cells the addition of alternating copolymer duplex poly(dI-dC)-poly(dI-dC) as a competitor DNA species provided for an enhancement of sensitivity in the detection of specific protein-DNA complexes and facilitated detection of the regulatory factors described herein.

This invention pertains to the transcriptional regulatory factors, the genes encoding the four factors associated with transcriptional regulation, reagents (e.g., oligonucleotide probes, antibodies) which include or are reactive with the genes or the encoded factors and uses for the genes, factors and reagents. It further relates to NF-κB inhibitors, including isolated IκB, the gene encoding IκB and agents or drugs which enhance or block the activity of NF-κB or of the NF-κB inhibitor (e.g., IκB).

The invention also pertains to a method of cloning DNA encoding the transcriptional regulatory factors or other related transcriptional regulatory factors. The method involves screening for expression of the part of the binding protein with binding-site DNA probes. Identification and cloning of the genes can also be accomplished by conventional techniques. For example, the desired factor can be purified from crude cellular nuclear extracts. A portion of the protein can then be sequenced and with the sequence information, oligonucleotide probes can be constructed and used to identify the gene coding the factor in a cDNA library. Alternatively, the polymerase chain reaction (PCR) can be used to identify genes encoding transcriptional regulatory factors.

The present invention further relates to a method of inducing expression of a gene in a cell. In the method, a gene of interest (i.e., one to be expressed) is linked to the enhancer sequence containing the NF-κB binding site in such a manner that expression of the gene of interest is under the influence of the enhancer sequence. The resulting construct includes the kappa enhancer or a kappa enhancer portion containing at least the NF-κB binding site, the gene of interest, and a promoter appropriate for the gene of interest. Cells are transfected with the construct and, at an appropriate time, exposed to an appropriate inducer of NF-κB, resulting in induction of NF-κB and expression of the gene of interest.

The subject invention further relates to methods of regulating (inducing or preventing) activation of NF-κB, controlling expression of the immunoglobulin kappa light chain gene and of other genes whose expression is controlled by NF-κB (e.g., HIV).

As a result of this finding, it is now possible to alter or modify the activity of NF-κB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-κB activity. Alteration or modification, whether to enhance or reduce NF-κB activity or to change its binding activity (e.g., affinity, specificity), is referred to herein as regulation of NF-κB activity. The present invention relates to a method of

4

regulating or influencing transduction, by NF-κB, of extracellular signals into specific patterns of gene expression and, thus, of regulating NF-κB-mediated gene expression in the cells and systems in which it occurs.

In particular, the present invention relates to a method of regulating (enhancing or diminishing) the activity of NF-κB in cells in which it is present and capable of acting as an intracellular messenger, as well as to substances or compositions useful in such a method. Such methods and compositions are designed to make use of the role of NF-κB as a mediator in the expression of genes in a variety of cell types. The expression of a gene having a NF-κB binding recognition sequence can be regulated, either positively or negatively, to provide for increased or decreased production of the protein whose expression is mediated by NF-κB. NF-κB-mediated gene expression can also be selectively regulated by altering the binding domain of NF-κB in such a manner that binding specificity and/or affinity are modified. In addition, genes which do not normally possess NF-κB binding recognition sequences can be placed under the control of NF-κB by inserting an NF-κB binding site in an appropriate position, to produce a construct which is then regulated by NF-κB. As a result of the present invention, cellular interactions mediated by NF-κB and a gene or genes whose expression is mediated by NF-κB activity and which have, for example, medical implications (e.g., NF-κB/cytokine interactions; NF-κB/HTLV-I tax gene product interactions) can be altered or modified.

Genes encoding the regulatory factors can be used to alter cellular transcription. For example, positive acting lymphoid specific factors involved in Ig gene transcription can be inserted into Ig-producing cells in multiple copies to enhance Ig production. Genes encoding tissue specific factors can be used in conjunction with genes encoding constitutive factors, where such combinations are determined necessary or desirable. Modified genes, created by, for example, mutagenesis techniques, may also be used. Further, the sequence-specific DNA binding domain of the factors can be used to direct a hybrid or altered protein to the specific binding site.

DNA sequences complementary to regions of the factor-encoding genes can be used as DNA probes to determine the presence of DNA encoding the factors for diagnostic purposes and to help identify other genes encoding transcriptional regulatory factors. Antibodies can be raised against the factors and used as probes for factor expression. In addition, the cloned genes permit development of assays to screen for agonists or antagonists of gene expression and/or of the factors themselves. Further, because the binding site for NF-κB in the kappa gene is clearly defined, an assay for blockers or inhibitors of binding is available, as is an assay to determine whether active NF-κB is present.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a schematic depiction of the 5' region of the MOPC 41 V_κ gene segment; FIG. 1B is an autoradiograph of gel electrophoresis DNA binding assays with the SfaNI-SfaNI κ promoter fragment of the MOPC 41 V_κ gene; and FIG. 1C is an autoradiograph of gel electrophoresis DNA binding assay with overlapping κ promoter fragments.

FIGS. 2A–2B show autoradiographs of binding competition analysis in nuclear extracts of human (a) EW and (b) HeLa nuclear extracts.

FIG. 3 shows the results of DNase I foot printing analysis of factor-DNA complexes.

FIG. 4A shows the nucleotide sequences of actual and putative binding sites of IgNF-A; FIG. 4B is an autoradio-

US 6,410,516 B1

5

graph of binding assays with various DNA probes of three Ig transcriptional control elements.

FIG. 5A shows the DNA sequence of the promoter region of MODC41; FIG. 5B shows an autoradiograph of RNA transcript generalized in whole cell extracts made from human B lymphoma cell lines RAMOS and EW and from HeLa cells from the indicated templates.

FIG. 6 shows an autoradiograph of RNA transcripts from templates containing an upstream deletion.

FIG. 7 is a radioautograph of the binding of B cell nuclear extract to the MOPC-41 κ promoter region showing the IgNF-A and IgNF-B complexes.

FIG. 8 shows the binding of T cell and nonlymphoid cell nuclear extracts to the MOPC-41 κ promoter region.

FIG. 9A shows a restriction map of the μ-enhancer; FIG. 9B shows an autoradiograph binding assay carried out with μ-enhancer fragments.

FIG. 10A shows a restriction map of the μ300 fragment; FIG. 10B shows complexes formed by various subfragments of μ300; FIG. 10C is a restriction map of the relevant region; FIG. 10E and 10D show competition binding assays with the subfragment μ70.

FIG. 11A and 11B show location of binding sites in μ50 and μ70 by the methylation interference technique; FIG. 11C provides a summary of these results.

FIG. 12A and 12B show an autoradiograph of binding complexes formed with μ50 and μ70 in B-cell and non B-cell extracts.

FIG. 13A is a restriction map of κ enhancer; FIG. 13B shows an autoradiograph of binding assays with κ-enhancer fragments; FIGS. 13C and 13D show an autoradiograph of competition assays with κ-enhancer fragments.

FIG. 14 shows location of NK-κB binding by methylation interference experiments.

FIG. 15A shows binding analysis of NK-κB in various lymphoid and non-lymphoid cells; FIG. 15B shows the binding analysis of NK-κB in cells at various stages of B-cell differentiation.

FIG. 16. 16 shows the λgt11-EBNA-1 (λEB) recombinant and the oriP probe.

FIG. 17 shows the sequence of the DNA probe used to screen for an H2TF1 and NF-κB expression.

FIG. 18A shows the nucleotide sequence of the oct-2 gene derived from cDNA and the predicted amino acid sequence of encoded proteins.

FIG. 18B shows the nucleotide sequence of the 3' terminus and predicted the amino acid sequence of the C-terminus derived from clone pass-3.

FIG. 18C is a schematic representation of the amino acid sequence deduced from oct-2 gene derived cDNA.

FIG. 19 is a schematic representation of expression plasmid pBS-ATG-oct-2.

FIG. 20 shows amino acid sequence alignment of the DNA binding domain of oct-2 factor with homeo-boxes of several other genes.

FIGS. 21A–21B show the electrophoretic mobility shift analysis of (A) extracts derived from 10Z/3 cells before and after stimulation with bacterial lipopolysaccharide (LPS) and (B) extracts derived from PD, an Abelson murine leukemia virus transformed pre-B cell line before and after stimulation with LPS.

FIGS. 22A–22B show the effect (A) of cycloheximide on LPS stimulation of 70Z/3 cells and (B) of anisomycin on LPS stimulation of 70Z/3 cells.

6

FIGS. 23A–23B show the effect of phorbol 12-myristate-13-acetate (PMA) on NF-B in 70Z/3 cells.

FIGS. 24A–24C shows the induction of NFKB in a human lymphoma and in HeLa cells.

FIG. 25 is a representation of binding sites for the NF-kB transcription factor in the immunoglobulin kappa light chain enhancer and the HIV enhancer. Boxes indicate the binding sites for NF-kB (B); other regulatory sites are referred to as E1, E2 and E3 and Spl. Dots indicate guanosine residues in the kappa enhancer whose methylation interfered with binding of NF-kB.

FIGS. 26A–26B are a characterization of the NF-κB protein. FIG. 26A represents determination of the molecular weight of NF-kB. Nuclear extract (300 ug of protein) from TPA-stimulated 70Z/3 pre-B cells was denatured and subjected to reducing SDS-polyacrylamide gel electrophoresis (SDS-PAGE). Protein in the molecular weight fractions indicated by dashed lines was eluted and renatured prior to mobility shift assays as described. A fluorogram of a native gel is shown. The filled arrowhead indicates the position of a specific protein DNA-complex only detected in the 62–55 kDa fraction with a wild type (wt) but not with a mutant (mu) kappa enhancer fragment. The open arrowhead indicates the position of unbound DNA-fragments. FIG. 26B is a representation of glycerol gradient centrifugation of NF-kB. Nuclear extract (400 ug of protein) from TPA-stimulated 70Z/3 cells was subjected to ultracentrifugation on a continuous 10–30% glycerol gradient for 20 hours at 150,000×g in buffer D(+). Co-sedimented molecular weight standards (ovalbumin, 45 kDa; bovine serum albumin, 67 kDa; immunoglobulin G, 158 kDa; thyroglobulin monomer, 330 kDa and dimer 660 kDa) were detected in the fractions by SDS-PAGE, followed by Coomassie Blue staining. The distribution of NF-kB activity was determined by electrophoretic mobility shift assays using an end-labelled kappa enhancer fragment. Fluorograms of native gels are shown. The specificity of binding was tested using a kappa enhancer fragment with a mutation in the NF-kB binding site.

FIGS 27A–27C represent detection of a cytosolic precursor of NF-kB. FIG. 27A represents analysis of subcellular fractions for NF-kB DNA-binding activity. Nuclear extracts (N), cytosolic (C) and postnuclear membrane fractions (P) from control and TPA-stimulated 70Z/3 pre-B cells were analyzed by gel-shift assays. The filled arrowhead indicates the position of the specific protein-DNA complex seen only with a wild type but not with a mutant kappa enhancer fragment. FIG. 27B represents activation of a cytosolic NF-kB precursor after treatment with dissociating agents. Subcellular fractions were treated with 25% formamide followed by dilution and addition of 0.2% sodium desoxycholate as described. FIG. 27C represents detection of a cytosolic NF-kB precursor after denaturation, SDS-PAGE and renaturation of protein. Nuclear extract (N) and cytosolic fraction (C) from unstimulated (control) 70Z/3 cells was subjected to the treatment outlined in FIG. 26A. For details of illustration, see FIG. 27A.

FIG. 28 represents analysis of subcellular fractions for DNA-binding activity of the TPA-inducible transcription factor AP-1. Equal cell-equivalents of nuclear extracts (N) and cytosolic fractions (C) from 70Z/3 and HeLa cells were used in mobility shift assays. AP-1 specific DNA-binding activity was detected using an end-labeled EcoRI-HindIII fragment from the yeast HIS 4 promoter containing three binding sites for GCN4 recognized by mammalian AP-1. The three protein-DNA complexes seen on shorter exposures of the fluorogram are indicated by filled arrowheads and the position of unbound DNA-fragment by an open arrowhead.

US 6,410,516 B1

7

FIG. 29 represents results of electrophoretic mobility shift analysis of subcellular fraction of 70Z/3 cells.

FIG. 30 shows the effect of denaturation and renaturation of kB-specific DNA-binding activity in nuclear extracts and cytosolic fractions of 70Z/3 cells.

FIGS. 31A–31B show the effects of dissociating agents on the activity of NF-kB in subcellular fractions of 70Z/3 cells. FIG. 31A: cell-free activation of a NF-kB precursor in the cytosolic fraction by desoxycholate. FIG. 31B: cell-free activation of a NF-kB precursor in the cytosolic fraction by formamide and by a combined treatment with formamide and desoxycholate.

FIG. 32 shows the effect of TPA stimulation on the subcellular distribution of NF-kB in 70Z/3 cells.

FIG. 33 shows the effect of TPA stimulation on the subcellular distribution of NF-kB in HeLa cells.

FIGS. 34A–34B show results of DNA-cellulose chromatography of DOC-treated cytosol. Cytosol was prepared from unstimulated 70Z/3 pre-B cells and protein concentrations determined. In the fluorograms of native gels shown, the filled arrowheads indicate the position of the NF-kB-k enhancer fragment complex and the open arrowheads the position of unbound DNA probe. FIG. 34A: Release of DOC-independent NF-kB activity. Equal proportions of load, flow-through (FT), washings, and eluates were analyzed by EMSA, with (+) or without (−) excess DOC. The $^{32}$P-radioactivity in the NF-kB-DNA complexes was counted by liquid scintillation and the percentage of NF-kB activity recovered in the various fractions was calculated. FIG. 34B: Release of an inhibitory activity. NF-kB contained in the 0.2M NaCl fraction (31 ng of protein) or NF-kB in a nuclear extract from TPA-treated 70Z/3 cells (1.1 $\mu$g of protein) was incubated under non dissociating conditions with the indicated amounts (in microliters) of either cytosol which was DOC-treated but not passed over DNA-cellulose (lanes 4 to 6 and 13 to 15) or the flow-through fraction (referred to as NF-kB-depleted cytosol; lanes 7 to 9 and 16 to 18).

FIGS. 35A–35C shows characterization of IkB and its complex with NF-kB. In the fluorograms shown, the filled arrowheads indicate the position of the NF-kB-DNA complex and the open arrowheads the position of free DNA probe. FIG. 35A: For size determination of IkB, the flow-through from the DNA-cellulose column was passed over a G-200 Sephadex column. Portions of fractions were incubated with NF-kB contained in nuclear extracts from TPA-stimulated 70Z/3 cells (N TPA) and analyzed by EMSA. v, void volume; P, fraction where remaining NF-kB precursor (FIG. 34A, lane 4) peaked after gel filtration as assayed with excess DOC in the absence of added NF-kB; I, fraction where the inhibiting activity peaked. FIG. 35B: The effect of trypsin treatment on the inhibiting activity of IkB. NF-kB in a nuclear extract (lane 1) was incubated with a fraction containing inhibitor (lane 2) without any addition (−; lane 3) or with bovine pancreas trypsin inhibitor (TI; lane 4), trypsin that had been incubated with BPTI (T+TI; lane 5), or with trypsin alone (T; lane 6). Samples were then used in the inhibitor assay. FIG. 35C: Glycerol gradient sedimentation of NF-kB and its complex with IkB. Nuclear extract from TPA-stimulated 70Z/3 cells (N TPA) and cytosol from unstimulated cells (C Co) were subjected to sedimentation through a glycerol gradient. Cosedimented size markers were ovalbumin (45 kD), BSA (67 kD), immunoglobulin G (158 kD) and thyroglobulin (330 and 660 kD). NF-kB activity was detected in the fractions by EMSA with a wild type k enhancer fragment (kB wt, left panels). The speci-

8

ficity was tested with a mutant fragment (kB mu, right panels). The inactive cytosolic NF-kB precursor (lower panel) was activated by formamide treatment (Fa; middle panel).

FIGS. 36A–36B show the reversibility and kinetics of the inactivation of NF-kB. FIG. 36A: The effect of DOC treatment on in vitro inactivated NF-kB. NF-kB contained in nuclear extracts from TPA-stimulated 70Z/3 cells (N TPA; 1.1 $\mu$g of protein) was inactivated by addition of a gel filtration fraction containing IkB (2.5 $\mu$g of protein). A duplicate sample was treated after the inhibition reaction with 0.8% DOC followed by addition of DNA binding reaction mixture containing 0.7% NP-40. Samples were analyzed by EMSA. In the fluorograms shown, the filled arrowhead indicates the position of the NF-kB-DNA complex and the open arrowhead the position of unbound DNA probe. FIG. 36B: A titration and kinetic analysis of the in vitro inactivation of NF-kB. NF-kB contained in nuclear extracts from TPA-treated 70Z/3 cells (2.2 $\mu$g of protein) was inactivated with increasing amounts (0.25 to 2.25 $\mu$g of protein) of a gel filtration fraction containing IkB. After the DNA binding reaction, samples were analyzed by EMSA. The $^{32}$P-radioactivity in the NF-kB-DNA complexes visualized by fluorography was determined by liquid scintillation counting. All reactions were performed in triplicates. The bars represent standard deviations.

FIGS. 37A–37B show the specificity of IkB. Nuclear extracts from unstimulated (Co) or TPA-treated cells were incubated with 5 $\mu$l of buffer G (−) or with 5 $\mu$l of a gel filtration fraction containing IkB (+) (A, in the presence of 150 mM NaCl). After DNA binding reactions, samples were analyzed by EMSA. FIG. 37A: Influence of IkB on the DNA binding activity of various nuclear factors. The probes were: NF-kB; H2TF1, an oligonucleotide subcloned into pUC containing the H2TF1 binding site from the H-2 promoter; OCTA, an oligonucleotide subcloned into pUC containing the common binding site for the ubiquitous (upper filled arrowhead) and lymphoid-specific (lower filled arrowhead) octamer-binding proteins; NF-$\mu$E1; NF-kE2; and AP-1, EcoRI-HindIII fragment of the yeast HIS4 promoter containing three binding sites recognized by mammalian AP-1/jun. In the fluorograms shown, filled arrowheads indicate the positions of specific protein-DNA complexes. Open arrowheads indicate the positions of uncomplexed DNA fragments. FIG. 37B: Interaction of IkB with NF-kB from different cell lines. The filled arrowheads indicate the positions of the NF-kB-DNA complexes from the various cell lines and the open arrowhead indicates the position of uncomplexed DNA probe.

FIGS. 38A–38B show the presence of NF-kB in enucleated cells. FIG. 38A: Phase contrast and fluorescence microscopy of enucleated HeLa cells. From 612 cells counted on photographic prints, 63 showed nuclear staining. A representative micrograph is shown. The arrow indicates a cell that retained its nucleus. FIG. 38B: Analysis of complete and enucleated cells for NF-kB activity. Total cell extracts (1.2 $\mu$g of protein) from control (Co) and TPA-treated complete and enucleated cells were analyzed by EMSA with a labeled k enhancer fragment (kB) or HIS4 promoter fragment (AP-1); 3 $\mu$g of poly(dI-dC), 1 $\mu$g of BSA, 1.2% NP-40 and the binding buffer in a final volume of 20 $\mu$l. In lanes 5 to 8, extracts were treated with DOC followed by the addition of the DNA binding mixture to give final concentrations of 0.8% DOC and 1.2% NP-40. Samples were analyzed by EMSA. In the fluorograms shown, the filled arrowheads indicate the positions of specific protein-DNA complexes and the open arrowheads the positions of uncomplexed DNA probe.

US 6,410,516 B1

9

FIG. 39 is a diagram showing the location of positive regulatory domain II (PRDII) within the interferon gene regulatory element (IRE) and a comparison of the nucleotide sequences of the PRDII site, κB site, and the H2TF1 site.

FIGS. 40A–40B show the results of assays demonstrating that NF-κB binds to PRDII in vitro.

FIG. 40A shows the results of mobility shift electrophoresis assays using as radiolabelled probe an IRE DNA fragment (IRE, lanes 1–3, 10–14, 20–24, 30 and 31), an oligonucleotide containing two copies of the PRDII sequence (PRDII₂, lanes 4–6) or a κB site oligonucleotide (κB, lanes 7–9, 15–19, 25–29, 32 and 33). Assays contained either no protein (φ, lanes 1, 4 and 7); 5 μg of unstimulated Jurkat nuclear extract (–, lanes 2, 5 and 8) or 5 μg of nuclear extract from Jurkat cells stimulated with PHA and PMA (+, lanes 3, 6, 9 and 10–29). Competitions used either the κB oligonucleotide (κB; lanes 10–19) or the PRDII oligonucleotide (PRD II₂, lanes 20–29) in the ng amounts shown above each lane. Cytosol (8 μg) from unstimulated Jurkat cells was tested either before (–, lanes 30 and 32) or following treatment with 0.8% deoxycholate (DC, lanes 31 and 33).

FIG. 40B shows that mutations within PRDII that reduce β-IFN induction in vivo decrease the affinity of NF-κB for PRDII in vitro. IRE sequences bearing the mutations indicated (for positions refer to FIG. 39) were tested. The mutations were previously shown to have either high (+) or low (–) inducibility. Goodbourn and Maniatis, *Proc. Natl. Acad. Sci. USA*, 85:1447–1451 (1988). Binding and competition were carried out, as described for FIG. 2A, using 5 μg of nuclear extract from virus infected 70Z/3 cells. Competitor was 10 ng of either the wild-type (WT) or mutant (MUT) κB oligonucleotide (lanes 7,8).

FIGS. 41A–41B demonstrate the functional interchangeability of PRDII and NF-κB in vivo.

FIG. 41A is an autoradiogram showing the results of CAT assays of extracts prepared from L929 and S194 myeloma cells transfected with the reporter genes illustrated in FIG. 41B.

FIG. 41B is a diagram of the reporter genes containing multiple copies of PRDII or κB. Two or four PRDII sites [(P)₂ and (P)₄, respectively] were inserted upstream of the truncated –41 human β-globin promoter/CAT fusion gene (–41β) using an oligonucleotide containing two copies of PRDII (PRDIIx2, as described in the Exemplification). Two copies of a synthetic wild-type KB site, or mutant κB site (B and B⁻, respectively) were inserted upstream of the mouse c-fos promoter/CAT fusion gene in which the promoter was truncated to nucleotide –56 (Δ56).

FIGS. 42A–42C demonstrate that virus infection activates binding of NF-κB and gene expression in B lymphocytes and fibroblasts.

FIG. 42A represents the results of a binding assay which shows complexes formed with the Ig κB site using 5 μg of nuclear extract from unstimulated cells (lanes 1, 9 and 17) and 5 μg (lanes 2–6, 10–14 and 18–22) or 1 μg (lanes 7, 8, 15, 16, 23 and 24) of nuclear extract from cells after virus infection. Extracts were prepared from Namalwa cells (lanes 1–8), 70Z/3 cells (lanes 7–16), and L929 cells (lanes 17–28). Competitions used either 5 or 20 ng of the wild-type (WT) or mutant (MUT)κB oligonucleotide. GTP stimulation was tested by addition directly to the binding assay to a final concentration of 3 mM. Cytosol was obtained from L929 cells either prior to (lanes 25, 26) or after (lanes 27, 28) viral treatment and tested before (–) and after (DC) treatment with deoxycholate.

FIG. 42B presents a comparison of methylation interference footprints of virus-induced complexes from Namalwa

10

and L929 cell extracts with NF-κB complexes derived from PHA/PMA-stimulated Jurkat cells. The cleavage pattern resulting from methylation of guanine or adenine residues is shown for DNA extracted from the free probe (F) or the DNA-protein complex (B) observed following mobility shift electrophoresis. The sequence of the κB site presented at the sides and methylated residues that interfere with binding are indicated by a solid circle.

FIG. 42C presents results of Northern blot analyses of 70Z/3 cells treated with various inducers. The upper panel shows the induction (from 0 to 20 hr as indicated) of κ (κ) mRNA by treatment with 50 ng/ml PMA (PMA, lanes 1–4), 15 μg/ml LPS (LPS, lanes 5–8) or Sendai virus (V, lanes 9–12). The lower panel shows the same blot hybridized to a β-IFN DNA fragment.

FIG. 43 is the nucleotide sequence and the amino acid sequence of IkB-α.

CLONE DEPOSITS

Clones λh3 and λ3-1 were deposited (Feb. 12, 1988) at the AMerican Type Culture Collection (12301 Parklawn Drive; Rockville, Md. 20852), under the terms of the Budapest Treaty. They were assigned ATCC Designationals 67629 and 67630, respectively. Upon issue of a U.S. patent from the subject application, all restrictions upon the availability of these clones will be irrevocably removed.

DETAILED DESCRIPTION OF THE INVENTION

The present invention relates to the identification, isolation and characterization of human transcriptional regulatory factors, to genes encoding the factors; methods of isolating DNA encoding transcriptional regulatory factors and the encoded factors, uses of the DNA, encoded factors, and antibodies against the encoded factors, inhibitors of the transcriptional regulatory factors. In particular, it relates to the transcriptional regulatory factor NF-κB (previously designated Kappa-3); its inhibitor; IkB, DNA encoding each, methods of altering interactions of NF-kB and IkB and methods of regulating the activity of NF-kB. As described herein, NF-kB, was initially thought to be a B-cell specific factor involved in immunoglobulin gene regulation and has since been shown to be inducible in many, if not all, cell types and to act as an intracellular transducer or mediator of a variety of external influences. The following is a description of the discovery and characterization of four transcriptional regulatory factors, assessment of the function of NF-kB and its role, in many cell types, as an intracellular mediator or transducer of a variety of external influences, discovery of the NF-kB inhibitor IkB and demonstration that NF-kB and IkB exist in the cytoplasm as a NF-kB-IkB complex whose dissociation results in activation of NF-kB and its translocation into the nucleus. The following is also a description of the uses of the genes, regulatory factors and related products and reagents.

The transcriptional regulatory factors described herein can be broadly classified as constitutive (non-lymphoid) or tissue (lymphoid) specific. All factors are believed to play a role in transcription of immunoglobulin (Ig) genes. Constitutive factors, which are present in non-lymphoid cells, may have a role in regulating transcription of genes other than Ig genes; lymphoid-specific factors might also play a role in regulating transcription of genes in addition to Ig genes.

Four transcriptional regulatory factors were identified, as described below and in the Examples. The presence of constitutive factors rendered the detection of tissue specific

US 6,410,516 B1

11

factors more difficult. A sensitive DNA binding assay, described below, was employed in all studies to facilitate detection of tissue specific factors.

The characteristics of the transcriptional regulatory factors IgNF-A, E, IgNFB and Kappa-3 (or NF-κB) are summarized in Table 1 below.

### TABLE 1

#### CHARACTERISTICS OF FOUR TRANSCRIPTIONAL REGULATORY FACTORS

| Factor | Ig Regulatory Sequence | | | | | |
|---|---|---|---|---|---|---|
| | Promoter | | Enhancer | | | |
| Designation | $V_H$ | $V_κ$ | $U_E$ | $K_E$ | Lymphoid | Nonlymphoid |
| IgNF-A (NF-A1) | + | + | + | – | + | + |
| E factors | – | – | + | + | + | + |
| IgNF-B (NF-A2) | + | + | + | – | + | – |
| Kappa-3 (NF-κB) | – | – | – | + | + | – |

#### Factor Ig NF-A

As indicated in Table 1, IgNF-A binds to Ig regulatory DNA elements in the region of mouse heavy and kappa light chain gene promoters and also to mouse heavy chain gene enhancer. DNAase I footprint analysis indicates that the binding is mediated by the octamer sequence (ATTTGCAT) which occurs in mouse and human light chain gene promoters approximately 70 base pairs upstream from the site of initation and in heavy chain gene promoters at about the same position (in inverted sequence).

Deletion or disruption of the IgNF-A binding site in Ig promoters significantly reduces the level of accurately initiated transcripts in vivo. See, e.g., Bergman, Y. et al. PNAS USA 81 7041–7045 (1984); Mason, J. O. et al. Cell 41 479–487 (1985). As demonstrated in Example 2, this also occurs in an in vitro transcription system. IgNF-A appears to be a positive transacting factor.

The IgNF-A binding site appears to be a functional component of the B-cell-specific Ig promoter. For example, sequences from this promoter containing the IgNF-A binding site specify accurate transcription in B-cells but not in Hela cells. IgNF-A however, may not be restricted to B-cells because a factor was detected in Hela cell extracts which generated complexes with similar mobilities and sequence specificity (as tested by competition analysis). Interestingly, the Ig octamer motif in the IgNF-A binding site has recently been shown to be present in the upstream region (about 225 bp) of vertebrate U1 and U2 snRNA genes. More importantly, this element dramatically stimulates (20 to 50 fold) transcription of U2 snRNA genes in Xenopus oocytes. Therefore, IgNF-A may be a constitutive activator protein that also functions in the high level expression of U1 and U2 snRNA genes in vertebrate cells.

The presence of an IgNF-A binding site in the mouse heavy chain enhancer suggests the additional involvement of IgNF-A in enhancer function. It is known that deletion of an 80 bp region of the enhancer containing the putative binding site reduces activity approximately tenfold. The occupation of the binding site, in vivo, has been inferred from the fact that the G residue in the enhancer octamer is protected from dimethyl sulfate modification only in cell of the B lineage. Furthermore, IgNF-A also binds in a sequence-specific manner to the SV40 enhancer (J. Weinberger, personal communication), which contains the Ig octamer motif,

12

thereby strengthening the notion that the factor participates in enhancer function.

E Factors

The E factors are constitutive factors which bind to the Ig light and heavy chain enhancer.

Factor Ig NF-B

Factor IgNF-B binds to the same regulatory elements as IgNF-A. Indeed, the binding site for IgNF-B appears to be the octamer motif. In contrast to IgNF-A, IgNF-B is lymphoid cell specific. It was found in nuclear extracts from pre-B, mature B and myeloma cell lines and in nuclear extracts from some T cell lymphomas. IgNF-B was undetectable in nuclear extracts of several non-lymphoid cells. The gene encoding Ig NF-B has been cloned (oct-2 clone below) and its nucleotide sequence has been determined (See FIG. 18a).

Factor NF-κB

NF-κB (previously referred to as Kappa-3) binds only to the Ig light chain enhancer. The binding is mediated by the sequence TGGGATTCCCA. The factor initially was characterized as lymphoid cell specific and also as lymphoid stage specific; that is, work showed that it is expressed only by mature B-cells. Thus, it is a marker of B cell maturation (e.g. the factor can be used to type B cell lymphomas). Additional work, described in Examples 8–15 in particular, has shown that NF-κB is an inducible factor in cells, both pre-B and non pre-B, in which it is not constitutively present (Example 8), that it is present in the cytoplasm as an inactive precursor (Examples 10 and 11), and that the inactive precursor is a complex of NF-kB and an inhibitor, referred to as IkB, which converts NF-kB to an inactive form in a reversible saturable and specific reaction. Dissociation of the complex results in activation of NF-kB (appearance of NF-kB binding activity) and translocation of the NF-kB into the nucleus.

As discussed below, it is now evident that this DNA binding protein, initially thought to be a B-cell specific factor and subsequently implicated in gene regulation in T lymphocytes, is present in many, if not all, cell types and that it acts as an important intracellular transducer or mediator of a variety of external influences. Thus, NF-κB is now known to be involved in a variety of induction processes in essentially all types of cells and is thought to participate in a system through which multiple induction pathways work, in much the same manner as "second messengers" (e.g., cAMP, IP₃) act, resulting in transduction of a variety of extra-cellular signals into specific patterns of gene expression. Different cell types and different genes respond to this one signal, which serves as a central "control", whose activity can be altered by means of the present invention. As used, the terms altering and modifying mean changing the activity or function of NF-κB in such a manner that it differs from the naturally-occurring activity of NF-kB under the same conditions (e.g., is greater than or less than, including no activity, the naturally-occurring NF-κB activity; is of different specificity in terms of binding, etc.).

It has been shown that NF-κB participates in gene expression (e.g., cytokine gene expression) which is activated by a specific influence or extracellular signal (e.g., infection by a virus) in many, if not all types of cells. In particular, it has now been demonstrated that NF-κB has a central role in virus induction of human β-interferon (β-IFN) gene expression. Virus infection has been shown to potently activate the binding and nuclear localization of NF-κB and, in pre-B lymphocytes, to result in expression of both the β-IFN gene and the Ig kappa gene. The wide variety of cell types in which β-interferon can be induced and the divergent set of

US 6,410,516 B1

13

gene induction processes which involve NF-κB provide evidence that NF-κB plays a broad role in gene regulation as a mediator of inducible signal transduction.

The following is a description and exemplification of work (Example 15) which clearly demonstrates the role of NF-κB in virus-induced human β-IFN gene expression; of the evidence that there is a single NF-κB which serves many roles in many different cell types and how it acts as an intracellular messenger in a variety of different gene induction processes, particularly several which have important effects on cell physiology in health and disease; and the use of methods and compositions of the present invention. Role of NF-κB in Cytokine Gene Regulation

The role of NF-κB as a mediator or messenger in cytokine gene regulation has been demonstrated, as explained in greater detail in the Exemplification, through assessment of the viral induction of human β-IFN gene expression. The human β-IFN gene has been shown to be positively regulated by NF-κB, which was, in turn, shown to interact with a virus inducible element, called PRDII, in the β-IFN gene. As described below, NF-κB has been shown to be highly induced in lymphoid and non-lymphoid cells by either virus infection or treatment of cells with double-stranded RNA [poly (rI:rC)]. It has also been shown to bind specifically to PRDII, which is one of two positive regulatory domains of the interferon gene regulatory element (IRE) which, together with the release of a negative influence over a site called NRDI, are necessary and sufficient for virus induction of the β-IFN gene.

It is known that the human β-interferon (β-IFN) gene is highly inducible by virus or synthetic double-stranded RNA poly(rI:rC) in many, if not all, cell types. DeMaeyer, E. and J. DeMaeyer-Guignard, "Interferons and Other Regulatory Cytokines", John Wiley and Sons, New York (1988). Extensive characterization of the β-IFN gene promoter has revealed a complex arrangement of positive and negative regulatory elements. Taniguchi, T., Ann. Rev. Immunol., 6:439–464 (1988). A 40 base pair DNA sequence designated the IRE (Interferon gene Regulatory Element) is both necessary and sufficient for virus induction. Goodbourn et al., Cell, 41: 509–520 (1985). The IRE contains two distinct positive regulatory domains (PRDI and PRDII) and one negative regulatory domain (NRDI). Goodbourn et al., Cell, 45:601–610 (1986); Goodbourn, S. and T. Maniatis, Proc. Natl. Acad. Sci. USA, 85:1447–1451 (1988). Virus induction apparently requires cooperative interactions between PRDI and PRDII. Goodbourn, S. and T. Maniatis, Proc. Natl. Acad. Sci. USA, 85:1447–1451 (1988). Single copies of PRDI or PRDII alone are not sufficient for virus or poly (rI:rC) induction, but two or more copies of PRDI (Fujita et al., Cell, 49:357–367 (1987)) or PRDII (Fan, C. M. and T. Maniatis, EMBO J., 8:101–110 (1989)) confer inducibility on heterologous promoters.

The PRDII sequence binds a nuclear factor, designated PRDII-BF, that is present in extracts from both uninduced and induced MG63 cells. Keller, A. and T. Maniatis, Proc. Natl. Acad. Sci. USA, 85:3309–3313 (1988). A cDNA clone encoding a PRDII binding factor (designated PRDII-BF1) was isolated. DNA sequence analysis revealed that PRDII-BF1 is similar, if not identical, to a cDNA clone encoding a protein that binds to related sites in both the MHC class I H-2Kᵇ gene and the Ig κ enhancer. Singh et al., Cell 52:415–423 (1988). This observation suggested that PDRII might be functionally related to the H2-Kᵇ and κ enhancer sites.

The site in the H-2Kᵇ promoter is required for its constitutive and interferon-induced expression and binds a factor

14

designated H2TF1 and possibly similar factors KBF1 and EBP-1 which are constitutively expressed in most cell types. (Baldwin, A. S. and P. A. Sharp, Proc. Natl. Acad. Sci. USA, 85:723–727 (1988); Yano et al., EMBO J., 6:3317–3324 (1988); Clark et al., Genes & Dev., 2:991–1002 (1988)). The Ig κ enhancer site, termed κB, binds NF-κB , which is required for κ enhancer function. Sen, R. and D. Baltimore, Cell, 46:705–716 (1986); Atchison, M. and R. P. Perry, Cell, 48:121–128 (1987); Lenardo, M. et al., Science, 236:1573–1577 (1987). The transcriptional activities and in vitro binding of the κB site and PRDII were compared and results showed that the two regulatory sequences are interchangeable in vivo, and that PRDII specifically binds NF-κB in vitro. A binding activity indistinguishable from NF-κB in nuclear extracts from virus-infected cells was also identified. Viral treatment of 70Z/3 pre-B lymphocytes induced κ gene expression as well as β-IFN gene expression. These results show that NF-κB plays an important role in the virus induction of the β-IFN gene and indicate that NF-κB acts similarly to second messenger systems in that it transduces a variety of extracellular signals into specific patterns of gene expression.

It has been shown, by all available criteria, that the κB and the PRDII DNA elements—one from the Ig κ light chain gene and one from the β-IFN gene—are interchangeable. They drive transcription of reporter genes in response to the same set of inducers, cross-compete for binding in vitro and have closely-related DNA sequences. Another indication of the identity of the two elements is that release of NF-κB from a complex with its inhibitor, I-κB, correlates with the induction of β-IFN in L929 cells and that, conversely, a β-IFN inducer (Sendai virus) induces κ gene transcription in 70Z/3 cells. This relationship is strengthened by the correlation between the ability of mutations in PRDII to decrease β-IFN gene inducibility in vivo and reduce binding to NF-κB in vitro. Evidence that double-stranded RNA induces a factor resembling NF-κB has also been recently obtained by Visvanathan, K. V. and S. Goodbourn, EMBO J., 8:1129–1138 (1989).

Results described in the Exemplification strongly imply that β-IFN gene expression is activated, at least in part, by induction of NF-κB. The ability of NF-κB to be activated by a protein synthesis-independent pathway is consistent with the fact that induction of β-IFN is not blocked by cyclohex-imide. In fact, the β-IFN gene, like the κ gene, can be induced by cycloheximide. Ringold et al., Proc. Natl. Acad. Sci. USA, 81:3964–3968 (1984); Enoch et al., Mol. Cell Biol., 6:801–810 (1987); and Wall et al., Proc. Natl. Acad. Sci. USA, 83:295–298 (1986). In addition to the interaction between NF-κB and PRDII, virus induction of β-IFN involves activation through PRDI and the release of repression at NRDI. The present data revealing a role for NF-κB in β-IFN regulation is a striking example of how it is used in many, if not all, cell types. Evidence For the Existence of a Single NF-κB

As shown in Table 1, sites present in a variety of genes form a mobility shift electrophoretic complex which resembles NF-κB , as reported by Sen, and Baltimore, upon incubation of the Ig κ enhancer with B-cell extracts, Sen, R. and D. Baltimore, (Cell 46:705–716 (1986). The biochemical evidence suggests the involvement of a single NF-κB in all cell types and not a family of factors in which individual members are specifically inducible in particular cell types.

This evidence includes the fact that purification of NF-κB to homogeneity from both human and bovine sources yields a single polypeptide chain of approximately 44 to 50 kD (although this could be a fragment of a larger protein).

US 6,410,516 B1

15

Kawakami et al., *Proc. Natl. Acad. Sci. USA* 85:4700–4704 (1988); and Lenardo et al., *Proc. Natl. Acad. Sci. USA*, 85:8825–8829 (1988). NF-κB adopts an oligomeric structure in solution; based on the size of the complex, it exists either as a homodimer or associates with a heterologous subunit of approximately equal molecular weight. Baeuerle, P. et al., *Cold Spring Harbor Symposium*, 53:789–798 (1988); Lenardo et al., *Proc. Natl. Acad. Sci. USA*, 85:8825–8829 (1988). NF-κB has the unique property that nucleoside triphosphates dramatically stimulate its ability to bind DNA in vitro. Lenardo et al., *Proc. Natl. Acad. Sci. USA*, 85:8825–8829 (1988). NF-κB is further distinguished by the fact that it can be released as an active binding species from an inactive cytosolic form that is completed with IκB. Baeuerle, P. and D. Baltimore, *Cell*, 53:211–217 (1988); Baeuerle, P. and D. Baltimore, *Science*, 242:540–545 (1988). All of these features are shared by the NF-κB complex irrespective of the cell-type from which it is derived.

More importantly, no differences in binding specificity have been detected between the NF-κB complexes from different cell types. That is, the NF-κB complex induced in T cells shows no preference for sites from genes activated in T cells rather than those from genes activated in B cells and vice-versa. Lenardo et al., *Proc. Natl. Acad. Sci. USA*, 85:8825–8829 (1988). An identical pattern of base contacts is characteristic of complexes between DNA and NF-κB from different cell types, further decreasing the possibility that the NF-κB complex in different cell types is due to heterogeneous proteins.

It is clear that NF-κB binding sites are recognized by other obviously distinct transcription factors. The best examples are the H2-TF1 and KBF-1 proteins, which bind to an NF-κB-like site in the H2-K^b MHC class I gene (Baldwin, A. S. and P. A. Sharp, *Mol. Cell. Biol.*, 7:305–313 (1987); and Yano et al., *EMBO J.*, 6:3317–3324 (1987)). However, these factors are constitutively active nuclear binding proteins in many different cell types and no evidence implicates them in inducible gene expression. Other examples include the factor EBP-1 which binds to the SV40 κB site but has a different molecular size than NF-κB and is also not inducible (Clark et al., *Genes & Development*, 2:991–1002 (1988); HIVEN86A, an 86 kD factor identified in activated T cell extracts by DNA affinity chromatography (Franza et al., *Nature*, 330:391–395 (1987)); and finally, a protein encoded by a cDNA (λh3 or PRDII-BF1) selected from λgt11 expression libraries (Singh et al., *Cell*, 52:415–523 (1988)). Recent evidence has made it unlikely that the λh3 clone encodes NF-κB because several cell types that have abundant expression of NF-κB lack the transcript for λh3. Taken together these findings indicate that there is only one NF-κB that serves multiple roles in many different cell types.

**NF-κB Acts as an Intracellular Messenger**

A salient feature of the induction of NF-κB is that it takes place in the absence of new protein synthesis. Sen, R. and D. Baltimore, *Cell*, 47:921–928 (1986). In fact, the protein synthesis inhibitor cycloheximide can also activate NF-κB. Sen, R. and D. Baltimore, *Cell*, 47:921–928 (1986). It appears, therefore, that NF-κB induction involves the conversion of a pre-existing precursor into an active form.

Inactive NF-κB is complexed with a labile inhibitor protein, I-κB. Cytosolic extracts from uninduced cells can be treated in vitro with dissociating agents such as formamide and deoxycholate to unmask very high levels of NF-κB activity. Baeuerle, P. and D. Baltimore, *Cell*, 53:211–217 (1988). These treatments by and large do not

16

work on nuclear extracts from uninduced cells. Conversely, NF-κB activated normally in the cell is detected in nuclear but not cytosolic extracts implying a nuclear translocation step following activation in vivo. The inhibitory activity has been shown to be due to a protein of 68 kD that can be separated chromatographically from NF-κB. Baeuerle, P. and D. Baltimore, *Science*, 242:540–545 (1988). This protein is able to inhibit the binding of NF-κB but not other DNA-binding proteins and has therefore been named "I-κB" (Inhibitor-κB).

Notably, crude preparations of I-κB efficiently inhibit binding of NF-κB derived from mature B cells or other cell-types that have been induced. Baeuerle, P. and D. Baltimore, *Science*, 242:540–545 (1988). The implicaton is that activation of NF-κB involves a modification of I-κB and not NF-κB. This distinguishes NF-κB activation from a similar phenomenon involving the glucocorticoid receptor. In the latter, a direct interaction of the glucocorticoid with the receptor is required to release it from a cytoplasmic complex with the heat shock protein, hsp90. Picard, D. and K. R. Yamamoto, *EMBO J.*, 6:3333–3340 (1987).

The model which ties together these observations is that NF-κB is initially located in the cytoplasm in a form unable to bind DNA because it is complexed with I-κB. Various inducers then cause an alteration in I-κB allowing NF-κB to be released from the complex. Free NF-κB then travels to the nucleus and interacts with its DNA recognition sites to facilitate gene transcription. The complex formation of NF-κB with I-κB appears to be rapidly and efficiently reversible in vitro which lends itself well to the shut-off as well as turn-on of NF-κB binding. Moreover, this model resolves a major question in signal transduction: NF-κB, like the glucocorticoid receptor, acts as a messenger to transmit the gene induction signal from the plasma membrane to the nucleus.

The model presented above is not unlike the well known role of cAMP as a second messenger in the action of many hormones; in the case of cAMP, the first messenger is the hormone itself. (see, e.g., Pastan, *Sci. Amer.*, 227:97–105 (1972)). The essential features of the cAMP model are that cells contain receptors for hormones in the plasma membrane. The combination of a hormone with its specific membrane receptor stimulates the enzyme adenylate cyclase which is also bound to the plasma membrane. The concomitant increase in adenylate cyclase activity increases the amount of cAMP inside the cell which serves to alter the rate of one or more cellular processes. An important feature of this second messenger or mediator model is that the hormone (the first messenger) need not enter the cell.

The participation of NF-κB in gene expression that is activated in specific cells by specific influences calls for a level of regulation in addition to the inducibility of NF-κB binding. How is "cross-talk" between the various paths employing NF-κB avoided? Factors acting upon other sequences within a transcriptional control element appear to govern the response to the NF-κB signal, as described herein for β-IFN. Studies of β-IFN expression have shown that virus induction works through three events: two virus-inducible positive signals, one of which is NF-κB, and the release of a single negative signal. The two positive signals work through distinct DNA sites (PRDI and PRDII), but must act together to facilitate transcription. Either site alone is not inducible.

The theme of multiple signals that generate specificity is further supported by studies of the Ig κ gene and the IL-2 receptor gene. The NF-κB site from the κ light chain enhancer alone on a short oligonucleotide will stimulate

US 6,410,516 B1

17

transcription in B and T lymphocytes as well as in non-lymphoid cells. Pierce, J. W. et al., *Proc. Natl. Acad. Sci. USA*, 85:1482–1486 (1988). Its function depends solely on the presence of NF-κB. By contrast, the entire κ enhancer is inducible only in B lymphocytes and is unresponsive to NF-κB in other cell types. The restricted response to NF-κB by the κ enhancer has now been attributed to a repressor sequence. The repressor sequence resides in the enhancer some distance away from the NF-κB binding site and acts to suppress transcriptional effects of NF-κB in non-B cell types. The activation of the IL-2 receptor gene specifically in T lymphocytes is attained by a slightly different means. Full induction of this gene depends on NF-κB as well as a positively-acting sequence immediately downstream. The downstream element has now been found to bind a T cell specific protein called NF-ILT. Though NF-ILT is not itself inducible, its presence only in T cells seems to contribute to T cell specific induction of the IL-2 receptor gene.

Role of NF-κB in Other Inducible Systems

Recently, NF-κB has been implicated in several other inducible systems. For example, NF-κB is induced in T-cells by a trans-activator (tax) of HTLV-1 or by PMA/PHA treatment and thereby activates the IL-2 receptor α gene and possibly the IL-2 gene. Bohnlein et al., *Cell*, 53:827–836 (1988); Leung, K. and G. Nabel, *Nature*, 333:776–778 (1988); Ruben et al., *Science*, 241:89–92 (1988); Cross et al., *Science*, (1989); and Lenardo et al., *Proc. Natl. Acad. Sci. USA*, 85:8825–8829 (1988). NF-κB also appears to take part in gene activation during the acute phase response of the liver. Edbrooke et al., (1989). Results described here suggest that inducibility of NF-κB plays a prominent role in interactions between cytokines. IL-1 and TNF-α activate NF-κB binding and both have been shown known to induce β-IFN. Osborn et al., *Proc. Natl. Acad. Sci. USA*, 86:2336–2340 (1989); and DeMaeyer, E. and J. DeMaeyer-Guignard, "Interferons and Other Regulatory Cytokines", John Wiley and Sons, New York (1988). Finally, NF-κB has been shown to play a role in the transcription of human immunodeficiency virus (HIV). Nabel, G. and D. Baltimore, *Nature*, 326:711–713 (1987). Significantly, herpes simplex virus has recently been shown to increase HIV LTR transcription through NF-κB/core sequences. Gimble et al., *J. Virol.*, 62:4104–4112 (1988). Thus, NF-κB induction may lead to the propagation of HIV in cells infected with other viruses.

NF-κB is unique among transcription regulatory proteins in its role as a major intracellular transducer of signals of external influences in many cell types. In the cases studied thus far, it appears that the actual target of induction is I-κB, which becomes modified to a form that no longer binds to NF-κB. Baeuerle, P. and D. Baltimore, *Science*, 242:540–545 (1988). The released NF-κB then displays DNA binding activity and translocates to the nucleus.

Role of NF-κB in HIV Expression

Treatment of latently HIV-infected T-cells with phorbol ester (12-O-tetradecanoylphorbol-13-acetate; TPA) and with phytohaemagglutinin (PHA) results in the onset of virus production. Harada, S. et al., *Virology*, 154:249–258 (1986); Zagury, D. J. et al., *Science*, 232:755–759 (1986). The same treatments induce NF-κB activity in the human T-lymphoma cell line Jurkat. Sen, R. and D. Baltimore, *Cell*, 47:921–928 (1896). This correlation and the finding that two NF-κB binding sites are present upstream of the transcriptional start site in the HIV enhancer, (FIG. 25) suggested a direct role for NF-κB in the activation of the viral enhancer, an event ultimately leading to the production of virus. Nabel, G. and D. Baltimore, *Nature*, 326:711–713 (1987). This possibility was tested by transient transfection of a plasmid containing

18

an HIV LTR-controlled CAT gene into a human T-lymphoma cell line. Nabel, G. and D. Baltimore, *Nature*, 326:711–713 (1987). The viral cis-acting elements rendered the transcriptional activity of the CAT gene responsive to TPA/PHA treatment of cells. This inducible transcriptional stimulation of the CAT gene was completely dependent on intact binding sites for NF-κB in the HIV enhancer because mutation of the two binding sites abolished inducibility. A protein-DNA complex with a fragment of the HIV enhancer containing the two NF-κB binding sites was observed in mobility shift assays only with nuclear extracts from TPA/PHA-stimulated T-cells and not with control extracts. These observations provided strong evidence that HIV expression in latently infected T-cells is induced by the same transcription factor that regulates kappa gene expression, NF-kB. A precursor of NF-κB is constitutively present in T-cells. Its activity can be induced by a treatment that mimicks antigenic T-cell activation and, after induction, NF-kB is able to bind to and subsequently enhance the activity of HIV transcriptional control elements. Thus, it is reasonable to conclude that NF-κB is the physiological transactivator responsible for initial expression of dormant HIV-DNA following stimulation of T-lymphocytes.

Other factors have also been implicated in the control of HIV expression including the HIV-encoded tat-III protein, the cellular transcription factor Sp1, and viral proteins encoded by the EIA gene of adenovirus and the ICPO gene of the Herpes Simplex Virus. Muesing, M. A. et al., *Cell*, 48:691–701 (1987); Jones, K. A. et al., *Science*, 232:755–759 (1986); Gendelman, H. E. et al., *Proc. of the Natl. Acad. of Sc., USA*, 83:9759–9763 (1986); Nabel, G. J. et al.,*Science* (1988); Rando, R. F. et al., *Oncogene*, 1:13–19 (1987); Mosca, J. D. et al., *Nature*, 325:67–70 (1987). It is doubtful whether the tat-III and Sp1 proteins are responsible for an initial induction of HIV expression. Although the tat-III protein functions as a strong positive feedback regulator of HIV expression, full expression of the tat-III protein appears to depend on NF-kB. Muesing, M. A. et al., *Cell*, 48:691–701 (1987); Nabel, G. and D. Baltimore, *Nature*, 326:711–713 (1987). It is unlikely that Sp1 initiates HIV expression because it is constitutively active. Dynan, W. S. and R. Tjian, *Cell*, 32:669–680 (1983). The viral EIA and ICPO gene products might lead to induction of HIV expression. This, however, is independent of T-cell activation by antigenic stimulation and of NF-κB, as shown by cotransfection experiments into human T-lymphoma cells of plasmids with an HIV enhancer-controlled CAT gene and plasmids encoding the viral genes. The increase in CAT activity induced by the viral gene products was unchanged when the NF-kB binding sites in the HIV enhancer were inactivated by mutation.

Improved DNA Binding Assay with Enhanced Sensitivity for Identification of Regulatory Factors

The transcriptional regulatory factors described above were identified in extracts of cellular nuclear protein by means of an improved gel electrophoresis DNA binding assay with enhanced sensitivity. This improved assay is a modification of an original assay based on the altered mobility of protein-DNA complexes during gel electrophoresis. In the improved assay of this invention, the simple alternating copolymer, duplex poly(dI-dC)·poly(dI-dC) was used as the competitor DNA species. The use of this copolymer as competitor resulted in an enhancement of sensitivity for detection of specific protein-DNA complexes. The original assay has been extensively employed in equilibrium and kinetic analyses of purified prokaryotic gene regulatory proteins. See, e.g., Fried, M. and Crothers, D. M.,

19

20

*Nucleic Acid Res.* 9 6505–6525 (1981); Garner, M. M. and Revzin A., *Nucleic Acids Res.* 9 3047–3060 (1981). More recently it has been used to identify and isolate a protein that binds to satellite DNA from a nuclear extract of eukaryotic cells (monkey cells). See Strauss, R. and Varshavsky, A., *Cell* 37 889–901 (1984). In the latter study an excess of heterologous competitor DNA (*E. coli*) was included with the specific probe fragment to bind the more abundant, sequence non-specific DNA binding proteins in the extract.

The assay is performed essentially as described by Strauss and Varshavky, supra, except for the addition of the poly (dI-dC)-poly(dI-dC). An extract of nuclear protein is prepared, for example, by the method of Dingnam, J. D. et al., *Nucleic Acids Research* 11:1475–1489 (1983). The extract is incubated with a radiolabelled DNA probe (such as an end-labeled DNA probe) that is to be tested for binding to nuclear protein present in the extract. Incubation is carried out in the presence of the poly(dI-dC)-poly(dI-dC) competitor in a physiological buffer. DNA protein complexes are resolved from (separated from) free DNA probes by electrophoresis through a polyacrylamide gel in a low ionic strength buffer and visualized by autoradiography.

In a preferred embodiment of the method, protein samples (about 10 μg protein) are incubated with approximately 10,000 cpm (about 0.5 ng ) of an end-labeled $^{32}$P double-stranded DNA probe fragment in the presence of about 0.8–4 ng poly(dI-dC)-poly(dI-dC) (Pharmacia) in a final volume of about 25 μl. Incubations are carried out at 30° for 30–60 minutes in 10 mM Tris HCl (pH 7.5), 50 mM NaCl, 1 mM DTT, 1 mM EDTA. Protein-DNA complexes are resolved on low-ionic strength polyacrylamide gels. Samples are layered onto low ionic-strength 4% polyacrylamide gels (0.15×16 cm; acrylamide:bisacrylamide weight ratio of 30:1). Gels are pre-electrophoresed for about 30 min at 11 V/cm in buffer consisting of 6.7 mM. TrisHCl, (pH 7.5), 3.3 mM NaOAc, and 1 mM EDTA. Buffer is recirculated between compartments. Gels are electrophoresed at the same voltage at room temperature, transferred to Whatman 3MM, dried and autoradiographed.

The enhanced sensitivity of the assay of the present invention is evident in the initial work which led to identification of the factor IgNF-A. A radiolabelled SfaNI-SfaNI DNA fragment derived from the upstream region of the MOPC 41 κ light chain gene (FIG. 1*a*) was incubated with a nuclear extract of a human B cell line, in the absence or in the presence of *E. coli* chromosomal DNA or poly(dI-dC)-poly(dI-dC). The resulting complexes were resolved from the free fragment by electrophoresis through a low ionic strength, non-denaturing polyacrylamide gel and visualized by autoradiography (FIG. 1*b*). In the absence of competitor DNA, all of the labeled fragment was retained at the top of the gel (lane 1), probably due to the binding of an excess of non sequence-specific proteins. With addition of increasing amounts of either poly(dI-dC)-poly(dI-dC) (lanes 2–6) or *E. coli* chromosomal DNA (lanes 7–11) as competitors, puta-tive protein-DNA complexes which migrated slower than the free fragment were detected. The relative abundance of the major species of complex (B) as well as that of minor species was significantly greater in the presence of the alternating copolymer competitor DNA.

The use of a sensitive gel electrophoresis DNA binding assay in conjunction with the copolymer competitor poly (dI-dC)-poly(dI-dC) facilitated the identification of the regulatory factors described herein. The simple alternating copolymer probably competes less effectively than heterologous DNA sequences for binding of a sequence-specific factor, thereby significantly increasing the sensitivity of the assay. The assay has general applicability for elucidation of mammalian gene regulatory proteins.

A further increase in sensitivity in this assay is obtained by the use of small DNA probes (about 100 bp or less) which minimize non-specific binding interactions in a crude extract. (See Example 1).

Employing this assay, binding competition tests can be performed to analyze the sequence specificity of protein-DNA interactions. For this purpose, an unlabeled DNA fragment to be examined for competitive binding to the protein factor can be added to the incubation mixture of protein extract and labeled DNA probe (along with the poly(dI-dC)-poly(dI-dC)). The disappearance of protein-DNA probe complex, or its diminishment, indicates that the unlabeled fragments compete for binding of the protein factor. In addition, relative binding affinity of the protein to a probe sequence can be assessed by examining the ability of a competitor to displace the protein at varying concentrations.

In conjunction with the competition assays, DNase I footprint analysis (See Galas, D. and Schmitz A., *Nucl. Acids Res.* 5 3157–3170 (1978) and Example 1) and methylation interference experiments (See, e.g., Ephrussi, A. et al., *Science* 227:134–140 (1985) can be used to refine analysis of the binding domain of the protein factors.

Assessment of the Functional Role of Factors Described Herein in Regulation of Transcription

The functional role of the factors in the regulation of the transcription can be assessed in several ways. A preferred technique for lymphoid cell factors entails the use of the in vitro transcription system developed from cells of lymphoid cell lineage. This system is described in detail in the Example 2. The function of a factor can be indirectly assessed in this system by employing as templates for transcription, nucleotide sequences from which the binding domain of the factor has been deleted. As has been noted above, deletion of the upstream sequence located between −44 and −79 bp from the cap site of the MOPC41 κ gene disrupts transcriptions in this system (This has also been noted in in vivo systems). The deleted region includes the IgNF-A binding site. This indicates that transcription of the template is dependent upon the factor—binding site and, inferentially, upon the factor itself.

A direct way to assess the function of the factors is to show that transcription can be modulated by removal and replacement of the factor in the in vitro transcription system with an appropriate template. For example, the intact MOPC41 κ promoter gene can be used as a template in the in vitro system described and transcription of this template can be assessed in the presence and absence of a factor (for instance, NF-κB, a lymphoid specific factor). The factor can be removed from the lymphoid cell extract by chromatographic fractionation and then replaced. If the level of transcription is diminished in the absence and restored by replacement of the factor, a direct indication of the factors involvement in transcription is provided.

In an alternative approach, antisera or monoclonal antibody can be raised against a purified or enriched preparation of the factor. The antibody can be used to probe for expression of the factor in a library of cDNA of cells known to express the factor.

Cloning of Genes Encoding Sequence-Specific DNA Binding Proteins, Particularly Genes Encoding Transcriptional Regulatory Factors

Genes encoding transcriptional regulatory factors can be isolated by a novel method for cloning genes that encode sequence-specific DNA binding proteins. The method

US 6,410,516 B1

21

involves screening a library of recombinant expression vectors for expression of the factor with a DNA probe comprising the recognition (binding) site for the factor. Expression of the factor is identified by the presence of complex between the DNA probe and the expressed binding protein. The approach has general applicability to the cloning of sequence-specific DNA binding proteins.

According to the method, an expression library is created by inserting DNA (e.g., cDNA from a cell which expresses the sequence specific binding protein) into an appropriate expression vector to establish an expression library. A preferred expression vector is the bacteriophage λgt11 which is capable of expressing foreign DNA inserts within E. coli. See e.g., Young, R. A. and Davis, R. W. in Genetic Engineering: Principles and Techniques, vol 7 (eds Setlow, J. & Hollaender, A.) 29–41 (Plenum, New York 1985). Alternatively, plasmid vectors may be used.

The expression library is screened with a binding-site DNA probe. The probe comprises the DNA sequence recognized by the binding protein, such as an appropriate transcriptional regulatory element (e.g., the octamer or κ-element). In preferred embodiments, the probe is less than 150 bp in length, to reduce nonspecific binding. The probe can be an oligomer of the binding site. Multiple copies of the site provide for multiple protein binding to the probe. The DNA probe is generally detectably labeled DNA. A particularly useful label is $^{32}$P.

In the present method, the binding site probe is incubated with host cell protein under conditions which allow the probe to complex with the any cognate binding protein expressed in the cell. The formation of such complexes is determined by detecting label associated with the protein. In a preferred mode, the screening is performed by generating a replica of host cell lysates and by screening the replicated protein with the probe. For example, when the bacteriophage λgt11 is used, recombinant viruses are plated in arrays onto a lawn of E. coli and a replica of the resulting viral plaques is made by transferring plaque protein onto an appropriate adsorbtive surface (e.g. protein replica filters). The adsorbed plaque protein is contacted with the probe under conditions which permit the formation of complexes between adsorbed protein and the probe. The replica is then washed to remove unbound probe and then examined for associated label. The protein can be examined autoradiographically for the presence of label.

In other embodiments, a nonspecific competitor DNA can be used along with the recognition site probe, to reduce nonspecific binding to the probe. Examples of such nonspecific competitor DNA include poly (dI–dC)-poly(dI–dC) and denatured calf thymus DNA. In addition, the protein-probe complexes can be stabilized covalently for detection, for example, by uv irradiation.

This method of screening for sequence specific binding proteins is dependent, inter alia, upon:

   i) the functional expression of the binding domain of the desired binding protein in the host cell;

   ii) a strong and selective interaction between the binding domain and the DNA probe; and

   iii) a sufficiently high level of expression of the binding protein.

These parameters can be optimimized for different proteins by routine experimentation. Some factors relevant to such optimization are discussed in detail in the exemplification of the cloning of transcriptional regulatory factor NF-κB given below.

Other modes of cloning genes encoding sequence-specific DNA binding proteins, such as genes encoding transcrip-

22

tional regulatory factors, may be used. For example, the factor can be purified chromatographically by, for example, ion exchange, gel filtration and affinity chromatography or combinations thereof. Once the factor is sufficiently purified, it can be partially sequenced and from the sequence information, oligodeoxy-nucleotide probes can be made and used to identify the gene encoding the factor in a cDNA library.

Occurrence and Activation of NF-κB and Demonstration of the Role of an NF-κB Inhibitor (IκB)

The following is a description of the occurrence and activation of NF-κB in cells which do not express k immunoglobulin light chain genes (and, in which NF-κB is not evident in either cytoplasmic or nuclear fractions). In particular, the following is a description of localization of NF-κB in the cytosolic fraction; of activation of NF-κB in cytosolic fractions by dissociating agents; of redistribution of NF-κB into the nuclear fraction upon TPA stimulation; of demonstration of the appearance of NF-κB binding ability; and of the occurrence and characterization of an NF-κB inhibitor.

NF-κB Occurrence and Activation in 70Z/3 Cells

NF-κB is Virtually Undetectable in Unstimulated 70Z/3 Cells

To determine where in the cell NF-κB or its inactive precursor are located, subcellular fractions from control and TPA-stimulated 70Z/3 cells were analyzed for kB-specific DNA-binding activity. Nuclear extracts, cytosolic and postnuclear membrane fractions were analyzed at equal amounts of protein in an electrophoretic mobility shift assay, described in Example 1, followed by fluorography. (Sen, R. and D. Baltimore, Cell, 46:705–716 (1986). The specificity of protein-binding to a fragment of the kappa light chain enhancer was controlled by using a fragment with a mutation in the binding motif for NF-κB. Lenardo, M. et al., Science, 236:1573–1577 (1987). Thus, any complexes formed on the wild type, but not on the mutant fragment, are considered specific for the NF-κB site.

Nuclear extracts from control cells contained very little kB-specific binding activity (FIG. 29, compare lanes 1 and 7). This is in agreement with results reported previously by Sen and Baltimore. Sen, R. and D. Baltimore, Cell, 46:705–716 (1986); Sen, R. and D. Baltimore, Cell, 47:921–928 (1986). Similarly, the cytosolic fraction produced only a faint, but specific and reproducible, signal co-migrating with the signal from the nuclear extract (FIG. 29, compare lanes 2 and 8). The fraction containing postnuclear membranes did not exhibit any detectable DNA-binding activity (FIG. 29, lane 3).

Upon treatment of cells with TPA for 30 minutes, the nuclear NF-κB activity was dramatically increased (FIG. 8, compare lanes 4 and 10). Almost no increase of the specific signal in the cytosolic fraction was observed (FIG. 29, compare lanes 5 and 11). The post-nuclear membrane fraction gave raise to an apparently kB-specific complex with a mobility higher than that formed by nuclear NF-κB (FIG. 29, compare lanes 6 and 12). None of the fractions had inhibitors of binding because added authentic NF-κB was fully recovered in all fractions, indicating that the results reflect a true activation of binding specificity.

NF-κB is Detectable in the Cytosolic Fraction after Denaturation and Renaturation

To examine whether active NF-κB might be present but masked in fractions from unstimulated 70Z/3 cells, proteins from nuclear extracts and cytosolic fractions of control and TPA-stimulated cells were precipitated, denatured by boil-

US 6,410,516 B1

23

ing in SDS plus 2-mercaptoethanol and fractionated by electrophoresis through SDS-polyacrylamide gels. 300 ug of protein of nuclear extracts (N) and cytosolic fractions (C) from control (Co) and TPA-stimulated cells (TPA) were subjected to reducing SDS-polyacrylamide gel electrophoresis. Proteins eluted from different molecular weight fractions of the gel (i.e., corresponding to approximately 70–62 kDa (gel slice No. 6), 62–55 kDa (gel slice No. 7) and 55–48 kDa (gel slice No. 8)) were subjected to a renaturation protocol after removal of SDS. Hager, D. A. and R. R. Burgess, *Anal. Biochem.*, 109:76–86 (1980) and Example 10. Renatured fractions were tested for kB-specific DNA-binding activity in mobility shift assays using wild type and mutant kappa light chain enhancer fragments. DNA-binding reactions were performed with 11 ul of the renatured fractions in the presence of 80 ng poly(d[I-c]) in a final volume of 15 ul. Assays with wild type (WT) and mutant (mu) k enhancer fragments were loaded in adjacent lanes.

In nuclear extracts from TPA-stimulated cells, NF-kB activity was exclusively found in a molecular weight region of 62–55 kDa. The efficiency of renaturation of the nuclear NF-kB activity was about one percent. In FIG. 30, the active and two adjacent fractions are shown for the nuclear extract from TPA-stimulated cells (lanes 13 to 18). In nuclear extracts from control cells, much less NF-kB activity was found in the same molecular weight fraction after renaturation (FIG. 30, lanes 3 and 4). Both the cytosolic fractions from control and TPA-stimulated cells, however, gave rise to a strong NF-kB-specific signal (FIG. 30, lanes 9, 10 and 21, 22). The specificity of the signal was shown by several criteria. First, it was only present when the wild type, but not the mutant, DNA fragment was used in mobility shift assays (FIG. 30, lanes 9, 10 and 21, 22). Second, it was generated with protein eluted from the same molecular weight fraction that contained authentic nuclear NF-kB. Third, upon mixing, the complex formed by the putative cytoplasmic NF-kB co-migrated exactly in native polyacrylamide gels with the complex formed by interaction of the nuclear form of NF-kB with its cognate DNA.

Assuming that NF-kB from the various fractions had a similar recovery and efficiency of renaturation, the data suggest that significant amounts of NF-kB can be activated in unstimulated 70Z/3 cells by denaturation, followed by fractionation and renaturation. Furthermore, in unstimulated cells, the in vitro activated NF-kB activity was almost exclusively recovered in the cytosolic fraction.

The subcellular distribution of two noninducible DNA-binding proteins, NF-uE3 and the octamer-binding protein were also examined in mobility shift assays, in order to determine whether other DNA-binding factors also partition into cytoplasmic fractions. Sen, R. and D. Baltimore, *Cell*, 46:705–716 (1986); Singh, H. et al., *Nature*, 319:154–158 (1986); and Staudt, L. M. et al., *Nature*, 323:640–643 (1986). The vast majority of both DNA-binding activities was found in nuclear extracts; cytosolic and postnuclear membrane fractions contained only very little activities (FIG. 29, lanes 13 to 24). No significant change in the complex formation by the two factors was observed when fractions from control and TPA-stimulated cells were compared. Thus, although subcellular fractionation can produce artificial redistribution of proteins, the fractions used in this study do well reflect nuclear localization of a number of DNA-binding proteins.

NF-kB in the Cytosolic Fraction Can be Activated by Dissociating Agents

The ability to reveal cytosolic NF-kB by simply denaturation and renaturation suggested that NF-kB might be bound

24

to an inhibitor and therefore several compounds that might dissociate protein complexes were tested for their ability to directly activate kB-specific DNA-binding activity in fractions of 70Z/3 cells. The cytosolic fraction from unstimulated cells and, as a control, the nuclear extract from TPA-treated cells were incubated with the compounds prior to electrophoretic separation of the protein-DNA complexes. Incubation of the cytosolic fraction with 0.2% sodium desoxycholate (DOC) (in the presence of 0.2% NP-40) resulted in the activation of DNA-binding activity (FIG. 31, lane 2). The induced complex had the same mobility in native gels as the one formed by nuclear NF-kB. It appeared to be specific for the kB site of the kappa light chain enhancer because it was not formed when the mutant fragment was used in the mobility shift assay (FIG. 31, lane 21). Higher concentrations of DOC led to the inactivation of the newly activated kB-binding activity (FIG. 31, lanes 3 to 5) as well as of the authentic nuclear factor (FIG. 31, lanes 13 to 15).

DOC can be sequestered out of a solution by the addition of excess nonionic detergent, presumably by inclusion of the DOC into micelles formed by the nonionic detergent. When treatment of the cytosolic fraction with up to 0.8% DOC was followed by the addition of 1% of the nonionic detergent NP-40, a quite efficient activation of the cytosolic kB-binding activity was achieved (FIG. 31, lanes 7 to 9). The DNA-binding activity of in vivo activated NF-kB from nuclear extracts was not significantly increased at low concentrations of DOC (FIG. 31, lanes 11, 12 and 16, 17). Elevated concentrations of DOC showed inhibitory effects on the DNA-binding activity of TPA-activated NF-kB that paralleled those observed for the in vitro activated kB-binding activity (FIG. 31, compare lanes 3, 4, 5 with lanes 13, 14, 15 and lanes 9, 10 with lanes 19, 20).

A partial activation of the cytosolic kB-binding activity was observed after treatment of the cytosolic fraction with 27% formamide followed by dilution (FIG. 31, lane 7). With the further addition of 0.2% DOC—a condition that alone also leads only to partial activation (FIG. 31, lane 3)—a very potent activation was observed (FIG. 31, lane 11). A titration showed that formamide and DOC activated in a synergistic manner (FIG. 31, lanes 2 to 11). The DNA-binding activity of in vivo activated NF-kB from nuclear extracts was not enhanced by any of the treatments (FIG. 31, lanes 13 to 22). On the contrary, partial inhibition of DNA-binding of NF-kB was observed under some conditions.

No in vitro activation of NF-kB was achieved by treatment with guanidinium hydrochloride (between 0.3 and 3M), urea (between 0.5 and 5M), and SDS (between 0.1 and 1%), in the presence of 0.2% NP-40). Exhaustive dialysis of the cytosolic fraction using dialysis membranes with a cut-off of 25 kDa did not lead to an activation of DNA-binding activity. In the dialyzed fraction, NF-kB-activity could still be efficiently induced by formamide/DOC treatment, suggesting that no freely diffusible cofactors smaller than 25 kDa were required for the in vitro activation.

TPA Stimulation Causes Redistribution of NF-kB into the Nuclear Fraction

To examine whether the form of NF-kB detected after in vitro activation in the cytosolic fraction could quantitatively account for the NF-kB found in nuclear extracts after TPA stimulation of cells, subcellular fractions of 70Z/3 cells were reinvestigated in mobility shift assays after treatment with formamide and DOC using equal cell-equivalents of subcellular fractions. Equal cell-equivalents of nuclear extracts (N) and cytosolic (C) and post-nuclear membrane fractions (P) from control (Co) and TPA-stimulated cells (TPA) were

US 6,410,516 B1

25

left untreated (lanes 1–6 and 13–18) or subjected to a formamide/desoxycholate treatment (Fa+DOC; lanes 7–12 and 19–24; for conditions see FIG. 31, lane 11). This treatment was preferred over the DOC/NP-40 chase treatment because it gave a higher resolution of bands in mobility shift assays. DNA-binding reactions were performed in the presence of 3.2 ug poly(d[I-C]) using 4.4 ug of protein from nuclear extracts, 8.8 ug of protein from cytosolic fractions or 2.2 ug of protein from postnuclear membrane fractions (all in 4 ul buffer D(+)). Fluorograms of native gels are shown. The specificity of protein-DNA complexes was controlled using wild type (kB wt) and mutant kappa enhancer fragments (kB mutant; see legend to FIG. 29). The filled arrowhead indicates the position of kB-specific protein-DNA complexes and the open arrowhead the positions of unbound DNA-fragments.

Densitometric scanning of fluorograms showed that in control cells, more than 92% of the total cellular kB-specific DNA-binding activity was recovered in the cytosolic fraction following treatment with formamide and COD (FIG. 32, lanes 7 to 9). In TPA-stimulated cells, 80% of the kB-specific DNA-binding activity was recovered in nuclear extracts (FIG. 32, lanes 10 to 12). The remaining activity was largely recovered in the cytosolic fraction (FIG. 32, lane 11). All DNA-binding activities described were specific for the kB site, as shown by their absence when the mutant kappa enhancer fragment was used in the mobility shift assays (FIG. 32, lanes 13 to 24).

When the total cellular NF-kB activity that was activated in vitro in control cells was compared to the total cellular activity found in TPA-stimulated cells after the same treatment, virtually identical amounts of activity were observed. The equal amounts of NF-kB activity found in control and TPA-treated cells suggest that the treatment with formamide and DOC resulted in the complete conversion of an inactive precursor of NF-kB into a form of NF-kB with high DNA-binding affinity. Furthermore, these results provide evidence for a TPA-inducible translocation of NF-kB from the cytosol into the nucleus.

NF-kB Occurrence and Activation in HeLa Cells

NF-kB activity can also be induced in HeLa cells after TPA treatment, as shown by the appearance of a kB-specific DNA-binding activity in nuclear extracts. Sen, R. and D. Baltimore, Cell, 47:921–928 (1986). Therefore, induction of NF-kB in the cytosolic fraction of HeLa cells was tested by treatment with formamide and DOC. To equal cell-equivalents of fractions, 17% formamide was added and diluted to 10% by the addition of the DNA-binding reaction mixture containing 4 ug poly(d[I-C]). DOC was then added to a final concentration of 0.6% to give a reaction volume of 20 ul. Assays contained either 1.35 ug of protein from nuclear extracts, 9 ug of protein from the cytosolic fractions of 0.9 ug of protein from the postnuclear membrane fractions (all in 10 ul buffer D(+)).

Redistribution of NF-kB activity in the subcellular fractions upon TPA stimulation of cells, was also assessed, using the procedure described for 70Z/3 cells. Mobility shift assays were performed with equal cell-equivalents of the subcellular fractions. Because HeLa cells had about ten times as much cytosolic protein as nuclear protein—as opposed to the 2:1 ratio in 70Z/3 cells—the use of equal cell-equivalents of fractions gave very different quantitative results from those obtained with equal amounts of protein. Without any treatment, only traces of a kB-specific DNA-binding activity were detected in the nuclear and cytosolic fractions of HeLa cells and no activity was observed in the postnuclear membrane fraction (FIG. 33, lanes 1 to 3). Upon

26

TPA stimulation of cells under the same conditions as for 70Z/3 cells, NF-kB activity was strongly increased in the nuclear extract (FIG. 33, lane 4). Also, in the cytosolic fraction, a significant increase of NF-kB activity was found (FIG. 33, lane 5). This was not an artifact of fractionation because the activity of AP-1, another nuclear factor (Lee, W. et al., Cell, 49:741–752 (1987), was highly enriched in nuclear extracts and almost not detectable in the cytosolic fraction of HeLa cells before and after TPA stimulation.

The treatment of control fractions of HeLa cells with formamide and DOC revealed large amounts of kB-specific DNA-binding activity in the cytosolic fraction (FIG. 33, compare lanes 8 and 20). The concentrations of formamide and DOC required for an optimal in vitro activation of NF-kB in HeLa cells were different from those required for 70Z/3 cells; less formamide and more DOC was needed. All DNA-binding activities described were specific for the kB-binding site in the kappa enhancer fragment (FIG. 33, lanes 13 to 24).

Almost no activity was detected in the HeLa nuclear extract and the postnuclear membrane fraction after in vitro activation (FIG. 33, lanes 7 and 9). Large amounts of NF-kB activity could still be activated in the cytosolic fraction of TPA-stimulated HeLa cells (FIG. 33, lane 11). This suggests that in vivo in HeLa cells—as contrasted to 70Z/3 cells—only a minor portion of the total cellular NF-kB is activated upon a TPA stimulus. The NF-kB activity in formamide/DOC-treated nuclear extracts of TPA-stimulated cells was less, compared to untreated nuclear extracts (FIG. 33, compare lanes 4 and 10), reflecting a partial inhibition of the DNA-binding activity of in vivo activated NF-kB. As in 70Z/3 cells, the total cellular NF-kB activity in HeLa cells, as revealed after in vitro activation, remained constant before and after TPA treatment of cells. These data imply that NF-kB is activated by the same mechanism in HeLa cells as it is in the pre-B cell line 70Z/3. However, in HeLa cells, TPA is much less complete in its activation than it is in 70Z/3 cells.

NF-kB Occurrence and Activation in Other Cell Types

NF-kB occurrence and activation in several additional cell types, including two T cell lines (H9, Jurkat) and fibroblasts, and in tissues, including human placenta and mice kidney, liver, spleen, lung, muscle and brain, were also assessed, as described above. In each case, NF-kB in a DOC-activatable form was shown to be present in the cytosolic fraction.

Appearance of Binding Activity

Results described above suggested that the appearance of binding activity may be due to separation of NF-kB from an inhibitor. Size fractionation and denaturing agents were both shown to be capable of separating NF-kB from such an inhibitor, which was apparently of low molecular weight. This provides a reasonable explanation for how NF-kB is induced in pre-B cells, HeLa cells and other inducible cells, such as T cells.

Whether the DOC-dependence of cytosolic NF-kB results from its association with an inhibitor, was investigated by probing for activity in cytosolic fractions that would specifically prevent DNA binding to NF-kB in electrophoretic mobility shift assays (EMSA). This work demonstrated the existence of a protein inhibitor, called IkB, in cytosolic fractions of unstimulated pre-B cells, that can convert NF-kB into an inactive DOC-dependent form by a reversible, saturable, and specific reaction. The inhibitory activity becomes evident after selective removal of the endogenous cytosolic NF-kB under dissociating conditions, suggesting that NF-kB and IkB were present in a stoichiometric complex. Enucleation experiments showed that the

US 6,410,516 B1

27

28

complex of NF-kB and IkB is truly cytoplasmic. The data are consistent with a molecular mechanism of inducible gene expression by which a cytoplasmic transcription factor-inhibitor complex is dissociated by the action of TPA, presumably through activation of protein kinase C. The dissociation event results in activation and apparent nuclear translocation of the transcription factor. It would appear that IkB is the target for the TPA-induced dissociation reaction. The following is a description of this investigation, which is described in greater detail in Example 12.

Separation of an Inhibitor from NF-kB

Cytosolic fractions from unstimulated 70Z/3 pre-B cells were examined for an activity that would impair the DNA binding activity of added NF-kB in an EMSA. Baeuerle, P. A., and D. Baltimore, *Cell* 53: 211 (1988). Increasing amounts of cytosol from unstimulated cells did not significantly influence the formation of a protein-DNA complex between NF-kB and a k enhancer fragment (FIG. 34, lanes 13 to 15). This indicated the absence of free inhibitor, presumably because all of it is complexed with endogenous NF-kB. DNA-cellulose was used to selectively remove the endogenous NF-kB from DOC-treated cytosol, in an attempt to liberate the inhibitor. Almost all NF-kB was present in a DOC-dependent form, prior to DOC activation and chromatography (FIG. 34A, lanes 1 and 2). In the presence of excess DOC, about 80% of the NF-kB activity was retained by DNA-cellulose (FIG. 34A, compare lanes 2 and 4), most of which eluted from the DNA-cellulose between 0.15 and 0.35M NaCl (FIG. 34A, lanes 8 to 10 and 16 to 18). The NF-kB activity eluting at high salt was detectable in mobility shift assays in the absence of excess DOC (FIG. 34A, lanes 8 to 11), indicating that NF-kB had been separated from an activity that caused its DOC-dependent DNA binding activity. In contrast, the small percentage of NF-kB activity contained in the washings was still dependent on DOC (FIG. 34A, compare lanes 5 to 7 and 13 to 15). These results show that affinity chromatography is sufficient to convert DOC-dependent NF-kB precursor into DOC-independent active NF-kB, similar to that found in nuclear extracts from TPA-stimulated cells.

The flow-through fraction from the DNA-cellulose was assayed for an activity that, after neutralization of DOC by non-ionic detergent, would inactivate added NF-kB from the 0.2M NaCl-fraction from nuclear extracts of TPA-stimulated cells. Increasing amounts of cytosol from which the endogenous NF-kB was removed inhibited the formation of an NF-kB—DNA complex as monitored by EMSA (FIG. 34B, lanes 7 to 9 and 16 to 18). DOC-treated cytosol that was not passed over DNA-cellulose had no effect (FIG. 34B, lanes 4 to 6 and 13 to 15), even if cells had been treated with TPA. The fact that, after DNA-cellulose chromatography of DOC-treated cytosol, both DOC-independent NF-kB and an inhibitory activity were observed made it reasonable to believe that NF-kB had been separated from an inhibitor. This inhibitor is referred to as IkB.

IkB Characterization

IkB fractionates as a 60 to 70 kD protein. The flow-through fraction from the DNA-cellulose column was subjected to gel filtration through G-200 Sephadex and the fractions were assayed for an activity that would interfere with the DNA binding activity of added NF-kB contained in a nuclear extract from TPA-stimulated 70Z/3 cells (FIG. 35A). The 67 kD fraction had the highest activity: it virtually completely prevented interaction of NF-kB and DNA (FIG. 35A, lanes 6). In fractions from a G-75 Sephadex column, no additional inhibitor of low molecular size was detectable indicating that NF-kB was inactivated by a macromolecule

of defined size. No significant inhibitory activity could be demonstrated after gel filtration of a DNA-cellulose flow-through of DOC-treated cytosol from TPA-stimulated 70Z/3 cells, implying that TPA treatment of cells inactivated IkB.

The inhibitor fraction was treated with trypsin to test whether IkB is a protein (FIG. 35B). Tryptic digestion was stopped by the addition of bovine pancreas trypsin inhibitor (BPTI) and samples were analyzed for NF-kB inhibition. Trypsin treatment interfered with the activity of IkB, as shown by the complete inability of the treated sample to inhibit NF-kB activity (FIG. 35B, compare lanes 1 and 6). Trypsin that had been treated with BPTI had no effect (FIG. 35B, lanes 5), demonstrating that the inactivation of IkB was specifically caused by the proteolytic activity of trypsin. It appears that IkB requires an intact polypeptide structure for its activity. The nucleotide sequence of the IkB-α gene and the amino acid sequence of IkB-α are shown in FIG. 43.

The cytosolic complex of IkB and NF-kB showed an apparent size of about 120 to 130 kD, both after gel filtration (FIG. 35A, lane 3) and after sedimentation through a glycerol gradient (FIG. 35C, lanes 6 and 7). For both methods, cytosol from unstimulated cells was analyzed under non-dissociating conditions. NF-kB was activated in fractions by either DOC (FIG. 35A) or formamide (FIG. 35C, middle panel) prior to analysis by EMSA. Baeuerle, P. A. and D. Baltimore, *Cell*, 53:211 (1988). The specificity of complexes was tested with a mutant DNA probe (FIG. 35C, right panels). Lenardo, M. et al., *Science*, 236:1573 (1987). The apparent release of a 60 to 70 kD inhibitory protein from the cytosolic NF-kB precursor, its sedimentation velocity in glycerol gradients, and its size seen by gel filtration suggest that the inactive NF-kB precursor is a heterodimer composed of a 55 to 62 kD NF-kB molecule and a 60 to 70 kD IkB molecule. Nuclear NF-kB was found to cosediment with the cytosolic complex of IkB and NF-kB (FIG. 35C, upper panel). Native gel electrophoresis, a method that allows resolution of size differences of protein-DNA complexes, provided evidence that the 120 kD form of nuclear NF-kB seen in glycerol gradients comes from the formation of a homodimer. Hope, I. A. and K. Struhl, *EMBO J.*, 6:2781 (1987). By these interpretations, activation of NF-kB would include an additional step (i.e., formation of a NF-kB homodimer). This is consistent with the observation that the protein-DNA complexes formed with in vitro-activated NF-kB have the same mobility as those formed with nuclear NF-kB. Baeuerle, P. A. and D. Baltimore, *Cell*, 53:211 (1988).

The inactivation of NF-kB by IkB is reversible, saturable and specific. Incubation with the inhibitor fraction can inhibit the DNA binding activity of NF-kB by more than 90% (FIG. 36A, lanes 1 and 3). Treatment of a duplicate sample with DOC after the inhibition reaction reactivated 66% of the added NF-kB activity (FIG. 36A; compare lanes 3, 4 and 6). This showed that a DOC-dependent form of NF-kB can be reconstituted in vitro by the addition of a fraction containing IkB to nuclear NF-kB. The incomplete activation of NF-kB by DOC might be due to the DOC-neutralizing effect of non-ionic detergent which was still present in the sample from the preceding inhibition reaction.

A titration and kinetic analysis showed that IkB stoichiometrically interacts with NF-kB (FIG. 36B). Increasing amounts of inhibitor fraction were added to an excess amount of NF-kB and incubated for 20 or 60 minutes. After the DNA binding reaction, NF-kB-DNA complexes were separated on native gels and quantified by liquid scintillation counting. The relationship between amount of IkB fraction added and extent of inhibition was linear. The amount of

US 6,410,516 B1

29

NF-kB inactivated after 20 minutes of incubation was not increased after 60 minutes (FIG. 36B). These kinetics were probably not the result of a rapid decay of a catalytically active inhibitor because the fractions were incubated prior to the reaction. The data are consistent with rapid formation of an inactive complex by addition of IkB to NF-kB. The fraction containing IkB does not appear to catalytically or covalently inactivate NF-kB: neither the reversibility nor the kinetics support such a model.

IkB was tested for its influence on the DNA binding activity of other defined nuclear factors (FIG. 13A). These factors were contained in nuclear extracts that had essentially no active NF-kB, which otherwise could have inactivated IkB by complex formation. The DNA binding activity of H2TF1, a transcription factor thought to be related to NF-kB, was not affected by the inhibitor fraction. Baeuerle, P. A. et al., unpublished observation). Ubiquitous and lymphoid-specific octamer-binding proteins (OCTA) (Sive, H. L. and R. G. Roeder, Proc. Natl. Acad. Sci. USA, 83:6382 (1986) and Staudt, L. M. et al., Nature, 323:640 (1986)) were unaffected in their DNA binding activities, as were two E-box binding factor, NF-μE1 (Weinberger, J. et al., Nature, 322:846 (1986)) and NF-kE2 (Lenardo, M. et al., Science, 236:1573 (1987)), interacting with μ heavy chain and k light chain enhancers, respectively. AP-1, another TPA-inducible transcription factor (Lee, W. et al., Cell, 49:741 (1987); Angel, P. et al., Cell, 49:729 (1987)), also showed equal complex formation after incubation in the presence and absence of the inhibitor fraction. Furthermore, none of the undefined DNA binding activities seen in the EMSA showed any inactivation by IkB. These results show that IkB is a specific inhibitor of the DNA binding activity of NF-kB.

In vivo activated NF-κB is responsive to IkB. IkB prepared from the mouse pre-B cell line 70Z/3 was tested for inactivation of NF-kB contained in nuclear extracts from other cell lines. Human NF-kB contained in nuclear extracts from TPA-stimulated HeLa cells and H-9 T-lymphoma cells was efficiently inactivated (FIG. 37B). When excess amounts of the various NF-kB activities were used in the inhibitor assay, the extent of reduction of NF-kB activities by a fixed amount of IkB was very similar, as quantified by liquid scintillation counting. NF-kB from nuclear extracts of TPA-stimulated Madin-Darby bovine kidney (MDBK) cells was also inactivated suggesting that the control of NF-kB activity by IkB is conserved among different mammalian species.

NF-kB is constitutively active in cell lines derived from mature B cells. Sen, R. and D. Baltimore, Cell, 46:705 (1986). Nuclear extracts from the mouse B cell line WEHI 231 were tested in the inhibitor assay to examine whether NF-kB has undergone a modification in those cell lines that prevented its inactivation by IkB. NF-kB from B cells was as efficiently inactivated as NF-kB from pre-B cells (FIG. 37B), suggesting that NF-kB is not stably modified in B cells (or in other cells after TPA stimulation) in such a way that it cannot respond to inactivation by IkB.

The NF-kB—IkB complex is present in enucleated cells. The NF-kB—IkB complex shows a cytosolic localization on subcellular fractionation (FIG. 38A). This procedure may, however, cause artifacts. Hypotonic lysis of cells may result in partitioning of nuclear proteins into the cytosol, especially when they are not tightly associated with nuclear components. Li, J. P. and T. J. Kelly, Proc. Natl. Acad. Sci, USA, 81:6973 (1984). Detection of the complex of IkB and NF-kB in enucleated cells was attempted. Enucleation is performed with living cells at 37° C. and should therefore not interfere with active nuclear import of proteins, which is

30

ATP-dependent and blocked at low temperature. Prescott, D. M. and J. B. Kirkpatrick, In: Methods Cell Biol., D. M. Prescott, ed. (Academic Press, New York, 1973), p. 189; Newmeyer, D. D. and D. J. Forbes, Cell, 52:641 (1987); Richardson, W. D. et al., Cell, 52:655 (1988).

Using cytochalasin B-treated HeLa cells, an enucleation efficiency of about 90% was obtained (FIG. 38A). Enucleated and cytochalasin B-treated complete cells were incubated in the absence and presence of TPA, solubilized by detergent and proteins were extracted with high salt. Because of the small number of cells analyzed, this procedure is different from the standard one. Total cell extracts were analyzed for NF-kB specific DNA binding activity by EMSA (FIG. 38B). In both enucleated and complete cells, similar amounts of NF-kB activity were found after TPA stimulation (FIG. 38B, lanes 1 to 4). The activity was specific for NF-kB because it was not observed with a mutant k enhancer fragment. Lenardo, M. et al., Science, 236:1573 (1987); These results suggest that TPA-inducible NF-kB in HeLa cells is predominantly cytoplasmic because it was still present in enucleated cells. The NF-kB activity seen under control conditions (FIG. 38B, lanes 1 and 3) was most likely activated by the lysis conditions used because it was also observed in extracts from HeLa cells that were not treated with cytochalasin B, but not in fractions obtained after hypotonic lysis. Baeuerle, P.A. and D. Baltimore, Cell, 53:211 (1988). It was still evident, however, that TPA could activate NF-kB in enucleated cells (FIG. 38B, lanes 3 and 4).

After treatment with DOC, total extracts from complete and enucleated control cells showed about a 2-fold increase in the amount of NF-kB activity (FIG. 38B, compare lanes 1 and 3 with 5 and 7). The demonstration of DOC-activatable NF-kB in enucleated cells, as well as the presence of similar amounts of total NF-kB in enucleated and complete cells (FIG. 38B, compare lanes 5 to 8), shows that a substantial amount of the total cellular NF-kB—IkB complex was cytoplasmic. In contrast to NF-kB, most of the DNA binding activity of AP-1, a bona fide nuclear protein, was apparently lost by enucleation of cells (FIG. 38B, lanes 9 to 12). Lee, W. et al., Cell, 49:741 (1987); Angel, P. et al., Cell, 49:729 (1987).

Mechanism of NF-kB Activation

Thus, it has been shown that the NF-kB nuclear transcription factor exists in unstimulated pre-B cells in a cytoplasmic complex with a specific inhibitory protein, IkB. In this complex, NF-kB does not exhibit DNA binding activity in EMSA and partitions upon subcellular fractionation into the cytosol. The complex is apparently a heterodimer consisting of about a 60 kD NF-kB molecule and a 60 to 70 kD IkB molecule. Upon TPA stimulation of cells, or after treatment with dissociating agents in vitro, the NF-kB—IkB complex dissociates. This releases NF-kB, which appears now to form a homodimer and can translocate into the nucleus. Whether dimerization is required for activation of NF-kB is not known.

The inhibitory effect of IkB on the DNA binding activity and nuclear localization properties of NF-kB appears to arise from a simple physical affinity of the two proteins. The complex freely dissociates and the components readily associate under in vitro conditions. Even in vivo, dissociation by short-term TPA treatment and reassociation after long-term TPA treatment is evident. The latter presumably results from the degradation of protein kinase C after TPA activation and implies that NF-kB can move back to the cytoplasm after being active in the nucleus.

The effect of TPA appears to involve an alteration of IkB, but not of NF-kB. After TPA stimulation, no active IkB was

US 6,410,516 B1

31

found—implying its alteration—while the nuclear NF-κB remained sensitive to unmodified IκB when tested in vitro. Whether inactive IκB can be regenerated in experiments using cycloheximide (Baeuerle, P. A. et al., *Cold Spring Harbor Symp. Quant. Biol.*, 53, In Press), irreversible loss of IκB activity was the only demonstrable effect after 8 hours of TPA treatment. Given the ability of TPA to activate protein kinase C, it is a reasonable hypothesis that direct or indirect phosphorylation of IκB results in its dissociation from NF-κB.

It had previously been found that the NF-κB—IκB complex is recovered in the cytosol. It is now shown directly that the complex is not removed from the cell by enucleation and, therefore, is truly cytoplasmic. Welshons, W. V. et al., *Nature*, 307:747 (1984). Because active protein kinase C is bound to the plasma membrane (Kraft, A. S. et al., *J. Biol. Chem.*, 257:13193 (1983); Wolf, M. et al., *Nature*, 317:546 (1985); Kikkawa, U. and Y. Nishizuka, *Ann. Rev. Cell. Biol.*, 2:149 (1986)), it becomes increasingly attractive to suggest that the cytoplasmic complex interacts in the cytoplasm (maybe near the plasma membrane) with protein kinase C and the liberated NF-κB carries the signal from cytoplasm to nucleus. Under a number of conditions, active NF-κB is found in the cytoplasm. This fact and the reversibility of NF-κB activation in vivo suggests that the protein may freely move in and out of the nucleus, bringing to the nucleus information reflecting the cytoplasmic activation state of protein kinase C and possibly of other signalling systems.

The response of NF-kB to activated protein kinase C occurs apparently indirectly through modification and subsequent release of associated IkB. The inducibility of NF-kB by TPA is thus dependent on the presence and state of activity of IkB. Changes in amount or activity of IkB should therefore influence the TPA inducibility of NF-kB. NF-kB can indeed exist not only in TPA-inducible but also in constitutively active form (e.g., in mature B cells; Sen, R. and D. Baltimore, *Cell*, 46:705 (1986). Because constitutive NF-kB from B cells is still responsive to IkB in vitro, it is thought that IkB, and not NF-kB, is altered during differentiation of pre-B into B cells.

IkB is apparently unstable when not complexed with NF-kB. This is suggested by the absence of excess active inhibitor in the cytosol from unstimulated cells. In a situation where the production of new inhibitor is impaired, the decay of occasionally released inhibitor could activate NF-kB. This would explain the partial activation of NF-kB seen after treatment with the protein synthesis inhibitors cycloheximide and anisomycin. Sen R. and D. Baltimore, *Cell*, 47:921 (1987). The demonstration of a specific inhibitory protein of NF-kB and the interpretation that cycloheximide treatment can activate NF-kB, presumably because cells become depleted of inhibitor, suggest that IkB is the putative labile repressor of κ gene expression (Wall, R. et al., *Proc. Natl. Acad. Sci. USA*, 83:295 (1986)) and of NF-kB activity. Sen, R. and D. Baltimore, *Cell*, 47:921 (1987).

As a result of the work described herein, the IκB gene is now available, as is IκB itself, antibodies specific for the IκB gene-encoded product, and probes which include all or a portion of the IκB gene sequence. Also available are methods of using the IκB gene, the encoded protein and IκB-specific antibodies for such purposes as identifying and isolating other IκB genes, IκB "like" genes, and IκB-encoded products. Altering NF-κB activity and altering NF-κB-mediated gene expression. In particular, it is now possible, through the method of the present invention, to block or inhibit NF-κB passage into the nucleus of cells in

32

which it occurs and, thus, block (partially or totally) binding of NF-κB to NF-κB binding sites on genes which include such recognition sites. Such a method is useful for altering expression of genes which is mediated by NF-κB; such genes include cellular genes (e.g., cytokine genes) and genes introduced into host cells (e.g., viral genes, such as cytomegalovirus gene, HIV-1 genes (e.g., the tax gene), and the SV40 gene). This method of altering NF-κB-mediated gene expression is useful, for example, for inhibiting viral gene expression in infected cells, such as in an individual infected with the HIV-1 or cytomegalovirus.

The IκB gene and the encoded IκB protein can be used to negatively regulate NF-κB activity in cells. For example, the IκB gene can be incorporated into an appropriate vector (e.g., a retroviral vector or capable of expressing the IκB gene and introduced into cells in which NF-κB activity is to be inhibited (partially or totally). For example, a vector capable of expressing IκB can be introduced into HIV-1 infected cells (e.g., T cells) in order to inhibit HIV-1 gene expression and activity in the cells. IκB expressed in the cells binds NF-κB (e.g., free NF-κB such as that released from its inactive complex with Iκ-β) and limits its ability to act as a messenger by inhibiting its translocation into the nucleus. For this purpose, all or a portion of the IκB-encoding DNA or DNA encoding an IκB-like protein is used. If a portion is used, it must encode at least that region of the IκB (or other rel-associated protein) molecule sufficient to bind NF-κB and prevent it from passing into the cell nucleus. The IκB-encoding DNA or DNA encoding an IκB-like protein used can be obtained from a source in which it naturally occurs, can be produced by genetic engineering or recombinant techniques or can be synthesized using known chemical methods. For convenience, DNA from all three types of sources is referred to herein as "essentially pure". The DNA used can have all or a portion of the DNA sequence of clone MAD-3, all or a portion of pp40 or all or a portion of another sequence which encodes a rel-associated or IκB-like protein capable of inhibiting NF-κB. In a similar manner, DNA encoding a rel-associated or IκB-like protein can be introduced into cells to inhibit a rel-related protein other than NF-κB.

Cells in which IκB (or other rel-associated protein) is to be expressed in this manner to inhibit NF-κB (or other rel-related protein) can be removed from the body, the IκB-expressing vector can be introduced, using known methods, and the resulting cells, which contain the IκB-expressing vector, then reintroduced into the body. For example, T-cells or bone marrow cells can be removed from an HIV-1 infected individual, IκB-expressing vectors can be introduced into them, and they can then be replaced in the individual. Alternatively, the expression vector containing IκB-encoding DNA can be introduced into an individual, using known techniques, by any of a variety of routes, such as intramuscular, intravenous, intraperitoneal administration. IκB itself (or other rel-associated protein) can also be introduced into cells to inhibit NF-κB (or other rel-related protein). The entire IκB molecule or a portion sufficient to bind NF-κB and prevent its passage into the nucleus can be used for this purpose. IκB or an appropriate IκB portion can be obtained from naturally-occurring sources, can be produced using known genetic engineering methods or, particularly in the case of an IκB portion, can be synthesized chemically. For convenience, proteins (or portions thereof) of all three types are referred to herein as "essentially pure".

Uses of Genes Encoding Transcriptional Regulatory Factors, the Encoded Factors and Related Products

The genes encoding positive transcriptional regulatory factors provide a means for enhancing gene expression.

US 6,410,516 B1

33

Lymphoid-specific factors involved in positive regulation of Ig gene transcription provide a method for enhancing immunoglobulin production in lymphoid cells. Lymphoid cells, such as monoclonal antibody-producing hybridomas or myelomas, can be transfected with multiple copies of a gene encoding a regulatory factory to induce greater production of Ig. For this purpose, the gene encoding a regulatory factor can be linked to a strong promoter. In addition, the construct can include DNA encoding a selectable marker. Multiple copies of the construct can be inserted into the cell, using known transfection procedures, such as electroporation. The cell can be transfected with multiple regulatory factors, including constitutive factors; this is particularly useful in the case of factors determined to act in conjunction, possibly synergistically. Amplification of genes encoding transcriptional regulatory factors in this manner results in enhanced or increased production of the regulatory factors and, consequently, production of immunoglobulin is enhanced in these cells.

The present invention also relates to a method for transiently expressing a gene product in a eukaryotic cell, in which the inducibility of the NF-kB factor is used to advantage. This phenomenon can be exploited to provide for the transient overexpression of a gene product produced by a transfected gene in a eukaryotic cell at a chosen time.

According to the method of this invention, a gene of interest is placed under influence of the κ enhancer sequence containing the binding site for NF-κB (i.e., the entire enhancer sequence or a portion containing at least the NF-κB site). The κ-enhancer sequence is linked to a structural gene of interest to provide an gene inducible by NF-κB. A gene construct is thus provided comprising 1) a κ-enhancer sequence or a portion of the κ enhancer sequence containing at least the sequence to which the factor NF-kB binds; 2) a promoter; and in 3) structural gene of interest.

Conventional recombinant DNA techniques can be used to prepare the construct. The κ enhancer sequence can be obtained from lymphoid cells which express the κ-light chain. The κ enhancer can also be obtained from clones containing the sequence. The construct can be prepared in or inserted into a transfection vehicle such as a plasmid.

The structural gene can be any gene or gene segment which encodes a useful protein for which transient overexpression is desired. Such proteins are, for example, those that are damaging to cells when produced constitutively. The structural gene can be used with its endogenous promoter or other eukaryotic promoter.

Cells for transfection can be any eukaryotic cells used for the expression of eukaryotic proteins. Transfection procedures, such as the calcium precipitation technique are well known in the art.

At the desired time, the transfected cells can be stimulated with the appropriate inducer in an amount sufficient to induce production of NF-kB. The preferred inducer is a phorbol ester which acts rapidly and directly to activate protein kinase C and induces production of NF-kB. If the transfected cell is a lymphoid cell (e.g., B cell) responsive to a mitogen such as LPS or PHA the mitogen may be used alone or in combination with phorbol ester.

Genes encoding transcriptional regulatory factors can be modified for a variety of purposes, such as to encode factors with activity equivalent to the naturally-occurring factor, factors with enhanced ability to regulate transcription (e.g., to cause enhanced transcription of genes, relative to transcription resulting from regulation by or the effects of the normal/unmodified factor), or factors with decreased ability to regulate transcription. This can be carried out, for

34

example, by mutagenesis of factor-encoding DNA or by producing DNA (e.g., by recombinant DNA methods or synthetic techniques) which encodes a modified or mutant transcriptional regulatory factor (i.e., a transcriptional regulatory factor with an amino acid sequence different from the normal or naturally-occurring transcription factor amino acid sequence). These modified DNA sequences and encoded modified factors are intended to be encompassed by the present invention.

The gene encoding IgNF-b, for example, has been cloned and sequenced and the nucleotide sequence is shown in FIG. 18A. For the various utilities discussed below, the modified nucleotide sequence can be obtained either naturally (e.g., polymorphic variants) or by mutagenesis to yield substantially complementary sequences having comparable or improved biological activity. Fragments of the sequence may also be used. This invention encompasses nucleic acid sequences to which the sequence of FIG. 18A hybridizes in a specific fashion.

In addition, the DNA binding domain of the factors, which is responsible for the binding sequence-specificity, can be combined with different "activators" (responsible for the effect on transcription) to provide modified or hybrid proteins for transcriptional regulation. For example, with recombinant DNA techniques, DNA sequences encoding the binding domain can be linked to DNA sequences encoding the activator to form a gene encoding a hybrid protein. The activator portion can be derived from one of the factors or from other molecules. The DNA binding region of the hybrid protein serves to direct the protein to the cognate DNA sequence. For example, in this way, stronger activators of RNA polymerases can be designed and linked to the appropriate DNA binding domain to provide for stronger enhancement of transcription.

DNA probes for the genes encoding the regulatory factors can be used to determine the presence, absence or copy number of regulatory factor-encoding genes or to identify related genes, by hybridization techniques or a polymerase chain amplification method (e.g., PCR). The ability to detect and quantify genes encoding transcriptional regulatory factors can be used in diagnostic applications, such as to assess conditions relating to aberrant expression of a regulatory factor. Cells can be typed as positive or negative for the occurrence of a particular gene and, in addition, can be analyzed for the copy number of the gene. The DNA probes are labeled DNA sequences complementary to at least a portion of a nucleic acid encoding a transcriptional regulatory factor. The labeled probe is contacted with a sample to be tested (e.g., a cell lysate) and maintained under stringent hybridization conditions which permit the labeled probe to hybridize with only DNA or RNA containing the sequence to which the probe is substantially complementary. The unhybridized probe is then removed and the sample is analyzed for hybridized probe.

The DNA probes can also be used to identify genes encoding related transcriptional regulatory factors. For this purpose, hybridization conditions may be relaxed in order to make it possible to detect related DNA sequences which are not completely homologous to the probe.

Antibodies can be raised against the transcriptional regulatory factors of this invention. The antibodies can be polyclonal or monoclonal and they can be used as diagnostic reagents in assays to determine whether a factor is expressed by particular cells or to quantitate expression levels of a factor.

A gene encoding a transcriptional regulatory factors can also be used to develop in vivo or in vitro assays to screen

US 6,410,516 B1

35

36

for agonists or antagonists of a factor-encoding gene or of the factor encoded by the gene. For example, genetic constructs can be created in which a reporter gene (e.g., the CAT gene) is made dependent upon the activity of a factor-encoding gene. These constructs introduced into host cells provide a means to screen for agonists or antagonists of the factor-encoding gene. The antagonists may be used to decrease the activity of the factors and thus may be useful in the therapy of diseases associated with overactivity of a transcriptional regulatory factor. Such agonists or antagonists identified by assays employing the factor-encoding genes of this invention are within the scope of this invention.

The present invention is useful as a means of controlling activation in a host cell of an NF-kB precursor, which results in formation of activated NF-kB, which, in turn, plays a key role in transcriptional activation of other sequences, such as the k light chain enhancer, the HIV enhancer and the interleukin-2 receptor α-chain gene. NF-kB has been shown to be a ubiquitous inducible transcription factor; it has been shown, as described herein, to be present in many types of cells (i.e., all cell types assessed to date). It serves to make immediate early responses which it is capable of effecting because it is post-translationally activated. As a result, the method and composition of the present invention can be used to control transcriptional activation of genes encoding a selected cellular protein. Changes in expression of genes transcribed by RNA polymerase II in response to agents, such as steroid hormones, growth factors, interferon, tumor promoters, heavy metal ions and heat shock are mediated through cis-acting DNA sequence elements such as enhancers. Binding of NF-kB transcription factor has been shown to confer transcriptional activity on several genes. Expression of these genes and others similarly affected can be controlled by the present method. For example, it has been shown that expression of one of the two elements of the cell surface receptor specific for IL-2 is controlled by NF-kB. Thus, in T cells, which produce IL-2, production can be controlled (enhanced, reduced) by controlling activation of NF-kB. In a similar manner, the method of the present invention can be used to control expression of human immunodeficiency virus in infected host cells.

Methods and compositions of the present invention are based on use of the role of NF-kB as a second messenger, or mediator, in the expression of genes in a wide variety of cell types. The expression of a gene having an NF-kB binding recognition sequence can be positively or negatively regulated to provide, respectively, for increased or decreased production of the protein whose expression is mediated by NF-kB . Furthermore, genes which do not, in their wild type form, have NF-kB recognition sequences can be placed under the control of NF-kB by inserting NF-kB binding site in an appropriate position, using techniques known to those skilled in the art.

DNA sequences known to contain NF-kB binding domains are shown in Table 2. According to the methods described herein, the expression of genes under the control of one of these elements is subject to modulation by alteration of the concentration or availability of NF-kB. This can also be carried out, according to the present method, for any gene which contains an NF-kB binding site. Furthermore, genes which do not naturally contain NF-kB binding sites can be modified, using known techniques, to subject these genes to NF-kB modulation. First, an appropriate expression vector is selected for use in a biological system of interest, the vector having a gene of interest and restriction enzyme recognition sequences to facilitate the insertion of a DNA fragment carrying the NF-kB binding sites.

For example, the sequences of the κ immunoglobulin enhancer, the SV40 70 base pair repeat, the HIV long terminal repeat, the MHC class I H2-kb gene and the interferon β PRDII gene, all possess NF-kB binding sites (Table 2). By comparing sequences to which NF-kB binds specifically, a consensus sequence has been determined:

$$\begin{array}{c} \text{C} \quad \text{C} \\ \text{GGGRATTYAC.} \\ \text{T} \quad \text{T} \end{array}$$

DNA sequences which flank the binding site are scanned for convenient restriction enzyme recognition sequences to facilitate removal of the fragment from the longer sequence in which it occurs and its subsequent insertion into the expression vector. If such sequences are present, the transfer of the fragment carrying the binding site, to the expression vector, is straight forward. If convenient sites do not exist, fragment transfer is facilitated through the introduction of such restriction enzyme recognition sequences using well known, site-directed mutagenic techniques. The construct, prepared as described, can then be introduced into a biological system of interest.

The expression of such constructs in a biological system is subject to modulation by NF-kB. For example, purified NF-kB could be introduced into the system in an effective amount such that any inhibitory molecule present in the system would be titrated out and uninhibited NF-kB could interact with its binding recognition sequence, thereby increasing the rate of transcription. This is an example of positive regulation.

Similarly, a copy of the NF-κB gene, cloned in an appropriate expression vector, could be introduced into the biological system, thereby providing for internal expression of the NF-κB molecule, preferably at relatively high levels. Again, high levels of NF-κB would function to titrate out any inhibitor molecule present, and also to increase the rate of transcription from a gene possessing a NF-κB binding site.

A level of discrimination among members of a related family of NF-κB binding sites, by a modified NF-κB molecule, can also be introduced. Referring to Table 1, for example, there are apparent differences among the various NF-κB binding sites from various genes. A copy of a cloned NF-κB gene can be mutagenized to alter the binding domain by well known techniques, such as site or region directed mutagenesis. Alternatively, DNA fragments encoding a modified NF-κB binding domain can be made synthetically, having appropriate cohesive or blunt termini to facilitate insertion into the NF-κB gene to replace the existing sequences encoding the corresponding portion of the binding domain. Such restriction fragments can be synthesized having any desired nucleotide changes. Mutated proteins encoded by such genes can be expressed and assayed for preferential binding to, one of the 10 different DNA binding sites shown in Table 1 or related members of the family of NF-κB binding sites. An example of an assay which can be used to screen large numbers of recombinant clones in order to identify binding domain mutants is that described by Singh et al., (Cell, 52:415–423 (1988)). Once such a mutant is identified, a DNA expression vector encoding this mutant protein can be introduced into a cell. The mutant protein will preferentially bind to the selected member or members of the family of DNA binding sites, such as those shown in Table 2, thereby preferentially enhancing transcription from only those genes which contain that particular binding site.

US 6,410,516 B1

37                                                                38

TABLE 2

TABLE 2

| Gene | Sequence |
|---|---|
| Ig κ enhancer – mouse<br>SV40 enhancer<br>HIV-1 (–91)<br>CMV (4)[1,2] | GGGGACTTTCC |
| HIV-1 (–105)<br>HIV-2<br>CMV (1)[1]<br>β2–microglobulin<br>serum amyloid A –99 | AGGGACTTTCC |
| Ig κ enhancer – human<br>CMV (3)[1] | GGGGATTTCC |
| Interferon-β– PRDII | GGGAAATTCC |
| CMV(2)[1] | GGGACTTTCC |
| MHC class II–E$_α$[d] | GGGACTTTCCA |
| IL-2 lymphokine | GGGATTTCAC |
| mouse IL-2Rα | GGGGATTCCT |
| human IL-2Rα | GGGAATCTCC |
| MHC class I – H2 – K[b]<br>HLA – A2, A11, B7<br>B27, B51 | GGGATTCCCC |
| CONSENSUS[3]: | ᶜ ᶜ<br>GGGRATYYAC<br>ᵀ ᵀ |

[1]In this particular element, the sequence has not been tested in a binding assay. All others have been proven by direct binding and usually by inhibition of binding to the Ig κ sequence.
[2]Since there are four putative NF-κB recognition sites in the cytomegalovirus enhancer, these have been numbered 1–4 as they are found from 5' to 3' on the coding strand.
[3]Consensus is based on all sequences though the assignments of the sixth and tenth positions ignore one deviant.

Negative regulation can be effected in an analogous manner. For example, a specific inhibitor molecule which is able to block (reduce or eliminate) NF-κB binding can be added to the biological system in an effective amount. Preferably, this inhibitor is specific for NF-κB and does not interact with other cell constituents. An example of such a molecule is I-κB.

Alternatively, negative regulation can be effected using "decoy" molecules, which are designed to mimic a region of the gene whose expression would normally be induced by NF-κB. In this case, NF-κB would bind the decoy and, thus, not be available to bind its natural target.

Furthermore, in the case of an inhibitor molecule which is also a protein, the gene encoding the inhibitor molecule can be identified, isolated, and cloned into an appropriate expression vector using common methodology. When introduced into an appropriate biological system, the inhibitor molecule is synthesized and functions to interact with NF-κB with its binding site and as a consequence reducing the level of transcription of the gene containing the NF-κB binding site.

Yet another method for negatively regulating the expression of a gene containing an NF-κB binding domain involves the introduction of an effective amount of a decoy sequence encoding the NF-κB binding domain. The decoy sequence serves as an unproductive binding domain with which the NF-κB molecule binds. As the finite number of NF-κB molecules bind to the decoy sequences, the number which bind productively (result in increased transcription) with an intact gene, decreases.

Negative regulation can also be effected by the introduction of "dominantly interfering" molecules (see e.g., Friedman et al., Nature, 335:452–454 (1988). For example, if the DNA binding domain and the DNA polymerase activating domain of NF-κB are spatially distinct in the molecule, a truncated form of the NF-κB molecule can be synthesized, using well known techniques. A preferred embodiment would be a truncated molecule retaining the DNA binding domain, but lacking the RNA polymerase activating domain. Such a "dominantly interfering" molecule would recognize and bind to the NF-κB binding site, however, the binding would be non-productive. Because the activation portion of NF-κB would be required for enhanced transcription, the truncated molecule would exert no positive effect. Furthermore, its occupation of the NF-κB binding site effectively blocks access to any intact NF-κB molecule which may be present in the cell.

The invention is further illustrated by the following examples, which are not intended to be limiting in any way.

EXAMPLES

Example 1

Identification of Nuclear Factor IgNF-A

Methods

1. Gel Electrophoresis DNA Binding Assays with the SfaNI-SfaNI X Promoter Fragment

The SfaNI fragment was subcloned into the SmaI site of pS64, provided by N. Speck). For binding analysis this fragment was excised from pSPIgV$_κ$ by digesting with Hind III and Eco RI. These latter sites flank the Sma I site in the polylinker of pSP64. After end-labeling with [α-$^{32}$P]dATP and the large fragment of E. coli DNA polymerase I, the radiolabeled fragment was isolated by polyacrylamide gel electrophoresis. Binding reactions were performed and the reaction mixtures resolved by electrophoresis (FIG. 1b). The $^{32}$Plabeled fragment (about 0.5 ng, 10,000 cpm) was incubated with a nuclear extract of a human B lymphoma cell line (EW)(prepared by the method of Digman, J. D. et al. Nucl. Acids Res. 11 1475–1489 (1983)) in the absence (lane 1) or presence of two different non-specific competitor DNAs (lanes 2–11). Binding reactions (25 μl) contained 10 mM Tris.HCl (pH 7.5), 50 mM NaCl, 1 mM DTT, 1 mM EDTA, 5% glycerol and 8 μg EW nuclear extract protein. Reactions 2–6 additionally contained 800, 1600, 2400, 3200 and 4000 ng, respectively, of poly(dI-dC)-poly(dI-dC). Reactions 7–11 contained 300, 600, 900, 1200 and 1500 ng, respectively, of Hinf I digested E. coli chromosomal DNA. After a 30 min incubation at room temperature, the resulting complexes were resolved in a low ionic strength 4% polyacrylamide gel (acrylamide:bisacrylamide weight ratio of 30:1) containing 6.7 mM Tris.HCl (pH 7.5), 3.3 mM Na-acetate and 1 mM Na-EDTA. See Strauss, F. and Varshavsky, A. Cell 37 889–901 (1984). The gel was preelectrophoresed for 30 min at 11V/cm. Electrophoresis was carried out at the same voltage gradient for 90 min at room temperature with buffer recirculation. The gel was then dried and auto-radiographed at –70° C. with a screen. In FIG. 1b, F and B indicate positions of free and bound fragments respectively.

Binding assays were performed as detailed above using 2400 ng poly(dI-dC)-poly(dI-dC) and the following DNA

US 6,410,516 B1

39

fragments: κ SfaNI-SfaNI (~0.5 ng, 10,000 cpm, lane 1), κ PvuII-KpnI (~0.5 ng, 10,000 cpm, lane 2), κ PvuII-SfaNI (~0.1 ng, 5000 cpm, lane 3) and pSP64 PvuII-EcoRI (~0.2 ng, 5000 cpm, lane 4). The κ PvuII-SfaNI fragment was derived from the plasmid pSPIgV$_κ$ by digesting with PvuII and EcoRI. The EcoRI site is in the polylinker and therefore this fragment contains 16 bp of polylinker sequence.

2. Binding Competition Analysis in Nuclear Extracts of Human EW and HeLa Cells

EW nuclear extract, FIG. 2a. Binding assays were performed as detailed above using radiolabeled K PvuII-SfaNI fragment (~0.1 ng, 5000 cpm) and 2400 ng poly(dI-dC)-poly(dI-dC). Reactions 2–4 additionally contained 50, 100 and 200 ng, respectively, of the bacterial plasmid pSP64 whereas 5–7 contained 50, 100 and 200 ng, respectively, of the recombinant plasmid pSPIgV$_κ$. Assuming that a molecule of pSPIgV$_κ$ contains a single high affinity site whereas a molecule of pSP64 (3000 bp) contains 6000 non-specific sites, the apparent affinity ratio of the factor for these two types of sites is greater than 6000×200/50≈12.4×10⁴ Hela nuclear extract, FIG. 2b. Binding assays were performed as detailed above using radiolabeled κ PvuII-SfaNI fragment (about 0.1 ng, 5000 cpm), 2400 ng poly(dI-dC)-poly(dI-dC) and 6` µg Hela nuclear extract protein (provided by P. Grabowski). Reactions 1 and 2 additionally contained 100 ng of pSP64 and pSPIgV$_κ$, respectively.

3. DNase Footprinting of Factor-DNA Complexes. (FIG. 3)

The B cell nuclear extract was applied to a heparin-sepharose column equilibrated with 10 mM Hepes pH 7.9, 20% glycerol, 1 mM DTT, 1 mM EDTA, 5 mM MgCl₂ and 0.1 M KCl. The κ-promoter binding factor was eluted with a 0.25 M KCl step. Binding reactions with this fraction (30 µl) contained 2.5 mM MgCl₂, κ PvuII-SfaNI (~1 ng, 100, 000 cpm) and 4800 ng poly(dI-dC)-poly(dI-dC) in addition to components detailed above. The coding strand of the κ promoter probe was 3' end-labeled (Eco RI site) with [α-³²P] dATP using the large fragment of E. coli DNA polymerase. Reaction 1 was digested with DNase I (5 µg/ml) for 2.5 min at room temperature in the absence of B cell nuclear extract. Reaction 2 was initially incubated with the heparin Sepharose fraction of the EW nuclear factor (14 µg protein) for 15 min at room temperature and then digested with DNase I as above. Each reaction was stopped with EDTA (5 mM) and the products separated by native polyacrylamide gel electrophoresis as detailed above. After autoradiography to visualize the various species, DNA was eluted from the free (reaction 1) and bound (B1 and B2, reaction 2) fragment bands by incubating gel slices in 0.5 M ammonium acetate (ph 7.5), 0.1% SDS and 1 mM EDTA with shaking at 37° C. overnight. The supernatants were extracted sequentially with phenol-chloroformisoamylalcohol (25:24:1 v/v) and chloroform-isoamylalcohol (24:1 v/v) and precipitated with 2 volumes of ethanol in the presence of carrier tRNA. After a reprecipitation step the products were analyzed by separation in a 10% polyacrylamide gel (20:1) in the presence of 8M urea followed by autoradiography at −70° C. with a screen. Lane 1 contains products of free fragment digestion from reaction 1. Lanes 2 and 3 contain digestion products eluted from bound bands B1 and B2, respectively, from reaction 1. Lanes 1', 2' and 3' corresponds to 1, 2 and 3, respectively, with the exception that the former set was digested with DNase .1 for 5 min. A-G chemical cleavage ladders of the K promoter probe were coelectrophoresed to map the binding domain. See Maxam, A. and Gilbert, W. Meth. Enzymol. 65, 499–525 (1980).

40

4. Binding of a Common Nuclear Factor to Three Ig Transcriptional Control Elements

Nucleotide sequences of actual and putative binding sites, FIG. 4a. The V$_L$ binding site is defined by the DNase I protection assay (* indicates boundaries of the protected region). The V$_H$ and J$_H$-C$_H$ sequences are putative binding sites in the V$_{17.2.25}$ promoter and the mouse heavy chain enhancer, respectively. Numbers in brackets indicate start coordinated of octamer motif. Binding competition. Binding assays (10 µl) were performed as detailed above using 1600 ng poly(dI-dC)-poly(dI-dC) and the heparin Sepharose fraction of the EW nuclear factor (1.5 µg protein). V$_L$ probe (about 0.1 ng, 5000 cpm) lanes 1–3, 10, 11. V$_H$ probe (~0.2 ng, 5000 cpm) lanes 4–6, 12–12. J$_H$-C$_H$ probe (~0.2 ng, 5000 cpm), lanes 7–9, 14, 15. Lanes 2, 5, 8 additionally contained 5 ng of a V$_L$ promoter oligomer (36 bp, spanning positions −81 to −44 of the MOPC-41 V$_κ$ gene segment) whereas lanes 3, 6, 9 contained 50 ng of the same oligomer. Lanes 11, 13, 15 additionally contained 50 ng of a J$_H$-C$_H$ oligomer (41 bp, spanning positions −1 to 40 of the heavy chain enhancer). Complementary single-stranded synthetic oligonucleotides were kindly made by Dr. Ronald Mertz, Genzentrum der Universitat Munchen and Dr. E. L. Winnacker, Institut fur Biochemie der Universitat Munchen. They were annealed prior to use as competition substrates in the binding assay.

Results

A radiolabeled SfaNI-SfaNI DNA fragment derived from the upstream region of the MOPC 41 κ light chain gene (FIG. 1a) was incubated with a nuclear extract of a human B cell line in the absence or presence of two different competitor DNAs. The resulting complexes were resolved from the free fragment by electrophoresis through a low ionic strength, non-denaturing polyacrylamide gel and visualized by autoradiography (FIG. 1b). In the absence of competitor DNA all of the labeled fragment was retained at the top of the gel (lane 1) probably due to the binding of an excess of non sequence-specific proteins. With addition of increasing amounts of either poly(dI-dC)-poly(dI-dC) (lanes 2–6) or E. coli chromosomal DNA (lanes 7–11) as competitors, putative protein-DNA complexes which migrated more slowly than the free fragment were detected. The relative abundance of the major species of complex (B) as well as that of minor species was significantly greater in the presence of the alternating copolymer competitor DNA. Because substitution of the simple copolymer considerably increased the sensitivity of the assay, it was used in all subsequent binding analyses.

To test the sequence-specificity of the major species detected in the binding assay, a set of mutually overlapping Kappa promoter fragments (See FIG. 1a, SfaNI-SfaNI, PvuII-KpnI and PvuII-SfaNI) and a similar length fragment derived from the bacterial plasmid SP64 (EcoRI-PvuII) were individually assayed (FIG. 1c). Whereas the bacterial DNA fragment showed no appreciable binding (lane 4) all of the κ promoter fragments yielded major discrete complexes of similar mobilities (lanes 1–3). The mobilities of a series of complexes formed with different length promoter probes (75–300 bp) are approximately the same (data not shown). These data therefore suggested the binding of a specific nuclear factor within the region of overlap of the Kappa promoter fragments. This region includes the conserved octameric sequence but not the TATA element. Note that with the smallest 75 bp Kappa promoter fragment (lane 3) no appreciable label was retained at the top of the gel. Thus, as has been noted recently, the use of small probe fragments

US 6,410,516 B1

41

further enhances the sensitivity of detection of specific protein-DNA complexes.

The sensitivity gained by use of both the copolymer and a small fragment probe permitted the detection of two complexes, B1 and B2 (FIG. 2a, lane 1). The major species B1 corresponds to complex B in the earlier figure. The relative affinity of the factor(s) for κ promoter DNA was estimated by a competition assay (FIG. 2a). Whereas a control plasmid (pSP64), when added in the above incubation, failed to compete for binding in the concentration range tested (lanes 2–4), the recombinant plasmid (pSPIgV$_κ$) effectively reduced the formation of both species B1 and B2 in the same range (lanes 5–7). The latter plasmid was constructed by insertion of the upstream region of the Kappa promoter into pSP64. Assuming that the pSPIgV$_κ$ plasmid contains a single high affinity binding site these results suggest that the nuclear factor(s) responsible for B1 and B2 has at least a $10^4$-fold higher affinity for its cognate sequence than for heterologous plasmid DNA (see Methods section 2 above).

To determine if the factor(s) responsible for formation of B1 and B2 was specific to B lymphocytes, a nuclear extract derived from human HeLa cells was assayed for binding to the κ promoter probe (FIG. 2b). Both species B1 and B2 were generated at similar levels as that observed with B cell extracts, by the HeLa extract (lane 1). Furthermore, both were specifically competed by the pSPIgV$_κ$ plasmid (lane 2). Thus HeLa cells also contain a factor(s) which binds specifically to the κ promoter upstream region.

DNase I footprint analysis was used to delineate at a higher resolution the binding domain(s) of factor(s) present in complexes B1 and B2. To facilitate these studies, the binding factor(s) from B cells was partially purified by chromatography of nuclear extract protein on a heparin sepharose column. Most of the binding activity eluted in a 0.25 M KCl step fraction, giving a purification of approximately 5-fold (data not shown; see legend to FIG. 3). For footprint analysis, DNase I was added for a partial digestion after incubation of the partially purified factor(s) with the κ promoter probe B1 and B2 species were then resolved from free fragment by polyacrylamide gel electrophoresis. Bound DNA was eluted from both B1 and B2 bands and examined by denaturing polyacrylamide gel electrophoresis (FIG. 3, lanes 2, 3 and 2', 3'). DNase I digests of the κ promoter probe in the absence of B cell protein (lanes 1 and 1') and A+C chemical cleavage ladders were coelectrophoresed to map the binding domain. Factor(s) in the B1 complexes (lanes 2 and 2') appeared to protect a 19 nucleotide region on the coding strand. The 5' and 3' boundaries of the protected region map to positions −72 and −52, respectively, from the site of transcriptional initiation. The region of DNase I protection was centered about the conserved octanucleotide sequence ATTTGCAT suggesting its importance in the recognition of the Ig promoter by the nuclear factor. B2 complexes showed a virtually identical DNase I protection pattern as B1 complexes and therefore do not appear to involve additional DNA contacts (lanes 3 and 3'). The simplest interpretation of this observation is that the B2 complex is generated by dimerization through protein-protein interactions of the factor responsible for the B1 complex. Alternatively, the B2 complex could be formed either by the binding of another protein to the factor responsible for the B1 complex or by recognition of the same set of sequences by a distinct DNA binding protein.

Because the octamer sequence motif is present in both light and heavy chain gene promoters as well as in the enhancer elements of both mouse and human heavy chain

42

genes, assays were performed for factor binding to fragments from a mouse heavy chain promoter ($V_H$) and the mouse heavy chain enhancer. The $V_H$ promoter fragment was derived from the 5' region of the $V_{17.2.25}$ gene and included nucleotides between positions −154 and +57 relative to the transcriptional start site. Grosschedl, R. and Baltimore, D. Cell 41 885–897 (1985). In this promoter the conserved octanucleotide spans positions −57 to −50 (FIG. 4a). The heavy chain enhancer fragment was derived from the germline $J_H$-$C_μ$ region and spanned positions 81 to 251 within a 313 bp region implicated in enhancer function. Banerji, T. et al. Cell 33 729–740 (1983). The conserved octanucleotide is positioned between coordinates 166 to 173 in the above fragment (FIG. 4a). The B-cell heparin sepharose fraction (purified on the basis of binding to the Kappa promoter sequence, FIG. 4b, lane 1) evidenced binding to both the $V_H$ promoter fragment (lane 4) and to the enhancer fragment (lane 7). The mobilities of the complexes formed with the three fragments were very similar consistent with the binding of a common factor. Furthermore, binding to these fragments was specifically competed by a synthetic duplex 40-mer that spanned the octanucleotide motif of the MOPC 41 κ light chain gene promoter (lanes 1–9). An oligomer of equivalent size containing a sequence from a region of the mouse heavy chain enhancer lacking the octanucleotide motif (FIG. 4b) failed to compete for binding in the same concentration range (lanes 10–15). This competition analysis further strengthens the suggestion that a common nuclear factor (IgNF-A) binds to all three Ig transcriptional elements. As has been mentioned previously, these three transcriptional elements share an identical sequence motif ATTTGCAT (FIG. 4a). Thus, the binding of a common nuclear factor is almost certainly mediated by this motif.

## Example 2

### Dependency of in Vitro Transcription of Ig Genes on an Upstream Sequence

#### Methods

FIG. 5a: Templates. The deletions 5'Δ5 and 5'Δ7 have been described before. See Bergman Y. et al PNAS USA 81:7041 (1981). The highly conserved octanucleotide sequence which is found upstream of all sequenced heavy and light chain variable region genes is boxed (labelled "OCTA"). It is located approximately 30 base pairs upstream from the "TATA" box. The plasmids pκ and pΔκ were constructed by converting the 5'-ends of 5'Δ5 and 5'Δ7 into a Hind III site by means of synthetic linkers followed by cloning the fragment up to the Bgl II site in the $J_κ$-$C_κ$ major intron into Hind III, Bam HI digested pUC-13. pκE$_κ$ and pκE$_κ$ represent plasmids containing either the kappa enhancer of the heavy chain enhancer cloned into the unique Hind III site of pK. The segments used as the enhancers are an 800 bp Hind III-Mbo II fragment from the $J_κ$-$C_κ$ intron (Max, E. E. et al. (1981) J. Biol. Chem. 2565116) and a 700 bp Xba I-Eco RI fragment from the $J_H$-$C_μ$ intron. Gillies, S. D. et al. Cell 33:717 (1983); Banjerji, J. et al. Cell 33:729 (1983). FIG. 5b; transcription in whole cell extracts made from the human B lymphoma cell lines RAMOS (lanes 1,2) and EW (lanes 3,4); transcription in a HeLa whole cell extract (from A Fire (lanes 5,6)). The expected 2.3 kb run off transcript is indicated.

The cell lines RAMOS and EW were grown in RPMI medium containing 10% inactivated fetal calf serum to a density of $5$–$8 \times 10^5$ cells per ml. Whole cell extracts were

US 6,410,516 B1

43

generated according to the procedure of Manley et al., PNAS USA 77:3855 (1980), and had a final protein concentration of approximately 18 mg/ml. Run off transcription reactions were carried out at 30° for 60' in a reaction volume of 20 $\mu$l. A typical reaction mix contained 9 ul (160 $\mu$g) of whole cell extract, 50 uM each of ATP, CTP and GTP, 0.5 uM UTP, 10 $\mu$Ci of $\alpha$-$^{32}$P UTP (NEG 007x, 7600 Ci/mM) 5 mM creatine phosphate, 0.3 mg/ml creatine phosphokinase (Sigma), 12 mM Hepes 7.9, 12% glycerol, 60 mM KC1, 5 mM MG$^{++}$, 1 mM EDTA, 0.6 mM DTT, linearized template (about 50 ng) and poly (dI-dC)-poly(dI-dc) as a non-specific carrier (about 400 ng). The reactions were terminated by adding 200 $\mu$l of stop buffer (7M urea, 100 mM LiCl, 0.5% SDS, 10 mM EDTA, 250 $\mu$g/ml tRNA, 10 mM Tris (pH 7.9), followed by two extractions with phenol: chloroform: isoamyl alcohol (1:1:0.05), one with chloroform and precipitation with ethanol. The RNA's were treated with glyoxal and analyzed by electrophoresis through a 1.4% agarose gel in 10 mM sodium phosphate (pH 6.8), 1 mM EDTA. See Manley et al. supra. The gel was then dried for autoradiography with an intensifying screen at −70° C.

FIG. 6: Effect of the upstream deletion 5'$\Delta$7 on in vitro transcription in B cell extracts utilizing a pre-incubation pulse chase protocol. Run off transcripts obtained utilizing templates containing either the wild type promoter (lane 1) or the truncated Kappa promoter (lanes 2,3). Lanes 4–6: In vitro transcription using closed circular templates containing the wild type promoter (lane 4) or the truncated $\kappa$ promoter (lanes 5–6). In these reactions 50 ng of a closed circular template containing the adenovirus major late promoter (MLP) was included as an internal control. The transcripts specific to the $\kappa$ template or the adenovirus template are indicated as $\kappa$ and MLP, respectively. For a template containing the major late promoter the plasmid pFLBH was used. The plasmid contains sequences from 14.7 to 17.0 map units of adenovirus inserted between the Bam H1 and Hind III sites of pBR322 and was the kind gift of A. Fire and M. Samuels.

Either the linearized or the supercoiled template (50 ng) was incubated in a volume of 20 $\mu$l with 9 $\mu$l (about 150 $\mu$g) of EW extract, 6% (wt/vol) polyethylene glycerol 20,000 and all other components described for FIG. 5b except the nucleotides for a period of 60 minutes at 30° C. Transcription was initiated by the addition of nucleotides and radioactive UTP to the following final concentrations: 60 uM each of ATP, CTP and GTP and 1 $\mu$M UTP and 10 $\mu$Ci $\alpha$-$^{32}$P UTP (NEG 007x, 600 Ci/mM). The initiating pulse was maintained for 10' at 30° followed by a 10' chase with a vast excess of non-radioactive nucleotides. Final concentrations during the chase were as follows: 330 $\mu$M ATP, CTP, GTP and 1 mM UTP. The reactions were quenched, worked up and the run off transcripts analyzed as described above. Mapping of the initiation site of the transcript was conducted as follows: Transcripts generated from closed circular templates were taken up in 20 $\mu$l of HE (50 mM Hepes, pH 0.7, 1 mM EDTA) and 10 $\mu$l was used for hybridization selection. A hybridization template complementary to the $\kappa$ RNA was constructed by cloning the $\kappa$ Pvu II-Sau 3A fragment which contains the cap site of the MOPC41 gene (Queen and Baltimore, Cell 33:741 (1983)) into the M13 phage MP9. Single stranded phage DNA was prepared and purified by density gradient centrifugation through cesium chloride. MLP specific transcripts were detected using the M13 clone XH11 provided by A. Fire and M. Samuels. Hybridizations were done in a final volume of 15 $\mu$l in the presence of 750 mM NaCl and 100–200 ug of single stranded complementary DNA at 50° C. for 2 hrs. The reactions were then diluted

44

with 200 $\mu$l of cold quench solution (0.2 M NaCl, 10 mM Hepes pH 7.5, 1 mM EDTA) and 2 U of ribonuclease T1 added. Digestion of single stranded RNA was allowed to proceed for 30' at 30° C. after which the reactions were extracted once with phenol chloroform isoamyl alcohol (1:1:0.05) and precipitated with carrier tRNA. The pellet was washed once with cold 70% ETOH, dried and resuspended in 80% v/v formamide, 50 mM Tris borate, pH 8.3 and 1 mM EDTA. The RNA was denatured at 95° C. for 3 min and then electrophoresed through a 6% polyacrylamide 8.3 M urea sequencing gel. The upper of 2 bands ($\kappa$) derived form the immunoglobulin promoter represent the correct start for $\kappa$ transcription. The lower band is seen at variable intensities and probably does not represent a different cap site, as explained below.

Results

Whole cell extracts were made from two human Burkitt lymphoma lines, EW and RAMOS, by the procedure of Manley et al. supra. The templates used for in vitro transcription reactions are diagrammed in FIG. 5a. The template representing the wild type gene (pK) was derived from the MOPC41 $\kappa$ gene and contained sequences from approximately 100 bp upstream from the transcription initiation site (end point 5'$\Delta$5, FIG. 5a) to the Bgl II site in the major $J_\kappa$–$C_\kappa$ intron Max, E. E. J. Biol. Chem. 256:5116. This fragment retains the complete variable region which is rearranged to $J_\kappa$ l, but not the $\kappa$ enhancer which is further downstream of the Bgl II site. See, e.g., Queen and Stafford, Mol. Cell. Biol. 4:1042 (1984). This short 5' flank has been shown to be sufficient for accurate initiation and high level of transcription in a transient transfection assay. Bergman, Y. et al. PNAS USA 81:7041 (1984). Deletion analysis of the $\kappa$ promoter showed previously that important regulatory sequences are present between nucleotides −79 and −44 because deletion 5'$\Delta$7 completely abolished transcriptional competence of the gene while deletion 5'$\Delta$5 had no effect. See Bergman et al. supra. The template representing an inactive promoter mutant (p$\Delta\kappa$) was constructed by engineering a Hind III site into the 5'-end of 5'$\Delta$7 and cloning the segment of the gene up to the Bgl II site into pUC13 cut with Hind III and Bam HI.

To examine transcriptional activity in B cell extracts, a linear template truncated at the Sac I site in the polylinker was used and transcripts ending at this site (run off transcripts) were examined by electrophoretic separation. A run off transcript of 2.3 kb was evident when RAMOS, EW or HeLa cell extracts were used (FIG. 5b, lanes 2, 4 and 6). When a $\kappa$ chain enhancer sequence was added to the construct, no effect was evident implying that transcription in these extracts is enhancer independent (FIG. 5b lanes 1, 3 and 5). (In EW and HeLa, the enhancer appears to cause a slight increase in the background radioactivity but not in the 2.3 kb band.) The band at 2.3 kb could be abolished by not adding the template or by transcribing in the presence of 0.5 $\mu$g/ml amanitin. Thus it represents a template-specific, RNA polymerase II transcript. The band just below 2.3 kb is not decreased by $\alpha$-amaninti and presumably reflects endlabeling of endogenous 18S rRNA.

To assess whether initiation of transcription occurred at the natural cap site, a second assay was used. See Hansen, U. and P. A. Sharp (1983) EMBO J 2:2293. For this assay, the uniformly labeled RNA was hybridized to a single stranded DNA probe spanning the transcription initiation site (generated by cloning the Pvu II-Sau 3A fragment of the $\kappa$ gene into phage M13). The resulting complex was digested with ribonuclease T1 and the ribonuclease-resistant RNA

US 6,410,516 B1

45

46

fragments were analyzed by electrophoresis through a 6% polyacrylamide gel with 8.3 M urea. Analysis of in vitro synthesized RNA by this method is shown in FIG. 6 (lane4). The upper band (labeled κ) represents the correct cap site. The band just below it was seen at variable intensities and probably does not represent a different cap site but rather arises from cleavage with ribonuclease T1 at the next G residue from the 3'-end of the protected region. (Examination of the sequence near the Sau 3A1 site shows that the second set of G residues on the RNA lies 19 bp upstream from the end of the region of homology with the single stranded DNA probe.) Thus the extracts generated from B cells were capable of correctly initiating and transcribing the immunoglobulin promoter in vitro with approximately the same efficiency as a HeLa cell extract.

To analyze the effect of 5' flanking sequences in vitro, we examined the transcription of the deleted gene, pΔK. Because many regulatory effects act upon the rate of initiation of transcription, we chose to use a preincubation, pulse-chase protocol which measures the initiation rates. See Fire, A. et al. J. Biol. Chem. 259:2509 (1984). The template DNA was first preincubated with the extract to form a pre-initiation complex. Transcription was then initiated by the addition of nucleotides and radiolabeled UTP. The initiated transcripts were completed during a chase period with unlabeled nucleotides and analyzed by electrophoretic separation. Incorporated radioactivity in this assay is proportional to the number of correct initiations occurring during the pulse.

In FIG. 6, comparison of lanes 2 and 3 with lane 1 shows that the template pκ, which contains about 100 bp upstream of the initiation site, initiated approximately 10-fold more efficiently than did the deletion mutant, pκ. Again, the presence of the heavy chain enhancer placed at −44 bp to the truncated promoter did not alter the level of transcription. When closed circular templates were used, a similar effect of the promoter truncation was observed (FIG. 6, lanes 4–6). In these reactions a template containing the major late promoter of adenovirus was included as an internal control; the expected protected RNA fragment of about 180 bp is labeled MLP. Comparison of lanes 5 and 6 with lane 4 shows that there was a 10-fold decrease in the efficiency of transcription from the mutant promoter, whereas the transcript of the major late promoter remained constant. The reason for the apparent decrease in the amount of transcription from the supercoiled template containing the heavy chain enhancer has not been further addressed. It is evident, however, that the dependence of transcription on an upstream sequence between −44 and −79 is observed whether the effect described above was specific to B cell extracts, the same templates were transcribed in the heterologous HeLa whole cell extract. A 4- to 5-fold decrease in transcription was seen with the deleted template when compared with the wild type template (data not shown). Thus, the effect of the deletion is at best, only modestly tissue-specific.

We have reported here the development of transcriptionally competent whole cell and nuclear extracts from two independent human B cell lymphomas. In such extracts, transcription from the promoter of the MOPC41 κ gene was correctly initiated and a promoter deletion significantly reduced the level of initiated RNA. In vitro, the effect of the deletion used here is several hundredfold when analyzed by a transient transfection assay. However, the effect observed in vitro is only about 10- to 15-fold. Although there are now several examples of transcription sequence requirements for in vitro transcriptions, See, e.g., Groschedl R. and Birsteil M. L. (1982) PNAS USA 79:297; Hen, R. et al. (1982) PNAS

USA 79:7132, the effects have been smaller than the corresponding one in vivo. This is possibly due to the dominance of the TATA box and associated factors in determining the level of transcription in vitro Miyamoto, N. G. et al., Nucl. Acids. Res. 12:8779 (1984).

Example 3

Discovery and Characterization of IgNF-B

The mobility shift gel electrophoresis assay was used to screen nuclear extracts from a variety of cell lines for octamer binding proteins. The band corresponding to IgNF-A was found in all extracts but a second band with distinct mobility from IgNF-A was found only in nuclear extracts from lymphoid cells. This lymphoid-specific octamer binding protein, termed IgNF-B, was found in nuclear extracts from all pre-B, mature B and myeloma cell lines tested and in nuclear extracts from some T cell lymphomas (see FIG. 7 and 8). IgNFB was not detected in nuclear extracts from the non-lymphoid cell lines, Hela, ψ2, Cos and Mel (see FIG. 8). IgNF-B was shown to be specific for the same octamer sequence as IgNF-A by competition experiments n which the IgNFB band was selectively competed by unlabelled DNA fragments sharing only the octamer sequence and not by DNA fragments lacking the octamer sequence.

The octamer sequence is found at approximately position −70 upstream of the transcription start site of all immunoglobulin (Ig) variable genes which is in the region that has been shown to control the lymphoid specificity of the Ig promoter. Thus, IgNF-B binds to the upstream octamer sequence in lymphoid cells and activate transcription.

Example 4

Factors Binding to μ-Enhancer: E Factor

The fully functional μ enhancer has been localized to a 700 bp XbaI.EcoRI fragment from the major intron between $J_H$ and $C_\mu$. This fragment can be further sub-divided by cleaving at the PstI site to generate a 400 bp XbaI-PstI fragment (μ400) and a 300 bp PstI-EcoRI fragment (μ300). It has been shown by transient transfections that 30–50% of the tissue specific enhancer activity is retained in μ300, whereas there is no detectable activity of μ400. The gel binding assay was employed to investigate what protein factors may interact with the u-enhancer. Briefly, end-labelled DNA fragments were incubated with nuclear extracts made from tissue culture cells. After 20 min at room temperature the mixture was loaded on a low ionic strength polyacrylamide gel and electrophoresis carried out at 120V for 2 hrs. The gels were then dried for autoradiography. When the functional 300 bp (μ300) enhancer fragment was used in such an assay a DNA-protein complex was observed in extracts derived from the human B lymphoma cell line EW (FIG. 9b, lane 2). To show that this new band represented a specific complex binding reactions were carried out in the presence of varying amounts of non-radioactive competitor fragments (FIG. 9b, lanes 3–11). It is easily seen that when μ300 is added as the competitor fragment, the complex band is completely lost. In contrast, the adjacent u400 fragment (lanes 6,7,8) or a 450 bp fragment containing the κ light chain enhancer (lanes 9,10,11), cause only a minor effect even at the highest concentrations used. It is interesting to note that there appears to be a slight increase in the amount of specific complex in the presence of the κ enhancer fragment (compare lanes 9 and 2). As demon-

US 6,410,516 B1

47

strated below, both the μ and the κ enhancers interact with at least one common protein and this is not the factor being detected by binding the u300 fragment. The increase in the specific complex in the presence of the κ enhancer is probably due to the removal of factors common to both the enhancers from the reaction mix, thus leaving more of the labelled fragment available to bind to the μ specific factor being detected by it.

In order to be able to detect binding sites for less abundant proteins and also to more precisely define the complex detected with μ300, this fragment was further dissected. Each of the smaller fragments generated were analyzed for their ability to serve as binding sites for nuclear proteins. FIG. 10A shows a partial restriction map of the relevant region of the μ enhancer. μ300 was digested with AluI, HinfI and DdeI to generate a number of 50–70 bp fragments labelled μ50, μ(60)₂ (a mixture of AluI-DdeI and HinfI to AluI) and μ70 (AluI-AluI). Binding reactions were carried out with each of these fragments with nuclear extracts of EW lymphoma cells in the presence of increasing amounts of the non-specific competitor poly (dI-dC)·poly(dI-dC). The results are shown in FIG. 10B.

Fragment μ50 forms a major complex (lanes 2,3,4) that is barely decreased even in the presence of 4 ug of poly(dI-dC)·poly(dI-dC) (lane 4). The mixture of the two 60 bp fragments does not give rise to a discrete complex band (lanes 6,7,8). Finally the μ70 fragment gave 2 faint, but discrete, nucleoprotein complex bands (lanes 10,11,12) of which the lower one is again barely affected by 3 ugm of non-specific carrier poly(dI-C)·(dI-C) (lane 12).

Specificity of the complexes observed were shown by competition experiments using a variety of DNA fragments, FIG. 10C. Thus, the complex generated with μ50 is specifically competed away in the presence of μ300 (of which μ50 is a part), or a κ promoter fragment, but not by corresponding amounts of μ400 or a κ enhancer fragment, consistent with the complex being generated by the interaction of the previously described factor IgNF-A with its cognate sequence. (This factor recognizes a conserved octanucleotide, ATTTGCAT, found in the promoters of all sequenced immunoglobulin genes and within this subfragment of the heavy chain enhancer.)

The complex observed with μ70 was specifically competed away by itself (lane 9) and to some extent with the κ enhancer (lanes 5,6 FIG. 10C) but not at all by either the Moloney murine leukemia virus enhancer (lanes 3,4) or by μ400 (lanes 7,8, FIG. 10D). Further competition analysis showed that this complex could not be competed away by either (μ60)₂ (FIG. 2D, lanes 7,8), μ50 (FIG. 2D, lanes 5,6) or μ70 (central AluI-AluI fragment) (FIG. 10D, lanes 11,12). The binding we have observed is therefore specific to this small fragment and was detected only upon further dissecting μ300 which separated the major observable interaction of IgNF-A with the enhancer sequence to another fragment (μ50).

Ephrussi et al. and Church et al. have used methylation protection experiments to define a set of G residues within the heavy chain enhancer that are specifically resistant to methylation by DMS in B cells. This result lead to the proposal that tissue-specific DNA binding proteins were responsible for this decreased accessibility of the reagent to DNA. The protection was observed in 4 clusters, the DNA sequences of which were sufficiently homologous to derive a consensus sequence for the binding site of a putative factor. All four postulated binding sites (E1–E4) are found within the 700 bp fragment; however μ300 retains only 2

48

complete binding domains (E3 and E4) for this factor and the octamer (0) sequence. The Alu-Alu fragment that shows that specific nucleoprotein complex described above contains the complete E3 domain and the factor we detect in vitro presumably is the same as that detected with μ70 (FIG. 10D, lanes 5,6).

In case this was due to the fragment predominantly binding IgNF-A at the octamer site and thus making it unavailable as a competitor for μ70, binding reactions and competition assay were done for a fraction generated by chromatography of the crude extract over a heparin-sepharose column, that contained μ70 binding activity and was significantly depleted of IgNF-A. When μ50 or μ170 was endlabeled and incubated with the column fraction, no specific nucleoprotein complexes were seen upon electrophoretic analysis. Even in this fraction, μ50 and μ170 failed to compete successfully for the interaction between μ70 and its binding protein (data not shown), thus implying strongly that the binding site defined as E4 perhaps does not bind the same factor that binds at E3. Similarly, the E1 domain (isolated as a HinfI-PstI fragment) does not compete as effectively as μ70 itself for the binding of the factor to μ70.

To determine the location of the binding sites within individual fragments (μ70 and μ50), the technique of methylation interference was employed. End-labelled DNA fragments were partially methylated on guanines and adenines using dimethyl sulfate (DMS). Methylated DNA was then used for binding reactions with crude extracts and the complex was resolved from the free fragment by electrophoresis. Both complex and free fragment bands were then excised from the gel, and the DNA was recovered by electroelution. Piperidine cleavage of the recovered fragments was followed by electrophoresis through 12% polyacrylamide urea sequencing gels. In principle, if any of methyl groups introduced by reaction with DMS interfere with the binding of a specific protein then that molecule of DNA will be selectively missing in the complex formed and subsequently the corresponding ladder. The method therefore allows identification of G residues making intimate contacts with the protein. [We have found that the use of DNaseI footprinting via the gel binding assay to be complicated in the case of some of these less abundant factors because of the short half lives of the complexes themselves. Thus, if a binding incubation is followed by partial DNaseI digestion, it is possible that in the course of time required to load the sample and have the complex enter the gel, DNA fragments that were in complex form may exchange with the larger amounts of free fragment in the binding reaction. Thus not leading to any distinction in the DNase patterns seen with wither the complex or the free DNA (e.g. the half life of the nucleoprotein complex in μ70 is less than 1 minute,)].

The result of carrying out such an interference experiment using nuclear extracts and on the u50 DNA fragment shows that the complex observed arises via interaction of the IgNF-A protein at the conserved octameric sequence (FIG. 3A). The free fragment generates a characteristic G ladder (FIG. 11A, lanes 2,3) and the complex form (lane 1) is specifically depleted in DNA molecules carrying a methyl group at the G residue indicated by the asterisk which lies in the middle of the conserved octamer. Presumably, modification at this residue seriously impedes the formation of a stable complex between the protein and its cognate sequence. This residue was also shown to be protected against methylation of DMS in vivo. Interestingly, however, none of the other G residues observed to be protected in vivo

US 6,410,516 B1

49                                                      50

in this region of the μ enhancers appear to be affected in our in vitro interference experiment. Therefore, if these protections in vivo are due to the binding of a protein, this factor is different from IgNF-A or B and is not binding to fragment in vitro.

On the μ70 fragment several G residues were identified as being important in forming intimate contacts with the binding protein (E) (FIG. 11B). On the coding strand bands the 3 G's are significantly reduced in intensity in the complex as compared to the free DNA fragment (FIG. 11B, compare lanes 1,2), and on the non-coding strand 2, G's are significantly affected (FIG. 11B, compare lanes 3 and 4).

The results of both the in vivo DMS protection experiment and the in vitro methylation interference experiments are summarized in FIG. 3C. The open and closed circles above the sequence were the residues identified by Ephrussi et al. to be protected against methylation in vivo whereas the encircled G's are the ones identified by us in vitro. The pattern of protection and interference on the μ70 fragment over the consensus sequence is strikingly similar in vivo and in vitro, which indicated strongly that the protein identified here by means of the gel bind assay is the one that interacts with this sequence in vivo. Analogous to μ50, however, the second set of protections seen in this region in vivo was not observed in vitro. Tissue specificity of the factors detected: In order to determined whether the proteins identified are limited to expression only in B cells, a large number of extracts from B cells and non-B cells were screened (FIG. 12). Complexes that co-migrate with the ones generated and characterized (by competition and methylation interference experiments) in the B cell line EW, were observed on both the fragments μ50 and μ70 (FIG. 12; μ70) in all the cell lines examined. Although the complex generated in each extract has not been further characterized, we interpret this data as indicating that both these factors are non-tissue specific. A second complex (NF-κB) was observed with the μ50 fragment that was restricted to B and T cells only.

A point to note is that although the amount of protein in each lane has been held constant at between 9 and 11 μg, the extent of complex generated was found to vary considerably from extract to extract. Thus, showing that quantitative estimations of the abundance of proteins in different cell lines using this assay is not very meaningful at this stage. (This is presumably due to subtle variations in the state of the cells and the extraction conditions for the different cell lines).

In summary, analysis of the functional 300 bp PstI-EcoRI fragment of the μ enhancer reveals that:

(i) at least 2 different proteins bind within this DNA sequence. One protein (IgNF-A) interacts with an octamer sequence (ATTTGCAT) that is highly conserved upstream of all heavy and light chain variable region genes and is also found in the u enhancer. The second protein interacts with a sequence shown by Ephrussi and Church to be protected in a tissue specific manner against methylation by DMS in whole cells;

(ii) both factors can be detected in nuclear extracts from a variety of cell lines and are therefore not B-cell specific;

(iii) both E1 and E4 sequences hardly compete for the binding of the factor to μ70 (which corresponds to E3), thus implying that these sequences do not interact with the same factor, although the sequence homology amongst the sites would have lead one to expect that they should.

Example 5

Identification of Factors Binding to Kappa-light Chain Enhancer

An enhancer element has also been identified in the major intron of the κ light chain gene. Picard and Schaffner showed

that the enhancement activity can be localized to a ~500 bp AluI-AluI fragment and Queen and Stafford have further refined the 5' and 3' boundaries so that the enhancer may be considered restricted to 275 base pairs within the larger fragment. We have dissected this region into a number of smaller fragments and assayed each of these by means of the gel binding assay for the location of protein binding sites.

A restriction map of the relevant region of the κ enhancer is shown in FIG. 13a. The black boxes represent sequences identified by Church et al. to be homologous to the putative protein binding domains detected in the μ enhancer in vivo.

Fragments generated by cutting with Dde and HaeIII (κ1, κ2, κ3, κ4 and κ5; FIG. 13a) were assayed for binding in the presence of increasing amounts of poly(d-dC)-(dI-dc) as a non-specific carrier, κ4 and κ5 appeared to be obviously negative (FIG. 13b, lanes 1–8) while κ3 and κ2 appeared to be positive (FIG. 13b, lanes 10–12 and 14–16). Preliminary results show that the internal fragment does not contain any specific binding sites either. The nucleoprotein complex bands generated with 0.5–1 ng of radiolabelled probe could be detected even in the presence of 3 μg of the carrier (lanes 12, 16, FIG. 13b).

To show that the bands detected represented a specific interaction between a protein and DNA, we carried out competition experiments (FIG. 13c and 13d). The competition pattern for κ2 was strikingly similar to what had been earlier observed with the μ70 fragment; relatively large amounts of u400, the Moloney leukemia virus enhancer, the SV40 enhancer or the κ promoter (containing the conserved octa) to κ2 did not compete for binding, although u300 and the κ enhancer did. Since κ2 contains a putative E box identified by sequence comparison (as does μ70) we competed its binding with smaller fragments from μ300 (FIG. 5C). The complex is specifically competed away by the addition of unlabelled μ70 during the incubation (compare lanes 3 and 4 with lane 2), but not by μ60 (lanes 5,6), μ170 (lanes 7,8) or the SV40 enhancer (lanes 9,10). Further, the protein that binds to this sequence co-fractionates with the μ70 binding activity through two sequential chromatographic steps (Heparin agarose and DEAE Sepharose). Thus, we conclude that the same sequence specific protein binds to both the fragments μ70 and κ2 and that there is at least one common protein interacting with both the μ and the κ enhancers.

The κ3 complex (indicated by the arrowhead, FIG. 13d) failed to be competed away by μ300 (compare lanes 3 and 4 with lane 2), μ400 (compare lanes 5 and 6 with lane 2) as a κ promoter containing fragment (compare lanes 7 and 8 with lane 2). However, the complex was specifically competed away with both the complete κ enhancer (lanes 9,10) and the SV40 enhancer (lanes 11,12). The band below the major κ3 complex was seen at variable intensities in different experiments and failed to compete even with the complete κ enhancer in this experiment and has not been further investigated at this stage. The observation that the SV40 enhancer specifically competes for binding of this factor is not altogether surprising, since this fragment and the SV40 enhancer share an identical stretch of 11 nucleotides.

The binding site of this factor on the κ3 fragment was localized by methylation interference experiments. In two different extracts, methylation at three of a stretch of 4 residues within this sequence completely abolished binding (FIG. 14, compare lane 1 [complex] and 2 [free]; and lanes 3 [complex] and 4 [free]). This stretch of G's forms a part of the conserved region (GGGGACTTTCC) between the SV40 enhancer and κ3. Thus, the binding site was localized

US 6,410,516 B1

51

towards one end of the κ3 fragment. The results also served to explain the specific competition observed earlier with the SV40 Enhancer. Interestingly, deletion mapping of the κ enhancer shows that sequences within the κ3 fragment are extremely important for enhancer function.

The tissue range of this factor was examined by carrying out binding analysis with κ3 in extracts from a variety of cell lines. Nucleoprotein complex formation κ3 was detected in a mouse B cell line (FIG. 15a, lane 2), but not in 5 other non-B cell lines (FIG. 15a, odd numbered lanes from 5–11). Even numbered lanes show that the ubiquitous factor detected by μ50 is present in all these cell lines and served as a positive control for the experiment. The factor κ3 therefore appears to be restricted to expression to B lymphoid cells.

We then examined extracts made from cells at various stages of B cell differentiation (FIG. 15B). Interestingly κ3 binding protein can be detected in the Abelson murine leukemia virus transformed pre-B cell line PD, in two mouse B cell lines (WEH1231 and AJ9, FIG. 15B, lanes 12,14), one human B cell line (EW, FIG. 15B, lane 16) mouse myeloma line (MPC22, FIG. 15B, lane 18) and 2 human myelomas (KR12 and 8226, FIG. 15B, lanes 20,22). However, it does not appear to be present in a pre-preB cell line (C5, FIG. 15B, lane 4) and in mouse pre-B cell lines (HATFL, 38B9, 70Z, FIG. 15B, lanes 6,8,10). Thus, this factor appears to be not only tissue-specific, i.e., limited to cells of the B lymphoid lineage, but also stage-specific within that lineage. In the series of extracts examined, the presence of this factor bears a striking correlation with κ expression.

The results with the Kappa enhancer can be summarized as follows: Dissection of the κ enhancer enabled detection of two distinct binding proteins with this DNA. One of these proteins appears to be ubiquitous and interacts with the u heavy chain enhancer as well. The second protein appears to be highly expressed in a stage-specific manner within the B cell lineage and can be detected only in those cell lines where the endogenous κ gene is active. There does not appear to be a binding site for this factor in the heavy chain enhancer, although there is one in the SV40 enhancer. Examples 6 and 7 describe cloning of two transcriptional factors: NF-κB and IgNFB.

### Example 6

### Cloning of Putative NF-κB

#### Experimental Procedures

##### λgt11-EBNA-1 Recombinant

A HinfII-AhaII DNA fragment of the EBV genome (coordinates 107,946–109,843), that contains the EBNA-1 open reading frame, was subcloned using BamHI linkers into the BamHI site of pUC13 (pUCEBNA-1). The λgt11-EBNA-1 recombinant was constructed by inserting the 600 bp SamI-BamHI fragment of pUCEBNA-1 (EBV coordinates 109,298-109,893) into the EcoRI site of λgt11 using an EcoRI linker (GGAATTCC). A phage recombinant containing the EBNA-1 insert in the sense orientation was isolated by immunoscreening with EBNA-1 antibodies (see below). In this recombinant, the carboxy-terminal region of EBNA-1 (191 amino acids) is fused in frame to the carboxy-terminus of β-galactosidase.

##### λgt11 cDNA Expression Library

The human B cells (RPMI 4265) cDNA library constructed in the expression vector λgt11 was purchased from Clontech Laboratories, Inc. The library contains approximately $9 \times 10^5$ independent clones and has an average insert size of 1.2 kb.

52

#### E. Coli Strains

The standard pair of λgt11 host strains, Y1090 and Y1098, were employed. The former was used to screen λgt11 recombinants and the latter to generate λlysogens for the analysis of β-gal fusion proteins.

#### Plasmids

The plasmid pUCoriP1 was constructed by subcloning the EcoRI-NcoI fragment from the oriP region of the EBV genome into the SmaI site of pUC13. This fragment contains 20 high affinity binding sites for EBNA-1. pUCoriP2 was derived from pUCoriP1 by subcloning of an oriP fragment (EcoRI-BstXI) of the latter into the SmaI site of pUC13. pUCoriP2 contains 11 high affinity binding sites for EBNA-1. pUCORD2 was made by insertion of a synthetic binding site for the bacteriophase λO protein (AAATCCCCTAAAACGAGGGATAAA) into the SmaI site of pUC13. The complementary oligonucleotides were a gift of R. MacMacken. pUCMHCI and pUCmhcI were constructed by insertion of the following oligonucleotides: GATCCGGCTGGGGATTCCCCATCT GATCCGGCT-GcGGATTCCCaATCT

GCCGACCCCTAAGGGGTAGACTAG GCCGACgC-CTAAGGGtTAGACTAG

into the BamHI site of pUC13. The wild type sequence is a binding site for H2TF1 and NF-κB. pUCOCTA is a similarly constructed pUC18 derivative that contains a synthetic recognition site (ATGCAAAT) for the mammalian octamer binding protein(s). The plasmids p190H2KCAT (-190 to +5) and p138H2KCAT (-138 to +5) contain 5'-deletions of the H-2K$^b$ gene promoter fused to the coding sequence for chloramphenicol acetyl transferase. All plasmid DNAs were purified by an alkaline lysis protocol followed by two bandings in CsCl-EtBr gradients.

#### Binding Site Probes Competitor DNAs

The MHC, mhc1, ori and OCTA probes were end-labeled by digesting the corresponding pUC plasmids with EcoRI and HindIII. The resulting products were end-labeled with [α-$^{32}$P]dATP using the large fragment of E. coli DNA polymerase I. dCTP, dGTP and dTTP were included in these reactions so as to fill in the ends of the restriction fragments. The labeled fragments were separated by native polyacrylamide gel electrophoresis. The binding site fragments (60–75 bp) were eluted from the gel and purified by ELUTIP™ (Schleicher and Schuell) chromatography. Using high specific activity [α-$^{32}$P]dATP (5000 Ci/mmol), typical labelings yielded DNA probes with specific activities of $2-4 \times 10^7$ cpm/pmol.

To generate the oriP probe, pUCoriP2 was digested with EcoRI and HindIII, and the oriP fragment (~400 bp) isolated by low melt agarose gel electrophoresis. This DNA fragment was then digested with HpaII and the products labeled as detailed above. The smaller of the two HpaII fragments (~90 bp) was isolated for use as the oriP probe. The MHCg probe was prepared by digesting p190H2KCAT with XhoI was labeling as before. The labeled DNA was then digested with HincII and the 90 bp probe fragment purified as before. This probe contains sequence from −190 to −100 of the upstream region of the H-2K$^b$ gene.

The Δ6MHCg (−190 to +270) and A11MHCg (−138 to +270) competitor DNAs were prepared by digesting the plasmids, p190H2KCAT and p138H2KCAT, with XhoI and EcoRI. The H2KCAT fragments were isolated by low melt agarose gel electrophoresis.

#### RESULTS

##### Specific Detection of a λ Recombinant Expressing EBNA-1

A model system was used to test the notion that a recombinant clone encoding a sequence-specific DNA bind-

US 6,410,516 B1

53
54

ing protein could be specifically detected with a recognition site probe. The Epstein-Barr virus nuclear antigen (EBNA-1) was selected as the model protein. EBNA-1 is required for maintenance of the EBV genome as an autonomously replicating plasmid in human cell lines. It is also a transactivator of viral gene expression. The carboxy-terminal region of EBNA-1 (191 amino acids) has been expressed in *E. coli* as a fusion protein and shown to encode a sequence-specific DNA binding domain. The fusion protein binds to multiple high affinity sites at three different loci in the EBV genome. Two of these loci constitute a cis-acting element required for maintenance of the plasmid state (oriP). In the λgt11-EBNA-1 (λEB) recombinant the carboxy-terminal region of ENBA-1 was fused in frame to the carboxy-terminus of β-galactosidase (FIG. 16). A lysogen harboring the λEB phage conditionally expressed a βgal-EBNA-1 fusion protein of expected size (approximately M.W. 145,000) that accumulated to a level of about 1%. The DNA binding activity of the fusion protein was assayed with a segment of oriP DNA that contained two high affinity sites for EBNA-1 (FIG. 16). Extracts of λgt11 and λEB-lysogens were incubated with labeled oriP DNA and the products resolved by native polyacrylamide gel electrophoresis. With the λEB extract, a distinct set of protein-DNA complexes was observed. The formation of these complexes was specifically competed by an excess of plasmid DNA containing EBNA-1 binding sites. Thus, the β-gal-EBNA-1 fusion protein has the expected sequence-specific DNA binding activity.

To establish conditions for detection of EB plaques with probes of oriP DNA, protein replica filters were generated from platings of the phage. These filters were screened with a variety of protocols using oriP or control DNAs. Under a defined set of conditions (see Experimental Procedures), λEB plaques can be specifically detected using radiolabeled oriP DNA. The control phage (ori) contains a high affinity binding site for the bacteriophage λO protein. The specific array of spots generated by the oriP probe corresponded to plaques on the master plate as well as to spots that reacted with antiserum to β-gal on the replica filter. Furthermore, in a similar experiment the oriP probe did not detect control λgt11 plaques. From a series of such experiments the following conclusions were drawn; (i) the specific detection of λEB plaques requires a DNA probe with at least one binding site for EBNA-1 (a duplex 30-mer with a consensus binding site sequence gave a signal comparable to a probe containing two or more binding sites), (ii) DNA probes longer than 150 bp yield higher non-specific signals, (iii) the addition of an excess of non-specific competitor DNA [poly(dI-dC)-poly(dI-dC)] to the binding solution reduces the non-specific signal, and (iv) both specific and non-specific interactions of the DNA probe with proteins on the replica filter are reversible. In view of this latter point and the fact that non-specific interactions typically have much shorter half-lives than the specific interactions, sequence-specific binding proteins can be detected after a suitable wash time.

Given the ability to specifically detect λEB plaques with oriP DNA, reconstruction experiments were carried out to test the sensitivity of the screen. In these experiments the λEB phage was mixed with an excess of control λgt11 recombinants. Relica filters generated from such mixed platings were screened initially with oriP DNA and subsequently with antibodies to EBNA-1. In an experiment where approximately 5,000 phage were plated, with λEB being present at a frequency of $10^{-2}$, a identical number of positives (approximately 50) were detected with both oriP

DNA and antibody probes. In fact, the two patterns are superimposable. Furthermore the signal to noise ratio of the DNA binding site probe was better than that of the antibody probe. Thus it is possible to screen for the λEB phage with an oriP DNA probe.

Screening for Mammalian Clones Encoding Sequence-Specific DNA Binding Proteins

A λgt11 library of cDNAs prepared with mRNA from human B cells was screened using the conditions developed with λEB. The DNA probe used in the screen contained a regulatory element from a mouse MHC class I gene (H-2Kᵇ, FIG. 17). This sequence (MHC) was synthesized and cloned into the pUC polylinker. The mammalian transcriptional regulatory factors H2TF1 and NF-κB bind with high affinity to this MHC element. In a screen of $2.5 \times 10^5$ recombinants, two positive phage, designated λh3 and λh4, were isolated. In an autoradiogram of a filter from the primary screen, a positive spot resulted in the isolation of λh3. Partially purified λh3 and λh4 phage were challenged with other DNA probes to determine if their detection was specific for the MHC probe. λh3 and λh4 were not detected by the ori probe. These phage were also not detected by labeled pUC polylinker DNA or by a related probe (OCTA) containing a recognition site for the immunoglobulin octamer binding protein(s). A mutant MHC binding site probe (mhcI FIG. 17) was used to more stringently test the sequence-specificity of the presumptive fusion proteins. The mhcI probe did not detect either λh3 or λh4 plaques. These data strongly suggested that the two phage express proteins that bind specifically to the MHC element.

Characterization of the DNA Binding Proteins Encoded by λh3 and λh4

Direct evidence that the β-gal fusion proteins encoded by λh3 and λh4 are responsible for the sequence-specific DNA binding activities was obtained by screening Western blots with DNA and antibody probes. Lysogens of λgt11, λh3 and λh4 were isolated and induced to generate high levels of their respective β-gal proteins. Western blots of proteins from induced lysogens were prepared and the immobilized proteins were briefly denatured with 6M guanidine and then allowed to renature (see Experimental Procedures above). This treatment increased the recovery of active molecules. Two equivalent transfers were initially probed with either the MHC element or the OCTA control DNA. A set of four bands specific to the MHC probe and the λh3, λh4 tracks was observed. The two largest species of this set are labeled P1 and P2. The same transfers were then probed with antibodies to β-gal. A pair of novel fusion protein bands was observed with each of the two recombinant lysogens. These bands corresponded to the species P1 and P2 detected with the MHC probe. This shows that λh3 and λh4 encode β-gal fusion proteins which bind specifically to the MHC element DNA. The two phage may be identical since they encode the same size fusion proteins. P1 (approximate m.w. 160,000) probably represents the full length fusion protein whereas P2 is a presumptive proteolytic cleavage product. Since the β-gal portion of this fusion polypeptide has a molecular weight of approximately 120,000, the cDNA encoded portion must have a molecular weight of 40,000.

A gel electrophoresis DNA binding assay was used to confirm the sequence specificity of the λh3 and λh4 fusion proteins as well as to better define their recognition properties. Extracts derived from the λgt11, λh3 and λh4 lysogens were assayed, with the MHC probe. A novel DNA binding activity was detected specifically in extracts of the λh3 and λh4 lysogens. This activity was IPTG inducible indicating that it was a product of the lacZ fusion gene. A

US 6,410,516 B1

55

competition assay indicated that the activity represented a sequence-specific DNA binding protein. Two 5' deletion mutants of the H–2K[b] genomic sequence was used as competitor DNAs. The segment 6MHCg extends to 190 nucleotides upstream of the transcription start site and contains the MHC sequence element. The segment Δ11MHCg, on the other hand, only contains 138 nucleotides of sequences upstream of the initiation site and therefore lacks the MHC element. Increasing amounts of Δ6MHCg specifically competed for the binding of the λh3 fusion protein to the MHC element oligonucleotide probe while the control Δ11MHCg did not compete. It should be noted that the sequences flanking the MHC element in the probe used for the initial screening, the cloned oligonucleotide, are totally difference from the sequences flanking the same element in the genomic probe, Δ6MHCg. Therefore, the fusion protein appears to exclusively recognize the common MHC element. This was confirmed by a direct DNA binding assay with a genomic sequence probe (MHCg) containing the MHC element. Both the oligonucleotide (MHC) and genomic (MHCg) probes give rise to similarly migrating complexes. Furthermore, a double base substitution mutant (mhc1, FIG. 17) abolished recognition by the fusion protein. The mutant sequence contains a transversion in each half of the symmetric MHC element. These changes destroy the symmetry of the element and abolish binding by either H2TF1 or NF-κB.

The immunoglobulin κ chain gene enhancer contains a binding site ( EN) for NF-κB. This site is related in sequence to the MHC element but is recognized by H2TF1 with a 10 to 20 fold lower affinity (FIG. 17). A mutant κ enhancer (κEN) has been characterized both in vivo and in vitro. This mutant sequence has no B cell specific enhancer activity and is not bound by NF-κB. The mutant contains clustered base substitutions and an insertion of a base pair in one of the two symmetric half sites (FIG. 17). The binding of the λh3 fusion protein to the wild type κ-element and the mutant version was tested. The κEN probe generated a complex with a mobility similar to those obtained with the MHC probes. No specific complex was formed with the mutant κ-enhancer DNA. Experiments in which the MHC and κ-enhancer binding sites were tested for competition with binding of the MHC probe showed that the fusion protein bind with 2–5 fold higher affinity to the MHC site (data not shown). The κEN site differs, in part, from the MHC site by the substitution of two adenine residues for guanine residues. As discussed below, these guanine residues are probably contacted by the fusion.

The contacts of the fusion protein with the MHC element were probed chemically by modification of the DNA with dimethylsulfate. After partial methylation at purine residues, the modified probe was used in the gel electrophoresis DNA binding assay. Free (F) and bound (B) probe DNA was recovered, subjected to chemical cleavage at methylated interference experiment. On both the coding and non-coding strands strong interference was detected when any of central guanine residues of each putative half site was modified at the N-7 position in the major groove. Weaker interference was observed when the external guanine residue in either putative half site was similarly modified. Thus the fusion protein appears to symmetrically contact the MHC element in a manner similar to both H2TF1 and NF-κB.

Hybridization Analysis with the cDNA Segment of the Recombinant Phage

The recombinant phage λh3 and λh4 contain cross-hybridizing and equivalent size (approximately 1 b) cDNA segments. The inserts also have indistinguishable restriction

56

maps and therefore appear to be identical. Southern blot hybridization confirmed that these cDNA segments are homologous to sequences in the human genome. The patterns of hybridization to restriction digests of genomic DNAs of various human cell lines are identical. Furthermore, the fact that restriction digests with Bam HI (no site in cDNA) and Pst I (on site in cDNA) both generate two prominent bands suggests that the cDNAs are derived from a single copy gene. A similarly simple hybridization pattern is observed on probing the mouse and rat genomes.

The expression of the human gene was analyzed by Northern blot hybridization. A single, large transcript (approximately 10 kb) was observed with polyA(+) RNA from both B (X50-7) and non-B human cells (HeLa). This transcript is moderately abundant in both cell types. Since the cDNA library was constructed by oligo dT priming, we were probably fortunate to obtain the coding region for the DNA binding domain within the 1 kb segments of the recombinant phage. However, this only illustrates the power of the screening strategy for the isolation of clones encoding sequence-specific DNA binding domains.

Discussion

A novel strategy is disclosed for the molecular cloning of genes encoding sequence-specific DNA binding proteins. This strategy can be used to isolate genes specifying mammalian transcription regulatory proteins. An important step in this approach is the detection of bacterial clones synthesizing significant levels of a sequence-specific DNA binding protein by screening with a labeled DNA binding site probe. This approach is similar to that previously developed for the isolation of genes by screening recombinant libraries with antibodies specific for a given protein. In fact, the phage expression vector, λgt11, developed previously for immunological screening can be in this approach.

The feasibility of the strategy was established by the specific detection of a phage recombinant, λEB, encoding a β-gal-EBNA-1 fusion polypeptide with oriP DNA. Conditions have also been developed for the detection of E. coli colonies expressing high levels of EBNA-1 or the bacteriophage λO protein with their respective binding site DNAs. In these cases, a plasmid expression vector was employed. Using the conditions developed with λEB, we have screened phage cDNA libraries with three difference DNA probes. Screening with a probe containing the H2TF1 site in the MHC class I gene H–2K[b] led to the isolation of two identical clones that specify a putative transcription regulatory protein (properties discussed below). In similar screens with two other DNA probes, positive recombinant phage were also isolated at a frequency of approximately 1/100,000. However, the DNA binding proteins encoded by these phage do not appear to recognize specific sequence elements but rather to bind sequence nonspecifically to either single strand or double strand DNA. Although detection of these types of clones represented a troublesome background in this study their isolation suggests that recombinants encoding different types of DNA binding proteins can be detected by such functional screens of expression libraries. In future screens for recombinants encoding site-specific DNA binding proteins, the detection of these other types of clones might be selectively suppressed by inclusion of a non-specific competitor DNA that is structurally more similar to the probe than poly(dI-dC)-poly(dI-dC).

The prospects for the isolation of other cDNAs encoding sequence-specific binding protein by this strategy can be assessed by examining the three assumptions on which it is based: (i) functional expression of the DNA binding domain of the desired protein in E. coli, (ii) a strong and selective

US 6,410,516 B1

57

interaction of the binding domain and its recognition site, and (iii) high level expression of the DNA binding domain. A number of eukaryotic sequence-specific DNA binding proteins have been functionally expressed in *E. coli.* These include the proteins GAL4, GCN4 and MAT 2 of yeast, ftz of Drosophila, TFIIIA of Xenopus, E2 of the bovine papilloma virus and EBNA-1 of the Epstein Barr Virus. In most cases, the functional DNA binding domain is contained within a short tract of amino acids. Thus, it is reasonable to expect the functional expression in *E. coli* of the sequence-specific DNA binding domain of most eukaryotic regulatory proteins. The equilibrium association constants of site-specific DNA binding proteins range over many orders of magnitude ($10^7$–$0^{12}$ M). The following analysis suggests that successful screening may be restricted to proteins with relatively high binding constants. If a regulatory protein has an association constant of $10^{10}$ M, then under the screening conditions (the DNA probe is in excess and at a concentration of (~$10^{10}$ M) approximately half of the active molecules on the filter will have DNA bound. Since the filters are subsequently washed for 30 minutes, the fraction of protein-DNA complexes that remain will be determined by their dissociation rate constant. Assuming a diffusion limited association rate constant of $10^7$ M$^{-1}$ S$^{-1}$, the dissociation rate constant will be $10^{-3}$ S$^{-1}$. Such a protein-DNA complex will have a half life of approximately 15 minutes. Thus only a quarter of the protein-DNA complexes will survive the 30 minute wash. For a binding constant of $10^9$ M, only about a tenth of the active protein molecules will have DNA bound and much of this signal will be lost, since the half-life of these complexes is approximately 1.5 minutes. Isolation of recombinants encoding proteins with binding constants of $10^9$ or lower may be possible given that the binding of probe to less than 1% of the total fusion protein within a plaque can be detected. The sensitivity of the current methodology for low affinity proteins could be significantly enhanced by covalent stabilization of protein-DNA complexes. This might be accomplished by procedures such as UV-irradiation of pre-formed complexes. Since the binding constants of regulatory proteins are dependent on ionic strength, temperature and pH, these factors might also be manipulated to enhance detection.

The successful detection of λEB and λh3 recombinants with DNA binding site probes required high level expression of their fusion proteins. In both cases, the fusion proteins accumulate, after induction, to a level of about 1% of total cellular protein. This level of recombinant protein expression is typical of λgt11 as well as other *E. coli* vectors. The strategy of cloning a gene on the basis of specific detection of its functional recombinant product in *E. coli* has considered potential. Indeed, while our work was in progress, this approach was used by other to isolate clones encoding a peptide acetyltransferase and a calmodulin-binding protein. Direct screening of clones encoding recombinant protein products has also been used to isolate ras GTP-binding mutants.

The λh3 recombinant expresses a β-gal fusion protein that recognizes related transcription control elements in the enhancers of the MHC class I and immunoglobulin κ-chain genes (see FIG. 17 for sequences). This protein also binds a similar element in the SV40' enhancer 72 bp repeat. Furthermore, there are two putative binding sites in the long terminal repeat (LRT) of the HIV genome (FIG. 17). One of these is identical to the site in the SV40 enhancer and therefore should be recognized by the fusion protein. The existence of a clone such as λh3 was anticipated since it had previously been shown that a common factor, NF-κB, binds

58

to the three related elements in the enhancer, the SV40 72 bp repeat an the HIV-LTR. Interestingly, these three binding sites are more closely related to one another then they are to the MHC site (FIG. 17). The former set can be viewed as variants of the MHC site which exhibits perfect two-fold symmetry. It should be noted that the pUC polylinker contains the sequence, CGGGGA, which is a variant of one of the symmetric halves (TGGGGA) of the MHC element. The fusion protein does not bind with detectably affinity to the pUC polylinker. Thus, a high affinity interacter appears to require both symmetric halves.

Even though the above control elements represent quite similar sequences, they function in very different regulatory capacities. The MHC element is a component of an enhancer that functions in a variety of cell types that express MHC class I genes. The κ-element, on the other hand, is a component of a cell-type specific enhancer that functions only in B cells. The activity of this enhancer is induced in pre-B cells upon their differentiation into mature B lymphocytes. Such differentiation, in vitro, is accompanied by transcriptional activation of the chain gene. The κ-element appears to dictate the B cell specificity of the κ-enhancer. The different modes of functioning of the MHC and κ-elements are correlated with the properties of their corresponding recognition factors, H2TF1 and NF-κB. H2TF1 activity is detected in a variety of differentiated cell types and this protein appears to stimulate MHC class I gene transcription approximately 10-fold. On the other hand, NF-κB activity is detected only a mature B cells. In addition, this activity is induced during differentiation of pre-B cells to mature lymphocytes. Finally, NF-κB activity is also induced by phorbol ester treatment of non-B cell lines (HeLa, Jurkat). In the case of Jurkat cells, a T4+ human T cell line, NF-κB appears to stimulate the transcriptional activity of the HIV-LTR. It should be noted that induction of NF-κB in non-B cells does not require new protein synthesis. Thus the protein for NF-κB must exist in cells before induction and the activated by a post-translational modification.

The DNA binding properties of the fusion protein encoded by the recombinant λh3 overlap those of H2TF1 or NF-κB. Mutants of the MHC and κ-elements that are not recognized by H2TF1 or NF-κB are also not bound by the fusion protein. The recombinant protein binds the MHC element DNA with 2–5 fold higher affinity than the κ-element. In this regard, the fusion protein has relative affinities intermediate between those of H2TF1 and NF-κB. H2TF1 binds the MHC element with 10- to 20-fold higher affinity than the κ-element while NF-κB recognizes both elements with roughly equivalent affinity. This intermediate relationship is also observed in the comparison of the methylation interference patterns of the three DNA binding activities. Methylation of any of the central six guanine residues in the MHC site strongly interfers with the binding of all three activities. Methylation at either of the two external guanines partially interferes with recognition by the fusion protein. In contrast, H2TF1 binding is strongly suppressed upon methylation of either of these residues while NF-κB binding shows little perturbation upon this modification. This analysis of the three DNA binding activities is limited by the use of cell extracts and not purified proteins. Furthermore, the properties of a recombinant protein may be different from those of its native counterpart. Thus, it is not possible to be definitively relate the protein encoded by λh3 to either H2TF1 or NF-κB.

Antibodies raised against the λh3 fusion protein will be useful in clarifying its structural relationship with H2TF1

US 6,410,516 B1

59

and NF-κB. A definitive relationship will emerge from a comparison of the deduced amino acid sequence of the cDNA and the protein sequences of H2TF1 and NF-κB. It should be noted that in terms of protein expression, both H2TF1 and NF-κB are present in a wide variety of mammalian cells. Furthermore, the DNA binding specificities of these two factors are remarkably similar. These facts as well as the observations that the cDNA in λh3 hybridizes to a single copy gene and to a single mRNA in both B and non-B cells suggest that all three binding activities may be products of the same gene. This hypothesis would imply that H2TF1 and NF-κB represent alternative modifications of a common protein.

Example 7

Cloning of the IgNFB Gene

Methods

DNA Sequencing

DNA sequencing was performed on double stranded plasmid DNA templates according to the Sanger dideoxynucleotide protocol as modified by United States Biochemical for use with bacteriophage T7 DNA polymerase (Sequenase). The entire sequence was confirmed by sequencing the opposite strand and in the GC-rich regions by sequencing according to Maxam and Gilbert (Methods Enzymol., 65: 449–560, (1980).

Plasmid Constructions

cDNA's were subcloned from λgt11 to pGEM4 (Promega), and these plasmids were used for DNA sequence analysis and in vitro transcription. Plasmid pBS-ATG was kindly provided by H. Singh and K. LeClair and was constructed by ligating a 27 bp long oligonucleotide containing an ATG codon surrounded by the appropriate boxes for efficient initiation, TGCACACCATGGCCATCGATATCGATC, into the PstI site of pBS−/+Bluescropt plasmid (Stratagene). The expression vector pBS-ATG-oct-2 depicted in FIG. 19A was designed for transcription and translation in vitro and was constructed by cleaving pBS-ATG with SmaI and ligating the blunt-ended EcoRI 1.2 kb cDNA fragment from plasmid 3-1 (position 655 to 1710 in FIG. 18A).

In Vitro Transcription/Translation

In vitro transcription and translation reactoins were performed as recommended by the manufacturer (Promega).

DNA Binding Assay

The EcoRI/HindIII 50 bp fragment containing the wild type octanucleotide sequence ATGCAAAT in the BamHI site of pUC18 polylinker was ³²P-labeled (50,000 cpm/ng) and 1 ng DNA probe was incubated with 1 μl of the reacted/unreacted reticulocyte lysate. The bindign reactions were incubated at room temperature for 30 min. and contained 10 mM Tris HCl pH7.5, 50 mM NaCl, 1 mM DTT, 1 mM EDTA pH8, 5% glycerol, 25 μl/ml sonicated denatured calf thymus DNA in 2.5 μl/ml sonicated native calf thymus DNA as nonspecific competitors. The complexes were resolved by electrophoresis in 4% polyacrylamide gel (acrylamide: bisacrylamide weight ratio of 20:1), containing as buffer 25 mM Tris HCl pH8.5, 190 mM glycine, 1 mM EDTA buffer as previously described (Singh et al., Nature 319: 154–158 (1986)).

Purification of NF-A2

NF-A2 was purified to >90% homogeneity from nuclear extracts derived from the human Burkett's lymphoma cell line, BJAB. Purification was accomplished by sequential fractionation on Zetachrom QAE discs (Cuno Inc.), heparin sepharose (Pharmacia), ssDNA cellulose (Pharmacia), and on a DNA affinity column which contained an immobilized

60

double straded (ds) segment containing the octanucleotide sequence. In vitro translated, ³⁵S-methionine-labeled, oct-2 protein was purified by chromatography on dsDNA cellulose followed by affinity chromatography on the octanucleotide DNA affinity column.

Tryptic Digestions of NF-A1 and oct-2 Protein

Tryptic digests were performed at room temperature in a buffer consisting of 20 mM Hepes,KOH, pH 7.9, 20% glycerol, 0.5 M KCl, 0.2 mM EDTA, 0.5 MM DTT. Aliquots of purified NF-A2 (~250 ng) or of affinity purified oct-2 protein (90,000 cpm) were incubated with varying amounts of trypsin (affinity incubated with varying amounts of trypsin (affinity purified trypsin was a gift of Dan Doering). After 60 minutes, reactions were terminated by the addition of 2.5 volumes of SDS-PAGE sample buffer and were boiled for 5 minutes. The tryptic digests were resolved on 10% polyacrylamide gels. Tryptic fragments of NF-A2 were visualized by silver-staining. Tryptic fragments of ³⁵S-methionine labeled oct-2 protein were visualized by autoradiography after treatment of the gel with En³hance (Dupont).

To clone the gene encoding the lymphoid-specific octamer binding protein, IgNF-B (NF-A2), a randomly primed, non-size selected cDNA library in λgt11 was constructed using cytoplasmic poly (A)-containing mRNA from a human B cell lymphoma cell line, BJAB. We had previously observed that this cell line contained a particularly large amount of NF-A2 when 28 lymphoid cell lines were surveyed. By randomly priming the cDNA synthesis we expected to obtain recombinant phage encoding the octamer motif binding domain even if that domain was encoded by the 5′ end of a long mRNA. The randomly primed cDNA library in λgt11 was generated by standard methods (Gubler, U. and Hoffman, B. J., Genes 25:263–269 (1983)). Random hexamers (Pharmacia) were used to prime the first strand cDNA synthesis. The unamplified library contained 500,000 recombinants. This library was screened by the method described above using a radiolabelled DNA probe consisting of four copies, in direct orientation, of a 26 bp oligonucleotide derived from the Vk41 promoter. The probe was constructed by cloning four copies of the oligonucleotide in direct orientation into the BamHI site of the pUC polylinker and radiolabelling the 112 bp Sma1-Xba1 fragment. The library was screened with the tetramer probe (at 1×10⁶ cpm/ml) as described above for the cloning of NF-κB with the following modification. Previous screens using poly(dI-dC)-poly(dI-dC) as the nonspecific competitor DNA yielded recombinant phage encoding single stranded DNA binding proteins. The signal from these phage but not phage encoding sequence-specific DNA binding proteins could be efficiently competed with denatured calf thymas DNA(5 μg/ml) and therefore this nonspecific competitor was substituted for poly(dI-dC)-poly(dI-dC) in all subsequent screens.

From a primary screen of 450,000 phage plaques, three plaques were isolated which bound this tetramer probe. Two of these phage, phage 3 and phage 5, were found to give plaques that bound specifically to the tetramer probe in that they did not bind DNA probes which lacked the octamer motif. These two phage bound probes containing one copy of the κ promoter octamer motif with a much lower affinity than they bound the tetramer probe. Even when four-fold more monomer probe was used than tetramer probe, the tetramer probe still gave a greater signal suggesting that the better binding of the tetramer probe was not merely a result of increasing the molar concentration of binding sites in the screen. Certainly in the case of phage 5, which showed dramatically better binding to the tetramer probe, it seems

US 6,410,516 B1

61                                                                                        62

most likely that the tetramer probe was able to bind simultaneously to multiple phage fusion proteins on the filter. This multipoint attachment would be expected to dramatically decrease the dissociation rate and thus, increase the avidity of the interaction. Genes encoding DNA binding proteins with relatively low binding affinities could be cloned by screening λgt11 expression libraries with such multimer probes.

The specificity of the DNA binding proteins encoded by the recombinant phage was investigated by preparing extracts of induced phage lysogens. Lysogen extracts from both phages bound to the tetramer probe in a mobility shift assay whereas lysogen extracts from non-recombinant λgt11 showed no binding to this probe. Only the phage 3 extract bound strongly to the κ promoter probe. Because the inserts of phage 3 and phage 5 (1.2 kb and 0.45 kb in size, respectively) were found to cross-hybridize by Southern blotting analysis, phage 3 was chosen for further analysis.

Phage 3 encoded an octamer binding protein as demonstrated by a competition mobility shift assay in which the lysogen extract was bound to the κ promoter probe in the presence of competing unlabelled DNA fragments containing either the wild type or mutant octamer motifs. Phage lysogen extracts were prepared as described above for NK-κB cloning. The extracts were assayed in a mobility shift assay as described above using the octamer-containing PvuII-EcoR1 fragment from pSPIgVk as the radiolabelled probe. Binding reactions were carried out in the absence or presence of 24 ng of cold competitor DNA containing no octamer motif, the wild type octamer motif or mutant octamer motifs as described.

The wild type octamer motif competed efficiently for binding but the octamer motifs containing point mutations either did not compete or competed less well than the wild type motif. In fact, the two mutants which showed slight competition for the binding of the lysogen protein, TCATTT CCAT and ATATTGCAT, were the only mutants which somewhat competed the binding of NF-A1 and NF-A2 in a WEHI 231 nuclear extract.

The phage-encoded octamer binding protein was further compared to NF-A1 and NF-A2 using a methylation interference footprinting assay. Methylation interference was performed as described using the non-coding strand of the octamer-containing PvuII-EcoR1 fragment of pSPIgVk as radiolabelled probes. The probes were partially methylated and used in preparative mobility shift DNA binding assays. DNA present in the bound bands (NF-A1 and NF-A2 bands from a nuclear extract from the BJAB cell line (or phage 3 lysogen extract bound band or free bands) was isolated, cleaved at the modified purine residues and subjected to denaturing polyacrylamide gel electrophoresis. The footprint obtained using the lysogen extract was centered over the octamer motif and was very similar to the footprints of NF-A1 and NF-A2 from a BJAB nuclear extract and from a WEHI 231 nuclear extract (see above). Minor differences were seen between the footprints of the lysogen and nuclear extract proteins which could reflect changes in affinity and/or specificity of DNA binding as a result of fusion of the insert-encoded octamer binding protein with β-galactosidase. Alternatively, the phage insert could encode an octamer binding protein distinct from NF-A1 and NF-A2.

The phage-encoded β-galactosidase fusion protein was directly shown to be the octamer binding protein in the phage lysogen extracts. Phage lysogen extracts were subjected to SDS polyacrylamide gel electrophoresis and transferred to nitrocellulose filters. After a denaturation/renaturation procedure (Celenza, J. L. and Carlson, M.

*Science* 233:1175–1180 (1986)), the filters were probed with either the radiolabelled octamer-containing tetramer probe (OCTA) or a non-specific DNA probe (pUC). The OCTA probe specifically bound to the β-galactosidase fusion proteins of phage 3 and phage 5 to a much greater extent than the pUC probe, thus formally showing that the octamer binding activity was encoded by the phage inserts. The apparent molecular weights of the largest fusion proteins of phage 3 and phage 5 lysogens are consistent with the entire phage inserts contributing coding sequences to the fusion proteins. Prototeolysis was presumed to account for the heterogeneity in apparent molecular weight of the fusion proteins.

The insert of phage 3, which defines what we term the OCT-2 gene, was used in a Southern blot analysis to probe human and mouse genomic DNA digested with several restriction enzymes. Restriction enzyme digested genomic DNA was electrophoresed through a 1% agarose gel and transferred to Zetabind (CUNO Laboratory, Inc.) by standard techniques (Maniatis, T., Frisch, E. F. and Sambrook, J. Molecular Cloning. A Laboratory Manual. Cold Spring Harbor Laboratory Press, NY. (1982)). The phage 3 insert was radiolabelled by randomly primed synthesis using hexanucleotides (Pharmacia). Following standard prehybridization high-stringency hybridization (Maniatis, supra.) with the OCT-2 probe the filters were washed with 0.2×SSC, 0.1% SDS or 2×SSC, 0.1% SDS.

One or two bands were observed in each restriction enzyme digest which is consistent with OCT-2 being a single genetic locus. No rearrangements or amplifications of the gene were observed in a survey of 8 lymphoid and non-lymphoid cells lines including BJAB. The strength of the signal on the mouse Southern blot at high stringency suggested that the gene is highly conserved between human and mouse.

The oct-2 cDNA segment (1.2 kb) of phage 3 was used to identify additional overlapping recombinants in the same library. One of these phage (pass-3) contained a 1.8 kb DNA insert. Sequence analysis of the cDNA segment in the original λgt11 phage (3-1) revealed a long open reading frame (ORF) which was ended with multiple nonsense codons at its 3' terminus. Sequence analysis of the pass-3 segment yielded an identical sequence through the open reading frame but an abrupt transition to a novel sequence occurred at the C-terminus (FIG. 18B; see below). The N terminus of the open reading frame in both of these cDNA segments was not represented in the cDNA inserts. Additional recombinants from the λgt11 library were identified by screening with a probe from the N0terminal portion of the pass-3 segment. This resulted in the isolation of a 0.75 kb cDNA segment (pass-5.5) whose sequence extended the N-terminal portion o the previously identified open readign frame. In this cDNA segment, a nonsense codon is found 36 pb upstream of the first AUG in the open frame. The sequence context of this AUG conforms well to that expected for an initiation codon (Kozak, Cell 44: 283–292 (1986)). Two other AUG codons occur at positions 6 and 13 in the reading frame. Each of these also has an excellent context for initiation. The N terminus of the protein has been arbitrarily assigned to the 5'-most AUG codon. The cDNA sequence extends 66 bases 5' from this position but the total length of the 5' untranslated region has not been determined.

The sequences of pass-5.5, pass-3 and 3-1 were combined to form an open reading frame encoding a protein of 466 amino acids in length as shown in FIG. 46 amino acids in length as shown in FIG. 18. FIG. 18 shows the amino-acid sequence of oct-2 protein depicted in plain capital letters.

US 6,410,516 B1

63

cDNA-clone pass-5.5 spans from position 1 (5' end) to position 750 (3' end). cDNA clone pass-3 5' end and 3' end are respectively at position 92 in FIG. 18a and 1847 in FIG. 18b. cDNA clone 3-1 starts at position 650 and ends at position 1710. The nucleotide sequence shown in panel A was reconstructed by merging the DNA sequences from clone pass-5.5 from position 1 to 100, from clone pass-3 from 100 to 660 and from clone 3-1 from position 660–1710. Extensive nucleotide sequence overlaps were available to allow unequivocal merges. Sequence of protein encoded by the long overlapping open reading frame (LORF, 277aa) is shown in italic letters. Wavy arrows delimit the glutamine (Q)-rich, glutamic acid (E/D)-rich and glycine (G)-rich regions, respectively. Solid arrows delimit the helix-turn-helix motif. Boxed leucine (L) residues are spaced exactly by seven residues. Vertical arrow indicates the position where the nucleotide sequence diverges with that shown in panel B. Stars indicate stop codons.

FIG. 18b shows the nucleotide sequence of the 3' terminus and redicted amino acid sequence of the C-terminus derived from clone pass-3. The code is the same as in A and the vertical arrow denote sthe divergence point.

. FIG. 18c is a schematic representation of the amino acid sequence deduced from oct-2 gene derived cDNA. The code is as in panel A. The DNA binding domain is depicted as DNA and the region containing the four regularly spaced residues is boxed-in. LORF stands for long open reading frame, N stands for N-terminus and C for COOH-terminus.

Data presented below suggests that this ORF encodes one form of NF-A2 (oct-2). The amino acid sequence of oct-2 has several interesting features (FIG. 18C). It contains three glutamine (Q) rich blocks (ranging from 50% of Q content) in the N-terminal part of the polypeptide, beginning at nucleotide positions 376, 448 and 502, and a comparably acidic region [aspartic (E) or glutamic (D) amino acids] between positions 648 and 678. Clusters of Q residues as well as E or D amino acids have been described previously in many transcription factors. Such acidic regions in other factors have been shown to be important in activation of transcription (Gill and Ptashne, Cell 51: 121–126 1987; Hope et al., Nature 333: 635–640 (1988)).

The region of oct-2 responsible for sequence-specific DNA binding, depicted "DNA", is discussed below. Downstream of this position is a series of four leucine residues separated by exactly seven amino acids (position 1227 to 1293 in FIG. 18A). A similar configuration of leucine residues in the transcription factor C/EBP has been suggested to form an amphipathic α-helical structure where the leucine residues are arranged along one side of the helix. Two such helices are thought to interact by a "leucine zipper" mechanism generating a dimeric protein (Handschultz et al., Science 240: 1759–1764 (1988); Landschultz et al., Genes & Development 2: 786–800 (1988)).

Consistent with this suggestion, no helix disrupting proline residue is present in oct-2 in the 22 amino acid tract defined by the four leucines. However, unlike the first example of a leucine zipper", protein C/EBP, the potential α-helical region in oct-2 does not possess a high density of paried charged residues which could stabilize the structure. Also, unlike the C/EBP protein, which binds DNA specifically as a homodimer probably by pairing through the "leucine zipper", the oct-2 protein appears to specifically bind DNA as a monomer. It is interesting to speculate that the "leucine zipper" region of oct-2 might be important for interaction with other proteins as there is no obvious reason to restrict the binding of such a structure to self-recognition.

Searches for sequence similarities in the GenBank library revealed that a region of the oct-2 protein from position 952

64

to 1135 was distantly related to a family of proteins containing homeoboxes. The 60-residue homeobox domain is highly conserved among 16 examples of different Drosophila genes (Gehering, Science 236: 1245–1252 (1987)). This level of conservation extends to homeobox sequences found in vertebrates and worms. Among this total family, nine of the 60 residues are invariant. The oct-2 protein only contains six of these nine residues and four of these six sites are clustered in the sub-region of the homeobox thought to be related to the helix-turn-helix structure (see FIG. 20). As shown in FIG. 20A, a 60 amino acid region of oct-2 contains 30% identity with the prototype homeobox sequence in the Antennapedia (Antp) protein.

FIG. 20 shows the amino acid sequence alignment of the DNA binding domain of oct-2 factor with homeoboxes from Antp. (Schneuwly et al., EMBO J. 5: 733–739 (1986), cut (Blochlinger, Nature 333:629–635 (1988), en (Poole et al., Cell 40: 37–43 (1985), proteins (boxed-in amino acid sequences from the S. cerevisae proteins Matal (Miller, EMBO J. #: 1061–1065 (1984), Matα2 (Astell et al., Cell 53: 339–340 (1988) and C. elegans protein mec-3 (Way and Chalfie, Cell 54: 5–16 (1988). THe nine invariant residues in canonical homeobox sequences Atnp, cut, and en are listed below the boxed-in amino acid sequences and shown in bold print if present in the amino acid sequences. The stars indicate the hydrophobic amino acids that are critical for the protein to maintain the helix-turn-helix structure (Pabo and Sauer, 1984). Solid arrows delimit the helix-turn-helix domain.

That the homeobox specifies a sequence-specific DNA binding domain is most strongly argued by its homology with the DNA binding domain of the yeast mating regulatory protein, MATα (Astell et al., Cell 27: 15–23 (1981); Scott and Weiner, Proc. Natl. Acad. Sci. USA 81: 4115–4119 (1984), which also has homology through this. subgenion of the homeobox but does not conserve the other invariant of the homeobox. The homologous regions in these proteins can be folded into a helix-turn-helix-structure similar to that first identified in the structural analysis of phage λ repressor (for a review see Pabo and Sauer, Ann. Rev. Biochem. 53: 293–321 (1984). A prediction of the most probable secondary structure of oct-2 also revealed a helix-turn-helix structure between the residues of isoleucine (position 1041) and cysteine (position 1090). Thus, by analogy, we propose that this region of oct-2 specifies the sequence-specified binding of the protein.

As mentioned above, sequences at the 3' end of the pass-3 recombinant abruptly diverged from that of recombinant 3-1 at the position (1463) of its termination codon (see vertical arrow in FIG. 18B). The substituted sequences in the second recombinant, pass-3, extended the reading frame of the oct-2 realted protein by an additional 16 amino acids. To rule out a possible artifactual sequence generated by the insertion of fragment during construction of the cDNA library, total polyA(+) RNA from the BJAB cell line was analyzed by Northern blot with a DNA fragment from the novel 3' terminal portion of the pass-3 cDNA. This specific probe hydribized only to the two fastest migrating mRNAs of the total family of six mRNAs which were detected by hybridization with the total 3-1 cDNA. A similar specific probe was excised from the 3' terminus of the 3-1 cDNA. In contracts, this probe only hybridized to the two slowest migrating mRNAs in the total family of six. This suggests that the two cDNA segments correspond to different populations of oct-2 mRNAs.

The proteins encoded by the two cDNAs should only differ at their C terminus by 16 amino acids or approxi-

US 6,410,516 B1

65

mately 1.5 kD. In vitro transcription/translation of subfragments of the 3-1 and pass-3 recombinants was used to confirm this prediction. Fragments representing the 3' portions of 3-1 and pass-3 were subcloned into the expression plasmid PBS-ATG. The resulting plasmid DNAs were transcribed with bacteriophage T7 RNApolymerase and were subsequently translated in a reticulocyte system. The resulting polypeptides migrated with the mobilities of the anticipated molecular weights 34 kD and 32.4 kD. the polypeptide from the pass-3 cDNA was 1.6 kD larger than that from the 3-1 cDNA. Both polypeptides specifically bound a probe containing the octanucleotide sequence, producing a readily detectable DNA-protein complex in the gel mobility assay. This suggests that the oct-2 gene is expressed as a family of polypeptides in B-cells.

The potential significance of these additional 16 amino acids is unclear. These two cDNAs almost certainly differ by alternative splicing patterns of RNA transcribed from the oct-2 gene. Furthermore, it is likely that the oct-2 gene encodes a more diverse set of mRNAs than those partially defined by these two cDNAs. Six different length mRNAs are produced at significant levels in mature B cells. The relative amounts of these mRNAs vary between pre-B, B and plasma cell lines (Staudt et al., Science 241: 577–580 (1988)). This population could reflect variations in sites of initiation of transcription and of polyadenylation as well as further differences in splicing patterns.

The expression of the OCT-2 gene was assessed by Northern blot analysis of mRNA from 13 lymphoid and non-lymphoid cell lines and was found to be predominantly restricted to lymphoid cells. Poly(A)-containing mRNA (3 $\mu$g, or 20 $\mu$g) or total mRNA (30 $\mu$g) was analyzed from the following cell lines. 1. NIH 3T3: mouse fibroblast; 2. 38B9: mouse pre-B cell line; 3. WEHI 231: mouse mature B cell line; 4. A431: human epidermal cell line; 5. U1242: human glioma cell line; 6. RB27: human retinoblastoma cell line; 7. Jurkat: human T cell line; 8. Namalwa: human mature B cell line; 9. BJAB: human mature B cell line (poly(A)-containing mRNA); 10. BJAB (total mRNA); 11. Hut78: human T cell line; 12. HeLa: human cervical carcinoma cell line; 13. EL4: mouse T cell line. mRNA was electrophoresed through a formaldehyde-containing 1.3% agarose gel and transfered to a nitrocellulose filter by standard techniques (Maniatis, supra.). Following prehybridization, the filter was hybridized at high stringency with radio-labelled OCT-2 probe (above). The filter was washed in 0.2×SSC, 0.1% SDS at 68° C. and autoradiographed with an intensifying screen at −70° C. for 24 hrs. The filter was stripped by washing in 50% formamide, 10 mM Tris (pH 7.4), 1 mM EDTA at 68° C. for 1 hr. and rehybridized with a radiolabelled rat alpha tubulin cDNA probe (Lemischka, L. R., Farmer, S., Racaniello, V.R. and Sharp, P.A., J. Mol. Biol. 151:101–120 (1981)) to control for the amount of mRNA loaded.

All five B lymphoma cell lines, including pre-B and mature B cell lines, and one of three T lymphoma cell lines expressed a family of 6 transcripts. Of the five non-lymphoid cell lines tested, only a glioma cell line, U1242( ), showed detectable expression of this gene. Even at low stringency we were unable to detect a transcript present in all cell lines which might correspond to NF-A1. The various transcripts, estimated to be 7.2 kb, 5.8 kb, 3.7 kb, 3.1 kb and 1.2 kb long, were expressed in somewhat varying amounts relative to each other in the positive cell lines. Whether these transcripts represent alternative mRNA splicing or highly specific mRNA degradation remains to be determined. In this regard, it is interesting that highly purified preparations of NF-A2 consist of three or more major polypeptides with

66

distinct molecular weights which could be the products of the family of transcripts we have observed.

Previously, we and others (See above and Gerster, T. et al. EMBO J. 6:1323–1330 (1987); Landolfi et al., Nature 323:548–51 (1986)) showed that the octamer binding protein NF-A2 varied considerably in expression among lymphoid cell lines. We therefore investigated the relationship between levels of expression of the OCT-2 gene and levels of NF-A2 as judged by mobility shift analysis. BJAB, the cell line which expressed the largest amount of transcript showed the largest amount of NF-A2. Nuclear extracts from the pre-B cell lines, 38B9 and 70Z, showed very little NF-A2 and, correspondingly, expressed very little transcript (more poly(A)-containing mRNA from these two cell lines was loaded to see a readily detectable signal). Of the three T lymphoma cell lines tested, Jurkat, HUT78 and EL4, EL4 was the only line that showed large amounts of NF-A2. Although NF-A2 was previously believed to be expressed only in lymphoid cells we found that nuclear extracts from the glioma cell line that expressed the OCT-2 gene contained an octamer binding protein which comigrated with NF-A2 in the mobility shift assay. Nuclear extracts from two glioma cell lines which were negative for OCT-2 expression did not contain NF-A2. We have at present no explanation for this apparent non-lymphoid expression of NF-A2 and the cloned octamer binding gene. Previously, we had shown that NF-A2 but not NF-A1 was inducible in pre-B cells by treatment of the cells with bacterial lipopolysaccharide (LPS) and that this induction required new protein synthesis. Therefore, we prepared poly(A)-containing mRNA from the pre-B cell line 70Z/3 before and after LPS treatment and observed that LPS increased the expression of the OCT-2 gene. Thus, in every instance, the expression of the OCT-2 gene correlated with the presence of NF-A2 and is thus a good candidate for the gene which encodes NF-A2.

Further evidence that the oct-2 gene encodes NF-A2 was discovered when the NF-A2 factor was purified from nuclear extracts of BJAB cells by conventional chromatography followed by multiple passages over an affinity column containing immobilized oligomers of the octanucleotide sequence. The purified NF-A2 consisted of three bands, as resolved by gel electrophoresis: a major band and two minor bands with deduced molecular weights of 61 kD and 58 kD, and 63 kD, respectively. A cDNA (pass-3) for the oct-2 gene was inserted into the polylinker of the pGEM (Promega) expression vector. Translation of RNA transcribed from the SP6 promoter-pass-3 cDNA construct yielded a major polypeptide from the purified sample of NF-A2.

The nobility of a DNA-protein complex in the gel assay is primarily determined by the molecular weight of the protein. Complexes were generated with the affinity purified NF-A2 and the products of translational in vitro of RNA from the oct-2 cDNA. These complexes co-migrated during electrophoresis in a native gel, again suggesting that the oct-2 cDNA encodes the major form of the NF-A2 factor.

The affinity purified NF-A2 protein and the polypeptide translated in vitro from the oct-2 cDNA were also compared by partial tryptic digestion. Samples from different digestion times of NF-A2 were resolved by denaturing gel electrophoresis and detected by staining with silver. The mobility of these partial fragments was compared with those observed after a parallel analysis of $^{35}$S-methionine labelled polypeptide from transcription/translation of the pass-3 cDNA in vitro. The two samples generated a similar set of digestion fragments, again suggesting that NF-A2 is encoded by the oct-2 cDNA.

Protein sequence comparisons suggested that the DNA binding domain of oct-2 was specified by a domain

US 6,410,516 B1

67

(positions 952–1135) that was distantly related to both the helix-turn-helix structure of bacterial repressors and the homeobox proteins. To directly test this analogy a fragment of the cDNA encompassing this region (655 to 1710) was inserted into the expression vector pBS-ATG so that RNA could be transcribed from the truncated templates by bacteriophage T7 RNA polymerase as indicated in FIG. 19A. The polypeptides translated in vitro from these RNAs were tested for specific DNA binding by addition of the total translation mix to the DNA-protein gel assay. Polypeptides produced from RNAs terminating at positions 1710 (KpnI), 1443 (StuI), and 1134 (PstI) specifically bound the octanucleotide containing probe, while the polypeptide translated from RNA terminating at the 945 (EagI) site did not specifically bind. The region containing the helix-turn-helix portion of oct-2 is deleted in the latter protein. Since the truncated polypeptide encoded by RNA from the latter template is efficiently translated in the reticulocyte reaction, this suggests that the specific binding of the oct-2-protein requires the helix-turn-helix structure.

Two distinct but similarly migrating protein-DNA complexes were detected in the sample generated by translation of RNA from the StuI cleaved template. Faint slower migrating complex comigrated with the complex generated with templates cleaved by KpnI. The presence of the two complexes in the StuI-sample is due to a partial digestion of the plasmid DNA. The slower migrating complex is probably produced by protein terminated at the stop codon TAA located at position 1465. The faster migrating complex probably results from molecules terminated at the StuI site. This interpretation was supported by the resolution of two $^{35}$S-labeled polypeptides during gel electrophoresis of the StuI sample and confirms the position of the termination codon of oct-2.

Many sequence-specific binding proteins have an oligomeric structure. For example, bacterial repressor proteins typically bind sites with two-fold rotational symmetry by forming a similarly symmetric dimer (Ptashne, Cell Press and Blackwell Scientific Publications, (1986)). It should be noted that the binding site sequence of the oct-2 protein is not symmetric but oligomeric examples of sequence-specific bindingproteins are the GCN4 protein of yeast (Hope and Struhl, EMBO J. 6: 2781–2784, (1987)) and the C/EBP protein of mammals. In the latter case, an α-helical region with an amphipathic character reflected in the spacing of four leucine residues by exactly seven residues is thought to be responsible for dimer formation (Landschultz et al., Science 240: 1759–1764 (1988); Landschultz et al., Genes & Development 2: 786–800 (1988)). A convenient assay for detection of dimerization of sequence-specific bindingproteins is to co-translate RNAs encoding two different size forms of the protein and test whether protein-DNA complexes with novel mobilities are generated (Hope and Struhl, EMBO J. 6: 2781–2784 (1987). If only monomers bind to the probe, the sample containing the co-translated polypeptides will generated only the complexes detected when either RNA is assayed singularly. This was the case with combinations of different length RNAs transcribed from the oct-2 cDNA segment. Specifically, cotranslation of RNAs from templates cleaved at StuI (1443) and PstI (1134) did not generate novel bands in the gel mobility assay. Thus, on the basis of this negative evidence, we suggest that a single molecule of the oct-2 protein is present in the resolved DNA-protein complexes and that it does not require dimerization for binding to DNA.

Anti-sera raised in rabbits against a bacterial fusion protein containing oct-2 encoded sequence (prepared

68

employing the vector pRIT2T (Pharmacia)) recognized the native oct-2 protein in metabolically labeled ($^{35}$S-methionine) human B cells.

The molecular cloning of a lymphoid-restricted octamer binding protein gene demonstrates that higher eukaryotes have adopted a strategy of genetic diversification of transcriptional regulatory proteins which bind a common regulatory motif. The ubiquitous and lymphoid-specific octamer binding proteins have indistinguishable DNA binding sites, yet appear to have distinct functional properties (Staudt, L. M. et al, Nature 323:640–643 (1986)). Structure-function analysis of cloned yeast transcription factors (Petkovich, M. et al., Cell 330:444–450 (1987); Giguere, V. et al., Nature 330:625–629 (1987)) and steroid receptor related transcription regulatory activity of a transcription factor often reside in discrete protein domains that can be experimentally interchanged. The present findings suggest that similar diversification of function among proteins which bind the octamer motif has occurred during evolution. The octamer motif has been shown to be necessary and sufficient for lymphoid-specific promoter activity (Fletcher, C. et al., Cell 51:773–781 (1987)) and NF-A2 has been shown to function as a transcription factor using octamer containing templates in vitro (Scheidereit, C. et al., Cell 51:783–793 (1987)). A further understanding of the lymphoid-specific activity of immunoglobulin promoters may now come from an understanding of the mechanisms underlying the lymphoid-specific expression of the OCT-2 gene.

### Example 8

Induction of NF-KB in Cells in which it is not Constitutively Present

The following work demonstrates that NF-KB is inducible in cells other than B (lymphoid) cells. As described below, it has now been shown that NF-KB is inducible in pre-B cells and in non-lymphoid cells. In particular, the following work demonstrates that: 1) NF-kB factor can be induced by the mitogen lipopolysaccharide (LPS) in two cell lines representing a pre-B stage of B cell differentiation; 2) induction of this factor involves a post-translational modification of a pre-existing protein because the induction takes place even in the presence of translational inhibitors like cycloheximide and anisomycin; 3) these translational inhibitors by themselves can at least partially induce NF-kB and synergize with LPS to produce a superinduction; 4) an active phorbol ester like PMA can induce NF-kB by itself, and the time-course of this activation is more rapid than that with LPS alone; and 5) it is also possible to induce this factor in cell lines other than those having a pre-B phenotype by means of an appropriate stimulus (e.g., in the human T cell line, Jurkat, by PHA and/or PMA or in HeLa cells with PMA). Thus, B cells and plasma cells appear to support constitutive presence of this factor whereas in other cell types it can be induced transiently by an appropriate stimulus.

Experimental Procedures

Cell lines and Extracts: 70Z/3 and PD cells were grown in RPMI 1640 medium supplemented with 10% inactivated fetal calf serum, 50 μM β-mercaptoethanol and penicillin and streptomycin sulfate (pen-strep) antibiotics. LPS (GIBCO) stimulation was carried out with 10–15 μg/ml. For experiments using protein synthesis inhibitors and LPS, cell cultures were treated with inhibitors approximately 20 min prior to addition of LPS. Cycloheximide (Sigma) was used to 10 μg/mo which causes greater than 95% inhibition of protein synthesis in 70Z/3 cells (Wall, R., et al., Proc. Natl.

US 6,410,516 B1

69

*Acad. Sci. USA* 83:295–298, (1986). Anisomycin (Sigma) was used at 10 which causes approximately 99% inhibition of protein synthesis in HeLa cells (Grollman, A. P., *J. Biol. Chem.* 242:3226–3233, 1967). Phorbol ester activation of 70Z/3 cells was carried out using the active ester phorbol 12-myristate-13-acetate (PMA) or the inactive ester phorbol 12,13-didecanoate at a concentration of 25 ng/ml for the times indicated in the text. All treatments were carried out at cell densities varying between $5 \times 10^5 - 10^6$ cells/ml. Jurkat cells were grown in RPMI 1640 medium with 10% inactivated fetal calf serum and pen-strep antibiotics. Phytohemmagglutinin (PHA) treatment was done at 5 μg/ml and PMA treatment at 50 μ/ml. HeLa cells were grown in MEM medium with 5% horse serum and pen-strep antibiotics. Phorbol ester (PMA treatment was at 50 μg/ml with cell density varying between $7 \times 10^5 - 10^6$ cells/ml.

Nuclear extracts were generated essentially according to the protocol of Dignam, J. D. et al., *Nucl. Acids Res.* 11:1475–1489 (1983) and protein concentration were determined using a Bradford assay with serum albumin standards.

Gel Binding Analysis: Gel binding analyses were carried out as described earlier using a radioactive DdeI to HaeIII fragment (k3) derived from the enhancer (Sen and Baltimore, 1986). Levels of NF-KB induced by various stimuli were normalized to total protein present in the extracts. Further, analysis with a different fragment that contains a binding site for the ubiquitous factor NF-A, shows that this nuclear protein remains at approximately constant levels in all of the extracts reported here. Thus, the modulation of NF-KB activity is not a reflection of variability of nuclear factors in general under these conditions. For competition experiments, the specific and non-specific competitors DNA's were included in the mixture (in amounts shown in FIG. 24C) prior to addition of the protein. The competitor fragments μ300, μ400, KE and SV40E which have been described earlier (Sen and Baltimore, 1986) were isolated from low melting point agarose gels and quantitated by spotting onto ethidium bromide-containing agarose plates.

NF-KB can be Induced in Pre-B Cell Lines with Bacterial Lipopolysaccharide

To examine whether NF-KB might be inducible in 70Z/3 cells, cells were stimulated with LPS for 20 hr and nuclear extracts derived from these cells were assayed for the presence of NF-KB using the electrophoretic mobility shift assay described previously. Singh, H. et al., *Nature,* 319:154–158 (1986). U.S. patent application Ser. No. 817, 441, To assay for NF-KB, a DNA fragment containing its binding site (K3 fragment; Sen and Baltimore, supra) was end-labelled and incubated with extracts derived from either unstimulated 70Z/3 (11 s (FIG. 21A, lanes 2,3) or LPS-stimulated 70Z/3 cells (FIG. 21A, lanes 4,5) in the presence of increasing amounts of the carrier poly d(IC). Binding reactions were carried out for 15–30 minutes at room temperature in a final volume of 15 μl containing 9 μg of total protein 3.5 μg (lanes 2,4) or 4.5 μg (lanes 3,5) of nonspecific carrier DNA poly d(IC) and 0.2–0.5 μg of probe. Reaction products were fractionated by electrophoresis through low ionic strength polyacrylamide gels and visualized by autoradiography. Lane 1: free DNA fragments; lane 6: nucleoprotein complex generated by interaction of NF KB with the fragment 3 in a nuclear extract derived from the B cell line WEHI 231.

Unstimulated 70Z/3 cell extracts lacked a major band evident with B cell extracts (FIG. 21A, lane 6; arrow). This nucleoprotein complex band was induced in the 70Z/3 cells

70

after LPS treatment for 20 hr. The band was not competed away even with 4.5 ugm of poly d(IC) (lane 5). This induction phenomenon was not restricted to the 70Z/3 cell line; another pre-B cell line, PD (Lewis S., et al., Cell 30:807–816 (1982), was weakly positive for the factor prior to induction (FIG. 21B, lane 3; Sen and Baltimore, 1986) but was strongly induced by LPS (FIG. 21B lanes 5,6). A number of other minor bands could be seen in the binding assay, some of which were inducible and others not. The major inducible band comigrated with the major band produced by B cell and plasma cell extracts (typified by WEHI 231 extracts in FIG. 21A, lane 6 and FIG. 21B, lane 2). We have earlier characterized this band by competition experiments and localized the binding site of the factor by methylation interference experiments defining the band as one produced by interaction of the NF-KB factor with the B site within the enhancer (a site containing the sequence GGGGACTTTCC). Thus two pre-B cell lines, one with a rearranged K gene (70Z/3) and the other in the process of undergoing rearrangement (PD), are clearly inducible by LPS for NF-KB activity.

Induction of NF-KB by LPS does not Require Protein Synthesis

Recently it has been reported that induction of transcription in 70Z/3 does not require new protein synthesis. Nelson, K. J. et al., *Proc. Nat. Acad. Sci.* USA 82:5305–5309 (1985). Thus, induction of gene expression was evident in cells pretreated (10 min) with the translation inhibitors cyclohexmide or anisomycin followed by stimulation with LPS. Further, Wall et al. reported that expression could be induced in the presence of cycloheximide alone which led them to argue in favor of a labile repressor blocking the activation of genes in this cell line. See Wall, R. et al. *Proc. Nat. Acad. Sci. USA* 83:295–298 (1986). To determine if these characteristics of transcriptional activation were paralleled by changes in the levels of NF-KB, we analyzed extracts derived from 70Z/3 cells which had been treated either with LPS alone, or with a translation inhibitor alone or with both together. To be able to make direct correlations with the published reports concerning the effects of translational inhibitors on expression in pre-B cells, we examined a 4 hr time point in these experiments, although maximal stimulation of expression by LPS takes 14–20 hr. Binding reactions were carried out as detailed in FIG. 21A legend and contained 2.5, 3.5 or 4.5 μg poly dIG) with each set of extracts. End-labelled K3 fragment was the proble lane 1) and was incubated with 9–11 μg or protein from extracts derived from: untreated 70Z/3 cells (lanes 2,3,4), 70Z/3 cells treated for 4 hr with 10 μg/ml of LPS (lanes 5,6,7), 70Z/3 cells treated for 4 hr with 10 μg/ml of LPS and 10 μg/ml cycloheximide (lanes 8,9,10); 70Z/3 cells treated with 10 μg/ml of cycleximide alone (lanes 11,12,13) and WEHI 231 cells (lane 14). The characteristic nucleoprotein complex is indicated by the arrow. In accord with the transcriptional analyses, uninduced 70Z/3 cells were negative for NF-KB (FIG. 22A, lanes 2–4), and treatment with either LPS alone (FIG. 22A, lanes 5–7) or with cycloheximide alone (FIG. 22A, lanes 11–13) for 4 hrs induced the factor. Unexpectedly, stimulation of 70Z/3 with LPS in the presence of cycloheximide for 4 hr gave a superinduction of NF-KB (FIG. 22A, lanes 8–10), increasing it to a level above that seen after a 20 hr induction.

Qualitatively, the same result was observed when anisomycin was used as a translation inhibitor (FIG. 22B). Binding reactions were as detailed in FIG. 21A legend using 2.5 and 3.5 μg of poly d(IC) and protein from untreated 70Z/3 cells (lanes 2,3); 70Z/3 cells after induction with LPS

US 6,410,516 B1

71

alone (lanes 4,5); 70Z/3 cells with LPS induction in the presence of anisomycin (lanes 6,7); 70Z/3 cells treated with anisomycin by itself (lanes 8,9) and the B cell WEHI 231 as a positive control (lane 10). The characteristic nucleoprotein complex is indicated by the arrow. Thus, the presence of anisomycin (10 uM) during a 4 hr stimulation with LPS gave a superinduction of NF-κB (FIG. 22B, lanes 6,7) relative to either LPS alone (FIG. 22B, lanes 4,5) or anisomycin alone (FIG. 22B lanes 8–9). Once again, prior to LPS treatment there was no detectable NF-κB activity in 70Z/3 (FIG. 22B lanes 2,3). Although treatment of 70Z/3 with cycloheximide alone or with LPS alone gave approximately equivalent amounts of NF-κB (FIG. 22A compare lanes 5–7 with lanes 11–13), the level of NF-κB induced with anisomycin alone appeared to be much less (FIG. 22B, compare lanes 8,9 with lanes 4,5). This is probably due to drug toxicity because, even after a short exposure to anisomycin, the cells looked quite unhealthy. Presumably this also accounts for lesser degree of superinduction seen with LPS and anisomycin. Thus the enhancer binding factor NF-κB appears to be inducible in 70Z/3 cells in the absence of protein synthesis. Further, it appears to be inducible by either of 2 different translation inhibitors alone and is superinduced when the cells are stimulated with LPS and the inhibitor.

Phorbol Ester can Induce NF-κB in 70Z/3

The tumor promoting phorbol ester, phorbol 12-myristate-13-acetate (PMA), has been shown to induce surface immunoglobulin in 70Z/3, presumably via activation of κ transcription and transport of complete immunoglobulin to the cell surface (Rosoff P. M. et al., J. Biol. Chem. 259:7056–7060 1984; Rosoff, P. M. and Cantley, L. C., J. Biol. Chem. 260 9209–9215, (1985). To determine if this activation is reflected in an increase of NF-κB, we analyzed extracts derived from 70Z/3 cells after a 4 hr stimulation with PMA at 50 ng/ml. Binding reactions using K3 as a problem (lane 1) were carried out as detailed in FIG. 21A legend with protein from untreated 70Z/3 cells (lane 2) or 70Z/3 cells that had been treated with PMA at 50 ng/ml for 4 hr (lanes 3,4). Lane 5 is the positive control for NF-κB in extracts from WEHI 231. There was a striking induction of NF-κB activity in these extracts (FIG. 23A, compare lanes 3,4 with lane 2). Thus an active phorbol ester by itself is capable of inducing NF-B activity in 70Z/3 cells, implicating protein kinase C as a possible intermediate in the post-translational modification reaction that produces NF-B in these cells [(Bell, R. M. Cell 45:631–632 (1986); Nishizuka, Y. Nature 308:693–697, (1984)]. An inactive phorbol ester (phorbol 12, 13 didecanoate) did not cause induction of NF-κB under similar conditions (data not shown).

Time Course of Activation of NF-B by LPS and PMA are Different

LPS-mediated stimulation of surface Ig expression of mRNA accumulation reaches a maximum after at least one cell cycle, i.e., in 14–18 hr. Recent work has shown that LPS stimulation of RNA synthesis, as measured by nuclear run on assays [Nelson, K. J., et al., Proc. Natl. Sci USA 82:5305–5309 (1985); Wall et al. supra, (1986)] can be seen as early as 4 hr after stimulation and that the DNAse I hypersensitive site associated with the enhancer can be detected as early as 1 hr post-stimulation. To examine the time-course of NF-κB induction, we generated 70Z/3 cell extracts after stimulation either by LPS or PMA for varying lengths of time. Analysis for NF-κB activity using the binding assay showed that the time course of activation of NF-κB by these two agents was quite different (FIG. 23B). Binding reactions were carried out with extracts derived

72

from 70Z/3 cells that had been treated with LPS at 10 μg/ml (lanes 3–7) or PMA at 25 ng/ml (lanes 8–12) for various lengths of time as shown above each lane in the figure. Lane 2 is a positive control for NF-κB in WEHI 231 extracts. With LPS alone, a nucleoprotein complex band reflecting the presence of NF-κB increased until 2 hr post-stimulation after which a slight decrease occurred and then the level remained constant. By contrast, in PMA-stimulated cells, NF-κB was detected at maximal levels within 0.5 hr after stimulation, remained at this level for 2–3 hours and then began to drop off rapidly, such that by 8 hr it was barely detectable. Because prolonged exposure of cells to phorbol esters is known to result in desensitization of endogenous protein kinase C (Rodriquez-Pena, A. and Rozengurt, E., Biochem Biophys. Res. Comm. 120:1053–1009, 1984; EMBO J, 5:77–83 1986), a possible explanation for the rapid decline of NF-κB may be that its maintenance as a binding factor requires continuous activity of protein kinase C. A similar phenomenon has been described recently by Blemis and Erikson where S6 kinase activity assayed by phosphorylation of S6 protein) first rises and then falls during prolonged exposure to PMA. See Blemis, J. and Erikson, R. L. Proc. Natl. Acad. Sci. USA 83:1733–1737 (1986). Although it has been reported that LPS may directly activate protein kinase C (Wightman, P. D. and Raetz, C. R. H., J. Biol. Chem. 259:10048–10052, 1984) the different kinetics of induction of NF-κB by LPS and PMA implies that these activators feed into a common pathway through distinguishable sites of activation.

Non Pre-B Cell Lines can also Be Activated to Produce NF-κB

In our previous analysis we have shown that NF-κB is present only in cell lines representing the B cell or plasma cell stages of B lymphoid differentiation, but was undetectable in a variety of non B cells, pre-B cells and T cells (Sen and Baltimore, 1986). However, as shown above, this factor may be induced to high levels in pre-B cells upon stimulation with LPS. To check if this inducibility was restricted to cells having a pre-B pheno-type only or was a general characteristic of the other constitutively negative cell lines we have taken representative examples of cell types (T cells and non lymphoid cells) and examined then for induction of NF-κB after appropriate stimulation.

The human T leukemia cell line, Jurkat, can be stimulated to produce interleukin-2 (IL-2) by the combined influence of phytohemagglutinin (PHA) and phorbol ester (PMA) (Gillis, S. and Watson, J., J. Exp. Med,. 152:1709–1719, 1980; Weiss et al., J. Immunol. 133:123–128, 1984). Nuclear extracts were prepared from Jurkat cells that had been stimulated with either PHA alone or PMA alone or both together and analyzed for the presence of NF-κB (FIG. 24A). The human T lymphoma Jurkat was stimulated with phytohemagglutinin (PHA) and phorbol 12-myristate-13-acetate (PMA) individually or together for 20 hr. Nuclear extracts made after treatment were analyzed by the mobility shift assay using K-3 fragment as the labelled probe. Binding reactions typically contained 6 g of protein, 2.5–3.5 g of poly d(IC) and 0.3–0.5 ng of end-labelled DNA probe. Lane 1: no protein added; lane 2: WEHI 231 extract (positive control); lane 3: extract from uninduced Jurkat cells: lane 4: Jurkat cells stimulated with PHA alone; lane 5: Jurkat cells stimulated with pHA and PMA; Lane 6: Jurkat cells stimulated with PMA alone. The arrow shows the position of the expected nucleoprotein complex generated by interaction of NF-κB with K-3 fragment. As originally observed, extracts derived from uninduced Jurkat cells were negative for NF-κB activity (FIG. 24A, lane 3). However, extracts made

US 6,410,516 B1

73

74

from Jurkat cells which had been stimulated either with PHA or PMA contained detectable levels of NF-kB (FIG. 24A, lanes 4,6) and the extracts from the co-stimulated cells showed higher levels of the factor (FIG. 24A, lane 5). Thus a factor with the properties of NF-KB can be induced in a T cell lines after appropriate activation.

As an example of a non-lymphoid line we used the human HeLa cell lines which is constitutively negative for NF-kB (Sen and Baltimore, 1986). These cells were induced with PMA for 2 hr and extracts derived from treated and untreated cells were analyzed for NF-KB activity (FIG. 24B). HeLa cells were treated with PMA (50 ng/ml) for 2 hrs. and the extracts derived thereafter were analyzed for induction of NF-KB. Binding reactions contained 15–18 μg of protein, 3.5 μg of poly d(IC) and 0.3–0.5 μg of end-labelled DNA probe. Lane 1: 3 fragment/no protein added; lane 2: 3 fragment incubated with extracts derived from the human B lymphoma EW; lane 3: K3 fragment incubated with uninduced HeLa cell nuclear extract; lane 4: p50 fragment (derived from the μ-heavy chain enhancer and containing a copy of the conserved octamer sequence ATTTGCAT) incubated with uninduced HeLa cell extracts; lane 5: K3 fragment incubated with induced HeLa cell extracts. The untreated HeLa extract (FIG. 24B, lane 3) did not show a nucleoprotein complex which comigrated with the complex generated in B cell extracts. However treatment with PMA induced a factor that generated the characteristic DNA-protein complex produced by NF-KB (FIG. 24B, lane 5). As a control, both the uninduced and induced extracts showed equivalent levels of the ubiquitous NF-A1 DNA binding protein when analyzed using a probe containing the sequence ATTTGCAT (FIG. 24B, lanes 4,6; Singh, H. et al., Nature 319:154–158, 1986). Therefore treatment of HeLa cells with PMA induces a factor that can form a nucleoprotein complex with the K3 fragment.

To further characterize the DNA-protein complex formed in the PMA-treated HeLa cell extracts, we carried out competition experiments. Binding reactions were carried out using end-labelled K3 fragment, 3.5 μg of poly d(IC) and 15–18 μg of nuclear extract in the present of 50 ng of unlabeled competitor DNA derived from various immunoglobulin and viral regulatory sequences (lanes 5–9). The complex generated in PMA-induced HeLa cell extracts (FIG. 24C, lane 4) was specifically competed away by the inclusion of 50 ng of unlabeled DNA in the binding reaction containing either the enhanced (FIG. 24C, lane 7) or the SV40 enhanced (FIG. 24c, lane 8) but was unaffected by two DNA fragments that together span the K enhancer (FIG. 24C, lane 5,6), or by a 250 bp fragment containing the K promoter (FIG. 24C, lane 9). This pattern of competition exactly parallels the pattern observed earlier using the K3 fragment in binding experiments with B cell derived extracts (Sen and Baltimore, 1986). These results further strengthen the conclusion that the NF-KB factor can be induced in non-lymphoid cells as well as lymphoid cells following appropriate stimulation.

### Example 9

### Characterization of the NF-kB Protein and Electrophoretic Mobility Shift Analysis of Subcellular Fractions of 70Z/3 Cells

Characterization of the NF-kB protein

Mouse NF-kB is a polypeptide with a molecular weight around 60 kDa. This has been determined by a DNA-binding renaturation experiment using eluates from different molecular weight fractions of a reducing SDS-gel (FIG. 26A). The size of the native NF-kB protein was determined in the following manner: Nuclear extract from TPA-stimulated cells was subjected to ultracentrifugation on a continuous glycerol gradient. The fractions were assayed for DNA-binding activity of NF-kB by electrophoretic mobility shift assays (FIG. 26B). NF-kB activity was found highest between the co-sedimented bovine serum albumin (67 kDa) and IgG (158 kDa) standards (FIG. 26B, lanes 6 to 8). The specificity of binding was shown by the absence of a complex when a DNA probe with a mutation in the NF-kB binding sequence was used to assay the fractions (FIG. 26B, right lanes 4 to 10). Lenardo, M. et al., Science, 236:1573–1577 (1987). Little NF-kB activity was contained in the fractions where a 60 kDa protein would be expected to sediment (FIG. 26B, lanes 4 and 5). If the sedimentation of NF-kB is not highly abnormal, the results from the glycerol gradient centrifugation suggest that NF-kB is associated with another protein of approximately the same size. Presumably NF-kB forms a homodimer because the protein-DNA complex formed in native gels using whole nuclear extract is of the same mobility as the complex formed with renatured NF-kB protein from a single spot of a two-dimensional gel.

70Z/3 cell cultures were incubated in the absence (Co) and presence of phorbol ester (TPA), followed by subcellular fractionation of cells. In the DNA-binding reactions, 8.8 ug of protein (nuclear extracts (N), cytosolic fractions (C), and post-nuclear membrane fractions (P) in 4 ul buffer D(+) were used. The end-labeled DNA-fragments were incubated in the presence of 3.2 ug poly(d[I-C]) with the subcellular fractions in a final volume of 20 ul for 15 to 30 minutes followed by separation of protein-DNA complexes and unbound DNA on native 4% polyacrylamide gels. Fluorograms of native gels are shown. To detect kB-specific DNA-binding activity a DdeI-HaeIII wild type fragment of the kappa light chain enhancer (kB wt; lanes 1–6) was used. Sen, R. and D. Baltimore; Cell, 46:705–716 (1986). kB-unspecific activities binding to the kappa enhancer fragment were detected using a fragment mutated in NF-kB binding site that was otherwise identical to the wild type fragment (lanes 7–12). Lenardo, M. et al., Science, 236:1573–1577 (1987). NF-uE3-binding activity and octamer binding protein activity were assayed with a HaeII-DdeI kappa enhancer fragment (uE3; lanes 13–18) and a PvuII-EcoRI kappa heavy chain promoter fragment (OCTA; lanes 19–24), respectively. Sen, R. and D. Baltimore, Cell, 46:705–716 (1986); Singh, H. et al., Nature, 319:154–158 (1986). Specific protein-DNA complexes are indicated by filled arrowheads and the positions of unbound DNA-fragments by open arrowheads.

### Example 10

### Renaturation of NF-kB

70Z/3 cells were grown in spinner cultures with RPMI 1640 medium supplemented with 10% newborn calf serum and 50 uM 2-mercaptoethanol. HeLa cells were also grown in spinner cultures with MEM medium supplemented with 10% horse serum. Cell cultures were treated with 25 ng/ml 12-O-tetradecanoylphorbol 13-acetate (TPA; Sigma) for 30 minutes at cell densities between $7 \times 10^5$ and $2 \times 10^6$/ml.

Subcellular Fractionation

Cells were collected by centrifugation for 10 minutes at 150xg. Cell pellets were resuspended in ice-cold phosphate-buffered saline and collected again by centrifugation. All following steps were carried out at 4° C.. Washed cells were

US 6,410,516 B1

75

76

resuspended in four packed cell volumes of a hypotonic lysis buffer (buffer A; Dignam, J. P. et al., *Nucleic Acid Research*, 11:1475–1489 (1983)). After 20 minutes, cells were homogenized by 15 (HeLa) or 20 strokes (70Z/3 cells) with a loose fitting Dounce homogenizer. Nuclei were collected by centrifugation for 6 minutes at 4300×g, resuspended in five volumes of buffer A and washed once by centrifugation. Proteins were extracted from washed nuclei by high salt, followed by centrifugation of the nuclear extracts and dialysis against buffer D as described. Dignam, J. P. et al., *Nucleic Acids Research*, 11:1475–1489 (1983). One percent NP-40 (v/v) was added to the dialyzed nuclear extracts. The postnuclear supernatant was centrifuged for 6 minutes at 4300×g and the resulting supernatant ultracentrifuged for 1 hour at 150,000×g. The pellet after ultracentrifugation containing postnuclear membranes was dissolved in buffer D containing 1% (v/v) NP-40 (referred to as buffer D(+)). Insoluble material was removed by centrifugation for 10 minutes in a Microfuge. The supernatant after ultracentrifugation (referred to as cytosolic fraction) was adjusted to buffer D(+) conditions by the addition of stock solutions. Fractions were stored at −70° C.

Protein concentrations were determined by an assay using bicinchoninic acid. Smith, P. K. et al., *Anals of Biochemistry*, 150:76–85 (1985). The ratio of the total protein recovered during a fractionation experiment in nuclear extracts, cytosolic fractions and postnuclear membrane fractions was 2:4:1 for 70Z/3 cells and 1:10:1.5 for HeLa cells. These ratios were used to adjust the fractions to protein concentrations reflecting equal cell-equivalents of subcellular fractions.

Electrophoretic Mobility Shift Assays and Treatments with Dissociating Agents

DNA-binding reactions were carried out as described above. The DNA-binding reaction mixture contained poly (d[I-C]) (Pharmacia), 3000–6000 cpm of [³²P]end-labeled DNA-fragments and a buffer composed of 10 mM Tris-HCl, pH 7.5, 50 mM NaCl, 1 mM dithiothreitol (DTT), 1 mM EDTA and 5% glycerol. Binding reactions and subsequent analysis on native 4% polyacrylamide gels were performed at room temperature as described. Sen, R. and D. Baltimore, *Cell*, 46:705–716 (1986). Subcellular fractions were treated with formamide (DNA grade; American Bioanalytical) prior to the addition of the DNA-binding reaction mixture. Sodium desoxycholate (Fisher Scientific Company) was added after the DNA-binding reaction.

Renaturation of NF-kB

Protein in the subcellular fractions was precipitated at −20° C. by the addition of four volumes of acetone. Pellets were dissolved in SDS-sample buffer containing 3.3% 2-mercaptoethanol and boiled for 5 minutes. Laemmli, U. K., *Nature*, 227:680–685 (1970). After SDS-polyacrylamide gel electrophoresis, gel pieces from different molecular weight regions were cut out, ground, and proteins eluted overnight at 4 ° C. in 500 ul of a buffer containing 50 mM Tris-HCl, pH 7.9, 0.1% SDS, 0.1 mg/ml bovine serum albumin, 1 mM DTT, 0.2 mM EDTA, 0.1 mM phenylmethylsulfonyl fluoride (PMSF) and 2.5% glycerol. After centrifugation for 2 minutes in a Microfuge, the supernatant was removed and recentrifuged for 10 minutes to remove gel debris.

To 200 ul of the supernatant four volumes of acetone were added and proteins were allowed to precipitate for 2 hours at −20° C. The precipitate was collected by centrifugation for 10 minutes in a Microfuge, washed once with 1 ml methanol at −20° C. and dried for 30 minutes in the inverted tube. The dried pellet was dissolved in 2.5 ul of a saturated solution of urea (ultrapure; American Bioanalytical) and diluted with 125 ul of a buffer containing 20 mM Tris-HCl, pH 7.6, 10 mM KCl, 2 mM DTT and 10 uM PMSF. Renaturation was allowed for a minimum of 18 hours at 4° C. kB-specific DNA-binding activity was detectable in mobility shift assays for at least 48 hours after storage of renatured fractions at 4° C. without appreciable loss of activity.

Example 11

Subcellular Localization of the NF-kB Precursor

Because NF-kB is a DNA-binding protein, it is expected to reside in the nucleus. This is certainly true for NF-kB of phorbol ester-treated cells and mature B-cells where the activity is detectable in nuclear extracts. It is however not mandatory for a precursor of NF-kB especially, in view of the fact that the precursor is activated by protein kinase C, a cytosolic protein that is associated in its active state with the plasma membrane.

The precursor of NF-kB was analyzed by an investigation of subcellular fractions of unstimulated pre-B cells for the presence of NF-kB activity, using electrophoretic mobility shift assays (FIG. 27A). Little DNA-binding activity was detected in the subcellular fractions, indicating that the precursor must exist in a form of low affinity for its cognate DNA (FIG. 27A, lanes 1 to 3). In fractions from TPA-stimulated cells, the newly activated NF-kB was almost exclusively contained in the nuclear extract (FIG. 27A, lanes 4 to 6).

In an attempt to activate the DNA-binding activity of the NF-kB precursor, the various subcellular fractions were treated with agents known to gently dissociate protein-protein interactions. Low concentrations of desoxycholate, formamide or a combination of both included in the mobility shift assay mixture led to the activation of an NF-kB-specific DNA-binding activity (FIG. 27B). The fraction containing the bulk of the in vitro activatable NF-kB precursor was the cytosol (FIG. 27B, lanes 1 to 3). When fractions from TPA-stimulated cells were subjected to the same treatment, the amount of precursor in the cytosolic fraction was found strongly reduced, apparently because of redistribution of activated NF-kB into the nuclear extract fraction (FIG. 27B, lanes 4 and 5). In both control and TPA-stimulated cells, the amount of total cellular NF-kB activity revealed after treatment with dissociating agents was equal, suggesting a complete conversion of the NF-kB precursor into active NF-kB. Cytosolic fractions from HeLa cells and from calf spleen also contained NF-kB precursor which could be demonstrated after activation with dissociating agents. These observations strongly suggest that NF-kB is localized as an inactive precursor in the cytosol. Activation of protein kinase C by phorbol ester then would result in two events: induction of DNA-binding activity and nuclear translocation of NF-kB.

Using subcellular fractions from HeLa cells, another TPA-inducible transcription factor, AP-1, was tested to determine whether it also exhibits activation and subcellular redistribution upon TPA-stimulation. As detected by mobility shift assays, AP-1 from nuclear extracts did not show an increase in DNA-binding activity after TPA-stimulation nor were there significant amounts of AP-1 activity present in the cytosolic fractions from control and stimulated cells (FIG. 28). This showed that the mechanism by which the transcription factor activity of NF-kB is

US 6,410,516 B1

77

induced is fundamentally different from that of AP-1 although the initial signal—activation of protein kinase C by phorbol ester—is the same.

### Example 12

### Investigation of the DOC-dependence of Cytosolic NF-kB

Cytosol from unstimulated 70Z/3 pre-B cells in buffer A (Dignam, J. P. et al., *Nucl. Acids. Res.*, 11:1475 (1983); Baeuerle, P. A. and D. Baltimore, *Cell*, 53:211 (1988)) was adjusted to a final concentration of 50 mM NaCl, 20 mM (HEPES) (pH 7.9), 1.5 mM EDTA, 5% glycerol and 0.2% NP-40. Cytosolic protein (45 mg) was mixed to a final volume of 4 ml with 0.6% DOC, 0.75 g calf thymus (wet weight) DNA-cellulose [Sigma; equilibrated in buffer G: 10 mM Tris-HCl (pH 7.5), 5 mM NaCl, 1 mM EDTA, 1 mM dithiothreitol (DTT), 5% glycerol, 0.2% DOC, 0.2% NP-40, and 0.5 mM phenylmethyl sulfonylfluoride (PMSF)] and 1.2% NP-40. The suspension was incubated in a mini column for 1 hour at room temperature on a rotary shaker. The flow-through fraction was used for gel filtration. DNA-cellulose was washed with buffer G and eluted with a NaCl step gradient in buffer G. Equal proportions of fractions were assayed by EMSA (Sen, R. and D. Baltimore, *Cell*, 46:705 (1986); Baeuerle, P. A. and D. Baltimore, *Cell*, 53:211 (1988)) at a final concentration of 1.2% NP-40 in the presence of either 0.03% DOC (non dissociating condition) or 0.6% DOC (dissociating condition) and with 10 μg of bovine serum albumin (BSA) as carrier. Results of this investigation are represented in FIG. 34 and described above.

### Example 13

### Characterization of IkB and its Complex with NF-kB

The flow-through fraction from the DNA-cellulose column (1.55 mg of protein in 250 μl described in Example 4) was subjected to a G-200 Sephadex column (280 by 7 mm) with a flow rate of 0.15 ml/min in buffer G at room temperature. A mix of size markers (dextran blue; immunoglobulin G, 158 kDa, BSA, 67 kDa, ovalbumin, 45 kDa, myoglobin, 17 kDa; Biorad) was run separately on the column prior to sample runs. Markers were detected in fractions by their color and using SDS-polyacrylamide gel electrophoresis (SDS-PAGE) followed by Coomassie Blue staining.

To detect inhibiting activity, portions of fractions (5 μl; in buffer G) were mixed with 1 μl of nuclear extracts [in buffer D(+)] and 0.5 μl 10% NP-40. Dignam, J. P. et al., *Nucl. Acids. Res.*, 11:1475 (1983). After 30 minutes at room temperature, the reaction volume was brought to 20 μl by the addition of a DNA binding reaction mixture containing 3.2 μg of poly(dI-dC) (Pharmacia), 5 to 20 fmoles of ³²P-end labeled k enhancer fragment, 75 mM NaCl, 15 mM Tris-HCl (pH 7.5), 1.5 mM EDTA, 1.5 mM DTT, 7.5% glycerol, 0.3% NP-40 and 20 μg BSA. After a 20-minute DNA binding reaction, samples were analyzed by EMSA.

Gel filtration fractions containing IkB (25 μg of protein) were incubated for 1 hour at room temperature in buffer G without any addition or with 2 μg of TPCK-treated trypsin (Sigma), 8 μg of BPTI (Sigma), or with 2 μg of trypsin that had been preincubated with 8 μg of BPTI. Tryptic digestion was stopped by a 10-minute incubation with 8 μg of BPTI and samples analyzed as described above.

78

Nuclear extract from TPA-stimulated 70Z/3 cells and cytosol from untreated cells (both 220 μg of protein) were sedimented through 5 ml of a continuous 10 to 30% glycerol gradient in buffer D(+) and 150,000 g (SW 50.1 rotor; Beckman) for 20 hours at 4° C. Cosedimented size markers were detected in fractions by SDS-PAGE and Coomassie Blue staining. Portions of glycerol gradient fractions (4 μl) were analyzed by EMSA with 10 μg of BSA as carrier and 0.5 μg of poly(dI-dC). NF-kB precursor was activated by treating 4 μl of fractions with 1% of formamide before the DNA binding reaction mixture was added.

### Example 14

### Demonstration of the Presence of the NF-kB—IkB Complex in Enucleated Cells

HeLa cells were grown in Eagle's Minimum Essential Medium supplemented with 10% horse serum, penicillin (50 I.U./ml) and streptomycin (50 μg/ml) (referred to as MEM-medium) on discs (1.8 cm in diameter) cut from cell culture plastic ware. For enucleation, discs were placed upside down into centrifuge tubes filled with 10 ml of MEM-medium of 37° C. containing cytochalasin B (10 μg/ml) and held for the same time in the incubator. To estimate the enucleation efficiency, enucleated cells on one disc were fixed with formaldehyde (3.7%) in phosphate-buffered saline (PBS) for 20 minutes, stained for 4 minutes with 4',6-diamidino-2-phenylindole (DAPI, 1 μg/ml; Sigma) in PBS, and washed in PBS. Fluorescence microscopy under UV light and phase contrast microscopy were performed with a Zeiss Photomicroscope III. Control and enucleated cells were allowed to recover in cytochalasin B-free MEM-medium for 30 minutes before a 2-hour incubation in the absence or presence of TPA (50 ng/ml). Cells were then washed in ice-cold PBS, scraped off the discs in 100 μl of a buffer containing 20 mM HEPES (pH 7.9), 0.35M NaCl, 20% glycerol, 1% NP-40, 1 mM MgCl₂, 1 mM DTT, 0.5 mM EDTA, 0.1 mM EGTA, 1% aprotinin (Sigma) and 1 mM PMSF. After lysis and extraction for 10 minutes on ice, particulate material was removed by centrifugation (Microfuge) for 15 minutes at 4° C. and the resulting supernatants were analyzed by EMSA.

### Example 15

### Demonstration of the Role of NF-KB as Mediator in Regulation of a Gene in Non-Lymphoid Cells

The following demonstrates that NF-κB has the role of mediator in cytokine gene regulation (in this case, positive regulation of β-IFN gene expression). NF-κB has been shown to interact with a virus-inducible element (PRDII) in the β-IFN gene and to be highly induced by either virus infection or treatment of cells with double-standard RNA.

### A. Experimental Procedure

### Cell Culture and Transfection

Mouse L929 fibroblasts were maintained in MEM medium (Gibco) with 5% serum (Gibco). Jurkat (human T lymphocytes), Namalwa (human Burkitt lymphoma), S194 (mouse myeloma), and 70Z/3 (mouse pre-B lymphocyte) cells were grown in RPMI 1640 medium supplemented with 10% fetal calf serum (Life Science) and 50 μM β-mercaptoethanol. Sendai virus (SPAFAS) or poly(rI:rC) (Pharmacia) inductions were either 6 hours in length for protein extracts (Zinn et al., *Cell*, 34:865–879 (1983)) or 12 hours for transfections. Phorbol myristate acetate (Sigma) and phytohemagglutinin (PHA) induction was carried out as described by Sen, R. and D. Baltimore (*Cell*, 47:921–928 (1986)).

**79**

Transient transfections of L929 cells were performed according to Kuhl et al., *Cell*, 50:1057–1069 (1987); and for S194 cells, according to Pierce et al., *Proc. Natl. Acad. Sci. USA*, 85:1482–1486 (1988). A β-galactosidse (β-gal) expression plasmid (Edlund et al., *Science*, 230:912–916 (1985)) was co-transfected to monitor the transfection efficiency. CAT assays were described by Gorman et al., *Mol. Cell. Biol.*, 2:1044–1051 (1982), and the amount of protein assayed was normalized to a constant amount of β-gal activity. An et al., *Mol. Cell. Biol.*, 2:1628–1632 (1982).

Plasmid Constructions

The plasmids p-41βCAT (-41β), p-41PII4r (-41β(P)₄), and p-41PII2r (-41β(P)₂) were constructed as follows: in Fan, C. M. and T. Maniatis, *EMBO J.*, in press (1989). The nucleotide sequence of the PRDIIx2 (PRDII₂) is 5'-GATCTGTGGGAAATTCCGTGGGAAATTCCGGATC-3'. The construction of Δ56 (c-fosCAT), Δ56(B)₂ (J16), and Δ56(B⁻) (J32) were described by Pierce et al., *Proc. Natl. Acad. Sci. USA*, 85:1482–1486 (1988). The κB oligonucleotides were: Wild-type: 5'-TCGACAGAGGGGACTTTCCGAGAGGCTCGA-3' and mutant: 5'-TCGACAGAATTCACTTTCCAGGAGGCTCGA-3'. The IRE was isolated as a BglII-BamHI fragment (Goodbourn et al., *Cell*, 45:601–610 (1986)) and cloned into pSP73. Mutant PRDII sites were described in Goodbourn, S. and T. Maniatis, *Proc. Natl. Acad. Sci. USA*, 85:1447–1451 (1988).

Preparation of Subcellular Protein Fractions and Mobility Shift Electrophoresis

Buffers A, C and D are those described by Dignam et al., *Nucl. Acids Res.*, 11:1475–1489 (1983). Frozen pellets containing from 1×10⁶ to 1×10⁷ cells were thawed in the presence of an equal volume of buffer A. The suspension was mixed using 10 strokes of a Dounce homogenizer and the nuclei were pelleted for 20 minutes at 4° in a microcentrifuge. The supernatant, termed cytosol, was ultracentrifuged for 1 hour at 100,000xg and adjusted to 20% glycerol, 10 mM HEPES, pH 7.9, 1 mM EDTA, and 0.1 M KCl. The nuclei were extracted with 2 volumes of the buffer C for 20 minutes and the nuclear extract was cleared by centrifugation and dialyzed against buffer D. To minimize proteolysis, all buffers included 0.5 mM PMSF, 0.3 μg/ml leupeptin, and 0.3 μg/ml antipain and buffers A and C included 0.3 TIU/ml aprotinin, 0.5 mg/ml benzamidine, 0.1 μg/ml chymostatin, and 0.7 μg/ml pepstatin.

Binding assays were carried out as described in Lenardo et al., *Science*, 236:1573–1577 (1987) and Lenardo et al., *Proc. Natl. Acad. Sci. USA*, 85:8825–8829 (1988). Assay samples of 20 μl contained nuclear extract incubated with 0.25 ng ³²P-labeled DNA fragment (5,000 CPM), 10 mM Tris:Cl, pH 7.5, 1 mM dithiothreitol, 1 mM EDTA, 0.5 mM MgCl₂, 3 mM GTP (omitted in experiments varying amounts of added GTP), 2 μg poly(dI-dC), and 5% glycerol for 20 minutes at room temperature. Cytosol was activated in vitro using 0.8% sodium deoxycholate followed by addition of the binding mixture including 0.75% NP-40. Methylation interference assays were performed using the procedure of Gilman et al., *Mol. Cell. Biol.*, 6:4305–4316 (1986).

RNA Analysis

RNA preparation and Northern blot analysis were carried out as previously described by Zinn et al., *Cell*, 34, 865–879 (1983).

B. Results

NF-κB binds specifically to PRDII

The protein encoded by the PRDII-BF1 cDNA binds to the PRDII site and to the H2-K⁵ and κB binding sites (FIG.

**80**

39, Singh et al., *Cell*, 52:415–423 (1988); Fan and Maniatis, unpublished). Thus, the ability of NF-κB to bind to PRDII and to the κB site was compared, using an electrophoretic mobility shift assay. Fried, M. and Crothers, D. M., *Nucleic Acid Res.*, 9:6505–6525 (1981). NF-κB is present in the human T lymphocytic line Jurkat in an active form, but its binding is inducible by phorbol myristate acetate (PMA) and phytohemagglutinin (PHA). Sen, R. and D. Baltimore, *Cell*, 47:921–928 (1986); and Nabel, G. and D. Baltimore, *Nature*, 326:711–713 (1987). The entire interferon gene regulatory element (IRE) or an oligonucleotide comprised of two copies of the PRDII sequences (PRDII₂ or (P)₂) was used. A complex with PMA/PHA-induced Jurkat nuclear extracts that migrated identically to that formed with the κB site was detected. It was assumed that the additional slower migrating complex observed with the PRDII₂ oligonucleotide corresponds to DNA molecules in which both of the PRDII sites are bound to protein. Specific κB complexes were undetectable in extracts from unstimulated Jurkat cells.

To determine whether the same protein binds to PRDII and κB, competition experiments were carried out. Increasing amounts of unlabeled κB oligonucleotide inhibited complex formation with either the IRE or the κB site. The ability of PRDII and κB to compete for NF-κB binding was also reciprocal; an unlabeled fragment prevented complex formation with either labeled fragment. Quantitatively, both sites competed equally for NF-κB. Furthermore, the IRE and the κB sites both formed an identical complex using cytosol from unstimulated Jurkat cells after treatment with the detergent deoxycholate. This observation is in agreement with the finding that NF-κB binding activity can be unmasked in cytosolic extracts by deoxycholate. Baeuerle, P. and D. Baltimore, *Cell*, 53:211–217 (1988).

A number of single base mutations in PRDII decrease the level of virus induction of the β-IFN gene. Goodbourn, S. and T. Maniatis, *Proc. Natl. Acad. Sci. USA*, 85:1447–1451 (1988). Therefore, these mutations were examined to assess whether they also affect in vitro binding to NF-κB. Four point mutations that impair inducibility of the β-IFN gene were shown to reduce binding of NF-κB. (64G→A, 62G→A, 60A→G and 56C→T). A single point mutation that has no effect on inducibility allows specific NF-κB binding (65T→C). Taken together, these results strongly suggest the NF-κB plays a direct role in β-IFN gene regulation.

The in Vivo Activities of PRDII and the κB Site are Indistinguishable

To determine whether the PRDII and κB sites function similarly in vivo, we compared their transcriptional activities were compared, using chloramphenicol acetyltransferase gene (CAT) reporter plasmids in virus-induced mouse L929 fibroblasts and in S194 mouse myeloma cells. The structures of the reporter genes are illustrated in FIG. 41B. The -41 β-globin/CAT gene was not expressed in L929 cells before or after induction by inactivated Sendai virus or poly(rI:rC) (FIG. 41A, lanes 1–3). However, the reporter gene linked to four copies of PRDII (-41β(P)₄) was highly inducible (FIG. 41A, lanes 4–6). Remarkably, two tandemly-repeated κB sites also conferred virus and poly (rI:rC) inducibility on a c-fos promoter/CAT fusion gene in L929 cells (FIG. 41A, compare lanes 7–9 to 10–12). Mutations in the κB site that eliminated binding of NF-κB also abolished virus inducibility. Thus, in L929 cells, the same inducible factor may interact with PRDII and the κB site to stimulate transcription.

The B-cell specific activities of PRDII and the κB site were compared by transfecting the reporter enes into S194

US 6,410,516 B1

81

mouse myeloma cells. As previously demonstrated, wild-type, but not mutant, κB sites were highly active in mature B-cells which constitutively express NF-κB (FIG. 40A, lanes 13–15; Pierce et al., *Proc. Natl. Acad. Sci. USA*, 85:1482–1486 (1988). Significantly, multiple PRDII elements were also highly active in S194 cells (lanes 16–18). These results further suggest that the same factor, NF-κB, interacts productively with PRDII and the κB site.

Virus Induction Stimulates NF-κB Binding in Lymphoid and Non-lymphoid Cells

The ability of PRDII to bind NF-κB suggested that virus infection might activate NF-κB. Therefore, nuclear extracts prepared from cells before and after virus induction were analyzed. NF-κB binding activity was virus-inducible in Namalwa human mature B lymphocytes, 70Z/3 murine pre-B lymphocytes, and murine L929 fibroblasts. Virus Induction of NF-κB in Namalwa cells was unexpected because these cells display significant constitutive NF-κB binding activity in the nucleus. Thus, only a fraction of the NF-κB in Namalwa cells is in the active state, and the remaining molecules can be activated by virus. Virus-induced complexes in all three cell types appeared to contain NF-κB because they could be eliminated by competition with wild-type (WT) but not mutant (MUT) κB sites. Moreover, complex formation could be stimulated by GTP, a biochemical property of NF-κB. Lenardo et al., *Proc. Natl. Acad. Sci. USA*, 85:8825–8829 (1988). The NF-κB complex was also induced by poly(rI:rC) in 70Z/3 cells, but the effect was less dramatic.

Additional evidence that the virus-induced complexes contain NF-κB was provided by comparisons of the methylation interference patterns of the virus-induced complexes from Namalwa and L929 cells with the PMA/PHA-induced complex in Jurkat cells. All of the interference patterns were identical and exhibited the close base contacts that are distinctive of the interaction between NF-κB and its cognate binding site in the κ enhancer. Sen, R. and D. Baltimore, *Cell*, 46:705–716 (1986); and Baldwin, A. S. and P. A. Sharp, *Mol. Cell. Biol.*, 7:305–313 (1988). Finally, the level of NF-κB revealed by deoxycholate in the cytosol of L929 cells was diminished after virus induction. Therefore, like phorbol ester treatment, virus infection apparently releases NF-κB from an active cytosolic form and allows translocation to the nucleus. Baeuerle, P. and D. Baltimore, *Cell*, 53:211–217 (1988).

Endogenous β-IFN and Ig Kappa Gene Expression are Activated by Virus in Pre-B Lymphocytes

As shown above, virus infection dramatically increased the levels of nuclear NF-κB and induced reporter genes containing PRDII or κB sites. Therefore, the ability of virus to induce the transcription of an endogenous κ gene was also assessed. The pre-B cell line 70Z/3, which produces cytoplasmic Ig μ heavy chains, but not light chains, was used for this purpose. Paige et al., *J. Immunol.*, 121:641–647 (1978). The κ gene in 70Z/3 cells is functionally rearranged and can be transcriptionally induced by lipopolysaccharide (LPS) and phorbol myristate acetate (PMA), conditions which powerfully induce NF-κB. Nelson et al., *Nucl. Acids Res.*, 12: 1911–1923 (1984); Rosoff and Cantley, *J. Biol. Chem.*, 259:7056–7060 (1985); and Sen, R. and D. Baltimore, *Cell*, 47:921–928 (1986). As expected, treatment of 70Z/3 cells with phorbol esters or, more strikingly, with LPS resulted in the activation of the endogenous κ gene. Surprisingly, virus infection also induced κ gene expression to a level comparable to that observed with PMA induction. Under the same conditions, endogenous β-IFN mRNA was induced by virus, but not by PMA or LPS. Thus, NF-κB is necessary and

82

sufficient for expression of the endogenous κ gene in 70Z/3 cells, but not for the β-IFN gene. These results indicate the virus-induced complex has all the in vitro binding properties and in vivo transcriptional properties of NF-κB.

EQUIVALENTS

Those skilled in the art will recognize or be able to ascertain, using no more than routine experimentation, many equivalents of the specific embodiments of the invention described therein. Such equivalents are intended to be encompassed by the following claims.

What is claimed is:

1. A method for inhibiting expression, in a eukaryotic cell, of a gene whose transcription is regulated by NF-κKB, the method comprising reducing NF-κKB activity in the cell such that expression of said gene is inhibited.

2. A method for selectively inhibiting expression, in a eukaryotic cell, of genes whose transcription is regulated by NF-κB, the method comprising reducing NF-κB activity in the cell such that expression of said genes is inhibited.

3. A method for reducing the level of expression of a viral gene whose transcription is regulated by NF-κB in a eukaryotic cell, the method comprising reducing NF-κB activity in the cell such that expression of said viral gene is reduced.

4. The method of claim 3, wherein the viral gene is a cytomegalovirus (CMV), human immunodeficiency virus (HIV) or simian virus 40 (SV40) gene.

5. A method for reducing the level of expression of a cytokine gene whose transcription is regulated by NF-κB in a eukaryotic cell comprising reducing NF-κB activity in the cell such that expression of said cytokine gene is reduced.

6. A method for diminishing induced NF-κB-mediated intracellular signaling comprising reducing NF-κB activity in cells such that NF-κB-mediated intracellular signaling is diminished.

7. A method for modifying effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling, the method comprising altering NF-κB activity in the cells such that NF-κB-mediated effects of external influences are modified.

8. The method of claim 7, wherein NF-κB activity in the cell is reduced.

9. A method for reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB-mediated intracellular signaling, the method comprising reducing NF-κB activity in the cells such that expression of said genes is reduced.

10. A method for reducing the effects of bacterial infection on mammalian cells comprising reducing NF-κB activity in mammalian cells so as to reduce bacterial lipopolysaccharide-induced gene expression in the mammalian cells.

11. A method for reducing the effects of viral infection on mammalian cells comprising reducing NF-κB activity in mammalian cells so as to reduce virus-mediated gene expression in the mammalian cells.

12. A method for reducing the effects of bacterial infection on mammalian immune cells comprising reducing NF-κB activity in mammalian immune cells so as to reduce bacterial lipopolysaccharide-mediated stimulation of the immune cells.

13. A method for reducing the effects of bacterial lipopolysaccharide on mammalian cells comprising reducing NF-κB activity in the cells so as to reduce bacterial lipopolysaccharide-induced gene expression in the cells.

14. A method for reducing bacterial lipopolysaccharide-induced expression of cytokines in mammalian cells, which

US 6,410,516 B1

83

method comprises reducing NF-κB activity in the cells so as to reduce bacterial lipopolysaccharide-induced expression of said cytokines in the cells.

15. A method for reducing bacterial lipopolysaccharide-induced expression of Tumor Necrosis Factor-α in mammalian cells, which method comprises reducing NF-κB activity in the cells so as to reduce bacterial lipopolysaccharide-induced expression of Tumor Necrosis Factor-α in the cells.

16. A method for reducing bacterial lipopolysaccharide-mediated stimulation of immune cells, which method comprises reducing NF-κB activity in the cells so as to reduce bacterial lipopolysaccharide-mediated stimulation of the immune cells.

17. A method for reducing bacterial-induced NF-κB signaling in cells, which method comprises reducing NF-κB activity in the cells so as to reduce bacterial-induced NF-κB signaling in the cells.

18. A method for reducing Interleukin-1 or Tumor Necrosis Factor-α activity in mammalian cells comprising reducing NF-κB activity in the cells so as to reduce intracellular signaling caused by Interleukin-1 or Tumor Necrosis Factor-α in the cells.

19. A method for reducing bacterial lipopolysaccharide-induced nuclear translocation of NF-κB in eukaryotic cells comprising inhibiting one or more of: (a) modification of an IκB protein which reduces binding to NF-κB, (b) degradation of an IκB protein, or (c) dissociation of NF-κB-IκB complexes so as to reduce nuclear translocation of NF-κB in the cells.

20. The method of claim 1 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

21. The method of claim 1 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

22. The method of claim 1, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

23. The method of claim 1, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

24. The method of claim 1, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

25. The method of claim 1 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

26. The method of claim 1, carried out on mammalian cells.

27. The method of claim 1, carried out on human cells.

28. The method of claim 26 or 27, carried out on immune cells.

29. The method of claim 26 or 27 carried out on lymphoid cells.

30. The method of claim 26 or 27, carried out on liver cells.

31. The method of claim 2 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

32. The method of claim 2 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

33. The method of claim 2, wherein NF-κB activity is reduced by inhibiting modification of an I-κB protein, which modification otherwise reduces IκB binding to NF-κB.

34. The method of claim 2, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

84

35. The method of claim 2, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

36. The method of claim 2 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

37. The method of claim 2, carried out on mammalian cells.

38. The method of claim 2, carried out on human cells.

39. The method of claim 37 or 38, carried out on immune cells.

40. The method of claim 37 or 38, carried out on lymphoid cells.

41. The method of claim 37 or 38, carried out on liver cells.

42. The method of claim 3 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

43. The method of claim 3 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

44. The method of claim 3, wherein NF-κB activity is reduced by inhibiting modification of an I-κB protein, which modification otherwise reduces IκB binding to NF-κB.

45. The method of claim 3, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

46. The method of claim 3, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

47. The method of claim 3 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

48. The method of claim 3, carried out on mammalian cells.

49. The method of claim 3, carried out on human cells.

50. The method of claim 48 or 49, carried out on immune cells.

51. The method of claim 48 or 49, carried out on lymphoid cells.

52. The method of claim 48 or 49, carried out on liver cells.

53. The method of claim 5 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

54. The method of claim 5 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

55. The method of claim 5, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

56. The method of claim 5, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

57. The method of claim 5, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

58. The method of claim 5 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

59. The method of claim 5, carried out on mammalian cells.

60. The method of claim 5, carried out on human cells.

61. The method of claim 59 or 60, carried out on immune cells.

62. The method of claim 59 or 60, carried out on lymphoid cells.

US 6,410,516 B1

85

63. The method of claim 59 or 60, carried out on liver cells.

64. The method of claim 6 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

65. The method of claim 6 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

66. The method of claim 6, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

67. The method of claim 6, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

68. The method of claim 6, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

69. The method of claim 6 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

70. The method of claim 6, carried out on mammalian cells.

71. The method of claim 6, carried out on human cells.

72. The method of claim 70 or 71, carried out on immune cells.

73. The method of claim 70 or 71, carried out on lymphoid cells.

74. The method of claim 70 or 71, carried out on liver cells.

75. The method of claim 8 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

76. The method of claim 8 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

77. The method of claim 8, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

78. The method of claim 8, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

79. The method of claim 8, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

80. The method of claim 8 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

81. The method of claim 7, carried out on mammalian cells.

82. The method of claim 8, carried out on mammalian cells.

83. The method of claim 7, carried out on human cells.

84. The method of claim 8, carried out on human cells.

85. The method of any of claims 81–84, carried out on immune cells.

86. The method of any of claims 81–84, carried out on lymphoid cells.

87. The method of any of claims 81–84, carried out on liver cells.

88. The method of claim 9 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

89. The method of claim 9 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

90. The method of claim 9, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

86

91. The method of claim 9, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

92. The method of claim 9, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

93. The method of claim 9 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

94. The method of claim 9, carried out on mammalian cells.

95. The method of claim 9, carried out on human cells.

96. The method of claim 94 or 95, carried out on immune cells.

97. The method of claim 94 or 95, carried out on lymphoid cells.

98. The method of claim 94 or 95, carried out on liver cells.

99. The method of claim 10 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

100. The method of claim 10 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

101. The method of claim 10, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

102. The method of claim 10, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

103. The method of claim 10, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

104. The method of claim 10 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

105. The method of claim 10, carried out on human cells.

106. The method of claim 11, carried out on immune cells.

107. The method of claim 11, carried out on lymphoid cells.

108. The method of claim 11, carried out on liver cells.

109. The method of claim 11 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

110. The method of claim 11 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

111. The method of claim 11, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

112. The method of claim 11, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

113. The method of claim 11, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

114. The method of claim 11 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

115. The method of claim 11, carried out on human cells.

116. The method of claim 11 or 115, carried out on immune cells.

117. The method of claim 11 or 115, carried out on lymphoid cells.

118. The method of claim 11 or 115, carried out on liver cells.

119. The method of claim 12 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

US 6,410,516 B1

87

88

120. The method of claim 12 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

121. The method of claim 12, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

122. The method of claim 12, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

123. The method of claim 12, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

124. The method of claim 12 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

125. The method of claim 12, carried out on human immune cells.

126. The method of claim 12, carried out on lymphoid cells.

127. The method of claim 125, carried out on lymphoid cells.

128. The method of claim 13 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

129. The method of claim 13 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

130. The method of claim 13, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

131. the method of claim 13, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

132. The method of claim 13, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

133. The method of claim 13 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

134. The method of claim 13, carried out on human cells.

135. The method of claim 13, carried out on immune cells.

136. The method of claim 134, carried out on immune cells.

137. The method of claim 13 or 134, carried out on lymphoid cells.

138. The method of claim 13 or 134, carried out on liver cells.

139. The method of claim 14 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

140. The method of claim 14 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

141. The method of claim 14, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

142. The method of claim 14, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

143. The method of claim 14, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

144. The method of claim 14 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

145. The method of claim 14, carried out on human cells.

146. The method of claim 14 or 145, carried out on immune cells.

147. The method of claim 14 or 145, carried out on lymphoid cells.

148. The method of claim 14 or 145, carried out on liver cells.

149. The method of claim 15 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

150. The method of claim 15 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

151. The method of claim 15, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

152. The method of claim 15, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

153. The method of claim 15, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

154. The method of claim 15 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

155. The method of claim 15, carried out on human cells.

156. The method of claim 15 of 155, carried out on immune cells.

157. The method of claim 15 or 155, carried out on lymphoid cells.

158. The method of claim 15 or 155, carried out on liver cells.

159. The method of claim 16 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

160. The method of claim 16 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

161. The method of claim 16, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

162. The method of claim 16, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

163. The method of claim 16, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

164. The method of claim 16 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

165. The method of claim 16, carried out on human cells.

166. The method of claim 16 or 165, carried out on lymphoid cells.

167. The method of claim 17 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

168. The method of claim 17 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

169. The method of claim 17, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

170. The method of claim 17, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

171. The method of claim 17, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

172. The method of claim 17 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

US 6,410,516 B1

89

173. The method of claim 17, carried out on human cells.

174. The method of claim 17 or 173, carried out on immune cells.

175. The method of claim 17 or 173, carried out on lymphoid cells.

176. The method of claim 17 or 173, carried out on liver cells.

177. The method of claim 18 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

178. The method of claim 18 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

179. The method of claim 18, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

180. The method of claim 18, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

181. The method of claim 18, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

182. The method of claim 18 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

183. The method of claim 18, carried out on human cells.

184. The method of claim 18 or 183, carried out on immune cells.

185. The method of claim 18 or 183, carried out on lymphoid cells.

186. The method of claim 18 or 183, carried out on liver cells.

187. The method of claim 19, carried out on mammalian cells.

188. The method of claim 19, carried out on human cells.

189. The method of claim 187 or 188, carried out on immune cells.

190. The method of claim 187 or 188, carried out on lymphoid cells.

90

191. The method of claim 193 or 194, carried out on liver cells.

192. The method of claim 4 wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

193. The method of claim 4 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells.

194. The method of claim 4, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.

195. The method of claim 4, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein.

196. The method of claim 4, wherein NF-κB activity is reduced by inhibiting dissociation of NF-κB:IκB complexes.

197. The method of claim 4 wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

198. The method of claim 4, carried out on mammalian cells.

199. The method of claim 4, carried out on human cells.

200. The method of claim 198 or 199, carried out on immune cells.

201. The method of claim 198 or 199, carried out on lymphoid cells.

202. The method of claim 198 or 199, carried out on liver cells.

203. A method of inhibiting expression, in a mammalian cell, of a gene whose transcriptional activity is activated by binding of NF-κB to said gene, comprising introducing a nucleic acid decoy molecule into the cell in an amount sufficient to inhibit expression of the gene, which decoy includes a NF-κB binding site that binds to NF-κB.

* * * * *

# EXHIBIT B

# REDACTED

# EXHIBIT C

Patentees: David Baltimore et al.
Merged *Ex Parte*
Reexamination Control Nos.: 90/007,503 and 90/007,828
*Page 14 of 92 of October 22, 2007 Response*

I.    INTRODUCTION

    A.    **Status of Claims Pursuant to 37 C.F.R. § 1.530(e).**

Issued Claims Confirmed Patentable
Claims 19, 30, 41, 44-46, 52, 63, 74, 87, 98, 101-103, 108, 111-113, 118, 121-123, 130-132, 138, 141-143, 148, 151-153, 158, 161-163, 169-171, 176, 179-181, 186-191, 194-196, and 202 have been confirmed patentable.

Canceled Claims
Claims 1-5, 7, 10-13, 15-17, 20-29, 31-40, 42, 43, 47-51, 53-62, 81, 83, 85, 86, 99, 100, 104-107, 109, 110, 114-117, 119, 120, 124-129, 133-137, 149, 150, 154-157, 159, 160, 164-168, 172-175, 192, 193, 197-201 and 203 have been canceled.

(To reduce the number of issues in this reexamination Patentees have cancelled the claims listed above without disclaimer or prejudice.)

Rejected Claims
Claims 6, 8, 9, 14, 18, 64-74, 75-80, 82, 84, 88-97, 139, 140, 144-147, 177, 178, 182-185 as issued on June 25, 2002 are now pending and subject to rejection.

New Claims
New claims 204-211 have been added.

    B. **Objection to Claim 8**

The July 6, 2007 Final Office Action on page 2 objected to claim 8 for being dependent on canceled claim 7, and required Patentees to rewrite claim 8 in independent form.

ARI 84400

Patentees: David Baltimore et al.
Merged *Ex Parte*
Reexamination Control Nos.: 90/007,503 and 90/007,828
*Page 27 of 92 of October 22, 2007 Response*

III.     RESPONSE TO ART REJECTIONS

On pages 17-22, the July 6, 2007 Final Office Action sets forth an
interpretation of the claims of the '516 Patent which suggests that
many differently worded claims should be interpreted as having the
same scope.  To limit the issues in these proceedings, Patentees have
herein cancelled more than 90 claims and respectfully direct the
Examiner's attention to the pending rejected independent claims now
pending, i.e. claims 6, 8, 9, 14 and 18, and to claims dependent
thereon.  Patentees maintain that the claim interpretation advanced
in the July 6, 2007 Final Office Action (as well as that advanced in
the earlier August 2, 2006 Office Action) is not applicable to the
these now pending rejected claims.  See, also the Second Declaration
of Dr. Inder Verma, ¶¶ 6-10 , a copy of which is attached hereto as
**Exhibit B.**

The entire contents of the Second Declaration of Dr. Inder Verma as
well as that of the First Declaration of Dr. Verma is hereby
incorporated herein by reference.

**A.     All Rejected Claims Now Pending Are Directed To Reducing
         Induced NF-kB Activity**

In the absence of external inducing stimuli, NF-kB is present in the
cytoplasm of a eukaryotic cell in an inactive form, i.e. there is no
NF-kB activity.  In the presence of external inducing stimuli NF-kB
activity is induced in a cell.  Such induced NF-kB activity persists
so long as the external inducing stimuli are present.   Broadly
speaking, there are the two types of methods to obtain a cell
exhibiting reduced NF-kB activity as follows: (a) reducing the
induced NF-kB activity by intervening in the signaling pathway by
which NF-kB activity is manifested including particularly intervening
intracellularly at a specific segment within the signaling pathway;
and (b) preventing the external inducing stimuli from inducing the

Patentees: David Baltimore et al.
Merged *Ex Parte*
Reexamination Control Nos.: 90/007,503 and 90/007,828
*Page 28 of 92 of October 22, 2007 Response*

intracellular signaling pathway through which NF-kB activity is manifested.

Certain claims of the '516 Patent as issued covered both such types of methods. However, as discussed further in this response applicants maintain that the rejected claims now pending are directed only to type (a) above. (See, e.g., column 2, lines 20-63; column 10, lines 31-55; column 12, lines 57-66; column 13, line 13 - column 14, line 54; column 16, lines 22-63; and column 17, lines 30-37 of the '516 patent; and First Declaration of Dr. Verma, ¶¶ 5-9.)

In applying the cited art against claims of the '516 patent in the July 6, 2007 Final Office Action the Examiner consistently asserted that the claimed method encompasses administering an inhibitor of NF-kB activity (i) prior to, (ii) simultaneously with, and (iii) subsequent to, administering an inducer of NF-kB activity. (See, e.g. page 27, lines 16-18; page 36, lines 20-22; page 59, lines 4-10; page 80, lines 21-23; page 91, lines 26-29; page 98, lines 12-16; and page 112, lines 24-30 of the July 6, 2007 Final Office Action.) However, with respect to claims 6, 8, 9, 14 and 18, and claims dependent thereon, the only rejected claims now pending, this assertion is not correct. The rejected claims now pending do not encompass either case (i) or case (ii).

   1)   All rejected, pending claims must be given their <u>broadest</u>
        <u>reasonable interpretation</u>

While a claim under reexamination is to be given a broad interpretation, this interpretation must be *reasonable* in light of the specification. *In re Yamamoto*, 740 F.2d 1569, 1571 (Fed. Cir. 1984). Additionally, the claims must be construed as one of skill in the art would construe them. *In re American Academy of Science Tech Center*, 367 F.3d 1359, 1364 (Fed. Cir. 2004). For the broadest reasonable interpretation of the claims by a person skilled in the

ARI 84414

# EXHIBIT D



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,503<br>90/007828 | 04/04/2005 | 6410516 | 74753/JPW/GJG | 5583 |

| | | |
|---|---|---|
| 23432       7590       07/06/2007 | | EXAMINER |
| COOPER & DUNHAM, LLP<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | | |

| ART UNIT | PAPER NUMBER |
|---|---|
| | |

DATE MAILED: 07/06/2007

Please find below and/or attached an Office communication concerning this application or proceeding.

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Grantland G. Drutchas

MCDONNELL BOEHNEN HULBERT & BERGHOFF

300 S. Wacker Drive, Suite 3100

Chicago, IL 60606

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/007,503*.

PATENT NO. *6410516*.

ART UNIT *3991*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Office Action in Ex Parte Reexamination* | Control No.<br>90/007,503    (90/007,828) | Patent Under Reexamination<br>6410516 |
|---|---|---|
| | Examiner<br>Bennett Celsa | Art Unit<br>3991 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a☒ Responsive to the communication(s) filed on <u>17 November 2006</u> .    b☒ This action is made FINAL.
c☐ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>2</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1.  ☒ Notice of References Cited by Examiner, PTO-892.    3.  ☐ Interview Summary, PTO-474.
2.  ☒ Information Disclosure Statement, PTO/SB/08.    4.  ☐ _____ .

Part II    SUMMARY OF ACTION

1a.  ☒ Claims <u>1-6,8-27,29-38,40-80,82,84 and 87-202</u> are subject to reexamination.

1b.  ☐ Claims _____ are not subject to reexamination.

2.  ☒ Claims <u>7,28,39,81,83,85,86 and 203</u> have been canceled in the present reexamination proceeding.

3.  ☒ Claims <u>see cont. sheet below</u> are patentable and/or confirmed.

4.  ☒ Claims <u>see cont. sheet below</u> are rejected.

5.  ☐ Claims _____ are objected to.

6.  ☐ The drawings, filed on _____ are acceptable.

7.  ☐ The proposed drawing correction, filed on _____ has been  (7a)☐ approved  (7b)☐ disapproved.

8.  ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
        a)☐ All  b)☐ Some*  c)☐ None    . of the certified copies have
        1☐ been received.
        2☐ not been received.
        3☐ been filed in Application No. _____ .
        4☐ been filed in reexamination Control No. _____ .
        5☐ been received by the International Bureau in PCT application No. _____ .
        * See the attached detailed Office action for a list of the certified copies not received.

9.  ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10.  ☐ Other: _____

cc: Requester (if third party requester)

**Continuation Sheet (PTOL-466)**                                                    **Reexam Control No.**

Rejected: claims 1-6, 8-18, 20-27, 29, 31-38, 40, 42-43, 47-51, 53-62, 64-73, 75-80, 82, 84, 88-97, 99-100, 104-107, 109-110, 114-117, 119-120, 124-129, 133-137, 139,140, 144-147, 149, 150, 154-157, 159, 160, 164-168, 172-175, 177, 178, 182-185, 192-193 and 197-201.

Confirmed: claims 19, 30, 41, 44-46, 52, 63, 74, 87, 98, 101-103, 108, 111-113, 118, 121-123, 130-132, 138, 141-143, 148, 151-153, 158, 161-163, 169-171, 176, 179-181, 186-191, 194-196, and 202.

c. use of a variety of classes of substances of <u>diverse and unrelated structure</u> that possess the capability (<u>*in vitro* or *in vivo*)</u> to modulate signal transducing activity:

> "...To the contrary, *a person of skill in the art would have reasonably expected that the screening steps of the prior claims would identify a diverse group of substances having any of a wide variety of structures, with no common structure expected to link the function disclosed by the specification and use covered by the prior claims....* Even compounds regulating NF-κB by the same mechanism, such as by inhibiting modification or degradation of I-κB would have been expected to include any of a variety of different structure". ... that such substances could then be used to modify NF-κB mediated signalling in cells, both *in vitro* and *in vivo*, as recited by the pending claims ... Although the compounds regulating NF-κB mediated gene expression may be diverse structurally, they all possess at least one common functional characteristic, i.e., the capability to modulate NF-κB signal transducing activity."

2. Patent Owner: *When read in light of the teachings of the patent disclosure, one of skill in the art would understand and interpret the claims to require affirmative acts and manipulative steps, calculated to achieve specific results.* Dr. Verma Declaration, ¶ 11.

Examiner Response:

The claimed invention is not so limited. Neither the specification nor the prosecution history place any restrictions on the means by which "NF-κB activity" is regulated (enhanced or reduced). Accordingly, the claims would encompass any *in vitro* or *in vivo*, natural or man-made, or direct or indirect method of reducing NF-κB activity

3. Patent Owner: *The instant claims should be interpreted to require a first activating step which excludes prophylaxis, pretreatment or simultaneous activator and inhibitor administration; and thus be limited solely to treatment of an already NF-κB-induced cell or organism.* Dr. Verma Declaration ¶13-14.

Examiner's Response:

The claimed methods are drawn to "reducing NF-κB activity" to inhibit NF-κB regulated gene expression in a eukaryotic (or mammalian) cell. There is nothing in the independent claims compelling a person of ordinary skill in the art to include any particular steps including a 1st activation step.

# EXHIBIT E

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 63 of 113 of Second Declaration of Dr. Inder Verma*

| | prevent activation of NF-κB, which is consistent with the entire Shirakawa et al. document and my understanding. |
|---|---|

60.     Claim 6 and the claims dependent thereon recite a "method for <u>diminishing induced</u> NF-κB-mediated intracellular signaling" (emphasis added). I understand the Examiner has alleged that Meichle et al. teach administration of protein kinase C inhibitors to reduce NF-κB activity. I find no such teaching Meichle et al. or Shirakawa et al. Meichle et al. administer protein kinase inhibitors prior to the administration of agent purported to activate NF-κB as described, e.g. on page 8340, first column, "protein kinase inhibitors were added >30 min before stimulation to allow equilibration and inhibition of the enzymes." Further, Meichle et al. state "H7 pretreatment of Jurkat cells impaired NFκB activation by PMA...In contrast, H7 did not inhibit NF-κB activation by TNF. The use of the protein kinase inhibitor staurosporine revealed similar results. At 150nM, staurosporine blocked PMA- but not TNF-induced activation of NF-κB..." (page 8341, first column). Inhibiting activation is a method different from diminishing induced NF-κB activity. Thus, Meichle et al. do not teach administration of protein kinase inhibitors to diminish induced NF-κB-mediated intracellular signaling as recited in claim 6.

61.     Shirakawa et al. also disclose that "cells were incubated in the presence....or absence...of 10μM H8 for 2 h, washed and then cultured with...or without...1.2 x $10^{-11}$M IL-1 for 48h) (see Figure 1 legend, page 2425). Similar treatment protocols are described for the experiments presented in the remaining figures. Inhibiting activation is a method different from diminishing induced NF-κB activity. Thus, Shirakawa et al. do not teach administration of protein kinase inhibitors to diminish induced NF-κB-mediated intracellular signaling as recited in claim 6.

ARI 84760

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 106 of 113 of Second Declaration of Dr. Inder Verma*

| therein). | |
|---|---|
| Yasutomi further demonstrated the ability of tetracycline to inhibit lipopolysaccharides and NF-κB activation in human monocyte-derived dendritic cells and suppress NF-κB induced cytokine (e.g. IL-6, 10, 12p70, 13 and IFN-γ) production. See abstract, page 8071-8073, see Table 1 and Figures especially 1-3 and 8. | Yasutomi et al. do not describe any experiment using tetracycline. In any event, the administration of the antibiotic erythromycin prior to stimulation, which is disclosed by Yasutomi et al. (page 8070, first column), is a method different from reducing induced NF-κB activity. Therefore, Yasutomi et al. do not describe that antibiotics reduce induced NF-κB activity. |
| Thus, by blocking LPS that reaches the cell, administration of the 1970 PDR antibiotics to combat gram-negative bacterial infections would necessarily reduce NF-κB activity in human cells and thereby reduce cytokine expression. | Yasutomi et al. do not disclose any evidence describing "blocking LPS" by erythromycin or any antibiotic, nor does the July 6, 2007 Final Office Action point to where this is described in Yasutomi et al. or any other reference. |
| As such, as shown on an element-by-element claim basis in Exhibit H-10 of the 90/007,503 request (incorporated by reference), the disclosed 1970 PDR antibiotics would inherently anticipate the subject claims requiring LPS-induced NF-κB activity. | I have read the 1970 PDR and Exhibit H-10 and I do not find them to teach the method of the claims under review. The 1970 PDR acknowledged antibiotic resistance on pages 1309 and 1310 of the 1970 PDR. More importantly, antibiotics cannot reduce LPS-induced NF-κB activity as recited in the claims under review. |

114. Antibiotics cannot reduce induced NF-κB activity. Antibiotics, according to the Examiner's theory, sometimes kill bacteria, thereby allowing LPS to be cleared from a subject. In the case where LPS has already induced NF-κB activity, removal of LPS does not change such induced activity. The absence of LPS does not reduce induced NF-κB activity. LPS, when present, induces NF-κB activity, but when absent does not. Thus, according to the Examiner's theory, antibiotics can only prevent induction of NF-κB by LPS but under no theory or evidence presented in the July 6, 2007 Final Office Action can antibiotics reduce induced NF-κB activity. Further, in Exhibit H-10, referred to in the July 6, 2007 Final Office Action, the same statement appears next to claims each of 6, 8, 9, 14 and 18 regarding the 1970 PDR: "Teaches

ARI 84803

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 107 of 113 of Second Declaration of Dr. Inder Verma*

administration of antibiotic for treatment of gram negative bacterial infection." This is not an accurate statement in that the 1970 PDR provides instruction for the use of antibiotics to treat both gram positive and gram negative bacterial infections. Notably, on page 1379, third column, the 1970 PDR discloses that erythromycin has a "lower order of activity against gram-negative" bacteria than against gram positive bacteria. Therefore, I do not understand the 1970 PDR to provide instruction for the use of the antibiotics solely for resolving gram negative bacterial infections. According to the express teaching of the 1970 PDR, the antibiotics are only sometimes effective.

115.    Claim 6 and claims dependent thereon recite a "method for <u>diminishing induced</u> NF-κB-mediated intracellular signaling" (emphasis added). I understand the Examiner has alleged that the 1970 PDR teaches administration of antibiotics to kill gram-negative bacteria which produce LPS thereby reducing NF-κB activity. I find no such teaching in the 1970 PDR. The 1970 PDR provides dosage and administration instructions for the use of erythromycin, gentamycin and tetracycline. There antibiotics have no direct effect on NF-κB activity. Killing bacteria does not reduce the amount of LPS already present. Though LPS induces activation of NF-κB, removing LPS (which is not a direct effect of an antibiotic) merely prevents <u>further</u> induction of NF-κB. Thus the 1970 PDR provides no evidence that antibiotics can diminish induced NF-κB-mediated intracellular signaling as recited by claim 6.

116.    Claim 8 and claims dependent thereon recite a "method for modifying the effects of external influences on a eukaryotic cell, which external influences induce NF-κB-mediated intracellular signaling." The 1970 PDR does not demonstrate that administration of antibiotics modifies the effects of external influences which induce NF-κB-mediated intracellular signaling.

ARI 84804

# Exhibit F

# REVIEWS

Amgen v. Ariad
Plaintiff's Dep Exhibit
287

# NF-κB REGULATION IN THE IMMUNE SYSTEM

*Qiutang Li and Inder M. Verma*

The nuclear factor-κB (NF-κB)/REL family of transcription factors has a central role in coordinating the expression of a wide variety of genes that control immune responses. There has been intense scientific activity in the NF-κB field owing to the involvement of these factors in the activation and regulation of key molecules that are associated with diseases ranging from inflammation to cancer. In this review, we focus on our current understanding of NF-κB regulation and its role in the immune system and inflammatory diseases. We also discuss the role of NF-κB proteins as potential therapeutic targets in clinical applications.

The nuclear factor-κB (NF-κB) family is a key player in controlling both innate and adaptive immunity. NF-κB proteins are present in the cytoplasm in association with inhibitory proteins that are known as inhibitors of NF-κB (IκBs). After activation by a large number of inducers, the IκB proteins become phosphorylated, ubiquitylated and, subsequently, degraded by the proteasome. The degradation of IκB allows NF-κB proteins to translocate to the nucleus and bind their cognate DNA binding sites to regulate the transcription of a large number of genes, including antimicrobial peptides, cytokines, chemokines, stress-response proteins and anti-apoptotic proteins. NF-κB activity is essential for lymphocyte survival and activation, and for mounting normal immune responses. The constitutive activation of NF-κB pathways is often associated with inflammatory diseases, such as rheumatoid arthritis, inflammatory bowel disease, multiple sclerosis (MS) and asthma. A better understanding of the regulation of NF-κB pathways will provide a platform for developing specific therapeutics for inflammatory diseases.

## NF-κB proteins

As for most transcription-factor families, the mammalian NF-κB family has many members. They include RELA (p65), NF-κB1 (p50; p105), NF-κB2 (p52; p100), c-REL and RELB[1,2]. These proteins have a structurally conserved amino-terminal 300-amino-acid region, which contains the dimerization, nuclear-localization and DNA-binding domains (FIG. 1). The c-REL, RELB and RELA proteins also have a carboxy-terminal non-homologous transactivation domain, which strongly activates transcription from NF-κB-binding sites in target genes. The other REL proteins, such as p50 homodimers, lack the transactivation domain, but they still bind to NF-κB consensus sites in DNA and, therefore, function as transcriptional repressors[3]. The p50 and p52 proteins are generated by proteolytic processing of precursor p105 and p100 proteins, respectively[4]. Each member of the NF-κB family, except for RELB, can form homodimers, as well as heterodimers with one another. The main activated form of NF-κB is a heterodimer of the p65 subunit associated with either a p50 or p52 subunit. Whereas p50 and p65 are expressed widely in various cell types, the expression of RELB is restricted to specific regions of the thymus, lymph nodes and Peyer's patches. The expression of c-REL is confined to haematopoietic cells and lymphocytes. The transcription of RELB, c-REL and p105 is regulated by NF-κB[1,2].

Genes that encode all five members of the NF-κB family have been deleted by homologous recombination in mice[5] (TABLE 1). These gene-knockout animal models indicate the distinct roles of the NF-κB proteins in the regulation of innate and adaptive immune responses, lymphocyte function and cell survival. Lack of the p65 subunit is embryonic lethal owing to liver degeneration; by contrast, mice that lack each of the other four members are immunodeficient without

*The Salk Institute, Laboratory of Genetics, 10010 North Torrey Pines Road, La Jolla, California 92037, USA. Correspondence to I.M.V. e-mail: verma@salk.edu. doi:10.1038/nri910*

© 2002 Nature Publishing Group

# REVIEWS



**Figure 1 | Mammalian NF-κB- and IκB-family members. a |** The nuclear factor-κB (NF-κB) family comprises five members: RELA (p65), c-REL, RELB, p105/p50 (NF-κB1) and p100/p52 (NF-κB2). They have a structurally conserved amino-terminal Rel-homology domain (RHD), which contains the dimerization, nuclear-localization (N) and DNA-binding domains. c-REL, RELB and RELA proteins also have a carboxy-terminal non-homologous transactivation domain (TD). RELB has an additional leucine-zipper motif (LZ). **b |** The inhibitor of NF-κB (IκB) family contains IκBα, IκBβ, IκBε (two transcripts) and BCL-3, and it is identified by the presence of many ankyrin (ANK) repeats. The amino-acid sequences of the sites of induced phosphorylation of IκBα, IκBβ and IκBε for their degradation are shown (DSGLDS, DSGLGS and DSGLES, respectively). p105 and p100 contain RHDs at the amino terminus and ANK repeats at the carboxyl terminus. Proteolytic processing of p105 and p100 at residues 435 and 405 (as indicated by arrows), respectively, generates the p50 and p52 NF-κB proteins. The glycine-rich region (GRR) and the carboxy-terminal sites of inducible phosphorylation (in the DSVCDS and EVKEDSAYGS sequences for p105 and p100, respectively) are required for processing. Phosphorylation of RELA at Ser276, Ser529 and Ser536 is important for its transactivation activity. The size of each human protein is shown on the right (number of amino acids).

developmental defects. Mice that lack more than one member of the NF-κB family — such as $p50^{-/-}RelB^{-/-}$ and $p50^{-/-}p52^{-/-}$ mice — have more severe phenotypes, which indicates that there is functional redundancy between the NF-κB-family members.

## IκB proteins

NF-κB proteins exist in the cytoplasm in an inactive form, as a result of their association with the IκB proteins, of which the most common are IκBα, IκBβ and IκBε[2]. These regulatory proteins are identified by the presence of many ankyrin repeats, a 33-amino-acid

motif that mediates protein–protein interactions[1] (FIG. 1). Importantly, p100 and p105 NF-κB proteins contain similar ankyrin repeats and can function as IκB-like proteins. In these precursor proteins, the domain that contains the ankyrin repeats can be proteolytically cleaved and degraded. Another unusual member of the IκB family is BCL-3, which interacts specifically with p50 and p52 homodimers and can induce the expression of NF-κB-regulated genes. This is in contrast to the inhibitory function of the other IκB proteins[5,6].

The prevailing view is that IκB proteins retain NF-κB in the cytoplasm by masking nuclear-localization sequences (NLSs) on NF-κB subunits. However, recent studies have indicated that the cytoplasmic localization of the inactive NF-κB complexes is actually achieved by balancing continuous movement between the nuclear and cytoplasmic compartments[7–12]. Structural and biochemical experiments have shown that only one of the two NLSs in an NF-κB dimer is masked by IκBα in an NF-κB–IκBα complex, which allows the complex to shuttle to the nucleus. At the same time, the nuclear-export signal (NES) that is located at the amino terminus of the IκBα protein functions to expel the NF-κB–IκBα complex from the nucleus. As the export process is more efficient than the import process, nuclear localization of inactive NF-κB–IκBα complexes can be detected only when nuclear export is blocked by the inhibitor Leptomycin B. As for IκBα, NF-κB–IκBε complexes also shuttle actively between the nucleus and cytoplasm[13]. The advantages of maintaining inactive NF-κB complexes in the cytoplasm by this energy-consuming shuttling process are currently unclear and require further investigation. By contrast, NF-κB–IκBβ complexes are retained in the cytoplasm owing to the masking of both NLSs on the NF-κB dimer by IκBβ[14]. Furthermore, only IκBα, and not IκBβ, contains a functional NES in its amino terminus, which is essential for shuttling the NF-κB–IκBα complex out of the nucleus. The biological implications of the constant shuttling of NF-κB–IκB complexes between cytoplasm and nucleus have not been determined yet.

It has been well documented that IκBα regulates transient NF-κB activation and that IκBβ maintains persistent NF-κB activation[3]. Accordingly, IκBα is degraded rapidly in response to stimuli and quickly resynthesized, owing to the presence of an NF-κB response element in its promoter[1]. The newly synthesized IκBα has an intrinsic NLS and, so, can enter the nucleus and displace NF-κB from its DNA binding sites and transport NF-κB back to the cytoplasm, thereby carrying out a post-induction repression of NF-κB function. By contrast, IκBβ is less sensitive to stimulus-induced degradation than IκBα. It has been proposed that the selective interaction between endogenous κB–Ras and IκBβ is crucial for inhibiting IκBβ degradation during NF-κB activation[15]. Unlike IκBα, IκBβ does not have a functional NES and is not NF-κB inducible. Because resynthesized IκBβ can interact with NF-κB complexes that are bound to the target promoters but, unlike IκBα, does not displace them, the outcome is a sustained NF-κB response.

© 2002 Nature Publishing Group

Table 1 | **Phenotype of knockout mice for NF-κB signalling components**

| Mutated gene product | Phenotype in knockout mice |
|---|---|
| **NF-κB family** | |
| p65 (RelA) | Die at E15.5–E16.5; TNF-dependent liver apoptosis; defect in lymphocyte activation |
| NF-κB1 (both p105 and p50) | Survival to adult; defect in lymphocyte activation |
| NF-κB2 (both p100 and p52) | Survival to adult; no mature B cells and defect in lymphocyte activation; disruption of splenic and lymph-node architecture |
| RelB | Die postnatally from multi-organ inflammation; required for dendritic-cell development |
| c-Rel | No developmental defects; defects in lymphocyte and macrophage functions |
| p65 and NF-κB1 | Die at E13.5–E14.5 |
| NF-κB1 and NF-κB2 | Die postnatally; lack mature B cells and osteoblasts |
| NF-κB1 and RelB | Die postnatally owing to immune deficiency |
| **IκB family** | |
| IκBα | Die postnatally owing to immune deficiency, inflammatory dermatitis and granulocytosis; constitutive NF-κB activity increased in lymphocytes, but not in MEFs |
| IκBα and NF-κB1 | Attenuated phenotype of IκBα-knockout mice |
| IκBβ knock-in to IκBα knockout | Rescues the defects of IκBα-null mice |
| IκBε | No defect in NF-κB activation; lack severe immune defects |
| Bcl-3 | Disrupted splenic architecture |
| NF-κB1ΔC (p105) | Die postnatally owing to immune deficiency |
| NF-κB2ΔC (p100) | Die postnatally owing to immune deficiency |
| **IKK complexes** | |
| IKK1 (IKKα) | Defects in keratinocyte differentiation, bone and limb development and mammary epithelial proliferation; no mature B cells; impaired RANKL-induced NF-κB activation and NIK-induced p100 processing |
| IKK2 (IKKβ) | Die at E13.5–E14.5 owing to TNF-dependent liver apoptosis; impaired NF-κB activation by IL-1, TNF and LPS |
| IKK1 and IKK2 | Die at E11.5–E12.5 owing to TNF-dependent liver apoptosis; no induced NF-κB activation in MEFs |
| NEMO (IKKγ) | Die at E11.5–E12.5 owing to TNF-dependent liver apoptosis; no induced NF-κB activation in MEFs |
| **Signalling components** | |
| IKK-i | Impaired NF-κB activation induced by LPS, but not by TNF |
| TBK (NAK, T2K) | Die at E14.5 owing to TNF-dependent liver apoptosis; defective cytokine-induced expression of certain NF-κB target genes, but not IKK activation and IκB degradation |
| TRAF2 | Die postnatally; mild effect on TNF-induced NF-κB activation |
| TRAF6 | Die postnatally; osteoporosis and defective IL-1-, CD40- and LPS-mediated NF-κB activation |
| MEKK3 | Die at E10.5–E11.0; required for IKK and NF-κB activation by TNF and functioning downstream of RIP and TRAF2 |
| NIK | Survival to adult; lack lymph nodes and Peyer's patches; abnormal architecture of spleen and thymus; required for LTβ-induced processing of p100 and NF-κB activation |
| RIP | Die postnatally owing to immune deficiency; no TNF-induced NF-κB activation |
| IRAK1 | Survival to adult; defect in NF-κB activation by IL-1 and TIR signalling |
| GSK3β | Die at E13.5–E14.5 with liver apoptosis; defect in NF-κB activation, but not IKK activation and IκB degradation |
| PKCζ | Survival to adult; defect in secondary lymphoid organs; defect in NF-κB activation, but not IκB degradation in MEFs |
| PKCθ | Survival to adult; reduced proliferation of peripheral T cells; impaired TCR-induced NF-κB activity in mature T cells |

ΔC, carboxy-terminal deletion; E, embryonic day; GSK3β, glycogen synthase kinase 3β; IκB, inhibitor of NF-κB; IKK, IκB kinase; IL-1, interleukin-1; IRAK, IL-1-receptor-associated kinase; LPS, lipopolysaccharide; LTβ, lymphotoxin-β; MEF, mouse embryonic fibroblast; MEKK3, MAP/ERK kinase kinase 3; NAK, NF-κB-activating kinase; NEMO, NF-κB essential modulator; NF-κB, nuclear factor-κB; PKC, protein kinase C; RANKL, receptor activator of NF-κB ligand; RIP, receptor-interacting serine/threonine kinase; TBK, TANK-binding kinase; TCR, T-cell receptor; TIR, Toll/IL-1 receptor; TNF, tumour-necrosis factor; TRAF, TNF-receptor-associated factor.

© 2002 Nature Publishing Group

# REVIEWS



**Figure 2 | NF-κB activation pathways.** Nuclear factor-κB (NF-κB) activity is stimulated by many pathways, including lipopolysaccharide (LPS), tumour-necrosis factor (TNF) and T-cell receptor (TCR) signalling. The inhibitor of NF-κB (IκB) kinase (IKK) complex — composed of the kinases IKK1 and IKK2 (also known as IKKα and IKKβ, respectively) and the regulatory subunit NF-κB essential modulator (NEMO; also known as IKKγ) — is a point of convergence for all three signalling pathways. **a** | LPS binding to Toll-like receptor 4 (TLR4)–CD14–MD-2 complexes activates an intracellular signalling cascade that involves the recruitment of MYD88 (myeloid differentiation primary response gene 88) and IRAK (interleukin-1-receptor-associated kinase). Activation of IRAK results in the phosphorylation of TNF-receptor-associated factor 6 (TRAF6), which might relay signals through the TAK1–TAB1–TAB2 complex to IKK complexes to activate the NF-κB pathway. **b** | TNF receptor 1 (TNFR1) engagement by TNF results in receptor trimerization and recruitment of the adaptor protein TRADD, which, in turn, interacts with the carboxyl terminus of TRAF2, an adaptor protein that has additional affinity for various downstream signalling proteins. MAP/ERK kinase kinase 3 (MEKK3) and receptor-interacting serine/threonine kinase (RIP) probably link TNF signalling to IKK activation[21,22]. **c** | T-cell stimulation, in response to antigen-presenting cells or anti-TCR-CD3 antibodies, results in the rapid translocation of protein kinase Cθ (PKCθ) to the plasma membrane. The components that connect PKCθ to the IKK complex are poorly defined, but trimolecular complexes of membrane-associated guanylate kinase homologue (MAGUK) and the mucosal-associated lymphoid tissue (MALT)–lymphoma-associated proteins BCL-10 and MALT1 have been implicated. ERK, extracellular signal-regulated kinase; MAP, mitogen-activated protein; TAB1, TAK1-binding protein; TAK1, transforming-growth-factor-β-activated kinase 1; TRADD, TNF receptor associated via death domain; β-TRCP, β-transducin repeat-containing protein; ZAP70, ζ-chain-associated protein kinase, 70 kDa.

Genetic studies have shown both distinct and redundant functions of IκBα, -β and -ε for controlling NF-κB activation (TABLE 1). A lack of IκBα resulted in elevated NF-κB activity in haematopoietic tissues, but not in mouse embryonic fibroblasts (MEFs)[16]. However, IκBα is still required for the post-induction repression of NF-κB activity in fibroblasts. Interestingly, replacement of IκBα with IκBβ restores the wild-type phenotype in IκBα-knockout mice, which indicates that IκBα and IκBβ have marked similarities in their biochemical activities[17]. Detailed studies of the kinetics of NF-κB activation in the absence of either individual or combined IκB proteins will determine the functions of each IκB more precisely. Before describing the mechanisms of degradation of IκB proteins in response to phosphorylation by IκB kinases (IKKs), we first describe the signalling pathways that lead to NF-κB activity.

## NF-κB signalling pathways

NF-κB regulates both innate and adaptive immune responses. It is activated rapidly in response to a wide range of stimuli, including pathogens, stress signals and pro-inflammatory cytokines, such as tumour-necrosis factor (TNF) and interleukin-1 (IL-1). Many pathogens are recognized by specific pattern-recognition receptors (PRRs) that have evolved to recognize pathogen-derived substances, such as lipopolysaccharide (LPS), peptidylglycans, lipoproteins, unmethylated bacterial DNA and double-stranded RNA[18]. The best known PRRs are the Toll-like receptors (TLRs), a group of transmembrane proteins that mediate the activation of intracellular signalling pathways after recognizing extracellular pathogens directly or indirectly. So far, ten members (TLR1–TLR10) of the TLR family have been reported in mammalian cells. Two of these, TLR2 and TLR4, have been shown to be essential for the recognition of distinct bacterial cell-wall components[18,19]. TLR2 recognizes peptidoglycan, lipoprotein, lipoarabinomannan and zymosan, whereas TLR4 recognizes LPS and lipoteichoic acid[19]. Biochemical and genetic data show that LPS binds to TLR4, CD14 and MD-2 complexes on the cell surface and activates an intracellular signalling cascade through the TLR cytoplasmic Toll/IL-1 receptor (TIR)-homology domain. The binding of LPS to TLRs results in the recruitment of MYD88 (myeloid differentiation primary response gene 88) through the homophilic interaction of TIR-homology domains in TLR4 and MYD88, whereas the amino-terminal death domain of MYD88 interacts with IL-1-receptor-associated kinase (IRAK)[4] (FIG. 2). Subsequent to the activation of IRAK, another adaptor protein — TNF-receptor-associated factor 6 (TRAF6) — is phosphorylated and recruited to IRAK to activate the NF-κB pathway. The complex of transforming-growth-factor-β-activated kinase 1 (TAK1), TAK1-binding protein 1 (TAB1) and TAB2 was thought to be an integral component that relays the signals to IKK complexes downstream of TRAF6 (REF. 20), but recent results from TAK1- and TAB2-knockout mice do not support a role for these proteins in NF-κB signalling (S. Akira, personal communication).

© 2002 Nature Publishing Group

*NF-κB activation by cytokines.* Another important class of NF-κB inducers comprises various cytokines, such as TNF and IL-1. These cytokines are produced mainly by activated macrophages and monocytes, and they participate in lymphocyte and leukocyte activation. TNF and IL-1 activate signalling cascades that lead to the activation of activator protein 1 (AP1) and NF-κB transcription factors, which regulate the transcription of pro-inflammatory cytokine genes. IL-1 activates NF-κB in a similar manner to LPS because of homology between the cytoplasmic signalling domains of the IL-1 receptor (IL-1R) and TLRs (FIG. 2). TNF receptors are present on the surface of a wide range of cells. Receptor engagement by TNF results in receptor trimerization and recruitment of the adaptor protein TRADD (TNF receptor associated via death domain) to the cytoplasmic receptor tail. In turn, TRADD interacts with the carboxyl terminus of TRAF2, an adaptor protein that has affinity for various downstream signalling proteins. Mitogen-activated protein (MAP)/extracellular signal-regulated kinase (ERK) kinase kinase 3 (MEKK3) and receptor-interacting serine/threonine kinase (RIP) are likely to have a key role in linking TNF to the activation of IKKs[21,22].

*NF-κB induction by TCR activation.* T-cell receptor (TCR)-induced activation of NF-κB in peripheral T cells requires a co-stimulatory signal delivered from CD28 in addition to TCR signalling, and it involves the activation of protein kinase Cθ (PKCθ) and IKK2 (IKKβ)[23] (FIG. 2). PKCθ translocates rapidly to the plasma membrane of T cells in response to stimulation by antigen-presenting cells or anti-TCR-CD3 antibodies. The essential role of PKCθ in TCR-induced NF-κB and AP1 activation is indicated by PKCθ-knockout mice. In mature T cells from *Pkcθ−/−* mice, neither AP1 nor NF-κB is activated through the TCR, which results in a deficiency in IL-2 production[24]. So far, the signalling components that connect PKCθ and IKK2 have been poorly defined. Interestingly, trimolecular complexes of membrane-associated guanylate kinase homologue (MAGUK) and the mucosal-associated lymphoid tissue (MALT)-lymphoma-associated proteins BCL-10 and MALT1 have been implicated in signalling from PKCθ to IKK complexes[25,26].

## Regulation of NF-κB activation by IκB and IKKs

For most known stimuli, except ultraviolet radiation and hydrogen peroxide, the degradation of IκB is an essential step for releasing NF-κB and its subsequent activation[27]. A crucial regulatory step in this process is the signal-induced phosphorylation of IκB at specific amino-terminal serine residues (Ser32 and Ser36 for IκBα), which is mediated by the IKK complex. The phosphorylated IκBα is then ubiquitylated at Lys21 and Lys22 by β-TRCP (β-transducin repeat-containing protein) — an F-box WD-repeat protein that is the receptor subunit of SCF-β-TRCP, a RING E3 protein[28] — which targets it for degradation by the 26S proteasome, thereby releasing NF-κB dimers from the cytoplasmic NF-κB–IκB complex and allowing them to translocate to the nucleus[27]. In the past few years, ubiquitylation has

attracted increasing attention in the NF-κB field as a result of its common involvement in the regulation of signalling pathways. Proteolysis-associated ubiquitylation is required not only for IκB degradation, but also for the processing of p100 and p105 NF-κB precursors[28]. In addition, proteolysis-uncoupled ubiquitylation has been shown to be involved in the modification of signalling factors that might lie upstream of NF-κB, such as TRAF6 and TAK1–TAB1–TAB2 complexes[20]. However, the importance of TAK1 ubiquitylation for TNF and IL-1 signalling is not supported by gene-targeting studies, because the loss of TAK1 or TAB2 has no effect on the TNF- and IL-1-induced activation of IKK and degradation of IκB (S. Akira, personal communication). The importance of proteolysis-uncoupled ubiquitylation in NF-κB signalling needs to be investigated further.

*IκB kinases.* The seminal event in the activation of NF-κB is the phosphorylation of IκBs, which is mediated by IKKs. The 700–900 kDa IKK complex consists of several proteins — the main ones being IKK1 (IKKα), IKK2 and the regulatory subunit NF-κB essential modulator (NEMO; also known as IKKγ), which has no known intrinsic kinase activity but contains the helix-loop-helix and leucine-zipper motifs that are known to be involved in protein–protein interactions[27]. The IKK complex is a converging point for the activation of NF-κB by a large number of stimuli. The importance of this complex in NF-κB activation is supported further by gene-targeting analysis. Without two IKKs or NEMO in MEFs, NF-κB activation is completely blocked after induction with various stimuli[29,30]. IKK1 and IKK2 can phosphorylate all three known IκBs — IκBα, IκBβ and IκBε — *in vitro*[27].

Although the biochemical functions of IKK1 and IKK2 *in vitro* seem to be very similar, genetic analysis has shown that they have distinct *in vivo* functions. Similar to p65-knockout mice, IKK2-mutated mice die from liver apoptosis by day 13–14 post gestation. The *Ikk2−/−* phenotype is rescued by crossing with TNF receptor 1 (*Tnfr1*)−/− mice, which indicates that the liver apoptosis is probably induced by TNF[31]. The lack of IKK2 results in a marked decrease in IκB degradation and NF-κB activation. Surprisingly, keratinocyte differentiation is defective in IKK1-deficient mice, which is independent of both the kinase activity of IKK1 and NF-κB activity[32]. In *Ikk1−/−* MEFs, IκBα phosphorylation and degradation induced by TNF and IL-1 is similar to that in wild-type MEFs. However, the DNA-binding activity of NF-κB and the induction of expression of certain NF-κB target genes by TNF are impaired[33,34]. This indicates that IKK1 has a role in enhancing the transactivation function of NF-κB that is independent of IκB degradation. Recently, it was shown that IKK1 also functions as an IκB kinase and is essential for the degradation of IκBα and activation of NF-κB in RANKL (receptor activator of NF-κB ligand) signalling[35]. So, IKK1 is a crucial signalling component of the NF-κB pathway in response to certain stimuli. Furthermore, IKK1 kinase activity is required for p100 precursor processing induced by NIK, which indicates that IKK1 has specificity for substrates other than IκBα[36,37].

© 2002 Nature Publishing Group

REVIEWS

*NEMO.* As mentioned above, NEMO is an important member of the IKK complex. Mutation of NEMO is embryonic lethal in mice owing to massive hepatic apoptosis[30]. NEMO-deficient cells have no NF-κB activity downstream of various stimuli. *NEMO* is located on the X-chromosome, and mutations of this gene are associated with two human disorders — INCONTINENTIA PIGMENTI (IP) and ANHIDROTIC ECTODERMAL DYSPLASIA WITH IMMUNODEFICIENCY[38,39]. Similarly, heterozygous NEMO-mutant female mice develop granulocytic infiltration of the skin and hyperproliferative keratinocytes with increased apoptosis — the symptoms that are often present in IP patients[40,41]. At present, the mechanism by which NEMO regulates the NF-κB pathway remains poorly understood. It has been proposed that NEMO activates the NF-κB complex by recruiting it to the vicinity of other proteins, thereby allowing upstream components to modulate IKK function[42]. Alternatively, after interacting with components of upstream signal-transduction molecules such as RIP, NEMO might undergo oligomerization, thereby activating IKK[43]. Enforced oligomerization of NEMO can activate IKK[44]. In addition, NEMO might also be regulated by phosphorylation; for example, mutations of Ser85 and Ser141 of NEMO lead to attenuation of the phosphorylation of IKK2 and IκBα in response to TNF, IL-1 or LPS[45,46].

Recently, two additional components of the IKK complex— cell-division cycle 37 (CDC37) and heat-shock protein 90 (HSP90) — have been identified[47]. Disruption of the interaction between CDC37/HSP90 and IKK complexes using geldanamycin impairs the activation of IKK and NF-κB. It alters the assembly of IKK complexes and prevents the recruitment of IKK complexes to TNFR1[47]. It is not known whether CDC37 and HSP90 have any role in signalling in addition to their assembly function.

*IKK homologues.* Two IKK homologues — IKK-i (also known as IKKε) and TBK1 (also known as T2K or NAK) — have been identified recently[48]. Although they have some homology to IKK2, IKK-i and TBK1 apparently have distinct functions and are not components of IKK complexes[49]. IKK-i mediates LPS signalling, but not TNF signalling, in immune cells, as shown in gene-knockout animals (F. Mercurio, personal communication), which indicates that IKK-i has a role in a subset of the NF-κB pathways in certain cells. Like many NF-κB-pathway-mutant mice, TBK1-deficient mice die (at embryonic day 12.5) owing to liver apoptosis[50]. Although IKK activation and IκB degradation are normal, the induced expression of certain NF-κB target genes by TNF and IL-1β is inhibited in *Tbk1⁻/⁻* MEFs, which indicates that TBK1 regulates NF-κB activation independently of IκB degradation[50].

*IKK activation.* The molecular mechanism by which the IKK complex is activated is still poorly defined. One possibility is that an upstream IKK kinase is activated by receptor activation, which, in turn, results in phosphorylation of IKK. Alternatively, a scaffolding protein might bring the IKK complex close to the receptor, resulting in a conformational change that induces IKK autophosphorylation.

Several potential upstream IKK kinases have been proposed, including MEKK1, MEKK2, MEKK3, NIK, TBK1, TPL2, TAK1 and PKCζ (an atypical PKC). They have all been shown to activate IKK, and some of them can phosphorylate the serine residues in the activation loop of IKK directly *in vitro*. However, the role of these proteins in NF-κB signalling requires further clarification, because knocking out MEKK1 (REFS 51,52), NIK[53], TBK1 (REF. 54), TPL2 (REF. 55), TAK1 (S. Akira, personal communication) or PKCζ[56] *in vivo* does not seem to alter the activation of IKK during TNF and IL-1 signalling in MEFs. Genetic studies have confirmed a requirement for MEKK3 for TNF-induced IKK activation and NF-κB activation[22]. Also, distinct from its role in MEFs, PKCζ is required for IKK activation in the lungs, where it is expressed abundantly[56]. The diverse nature of NF-κB inducers indicates the presence of different upstream activators and mechanisms of IKK activation.

### Regulation of transcriptional activity of NF-κB

Traditionally, NF-κB activity has been considered to be regulated by signal-induced IκB degradation leading to NF-κB activation. However, accumulated evidence indicates that NF-κB activity is also regulated by the direct modification of NF-κB proteins through phosphorylation and, perhaps, acetylation (FIG. 3). Several investigators have shown that IL-1 and TNF induce phosphorylation and activation of the p65 NF-κB subunit by pathways that are distinct from those that lead to IκB degradation and NF-κB nuclear translocation. For example, phosphorylation of p65 Ser276 by the PKA catalytic subunit (PKAc) after IκBα degradation is essential for the efficient binding of p65 to the transcription co-activator CREB-binding protein (CBP)[57]. Similarly, signal-dependent phosphorylation of p65 Ser529 by casein kinase II (CKII) enhances its transcriptional activity[58]. Furthermore, phosphorylation of Ser529 and Ser536 of p65 by IKK2 has been shown to be required for the transactivation function of p65 (REF. 59). In addition, genetic studies have shown that glycogen synthase kinase 3β (GSK3β)[60], TBK1 (REF. 50), IKK1 (REFS 33,34) and PKCζ[56] are important for the control of NF-κB transcriptional activity — presumably by phosphorylation — but are not essential for IKK activation and IκB degradation. The loss of phosphorylation of p65 influences both its DNA-binding and transactivation activities. Indeed, phosphorylation of the NF-κB p50 subunit in response to IL-1-stimulated phosphatidylinositol 3-kinase (PI3K)/AKT increases the DNA-binding activity of the NF-κB complex[61]. It is, therefore, becoming apparent that signal-induced phosphorylation of NF-κB is crucial for its function and might provide an additional means of regulation in response to diverse signals.

A main mechanism by which transcription factors regulate gene expression is to bring histone acetyltransferases (HATs) and histone deacetylases (HDACs) to

INCONTINENTIA PIGMENTI
(IP). This disease is characterized by abnormalities in ectodermal tissues, including the skin, eyes and central nervous system, and dentition. It is inherited as an X-linked dominant trait and is usually fatal for male fetuses.

ANHIDROTIC ECTODERMAL
DYSPLASIA WITH
IMMUNODEFICIENCY
(EDA-ID). X-linked and autosomal forms of EDA syndromes are characterized by the poor development of ectoderm-derived structures, including hair, teeth and exocrine glands. The recent cloning of the genes that underlie these syndromes — ectodysplasin 1 (*EDI*) and the ectodysplasin A receptor (*EDAR*) — has shown the protein products to be a new TNF ligand–receptor pair. EDA-ID is regarded as an independent, primary immunodeficiency syndrome owing to unusually severe infections or immunological abnormalities in some EDA patients.

© 2002 Nature Publishing Group



Figure 3 | A model of how NF-κB phosphorylation regulates its transactivation function. After induction, IKK complexes phosphorylate IκB, which leads to its degradation and allows nuclear factor-κB (NF-κB) dimers to enter the nucleus. During or after IκB degradation, p65 is phosphorylated, which is essential for its binding to CREB-binding protein (CBP) and replacing the p50–p50–HDAC1 complex and activating the transcription of target genes, such as IκBα, interleukin-2 (IL-2), granulocyte–macrophage colony-stimulating factor (GM-CSF) and tumour-necrosis factor (TNF). p50–p50–HDAC1 complexes have histone-deacetylase activity and therefore repress transcription, whereas p50–p65–CBP complexes have histone-acetylase activity and activate transcription. Furthermore, HDAC3 might help to switch off NF-κB activity by deacetylating p65 and enhancing the binding affinity between p65–p50 and IκBα. Kinases such as protein kinase A catalytic subunit (PKAc), casein kinase II (CKII), glycogen synthase kinase 3β (GSK3β), TBK1, IKK1/2, PKCζ and NIK might be involved in p65 phosphorylation. HDAC, histone deacetylase; IκB, inhibitor of NF-κB; IKK, IκB kinase; NEMO, NF-κB essential modulator; β-TRCP, β-transducin repeat-containing protein.

ISOTYPE SWITCHING
When B cells change their class of antibody (immunoglobulin) production from one isotype to another — for example, from IgM to IgG.

stimulated, p65 is phosphorylated and preferentially associates with CBP/p300; this complex, in turn, displaces the p50–HDAC1 complex from the DNA and activates NF-κB-dependent gene expression[67]. Presumably, CBP/p300 and HDACs regulate NF-κB-dependent gene expression through the acetylation and deacetylation of histones, respectively. However, it is possible that non-histone targets are involved also. For example, one study has shown that inducible acetylation of p65 occurs, which modulates its binding to IκBα [66]. When p65 is acetylated, it interacts weakly with IκBα, whereas deacetylation of p65 by HDAC3 enhances p65 binding to IκBα, which, in turn, can result in the export of NF-κB complexes back to the cytoplasm[66]. So, acetylation can serve as a switch to control the duration of NF-κB transcriptional responses. More importantly, this acetylation is a regulated process; for example, PKAc-dependent phosphorylation of p65 at Ser276 and IKK2-dependent phosphorylation of p65 at Ser536 are required for the acetylation of p65 (W. C. Greene, personal communication). Finally, p50 acetylation by the CBP/p300 HAT domain occurs when HIV-1 Tax protein is present[68]. It is becoming increasingly clear that the signal-induced modification of NF-κB proteins themselves is an important component of their functions. More-detailed genetic and biochemical evidence will be needed to fit this new model in the overall picture of regulation of NF-κB activity.

**NF-κB and adaptive immunity**

Clearly, NF-κB function is required for the rapid induction of expression of acute-phase antimicrobial defence genes in response to invading pathogens. Often, aberrant NF-κB activity in mice and humans is associated with susceptibility to microbial infection[5,69]. But, NF-κB also has an important role in the development of adaptive immunity. Mice that lack individual NF-κB proteins have defects in B- and T-cell proliferation, activation, cytokine production and ISOTYPE SWITCHING (for B cells), although no important defects in B- and T-cell development are observed, probably owing to the functional redundancy between the family members[70]. The elimination of both p65 and p50 has indicated the function of NF-κB proteins in lymphopoiesis[71]. Similar observations have been made recently in *Ikk2−/−* reconstituted chimaeras[72]. Interestingly, the blockade of lymphopoiesis in *Ikk2*-mutant mice has been shown to be TNFR1-dependent, which indicates that the anti-apoptotic effect of NF-κB is required during early lymphocyte development[72].

The use of different genetic/experimental approaches has revealed an important role for NF-κB in T-cell development and function. For example, T cells from transgenic mice that express IκBαM (a mutant IκBα that cannot be degradaded) under the control of a T-cell-specific promoter have markedly impaired proliferative responses[73–76]. Although the precise mechanism of these proliferative defects is not known, recent studies have shown that T cells that express IκBαM cannot activate signal transducer and activator of transcription 5a (STAT5a), a transcription factor that is required for T-cell proliferation induced by IL-2 and IL-4 (REF. 76).

target sites to modify histone acetylation. Histone-acetylation status influences the folding and functional state of the chromatin fibre and modulates the accessibility of DNA to the transcriptional machinery for gene expression[62]. Previous studies have shown that NF-κB interacts with HATs, such as CBP/p300, to positively regulate gene expression, and more recent data have shown that p65 and p50 also interact with HDACs to negatively regulate transcription[63–66]. For example, the association of p65 with the co-repressors HDAC1 and HDAC2 inhibits the expression of NF-κB-regulated genes at both basal and induced levels[65]. Intriguingly, recent work has shown that the association of p65 with CBP/p300 or HDAC1 is determined by its phosphorylation status. In unstimulated cells, low levels of nuclear p50 and p65 homodimers bind to HDAC1; however, only p50–HDAC1 can bind to DNA and repress transcription[67]. When cells are

© 2002 Nature Publishing Group

REVIEWS

In addition, the development of CD8+ T-cell responses requires p65 (REF. 77). Similarly, inhibitors of NF-κB activation have been shown to block the maturation of dendritic cells[74]. The expression of B7-H, a new co-stimulatory homologue of B7-1 (CD80) and B7-2 (CD86), also requires NF-κB.

T-cell responses can be divided broadly into T helper 1 ($T_H1$) responses (associated with cellular immunity) and $T_H2$ responses (associated with humoral immunity). NF-κB is involved in the production of IL-18 and interferon-γ (IFN-γ), which are required for the function of $T_H1$ cells[78]. T cells that express IκBαM have reduced production of IFN-γ after TCR stimulation[75,79,40]. Therefore, it is clear that NF-κB activity is essential for the development of $T_H1$-type responses. The role of NF-κB proteins in the regulation of $T_H2$-type responses is less well explored.

Various B-cell defects that involve NF-κB proteins — ranging from a lack of immunoglobulin class switching, lack of germinal centres or disruption of splenic microarchitecture leading to B-cell abnormalities — have been described. NF-κB regulates B-cell maturation at later stages than it does T-cell maturation. For example, mice that lack both NF-κB1 and NF-κB2 do not have mature B cells[81] (TABLE 1). Similarly, the deletion of NIK or IKK1 results in defects in B-cell maturation, but not in early B-cell development[36,53,82]. So, NF-κB has diverse roles in regulating lymphocyte development. The current consensus is that NF-κB proteins regulate lymphocyte development through effects on proliferation, protection from TNF-induced apoptosis and the regulation of expression of anti-apoptotic genes[72,83].

### NF-κB and inflammatory diseases
NF-κB is one of the pivotal regulators of pro-inflammatory gene expression and it induces the transcription of pro-inflammatory cytokines, chemokines, adhesion molecules, matrix metalloproteinases (MMPs), cyclooxygenase 2 (COX2) and inducible nitric oxide synthase (iNOS)[84,85]. NF-κB is highly activated at sites of inflammation in diverse diseases, such as rheumatoid arthritis, inflammatory bowel diseases, MS, psoriasis and asthma. ELECTROPHORETIC MOBILITY-SHIFT ASSAYS and tissue-section staining with NF-κB-specific antibodies consistently detect increased NF-κB activity with nuclear localization in biopsies from these patients. These changes are accompanied by the enhanced recruitment of inflammatory cells and production of pro-inflammatory mediators, such as IL-1, IL-6, IL-8 and TNF. It is unclear whether increases in pro-inflammatory cytokine production are the cause or result of NF-κB activation. Although genetic alterations of NF-κB and IκB themselves have not yet been reported to be associated with these diseases, aberrant, constitutive NF-κB activity could be caused by defects in the regulatory mechanisms that control NF-κB activation.

The pathogenic effects of NF-κB overactivation in inflammatory diseases are indicated by studies of p50- and c-Rel-knockout mice, which do not develop eosinophilic airway inflammation when sensitized and challenged with allergen ovalbumin[86,87]. Specific inhibition of NF-κB activity has been shown consistently to be effective at controlling inflammatory diseases in several animal models. Blocking NF-κB activity by the overexpression of IκBα inhibits both the inflammatory response and tissue destruction in rheumatoid synovium[88]. Administration of NF-κB decoys seems to be effective in animal models of rheumatoid arthritis[89].

### Clinical application of NF-κB inhibitors
Several drugs that are used to treat inflammatory diseases have effects on NF-κB activity[90]. These range from anti-IL-1 and anti-TNF therapy to widely used anti-inflammatory drugs, such as corticosteroids, aspirin and other non-steroidal anti-inflammatory drugs (NSAIDs). Although these drugs do not target NF-κB specifically, at least some of their effects are due to the inhibition of NF-κB activation[91].

Many pharmaceutical companies have programmes to develop selective inhibitors of NF-κB, which include directly targeting the DNA-binding activity of individual NF-κB proteins using small molecules or decoy oligonucleotides; blocking the nuclear translocation of NF-κB dimers by inhibiting the nuclear import system; stabilizing IκBα protein by developing ubiquitylation and proteasome inhibitors; and targeting signalling kinases such as IKK using small-molecule inhibitors. All of these therapeutic strategies are aimed at blocking NF-κB activity. With increasing knowledge of the signalling pathways that lead to NF-κB activation, many targets can be identified for potential interaction with small-molecule inhibitors. From upstream kinases, such as IKK1, IKK2, MEKK3 and NIK, to their downstream effector IκB ubiquitin E3 ligase[92], all are attractive targets for the discovery of drugs that selectively regulate NF-κB function. Other components of the TNF and IL-1 signalling pathways — including TRADD, RIP, TRAF2, TRAF6 and IRAK, as well as PKC isoforms and PI3K — might provide additional targets for the discovery of inhibitors of NF-κB.

Although it is an attractive target for therapeutic intervention in inflammatory diseases, NF-κB is also involved in normal cellular physiology, such as mounting effective immune responses. The global inhibition of NF-κB might result in serious side effects, including hepatotoxicity, at least during embryonic development. Even if NF-κB inhibition is well tolerated in adult liver, NF-κB blockade still compromises normal host defences and leaves mice unable to clear opportunistic infections, such as with *Listeria monocytogenes*[93]. In addition, the involvement of NF-κB in the embryonic development of skin, limbs and bones poses potential dangers. By selectively targeting specific NF-κB subunits or signalling components that are involved in a particular disease, it might be possible to minimize systemic toxicity. Identifying individual key components for a specific disease is crucial to develop specific therapeutics. It has been shown that IKK2 is important in rheumatoid-arthritis synoviocytes, whereas p65 is associated with inflammatory bowel disease[94,95]. Furthermore, c-REL is required for systemic, but not local, joint disease, whereas p50 is essential for local joint inflammation and destruction[96].

ELECTROPHORETIC MOBILITY-SHIFT ASSAY
A technique for detecting DNA–protein complex formation. It involves the incubation of nuclear extracts with a radiolabelled oligonucleotide probe, then separating the probe that has bound nuclear proteins from the free radiolabelled probe by gel electrophoresis, followed by autoradiography.

© 2002 Nature Publishing Group

## Conclusion

The challenge now is to understand how different signal-transduction pathways selectively activate different NF-κB complexes in a coordinated manner. Analysis of the downstream genes that are regulated by NF-κB is also likely to provide important insights into the function of this pathway and could establish connections to other human diseases. In this respect, comparisons between normal mice and NF-κB mutants using complementary-DNA microarrays or DNA-chip technology might identify differentially expressed transcripts that are relevant to NF-κB function in the various physiological and pathological processes. No doubt, a better understanding of the NF-κB signalling pathways that are involved in specific processes will be important for the development of new generations of anti-inflammatory drugs that have high efficacy, fewer side effects and lower costs.

1. Verma, I. M., Stevenson, J. K., Schwarz, E. M., Van Antwerp, D. & Miyamoto, S. Rel/NF-κB/IκB family: intimate tales of association and dissociation. Genes Dev. 9, 2723–2735 (1995).
2. Ghosh, S., May, M. J. & Kopp, E. B. NF-κB and Rel proteins: evolutionarily conserved mediators of immune responses. Annu. Rev. Immunol. 16, 225–260 (1998).
3. May, M. J. & Ghosh, S. Rel/NF-κB and IκB proteins: an overview. Semin. Cancer Biol. 8, 63–73 (1997).
4. Silverman, N. & Maniatis, T. NF-κB signaling pathways in mammalian and insect innate immunity. Genes Dev. 15, 2321–2342 (2001).
5. Gerondakis, S., Grossmann, M., Nakamura, Y., Pohl, T. & Grumont, R. Genetic approaches in mice to understand Rel/NF-κB and IκB function: transgenics and knockouts. Oncogene 18, 6888–6895 (1999).
6. Dechend, R. et al. The Bcl-3 oncoprotein acts as a bridging factor between NF-κB/Rel and nuclear co-regulators. Oncogene 18, 3316–3323 (1999).
7. Huxford, T., Huang, D. B., Malek, S. & Ghosh, G. The crystal structure of the IκBα/NF-κB complex reveals mechanisms of NF-κB inactivation. Cell 95, 759–770 (1998).
   The 2.3 Å crystal structure of IκBα in complex with the NF-κB p50–p65 heterodimer indicates the mechanisms of the inhibitory activity of IκBα.
8. Birbach, A. et al. Signaling molecules of the NF-κB pathway shuttle constitutively between cytoplasm and nucleus. J. Biol. Chem. 277, 10842–10851 (2002).
9. Huang, T. T. & Miyamoto, S. Postrepression activation of NF-κB requires the amino-terminal nuclear export signal specific to IκBα. Mol. Cell. Biol. 21, 4737–4747 (2001).
10. Johnson, C., Van Antwerp, D. & Hope, T. J. An N-terminal nuclear export signal is required for the nucleocytoplasmic shuttling of IκBα. EMBO J. 18, 6682–6693 (1999).
11. Huang, T. T., Kudo, N., Yoshida, M. & Miyamoto, S. A nuclear export signal in the N-terminal regulatory domain of IκBα controls cytoplasmic localization of inactive NF-κB/IκBα complexes. Proc. Natl Acad. Sci. USA 97, 1014–1019 (2000).
12. Malek, S., Chen, Y., Huxford, T. & Ghosh, G. IκBβ, but not IκBα, functions as a classical cytoplasmic inhibitor of NF-κB dimers by masking both NF-κB nuclear localization sequences in resting cells. J. Biol. Chem. 276, 45225–45235 (2001).
13. Lee, S. H. & Hannink, M. Characterization of the nuclear import and export functions of IκBε. J. Biol. Chem. 277, 23358–23366 (2002).
14. Tam, W. F. & Sen, R. IκB family members function by different mechanisms. J. Biol. Chem. 276, 7701–7704 (2001).
15. Fenwick, C. et al. A subclass of Ras proteins that regulate the degradation of IκB. Science 287, 869–873 (2000).
16. Beg, A. A., Sha, W. C., Bronson, R. T. & Baltimore, D. Constitutive NF-κB activation, enhanced granulopoiesis and neonatal lethality in IκBα-deficient mice. Genes Dev. 9, 2736–2746 (1995).
17. Cheng, J. D., Ryseck, R. P., Attar, R. M., Dambach, D. & Bravo, R. Functional redundancy of the nuclear factor-κB inhibitors IκBα and IκBβ. J. Exp. Med. 188, 1055–1062 (1998).
18. Imler, J. L. & Hoffmann, J. A. Toll and Toll-like proteins: an ancient family of receptors signaling infection. Rev. Immunogenet. 2, 294–304 (2000).
19. Akira, S., Takeda, K. & Kaisho, T. Toll-like receptors: critical proteins linking innate and acquired immunity. Nature Immunol. 2, 675–680 (2001).
20. Wang, C. et al. TAK1 is a ubiquitin-dependent kinase of MKK and IKK. Nature 412, 346–351 (2001).
21. Kelliher, M. A. et al. The death-domain kinase RIP mediates the TNF-induced NF-κB signal. Immunity 8, 297–303 (1998).
22. Yang, J. et al. The essential role of MEKK3 in TNF-induced NF-κB activation. Nature Immunol. 2, 620–624 (2001).

23. Arendt, C. W., Albrecht, B., Soos, T. J. & Littman, D. R. Protein kinase Cθ: signaling from the center of the T-cell synapse. Curr. Opin. Immunol. 14, 323–330 (2002).
24. Sun, Z. et al. PKC-θ is required for TCR-induced NF-κB activation in mature but not immature T lymphocytes. Nature 404, 402–407 (2000).
25. Ruland, J. et al. Bcl10 is a positive regulator of antigen-receptor-induced activation of NF-κB and neural-tube closure. Cell 104, 33–42 (2001).
26. McAllister-Lucas, L. M. et al. Bimp1, a MAGUK family member linking protein kinase C activation to Bcl10-mediated NF-κB induction. J. Biol. Chem. 276, 30589–30597 (2001).
27. Karin, M. & Ben-Neriah, Y. Phosphorylation meets ubiquitination: the control of NF-κB activity. Annu. Rev. Immunol. 18, 621–663 (2000).
28. Ben-Neriah, Y. Regulatory functions of ubiquitination in the immune system. Nature Immunol. 3, 20–26 (2002).
29. Li, Q., Estepa, G., Memet, S., Israel, A. & Verma, I. M. Complete lack of NF-κB activity in IKK1 and IKK2 double-deficient mice: additional defect in neurulation. Genes Dev. 14, 1729–1733 (2000).
   The absence of IKK1 and IKK2 completely blocks IκB degradation and NF-κB activation, at least in mouse embryonic fibroblasts, which indicates that IKK1 and IKK2 are key IκB kinases for diverse NF-κB signaling pathways.
30. Rudolph, D. et al. Severe liver degeneration and lack of NF-κB activation in NEMO/IKKγ-deficient mice. Genes Dev. 14, 854–862 (2000).
31. Li, Q., Van Antwerp, D., Mercurio, F., Lee, K. F. & Verma, I. M. Severe liver degeneration in mice lacking the IKK2 gene. Science 284, 321–325 (1999).
   The use of IKK2-deficient mice shows that IKK2 is an important IκB kinase for the degradation of IκB and NF-κB activation.
32. Hu, Y. et al. IKKα controls formation of the epidermis independently of NF-κB. Nature 410, 710–714 (2001).
   This study shows that the function of IKK1 in keratinocyte differentiation is independent of its kinase activity and NF-κB activation.
33. Li, Q. et al. IKK1-deficient mice exhibit abnormal development of skin and skeleton. Genes Dev. 13, 1322–1328 (1999).
34. Sizemore, N., Lerner, N., Dombrowski, N., Sakurai, H. & Stark, G. R. Distinct roles of the IκB kinase α and β subunits in liberating nuclear factor-κB (NF-κB) from IκB and in phosphorylating the p65 subunit of NF-κB. J. Biol. Chem. 277, 3863–3869 (2002).
35. Cao, Y. et al. IKKα provides an essential link between RANK signaling and cyclin D1 expression during mammary-gland development. Cell 107, 763–775 (2001).
36. Senftleben, U. et al. Activation by IKKα of a second, evolutionary conserved, NF-κB signaling pathway. Science 293, 1495–1499 (2001).
37. Xiao, G., Harhaj, E. W. & Sun, S. C. NF-κB-inducing kinase regulates the processing of NF-κB2 p100. Mol. Cell 7, 401–409 (2001).
   The processing of p100 to generate p52 is inhibited in NIK-deficient cells, which indicates that NIK is necessary for p100 processing.
38. Smahi, A. et al. Genomic rearrangement in NEMO impairs NF-κB activation and is a cause of incontinentia pigmenti. The International Incontinentia Pigmenti (IP) Consortium. Nature 405, 466–472 (2000).
   The authors show that most cases of incontinentia pigmenti are due to mutations of the NEMO gene and that a new genomic rearrangement accounts for 80% of new mutations. As a consequence, NF-κB activation is defective in cells from patients who have incontinentia pigmenti.

39. Döffinger, R. et al. X-linked anhidrotic ectodermal dysplasia with immunodeficiency is caused by impaired NF-κB signaling. Nature Genet. 27, 277–285 (2001).
40. Schmidt-Supprian, M. et al. NEMO/IKKγ-deficient mice model incontinentia pigmenti. Mol. Cell 5, 969–979 (2000).
41. Makris, C. et al. Female mice heterozygous for IKKγ/NEMO deficiencies develop a dermatopathy similar to the human X-linked disorder incontinentia pigmenti. Mol. Cell 5, 969–979 (2000).
42. Devin, A. et al. The α and β subunits of IκB kinase (IKK) mediate TRAF2-dependent IKK recruitment to tumor-necrosis factor (TNF) receptor 1 in response to TNF. Mol. Cell. Biol. 21, 3986–3994 (2001).
43. Poyet, J. L. et al. Activation of the IκB kinases by RIP via IKKγ/NEMO-mediated oligomerization. J. Biol. Chem. 275, 37966–37977 (2000).
44. Inohara, N. et al. An induced proximity model for NF-κB activation in the Nod1/RICK and RIP signaling pathways. J. Biol. Chem. 275, 27823–27831 (2000).
45. Tarassishin, L. & Horwitz, M. S. Sites on FIP-3 (NEMO/IKKγ) essential for its phosphorylation and NF-κB modulating activity. Biochem. Biophys. Res. Commun. 285, 555–560 (2001).
46. Carter, R. S., Geyer, B. C., Xie, M., Acevedo-Suarez, C. A. & Ballard, D. W. Persistent activation of NF-κB by the tax transforming protein involves chronic phosphorylation of IκB kinase subunits IKKβ and IKKγ. J. Biol. Chem. 276, 24445–24448 (2001).
47. Chen, G., Cao, P. & Goeddel, D. V. TNF-induced recruitment and activation of the IKK complex require Cdd37 and Hsp90. Mol. Cell 9, 401–410 (2002).
48. Peters, R. T. & Maniatis, T. A new family of IKK-related kinases may function as IκB kinase kinases. Biochim. Biophys. Acta 2, M57–M62 (2001).
49. Kishore, N. et al. IKK-i and TBK-1 are enzymatically distinct from the homologous enzyme, IKK-2. Comparative analysis of IKK-i, mTBK-1 and rIKK-2. J. Biol. Chem. 277, 13840–13847 (2002).
50. Bonnard, M. et al. Deficiency of T2K leads to apoptotic liver degeneration and impaired NF-κB-dependent gene transcription. EMBO J. 19, 4976–4985 (2000).
51. Yujiri, T. et al. MEK kinase 1 gene disruption alters cell migration and c-Jun NH2-terminal kinase regulation but does not cause a measurable defect in NF-κB activation. Proc. Natl Acad. Sci. USA 97, 7272–7277 (2000).
52. Xia, Y. et al. MEK kinase 1 is critically required for c-Jun N-terminal kinase activation by proinflammatory stimuli and growth factor-induced cell migration. Proc. Natl Acad. Sci. USA 97, 5243–5248 (2000).
53. Yin, L. et al. Defective lymphotoxin-β receptor-induced NF-κB transcriptional activity in NIK-deficient mice. Science 291, 2162–2165 (2001).
54. Tojima, Y. et al. NAK is an IκB kinase-activating kinase. Nature 404, 778–782 (2000).
55. Dumitru, C. D. et al. TNF-α induction by LPS is regulated posttranscriptionally via a Tpl2/ERK-dependent pathway. Cell 103, 1071–1083 (2000).
56. Latgen, M. et al. Targeted disruption of the TPKC gene results in the impairment of the NF-κB pathway. Mol. Cell 8, 771–780 (2001).
57. Zhong, H., Voll, R. E. & Ghosh, S. Phosphorylation of NF-κB p65 by PKA stimulates transcriptional activity by promoting a novel bivalent interaction with the coactivator CBP/p300. Mol. Cell 1, 661–671 (1998).
58. Wang, D., Westerheide, S. D., Hanson, J. L. & Baldwin, A. S. Jr. Tumor-necrosis factor-α-induced phosphorylation of RelA/p65 on Ser529 is controlled by casein kinase II. J. Biol. Chem. 275, 32592–32597 (2000).
59. Sakurai, H., Chiba, H., Miyoshi, H., Sugita, T. & Toriumi, W. IκB kinases phosphorylate NF-κB p65 subunit on serine 536 in the transactivation domain. J. Biol. Chem. 274, 30353–30356 (1999).

© 2002 Nature Publishing Group

# REVIEWS

60. Hoeflich, K. P. et al. Requirement for glycogen synthase kinase-3β in cell survival and NF-κB activation. Nature 406, 86–90 (2000).

61. Koul, D., Yao, Y., Abbruzzese, J. L., Yung, W. K. & Reddy, S. A. Tumor suppressor MMAC/PTEN inhibits cytokine-induced NFκB activation without interfering with the IκB degradation pathway. J. Biol. Chem. 276, 11402–11408 (2001).

62. Eberharter, A. & Becker, P. B. Histone acetylation: a switch between repressive and permissive chromatin second in review series on chromatin dynamics. EMBO Rep. 3, 224–229 (2002).

63. Lee, S. K., Kim, J. H., Lee, Y. C., Cheong, J. & Lee, J. W. Silencing mediator of retinoic acid and thyroid hormone receptors, as a novel transcriptional corepressor molecule of activating protein-1, nuclear factor-κB and serum response factor. J. Biol. Chem. 275, 12470–12474 (2000).

64. Ito, K., Barnes, P. J. & Adcock, I. M. Glucocorticoid receptor recruitment of histone deacetylase 2 inhibits interleukin-1β-induced histone H4 acetylation on lysines 8 and 12. Mol. Cell Biol. 20, 6891–6903 (2000).

65. Ashburner, B. P., Westerheide, S. D. & Baldwin, A. S. Jr. The p65 (RelA) subunit of NF-κB interacts with the histone deacetylase (HDAC) corepressors HDAC1 and HDAC2 to negatively regulate gene expression. Mol. Cell. Biol. 21, 7065–7077 (2001).
   **This paper shows that the inhibition of HDAC activity with trichostatin A results in an increase in both basal and induced expression of an integrated NF-κB-dependent reporter gene and that p65 associates directly with HDAC1 and HDAC2.**

66. Chen, L., Fischle, W., Verdin, E. & Greene, W. C. Duration of nuclear NF-κB action regulated by reversible acetylation. Science 293, 1653–1657 (2001).
   **A demonstration that p65 is subject to inducible acetylation and that the acetylation status affects its binding affinity for IκBα. The response that deacetylation of p65 by HDAC3 acts as an intramolecular molecular switch that both controls the duration of the NF-κB transcriptional response and contributes to the replenishment of the depleted cytoplasmic pool of latent NF-κB–IκBα complexes.**

67. Zhong, H., May, M. J., Jimi, E. & Ghosh, S. The phosphorylation status of nuclear NF-κB determines its association with CBP/p300 or HDAC-1. Mol. Cell 9, 625–636 (2002).
   **This study shows that induced specific phosphorylation of p65 determines whether it associates with either CBP or HDAC1, which ensures that only p65 that enters the nucleus from cytoplasmic NF-κB–IκB complexes can activate transcription.**

68. Furia, B. et al. Enhancement of nuclear factor-κB acetylation by coactivator p300 and HIV-1 Tat proteins. J. Biol. Chem. 277, 4973–4980 (2002).

69. Perkins, N. D. The Rel/NF-κB family: friend and foe. Trends Biochem. Sci. 25, 434–440 (2000).

70. Gerondakis, S., Grumont, R., Rourke, I. & Grossmann, M. The regulation and roles of Rel/NF-κB transcription factors during lymphocyte activation. Curr. Opin. Immunol. 10, 353–359 (1998).

71. Horwitz, B. H., Scott, M. L., Cherry, S. R., Bronson, R. T. & Baltimore, D. Failure of lymphopoiesis after adoptive transfer of NF-κB-deficient fetal liver cells. Immunity 6, 765–772 (1997).

72. Senftleben, U., Li, Z. W., Baud, V. & Karin, M. IKKβ is essential for protecting T cells from TNFα-induced apoptosis. Immunity 14, 217–230 (2001).

73. Boothby, M. R., Mora, A. L., Scherer, D. C., Brockman, J. A. & Ballard, D. W. Perturbation of the T lymphocyte lineage in transgenic mice expressing a constitutive repressor of nuclear factor (NF-κB). J. Exp. Med. 185, 1897–1907 (1997).

74. Caamano, J. & Hunter, C. A. NF-κB family of transcription factors: central regulators of innate and adaptive immune functions. Clin. Microbiol. Rev. 15, 414–429 (2002).

75. Ferreira, V. et al. In vivo inhibition of NF-κB in T-lineage cells leads to a dramatic decrease in cell proliferation and cytokine production and to increased cell apoptosis in response to mitogenic stimuli, but not to abnormal thymopoiesis. J. Immunol. 162, 6442–6450 (1999).

76. Mora, A. L., Youn, J., Keegan, A. & Boothby, M. R. NF-κB/Rel participation in the lymphokine-dependent proliferation of T lymphoid cells. J. Immunol. 166, 2218–2227 (2001).

77. Ouaaz, F., Li, M. & Beg, A. A. A critical role for the RelA subunit of nuclear factor-κB in regulation of multiple immune-response genes and in Fas-induced cell death. J. Exp. Med. 189, 999–1004 (1999).

78. Kojima, H. et al. An essential role for NF-κB in IL-18-induced IFN-γ expression in KG-1 cells. J. Immunol. 162, 5063–5069 (1999).

79. Aronica, M. A. et al. Preferential role for NF-κB/Rel signaling in the type 1 but not type 2 T-cell-dependent immune response in vivo. J. Immunol. 163, 5116–5124 (1999).

80. Aune, T. M., Mora, A. L., Kim, S., Boothby, M. R. & Lichtman, A. H. Costimulation reverses the defect in IL-2 but not effector cytokine production by T cells with impaired IκBα degradation. J. Immunol. 162, 5805–5812 (1999).

81. Franzoso, G. et al. Requirement for NF-κB in osteoclast and B-cell development. Genes Dev. 11, 3482–3496 (1997).

82. Kaisho, T. et al. IκB kinase α is essential for mature B-cell development and function. J. Exp. Med. 193, 417–426 (2001).

83. Hettmann, T., DiDonato, J., Karin, M. & Leiden, J. M. An essential role for nuclear factor-κB in promoting double-positive thymocyte apoptosis. J. Exp. Med. 189, 145–158 (1999).

84. Beauerle, P. A. & Baichwal, V. R. NF-κB as a frequent target for immunosuppressive and anti-inflammatory molecules. Adv. Immunol. 65, 111–137 (1997).

85. Tak, P. P. & Firestein, G. S. NF-κB: a key role in inflammatory diseases. J. Clin. Invest. 107, 7–11 (2001).

86. Yang, L. et al. Essential role of nuclear factor κB in the induction of eosinophilia in allergic airway inflammation. J. Exp. Med. 188, 1739–1750 (1998).

87. Donovan, C. E. et al. NF-κB/Rel transcription factors: c-Rel promotes airway hyperresponsiveness and allergic pulmonary inflammation. J. Immunol. 163, 6827–6833 (1999).

88. Bondeson, J., Foxwell, B., Brennan, F. & Feldmann, M. Defining therapeutic targets by using adenovirus: blocking NF-κB inhibits both inflammatory and destructive mechanisms in rheumatoid synovium but spares anti-inflammatory mediators. Proc. Natl Acad. Sci. USA 96, 5668–5673 (1999).

89. Miagkov, A. V. et al. NF-κB activation provides the potential link between inflammation and hyperplasia in the arthritic joint. Proc. Natl Acad. Sci. USA 95, 13859–13864 (1998).

90. Yamamoto, Y. & Gaynor, R. B. Therapeutic potential of inhibition of the NF-κB pathway in the treatment of inflammation and cancer. J. Clin. Invest. 107, 135–142 (2001).

91. Epinat, J. C. & Gilmore, T. D. Diverse agents act at multiple levels to inhibit Rel/NF-κB signal-transduction pathway. Oncogene 18, 6896–6909 (1999).

92. Swinney, D. C. et al. A small molecule ubiquitination inhibitor blocks NF-κB-dependent cytokine expression in cells and rats. J. Biol. Chem. 277, 23573–23581 (2002).

93. Lavon, I. et al. High susceptibility to bacterial infection, but no liver dysfunction, in mice compromised for hepatocyte NF-κB activation. Nature Med. 6, 573–577 (2000).
   **Specific inhibition of NF-κB activity in adult mouse liver does not cause liver apoptosis or dysfunction. However, these mice were unable to clear Listeria monocytogenes from the liver and succumbed to sepsis.**

94. Neurath, M. F., Pettersson, S., Meyer zum Buschenfelde, K. H. & Strober, W. Local administration of antisense phosphorothioate oligonucleotides to the p65 subunit of NF-κB abrogates established experimental colitis in mice. Nature Med. 2, 998–1004 (1996).
   **These data provide direct evidence for the central importance of p65 in chronic intestinal inflammation and indicate a potential therapeutic use of p65 antisense oligonucleotides as a new molecular approach for the treatment of patients with Crohn's disease.**

95. Aupperle, K. et al. NF-κB regulation by IκB kinase-2 in rheumatoid arthritis synoviocytes. J. Immunol. 166, 2705–2711 (2001).

96. Campbell, I. K., Gerondakis, S., O'Donnell, K. & Wicks, I. P. Distinct roles for the NF-κB1 (p50) and c-Rel transcription factors in inflammatory arthritis. J. Clin. Invest. 105, 1799–1806 (2000).

Acknowledgements
G.L. is a Special Research Fellow of the Leukemia and Lymphoma Society. I.M.V. is an American Cancer Society Professor of Molecular Biology. He is supported by grants from the National Institutes of Health, the March of Dimes, the Liebenfeld Foundation, the Wayne and Gladys Valley Foundation and the H.N. and Frances C. Berger Foundation.

Ⓘ Online links

DATABASES
The following terms in this article are linked online to:
Entrez: http://www.ncbi.nlm.nih.gov/Entrez/
Listeria monocytogenes
InterPro: http://www.ebi.ac.uk/interpro/
ankyrin repeat | RHD | TIR
LocusLink: http://www.ncbi.nlm.nih.gov/LocusLink/
AKT | API | B7-H | BCL-3 | BCL-10 | CBP | CD14 | CD28 | CD80 | CD86 | CDC37 | CKII | COX2 | GM-CSF | GSK3β | HDAC1 | HDAC2 | HDAC3 | HSP90 | IFN-γ | IκBα | IκBβ | IκBε | IKK1 | IKK2 | IKK-i | IL-1 | IL-1R | IL-2 | IL-4 | IL-6 | IL-8 | IL-18 | IRAK | MAGUK | MALT1 | MD-2 | MEKK1 | MEKK2 | MEKK3 | MyD88 | NEMO | NF-κB1 | NF-κB2 | NIK | NOS | p300 | P3K | PKA | PKCβ | PKCζ | RANKL | c-REL | RELA | RELB | RIP | SIAT5a | TAB1 | TAB2 | TAK1 | TBK1 | TLR2 | TLR4 | TNF | TNFR1 | TPL2 | TRADD | TRAF2 | TRAF6 | β-TRCP
OMIM: http://www.ncbi.nlm.nih.gov/Omim/
IP | MS | rheumatoid arthritis
Access to this interactive links box is free online.

© 2002 Nature Publishing Group

ONLINE

**ERRATUM**

## NF-κB REGULATION IN THE IMMUNE SYSTEM

*Qiutang Li and Inder M. Verma*

*Nature Reviews Immunology* 2, 725–734 (2002)

On page 728 of this article, the following incorrect sentence was published:

"The complex of transforming-growth-factor-β-activated kinase 1 (TAK1), TAK1-binding protein 1 (TAB1) and TAB2 was thought to be an integral component that relays the signals to IKK complexes downstream of TRAF6 (REF. 20), but recent results from TAK1- and TAB2-knockout mice do not support a role for these proteins in NF-κB signalling (S. Akira, personal communication)."

However, the phenotype of TAK1-knockout mice is under investigation at present. Therefore, the suggestion that TAK1 does not have a role in tumour-necrosis-factor–interleukin-1 signalling remains to be substantiated.

© 2002 Nature Publishing Group

# EXHIBIT G

# HANDBOOK OF

# Transcription
# Factor
# NF-kappaB

Edited by
Sankar Ghosh

CRC Press
Taylor & Francis Group
Boca Raton  London  New York

CRC Press is an imprint of the
Taylor & Francis Group, an informa business

Amgen v. Ariad
Plaintiff's Dep Exhibit
288

CRC Press
Taylor & Francis Group
6000 Broken Sound Parkway NW, Suite 300
Boca Raton, FL 33487-2742

© 2007 by Taylor & Francis Group, LLC
CRC Press is an imprint of Taylor & Francis Group, an Informa business

No claim to original U.S. Government works
Printed in the United States of America on acid-free paper
10 9 8 7 6 5 4 3 2 1

International Standard Book Number-10: 0-8493-2794-6 (Hardcover)
International Standard Book Number-13: 978-0-8493-2794-0 (Hardcover)

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

No part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC) 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

Trademark Notice: Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

Library of Congress Cataloging-in-Publication Data

Handbook of transcription factor NF-kappaB / [edited by] Sankar Ghosh.
   p. ; cm.
Includes bibliographical references and index.
ISBN-13: 978-0-8493-2794-0 (alk. paper)
1. NF-kappa B (DNA-binding protein)--Handbooks, manuals, etc. 2. Transcription factors--Handbooks, manuals, etc. 3. Gene expression--Handbooks, manuals, etc. I. Ghosh, Sankar, 1959-
   [DNLM: 1. NF-kappa B. QU 58.5 H2368 2006]
QP552.N46H36 2006
611.01816--dc22                                        2006003488

Visit the Taylor & Francis Web site at
http://www.taylorandfrancis.com

and the CRC Press Web site at
http://www.crcpress.com

# Preface

In 1986, my laboratory was searching for transcription factors that might control the activation of the kappa immunoglobulin light chain when we came across NF-κB. We thought it was specific to B-lymphocytes and never imagined that it would turn out to be among the most protean of transcription factors ever discovered. But that realization came during the next few years as we first found that it could be induced in many cells and then found that it was stored in the cytoplasm, ready to be activated by a wide range of inducing stimuli. When its sequence was first determined, we realized that it had a history before 1986; Howard Temin's laboratory had discovered the Rel oncogene years before and it is a slightly altered member of the NF-κB family of proteins.

This book contains much that is known about the basic biology of NF-κB or at least references to it. Its clearest function is as a transcription factor orchestrating the activation and repression of many genes involved in inflammation, but it also helps activate genes of innate and adaptive immunity in response to pathogens, maintains liver integrity in the developing mouse, plays multiple roles in the nervous system, and is implicated in skin, hair, and tooth formation and much more in the vertebrate body. In insects, homologues of the mammalian proteins are involved in defense against pathogens but also play key roles in development (for example, dorsal in Drosophila establishes dorsal/ventral polarity in the developing embryo).

Any system in the body that plays so many important roles is likely to also cause pathology when it goes awry, and NF-κB is no exception. Its role as an oncogene showed early on that it could be a cause of cancer, and the linkage of cancer and inflammation, which is so widely discussed today, is another reason for linking NF-κB to cancer induction. NF-κB is implicated in a wide range of other pathologies, including heart disease, muscular dystrophy, and many other conditions involving chronic inflammation.

In 1986, we know only a few transcription factors and only a few of the intracellular proteins that transduce signals from cell surface receptors. Today, we stare at myriads of components whose interactions make urban subway systems look simple. A remarkable fraction of these intracellular mediators are parts of pathways that lead to or through NF-κB. Thus, what was supposed to be a simple regulator of a particular step in differentiation has turned out to be linked by innumerable pathways to many of the cellular signaling pathways. This book then is one of many that should be read together if the full richness of the cell's transduction machinery is to be understood. No one person can today absorb this body of knowledge and no one can keep pace with its continued growth. But each member of the community of interested scientists must absorb what she or he can and then share in the interactions that bring together the joint knowledge that one day will describe all of cellular metabolism. Because new students interested in these systems are

Handbook of Transcription Factors NF-kappaB

[40] Niehues, T., Reichenbach, J., Neubert, J. et al., Nuclear factor kappaB essential modulator-deficient child with immunodeficiency yet without anhidrotic ectodermal dysplasia, *J. Allergy Clin. Immunol.*, 114, 1456, 2004.

[41] Courtois, G., Smahi, A., Reichenbach, J. et al., A hypermorphic IκBα mutation is associated with autosomal dominant anhidrotic ectodermal dysplasia and T cell immunodeficiency, *J. Clin. Invest.*, 112, 1108, 2003.

[42] Janssen, R., van Wengen, A., Hoeve, M.A. et al., The same IκBα mutation in two related individuals leads to completely different clinical syndromes, *J. Exp. Med.*, 200, 559, 2004.

[43] Trompouki, E., Hatzivassiliou, E., Tsichritzis, T. et al., CYLD is a deubiquitinating enzyme that negatively regulates NF-κB activation by TNFR family members, *Nature*, 424, 793, 2003.

[44] Kovalenko, A., Chable-Bessia, C., Cantarella, G. et al., The tumour suppressor CYLD negatively regulates NF-kappaB signaling by deubiquitination, *Nature*, 424, 801, 2003.

[45] Brummelkamp, T.R., Nijman, S.M., Dirac, A.M. et al., Loss of the cylindromatosis tumour suppressor inhibits apoptosis by activating NF-κB, *Nature*, 424, 797, 2003.

[46] Bignell, G.R., Warren, W., Seal, S. et al., Identification of the familial cylindromatosis tumour-suppressor gene, *Nature Genet.*, 25, 160, 2000.

[47] Jono, H., Lim, J.H., Chen, L.F. et al., NF-kappaB is essential for induction of CYLD, the negative regulator of NF-kappaB: evidence for a novel inducible autoregulatory feedback pathway, *J. Biol. Chem.*, 279, 36171, 2004.

[48] Reiley, W., Zhang, M., and Sun, S.C., Negative regulation of JNK signaling pathway, by the tumor suppressor CYLD, *J. Biol. Chem.*, 279, 55161, 2004.

# 10 Regulating the Master Regulator NF-κB: From Natural Strategies to Rationally Designed Superdrugs

*Sebo Withoff, Vinay Tergaonkar, and Inder M. Verma*

## CONTENTS

10.1 Introduction ........................................................................................... 195
10.2 Nature's Way of Inhibiting NF-κB ...................................................... 196
    10.2.1 Endogenous Inhibition of NF-κB Signaling ............................. 197
    10.2.2 Viral and Bacterial Strategies to Inhibit or Prevent NF-κB
        Signaling ..................................................................................... 199
10.3 Synthetic and Natural Compounds Inhibiting NF-κB ........................ 201
    10.3.1 Proteasome Inhibitors .............................................................. 201
    10.3.2 Nonsteroidal Antiinflammatory Drugs .................................... 202
    10.3.3 Glucocorticoids ........................................................................ 203
    10.3.4 Thalidomide .............................................................................. 204
    10.3.5 Antioxidants as NF-κB Inhibitors ............................................ 205
    10.3.6 Potential Risks of Using NF-κB Inhibitors ............................. 206
10.4 Indirect and Alternative Strategies to Inhibit NF-κB ......................... 206
    10.4.1 Cytokine and Anticytokine Therapy ........................................ 207
10.5 Tailor-Made NF-κB Inhibition in the Postgenomic Era ..................... 208
10.6 Outlook ................................................................................................. 210
Acknowledgments .......................................................................................... 212
References ....................................................................................................... 212

## 10.1 INTRODUCTION

Transcription factors are often the final arbiters of growth, differentiation, and development in response to intrinsic or extrinsic signals. Additionally, they

coordinate specialized functions carried out by specific cell types. The NF-κB family of transcription factors is pivotal for the modulation of the innate and adaptive immune responses (Chapters 6 and 7). Additionally, they control cell numbers by regulating the apoptotic machinery of the cell. More importantly, as discussed in Chapter 8, there is ample data available showing that NF-κB hyperactivation contributes to inflammation-associated cancer and many severe chronic (inflammatory) diseases, such as rheumatoid arthritis, SLE, multiple sclerosis, insulin resistance, and Alzheimer's disease [1–3]. This realization has led to an explosion of interest in NF-κB signaling from basic researchers and pharmaceutical companies, with a significant part of their concerted effort aimed at the development of drugs that specifically inhibit NF-κB signaling. Considering the rapidly expanding array of strategies used to inhibit NF-κB signaling, here we can only give a bird's eye view of what we consider significant, rather than an exhaustive list of all the proposed strategies of inhibiting NF-κB activity. For a more complete list, we will direct the reader to excellent reviews where appropriate.

Out of necessity, nature has provided several ways to attenuate NF-κB activity, since continuous NF-κB signaling can be severely detrimental, leading to chronic inflammatory diseases, the development of autoimmunity, and even hyperplasia. To prevent sustained NF-κB activation, the cell has several endogenous molecules available that will downregulate the NF-κB pathway. In addition, investigators have found that viruses and bacteria encode proteins that inhibit NF-κB signaling as a means of preventing an immune response that would otherwise eradicate the viral or bacterial threat.

Many drugs (natural and synthetic) have been used for decades to inhibit inflammation or malignancy have been shown recently to modulate NF-κB signaling. Based on these findings, some of these drugs are being modified on the molecular level to yield more potent inhibitors. We will give examples of drugs (or drug classes) that are most interesting from a clinical point of view.

Instead of direct intervention in the NF-κB pathway, researchers are trying to modulate other pathways that mediate the adverse effects of constitutive NF-κB activation. Additionally, the application of antibodies against NF-κB-activating cytokines and soluble receptors for NF-κB-activating cytokines are now being applied clinically to decrease the induction of NF-κB signaling.

The lessons learned from nature and from clinical experience with drugs that are known to modulate NF-κB activity have been very helpful in rationally designing synthetic compounds, peptides, DNA oligonucleotides, and RNA molecules that can interact with and downregulate the NF-κB pathway.

## 10.2  NATURE'S WAY OF INHIBITING NF-κB

NF-κB plays a pivotal role in eliciting a strong proinflammatory, proliferative, and antiapoptotic response. After execution of the essential task, this powerful response has to be downregulated by endogenous proteins in order to prevent chronic inflammation, autoimmunity, and hyperproliferation. The best known endogenous NF-κB inhibitors are members of the IκB-family (IκBs) that can lead to cytosolic sequestering of NF-κB, thereby attenuating NF-κB signaling [4]. Here we will discuss

endogenous NF-κB inhibitors other than IκB family members, as these are discussed at length in Chapters 2 and 4.

In addition to endogenous factors that modify NF-κB, many viruses and bacteria express proteins — exogenous NF-κB inhibitors — that inhibit NF-κB signaling to thwart the host immune response. Although these proteins may not be ideal for clinical development, they have provided new insights into NF-κB regulation, and small molecule inhibitors of NF-κB signaling have already been derived based on sequences present in these viral and bacterial proteins.

### 10.2.1  ENDOGENOUS INHIBITION OF NF-κB SIGNALING

Several tumor suppressor genes have been reported to regulate NF-κB activity. The tumor suppressor gene adenosine diphosphate (ADP) ribosylation factor 1 (ARF) has been reported to induce the phosphorylation of p65 in the transactivation domain (TAD) of p65, resulting in recruitment of histone deacetylase-1 (HDAC1) and inhibition of NF-κB activity (Chapter 5) [5,6]. The tumor suppressor gene ING4 was shown to physically interact with p65 in the nucleus, forming a transcriptional complex, in which NF-κB-induced gene expression is downregulated, leading to inhibition of angiogenesis in a brain tumor model [7]. Finally, it was suggested that p53 and NF-κB control each other's ability to express their target genes — a regulatory "transcriptional crosstalk." This effect was based on the relative level of p53 and NF-κB, and it was proposed that competition for a limiting pool of CBP/p300 complexes underlies this regulatory balance [8,9].

NF-κB signaling has become a standard example of how ubiquitination and deubiquitination play a role in the activation and deactivation of signaling pathways. As discussed in Chapter 4, it is now apparent that protein-ubiquitination does not always lead to degradation of the ubiquitinated protein but that certain proteins depend on ubiquitination for localization or activity. Several proteins involved in NF-κB signaling (e.g., tumor necrosis factor-receptor 1 [TNF-R1], tumor necrosis factor receptor associated factor 2 [TRAF2], receptor interacting protein [RIP], nuclear factor kappa B essential modifier [NEMO], and inhibitor of kappa B kinase β [IKKβ]) are ubiquitinated, although the functional implications of this are largely unclear. Cylindromatosis (CYLD) and A20, as discussed in Chapter 4, act as endogenous negative regulators of NF-κB, signaling by modifying the ubiquitination of these pathway components.

Sumoylation can also affect NF-κB activity at different levels [10]. Sumoylation of a small fraction of NEMO has been shown to govern its nuclear localization and prevent it from shuttling to the cytoplasm, as discussed in Chapters 2 and 4. More recently, it has been reported that the sumoylation of CBP/p300 enables the binding of sirtuin (silent mating type information regulation 2 homolog) 1 (SIRT1), thereby repressing p300. SIRT1, a member of the nicotinamide adenosinedinucleotide (NAD)-dependent deacetylases, represses several transcription factors, including NF-κB. As CBP/p300 is a limiting cofactor for the transcriptional activity of NF-κB, it was suggested that desumoylation of CBP/p300 leads to a relieving of p300-repression by SIRT1, which in turn could lead to enhanced transcription mediated by NF-κB (Chapter 5) [11].

Mutations in the cold-induced autoinflammatory syndrome 1 (CIAS1) gene have been described to be involved in three different chronic autoinflammatory diseases [12]. CIAS proteins have been reported to inhibit nuclear translocation of p65 in monocytes, which implies that p65-inhibition may contribute to the induction of the chronic inflammatory phenotype; however, it has to be kept in mind that CIAS-mutations can also lead to increased processing of IL-1β-precursor into mature IL-1β, a major proinflammatory cytokine [13].

Recently, a new family of NF-κB inhibitory proteins has been identified. The first family member, Murr1, was identified due to its involvement in copper metabolism [14,15]. Nine other family members have since been described, all of which are characterized by a homotypic protein–protein interaction domain [16]. COMMD1 through -10 form multimeric complexes, and several of them interact with and inhibit NF-κB. Murr1/COMMD1, the prototype of the family, does not inhibit nuclear translocation of NF-κB, but rather inhibits NF-κB signaling at the nuclear level by negatively regulating the association of p65 with chromatin. Co-IP experiments showed that Murr1/COMMD1 interacts with p65, c-Rel, RelB, p100, and p105. COMMD1 binds to the first 180 amino acids of the p65 Rel homology domain (RHD) containing the DNA binding domain and thus may directly interfere with binding to κB sites.

15-Deoxy-$\Delta^{12,14}$-prostaglandin-J$_2$ (15d-PGJ$_2$), the ligand of the peroxisome proliferator-activated receptor-γ (PPARγ) transcription factor, is a recently discovered prostaglandin that has been suggested to elicit an antiinflammatory response [17]. PPARγ is thought to be complexed in the cytosol to corepressor proteins but is probably released from corepression by binding of 15d-PGJ$_2$ or other PPARγ-agonists such as thiazolidinediones (glitazones). It has been suggested that 15d-PGJ$_2$ inhibits NF-κB indirectly via PPARγ by antagonizing the transcriptional activity of NF-κB [18]. The interference of PPARγ (and other nuclear antagonists of NF-κB such as p53, ARF, Twists, and N-CoR) with NF-κB could be mediated by competition for histone acetyltransferase (HATs) or recruitment of HDACs to NF-κB [19,20]. Additionally, 15d-PGJ$_2$ has been described to inhibit NF-κB activity directly by binding to IKKβ via its cyclopentenone ring, thereby inhibiting IKKβ activity [21]. The same ring has also been reported to prevent NF-κB from binding to DNA by modifying p65 and p50 [22]. Finally, it has been reported that 15d-PGJ$_2$ inhibits the recruitment of CBP/p300, an essential cofactor for NF-κB's transcriptional activity, to p65 [23]. At present, 15d-PGJ$_2$ and other PPARγ-agonists have been shown to inhibit inflammation in murine models of arthritis, ischemia-reperfusion injury, inflammatory bowel disease, Alzheimer's disease, and lupus nephritis [17], which are all diseases in which NF-κB is known to be chronically activated.

The nuclear protein RelA (p65)-associated inhibitor (RAI), isolated from human placenta, has been found to inhibit tumor necrosis factor (TNF)-induced NF-κB signaling by binding to p65 and preventing its DNA-binding. This 351 amino-acid, 40 kDa protein contains multiple ankyrin repeats, just as the IκB family members, but it does not contain a proline, glutamic acid, serine, and threonine (PEST)-region [24]. Recently, it was shown that RAI is part of a larger protein (824 amino acids, 98 kDa) called NF-κB interacting protein1 (Nkip1), which is predominantly

expressed in endothelial cells of the skin, testis, heart, and stomach [25]. Nkip1 was found to be mutated in waved 3 (wa3) mutant mice that develop a rapidly progressive cardiomyopathy. Although wa3/wa3 mice survive, they remain small in size, and 90% die within 4 weeks of birth. Histology revealed hearts of abnormal shape and size, containing areas with myofiber degeneration, mineralization, and necrosis. At the same time, macrophage infiltration, fibrosis, and neovascularization could be observed. In wa3/wa3 mice, ICAM-1 expression was significantly increased, but other NF-κB target genes examined were not affected, suggesting that Nkip1 regulates a subset of NF-κB target genes. The authors suggested that loss of NF-κB repression through Nkip1 mutation induces constitutive activation of endothelial cells, leading to an environment that promotes inflammation, thrombosis, and ultimately cardiomyocyte death.

## 10.2.2  VIRAL AND BACTERIAL STRATEGIES TO INHIBIT OR PREVENT NF-κB SIGNALING

Several viruses and bacteria encode proteins that inhibit NF-κB activation and activity, and it has been suggested that they do so to prevent a functional immune response (immune evasion). Almost every step in the NF-κB pathway is fair game for the inhibitory approaches taken by microorganisms.

One strategy to inhibit or prevent NF-κB signaling is to express mimics of receptors of the TNF-R family, which scavenge TNF family members before they can reach their intended target receptor. Pox viruses encode viral orthologs of various receptors of the TNF-R family. Cow pox and mouse pox viruses encode a viral CD30 (vCD30) protein [26,27]. The ligand of CD30 (CD153) is involved in downregulation of autoimmune responses and in negative selection of T cells, provides costimulation to B and T cells, and stimulates cell proliferation [28]. vCD30 interferes in these processes by competing with endogenous CD30 for CD153-binding, preventing the antiviral response. The recent finding that CD30 activates the alternative NF-κB signaling pathway [29] implies that vCD30 is an (indirect) inhibitor of noncanonical NF-κB activation. Other pox viruses encode soluble or membrane-bound IL-1R, IL-18R, IFN-R, or TNF-Rs that bind their respective ligands, thereby preventing NF-κB activation [30–33]. This microbiological "decoy-receptor" approach is presently being explored clinically. For example, recombinant TNF-R is already applied clinically and recombinant BAFF-R is in preclinical development.

Adenoviruses are of special interest because they are being developed as vectors for gene delivery. Unfortunately, adenoviral particles induce a potent immune response, which is surprising since a variety of adenoviral proteins downregulate the immune response. The adenovirus early transcription region 3 (E3) encodes for seven proteins, of which five inhibit immune responses, some by inhibiting NF-κB activity [34]. For instance, the adenoviral proteins E3-10.4K and E3-14.5K form a complex in the membrane that inhibits the assembly of the TNF-R1 signaling complex at the membrane, leading to downregulation of TNF-R1 on the cell surface [35].

Pox viruses also encode proteins that inhibit NF-κB signaling downstream of the receptors. Two ORFs of the Vaccinia pox virus, A46R and A52R, share sequence homology with the Toll/IL-1 receptor (TIR) domain that is characteristic of the

IL-1R/Toll-like receptor (TLR) superfamily, A46R and A52R inhibit IL-1, IL-18, and TLR-induced NF-κB and MAPK signaling (and therefore host defense) by binding and sequestering adaptor proteins (MyD88, MyD88 adaptor-like, TRIF, and Toll/IL-1 resistance domain containing protein inducing interferon beta (TRIF)-related adaptor) that are involved in signaling downstream of ligand–receptor interaction and upstream of the IKK complex (see Chapter 3) [36–38]. A peptide derived from A52R was recently shown to inhibit cytokine production in bacterially induced inflammation [39]. The authors suggested that this peptide could be applied in the treatment of chronic inflammation caused by viral or bacterial infection.

Another virulence factor of Vaccinia virus, N1L, inhibits NF-κB signaling directly by binding to the IKK complex [38]. Though N1L inhibits host defense against Vaccinia infection by ten-thousand-fold, it does not affect adaptive immunity [40]. DiPerna and colleagues describe that N1L inhibits receptor-, adaptor-, TRAF-, and IKK-α, and IKKβ-dependent NF-κB signaling. Coimmunoprecipitation showed that N1L associates with several components of the IKK complex, while TANK-binding kinase 1 (TBKI) appears to be its principal target, suggesting that this protein may preferentially target the interferon pathway. Also, human papillo-mavirus (HPV) E7 has been reported to bind to the IKK complex, leading to inhibition of induced activation of IKKα and IKKβ [41] and, most recently, the Hepatitis C Virus (HCV) core protein has been reported to bind to IKKβ and inhibit NF-κB activation [42].

Perhaps the most important immunological cell type that is involved in the inflammatory response is the macrophage (see Chapter 8). Two viruses that exhibit tropism toward these cells and are able to inhibit NF-κB signaling are the Flchinde virus, which causes Lassa fever in humans, and the African swine fever virus (ASFV). Virulent strains of the Flchinde virus, a protein, A238Lp, shown to repress NF-κB activation [43]. The ASFV encodes a protein, A238Lp, that resembles a porcine IκBα and can bind to p65, resulting in cytoplasmic sequestration. Interestingly, A238Lp needs posttranslational modification and NF-κB signaling to be able to bind to p65, as the endogenous IκBα needs to be degraded first [44].

Two viral proteins have been described to interact with βTrCP-proteins — the components of the SCF-type ubiquitin ligase complex that such a pivotal role in NF-κB activation (see Chapter 4). The HIV1-protein Vpu sequesters βTrCP1 to the cytoplasm [45], preventing it from functioning in the degradation of IκB and thereby effecting NF-κB activation. The EBV protein LMP1 has been reported to interact with and inhibit βTrCP2 [46]. As discussed in Chapter 4, bacteria of the Yersinia species (Yersinia pestis causes the bubonic plague) also interfere with the ubiquitination of NF-κB signaling proteins through the YopJ protein. Another bacterial protein, AvrA of Salmonella typhimurium, which is homologous to YopJ, has been suggested to prevent the ubiquitination of IκBα, thus regulating NF-κB activity downstream of the IKK-complex [47]. Interestingly, Salmonella typhi and Salmo-nella paratyphi, which do cause severe systemic disease, do not contain the AvrA locus, suggesting that control of NF-κB signaling is an important quality of virulent Salmonella sp. [48].

---

Finally, viral proteins can also target NF-κB transcriptional activity. The E6 oncoprotein of HPV downregulates NF-κB-mediated transcription by binding to and inhibiting CBP/p300 [49]. Thus, scientists have come to recognize that there are a variety of means by which pathogens subvert the function of NF-κB in the immune response. Although this is in principle not a positive finding, it offers us the opportunity to learn from pathogen strategies, and uncover critical steps in NF-κB signaling that can be blocked to inhibit NF-κB activity.

## 10.3   SYNTHETIC AND NATURAL COMPOUNDS INHIBITING NF-κB

In recent years, great effort has been expended to find compounds in large drug screens that inhibit NF-κB. Various natural compounds and synthetic drugs have been identified by this approach, and upon their identification, some of these have been modified to enhance their specificity for NF-κB. Multiple antiinflammatory and anticancer agents have demonstrated NF-κB-inhibitory activity by targeting various stages in the NF-κB pathway, including IKK complex activity, IκB degradation, NF-κB nuclear localization, and NF-κB DNA binding capacity. In the following sections we describe the most promising, clinically relevant drug classes. The disadvantage of most of these drugs is that they are not very specific for NF-κB signaling and therefore potentially could display significant unwanted side effects when administered to patients.

### 10.3.1   PROTEASOME INHIBITORS

The ubiquitin-proteasome pathway regulates the turnover of proteins that are of major importance for the cell, such as cyclins (which have a role in cell cycle control), MDM2 and p53 (which have a role in cell cycle arrest, DNA repair, differentiation, senescence, and apoptosis), and NF-κB [50–52]. As discussed in Chapter 4, activation of the classical-, alternative-, and DNA-damage-induced NF-κB pathways depends on the action of the proteasome. Thus, it appears safe to argue that the application of proteasome inhibitors will result in NF-κB inhibition; however, it is also clear that other pathways will be affected as well.

Proteasome inhibitors can be divided into two subclasses: (1) inhibitors of the 20S proteasome core, such as peptide aldehydes (e.g., MG-132), PSI, lactacystins (e.g., PS-519), epoxomicin, and peptide boronic acids (e.g., bortezomib) and (2) inhibitors of substrate specific E3 ubiquitin ligases (the E3 ubiquitin ligase MDM2 can be inhibited by nutlins) [53]. The best-studied proteasome inhibitor at present is the small molecule inhibitor bortezomib (also known as Velcade or PS-341), which is used mostly in combination with other chemotherapeutic agents. Borte-zomib inhibits the proteasome by binding to the chymotrypsin-like site of the 20S core of the proteasome [50–52]. It has been approved by the U.S. Food and Drug Administration (FDA) for the treatment of patients with advanced multiple myeloma [54] and has been described to display clinical activity in relapsed and refractory multiple myeloma, prostate cancer, non-Hodgkin's lymphoma, T cell leukemia,

nonsmall-cell lung carcinoma, renal cell cancer, Lewis lung carcinoma, and pancreatic cancer [50–52,55,56].

As remarked previously, the efficacy of bortezomib is probably dependent on other mechanisms in addition to NF-κB inhibition. By directly comparing the efficacy of bortezomib and the IκB-kinase specific inhibitor PS-1145 in multiple myeloma cells, it was found that bortezomib inhibited cell proliferation completely in contrast to PS-1145, which inhibited only 20–50%, although both compounds inhibited NF-κB activity completely [57]. Kenneth C. Anderson and colleagues showed subsequently that in human multiple myeloma cells, bortezomib downregulates growth and survival pathways (e.g., IGF-1 receptor pathway; IGF-1 stimulates Akt-signaling) and antiapoptotic genes, and upregulates proapoptotic genes, resulting in apoptosis [55,58,59]. The authors suggest that bortezomib-induced NF-κB inhibition causes a decrease in the antiapoptotic protein Bcl-2 and the Bcl-2 family member A1/Bfl-1, leading to cytochrome C release and caspase-9 activation, in other words, activation of the intrinsic apoptotic pathway. Furthermore, they suggest that bortezomib causes p53-phosphorylation and subsequent jun N-terminal kinase (JNK)-activation, leading to Fas upregulation. Additionally, an increase in c-myc levels was observed, which correlated with an increase in FasL. The higher expression of both Fas and its ligand FasL would explain the observed activation of caspase-8, which is the initiator caspase of the extrinsic apoptotic pathway. The killing signal delivered by caspase-8 activation will be enhanced by the downregulation of NF-κB, as NF-κB inhibition will lead to a decrease in FLICE inhibitory protein (FLIP) levels, which is a physiological inhibitor of caspase-8 activation [60]. These observations show that inhibition of the proteasome in multiple myeloma cells leads to the concurrent modulation of multiple transcription factors that, together, tip the balance between life and death to the advantage of the latter. Presently, other proteasome inhibitors (with distinct structural features) are under development. For example, the lactacystin PS-519 has already entered clinical trials for treatment of patients with poststroke and myocardial infarction reperfusion injuries [51,52].

## 10.3.2 NONSTEROIDAL ANTIINFLAMMATORY DRUGS

At present, nonsteroidal antiinflammatory drugs (NSAIDs) are the most widely prescribed antiinflammatory drugs. It was estimated that in the United States, five to ten billion dollars are spent on NSAIDs, which are used in cardiovascular disease, for relief of pain symptoms in minor injuries and headaches, and to alleviate discomfort in serious inflammatory and joint diseases [61]. NSAIDs are known to inhibit the activity of cyclooxygenases (COXs), which are involved in prostaglandin (PG) synthesis [62,63]. As PGs play an important role in many processes other than inflammation, such as blood clotting, ovulation, bone metabolism, nerve function, wound healing, kidney function, and blood vessel tone, there is the accompanying risk of cytotoxic side effects associated with the application of COX-inhibitors [61]. Aspirin inhibits the activity of the constitutively expressed COX-1 by acetylating it; however, it has been shown that this is probably not the only mode of action of NSAIDs [64]. A second mode of action of aspirin is that it prevents the phosphorylation of IKKβ (and not IKKα) by binding to its adenosine triphosphate

(ATP)-binding site [65,174], thereby inhibiting NF-κB activation. The NSAID sulindac has also been shown to inhibit IKKβ activity [66]. As the expression of the inducible COX-2 enzyme is regulated by NF-κB, this implies that aspirin may inhibit PG synthesis by inactivating COX-1 and by downregulating COX-2 expression. Other studies have confirmed that NSAIDs inhibit NF-κB activity [67,68]. Takada and colleagues compared different NSAIDs, and the authors found that the tested compounds inhibited IKK activity and suppressed IκBα degradation and NF-κB reporter gene activation, although with different efficacy. Aspirin and ibuprofen were shown to be least potent in inhibiting NF-κB activity; naproxen, indomethacin, and diclofenac were inhibited intermediately; and resveratrol, curcumin, celecoxib, and tamoxifen were most potent [68]. Very recently, it was suggested that celecoxib suppresses NF-κB activation through inhibition of IKK and Akt [69].

There has been a considerable amount of excitement in the oncology field since reports found that long-term use of NSAIDs, in this case aspirin, is associated with the regression of intestinal polyps and a reduction in the incidence of colorectal cancer in arthritis and colorectal cancer patients [70,71]. Additionally, it was reported that women who had been taking aspirin every day for at least ten years had a 28% lower risk of developing breast cancer [72]. An unwanted side-effect of nonspecific COX-inhibitors (inhibiting both COX-1 and COX-2) is that these drugs can cause gastrointestinal irritation and ulceration, which was shown to be due to inhibition of COX-1. To avoid this, selective COX-2 inhibitors (celecoxib [Celebrex®] and rofecoxib [Vioxx®]) were developed. Initially, both these drugs were approved for the treatment of rheumatoid arthritis and osteoarthritis. Celecoxib was also shown to significantly reduce the incidence and multiplicity of colon tumors and the number of polyps in patients with familial adenomatous polyposis (FAP) [73]. Celecoxib has also been found to be effective against mammary, skin, and bladder cancer [74] and was tested for cancer prevention or treatment in nearly 50 clinical trials. However, in September 2004, rofecoxib and, shortly after that, celecoxib were withdrawn from the market because these drugs were found to increase the risk of heart attack and stroke. If these serious side effects can be prevented or overcome, NSAIDs still could be of major importance for treatment of various inflammation-associated cancers and chronic inflammatory diseases. It is interesting to note in this respect that the R-stereoisomer of the NSAID flurbiprofen (the latter being the S-isomer) has been shown to inhibit NF-κB (and also AP-1), while it does not inhibit COX activity [75]. Moreover, it does not cause gastrointestinal problems [76] or other cytotoxic effects, which has been associated with COX-1-inhibiting NSAIDs [61].

## 10.3.3 GLUCOCORTICOIDS

The most widely prescribed antiinflammatory and immunosuppressive drugs are glucocorticoids (GCs), of which dexamethasone and hydrocortisone are the best known. The interaction of GCs with cytosolic GC-receptors (GCRs) induces the nuclear translocation of the GC-GCR-complex, in which the GRs interact with GC responsive elements (GREs), which are present, for instance, in promoters of cytokines. Initially, it was thought that the transcriptional effects of GCs were solely mediated by these GREs. However, later it was shown that GCs also inhibit the action

of several transcription factors that are essential for immunity, such as AP-1, NF-AT, and NF-κB [77,78]. NF-κB inhibition was initially thought to be brought about by GC-induced upregulation of IκB [79–81], which could be caused by binding of GR to a GRE in the IκB promoter [82]. IκB upregulation is not a universal effect [83,84] and, although it may have a cell-type role with or without a stimulus specific role, several other mechanisms of GC/GR-induced NF-κB inhibition have been proposed [77,78]: steric hindrance of NF-κB binding to κB sites by GR bound to GREs; GR binding and sequestering NF-κB in the cytosol [83–85]; GR binding the TAD of DNA-bound p65 interfering with coactivator binding [86,87]; GR competing with NF-κB for limited nuclear coactivators (e.g., CBP/p300) [88,89]; or GC-induced deacetylation of histones [90,91]. Finally, it has been reported that GCs induce the GC-induced leucine zipper (GILZ) protein that inhibits NF-κB activation [92].

## 10.3.4 Thalidomide

The glutamic acid derivative thalidomide was brought on the market in the late 1950s as a sedative and a treatment for morning sickness in pregnant women, although it was not approved by the FDA in the United States. In the early 1960s, it was realized that the intake of even one dose of thalidomide during gestation could lead to limb abnormalities and other congenital defects. Shortly thereafter, thalidomide was pulled from the market. The drug reemerged a few years later as a treatment modality for leprosy and the FDA approved its use in this disease in the late 1990s [93]. The devastating effects of the drug during pregnancy were thought to result from the drugs ability to inhibit vasculogenesis. It is now clear, however, that the drug also has antiinflammatory and immunomodulatory effects. Presently, studies are ongoing to investigate thalidomide's potential in treatment regimens for inflammatory and infectious diseases (dermatological, rheumatological, and gastrointestinal diseases, HIV-1, and congestive heart failure) and for treatment of a variety of malignancies (e.g., multiple myeloma and other hematological disorders, prostate cancer, renal-cell carcinoma, glioma, colorectal cancer, and more). In multiple myeloma patients, thalidomide induces a variety of effects, which include reduction in cell adhesion, reduction in drug resistance, induction of apoptosis, angiogenesis inhibition, and modulation of immunity. It is also known that thalidomide reduces the expression of TNFα, IL-6, IL-12, COX-2, and Bcl-2 (inhibitor of the intrinsic apoptotic pathway) inhibitors of the extrinsic apoptotic pathway and NF-κB activity in general [93,94]. These clinical and biochemical features strongly suggest that NF-κB inhibition is central to the action of thalidomide, as NF-κB regulates the expression of proangiogenic factors (e.g., vascular endothelial growth factor [VEGF], $\alpha_v\beta_3$-integrins, IL-8, and PGs) [95,96], COX-2, antiapoptotic genes, and multiple proinflammatory and immunomodulatory cytokines (such as TNFα, IL-6, IL-12, and many more). Although there are conflicting reports about the effects of thalidomide on TNFα production in different cell types [97,98], there is evidence that thalidomide inhibits classical IKK activity, resulting in reduced levels of NF-κB-regulated genes downstream of cytokine receptor activation [99].

## 10.3.5 Antioxidants as NF-κB Inhibitors

The level of cellular free radicals (reactive oxygen species [ROS] and reactive nitrogen oxide species [RNOS]) can increase upon exposure to certain environmental stimuli (e.g., ozone and cigarette smoke) and upon NF-κB stimuli (e.g., phorbol myristate acetate [PMA], CD3-engagement, lipopolysaccharide [LPS], $H_2O_2$, TNF, IL-1, UV-light, and ionizing radiation) [100–102]. The production of free radicals seems to be cell-type specific [101]. In inflammation, ROS produced by inflammatory cells play an important role as a means to kill infected cells by oxidizing molecules essential for pathogen survival [103]. Free radicals such as NOS ($O_2^{·-}$, ·OH) and RNOS (NO·, ONOO$^-$, $N_2O_3$) cause oxidation of proteins, DNA, and lipids that can directly or indirectly induce tissue damage with or without stress responses [104]. Products of lipid peroxidation have been shown to activate macrophages, to modulate the levels of prostaglandins and their receptors, and to induce multiple proinflammatory genes such as IL-8, COX-2, and monocyte chemoattractant protein-1 (MCP-1) [102,104]. Multiple studies have reported a direct link between increased ROS levels and the induction of NF-κB activity. Oxidative stress increases IκBα ubiquitination and degradation, and antioxidants have been reported to inhibit IκBα phosphorylation [105–107]. Moreover, it has been described that $H_2O_2$ can induce NF-κB through tyrosine-phosphorylation of IκBα and through activation of the IKK complex by inducing serine phosphorylation within the activation loops of IKKα and IKKβ [108,109]. Indirectly, ROS can also enhance NF-κB-mediated transcription by inhibiting HDAC activity [102]. The exact mechanism of ROS-induced NF-κB activation is largely unknown to date, and it is thought that various antioxidants inhibit at different steps in this pathway. However, it is clear that antioxidant application will inhibit NF-κB activity in vitro and in vivo [67,100], although other pathways will be affected as well. A number of antioxidants have been used to inhibit the NF-κB pathway (see Epinat and Gilmore [100] for an elaborate listing of antioxidants). An antioxidant [110] derived from the subtropical ginger Languas galanga, 1'-acetoxychavicol acetate (ACA), has recently been shown to inhibit the NF-κB pathway at the level of IKK activation, resulting ultimately in decreased expression of NF-κB-regulated proliferative genes, antiapoptotic genes, and genes involved in metastasis and inflammation [111]. Polyphenols curcumin, which can be isolated from the spice turmeric, and resveratrol, which is found in grapes and red wine [112], have been found to downregulate NIK and IKKα/β, resulting in inhibition of IKK activation, decreased IκBα-degradation, decreased p65 translocation, and a decrease in NF-κB activity [113–117]. Ascorbic acid (vitamin C) has been shown to display dual activity: first, it is known to quench ROS, and second, it has been described that, in the presence of ROS, ascorbic acid will be metabolized into dehydroascorbic acid, which has been shown to inhibit IKKα and IKKβ activity [118]. Other well-known antioxidants are thiols (e.g., glutathione, N-acetyl-L-cysteine [NAC], and N-Acetylyn [NAL]), vitamin E, NADPH, glutathione peroxidase, and MnSOD [102], all of which inhibit NF-κB activity to varying degrees.

## 10.3.6 POTENTIAL RISKS OF USING NF-κB INHIBITORS

In cancers with constitutive NF-κB activation and in chronic inflammation-associated cancers, NF-κB inhibition may prove to be a beneficial outcome [3]. However, it is important to point out that, in many cancers, unrestricted tumor outgrowth is facilitated by the fact that the cancer cells have found ways to evade apoptosis and immune surveillance. For this reason, immunotherapeutical anticancer therapies have been developed aiming at restoring and stimulating the proinflammatory functions of the patient's immune system as a palliative treatment option other than surgery, radiation, or chemotherapy [119]. The role of immune surveillance must be kept in mind when NF-κB inhibitors are applied as anticancer therapy, because such a treatment could inhibit whatever remains of the immunological antitumor response.

Another fact complicating the potential usefulness of NF-κB inhibitors in anticancer therapy is that NF-κB functions in a tissue-dependent manner. Remarkably, in keratinocytes, NF-κB inhibition can promote squamous cell carcinoma [120]. This implies that NF-κB-targeting anticancer therapy has to be tailored to specific tissues.

A concern for the use of NF-κB inhibitors to treat chronic inflammation is that NF-κB has been shown to be involved in inflammation resolution as well (Chapter 8). As expected, administration of broad-spectrum NF-κB inhibitors at the onset of inflammation leads to diminished inflammation; however, when these inhibitors are delivered later, they interfere with the ability to reduce inflammation [121]. It was hypothesized that during onset of inflammation, NF-κB stimulation leads to p65/p50 induced proinflammatory gene expression, while during resolution, translocation of repressive p50/p50 homodimers is induced. Alternatively, it is possible that p50/p50 homodimers, in collaboration with other cofactors, activate proapoptotic genes (e.g., Bcl₃ could collaborate with p50-homodimers to activate transcription).

Another cause of concern is the occurrence of immunosuppression or other sequelae associated with a dysregulated immune system. For instance, several severe side effects have been related to anti-TNFα therapy, including infections, lymphoma development, congestive heart failure, demyelinating disease, lupus-like syndrome, and induction of autoantibodies [122]. These findings underscore the notion that modulators of the immune system have to be applied and dosed carefully.

Finally, it has to be realized that many of the drugs described in this section inhibit other pathways as well. This means that application of these drugs may induce unwanted side effects that have to be monitored carefully.

## 10.4 INDIRECT AND ALTERNATIVE STRATEGIES TO INHIBIT NF-κB

It is known that changes in other pathways can lead to the constitutive activation of NF-κB. Examples of such events are overexpression of HER2/neu, IGF-1R overexpression, BCR–ABL fusion, and activation of Ras/mitogen associated protein kinase (MAPK) or PI3K/Akt pathways [123]. If such changes are identified in diseases in which NF-κB activation plays an important role, then the proteins involved in these pathways represent an array of possible targets for treatment. As an alternative to inhibiting NF-κB signaling itself, a lot of attention is being focused on developing

molecules that inhibit the triggering of NF-κB signaling (e.g., anticytokine antibodies and decoy receptors) and on molecules that stimulate pathways that counteract NF-κB signaling (e.g., antiinflammatory cytokines).

## 10.4.1 CYTOKINE AND ANTICYTOKINE THERAPY

A number of studies have associated cytokine expression with inflammation and carcinogenesis. For example, colony-stimulating factor-1 (CSF-1) is involved in breast cancer development [124], TNFα plays a role in skin tumorigenesis [125] and promotes metastasis of xenografted human gastric cancer [126], IL-1α is associated with an increased risk of H. pylori-induced gastric cancer [127], and IL-8 neutralization inhibits tumor-associated inflammation and Ras-induced tumor growth [128]. Most cytokines act through NF-κB signaling, which in turn induces the expression of a wide spectrum of cytokines. The result is a complex, intertwined network that makes it difficult to predict the clinical efficacy of cytokine inhibition. Nevertheless, the clinical successes obtained to date with anticytokine therapies shows much promise.

As described previously, the intervention with cytokines before they reach their target receptor is a strategy that has long been applied by microorganisms. Presently, TNFα-blocking agents such as infliximab (Remicade®, a chimeric monoclonal antibody specific for TNFα) and etanercept (Enbrel®, a soluble dimeric TNFα-receptor) have been applied successfully to treat autoimmune-inflammatory diseases such as rheumatoid arthritis, juvenile arthritis, psoriasis, psoriatic arthritis, and Crohn's disease [129]. The IL-1 receptor antagonist (IL-1Ra) anakinra (Kineret®) is based on a physiologically expressed membrane molecule that competes with the IL-R for IL-binding. Anakinra has recently been approved for treatment of rheumatoid arthritis [130–132]. Other cytokines and chemokines that are being targeted for anticytokine therapy include IFN-α, IFN-γ, IL-6, IL-8, IL-12, IL-15, IL-17, and IL-23 [131].

A relatively new player in the cytokine field is the TNF-family member B cell activating factor (BAFF). BAFF activates the alternative NF-κB pathway and is involved in the formation of secondary lymphoid organs and in lymphocyte development, thereby providing a link between the innate and the adaptive immune response (Chapter 7). BAFF is essential for B cell development (and also for T cell activation and development) and has been shown to be overexpressed in patients with autoimmune disorders (rheumatoid arthritis, SLE, and Sjögren's syndrome) and B cell lymphomas [133,134]. Patients with these diseases may benefit from treatment with neutralizing anti-BAFF antibodies or recombinant BAFF-R. The alternative pathway is triggered by a variety of TNF-R-family members [29], some of which are T cell costimulating molecules (HVEM, CD30, CD27, 4-1BB, GITR, OX40) [135]. If overexpression of the ligands for these receptors contributes to B or T cell malignancies or autoimmune disease, this would mean that a whole array of new antibody or decoy receptor targets have become accessible. The advantage of treatments that target the alternative NF-κB pathway instead of the classical NF-κB pathway is that they will leave the innate immune system intact. Finally, as an alternative to using inhibitors of proinflammatory cytokines, one could consider the use of antiinflammatory mediators such as IL-4, IL-10, IL-11, IFN-β, or TGFβ [136].

## 10.5  TAILOR-MADE NF-κB INHIBITION IN THE POSTGENOMIC ERA

The biotechnological revolution of the last decade has provided us with new types of drugs that now start to show their potential in the clinic, and some of them are now hailed as being the new "superdrugs." The proteasome inhibitors are good examples, which may have potential in the treatment of chronic inflammatory diseases, autoimmune diseases, and cancer. A disadvantage of proteasome inhibitors is that inhibiting the proteasome does not specifically inhibit NF-κB, and therefore these drugs will modulate the cell's physiology extensively. The lessons learned from nature's strategies to inhibit NF-κB and the results of clinical studies with drugs that have now been shown to inhibit NF-κB have provided us with new insights in the NF-κB pathway and have given us the opportunity to rationally design modulators of NF-κB signaling that do not interfere with other pathways. Additionally, the application of new molecular-biological techniques has provided us with a surge of information about how signals are transduced within the NF-κB pathway and how NF-κB proteins interact with each other and with other proteins. These new insights have led to the development of molecule-specific inhibitors of the NF-κB pathway, some of which are already in preclinical development. Improvements in other fields will also contribute to the development of more efficient drugs, such as improved delivery and targeting strategies, activation of the drugs specifically at the location where it is needed, and the coupling of the drugs to small peptide sequences that will facilitate the transport of the drug over the cell membrane [137,138].

One of the most potent inhibitors of the classical NF-κB pathway are dominant negative versions of IκBα. One version of dominant negative IκBα (dn-IκBα) is a protein in which ser32 and ser36 phosphorylation sites have been replaced with alanines and multiple amino acids in the C-terminal domain have been replaced to IκBαM) described above the protein can be phosphorylated and will therefore not be ubiquitinated and degraded, thus sequestering NF-κB to the cytosol [139]. Another nondegradable IκBα variant (cannot be phosphorylated because the first 36 amino acids have been deleted) has been coupled to a membrane translocating sequence (MTS) derived from the signal peptide of Kaposi Fibroblast Growth Factor. This protein was able to inhibit NF-κB activation in vitro and inhibited NF-κB activation in vivo in response to skin wounding in mice and in lungs after endotoxin treatment in sheep [140]. It is quite obvious that dominant negative variants of other NF-κB proteins (e.g., kinase-dead IKKs) will also inhibit NF-κB signaling. Moreover, using dominant negative p100 or IKKα, it may be possible to selectively downregulate the alternative NF-κB pathway without affecting the classical NF-κB pathway. In diseases in which the alternative pathway is dysregulated and needs to be inhibited, this approach will prevent adverse side effects associated with inhibition of the classical pathway. At present, the clinical value of such molecules does not seem to be very high; however, small peptide variants of such molecules, pathway specific peptides, or kinase-specific inhibitors may be more interesting in that respect.

IFN-β has been presented as one of the cytokines that can be used as an alternative to NF-κB inhibitors because of its antiinflammatory capacity. A very

elegant approach has been to change this cytokine (or any other cytokine) into a latent form that will be activated at the site of inflammation. To achieve this, the latency associated protein (LAP) domain of TGF-β1 was fused to the IFN-β protein to prevent IFN-β from binding to its receptor. Between the LAP-domain and the IFN-β domain, a matrix-metalloprotease (MMP) cleavage site was introduced. Because MMPs are locally produced at sites where tissue damage or remodeling is taking place — for instance, at the site of inflammation or tumor expansion — IFN-β will be cleaved from the LAP domain and become active locally. LAP-MMP-IFN-β fusion-protein was shown to be cleaved by cerebrospinal or synovial fluid of patients with inflammatory diseases. Additionally, the latent protein was shown to be more efficient in a mouse model of arthritis than unmodified IFN-β [141].

As a converging point for multiple proinflammatory NF-κB stimuli [142], IKKβ is an ideal target for small-molecule kinase-inhibitors. Examples of IKKβ inhibitors under study are SPC-839, SC-514, PS-1145, and BMS-345541 (reviewed extensively in [143]). SPC839 (a quinazoline analogue) and SC-514 (an aminothiophenecarboxamide derivative) are reversible ATP-binding site-targeting ATP-competitors, with specificity for the ATP-binding site of IKKβ over that of IKKα and other kinases. To date, most IKK-inhibitors display a higher affinity for IKKβ than for IKKα. The realization that the alternative pathway may be hyperactivated in diseases in which lymphocytes go awry and the fact that this pathway depends on IKKα and not on IKKβ or NEMO, will undoubtedly spur the search for more specific IKKα inhibitors. Inhibitors of kinases upstream of the IKK complex (kinases that activate IKKα or IKKβ) could also be applied; however, great care will have to be taken regarding the side effects of these compounds when these kinases are not specific for the IKKs/NF-κB pathway. First, it has to be remarked that a third NF-κB pathway has been identified recently that is activated upon induction of DNA damage and is IKK-independent (Chapter 4) [144]. A variety of kinases have been found to play a role in this pathway [145-148]. Each of these kinases may represent a new target for small-molecule inhibitors specifically inhibiting one of the three NF-κB pathways.

Another recent advance is the design of small peptides that interfere with protein-protein interactions that are important for NF-κB signaling. A short hexapeptide sequence (Leu-Asp-Trp-Ser-Trp-Leu) analogous to the NEMO-binding domain (NBD) of IKKα and IKKβ disrupts the association of NEMO with both IKK-α and IKK-β and inhibits cytokine induced NF-κB activation and inflammatory responses [149,150]. The peptide has already proven its potential by sensitizing TRAIL resistant cell lines to TRAIL, and by inhibiting mononuclear cell invasion and normalizing p65 expression in spinal cords of mice with experimental allergic encephalomyelitis (EAE, a model for multiple sclerosis) [151,152]. Interestingly, similar short NBD-peptides have been altered by adding moieties that facilitate delivery into the cell, such as HIV-TAT sequences, the homeodomain of antennapedia protein (a Drosophila transcription factor) and a cationic peptide transduction domain (PTD). A TAT-NBD fusion peptide has been shown to inhibit LPS-induced NF-κB activation in polymorphonuclear neutrophils (PMNs) [153] and to block osteoclastogenesis, to inhibit bone erosion, and to ameliorate inflammation in the joints of mice with arthritis [154,175]. Application of NBD fused to the antennapedia homeodomain improves lung edema and lung volume and reduces inflammation in a an acute

Case 1:06-cv-00259-MPT    Document 616-3    Filed 05/02/2008    Page 34 of 83

airway distress syndrome model in piglets [155]. Finally, *in situ* delivery of PTD-5-NBD was shown to improve pancreatic islet function and viability prior to transplantation [156].

Other promising peptides that could be applied clinically are peptides blocking interactions at other levels in the pathway. For example, a peptide corresponding to amino acids 138–151 of mouse TIR domain-containing adaptor protein (TIRAP) has been coupled with the antennapedia protein to facilitate uptake. This TIRAP-fusion peptide blocked TIRAP's association with TLR4, resulting in inhibition of LPS-induced NF-κB activation in macrophages [157]. An alternative strategy to prevent IKK-activation has been described that is based on prevention of NEMO-oligomerization by delivery of peptides encompassing the minimal oligomerization domain of NEMO itself. These peptides were shown to inhibit NF-κB activation in pre-B lymphocytes [158]. Another elegant way of inhibiting NF-κB is by application of SN50, which is a fusion between a cell membrane-permeable motif (the hydrophobic domain of the signaling peptide) and a peptide corresponding to the nuclear localization sequence (NLS) of p50. Application of this peptide in T cells not only inhibits the nuclear translocation of NF-κB but also the translocation of AP-1, NFAT, and STAT1. The mechanism behind this inhibition is that SN50 interacts with and binds to an NLS-receptor complex present in the cytoplasm of these cells [159,160]. Takade and colleagues described the coupling of the antennapedia membrane-transport domain to a peptide encompassing a phosphorylation site of p65 whose phosphorylation is essential for NF-κB activity. This peptide was able to inhibit NF-κB signaling triggered by a range of stimuli [161].

The progress in DNA/RNA technology may provide new approaches to inhibit NF-κB activity, e.g., by application of antisense oligodeoxynucleotides (ODNs), ribozymes, decoy ODNs, and of course small interfering RNAs (siRNAs) [162,163]. Decoy ODNs are small DNA sequences carrying the consensus binding sequence for specific transcription factors, in this case the κB site to which NF-κB binds. In a mouse model for asthma (ova-induced airway allergy), κB-decoy oligos strongly inhibited NF-κB activity, lung inflammation, airway hyperresponsiveness, and production of mucus [164]. With the rapid advance in the small RNA field [163], its potential to modify NF-κB signaling is also beginning to be explored. Administration of siRNA directed against p65 (siP65) was shown to enhance sensitivity to chemotherapeutic agents, such as irinotecan, and modified NF-κB-mediated inflammation [165,166]. Various siRNAs against NF-κB mRNAs have already shown their inhibitory capacity *in vitro* [167,168]. Clearly, this will be an important therapeutic modality, but it will require safe and efficacious delivery methods.

## 10.6  OUTLOOK

At the dawn of twenty-first century, the advances in molecular biology and biochemistry have given investigators powerful new tools to study the molecular underpinnings of signaling pathways. The functions of IKKs (and several other kinases), so central in NF-κB signaling, can now be studied in whole organism models like *Drosophila* [169–171] and zebrafish [172,173], which will facilitate the application

**TABLE 10.1**
**An Overview of the NF-κB Inhibitors That Are Discussed in Chapter 10 (See Text for Details and Abbreviations Where Appropriate)**

| | | Endogenous Inhibitors | Bacterial & viral inhibitors | Natural & synthetic Inhibitors | Recombinant & small molecule Inhibitors |
|---|---|---|---|---|---|
| TNF-family (ligands) | | | Pox-viral decoy receptors | Thalidomide | Anti-TNF (Remicade®), soluble TNF-R (Etbra®), anti-BAFF, soluble BAFF-R |
| Binding to TNF-R-family (receptors) | | | Adenoviral E3-10.4K / E3-14.5K-complex | | IL-1Ra (Kineret®) |
| Recruitment of adaptor molecules & kinases | | CYLD, A20 | VV A46R & A52R | Antioxidants | A52R-peptide, Kinase Inhibitors, TIRAP-peptide |
| Activation of IKK complex | | CYLD, SUMO, I54-PGJ₂ | VV N1L, HPV E7, HCV core protein, Yersinia YopJ | NSAIDs, Thalidomide, Antioxidants | IKKα or β-inhibition, NBD-peptides, NEMO oligomerisation peptides |
| Phosphorylation of IκB-family-members | | SUMO | ASFV A238L, HIV1 Vpu, EBV LMP1, Salmonella AvrA | Proteasome Inhibitors, Antioxidants | Dn-IκBα |
| NF-κB translocation | | CIAS | | Glucocorticoids | SN50 |
| NF-κB-DNA interaction & transcription | | Arf1, P53, IκBα, FAII / Nlrb1, Marrt / COMMD1, PPARγ, I54-PGJ₂, TNIM, N-CoR, SIRT1 | HPV E6 | Glucocorticoids, Antioxidants | P50-phosphorylation domain peptide, decoy-ODNs |

of large-scale genetic screens to modulate NF-κB signaling. On the other hand, high-throughput, cell-based assays have been developed to screen large compound libraries, and the knowledge obtained has been applied to further develop lead compounds into drugs for various diseases. One area in which progress is expected in the next few years is the solving of the 3-dimensional structure of IKK complex. Nearly all the external signals leading to NF-κB stimulation are coordinated by the proteins present in this complex. Clearly, the kinases present and the associated proteins will make excellent drug targets. In the NF-κB field, the challenge will be to design drugs that specifically inhibit NF-κB signaling and, more specifically, each of the three NF-κB pathways (classical, alternative, and DNA-damage induced). At present, an impressive number of clinical trials are ongoing in which current drugs that inhibit NF-κB and new, rationally designed NF-κB inhibitors are being evaluated. Hope-

212      Handbook of Transcription Factors NF-kappaB

fully, this will lead to the identification of the new superdrug that will inhibit NF-κB without inducing severe side effects.

## ACKNOWLEDGMENTS

Sebo Withoff is supported by National Institutes of Health (NIH) grants to IMV and by a fellowship of the Catharina Foundation. Vinay Tergaonkar is supported by a career development fellowship from the Leukemia and Lymphoma Society. Inder M. Verma is an American Cancer Society Professor of Molecular Biology supported in part by grants from NIH, the Larry L. Hillblom Foundation, Inc., the Lebensfeld Foundation, the Wayne and Gladys Valley Foundation, the H.N. and Frances C. Berger Foundation, Merck Research Laboratories, and the March of Dimes.

## REFERENCES

[1] Shoelson, S.E., Lee, J., and Yuan, M., Inflammation and the IKKβ/IκB/NF-kappaB axis in obesity- and diet-induced insulin resistance, *Int. J. Obes. Relat. Metab. Disord.*, 27 Suppl 3, S49, 2003.

[2] Mattson, M.P. and Camandola, S., NF-kappaB in neuronal plasticity and neurodegenerative disorders, *J. Clin. Invest.*, 107, 247, 2001.

[3] Li, Q., Withoff, S., and Verma, I.M., Inflammation-associated cancer: NF-kappaB is the lynchpin, *Trends Immunol.*, 26, 318, 2005.

[4] Prigent, M., Barlat, I., Langen, H. et al., IκBα and IκBα/NF-kappaB complexes are retained in the cytoplasm through interaction with a novel partner, RasGAP SH3-binding protein 2, *J. Biol. Chem.*, 275, 36441, 2000.

[5] Rocha, S., Campbell, K.J., and Perkins, N.D., p53- and MDM2-independent repression of NF-kappaB transactivation by the ARF tumor suppressor, *Mol. Cell*, 12, 15, 2003.

[6] Rocha, S., Garrett, M.D., Campbell, K.J. et al., Regulation of NF-kappaB and p53 through activation of ATR and Chk1 by the ARF tumour suppressor, *Embo J.*, 24, 1157, 2005.

[7] Garkavtsev, I., Kozin, S.V., Chernova, O. et al., The candidate tumour suppressor protein ING4 regulates brain tumour growth and angiogenesis, *Nature*, 428, 328, 2004.

[8] Webster, G.A. and Perkins, N.D., Transcriptional cross talk between NF-kappaB and p53, *Mol. Cell. Biol.*, 19, 3485, 1999.

[9] Tergaonkar, V., Pando, M., Vafa, O. et al., p53 stabilization is decreased upon NF-kappaB activation: A role for NF-kappaB in acquisition of resistance to chemotherapy, *Cancer Cell*, 1, 493, 2002.

[10] Gill, G., SUMO and ubiquitin in the nucleus: Different functions, similar mechanisms? *Genes Dev.*, 18, 2046, 2004.

[11] Bouras, T., Fu, M., Sauve, A.A. et al., SIRT1 deacetylation and repression of p300 involves lysine residues 1020/1024 within the cell cycle regulatory domain 1, *J. Biol. Chem.*, 280, 10264, 2005.

[12] O'Connor, W., Jr., Harton, J.A., Zhu, X. et al., Cutting edge: CIAS1/cryopyrin/PYPAF1/NALP3/CATERPILLER 1.1 is an inducible inflammatory mediator with NF-kappaB suppressive properties, *J. Immunol.*, 171, 6329, 2003.

Regulating the Master Regulator NF-κB      213

[13] Dinarello, C.A., Unraveling the NALP-3/IL-1beta inflammasome: A big lesson from a small mutation, *Immunity*, 20, 243, 2004.

[14] van De, S.B., Rothuizen, J., Pearson, P.L. et al., Identification of a new copper metabolism gene by positional cloning in a purebred dog population, *Hum. Mol. Genet.*, 11, 165, 2002.

[15] Tao, T.Y., Liu, F., Klomp, L. et al., The copper toxicosis gene product Murr1 directly interacts with the Wilson disease protein, *J. Biol. Chem.*, 278, 41593, 2003.

[16] Burstein, E., Hoberg, J.E., Wilkinson, A.S. et al., COMMD proteins, a novel family of structural and functional homologs of Murr1, *J. Biol. Chem.*, 280, 22222, 2005.

[17] Scher, J.U., Pillinger, M.H., 15d-PGJ2: The anti-inflammatory prostaglandin? *Clin. Immunol.*, 114, 100, 2005.

[18] Ricote, M., Li, A.C., Willson, T.M. et al., The peroxisome proliferator-activated receptor-gamma is a negative regulator of macrophage activation, *Nature*, 391, 79, 1998.

[19] Chen, F., Endogenous inhibitors of nuclear factor-kappaB, an opportunity for cancer control, *Cancer Res.*, 64, 8135, 2004.

[20] Dreyfus, D.H., Nagasawa, M., Gelfand, E.W. et al., Modulation of p53 activity by IkappaBα: Evidence suggesting a common phylogeny between NF-kappa B and p53 transcription factors, *BMC Immunol.*, 6, 12, 2005.

[21] Rossi, A., Kapahi, P., Natoli, G. et al., Anti-inflammatory cyclopentenone prostaglandins are direct inhibitors of IκB kinase, *Nature*, 403, 103, 2000.

[22] Straus, D.S., Pascual, G., Li, M. et al., 15-deoxy-delta 12,14-prostaglandin J2 inhibits multiple steps in the NF-kappaB signaling pathway, *Proc. Natl. Acad. Sci. USA*, 97, 4844, 2000.

[23] Giri, S., Rattan, R., Singh, A.K. et al., The 15-deoxy-delta12,14-prostaglandin 12 inhibits the inflammatory response in primary rat astrocytes via down-regulating multiple steps in phosphatidylinositol 3-kinase-Akt-NF-kappaB-p300 pathway independent of peroxisome proliferator-activated receptor gamma, *J. Immunol.*, 173, 5196, 2004.

[24] Yang, J.P., Hori, M., Sanda, T. et al., Identification of a novel inhibitor of nuclear factor-kappaB, RelA-associated inhibitor, *J. Biol. Chem.*, 274, 15662, 1999.

[25] Herron, B.J., Rao, C., Liu, S. et al., A mutation in NFκB interacting protein 1 results in cardiomyopathy and abnormal skin development in wa3 mice, *Hum. Mol. Genet.*, 14, 667, 2005.

[26] Panus, J.F., Smith, C.A., Ray, C.A. et al., Cowpox virus encodes a fifth member of the tumor necrosis factor receptor family: A soluble, secreted CD30 homologue, *Proc. Natl. Acad. Sci. USA*, 99, 8348, 2002.

[27] Saraiva, M., Smith, P., Fallon, P.G. et al., Inhibition of type 1 cytokine-mediated inflammation by a soluble CD30 homologue encoded by ectromelia (mousepox) virus, *J. Exp. Med.*, 196, 829, 2002.

[28] Benedict, C.A., Banks, T.A., and Ware, C.F., Death and survival: Viral regulation of TNF signaling pathways, *Curr. Opin. Immunol.*, 15, 59, 2003.

[29] Hauer, J., Puschner, S., Ramakrishnan, P. et al., TNF receptor (TNFR)-associated factor (TRAF) 3 serves as an inhibitor of TRAF2/5-mediated activation of the non-canonical NF-kappaB pathway by TRAF-binding TNFRs, *Proc. Natl. Acad. Sci. USA*, 102, 2874, 2005.

[30] Alcami, A., Symons, J.A., and Smith, G.L., The vaccinia virus soluble alphabeta interferon (IFN) receptor binds to the cell surface and protects cells from the antiviral effects of IFN, *J. Virol.*, 74, 11230, 2000.

[31] Moss, B., *Poxviridae: The Viruses and Their Replication*. Philadelphia: Lippincott Williams and Wilkins, 2001.

[32] Reading, P.C., Khanna, A., and Smith, G.L., Vaccinia virus CrmE encodes a soluble and cell surface tumor necrosis factor receptor that contributes to virus virulence, *Virology*, 292, 285, 2002.

[33] Gracie, J.A., Robertson, S.E., and McInnes, I.B., Interleukin-18, *J. Leukoc. Biol.*, 73, 213, 2003.

[34] Horwitz, M.S., Function of adenovirus E3 proteins and their interactions with immunoregulatory cell proteins, *J. Gene Med.*, 6 Suppl 1, S172, 2004.

[35] Fessler, S.P., Chin, Y.R., and Horwitz, M.S., Inhibition of tumor necrosis factor (TNF) signal transduction by the adenovirus group C RID complex involves downregulation of surface levels of TNF receptor 1, *J. Virol.*, 78, 13113, 2004.

[36] Bowie, A., Kiss-Toth, E., Symons, J.A., et al., A46R and A52R from vaccinia virus are antagonists of host IL-1 and toll-like receptor signaling, *Proc. Natl. Acad. Sci. USA*, 97, 10162, 2000.

[37] Harte, M.T., Haga, I.R., Maloney, G., et al., The poxvirus protein A52R targets Toll-like receptor signaling complexes to suppress host defense, *J. Exp. Med.*, 197, 343, 2003.

[38] DiPerna, G., Stack, J., Bowie, A.G., et al., Poxvirus protein N1L targets the I-kappaB kinase complex, inhibits signaling to NF-kappaB by the tumor necrosis factor superfamily of receptors, and inhibits NF-kappaB and IRF3 signaling by toll-like receptors, *J. Biol. Chem.*, 279, 36570, 2004.

[39] McCoy, S.L., Kurtz, S.E., Macarthur, C.J. et al., Identification of a peptide derived from vaccinia virus A52R protein that inhibits cytokine secretion in response to TLR-dependent signaling and reduces *in vivo* bacterial-induced inflammation, *J. Immunol.*, 174, 3006, 2005.

[40] Kotwal, G.J., Hugin, A.W., and Moss, B., Mapping and insertional mutagenesis of a vaccinia virus gene encoding a 13,800-Da secreted protein, *Virology*, 171, 579, 1989.

[41] Spitkovsky, D., Hehner, S.P., Hofmann, T.G. et al., The human papillomavirus oncoprotein E7 attenuates NF-kappaB activation by targeting the IkappaB kinase complex, *J. Biol. Chem.*, 277, 25576, 2002.

[42] Joo, M., Hahn, Y.S., Kwon, M., et al., Hepatitis C virus core protein suppresses NF-kappaB activation and cyclooxygenase-2 expression by direct interaction with IkappaB kinase beta, *J. Virol.*, 79, 7648, 2005.

[43] Fennewald, S.M., Aronson, J.F., Zhang, L., et al., Alterations in NF-kappaB and RBP-Jkappa by arenavirus infection of macrophages *in vitro* and *in vivo*, *J. Virol.*, 76, 1154, 2002.

[44] Tait, S.W., Reid, E.B., Greaves, D.R. et al., Mechanism of inactivation of NF-kappaB by a viral homologue of IkappaBalpha. Signal-induced release of IkappaBalpha results in binding of the viral homologue to NF-kappaB, *J. Biol. Chem.*, 275, 34656, 2000.

[45] Besnard-Guerin, C., Belaidouni, N., Lassot, I. et al., HIV-1 Vpu sequesters beta-transducin repeat-containing protein (betaTrCP) in the cytoplasm and provokes the accumulation of beta-catenin and other SCFbetaTrCP substrates, *J. Biol. Chem.*, 279, 788, 2004.

[46] Tang, W., Pavlish, O.A., Spiegelman, V.S. et al., Interaction of Epstein-Barr virus latent membrane protein 1 with SCFHOS/beta-TrCP E3 ubiquitin ligase regulates extent of NF-kappaB activation, *J. Biol. Chem.*, 278, 48942, 2003.

[47] Collier-Hyams, L.S., Zeng, H., Sun, J. et al., Cutting edge: Salmonella AvrA effector inhibits the key proinflammatory, anti-apoptotic NF-kappaB pathway, *J. Immunol.*, 169, 2846, 2002.

[48] Prager, R., Mirold, S., Tietze, E. et al., Prevalence and polymorphism of genes encoding translocated effector proteins among clinical isolates of *Salmonella enterica*, *Int. J. Med. Microbiol.*, 290, 605, 2000.

[49] Patel, D., Huang, S.M., Baglia, L.A. et al., The E6 protein of human papillomavirus type 16 binds to and inhibits co-activation by CBP and p300, *Embo J.*, 18, 5061, 1999.

[50] Adams, J., The proteasome: A suitable antineoplastic target, *Nat. Rev. Cancer*, 4, 349, 2004.

[51] Adams, J., The development of proteasome inhibitors as anticancer drugs, *Cancer Cell*, 5, 417, 2004.

[52] Adams, J. and Kauffman, M., Development of the proteasome inhibitor Velcade (Bortezomib), *Cancer Invest.*, 22, 304, 2004.

[53] Burger, A.M. and Seth, A.K., The ubiquitin-mediated protein degradation pathway in cancer: Therapeutic implications, *Eur. J. Cancer*, 40, 2217, 2004.

[54] Richardson, P.G., Barlogie, B., Berenson, J. et al., A phase 2 study of bortezomib in relapsed, refractory myeloma, *N. Engl. J. Med.*, 348, 2609, 2003.

[55] Hideshima, T, Mitsiades, C., Akiyama, M. et al., Molecular mechanisms mediating antimyeloma activity of proteasome inhibitor PS-341, *Blood*, 101, 1530, 2003.

[56] Rajkumar, S.V., Richardson, P.G., Hideshima, T. et al., Proteasome inhibition as a novel therapeutic target in human cancer, *J. Clin. Oncol.*, 23, 630, 2005.

[57] Hideshima, T., Chauhan, D., Richardson, P. et al., NF-kappaB as a therapeutic target in multiple myeloma, *J. Biol. Chem.*, 277, 16639, 2002.

[58] Mitsiades, C.S., Mitsiades, N., Poulaki, V. et al., Activation of NF-kappaB and upregulation of intracellular anti-apoptotic proteins via the IGF-1/Akt signaling in human multiple myeloma cells: Therapeutic implications, *Oncogene*, 21, 5673, 2002.

[59] Mitsiades, N., Mitsiades, C.S., Poulaki, V. et al., Molecular sequelae of proteasome inhibition in human multiple myeloma cells, *Proc. Natl. Acad. Sci. USA*, 99, 14374, 2002.

[60] Irmler, M., Thome, M., Hahne, M. et al., Inhibition of death receptor signals by cellular FLIP, *Nature*, 388, 190, 1997.

[61] DuBois, R.N., Abramson, S.B., Crofford, L. et al., Cyclooxygenase in biology and disease, *FASEB J.*, 12, 1063, 1998.

[62] Vane, J.R., Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs, *Nat. New Biol.*, 231, 232, 1971.

[63] Gupta, R.A. and DuBois, R.N., Colorectal cancer prevention and treatment by inhibition of cyclooxygenase-2, *Nat. Rev. Cancer*, 1, 11, 2001.

[64] Williams, C.S., Watson, A.J., Sheng, H. et al., Celecoxib prevents tumor growth in vivo without toxicity to normal gut: Lack of correlation between in vitro and in vivo models, *Cancer Res.*, 60, 6045, 2000.

[65] Yin, M.J., Yamamoto, Y. and Gaynor, R.B., The anti-inflammatory agents aspirin and salicylate inhibit the activity of IkappaB kinase-beta, *Nature*, 396, 77, 1998.

[66] Yamamoto, Y., Yin, M.J., Lin, K.M. et al., Sulindac inhibits activation of the NF-kappaB pathway, *J. Biol. Chem.*, 274, 27307, 1999.

[67] D'Acquisto, F., May, M.J., and Ghosh, S., Inhibition of nuclear factor kappaB (NF-κB): An emerging theme in anti-inflammatory therapies, *Mol. Interv.*, 2, 22, 2002.

[68] Takada, Y., Bhardwaj, A., Potdar, P. et al., Nonsteroidal anti-inflammatory agents differ in their ability to suppress NF-kappaB activation, inhibition of expression of cyclooxygenase-2 and cyclin D1, and abrogation of tumor cell proliferation, *Oncogene*, 23, 9247, 2004.

[69] Shishodia, S., Koul, D., and Aggarwal, B.B., Cyclooxygenase (COX)-2 inhibitor celecoxib abrogates TNF-induced NF-kappaB activation through inhibition of activation of IkappaBalpha Kinase and Akt in human non-small cell lung carcinoma: Correlation with suppression of COX-2 synthesis, *J. Immunol.*, 173, 2011, 2004.

[70] Smalley, W.E. and DuBois, R.N., Colorectal cancer and nonsteroidal anti-inflammatory drugs, *Adv. Pharmacol.*, 39, 1, 1997.

[71] Thun, M.J., Henley, S.J., and Patrono, C., Nonsteroidal anti-inflammatory drugs as anticancer agents: Mechanistic, pharmacologic, and clinical issues, *J. Natl. Cancer Inst.*, 94, 252, 2002.

[72] Harris, R.E., Chlebowski, R.T., Jackson, R.D, et al., Breast cancer and nonsteroidal anti-inflammatory drugs: Prospective results from the Women's Health Initiative, *Cancer Res.*, 63, 6096, 2003.

[73] Steinbach, G., Lynch, P.M., Phillips, R.K. et al., The effect of celecoxib, a cyclooxygenase-2 inhibitor, in familial adenomatous polyposis, *N. Engl. J. Med.*, 342, 1946, 2000.

[74] Kismet, K., Akay, M.T., Abhasoglu, O. et al., Celecoxib: A potent cyclooxygenase-2 inhibitor in cancer prevention, *Cancer Detect. Prev.*, 28, 127, 2004.

[75] Tegeder, I., Niederberger, E., Israr, E. et al., Inhibition of NF-kappaB and AP-1 activation by R- and S-flurbiprofen, *FASEB J.*, 15, 2, 2001.

[76] Brune, K., Beck, W.S., Geisslinger, G. et al., Aspirin-like drugs may block pain independently of prostaglandin synthesis inhibition, *Experientia*, 47, 257, 1991.

[77] Almawi, W.Y. and Melemedjian, O.K., Molecular mechanisms of glucocorticoid antiproliferative effects: Antagonism of transcription factor activity by glucocorticoid receptor, *J. Leukoc. Biol.*, 71, 9, 2002.

[78] Smoak, K.A. and Cidlowski, J.A., Mechanisms of glucocorticoid receptor signaling during inflammation, *Mech. Ageing Dev.*, 125, 697, 2004.

[79] Scheinman, R.I., Cogswell, P.C., Lofquist, A.K. et al., Role of transcriptional activation of IkappaBalpha in mediation of immunosuppression by glucocorticoids, *Science*, 270, 283, 1995.

[80] Auphan, N., DiDonato, J.A., Rosette, C. et al., Immunosuppression by glucocorticoids: Inhibition of NF-kappaB activity through induction of IkappaB synthesis, *Science*, 270, 286, 1995.

[81] Aljada, A., Ghanim, H., Assian, E. et al., Increased IkappaB expression and diminished nuclear NF-kappaB in human mononuclear cells following hydrocortisone injection, *J. Clin. Endocrinol. Metab.*, 84, 3386, 1999.

[82] De Bosscher, K., Vanden Berghe, W., and Haegeman, G., The interplay between the glucocorticoid receptor and nuclear factor-kappaB or activator protein-1: Molecular mechanisms for gene repression, *Endocr. Rev.*, 24, 488, 2003.

[83] Kleinert, H., Euchenhofer, C., Ihrig-Biedert, I. et al., Glucocorticoids inhibit the induction of nitric oxide synthase II by down-regulating cytokine-induced activity of transcription factor nuclear factor-kappaB, *Mol. Pharmacol.*, 49, 15, 1996.

[84] De Bosscher, K., Schmitz, M.L., Vanden Berghe, W. et al., Glucocorticoid-mediated repression of nuclear factor-kappaB-dependent transcription involves direct interference with transactivation, *Proc. Natl. Acad. Sci. USA*, 94, 13504, 1997.

[85] Adcock, I.M., Brown, C.R., Gelder, C.M. et al., Effects of glucocorticoids on transcription factor activation in human peripheral blood mononuclear cells, *Am. J. Physiol.*, 268, C331, 1995.

[86] De Bosscher, K., Vanden Berghe, W., Vermeulen, L. et al., Glucocorticoids repress NF-kappaB-driven genes by disturbing the interaction of p65 with the basal transcription machinery, irrespective of coactivator levels in the cell, *Proc. Natl. Acad. Sci. USA*, 97, 3919, 2000.

[87] Nissen, R.M. and Yamamoto, K.R., The glucocorticoid receptor inhibits NFkappaB by interfering with serine-2 phosphorylation of the RNA polymerase II carboxy-terminal domain, *Genes Dev.*, 14, 2314, 2000.

[88] Sheppard, K.A., Phelps, K.M., Williams, A.J. et al., Nuclear integration of glucocorticoid receptor and nuclear factor-kappaB signaling by CREB-binding protein and steroid receptor coactivator-1, *J. Biol. Chem.*, 273, 29291, 1998.

[89] McKay, L.I. and Cidlowski, J.A., CBP (CREB binding protein) integrates NF-kappaB (nuclear factor-kappaB) and glucocorticoid receptor physical interactions and antagonism, *Mol. Endocrinol.*, 14, 1222, 2000.

[90] Li, I., Lin, Q., Yoon, H.G. et al., Involvement of histone methylation and phosphorylation in regulation of transcription by thyroid hormone receptor, *Mol. Cell. Biol.*, 22, 5688, 2002.

[91] Peterson, C.L. and Laniel, M.A., Histones and histone modifications, *Curr. Biol.*, 14, R546, 2004.

[92] Ayroldi, E., Migliorati, G., Bruscoli, S. et al., Modulation of T-cell activation by the glucocorticoid-induced leucine zipper factor via inhibition of nuclear factor-kappaB, *Blood*, 98, 743, 2001.

[93] Franks, M.E., Macpherson, G.R., and Figg, W.D., Thalidomide, *Lancet*, 363, 1802, 2004.

[94] Sleijfer, S., Kruit, W.H., and Stoter, G., Thalidomide in solid tumours: The resurrection of an old drug, *Eur. J. Cancer*, 40, 2377, 2004.

[95] Yoshida, S., Ono, M., Shono, T. et al., Involvement of interleukin-8, vascular endothelial growth factor, and basic fibroblast growth factor in tumor necrosis factor alpha-dependent angiogenesis, *Mol. Cell. Biol.*, 17, 4015, 1997.

[96] Stephens, T.D., Bunde, C.J., and Fillmore, B.J., Mechanism of action in thalidomide teratogenesis, *Biochem. Pharmacol.*, 59, 1489, 2000.

[97] Moreira, A.L., Sampaio, E.P., Zmuidzinas, A. et al., Thalidomide exerts its inhibitory action on tumor necrosis factor alpha by enhancing mRNA degradation, *J. Exp. Med.*, 177, 1675, 1993.

[98] Marriott, J.B., Clarke, I.A., Dredge, K. et al., Thalidomide and its analogues have distinct and opposing effects on TNF-alpha and TNFR2 during co-stimulation of both CD4(+) and CD8(+) T cells, *Clin. Exp. Immunol.*, 130, 75, 2002.

[99] Keifer, J.A., Guttridge, D.C., Ashburner, B.P. et al., Inhibition of NF-kappa B activity by thalidomide through suppression of IkappaB kinase activity, *J. Biol. Chem.*, 276, 22382, 2001.

[100] Epinat, J.C. and Gilmore, T.D., Diverse agents act at multiple levels to inhibit the Rel/NF-kappaB signal transduction pathway, *Oncogene*, 18, 6896, 1999.

[101] Bowie, A. and O'Neill, L.A., Oxidative stress and nuclear factor-kappaB activation: A reassessment of the evidence in the light of recent discoveries, *Biochem. Pharmacol.*, 59, 13, 2000.

[102] Rahman, I., Marwick, J., and Kirkham, P., Redox modulation of chromatin remodeling: Impact on histone acetylation and deacetylation, NF-kappaB and pro-inflammatory gene expression, *Biochem. Pharmacol.*, 68, 1255, 2004.

[103] Hensley, K., Robinson, K.A., Gabbita, S.P. et al., Reactive oxygen species, cell signaling, and cell injury, *Free Radic. Biol. Med.*, 28, 1456, 2000.

218

Handbook of Transcription Factors NF-kappaB

[104] Hussain, S.P., Hofseth, L.J., and Harris, C.C., Radical causes of cancer, *Nat. Rev. Cancer*, 3, 276, 2003.

[105] Bowie, A.G., Moynagh, P.N., and O'Neill, L.A., Lipid peroxidation is involved in the activation of NF-kappaB by tumor necrosis factor but not interleukin-1 in the human endothelial cell line ECV304, Lack of involvement of H2O2 in NF-kappaB activation by either cytokine in both primary and transformed endothelial cells, *J. Biol. Chem.*, 272, 25941, 1997.

[106] Ginn-Pease, M.E. and Whisler, R.L., Optimal NF kappa B mediated transcriptional responses in Jurkat T cells exposed to oxidative stress are dependent on intracellular glutathione and costimulatory signals, *Biochem. Biophys. Res. Commun*, 226, 695, 1996.

[107] Cho, S., Urata, Y., Iida, T. et al., Glutathione downregulates the phosphorylation of I kappa B: Autoloop regulation of the NF-kappaB-mediated expression of NF-kappaB subunits by TNF-alpha in mouse vascular endothelial cells, *Biochem. Biophys. Res. Commun*, 23, 104, 1998.

[108] Janssen-Heininger, Y.M., Macara, I., and Mossman, B.T., Cooperativity between oxidants and tumor necrosis factor in the activation of nuclear factor (NF)-kappaB: Requirement of Ras/mitogen-activated protein kinases in the activation of NF-kappaB by oxidants, *Am. J. Respir. Cell Mol. Biol.*, 20, 942, 1999.

[109] Kamata, H., Manabe, T., Oka, S. et al., Hydrogen peroxide activates IkappaB kinases through phosphorylation of serine residues in the activation loops, *FEBS Lett.*, 519, 231, 2002.

[110] Nakamura, Y., Murakami, A., Ohto, Y. et al., Suppression of tumor promoter-induced oxidative stress and inflammatory responses in mouse skin by a superoxide generation inhibitor 1'-acetoxychavicol acetate, *Cancer Res.*, 58, 4832, 1998.

[111] Ichikawa, H., Takada, Y., Murakami, A. et al., Identification of a novel blocker of I[kappa]B[alpha] kinase that enhances cellular apoptosis and inhibits cellular invasion through suppression of NF-[kappa]B-regulated gene products, *J. Immunol*, 174, 7383, 2005.

[112] Surh, Y.J., Cancer chemoprevention with dietary phytochemicals, *Nat. Rev. Cancer*, 3, 768, 2003.

[113] Plummer, S.M., Holloway, K.A., Manson, M.M. et al., Inhibition of cyclo-oxygenase 2 expression in colon cells by the chemopreventive agent curcumin involves inhibition of NF-kappaB activation via the NIK/IKK signalling complex, *Oncogene*, 18, 6013, 1999.

[114] Chun, K.S., Keum, Y.S., Han, S.S. et al., Curcumin inhibits phorbol ester-induced expression of cyclooxygenase-2 in mouse skin through suppression of extracellular signal-regulated kinase activity and NF-kappaB activation, *Carcinogenesis*, 24, 1515, 2003.

[115] Philip, S. and Kundu, G.C., Osteopontin induces nuclear factor-kappaB-mediated promatrix metalloproteinase-2 activation through I kappa B alpha/IKK signaling pathways, and curcumin (diferulolylmethane) down-regulates these pathways, *J. Biol. Chem.*, 278, 14487, 2003.

[116] Kundu, J.K. and Surh, Y.J., Molecular basis of chemoprevention by resveratrol: NF-kappaB and AP-1 as potential targets, *Mutat. Res.*, 555, 65, 2004.

[117] Wessler, S., Muenzner, P., Meyer, T.F. et al., The anti-inflammatory compound curcumin inhibits Neisseria gonorrhoeae-induced NF-kappaB signaling, release of proinflammatory cytokines/chemokines and attenuates adhesion in late infection, *Biol. Chem.*, 386, 481, 2005.

Regulating the Master Regulator NF-κB

219

[118] Carcamo, J.M., Pedraza, A., Borquez-Ojeda, O. et al., Vitamin C is a kinase inhibitor. Dehydroascorbic acid inhibits IkappaBalpha kinase beta, *Mol. Cell. Biol.*, 24, 6645, 2004.

[119] Smyth, M.J., Cretney, E., Kershaw, M.H. et al., Cytokines in cancer immunity and immunotherapy, *Immunol, Rev.*, 202, 275, 2004.

[120] Dajee, M., Lazarov, M., Zhang, J.Y. et al., NF-kappaB blockade and oncogenic Ras trigger invasive human epidermal neoplasia, *Nature*, 421, 639, 2003.

[121] Lawrence, T., Gilroy, D.W., Colville-Nash, P.R. et al., Possible new role for NF-kappaB in the resolution of inflammation, *Nat. Med.*, 7, 1291, 2001.

[122] Scheinfeld, N., A comprehensive review and evaluation of the side effects of the tumor necrosis factor alpha blockers etanercept, infliximab and adalimumab, *J. Dermatolog. Treat.*, 15, 280, 2004.

[123] Ravi, R. and Bedi, A., NF-kappaB in cancer — A friend turned foe, *Drug Resist. Updat.*, 7, 53, 2004.

[124] Lin, E.Y., Nguyen, A.V., Russell, R.G. et al., Colony-stimulating factor 1 promotes progression of mammary tumors to malignancy, *J. Exp. Med.*, 193, 727, 2001.

[125] Moore, R.J., Owens, D.M., Stamp, G. et al., Mice deficient in tumor necrosis factor-alpha are resistant to skin carcinogenesis, *Nat. Med.*, 5, 828, 1999.

[126] Mochizuki, Y., Nakanishi, H., Kodera, Y. et al., TNF-alpha promotes progression of peritoneal metastasis as demonstrated using a green fluorescence protein (GFP)-tagged human gastric cancer cell line, *Clin. Exp. Metastasis*, 21, 39, 2004.

[127] El Omar, E.M., Carrington, M., Chow, W.H. et al., Interleukin-1 polymorphisms associated with increased risk of gastric cancer, *Nature*, 404, 398, 2000.

[128] Sparmann, A. and Bar-Sagi, D., Ras-induced interleukin-8 expression plays a critical role in tumor growth and angiogenesis, *Cancer Cell*, 6, 447, 2004.

[129] Anderson, G.M., Nakada, M.T., and DeWitte, M., Tumor necrosis factor-alpha in the pathogenesis and treatment of cancer, *Curr. Opin. Pharmacol*, 4, 314, 2004.

[130] Jiang, Y., Genant, H.K., Watt, I. et al., A multicenter, double-blind, dose-ranging, randomized, placebo-controlled study of recombinant human interleukin-1 receptor antagonist in patients with rheumatoid arthritis: Radiologic progression and correlation of Genant and Larsen scores, *Arthritis Rheum.*, 43, 1001, 2000.

[131] Vilcek, J. and Feldmann, M., Historical review: Cytokines as therapeutics and targets of therapeutics, *Trends Pharmacol. Sci.*, 25, 201, 2004.

[132] Furst, D.E., Anakinra: Review of recombinant human interleukin-1-receptor antagonist in the treatment of rheumatoid arthritis, *Clin. Ther.*, 26, 1960, 2004.

[133] Stohl, W., B lymphocyte stimulator protein levels in systemic lupus erythematosus and other diseases, *Curr. Rheumatol. Rep.*, 4, 345, 2002.

[134] Mackay, F. and Tangye, S.G., The role of the BAFF/APRIL system in B cell homeostasis and lymphoid cancers, *Curr. Opin. Pharmacol*, 4, 347, 2004.

[135] Watts, T.H., TNF/TNFR family members in costimulation of T cell responses, *Annu. Rev. Immunol*, 23, 23, 2005.

[136] Andreakos, E.T., Foxwell, B.M., Brennan, F.M. et al., Cytokines and anti-cytokine biologicals in autoimmunity: Present and future, *Cytokine Growth Factor Rev.*, 13, 299, 2002.

[137] Tuner, I.H., Muller-Ladner, U., and Fachman, C.G., Targeted gene therapy: Frontiers in the development of "smart drugs," *Trends Biotechnol.*, 22, 304, 2004.

[138] Dietz, G.P. and Bahr, M., Delivery of bioactive molecules into the cell: The Trojan horse approach, *Mol. Cell. Neurosci.*, 27, 85, 2004.

[139] Van Antwerp, D.J., Martin, S.J., Kafri, T. et al., Suppression of TNF-alpha-induced apoptosis by NF-kappaB, *Science*, 274, 787, 1996.

[140] Mora, A.L., Lavoy, J., McKean, M. et al., Prevention of NF-(kappa)B activation *in vivo* by a cell permeable NF-(kappa)B inhibitor peptide, *Am. J. Physiol. Lung Cell Mol. Physiol.*, 289, L536–544, 2003.

[141] Adams, G., Vessilier, S., Dreja, H. et al., Targeting cytokines to inflammation sites, *Nat. Biotechnol.*, 21, 1314, 2003.

[142] Li, Q. and Verma, I.M., NF-kappaB regulation in the immune system, *Nat. Rev. Immunol.*, 2, 725, 2002.

[143] Karin, M., Yamamoto, Y., and Wang, Q.M., The IKK NF-kappaB system: A treasure trove for drug development, *Nat. Rev. Drug Discov.*, 3, 17, 2004.

[144] Tergaonkar, V., Bottero, V., Ikawa, M. et al., IkappaB kinase-independent IkappaBalpha degradation pathway: Functional NF-kappaB activity and implications for cancer therapy, *Mol. Cell. Biol.*, 23, 8070, 2003.

[145] Ryan, K.M., Ernst, M.K., Rice, N.R. et al., Role of NF-kappaB in p53-mediated programmed cell death, *Nature*, 404, 892, 2000.

[146] Kato, T., Jr., Delhase, M., Hoffmann, A. et al., CK2 is a C-terminal IkappaB kinase responsible for NF-kappaB activation during the UV response, *Mol. Cell*, 12, 829, 2003.

[147] Panta, G.R., Kaur, S., Cavin, L.G. et al., ATM and the catalytic subunit of DNA-dependent protein kinase activate NF-kappaB through a common MEK/extracellular signal-regulated kinase/p90(rsk) signaling pathway in response to distinct forms of DNA damage, *Mol. Cell. Biol.*, 24, 1823, 2004.

[148] Bohuslav, J., Chen, L.F., Kwon, H. et al., p53 induces NF-kappaB activation by an IkappaB kinase-independent mechanism involving phosphorylation of p65 by ribosomal S6 kinase 1, *J. Biol. Chem.*, 279, 26115, 2004.

[149] May, M.J., Marienfeld, R.B., and Ghosh, S., Characterization of the IkappaB-kinase NEMO binding domain, *J. Biol. Chem.*, 277, 45992, 2002.

[150] May, M.J., D'Acquisto, F., Madge, L.A. et al., Selective inhibition of NF-kappaB activation by a peptide that blocks the interaction of NEMO with the IkappaB kinase complex, *Science*, 289, 1550, 2000.

[151] Thomas, R.P., Farrow, B.J., Kim, S. et al., Selective targeting of the nuclear factor-kappaB pathway enhances tumor necrosis factor-related apoptosis-inducing ligand-mediated pancreatic cancer cell death, *Surgery*, 132, 127, 2002.

[152] Dasgupta, S., Jana, M., Zhou, Y. et al., Antineuroinflammatory effect of NF-kappaB essential modifier-binding domain peptides in the adoptive transfer model of experimental allergic encephalomyelitis, *J. Immunol.*, 173, 1344, 2004.

[153] Choi, M., Rolle, S., Wellner, M. et al., Inhibition of NF-kappaB by a TAT-NEMO-binding domain peptide accelerates constitutive apoptosis and abrogates LPS-delayed neutrophil apoptosis, *Blood*, 102, 2259, 2003.

[154] Dai, S., Hirayama, T., Abbas, S. et al., The IkappaB kinase (IKK) inhibitor, NEMO-binding domain peptide, blocks osteoclastogenesis and bone erosion in inflammatory arthritis, *J. Biol. Chem.*, 279, 37219, 2004.

[155] Ankermann, T., Reisner, A., Wiemann, T. et al., Topical inhibition of nuclear factor-kappaB enhances reduction in lung edema by surfactant in a piglet model of airway lavage, *Crit. Care Med.*, 33, 1384, 2005.

[156] Rehman, K.K., Bertera, S., Bottino, R. et al., Protection of islets by *in situ* peptide-mediated transduction of the IkappaB kinase inhibitor NEMO-binding domain peptide, *J. Biol. Chem.*, 278, 9862, 2003.

[157] Hornig, T., Barton, G.M., and Medzhitov, R., TIRAP: An adapter molecule in the Toll signaling pathway, *Nat. Immunol.*, 2, 835, 2001.

[158] Agou, F., Courtois, G., Chiaravalli, J. et al., Inhibition of NF-kappaB activation by peptides targeting NF-kappaB essential modulator (nemo) oligomerization, *J. Biol. Chem.*, 279, 54248, 2004.

[159] Lin, Y.Z., Yao, S.Y., Veach, R.A. et al., Inhibition of nuclear translocation of transcription factor NF-kappaB by a synthetic peptide containing a cell membrane-permeable motif and nuclear localization sequence, *J. Biol. Chem.*, 270, 14255, 1995.

[160] Torgerson, T.R., Colosia, A.D., Donahue, J.P. et al., Regulation of NF-kappaB, AP-1, NFAT, and STAT1 nuclear import in T lymphocytes by noninvasive delivery of peptide carrying the nuclear localization sequence of NF-kappaB p50, *J. Immunol.*, 161, 6084, 1998.

[161] Takada, Y., Singh, S., and Aggarwal, B.B., Identification of a p65 peptide that selectively inhibits NF-kappaB activation induced by various inflammatory stimuli and its role in down-regulation of NF-kappaB-mediated gene expression and up-regulation of apoptosis, *J. Biol. Chem.*, 279, 15096, 2004.

[162] Morishita, R., Tomita, N., Kaneda, Y. et al., Molecular therapy to inhibit NF-kappaB activation by transcription factor decoy oligonucleotides, *Curr. Opin. Pharmacol.*, 4, 139, 2004.

[163] Karagiannis, T. and El Osta, A., RNA interference and potential therapeutic implications of short interfering RNAs, *Cancer Gene Ther.*, 12, 787–795, 2005.

[164] Desmet, C., Gosset, P., Pajak, B. et al., Selective blockade of NF-kappaB activity in airway immune cells inhibits the effector phase of experimental asthma, *J. Immunol.*, 173, 5766, 2004.

[165] Guo, J., Verma, U.N., Gaynor, R.B. et al., Enhanced chemosensitivity to irinotecan by RNA interference-mediated down-regulation of the nuclear factor-kappaB p65 subunit, *Clin. Cancer Res.*, 10, 3333, 2004.

[166] Finkenburg, O., Platz, J., Beisswenger, C. et al., Inhibition of NF-kappaB mediated inflammation in vivo by siRNA expressed by recombinant adeno-associated virus, *J. Virol. Methods*, 120, 119, 2004.

[167] Takaesu, G., Surabhi, R.M., Park, K.J. et al., TAK1 is critical for IkappaB kinase-mediated activation of the NF-kappaB pathway, *J. Mol. Biol.*, 326, 105, 2003.

[168] Ducut Sigala, J.L., Bottero, V., Young, D.B. et al., Activation of transcription factor NF-kappaB requires ELKS, an IkappaB kinase regulatory subunit, *Science*, 304, 1963, 2004.

[169] Silverman, N. and Maniatis, T., NF-kappaB signaling pathways in mammalian and insect innate immunity, *Genes Dev.*, 15, 2321, 2001.

[170] Silverman, N., Zhou, R., Erlich, R.L. et al., Immune activation of NF-kappaB and JNK requires *Drosophila* TAK1, *J. Biol. Chem.*, 278, 48928, 2003.

[171] Zhou, R., Silverman, N., Hong, M. et al., The role of ubiquitination in *Drosophila* innate immunity, *J. Biol. Chem.*, 280, 34048–55, 2005.

[172] Correa, R.G., Tergaonkar, V., Ng, J.K. et al., Characterization of NF-kappaB/Rel/IkappaB proteins in zebra fish and their involvement in notochord development, *Mol. Cell Biol.*, 24, 5257, 2004.

[173] Correa, R.G., Matsui, T., Tergaonkar, V. et al., Zebrafish IkappaB kinase 1 negatively regulates NF-kappaB activity, *Curr. Biol.*, 15, 1291, 2005.

[174] Kapp, E. and Ghosh, S., Inhibition of NF-κB by sodium salicylate and aspirin, *Science*, 265, 956, 1994.

[175] Iimi, E., Aoki, K., Saito, H. et al., Selective inhibition of NF-κB blocks osteoclastogenesis and prevents inflammatory bone destruction, *In vivo, Nature Med*, 10, 617, 2004.

# EXHIBIT H

# REDACTED

# EXHIBIT I



# ENBREL*
(etanercept)

For Subcutaneous Injection

## DESCRIPTION

ENBREL* (etanercept) is a dimeric fusion protein consisting of the extracellular ligand-binding portion of the human 75 kilodalton (p75) tumor necrosis factor receptor (TNFR) linked to the Fc portion of human IgG1. The Fc component of etanercept contains the $C_H2$ domain, the $C_H3$ domain and hinge region, but not the $C_H1$ domain of IgG1. Etanercept is produced by recombinant DNA technology in a Chinese hamster ovary (CHO) mammalian cell expression system. It consists of 934 amino acids and has an apparent molecular weight of approximately 150 kilodaltons.

ENBREL* is supplied in a single-use prefilled 1 mL syringe as a sterile, preservative-free solution for subcutaneous injection. The solution of ENBREL* is clear and colorless and is formulated at pH 6.3 ± 0.2. Each ENBREL* single-use prefilled syringe contains 0.98 mL of a 50 mg/mL solution of etanercept with 10 mg/mL sucrose, 5.8 mg/mL sodium chloride, 5.3 mg/mL L-arginine hydrochloride, 2.6 mg/mL sodium phosphate monobasic monohydrate and 0.9 mg/mL sodium phosphate dibasic anhydrous. Administration of one 50 mg/mL prefilled syringe of ENBREL* provides a dose equivalent to two 25 mg vials of lyophilized ENBREL*, when vials are reconstituted and administered as recommended.

ENBREL* multiple-use vial contains sterile, white, preservative-free, lyophilized powder. Reconstitution with 1 mL of the supplied Sterile Bacteriostatic Water for Injection (BWFI), USP (containing 0.9% benzyl alcohol) yields a multiple-use, clear, and colorless solution with a pH of 7.4 ± 0.3 containing 25 mg etanercept, 40 mg mannitol, 10 mg sucrose, and 1.2 mg tromethamine.

## CLINICAL PHARMACOLOGY

### General

Etanercept binds specifically to tumor necrosis factor (TNF) and blocks its interaction with cell surface TNF receptors. TNF is a naturally occurring cytokine that is involved in normal inflammatory and immune responses. It plays an important role in the inflammatory processes of rheumatoid arthritis (RA), polyarticular-course juvenile rheumatoid arthritis (JRA), and ankylosing spondylitis and the resulting joint pathology. In addition, TNF plays a role in the inflammatory process of plaque psoriasis. Elevated levels of TNF are found in involved tissues and fluids of patients with RA, psoriatic arthritis, ankylosing spondylitis (AS), and plaque psoriasis.

Two distinct receptors for TNF (TNFRs), a 55 kilodalton protein (p55) and a 75 kilodalton protein (p75), exist naturally as monomeric molecules on cell surfaces and in soluble forms. Biological activity of TNF is dependent upon binding to either cell surface TNFR.

Etanercept is a dimeric soluble form of the p75 TNF receptor that can bind to two TNF molecules. It inhibits the activity of TNF in vitro and has been shown to affect several animal models of inflammation, including murine collagen-induced arthritis. Etanercept inhibits binding of both TNFα and TNFβ (lymphotoxin alpha [LTα]) to cell surface TNFRs, rendering TNF biologically inactive. Cells expressing transmembrane TNF that bind ENBREL* are not lysed in vitro in the presence or absence of complement.

Etanercept can also modulate biological responses that are induced or regulated by TNF, including expression of adhesion molecules responsible for leukocyte migration (i.e., E-selectin and to a lesser extent intercellular adhesion molecule-1 [ICAM-1]), serum levels of cytokines (e.g., IL-6), and serum levels of matrix metalloproteinase-3 (MMP-3 or stromelysin).

ENBREL® (etanercept)    2

## Pharmacokinetics

After administration of 25 mg of ENBREL® by a single subcutaneous (SC) injection to 25 patients with RA, a mean ± standard deviation half-life of 102 ± 30 hours was observed with a clearance of 160 ± 80 mL/hr. A maximum serum concentration (Cmax) of 1.1 ± 0.6 mcg/mL and time to Cmax of 69 ± 34 hours was observed in these patients following a single 25 mg dose. After 6 months of twice weekly 25 mg doses in these same RA patients, the mean Cmax was 2.4 ± 1.0 mcg/mL. (N = 23). Patients exhibited a two- to seven-fold increase in peak serum concentrations and approximately four-fold increase in AUC0-72 hr (range 1 to 17 fold) with repeated dosing. Serum concentrations in patients with RA have not been measured for periods of dosing that exceed 6 months. The pharmacokinetic parameters in patients with plaque psoriasis were similar to those seen in patients with RA.

In another study, serum concentration profiles at steady state were comparable among patients with RA treated with 50 mg ENBREL® once weekly and those treated with 25 mg ENBREL® twice weekly. The mean (± standard deviation) Cmax, Cmin, and partial AUC were 2.4 ± 1.5 mg/L, 1.2 ± 0.7 mg/L, and 297 ± 166 mg*h/L, respectively, for patients treated with 50 mg ENBREL® once weekly (N = 21); and 2.6 ± 1.2 mg/L, 1.4 ± 0.7 mg/L, and 316 ± 135 mg*h/L for patients treated with 25 mg ENBREL® twice weekly (N = 16).

Pharmacokinetic parameters were not different between men and women and did not vary with age in adult patients. No formal pharmacokinetic studies have been conducted to examine the effects of renal or hepatic impairment on ENBREL® disposition.

Patients with JRA (ages 4 to 17 years) were administered 0.4 mg/kg of ENBREL® twice weekly for up to 18 weeks. The mean serum concentration after repeated SC dosing was 2.1 mcg/mL, with a range of 0.7 to 4.3 mcg/mL. Limited data suggests that the clearance of ENBREL® is reduced slightly in children ages 4 to 8 years. Population pharmacokinetic analyses predict that administration of 0.8 mg/kg of ENBREL® once weekly will result in Cmax 11% higher and Cmin 20% lower at steady state as compared to administration of 0.4 mg/kg of ENBREL® twice weekly. The predicted pharmacokinetic differences between the regimen in JRA patients are of the same magnitude as the differences observed between twice weekly and weekly regimens in adult RA patients. The pharmacokinetics of ENBREL® in children < 4 years of age have not been studied.

## CLINICAL STUDIES

### Adult Rheumatoid Arthritis

The safety and efficacy of ENBREL® were assessed in four randomized, double-blind, controlled studies. The results of all four trials were expressed in percentage of patients with improvement in RA using American College of Rheumatology (ACR) response criteria.

Study I evaluated 234 patients with active RA who were ≥ 18 years old, had failed therapy with at least one but no more than four disease-modifying antirheumatic drugs (DMARDs; e.g., hydroxychloroquine, oral or injectable gold, methotrexate [MTX], azathioprine, D-penicillamine, sulfasalazine), and had ≥ 12 tender joints, ≥ 10 swollen joints, and either ESR ≥ 28 mm/hr, CRP > 2.0 mg/dL, or morning stiffness for ≥ 45 minutes. Doses of 10 mg or 25 mg ENBREL® or placebo were administered SC twice a week for 6 consecutive months. Results from patients receiving 25 mg are presented in Table 1.

Study II evaluated 89 patients and had similar inclusion criteria to Study I except that subjects in Study II had additionally received MTX for at least 6 months with a stable dose (12.5 to 25 mg/week) for at least 4 weeks and they had at least 6 tender or painful joints. Subjects in Study II received a dose of 25 mg ENBREL® or placebo SC twice a week for 6 months in addition to their stable MTX dose.

Study III compared the efficacy of ENBREL® to MTX in patients with active RA. This study evaluated 632 patients who were ≥ 18 years old with early (≤ 3 years disease duration) active RA; had never received treatment with MTX; and had ≥ 12 tender joints, ≥ 10 swollen joints, and either ESR ≥ 28 mm/hr, CRP > 2.0 mg/dL, or morning stiffness for ≥ 45 minutes. Doses of 10 mg or 25 mg ENBREL® were administered SC twice a week for 12 consecutive months. The study was unblinded after all patients had completed at least 12 months (and a median of 17.3 months) of therapy. The majority of patients remained in the study on the treatment to which they were randomized through 2 years, after which they entered an extension study and received open-label 25 mg ENBREL®. Results from patients receiving 25 mg are presented in Table 1. MTX tablets (escalated from 7.5 mg/week to a maximum of 20 mg/week over the first 8 weeks of the trial) or placebo tablets were given once a week on the same day as the injection of placebo or ENBREL® doses, respectively.

ENBREL® (etanercept)    3

Among patients receiving ENBREL®, the clinical responses generally appeared within 1 to 2 weeks after initiation of therapy and nearly always occurred by 3 months. A dose response was seen in Studies I and III: 25 mg ENBREL® was more effective than 10 mg (10 mg was not evaluated in Study II). ENBREL® was significantly better than placebo in all components of the ACR criteria as well as other measures of RA disease activity not included in the ACR response criteria, such as morning stiffness.

In Study III, ACR response rates and improvement in all the individual ACR response criteria were maintained through 24 months of ENBREL® therapy. Over the 2-year study, 23% of ENBREL® patients achieved a major clinical response, defined as maintenance of an ACR 70 response over a 6-month period.

The results of the components of the ACR response criteria for Study I are shown in Table 3. Similar results were observed for ENBREL®-treated patients in Studies II and III.

### Table 3: Components of ACR Response in Study I

| Parameter (median) | Placebo N = 80 Baseline | Placebo N = 80 3 Months | ENBREL®a N = 78 Baseline | ENBREL®a N = 78 3 Months |
|---|---|---|---|---|
| Number of tender joints[b] | 34.0 | 29.5 | 31.2 | 10.0[f] |
| Number of swollen joints[c] | 24.0 | 22.0 | 23.3 | 12.6[f] |
| Physician global assessment[d] | 7.0 | 6.5 | 7.0 | 3.0[f] |
| Patient global assessment[d] | 7.0 | 7.0 | 7.0 | 3.0[f] |
| Pain[d] | 6.9 | 6.6 | 6.9 | 2.4[f] |
| Disability index[e] | 1.7 | 1.8 | 1.6 | 1.0[f] |
| ESR (mm/hr) | 31.0 | 32.0 | 28.0 | 15.5[f] |
| CRP (mg/dL) | 2.8 | 3.9 | 3.5 | 0.9[f] |

a Results at 6 months showed similar improvement.
b 25 mg ENBREL® SC twice weekly.
c Scale 0–71.
d Scale 0–68.
e Visual analog scale; 0 = best, 10 = worst.
f Health Assessment Questionnaire[1]; 0 = best, 3 = worst; includes eight categories: dressing and grooming, arising, eating, walking, hygiene, reach, grip, and activities.
f p < 0.01, ENBREL® vs. placebo, based on mean percent change from baseline.

After discontinuation of ENBREL®, symptoms of arthritis generally returned within a month. Reintroduction of treatment with ENBREL® after discontinuations of up to 18 months resulted in the same magnitudes of response as patients who received ENBREL® without interruption of therapy based on results of open-label studies.

Continued durable responses were seen for over 60 months in open-label extension treatment trials when patients received ENBREL® without interruption. A substantial number of patients who initially received concomitant MTX or corticosteroids were able to reduce their doses or discontinue these concomitant therapies while maintaining their clinical responses.

A 24-week study was conducted in 242 patients with active RA on background methotrexate who were randomized to receive either ENBREL® alone or the combination of ENBREL® and anakinra. The ACR 50 response rate was 31% for patients treated with the combination of ENBREL® and anakinra and 41% for patients treated with ENBREL® alone, indicating no added clinical benefit of the combination over ENBREL® alone. Serious infections were increased with the combination compared to ENBREL® alone (see WARNINGS).

### Physical Function Response

In Studies I, II, and III, physical function and disability were assessed using the Health Assessment Questionnaire (HAQ).[1] Additionally, in Study III, patients were administered the SF-36® Health Survey. In Studies I and II, patients treated with 25 mg ENBREL® twice weekly showed greater improvement from baseline in the HAQ score beginning in month 1 through month 6 in comparison to placebo (p < 0.001) for the HAQ disability domain (where 0 = none and 3 = severe). In Study I, the mean improvement in the HAQ score from baseline to month 6 was 0.6 (from 1.6 to 1.0) for the 25 mg ENBREL® group and 0 (from 1.7 to 1.7) for the placebo group. In Study II, the mean improvement from baseline to month 6 was 0.6 (from 1.5 to 0.9) for the ENBREL®/MTX group and 0.2 (from 1.3 to 1.2) for the placebo/MTX group. In Study III, the mean improvement in the HAQ score from baseline to month 6 was 0.7 (from 1.5 to 0.7) for 25 mg ENBREL® twice weekly. All subdomains of the HAQ in Studies I and III were improved in patients treated with ENBREL®.

In Study III, patients treated with 25 mg ENBREL® twice weekly showed greater improvement from baseline in SF-36 physical component summary score compared to ENBREL®. 10 mg twice weekly and no worsening in the SF-36 mental

Non Confidential                                    AM-AR0331981

Study IV evaluated 682 adult patients with active RA of 6 months to 20 years duration (mean of 7 years) who had an inadequate response to at least one DMARD other than MTX. Forty-percent of patients had previously received MTX a mean of two years prior to the trial at a mean dose of 12.9 mg. Patients were excluded from this study if MTX had been discontinued for lack of efficacy or for safety considerations. The patient baseline characteristics were similar to those of patients in Study I (Table 3). Patients were randomized to MTX alone (7.5 to 20 mg weekly, dose escalated as described for Study III; median dose 20 mg), ENBREL* alone (25 mg (twice weekly)), or the combination of ENBREL* and MTX initiated concurrently (at the same doses as above). The study evaluated ACR response, Sharp radiographic score and safety.

*Clinical Response*

A higher percentage of patients treated with ENBREL* and ENBREL* in combination with MTX achieved ACR 20, ACR 50, and ACR 70 responses and Major Clinical Responses than in the comparison groups. The results of Studies I, II, III are summarized in Table 1. The results of Study IV are summarized in Table 2.

### Table 1: ACR Responses in Placebo- and Active-Controlled Trials (Percent of Patients)

| | Placebo Controlled | | | | Active Controlled | |
|---|---|---|---|---|---|---|
| | Study I | | Study II | | Study III | |
| | Placebo | ENBREL*[a] | MTX/Placebo | MTX/ENBREL*[a] | MTX | ENBREL*[a] |
| Response | N = 80 | N =78 | N = 30 | N = 59 | N = 217 | N = 207 |
| **ACR 20** | | | | | | |
| Month 3 | 23% | 62%[b] | 33% | 66% | 56% | 62% |
| Month 6 | 11% | 59%[b] | 27% | 71%[b] | 58% | 65% |
| Month 12 | NA | NA | NA | NA | 65% | 72% |
| **ACR 50** | | | | | | |
| Month 3 | 8% | 41%[b] | 0% | 42%[b] | 24% | 29% |
| Month 6 | 5% | 40%[b] | 3% | 39%[b] | 32% | 40% |
| Month 12 | NA | NA | NA | NA | 43% | 49% |
| **ACR 70** | | | | | | |
| Month 3 | 4% | 15%[b] | 0% | 15%[b] | 7% | 13%[c] |
| Month 6 | 1% | 15%[b] | 0% | 15%[b] | 14% | 21%[c] |
| Month 12 | NA | NA | NA | NA | 22% | 25% |

[a] 25 mg ENBREL* SC twice weekly.
[b] p < 0.01, ENBREL* vs. placebo.
[c] p < 0.05, ENBREL* vs. MTX.

### Table 2: Study IV Clinical Efficacy Results: Comparison of MTX vs ENBREL* vs ENBREL* in Combination with MTX in Patients with RA of 6 Months to 20 Years Duration (Percent of Patients)

| Endpoint | MTX (N = 228) | ENBREL* (N = 223) | ENBREL*/MTX (N = 231) |
|---|---|---|---|
| **ACR 20**[a,b] | | | |
| Month 12 | 40 | 47 | 63[c] |
| **ACR 50**[a] | | | |
| Month 12 | 55% | 66% | 75%[c] |
| **ACR 70**[a] | | | |
| Month 12 | 36% | 43% | 63%[c] |
| **ACR 70**[a] | | | |
| Month 12 | 17% | 22% | 40%[c] |
| Major Clinical Response[d] | 6% | 10% | 24%[c] |

[a] Values are medians.
[b] ACR N is the percent improvement based on the same core variables used in defining ACR 20, ACR 50, and ACR 70.
[c] p < 0.05 for comparisons of ENBREL*/MTX vs ENBREL* alone or MTX alone.
[d] Major clinical response is achieving an ACR 70 response for a continuous 6-month period.

The time course for ACR 20 response rates for patients receiving placebo or 25 mg ENBREL* in Studies I and II is summarized in Figure 1. The time course of responses to ENBREL* in Study III was similar.

**Figure 1: Time Course of ACR 20 Responses**




component summary score. In open-label ENBREL* studies, improvements in physical function and disability measures have been maintained for up to 4 years. In Study IV, median HAQ scores improved from baseline levels of 1.8, 1.8, and 1.8 to 1.1, 1.0, and 0.6 at 12 months in the MTX, ENBREL*, and ENBREL*/MTX combination treatment groups, respectively (combination versus both MTX and ENBREL*, p < 0.01). Twenty-nine percent of patients in the MTX alone treatment group had an improvement of HAQ of at least one unit versus 40% and 51% in the ENBREL* alone and the ENBREL*/MTX combination treatment groups, respectively.

*Radiographic Response*

In Study III, structural joint damage was assessed radiographically and expressed as change in total Sharp score (TSS) and its components, the erosion score and joint space narrowing (JSN) score. Radiographs of hands/wrists and forefeet were obtained at baseline, 6 months, 12 months, and 24 months and scored by readers who were unaware of treatment group. The results are shown in Table 4. A significant difference for change in erosion score was observed at 6 months and maintained at 12 months.

### Table 4: Mean Radiographic Change Over 6 and 12 Months in Study III

| | | MTX | 25 mg ENBREL* | MTX/ENBREL* (95% Confidence Interval*) | P-value |
|---|---|---|---|---|---|
| 12 Months | Total Sharp score | 1.59 | 1.00 | 0.59 (-0.12, 1.30) | 0.1 |
| | Erosion score | 1.03 | 0.47 | 0.56 (0.11, 1.00) | 0.002 |
| | JSN score | 0.56 | 0.52 | 0.04 (-0.39, 0.46) | 0.5 |
| 6 Months | Total Sharp score | 1.06 | 0.57 | 0.49 (0.06, 0.91) | 0.001 |
| | Erosion score | 0.68 | 0.30 | 0.38 (0.09, 0.66) | 0.001 |
| | JSN score | 0.38 | 0.27 | 0.11 (-0.14, 0.35) | 0.6 |

* 95% confidence intervals for the differences in change scores between MTX and ENBREL*.

Patients continued on the therapy to which they were randomized for the second year of Study III. Seventy-two percent of patients had x-rays obtained at 24 months. Compared to the patients in the MTX group, greater inhibition of progression in TSS and erosion score was seen in the 25 mg ENBREL* group, and in addition, less progression was noted in the JSN score.

In the open-label extension of Study III, 48% of the original patients treated with 25 mg ENBREL* have been evaluated radiographically at 5 years. Patients had continued inhibition of structural damage, as measured by the TSS, and 55% of them had no progression of structural damage. Patients originally treated with MTX had further reduction in radiographic progression once they began treatment with ENBREL*.

In Study IV, less radiographic progression (TSS) was observed with ENBREL* in combination with MTX compared with ENBREL* alone or MTX alone at month 12 (Table 5). In the MTX treatment group 55% of patients experienced no radiographic progression (TSS change ≤ 0.0) at 12 months compared to 63% and 76% in the ENBREL* alone and the ENBREL*/MTX combination treatment groups, respectively.

### Table 5: Mean Radiographic Change in Study IV at 12 Months (95% Confidence Interval)

| | MTX (N = 212)[a] | ENBREL* (N = 212)[a] | ENBREL*/MTX (N = 218)[a] |
|---|---|---|---|
| Total Sharp Score (TSS) | 2.80 (1.04, 4.51) | 0.52[b] (-0.10, 1.15) | -0.54[b,c] (-1.00, -0.07) |
| Erosion Score (ES) | 1.68 (0.61, 2.74) | 0.21[b] (-0.20, 0.61) | -0.30[b] (-0.65, 0.04) |
| Joint Space Narrowing Score (JSN) | 1.12 (0.34, 1.90) | 0.32 (0.00, 0.65) | -0.23[b,c] (-0.45, -0.02) |

[a] Analyzed radiographic ITT population.
[b] p < 0.05 for comparison of ENBREL* vs MTX.
[b] p < 0.05 for comparison of ENBREL*/MTX vs MTX.
[c] p < 0.05 for comparison of ENBREL*/MTX vs ENBREL*.

*Once Weekly Dosing*

The safety and efficacy of 50 mg ENBREL* (two 25 mg SC injections) administered once weekly were evaluated in a double-blind, placebo-controlled study of 420 patients with active RA. Fifty-three patients received placebo, 214 patients received 50 mg ENBREL* once weekly, and 153 patients received 25 mg ENBREL* twice weekly. The safety and efficacy profiles of the two ENBREL* treatment groups were similar.

*Polyarticular-Course Juvenile Rheumatoid Arthritis (JRA)*

The safety and efficacy of ENBREL* were assessed in a two-part study in 69 children with polyarticular-course JRA who had a variety of JRA onset types. Patients aged 4 to 17 years with moderately to severely active polyarticular-course JRA refractory to or intolerant of methotrexate were enrolled; patients remained

ENBREL® (etanercept)    4

on a stable dose of a single nonsteroidal anti-inflammatory drug and/or prednisone (≤ 0.2 mg/kg/day or 10 mg maximum). In part 1, all patients received 0.4 mg/kg (maximum 25 mg per dose) ENBREL® SC twice weekly. In part 2, patients with a clinical response at day 90 were randomized to remain on ENBREL® or receive placebo for four months and assessed for disease flare. Responses were measured using the JRA Definition of Improvement (DOI),[3] defined as ≥ 30% improvement in at least three of six and ≥ 30% worsening in no more than one of the six JRA core set criteria, including active joint count, limitation of motion, physician and patient/parent global assessments, functional assessment, and ESR. Disease flare was defined as a ≥ 30% worsening in three of the six JRA core set criteria and ≥ 30% improvement in not more than one of the six JRA core set criteria and a minimum of two active joints.

In part 1 of the study, 51 of 69 (74%) patients demonstrated a clinical response and entered part 2. In part 2, 6 of 25 (24%) patients remaining on ENBREL® experienced a disease flare compared to 20 of 26 (77%) patients receiving placebo (p = 0.007). From the start of part 2, the median time to flare was ≥ 116 days for patients who received ENBREL® and 28 days for patients who received placebo. Each component of the JRA core set criteria worsened in the arm that received placebo and remained stable or improved in the arm that continued on ENBREL®. The data suggested the possibility of a higher flare rate among those patients with a higher baseline ESR. Of patients who demonstrated a clinical response at 90 days and entered part 2 of the study, some of the patients remaining on ENBREL® continued to improve from month 3 through month 7, while those who received placebo did not improve.

The majority of JRA patients who developed a disease flare in part 2 and reintroduced ENBREL® treatment up to 4 months after discontinuation re-responded to ENBREL® therapy in open-label studies. Most of the responding patients who continued ENBREL® therapy without interruption have maintained responses for up to 48 months.

Studies have not been done in patients with polyarticular-course JRA to assess the effects of continued ENBREL® therapy in patients who do not respond within 3 months of initiating ENBREL® therapy, or to assess the combination of ENBREL® with methotrexate.

**Psoriatic Arthritis**

The safety and efficacy of ENBREL® were assessed in a randomized, double-blind, placebo-controlled study in 205 patients with psoriatic arthritis. Patients were between 18 and 70 years of age and had active psoriatic arthritis (≥ 3 swollen joints and ≥ 3 tender joints) in one or more of the following forms: (1) distal interphalangeal (DIP) involvement (N = 104); (2) polyarticular arthritis (absence of rheumatoid nodules and presence of psoriasis; N = 173); (3) arthritis mutilans (N = 3); (4) asymmetric psoriatic arthritis (N = 81); or (5) ankylosing spondylitis-like (N = 7). Patients also had plaque psoriasis with a qualifying target lesion ≥ 2 cm in diameter. Patients on MTX therapy at enrollment (stable for ≥ 2 months) could continue at a stable dose of ≤ 25 mg/week MTX. Doses of 25 mg ENBREL® or placebo were administered SC twice a week during the initial 6-month double-blind period of the study. Patients continued to receive blinded therapy in an up to 6-month maintenance period until all patients had completed the controlled period. Following this, patients received open-label 25 mg ENBREL® twice a week in a 12-month extension period.

Compared to placebo, treatment with ENBREL® resulted in significant improvements in measures of disease activity (Table 6).

**Table 6: Components of Disease Activity in Psoriatic Arthritis**

| Parameter (median) | Placebo N = 104 | | ENBREL** N = 101 | |
|---|---|---|---|---|
| | Baseline | 6 Months | Baseline | 6 Months |
| Number of tender joints [b] | 17.0 | 13.0 | 18.0 | 5.0 |
| Number of swollen joints [c] | 12.5 | 9.5 | 13.0 | 5.0 |
| Physician global assessment [d] | 3.0 | 3.0 | 3.0 | 1.0 |
| Patient global assessment [d] | 3.0 | 3.0 | 3.0 | 1.0 |
| Morning stiffness (minutes) | 60 | 60 | 60 | 15 |
| Pain [d] | 3.0 | 3.0 | 3.0 | 1.0 |
| Disability index [e] | 1.0 | 0.9 | 1.1 | 0.5 |
| CRP (mg/dL) [f] | 1.1 | 1.1 | 1.6 | 0.2 |

[a] p < 0.001 for all comparisons between ENBREL® and placebo at 6 months.
[b] Scale 0–78.
[c] Scale 0–76.
[d] Likert scale: 0 = best, 5 = worst.
[e] Health Assessment Questionnaire[?]; 0 = best, 3 = worst; includes eight categories: dressing and grooming, arising, eating, walking, hygiene, reach, grip, and activities.
[f] Normal range: 0–0.79 mg/dL.

---

ENBREL® (etanercept)    5

**Figure 2: ASAS 20 Responses in Ankylosing Spondylitis**



At 12 weeks, the ASAS 20/50/70 responses were achieved by 60%, 45%, and 29%, respectively, of patients receiving ENBREL®, compared to 27%, 13%, and 7%, respectively, of patients receiving placebo (p ≤ 0.0001, ENBREL® vs. placebo). Similar responses were seen at week 24. Responses were similar between those patients receiving concomitant therapies at baseline and those who were not. The results of this study were similar to those seen in a single-center, randomized, placebo-controlled study of 40 patients and a multi-center, randomized, placebo-controlled study of 84 patients with ankylosing spondylitis.

**Table 7: Components of Ankylosing Spondylitis Disease Activity**

| Mean values at time points | Placebo N = 139 | | ENBREL® N = 138 | |
|---|---|---|---|---|
| | Baseline | 6 Months | Baseline | 6 Months |
| **ASAS response criteria** | | | | |
| Patient global assessment [b] | 63 | 56 | 63 | 36 |
| Back pain [c] | 62 | 56 | 60 | 34 |
| BASFI [d] | 56 | 55 | 52 | 36 |
| Inflammation [e] | 64 | 57 | 61 | 33 |
| **Acute phase reactants** | | | | |
| CRP (mg/dL) [f] | 2.0 | 1.9 | 1.9 | 0.6 |
| **Spinal mobility (cm):** | | | | |
| Modified Schober's test | 3.0 | 2.9 | 3.1 | 3.3 |
| Chest expansion | 3.2 | 3.0 | 3.3 | 3.9 |
| Occiput-to-wall measurement | 5.3 | 6.0 | 5.6 | 4.5 |

[a] p < 0.0015 for all comparisons between ENBREL® and placebo at 6 months. P-values for continuous endpoints were based on percent change from baseline.
[b] Measured on a Visual Analog Scale (VAS) with 0 = "none" and 100 = "severe".
[c] Average of total nocturnal and back pain scores, measured on a VAS scale with 0 = "no pain" and 100 = "most severe pain".
[d] Bath Ankylosing Spondylitis Functional Index (BASFI), average of 10 questions.
[e] Inflammation represented by the average of the last 2 questions on the 6-question Bath Ankylosing Spondylitis Disease Activity Index (BASDAI).
[f] C-reactive protein (CRP) normal range: 0–1.0 mg/dL.

**Plaque Psoriasis**

The safety and efficacy of ENBREL® were assessed in two randomized, double-blind, placebo-controlled studies in adults with chronic stable plaque psoriasis involving ≥ 10% of the body surface area, a minimum PASI of 10 and who had received or were candidates for systemic anti-psoriatic therapy or phototherapy. Patients with guttate, erythrodermic, or pustular psoriasis and patients with severe infections within 4 weeks of screening were excluded from study. No concomitant major anti-psoriatic therapies were allowed during the study.

Study I evaluated 672 patients who received placebo or ENBREL® SC at doses of 25 mg once a week, 25 mg twice a week or 50 mg twice a week for 3 months. After 3 month, patients continued on blinded treatment for an additional 3 months during which time, patients originally randomized to placebo began treatment with blinded ENBREL® at 25 mg twice weekly (designated as placebo/ENBREL® in Table 8); patients originally randomized to ENBREL® continued on the originally randomized dose (designated as ENBREL®/ENBREL® groups in Table 8).

Study II evaluated 611 patients who received placebo or ENBREL® SC at doses of 25 mg or 50 mg twice a week for 3 months. After 3 months of randomized blinded treatment, patients in all three arms began receiving open-label ENBREL® at 25 mg twice weekly for 9 additional months.

Response to treatment in both studies was assessed after 3 months of therapy and

Among patients with psoriatic arthritis who received ENBREL®, the clinical responses were apparent at the time of the first visit (4 weeks) and were maintained through 6 months of therapy. Responses were similar in patients who were or were not receiving concomitant methotrexate therapy at baseline. At 6 months, the ACR 20/50/70 responses were achieved by 50%, 37%, and 9%, respectively, of patients receiving ENBREL®, compared to 13%, 4%, and 1%, respectively, of patients receiving placebo. Similar responses were seen in patients with each of the subtypes of psoriatic arthritis, although few patients were enrolled with the arthritis mutilans and ankylosing spondylitis-like subtypes. The results of this study were similar to those seen in an earlier single-center, randomized, placebo-controlled study of 60 patients with psoriatic arthritis.

The skin lesions of psoriasis were also improved with ENBREL®, relative to placebo, as measured by percentages of patients achieving improvement in the Psoriasis Area and Severity Index (PASI).[4] Responses increased over time, and at 6 months, the proportions of patients achieving a 50% or 75% improvement in the PASI were 47% and 23%, respectively, in the ENBREL® group (N = 66), compared to 18% and 3%, respectively, in the placebo group (N = 62). Responses were similar in patients who were or were not receiving concomitant methotrexate therapy at baseline.

### Radiographic Response

Radiographic changes were also assessed in the psoriatic arthritis study. Radiographs of hands and wrists were obtained at baseline and months 6, 12, and 24. A modified Total Sharp Score (TSS), which included distal interphalangeal joints (i.e., not identical to the modified TSS used for rheumatoid arthritis) was used by readers blinded to treatment group to assess the radiographs. Some radiographic features specific to psoriatic arthritis (e.g., pencil-and-cup deformity, joint space widening, gross osteolysis and ankylosis) were included in the scoring system, but others (e.g., phalangeal tuft resorption, juxta-articular and shaft periostitis) were not.

Most patients showed little or no change in the modified TSS during this 24-month study (median change of 0 in both patients who initially received ENBREL® or placebo). More placebo-treated patients experienced larger magnitudes of radiographic worsening (increased TSS) compared to ENBREL® treatment during the controlled period of the study. At 12 months, in an exploratory analysis, 12% (12 of 104) of placebo patients compared to none of the 101 ENBREL®-treated patients had increases of 3 points or more in TSS. Inhibition of radiographic progression was maintained in patients who continued on ENBREL® during the second year. Of the patients with one-year and two-year x-rays, 3% (2 of 71) had increases of 3 points or more in TSS at one and two years.

### Physical Function Response

In the psoriatic arthritis study, physical function and disability were assessed using the HAQ Disability Index (HAQ-DI)[1] and the SF-36[2] Health Survey. Patients treated with 25 mg ENBREL® twice weekly showed greater improvement from baseline in the HAQ-DI score (mean decreases of 54% at both months 3 and 6) in comparison to placebo (mean decreases of 6% at both months 3 and 6) (p < 0.001). At months 3 and 6, patients treated with ENBREL® showed greater improvement from baseline in the SF-36 physical component summary score compared to patients treated with placebo, and no worsening in the SF-36 mental component summary score. Improvements in physical function and disability measures were maintained for up to 2 years through the open-label portion of the study.

### Ankylosing Spondylitis

The safety and efficacy of ENBREL® were assessed in a randomized, double-blind, placebo-controlled study in 277 patients with active ankylosing spondylitis. Patients were between 18 and 70 years of age and had ankylosing spondylitis as defined by the modified New York Criteria for Ankylosing Spondylitis.[5] Patients were to have evidence of active disease based on values of ≥ 30 on a 0–100 unit Visual Analog Scale (VAS) for the average of morning stiffness duration and intensity, and 2 of the following 3 other parameters: a) patient global assessment, b) average of nocturnal and total back pain, and c) the average score on the Bath Ankylosing Spondylitis Functional Index (BASFI). Patients with complete ankylosis of the spine were excluded from study participation. Patients taking hydroxychloroquine, sulfasalazine, methotrexate, or prednisone (≤ 10 mg/day) could continue these drugs at stable doses for the duration of the study. Doses of 25 mg ENBREL® or placebo were administered SC twice a week for 6 months.

The primary measure of efficacy was a 20% improvement in the Assessment in Ankylosing Spondylitis (ASAS) response criteria.[6] Compared to placebo, treatment with ENBREL® resulted in improvements in the ASAS and other measures of disease activity (Figure 2 and Table 7).

was defined as the proportion of patients who achieved a reduction in score of at least 75% from baseline by the Psoriasis Area and Severity Index (PASI). The PASI is a composite score that takes into consideration both the fraction of body surface area affected and the nature and severity of psoriatic changes within the affected regions (induration, erythema, and scaling).

Other evaluated outcomes included the proportion of patients who achieved a score of "clear" or "minimal" by the Static Physician Global Assessment (sPGA) and the proportion of patients with a reduction of PASI of at least 50% from baseline. The sPGA is a 6 category scale ranging from "5 = severe" to "0 = none" indicating the physician's overall assessment of the psoriasis severity focusing on induration, erythema, and scaling. Treatment success of "clear" or "minimal" consisted of none or minimal elevation in plaque, up to faint red coloration in erythema, and none or minimal fine scale over < 5% of the plaque.

Patients in all treatment groups and in both studies had a median baseline PASI score ranging from 15 to 17; and the percentage of patients with baseline sPGA classifications ranged from 54% to 66% for moderate, 17% to 26% for marked, and 1% to 5% for severe. Across all treatment groups, the percentage of patients who previously received systemic therapy for psoriasis ranged from 61% to 65% in Study I, and 71% to 75% in Study II; and those who previously received phototherapy ranged from 44% to 50% in Study I, and 72% to 73% in Study II.

More patients randomized to ENBREL® than placebo achieved at least a 75% reduction from baseline PASI score (PASI 75) with a dose response relationship across doses of 25 mg once a week, 25 mg twice a week and 50 mg twice a week (Tables 8 and 9). The individual components of the PASI (induration, erythema, and scaling) contributed comparably to the overall treatment-associated improvement in PASI.

#### Table 8: Study I Outcomes at 3 and 6 Months

| | Placebo/ENBREL® 25 mg BIW (N = 168) | ENBREL®/ENBREL® | | |
| | | 25 mg QW (N = 169) | 25 mg BIW (N = 167) | 50 mg BIW (N = 168) |
|---|---|---|---|---|
| **3 Months** | | | | |
| PASI 75 n (%) | 6 (4%) | 23 (14%)[a] | 53 (32%)[b] | 79 (47%)[b] |
| Difference (95% CI) | | 10% (4, 16) | 28% (21, 36) | 43% (35, 52) |
| sPGA, "clear" or "minimal" n (%) | 8 (5%) | 36 (21%)[b] | 53 (32%)[b] | 79 (47%)[b] |
| Difference (95% CI) | | 17% (10, 24) | 27% (19, 35) | 43% (34, 50) |
| PASI 50 n (%) | 24 (14%) | 62 (37%)[b] | 90 (54%)[b] | 119 (71%)[b] |
| Difference (95% CI) | | 22% (13, 31) | 40% (30, 49) | 57% (48, 65) |
| **6 Months** | | | | |
| PASI 75 n (%) | 55 (33%) | 36 (21%) | 68 (41%) | 90 (54%) |

[a] p < 0.001 compared with placebo.
[b] p < 0.0001 compared with placebo.

#### Table 9: Study II Outcomes at 3 Months

| | Placebo (N = 204) | 25 mg BIW (N = 204) | 50 mg BIW (N = 203) |
|---|---|---|---|
| PASI 75 n (%) | 6 (3%) | 66 (32%)[a] | 94 (46%)[a] |
| Difference (95% CI) | | 29% (23, 36) | 43% (36, 51) |
| sPGA, "clear" or "minimal" n (%) | 7 (3%) | 75 (37%)[a] | 109 (54%)[a] |
| Difference (95% CI) | | 34% (26, 41) | 50% (43, 58) |
| PASI 50 n (%) | 18 (9%) | 124 (61%)[a] | 147 (72%)[a] |
| Difference (95% CI) | | 52% (44, 60) | 64% (56, 71) |

[a] p < 0.0001 compared with placebo.

Among PASI 75 achievers in both studies, the median time to PASI 50 and PASI 75 was approximately 1 and approximately 2 months, respectively, after the start of therapy with either 25 or 50 mg twice a week.

In Study I patients who achieved PASI 75 at month 6 were entered into a study drug withdrawal and retreatment period. Following withdrawal of study drug, these patients had a median duration of PASI 75 of between 1 and 2 months.

In Study I, in patients who were PASI 75 responders at 3 months, retreatment with open-label ENBREL® after discontinuation of up to 5 months resulted in a similar proportion of responders as was seen during the initial double-blind portion of the study.

In Study II, most patients initially randomized to 50 mg twice a week continued in the study after month 3 and had their ENBREL® dose decreased to 25 mg twice a week. Of the 91 patients who were PASI 75 responders at month 3, 70 (77%) maintained their PASI 75 response at month 6.

Efficacy and safety of ENBREL® treatment beyond 12 months has not been adequately evaluated in patients with psoriasis.

Non Confidential

AM-AR0331984

ENBREL® (etanercept)    6

## INDICATIONS AND USAGE

ENBREL® is indicated for reducing signs and symptoms, inducing major clinical response, inhibiting the progression of structural damage, and improving physical function in patients with moderately to severely active rheumatoid arthritis. ENBREL® can be initiated in combination with methotrexate (MTX) or used alone.

ENBREL® is indicated for reducing signs and symptoms of moderately to severely active polyarticular-course juvenile rheumatoid arthritis in patients who have had an inadequate response to one or more DMARDs.

ENBREL® is indicated for reducing signs and symptoms, inhibiting the progression of structural damage of active arthritis, and improving physical function in patients with psoriatic arthritis. ENBREL® can be used in combination with methotrexate in patients who do not respond adequately to methotrexate alone.

ENBREL® is indicated for reducing signs and symptoms in patients with active ankylosing spondylitis.

ENBREL® is indicated for the treatment of adult patients (18 years or older) with chronic moderate to severe plaque psoriasis who are candidates for systemic therapy or phototherapy.

## CONTRAINDICATIONS

ENBREL® should not be administered to patients with sepsis or with known hypersensitivity to ENBREL® or any of its components.

## WARNINGS

### INFECTIONS

IN POST-MARKETING REPORTS, SERIOUS INFECTIONS AND SEPSIS, INCLUDING FATALITIES, HAVE BEEN REPORTED WITH THE USE OF ENBREL®. MANY OF THE SERIOUS INFECTIONS HAVE OCCURRED IN PATIENTS ON CONCOMITANT IMMUNOSUPPRESSIVE THERAPY THAT, IN ADDITION TO THEIR UNDERLYING DISEASE, COULD PREDISPOSE THEM TO INFECTIONS. RARE CASES OF TUBERCULO-SIS (TB) HAVE BEEN OBSERVED IN PATIENTS TREATED WITH TNF ANTAGONISTS, INCLUDING ENBREL®. PATIENTS WHO DEVELOP A NEW INFECTION WHILE UNDERGOING TREATMENT WITH ENBREL® SHOULD BE MONITORED CLOSELY. ADMINISTRATION OF ENBREL® SHOULD BE DISCONTINUED IF A PATIENT DEVELOPS A SERIOUS INFECTION OR SEPSIS. TREATMENT WITH ENBREL® SHOULD NOT BE INITIATED IN PATIENTS WITH ACTIVE INFEC-TIONS, INCLUDING CHRONIC OR LOCALIZED INFECTIONS. PHYSICIANS SHOULD EXERCISE CAUTION WHEN CONSIDERING THE USE OF ENBREL® IN PATIENTS WITH A HISTORY OF RECUR-RING INFECTIONS OR WITH UNDERLYING CONDITIONS WHICH MAY PREDISPOSE PATIENTS TO INFECTIONS, SUCH AS ADVANCED OR POORLY CONTROLLED DIABETES (see PRECAUTIONS and ADVERSE REACTIONS: Infections).

IN A 24-WEEK STUDY OF CONCURRENT ENBREL® AND ANAKINRA THERAPY, THE RATE OF SERIOUS INFECTIONS IN THE COMBINA-TION ARM (7%) WAS HIGHER THAN WITH ENBREL® ALONE (0%). THE COMBINATION OF ENBREL® AND ANAKINRA DID NOT RESULT IN HIGHER ACR RESPONSE RATES COMPARED TO ENBREL® ALONE (see CLINICAL STUDIES: Clinical Response and ADVERSE REACTIONS: Infections). CONCURRENT THERAPY WITH ENBREL® AND ANAKINRA IS NOT RECOMMENDED.

### Neurologic Events

Treatment with ENBREL® and other agents that inhibit TNF have been associat-ed with rare cases of new onset or exacerbation of central nervous system demyeli-nating disorders, some presenting with mental status changes and some associated with permanent disability. Cases of transverse myelitis, optic neuritis, multiple sclerosis, and new onset or exacerbation of seizure disorders have been observed in association with ENBREL® therapy. The causal relationship to ENBREL® therapy remains unclear. While no clinical trials have been performed evaluating ENBREL® therapy in patients with multiple sclerosis, other TNF antagonists administered to patients with multiple sclerosis have been associated with increas-es in disease activity.[7,8] Prescribers should exercise caution in considering the use of ENBREL® in patients with preexisting or recent-onset central nervous system demyelinating disorders (see ADVERSE REACTIONS).

### Hematologic Events

Rare reports of pancytopenia including aplastic anemia, some with a fatal out-come, have been reported in patients treated with ENBREL®. The causal relation-ship to ENBREL® therapy remains unclear. Although no high risk group has been

---

ENBREL® (etanercept)    7

there was no evidence of depression of delayed-type hypersensitivity, depression of immunoglobulin levels, or change in enumeration of effector cell populations. The impact of treatment with ENBREL® on the development and course of malignancies, as well as active and/or chronic infections, is not fully understood (see WARNINGS: Malignancies, ADVERSE REACTIONS: Infections, and Malignancies). The safety and efficacy of ENBREL® in patients with immuno-suppression or chronic infections have not been evaluated.

### Immunizations

Most psoriatic arthritis patients receiving ENBREL® were able to mount effective B-cell immune responses to pneumococcal polysaccharide vaccine, but titers in aggregate were moderately lower and fewer patients had two-fold rises in titers compared to patients not receiving ENBREL®. The clinical significance of this is unknown. Patients receiving ENBREL® may receive concurrent vaccinations, except for live vaccines. No data are available on the secondary transmission of infection by live vaccines in patients receiving ENBREL® (see PRECAUTIONS: Immunosuppression).

It is recommended that JRA patients, if possible, be brought up to date with all immunizations in agreement with current immunization guidelines prior to initi-ating ENBREL® therapy. Patients with a significant exposure to varicella virus should temporarily discontinue ENBREL® therapy and be considered for prophy-lactic treatment with Varicella Zoster Immune Globulin.

### Autoimmunity

Treatment with ENBREL® may result in the formation of autoantibodies (see ADVERSE REACTIONS: Autoantibodies) and, rarely, in the development of a lupus-like syndrome (see ADVERSE REACTIONS: Adverse Reaction Information from Spontaneous Reports) which may resolve following with-drawal of ENBREL®. If a patient develops symptoms and findings suggestive of a lupus-like syndrome following treatment with ENBREL®, treatment should be discontinued and the patient should be carefully evaluated.

### Drug Interactions

Specific drug interaction studies have not been conducted with ENBREL®. However, it was observed that the pharmacokinetics of ENBREL® was unaltered by concomitant methotrexate in rheumatoid arthritis patients.

In a study in which patients with active RA were treated for up to 24 weeks with concurrent ENBREL® and anakinra therapy, a 7% rate of serious infections was observed, which was higher than that observed with ENBREL® alone (0%) (see also WARNINGS). Two percent of patients treated concurrently with ENBREL® and anakinra developed neutropenia (ANC $< 1 \times 10^9$/L).

In a study of patients with Wegener's granulomatosis, the addition of ENBREL® to standard therapy (including cyclophosphamide) was associated with a higher incidence of non-cutaneous solid malignancies. The use of ENBREL® in patients receiving concurrent cyclophosphamide therapy is not recommended (see WARNINGS: Malignancies and ADVERSE REACTIONS: Malignancies).

Patients in a clinical study who were on established therapy with sulfasalazine, to which ENBREL® was added, were noted to develop a mild decrease in mean neu-trophil counts in comparison to groups treated with either ENBREL® or sulfa-salazine alone. The clinical significance of this observation is unknown.

### Carcinogenesis, Mutagenesis, and Impairment of Fertility

Long-term animal studies have not been conducted to evaluate the carcinogenic potential of ENBREL® or its effect on fertility. Mutagenesis studies were conduct-ed in vitro and in vivo, and no evidence of mutagenic activity was observed.

### Pregnancy (Category B)

Developmental toxicity studies have been performed in rats and rabbits at doses ranging from 60- to 100-fold higher than the human dose and revealed no evidence of harm to the fetus due to ENBREL®. There are, however, no studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed.

*Pregnancy Registry:* To monitor outcomes of pregnant women exposed to ENBREL®, a pregnancy registry has been established. Physicians are encouraged to register patients by calling 1-877-311-8972.

### Nursing Mothers

It is not known whether ENBREL® is excreted in human milk or absorbed sys-temically after ingestion. Because many drugs and immunoglobulins are excreted in human milk, and because of the potential for serious adverse reactions in nurs-ing infants from ENBREL®, a decision should be made whether to discontinue nursing or to discontinue the drug.

identified, caution should be exercised in patients being treated with ENBREL® who have a previous history of significant hematologic abnormalities. All patients should be advised to seek immediate medical attention if they develop signs and symptoms suggestive of blood dyscrasias or infection (e.g., persistent fever, bruising, bleeding, pallor) while on ENBREL®. Discontinuation of ENBREL® therapy should be considered in patients with confirmed significant hematologic abnormalities.

Two percent of patients treated concurrently with ENBREL® and anakinra developed neutropenia (ANC < 1 x 10⁹/L). While neutropenic, one patient developed cellulitis which recovered with antibiotic therapy.

**Malignancies**

In the controlled portions of clinical trials of all the TNF-blocking agents, more cases of lymphoma have been observed among patients receiving the TNF blocker compared to control patients. During the controlled portions of ENBREL® trials, 3 lymphomas were observed among 4509 ENBREL®-treated patients versus 0 among 2040 control patients (duration of controlled treatment ranged from 3 to 24 months). In the controlled and open-label portions of clinical trials of ENBREL®, 9 lymphomas were observed in 5723 patients over approximately 11201 patient-years of therapy. This is 3-fold higher than that expected in the general population. While patients with rheumatoid arthritis or psoriasis, particularly those with highly active disease, may be at a higher risk (up to several fold) for the development of lymphoma, the potential role of TNF-blocking therapy in the development of malignancies is not known (see ADVERSE REACTIONS: Malignancies).[11, 12]

In a randomized, placebo-controlled study of 180 patients with Wegener's granulomatosis where ENBREL® was added to standard treatment (including cyclophosphamide, methotrexate, and corticosteroid), patients receiving ENBREL® experienced more non-cutaneous solid malignancies than patients receiving placebo (see ADVERSE REACTIONS: Malignancies). The addition of ENBREL® to standard treatment was not associated with improved clinical outcomes when compared with standard therapy alone. The use of ENBREL® in patients with Wegener's granulomatosis receiving immunosuppressive agents is not recommended. The use of ENBREL® in patients receiving concurrent cyclophosphamide therapy is not recommended.

**PRECAUTIONS**

**General**

Allergic reactions associated with administration of ENBREL® during clinical trials have been reported in < 2% of patients. If an anaphylactic reaction or other serious allergic reaction occurs, administration of ENBREL® should be discontinued immediately and appropriate therapy initiated.

Caution: The needle cover of the prefilled syringe contains natural rubber (latex) which may cause allergic reactions in individuals sensitive to this substance.

**Information for Patients**

ENBREL® is provided as a single-use prefilled syringe or multiple-use vial. The needle cover on the single-use prefilled syringe contains dry natural rubber (latex), which should not be handled by persons sensitive to this substance. If a patient or caregiver is to administer ENBREL®, the patient or caregiver should be instructed in injection techniques and how to measure and administer the correct dose (see the ENBREL® "Patient Information" insert). The first injection should be performed under the supervision of a qualified health care professional. The patient's or caregiver's ability to inject subcutaneously should be assessed. Patients and caregivers should be instructed in the technique as well as proper syringe and needle disposal, and be cautioned against reuse of needles and syringes. A puncture-resistant container for disposal of needles and syringes should be used. If the product is intended for multiple use, additional syringes, needles, and alcohol swabs will be required.

**Patients with Heart Failure**

Two large clinical trials evaluating the use of ENBREL® in the treatment of heart failure were terminated early due to lack of efficacy. Results of one study suggested higher mortality in patients treated with ENBREL® compared to placebo. Results of the second study did not corroborate these observations. Analyses did not identify specific factors associated with increased risk of adverse outcomes in heart failure patients treated with ENBREL® (see ADVERSE REACTIONS: Patients with Heart Failure). There have been post-marketing reports of worsening of congestive heart failure (CHF), with and without identifiable precipitating factors, in patients taking ENBREL®. There have also been reports of new onset CHF, including CHF in patients without known pre-existing cardiovascular disease. Some of these patients have been under 50 years of age. Physicians should exercise caution when using ENBREL® in patients who also have heart failure, and monitor patients carefully.

**Immunosuppression**

Anti-TNF therapies, including ENBREL®, affect host defenses against infections and malignancies since TNF mediates inflammation and modulates cellular immune responses. In a study of 49 patients with RA treated with ENBREL®,

**Geriatric Use**

A total of 480 RA patients and 89 plaque psoriasis patients ages 65 years or older have been studied in clinical trials. No overall differences in safety or effectiveness were observed between these patients and younger patients. Because there is a higher incidence of infections in the elderly population in general, caution should be used in treating the elderly.

**Pediatric Use**

ENBREL® is indicated for treatment of polyarticular-course juvenile rheumatoid arthritis in patients who have had an inadequate response to one or more DMARDs. For issues relevant to pediatric patients, in addition to other sections of the label, see also WARNINGS; PRECAUTIONS: Immunizations; and ADVERSE REACTIONS: Adverse Reactions in Patients with JRA. ENBREL® has not been studied in children < 4 years of age.

The safety and efficacy of ENBREL® in pediatric patients with plaque psoriasis have not been studied.

**ADVERSE REACTIONS**

**Adverse Reactions in Adult Patients with RA, Psoriatic Arthritis, Ankylosing Spondylitis, or Plaque Psoriasis**

ENBREL® has been studied in 1442 patients with RA, followed for up to 80 months, in 169 patients with psoriatic arthritis for up to 24 months, in 222 patients with ankylosing spondylitis for up to 10 months, and 1261 patients with plaque psoriasis for up to 15 months. In controlled trials, the proportion of ENBREL®-treated patients who discontinued treatment due to adverse events was approximately 4% in the indications studied. The vast majority of these patients were treated with 25 mg SC twice weekly. In plaque psoriasis studies, ENBREL® doses studied were 25 mg SC once a week, 25 mg SC twice a week, and 50 mg SC twice a week.

**Injection Site Reactions**

In controlled trials in rheumatologic indications, approximately 37% of patients treated with ENBREL® developed injection site reactions. In controlled trials in patients with plaque psoriasis, 14% of patients treated with ENBREL® developed injection site reactions during the first 3 months of treatment. All injection site reactions were described as mild to moderate (erythema and/or itching, pain, or swelling) and generally did not necessitate drug discontinuation. Injection site reactions generally occurred in the first month and subsequently decreased in frequency. The mean duration of injection site reactions was 3 to 5 days. Seven percent of patients experienced redness at a previous injection site when subsequent injections were given. In post-marketing experience, injection site bleeding and bruising have also been observed in conjunction with ENBREL® therapy.

**Infections**

In controlled trials, there were no differences in rates of infection among RA, psoriatic arthritis, ankylosing spondylitis, and plaque psoriasis patients treated with ENBREL® and those treated with placebo (for MTX for RA and psoriatic arthritis patients). The most common type of infection was upper respiratory infection, which occurred at a rate of approximately 20% among both ENBREL®- and placebo-treated patients in RA, psoriatic arthritis, and AS trials, and at a rate of approximately 12% among both ENBREL®- and placebo-treated patients in plaque psoriasis trials in the first 3 months of treatment.

In placebo-controlled trials in RA, psoriatic arthritis, ankylosing spondylitis, and plaque psoriasis no increase in the incidence of serious infections was observed (approximately 1% in both placebo- and ENBREL®-treated groups). In all clinical trials in RA, serious infections experienced by patients have included: pyelonephritis, bronchitis, septic arthritis, abdominal abscess, cellulitis, osteomyelitis, wound infection, pneumonia, foot abscess, leg ulcer, diarrhea, sinusitis, and sepsis. The rate of serious infections has not increased in open-label extension trials and is similar to that observed in ENBREL®- and placebo-treated patients from controlled trials. Serious infections, including sepsis and death, have also been reported during post-marketing use of ENBREL®. Some have occurred within a few weeks after initiating treatment with ENBREL®. Many of the patients had underlying conditions (e.g., diabetes, congestive heart failure, history of active or chronic infections) in addition to their rheumatoid arthritis (see WARNINGS). Data from a sepsis clinical trial not specifically in patients with RA suggest that ENBREL® treatment may increase mortality in patients with established sepsis.[9]

In patients who received both ENBREL® and anakinra for up to 24 weeks, the incidence of serious infections was 7%. The most common infections consisted of bacterial pneumonia (4 cases) and cellulitis (4 cases). One patient with pulmonary fibrosis and pneumonia died due to respiratory failure.

In post-marketing experience in rheumatologic indications, infections have been observed with various pathogens including: viral, bacterial, fungal, and protozoal organisms. Infections have been noted in all organ systems and have been reported in patients receiving ENBREL® alone or in combination with immunosuppressive agents.

Non Confidential

ENBREL® (etanercept)    8

In clinical trials in plaque psoriasis, serious infections experienced by ENBREL®-treated patients have included: cellulitis, gastroenteritis, pneumonia, abscess, and osteomyelitis.

### Malignancies

Patients have been observed in clinical trials with ENBREL® for over five years. Among 4462 rheumatoid arthritis patients treated with ENBREL® in clinical trials for a mean of 27 months (approximately 10000 patient-years of therapy), 9 lymphomas were observed for a rate of 0.09 cases per 100 patient-years. This is 3-fold higher than the rate of lymphomas expected in the general population based on the Surveillance, Epidemiology, and End Results Database.[10] An increased rate of lymphoma up to several fold has been reported in the rheumatoid arthritis patient population, and may be further increased in patients with more severe disease activity[11, 12] (see WARNINGS: Malignancies). Sixty-seven malignancies, other than lymphoma, were observed. Of these, the most common malignancies were colon, breast, lung, and prostate, which were similar in type and number to what would be expected in the general population.[10] Analysis of the cancer rates at 6 month intervals suggest constant rates over five years of observation.

In the placebo-controlled portions of the psoriasis studies, 8 of 933 patients who received ENBREL® at any dose were diagnosed with a malignancy compared to 1 of 414 patients who received placebo. Among the 1261 patients with psoriasis who received ENBREL® at any dose in the controlled and uncontrolled portions of the psoriasis studies (1062 patient-years), a total of 22 patients were diagnosed with 23 malignancies: 9 patients with non-melanoma solid tumors, 12 patients with 13 non-melanoma skin cancers (8 basal, 5 squamous), and 1 patient with non-Hodgkin's lymphoma. Among the placebo-treated patients (90 patient-years of observation) 1 patient was diagnosed with 2 squamous cell cancers. The size of the placebo group and limited duration of the controlled portions of studies precludes the ability to draw firm conclusions.

Among 89 patients with Wegener's granulomatosis receiving ENBREL® in a randomized, placebo-controlled trial, 5 experienced a variety of non-cutaneous solid malignancies compared with none receiving placebo (see WARNINGS: Malignancies).

### Immunogenicity

Patients with RA, psoriatic arthritis, ankylosing spondylitis, or plaque psoriasis were tested at multiple timepoints for antibodies to ENBREL®. Antibodies to the TNF receptor portion or other protein components of the ENBREL® drug product were detected at least once in sera of approximately 6% of adult patients with RA, psoriatic arthritis, ankylosing spondylitis, or plaque psoriasis. These antibodies were all non-neutralizing. No apparent correlation of antibody development to clinical response or adverse events was observed. Results from JRA patients were similar to those seen in adult RA patients treated with ENBREL®. The long-term immunogenicity of ENBREL® is unknown.

The data reflect the percentage of patients whose test results were considered positive for antibodies to ENBREL® in an ELISA assay, and are highly dependent on the sensitivity and specificity of the assay. Additionally, the observed incidence of antibody positivity in an assay may be influenced by several factors including sample handling, concomitant medications, and underlying disease. For these reasons, comparison of the incidence of antibodies to ENBREL® with the incidence of antibodies to other products may be misleading.

### Autoantibodies

Patients with RA had serum samples tested for autoantibodies at multiple timepoints. In RA Studies I and II, the percentage of patients evaluated for antinuclear antibodies (ANA) who developed new positive ANA (titer ≥ 1:40) was higher in patients treated with ENBREL® (11%) than in placebo-treated patients (5%). The percentage of patients who developed new positive anti-double-stranded DNA antibodies was also higher by radioimmunoassay (15% of patients treated with ENBREL® compared to 4% of placebo-treated patients) and by *Crithidia luciliae* assay (3% of patients treated with ENBREL® compared to none of placebo-treated patients). The proportion of patients treated with ENBREL® who developed anticardiolipin antibodies was similarly increased compared to placebo-treated patients. In Study III, no pattern of increased autoantibody development was seen in ENBREL® patients compared to MTX patients.

The impact of long-term treatment with ENBREL® on the development of autoimmune diseases is unknown. Rare adverse event reports have described patients with rheumatoid factor positive and/or erosive RA who have developed additional autoantibodies in conjunction with rash and other features suggesting a lupus-like syndrome.

### Other Adverse Reactions

Table 10 summarizes the events reported in at least 3% of all patients with higher incidence in patients treated with ENBREL® compared to controls in placebo-controlled RA trials (including the combination methotrexate trial) and relevant

ENBREL® (etanercept)    9

In a randomized controlled trial in which 51 patients with RA received ENBREL® 50 mg twice weekly and 25 patients received ENBREL® 25 mg twice weekly, the following serious adverse events were observed in the 50 mg twice weekly arm: gastrointestinal bleeding, normal pressure hydrocephalus, seizure, and stroke. No serious adverse events were observed in the 25 mg arm.

### Adverse Reactions in Patients with JRA

In general, the adverse events in pediatric patients were similar in frequency and type as those seen in adult patients (see WARNINGS and other sections under ADVERSE REACTIONS). Differences from adults and other special considerations are discussed in the following paragraphs.

Severe adverse reactions reported in 69 JRA patients ages 4 to 17 years included varicella (see also PRECAUTIONS: Immunizations), gastroenteritis, depression/personality disorder, cutaneous ulcer, esophagitis/gastritis, group A streptococcal septic shock, Type 1 diabetes mellitus, and soft tissue and post-operative wound infection.

Forty-three of 69 (62%) children with JRA experienced an infection while receiving ENBREL® during three months of study (part 1 open-label), and the frequency and severity of infections was similar in 58 patients completing 12 months of open-label extension therapy. The types of infections reported in JRA patients were generally mild and consistent with those commonly seen in outpatient pediatric populations. Two JRA patients developed varicella infection and signs and symptoms of aseptic meningitis which resolved without sequelae.

The following adverse events were reported more commonly in 69 JRA patients receiving 3 months of ENBREL® compared to the 349 adult RA patients in placebo-controlled trials. These included headache (19% of patients, 1.7 events per patient-year), nausea (9%, 1.0 events per patient-year), abdominal pain (19%, 0.74 events per patient-year), and vomiting (13%, 0.74 events per patient-year).

In post-marketing experience, the following additional serious adverse events have been reported in pediatric patients: abscess with bacteremia, optic neuritis, pancytopenia, seizures, tuberculous arthritis, urinary tract infection (see WARNINGS), coagulopathy, cutaneous vasculitis, and transaminase elevations. The frequency of these events and their causal relationship to ENBREL® therapy are unknown.

### Patients with Heart Failure

Two randomized placebo-controlled studies have been performed in patients with CHF. In one study, patients received either ENBREL® 25 mg twice weekly, 25 mg three times weekly, or placebo. In a second study, patients received either ENBREL® 25 mg once weekly, 25 mg twice weekly, or placebo. Results of the first study suggested higher mortality in patients treated with ENBREL® at either schedule compared to placebo. Results of the second study did not corroborate these observations. Analyses did not identify specific factors associated with increased risk of adverse outcomes in heart failure patients treated with ENBREL® (see PRECAUTIONS: Patients with Heart Failure).

### Adverse Reaction Information from Spontaneous Reports

Adverse events have been reported during post-approval use of ENBREL®. Because these events are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to ENBREL® exposure.

Additional adverse events are listed by body system below:

| | |
|---|---|
| Body as a whole: | angioedema, fatigue, fever, flu syndrome, generalized pain, weight gain |
| Cardiovascular: | chest pain, vasodilation (flushing), new-onset congestive heart failure (see PRECAUTIONS: Patients with Heart Failure) |
| Digestive: | altered sense of taste, anorexia, diarrhea, dry mouth, intestinal perforation |
| Hematologic/ Lymphatic: | adenopathy, anemia, aplastic anemia, leukopenia, neutropenia, pancytopenia, thrombocytopenia (see WARNINGS) |
| Musculoskeletal: | joint pain, lupus-like syndrome with manifestations including rash consistent with subacute or discoid lupus |
| Nervous: | paresthesias, stroke, seizures and central nervous system events suggestive of multiple sclerosis or isolated demyelinating conditions such as transverse myelitis or optic neuritis (see WARNINGS) |
| Ocular: | dry eyes, ocular inflammation |
| Respiratory: | dyspnea, interstitial lung disease, pulmonary disease, worsening of prior lung disorder |

Non Confidential

events from Study III. In placebo-controlled plaque psoriasis trials, the percentages of patients reporting injection site reactions were lower in the placebo dose group (6.4%) than in the ENBREL® dose groups (15.5%) in Studies I and II. Otherwise, the percentages of patients reporting adverse events in the 50 mg twice a week dose group were similar to those observed in the 25 mg twice a week dose group or placebo group. In psoriasis Study I, there were no serious adverse events of worsening psoriasis following withdrawal of study drug. However, adverse events of worsening psoriasis including three serious adverse events were observed during the course of the clinical trials. Urticaria and non-infectious hepatitis were observed in a small number of patients in clinical studies. Urticaria and angioedema has also been reported in spontaneous post-marketing reports. Adverse events in psoriatic arthritis, ankylosing spondylitis, and plaque psoriasis trials were similar to those reported in RA clinical trials.

### Table 10: Percent of RA Patients Reporting Adverse Events in Controlled Clinical Trials[a]

| | Placebo Controlled | | Active Controlled (Study III) | |
|---|---|---|---|---|
| | Percent of patients | | Percent of patients | |
| Event | Placebo[b] (N = 152) | ENBREL® (N = 349) | MTX (N = 217) | ENBREL® (N = 415) |
| Injection site reaction | 10 | 37 | 7 | 34 |
| Infection (total)** | 32 | 35 | 72 | 64 |
|   Non-upper respiratory infection (non-URI)** | 32 | 38 | 60 | 51 |
|   Upper respiratory infection (URI)** | 16 | 29 | 39 | 31 |
| Headache | 13 | 17 | 27 | 24 |
| Nausea | 10 | 9 | 29 | 15 |
| Rhinitis | 8 | 12 | 14 | 16 |
| Dizziness | 5 | 7 | 11 | 8 |
| Pharyngitis | 5 | 7 | 9 | 6 |
| Cough | 3 | 6 | 6 | 5 |
| Asthenia | 5 | 5 | 12 | 11 |
| Abdominal pain | 3 | 5 | 10 | 10 |
| Rash | 3 | 5 | 23 | 14 |
| Peripheral edema | 3 | 2 | 4 | 8 |
| Respiratory disorder | 1 | 5 | NA | NA |
| Dyspepsia | 1 | 4 | 10 | 11 |
| Sinusitis | 2 | 3 | 3 | 5 |
| Vomiting | - | 3 | 8 | 5 |
| Mouth ulcer | 1 | 2 | 14 | 6 |
| Alopecia | 1 | 1 | 12 | 6 |
| Pneumonitis (*MTX lung*) | - | - | 2 | 0 |

* Includes data from the 6-month study in which patients received concurrent MTX therapy.
† The duration of exposure for patients receiving placebo was less than the ENBREL®-treated patients.
** Infection (total) includes data from all three placebo-controlled trials. Non-URI and URI include data only from the two placebo-controlled trials where infections were collected separately from adverse events (placebo N = 110, ENBREL® N = 213).

In controlled trials of RA and psoriatic arthritis, rates of serious adverse events were seen at a frequency of approximately 5% among ENBREL®- and control-treated patients. In controlled trials of plaque psoriasis, rates of serious adverse events were seen at a frequency of < 1.5% among ENBREL®- and placebo-treated patients in the first 3 months of treatment. Among patients with RA in placebo-controlled, active-controlled, and open-label trials of ENBREL®, malignancies (see WARNINGS: Malignancies, ADVERSE REACTIONS: Malignancies) and infections (see ADVERSE REACTIONS: Infections) were the most common serious adverse events observed. Other infrequent serious adverse events observed in RA, psoriatic arthritis, ankylosing spondylitis, or plaque psoriasis clinical trials are listed by body system below:

Cardiovascular:   heart failure, myocardial infarction, myocardial ischemia, hypertension, hypotension, deep vein thrombosis, thrombophlebitis

Digestive:   cholecystitis, pancreatitis, gastrointestinal hemorrhage, appendicitis

Hematologic/Lymphatic:   lymphadenopathy

Musculoskeletal:   bursitis, polymyositis

Nervous:   cerebral ischemia, depression, multiple sclerosis (see WARNINGS: Neurologic Events)

Respiratory:   dyspnea, pulmonary embolism, sarcoidosis

Skin:   worsening psoriasis

Urogenital:   membranous glomerulonephropathy, kidney calculus

Skin:   cutaneous vasculitis, pruritis, subcutaneous nodules, urticaria

## OVERDOSAGE

The maximum tolerated dose of ENBREL® has not been established in humans. Toxicology studies have been performed in monkeys at doses up to 30 times the human dose with no evidence of dose-limiting toxicities. No dose-limiting toxicities have been observed during clinical trials of ENBREL®. Single IV doses up to 60 mg/m² have been administered to healthy volunteers in an endotoxemia study without evidence of dose-limiting toxicities.

## DOSAGE AND ADMINISTRATION

### Adult RA, AS, and Psoriatic Arthritis Patients

The recommended dose of ENBREL® for adult patients with rheumatoid arthritis, psoriatic arthritis, or ankylosing spondylitis is 50 mg per week given as one subcutaneous (SC) injection using a 50 mg/mL single-use prefilled syringe. Methotrexate, glucocorticoids, salicylates, nonsteroidal anti-inflammatory drugs (NSAIDs), or analgesics may be continued during treatment with ENBREL®. Based on a study of 50 mg ENBREL® (twice weekly) in patients with RA that suggested higher incidence of adverse reactions but similar ACR response rates, doses higher than 50 mg per week are not recommended (see ADVERSE REACTIONS).

### Adult Plaque Psoriasis Patients

The recommended starting dose of ENBREL® for adult patients is a 50 mg dose given twice weekly (administered 3 or 4 days apart) for 3 months followed by a reduction to a maintenance dose of 50 mg per week (see CLINICAL STUDIES). The recommended dose should be administered subcutaneously, using 50 mg/mL single-use prefilled syringes.

Starting doses of ENBREL® of 25 or 50 mg per week were also shown to be efficacious. The proportion of responders were related to ENBREL® dosage (see CLINICAL STUDIES).

### JRA Patients

The recommended dose of ENBREL® for pediatric patients ages 4 to 17 years with active polyarticular-course JRA is 0.8 mg/kg per week (up to a maximum of 50 mg per week). For pediatric patients weighing 63 kg (138 pounds) or more, the weekly dose of 50 mg may be administered using the prefilled syringe. For pediatric patients weighing 31 to 62 kg (68 to 136 pounds), the total weekly dose should be administered as two subcutaneous (SC) injections, either on the same day or 3 or 4 days apart using the multiple-use vial. The dose for pediatric patients weighing less than 31 kg (68 pounds) should be administered as a single SC injection once weekly using the correct volume from the multiple-use vial. Glucocorticoids, nonsteroidal anti-inflammatory drugs (NSAIDs), or analgesics may be continued during treatment with ENBREL®. Concurrent use with methotrexate and higher doses of ENBREL® have not been studied in pediatric patients.

### Preparation of ENBREL®

ENBREL® is intended for use under the guidance and supervision of a physician. Patients may self-inject when deemed appropriate and if they receive medical follow-up, as necessary. Patients should not self-administer until they receive proper training in how to prepare and administer the correct dose.

The ENBREL® (etanercept) "Patient Information" insert contains more detailed instructions on the preparation of ENBREL®.

### Preparation of ENBREL® Using the Single-use Prefilled Syringe:

Before injection, ENBREL® single-use prefilled syringe may be allowed to reach room temperature (approximately 15 to 30 minutes). DO NOT remove the needle cover while allowing the prefilled syringe to reach room temperature.

### Preparation of ENBREL® Using the Multiple-use Vial:

ENBREL® should be reconstituted aseptically with 1 mL of the supplied Sterile Bacteriostatic Water for Injection, USP (0.9% benzyl alcohol) giving a solution of 1.0 mL containing 25 mg of ENBREL®.

A vial adapter is supplied for use when reconstituting the lyophilized powder. However, the vial adapter should not be used if multiple doses are going to be withdrawn from the vial. If the vial will be used for multiple doses, a 25-gauge needle should be used for reconstituting and withdrawing ENBREL®, and the supplied "Mixing Date:" sticker should be attached to the vial and the date of reconstitution entered. Reconstitution with the supplied BWFI, using a 25-gauge needle, yields a preserved, multiple-use solution that must be used within 14 days.

If using the vial adapter, twist the vial adapter onto the diluent syringe. Then, place the vial adapter over the ENBREL® vial and insert the vial adapter into the vial stopper. Push down on the plunger to inject the diluent into the ENBREL® vial. It is normal for some foaming to occur. Keeping the diluent syringe in place,

AM-AR0331988

ENBREL® (etanercept)                10

gently swirl the contents of the ENBREL® vial during dissolution. To avoid excessive foaming, do not shake or vigorously agitate.

If using a 25-gauge needle to reconstitute and withdraw ENBREL®, the diluent should be injected very slowly into the ENBREL® vial. It is normal for some foaming to occur. The contents should be swirled gently during dissolution. To avoid excessive foaming, do not shake or vigorously agitate.

Generally, dissolution of ENBREL® takes less than 10 minutes. Visually inspect the solution for particulate matter and discoloration prior to administration. The solution should not be used if discolored or cloudy, or if particulate matter remains.

Withdraw the correct dose of reconstituted solution into the syringe. Some foam or bubbles may remain in the vial. Remove the syringe from the vial adapter or remove the 25-gauge needle from the syringe. Attach a 27-gauge needle to inject ENBREL®.

The contents of one vial of ENBREL® solution should not be mixed with, or transferred into, the contents of another vial of ENBREL®. No other medications should be added to solutions containing ENBREL®, and do not reconstitute ENBREL® with other diluents. Do not filter reconstituted solution during preparation or administration.

Reconstitution with the supplied BWFI, using a 25-gauge needle, yields a preserved, multiple-use solution that must be used within 14 days. Discard reconstituted solution after 14 days. PRODUCT STABILITY AND STERILITY CANNOT BE ASSURED AFTER 14 DAYS.

**Administration of ENBREL®**

A 50 mg dose should be given as one SC injection using a 50 mg/mL single-dose prefilled syringe or as two 25 mg SC injections using the multiple-use vial. The two 25 mg injections should be given either on the same day or 3 or 4 days apart (see CLINICAL STUDIES).

Rotate sites for injection (thigh, abdomen, or upper arm). Never inject into areas where the skin is tender, bruised, red, or hard. See the ENBREL® (etanercept) "Patient Information" insert for detailed information on injection site selection and dose administration.

**Storage and Stability**

ENBREL® single-use prefilled syringe: Do not use a prefilled syringe beyond the expiration date stamped on the carton or syringe barrel label. The prefilled syringes must be refrigerated at 2° to 8°C (36° to 46°F). DO NOT FREEZE. Keep the ENBREL® prefilled syringes in the original carton to protect from light until the time of use. Do not shake.

ENBREL® multiple-use vial: Do not use a dose tray beyond the expiration date stamped on the carton, dose tray label, vial label, or diluent syringe label. The dose tray containing ENBREL® (sterile powder) must be refrigerated at 2° to 8°C (36° to 46°F). DO NOT FREEZE.

Reconstituted solutions of ENBREL® prepared with the supplied Bacteriostatic Water for Injection, USP (0.9% benzyl alcohol), using a 25-gauge needle, may be stored for up to 14 days if refrigerated at 2° to 8°C (36° to 46°F). Discard reconstituted solution after 14 days. PRODUCT STABILITY AND STERILITY CANNOT BE ASSURED AFTER 14 DAYS.

**HOW SUPPLIED**

ENBREL® single-use prefilled syringe is supplied in a carton containing four prefilled syringes (NDC 58406-435-04). Each prefilled syringe contains 0.98 mL of 50 mg/mL of etanercept in a single-dose syringe with a 27-gauge, ½-inch needle. Administration of one 50 mg/mL prefilled syringe of ENBREL® provides a dose equivalent to two 25 mg vials of lyophilized ENBREL®, when vials are reconstituted and administered as recommended.

ENBREL® multiple-use vial is supplied in a carton containing four dose trays (NDC 58406-425-34). Each dose tray contains one 25 mg vial of etanercept, one diluent syringe (1 mL Sterile Bacteriostatic Water for Injection, USP containing 0.9% benzyl alcohol), one 27-gauge ½-inch needle, one vial adapter, one plunger, and two alcohol swabs. Each carton contains four "Mixing Date" stickers.

Rx Only

**REFERENCES**

1.  Ramey DR, Fries JF, Singh G. The Health Assessment Questionnaire 1995 - Status and Review. In: Spilker B, ed: "Quality of Life and Pharmacoeconomics in Clinical Trials." 2nd ed. Philadelphia, PA: Lippincott-Raven 1996:227.

2.  Ware JE Jr, Gandek B: Overview of the SF-36 Health Survey and the International Quality of Life Assessment (IQOLA) Project. J. Clin Epidemiol 1998:51(11):903.

1996;9(1):903.

3. Giannini EH, Ruperto N, Ravelli A, et al. Preliminary definition of improve-
ment of juvenile arthritis. Arthritis Rheum 1997;40(7):1202.

4. Fredriksson T, Petersson U. Severe psoriasis-oral therapy with a new retinoid.
Dermatologica 1978;157:238.

5. van der Linden S, Valkenburg HA, Cats A. Evaluation of diagnostic criteria
for ankylosing spondylitis: a proposal for modification of the New York crite-
ria. Arthritis Rheum 1984;27(4):361-8.

6. Anderson JJ, Baron G, van der Heijde D, Felson DT, Dougados M.
Ankylosing spondylitis assessment group preliminary definition of short-term
improvement in ankylosing spondylitis. Arthritis Rheum 2001;44(8):1876-
86.

7. Van Oosten BW, Barkhof F, Truyen L, et al. Increased MRI activity and
immune activation in two multiple sclerosis patients treated with the mono-
clonal anti-tumor necrosis factor antibody cA2. Neurology 1996;47:1531.

8. Arnason BGW, et al. (Lenercept Multiple Sclerosis Study Group). TNF neu-
tralization in MS: Results of a randomized, placebo-controlled multicenter
study. Neurology 1999;53:457.

9. Fisher CJ Jr, Agosti JM, Opal SM, et al. Treatment of septic shock with the
tumor necrosis factor receptor: Fc fusion protein. The Soluble TNF Receptor
Sepsis Study Group. N Engl J Med 1996;334(26):1697.

10. National Cancer Institute. Surveillance, Epidemiology, and End Results
Database (SEER) Program. SEER Incidence Crude Rates, 11 Registries,
1992-1999.

11. Mellemkjaer L, Linet MS, Gridley G, et al. Rheumatoid Arthritis and Cancer
Risk. European Journal of Cancer 1996;32A(10):1753-1757.

12. Baecklund E, Ekbom A, Sparen P, et al. Disease Activity and Risk of
Lymphoma in Patients With Rheumatoid Arthritis: Nested Case-Control
Study. BMJ 1998;317: 180-181.

© 2005 Amgen. All rights reserved. MC27825 750M/R-05 P172095C

**AMGEN® Wyeth®**

**Manufactured by:**

Immunex Corporation
Thousand Oaks, CA 91320-1799
U.S. License Number 1132

Marketed by Amgen
and Wyeth Pharmaceuticals

© 2005 Immunex Corporation. All rights reserved.

3292101 – v25
Issue Date: 07/28/2005

Immunex U.S. Patent Numbers:
5,395,760; 5,605,690; 5,945,397; 6,201,105; 6,572,852;
Re. 36,755

 This paper can be recycled.

# EXHIBIT J



EVERY PATIENT TELLS A STORY

etanercept

Non Confidential                    AM-AR0343134

THE INTRODUCTION:
# Have You Met These Patients?

### The **Silent Progression** Patient
### with moderate to severe rheumatoid arthritis (RA)
- Disease management is more than symptom management[1]

> At 2 years, 74% of patients on ENBREL + MTX had no radiographic progression[2]*...page 5

### The **Traditional DMARD** Patient with moderate to severe RA
- Traditional disease-modifying antirheumatic drugs (DMARDs) can mean traditional results

> At 2 years:
>
> —Nearly half of patients on ENBREL + MTX sustained an ACR 70[†] response[2]
> —41% of patients on ENBREL + MTX achieved clinical remission[2†]...page 9

ENBREL is indicated for reducing signs and symptoms, inducing major clinical response, inhibiting the progression of structural damage, and improving physical function in patients with moderately to severely active RA. ENBREL can be initiated in combination with methotrexate (MTX) or used alone.

[...] signs and symptoms, inhibiting the progression of structural damage of active arthritis, and improv[...] [...]. ENBREL can be used in combination with MTX in patients who do not respond adequately [...]

[...] Please see Important [...]

2

## The 65+ Patient with moderate to severe RA
- It's not too late to consider ENBREL

Efficacy and safety were similar across older and younger adult patients with ENBREL[3]...page 13

— Because there is a higher incidence of infections in the elderly population in general, caution should be used

## The Psoriatic Arthritis Patient
- Treat both joints and skin

ENBREL is the first and only biologic approved to improve physical function in patients with psoriatic arthritis[3-6]...page 17

*No radiographic progression is defined as ≤ 0.0 units' change from baseline in modified Total Sharp Score.

[3]American College of Rheumatology (ACR) response is defined as ≥ 20%, 50%, or 70% improvement in tender joint count and swollen joint count plus ≥ 20%, 50%, or 70% improvement in at least 3 of the following 5 criteria: patient pain assessment, physician and patient global assessments, patient self-assessed disability (HAQ), and acute phase reactant (erythrocyte sedimentation rate (ESR) or C-reactive protein (CRP) level).

[4]... remission is defined as a disease activity score (DAS) of < 1.6 units. Calculation of DAS utilized tender joint count (Ritchie Articular Index), ...RA, and visual analog scales from a patient's general health assessment. The DAS is a validated tool used in clinical trials and ... League Against Rheumatism (EULAR) response criteria.



3

# How Do You Manage What You Don't See?

**Fact**: **49% of patients** had documented erosions at year 1 of disease duration, which increased to 90% of patients at year 2[7]
(Lindqvist, *Annals of the Rheumatic Diseases*, 2003)

**Fact**: Radiographic progression can occur despite symptomatic improvement[8]
(Mulherin, *British Journal of Rheumatology*, 1996)

## The **Silent Progression** Patient[*]

- 40-year-old patient with moderate to severe RA
- Active parent
- Biologic-naive
- Morning stiffness
- Persistent synovitis
- Elevated CRP



patient?

4

Non Confidential                    AM-AR0343137



The Silent Progression RA Patient

# JIM, ENBREL PATIENT, TELLS HIS STORY

*"I go days and barely think about rheumatoid arthritis."*

## Instead Jim can...

- Exercise in the morning
- Take daily walks with his family
- Put in a full workweek
- Play soccer in the yard with his kids

Individual results may vary.

**For inhibition of radiographic progression, prescribe ENBREL.**



7

The Traditional DMARD RA Patient

# Is Your Patient
# Telling You the Whole Story?

**Fact**: **Approximately 8 out of 10 patients** on MTX failed to achieve an ACR 70 response at 2 years[2] (TEMPO Study)

## The **Traditional DMARD** Patient*

- 48-year-old patient with moderate to severe RA
- Frequently late to work from morning stiffness
- Has trouble opening new milk cartons
- Patient says "I'm fine"

*Hypothetical patient.

## Could **ENBREL** be right for this patient?



8

The Traditional DMARD RA Patient

THE SUSTAINABILITY STORY:
# Greater Symptom Control for More Patients

## Almost 50% of ENBREL + MTX Patients Achieved an ACR 70 Response[†] at 2 Years[2]



*ACR response is defined as ≥ 20%, 50%, or 70% improvement in tender joint count and swollen joint count plus ≥ 20%, 50%, or 70% improvement in at least 3 of the following 5 criteria: patient pain assessment, physician and patient global assessments, patient self-assessed disability (HAQ), and acute phase reactant (ESR or CRP level).

*Clinical remission is defined as a DAS of < 1.6 units. Calculation of DAS utilized tender joint count (Ritchie Articular Index), swollen joint count, ESR, and visual analog scales from a patient's general health assessment. The DAS is a validated tool used in clinical trials and serves as the basis for the EULAR response criteria.

### Two-year ACR 70 NRI[2]
Nonresponder imputation (NRI) methodology:
- 41%[∥] of patients receiving ENBREL + MTX had an ACR 70 response vs
  – 24%[¶] receiving ENBREL
  – 16% receiving MTX
  ¶P < 0.01 vs ENBREL, P < 0.01 vs MTX
  ∥P < 0.05 vs MTX

## 41% of patients receiving ENBREL + MTX achieved clinical remission[#] at 2 years[2]

- 37% of patients receiving ENBREL + MTX achieved clinical remission at 1 year[2]
- 20% of patients receiving ENBREL + MTX achieved clinical remission at 3 months[2]



Please refer to page 5 for study design.

9

Non Confidential                AM-AR0343140



THE SUSTAINABILITY STORY:
# Greater Functionality for More Patients

### Almost Half of ENBREL + MTX Patients Achieved HAQ Scores* of ≤ 0.5 at 2 Years²



*The Health Assessment Questionnaire disability index (HAQ-DI) is scored on a scale of 0 to 3 units. A HAQ-DI score of 0 indicates the lack of any measurable degree of disability, whereas a score of 3 means that a patient is unable to perform all activities. A 0.22-unit change in HAQ-DI score is generally considered the minimum clinically important difference.

■ Patients receiving ENBREL + MTX achieved a mean 1.1-unit reduction in HAQ scores at 2 years²

Non Confidential                    AM-AR0343141

The Traditional DMARD RA Patient

# TAMI, ENBREL PATIENT SINCE 2001, TELLS HER STORY

*"It's being able to walk around and do everyday things that other people may take for granted."*

### Tami's everyday things:

- Teaching her baby to walk
- Opening bottles herself
- Taking less time to get ready for work
- Walking up and down stairs

Individual results may vary.

Traditional DMARDs can mean traditional results.
**Instead, consider ENBREL.**

11

**Enbrel**
etanercept



# How Does Age Impact RA Treatment?

**Fact**: Medicare coverage is now available for injectable biologics

### The **65+** Patient*

- 67 years of age with moderate to severe RA
- Concerned about safety profile of RA treatment
- Has trouble opening vitamin bottles
- Has difficulty climbing steps

*Hypothetical patient.

## Could **ENBREL** be right for this patient?



12



THE 65+ STORY:
# Similar Efficacy Across Age Groups



**One-year ACR 70 NRI (all patients)[2]**
NRI methodology:

- 40%[1] of patients receiving ENBREL + MTX had an ACR 70 response vs
  – 22% receiving ENBREL
  – 17% receiving MTX
  [1]P < 0.01 vs ENBREL; P < 0.01 vs MTX

**One-year ACR 70 NRI (patients aged 65+)[2]**
NRI methodology:

- 34%[2] of patients receiving ENBREL + MTX had an ACR 70 response vs
  – 10% receiving ENBREL
  – 9% receiving MTX
  [2]P < 0.01 vs ENBREL; P < 0.01 vs MTX

Please refer to page 5 for study design and page 3 for ACR definition.

13



Non Confidential

AM-AR0343144



## THE 65+ STORY:
# Similar Safety Profile Across Age Groups

### Safety profile in patients aged 65+ similar to that of younger adult patients

- A total of 480 RA patients aged 65 years and older have been studied in clinical trials[3]
- No overall differences in safety or effectiveness were observed between these patients and younger adult patients[3]
- Because there is a higher incidence of infections in the elderly population in general, caution should be used in treating the elderly[3]
- ENBREL has a short half-life (4.3 days), which can result in rapid elimination from the body[3]
- Flexibility to stop and restart treatment and recapture efficacy[3]
- More than 75,000 patients aged 65 years and older have used ENBREL[9]
- In the Early RA study, 75% of patients receiving ENBREL 25 mg twice-weekly were able to reduce or discontinue corticosteroids at 5 years[9]

### ENBREL now eligible for Medicare coverage

- To be covered, patients must enroll for Medicare drug coverage
- Enrollment for these new plans runs through May 15, 2006[10]
- Patients can call **1-888-4ENBREL** for personalized support and information about the new Medicare drug coverage

Please refer to page 5 for study design.

Please see Important Treatment Considerations on page 25 and enclosed Prescribing Information.

**14**

Non Confidential

AM-AR0343145



# MARION, ENBREL PATIENT SINCE 1999, TELLS HER STORY



"I really do feel lucky that if I've got to have RA, that it's happening now, when there's help."

**Marion has plenty to feel lucky about:**

- Playing golf twice a week
- Going out to lunch with friends
- Attending drawing class
- Keeping up with her hobbies

Individual results may vary.

It's not too late to consider ENBREL.

15

Non Confidential                    AM-AR0343146

The Psoriatic Arthritis Patient

# How Do You Balance Joint and Skin Treatment?

**Fact**: Despite clinical improvement with current DMARD treatment, psoriatic arthritis resulted in radiological damage in **up to 47% of patients** at 2 years[11] (Kane, *Rheumatology*, 2003)

## The **Psoriatic Arthritis** Patient*

- Pain in both hands, left knee, and right ankle
- Visible psoriatic lesions
- 1 hour of morning stiffness
- Recent history of inflammatory arthritis with dactylitis/enthesitis
- Not satisfied with current therapy

*Hypothetical patient.



ENBREL be right for this patient?

16

The Psoriatic Arthritis Patient

THE PSORIATIC ARTHRITIS STORY:

# The First and Only Biologic Indicated to Improve Physical Function[3-6]

## 64% of patients[†] on ENBREL achieved an ACR 20 response at 2 years[9]

- 50% of patients on ENBREL achieved an ACR 20 response at 6 months vs 13% on placebo[9]

## 53% of patients on ENBREL achieved improvement in HAQ scores at 2 years[9]

**Improvement in psoriatic skin lesions[9]**

  

Baseline          3 Months          6 Months

## 49% of patients treated with ENBREL for 2 years achieved clear or almost clear target lesion; 40% achieved it at 6 months vs 19% on placebo[9]

Multicenter, double-blind, phase 3 trial of 205 patients with active psoriatic arthritis. Mean duration of arthritic disease was about 9.1 years and mean duration of plaque psoriasis was about 19.0 years (with a qualifying target skin lesion). Patients were randomized to receive subcutaneous injections of ENBREL 25 mg (n = 101) or placebo (n = 104) administered twice weekly over the 24-week blinded treatment period. After the 24-week period, patients continued therapy in a maintenance period until all patients completed double-blind therapy. After the maintenance period, all patients received ENBREL 25 mg twice weekly in an open-label period of 48 weeks. The data were stratified by absence or presence of concurrent MTX (either ENBREL alone [n = 57] vs placebo [n = 58] or ENBREL + MTX [n = 44] vs placebo + MTX [n = 46]). Stable use of corticosteroids and/or NSAIDs was allowed. Of the 205 patients in the blinded study, 169 patients (81 originally receiving placebo, 88 originally receiving ENBREL) entered the open-label extension. Linear extrapolation was utilized for the radiographic data. Nonresponder imputation analysis was conducted during the double-blind portion for ACR response and skin lesion clearing while parameters assessed during the open-label period were analyzed based on the observed population at each time point.[*]

[†]Patients who stayed through double-blind and open-label periods.

**Please refer to page 3 for ACR definition and page 10 for HAQ definition.**



**17**

The Psoriatic Arthritis Patient

THE PSORIATIC ARTHRITIS STORY:

# The First and Only Biologic Indicated to Inhibit the Progression of Structural Damage[3-6]

## Change in Total Sharp Scores* at 2 Years[9]



*Total Sharp Score is based on combined scores of joint erosions in the hands and wrists on a scale of 0 to 5 (0 = no damage) and joint space narrowing in the hands and wrists on a scale of 0 to 4 (0 = no narrowing) and was modified to include an assessment of the distal interphalangeal joints. Data are shown for all patients having a 2-year radiograph (n = 141). Per protocol, in order to compare the radiographic images at year 2 with images from baseline, 6 months, and 1 year, all images were reread. Because of the known variability in evaluation of radiographic images in psoriatic arthritis, all radiographs were reread, blinded to patient and time point, by two of four physicians. Radiographic scores were reported as an average from the two readers. Thus, the year 2 scoring of the radiographic images is compared to a new reading of the year 1 time point.

†The primary radiographic endpoint was the annualized rate of change in Total Sharp Score over 1 year of treatment. Secondary radiographic endpoints included annualized rates of change in Total Sharp Score, erosion score, and joint space narrowing score at 6, 12, and 24 months. Following the initial 24-week period, blind-labeled ENBREL or placebo was continued during a maintenance period until all patients had completed 24 weeks of study drug. Patients could then receive open-label ENBREL in a 48-week extension period. Radiographs of hands and wrists were taken at baseline and 6 months in the controlled portion of the trial, at initiation of open-label treatment, at 1 year and 2 years from original baseline, and at early termination from the study during either part of the study. All patients who received at least one dose of study drug and who had at least one radiograph were to be included in the primary radiographic analysis. Scores were adjusted to 6- or 12-month basis using linear interpolation/extrapolation of the observed change. The mean duration of ENBREL exposure during the 12-month radiographic period was 331.6 days in the ENBREL group and 27.6 days in the placebo group.

■ At 1 year, ENBREL significantly inhibited radiographic progression vs placebo (−0.03 vs 1.0, $P = 0.0001$)[9†]

— While most patients showed little or no change in Total Sharp Score at 1 year (median change of 0 in both groups), more placebo-treated patients had larger magnitudes of worsening in Total Sharp Score compared with those receiving ENBREL.[3]

— In an exploratory analysis, 12 of 104 placebo-treated patients compared with 0 of 101 patients receiving ENBREL had increases of ≥ 3 units in Total Sharp Score[9]

Please refer to page 17 for study design.

Please see Important Treatment Considerations on page 25 and enclosed Prescribing Information.

18



Non Confidential                    AM-AR0343149

The Psoriatic Arthritis Patient

# LEANNE, ENBREL PATIENT SINCE 1999, TELLS HER STORY

*"There was usually one day a week I had so much pain that I just wouldn't get out of bed. Those days are gone."*

## These days, Leanne…

- Walks down the stairs more easily
- Enjoys dancing again
- Spends much of her day on her feet at work
- Is back to taking business trips

Individual results may vary.

¹Clinical trial participant who has continued on ENBREL.

Help improve physical function.
**Treat psoriatic arthritis with ENBREL.**

**Enbrel®**
etanercept

19

Non Confidential          AM-AR0343150

Time Line

AN IMPRESSIVE STORY:
# The Most Expanded Indications
## Across Rheumatic and Psoriatic Diseases[3-6]



1992 — First Studied in Patients

1998 — Moderate to Severe Rheumatoid Arthritis

1999 — First and Only TNF Inhibitor Approved for Moderate to Severe Juvenile RA

2000 — Moderate to Severe Early RA

ENBREL is indicated for reducing signs and symptoms, inducing major clinical response, inhibiting the progression of structural damage, and improving physical function in patients with moderately to severely active RA. ENBREL can be initiated in combination with MTX or used alone.

ENBREL is indicated for reducing signs and symptoms of moderately to severely active polyarticular-course juvenile rheumatoid arthritis (JRA) in patients who have had an inadequate response to one or more DMARDs.

ENBREL is indicated for reducing signs and symptoms, inhibiting the progression of structural damage of active arthritis, and improving physical function in patients with psoriatic arthritis. ENBREL can be used in combination with MTX in patients who do not respond adequately to MTX alone.

ENBREL is indicated for reducing signs and symptoms in patients with active ankylosing spondylitis (AS).

ENBREL is indicated for the treatment of adult patients (18 years or older) with chronic moderate to severe plaque psoriasis who are candidates for systemic therapy or phototherapy.

20

Non Confidential                                    AM-AR0343151



**2002**
Psoriatic Arthritis

**2003**
Ankylosing Spondylitis

First and Only TNF Inhibitor Approved for **Inhibiting the Progression of Structural Damage in Psoriatic Arthritis**

**Functionality in Moderate to Severe RA**

**2004**
Moderate to Severe Plaque Psoriasis

**First-line Initiation With MTX in Moderate to Severe RA**

**Major Clinical Response in Moderate to Severe RA**

**2005**
First and Only TNF Inhibitor Approved for **Physical Function in Psoriatic Arthritis**

Please see Important Treatment Considerations on page 25 and enclosed Prescribing Information.

21

**Enbrel**
etanercept

Non Confidential

AM-AR0343152

THE SCIENCE BEHIND THE STORY:
# Mechanism of Action

## ENBREL is the first and only fully human soluble TNF-receptor therapy

- ENBREL has not been shown to induce neutralizing antibodies; efficacy has been maintained[3]
- Mimics the action of naturally occurring soluble TNF receptors to help restore a natural balance of TNF[3]



## ENBREL works differently

- ENBREL does not cause cell lysis either in the presence or absence of complement[3]
- With the shortest circulating half-life (among TNF inhibitors), ENBREL can be more rapidly removed in the face of a serious infection or emergency surgery[3-5]

|  | Soluble TNF Receptor | TNF monoclonal antibodies |
|---|---|---|
| Has not been shown to induce neutralizing antibodies[3] | ✓ | |
| Highly selective for TNF-α[3] | ✓ | ✓ |
| Binds to both membrane-bound and soluble TNF[3] | ✓ | ✓ |
| Does not lyse cells in vitro[3c] | ✓ | |

22

Non Confidential

AM-AR0343153

# Important Treatment Considerations

*IN POSTMARKETING USE, THE FOLLOWING SERIOUS ADVERSE EVENTS HAVE BEEN REPORTED:*

- **SERIOUS INFECTIONS AND SEPSIS, INCLUDING FATALITIES**
  - MANY OF THESE INFECTIONS OCCURRED IN PATIENTS PREDISPOSED TO INFECTIONS BECAUSE OF CONCOMITANT IMMUNOSUPPRESSIVE THERAPY AND/OR THEIR UNDERLYING DISEASE
  - RARE CASES OF TUBERCULOSIS (TB) HAVE BEEN OBSERVED
  - DISCONTINUE ENBREL IN PATIENTS WITH SERIOUS INFECTIONS OR SEPSIS
  - DO NOT START ENBREL IN THE PRESENCE OF SEPSIS, INFECTION (INCLUDING CHRONIC OR LOCALIZED), OR ALLERGY TO ENBREL OR ITS COMPONENTS
  - USE CAUTION IN PATIENTS PREDISPOSED TO INFECTION, SUCH AS THOSE WITH ADVANCED OR POORLY CONTROLLED DIABETES

- Cases of CNS demyelinating disorders (some presenting with mental status changes and some associated with permanent disability), transverse myelitis, optic neuritis, multiple sclerosis, and new onset or exacerbation of seizure disorders
  - The causal relationship to ENBREL therapy is unclear
  - Exercise caution when considering ENBREL for patients with these disorders

- Rare cases of pancytopenia, including aplastic anemia, some fatal
  - The causal relationship to ENBREL therapy is unclear
  - Exercise caution in patients who have a previous history of significant hematologic abnormalities
  - Advise patients to seek immediate medical attention if they develop signs or symptoms of blood dyscrasias or infection
  - Consider discontinuing ENBREL if significant hematologic abnormalities are confirmed

- In clinical trials of all TNF inhibitors, a higher rate of lymphoma was seen compared to the general population; however, the risk of lymphoma may be up to several-fold higher in RA and psoriasis patients
  - The role of TNF inhibitors in the development of lymphoma is unknown

- In clinical trials, the incidence of malignancies other than lymphoma has not increased with exposure to ENBREL and is similar to the projected background rate

**Most Frequently Reported Adverse Events in RA Clinical Trials[a]**

| Event | PLACEBO CONTROLLED PERCENT OF PATIENTS | | ACTIVE-CONTROLLED PERCENT OF PATIENTS | |
|---|---|---|---|---|
| | Placebo[b] (n = 152) | ENBREL (n = 349) | MTX[c] (n = 217) | ENBREL (n = 415) |
| Injection site reactions | 10 | 37 | 7 | 34 |
| Infection[d] (total) | 32 | 35 | 72 | 64 |
| Non-upper respiratory | 32 | 38 | 60 | 51 |
| Upper respiratory | 16 | 29 | 39 | 31 |
| Headache | 13 | 17 | 27 | 24 |

[a] The 3 most commonly reported adverse events; includes data from a 6-month study in which patients received concurrent MTX therapy.

[b] The duration of exposure for patients receiving placebo was less than that for the patients treated with ENBREL.

[c] MTX patients received concomitant placebo injections.

[d] Infection (total) includes data from 3 placebo-controlled trials. Non-upper respiratory and upper respiratory include data only from the 2 placebo-controlled trials where infections were collected separately from adverse events (placebo n = 110, ENBREL n = 213).

- Adverse events in the AS and psoriatic arthritis trials were similar to those reported in RA clinical trials

- In phase 3 psoriasis clinical trials, the most common adverse events in the 50 mg twice weekly and 50 mg weekly (25 mg BIW) arms, respectively, were injection site reactions (16%, 15%), infections (62%), headaches (9%, 13%), and upper respiratory infections (10%, 16%)

- In a JRA study (n = 69), infections (62%), headache (19%), abdominal pain (19%), vomiting (13%), and nausea (9%) occurred more frequently than in adults. The types of infections reported in JRA patients were generally mild and consistent with those commonly seen in outpatient pediatric populations

- Serious adverse reactions reported rarely in a JRA study were varicella (3%), gastroenteritis (3%), depression/personality disorder (1%), cutaneous ulcer (1%), esophagitis/gastritis (1%), group A streptococcal septic shock (1%), type I diabetes mellitus (1%), and soft tissue and postoperative wound infection (1%)



**Please see enclosed Prescribing Information.**

25

Non Confidential                    AM-AR0343154

# THE STORY IS SUSTAINABILITY

## Patients with moderate to severe RA

- At 2 years (TEMPO trial):
  — Total Sharp Scores sustained below baseline with ENBREL + MTX[2]
  — Almost 50% of patients on ENBREL + MTX achieved an ACR 70 response[2]
  — 41% of patients on ENBREL + MTX achieved clinical remission[2a]

## Patients aged 65+

- Because there is a higher incidence of infections in the elderly population in general, caution should be used in treating the elderly[3]

- Efficacy and safety in patients aged 65+ similar to that of younger adult patients[3]

## Patients with psoriatic arthritis

- ENBREL is the only biologic indicated to improve physical function in psoriatic arthritis[3-6]

## Established safety profile

- In controlled trials of RA and psoriatic arthritis, the incidence of SAEs were similar among ENBREL

**AMGEN**
Manufactured by Immunex Corporation
Thousand Oaks, CA 91320

**Wyeth**
Marketed by Amgen and
Wyeth Pharmaceuticals



# EXHIBIT K

# REDACTED

# EXHIBIT L

# REDACTED

# EXHIBIT M

# REDACTED

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on April 25, 2008, I caused to be electronically filed a true and correct copy of Declaration of Melanie K. Sharp for Opening Brief in Support of the Amgen Entities' Motion for Summary Judgment of Noninfringement of U.S. Patent No. 6,410,516 with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

I further certify that on April 25, 2008, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY E-MAIL (by agreement of counsel):

David Greenwald
David R. Marriot
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801
(302) 571-6681
msharp@ycst.com