IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation;　　)
IMMUNEX CORPORATION, a Washington　)
corporation; AMGEN USA INC., a Delaware )
corporation; AMGEN MANUFACTURING, 　)
LIMITED, a Bermuda Corporation, and 　　)
IMMUNEX RHODE ISLAND 　　　　　　)
CORPORATION, a Delaware corporation, 　)
　　　　　　　　　　　　　　　　　)
　　　Plaintiffs/Counterclaim Defendants, 　)
　　　　　　　　　　　　　　　　　)
　　　v. 　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
ARIAD PHARMACEUTICALS, INC., a 　　)
Delaware corporation, and THE WHITEHEAD )
INSTITUTE FOR BIOMEDICAL RESEARCH, )
a Delaware corporation, *et. al.* 　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Defendants/Counterclaim Plaintiffs. 　)

Civil Action No. 06-259 (MPT)

PUBLIC VERSION
CONFIDENTIAL MATERIAL OMMITED

## DECLARATION OF MELANIE K. SHARP

I, Melanie K. Sharp, hereby declare as follows:

1.　　I am a partner at the law firm of Young, Conaway, Stargatt & Taylor LLP in Wilmington, Delaware, counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in connection with The Amgen Entities' Brief in Support of their *Daubert* Motion To Preclude Certain Unsupported and Unreliable Opinions of Dr. Ryan Sullivan Relating to Damages. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2.　　Attached hereto as Exhibit A is a true and correct copy of page one from United States Patent No. 6,410,516.

3.　　Attached hereto as Exhibit B is a true and correct copy of U.S.P.T.O. Reexamination Control No. 90/007,503 and 90/007,828 (selected pages from Rejection, dated 07/06/07).

1

4.      Attached hereto as Exhibit C is a true and correct copy of selected pages from the 03/25/08 deposition of Ryan Sullivan (pgs. 9-10, 17-18, 24-25, 27-28, 53-54, 59, 63-65, 70-73, 114-115, 151, 153-154, 167-173, 175-176, 178, 222-223, 227, 230, and Exhibits 10-12).

5.      Attached hereto as Exhibit D is a true and correct copy of the 12/18/01 Licensing and Partnering, Slideshow Presentation for Board of Directors Meeting (ADL 0032461).

6.      Attached hereto as Exhibit E is a true and correct copy of a 05/15/00 letter from Harvey Berger to Dennis Burns (ARI 43025-ARI 43026).

7.      Attached hereto as Exhibit F is a true and correct copy of an email dated September 21, 2001 from C. Dippel to F. Casselman attaching Non-Exclusive License Terms for Nf-$k$B Intellectual Property.  (ARI 71992-ARI 71996).

8.      Attached hereto as Exhibit G is a true and correct copy of an email dated October 16, 2001, from M. Lawrence to F. Casselman and select pages of Draft Non-Exclusive License Agreement between Bristol-Myers Squibb and ARIAD Pharmaceuticals.  (ARI 81592-94, ARI 81599-600, ARI 81614).

9.      Attached hereto as Exhibit H is a true and correct copy of the an email dated October 31, 2001 from I. Nasrullah to F. Casselman attaching Millennium Non-Exclusive License Terms for NF-$k$B Intellectual Property. (ARI 71826-ARI 71830).

10.      Attached hereto as Exhibit I is a true and correct copy of an email dated October 5, 2001 from C. Dippel to F. Casselman attaching Non-Exclusive License Terms for NF-$k$B Intellectual Property - Wyeth Response of 09/28/01. (ARI 71888-ARI 71892).

11.      Attached hereto as Exhibit J is a true and correct copy of selected pages from the 12/20/07 Deposition of Fritz Casselman (pgs. 20-21, 100-101, 176-177).

12.     Attached hereto as Exhibit K is a true and correct copy of selected pages from the 01/18/08 Initial Expert Report of Ryan Sullivan, Ph.D. (pgs. 2-22, 31-36, 59-61

13.     Attached hereto as Exhibit L is a true and correct copy of selected pages from the 04/17/07 Deposition of Harvey J. Berger, M.D. (pgs. 220, 267-268).

14.     Attached hereto as Exhibit M is a true and correct copy of a 06/25/02 letter from Fritz Casselman to Christopher Dippel (ARI 42946 - ARI 42947).

15.     Attached hereto as Exhibit N is a true and correct copy of selected pages from the 03/07/08 Reply Expert Report of Ryan Sullivan, Ph.D. (pgs 2-21, 37-39).

16.     Attached  hereto as Exhibit O is a true and correct copy of selected pages from the 03/26/08 Deposition of Dr. Kathryn Calame (pgs. 161, 211, 218-219).

17.     Attached hereto as Exhibit P is a true and correct copy of a 06/09/03 letter from P. Carson to G. Drutches (ARI 35303).

18.     Attached hereto as Exhibit Q is a true and correct copy of an email dated September 13, 2001 from F. Casselman to L. Steele attaching Licensing Terms for SAB 101 Discussion (ARI 71798-ARI 71802).

19.     Attached hereto as Exhibit R is a true and correct copy of a 07/24/02 *Patenting Biological Pathways*, article from THE BOSTON GLOBE (ARI 44377).

20.     Attached hereto as Exhibit S is a true and correct copy of a 02/12/07 letter from David Gindler to Marc Sernel.

21.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.  Executed this 25th day of April, 2008.

Melanie K. Sharp, Esq. (No. 2501)

DB02:6773257.1

065028.1001

# EXHIBIT A



US006410516B1

(12) **United States Patent**
Baltimore et al.

(10) Patent No.:     US 6,410,516 B1
(45) Date of Patent:     Jun. 25, 2002

(54) NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL REGULATION

(75) Inventors: **David Baltimore**, New York, NY (US); **Ranjan Sen**, Cambridge; **Phillip A. Sharp**, Newton, both of MA (US); **Harinder Singh**, Chicago, IL (US); **Louis Staudt**, Silver Springs, MD (US); **Jonathan H. Lebowitz**, Zionsville, IN (US); **Albert S. Baldwin, Jr.**, Chapel Hill, NC (US); **Roger G. Clerc**, Binningen (CH); **Lynn M. Corcoran**, Port Melbourne (AU); **Patrick A. Baeuerle**, Eichenau (DE); **Michael J. Lenardo**, Potomac, MD (US); **Chen-Ming Fan**, San Francisco; **Thomas P. Maniatis**, Belmont, both of MA (US)

(73) Assignees: **President & Fellows of Harvard College; Massachusetts Institute of Technology; Whitehead Institute for Biomedical Research**, all of Cambridge, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 08/464,364

(22) Filed: **Jun. 5, 1995**

**Related U.S. Application Data**

(60) Division of application No. 08/418,266, filed on Apr. 6, 1995, now Pat. No. 5,804,374, which is a continuation of application No. 07/791,898, filed on Nov. 13, 1991, now abandoned, which is a continuation-in-part of application No. 06/946,365, filed on Dec. 24, 1986, now abandoned, application No. 08/418,266, which is a continuation-in-part of application No. 07/341,436, filed on Apr. 21, 1989, now abandoned, and a continuation-in-part of application No. 07/318,901, filed on Mar. 3, 1989, now abandoned, and a continuation-in-part of application No. 07/280,173, filed on Dec. 5, 1988, now abandoned, and a continuation-in-part of application No. 07/162,680, filed on Mar. 1, 1988, now abandoned, and a continuation-in-part of application No. 07/155,207, filed on Feb. 12, 1988, now abandoned, and a continuation-in-part of application No. 06/817,441, filed on Jan. 9, 1986, now abandoned.

(51) Int. Cl.[7] ..................... A61K 31/711; C12N 5/10; C12N 15/10

(52) U.S. Cl. ..................... 514/44; 435/6; 435/455; 435/325; 435/366; 435/370; 435/372; 435/372.2; 435/372.3

(58) Field of Search ..................... 435/6, 172.3, 455, 435/325, 366, 370, 372, 372.2, 372.3; 514/2, 44; 935/34, 36

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

WO     87/04170     7/1987

OTHER PUBLICATIONS

Gosh, S. and Baltimore, D., "Activation in vitro of NF-kB by phosphorylation of its inhibitor IkB," Nature, 344(6267): 678–682 (1990).
Zabel, U. and Baeurle, P., "Purified Human IkB Can Rapidly Dissociate the Complex of the NF kB Transcription Factor with it Cognate DNA," Cell, 61:255–265 (1990).
Haskill, S., et al., "Characterization of an Immediate–Early Gene Induced in Adherent Monocytes That Encodes IkB–like Activity," Cell, 65:1281–1289 (1991).
Baldwin, Jr., A.S., and Sharp, P.A., "Two transcription factors, NF–kB and H2TF1, interact with a single regulatory sequence in the class I major histocompatability complex promoter," Proc. Natl. Acad. Sci. USA, 85:723–727 (1988).
Böhnlein, E., et al., "The Same Inducible Nuclear Proteins Regulates Mitogen Activation of Both the Interleukin-2 Receptor–Alpha Gene and Type 1 HIV," Cell, 53:827–836 (1988).
Leung, K. and Nable, G.J., "HTLV–1 transactivator induces interleukin–2 receptor expression through an NF–kB–like factor," Nature, 333:776–778 (1988).
Ruben, S., et al., "Cellular Transcription Factors and Regulation of IL-2 Receptor Gene Expression by HTLV–1 tax Gene Product," Science, 241:89–92 (1988).
Lenardo, J.J., et al., "NF–kB protein purification from bovine spleen: Nucleotide stimulation and binding site specificity," Prod. Natl. Acad. Sci. USA, 85:8825–8829 (1988).
Wirth, T. and Baltimore, D., "Nuclear factor NF–kB can interact functionally with its cognate binding site to provide lymphoid–specific promoter function," The EMBO Journal, 7 (10):3109–3113 (1988).
Nelsen, B., et al., "The NF–kB–Binding Site Mediates Phorbol Ester–Inducible Transcription in Nonlymphoid Cells," Mol. & Cell Biol., 8:3526–3531 (1988).
Ballard, D.W., et al., "HTLV–1 Tax Induces Cellular Proteins That Activate the kB Element in the IL–2 Receptor a Gene," Science, 241:1652–1657 (1988).
Blanar, M.A., et al., "NF–kB Binds within a Region Required for B–Cell–Specific Expression of the Major Histocompatibility Complex Class II Gene Ead," Mol. & Cell. Biol., 9 (2):844–846;
Karin, M., et al., "Activation of a Heterologous Promoter in Response to Dexamethasone and Cadmium by Metallothionein Gene 5'Flanking DNA," Cell, 36:371–379 (1984).

(List continued on next page.)

*Primary Examiner*—David Guzo
(74) *Attorney, Agent, or Firm*—David L. Berstein; Matthew P. Vincent; Ropes & Gray

(57)     **ABSTRACT**

Constitutive and tissue-specific protein factors which bind to transcriptional regulatory elements of Ig genes (promoter and enhancer) are described. The factors were identified and isolated by an improved assay for protein-DNA binding. Genes encoding factors which positively regulate transcription can be isolated and employed to enhance transcription of Ig genes. In particular, NF-kB, the gene encoding NF-kB, IkB and the gene encoding IkB and uses therefor.

203 Claims, 58 Drawing Sheets

Amgen v. Armd
Plaintiff's Dep Exhibit
1

# EXHIBIT B

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,503 | 04/04/2005 | 6410516 | 74753/JPW/GJG | 5583 |

90/0078∂8

| 23432 | 7590 | 07/06/2007 |
|---|---|---|

COOPER & DUNHAM, LLP
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

| EXAMINER |
|---|
| |

| ART UNIT | PAPER NUMBER |
|---|---|
| | |

DATE MAILED: 07/06/2007

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Grantland G. Drutchas

MCDONNELL BOEHNEN HULBERT & BERGHOFF

300 S. Wacker Drive, Suite 3100

Chicago, IL 60606

## *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/007,503*.

PATENT NO. *6410516*.

ART UNIT *3991*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| Office Action in Ex Parte Reexamination | Control No. 90/007,503 *(90/007,828)* | Patent Under Reexamination 6410516 |
|---|---|---|
| | Examiner Bennett Celsa | Art Unit 3991 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

a☒ Responsive to the communication(s) filed on <u>17 November 2006</u> .    b☒ This action is made FINAL.
c☐ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>2</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☒ Notice of References Cited by Examiner, PTO-892.    3. ☐ Interview Summary, PTO-474.
2. ☒ Information Disclosure Statement, PTO/SB/08.    4. ☐ _____.

Part II    SUMMARY OF ACTION

1a. ☒ Claims *1-6,8-27,29-38,40-80,82,84 and 87-202* are subject to reexamination.
1b. ☐ Claims _____ are not subject to reexamination.
2. ☒ Claims *7,28,39,81,83,85,86 and 203* have been canceled in the present reexamination proceeding.
3. ☒ Claims *see cont. sheet below* are patentable and/or confirmed.
4. ☒ Claims *see cont. sheet below* are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ The drawings, filed on _____ are acceptable.
7. ☐ The proposed drawing correction, filed on _____ has been (7a)☐ approved (7b)☐ disapproved.
8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All  b)☐ Some*  c)☐ None    . of the certified copies have
    1☐ been received.
    2☐ not been received.
    3☐ been filed in Application No. _____ .
    4☐ been filed in reexamination Control No. _____ .
    5☐ been received by the International Bureau in PCT application No. _____ .
    * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

10. ☐ Other: _____ .

cc: Requester (if third party requester)
U.S. Patent and Trademark Office
PTOL-466 (Rev. 08-06)                Office Action in Ex Parte Reexamination                Part of Paper No. 20070322

**Continuation Sheet (PTOL-466)**                                                    **Reexam Control No.**

Rejected: claims 1-6, 8-18, 20-27, 29, 31-38, 40, 42-43, 47-51, 53-62, 64-73, 75-80, 82, 84, 88-97, 99-100, 104-107, 109-110, 114-117, 119-120, 124-129, 133-137, 139,140, 144-147, 149, 150, 154-157, 159, 160, 164-168, 172-175, 177, 178, 182-185, 192-193 and 197-201.

Confirmed: claims 19, 30, 41, 44-46, 52, 63, 74, 87, 98, 101-103, 108, 111-113, 118, 121-123, 130-132, 138, 141-143, 148, 151-153, 158, 161-163, 169-171, 176, 179-181, 186-191, 194-196, and 202.

# EXHIBIT C

# REDACTED

# EXHIBIT D

# REDACTED

# EXHIBIT E

# REDACTED

# EXHIBIT F

# REDACTED

# EXHIBIT G

# REDACTED

# EXHIBIT H

# REDACTED

# EXHIBIT I

# REDACTED

# EXHIBIT J

# REDACTED

# EXHIBIT K

# REDACTED

# EXHIBIT L

# REDACTED

# EXHIBIT M

# REDACTED

# EXHIBIT N

# REDACTED

# EXHIBIT O

# REDACTED

# EXHIBIT P

# REDACTED

# EXHIBIT Q

# REDACTED

# EXHIBIT R

# THE BOSTON GLOBE

## JULY 24, 2002

## Patenting Biological Pathways



GLOBE FILE PHOTO

"We're not trying to keep anybody off the market," says Ariad chief Harvey J. Berger, on the company's suit against Eli Lilly.

## Ariad suit raises questions on laying claim to processes in treating disease

### By Naomi Aoki
GLOBE STAFF

Among the inventors listed on US Patent No. 6,410,516 are three of the nation's most influential biologists, and their discovery, made in the mid-1980s while the scientists were at Harvard University, the Massachusetts Institute of Technology, and MIT's Whitehead Institute, promised to open an entirely new avenue of research into treating disease.

But the patent, awarded last month after 16 years of review by Patent and Trade Office examiners, is now at the center of a legal controversy potentially worth tens of millions of dollars a year. Immediately after it was issued, the Cambridge biotech firm that holds an exclusive license to the patent, Ariad Pharmaceuticals Inc., filed suit against Eli Lilly & Co., claiming that two of the Indiana drug maker's products infringe the patent.

Outlining 203 separate claims, the patent covers methods of treating disease by regulating a family of molecules known as NF-kB, a biological trigger believed to play a role in a wide range of illnesses from cancer to osteoporosis to bacterial infections. Ariad argues that the patent applies even to treatments discovered before 1986 when the patent was filed and that its breadth befits the pioneering nature of the discovery.

"Few recognized the profound clinical impact of this pioneering work at the time," said Dr. Harvey J. Berger, Ariad's chairman and chief executive. "Today, over 10 years and thousands of papers later, the full impact of this discovery in treating human disease has become more widely appreciated."

The same day the company filed suit against Lilly, it also sent letters to 50 other companies with products on the market or in development that work through the NF-kB pathway, asking them to license its methods. Berger said the company is only defending its interests and those of the 13 scientists whose work shed light on the potential of NF-kB in treating disease.

"We're not trying to keep anybody off the market," Berger said. "We're trying to create value for the scientists and shareholders who took a risk early on to invest in this work. There's nothing unusual about this patent and how it has played out."

Attorneys say the patent and looming legal battle raise some nettlesome issues, however. Patents are meant to spur scientific advance by making public key discoveries. But if a researcher or a company can lay claim to a significant piece of the biological landscape and any drug that treads upon it without actually discovering a drug, some question whether society is giving up more than it is gaining.

"It's a touchy area," said Leon Yankwich, a patent attorney in

# EXHIBIT S

# REDACTED

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on April 25, 2008, I caused to be electronically filed a true and correct copy of Declaration of Melanie K. Sharp for The Amgen Entities' Brief in Support of their *Daubert* Motion To Preclude Certain Unsupported and Unreliable Opinions of Dr. Ryan Sullivan Relating to Damages with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

I further certify that on April 25, 2008, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY E-MAIL (by agreement of counsel):

David Greenwald
David R. Marriot
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com