IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation; )
IMMUNEX CORPORATION, a Washington )
corporation; AMGEN USA INC., a Delaware )
corporation; AMGEN MANUFACTURING, )
LIMITED, a Bermuda Corporation, and )
IMMUNEX RHODE ISLAND )
CORPORATION, a Delaware corporation, )
　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs/Counterclaim Defendants, )
　　　　　　　　　　　　　　　　　　　　)
　　　　v. )
　　　　　　　　　　　　　　　　　　　　)
ARIAD PHARMACEUTICALS, INC., a )
Delaware corporation, and THE WHITEHEAD )
INSTITUTE FOR BIOMEDICAL RESEARCH, )
a Delaware corporation, *et. al.* )
　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants/Counterclaim Plaintiffs. )

Civil Action No. 06-259 (MPT)

PUBLIC VERSION
CONFIDENTIAL MATERIAL OMMITED

## DECLARATION OF MELANIE K. SHARP

I, Melanie K. Sharp, hereby declare as follows:

1.　　　I am a partner at the law firm of Young, Conaway, Stargatt & Taylor LLP in

Wilmington, Delaware, counsel for Plaintiffs in the above-captioned matter.  I submit this

Declaration in connection with Amgen's Brief in Support of Its *Daubert* Motion To Preclude

Certain Inadmissible Opinions of Dr. Kathryn Calame Relating to Experiments Performed by Dr.

Joel Pomerantz.  I have personal knowledge of the facts set forth herein and, if called as a

witness, could and would competently testify thereto.

2.　　　Attached hereto as Exhibit A is a true and correct copy of selected pages from the

01/18/2008 Expert Report of Kathryn Calame, M.D. (pgs. 7-12).

3.　　　Attached hereto as Exhibit B is a true and correct copy of a laboratory notebook

for Dr. Joel Pomerantz. (ARI-KC 00001-00162).

1

4.     Attached hereto as Exhibit C is a true and correct copy of selected pages from the 03/26/2008 deposition of Kathryn Calame.  (pgs. 34, 36-38, 43-44, 47-51, 61, 63, 73-74, 77-78, 81-82, 84-85, 88-89).

5.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.  Executed this 25th day of April, 2008.

_____
Melanie K. Sharp, Esq. (No. 2501)

**CERTIFICATE OF SERVICE**

I, Melanie K. Sharp, Esquire, hereby certify that on April 25, 2008, I caused to be electronically filed a true and correct copy of Declaration of Melanie K. Sharp for Amgen's Brief in Support of Its *Daubert* Motion to Preclude Certain Inadmissible Opinions of Dr. Kathryn Calame Relating to Experiments Performed by Dr. Joel Pomerantz, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

I further certify that on April 25, 2008, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY E-MAIL (by agreement of counsel):**

David Greenwald
David R. Marriot
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com

# EXHIBIT A

# REDACTED

# EXHIBIT B

05/14/2007

# ATCC®

**PACKING LIST**

10801 University Boulevard
Manassas, Virginia, 20110-2209 USA
703-365-2700 FAX: 703-365-2750
EMAIL: sales@atcc.org

ATCC 10801 University Blvd. Manassas, VA 20110-2209 USA
EMERGENCY RESPONSE: Chemtrec (800) 424-9300 or (202) 483-7616

**BILL-TO:**

28425
Ariad Corp
26 Landsdowne St
Cambridge, MA 02139
USA

**SHIP-TO:** SALES ORDER #: SO765882

10013761
Johns Hopkins Univ
620 Broadway
Research Bldg.
1721 E Madison St
Baltimore, MD 21205
USA

ATTN:
TEL #: 617-494-0400    FAX#: 617-494-8144

ATTN:Pomerantz, Joel
TEL #:443-287-3100    FAX#: 999

CUSTOMER P.O. #: 25225

| SOLD-TO: 5515 | | | FOB: Manassas, VA | | SHIPPED VIA: FedEx, collect | FREIGHT LIST |
|---|---|---|---|---|---|---|
| ORDER DATE: 05/14/07 | | | BOL: | | SHIP DATE: 05/14/07 | Standard |
| SALESPERSON: dincelvy | | | | | | |

| # | B S L | ITEM NUMBER | U M | QTY SHIP | QTY B.O. | DESCRIPTION | LOT NUMBER |
|---|---|---|---|---|---|---|---|
| | | | | | | 05-14-07-dm  Customer requesting to use FED EX ACCT. # 155-043-792 | |
| 001 | 1 | TIB-202 | EA | 1 | 0 | THP-1; Acute Monocytic Leukemia; Human (Homo sapiens) | 7348675 |
| 002 | 1 | CRL-1596 | EA | 1 | 0 | Ramos (RA 1); Burkitt's Lymphoma; Human (Homo sapiens) | 3953138 |

*Amgen v. Ariad*
Calame Dep Exhibit

**3**

Page # 001

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**ARI-KC00001**

# ATCC®

## Product Information Sheet for ATCC® TIB-202™

### Cell Line Designation: THP-1
### ATCC® Catalog No. TIB-202™

**Table of Contents:**
- Cell Line Description
- Biosafety Level
- Use Restrictions
- Handling Procedure for Frozen Cells
- Handling Procedure for Flask Cultures
- Subculturing Procedure
- Medium Renewal
- Complete Growth Medium
- Cryoprotectant Medium
- References
- Replacement Policy
- Specific Batch Information

### Cell Line Description

**Organism:** *Homo sapiens* (human)
**Tissue:** monocyte; acute monocytic leukemia
**Age:** 1 year
**Gender:** male
**Morphology:** lymphoblast
**Receptors expressed:** Fc; complement (C3b)
**DNA profile (STR analysis)**
  Amelogenin: X,Y
  CSF1PO: 11,13
  D13S317: 13
  D16S539: 11,12
  D5S818: 11,12
  D7S820: 10
  TH01: 8,9.3
  TPOX: 8,11
  vWA: 16
**AntigenExp:** HLA A2, A9, B5, DRw1, DRw2
**Products:** lysozyme
**Growth properties:** suspension
**Doubling time :** approximately 26 hours
**Depositors:** S. Tsuchiya
**Comments:** The cells are phagocytic (for both latex beads and sensitized erythrocytes) and lack surface and cytoplasmic immunoglobulin. Monocytic differentiation can be induced with the phorbol ester 12-O-tetradecanoylphorbol-13-acetate (TPA).
**Purified DNA** from this line is available as ATCC TIB-202D™ (10µg)
**Total RNA** from this line is available as ATCC TIB-202R™ (100µg)

### Biosafety Level: 1

Appropriate safety procedures should always be used with this material. Laboratory safety is discussed in the following publication: *Biosafety in Microbiological and Biomedical Laboratories*, 4th ed. HHS Publication No. (CDC) 93-8395. U.S. Department of Health and Human Services, Centers for Disease Control and Prevention. Washington DC: U.S. Government Printing Office; 1999. The entire text is available.

### Use Restrictions

These cells are distributed for research purposes only. ATCC recommends that individuals contemplating commercial use of any cell line first contact the originating investigator to negotiate an agreement. Third party distribution of this cell line is discouraged, since this practice has resulted in the unintentional spreading of cell lines contaminated with inappropriate animal cells or microbes.

### Handling Procedure for Frozen Cells

To insure the highest level of viability, thaw the vial and initiate the culture as soon as possible upon receipt. If upon arrival, continued storage of the frozen culture is necessary, it should be stored in liquid nitrogen vapor phase and not at -70°C. Storage at –70°C will result in loss of viability.

SAFETY PRECAUTION: ATCC highly recommends that protective gloves and clothing always be used and a full face mask always be worn when handling frozen vials. *It is important to note that some vials leak when submersed in liquid nitrogen and will slowly fill with liquid nitrogen. Upon thawing, the conversion of the liquid nitrogen back to its gas phase may result in the vessel exploding or blowing off its cap with dangerous force creating flying debris.*

1. Thaw the vial by gentle agitation in a 37°C water bath. To reduce the possibility of contamination, keep the O-ring and cap out of the water. Thawing should be rapid (approximately 2 minutes).

2. Remove the vial from the water bath as soon as the contents are thawed, and decontaminate by dipping in or spraying with 70% ethanol. *All of the operations from this point on should be carried out under strict aseptic conditions.*

3. Transfer the vial contents to a centrifuge tube containing 9.0 ml complete culture medium and spin at approximately 125 xg for 5 to 7 minutes.

4. Resuspend cell pellet with the recommended complete medium (see the specific batch information for the culture recommended dilution ratio), and dispense into a 25 cm² culture flask. *It is important to avoid excessive alkalinity of the medium during recovery of the cells. It is suggested that, prior to the addition of the vial contents, the culture vessel containing the complete growth medium be placed into the incubator for at least 15 minutes to allow the medium to reach its normal pH (7.0 to 7.6). pH (7.0 to 7.6).*

American Type Culture Collection
P.O. Box 1549
Manassas, VA 20108 USA
www.atcc.org

800-638-6597 or 703-365-2700
Fax: 703-365-2750
E-mail: tech@atcc.org
Or contact your local distributor.

– 1 –

ARI-KC00002

# ATCC®

## Product Information Sheet for ATCC® TIB-202™

5. Incubate the culture at 37°C in a suitable incubator. A 5% $CO_2$ in air atmosphere is recommended if using the medium described on this product sheet.

### Handling Procedure for Flask Cultures

The flask was seeded with cells (see specific batch information), grown, and completely filled with medium at ATCC to prevent loss of cells during shipping.

1. Upon receipt visually examine the culture for macroscopic evidence of any microbial contamination. Using an inverted microscope (preferably equipped with phase-contrast optics), carefully check for any evidence of microbial contamination.

2. Incubate the flask in an upright position for several hours at 37°C. After the temperature has equilibrated, aseptically remove the entire contents of the flask and centrifuge at 125 xg for 5 to 10 minutes. Remove shipping medium and save for reuse. Resuspend the cell pellet in 10 ml of this medium.

3. From this cell suspension remove a sample for a cell count and viability. Adjust the cell density of the suspension to 5 x 10(4) viable cells/ml in the shipping medium.

4. Incubate the culture, horizontally, at 37°C in a 5% $CO_2$ air atmosphere. Maintain the cell density of the culture as suggested under the subculture procedure.

### Subculturing Procedure

Cultures can be maintained by addition of fresh medium. Alternatively, cultures can be subcultured by total medium replacement by centrifugation with subsequent resuspension in fresh medium.
Recommended inoculum: 2-4 x 10(4) viable cells/ml. Subculture when cell concentration reaches 8 x 10(5) viable cells/ml. Do not allow the cell concentration to exceed 1 x 10(6) cells/ml.

### Medium Renewal

Add medium every 2 to 3 days depending on cell density.

### Complete Growth Medium

RPMI 1640 medium with 2 mM L-glutamine that is modified by ATCC to contain:
10 mM HEPES
1 mM sodium pyruvate
4.5 g/L glucose
1.5 g/L sodium bicarbonate
Supplemented with:
10% fetal bovine serum
0.05 mM 2-mercaptoethanol
This medium is formulated for use with a 5% $CO_2$ in air atmosphere.
ATCC modified and tested medium formulation (without the additional supplements or serum described above) is available as ATCC Catalog No. 30-2001.

ATCC tested fetal bovine serum is available as ATCC Catalog No. 30-2020.

### Cryoprotectant Medium

Complete growth medium described above supplemented with 5% (v/v) DMSO.
Cell culture tested DMSO is available as ATCC Catalog No. 4-X.

### Additional Information

Additional product and technical information can be obtained from the catalog references and the ATCC Web site at www.atcc.org, or by e-mail to tech@atcc.org.

### References

(additional references may be available in the catalog description at www.atcc.org)
Tsuchiya S et al. Establishment and characterization of a human acute monocytic leukemia cell line (THP-1). Int. J. Cancer 26: 171-176, 1980 PubMed: 81141011
Tsuchiya S et al. Induction of maturation in cultured human monocytic leukemia cells by a phorbol diester. Cancer Res. 42: 1530-1536, 1982 PubMed: 82136867
Skubitz KM et al. Human granulocyte surface molecules identified by murine monoclonal antibodies. J. Immunol. 131: 1882-1888, 1983 PubMed: 84009108
Cuthbert JA and Lipsky PE. Regulation of proliferation and Ras localization in transformed cells by products of mevalonate metabolism. Cancer Res. 57: 3498-3504, 1997 PubMed: 97413633
Huang S et al. Adenovirus interaction with distinct integrins mediates separate events in cell entry and gene delivery to hematopoietic cells. J. Virol. 70: 4502-4508, 1996 PubMed: 96256761
Clark RA et al. Tenascin supports lymphocyte rolling. J. Cell Biol. 137: 755-765, 1997 PubMed: 97295342
Hambleton J et al. Activation of c-Jun N-terminal kinase in bacterial lipopolysaccharide-stimulated macrophages. Proc. Natl. Acad. Sci. USA 93: 2774-2778, 1996 PubMed: 96181482
Hsu HY et al. Inhibition of macrophage scavenger receptor activity by tumor necrosis factor-alpha is transcriptionally and post-transcriptionally regulated. J. Biol. Chem. 271: 7767-7773, 1996 PubMed: 96205970
Lucas M and Mazzone T. Cell surface proteoglycans modulate net synthesis and secretion of macrophage apolipoprotein E. J. Biol. Chem. 271: 13454-13460, 1996 PubMed: 96278767
Sando GN et al. Induction of ceramide glucosyltransferase activity in cultured human keratinocytes. J. Biol. Chem. 271: 22044-22051, 1996 PubMed: 96355601
Olivier V et al. Elevated cyclic AMP inhibits NF-kappaB-mediated transcription in human monocytic cells and endothelial cells. J. Biol. Chem. 271: 20828-20835, 1996 PubMed: 96355428
Hay, R. J., Caputo, J. L., and Macy, M. L., Eds. (1992), ATCC Quality Control Methods for Cell Lines. 2nd edition, Published by ATCC.
Caputo, J. L., Biosafety procedures in cell culture. J. Tissue Culture Methods 11:223-227, 1988.

American Type Culture Collection
P.O. Box 1549
Manassas, VA 20108 USA
www.atcc.org

800-638-6597 or 703-365-2700
Fax: 703-365-2750
E-mail: tech@atcc.org
Or contact your local distributor.

ARI-KC00003

# ATCC®

## Product Information Sheet for ATCC® TIB-202™

Fleming, D.O., Richardson, J. H., Tulis, J.J. and Vesley, D., (1995) Laboratory Safety: Principles and Practice. Second edition. ASM press, Washington, DC.

## ATCC Warranty

The viability of ATCC products is warranted for 30 days from the date of shipment. If you feel there is a problem with this product, contact Technical Services by phone at 800-638-6597 (U.S., Canada, and Puerto Rico) or 703-365-2700 (elsewhere) or by e-mail at tech@atcc.org.

## Disclaimers

This product is intended for laboratory research purposes only. It is not intended for use in humans.

While ATCC uses reasonable efforts to include accurate and up-to-date information on this product sheet, ATCC makes no warranties or representations as to its accuracy. Citations from scientific literature and patents are provided for informational purposes only. ATCC does not warrant that such information has been confirmed to be accurate.

This product is sent with the condition that you are responsible for its safe storage, handling, and use. ATCC is not liable for any damages or injuries arising from receipt and/or use of this product. While reasonable effort is made to insure authenticity and reliability of strains on deposit, ATCC is not liable for damages arising from the misidentification or misrepresentation of cultures.

Please see the enclosed Material Transfer Agreement (MTA) for further details regarding the use of this product. The MTA is also available on our Web site at www.atcc.org.

© ATCC 2006. All rights reserved.
ATCC® is a registered trademark of the American Type Culture Collection.
04/06

American Type Culture Collection
P.O. Box 1549
Manassas, VA 20108 USA
www.atcc.org

800-638-6597 or 703-365-2700
Fax: 703-365-2750
E-mail: tech@atcc.org
Or contact your local distributor.

-3-

ARI-KC00004

 ®

## Product Information Sheet for TIB-202

Lot number:    7348675

Designation: THP-1  Description: Acute Monocytic Leukemia
Total Cells/mL: 7.0 x 10(6)
Expected Viability: 93.4% to 96.5%
Ampule Passage No.: Unknown
Population Doubling (PDL): N/A
Dilute Ampule Content: Seed at 3.0 x 10(5) viable cells/mL
Volume/Ampule: 1 mL
Date Frozen: 05/10/06

A T-25 setup at a seeding density of 3.0 x 10(5) viable cells/mL,
using RPMI-1640 + 10% FBS + 0.05mM 2-mercaptoethanol,
is ready to subculture in 3 days.

Copyright ATCC, 1998; ATCC is a registered trademark of the
American Type Culture Collection                    9-98

American Type Culture Collection                    Ordering info: 800 638-6597 (USA and Canada)
10801 University Boulevard                          703 365-2700 (elsewere) Fax: 7033652750
Manassas, VA 20110-2209                             email: sales@atcc.org web site: www.atcc.org

ARI-KC00005

# ATCC®

## Product Information Sheet for CRL-1596

### Cell Line Designation: Ramos (RA #1)
### ATCC® Catalog No. CRL-1596

**Table of Contents:**
- Cell Line Description
- Biosafety Level
- Use Restrictions
- Handling Procedure for Frozen Cells
- Handling Procedure for Flask Cultures (Suspension)
- Subculturing Procedure
- Medium Renewal
- Complete Growth Medium
- Cryoprotectant Medium
- References
- Replacement Policy
- Specific Batch Information

### Cell Line Description

Organism: *Homo sapiens* (human)
Isotype: IgM; lambda light chain
Tissue: lymphoma; Burkitt's (American); B lymphocyte
Age: 3 years
Gender: male
Ethnicity: Caucasian
Morphology: lymphoblast
Depositors: B.C. Giovanella
Tumorigenic: yes, forms tumors in nude mice
AntigenExp: CD23+
Products: immunoglobulin (surface and secreted)
Receptors expressed: interleukin-4 (interleukin 4; IL-4); low affinity IgE receptor (CD23)
DNA Profile (STR Analysis):
    Amelogenin: X
    CSF1PO: 10,11
    D13S317: 13,14
    D16S539: 10,13
    D5S818: 7,12
    D7S820: 11
    TH01: 7,9.3
    TPOX: 8,9
    vWA: 15,16
Comments: The cells are negative for Epstein-Barr virus. [Both the parental line (ATCC CRL-1596) and the derivative cell line Ramos.2G6.4C10 (ATCC CRL-1923) have about 1500 IL-4 binding sites per cell.
The cells are reported to secrete IgM (lambda light chain).
derivative – ATCC CRL-1923

### Biosafety Level: 1

This cell line is not known to harbor an agent known to cause disease in healthy adult humans. Handle as a potentially biohazardous material under at least Biosafety Level 1 containment. This cell line has NOT been screened for Hepatitis B, human immunodeficiency viruses or other adventitious agents. Cell lines derived from primate lymphoid tissue may fall under the regulations of 29 CFR 1910.1030 Bloodborne Pathogens. ATCC

recommends that appropriate safety procedures be used when handling all cell lines, especially those derived from human or other primate material. Detailed discussions of laboratory safety procedures are provided in *Laboratory Safety: Principles and Practice* (Fleming et al., 1995) the ATCC manual on quality control (Hay et al., 1992), the Journal of Tissue Culture Methods (Caputo, 1988), and in the U.S. Government Publication, *Biosafety in Microbiological and Biomedical Laboratories*, 4th ed. HHS Publication No. (CDC) 93-8395. U.S. Department of Health and Human Services, Centers for Disease Control and Prevention. Washington DC: U.S. Government Printing Office, 1999. The entire text is available online at www.cdc.gov/od/ohs/biosfty/bmbl4/bmbl4toc.htm.

### Use Restrictions

These cells are distributed for research purposes only. ATCC recommends that individuals contemplating commercial use of any cell line first contact the originating investigator to negotiate an agreement. Third party distribution of this cell line is discouraged, since this practice has resulted in the unintentional spreading of cell lines contaminated with inappropriate animal cells or microbes.

### Handling Procedure for Frozen Cells

To insure the highest level of viability, thaw the vial and initiate the culture as soon as possible upon receipt. If upon arrival, continued storage of the frozen culture is necessary, it should be stored in liquid nitrogen vapor phase and not at –70°C. Storage at –70°C will result in loss of viability.

SAFETY PRECAUTION: ATCC highly recommends that protective gloves and clothing always be used and a full face mask always be worn when handling frozen vials. *It is important to note that some vials leak when submersed in liquid nitrogen and will slowly fill with liquid nitrogen. Upon thawing, the conversion of the liquid nitrogen back to its gas phase may result in the vessel exploding or blowing off its cap with dangerous force creating flying debris.*

1. Thaw the vial by gentle agitation in a 37°C water bath. To reduce the possibility of contamination, keep the O-ring and cap out of the water. Thawing should be rapid (approximately 2 minutes).

2. Remove the vial from the water bath as soon as the contents are thawed, and decontaminate by dipping in or spraying with 70% ethanol. *All of the operations from this point on should be carried out under strict aseptic conditions.*

3. Transfer the vial contents to a centrifuge tube containing 9.0 ml complete culture medium, and spin at approximately 125 xg for 5 to 7 minutes.

4. Resuspend cell pellet with the recommended complete medium (see the specific batch information for the culture recommended dilution ratio), and dispense into a 25 cm² or a 75 cm² culture flask. *It is important to avoid excessive alkalinity of the medium during recovery of the cells. It is*

American Type Culture Collection
P.O. Box 1549
Manassas, VA 20108 USA
www.atcc.org

800-638-6597 (U.S., Canada, and Puerto Rico)
703-365-2700
Fax: 703-365-2750
E-mail: tech@atcc.org

- 1 -

ARI-KC00006

# ATCC®                    Product Information Sheet for CRL-1596

suggested that, prior to the addition of the vial contents, the culture vessel containing the complete growth medium be placed into the incubator for at least 15 minutes to allow the medium to reach its normal pH (7.0 to 7.6).

5. Incubate the culture at 37°C in a suitable incubator. A 5% $CO_2$ in air atmosphere is recommended if using the medium described on this product sheet.

## Handling Procedure For Flask Cultures
The flask was seeded with cells (see specific batch information), grown, and completely filled with medium at ATCC to prevent loss of cells during shipping.

1. Upon receipt visually examine the culture for macroscopic evidence of any microbial contamination. Using an inverted microscope (preferably equipped with phase-contrast optics), carefully check for any evidence of microbial contamination.

2. Incubate the flask in an upright position for several hours at 37°C. After the temperature has equilibrated, aseptically remove the entire contents of the flask and centrifuge at 125 xg for 5 to 10 minutes. Remove shipping medium and save for reuse. Resuspend the cell pellet in 10 ml of this medium.

3. From this cell suspension remove a sample for a cell count and viability. Adjust the cell density of the suspension to 2-3 x 10$^5$ viable cells/ml in the shipping medium.

4. Incubate the culture, horizontally, at 37°C in a 5% $CO_2$ in air atmosphere. Maintain the cell density of the culture as suggested under the subculture procedure.

## Subculturing Procedure
Cultures can be maintained by addition of fresh medium. Alternatively, cultures can be established by centrifugation with subsequent resuspension at 2 x 10$^5$ viable cells/ml. Maintain cultures at a cell concentration between 2 x 10$^5$ and 1 x 10$^6$ cells/ml. Do not allow the cell concentration to exceed 2 x 10$^6$ cells/ml.

## Medium Renewal
Add fresh medium (depending on cell density) 2 to 3 times per week.

## Complete Growth Medium
These cells are grown in RPMI 1640 medium with 2 mM L-glutamine that is modified by ATCC to contain:
- 10 mM HEPES
- 1 mM sodium pyruvate
- 4.5 g/L glucose
- 1.5 g/L bicarbonate

Supplemented with:
- 10% heat-inactivated fetal bovine serum.

This medium is formulated for use with a 5% $CO_2$ in air atmosphere.
This ATCC modified and tested medium formulation (without the additional supplements or serum described above) is available as ATCC Catalog No. 30-2001.

ATCC tested fetal bovine serum (not heat-inactivated) is available as ATCC Catalog No. 30-2020.

## Cryoprotectant Medium
Complete culture medium described above supplemented with 5% (v/v) DMSO.
Cell culture tested DMSO is available as ATCC Catalog No. 4-X.

## Additional Information
Additional product and technical information can be obtained from the catalog references and the ATCC. Web site at www.atcc.org, or by e-mail at tech@atcc.org.

## References
(additional references are available in the catalog at www.atcc.org)
Benjamin D et al. Immunoglobulin secretion by cell lines derived from African and American undifferentiated lymphomas of Burkitt's and non-Burkitt's type. J. Immunol. 129: 1336-1342, 1982 PubMed: 82267062

Klein G et al. An EBV-genome-negative cell line established from an American Burkitt lymphoma; receptor characteristics. EBV infectibility and permanent conversion into EBV-positive sublines by in vitro infection. Intervirology 5: 319-334, 1975 PubMed: 76237173

Siegel JP and Mostowski HS. A bioassay for the measurement of human interleukin-4. J. Immunol. Methods 132: 287-295, 1990 PubMed: 91010830

Rousset F et al. Regulation of Fc receptor for IgE (CD23) and class II MHC antigen expression on Burkitt's lymphoma cell lines by human IL-4 and IFN-gamma. J. Immunol. 140: 2625-2632, 1988 PubMed: 88187369

Nilsson K et al. Tumorigenicity of human hematopoietic cell lines in athymic nude mice. Int. J. Cancer 19: 337-344, 1977 PubMed: 77140132

Bloom TJ and Beavo JA. Identification and tissue-specific expression of PDE7 phosphodiesterase splice variants. Proc. Natl. Acad. Sci. USA 93: 14188-14192, 1996 PubMed: 97098542

Hay, R. J., Caputo, J. L., and Macy, M. L., Eds. (1992), ATCC Quality Control Methods for Cell Lines. 2nd edition, Published by ATCC.

Caputo, J. L., Biosafety procedures in cell culture. J. Tissue Culture Methods 11:223-227, 1988.

Fleming, D.O., Richardson, J. H., Tulis, J.J. and Vesley, D., (1995) Laboratory Safety: Principles and Practice, Second edition, ASM press, Washington, DC.

Centers for Disease Control (1993), Biosafety in Microbiological and Biomedical Laboratories Human Health Service Publication No. (CDC) 93-8395. U.S. Dept. of Health and Human Services; 3rd Edition U.S. Government Printing Office Washington D.C.

## ATCC Warranty
The viability of ATCC products is warranted for 30 days from the date of shipment. If you feel there is a problem with this product, contact Technical Services by phone at 800-638-6597 (U.S., Canada, and Puerto Rico) or 703-365-2700 (elsewhere) or by e-mail at tech@atcc.org.

---

American Type Culture Collection
P.O. Box 1549
Manassas, VA 20108 USA
www.atcc.org

800-638-6597 (U.S., Canada, and Puerto Rico)
703-365-2700
Fax: 703-365-2750
E-mail: tech@atcc.org

-2-

ARI-KC00007

# ATCC®

## Product Information Sheet for CRL-1596

**Disclaimers**

This product is intended for laboratory research purposes only. It is not intended for use in humans.

While ATCC uses reasonable efforts to include accurate and up-to-date information on this product sheet, ATCC makes no warranties or representations as to its accuracy. Citations from scientific literature and patents are provided for informational purposes only. ATCC does not warrant that such information has been confirmed to be accurate.

This product is sent with the condition that you are responsible for its safe storage, handling, and use. ATCC is not liable for any damages or injuries arising from receipt and/or use of this product. While reasonable effort is made to insure authenticity and reliability of strains on deposit, ATCC is not liable for damages arising from the misidentification or misrepresentation of cultures.

Please see the enclosed Material Transfer Agreement (MTA) for further details regarding the use of this product. The MTA is also available on our Web site at www.atcc.org.

© ATCC 200. All rights reserved.
ATCC® is a registered trademark of the American Type Culture Collection. 2/05

American Type Culture Collection          800-638-6597 (U.S., Canada, and Puerto Rico)
P.O. Box 1549                                                          703-365-2700
Manassas, VA 20108 USA                                          Fax: 703-365-2750
www.atcc.org                                                    E-mail: tech@atcc.org

– 3 –

ARI-KC00008



# Product Information Sheet for CRL-1596

Lot number:  3953138

Designation: Ramos (RA 1)  Description: Burkitt's Lymphoma
Total Cells/mL: 5.3 x 10(6).
Expected Viability: 73% to 78%
Ampule Passage No.: Unknown
Population Doubling (PDL): N/A
Dilute Ampule Content: 1:20 (2 T-25) or 1:20 (1 T-75)
Volume/Ampule: 1 mL
Date Frozen: 12/28/04

A T-75 setup at a seeding density of 2 x 10(5) viable cells/ML, using
RPMI-1640 + 10% heat-inactivated FBS, is ready to subculture in
2 days.

Copyright ATCC, 1998; ATCC is a registered trademark of the
American Type Culture Collection          9-98

American Type Culture Collection                    Ordering info: 800 638-6597 (USA and Canada)
10801 University Boulevard                          703 365-2700 (elsewere) Fax: 7033652750
Manassas VA 20110-2209                              email: sales@atcc.org web site: www.atcc.org

ARI-KC00009



# *Recombinant Human TNF-α/TNFSF1A*

### Catalog Number: 210-TA

## *Specifications and Use*

**Source**
- A DNA sequence encoding the mature human TNF-α protein sequence (Pennica, D. *et al.*, 1984, *Nature* 312:724 - 729) was expressed in *E. coli.*

**Molecular Mass**
- The purified recombinant human TNF-α has a molecular mass of approximately 17.5 kDa. The recombinant protein preparation is a mixture of a 158 amino acid residue form containing an N-terminal methionine and a 157 amino acid residue form with the authentic sequence of mature human TNF-α.

**Purity**
- > 97%, as determined by SDS-PAGE and visualized by silver stain.

**Endotoxin Level**
- < 1.0 EU per 1 µg of the cytokine as determined by the LAL method.

**Activity**
- Measured in a cytotoxicity assay using the TNF susceptible murine L-929 cell line in the presence of the metabolic inhibitor actinomycin D (Matthews, N. and M.L. Neale in *Lymphokines and Interferons, a Practical Approach*, 1987, M.J. Clemens, A.G. Morris and A.J.H. Gearing, eds., IRL Press; p. 221).
- The $ED_{50}$ for this effect is typically 0.02 - 0.05 ng/mL.

**Formulation**
- Lyophilized from a 0.2 µm filtered solution in PBS containing 50 µg of bovine serum albumin per 1 µg of cytokine.

**Reconstitution**
- It is recommended that sterile phosphate-buffered saline containing at least 0.1% human serum albumin or bovine serum albumin be added to the vial to prepare a stock solution of no less than 10 µg/mL of the cytokine.

**Storage**
- Lyophilized samples are stable for up to twelve months at -20° C to -70° C.
- Upon reconstitution, this cytokine can be stored under sterile conditions at 2° - 8° C for one month or at -20° C to -70° C in a manual defrost freezer for three months without detectable loss of activity.
- Avoid repeated freeze-thaw cycles.

## *Human Tumor Necrosis Factor Alpha*

Tumor necrosis factor alpha (TNF-α), also called cachectin, is produced by neutrophils, activated lymphocytes, macrophages, NK cells, LAK cells, astrocytes endothelial cells, smooth muscle cells and some transformed cells. TNF-α occurs as a secreted, soluble form and as a membrane-anchored form, both of which are biologically active. The naturally-occurring form of TNF-α is glycosylated, but non-glycosylated recombinant TNF-α has comparable biological activity. The biologically active native form of TNF-α is reportedly a trimer. Human and murine TNF-α show approximately 79% homology at the amino acid level and cross-reactivity between the two species. Two types of receptors for TNF-α have been described and virtually all cell types studied show the presence of one or both of these receptor types.

TNF-α and TNF-β are extremely pleiotropic factors due to the ubiquity of their receptors, to their ability to activate multiple signal transduction pathways and to their ability to induce or suppress the expression of a wide number of genes. TNF-α and TNF-β play a critical role in mediation of the inflammatory response and in mediation of resistance to infections and tumor growth.

FOR RESEARCH USE ONLY. NOT FOR USE IN HUMANS.

**R&D Systems, Inc.**
**1-800-343-7475**

9/14/05

ARI-KC00010



# *Recombinant Human IL-1β/IL-1F2*

**Catalog Number: 201-LB**

## *Specifications and Use*

**Source**
- A DNA sequence encoding the mature human IL-1β protein (March, C.J. *et al.*, 1985, Nature 315:641 - 647; Auron, P.E. *et al.*, 1984, Proc. Natl. Acad. Sci. USA 81:7907 - 7911) was expressed in *E. coli.*

**Molecular Mass**
- The 153 amino acid residue recombinant protein has a predicted molecular mass of approximately 17 kDa. The 154 amino acid residue methionyl form may also be present in the preparation.

**Purity**
- > 97%, as determined by SDS-PAGE and visualized by silver stain.

**Endotoxin Level**
- < 1.0 EU per 1 µg of the cytokine as determined by the LAL method.

**Activity**
- Measured in a cell proliferation assay using the murine helper T cell line, D10.G4.1 (Symons, J.A. *et al.*, Lymphokines and Interferons, a Practical Approach, 1987, M.J. Clemens, A.G. Morris, and A.J.H. Gearing, eds., IRL Press, p. 272).
- The $ED_{50}$ for this effect is typically < 12 pg/mL.

**Formulation**
- Lyophilized from a 0.2 µm filtered solution in PBS containing 50 µg of bovine serum albumin per 1 µg of cytokine.

**Reconstitution**
- It is recommended that sterile phosphate-buffered saline containing at least 0.1% human serum albumin or bovine serum albumin be added to the vial to prepare a stock solution of no less than 10 µg/mL of the cytokine.

**Storage**
- Lyophilized samples are stable for up to twelve months from date of receipt at -20° C to -70° C.
- Upon reconstitution, this cytokine can be stored under sterile conditions at -20° C to -70° C in a manual defrost freezer for three months without detectable loss of activity.
- Avoid repeated freeze-thaw cycles.

## *Human Interleukin 1 beta/IL-1F2*

IL-1 is a name that designates two pleiotropic cytokines, IL-1α (IL-1F1) and IL-1β (IL-1F2), which are the products of distinct genes. IL-1α and IL-1β are structurally related polypeptides that share approximately 21% amino acid (aa) identity in human. Both proteins are produced by a wide variety of cells in response to inflammatory agents, infections, or microbial endotoxins. While IL-1α and IL-1β are regulated independently, they bind to the same receptor and exert identical biological effects. IL-1 RI binds directly to IL-1α or IL-1β and then associates with IL-1 R accessory protein (IL-1 R3/IL-1 R AcP) to form a high-affinity receptor complex that is competent for signal transduction. IL-1 RII has high affinity for IL-1β but functions as a decoy receptor and negative regulator of IL-1β activity. IL-1ra functions as a competitive antagonist by preventing IL-1α and IL-1β from interacting with IL-1 RI.[1-4] The human IL-1β cDNA encodes a 269 aa precursor. A 116 aa propeptide is cleaved intracellularly by the cysteine protease IL-1β-converting enzyme (Caspase-1/ICE) to generate the active cytokine.[5] The 17 kDa mature human IL-1β shares 77% aa sequence identity with mouse and rat IL-1β.

**References:**
1. Allan, S.M. *et al.*, 2005, Nat. Rev. Immunol. 5:629.
2. Kirisawa, R. *et al.*, 2006, Vet. Immunol. Immunopathol. 109:219.
3. Komman, K.S., 2006, Am. J. Clin. Nutr. 83:475S.
4. Isoda, K. and F. Ohsuzu, 2006, J. Atheroscler. Thromb. 13:21.
5. Nishida, T. *et al.*, 1987, Biochem. Biophys. Res. Commun. 143:345.

This product is covered by one or more of the following U.S. patents: 4,798,069, 5,510,462, 5,681,933, 4,762,914, 5,474,899, 5,789,185, 5,484,887, 5,122,459, 5,001,057, 5,077,219, 5,286,847.

FOR RESEARCH USE ONLY. NOT FOR USE IN HUMANS.

**R&D Systems, Inc.**
**1-800-343-7475**

1/23/07

ARI-KC00011

5/20/07

THAW THP-1 CELLS FROM ATCC   TIB-202    12:15pm

PLATE IN RPMI 10% HI FBS P-S Q

5/22/07   SPLIT 1:3
5/24   10 AM  CELLS AT   4.5×10⁵/ml
5/25   1 Pm   CELL AT   6.5×10⁵/-L
5/26   10:30AM   7.3×10⁵/mL

5/26/07   PLATE CELLS  2mL/WELL  AT  2.5×10⁵/ml   11:30AM

| well | 100#/well esterase2 | 50#/well Transfection | 30#/well pSST | F-actin | RPMI | Total vol |
|------|------|------|------|------|------|------|
| 1    | 1    | 2    | 6.3  | 9    | 91   | 2 mg |
| 2    | 1    | 2    | 6.3  | 9    | 91   | 3 mg |
| 3    | 2    | 1    | 4.3  | 9    | 91   | 3 mg |
| 4    | 2    | 1    | 4.3  | 9    | 91   | 3 mg |
| 5    | 1    | 2    | 3    | 6    | 94   | 2 ml |
| 6    | 1    | 2    | 3    | 6    | 94   | 2 ml |
| 7    | 2    | 1    | 1    | 6    | 54   | 2 ml |
| 8    | 2    | 1    | 1    | 6    | 54   | 2 ml |
| 9    | 2    | 1.6  |      | 3    | 97   | 1 ml |
| 10   | 2    | 1.6  |      | 3    | 97   | 1 ml |
| 11   | UN   |      |      |      |      |      |
| 12   | UN   |      |      |      |      |      |

ADD F-actin 6 TO RPMI AS INDICATED ABOVE   5' R.T.
ADD Transfection SERUMS TO DNA ,F-actin   15' R.T.
ADD FUG/DNA MIX TO CELLS   — DONE 11:50AM


5/28  11:15
       HARVEST CELLS , USED 150mL Xpressment CELLS   10' R.T.
       SPIN  5'  13,000 rpm TO SEP. AS ORDERS
       LUCIF ASSAY  ON 80µL LYSATE
       BRAD.   ON 25µL LYSATE   25µL+50× SOL I


LUCIF: MOST SAMPLES MEAN 3NGS: 7,8,9,10
BRAD:   "    "    "    "    "    "

9,10 CONDITIONS SLIGHTLY BETTER Tx EFFICIENCY , BUT VERY CLOSE TO OTHERS

ARI-KC00012

Protocol: UP.IPT        28.05.2007        11:49:57
Software: uP 1.24       PC-Control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:                2.0 sec
Delay Inj. M / Measurement Interval 2:      10.0 sec
Measurement Time Interval 2:                1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. M.Int.1 | 49. | 48 | 48. | 52 | 54 | 61. | 58 | 69 | 67. | 82 | 74 | 94 |
| M.Int.2 | 5 | 4 | 6 | 6 | 4 | 5 | 4 | 7 | 7 | 9 | 7 | 9 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| B. M.Int.1 | 106. | 57 | 60 | 50 | 0 | | | | | | | |
| M.Int.2 | 11 | 5 | 6 | 5 | 0 | | | | | | | |
| Inject. | P/- | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |

ARI-KC00013

```
Protocol:  BGalli.Prn
Software:  µP 1.24      PC-Control 1.24      28.05.2007      12:15:54

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:           2.0 sec
Measurement Interval 1:               10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:           1.0 sec

Comment:

C          1      2      3      4      5      6      7      8      9     10     11     12
M.Int.1   275    313    379    713    914    852    841    894    889   1052   1033   1175
M.Int.2    29     34     36     64     76     74     78     79     80    101     92    109
Inject.   P/-    P/-    P/-    P/-    P/-    P/-    P/-    P/-    P/-    P/-    P/-    P/-

D
M.Int.1  1314    807    826      0      0
M.Int.2   122     70     70      0      0
Inject.   P/-    P/-    P/-    -/-    -/-    -/-    -/-    -/-    -/-    -/-    -/-    -/-
```

TROFIX                                        Page 1                      28.5.2007 12:19

ARI-KC00014

5/31/07    PLATE TRIPL CMLS 2.5 $2.5\times10^5/ml$    ( DILUTIONS FOR $4.5\times10^5/ml$ ( 0.50 gpm )

|   | $100/\lambda$ cell #2 | $500/\lambda$ $\frac{E.g.}{K}$-str-HC |   |   |
|---|---|---|---|---|
| 1) | 2 | 4.6 | 25 ug/ovn |   |
| 2) | 4 | 4.2 | " | |
| 3) | to 5 | 4 | " | |
| 4) | 8 | 3.4 | | |
| 5) | un | | | |
| 6) | 6 | 2.8 | 2ug/ovn. | Final $3\lambda$ |

For 1-4 : 1) Add 2 mL DNA 500 mL SERUM-FREE RPMI
         2) Add 7.5 mL LIPOFECTAMIN UTR mix 25' R.T.
         3) Add to CELLS

For 6 : 1) Add 3λ FUGENE to 97λ RR. RPMI 5' R.T.
        2) Add DILUTED DNA to DNA 15' R.T.
        3) Add to CELLS.

DONE 1:30pm

6/2/07    HARVEST VIER w/ 150λ 1X PROTEA CRISIS 10' R.T.
10 min   SPIN 14K ANALYSIS
         LUCIF → 50λ
         β-GAL → 25λ

ARI-KC00015



TROPIX

Protocol: BGiii.TPT
Software: µP 1.24

02.06.2007    10:54:34
PC-Control 1.24

Delay Inj. P / Measurement Interval 1:        2.0 sec.
Measurement Time Interval 1:                  10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:                  1.0 sec

Comment:

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| B Int.1 | 121 | 148 | 123 | 495 | 460 | 598 | 758 | 567 | 598 |
| M Int.2 | 11 | 12 | 14 | 53 | 46 | 58 | 74 | 54 | 63 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

02. .2007 10:56

ARI-KC00016

TROPIX

Protocol: JP_IFN
Software: µP 1.24

02.06.2007    10:37:10
PC-Control 1.24

Delay Inj. P./ Measurement Interval 1:          2.0 sec
Measurement Time Interval 1:                    10.0 sec
Delay Inj. M / Measurement Interval 2:          1.0 sec
Measurement Time Interval 2:

Comment:

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| A. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| M.Int.1 | 55 | 49 | 48 | 184 | 88 | 102 | 179 | 43 | 45 |
| M.Int.2 | 6 | 4 | 5 | 22 | 8 | 11 | 20 | 4 | 4 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

Son beef

ARI-KC00017

Engineer's Computation Pad
No. 937 811E
STAEDTLER®

Continue from 6.3×10⁵/ml

6/4/07   PLATE TRANSFER CELLS 2.1k/well FINAL 2.5×10⁵/ml OR 5×10⁵/ml AS INDICATED
10:05 AM

| STABLE 2 | CLONES | LIPO CTX | PLUS | CELLS ×10⁵ |
|---|---|---|---|---|
| 2.5μg | luci | 6 | 2.5 | 5 |
| | | 8 | 2.5 | 5 |
| | | 10 | 2.5 | 5 |
| | | 12 | 2.5 | 5 |
| | | 6 | 2.5 | 10 |
| | | 8 | 2.5 | 10 |
| | | 10 | 2.5 | 10 |
| | | 12 | 2.5 | 10 |
| 5μg ³·² | 2.5μg luci | 6 | 2.5 | 10 |
| | | 15 | 5 | 5 |
| | | 20 | 5 | 5 |
| | | 25 | 5 | 5 |
| | | 15 | 5 | 10 |
| | | 20 | 5 | 10 |
| | | 25 | 5 | 10 |
| | 5μg ²·¹⁶ | 15 | 5 | 10 |

1) DILUTE DNA IN 500 μl RPMI SERUM-FREE
2) ADD 2.5 ml/ea PLUS REAGENT, MIX 5-15' R.T.    6'
3) ADD LIPO CTX, MIX 25' R.T.
4) ADD TO CELLS.        DONE 11:07 AM

6/6/07  HARVEST 8:40 AM

USE CELLS IN 1502 1x FROM LYSIS  10' R.T.

14,000   5'

USE 25λ LYSATE → β-GAL ASSAY,   10:17 AM    15'
                     AUTH LUCIF RXN  10:48 →

→ USE CELLS AT 5×10⁵/ml      1×10⁶ TRANS/well
→ USE 2.5μg, 6-8 ml CTX, 25λ PLUS.   OR  5μg, 15λ CTX, 5λ PLUS.

TRY EF1α - luc2
NEXT WANT TO NORMALIZE LUCIF → PROT. OR CELL #

TROPIX

Protocol: JP2.IP7                    06.06.2007      11:34:32
Software: μP:1.24        EC-control 1.24

Delay Inj. P / Measurement Interval 1:        2.0 sec
Measurement Time Interval 1:                  10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:                  1.0 sec

Comment:

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | 191 | 170 | 183 | 930 | 1705 | 951 | 918 | 3351 | 3407 | 1428 | 1764 | 1781 |
| M.Int.1 | 11 | 15 | 94 | 166 | 99 | 99 | 340 | 357 | 147 | 175 | 174 |
| M.Int.2 | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| Inject. | | | | | | | | | | | | |
| D | 1120 | 1298 | 1268 | 1855 | 2036 | 2634 | 611 | 0 | | | | |
| M.Int.1 | 114 | 136 | 122 | 190 | 212 | 257 | 60 | 0 | | | | |
| M.Int.2 | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- |
| Inject. | | | | | | | | | | | | |

Page 1                                    06.  .2007 11:38

ARI-KC00019

Protocol: BOALI IEF
Software: WP 1.24      PC-Control 1.24      06.06.2007      10:38:57

Delay Inj. P / Measurement Time Interval 1:    2.0 sec
Measurement Time Interval 1:    10.0 sec
Delay Inj. M / Measurement Time Interval 2:
Measurement Time Interval 2:    1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A.** M.Int.1 | 133 | 122 | 122 | 841 | 528 | 522 | 500 | 1550 | 1677 | 709 | 799 | 871 |
| M.Int.2 | 12 | 10 | 12 | 80 | 54 | 51 | 49 | 154 | 166 | 72 | 78 | 90 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B.** M.Int.1 | 535 | 647 | 593 | 874 | 697 | 980 | 338 | 51 | 0 | -/- | -/- | -/- |
| M.Int.2 | 52 | 71 | 63 | 92 | 75 | 98 | 35 | 5 | 0 | | | |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- |

TROPIX

Pag. 1

06. J.2007 10:43

ARI-KC00020

6/12/07

5ug rHIL-1β                    10 ug rHTNFa
100ul    50ug/ml ✓          200 ul    50ug/ml ✓
250ul    20ug/ml ✓          500 ul    20 ug/ml ✓

PREPARED IN STERILE-FILTERED PBS, ALIQUOT IN 10L   20ul ALIQUOTS, FREEZE ENTIRE
                                                    → -80°

STAEDTLER®  No. 937 811E
Engineer's Computation Pad

ARI-KC00021

5/11/05

man BS S of 45×10⁵/ml awfi per well   4:20pm

| 250/λ EPU-DOS | 250μg Iₓₛ₁-IPₓₗ-LVC | 25μg CONT₃ | LVDI-TX | PWS |
|---|---|---|---|---|
| 1 | | | 7 | 2.5 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

10  ng/ml  KₓₐFd
20
50
100
10  μl  KₓₗμB
20  μl-1
50  μl-1
100  μl-l

1.68

1) Add 500λ RPMI no serum → cells
2) Add 25λ PWS mix 5-15' R.T.        5½'
3) Add 2λ LTX mix   25' R.T.
4) Add to cells.  Add Spin

6/13  Stimulate as viagard   spin cells resuspend in media + 25 JL-1   ·1500RPM 5'   1ml

9:45 and 1:45pm

use cells in 150? 1× Omega CTSIS 10' R.T.
Spin 14,000 RPM  5'
Luuf - 50λ
BGAL - 25λ + 50λ Sol I

ARI-KC00022

Protocol: JP.IPP
Software: JP 1.24

13.06.2007    PC-Control 1.24    14:24:21

Delay Inj. P / Measurement Interval 1:        2.0 sec
Measurement Time Interval 1:                  10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:                  1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A.** | | | | | | | | | | | | |
| M.Int.1 | 55 | 43 | 44 | 93 | 112 | 158 | 273 | 165 | 246 | 216 | 200 | 257 |
| M.Int.2 | 4 | 5 | 4 | 10 | 14 | 16 | 26 | 16 | 25 | 26 | 20 | 23 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B** | | | | | | | | | | | | |
| M.Int.1 | 152 | 45 | 44 | 0 | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |
| M.Int.2 | 15 | 5 | 4 | 0 | | | | | | | | |
| Inject. | P/- | P/- | P/- | P/- | | | | | | | | |

ARI-KC00023

Protocol: UP2 IPT          13.06.2007    14:35:51
Software: UP 1.24    PC-Control 1.24.

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:              2.0 sec
Delay Inj. K / Measurement Interval 2:   10.0 sec
Measurement Time Interval 2:              1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | | | | | | | | | | | | |
| M.Int.1 | 109 | 90 | 88 | 775 | 835 | 808 | 965 | 981 | 902 | 1051 | 1043 | 1108 |
| M.Int.2 | 8 | 8 | 7 | 76 | 88 | 81 | 99 | 98 | 92 | 101 | 106 | 116 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| D | | | | | | | | | | | | |
| M.Int.1 | 931 | 920 | 796 | 0 | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |
| M.Int.2 | 93 | 98 | 80 | 0 | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |
| Inject. | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |

PROFIX

ARI-KC00024

6/14/07

PLATE TNF-1  2mls  2.5×10⁵/ml    10:15 AM.

Σ 42/FW-LUC 25ug

10ug/ml IL-1

20ng/ml TNF

1) To ana  add  500 ul  OPTI-MEM-I  mixes every mon-n.
2) ADD  2.5×  PLUS  5-UL RT        6'
3) ADD  7×  LTX  25' RT.
4) ADD to cells.        DONE. 11:15 AM

6/16/07  STIM
Δ media  assaying  w/ IL-1 or TNF    10:10 AM → 2:10 pm

WSR dies in 150× for media CTRL    10' RT
SPIN at 0.5RPM  14,000 5'
SG  50× LUCIF ASSAY

→ LITTLE or NO TRANSFECTION.

ARI-KC00025

Protocol: JP IPF
Software: JP 1.24

16.06.2007    PC-Control 1.24    14:46:50

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:    2.0 sec
Measurement Time Interval 1:    10.0 sec
Delay Inj. N / Measurement Interval 2:
Measurement Time Interval 2:    1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A.** | | | | | | | | | | | | |
| M.Int.1 | 109 | 118 | 113 | 126 | 120 | 117 | 184 | 123 | 156 | 126 | 139 | 344 |
| M.Int.2 | 14 | 10 | 9 | 13 | 13 | 11 | 18 | 13 | 16 | 15 | 13 | 37 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B.** | | | | | | | | | | | | |
| M.Int.1 | 99 | 0 | | | | | | | | | | |
| M.Int.2 | 10 | 0 | | | | | | | | | | |
| Inject. | P/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |

TROPIX

Pg. 1

16. J.2007 14:49

ARI-KC00026

6/18/07

PLATE   2 mls (i.e.   5×10⁵ cells/ml)   10:50 AM

| Total Volume | | UTX | DNase |
|---|---|---|---|
| 25 µg | 5× | 7 | 2.5 |

1)
2)
3)
4)
5)
6)
7)
8)
9)

IL-1    0.1 ml
IL-1
IL-1
TNF    20 µg/l
TNF
TNF

10)   check2     LipoFec 2000
      2.5 µg 147    7    2.5          5      DNA = 250 µl rxn
11)   2.5 µg 147                              LF 200 × 250 µl rxn
UN

1-10:   ADD 500× RPMI media → DNA
        ADD 25× PLUS 5-µl' RT           5'
        ADD 72   UTX   25'
        ADD → cells

For 11    ADD 250× RPMI → DNA
          ADD 5× 200⁵ → 250 RPMI   5' RT.
          ADD DNA to 2000⁵   20' RT.
          ADD → cells.

controls ADDED 12:00 pm

6/20/07   DNA → STM.   10:25 AM → 2:25 pm

lyse 10' in soln 1× Preorden cell
spin out DEBRIS
  1-9 PLUS controls   50× → LUCIF
  10,11, UN   25× → β-GAL

          346 = 62

1   52                    → LipoFec 2000 is
2   181                      not better than L
3   58
4   60                    → no SIGNIFICANT STIMULATION
5   75                      PROBABLY A RESULT OF
6   124                     low & inconsistent TRANSFECTION
7   99
8   138
9   80

ARI-KC00027

```
Protocol: λP.RPk          20.06.2007    15:04:09
Software: µP 1.24         PC-Control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:              2.0 sec
Delay Inj. M / Measurement Interval 2:    10.0 sec
Measurement Time Interval 2:              10.0 sec

Comment:
```

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.Int.1 | 81 | 84 | 76 | 114 | 243 | 120 | 122 | 137 | 186 | 161 | 200 | 152 |
| M.Int.2 | 79 | 72 | 77 | 121 | 240 | 115 | 129 | 140 | 186 | 170 | 211 | 167 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| B. | | | | | | | | | | | | |
| M.Int.1 | 62 | 0 | | | | | | | | | | |
| M.Int.2 | 66 | | | | | | | | | | | |
| Inject. | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |

```
TROPIX                    Page  1                   20...2007 15:09
```

ARI-KC00028

TROPIX

Protocol: JP2.IP2
Software: µP 1.24

20.06.2007   PC-Control 1.24   15:17:31

Delay Inj. P / Measurement Interval 1:     2.0 sec
Measurement Time Interval 1:              10.0 sec
Delay Inj. N / Measurement Interval 2:
Measurement Time Interval 2:              1.0 sec

Comment:

|        | 1   | 2    | 3   | 4   | 5   | 6   |
|--------|-----|------|-----|-----|-----|-----|
| C      |     |      |     |     |     |     |
| M.Int.1| .80 | 79   | 74  | 900 | 629 | 342 |
| M.Int.2| .9  | 7    |     | 92  | 59  | 35  |
| Inject.| P/- | P/-- | P/- | P/- | P/- | P/- |

Page 1

ARI-KC00029

6/22/07

10:30 am   PLATE 2mls/min   2.5 mils²/ml   SUBMT

| 30µl/<br>stitch 2 | 2500<br>2ky.5 1EN-LVC | | | |
|---|---|---|---|---|
| 1 | 1 | 1.2 | – | |
| 2 | 1 | 1.2 | – | |
| 3 | 1 | 1.2 | 10 ng/ml | IL-1 |
| 4 | 1 | 1.2 | 20 | |
| 5 | 1 | 1.2 | 50 | |
| 6 | 1 | 1.2 | 100 | |
| 7 | 1 | 1.2 | 10 | |
| 8 | 1 | 1.2 | 20 | TNF |
| 9 | 1 | 1.2 | 50 | |
| 10 | 1 | 1.2 | 100 ng/l | |
| 11 | 1 | 1.2 | 1ng/ml 2x03/2x00t/27jb. | |
| 12 | UN | | | |

ADD   SX FLOW  →  SIX RPM1   5' R.T.
ADD  TO  DNA                15' R.T.
ADD  TO  CELLS.   11:17 AM

6/24   STIM  ADDED   10:33 am →   2:35 pm

WASH IN 150x IX PROTEIN LYSIS
   50m → 5' 14K. SPIN OR DEBRIS
   50% → LYCF
   25% → β-GAL.

→ SUBSTRATES DO NOT RESPOND TO IL-18

→ REASSES  TRANSFECTION AND RESPONSE TO TNFα,  JcO3/dc00t

ARI-KC00030

| sample | lucif | l bgd | lucif+bkg | bgal | b bkd | bgal+bkd | lucif/bgal | avg 1+2 | norm |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6057 | 68 | 5989 | 63923 | 5278 | 58645 | 0.10212294 | 0.09208901 | 1.10563986 |
| 2 | 5840 | 68 | 5772 | 75621 | 5278 | 70343 | 0.08205507 | 1 | 0.9424218 |
| 3 | 7756 | 68 | 7688 | 80785 | 5278 | 75507 | 0.10181837 | | 1.55326171 |
| 4 | 5832 | 68 | 5764 | 71693 | 5278 | 66415 | 0.08678762 | | 0.96435884 |
| 5 | 8567 | 68 | 8499 | 64695 | 5278 | 59417 | 0.14303987 | | 30.3124052 |
| 6 | 5666 | 68 | 5598 | 68313 | 5278 | 63035 | 0.08880781 | | 37.1838107 |
| 7 | 200529 | 68 | 200461 | 77090 | 5278 | 71812 | 2.79146929 | | 49.8347104 |
| 8 | 268225 | 68 | 268157 | 83589 | 5278 | 78311 | 3.42425713 | | 45.2953036 |
| 9 | 283176 | 68 | 283108 | 66967 | 5278 | 61689 | 4.58927848 | | 15.3737649 |
| 10 | 275245 | 68 | 275177 | 71248 | 5278 | 65970 | 4.17124451 | | |
| 11 | 160857 | 68 | 160789 | 118848 | 5278 | 113570 | 1.41577001 | | |

ARI-KC00031



Protocol: JP2.IPT
Software: µP 1.24

24.06.2007    PC-Control 1.24    15:25:15

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:    2.0 sec
Delay Inj. M / Measurement Interval 2:    10.0 sec
Measurement Time Interval 2:    1.0 sec

Comment:

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | M.Int.1 | 105 | 109 | 83 | 63923 | 75621 | 80785 | 71693 | 64695 | 68313 | 77090 | 83589 | 66967 |
| | M.Int.2 | 9 | 9 | 8 | 6618 | 7678 | 8230 | 7264 | 6590 | 6872 | 7828 | 8503 | 6949 |
| | Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| D | M.Int.1 | .71248 | 118848 | 5278 | 0 | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |
| | M.Int.2 | .7211 | 12152 | 542 | 0 | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |
| | Inject. | P/- | P/- | P/- | P/- | P/- | | | | | | | |

TROPIX

ARI-KC00032

TROPIX

Protocol: JP.REP
Software: µP 1.24

24.06.2007    PC-Control 1.24    15:15:19    ARI...

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:              10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:              1.0 sec
Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. M.Int.1: | 67 | 69 | 69 | 6057 | 5840 | 7256 | 5832 | 8857 | 5666 | 200529 | 268825 | 283176 |
| M.Int.2: | 6' | 6' | 7' | 591 | 586 | 755 | 578 | 848 | 578 | 20151 | 26780 | 28459 |
| Inject.: | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| B. M.Int.1: | 275245 | 160957 | 68 | 0 | | | | | | | | |
| M.Int.2: | 27528 | 16099 | 7 | 0 | | | | | | | | |
| Inject.: | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |

ARI-KC00033

6/25/07
10:15 AM    PLATE 2mls/well   25×10³/ml in RPMI

| 200ul estblsd 2 | | 2×00 Zyo¹-thved | | | TIME ADDS | | 0 |
|---|---|---|---|---|---|---|---|
| 1) | 1 | 1.2 | — | | | | 1L |
| 2) | 1 | 1.2 | | | | | 2L |
| 3) | 1 | 1.2 | 20mg/ml TNFd (T) | | 9:30 AM | | 3L |
| 4) | 1 | 1.2 | lug/ml 2×05/2×000/1×00 (3) | | 9:30 AM | | 4L |
| 5) | 1 | 1.2 | T | | 10:25 | | |
| 6) | 1 | 1.2 | 3 | | 10:25 | | |
| 7) | 1 | 1.2 | T | | 11:25 | | |
| 8) | 1 | 1.2 | 3 | | 11:25 | | |
| 9) | 1 | 1.2 | T | | 12:22 | | |
| 10) | 1 | 1.2 | 3 | | 12:22 | | |
| 11) | | 1.2 | T | | 12:51 | | |

ADD EX FICOLL z TIX RPMI  5' R.T.
ADD TO Onm        15' R.T.
ADD TO CELLS     11:01 AM


6/27   Δ MEDIA TO 1ml 9:15 AM
       ADD STIMULANTS AT DIFF TIMES (above) ADD w Scal of medIA mix w TIP well

HARVEST 1:22
       SPIN DW CELLS
       LYSE in 150Δ PRESRCH or LYSIS b' R.T.
       SPIN out DEBRIS 1K×00  5' R.T.           FREEZE or OVERNIGHT

Sup → LNC3t
25Δ → 6 GAL

ARI-KC00034



| sample | lucif | bgd | lucif-bkg | bgal | b bkd | bgal-bkd | lucif/bgal | avg 1+2 | norm |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10556 | 70 | 10486 | 133161 | 8025 | 125136 | 0.08379683 | 0.08092645 | 1 |
| 2 | 10049 | 70 | 9979 | 135869 | 8025 | 127844 | 0.0780607 | | 1 |
| 3 | 353969 | 70 | 353899 | 104599 | 8025 | 96574 | 3.664353704 | | 45.2971204 |
| 4 | 349629 | 70 | 349559 | 169153 | 8025 | 161128 | 2.169444913 | | 23.1557923 |
| 5 | 241213 | 70 | 241143 | 81629 | 8025 | 73604 | 3.2762214 | | 35.5762993 |
| 6 | 448625 | 70 | 448555 | 190051 | 8025 | 182026 | 2.46423588 | | 26.7589953 |
| 7 | 143629 | 70 | 143559 | 111257 | 8025 | 103232 | 1.39064437 | | 15.1109271 |
| 8 | 346332 | 70 | 346262 | 171370 | 8025 | 163345 | 2.11982001 | | 23.0190033 |
| 9 | 23689 | 70 | 23619 | 139714 | 8025 | 131689 | 0.17935439 | | 1.94759896 |
| 10 | 37038 | 70 | 36968 | 137067 | 8025 | 129042 | 0.28640937 | | 3.11087883 |
| 11 | 10615 | 70 | 10545 | 139681 | 8025 | 131656 | 0.0800951 | | 0.869744803 |

ARI-KC00035

Protocol: JP.IPT          27.06.2007
Software: µP 1.24         PC-Control 1.24          16:10:26

Delay Inj: P / Measurement Interval 1:
Measurement Time Interval 1:        2.0 sec
Delay Inj M / Measurement Interval 2:        10.0 sec
Measurement Time Interval 2:        1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | | | | | | | | | | | | |
| M.Int.1 | 70 | 64 | 73 | 16556 | 10049 | 3539669 | 349629 | 241213 | 4486259 | 143629 | 346532 | 23689 |
| M.Int.2 | 6 | | 7 | 1062 | 1016 | 35487 | 34975 | 24040 | 44842 | 14366 | 34668 | 2350 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B** | | | | | | | | | | | | |
| M.Int.1 | 37038 | 10615 | 70 | 0 | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |
| M.Int.2 | 3739 | 1045 | 5 | 0 | | | | | | | | |
| Inject. | P/- | P/- | P/- | -/- | | | | | | | | |

TROPIX

Pag. 1

27..6.2007 16:13

ARI-KC00036

```
Protocol: JP2.ZPT        27.06.2007        16:22:36
Software: JP 1.24      FC-Control 1.24

Delay Inj.: P / Measurement Interval 1:     2.0 sec
Measurement Time Interval 1:               10.0 sec
Delay Inj.: M / Measurement Interval 2:     1.0 sec
Measurement Time Interval 2:                1.0 sec

Comment:
```

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | | | | | | | | | | | | |
| M.Int.1 | 107 | 88 | 91 | 133161 | 135869 | 104599 | 169153 | 81629 | 190051 | 111257 | 171370 | 139714 |
| M.Int.2 | 10 | 7 | 7 | 13421 | 13857 | 10602 | 17651 | 8349 | 19208 | 11184 | 17295 | 14125 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| D | | | | | | | | | | | | |
| M.Int.1 | 137067 | 139681 | 8025 | 0 | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |
| M.Int.2 | 13772 | 14112 | 800 | 0 | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |
| Inject. | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |

ARI-KC00037

6/26/02   12:7   TEMP.   v. 5ug  2.5 EACH

PLATE 2ndS(un Sxxd/une - SPLIT FROM
10:55 AM                           LENS
                                   AT 6.3 mod

esther 2         Interferlix
1) 2.5ug  1.4    2.5ug  1.2   —
2)       1.4            1.2   +   20yLe  T2-1
3)       1.4            1.2   +   20 yLe  TNF2
4) un    A             12

        500n
ADD  RPMI  →  pmA
ADD  5λ  Plus  5-16'  RT      5'
ADD  15λ  LTX   25'
      ADD  To  CELLS.    11.35 AM

1/28   5mn    Amoix → Pml + sens as indicated   10:15 AM →

HARVEST  2PM
    SP. in CELLS
    visk in 150Y  PX  LESS   W  RT.
    spin  out  DEBRIS.
50Y → LYCCF
25Y → AGAR

→ MINIMAL  TRANSFECTION

→ NO  STIMULATION

ARI-KC00038



| sample | lucf. | l bgd | lucf-bkg | bgal | b bkd | bgal-bkd | lucf/bgal | norm |
|--------|-------|-------|----------|------|-------|----------|-----------|------|
| 1 | 326 | 52 | 274 | 545 | 482 | 63 | 4.34920635 | 1.00212128 |
| 2 | 169 | 52 | 117 | 699 | 482 | 217 | 0.53917051 | 0.12423284 |
| 3 | 148 | 52 | 96 | 635 | 482 | 153 | 0.62745098 | 0.14457396 |

ARI-KC00039



TROPIX

Protocol: JP*.IPT
Software: µP 1.24

28.06.2007    14:27:25
PC-control 1.24.

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:                    2.0 sec
Delay Inj. M / Measurement Interval 2:          10.0 sec
Measurement Time Interval 2:                    1.0 sec.

Comment:

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| A. |   |   |   |   |   |   |   |
| M.Int.1 | 58 | 55 | 50 | 326 | 169 | 148 | 52 |
| M.Int.2 | 4 | 4 | 4 | 33 | 19 | 17 | 4 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

Pag.. 1

28..J.2007 14:29

ARI-KC00040

TROPIX

```
Protocol: JP2.IPD          28.06.2007    14:49:43
Software: AP 1.24          PC-Control 1.24

Delay Inj. P / Measurement Interval 1:          2.0 sec
Measurement Time Interval 1:                   10.0 sec
Delay Inj. M / Measurement Interval 2:          1.0 sec
Measurement Time Interval 2:

Comment:

          1        2        3        4        5        6        7
B. Int.1  84       75       78       545      699      615      482
M.Int.2   8        7        8        55       69       64       49
Inject.   P/-      P/-      P/-      P/-      P/-      P/-      P/-
```

Pag. 1                              28..6.2007 14:51

15 Dun
25 k

**ARI-KC00041**

7/3/07    9:50

~~6:15 Am~~    ~~9:~~ SAM    plate 2n15/ 2.5x10⁵/l    Suspend

| ctrl 2 | Tgfa 1Fnl-L/C | 10X20 | 11X04 | 1:05 |
|---|---|---|---|---|
| 200-g  2 | 2800-g 2.8 | | | H |

3 mixes, each mix for 6.5 samples
  Add 58.5 Fugene → 571.5 RPMI   5' R.T.
  add to DNA   15' R.T.
  Add 104.8 λ to each well    Done 11:15 Am

7/5  10:15AM   Δ media to 1ml for ALL

  10:40 Am   Add Ensbrl to Fnal Suglvl to  5,6,7,8,9,10,11,12

  11:04 Am   Add Tnfα to Fnal 20ng/ml to  3,4,7,8, 11,12, 15,16,17,18

  1:05 PM   HARVST  1,2,3,4,5,6,7,8 - Spndwn cells    Sprnt → Orti CE
        Add Ensbrl → Fnal Suglvl to  17,18

  4:03 PM   HARVST  9-18, ___    Spndwn cells   Sprnt → Orti CE

Wash air Prices zocortur CE____ - 150λ Lysis W R.T.
     50λ → Lysis
     25λ → D Gor

• E  Adds Before T, converts blocks T-Trans Recover Inductn
• E  has no effect on basal Trnscr Activty
• E  Adds 2hr After T has Partial Inhibitory Effect when Repeater is Assayed
     3hr After E Addition
• E  Added 2hr After T does not Prevent Recover Activty that Accumulates Over
     Twi Next 3 hr

ARI-KC00042

5 mg/ml.

25 mg/ml = 500x

1:10  2.5 mg/ml = 500x → Add 2ml to 1ml

TNF 20 mg/ml

| | 1·2 | 3·4 | 5·6 | 7·8 | 9·10 | 11·12 | 13·14 | 15·16 | 17·18 | 19·20 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) Dilution to 1ml 10:15 am | | | | | | | | | | | |
| TNF 0 | — | — | Ev Ev | Ev En | Ev Ev | Ev En | — | — | — | 10:40 am | |
| 1hr | — | TNF | — | TNF | — | TNF | — | TNF | TNF | 11:04 AM | |
| 3hr | H | H | H | H | | | — | Ev En | 1:05 | | |
| 6hr | | | | | H | H | H | H | H | H | 4:05 |

ARI-KC00043



ARI-KC00044

| sample | lucif | bgd | lucif-bkg | bgal | b bkd | bgal-bkd | lucif/bgal | norm to s1 |
|---|---|---|---|---|---|---|---|---|
| 1 | 4888 | 67.5 | 4820.5 | 121763 | 5731.5 | 116031.5 | 0.04154475 | 1.00001812 |
| 2 | 6036 | 67.5 | 5968.5 | 114346 | 5731.5 | 108616.5 | 0.05495021 | 1.32265918 |
| 3 | 91840 | 67.5 | 91772.5 | 115858 | 5731.5 | 110126.5 | 0.83333712 | 20.0591449 |
| 4 | 85575 | 67.5 | 85507.5 | 117114 | 5731.5 | 111382.5 | 0.76759241 | 18.4790201 |
| 5 | 5428 | 67.5 | 5360.5 | 106564 | 5731.5 | 100832.5 | 0.05316242 | 1.279665548 |
| 6 | 5089 | 67.5 | 5021.5 | 106486 | 5731.5 | 100754.5 | 0.04983897 | 1.19966698 |
| 7 | 5276 | 67.5 | 5208.5 | 104094 | 5731.5 | 98362.5 | 0.05295209 | 1.2746026 |
| 8 | 5594 | 67.5 | 5526.5 | 98076 | 5731.5 | 92344.5 | 0.05984655 | 1.44055827 |
| 9 | 4818 | 67.5 | 4750.5 | 131707 | 5731.5 | 125975.5 | 0.03770971 | 0.90770541 |
| 10 | 6372 | 67.5 | 6304.5 | 124769 | 5731.5 | 119037.5 | 0.0529623 | 1.2748484 |
| 11 | 6379 | 67.5 | 6311.5 | 117826 | 5731.5 | 112094.5 | 0.05630517 | 1.35531415 |
| 12 | 6377 | 67.5 | 6309.5 | 123400 | 5731.5 | 117668.5 | 0.05362098 | 1.29070329 |
| 13 | 6528 | 67.5 | 6460.5 | 143015 | 5731.5 | 137283.5 | 0.04705955 | 1.1327641 |
| 14 | 6367 | 67.5 | 6299.5 | 148925 | 5731.5 | 143193.5 | 0.04399292 | 1.05894759 |
| 15 | 226601 | 67.5 | 226533.5 | 125635 | 5731.5 | 119903.5 | 1.88929848 | 45.4770479 |
| 16 | 240107 | 67.5 | 240039.5 | 118376 | 5731.5 | 112644.5 | 2.13094736 | 51.2937454 |
| 17 | 164573 | 67.5 | 164505.5 | 123368 | 5731.5 | 117636.5 | 1.39842226 | 33.6612329 |
| 18 | 170760 | 67.5 | 170692.5 | 118839 | 5731.5 | 113107.5 | 1.50911743 | 36.3257614 |

ARI-KC00045

```
Protocol: UP2.Tpr                 05.07.2007       17:00:12
Software:  µP 1.24                 PC-Control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:              2.0 sec
Measurement Time Interval 1:             10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:              1.0 sec

Comment:
```

|   |          | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|----------|---|---|---|---|---|---|---|---|---|----|----|----|
| C | M.Int.1  | 130.    | 96.    | 87.    | 121763 | 11434  | 11565  | 117114 | 106564 | 106486 | 104094 | 98076  | 131707 |
|   | M.Int.2  | 10      | 10     | 9      | 122230 | 11488  | 11650  | 11706  | 10758  | 10690  | 10697  | 10244  | 13283  |
|   | Inject.  | P/-     | P/-    | P/-    | P/-    | P/-    | P/-    | P/-    | P/-    | P/-    | P/-    | P/-    | P/-    |
| D | M.Int.1  | 124769  | 117826 | 123400 | 143015 | 148925 | 125635 | 118376 | 123368 | 118839 | 5961   | 5502   | 0      |
|   | M.Int.2  | 12637   | 11833  | 12588  | 14542  | 15043  | 12767  | 12104  | 12530  | 12069  | 613    | 573    | 0      |
|   | Inject.  | P/-     | P/-    | P/-    | P/-    | P/-    | P/-    | P/-    | P/-    | P/-    | P/-    | P/-    | -/-    |

16'  2/k → 5ml

TROPIX

Page 1

05...2007 17:05

ARI-KC00046

```
Protocol: JP.IPT          05.07.2007         16:48:25
Software: µP 1.24         PC-Control 1.24

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:             10.0 sec
Delay Inj. M / Measurement Interval 2:    1.0 sec
Measurement Time Interval 2:

Comment:

          1       2       3       4       5       6        7        8        9       10      11      12

A.
M.Int.1   74      72      70      4888    6036    91840    85575    5428     5089    5276    5594    4818
M.Int.2   8       6       7       501     593     9147     8589     532      509     526     555     489
Inject.   P/-     P/-     P/-     P/-     P/-     P/-      P/-      P/-      P/-     P/-     P/-     P/-

B
M.Int.1   6372    6379    6377    6528    6367    226601   240107   1644573  170760  59      66      0
M.Int.2   644     638     658     637     627     22693    23937    16415    17062   8       7       0
Inject.   P/-     P/-     P/-     P/-     P/-     P/-      P/-      P/-      P/-     P/-     P/-     -/-
```

TROPIX

Page. 1

05...2007 16:53

ARI-KC00047

7/6/07    10:05 Am    PLAN    Starts 2mls 25x10⁵/ml  Genril

| | C3H22 | IKS IFNαIL | 10:12 | 10:21 | 10:28 | 12:28 | 3:25 |
|---|---|---|---|---|---|---|---|
| 1) 2mls | 2 | 2000g 2.8 | | | | | H |
| 2) | | | | | | | H |
| 3) | | | | | | Lith | H |
| 4) | | | T | | | osh | H |
| 5) | | | T | | | osh + E | H |
| 6) | | | T | | | osh + E | H |
| 7) | | | T | | | H | |
| 8) | | | | | | H | |
| 9) | | | E | T | | H | |
| 10) | | | E | T | | H | |
| 11) | | | | T | | H | |
| 12) | | | | T | | H | |
| 13) | | | | | | 7/6/6 | H |
| 14) | | | | | | 7/6/6 | H |
| 15) | | | | E | | 7/6/6 | H |
| 16) | | | | E | | 7/6/6 | H |

3 mxes for C3 samples
    ADD 58.5 sugar → 591.5 R/ml 3'R.T.
    ADD to PMN 15' R.T.
    ADD 1048λ → then well    DONE AT Noon

7/6/07  omitted to 1ml for ALL 10:05

10:12 ADDS Euene to PMN 5µl/ml to 7,10,15,16.

10:21 ADDS INF. to PMN 20mg/ml to 3,4,5,6, 8,13,15,12

10:28 ADDS dg3/dc08/dg.6 to Final Euce 1µ/ml to 13,14,15,16.

12:28 wash 3,4,5,6 - ADD 9ml to Current ,spin 1300 5', MSUS 1-1mol.A
    ADD E Euene to 5µl/ml to 5,6.

12:28 Harvest 7,8,9,10,11,12    spin Run cells newly → Artice

3:25 Harvest 1,2,3,4,5,6, 13,14,15,16, wash    Runs → Artice

ton Run Pcwrts Evorathm LYSR in 150λ 1x cTSLS 10' R.T.
    50λ → Lucif
    35λ → βGAL

ARI-KC00048





ARI-KC00049

```
Protocol: JP2.iP2          08.07.2007   16:47:00
Software:  µP 1.24         PC-Control 1.24

Delay Inj. / Measurement Interval 1:
Measurement Time Interval 1:                  2.0 sec
Delay Inj. / Measurement Interval 2:         10.0 sec
Measurement Time Interval 2:                  1.0 sec

Comment:

              1        2        3        4        5        6        7        8        9       10       11       12
  M.Int.1    570      510      462     118398   134064   129427   116191   114643   123779   176146   151114   149215
  M.Int.2     48       42       42     122279   138822   13331    12363    13947    12783    18047    15641    1554l
  Inject:    P/-      P/-      P/-      P/-      P/-      P/-      P/-      P/-      P/-      P/-      P/-      P/-

  M.Int.1   165029   117403   1247U9  225581   245462   293216   218607    4192     3778      0
  M.Int.2    1043     12695    12859   23494    25402    30350    22658     439      394       0
  Inject:    P/-      P/-      P/-      P/-      P/-      P/-      P/-      P/-      P/-      -/-      -/-      -/-
```

TROPIX

ARI-KC00050

TROPIX

Protocol: UP.IPP
Software: µP 1.24          08.07.2007      PC-Control 1.24          16:10:02

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:           2.0 sec
Delay Inj. M / Measurement Interval 2:  10.0 sec
Measurement Time Interval 2:           1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A.** | | | | | | | | | | | | |
| M.Int.1 | 53 | 61 | 55 | 7090 | 6645 | 338440 | 374559 | 303898 | 339889 | 6983 | 5187 | 7504 |
| M.Int.2 | 6 | 10 | 4 | 714 | 664 | 33872 | 3741B | 30267 | 33853 | 708 | 522 | 751 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B.** | | | | | | | | | | | | |
| M.Int.2 | 7595 | 131652 | 138616 | 441996 | 358191 | 555275 | 488528 | 80 | 63 | 0 | | |
| M.Int.2 | 756 | 13136 | 13865 | 44117 | 35771 | 55521 | 48683 | 7 | 5 | 0 | | |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- | -/- |

Page 1

08. ./2007 16:14

ARI-KC00051

7/9/7

TEST MRNA NUCLEOFECTION OF THP-1 CELLS

CELLS AT 2.7×10⁶/mL

| | CELLS | 5 | IntelliFect-X | | |
|---|---|---|---|---|---|
| 1) | 500g | 5 | | 5 | 500g |
| 2) | 250g | 2.5 | | 2.5 | 250g |
| 3) | 100g | 1 | | 4 | 400g |

FOLLOW PROTOCOL DCV-1042 VI 05-2007   DONE 11:30AM

SPIN DOWN THP-1 CELLS   1500 RPM 5'
RESUSPEND @ 1×10⁶ CELLS / 100 ul OF SUPPLEMENTED Nucleofector Soln V

MIX 100 uL CELLS WITH DNA SAMPLE
PUT IN CUVETTE
USE V-001 PROGRAM
ADD 500 λ MEDIA TO CUVETTE, WITHDRAW
PLACE CELLS INTO 2mLs MEDIA → 1 CUVET → WELL

DO NEXT SAMPLE.

7/10/7 · HARVEST RNA   AFTER 24hr

PELLET CELLS   WASH/SPIN IN 150λ 1X CSLB 10' R.T.
SPIN OUT DEBRIS
  50λ → L-CIF
  25λ → DUAL

| | LUCIF – OXID ~S1~ | DUAL – OXID ~329~ |
|---|---|---|
| 1 | 0 | 605 |
| 2 | 155 | 0 |
| 3 | 84 | 373 |
| 4 | 121 | 89 |

ARI-KC00052

TROPIX

Protocol: JT2.PPT
Software: µP 1.24                10.07.2007    11:53:32
                                 FC-Control 1.24

Delay Inj. P / Measurement Interval 1:      2.0 sec
Measurement Time Interval 1:                10.0 sec
Delay Inj. M / Measurement Interval 2:      1.0 sec
Measurement Time Interval 2:

Comment:

| B | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| M.Int.1 | 135 | 130 | 112 | 984 | 379 | 752 | 468 |
| M.Int.2 | 10 | 9 | 8 | 98 | 39 | 78 | 49 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

Pag. 1                                        10../2007 11:55

ARI-KC00053

Protocol: DP.IPP
Software: DP 1.24

10.07.2007        11:41:19
PC-Control 1.24

Delay Inj. P / Measurement Interval:        2.0 sec
Measurement Time Interval 1:               10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:                1.0 sec

Comment:

|          | 1    | 2    | 3    | 4    | 5    | 6    | 7    |
|----------|------|------|------|------|------|------|------|
| M.Int.1  | 53   | 52   | 51   | 51   | 206  | 135  | 172  |
| M.Int.2  | 5    | 5    | 5    | 5    | 19   | 12   | 18   |
| Inject.  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  |

TROTIXX

Pag.. 1

10...2007 11:43

ARI-KC00054

STAEDTLER®  No. 937 811E  Engineer's Computation Pad

3 runs each for 8 samples

7/13

Harvest all at 2:54 pm

ARI-KC00055

| sample | luci | bgd | luci/bkg | bgal | b bkd | bgal+bkd | luci/bgal | avg | stddev | norm avg | norm stddev |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6729 | 102 | 6627 | 149233 | 7016 | 142217 | 0.0465978 | 0.0529105 | 0.0085401 | 1.0000009 | 0.1631513 |
| 2 | 5929 | 102 | 5827 | 124558 | 7016 | 117542 | 0.04957377 | | | | |
| 3 | 6354 | 102 | 6252 | 106806 | 7016 | 99790 | 0.06265157 | | | | |
| 4 | 257558 | 102 | 257456 | 170020 | 7016 | 163004 | 1.5794459 | 1.4976106 | 0.1781622 | 28.2882957 | 3.36529884 |
| 5 | 255338 | 102 | 255236 | 181181 | 7016 | 174165 | 1.46531345 | | | | |
| 6 | 258215 | 102 | 258113 | 166301 | 7016 | 159285 | 1.62015265 | | | | |
| 7 | 229466 | 102 | 229384 | 237462 | 7016 | 230446 | 0.96939847 | 1.01452x7 | 0.0406423 | 19.1657216 | 0.76957128 |
| 8 | 225682 | 102 | 225580 | 251868 | 7016 | 244852 | 1.04789832 | | | | |
| 9 | 224486 | 102 | 224394 | 210853 | 7016 | 203837 | 1.31576701 | | | | |
| 10 | 256304 | 102 | 256202 | 185615 | 7016 | 178599 | 1.04769874 | 1.2945972 | 0.09065901 | 24.4460301 | 1.7124536 |
| 11 | 213474 | 102 | 213372 | 177254 | 7016 | 170239 | 1.19459068 | | | | |
| 12 | 233690 | 102 | 233588 | 183104 | 7016 | 176088 | 1.32814626 | | | | |
| 13 | 256242 | 102 | 256140 | 239050 | 7016 | 232034 | 1.10939381 | 1.1793413 | 0.0952864 | 22.2765522 | 1.7998604 |
| 14 | 252415 | 102 | 252313 | 169912 | 7016 | 162496 | 1.55308975 | | | | |
| 15 | 7094 | 102 | 6992 | 169512 | 7016 | 147079 | 0.04702875 | 0.0472181 | 0.0086065 | 0.891901 | 0.16256973 |
| 16 | 6207 | 102 | 6105 | 154095 | 7016 | 147079 | 0.04321813 | | | | |
| 17 | .7967 | 102 | 7865 | 144715 | 7016 | 137699 | 0.04150031 | | | | |
| 18 | 25935 | 102 | 25923 | 157693 | 7016 | 152714 | 0.05731734 | | | | |
| 19 | 24728 | 102 | 15726 | 143690 | 7016 | 139847 | 1.66883134 | 1.7604095 | 0.09144262 | 33.2522912 | 1.72668854 |
| 20 | 25734 | 102 | 25732 | 157228 | 7016 | 153119 | 1.85165567 | | | | |
| 21 | 269705 | 102 | 269603 | 160135 | 7016 | 153119 | 1.76074165 | | | | |



ARI-KC00056

Protocol: JP2.TPT                13.07.2007        15:52:53
Software: µP 1.24                PC-Control 1.24

Delay Inj. P / Measurement Interval 1:       2.0 sec
Measurement Time Interval 1:                10.0 sec
Delay Inj. X / Measurement Interval 2:
Measurement Time Interval 2:                 1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **D** | | | | | | | | | | | | |
| M.Int.1 | 242 | 219 | 191 | 149233 | 124558 | 108806 | 170020 | 181181 | 166330 | 215901 | 237462 | 251868 |
| M.Int.2 | 22 | 17 | 18 | 15289 | 12756 | 11098 | 17589 | 18517 | 17457 | 22029 | 24338 | 25807 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **E** | | | | | | | | | | | | |
| M.Int.1 | 210853 | 185615 | 177254 | 212687 | 183104 | 239050 | 169512 | 154095 | 144715 | 162390 | 145963 | 160135 |
| M.Int.2 | 22000 | 19125 | 18308 | 21824 | 18960 | 24596 | 17556 | 15866 | 14717 | 16671 | 14901 | 16251 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **F** | | | | | | | | | | | | |
| M.Int.1 | .5575 | 7857 | 7616 | 0 | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |
| M.Int.2 | 584 | 816 | 798 | 0 | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |
| Inject. | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |

64h  18'  PSY

ARI-KC00057

```
Protocol: JP.TPM
Software: AP 1.24          13.07.2007   PC-Control 1.24   15:41:01

Delay Inj. P / Measurement Interval 1:        2.0 sec
Measurement Time Interval 1:                 10.0 sec
Delay Inj. M / Measurement Interval 2:        1.0 sec
Measurement time Interval 2:

Comment:
```

|          | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|----------|---|---|---|---|---|---|---|---|---|----|----|----|
| **A.** | | | | | | | | | | | | |
| M.Int.1 | 100 | 98 | 93 | 6729 | 5929 | 6354 | 257558 | 225338 | 258215 | 214556 | 224496 | 256682 |
| M.Int.2 | 11 | 9 | 7 | 673 | 601 | 642 | 25926 | 22606 | 25651 | 21492 | 22286 | 25630 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B** | | | | | | | | | | | | |
| M.Int.1 | 268304 | 213474 | 233690 | 265242 | 197036 | 262415 | 7094 | 6207 | 7967 | 255395 | 257384 | 269705 |
| M.Int.2 | 26803 | 21408 | 23393 | 26448 | 19653 | 26204 | 710 | 623 | 806 | 26072 | 25759 | 26895 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **C** | | | | | | | | | | | | |
| M.Int.1 | 97 | 106 | 102 | 0 | 0 | | | | | | | |
| M.Int.2 | 12 | 8 | 10 | 0 | 0 | | | | | | | |
| Inject. | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |

ARI-KC00058

7/12/07    Tipl. cells @ $3.6 \times 10^5/\text{l}$

THAW WARM AGAIN

|  | 100µg/h Cellulose 2 | 2m-g/h Lysferrone | Size |
|---|---|---|---|
| 1) | 2.5 | 1.25 | 500 ng |
| 2) | 3.5 | 1.75 | 750 ng |
| 3) | 5 | 2.5 | 1000 ng |
| 4) | | 2.5 | 500 g |

450k
DENS 5-PP
368.27 SOLN

$10^5$ cells/5mm    SPIN DOWN BRIDGES FOR 4.5    ≈ 12.5 m/s
646 rpm  = 90 g   10'  R.T.        50-l conive

Follows Protocol , using V-001 Program        Done 10:30 AM

7/14/7   LARON   9:40 AM

ARI-KC00059

Protocol: UP2.ipt
Software: µP 1.24

14.07.2007    10:28:39
PC-Control 1.24

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:    10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:    1.0 sec

Comment:

| B | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| M.Int.1 | 132 | 119 | 110 | 1162 | 1120 | 1382 | 861 |
| M.Int.2 | 10 | 8 | 6 | 119 | 118 | 137 | 90 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

TROPIX

14.2007 10:30

ARI-KC00060

TROPIX

Protocol: JP.IPM
Software: μP 1.24

14.07.2007    10:18:17
PC-Control 1.24

Delay Inj. P / Measurement Interval 1:     2.0 sec
Measurement Time Interval 1:              10.0 sec
Delay Inj. X / Measurement Interval 2:
Measurement Time Interval 2:               1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| A | | | | | | | |
| M.Int.1 | 49 | 43 | 40 | 68 | 67 | 77 | 93 |
| M.Int.2 | 3 | 4 | 5 | 5 | 8 | 7 | 13 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

Pag. 1

14. .2007 10:20

ARI-KC00061

7/16/7

TRT. LIPOFECTAMINE LTX HARVEST AT 24hr.    2.5×10⁵/L ×2 mLs
                                                      ~ + IL-1

TRT. 2µg ESTROL2 + 2µg Zyto-5'-15' UC          11.2-17× 4 PLUS
         1.25µg ESTROL2 + 1.25µg Zyto          7 17× 2.5 PLUS

CELLS AT 4.4×10⁵/mL — SPLEEN LESS AT @ 2.5×10⁵/L   PLAN: 2mLs/WELL 11:30AM

| ESTROL2 | ZYTO-5'-15' UC | LIPO LTX | PLUS | VOLUME |
|---|---|---|---|---|
| 1) 2µg 126 µL | 2µg | 2 | 11.2 | 4 |
| 2) 2µg 1.26 µL | 2µg | 2 | 11.2 | 4 |
| 3) | 4µg | 4 | 11.2 | 4 |
| 4) 1.258 0.8µL | 1.25µL | 1.25 | 7 | 2.5 |
| 5) 1058 0.8µL | 1.25µg | 1.25 | 7 | 2.5 |
| 6) | 2.5µg | 2.5 | 7 | 2.5 |

ADD 500 µL RPMI/SERUM TO DNA
ADD PLUS 5' RT.
ADD LTX 25' R.T.
ADD TO CELLS          DONE 11:55 AM

7/17  ADD TO 20ng/mL IL-1β TO 2,5  10:10 AM

      HARVEST CELLS AT 1:40 pm
      SPIN DOWN CELLS RESUS 150µL VX CELLS — DIVIDE WELL CAN. ASSAY

|   | LUCIF — DMS (×4) | βGAL — DMS (2×1) | L/B | NORM |
|---|---|---|---|---|
| 1 | 504 | 1351 | .373 | 1.00 |
| 2 | 374 | 906 | .413 | 1.107 |
| 3 | 684 | — | | |
| 4 | 249 | 745 | .334 | 1.00 |
| 5 | 214 | 858 | .249 | 0.747 |
| 6 | 530 | — | | |

TRT 5P-serin
+ RES-5 CELLS
SERMET

ARI-KC00062

Protocol: JP.rpn
Software: uP 1.24

17.07.2007    16:19:20
EC-Control 1.24

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:    10.0 sec
Delay Inj. M / Measurement Interval 2:    1.0 sec
Measurement Time Interval 2:

Comment:

|        | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|--------|----|----|----|-----|-----|-----|-----|-----|-----|
| A. Int.1 | 45 | 44 | 40 | 547 | 417 | 727 | 292 | 257 | 573 |
| M. Int.2 | 4 | 5 | 5 | 55 | 45 | 69 | 27 | 25 | 53 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

TROPIX    Pag. 1    17./2007 16:21

ARI-KC00063

TROPIX

Protocol: GP2i.RPT
Software: µP 1.24

17.07.2007  PC-Control 1.24     16:30:35                    µC-2

Delay Inj. P / Measurement Interval 1:     2.0 sec
Measurement Time Interval 1:               10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:               1.0 sec

Comment:

|         | 1   | 2   | 3   | 4    | 5    | 6    | 7    | 8    | 9    |
|---------|-----|-----|-----|------|------|------|------|------|------|
| B.      |     |     |     |      |      |      |      |      |      |
| M.Int.1 | 134 | 117 | 93  | 1632 | 1187 | 268  | 1026 | 1139 | 294  |
| M.Int.2 | 11  | 8   | 7   | 155  | 122  | 25   | 102  | 116  | 29   |
| Inject: | P/- | P/- | P/- | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  |

Page. 1

17..2007 16:32

ARI-KC00064

7/18/9

Tot-cells at 2.5×10⁵/ml    5×2 mM NBS @ 2.5×10⁵/ml

1:50p  Ran  2mls/ml  2.5×10⁵/ml

| cell ct | Tot Fluor | Live LTX | PI-S |
|---|---|---|---|
| 2µg  1.25 | 2µg  2 | 11.2 | .4 |
| 3µg  1.81 | 3µg  3 | 16.8 | 6 |
| 4µg  2.5 | 4µg  4 | 22.4 | 8 |
| 5µg  3.15 | 5µg  5 | 28 | 10 |
| 6µg  3.78 | 6µg  6 | 33.6 | 12 |
|  | 8µg  8 | 22.4 | 8 |

Add 500 µl PPMI to CHA
Add PI-S  5' R.T.
Add LTX  25' R.T.
Add to cells      Done at 2:35 pm

7/19  Harvest  1:40 pm

| LVCF - BRC (48) | CHA-BRC (332) | R-TIO |
|---|---|---|
| 1  132 | 866 | .152 |
| 2  302 | 1200 | .252 |
| 3  38.7 | 127.1 | .304 |
| 4  252 | 1056 | .239 |
| 5  484 | 1760 | .275 |
| 6  301 | ~ |  |

ARI-KC00065

```
Protocol: JP2.IPT        19.07.2007      14:34:31
Software: µP 1.24        PC-Control 1.24

Delay Inj. P / Measurement Interval:
Measurement Time Interval 1:             2.0 sec.
Delay Inj. N / Measurement Interval 2:  10.0 sec.
Measurement Time Interval 2:             1.0 sec

Comment:
```

|          | 1    | 2    | 3    | 4    | 5    | 6    | 7    | 8    | 9    |
|----------|------|------|------|------|------|------|------|------|------|
| **B**    |      |      |      |      |      |      |      |      |      |
| M.Int.1  | 136  | 118  | 114  | 1198 | 1532 | 1603 | 1388 | 2092 | 332  |
| M.Int.2  | 12   | 11   | 9    | 119  | 151  | 159  | 136  | 215  | 34   |
| Inject.  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  |

TROPIX

ARI-KC00066

Protocol: JP.rpt
Software: µP 1.24

19.07.2007    PC-Control 1.24    14:19:01

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:    10.0 sec
Delay Inj. M / Measurement Interval 2:    1.0 sec
Measurement Time Interval 2:

Comment:

| A. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|----|----|----|----|-----|-----|-----|-----|-----|-----|
| M.Int.1 | 47 | 48 | 50 | 186 | 350 | 435 | 300 | 532 | 349 |
| M.Int.2 |  | 50 | 18 | 18 | 38 | 47 | 31 | 52 | 32 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

Luc:F  S-7

TROPIX        Page 1        19. .2007 14:21

ARI-KC00067

7/19/07                                                                use 6ng Tot

Thaw 5 cells AT 3.5×10⁵/ml    say am MBS2 @ 2.5mil/ml
4:30pm PLATE 2ul/mw

| | #ther2 | Cytotoxic | 2A6 | Plus | |
|---|---|---|---|---|---|
| 1 | 3ng 1.88 | 3ng 3 | 16.8 | 6. | ng/ml |
| 2 | | | | | 10 |
| 3 | | | | | 20 }2A6 |
| 4 | | | | | 50 |
| 5 | | | | | 100 |
| 6 | | | | | 10 |
| 7 | | | | | 20 }PmF |
| 8 | | | | | 50 |
| 9 | | 6ng 6 | | | |

ADD 500 × RPMI to dnA
ADD PLUS   5' R.T.
ADD L2X   25' R.T.
ADD to cells      Done 5:18pm

7/20
Δ RPMI to 1ml all samples    11:15AM
ADD stimulants as indicated.   11:25 am

Harvest 4:05 pm      7,8,9 samples – data problems, samples never were mixed

| | luci-anL | Sam-anb | ratio | norm |
|---|---|---|---|---|
| 1 | 1356 | 4487 | .302 | 1.0 |
| 2 | 775 | 2478 | .313 | 1.04 |
| 3 | 1849 | 3602 | .513 | 1.7 |
| 4 | 881 | 2691 | .327 | 1.08 |
| 5 | 1321 | 3613 | .366 | 1.21 |
| 6 | 1016 | 3012 | .337 | 1.12 |
| 7 | 876 | 3458 | .253 | |
| 8 | 285 | 1587 | .198 | |
| 9 | 1132 | — | | |

4hrs 40min — NO stim

ARI-KC00068

Protocol: JP2.IPP
Software: µP 1.24          20.07.2007    16:49:54    PC-Control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:                    2.0 sec
Delay Inj. M ./ Measurement Interval 2:         10.0 sec
Measurement Time Interval 2:                     1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | | |
| M.Int.1: | 102 | 103 | 85 | 4902 | 2893 | 4017 | 3106 | 4028 | 3427 | 3873 | 2002 | 415 |
| M.Int.2: | 9 | 9 | 9 | 492 | 300 | 406 | 312 | 400 | 337 | 390 | 206 | 411 |
| Inject.: | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

TROPIX

Goal is
25.1

Pag. 1                                              20../2007 16:52

ARI-KC00069

TROPIX

Protocol: JP.IPT
Software: uP 1.24

20.07.2007    16:41:13
: PC-Control 1.24

Delay.Inj.P / Measurement Interval 1:
Measurement Time.Interval 1:    2.0 sec
Delay Inj.M / Measurement Interval 2:    10.0 sec
Measurement.Time Interval 2:

Comment:    1.0 sec

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|----|----|----|
| M.Int.1 | 55 | 53 | 49 | 1408 | 827 | 1901 | 933 | 1373 | 1068 | 928 | 335 | 1184 |
| M.Int.2 | 4 | 6 | 4 | 144 | 87 | 197 | 99 | 151 | 106 | 92 | 34 | 126 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

L~li's Sox

1    2    3    4    5    6    7    8    9

ARI-KC00070

7/21/0~

2:45pm ____ _____ 2.5m _____ _____ ____ ____ 3.3×10⁵ ___

_____ ____ _____ 478 OD7 (____)    __    ___

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2.7?y 1.73? | 2.76y | 2.78 | – | 500 | 5 |
| 2 | | | 2.78 | – | 500 | 5 |
| 3 | | | 2.78 | | | 4 |
| 4 | | | 2.78 | 100g 1 | 500 | 4 |
| 5 | | | 2.78 | 100g 1 | 500 | |
| 6 | | | 2.8 | 500g 5 | | |
| 7 | | | 2.78 | 500g 5 | | |

16.8    6    E

E

E

6ug  2.5

A00 500 ↓ R___ ~ 0___
A00 ___ 5' R.T.
A00 7L7  25' R.T.
500 ↓ ___    3:05pm

A00 _____ ↓ ____ FINAL ↓ 2,4,6  3:15pm

7/22 _____ 8:50 M

~18h _____ 7x

|   | 39 Tuur - SHO | 319 BLM - SHO | 4B | _____ |
|---|---|---|---|---|
| 1 | 487 | 438 | 1.11 | 1.00 |
| 2 | 53 | 1060 | 0.05 | .045 |
| 3 | 907 | 474 | 1.91 | 1.72 |
| 4 | 169 | 607 | 0.278 | .250 |
| 5 | 533 | 335 | 1.59 | 1.43 |
| 6 | 476 | 801 | 0.594 | .535 |
| 7 | – | – | | |

STAEDTLER®  No. 937 811E
Engineer's Computation Pad

ARI-KC00071



TROPIX

Protocol: JT2.IPP            22.07.2007  09:33:16
Software: µP 1.24        PC-control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:            2.0 sec
Delay Inj. M / Measurement Interval 2:   10.0 sec
Measurement Time Interval 2:             1.0 sec

Comment:

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| M.Int.1 | 95 | 83 | 73 | 757 | 1379 | 793 | 926 | 654 | 1120 | 319 |
| M.Int.2 | 6 | 8 | 5 | 69 | 136 | 78 | 92 | 62 | 111 | 32 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

ARI-KC00072

TROPIX

Protocol: JP.IFM
Software: JP 1.24

22.07.2007     09:23:28
FC-Control 1.24

ANNA

Delay Inj. P / Measurement Interval 1:     2.0 sec
Measurement Time Interval 1:              10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:               1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| A.Int.1 | 44 | 42 | 48 | 526 | 92 | 946 | 208 | 572 | 515 | 39 |
| M.Int.2 | 6 | 4 | 3 | 56 | 9 | 95 | 23 | 59 | 50 | 4 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

*(handwritten)* 1  2  3  4  5  6  7

*(handwritten)* 507 (~~v)

Page 1     22.../2007 09:25

ARI-KC00073

Engineer's Computation Pad
No. 937 811E
STAEDTLER®

7/24/07   SEE IF CaL STimuLAT'd SELF + CELL Δ AFM Tx
          IF WiSH CeLLs AFM ~6hs of incbATN WiSH LiPo-DNA

RemS TNF1 @ 2.5×10⁵/ml (From 8.5×10⁵) PLATE ceLLs/CELL
9:45 AM

| control2 | TNFs-RPMI-LiX | 4700DY | HMB3 | LTX | PLUS | | |
|---|---|---|---|---|---|---|---|
| 1 | 3.48 | 1.88 | 2x 3 | | 16.8 | 6 | γ-gal 16 |
| 2 | | | | | | | TNF 10 |
| 3 | | | | | | | TF 50 |
| 4 | | | | | | | I-1 10 |
| 5 | | | 500 | | | | IL-1 50 |
| 6 | | | 0.5 | | | | |
| 7 | | | | ~82.9 | | | |

ADD 500× RPM1 → DLA
ADD PLUS 5' RT
ADD LTX 25' RT
ADD → CELLs     10:37 AM

3:30 - 3:45   SPin down CELLs Δ mEDiA (cells) → New PLATES

7/25   ADD STANdARdS → CELLs AS uSuAL    9:20 AM
HARvEST 2:05pm

| | 47 L-8H6 | 266 Smm-CELLs | 4b | |
|---|---|---|---|---|
| 1 | 208 | 741 | 0.281 | 1.0 |
| 2 | 177 | 558 | .317 | 1.13 |
| 3 | 121 | 600 | .202 | 0.718 |
| 4 | 83 | 744 | .125 | 0.444 |
| 5 | 167 | 699 | .239 | 0.850 |
| 6 | 197 | 233 | .845 | 3.01 |
| 7 | — | — | | |

ARI-KC00074

TROPIX

Protocol: JP2.IPT
Software: JP 1.24

25.07.2007    14:51:29
PC-Control 1.24

Delay Inj. P / Measurement Interval 1:      2.0 sec
Measurement Time Interval 1:               10.0 sec
Delay Inj. N / Measurement Interval 2:      1.0 sec
Measurement Time Interval 2:                1.0 sec

Comment:

| B | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| M.Int.1 | 103 | 91 | 81 | 1007 | 824 | 865 | 1010 | 965 | 499 | 266 |
| M.Int.2 | 9 | 10 | 7 | 99 | 82 | 88 | 100 | 104 | 49 | 27 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

Page  1

25./.2007 14:53

ARI-KC00075



Protocol: JP IFN
Software: µP 1.24

25.07.2007    14:41:16
PC-Control 1.24

Delay.Inj. / P / Measurement Interval 1:
Measurement Time Interval 1:                    2.0 sec
Delay.Inj. M / Measurement Interval 2:         10.0 sec
Measurement Time Interval 2:                    1.0 sec

Comment:

|          | 1    | 2   | 3   | 4    | 5    | 6    | 7    | 8    | 9    | 10   |
|----------|------|-----|-----|------|------|------|------|------|------|------|
| M.Int.1  | 52   | 57  | 54  | 255  | 224  | 168  | 140  | 214  | 244  | 47   |
| M.Int.2  | 6    | 3   | 5   | 25   | 21   | 16   | 13   | 22   | 26   | 5    |
| Inject.  | P/-  | P/- | P/- | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  |

TROPIX                                                        Page  1                                25 . 2007  14:43

ARI-KC00076

# ATCC®

**PACKING LIST**

07/23/2007

10801 University Boulevard
Manassas, Virginia, 20110-2209 USA
703-365-2700 FAX: 703-365-2750
EMAIL: sales@atcc.org

ATCC 10801 University Blvd.  Manassas, VA-20110-2209 USA
EMERGENCY RESPONSE: Chemtrec (800) 424-9300 or (202) 483-7616

BILL-TO:

5515
Johns Hopkins University
PO Box 33499
Baltimore, MD 21218-9998
USA.

SHIP-TO:    SALES ORDER #: SO783191

10013761
Johns Hopkins Univ
6th Floor
Rm. 620   BRB Bldg.
1721 E Madison St
Baltimore, MD 21205
USA

ATTN: Accounts, Payable
TEL #: 443-997-6688      FAX#: 443-997-4636

ATTN: Schowinsky, Valerie
TEL #: 443-287-3100      FAX#: 999

CUSTOMER P.O. #:  2000167613

| SOLD TO: 5515 | | FOB: Manassas, VA | | SHIPPED VIA: Airborne | | FREIGHT LIST | |
| ORDER DATE: 07/21/07 | | BOL: | | SHIP DATE: 07/23/07 | | Standard | |

| # | B S L | ITEM NUMBER | U M | QTY SHIP | QTY B.O. | DESCRIPTION | | LOT NUMBER |
|---|---|---|---|---|---|---|---|---|
| 001 | 1 | CRL-1593.2 | EA | 1 | 0 | U-937; Histiocytic Lymphoma; Human (Homo sapiens) | | 4877734 |

Page # 001

These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

ARI-KC00077

# ATCC®

## Product Information Sheet for ATCC® CRL-1593.2™

**Cell Line Designation: U-937**
**ATCC® Catalog No. CRL-1593.2™**

### Table of Contents:

- Cell Line Description
- Biosafety Level
- Use Restrictions
- Handling Procedure for Frozen Cells
- Handling Procedure for Flask Cultures
- Medium Renewal
- Complete Growth Medium
- Cryoprotectant Medium
- References
- Replacement Policy

### Cell Line Description

**Organism:** *Homo sapiens* (human)
**Tissue:** histiocytic lymphoma
**Age:** 37 years
**Gender:** male
**Ethnicity:** Caucasian
**Morphology:** monocyte
**Growth properties:** suspension
**DNA profile ( STR analysis)**
  Amelogenin: X
  CSF1PO: 12
  D13S317: 10,12
  D16S539: 12
  D5S818: 12
  D7S820: 9,11
  TH01: 9.3
  TPOX: 8,11
  vWA: 15

**Cellular products:** lysozyme; beta-2-microglobulin (beta 2 microglobulin); tumor necrosis factor (TNF), also known as tumor necrosis factor alpha (TNF-alpha, TNF alpha), after stimulation with phorbol myristic acid (PMA)
**Receptors expressed:** complement (C3)
**Depositors:** H. Koren
**Comments:** The U-937 cell line was derived from Sundstrom and Nilsson in 1974 from malignant cells obtained from the pleural effusion of a patient with histiocytic lymphoma. Studies since 1979 have shown that U-937 cells can be induced to terminal monocytic differentiation by supernatants from human mixed lymphocyte cultures, phorbol esters, vitamin D3, gamma interferon, tumor necrosis factor (TNF) and, retinoic acid.

The cells are negative for immunoglobulin production and Epstein-Barr virus expression. The cells express the Fas antigen, and are sensitive to TNF and anti-Fas antibodies.

In 1994, PCR and cytogenetic analyses showed that a number of stocks of U-937 were contaminated with the human myeloid leukemia cell line, K-562. In the earliest stocks available, the level of contamination was 0.6%. Distribution was discontinued in March 1994, except if required for patent purposes.

Anyone who wishes to receive a sample of this original material should contact the Head of the ATCC Patent Depository.

A stock of CRL-1593 found to be free of K-562 was propagated continuously for 8 weeks and tested weekly by PCR. Distribution and seed stocks give DNA profiles characteristic of U-937 only. Such preparations are now offered as authentic U-937 (ATCC CRL-1593.2) and are believed to be free of second subpopulations.

### Biosafety Level: 1

Appropriate safety procedures should always be used with this material. Laboratory safety is discussed in the following publication: *Biosafety in Microbiological and Biomedical Laboratories*, 4th ed. HHS Publication No. (CDC) 93-8395. U.S. Department of Health and Human Services, Centers for Disease Control and Prevention. Washington DC: U.S. Government Printing Office; 1999. The entire text is available online at www.cdc.gov/od/ohs/biosfty/bmbl4/bmbl4toc.htm.

### Use Restrictions

These cells are distributed for research purposes only. The original U-937 cell line was established by Dr. K. Nilsson's laboratory in 1974 and he has requested the following: (1) In all papers reporting any use of this cell line or any derivatives thereof a direct reference should be made to Sundstrom and Nilsson (Int. J. Cancer 17: 565-577, 1976). (2) Any proposed commercial use of the cells should be negotiated with Professor Kenneth Nilsson, Rudbeck Laboratory, SE-751 85 Uppsala, Sweden. (3) No distribution of any of the cells or sublines derived therefrom should be made to third parties; (4) The cells should be used for non-clinical, non-commercial research only.

### Handling Procedure for Frozen Cells

To insure the highest level of viability, thaw the vial and initiate the culture as soon as possible upon receipt. If upon arrival, continued storage of the frozen culture is necessary, it should be stored in liquid nitrogen vapor phase and not at –70°C. Storage at –70°C will result in loss of viability.

**SAFETY PRECAUTION:** ATCC highly recommends that protective gloves and clothing always be used and a full face mask always be worn when handling frozen vials. *It is important to note that some vials leak when submersed in liquid nitrogen and will slowly fill with liquid nitrogen. Upon thawing, the conversion of the liquid nitrogen back to its gas phase may result in the vessel exploding or blowing off its cap with dangerous force creating flying debris.*

1.  Thaw the vial by gentle agitation in a 37°C water bath. To reduce the possibility of contamination, keep the O-ring and cap out of the water. Thawing should be rapid (approximately 2 minutes).

2.  Remove the vial from the water bath as soon as the contents are thawed, and decontaminate by dipping in or spraying with 70% ethanol. *All of the operations from this point on should be carried out under strict aseptic conditions.*

**American Type Culture Collection**
P.O. Box 1549
Manassas, VA 20108 USA
www.atcc.org

800-638-6597 or 703-365-2700
Fax: 703-365-2750
E-mail: tech@atcc.org
Or contact your local distributor.

ARI-KC00078

# ATCC®    Product Information Sheet for ATCC® CRL-1593.2™

3. Transfer the vial contents to a centrifuge tube containing 9.0 ml complete culture medium and spin at approximately 125 x g for 5 to 7 minutes.

4. Resuspend cell pellet with the recommended complete medium (see the specific batch information for the culture recommended dilution ratio) and dispense into a 25 cm² or a 75 cm² culture flask).

5. Incubate the culture at 37°C in a suitable incubator. A 5% CO₂ in air atmosphere is recommended if using the medium described on this product sheet.

## Handling Procedure for Flask Cultures
The flask was seeded with cells (see specific batch information), grown, and completely filled with medium at ATCC to prevent loss of cells during shipping.

1. Upon receipt visually examine the culture for macroscopic evidence of any microbial contamination. Using an inverted microscope (preferably equipped with phase-contrast optics), carefully check for any evidence of microbial contamination.

2. Incubate the flask in an upright position for several hours at 37°C. After the temperature has equilibrated, aseptically remove the entire contents of the flask and centrifuge at 125 xg for 5 to 10 minutes. Remove shipping medium and save for reuse. Resuspend the cell pellet in 10 ml of this medium.

3. From this cell suspension remove a sample for a cell count and viability. Adjust the cell density of the suspension to 2-3 x 10⁵ viable cells/ml in the shipping medium.

4. Incubate the culture, horizontally, at 37°C in a 5% CO₂ in air atmosphere. Maintain the cell density of the culture as suggested under the subculture procedure.

## Subculturing Procedure
Cultures can be maintained by addition of fresh medium. Alternatively, cultures can be subcultured by total medium replacement with subsequent resuspension at 2 x 10⁵ viable cells/ml. Maintain cultures at a cell concentration between 1 x 10⁵ and 2 x 10⁶ cells/ml. Do not allow the cell concentration to exceed 2 x 10⁶ cells/ml.

## Medium Renewal
Three to four times weekly

## Complete Growth Medium
The base medium for this cell line is ATCC-formulated RPMI-1640 Medium, Catalog No. 30-2001.
To make the complete growth medium, add the following components to the base medium:
    fetal bovine serum to a final concentration of 10%
This medium is formulated for use with a 5% CO₂ in air atmosphere.
ATCC tested fetal bovine serum is available as ATCC Catalog No. 30-2020 (500ml) and ATCC Catalog No. 30-2021 (100ml).

## Cryoprotectant Medium
Complete growth medium described above supplemented with 5% (v/v) DMSO.
Cell culture tested DMSO is available as ATCC Catalog No. 4-X.

## Additional Information
Additional product and technical information can be obtained from the catalog references and the ATCC Web site at www.atcc.org, or by e-mail at tech@atcc.org.

## References
(additional references may be available in the catalog description at www.atcc.org)
Sundstrom C and Nilsson K. Establishment and characterization of a human histiocytic lymphoma cell line (U-937). Int. J. Cancer 17: 565-577, 1976 PubMed: 76189427

Ralph P et al. Lysozyme synthesis by established human and murine histiocytic lymphoma cell lines. J. Exp. Med. 143: 1528-1533, 1976 PubMed: 76192838

Koren HS et al. In vitro activation of a human macrophage-like cell line. Nature 279: 328-331, 1979 PubMed: 79199698

Gidlund M et al. Natural killer cells kill tumour cells at a given stage of differentiation. Nature 292: 848-850, 1981 PubMed: 81270742

Olsson I et al. Induction of differentiation of the human histiocytic lymphoma cell line U-937 by 1 alpha,25-dihydroxycholecalciferol. Cancer Res. 43: 5862-5867, 1983 PubMed: 84055081

Morimoto H et al. Overcoming tumor necrosis factor and drug resistance of human tumor cell lines by combination treatment with anti-Fas antibody and drugs or toxins. Cancer Res. 53: 2591-2596, 1993 PubMed: 93265460

Giovannangeli C et al. Accessibility of nuclear DNA to triplex-forming oligonucleotides: The integrated HIV-1 provirus as a target. Proc. Natl. Acad. Sci. USA 94: 79-84, 1997 PubMed: 97144397

Brigino E et al. Interleukin 10 is induced by recombinant HIV-1 Nef protein involving the calcium/calmodulin-dependent phosphodiesterase signal transduction pathway. Proc. Natl.

Reid YA et al. Cell Line Cross-contamination of U-937. J. Leukocyte Biol. 57: 804, 1995 PubMed: 95279889

Hay, R. J., Caputo, J. L., and Macy, M. L., Eds. (1992), ATCC Quality Control Methods for Cell Lines. 2ⁿᵈ edition, Published by ATCC.

Caputo, J. L., Biosafety procedures in cell culture. J. Tissue Culture Methods 11:223-227, 1988.

Fleming, D.O., Richardson, J. H., Tulis, J.J. and Vesley, D., (1995) Laboratory Safety: Principles and Practice. Second edition, ASM press, Washington, DC.

## ATCC Warranty
The viability of ATCC products is warranted for 30 days from the date of shipment. If you feel there is a problem with this product, contact Technical Services by phone at 800-638-6597 or 703-365-2700 or by e-mail at tech@atcc.org. Or you may contact your local distributor.

---

American Type Culture Collection
P.O. Box 1549
Manassas, VA 20108 USA
www.atcc.org

800-638-6597 or 703-365-2700
Fax: 703-365-2750
E-mail: tech@atcc.org
Or contact your local distributor.

ARI-KC00079

# ATCC®   Product Information Sheet for ATCC® CRL-1593.2™

## Disclaimers

This product is intended for laboratory research purposes only. It is not intended for use in humans.

While ATCC uses reasonable efforts to include accurate and up-to-date information on this product sheet, ATCC makes no warranties or representations as to its accuracy. Citations from scientific literature and patents are provided for informational purposes only. ATCC does not warrant that such information has been confirmed to be accurate.

This product is sent with the condition that you are responsible for its safe storage, handling, and use. ATCC is not liable for any damages or injuries arising from receipt and/or use of this product. While reasonable effort is made to insure authenticity and reliability of strains on deposit, ATCC is not liable for damages arising from the misidentification or misrepresentation of cultures.

Please see the enclosed Material Transfer Agreement (MTA) for further details regarding the use of this product. The MTA is also available on our Web site at www.atcc.org.

© ATCC 2007. All rights reserved.
ATCC® is a registered trademark of the American Type Culture Collection.
07/07

American Type Culture Collection
P.O. Box 1549
Manassas, VA 20108 USA
www.atcc.org

800-638-6597 or 703-365-2700
Fax: 703-365-2750
E-mail: tech@atcc.org
Or contact your local distributor.

- 3 -

ARI-KC00080



### Product Information Sheet for CRL-1593.2

Lot number:   4877734

Designation: U-937  Description: Histiocytic Lymphoma
Total Cells/mL: 4.6 x 10(6)
Expected Viability: 52% to 59%
Ampule Passage No.: Unknown
Population Doubling (PDL): N/A
Dilute Ampule Content: Seed at 2.0 x 10(5) viable cells/mL
Volume/Ampule: 1 mL
Date Frozen: 12/08/05

A T-25 setup at a seeding density of 2.0 x 10(5) viable cells/mL, using RPMI-1640 + 10% FBS, is ready to subculture in 6 days.

Copyright ATCC, 1998; ATCC is a registered trademark of the
American Type Culture Collection            9-98

American Type Culture Collection
10801 University Boulevard
Manassas, VA 20110-2209

Ordering info: 800 638-6597 (USA and Canada)
703 365-2700 (elsewere) Fax: 7033652750
email: sales@atcc.org web site: www.atcc.org

ARI-KC00081



### BOX CONTENTS



07/23/2007
08:32:26

SO783191

10801 University Boulevard
Manassas, Virginia 20110-2209 USA
03-365-2700 FAX: 703-365-2750
EMAIL: sales@atcc.org

**BILL-TO:**
5515
Johns Hopkins University
PO Box 33499
Baltimore, MD 21218-9998
USA

**SHIP-TO:**
10013761
Johns Hopkins Univ
6th Floor
Rm: 620 BRB Bldg.
1721 E Madison St
Baltimore, MD 21205
USA

ATTN: Schowinsky, Valerie
TEL#: 443-287-3100 . FAX#: 999
CUSTOMER P.O.#: 2000167613

| SOLD TO: 5515 | FOB: Manassas, VA | SHIPPED VIA Airborne | FREIGHT LIST |
| ORDER DATE: 07/21/07 | | ORDER DATE: 07/21/07 | Standard |
| SALESPERSON: dmcelroy | BOL: | | |

| # | B/S/L | ITEM NUMBER | U/M | QTY SHIP | QTY B.O. | DESCRIPTION | | LOT # | REF # |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | CRL-1593.2. FZ | EA | 1 | 0 | U-937; Histiocytic Lymphoma; Human (Homo sapiens) | | 4877734 | |

PICKING: _____

PRODUCT SHEET
PRINTED: _____

DISPENSED: _____

PACKAGED: _____

SHIPPED: _____

Page # 001

ARI-KC00082

7/30/07

Take cells at $4.2 \times 10^5$ cells/L     52.2 mls → 12 ml

Spin down cells, ReSus @ $2 \times 10^6$/ml   Each sample 1 ml

1) From Subject 1   12:56  801
2) From Subject 1   1:26   30'    TNF-2  20 ng/ml   1:46   30'
3) From Subject 1   12:56   30'    TNF-2  20 ng/ml   1:16   60'
4) From Subject 2   1:26   30'    IL-1β  20 ng/ml   1:46   30'
5) From Subject 1   12:56   30'    IL-18  20 ng/ml   1:46
6)
7)                  TNF-2  20 ng/ml   1:46   30
8)                  TNF-2  20 ng/ml   1:16   60
9)                  IL-1β  20 ng/ml   1:46   30
10)                 IL-1β  20 ng/ml   1:16   60

Harvest all AT 2:16pm

Spin down cells 2500 rpm 5'

ReSus cells in 400 µl   20 HEPES 7.9   ice cold    15' on ice.
0.1mM EDTA

ADD 10% Igepal to Final 0.5% (20λ), mix

Spin 14k 4° 30"

Meas protein in 30 µl   compare with buffer    30' on ice   to remove particle

Spin 10' 14000 4°C save SUP

BRADFORD
Add 1λ to 150λ 1:5 BRAD reagent
compare to Stds using 1:2 in 50λ BRAD reagent. "linear" between 0.5 and 5.0 mg
                                          of the 1:5 sAm

| Extract | mg/ml |
|---|---|
| 1 | 7.5 |
| 2 | 4.5 |
| 3 | 5.7 |
| 4 | 4.5 |
| 5 | 5.4 |
| 6 | 6.3 |
| 7 | 9.0 |
| 8 | 6.3 |
| 9 | 5.4 |
| 10 | 5.1 |

From Extracts -80°



ARI-KC00084

Report:  Test Type: Bradford    Date/time 7/30/2007 7:05 PM    Page # 1

| Sample ID | User ID | Date | Time | ug/ml | nm | Abs. | Cursor Pos. | Cursor abs. | Norm nm | Norm Abs |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Default | 7/30/2007 | 8:46 PM | 2.0 | 595 | 0.056 | 725 | -0.018 | 750 | -1.445 |
| ne1 | Default | 7/30/2007 | 6:46 PM | 7.8 | 595 | 0.140 | 725 | 0.019 | 750 | 0.009 |
| ne1 | Default | 7/30/2007 | 6:58 PM | 2.5 | 595 | 0.066 | 725 | 0.010 | 750 | 0.009 |
| ne2 | Default | 7/30/2007 | 6:57 PM | 1.5 | 595 | 0.045 | 725 | -0.003 | 750 | 0.013 |
| ne2 | Default | 7/30/2007 | 6:58 PM | 1.9 | 595 | 0.053 | 725 | 0.000 | 750 | 0.011 |
| ne2 | Default | 7/30/2007 | 6:59 PM | 1.5 | 595 | 0.044 | 725 | -0.001 | 750 | 0.009 |
| ne5 | Default | 7/30/2007 | 7:00 PM | 1.8 | 595 | 0.050 | 725 | 0.005 | 750 | 0.008 |
| ne6 | Default | 7/30/2007 | 7:01 PM | 2.1 | 595 | 0.057 | 725 | 0.007 | 750 | 0.011 |
| ne7 | Default | 7/30/2007 | 7:01 PM | 3.0 | 595 | 0.079 | 725 | 0.049 | 750 | -0.034 |
| ne8 | Default | 7/30/2007 | 7:02 PM | 2.1 | 595 | 0.058 | 725 | 0.001 | 750 | 0.017 |
| ne9 | Default | 7/30/2007 | 7:03 PM | 1.8 | 595 | 0.052 | 725 | -0.000 | 750 | 0.013 |
| ne10 | Default | 7/30/2007 | 7:03 PM | 1.7 | 595 | 0.049 | 725 | 0.004 | 750 | 0.011 |

MU7423
B23

ARI-KC00085

7/31/03

ASSAY MOUSE TEST ON ME REPORTERS

1. ADD 30 µL binding buffer to each well

2. ADD 20 µL 5000 of each shaver dilution in common wash buffer.
   USE 2 µg each

   DILUTION   FINAL   µg/µL          ADD 2 µL OF EACH DILUTION TO 18 µL CELLS → ADD TO WELL
   1          2 + 13  cells
   2          2 + 7
   3          2 + 9.4
   4          2 + 7
   5          2 + 8.8
   6          2 + 10.6
   7          2 + 16
   8          2 + 10.6
   7          2 + 8.8
   6          2 + 8.2

   1 hr R.T.    start

3. WASH 3X   200µL  1x wash buffer.

4. ADD  50µL  1° AB [1:1000 in 1x AB binding buffer]
   1 hr R.T.   2:17p →

5. WASH 3X   200µL   1x wash buffer

6. ADD  50µL  2°  1:10,000 in 1x AB wash
   1 hr R.T.   3:20p →

7. WASH 4X   200µL  1x wash.

8. ADD  50µL  CHEM luminol solution  4:25 →
   READ in luminom.

ARI-KC00086

```
                                    Int4

rotocol: JP.IPT              31.07.2007        16:31:23
oftware: µP 1.24             PC-Control 1.24

elay Inj. P / Measurement Interval 1:
e urement Time Interval 1:                      10.0 sec
  . Inj. M / Measurement Interval 2:
easurement Time Interval 2:                     1.0 sec

omment:

             1.  (1)     2   (5)
M.Int.1  10925324     17650672
M.Int.2  1089068      1759634
Inject.  -/-          -/-
                 (2)          (6)
M.Int.1  19011992     17007636
M.Int.2  1895651      1696484
Inject.  -/-          -/-
             (3)
M.Int.1  16049414     593
M.Int.2  1599369      56
Inject.  -/-          -/-
             (4)
M.Int.1  18938444     477
M.Int.2  1886765      47
Inject.  -/-          -/-
             (5)
M.Int.1  16236764     363
M.Int.2  1617611      35
Inject.  -/-          -/-
             (6)
M.Int.1  11477948     347
M Int.2  1144053      34
  ect.   -/-          -/-
             (7)
M.Int.1  13770062     242
M.Int.2  1372298      26
Inject.  -/-          -/-
             (8)
M.Int.1  14902198     169
M.Int.2  1484824      15
Inject.  -/-          -/-
```

*(handwritten annotations)*

ASSAYS
1v1v1s
AFM
Assay of
CHEm 5027

~ 9,000 FROM
Chen.Soln
ALGA.

SAE-NATRS ASCAT?

```
                                    Int8

rotocol: JP.IPT              31.07.2007        16:54:40
oftware: µP 1.24             PC-Control 1.24

elay Inj. P / Measurement Interval 1:
e  urement Time Interval 1:                    10.0 sec
   / Inj. M / Measurement Interval 2:
easurement Time Interval 2:                    1.0 sec

omment:

            1           2
 M.Int.1   6001126     9256394
 M.Int.2   597337      923138
 Inject.   -/-         -/-

 M.Int.1   11170976    9741772
 M.Int.2   1111902     976204
 Inject.   -/-         -/-

 M.Int.1   9549700     40233
 M.Int.2   951746      4004
 Inject.   -/-         -/-
)
 M.Int.1   11534836    4266
 M.Int.2   1149839     414
 Inject.   -/-         -/-
s
 M.Int.1   9716722     1886
 M.Int.2   967779      184
 Inject.   -/-         -/-
r
 M.Int.1   6651394     1149
 M  nt.2   662504      112
 :  ct.    -/-         -/-.
 s
 M.Int.1   8057447     893
 M.Int.2   803078      92
 Inject.   -/-         -/-
s
 M.Int.1   8682642     1247
 M.Int.2   865175      127
 Inject.   -/-         -/-
```

20'

AFTER

ASORTION out

RHAGAw

ARI-KC00088

```
                                        Int6

Protocol: JP.IPT              31.07.2007        16:39:45
Software: µP 1.24             PC-Control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:                    5.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:                    5.0 sec

Comment:


             1          2

M.Int.1   4391914    6628268
M.Int.2   4372689    6604003
Inject.    -/-        -/-

M.Int.1   7843460    7039814
M.Int.2   7805090    7024018
Inject.    -/-        -/-

M.Int.1   6643608    214
M.Int.2   6608605    204
Inject.    -/-        -/-

M.Int.1   7897215    184
M.Int.2   7860366    179
Inject.    -/-        -/-

M.Int.1   6824703    144
M.Int.2   6795078    137
Inject.    -/-        -/-

M.Int.1   4735787    138
M.Int.2   4722477    130
Inject.    -/-        -/-

M.Int.1   5728472    98
M.Int.2   5713126    98
Inject.    -/-        -/-

M.Int.1   6207954    69
M.Int.2   6192966    65
Inject.    -/-        -/-
```

ARI-KC00089

3/11/02

resi AKIM with Sonias in formed incur un µ2 around

2x of 1:50 serum

remove

remove 9:58 →

wash 3x 200µ wash buffer

Add soy 1° Ab 1:100    11:04 min →

wash 3x 200x with

add soy 2° Ab 1:10000  12:07 →

wash 4x 200x wash

add sol. chrs varies in 1:15 →

resi in longwater

→ heavy background  w/o Ab

ARI-KC00090

No. 937 811E
Engineer's Computation Pad
STAEDTLER

Intl

Protocol: JP.IPT                01.08.2007        13:22:39
Software: µP 1.24               PC-Control 1.24.

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:                      10.0 sec
Inj. N / Measurement Interval 2:
Measurement Time Interval 2:                      1.0 sec

Comment:

```
              1              2
M.Int.1    2483022        59
M.Int.2    242901         6
Inject.    -/-            -/-

M.Int.1    3027440        98
M.Int.2    299126         9
Inject.    -/-            -/-

M.Int.1    2630578        2756446
M.Int.2    259889         272410
Inject.    -/-            -/-

M.Int.1    2547726        2876495
M.Int.2    251930         284352
Inject.    -/-            -/-          ( NO NE CURSOL)

M.Int.1    2411608        2811913
M.Int.2    238998         278118
Inject.    -/-            -/-

M.Int.1    2615765        80
M.Int.2    257961         9
Inject.    -/-            -/-

M.Int.1    2368192        49
M.Int.2    234887         4
Inject.    -/-            -/-

M.Int.1    2309894        41
M.Int.2    229060         3
Inject.    -/-            -/-
```

ARI-KC00091

1 side
3-
2-8.

Spun w/ rt. again w/TH 2ml of 50% rhrw of rt [0.4ug rt]
rinse 1° at 1:10,000

finished
column    9:34 AM →

wash 2X 200y wash

add 50% 1° Ab 1:10,000    10:40 AM →

wash 3X 200y wash buffer

add 50% 2° Ab 1:10,000    11:45 →

wash 4X 200y wash

add 50% clear soln 12:50 →

ARI-KC00092

No. 937 811E
Engineer's Computation Pad
STAEDTLER®

```
                                          Int1

Protocol: JP.IPT               03.08.2007      12:57:56
Software: µP 1.24              PC-Control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:                   10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:                   1.0 sec

Comment:


              1           2

  M.Int.1  2082801      60
  M.Int.2  204788       7
  Inject.  -/-          -/-

  M.Int.1  2216030      75
  M.Int.2  218995       5
  Inject.  -/-          -/-

  M.Int.1  1890085      4374
  M.Int.2  186396       314
  Inject.  -/-          -/-

  M.Int.1  2139289      4619
  M.Int.2  211590       304
  Inject.  -/-          -/-

  M.Int.1  1592240      3898
  M.Int.2  156814       275
  Inject.  -/-          -/-

  M.Int.1  1350493      1857437
  M.Int.2  132291       182816
  Inject.  -/-          -/-

  M.Int.1  1785055      2189690
  M.Int.2  175382       215067
  Inject.  -/-          -/-

  M.Int.1  2127232      4588979
  M.Int.2  210088       454249
  Inject.  -/-          -/-
```

← No NH!

ARI-KC00093

8/3/07

SPUN FROM 7.8 × 10⁵/L

PLATE    2 µl/spin  2.5×10⁵/µl  1:35 pm

| cultures | | | | FUSN 6 |
|---|---|---|---|---|
| 1.8 | 15 | 10.8 | 155 | 92 |
| 1.58 | 15 | 10.8 | 155 | 92 |
| 1.5 µg | 15 µg | 1.5 µg | 1 | 92 |
| 1 | µg | 1 µg | 1 | 92 |
| 3 | | 3 µg | 3 | 92 |
| 8 | | 3 µg | 3 | 92 LIPO L7X  PLUS |
| 1.5 | 15 | 1.5 | 15 | 25  3 |
| 1.5 | 15 | 1.5 | 15 | 2.5  3 |
| | | 3 µg | 3 | 2.5  3 |
| | | 3 µg | 3 | 2.5  3 |

ADD  FUSN C TO  9X RPMI  5' RT.
ADD  TO DNA  15' RT.
ADD  TO CELLS    2:30 pm

ADD  500X RPMI TO DNA.
ADD  PLUS TO DNA    5' RT
ADD  L7X    25' RT.
ADD  TO CELLS    2:35 pm

8/4/07    HARVEST 1,3,5,7,9  AT 11 AM

| | LUCIF-ABD  6? | 28? OR 5?2  DROS-ABD | RATIO |
|---|---|---|---|
| 1 | 26 | 2892 | .00899 |
| 3 | 55 | 1741 | .0316 |
| 7 | 87 | 2077 | .0419 |

8/5/07    HARVEST 2,4,6,8,10  AT  11:44 AM

| | L-A  50 | D-D  896 OR 250? | RATIO |
|---|---|---|
| 2 | 97 | 18475 | .00525 |
| 4 | 97 | 11623 | .00662 |
| 8 | 3 | 2905 | .00103 |

on a 2 µg DNA
non figure
18 hr

ARI-KC00094

TROPIX

Protocol: IP2.IP2
Software: PF 1.24    PC-Control 1.24          04.08.2007   11:46:38

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:               2.0 sec
Delay Inj. M / Measurement Interval 2:    10.0 sec
Measurement Time Interval 2:               1.0 sec

Comment:

|          | 1   | 2   | 3   | 4    | 5    | 6   | 7    | 8   |
|----------|-----|-----|-----|------|------|-----|------|-----|
| M.Int.1  | 86  | 86  | 77  | 3276 | 2125 | 384 | 2669 | 592 |
| M.Int.2  | 6   | 7   | 7   | 332  | 217  | 37  | 267  | 67  |
| Inject.  | P/- | P/- | P/- | P/-  | P/-  | P/- | P/-  | P/- |

Page 1                          04..d.2007 11:48

ARI-KC00095

Protocol: JP.JPN                    04.08.2007    11:34:30
Software: µP 1.24                  PC-Control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:                        2.0 sec
Delay Inj. M / Measurement Interval 2:              10.0 sec
Measurement Time Interval 2:                        1.0 sec

Comment:

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| X.Int.1 | 69 | 71 | 67 | 95 | 124 | 91 | 156 | 251 |
| X.Int.2 | 6 | 6 | 8 | 9 | 13 | 9 | 16 | 26 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

TROPIX

ARI-KC00096

TROPIX

Protocol: JP.IPP
Software: JP 1.24

05.08.2007    PC-Control 1.24    12:14:43

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:    10.0 sec
Delay Inj. M / Measurement Interval 2:    1.0 sec
Measurement Time Interval 2:

Comment:

| A. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| M.Int.1 | 48 | 48 | 53 | 147 | 127 | 153 | 53 | 674 |
| M.Int.2 | 4 | 5 | 4 | 14 | 15 | 17 | 6 | 71 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

Pag.. 1

05...2007 12:16

ARI-KC00097

TROPIX

Protocol: JP2.IPT          05.08.2007        12:27:33
Software: µP 1.24          PC-Control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:              2.0 sec
Delay Inj. M / Measurement Interval 2:    10.0 sec
Measurement Time Interval 2:              1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| M.Int.1 | 67 | 64 | 58 | 19161 | 12309 | 686 | 3813 | 908 |
| M.Int.2 | 6 | 6 | 7 | 1962 | 1240 | 72 | 389 | 96 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

Page: 1

05.08.2007 12:29

ARI-KC00098

1:32p  8/97

PLAN  2 mls (will use?) @ 2.5 x 10⁵/ml

ctrl.        +substance        #9:58    10:07
             2 μg

                    T  10
                    T  20
                    T  30
                    T+1  10
                    I+1  20
                    I+1.50

            E
            E    T  20
             E    I+1  20

1 Sonication mix. for 13   ADD. 117 X Enzyme to 1185 RPMI   5' R.T.
                    ADD to DNA [ 8.22 onto 13.1h 8/7 ]  15' R.T.
                    ADD 100% to each well.
                          ADDED 2:10pm

8/7  Δ media to 1-1  9:40 AM.

9:58  ADD Enzyme to 5 g LP in 8/10/11
10:07  ADD Tofu on I+1+ AS INDICATED (ng/ml)

HARVEST 2:40pm

ARI-KC00099



| lucf | luc | luc bkd | luc-bkd | bgal | bgalbkd | bgal-bkd | luc/bgal | norm to avg 1,2 |
|---|---|---|---|---|---|---|---|---|
| 1 | 175 | 48 | 127 | 18791 | 2317 | 16474 | 0.00770912 | 1.215431503 |
| 2 | 109 | 48 | 61 | 14575 | 2317 | 12258 | 0.00497634 | 0.784577858 |
| 3 | 22541 | 48 | 22493 | 21496 | 2317 | 19179 | 1.17279316 | 184.9044034 |
| 4 | 21988 | 48 | 21940 | 20550 | 2317 | 18233 | 1.20331267 | 189.7161579 |
| 5 | 20782 | 48 | 20734 | 23838 | 2317 | 21521 | 0.96341107 | 151.8960485 |
| 6 | 3806 | 48 | 3758 | 14945 | 2317 | 12628 | 0.29752965 | 46.91892274 |
| 7 | 2412 | 48 | 2364 | 11919 | 2317 | 9602 | 0.24619871 | 38.81607338 |
| 8 | 2292 | 48 | 2244 | 14596 | 2317 | 12279 | 0.18275104 | 28.81281447 |
| 9 | 174 | 48 | 126 | 15266 | 2317 | 12949 | 0.00973048 | 1.534122869 |
| 10 | 2343 | 48 | 2295 | 9148 | 2317 | 6831 | 0.33596838 | 52.96930005 |
| 11 | 3436 | 48 | 3388 | 21631 | 2317 | 19314 | 0.1754168 | 27.65648637 |

0.00634273

ARI-KC00100

TROPIX

Protocol: JP.IPP
Software: µP 1.24
07.08.2007
PC-Control 1.24
15:24:16

- Delay Inj. P / Measurement Interval 1.1 : 2.0 sec
- Measurement Time Interval 1: 10.0 sec
- Delay Inj. M / Measurement Interval 2:
- Measurement Time Interval 2: 1.0 sec

Comment:

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | | | | | | | | | | | | |
| M.Int.1 | 45 | 48 | 47 | 175 | 109 | 22541 | 21988 | 20782 | 3806 | 2412 | 2292 | 174 |
| M.Int.2 | 4 | 5 | 17 | 17 | 11 | 2396 | 2339 | 2201 | 393 | 244 | 241 | 18 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| B. | | | | | | | | | | | | |
| M.Int.1 | 2343 | 3436 | 48 | 0 | | | | | | | | |
| M.Int.2 | 244 | 355 | 4 | 0 | | | | | | | | |
| Inject. | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |

Page . 1

07...J.2007 15:27

ARI-KC00101

Protocol: JP2.IPn
Software: HP 1.24.

.07.08.2007
PC-Control 1.24.
15:35:03

Delay Inj. P / Measurement Interval 1:      2.0 sec
Measurement Time Interval 1:     10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:      1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **C.** | | | | | | | | | | | | |
| M.Int.1 | 222 | 159 | 161 | 18791 | 14575 | 21496 | 20550 | 23838 | 14945 | 11919 | 14596 | 15266 |
| M.Int.2 | 21. | 15 | 15 | 1932 | 1463 | 2200 | 2108 | 2445 | 1532 | 1200 | 1514 | 1553 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **D.** | | | | | | | | | | | | |
| M.Int.1 | 9148 | 21.631 | 2317 | 46 | 41 | 37 | -/- | -/- | -/- | -/- | -/- | -/- |
| M.Int.2 | 970 | 2239 | 232 | 4 | 4 | 0 | -/- | -/- | -/- | -/- | -/- | -/- |
| Inject. | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |

TROPIX

Pag. 1

07. .2007 15:38

ARI-KC00102

8/7/02   4:23 PM   C557  2mls (new 2.5x10⁵)/ml

ester 2   Instrument    10:10AM    10:31
avg

Inf-10mg/ml
Inf
Inf
Inh 10g/l
Inh
Inh

E 5mg/ml
E
E
E   Inf  10mg/ml
E   Inf
E   Inf
E   Inh 10mg/ml
E   Inh
E   Inh

2 tubes for 10          ADD - 90% Fresh to 9107 RPM 5' R.T.
                        Aos to only [10.1% igt + 6.3 × ester2] 11' R.T.
                        Aos 100% → Chem.Inc
spin    5:34pm

8/8   Δ media → 1ml  9:45 AM → 10AM

ADD Fresh to Final 5mg/ml To 10-18  10:10 AM
Aos Inf+, Inh to 10mg/ml as -shows  10:31 AM

spin  1:30pm

**ARI-KC00103**

| | luc | bkd | luc-bkd | bgal | bkd | bgal-bkd | luc/bgal | avg | stdev | norm | norm stdev |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 273 | 47 | 226 | 22470 | 1265 | 21205 | 0.01065786 | 0.00935593 | 0.0014015t | 1.00000008 | 0.14983166 |
| 2 | 220 | 47 | 173 | 15113 | 1265 | 13848 | 0.00593206 | | | | |
| 3 | 220 | 47 | 173 | 23242 | 1265 | 21977 | 0.00787187 | | | | |
| 4 | 24715 | 47 | 24668 | 34601 | 1265 | 33336 | 0.7399808 | 0.8279958 | 0.08208528 | 88.5184944 | 8.7754854 |
| 5 | 17509 | 47 | 17462 | 20725 | 1265 | 19460 | 0.9024666 | | | | |
| 6 | 18539 | 47 | 18492 | 23239 | 1265 | 21974 | 0.84154 | | | | |
| 7 | 4234 | 47 | 4187 | 17700 | 1265 | 16435 | 0.25476118 | 0.24155667 | 0.02184759 | 25.8240831 | 2.33565942 |
| 8 | 3758 | 47 | 3711 | 15560 | 1265 | 14295 | 0.25957021 | | | | |
| 9 | 482 | 47 | 435 | 22658 | 1265 | 21393 | 0.02633651 | | | | |
| 10 | 452 | 47 | 405 | 16938 | 1265 | 15673 | 0.02641485 | 0.02606197 | 0.00807657 | 2.14476392 | 0.863441 |
| 11 | 217 | 47 | 170 | 16758 | 1265 | 15493 | 0.0100727 | | | | |
| 12 | 426 | 47 | 379 | 17889 | 1265 | 16624 | 0.02279836 | | | | |
| 13 | 6559 | 47 | 6512 | 6552 | 1265 | 22132 | 0.29604193 | 0.2714340E | 0.02441604 | 29.018183 | 2.57817231 |
| 14 | 5416 | 47 | 5369 | 22928 | 1265 | 21663 | 0.24784199 | | | | |
| 15 | 6318 | 47 | 6271 | 24455 | 1265 | 23190 | 0.27044188 | | | | |
| 16 | 5648 | 47 | 5601 | 22784 | 1265 | 21519 | 0.26932925 | 0.3554365 | 0.12640879 | 37.9983359 | 13.5139761 |
| 17 | 5600 | 47 | 5553 | 12358 | 1265 | 11093 | 0.50055596 | | | | |
| 18 | 4558 | 47 | 4511 | 16495 | 1265 | 15230 | 0.29619173 | | | | |



ARI-KC00104

TROPIX

```
Protocol: P72.rpt
Software: µP 1.24            09.08.2007   PC-Control 1.24        14:28:59

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:                      2.0 sec
Delay Inj. M / Measurement Interval 2:           10.0 sec
Measurement Time Interval 2:                      1.0 sec

Comment:

              1        2        3        4        5        6        7        8        9       10       11       12

E M.Int.1   '68       74       65    22470    15113    23242    34601    20725    23239    17700    15900    23568
  M.Int.2             6        5     2275     1528     2350     3563     2074     2353     1778     1606     2402
  Inject.            P/-      P/-    P/-      P/-      P/-      P/-      P/-      P/-      P/-      P/-      P/-

F M.Int.1  16938    16758    17889    23397    22928    24455    22784    13358    16495     1265        0
  M.Int.2   1707     1696     1794     2354     2299     2457     2282     1287     1663      125        0
  Inject.   P/-      P/-      P/-      P/-      P/-      P/-      P/-      P/-      P/-      P/-      -/-      -/-
```

φ6AC
25λ
16.5'

**ARI-KC00105**

Protocol: UP.PPT
Software: µP 1.24

09.08.2007    14:17:41
PC-Control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:              2.0 sec
Delay Inj. M / Measurement Interval 2:   10.0 sec
Measurement Time Interval 2:              1.0 sec

Comment:

Sor Leaf

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C. M.Int.1 | 56 | 56 | 56 | 273 | 179 | 220 | 24715 | 17609 | 18539 | 4234 | 3758 | 4872 |
| M.Int.2 | 5 | 7 | 6 | 27 | 16 | 20 | 2578 | 1832 | 1925 | 439 | 380 | 492 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| D. M.Int.1 | 461 | 217 | 426 | 6599 | 5416 | 6318 | 5847 | 5600 | 4558 | 47 | 0 | |
| M.Int.2 | 43 | 24 | 41 | 671 | 558 | 640 | 605 | 567 | 469 | 3 | 0 | |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- |

TROPIX

Pag : 1

09...-2007 14:22

ARI-KC00106

STAEDTLER® No. 937 811E Engineer's Computation Pad

2hr pretreatment with Enbrel

KAM 8/14/07 PLATE 2 - 15 2.5x10⁵/ml U937 6 well plate

| | csk... | ... | 9:53am | 12:04pm |
|---|---|---|---|---|
| 1) | 1ug | 2ug | | |
| 2) | | | | |
| 3) | | | | |
| 4) | | | | TNF 10ng/ml |
| 5) | | | | TNF |
| 6) | | | | TNF |
| 7) | | | | IL-1 10ng/ml |
| 8) | | | | IL-1 |
| 9) | | | | IL-1 |
| 10) | | | E 5ug/ml | |
| 11) | | | E | |
| 12) | | | E | |
| 13) | | | E | TNF 10ng/ml |
| 14) | | | E | TNF |
| 15) | | | E | TNF |
| 16) | | | E | IL-1 10ng/ml |
| 17) | | | E | IL-1 |
| 18) | | | E | IL-1 |
| VN | | | | |

2 mixes for 10 add 900 FuGENE 6 to 910 RPMI 5' RT
add to pmix [20.8 ... + 6.3 csk...] 15' RT.
add ... to each well 20ug 10ug
Done 11:50 AM

8/16 ... to 1ml 9:30

9:53am Added Enbrel final 5ug/ml to 10-18.

12:04pm Added TNFα, IL-1β as indicated final 10ng/ml

Harvest 3pm

| | luc | bkd | luc-bkd | bgal | bbkd | bgal-bkd | luc/bgal | avg | stddev | norm | norm stdev |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 198 | 51 | 147 | 8554 | 1826 | 6728 | 0.02184899 | 0.05192777 | 0.05812327 | 1.000000001 | 1.13920599 |
| 2 | 308 | 51 | 257 | 3987 | 1826 | 2161 | 0.11892462 | | | | |
| 3 | 165 | 51 | 114 | 9422 | 1826 | 7596 | 0.0150079 | | | | |
| 4 | 8009 | 51 | 7958 | 10743 | 1826 | 8917 | 0.89245262 | | | | |
| 5 | 12920 | 51 | 12869 | 9669 | 1826 | 7823 | 1.64492169 | 1.19862996 | 0.3953919 | 23.0826388 | 7.64426697 |
| 6 | 13042 | 51 | 12991 | 14100 | 1826 | 12274 | 1.05941616 | | | | |
| 7 | 5599 | 51 | 5546 | 10242 | 1826 | 8416 | 0.65921053 | 0.4597014 | 0.1729745 | 8.85788382 | 3.32765019 |
| 8 | 2352 | 51 | 2301 | 8595 | 1826 | 6769 | 0.33969295 | | | | |
| 9 | 1950 | 51 | 1899 | 7733 | 1826 | 5907 | 0.35121135 | 0.34594205 | | | |
| 10 | 192 | 51 | 141 | 8100 | 1826 | 6274 | 0.01625757 | 0.01566168 | 0.0180823 | 0.3016 | 0.03482211 |
| 11 | 200 | 51 | 149 | 10073 | 1826 | 8247 | 0.01709713 | | | | |
| 12 | 2566 | 51 | 2515 | 12757 | 1826 | 10931 | 0.01363096 | | | | |
| 13 | 1950 | 51 | 1899 | 9975 | 1826 | 8150 | 0.30858896 | 0.31266629 | 0.1083862 | 6.02506888 | 2.1344768 |
| 14 | 2511 | 51 | 2460 | 9226 | 1826 | 7460 | 0.32974475 | | | | |
| 15 | 2772 | 51 | 2721 | 10589 | 1826 | 14983 | 0.20431045 | 0.20423146 | 0.09370693 | 6.95312009 | 1.80456296 |
| 16 | 2654 | 51 | 2603 | 10680 | 1826 | 8854 | 0.30731873 | 0.36106002 | | | |
| 17 | 2035 | 51 | 1984 | 7373 | 1826 | 5547 | 0.49526266 | | | | |
| 18 | | | | 8297 | 1826 | 6471 | 0.30659867 | | | | |



ARI-KC00108

Protocol: JP2.IPT
Software: µP 1.24

16.08.2007    FC-Control 1.24    15:52:43

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:    10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:    1.0 sec

Comment:

| C | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|----|----|----|
| M.Int.1 | 225 | 192 | 183 | 8554 | 3987 | 9422 | 10743 | 9649 | 14100 | 10242 | 8595 | 7233 |
| M.Int.2 | 14 | 11 | 10 | 879 | 414 | 973 | 1128 | 1002 | 1437 | 1085 | 902 | 751 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

| D | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|----|----|----|
| M.Int.1 | 8100 | 10073 | 12757 | 9976 | 6286 | 16809 | 16680 | 7373 | 8297 | 1826 | 0 | |
| M.Int.2 | 846 | 1056 | 1284 | 1021 | 647 | 1718 | 2116 | 728 | 845 | 186 | 0 | |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- |

151 Blav
25%

ARI-KC00109

Protocol: JP.IPT
Software: uP 1.24

16.08.2007    PC-Control 1.24    15:41:33

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:                    2.0 sec
Delay Inj. M / Measurement Interval 2:          10.0 sec
Measurement Time Interval 2:                    1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | | | | | | | | | | | | |
| M.Int.1 | 65 | 62 | 60 | 198 | 308 | 165 | 8009 | 12920 | 13042 | 5599 | 2552 | 1950 |
| M.Int.2 | 7 | 6 | 5 | 19 | 30 | 17 | 822 | 1329 | 1341 | 582 | 265 | 200 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B** | | | | | | | | | | | | |
| M.Int.1 | 153 | 192 | 200 | 2566 | 1950 | 3111 | 2772 | 2654 | 2035 | 51 | 0 | |
| M.Int.2 | 17 | 20 | 19 | 262 | 201 | 316 | 276 | 263 | 213 | 5 | 0 | |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- |

TROPIX

Page. 1                                                    16. J.2007 15:46

ARI-KC00110

9/25/7

9:25 am  phone  09:37  2mls/min  2.5×10⁵/ul

| critical | transfer | 8:52 | 9:03 | 11:05 | 7:00ᴾ | 10:45 pm |
|---|---|---|---|---|---|---|
| 1ug | 2ug | | | | | |

2 mines for 10      ACD 10× Fucll 6 ⇒ 910 RPMI  5'AT.
                    ACD to pmA  [20× 7.4 + 6.3 cent
                    ACD 10×× ⇒ each well

                    DuR  10:55AM

9/26  8:45 AM  ACDxA ⇒ 1-1

      8:52ᴬ ACD Rinse ⇒ #7,#8 Final Sycll

      9:03ᴬᴹ ACD TnF ⊕ Final 1ng/nl to 3-4
                   10ng/nl to  6,7,8,9,10,11,12  15,16,17,18 -

      11:05ᶻ Harvest 1,2,3,3.5,6,7,+  SPN Awn wells ⇒ pellet
              ACD  Rinse  Sycll Fnm to  11,12, 17,18

      7:00  Harvest 9,10,11,12

      10:45 pm  Harvest 13 -20

ARI-KC00111



ARI-KC00112

| luc | b | luc-b | bgai | b30 | bgai-bb | luc/b | avg | stdev | normavg | normstdev |
|---|---|---|---|---|---|---|---|---|---|---|
| 195 | 43 | 152 | 12462 | 2614.5 | 9847.5 | 0.01543539 | 0.01173815 | 0.00522869 | 1.00001276 | 0.44544955 |
| 157 | 43 | 114 | 16792 | 2614.5 | 14177.5 | 0.00804091 | | | | |
| 9794 | 43 | 9751 | 10897 | 2614.5 | 8282.5 | 1.17730154 | 0.59376374 | 0.25956165 | 84.4621006 | 22.1129365 |
| 7269 | 43 | 7226 | 11833 | 2614.5 | 9218.5 | 0.78391019 | | | | |
| 9349 | 43 | 9306 | 12485 | 2614.5 | 9870.5 | 0.94243733 | 0.74753396 | 0.13288435 | 63.6849518 | 11.3208684 |
| 9209 | 43 | 9166 | 16633 | 2614.5 | 14024.5 | 0.65387054 | | | | |
| 1405 | 43 | 1362 | 8760 | 2614.5 | 6145.5 | 0.22162858 | 0.2688782 | 0.0073395 | 19.3267863 | 0.63038864 |
| 2280 | 43 | 2237 | 12253 | 2614.5 | 9638.5 | 0.23209006 | | | | |
| 15601 | 43 | 15558 | 10962 | 2614.5 | 8347.5 | 1.86379155 | 1.82886159 | 0.04939843 | 155.806917 | 4.2084193 |
| 11247 | 43 | 11204 | 8860 | 2614.5 | 6245.5 | 1.79393163 | | | | |
| 5180 | 43 | 5137 | 8207 | 2614.5 | 5592.5 | 0.91855163 | 0.75053058 | 0.18104911 | 67.3479791 | 15.4241871 |
| 4824 | 43 | 4781 | 9831 | 2614.5 | 7216.5 | 0.62250953 | | | | |
| 139 | 43 | 96 | 19949 | 2614.5 | 17334.5 | 0.00553809 | 0.0554437 | 8.8819E-06 | 0.4723436 | 0.00075668 |
| 109 | 43 | 66 | 14505 | 2614.5 | 11890.5 | 0.00555065 | | | | |
| 6850 | 43 | 6807 | 17990 | 2614.5 | 14475.5 | 0.47024282 | 0.68948161 | 0.31005046 | 58.7392746 | 26.4142493 |
| 5394 | 43 | 5351 | 8503 | 2614.5 | 5888.5 | 0.90872039 | | | | |
| 2381 | 43 | 2138 | 10172 | 2614.5 | 7557.5 | 0.28289776 | 0.27476222 | 0.01150542 | 23.407925 | 0.98018572 |
| 1376 | 43 | 1333 | 7614 | 2614.5 | 4999.5 | 0.26623566 | | | | |



Protocol: JP2.IPT
Software: µP 1.24

28.09.2007    11:00:10
PC-Control 1.24

Comment:

| Delay Inj. P / Measurement Interval 1: | 2.0 sec |
| Measurement Time Interval 1: | 10.0 sec |
| Delay Inj. M / Measurement Interval 2: | |
| Measurement Time Interval 2: | 1.0 sec |

| C. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M.Int.1 | 93 | 90 | 78 | 12462 | 16792 | 10897 | 11533 | 12485 | 16639 | 8760 | 12253 | 10962 |
| M.Int.2 | 8. | 7. | 10 | 1337 | 1794 | 1149 | 1233 | 1359 | 1782 | 907 | 1330 | 1142 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **D** | | | | | | | | | | | | |
| M.Int.1 | 8860 | 8207 | 9831 | 19949 | 14505 | 17090 | 8503 | 10172 | 7614 | 2809 | 2420 | 0 |
| M.Int.2 | 926. | 887 | 1045 | 2088 | 1530 | 1831 | 899 | 1056 | 805 | 295 | 258 | 0 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- |

Page 1

28.2007 11:03

ARI-KC00114

```
Protocol: JP.IPT                    28.09.2007        10:47:21
Software: JP 1.24                   PC-Control 1.24
```

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:                    2.0 sec
Delay Inj. M / Measurement Interval 2:         10.0 sec
Measurement Time Interval 2:                    1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | | | | | | | | | | | | |
| M.Int.1 | 44 | 49 | 47 | 195 | 157 | 7269 | 9794 | 8349 | 9209 | 1405 | 2280 | 15601 |
| M.Int.2 | 5 | 4 | 5 | 18 | 14 | 968 | 725 | 845 | 926 | 137 | 233 | 1595 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B** | | | | | | | | | | | | |
| M.Int.1 | 112247 | 5180 | 4824 | 139 | 109 | 6850 | 5394 | 2191 | 1376 | 44 | 42 | 0 |
| M.Int.2 | 1137 | 513 | 446 | 159 | 11 | 590 | 535 | 215 | 138 | 5 | 5 | 0 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- |

Page 1                                                     28.09.2007 10:52...

ARI-KC00115

10(1/7 5:15pm prun crp7 2-19) iri  2.5×10⁻⁵/ml

| 5:15iv 2 | 3-4x-11iv-C | 6:30pm | 8:50pm | 10/3 9:05am |
|---|---|---|---|---|
| 18 | 20 | | | |

2Mixers for  il     Add  99%  Fucull to  1001 RPM1  5'AT.
min to add  [22x IgH + 7 other2]
add wait to each well     Add 5:50pm          N·A.T.

10/2    spin auls nears 1-1  Fresh Neola 6pm

6:30pm  Add Intl  longll Funts to  5-16

8:50pm  Add Ensam  Final  Sugll to  13,14,15,16    Harvest 1-8 area Palcet.

10/5  7:05pm  Harvest  9-20,  2 writers.

ARI-KC00116

No. 937 811E
Engineer's Computation Pad
STAEDTLER



ARI-KC00117



ARI-KC00118

```
Protocol: JP2.rpn        03.10.2007    10:43:28
Software: AP 1.24        PC-Control 1.24

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:             10.0 sec
Delay Inj. M'/ Measurement Interval 2:    1.0 sec
Measurement Time Interval 2:

Comment:
```

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **D** | | | | | | | | | | | | |
| M.Int.1 | 67 | 69. | 65 | 5978 | 4627 | 3723 | 7244 | 4574 | 4104 | 5114 | 3752 | 7003 |
| M.Int.2 | 8 | 5 | 6 | 635 | 492 | 400 | 790 | 489 | 461 | 541 | 397 | 750 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **M** | | | | | | | | | | | | |
| M.Int.1 | 8846 | 8224 | 6829 | 8052 | 5600 | 4978 | 8264 | 10300 | 7668 | 11703 | 13010 | 1198 |
| M.Int.2 | 953 | 960 | 735 | 858 | 597 | 540 | 900 | 1127* | 824 | 1282 | 1398 | 120 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **F** | | | | | | | | | | | | |
| M.Int.1 | 1156. | 0 | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |
| M.Int.2 | 126. | 0 | | | | | | | | | | |
| Inject. | P/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- | -/- |

TROPIX

Page 1

03.2007 10:48

ARI-KC00119

PROGRX

Protocol: CP Pr
Software: AP 1.24

03.10.2007 10:32:36
PC-Control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:            2.0 sec
Delay Inj. M / Measurement Interval 2:  10.0 sec
Measurement Time Interval 2:            1.0 sec

Comment:

|         | 1     | 2     | 3     | 4    | 5    | 6    | 7    | 8     | 9     | 10    | 11    | 12    |
|---------|-------|-------|-------|------|------|------|------|-------|-------|-------|-------|-------|
| **A.**  |       |       |       |      |      |      |      |       |       |       |       |       |
| M.Int.1 | 65    | 68    | 67.   | 408  | 324  | 381  | 449  | 18097 | 18706 | 19761 | 17882 | 22534 |
| M.Int.2 | 5.    | 8     | 7.    | 42.  | 34   | 40   | 48   | 1810  | 1848  | 1952  | 1764  | 2254  |
| Inject. | P/-   | P/-   | P/-   | P/-  | P/-  | P/-  | P/-  | P/-   | P/-   | P/-   | P/-   | P/-   |
| **B.**  |       |       |       |      |      |      |      |       |       |       |       |       |
| M.Int.1 | 34045 | 26127 | 20217 | 3977 | 3661 | 2667 | 4596 | 217   | 304   | 235   | 253   | 50    |
| M.Int.2 | 3406  | 2619  | 2005  | 403. | 369. | 266  | 471  | 20    | 31    | 24    | 25    | 6     |
| Inject. | P/-   | P/-   | P/-   | P/-  | P/-  | P/-  | P/-  | P/-   | P/-   | P/-   | P/-   | P/-   |
| **C.**  |       |       |       |      |      |      |      |       |       |       |       |       |
| M.Int.1 | 47    | 6     | 0.    | -/-  | -/-  | -/-  | -/-  | -/-   | -/-   | -/-   | -/-   | -/-   |
| M.Int.2 | 6     | .0    | .0    |      |      |      |      |       |       |       |       |       |
| Inject. | P/-   | P/-   | -/-   | -/-  | -/-  | -/-  | -/-  | -/-   | -/-   | -/-   | -/-   | -/-   |

Page 1

03.2007 10:38

SOY
L.C1F

ARI-KC00120

11/11/07
11:30 AM PLATE ↓837  25x05/ml  2 ml/well

| (slide 2) | light density 2B | 5:35pm | 6pm | 8:30pm |
|---|---|---|---|---|
| | | | 4 | |
| | | | H | |
| | | | H | |
| | | I | H | |
| | | I | 4 | |
| | | I | 4 | |
| | K | I | 4 | |
| | K | I | H | |
| | K | I | 4 | |
| | | I | | H |
| | | I | | H |
| | | I | | 4 |
| | | I | K | 4 |
| | | I | K | 4 |
| | | I | | H |
| | | | | 4 |
| | | | | 4 |
| | | | | H |

2 hours for to     ADD 50x FGDL6 + gro RPMI 5'RT.
                   ADD in DNA [50x Tjk +6.3  char2] 15'RT.
                   ADD loxt to Assoc well          DONE 12:25pm

11/12/07  A media to 1ml  5:20 PM

5:35pm  ADD KmEXT to 7,8,9. Final 14 ug/ml

6pm   ADD IL-1 Final 10 ug/ml to 4-15

8:30pm  HARVEST 1-9  AND  KmEXT to 13,14,15 Final 14 ug/ml
        spin down vres AND ↓-80°c

11/13/07   8:50 AM  HARVEST 10-18, UN.

ARI-KC00121

| luc | b | luc-b | lgal | bb | bgal-b | I/b | avg | stdev | | norm to 1-3 | norm to 1-3 | norm to 17-19 | norm to 17-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | 408 | 45 | 408 | 835 | 735 | 99 | 0.45494949 | 0.40777823 | | | | | |
| 155 | 944 | 65 | 944 | 1104 | 735 | 368 | 0.42118553 | 0.0943985 | | 1.0000218 | | | |
| 94 | 155 | 65 | 155 | 1042 | 735 | 306 | 0.37018954 | | | 0.23190459 | | 1.00020218 | |
| | 94 | | 94 | 1067 | 735 | 311 | 1.2336264 | 3.40312608 | 3.07815932 | 0.3500280 | 7.54675522 | | |
| | 121 | | 121 | 1041 | 735 | 140 | 5.58335981 | | | | | | |
| | 115 | | 115 | 1041 | 735 | 305 | 1.39072131 | 0.57681287 | 0.49528183 | 1.44145446 | 1.39235951 | | |
| | 79 | | 79 | 838 | 735 | 102 | 0.20506921 | | | | | | |
| | 714 | | 714 | 1119 | 735 | 383 | 0.86715772 | 0.45143967 | 0.35003406 | 0.83293415 | 0.65728679 | 4.83461874 | |
| | 193 | | 193 | 1520 | 736 | 812 | 0.24617347 | | | | | | |
| | 213 | | 213 | 1617 | 736 | 784 | 0.24477072 | 0.22613274 | 0.16428232 | 0.5466729 | 0.40288109 | 2.59493431 | 2.20620934 |
| | 96 | | 96 | 1279 | 736 | 881 | 0.17929558 | | | | | | |
| | 148 | | 148 | 1101 | 736 | 343 | 0.40547945 | | | | | | |
| | 85 | | 85 | 1715 | 736 | 343 | 0.22913274 | | | | | | |
| | 65 | | 65 | 1855 | 736 | 979 | 0.09682329 | 0.07447945 | 0.01565096 | 0.1825072 | 0.0417354 | 1.00127362 | 0.2304097 |
| | 63 | | 63 | 1575 | 736 | 115 | 0.03573307 | | | | | | |
| | 62 | | 62 | 1419 | 736 | 803 | 0.07203939 | | | | | | |
| | | | | | | 693 | 0.09077599 | | | | | | |

*POOR Tx EFFICIENCY*

*↳ VIRUSOL INDUCTION*

*↳ MUST 106/CAT*

ARI-KC00122

Protocol: JT82.IEP
Software: µP 1.24

13.11.2007
PC-Control 1.24

10:17:13

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:                  2.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:                  1.0 sec

Comment:

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | M.Int.1 | 76 | 81 | 74 | 835 | 1104 | 1042 | 650 | 1067 | 905 | 1041 | 838 | 1119 |
| | M.Int.2 | 6 | 5 | 5 | 93 | 122 | 121 | 67 | 106 | 88 | 109 | 89 | 122 |
| | Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| D | M.Int.1 | 1559 | 1520 | 1617 | 1279 | 1101 | 1715 | 1865 | 1575 | 1419 | 736 | 0 | 1119 |
| | M.Int.2 | 160 | 159 | 168 | 134 | 117 | 188 | 194 | 164 | 149 | 81 | 0 | 122 |
| | Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- |

ARI-KC00123



Protocol: JP-IPT    13.11.2007    10:06:46
Software: µP 1.24    PC-Control 1.24

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:    10.0 sec
Delay Inj. M / Measurement Interval 2:    10.0 sec
Measurement Time Interval 2:    1.0 sec

Comment:

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | | | | | | | | | | | | |
| M.Int.1 | 46 | 50 | 55 | 94 | 155 | 94 | 560 | 408 | 944 | 121 | 115 | 79 |
| M.Int.2 | 6 | 6 | 4 | 10 | 16 | 12 | 55 | 41 | 88 | 11 | 14 | 8 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B** | | | | | | | | | | | | |
| M.Int.1 | 714 | 193 | 213 | 96 | 148 | 85 | 65 | 63 | 62 | 45 | 0 | - |
| M.Int.2 | 78 | 16 | 21 | 10 | 14 | 9 | 7 | 6 | 5 | 5 | 0 | - |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- |

PROPIX    page    13.11.2007 10:11

ARI-KC00124

11/12/07

10:45am  THAW CAST 2.5×10⁵/ml 2ml/well

| CONTROL | + glutamine 2mr | 5:30pm | 8:30pm | 9:30am |
|---------|-----------------|--------|--------|--------|
| 1) 1mr | 2mr | — | 4 | |
| 2) | | — | 4 | |
| 3) | | — | 4 | |
| 4) | | — | 4 | |
| 5) | | T | 4 | |
| 6) | | T T | 4 4 | 4 |
| 7) | | T T | | 4 |
| 8) | | T | | 4 |
| 9) | | T T | E | 4 |
| 10) | | T | E | 4 |
| 11) | | T | E | 4 |
| 12) | | T | E | 4 |
| 13) | | — | | 4 |
| 14) | 1 | — | | 4 |
| 15) | ✓✓ | | | 4 |

2 mixes for 8.5        ADD 76.5λ Evan to 873.5 rpmi 5'ρ̇→
                       AD to 0mA  [19 Igk + 5.3 extra2] 15.2.7
                       ADD 102.7 to each well   Done 10:35am

11/13/07   Δ MEDIA to 1ml 5:15pm.

5:30pm  ADD  TNFα to 10ng/ml Final TO 4-13.

8:30pm  ADD EGANER to 10,11,13 Final 5ug/ml
        HARVEST 1-6

11/14   9:30 am  HARVEST 7-UN

ARI-KC00125



ARI-KC00126



ARI-KC00127

Protocol: JP2.TPT    14.11.2007    11-03:19
Software: µP 1.24    PC-Control 1.24

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:    10.0 sec
Delay Inj. M / Measurement Interval 2:    1.0 sec
Measurement Time Interval 2:

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | | | | | | | | | | | | |
| M.Int.1 | 87 | 88 | 84 | 2038 | 2063 | 2003 | 2312 | 1845 | 2816 | 2751 | 1965 | 2165 |
| M.Int.2 | 10 | 10 | 8 | 219 | 223 | 224 | 242 | 198 | 307 | 295 | 203 | 240 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| D | | | | | | | | | | | | |
| M.Int.1 | 1778 | 1791 | 1888 | 4447 | 3828 | 4222 | 1255 | 0 | -/- | -/- | -/- | -/- |
| M.Int.2 | 196 | 196 | 194 | 462 | 402 | 438 | 130 | 0 | -/- | -/- | -/- | -/- |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- |

15'
0 Gel
25'

TROPIX    Page 1    14.11.2007 11:07

ARI-KC00128



TROPIX

| Protocol: | JP FPP | | 14.11.2007 | | | | 10:53:00 | | | | |
| Software: | µP 1.24 | | FC-control 1.24 | | | | | | | | |

Delay Inj. P / Measurement Interval 1:       2.0 sec
Measurement Time Interval 1:                 10.0 sec
Delay Inj. M / Measurement Interval 2:       1.0 sec
Measurement Time Interval 2:

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A.** | | | | | | | | | | | | |
| M.Int.1 | 116 | 110 | 116 | 197 | 172 | 217 | 7790 | 6665 | 9680 | 3059 | 4117 | 3040 |
| M.Int.2 | 116 | 14 | 10 | 22 | 18 | 21 | 767 | 664 | 970 | 302 | 406 | 3110 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B.** | | | | | | | | | | | | |
| M.Int.1 | 342 | 595 | 510 | 132 | 118 | 119 | 90 | 0 | -/- | -/- | -/- | |
| M.Int.2 | 36 | 60 | 51 | 14 | 11 | 12 | 10 | 0 | | | | |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | | | | |

Pag

14. 2007 10:57

ARI-KC00129



ARI-KC00130



ARI-KC00131

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **C** | M.Int.1: | 97 | 105 | 97 | 1558 | 3423 | 1910 | 2676 | 1651 | 2607 | 1967 | 2198 | 2234 |
| | M.Int.2: | 7 | 11 | 11 | 162 | 349 | 206 | 286 | 177 | 278 | 203 | 243 | 236 |
| | Inject.: | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **D** | M.Int.1: | 2973 | 2220 | 2285 | 4400 | 3527 | 3194 | 1401 | 0 | | | | |
| | M.Int.2: | 316 | 230 | 239 | 473 | 384 | 339 | 146 | 0 | | | | |
| | Inject.: | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- |

Protocol: JFP2.IFP
Software: µP 1.24

29.11.2007
PC-Control 1.24
11:43:21

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:             10.0 sec
Delay Inj. N / Measurement Interval 2:
Measurement Time Interval 2:              1.0 sec

Comment:

TROPIX

Page 1

19.__.2007 11:47

*(handwritten: 1st 2nd dose)*

ARI-KC00132

Protocol: µP.Hn
Software: µP 1.24

19.11.2007    PC-Control 1.24
11:31:38

Delay Inj. 2 / Measurement Interval 1:
Measurement Time Interval 1:  2.0 sec
Delay Inj. N / Measurement Interval 2:  10.0 sec
Measurement Time Interval 2:  1.0 sec

Comment:

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A |  |  |  |  |  |  |  |  |  |  |  |  |
| M.Int.1 | 104 | 116 | 111 | 159 | 182 | 312 | 8037 | 4331 | 5763 | 2517 | 2841 | 3559 |
| M.Int.2 | 10 | 10 | 10 | 16 | 18 | 30 | 803 | 426 | 570 | 241 | 289 | 354 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| B |  |  |  |  |  |  |  |  |  |  |  |  |
| M.Int.1 | 1123 | 758 | 843 | 146 | 143 | 153 | 100 | 0 | -/- | -/- | -/- | -/- |
| M.Int.2 | 107 | 78 | 85 | 15 | 16 | 16 | 10 | 0 |  |  |  |  |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- |

TROPIX    Page 1    19.11.2007 11:35

ARI-KC00133

11/19/07

12:10p Place vet 7 2.5 mg/ml dil [illeg]

| cell ct 2 lug | Inj. siten L.C. lug | 9:50 am | 12:30p | 10:30p |
|---|---|---|---|---|
| | | | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | | | H | |
| | | | h | |
| | | | | h |
| | | | | h |
| | | E | | h |
| | | E | | h |
| | | E | | h |
| | | | | h |
| | | | | H |
| | | | | H |

2 mices per 8.5          Add 76.5 [illeg] E.coli to [illeg] [illeg] [illeg]
                         Add to DNA [ [illeg] + 4.74 col cL2 ] [illeg]
                         add [illeg] to each mice        Done 12:55 pm

11/21/07
   Δ media to 1 ml

9:50 AM add IPTG to 4-12 Final 10 mg/ml

12:30 PM HARVEST 1-6    add EnterL to 10,11,12 Final 5 mg/ml

10:30 pm harvest 7-15, [illeg]

ARI-KC00134



ARI-KC00135

TROPIX

Protocol: JT2.LPT        22.11.2007    10:48:15
Software: µP 1.24        PC-Control 1.24

Delay Inj.: P / Measurement Interval 1:
Measurement Time Interval 1:                2.0 sec
Delay Inj.: M / Measurement Interval 2:    10.0 sec
Measurement Time Interval 2:                1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **C** | | | | | | | | | | | | |
| M.Int.1 | 92 | 86 | 83 | 4129 | 4722 | 5524 | 4176 | 6583 | 6323 | 4027 | 5407 | 3837 |
| M.Int.2 | 8 | 9 | 7 | 426 | 492 | 580 | 449 | 691 | 641 | 424 | 561 | 401 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **D** | | | | | | | | | | | | |
| M.Int.1 | 4685 | 4326 | 5965 | 9539 | 6314 | 8363 | 1873 | 0 | | | | |
| M.Int.2 | 495 | 469 | 544 | 1010 | 683 | 881 | 199 | 0 | | | | |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- |

Page 1        22.2007 10:52

ARI-KC00136

Protocol: JP.iprt
Software: µP 1.24

22.11.2007
PC-Control 1.24

10:31:50

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:    2.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:    10.0 sec
                 1.0 sec

Comment:

|        | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|--------|------|------|------|------|------|------|------|------|------|------|------|------|
| A. M.Int.1 | 72 | 74 | 69 | 135 | 156 | 132 | 3204 | 4683 | 3556 | 2767 | 5194 | 1602 |
| M.Int.2 | 6 | 7 | 7 | 15 | 15 | 13 | 320 | 469 | 354 | 276 | 526 | 162 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| B. M.Int.1 | 1465 | 824 | 2113 | 102 | 130 | 96 | 59 | 0 | | | | |
| M.Int.2 | 143 | 83 | 216 | 10 | 13 | 9 | 5 | 0 | | | | |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- | -/- | -/- | -/- |

PROPIX

Page 1

22.2007 10:35

ARI-KC00137

STAEDTLER® No. 937 811E Engineer's Computation Pad

11/23/07 1:30pm PCA?? 2×10^5 ???/ml 2ml/well

| | ?ther | ? | 10 Am | 12:25Pm | 4:25pm |
|---|---|---|---|---|---|
| 1 | 1g | 2g | | H | |
| 2 | | | | H | |
| 3 | | | | H | |
| 4 | | | | H | |
| 5 | | | I | H | |
| 6 | | | I | H | |
| 7 | | | I | H | |
| 8 | | | I | H | |
| 9 | | | I | | H |
| 10 | | | I | | H |
| 11 | | | I | | H |
| 12 | | | I | | H |
| 13 | | | I | T | H |
| 14 | | | I | T | H |
| 15 | | | I | T | H |
| 16 | | | I | T | H |
| 17 | | | | | H |
| 18 | | | | | H |
| 19 | | | | | H |
| 20 | | | | | H |
| UN | | | | | H |

2 mixes for 11 — Add ??? F?? 6 to 100 i RAM 5' R.T.
Add to ??A [11.9 ? ?? + 6.1 ??] 15' R.T.
Add 101 to ???. Done 2pm

11/25/07 Δ ??? → 1ml 9:45am

10:00 AM — Add IL-1β to 5-16 Final 10ng/ml

12:25pm — Add ??? to 13,14,15,16 Final 14.4g/ml
Harvest 1-8

4:25 pm — Harvest 9-20, UN



ARI-KC00139

| Protocol: JP2.IPT | 25.11.2007 | 17:21:56 |
| Software: AP 1.24 | PC-control 1.24 | |

| Delay Inj. P / Measurement Interval 1: | 2.0 sec |
| Measurement Time Interval 1: | 10.0 sec |
| Delay Inj. M / Measurement Interval 2: | |
| Measurement Time Interval 2: | 1.0 sec |

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **C** | | | | | | | | | | | | |
| M.Int.1 | 81 | 75 | 70 | 7404 | 6613 | 6441 | 5304 | 5990 | 6517 | 9586 | 6780 | 5879 |
| M.Int.2 | 8 | 8 | 8 | 790 | 708 | 677 | 568 | 635 | 687 | 1004 | 722 | 647 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **D** | | | | | | | | | | | | |
| M.Int.1 | 9769 | 7618 | 8516 | 7029 | 9842 | 7593 | 8674 | 5579 | 6840 | 6566 | 8757 | 1906 |
| M.Int.2 | 1051 | 805 | 906 | 739 | 1045 | 799 | 885 | 594 | 716 | 688 | 915 | 195 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

TROPEX    Page 1    25.11.2007 17:27

ARI-KC00140

TROPIX

Protocol: JP.IPm                25.11.2007            17:06:34
Software: µP 1.24               PC-Control 1.24

Delay Inj. P / Measurement Interval 1:        2.0 sec
Measurement Time Interval 1:                  10.0 sec
Delay Inj. M / Measurement Interval 2:        1.0 sec
Measurement Time Interval 2:

Comment:

So2 Luciv

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | | | | | | | | | | | | |
| M.Int.1 | 62 | 72 | 65 | 165 | 132 | 137 | 156 | 140 | 167 | 111 | 171 | 57 |
| M.Int.2 | | 5 | 7 | 19 | 15 | 15 | 15 | 12 | 15 | 11 | 16 | 5 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B** | | | | | | | | | | | | |
| M.Int.1 | 5173 | 2486 | 7266 | 2209 | 2193 | 1729 | 2519 | 1265 | 674 | 1471 | 1478 | 1594 |
| M.Int.2 | 499 | 244 | 723 | 219 | 213 | 175 | 252 | 124 | 69 | 150 | 142 | 156 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

Page 1                          25.11.2007 17:11

ARI-KC00141

11/29/07   1:40pm  plate w/937  2.5x10^5/ml   2ml/well

| | Control 800ng | Tgkseruet 2.2ug | 9:10AM | 12:40pm | 9:40p |
|---|---|---|---|---|---|
| | | | — | 4 | |
| | | | — | 4 | |
| | | | — | 4 | |
| | | | — | 4 | |
| | | | — | 4 | |
| | | | — | 4 | |
| | | | — | 4 | |
| | | | — | 4 | |
| | | | — | | 4 |
| | | | — | | 4 |
| | | | — | | 4 |
| | | | — | | 4 |
| | | | — | | 4 |
| | | | — | 5 | 4 |
| | | | — | 5 | 5 |
| | | | — | 5 | 5 |
| | | | — | | 5 |
| | | | — | | 4 |
| | | | — | | 4 |
| | | | — | | 4 |
| | | | — | | 4 |

2 rows for 11   Add 937 F-cell 6 to 1001 RPMI  S.R.T.
                 Add to ons  [13.1 IgK + 49 control]  S.R.T.
                 Add 1022 to ones.    Done 2:10pm

11/30/07   A resus. → 1ml.  8:50AM

9:10AM    Add IL-4 to final 10ng/ml to S+6

12:40pm   Harvest 1-8  Add harvest to 13,14,15,16  Final 14ng/ml

9:40pm    Harvest 9-20, in

resus  12/2/07

ARI-KC00142



ARI-KC00143

Protocol: JP IPM
Software: µP 1.24

02.12.2007    PC-Control 1.24    12:35:23

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:    10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:    1.0 sec

Comment:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A.Int.1** | | | | | | | | | | | | |
| M.Int.1 | 61 | 69 | 68 | 148 | 184 | 183 | 230 | 2702 | 1962 | 1781 | 1141 | 1020 |
| M.Int.2 | 8 | 7 | 16 | 17 | 17 | 25 | 278 | 203 | 181 | 191 | 117 | 106 |
| Inject: | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B** | | | | | | | | | | | | |
| M.Int.1 | 1942 | 967 | 1038 | 814 | 517 | 608 | 621 | 92 | 82 | 107 | 97 | 56 |
| M.Int.2 | 202 | 100 | 101 | 80 | 53 | 59 | 62 | 10 | 9 | 12 | 10 | 6 |
| Inject: | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

ARI-KC00144

TROPIX

```
Protocol: JP2.MPT          02.12.2007        12:49:51
Software:  µP.1.24         PC-Control 1.24

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:             10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:              1.0 sec

Comment:
```

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **C** | | | | | | | | | | | | |
| M.Int.1 | 71 | 75 | 71 | 3829 | 3326 | 4424 | 2531 | 4318 | 3920 | 4711 | 3366 | 3555 |
| M.Int.2 | 6 | 7 | 9 | 397 | 342 | 469 | 267 | 459 | 401 | 497 | 344 | 377 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **D** | | | | | | | | | | | | |
| M.Int.1 | 5433 | 5350 | 5073 | 4578 | 4718 | 4508 | 4472 | 4651 | 4342 | 4365 | 5889 | 1710 |
| M.Int.2 | 556 | 557 | 528 | 476 | 485 | 461 | 468 | 490 | 457 | 459 | 592 | 178 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

Page: 1          02.12.2007 12:55

ARI-KC00145

STAEDTLER®
No. 937 811E
Engineer's Computation Pad

ARI-KC00146

2/3/7   11 AM PLAN    2.5 mls (USB7) ml   2ml LYSIN

| cShbc2 800ng | Igk strains 2.2ug | 9:25 AM | 12:05 PM | 8:25p |
|---|---|---|---|---|

2 mixes for 11        ADD SEX FUGERG to col MMI S.R.7.
                      ADD → DNA [13.1 Igk + 4.9 cShbc2]  (S' R.7.
                      ADD cost → cells        DONE 11:20 AM

2/5/7   Δ MEDIA → 1 ml  9:15 AM

9:25 AM    ADD IL-1 = 6-20  FINAL 10 ng/ml

11:25 PM   HARVEST 1-10   ADD KANNEL = 16-20 FINAL 14 ug/ml.

8:25 PM    HARVEST 11-20 uM

ARI-KC00147



ARI-KC00148

```
Protocol: JP2.EPA
Software: µP 1.24          06.12.2007    PC-Control 1.24        12:07:36

Delay Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:             10.0 sec
Delay Inj. M / Measurement Interval 2:    1.0 sec
Measurement Time Interval 2:              1.0 sec

Comment:
```

| C | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|----|----|----|
| M.Int.1 | 84 | 80 | 89 | 4509 | 3053 | 4260 | 3816 | 4279 | 4022 | 3413 | 4223 | 4342 |
| M.Int.2 | 7 | 8 | 9 | 471 | 320 | 451 | 408 | 462 | 428 | 364 | 438 | 445 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| M.Int.1 | 4007 | 4840 | 5573 | 4092 | 5091 | 5553 | 6114 | 4938 | 5575 | 6007 | 6456 | 2480 |
| M.Int.2 | 440 | 515 | 586 | 433 | 546 | 589 | 644 | 525 | 609 | 626 | 710 | 263 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

ARI-KC00149

```
Protocol: JP.lrp
Software: UP 1.24          PC-Control 1.24

                                          06.12.2007    11:51:46

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:          2.0 sec
Delay Inj. M / Measurement Interval 2:  10.0 sec
Measurement Time Interval 2:          1.0 sec

Comment:
```

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A.** | | | | | | | | | | | | |
| M.Int.1 | 79 | 83 | 89. | 167 | 124 | 140 | 99 | 108 | 866 | 769 | 920 | 792 |
| M.Int.2 | 7 | 9. | 9. | 16 | 13 | 17 | 10. | 11 | 86 | 82 | 89. | 82 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B** | | | | | | | | | | | | |
| M.Int.1 | 450 | 750 | 447 | 378 | 534 | 263 | 919 | 242 | 283 | 1182 | 434 | 62 |
| M.Int.2 | 46. | 76. | 46. | 39 | 56 | 25 | 98 | 25 | 29. | 115 | 44 | 6 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

Soy Leaf

ARI-KC00150

ARI-KC00151

ARI-KC00152

```
Protocol: JT2X.TFX
Software: µP 1.24          11.12.2007      11:08:22
                          PC-Control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:           2.0 sec
Delay Inj. M./ Measurement Interval 2:
Measurement Time Interval 2:          10.0 sec
Measurement Time Interval 2:           1.0 sec

Comment:
```

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **D** | | | | | | | | | | | | |
| M.Int.1 | 75 | 80 | 76 | 3563 | 3110 | 2644 | 3125 | 3638 | 3636 | 4347 | 4304 | 3366 |
| M.Int.2 | 7 | 8 | 9 | 329 | 321 | 292 | 338 | 380 | 383 | 457 | 473 | 363 |
| Inject: | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **E** | | | | | | | | | | | | |
| M.Int.1 | 4265 | 3778 | 3960 | 4440 | 3169 | 3805 | 4618 | 3586 | 4737 | 4408 | 5891 | 4096 |
| M.Int.2 | 455 | 411 | 409 | 476 | 343 | 392 | 489 | 382 | 491 | 475 | 620 | 446 |
| Inject: | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **F** | | | | | | | | | | | | |
| M.Int.1 | 4431 | 5801 | 4901 | 5303 | 5344 | 4394 | 4370 | 3570 | 3873 | 2451 | 0 | 4096 |
| M.Int.2 | 464 | 519 | 533 | 572 | 568 | 468 | 474 | 381 | 409 | 269 | 0 | 446 |
| Inject: | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- |

ARI-KC00153

Protocol: UTP.IPT
Software: µP 1.24

11.12.2007  PC-Control 1.24 - 10:54:05

Delay.Inj. P / Measurement Interval 1:
Measurement Time Interval 1:          2.0 sec
Delay.Inj. N / Measurement Interval 2:        10.0 sec
Measurement Time Interval 2:          1.0 sec

Comment:

|        | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|--------|----|----|----|----|----|----|----|----|----|----|----|----|
| **A.** | | | | | | | | | | | | |
| M.Int.1 | 104 | 97 | 93 | 201 | 155 | 123 | 589 | 544 | 536 | 1173 | 2220 | 2393 |
| M.Int.2 | 10 | 9 | 9 | 21 | 18 | 11 | 58 | 55 | 55 | 111 | 216 | 236 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B.** | | | | | | | | | | | | |
| M.Int.1 | 1019 | 1150 | 1503 | 1107 | 1156 | 1571 | 1238 | 1098 | 955 | 1366 | 976 | 1654 |
| M.Int.2 | 102 | 119 | 155 | 112 | 117 | 151 | 122 | 105 | 95 | 118 | 97 | 163 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **C.** | | | | | | | | | | | | |
| M.Int.1 | 858 | 740 | 884 | 830 | 1412 | 433 | 375 | 415 | 316 | 76 | 0 | |
| M.Int.2 | 86 | 74 | 88 | 86 | 140 | 43 | 39 | 43 | 34 | 7 | 0 | |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- |

Leuc-P Sox

TROPIX    Page: 1    11.12.2007 11:01

ARI-KC00154

3/12/07  PLATE  U437    2.5 ×10⁵/mL  2ml /WELL    12:50 pm

| cell used | cells/flask | 10:20A | 1:20pm | 5:30pm | 7:20pm |
|---|---|---|---|---|---|

(handwritten tally/data table, columns 1-30 with tick marks)

3 FLASKS FOR 11    ADD 99λ FUGENE ⇒ 100λ RPMI 5' R.T.
                   ADD ⇒ DNA [11λ Igk + 6.1 αklc2] 15' R.T.
                   ADD 10λ ⇒ CELLS.        DONE 1:25pm

3/14/7    Δ MDIA ⇒ 1mL  10 AM
10:20 AM  ADD IZ-1 ⇒ 10ng/ml to 6-30
1:20 PM   HARVEST 1-10    ADD KIMBERT? to 13,7,15,15,20  26,27,28,29,30  FINAL
5:30      HARVEST 11-20                                   30 ng/ml
7:20pm    HARVEST 21-30 UN

ARI-KC00155



ARI-KC00156

Protocol: PP2 IPT
Software: MP 1.24

15.12.2007    14:49:50
FC-Control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:           2.0 sec
Delay Inj. M / Measurement Interval 2:     10.0 sec
Measurement Time Interval 2:           1.0 sec

Comment:

|          | 1    | 2    | 3    | 4    | 5    | 6    | 7    | 8    | 9    | 10   | 11   | 12   |
|----------|------|------|------|------|------|------|------|------|------|------|------|------|
| **D**    |      |      |      |      |      |      |      |      |      |      |      |      |
| M.Int.1: | 67   | 69   | 70   | 2090 | 3051 | 5289 | 3969 | 3448 | 2050 | 4054 | 3390 | 2315 |
| M.Int.2: | 6    | 6    | 6    | 218  | 329  | 565  | 429  | 380  | 324  | 426  | 365  | 241  |
| Inject.: | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  |
| **E**    |      |      |      |      |      |      |      |      |      |      |      |      |
| M.Int.1: | 2627 | 2682 | 3933 | 3294 | 4217 | 3569 | 3523 | 2640 | 3905 | 4417 | 3634 | 3935 |
| M.Int.2: | 278  | 284  | 398  | 345  | 449  | 373  | 376  | 279  | 417  | 475  | 378  | 425  |
| Inject.: | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  |
| **F**    |      |      |      |      |      |      |      |      |      |      |      |      |
| M.Int.1: | 4099 | 2250 | 5233 | 3312 | 3815 | 4053 | 3990 | 4368 | 3479 | 1361 | 0    |      |
| M.Int.2: | 437  | 241  | 550  | 356  | 405  | 432  | 418  | 464  | 377  | 143  | 0    |      |
| Inject.: | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | P/-  | -/-  | -/-  |

ARI-KC00157

Protocol: JP IPP
Software: µP 1.24        15.12.2007        14:37:04
                         PC-Control 1.24

Delay-Inj. P / Measurement Interval 1:    2.0 sec
Measurement Time Interval 1:              10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:              1.0 sec

Comment:

| | 1. | 2. | 3. | 4. | 5. | 6. | 7. | 8. | 9. | 10. | 11. | 12. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | | | | | | | | | | | | |
| M.Int.1 | 93 | 87 | 93 | 91 | 120 | 134 | 250 | 109 | 542 | 536 | 546 | 325 |
| M.Int.2 | 10 | 11 | 9 | 11 | 12 | 11 | 26 | 12 | 53 | 53 | 53 | 29 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B** | | | | | | | | | | | | |
| M.Int.1 | 609 | 497 | 459 | 926 | 1400 | 830 | 583 | 1153 | 1002 | 778 | 561 | 397 |
| M.Int.2 | 62 | 49 | 45 | 91 | 142 | 83 | 60 | 115 | 104 | 76 | 57 | 39 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **C** | | | | | | | | | | | | |
| M.Int.1 | 376 | 508 | 408 | 583 | 650 | 790 | 1052 | 474 | 329 | 74 | 0 | |
| M.Int.2 | 38 | 55 | 39 | 61 | 69 | 80 | 105 | 50 | 32 | 6 | 0 | |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | -/- | -/- |

TROFIX        Page 1        15.12.2007 14:44

ARI-KC00158

ARI-KC00159



ARI-KC00160

```
Protocol: JB.ipm
Software: AP 1.24            20.12.2007   PC-control 1.24   16:14:39

Delay Inj. P / Measurement Interval 1:      2.0 sec
Measurement Time Interval 1:               10.0 sec
Delay Inj. M / Measurement Interval 2:
Measurement Time Interval 2:                1.0 sec

Comment:
```

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | | | | | | | | | | | | |
| M.Int.1 | 78 | 75 | 84 | 109 | 124 | 106 | 102 | 119 | 123 | 122 | 116 | 1510 |
| M.Int.2 | 8 | 9 | 11 | 13 | 13 | 11 | 10 | 12 | 14 | 13 | 13 | 150 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **B** | | | | | | | | | | | | |
| M.Int.1 | 1094 | 928 | 1020 | 2304 | 2469 | 1625 | 651 | 99 | 121 | 95 | 105 | 208 |
| M.Int.2 | 115 | 92 | 103 | 235 | 244 | 156 | 63 | 9 | 13 | 10 | 9 | 24 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| **C** | | | | | | | | | | | | |
| M.Int.1 | 186 | 173 | 253 | 725 | 1100 | 1244 | 1520 | 1560 | 1274 | 2158 | 1525 | 1510 |
| M.Int.2 | 21 | 19 | 24 | 78 | 114 | 129 | 150 | 162 | 127 | 222 | 152 | 5 |
| Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

LCif Sol

ARI-KC00161

Protocol: 2F2.IPn        20.12.2007   16:26:24
Software: µP 1.24    PC-Control 1.24

Delay Inj. P / Measurement Interval 1:
Measurement Time Interval 1:            2.0 sec
Delay Inj. X / Measurement Interval 2:  10.0 sec
Measurement Time Interval 2:            1.0 sec

Comment:

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | N.Int.1 | 86 | 71 | 70 | 3213 | 2266 | 2609 | 2252 | 2440 | 2032 | 1879 | 2235 | 3871 |
| | M.Int.2 | 8 | 7 | 8 | 343 | 243 | 268 | 233 | 259 | 218 | 210 | 238 | 412 |
| | Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| E | N.Int.1 | 2376 | 3213 | 2629 | 3640 | 4063 | 4511 | 2644 | 3671 | 2993 | 3016 | 3459 | 2869 |
| | M.Int.2 | 251 | 333 | 285 | 391 | 429 | 479 | 282 | 387 | 315 | 322 | 369 | 309 |
| | Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |
| F | N.Int.1 | 3332 | 2751 | 3414 | 3237 | 3274 | 2936 | 2938 | 4611 | 3124 | 3691 | 4356 | 1555 |
| | M.Int.2 | 357 | 295 | 356 | 340 | 349 | 318 | 306 | 488 | 330 | 392 | 463 | 169 |
| | Inject. | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- | P/- |

TROPIX    Page 1    20.12.2007 16:35

20'
25T
BGAL

ARI-KC00162

# EXHIBIT C

# REDACTED