IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation; )
IMMUNEX CORPORATION, a Washington )
corporation; AMGEN USA INC., a Delaware )
corporation; AMGEN MANUFACTURING, )
LIMITED, a Bermuda Corporation, and )
IMMUNEX RHODE ISLAND )
CORPORATION, a Delaware corporation, )
)
    Plaintiffs/Counterclaim Defendants, )
)
    v. )
)
ARIAD PHARMACEUTICALS, INC., a )
Delaware corporation, and THE WHITEHEAD )
INSTITUTE FOR BIOMEDICAL RESEARCH, )
a Delaware corporation, *et. al.* )
)
    Defendants/Counterclaim Plaintiffs. )

Civil Action No. 06-259 (MPT)

PUBLIC VERSION
CONFIDENTIAL MATERIAL OMMITED

## DECLARATION OF MELANIE K. SHARP

I, Melanie K. Sharp, hereby declare as follows:

1.    I am a partner at the law firm of Young, Conaway, Stargatt & Taylor LLP in Wilmington, Delaware, counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in connection with The Amgen Entities' Brief in Support of their Motion To Preclude ARIAD's Proffered Experts on Willfulness and Inequitable Conduct From Opining on Intent, State of Mind, and Other Matters. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2.    Attached hereto as Exhibit A is at true and correct copy of relevant portions of the February 22, 2008 Manbeck Report at 26, 30, 33.

3.    Attached hereto as Exhibit B is a true and correct copy of relevant portions of the March 7, 2008 Manbeck Report at 4-5.

4.    Attached hereto as Exhibit C is a true and correct copy of relevant portions of the March 7, 2008 Manbeck Report at 11-13.

5.    Attached hereto as Exhibit D is a true and correct copy of relevant portions of the January 18, 2008 Calame Report, Section IV, ¶¶ 44-45 at p. 21.

6.    Attached hereto as Exhibit E is a true and correct copy of relevant portions of March 7, 2008 Manbeck Report at 9.

Melanie K. Sharp, Esquire (No. 2501)

# EXHIBIT A

# REDACTED

# EXHIBIT B

# REDACTED

# EXHIBIT C

# REDACTED

# EXHIBIT D

# REDACTED

# EXHIBIT E

# REDACTED