IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, <br><br>  Plaintiffs, <br><br> v. <br><br> ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation, <br><br>  Defendants. <br><br> ARIAD PHARMACEUTICALS, INC., a Delaware corporation, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation, <br><br>  Counterclaim Plaintiffs, <br> v. <br> AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, and WYETH, <br><br>  Counterclaim Defendants. | Civil Action No. 06-259 (MPT) <br><br> PUBLIC VERSION <br><br> CONFIDENTIAL MATERIAL OMITTED |

## **DECLARATION OF GERALD J. MOSSINGHOFF**

I, Gerald J. Mossinghoff, hereby declare as follows:

1. I have submitted two expert reports (the "Mossinghoff Reports") in support of Amgen[1] in the above-captioned litigation.

2. My first Report, entitled "Expert Report of The Honorable Gerald J. Mossinghoff," was executed on January 18, 2008 (attached as Exhibit A).

3. My second Report, entitled "Supplemental Expert Report of the Honorable Gerald J. Mossinghoff Regarding Willful Infringement," was executed on February 21, 2008 (attached as Exhibit B).

4. I hereby incorporate each of the Mossinghoff Reports into this declaration.

5. I further declare under the penalty of perjury that I would be competent to testify to the facts and opinions set forth therein.

*[signature]*
GERALD J. MOSSINGHOFF

Dated: April 25, 2008

---

[1] "Amgen" refers collectively to all of the named plaintiffs.

# EXHIBIT A

# REDACTED

# EXHIBIT B

# REDACTED