## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA, INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation; and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ARIAD PHARMACEUTICALS, INC., a Delaware corporation; and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation, | ) ) ) ) ) |
| Defendants, | ) ) |
| ARIAD PHARMACEUTICALS, INC., a Delaware corporation; THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, a Massachusetts corporation; MASSACHUSETTS INSTITUTE OF TECHNOLOGY, a Massachusetts corporation; and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation, | ) ) ) ) ) ) ) ) ) )  Civil Action No. 06-259-MPT |
| Counterclaim-Plaintiffs, | ) ) |
| v. | ) ) |
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA, INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation; and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, | ) ) ) ) ) ) ) |
| Counterclaim-Defendants. | ) ) |

## DECLARATION OF AARON CIECHANOVER, M.D., D.Sc.

I, Aaron Ciechanover, M.D., D.Sc., hereby declare as follows:

1.      I have submitted an expert report ("Report") in support of Amgen[1] in the above-caption litigation

2.      My Report, entitled "Expert Report of Aaron Ciechanover, M.D., D.Sc.," was executed on January 15, 2008 and is attached as Exhibit A.

3.      I hereby incorporate my Report into this declaration.

4.      I further declare under the penalty of perjury that I would be competent to testify to the facts and opinions set forth therein.


Dated: May 19, 2008

_____
Aaron Ciechanover, M.D., D.Sc.

---

[1] "Amgen" refers collectively to all of the named plaintiffs.

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA, INC., AMGEN MANUFACTURING, LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| ARIAD PHARMACEUTICALS, INC., HARVARD UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | ) ) ) ) ) |  |
| Defendants, | ) ) | Civil Action No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., HARVARD UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | ) ) ) ) ) |  |
| Counterclaim-Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| AMGEN, INC., IMMUNEX CORPORATION AMGEN USA, INC., AMGEN MANUFACTURING, LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, | ) ) ) |  |
| Counterclaim-Defendants. | ) ) |  |

**EXPERT REPORT OF AARON CIECHANOVER, M.D., D.Sc.**

## I.     INTRODUCTION.

I am a distinguished research professor at the Technion - Israel Institute of Technology in Haifa, Israel.  I have prepared this report pursuant to my role as an expert witness on behalf of Amgen Inc. and the other companies identified as plaintiffs in connection with the above referenced litigation.  I have been retained as a technical expert to address, among other things, the role of the ubiquitin proteasome system in the regulation of the transcription factor NF-κB and its natural inhibitor IκB; the manner in which proteasome inhibition necessarily and inevitably negatively effects the activation of NF-κB; whether the experiments described in the 1988 Saito paper, referenced below, would have necessarily and inevitably led to a reduction of NF-κB activity; the development of the understanding of the role of ubiquitin and the proteasome in regulation of NF-κB processing and activation; and whether anyone could have recognized in 1991, based on the disclosure in the '516 patent, that the patent applicants had invented methods of "reducing NF-κB activity" involving "inhibiting modification of an IκB protein," "inhibiting degradation of an IκB protein," or "inhibiting dissociation of NF-κB:IκB complexes."

I expect to testify at trial based on the background and opinions I provide in this report. Because my opinions are based upon the information I have received so far, I may supplement my background and opinions to reflect additional information I may receive; reply to additional information provided by ARIAD and/or the Institutions, including information or opinions provided by their witnesses and experts; or respond to issues that may arise at trial.

I have summarized in this section my educational background, career history, and other relevant qualifications, including the work I performed that led to my being awarded the 2000 Albert Lasker Award for Basic Medical Research and 2004 Nobel Prize in Chemistry  In addition to certain of my publications referenced throughout this report, a complete list of my publications can be found in my full *curriculum vitae*, attached to this report as Appendix A.

## II.     QUALIFICATIONS: EDUCATIONAL BACKGROUND/CAREER HISTORY.

In 2004, I was awarded the Nobel Prize in Chemistry along with two of my esteemed colleagues, Avram Hershko and Irwin A. Rose.  We were given this honor based upon our fundamental discoveries concerning how cells regulate the breakdown of intracellular proteins with extreme specificity as to target, time and space.  As a graduate student of Hershko, and in collaboration with Rose, I discovered ubiquitin-mediated proteolysis, a process where an enzyme system tags unwanted proteins with many molecules of the 76-amino acid residue protein ubiquitin. The tagged proteins are then transported to the proteasome, a large multisubunit protease complex, where they are degraded.  While our hypothesis predicted the existence of a protease that will degrade, specifically, ubiquitinated proteins, a process during which ubiquitin will be recycled, the later discovery of the proteasome and its role in the system was made by others.

In 2000, I was awarded, along with Avram Hershko and Alexander Varshavsky, the Albert Lasker Award for Basic Medical Research (often referred to as the "American Nobel"). This too was in honor of my contribution to the discovery and recognition of the significance of the ubiquitin system of regulated protein degradation.

In 2007, I was elected as a Foreign Associate of the USA National Academy of Sciences, one of the most prestigious scholarly bodies in the world -- an honorific society of distinguished scholars engaged in scientific research.

Between the 1950s and 1980s, scientists were focused extensively on how the genetic code is transcribed to RNA and translated to proteins, but how proteins are degraded has remained a neglected research area. With the discovery of the lysosome by Christian de Duve it was assumed that cellular proteins are degraded within this organelle. Yet, several independent lines of experimental evidence strongly suggested that intracellular proteolysis is largely non-lysosomal, but the mechanisms involved had remained obscure. The discovery of the ubiquitin-proteasome system resolved this enigma. We now recognize that ubiquitin- and proteasome-mediated degradation of intracellular proteins is involved in regulation of a broad array of cellular processes, such as cell cycle and division, regulation of transcription factors, and assurance of the cellular quality control. Not surprisingly, aberrations in the system have been implicated in the pathogenesis of many human diseases, malignancies and neurodegenerative disorders among them, which led subsequently to an increasing effort to develop mechanism-based drugs, one of which (a proteasome inhibitor -- "Velcade") is already in commercial therapeutic use against one malignancy in particular.

A.    **Early Research, Including The Work Leading to the Nobel Prize.**

I received my M.D. in 1974 from the Hebrew University and "Hadassah" Medical School in Jerusalem, Israel. After my clinical internship and subsequent service as a military physician, I started graduate studies under Avram Hershko in the Faculty of Medicine at the Technion in November of 1976. I was looking forward to continuing research that I had carried out with him earlier regarding serum induced "pleiotropic response."[1] and earlier basic research I had carried out during my medical studies (which earned me an M.Sc. degree in Biochemistry). At that time, however, his group focused mostly on studying intracellular proteolysis, though the mechanism(s) involved had been elusive. I learnt from him that he had given up on trying to identify the mediator(s) and mechanism(s) involved in serum-induced "pleiotropic response". Nonetheless, that earlier work had, for me, kindled a small flame.

The model system that we chose to study proteolysis was degradation of abnormal hemoglobin in the reticulocyte which is the terminally differentiating red blood cell. The reason for the selection of the reticulocyte as a model system was that we were looking for a non-lysosomal and energy-requiring proteolytic system, as from many studies it had become clear that regulated proteolysis of intracellular proteins is non-lysosomal, and the reticulocyte no longer contains lysosomes which are removed during the final stages of its maturation before its release into the circulation. Another reason for the choice of the reticulocyte as a model for studying intracellular proteolysis was that in its final stages of maturation in the bone marrow and prior to entering the peripheral circulation, a massive proteolytic burst destroys many of its machineries, making it clear that the cell is equipped with an efficient proteolytic system. Earlier

---

[1]    Ciechanover, A. and Hershko, A., Early effects of serum on phospholipid metabolism in untransformed and oncogenic virus-transformed cultured fibroblasts, *Biochem. Biophys. Res. Commun.* 1976 Nov 8;73(1):85-91.

studies by Rabinovitz and Fisher demonstrated that the reticulocyte degrades abnormal, amino acid analogue-containing hemoglobin, yet the mechanisms had remained elusive. We assumed that the same mechanism that is involved in differentiation and maturation of the reticulocyte is also involved in the removal of "naturally occurring" mutant abnormal hemoglobins that are synthesized in different hemoglobinopathies, such as thalassemias and sickle cell anemia, and also in the destruction of the amino acid analogs - containing abnormal hemoglobins. We wanted to believe and hoped that this mechanism would turn out to be "universal", and involved in regulated specific degradation of normal proteins in all cells. Years later this assumption turned out to be correct. It was still necessary to demonstrate that the process requires energy, and indeed, following our initial characterization of degradation of abnormal hemoglobin in the intact cell, we showed that the process required energy, and felt that the time was ripe to break the cell open and isolate and characterize the non-lysosomal and ATP-dependent proteolytic enzyme(s).[2] Shortly before we published our initial data, working apparently in parallel, Dr. Alfred Goldberg and his post-doctoral fellow Dr. Joseph Etlinger at Harvard Medical School characterized and published (January 1977), for the first time, the existence of a cell-free proteolytic system in reticulocytes, which was exactly the same system we had been working on. However, at that point, the route taken by the two groups to isolate and characterize the system in the crude reticulocyte extract had been separated.

I will not describe here the detailed history of the discovery of the ubiquitin system, but rather highlight two important points along the five years of my graduate studies (1976-1981) with Avram and Irwin A. Rose (Ernie) that led to the discovery of the system. The more detailed history can be found in several review articles written on the system at that time (most notable is Hershko, A. and Ciechanover, A., *Mechanisms of intracellullar protein breakdown*, Annu. Rev. Biochem., 1982;51:335-64 and my biography described in the the Nobel Prize web site www.nobelprize.org).

(1) The first point relates to the multiplicity of enzymatic components of the system: Our first aim along the purification process of the ATP-dependent "protease" was to remove hemoglobin, the major (~90%) protein in the crude extract. Towards that end, we resolved the extract on an anion exchange resin, where we encountered already the first exciting finding. The proteolytic activity could be found neither in the non-adsorbed material which we denoted Fraction I, nor in the high salt-eluted material (denoted Fraction II). Rather, we recovered the activity following reconstitution of the two Fractions. We learnt two important lessons from this experiment which was published in 1978 in *Biochemical and Biophysical Research Communications* (BBRC; in my opinion the first paper in the long historical trail of the ubiquitin system -- and which I regard as one of two or three key publications in the field): (i) The first was that the protease we were after was not a "classical" single enzyme that degrades its substrate, but had at least two components. This was already a digression from the paradigm in the field at that time that proteolytic substrates, almost without exception, can be cleaved, at least partially, by single proteases with limited, yet defined specificities. Now, following the

---

[2]  Ciechanover, A., Hod, Y., and Hershko, A., A heat-stable polypeptide component of an ATP-dependent proteolytic system from reticulocytes, Biochem. *Biophys. Res. Commun.* 1978 Apr 28;81(4):1100-5.)

4

unraveling of the human genome and the discovery of commonly or similarly shared structural domains within several groups of enzymes of the system, we know that the number of components of the ubiquitin system exceeds one thousand, but the first hint was already there; once one is left without a paradigm, all possibilities are open. (ii) The second lesson was a methodological one. Each time we lost the proteolytic (or later conjugating) activity during purification of any of the components we were characterizing, we "returned" to the chromatographical column fractions and tried to reconstitute it via complementation: "classical" biochemistry at its best was on our side.

Standing at a crossroad, we decided to start first with purification and characterization of the active component in Fraction I. We decided so because Fraction I was the hemoglobin-containing fraction that did not adsorb to the resin, and since many proteins do adsorb, we thought that this fraction should not contain too many additional proteins beyond hemoglobin, and it would be easy to purify the active component. Ten months after I started my studies (summer of 1977), Avram started his sabbatical with Ernie at the Fox Chase Cancer Center in Philadelphia, PA, USA, and left me with the task to purify the active component from Fraction I. After many unsuccessful trials along with another graduate student of Avram, Yaacov Hod, my colleague Mickey (Michael) Fry, who was the Faculty member appointed as my substitute thesis advisor for this year (1977-1978), came with the idea to heat Fraction I and see if the active component is heat-stable, and indeed it was. He did so as all our attempts to resolve the activity - despite the large difference in the molecular mass between the active protein (~10 kDa) and hemoglobin, the other major protein in Fraction I (65 kDa) - failed: hemoglobin, that is so abundant, "contaminated" the entire resolution span of each gel filtration column we tried, and its abundance limited the ability to load large enough quantity of Fraction I on ion-exchange resins in every single resolution method we used. Following 5-10 min at 90°C, the hemoglobin in crude Fraction I was "cooked" and precipitated like "mud", and the activity remained soluble in the supernatant. It was hard to believe it was a protein, but Mickey remembered several other heat-stable proteins. Immediately after, we showed directly that the activity in Fraction I was also a protein: it was sensitive to trypsin and precipitable with ammonium sulfate. Further characterization revealed that the protein had a molecular mass of ~8,500 Da, and we called it ATP-dependent Proteolysis Factor-1, APF-1, to denote that this was the first component in the system that we characterized. All along the way I corresponded with Avram by mail, sent him my results, and during his sabbatical we wrote the BBRC paper.

(2) The second key finding was also discovered in Haifa during the winter of 1978-1979. We purified APF-1 to homogeneity and labeled it with radioactive iodine. When the radio-labeled protein was incubated in crude reticulocyte Fraction II in the presence of ATP, we observed a dramatic increase in its molecular weight: it now migrated as a sharp peak in the void volume of the gel filtration chromatographical column, in a significantly higher molecular mass zone than the protein incubated in the absence of ATP. For several months we tried to elucidate the mechanism that underlies the change in the molecular weight of APF-1, hypothesizing, for example, that APF-1 could be an activator of a protease that must generate a binary complex with the proteolytic enzyme in order to activate it, but to no avail. An important breakthrough occurred during our 1979 summer stay of several months in the laboratory of Ernie. Through a series of extremely elegant, yet simple, experiments, in the design of which the broad knowledge of Ernie in protein chemistry and enzymology played a critical role, we found that APF-1 is covalently attached to the substrate through a bond that had all the characteristics of a peptide

5

bond. Furthermore, we found that multiple moieties of APF-1 are attached to each substrate molecule, and that the reaction is reversible: APF-1 can be removed from the substrate or its degradation products and recycled, though not via reversal of the conjugation reaction. Accordingly, we hypothesized that covalent attachment of multiple moieties of APF-1 to the target substrate is necessary to render it susceptible to degradation by a downstream protease that recognizes only ubiquitin-tagged but not untagged proteins, followed by the release of free and reusable APF-1.

The APF-1 cycle predicted the existence of three, entirely novel activities: (i) APF-1 conjugating enzyme(s), (ii) a protease that recognizes specifically the tagged, but not the un-tagged substrates and degrades them, and (iii) APF-1-recycling enzymes. All these activities were identified later by us and by others. For the conjugating arm, we identified and purified the three conjugating enzymes, E1, E2, and E3. The degrading and recycling enzymes, though shown by us in crude extract, were identified later by others -- as the 26S proteasome complex and the isopeptidases, or deubiquitinating enzymes (DUBs). The findings describing the covalent tagging of the target substrate by APF-1 as a degradation signal, along with the first model of the newly discovered proteolytic system, were published in 1980 in two manuscripts that appeared in the Proceedings of the National Academy of Sciences of the USA (PNAS).[3]

Another important development also occurred during our stay in Ernie's laboratory. We were not aware of any other precedent of a modification of a protein by another protein. The neighboring laboratories of Martin Nemer, Alfred Zweidler, and Leonard Cohen studied dynamics of variants of different histones during sea urchin development. They drew our attention to a protein called A24 (uH2A) which was discovered earlier by Ira Goldknopf and Harris Busch, and that was a covalent conjugate between two proteins - a small, ~8.5 kDa protein called ubiquitin, and histone 2A (H2A). Goldknopf and Busch, and in parallel Lois Hunt and Margaret Dayhoff , identified the nature of the bond between the two protein moieties in the conjugate. They found that the ubiquitin-histone bond was an isopeptide/bifurcated bond between the C-terminal Gly76 residue in the ubiquitin moiety, and the $\varepsilon$-NH2 group of Lys119 in the histone moiety of the conjugate. The role of this conjugate was not clear at the time, though its level was found to be dynamic and change during differentiation, when the histone moiety is subjected to ubiquitination and de-ubiquitination. This information on the ubiquitin-histone adduct along with the striking similarities we found between APF-1 and ubiquitin in their general characteristics such as molecular mass and amino acid composition, led Keith Wilkinson and his colleague Arthur (Art) Haas who were post-doctoral fellows in the laboratory of Ernie, along with Michael Urban from Zweidler's laboratory, to carry out a series of direct experiments, showing unequivocally that APF-1 is indeed ubiquitin. Our study on the characterization of APF-1 and its possible similarity to ubiquitin, and Wilkinson's study (along with Urban and Haas) on the identification of APF-1 as ubiquitin, led to the convergence of two fields, that of histone

---

[3]    Ciechanover, A., Heller, H., Elias, S., Haas, A.L., and Hershko, A., ATP-dependent conjugation of reticulocyte proteins with the polypeptide required for protein degradation, Proc. Nat'l Acad. Sci. USA. 1980 Mar;77(3):1365-8. and Hershko, A., Ciechanover, A., Heller, H., Haas, A.L. and Rose, I.A., Proposed role of ATP in protein breakdown: Conjugation of proteins with multiple chains of the polypeptide of ATP-dependent proteolysis, *Proc. Nat'l Acad. Sci. USA.* 1980 Apr;77(4):1783-6.

research and proteolysis. More important, they suggested that the bond between ubiquitin and the target proteolytic substrate might be identical to that between ubiquitin and histone, which turned out later to be true. The two studies were published in tandem in 1980 in the Journal of Biological Chemistry (JBC). The identification of the nature and structure of the bond clearly paved the road to the later purification and characterization of the conjugating enzymes and their mode of action.  Nevertheless, there was a striking difference -- histone modification was a single ubiquitin modification - whereas degradation required ubiquitination by multiple moieties.

As for ubiquitin, the protein was identified in the 1970s by Gideon Goldstein (in the Memorial Sloan-Kettering Cancer Center in New York City) as a small, 76 residue thymic polypeptide hormone that stimulates T cell differentiation via activation of adenylate cyclase. Additional studies by Gideon Goldstein had suggested that it was universally distributed in both prokaryotes and eukaryotes, thus giving rise to its name (coined by Gideon Goldstein). Later studies by Allan Goldstein showed that the thymopoietic activity was due to an endotoxin contamination in the protein preparation, and not to ubiquitin. Using functional assays, it was found in my laboratory, and I believe that in several others as well (our data have never been published), that ubiquitin was limited to eukaryotes, and its apparent presence in bacteria was due to the contamination of the bacterial extract with the yeast extract in which the bacteria were grown: growing the bacteria in a synthetic medium containing carbon (glucose) and nitrogen (ammonium chloride) sources and vitamins resulted in "disappearance" of ubiquitin from the preparation. The later unraveling of the bacterial genome demonstrated unequivocally that the ubiquitin tagging system does not exist in prokaryotes, though there is some similarity between the proteasome and certain bacterial proteolytic complexes. Thus, in a relatively short period of time, ubiquitin was "converted" from a "ubiquitous thymopoietic hormone" to a eukaryotic proteolytic marker. While it appeared that the term ubiquitin was not justified anymore, as it is clearly not ubiquitous, we stopped using the term APF-1 and adopted the term ubiquitin for the modifying protein in the newly discovered proteolytic system. At times habits and tradition are stronger than the scientific validity and/or the logic in nomenclature. Accordingly, we adopted a general policy to use in our terminology the name/term that was first coined by the discoverer of any novel protein.

From that point on, the road was relatively short to the identification and characterization of the conjugation mechanism and the three enzymes involved in this process. Between 1981 and 1983, we worked out the multi-step ubiquitin-tagging hypothesis by isolating and characterizing three separate enzyme activities, E1, E2 and E3. This work is still the basis for the description of the ubiquitin system in all text books. All of the three enzymes act successively and in concert in order to allow ubiquitination to occur.

En route we followed partially, with great admiration, the footsteps of Dr. Fritz Lipmann, the great biochemist from the Rockefeller University (who was awarded the 1953 Nobel Prize in Physiology or Medicine for the discovery of Coenzyme A). Lipmann continued to contribute enormously to our understanding of basic biochemical processes. Among his many discoveries was the mechanism of non-ribosomal (and hence non-genetically encoded) peptide bond formation that is involved in the biosynthesis of bacterial oligopeptides such as Gramicidin S. We learnt that the basic biochemical principles, such as generation of high-energy intermediates involved in peptide bond formation, were preserved along evolution regardless of whether the bond is encoded genetically or not, or whether it links two amino acids, or two proteins, or an

7

amino acid to the elongating polypeptide chain. Initially, we identified the general mechanism of activation of ubiquitin in crude extract. Later, using "covalent" affinity chromatography over immobilized ubiquitin and a stepwise elution (that was based on the general mechanism we deciphered earlier), we purified the three conjugating enzymes that act successively, in a cascade-like mechanism, and catalyze this unique process: (1) ubiquitin-activating enzyme, E1, the first enzyme in the ubiquitin system cascade, (2) ubiquitin-carrier protein, E2, to which the activated ubiquitin is transferred from E1, and (3) ubiquitin-protein ligase, E3, the last and critical component in the three step conjugation mechanism that specifically recognizes the target substrate and conjugates it with ubiquitin.[4]

The E3 was also adsorbed to the immobilized ubiquitin, although via a yet unknown mechanism, distinct from that of E1 and E2: the binding of these two enzymes was mediated by the activation mechanism. Later studies by Avram in the late 1980s revealed that the E3 adsorbed by the column was E3α that recognizes substrates via their N-terminal residue. At this point, however, unknowingly and unintentionally, we were extremely lucky when we used as model substrates commercial proteins such as BSA, lysozyme and RNase, that were all recognized (as we learnt later) by this ligase and via a similar targeting motif - their N-terminal residue. Had we used other substrates, such as globin, the protein we used in our initial experiments, the E3 adsorbed to the ubiquitin column would have probably escaped our attention, as E3s do not typically adsorb to ubiquitin. Independently, and in parallel to the later characterization of the enzyme by Avram, I also used this enzyme in order to characterize a distinct subset of proteins recognized via this signal. Lastly, using antibodies that we raised against ubiquitin with the help of Arthur Haas, we found that the ubiquitin system is involved in degradation of abnormal, short-lived proteins in hepatoma cells, demonstrating that the system is not limited to the terminally differentiating reticulocyte, but is probably distributed "universally" in nucleated mammalian cells, playing an important role in maintaining the cell's quality control, by removing abnormal proteins.[5]

As noted, I spent an important part of my graduate studies in Ernie's laboratory. Avram spent a sabbatical in his laboratory in 1977-1978, and I joined him for the first time for several months in the summer of 1978, after I completed the initial characterization of APF-1 in Haifa. I returned to Ernie's laboratory during the summers of 1979, 1980, and 1981. As noted, during our

---

[4]   Ciechanover, A., Heller, H., Katz-Etzion, R., and Hershko, A., Activation of the heat-stable polypeptide of the ATP-dependent proteolytic system, *Proc. Nat'l. Acad. Sci. USA* 1981 Feb;78(2):761-5; Hershko, A., Ciechanover, A., and Rose, I.A. Identification of the active amino acid residue of the polypeptide of ATP-dependent protein breakdown. *J. Biol. Chem.* 1981 Feb 25;256(4):1525-8; Haas, A.L., Rose, I.A., and Hershko, A., Purification of the ubiquitin activating enzyme required for ATP-dependent protein breakdown, 1981; *Fed. Proc.* 40, 1691; Ciechanover, A., Elias, S., Heller, H., and Hershko, A., "Covalent affinity" purification of ubiquitin-activating enzyme, *J. Biol. Chem.* 1982 Mar 10;257(5):2537-42; Haas, A.L., and Rose, I.A., The mechanism of ubiquitin activating enzyme, *J. Biol. Chem.* 1982 Sep 10;257(17):10329-37; Hershko, A., Heller, H., Elias, S., and Ciechanover, A., Components of ubiquitin-protein ligase system, *J. Biol. Chem.* 1983 Jul 10;258(13):8206-14.

[5]   Hershko, A., Eytan, E., Ciechanover, A., and Haas, A.L., Immunochemical analysis of the turnover of ubiquitin-protein conjugates in intact cells, *J. Biol. Chem.* 1982 Dec 10;257(23):13964-70.

summer stay in 1979, we resolved the problem of the nature of the high molecular mass "compound" generated when APF-1 was incubated with Fraction II in the presence of ATP. This change in the molecular mass of APF-1 was discovered several months earlier in Haifa. However, we were not able to unravel the nature of the "compound"; this had to await the knowledge and wisdom of Ernie. In a breakthrough discovery (that was made, as noted, during the summer of 1979), we found that the target substrate is covalently modified by multiple moieties of APF-1, a reversible modification that renders the protein substrate susceptible to degradation. This was a novel type of post-translational modification (see, however, above for the modification of histone H2A by ubiquitin) and clearly a new biological paradigm, the elucidation of which required - as I feel today in retrospect - a different type of knowledge in biology and enzymology, and an original experimental approach. Elucidation of this modification would not have been possible without Ernie's advice that was based on his immense knowledge in enzymology and protein chemistry, accompanied by his unbiased original thinking and approach to problem resolving. This discovery, along with the discovery in 1980 that APF-1 is ubiquitin, made Ernie and his fellows critically important partners in the historical trail of the discovery of the ubiquitin system. Interestingly, Ernie studied proteolysis before Avram joined him first, but had never published in the field before.

**B.    Later Research Related to Elucidating the Ubiquitin Proteasome System.**

Towards graduation I had to think of the next step - post-doctoral training and planning of my future career as an independent scientist. I started a period of three years (1981-1984) in Harvey Lodish's laboratory in the Department of Biology at M.I.T. After those three years at M.I.T., it was time to seek an independent academic position. After many deliberations, I decided to return home, to Israel. With the help of Avram, I obtained an independent academic position in the Department of Biochemistry at the Faculty of Medicine of the Technion (where I graduated), and returned home towards the end of 1984, after a productive post-doctoral period. Importantly, I already had a research subject I wanted to pursue, the effect of RNase on ubiquitin-mediated proteolysis.

In our first series of independent studies we elucidated the role of tRNA in the proteolytic process, a subject I discovered as a graduate student and continued to study independently while at M.I.T.. Along with one of my first graduate students, Sarah Ferber, we demonstrated that proteins with acidic N-termini, Asp or Glu, undergo arginylation at the N-terminus, converting the acidic, negatively charged residue at this site to a positively charged residue. The reaction is catalyzed by Arg tRNA-protein transferase, a known protein with an hitherto unknown function. The enzyme uses charged $tRNA^{Arg}$ as a source of activated Arg. Therefore, digestion of the cell extract RNA with RNase A inhibits this reaction. This finding explained the selectivity of the RNase effect to BSA and not to lysozyme: BSA has an Asp residue in the N-terminus, while lysozyme has lysine (a basic residue) in this position. Therefore, only the degradation of BSA requires conversion of the acidic N-terminal residue into a basic one, a reaction requiring tRNA. Lysozyme, with a basic amino acid residue (lysine) at the N-terminus, does not require any modification, and is therefore insensitive to the ribonuclease. Interestingly, the ligase involved in BSA ubiquitination is E3α that was discovered during my graduate studies. In parallel to our work on the RNase effect, Avram and his graduate student Yuval Reiss characterized the enzyme and identified on it three distinct substrate binding sites for: (i) basic (the one involved in recognition of basic and Arg-modified acidic N-termini) and (ii) bulky-hydrophobic N-termini,

9

but also for (iii) larger, yet still undefined "body" sites that reside downstream to the N-terminal residue. Because the enzyme recognized certain substrates at their N($\alpha$)-terminal residue, it was termed E3$\alpha$. In parallel and using a systematic genetic approach in the yeast *S. cerevisiae*, Dr. Alexander Varshavsky and his colleagues at the M.I.T. formulated a general rule ('N-end rule') for recognition and degradation of substrates with all 20 different amino acid residues at their N-terminal site.

Research in the laboratory has evolved in other directions. We have shown that N-$\alpha$-acetylated proteins are also targeted by the ubiquitin system. This important finding demonstrated that this N-terminally modified "family" of proteins, a group that constitutes a large proportion of cellular proteins (according to different estimates - 50-80%), must be targeted by signals that are distinct from the N-terminal residue and reside downstream to it: since they do not have free N-termini, they cannot be recognized by this residue. Along with the discovery of the "body" site in E3$\alpha$ and the knowledge coming from processing of N-termini of nascent polypeptide chains that most proteins do not have basic or bulky hydrophobic N-termini, we felt that N-terminal recognition involves only a small and limited set of proteins, and the mode of recognition of the numerous substrates of the ubiquitin system must be broad and diverse: they must be recognized by multiple and distinct targeting motifs. At that point, the end of the 1980s, we felt it was time to move from studying model substrates to investigating the fate of specific native cellular substrates. Accordingly, we have shown that an important group of cell regulators - tumor suppressors (*e.g.* p53) and growth promoters (c-Myc) are targeted by the ubiquitin cell free system. We strongly believed that this must be also true for targeting of these substrates in the cell as well, which later, through the work of many others and our own, turned out to be the case. We continued and demonstrated that, unlike the paradigm in the field until that time, that degradation of proteins in the lysosome proceeds independently from the ubiquitin system - the two proteolytic pathways are actually linked to one another, and ubiquitination is required for stress-induced lysosomal degradation of cellular proteins. This area has later evolved in a dramatic manner, and engulfed involvement of the ubiquitin system in receptor-mediated endocytosis and autophagy. Other studies involved elucidation of some of the mechanisms involved in the two step ubiquitin-mediated proteolytic activation of the centrally important transcriptional regulator NF-$\kappa$B, demonstration of a role for heat shock proteins in targeting certain protein substrates, and identification of a novel site of ubiquitination - the N-terminal residue of the protein substrate. This modification is clearly different and distinct from recognition of the substrate by E3$\alpha$ at the N-terminal residue. In the latter case, the ligase binds to the N-terminal residue while ubiquitination occurs on an internal lysine residue(s). In N-terminal ubiquitination, modification occurs at the N-terminal residue, while the ligase binds, most probably, to an internal sequence in the protein target molecule. This subject has evolved in a surprising manner and changed another paradigm in the field that ubiquitination is limited to internal lysine(s) of the target substrate; we, and later others, have shown that the phenomenon is not limited to the one protein we identified initially - the muscle-specific transcriptional regulator MyoD, and identified a large group of proteins that undergo N-terminal ubiquitination. This group of proteins contain many that have internal lysine(s), but that from some reason(s) cannot be targeted. Interestingly, it contains also a large group of proteins (such as p16[INK4a] that plays an important role in cell cycle regulation), that are devoid of any lysine residue. To be degraded by the ubiquitin system, these proteins probably have to undergo N-terminal ubiquitination, though potentially they can be targeted by conjugation of ubiquitin to other acceptor amino acids such as cysteine, threonine and serine.

10

A further recent development in the system was the discovery of novel types of polyubiquitin chains that involve non-canonical lysine residues in the ubiquitin moiety. These chains are also complex in the sense that they can have doubly branched ubiquitin moieties (*i.e.*, two ubiquitin molecules can be attached to a single one). These chains serve a non-proteolytic function, and in this case of the doubly branched moieties identified on a ubiquitin ligase E3, lead to activation of the ligase to which they are attached. This recent development is a part of yet another paradigm change in the area. It was believed that polyubiquitination is limited to one single lysine residue in the ubiquitin chain [lysine 48] and serves as a targeting signal to the proteasome. The discovery of ubiquitin-like proteins and novel types of polyubiquitin chains in which ubiquitin moieties are conjugated to different lysine residues within the ubiquitin molecule, has broadened the scope of the ubiquitin system well beyond proteolysis to serve numerous non-proteolytic functions -- from regulation of transcription and enzymatic activities to routing of different proteins to their proper sub-cellular destination. It is clear that we now see only the tip of the iceberg of this novel mode of post-translational modification, only one function of which is to target proteins for degradation.

## III.    GENERAL INTRODUCTION TO THE UBIQUITIN PROTEASOME SYSTEM

I will be prepared to speak generally about the ubiquitin-proteasome system, as well as its central role in regulating the processing and activation of NF-κB and its natural inhibitor, IκB. To the extent any of such discussion requires background information covering issues of gene expression (including transcription, translation, and the cellular components involved in expression) or so-called intra-cellular signaling, I will be prepared to address those as well.

### *Ubiquitination.*

*Ubiquitination is marking a protein for destruction.*  Degradation of a protein via the ubiquitin-proteasome pathway involves two discrete and successive steps: (i) tagging the substrate by covalent attachment of multiple ubiquitin molecules that generate a polyubiquitin chain, and (ii) degradation of the tagged protein by the 26S proteasome complex with release of free and reusable ubiquitin.  Recycling of ubiquitin is mediated by ubiquitin C-terminal hydrolases (isopeptidases; de-ubiquitinating enzymes - DUBs).

Conjugation of ubiquitin, a highly evolutionarily conserved 76 residue polypeptide, to the protein substrate proceeds via a three-step cascade mechanism. Initially, the ubiquitin-activating enzyme, E1, activates ubiquitin in an ATP-requiring reaction to generate a high-energy thiol ester intermediate, E1-S~ubiquitin. One of several E2 enzymes (ubiquitin-carrier proteins or ubiquitin-conjugating enzymes [UBCs]) transfers the activated ubiquitin from E1, via an additional high-energy thiol ester intermediate, E2-S~ubiquitin, to the substrate that is specifically bound to a member of the ubiquitin-protein ligase family, E3. There are several classes of E3 enzymes. Members of the RING finger-containing E3s, the largest family of ubiquitin ligases, bind the ubiquitin-charged E2 and catalyze direct transfer of the activated ubiquitin from E2 to the E3-bound substrate. For HECT (Homologous to the E6-AP C-Terminus) domain E3s, the ubiquitin moiety is transferred from the E2 enzyme to an active site Cys residue on the E3 to generate a third high-energy thiol ester intermediate, E3-S~ubiquitin, prior to its final transfer to the ligase-bound substrate.

11

E3s catalyze the last step in the conjugation process: covalent attachment of ubiquitin to the substrate. The ubiquitin molecule is generally transferred to an ε-NH$_2$ group of an internal lysine residue in the substrate to generate a covalent isopeptide bond. In some cases however, ubiquitin is conjugated in a linear manner to the N-terminal amino group of the substrate, and potentially also to other internal residues such as threonine, cysteine, and serine. By successively adding activated ubiquitin moieties to internal lysine residues on the previously conjugated ubiquitin molecule, a polyubiquitin chain is synthesized. The chain is recognized by the downstream 26S proteasome complex. It should be noted that in few cases, the first ubiquitin moiety is conjugated to the substrate by one E3, whereas chain elongation is catalyzed by a different ligase often termed E4. Thus, E3s play a key role in the ubiquitin-mediated proteolytic cascade because they serve as the specific substrate-recognition elements of the system. Approximately 1,000 different E3s have been identified in the human genome, based on specific, commonly shared structural motifs. Modification by a single moiety of ubiquitin is catalyzed via an identical mechanism and set of enzymes. Conjugation of ubiquitin-like proteins is catalyzed in a similar manner, though the E1, E2 and E3 enzymes are different and are not exchangeable with those involved in conjugation of ubiquitin.

### Degradation.

*After they are ubiquitinated, the tagged proteins can be destroyed by the proteasome.* Degradation of polyubiquitinated substrates is carried out by the 26S proteasome that does not recognize substrates that are not modified by ubiquitin. In one established case however, that of the polyamine synthesizing enzyme ornithine decarboxylase (ODC), the proteasome recognizes and degrades the substrate without prior ubiquitination, but following its association with a specific protein partner—antizyme. A few other cases of ubiquitin-independent, yet proteasome-dependent degradation have been described, yet none of them has been established firmly. The proteasome is a multicatalytic protease that degrades polyubiquitinated proteins to short peptides. It is composed of two subcomplexes: a 20S core particle (CP) that carries the catalytic activity, and a regulatory 19S regulatory particle (RP). The 20S CP is a barrel-shaped structure composed of four stacked rings, two identical outer α rings and two identical inner β rings. The eukaryotic α and β rings are composed each of seven distinct subunits, giving the 20S complex the general structure of $α_{1-7}β_{1-7}β_{1-7}α_{1-7}$. The catalytic sites are localized to some of the β subunits. Each extremity of the 20S barrel can be capped by a 19S RP, or, in some cases, by other regulatory particles. The 19S RP itself can be further dissected into two multi-subunit substructures, a lid and a base. Six homologous ATPases (Rpt1-6) are present in the base together with three non-ATPases subunits (Rpn1, 2, and 10). The lid of the RP contains eight non-ATPase subunits which can be released from the proteasome or rebind under certain conditions. The role of the lid is still unclear, though it is necessary for proper degradation of polyubiquitinated proteins.

One important function of the 19S RP is to recognize ubiquitinated proteins and other potential substrates of the proteasome. At least two ubiquitin-binding subunits of the 19S RP have been reported; however, their biological function and mode of action have not been discerned. A second function of the 19S RP is to open an orifice in the α-ring that will allow entry of the substrate into the proteolytic chamber. Also, since a folded protein would not be able to fit through the narrow proteasomal channel, it is assumed that the 19S particle unfolds substrates and inserts them into the 20S CP. Both the channel opening function and the unfolding of the substrate require metabolic energy, and these functions are carried out, most probably, by

the ATPase subunits. Following degradation of the substrate, short peptides derived from the substrate are released, as well as reusable ubiquitin.

Ubiquitin is released via the activity of de-ubiquitinating enzymes. These enzymes belong to two classes, they are either proteasomal or soluble. The proteasomal enzymes can be part of the 26S complex (the Rpn11 subunit of the lid is a metalloprotease) or are only associated with it. The different roles played by the different ubiquitin recycling enzymes have yet to be determined. The released peptides derived from the substrates are further degraded into free amino acids by cytosolic amino- and carboxypeptidases. A small fraction of the peptides is transported across the ER membrane (using the TAP transporters), further processed by specific protease(s), bind to the MHC class I complex, and are carried to the cell surface to be presented to cytotoxic T cells. In case the peptides are derived from a "nonself" (foreign) antigen, such as a viral protein, the T cell lyses the presenting cell.

Another group of important cytosolic proteins such as Rad23 and Dsk10 serve to shuttle polyubiquitinated substrates from the ligases to the proteasome, and interruption of their function interferes with the degradation of at least certain proteins.

Proteasomal degradation is not always complete. In some cases, the proteasome processes the ubiquitinated substrate in a limited manner, releasing a truncated product. In the case of the NF-κB transcriptional regulators, for example, an active subunit (p50 or p52) is thus released from a longer inactive precursor (p105 or p100, respectively).

### Substrate recognition.

*How the ubiquitin system is so selective is still not fully known.* A major, yet unresolved problem is how the ubiquitin system achieves its high specificity and selectivity toward its innumerable substrates. Why are certain proteins extremely stable in the cell, whereas others are extremely short-lived? Why are certain proteins degraded only at a particular time point during the cell cycle or only following specific extracellular stimuli, yet they are stable under most other conditions? It appears that specificity of the ubiquitin system is determined by two distinct and unrelated groups of proteins: (i) E3s and (ii) modifying enzymes and ancillary proteins. Within the ubiquitin system, substrates must be recognized and bind to a specific E3 as a prerequisite to their ubiquitination. In most cases, however, the substrates are not recognized in a constitutive manner and they must undergo post-translational modifications such as specific phosphorylation or oxidation that render them susceptible for recognition. In other cases the target proteins are not recognized directly by the E3, and their recognition depends on association with ancillary proteins such as molecular chaperones (or viral proteins) that act as recognition elements in *trans* and serve as a link to the appropriate ligase. Other proteins, such as certain transcription factors, have to dissociate from the specific DNA sequence to which they bind in order to be recognized by the system. Stability of yet other proteins depends on oligomerization. Thus, in addition to the E3s, modifying enzymes (such as kinases), ancillary proteins, or DNA sequences to which substrates bind, also play an important role in the recognition process. In some instances, it is the E3 that must "be switched on" by undergoing post-translational modification (such as phosphorylation) in order to yield an active form that recognizes the target substrate.

13

### Regulation of the ubiquitin-proteasome system.

*The ubiquitin-proteasome system can be regulated at the level of ubiquitination or at the level of proteasome activity.* Since conjugation and proteasomal degradation are required for multitude of cellular functions, regulation must be delicately and specifically tuned. In a few cases, general rather than specific components of the pathway can be modulated by physiologic signals. For example, upregulation of the pathway is observed during massive degradation of skeletal muscle proteins that occurs under normal fasting, and also under pathologic conditions such as malignancy-induced cachexia, severe sepsis, metabolic acidosis, or following denervation. In most cases, however, regulation is specific, and the target substrates are recognized by specific ligases that bind to defined motifs. The targeting motif can be a single amino acid residue (*e.g.*, the N-terminal residue), a specific sequence (the Destruction box in cyclins), or a domain (such as a hydrophobic patch) that is not normally exposed. In other cases the motif is generated by a post-translational modification such as phosphorylation (two neighboring Ser residues in the case of IκBα, or a single Ser residue in the case of p27), or oxidation (hydroxyproline in the case of the Hypoxia Inducible Factor-1α - HIF1α). As noted, phosphorylation is required also to activate certain ligases, such as c-Cbl and APC (anaphase-promoting complex: cyclosome).

### Deubiquitinating enzymes.

*Removing ubiquitin is another way to regulate the system.* Deubiquitination serves several functions, among them is release and recycling of free ubiquitin which is important for maintenance of the cellular ubiquitin pool. Another important role is regulation of processes that are activated or inactivated by ubiquitination. For example, removal of ubiquitin from active transcriptional regulators (as ubiquitination serves not only to signal degradation, but in several cases to activate transcription factors) may serve to decrease transcriptional activation. Thus, because of the central role deubiquitinating enzymes play in many different processes, it is not surprising that aberrations in their activity have also led to the discovery of certain pathologies.

### The ubiquitin system and pathogenesis of human diseases

*With the many processes and substrates targeted by the ubiquitin pathway, it has not been surprising to find that aberrations in the system underlie, directly or indirectly, the pathogenesis of many diseases.* While inactivation of a major enzyme such as E1 is obviously lethal, mutations in enzymes or recognition motifs in substrates that do not affect vital pathways, or that affect the involved process only partially, may result in a broad array of phenotypes. Likewise, acquired changes in the activity of the system can also evolve into certain pathologies. The pathologic states associated with the ubiquitin system can be classified into two groups: those that result from loss of function— mutation in a ubiquitin system enzyme or in the recognition motif in the target substrate that result in stabilization of the target proteins or maintenance of their ubiquitinated states; and those that result from gain of function—abnormal or accelerated degradation of the target protein. Better understanding of the processes and identification of the components involved in the degradation of key regulatory proteins will lead to the development of mechanism-based drugs that will target specifically only the involved proteins, and will have less side effects than the currently available drugs.

The NF-κB transcription factor is activated by the ubiquitin system via a two step proteolytic mechanism: limited processing of the precursor protein p105 to yield the active subunit p50 (or limited processing of the precursor protein p100 to yield the active subunit p52), and signal-induced phosphorylation and subsequent degradation of the inhibitor IκBα that enables translocation of the NF-κB into the nucleus where it initiates specific transcriptional activity. An interesting case in that respect involves mutations in NEMO [NF-κB Essential Modifier; a regulator of the IKK (IκB Kinase) signaling complex] which is an essential component in the signaling complex that contains also the IκB kinases (IKKs) 1 and 2 that phosphorylate IκBα (a step necessary for its ubiquitination and degradation) and also the precursor proteins p100 and p105. The phosphorylation of the precursors is necessary for accelerated processing to the active subunits p50 and p52, respectively. Mutations in NEMO lead to a series of diseases that affect the skin, among them incontinentia pigmenti (IP), hypohidrotic/anhidrotic ectodermal dysplasia, but also to immune deficiency. IP is an X-linked dominant genodermatosis which is lethal in males. The mutation in NEMO results in undetectable NEMO protein and almost complete lack of active NF-κB. Hypohidrotic/anhidrotic ectodermal dysplasia (HED/EDA) is attributed to defects in at least three genes, but involves also defective NF-κB activation. Hypomorphic NEMO mutations have been found to cause anhidrotic ectodermal dysplasia with immunodeficiency (EDA–ID), while stop codon mutations cause a more severe phenotype that includes, in addition to EDA–ID, also osteopetrosis and lymphoedema (OL–EDA–ID). The immunologic and infectious features observed in the patients result from impaired NF-κB signaling, including cellular response to LPS and a variety of cytokines. In that context, an important player is the deubiquitinating enzyme CYLD, which is involved in deubiquitinating K63-Ub from NEMO. CYLD is also involved in the deubiquitination of TRAF2 (Tumor necrosis factor Receptor [TNFR]-Associated Factor 2) and TRAF6. Ubiquitination of NEMO and the TRAF proteins (which are also ubiquitin ligases), and generation of polyubiquitin chains linked via Lys63 of the ubiquitin moiety, do not target these proteins for degradation, but result in their activation. Thus, inhibition of deubiquitination of NEMO, by a mutation in CYLD for example, may lead to uncontrolled activation of the IKK complex with increased activity of NF-κB. Indeed, CYLD was found mutated in Familial Cylindromatosis, a rare pathology characterized predisposition to multiple tumors of the skin appendages, such as the salivary gland.

## IV.    HISTORICAL DEVELOPMENT OF THE RECOGNITION OF THE ROLE OF THE UBIQUITIN PROTEASOME SYSTEM IN THE REGULATION OF NF-κB.

I will be prepared to speak generally about the historical development of knowledge relating to the central role of the ubiquitin-proteasome system in regulating the processing and activation of NF-κB and its natural inhibitor, IκB. I will be prepared to discuss the specifics of the analysis and experiments set forth in the literature cited below, including the specifics of the 1988 Saito reference.

Over the last 16 years, scientists have developed an understanding of a previously unknown connection between NF-κB activation and the ubiquitin proteasome system. Specifically, in contrast with the knowledge of the early 1990s, scientists now recognize both the centrality of the ubiquitin proteasome system in the activation of canonical NF-κB and the down-regulation of NF-κB that necessarily and inevitably resulted from the use of even the earliest known proteasome inhibitors. It is now understood, for example, that, under activation

conditions, release of canonical NF-κB from its inhibitor first requires multiple modifications of IκB (phosphorylation and ubiquitination) and subsequent degradation of IκB by the proteasome.

While it is now understood that the ubiquitin-proteasome system plays a key role in the regulation of NF-κB activation, there was no such understanding in the early 1990s. This knowledge was developed through a series of discoveries made primarily in the mid-to-late 1990s (which is not to say that our knowledge is now complete - new insights are being gained even today).

At the end of 1991, the relationship between NF-κB activation and the ubiquitin-proteasome system had not been established. At that time, the only publication that even hinted at the possibility of such relationship was a paper published in December of 1991 by Fan and Maniatis.[6] This paper, however, which simply showed that the processing of the p105 precursor of the p50 subunit of NF-κB occurs through an ATP-dependent pathway, did not establish or present any evidence for any direct linkage between NF-κB activation and the proteasome. The Fan and Maniatis paper only enumerated certain dependencies and modes of inhibition for p105 processing and noted that, "[a]lthough all of these characteristics are shared by the ATP-dependent protease complex of the ubiquitin-mediated protein degradation pathway, additional studies will be required to determine whether this pathway or another ATP-dependent protease is involved in p105 processing."[7]

*Processing of NF-κB precursors.*

*Proteasome inhibitors reduce NF-κB activity.* In a patent filed in 1994 (U.S. Patent No. 6,660,268 -- "the '268 patent" -- listing Harvard as the assignee and naming among its inventors Tom Maniatis), the '268 patentees acknowledged that, while the Fan and Maniatis publication had "suggested ... that the ATP-dependent protease complex of the ubiquitin-mediated protein degradation pathway was involved (*i.e.*, proteasome) ... this structure was only known [at that time] to catalyze the complete degradation of proteins to small acid-soluble peptides and was not believed capable of processing precursors to generate active proteins, such as p50 NF-κB."[8] The '268 patentees then identified themselves as having been the ones to "have proven that the proteasome is indeed required for the processing of p105 to p50."[9]

One of the first papers to establish the link between the ubiquitin-proteasome system and the activation of NF-κB was published in Cell in September of 1994 by Palombella et al. - the

---

6    Fan CM, Maniatis T., Generation of p50 subunit of NF-kappa B by processing of p105 through an ATP-dependent pathway, *Nature.* 1991 Dec 5;354(6352):395-8.

7    *Id.* at 396.

8    '268 patent at col. 8, lns. 23-36.

9    '268 patent at col. 8, lns. 37-39.

same individuals listed as inventors on Harvard's '268 patent.[10]   In this paper, the authors demonstrated an essential role of the proteasome in two of the processes required for NF-κB activation: the processing of the p105 precursor protein into the p50 subunit of NF-κB, and the rapid degradation of IκB upon induction.  As part of the process of establishing the link between the ubiquitin-proteasome system and NF-κB, the authors first demonstrated that p105 processing requires ubiquitination.  They then demonstrated that p105 processing does not occur in the absence of the proteasome.  Finally, they demonstrated that both *in vivo* and *in vitro* treatment with known proteasome inhibitors could block formation of the p50 subunit of NF-κB.

For the proteasome inhibition experiments, the authors of the Palombella paper chose, among other things, to use a series of peptide aldehydes as potential inhibitors of NF-κB activation.  Provided by a company then called MyoGenics, these peptide aldehydes were identified in the paper as MG101, MG115, and MG132.  All three of these compounds had been established at the time of the Palombella paper as "potent inhibitors of the chymotryptic site on the 20S particle."[11]   While MG115 and MG132 were compounds that had apparently been developed in-house at MyoGenics, MG101 was a preexisting compound that had been known previously by the name "Calpain Inhibitor I."[12]

In addition to "Calpain Inhibitor I," MG101 has been known by many other names, including   "N-Acetyl-L-leucyl-L-leucyl-L-norleucinal,"   "Ac-Leu-Leu-Nle-al,"   "LLnL," "ALLN," and "ALLNal."  Although first known as an inhibitor of calpain and certain lysosomal cathepsins, it was because of its ability to also serve as a selective inhibitor of the proteasome degradative pathway that it became a powerful compound for research applications directed to the ubiquitin-proteasome system.

Even before it had been experimentally established that ALLNal (aka MG101, Calpain Inhibitor I, etc.) also worked as an inhibitor of the proteasome, it nonetheless had been used in experiments that necessarily and inevitably resulted in proteasome inhibition.  One example of this is seen in a 1988 paper by Saito et al. published in Neuroscience Letters.[13]   In this paper, the authors described experiments in which PC12h cells were treated with 40ng/ml of nerve growth factor (NGF) at the same time as they were treated with ALLNal at concentrations ranging from 0.6 to 3 μM.   While in this publication, the authors focused on the phenotype of neurite outgrowth resulting from this treatment, our present knowledge allows me to conclude that, though unknown to the authors at the time, the experimental protocol employed in the Saito

---

[10]   Palombella VJ, Rando OJ, Goldberg AL, Maniatis T., The ubiquitin-proteasome pathway is required for processing the NF-kappa B1 precursor protein and the activation of NF-kappa B, *Cell.* 1994 Sep 9;78(5):773-85.

[11]   *Id.* at 776.

[12]   *Id.*  See also the Calbiochem Product Data Sheet: (www.emdbiosciences.com/Products/pds.asp?catno=208719), which describes it as "inhibit[ing] the proteolysis of IκBα and IκBβ by the ubiquitin-proteasome complex."

[13]   Saito Y, Kawashima S., Enhancement of neurite outgrowth in PC12h cells by a protease inhibitor, *Neurosci. Lett.* 1988 Jun 17;89(1):102-7.

paper also would have had the actual effect of necessarily and inevitably inhibiting, via the proteasome, at least some of the induction of NF-κB that would otherwise normally have resulted from the treatment with NGF and therefore led to a reduction of NF-κB activity. Treatment of neuronal cells with NGF induces activation of NF-κB. Because ALLNal is a proteasome inhibitor, however, its co-treatment with NGF as described in the paper would have necessarily and inevitably reduced the activity of NF-κB that would otherwise have resulted from the activation induced by NGF (and any of the gene expression that would otherwise have resulted from such induced activation).

Using MG101, MG115, and MG132, the authors of the Palombella paper demonstrated *in vivo* and *in vitro* inhibition of p105 processing. They then used the two most potent inhibitors -- MG115 and MG132 -- to demonstrate inhibition of the inducible degradation of IκB.[14]

While still acknowledging the uncertainty as to whether phosphorylation of p105 and/or IκB is required before ubiquitination of these proteins, the authors of the Palombella paper noted from other studies that (1) in the ubiquitin-dependent degradation of other proteins called cyclins, degradation is triggered by phosphorylation; and (2) proteasome inhibitors stabilize a phosphorylated form of IκB while completely blocking activation of NF-κB. Based in part on these observations, the authors proposed, among other things, that the ubiquitin-proteasome system may act on modified and bound protein rather than on the un-modified and free one.[15]

***Modification and degradation of IκB in response to induction.***

*How NF-κB was released from IκB was unknown in 1991.* The elucidation of the facts regarding the modification and degradation of IκB in response to NF-κB activation proceeded along a similar timeline. In mid-1993, a group of authors, including Albert Baldwin, Jr., published a paper providing what they themselves characterized as the "the first evidence that the *in vivo* mechanism of NF-κB activation is through the phosphorylation and subsequent loss of its inhibitor, IκB."[16]    This paper acknowledged that, at that time, "the *in vivo* mechanism of activation [was] unknown," but used a series of experiments to demonstrate that, after cells were treated with a variety of known NF-κB inducers, IκBα/MAD-3 could be first shown to have been phosphorylated and subsequently shown to have disappeared from cellular exrracts. Nevertheless, the authors acknowledged that they did not have enough information to determine "the exact role of IκBα/MAD-3 phosphorylation [] in its *release* from NF-κB."[17] (emphasis added).

---

[14]  Palombella et al. at 778-80.

[15]  *Id.* at 780-81.

[16]  Beg AA, Finco TS, Nantermet PV, Baldwin AS Jr., Tumor necrosis factor and interleukin-1 lead to phosphorylation and loss of I kappa B alpha: a mechanism for NF-kappa B activation, *Mol. Cell. Biol.* 1993 Jun;13(6):3301-10.

[17]  *Id.* at 3307.

18

The paper to first establish that "rapid proteolysis of IκB is necessary for activation of NF-κB" was published later in 1993, and was authored, among others, by Patrick Baeuerle.[18] Among other things, this paper first demonstrated that "interference with the normal turnover rate of IκBα is not sufficient for a rapid activation of NF-κB."[19] The authors then demonstrated that a series of serine protease inhibitors with chymotrypsin-like specificity could actually prevent NF-κB DNA binding activity in response to induction. While the authors concluded that the data supported "the requirement of proteolytic degradation of IκB for the activation of NF-κB," they admitted ignorance as to the mechanism by which such degradation might occur, including whether the unknown protease that degraded IκB was constitutive or newly activated in response to induction, whether IκB was first tagged for degradation by some sort of covalent modification, whether IκB could be attacked by the unknown protease while complexed with NF-κB or only after its release from NF-κB, and whether phosphorylation was required for the "release" of IκB from NF-κB.[20]

That question was answered in a number of papers published in 1995. In one paper, which included Tom Maniatis among its authors, the investigators identified, among other things, *in vitro* and *in vivo* ubiquitination of phosphorylated IκBα. They also pointed out, to their apparent surprise, that "neither phosphorylation nor ubiquitination results in the dissociation of IκBα and NF-κB, and . . . that the 26S proteasome recognizes and degrades ubiquitinated IκBα in the ternary NF-κB complex.[21] In another paper, one that I published with my colleagues in November of 1995, we identified the mechanism of stimulation-dependent phosphorylation of IκB, followed by its subsequent ubiquitination and degradation by the proteasome, as the means by which activation of canonical NF-κB occurs. [22] We accomplished this by, among other things, demonstrating: (1) that use of the proteasome inhibitor ALLN (aka MG101) on phorbol ester-stimulated Jurkat cells led to the appearance of both phosphorylated and unphosphorylated IκB; (2) that, in the presence of ZLLF, a potent proteasome inhibitor, "there was stimulation-dependent accumulation of high molecular weight IκBα cross-reactive proteins, and (3) that in a cell line with a temperature sensitive mutant in the E1 ubiquitin-activating enzyme, there was markedly less degradation of IκBα at the nonpermissive temperature.

---

[18]   Henkel T, Machleidt T, Alkalay I, Krönke M, Ben-Neriah Y, Baeuerle PA., Rapid proteolysis of I kappa B-alpha is necessary for activation of transcription factor NF-kappa B, *Nature*. 1993 Sep 9;365(6442):182-5.

[19]   *Id.* at 183.

[20]   Id. at 184.

[21]   Chen Z, Hagler J, Palombella VJ, Melandri F, Scherer D, Ballard D, Maniatis T., Signal-induced site-specific phosphorylation targets I kappa B alpha to the ubiquitin-proteasome pathway, *Genes Dev.* 1995 Jul 1;9(13):1586-97.

[22]   Alkalay I, Yaron A, Hatzubai A, Orian A, Ciechanover A, Ben-Neriah Y., Stimulation-dependent I kappa B alpha phosphorylation marks the NF-kappa B inhibitor for degradation via the ubiquitin-proteasome pathway, *Proc. Nat'l Acad. Sci. USA.* 1995 Nov 7;92(23):10599-603.

*Later development of novel NF-κB inhibitors based upon the ubiquitin-proteasome system.*

Research regarding the specific ubiquitin ligase responsible for p105 processing was ongoing, and, along with various colleagues, I published a paper in 1995 identifying a putative novel E3 ligase involved in the process.[23] My later research in the mid-to-late 90s focused, among other things, on the use of specially constructed phosphorylated polypeptides to specifically inhibit the ubiquitination of pIκBα and pIκBβ and preventing their subsequent degradation by the proteasome.[24] Some of my colleagues also performed work, for example, on the inhibition of ubiquitination of pIκBα through the expression of F-box deletion mutants of core receptor components the E3 ubiquitin ligase, mutants that act *in vivo* as dominant negative molecules, inhibiting the degradation of pIκBα (and, consequently, inhibit NF-κB activation).[25]

## V.    APPLICATIONS TO MODULATE THE UBIQUITIN PROTEASOME SYSTEM IN ORDER TO REGULATE NF-κB ACTIVITY IN THE CELL.

Inhibition of enzymes common to the entire pathway, such as E1 or the proteasome, may affect many processes nonspecifically, although a narrow window between beneficial effects and toxicity can be identified for a short-term treatment. Recent experimental evidence strongly suggests that proteasome inhibitors may indeed be beneficial in certain pathologies, such as in several malignancies, asthma, brain infarct, and autoimmune encephalomyelitis. As a matter of fact, for multiple myeloma, a malignancy of the immune plasma cells, a specific proteasome inhibitor (PS-341; bortezomib; Velcade) was approved for use in patients. Velcade, a product of Millenium Pharmaceuticals, is a tripeptide derivative with boronate in the active site - a later variation of the older peptide aldehydes like MG101, MG115, and MG132 that were used in such research as that communicated in the Palombella reference. In malignancies, the drugs can act via inhibition of degradation of different cell cycle inhibitors, via inhibition of proteolytic activation of the anti-apoptotic transcriptional regulator NF-κB, or more likely, by inhibiting degradation of abnormal/misfolded proteins, thus eliciting the cell stress response and inducing apoptosis. In immune disorders, they may act by inhibiting presentation of "self" peptides, but also by interfering with signal transduction along cellular immune cascades. A different approach to drug development can be the development of small molecules that bind and inhibit specific E3s. For example, specific phospho-peptide derivatives that span the phosphorylation targeting domains in different substrates can serve as "baits" to the respective E3s.

---

[23]    Orian A, Whiteside S, Israël A, Stancovski I, Schwartz AL, Ciechanover A., Ubiquitin-mediated processing of NF-kappa B transcriptional activator precursor p105. Reconstitution of a cell-free system and identification of the ubiquitin-carrier protein, E2, and a novel ubiquitin-protein ligase, E3, involved in conjugation, *J. Biol. Chem.* 1995 Sep 15;270(37):21707-14.

[24]    Yaron A, Gonen H, Alkalay I, Hatzubai A, Jung S, Beyth S, Mercurio F, Manning AM, Ciechanover A, Ben-Neriah Y., Inhibition of NF-kappa-B cellular function via specific targeting of the I-kappa-B-ubiquitin ligase, *EMBO J.* 1997 Nov 3;16(21):6486-94.

[25]    Yaron A, Hatzubai A, Davis M, Lavon I, Amit S, Manning AM, Andersen JS, Mann M, Mercurio F, Ben-Neriah Y., Identification of the receptor component of the IkappaBalpha-ubiquitin ligase. *Nature.* 1998 Dec 10;396(6711):590-4.

## VI.    ASSUMPTIONS AND OPINIONS.

With the exception of claim 7, which I understand from counsel was cancelled by ARIAD, I understand that all of the independent claims of the '516 patent require some minor variation on the term "reducing NF-κB activity in the cell."

As part of my role, I was asked to review the '516 patent and its claims while assuming that the term "reducing NF-κB activity in the cell(s)," as used in the claims, includes, at the least, decreasing levels of NF-κB through direct manipulation of the various steps of NF-κB activation, including both the liberation of NF-κB from the NF-κB:IκB complex and the subsequent action of NF-κB in acting as transcriptional activator. Specifically, I was asked to opine as to whether, by November 13, 1991, the '516 patent disclosure could have indicated to anyone of any level of skill working with NF-κB or the ubiquitin-proteasome system that the named inventors on the '516 patent had invented a method for "reducing NF-κB activity" that involved "inhibiting modification of an IκB protein," "inhibiting degradation of an IκB protein," or "inhibiting dissociation of NF-κB:IκB complexes."

As a preliminary matter, the assumption provided by counsel - that the term "reducing NF-κB activity in the cell(s)," as used in the claims, includes, at the least, modulation of levels of NF-κB through direct manipulation of the various steps of NF-κB activation - appears bolstered by the dependent claims of the patent, certain ones of which suggest various general ways in which NF-κB activation might be directly manipulated. For example, claims 20-25, which depend from claim 1, enumerate a few ways by which "NF-κB activity" can be "reduced":

- by decreasing the level of NF-κB not bound in an NF-κB:IκB complex.

- by inhibiting the passage of NF-κB into the nucleus of cells

- by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB

- by inhibiting degradation of an IκB protein

- by inhibiting dissociation of NF-κB:IκB complexes

- by reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

The '516 patent's other independent claims also have similar dependent claims that set forth these various ways of directly disrupting NF-κB activation.

Some of the ways in which the claims specify that NF-κB's activities can be directly manipulated, however, find little or no support in the patent. For example, there is no support or reference in the specification or claims to a way in which one could "inhibit[] degradation of an IκB protein." Nor do the specification or claims provide any indication that the patentees had an understanding of the process by which or circumstances under which IκB degradation can occur. Similarly, there is no support or reference in the specification or claims to a way in which one

could "inhibit[] modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB" Indeed, to the extent that the patent could be said to reference "modification of an IκB protein" at all, it does so only in the context of stating the unproven hypotheses that IκB *may* be phosphorylated and that such phosphorylation (if it even occurs) *may* have an effect on the ability of IκB to remain complexed with NF-κB. Clearly, from the language of the specification itself, the patentees lacked an understanding of the process by which and the circumstances under which IκB modification can occur.

I have already demonstrated through my summary of the NF-κB literature of the early-to-mid-1990s that, as of November of 1991, *no one* had yet established either (1) the essential involvement of the ubiquitin-proteasome system in processing the inactive NF-κB precursors p105 and p100 into the functional NF-κB subunits p50 and p52 or (2) the essential role of the ubiquitin-proteasome system in the NF-κB activation process (including the ubiquitination of phosphorylated IκB and the subsequent ubiquitin-mediated proteasomal degradation of IκB from the NF-κB:IκB complex). These concepts are not described in the '516 patent, and indeed could not have been described in the patent as of November 1991 (although the applicants most certainly were aware that these aspects of NF-κB activation and regulation were then unknown and required extensive research and experimentation in order to elucidate them).

As of November 13, 1991, so little was known about the mechanism by which canonical NF-κB was liberated from its natural inhibitor that no one could have disclosed anything that would have allowed others to recognize that the named inventors had actually invented a way of directly manipulating this aspect of the so-called "NF-κB pathway." Even proteasome inhibitors --some of which had been in use long before November 1991 -- had not yet, by that time, been recognized to play a role in inhibition of NF-κB activation. Indeed, the patent's repeated use of the word "dissociation" with respect to IκB instead of "degradation/destruction/complete disappearance" reveals the ignorance at that time regarding the fate of IκB under conditions of NF-κB activation.

It is my opinion that, in light of the lack of research that had been performed as of November 13, 1991 regarding the relationship between the ubiquitin-proteasome system and NF-κB activation, the disclosure within the '516 patent would not have led anyone to recognize at that time that the applicants had invented any methods of "reducing NF-κB activity" involving "inhibiting modification of an IκB protein," "inhibiting degradation of an IκB protein," or "inhibiting dissociation of NF-κB:IκB complexes."

As I also stated above, based upon my knowledge of the ubiquitin-proteasome system and my review of the 1988 Saito et al. reference (published in Neuroscience Letters), the experimental protocol employed in the Saito paper also would have had the actual effect of necessarily and inevitably inhibiting, via the proteasome, at least some of the induction of NF-κB that would otherwise normally have resulted from the treatment with NGF and therefore led to a reduction of NF-κB activity.

## VII.    ADDITIONAL POINTS.

I am being paid at a rate of $800 per hour for my study and testimony in this matter, plus compensation for out-of-pocket expenses. I have not testified at trial or by deposition in the last 4 years. A list of the data and other information that I considered in forming my opinions here is attached as Appendix B.

In my testimony, I expect to use as exhibits some of the materials that I considered, including various of their figures and cartoons. Furthermore, I may incorporate demonstratives explaining the technology and the various references discussed herein, such as the various tutorial slides used by both parties in this litigation, images from papers and patents, and not-yet-created images that reflect the substance of the background and opinions presented herein.

Dated: January 15, 2008

_____
Aaron Ciechanover, M.D., D.Sc.

23

<u>**CURRICULUM VITAE**</u>                    December 2007

<u>**NAME:**</u>                Aaron J. Ciechanover

<u>**DATE OF BIRTH:**</u>        October 1, 1947
<u>**PLACE OF BIRTH:**</u>       Haifa, Israel
<u>**ADDRESS:**</u>             Vascular and Cancer Biology Research Center
                    The Rappaport Faculty of Medicine and Research Institute,
                    Technion-Israel Institute of Technology,
                    P.O. Box 9649,
                    Haifa 31096, ISRAEL

|  |  |
|---|---|
| Telephone: | +972-4-829-5356 (office) |
|  | +972-4-829-5379; +972-4-829-5399 (laboratory) |
|  | +972-4-829-5427 (coordinator; Mrs. Meirav Franks) |
| Fax: | +972-4-851-3922 (laboratory); |
|  | +972-4-852-1193 (coordinator; Mrs. Meirav Franks); |
|  | e-Fax: +972-3-725-5981 |
| E-mail: | c_tzachy@netvision.net.il (preferred) OR mdaaron@tx.technion.ac.il |
|  | meiravf@tx.technion.ac.il (Mrs. Meirav Franks, coordinator) |

<u>**EDUCATION:**</u>
  <u>***DEGREES***</u>:

| 1970 | M.Sc.: | Medical Sciences.  Summa Cum Laude. Faculty of Life Sciences and the  Department of Biochemistry, "Hadassah" and the Hebrew University School of Medicine, Jerusalem, Israel. |
|---|---|---|
| 1974 | M.D.: | "Hadassah" and the Hebrew University School of Medicine, Jerusalem, Israel. |
| 1981 | D.Sc.: | Faculty of Medicine, Technion-Israel Institute of Technology, Haifa, Israel. |

<u>**CLINICAL TRAINING:**</u>

| 1973-1974 | **Internship.**  "Rambam" University Medical Center, and the Faculty of Medicine, Technion-Israel Institute of Technology, Haifa, Israel. |
|---|---|
| 1974-1979 | **Partial training.**  Department of Surgery "B", "Rambam" University Medical Center and the Faculty of Medicine, Technion-Israel Institute of Technology, Haifa, Israel. |

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1977-1979 | **Research Fellow.** Department of Biochemistry, Faculty of Medicine, Technion-Israel Institute of Technology, Haifa, Israel. |
| 1979-1981 | **Lecturer.** Department of Biochemistry, Faculty of Medicine, Technion-Israel Institute of Technology, Haifa, Israel. |
| 1984-1987 | **Senior Lecturer (with tenure).** Department of Biochemistry, Faculty of Medicine, Technion-Israel Institute of Technology, Haifa, Israel. |
| 1987-1992 | **Associate Professor.** Department of Biochemistry, Faculty of Medicine, Technion-Israel Institute of Technology, Haifa, Israel. |
| 1992- | **Full Professor.** Department of Biochemistry, Faculty of Medicine, Technion-Israel Institute of Technology, Haifa, Israel. |
| 2002- | **Distinguished Research Professor.** Technion-Israel Institute of Technology, Haifa, Israel. |

## ADMINISTRATIVE APPOINTMENTS:

| | |
|---|---|
| 1993-2000 | **Director.** The Rappaport Family Institute for Research in the Medical Sciences. Technion-Israel Institute of technology, Haifa, Israel. |

## VISITING APPOINTMENTS:

| | |
|---|---|
| 1978, 1979 | **Visiting Scientist.** The Institute for Cancer Research, |
| 1980, 1981 | The Fox Chase Cancer Center, Philadelphia, Pennsylvania, USA (Dr. Irwin A. Rose's laboratory). |
| 1981-1984 | **Postdoctoral Fellow.** Department of Biology, Massachusetts Institute of Technology (M.I.T.) and The Whitehead Institute for Biomedical Research, Cambridge, Massachusetts, USA (Dr. Harvey F. Lodish's laboratory). |
| 1985, 1986 | **Visiting Professor.** The Dana Farber Cancer Institute and Harvard Medical School, Boston, Massachusetts, USA (Dr. Alan L. Schwartz's laboratory). |
| 1987, 1988-1989 1990, 1991 1992, 1993 1994, 1995 1996, 1997 1998, 1999 2001 | **Visiting Professor.** Division of Hematology-Oncology, Department of Pediatrics, Children's Hospital, Washington University School of Medicine, St. Louis, Missouri, USA. (Dr. Alan L. Schwartz's laboratory). |
| 1988-1989 | **American Cancer Society Eleanor Roosevelt Memorial Fellow.** **Visiting Professor.** Division of Hematology-Oncology, Department of Pediatrics, Children's Hospital, Washington University School of Medicine, St. Louis, Missouri, USA. (Dr. Alan L. Schwartz's laboratory). |
| 2000 | **Visiting Professor.** University of Kyoto School of Medicine (Dr. Kazuhiro Iwai's Laboratory). |
| 2002, 2003 | **Visiting Adjunct Professor.** Northwestern University School of Medicine, Chicago, Illinois, USA. (Department of Medicine and Division of Pulmonary Critical care: Dr. Jacob J. Sznajder's Laboratory). |

| 2003 | **Visiting Professor.** STINT Fellow.  Microbiology and Tumor Biology Center.  The Karolinska Institute, Stockholm, Sweden. (Laboratory of Dr. Maria Masucci). |
| 2002, 2003-2004, 2005 | **Visiting Professor** (within the frame of the JSPS – Japan Society for Promotion of Science – Eminent Scientist Award).  City University of Osaka School of   Medicine (Dr. Kazuhiro Iwai's Laboratory). |
| 2004 | **Visiting Professor.**  Rockefeller University, New York, NY, USA (Dr. Hermann Steller's laboratory). |
| 2007- | **Distinguished Visiting Research Professor.** National Cheng Kung University (NCKU), Tainan, Taiwan. |

## MILITARY SERVICE:

| 1974-1977 | National Compulsory Service, Israel Defense  Forces.  Military Physician, Israeli Navy and the Unit for Research and Development, Surgeon General Headquarters. |

## FELLOWSHIPS:

| 1981-1984 | Fulbright Fellow.  Massachusetts Institute of Technology (M.I.T.) Cambridge, Massachusetts, USA (Dr. Harvey Lodish's Laboratory). |
| 1981-1983 | Leukemia Society of America Fellow.  M.I.T. |
| 1981-1984 | Israel Cancer Research Fund (ICRF), USA Fellow.  M.I.T. |
| 1983-1984 | Medical Foundation and Charles A. King Trust Fellow.  M.I.T. Research Career Development Award, Israel Cancer Research Fund (ICRF), USA. |
| 1988-1989 | American Cancer Society Eleanor Roosevelt Memorial Fellow. |

## EDITORIAL BOARDS:

| 1999- | Israel Medical Association Journal (IMAJ)l |
| 2006- | Experimental Biology and Medicine |
| 2007- | Cell Death and Differentiation (CDD; Nature Group) |

## AWARDS (academic):

| 1999 | The Austria Ilse and Helmut Wachter Prize, University of Innsbruck (along with Dr. Avram Hershko). |
| 2000 | The Jewish National Fund Alkales Award for Distinguished Scientific Achievements. |
| 2000 | The Albert and Mary Lasker Award for Basic Medical Research (along with Drs. Avram Hershko and Alexander Varshavsky) |
| 2001 | The Michael Landau Israeli Lottery (Mifa'al Ha'Peis) Award for a significant breakthrough in Medical Sciences (along with Dr. Avram Hershko). |
| 2002 | EMET (Truth) Prize (Israeli Prime Minister Prize), for Arts, Science and Culture (in Life Sciences and Medicine along with Drs. Avram Hershko and Leo Sachs).  Awarded by the AMAN Foundation. |
| 2003 | The Israel Prize for Biology |
| 2003-2006 | Japan Society for Promotion of Science (JSPS) Eminent Scientist Award |
| 2004 | Nobel Prize in Chemistry (shared with Drs. Avram Hershko and Irwin A. Rose) |

## HONORS (academic):

| | |
|---|---|
| 1996- | Janet and David Polak Professor of Life Sciences. Technion-Israel Institute of Technology, Haifa, Israel |
| 2002- | University Distinguished Professor.  Technion-Israel Institute of Technology, Haifa, Israel. |
| 2003- | Professor.  Israel Cancer Research Fund (ICRF), USA. |
| 2005 | Cell Stress Society international (CSSi) Medal and Distinguished Life Member. |
| 2006 | Sir Hans Krebs Medal.  Federation of the European Biochemical Societies (FEBS). |
| 2007- | Medical Magnus Medal.  Polish Academy of Medicine. |

## MEMBERSHIPS (academies, etc.):

| | |
|---|---|
| 1996- | Member, Council of the European Molecular Biology Organization (EMBO). |
| 1999- | Member.  Asia-Pacific IMBN (International Molecular Biology Network) |
| 2004- | Member.  European Academy of Sciences and Arts. |
| 2004- | Member.  European Academy of Sciences. |
| 2004- | Fellow.  European Academy of Sciences. |
| 2004- | Member.  Israeli National Academy of Sciences and Humanities. |
| 2004- | Member (Hon.).  American Chemical Society (ACS) |
| 2005 | Fellow (Hon.).  Royal Society of Chemistry RCS, (UK).  HonFRSC. |
| 2005- | Member (Foreign).  American Philosophical Society |
| 2006- | Honorary Member.  Society for Experimental Biology and Medicine. |
| 2006- | Fellow.  Federation of Asian Chemical Societies (FACS). |
| 2007- | Member.  Pontifical Academy of Sciences, Vatican. |
| 2007- | Member.  Polish Academy of Medicine. |
| 2007- | Member.  Albert Schweitzer World Academy of Medicine. |
| 2007- | Member (Foreign).  National Academy of Sciences of the USA (NAS USA). |

## MEMBERSHIPS (professional organizations):

| | |
|---|---|
| 1984 | American Association for Advancement of Science (AAAS) |

## HONORARY DEGREES (academic institutions):

| | |
|---|---|
| 2001 | Honorary Doctor (Doctor Philosophiae Honoris Causa; Ph.D. Hon.).  Tel Aviv University, Tel Aviv, Israel. |
| 2004 | Honorary Doctor (Doctor Philosophiae Honoris Causa; Ph.D. Hon.).. Ben-Gurion University, Beer Sheba, Israel. |
| 2005 | Honorary Doctor (Doctor Philosophiae Honoris Causa; Ph.D. Hon.)., City University of Osaka, Osaka, Japan. |
| 2005 | Honorary Doctor (Doctor Philosophiae Honoris Causa; Ph.D. Hon.)., University of Athens, Greece. |
| 2005 | Honorary Doctor (Doctor Philosophiae Honoris Causa; Ph.D. Hon.)., National University of Uruguay, Montevideo, Uruguay. |
| 2006 | Honorary Doctor (Doctor Philosophiae Honoris Causa; Ph.D. Hon.)., Washington University, St. Louis, Missouri, USA |

| | |
|---|---|
| 2006 | Honorary Doctor (Doctor Philosophiae Honoris Causa; Ph.D. Hon.)., Cayetano Heredia University, Lima, Peru. |
| 2006 | Honorary Professor.  Capital University of Medical Sciences (CPUMS), Beijing, China. |
| 2006 | Honorary Professor.  Peking Union Medical College (PUMC). Beijing, China. |
| 2006 | Honorary Professor.  Chinese Academy of Medical Sciences (CAMS), China. |
| 2007 | Honorary Doctor (Doctor Philosophiae Honoris Causa; Ph.D. Hon.)., Hebrew University, Jerusalem, Israel. |
| 2007 | Honorary Doctor (Doctor Philosophiae Honoris Causa; Ph.D. Hon.)., Bar-Ilan University, Ramat Gan, Israel. |
| 2007 | Honorary Professor.  Henan University, Keifang, China. |
| 2007 | Honorary Professor.  Nankai University, Tianjin, China. |
| 2007 | Honorary Professor.  1st. Teaching Hospital Medical School, XinJiang University, Urumqi, China. |
| 2007 | Honorary Professor.  4th Military Medical University, Xi'an, China. |
| 2007 | Honorary Professor.  Shihezi University, Shihezi, China. |
| 2007 | Honorary Doctor (Doctor Honoris Causa of Science). Albert Schweitzer World Academy of Science. |
| 2007 | Honorary Professor.  Jiaotong University, Xi'an, China. |
| 2007 | Honorary Professor.  Northwest University, Xi'an, China. |
| 2008 | Honorary Doctor (Doctor Philosophiae Honoris Causa; Ph.D. Hon.)., Weizmann Institute of Science, Rehovot, Israel. |
| 2008 | Honorary Doctor (Doctor Honoris Causa), Universidad  San Francisco, Quito, Ecuador. |
| 2008 | Honorary Doctor (Doctor Honoris Causa), Universidad del Notre Dame, Asuncion, Paraguay. |

## HONORS (non-academic):

| | |
|---|---|
| 2005 | Honorary Citizenship, City of Haifa, Israel |
| 2005 | Sakura Award, the City of Osaka, Japan. |
| 2005 | Special Award, the Mayor of Osaka, Japan. |
| 2006 | Honorary Citizenship, City of Montevideo, Uruguay. |
| 2006 | Honorary Citizenship, City of Lima, Peru |

## HONORARY MEMBERSHIPS (non-academic):

| | |
|---|---|
| 2004 | The Roule Wallenberg Foundation |
| 2005 | The World Innovation Foundation, WIF |
| 2005 | Academy of Achievement, USA. |

## PUBLICATIONS:
### Original Papers:

1.   **Ciechanover, A.** and Hershko, A. (1976).  Early Effects of Serum on Phospholipid Metabolism in Untransformed and Oncogenic Virus Transformed Cultured Fibroblasts.  ***Biochem. Biophys. Res. Commun.*** **73,** 85-91.

2.   **Ciechanover, A.,** Hod, Y. and Hershko, A. (1978).  A Heat-stable Polypeptide Component of an ATP-dependent Proteolytic System from Reticulocytes.  ***Biochem. Biophys. Res. Commun.*** **81,** 1100-1105.

3.   Hershko, A., **Ciechanover, A.** and Rose, I.A. (1979).  Resolution of the ATP-dependent Proteolytic System from Reticulocytes:  A Component that Interacts with ATP.  ***Proc. Natl. Acad. Sci. USA*** **76,** 3107-3110.

4.   **Ciechanover, A.,** Heller, H., Elias, S., Haas, A.L. and Hershko, A. (1980).  ATP-dependent Conjugation of Reticulocyte Proteins with the Polypeptide Required for Protein Degradation.  ***Proc. Natl. Acad. Sci. USA*** **77,** 1365-1368.

5.   Hershko, A., **Ciechanover, A.,** Heller, H., Haas, A.L. and Rose, I.A. (1980).  Proposed Role of ATP in Protein Breakdown: Conjugation of Proteins with Multiple Chains of the Polypeptide of ATP-dependent Proteolysis.  ***Proc. Natl. Acad. Sci. USA*** **77,** 1783-1786.

6.   **Ciechanover, A.,** Elias, S., Heller, H., Ferber, S. and Hershko, A. (1980).  Characterization of the Heat-stable Polypeptide of the ATP-dependent Proteolytic System from Reticulocytes.  ***J. Biol. Chem.*** **255,** 7525-7528.

7.   **Ciechanover, A.,** Heller, H., Etzion-Katz, R. and Hershko, A. (1981).  Activation of the Heat-stable Polypeptide of the ATP- dependent Proteolytic System.  ***Proc. Natl. Acad. Sci. USA*** **78,** 761-765.

8.   Hershko, A., **Ciechanover, A.** and Rose, I.A. (1981). Identification of the Active Amino Acid Residue of the Polypeptide of ATP-dependent Protein Breakdown.  ***J. Biol. Chem.*** **256,** 1525-1528.

9.   **Ciechanover, A.,** Elias, S., Heller, H. and Hershko, A. (1982). "Covalent Affinity" Purification of Ubiquitin Activating Enzyme.  ***J. Biol. Chem.*** **257,** 2537-2542.

10.  Hershko, A., Eytan, E., **Ciechanover, A.** and Haas, A.L. (1982).  Immunochemical Analysis of the Turnover of Ubiquitin-protein Conjugates in Intact Cells:  Relationship to the Breakdown of Abnormal Proteins.  ***J. Biol. Chem.*** **257,** 13964-13970.

11.  **Ciechanover, A.,** Schwartz, A.L. and Lodish, H.F. (1982).  The Asialoglycoprotein Receptor Internalizes and Recycles Independently of the Transferrin and Insulin Receptors.  ***Cell*** **32,** 267-275.

12.  Dautry-Varsat, A., **Ciechanover, A.** and Lodish, H.F. (1983).  pH and the Recycling of Transferrin During Receptor Mediated Endocytosis.  ***Proc. Natl. Acad. Sci. USA*** **80,** 2258-2262.

13.  Hershko, A., Heller, H., Elias, S. and **Ciechanover, A.** (1983). Components of Ubiquitin-protein Ligase System:  Resolution, Affinity Purification and Role in Protein Breakdown.  ***J. Biol. Chem.*** **258,** 8206-8214.

14.  **Ciechanover, A.,** Schwartz, A.L., Dautry-Varsat, A. and Lodish, H.F. (1983).  Kinetics of Internalization and Recycling of Transferrin and the Transferrin Receptor in a Human Hepatoma Line:  Effect of Lysosomotropic Agents.  ***J. Biol. Chem.*** **258,** 9681-9689.

15.  **Ciechanover, A.,** Schwartz, A.L. and Lodish, H.F. (1983). Sorting and Recycling of Cell Surface Receptors and Endocytosed Ligands: The Asialoglycoprotein and the Transferrin Receptors.  *J. Cell. Biochem.* **23,** 107-130.

16.  **Ciechanover, A.,** Finley, D. and Varshavsky, A. (1984).  The Ubiquitin Mediated Proteolytic Pathway and Mechanisms of Energy Dependent Intracellular Protein Degradation.  *J. Cell. Biochem.* **24,** 27-53.

17.  Finley, D., **Ciechanover, A.** and Varshavsky, A. (1984).  Thermolability of Ubiquitin Activating Enzyme from the Mammalian Cell Cycle Mutant ts85.  *Cell* **37,** 43-55.

18.  **Ciechanover, A.,** Finley D. and Varshavsky, A. (1984). Ubiquitin Dependence of Selective Protein Degradation Demonstrated in the Mammalian Cell Cycle Mutant ts85.  *Cell* **37,** 57-66.

19.  Patel, V.P., **Ciechanover, A.,** Platt, O. and Lodish, H.F. (1985).  Mammalian Reticulocytes Lose Adhesion to Fibronectin During Differentiation to Erythrocytes.  *Proc. Natl. Acad. Sci. USA* **82,** 440-444.

20.  **Ciechanover, A.,** Wolin, S.L., Steitz, J.A. and Lodish, H.F. (1985).  Transfer RNA is an Essential Component of the Ubiquitin and ATP-dependent Proteolytic System.  *Proc. Natl. Acad. Sci. USA* **82,** 1341-1345.

21.  **Ciechanover, A.,** Finley, D. and Varshavsky, A. (1985).  Mammalian Cell Cycle Mutant Defective in Intracellular Protein Degradation and Ubiquitin Protein Conjugation.  *Prog. Clin. Biol. Res.* **180,** 17-31.

22.  Neutra, M.R., **Ciechanover, A.,** Owen, S.L. and Lodish, H.F. (1986).  Intracellular Transport of Transferrin- and Asialoorosomucoid- colloidal Gold Conjugates to Lysosomes after Receptor Mediated Endocytosis.  *J. Histochem. Cytochem.* **33,** 1134-1144.

23.  Ferber, S. and **Ciechanover, A.** (1986).  Transfer RNA is Required for Conjugation of Ubiquitin to Selective Substrates of the Ubiquitin- and ATP-dependent Proteolytic System.  *J. Biol. Chem.* **261,** 3128-3134.

24.  Jahngen, J.H., Haas, A.L., **Ciechanover, A.,** Blondin, J., Eisenhauer, D. and Taylor, A. (1986).  The Eye Lens has an Active Ubiquitin-lens Protein Conjugation System.  *J. Biol. Chem.* **261,** 13760-13767.

25.  Teeters, C.L., Lodish, H.F., **Ciechanover, A.** and Wallace, B.A. (1986).  Transferrin and Apotransferrin: pH-dependent Conformational Changes Associated with Receptor-mediated Uptake.  *Ann. N.Y. Acad. Sci.* **463,** 403-407.

26.  Schwartz, A.L., **Ciechanover, A.,** Merritt, S. and Turkewitz, A. (1987).  Antibody-induced Receptor Loss: Different Fates for Asialoglycoproteins and the Asialoglycoprotein Receptor in HepG2 Cells.  *J. Biol. Chem.* **261,** 15225-15232.

27.  **Ciechanover, A.**  (1987).  Regulation of the Ubiquitin Mediated Proteolytic Pathway: Role of the Substrate $\forall$-NH$_2$ Group and of Transfer RNA.  *J. Cell. Biochem.* **34,** 81-100.

28.  Ferber, S. and **Ciechanover, A.** (1987).  Role of Arginine-tRNA in Protein Degradation by the Ubiquitin Pathway.  *Nature* **326,** 808-811.

29.  **Ciechanover, A.,** Ferber, S., Ganoth, D., Elias, S., Hershko, A. and Arfin, S. (1988).  Purification and Characterization of Arginyl-tRNA-Protein Transferase from Rabbit Reticulocytes: Its Involvement in Posttranslational Modification and Degradation of Acidic N-Termini Substrates of the Ubiquitin Pathway.  *J. Biol. Chem.* **263,** 11155-11167.

30.   Kulka, R.G., Raboy, B., Schuster, R., Parag, H.A., Diamond, G., **Ciechanovr, A.,** and Marcus, M. (1988).  A Chinese Hamster cell Cycle Mutant Arrested at G2 Phase Jas a Temperature-Sensitive Ubiquitin-Activating Enzyme, E1. ***J. Biol. Chem.* 263,** 15726-15731.

31.   Schwartz, A.L., **Ciechanover, A.,** Brandt, R.A. and Geuze, H.J. (1988).  Immunoelectron Microscopic Localization of Ubiquitin in Hepatoma Cells.  ***EMBO J.* 10,** 2961-2966.

32.   Mayer, A., Gropper, R., Schwartz, A.L. and **Ciechanover, A.** (1989).  Purification, Characterization and Rapid Inactivation of Ubiquitin Activating Enzyme from the Mammalian Cell Cycle Mutant ts85.  ***J. Biol. Chem.* 264,** 2060-2068.

33.   Mayer, A. Siegel, N.R., Schwartz, A.L. and **Ciechanover, A.** (1989).  Degradation of Proteins with Acetylated Amino Termini by the Ubiquitin System. ***Science* 244,** 1480-1483.

34.   Bercovich, Z., Rosenberg-Hasson, Y., **Ciechanover, A.** and Kahana, C.  (1989).  Degradation of Ornithine Decarboxylase in Reticulocyte Lysate is ATP-Dependent but Ubiquitin-Independent.  ***J. Biol. Chem.* 264,** 15949-15952.

35.   **Ciechanover, A.,** Gonen, H., Elias, S. and Mayer, A. (1990).  Degradation of Proteins by the Ubiquitin-Mediated Proteolytic Pathway.  ***The New Biologist* 2,** 227-234.

36.   Rosenberg-Hasson, Y., Bercovich, Z., **Ciechanover, A.** and Kahana, C. (1990).  Degradation of Ornithine Decarboxylase in Mammalian Cells is ATP-Dependent but Ubiquitin-Independent.  ***Eur. J. Biochem.* 185,** 469-474.

37.   Elias, S. and **Ciechanover, A.** (1990).  Post-Translational Addition of an Arginine Moiety to Acidic NH$_2$-Termini of  Proteins is Required for their Recognition by Ubiquitin-Protein Ligase.  ***J. Biol. Chem.* 265,** 15511-15517.

38.   **Ciechanover, A.,** DiGiuseppe, J.A., Bercovich, B., Orian, A., Richter, J.D., Schwartz, A.L. and Brodeur, G.M. (1991).  Degradation of Nuclear Oncoproteins by the Ubiquitin System *In Vitro*.  ***Proc. Natl. Acad. Sci. USA* 88,** 139-143.

39.   **Ciechanover, A.,** and Gonen, H. (1990).  The Ubiquitin-Mediated Proteolytic Pathway: Enzymology and Mechanisms of Recognition of the Proteolytic Substrates. ***Seminars in Cell Biology* 1,** 415-422.

40.   Gropper, R., Brandt, R.A., Elias, S., Bearer, C.F., Mayer, A., Schwartz, A.L. and **Ciechanover, A.** (1991).  The Ubiquitin-Activating Enzyme, E1, is Required for Stress-Induced Lysosomal Degradation of Cellular Proteins.  ***J. Biol. Chem.* 266,** 3602-3610.

41.   Handley, P.M., Mueckler, M., Siegel, N.R., **Ciechanover, A.** and Schwartz, A.L. (1991).  Molecular Cloning, Sequence, and Tissue Distribution of the Human Ubiquitin Activating Enzyme, E1.  ***Proc. Natl. Acad. Sci. USA* 88,** 258-262.

42.   **Ciechanover, A.,** DiGiuseppe, J.A., Schwartz, A.L. and Brodeur, G.M. (1991).  Regulation of N-myc Protein Degradation by the Ubiquitin System. ***Prog. Clin. Biol. Res.* 366,** 37-43.

43.   **Ciechanover, A.** (1991).  The Ubiquitin Mediated System for Intracellular Protein Degradation.  ***J. Basic Clin. Physiol. Pharmacol.* 2,** 141-159.

44.   **Ciechanover, A.,** Gropper, R., Schwartz, A.L. (1991).  The Ubiquitin-Activating Enzyme is Required for Lysosomal Degradation of Cellular Proteins Under Stress.  ***Biomedica Biochimica Acta* 50 (4-6),** 321-332.

45.    Gonen, H., Schwartz, A.L., and **Ciechanover, A.** (1991).  Purification and
        Characterization of a Novel Protein that is Required for the Degradation of N-
        alpha-Acetylated Proteins by the Ubiquitin System.  *J. Biol. Chem.* **266,** 19221-
        19231.

46.    DeMartino, G.N., McCullough, M.L., Reckelhoff, J.F., Croall, D.E., **Ciechanover, A.,**
        and McGuire, M.J. (1991).  ATP-stimulated Degradation of Endogenous Proteins
        in Cell-Free Extracts of BHK 21/C13 Fibroblasts:  A Key Role for the Proteinase,
        Macropain, in the Ubiquitin-Dependent Degradation of Short-Lived Proteins.
        *Biochim. Biophys. Acta* **1073,**  299-308.

47.    Schwartz, A.L., Brandt, R.A., Geuze, H., and **Ciechanover, A.** (1992).  Stress-Induced
        Alterations in the Autophagic Pathway: Relationship to the Ubiquitin System.
        *Am. J. Physiol.* **262, (Cell Physiol. 31):** C1031-C1038.

48.    Schwartz, A.L., Trausch, J.S., **Ciechanover, A.,** Slot, J.W., and Geuze, H.  (1992).
        Immunoelectron Microscopic Localization of the Ubiquitin-Activating Enzyme
        E1 in HepG2 Cells.  *Proc. Natl. Acad. Sci. USA* **89,** 5542-5546.

49.    Lenk, S.E., Dunn, W.A., Jr., Trausch, J.S., **Ciechanover, A.,** and Schwartz, A.L. (1992).
        Ubiquitin-Activating Enzyme, E1, is Associated with Maturation of Autophagic
        Vacuoles.  *J. Cell Biol.* **118,** 301-308.

50.    Trausch, J.S., Grenfell, S.J., Handley-Gearhart, P.M., **Ciechanover, A.,** and Schwartz,
        A.L. (1993).  Immunofluorescent Localization of the Ubiquitin-Activating
        Enzyme, E1, to the Nucleus and Cytoskeleton.  *Am. J. Physiol.* **264,
        (Cell Physiol. 33):** C93-C102.

51.    Blumenfeld, N., Gonen, H., Mayer, A., Smith, C. E., Siegel, N.R., Schwartz, A. L., and
        **Ciechanover, A.** (1994).  Purification and Characterization of a Novel Species of
        Ubiquitin-Carrier Protein, E2, That is Involved in Degradation of Non-"N-End
        Rule" Protein Substrates.  *J. Biol. Chem.* **269,** 9574-9581.

52.    **Ciechanover, A.,** Shkedy, D., Oren, M., and Bercovich, B. (1994).  Degradation of the
        Tumor Suppressor Protein p53 by the Ubiquitin-Mediated Proteolytic System
        Requires a Novel Species of Ubiquitin-Carrier Protein, E2.  *J. Biol. Chem.* **269,**
        9582-9589.

53.    Gonen, H., Smith, C. E., Siegel, N. R., Merrick, W. C., Kahana, C., Chakraburtty, K.,
        Schwartz, A. L., and **Ciechanover, A.** (1994).  Protein Synthesis Elongation
        Factor EF-1∀ is Essential for Ubiquitin-Dependent Degradation of N-∀-
        Acetylated Proteins and May be Substituted for by the Bacterial Elongation
        Factor EF-Tu.  *Proc. Natl. Acad. Sci. USA* **91,** 7648-7652.

54.    Shkedy, D., Gonen, H., and **Ciechanover, A.** (1994).  Complete Reconstitution of
        Conjugation and Subsequent Degradation of the Tumor Suppressor Protein p53
        by Purified Components of the Ubiquitin Proteolytic System.  *FEBS Lett.* **348,**
        125-130.

55.    Grenfell, S.J., Trausch-Azar, J.S., Handley-Gearhart, P.M., **Ciechanover, A.,** and
        Schwartz, A.L. (1994).  Nuclear Localization of the Ubiquitin-Activating
        Enzyme, E1, is Cell Cycle-Dependent.  *Biochem. J.* **300,** 701-708.

56.    Handley-Gearhart, P.M., Trausch-Azar, J.S., **Ciechanover, A.,** and Schwartz, A.L.
        (1994).  Rescue of the Complex Temperature-Sensitive Phenotype of Chinese
        Hamster Ovary E36ts20 Cells by Expression of the Human Ubiquitin-Activating
        Enzyme cDNA.  *Biochem. J.* **304,** 1015-1020.

57.   Handley-Gearhart, P.M., Stephen, A.G., Trausch-Azar, J.S., **Ciechanover, A.,** and Schwartz, A.L. (1994).  Human Ubiquitin-Activating Enzyme, E1:  Indication of Potential Nuclear and Cytoplasmic Subpopulations Using Epitope-Tagged cDNA Constructs.  *J. Biol. Chem.* **269,** 33171-33178.

58.   Fischer, M., Hilt, W., Richter-Ruoff, B., Gonen, H., **Ciechanover, A.** and Wolf, D.H. (1994).  The 26S Proteasome of the Yeast Saccharomyces cerevisiae.  *FEBS Lett.* **355,** 69-75.

59.   Elias, S., Bercovich, B., Kahana, C., Coffino, P., Fischer, M., Hilt, W., Wolf, D.H., and **Ciechanover, A.** (1995).  Degradation of Ornithine Decarboxylase by the Mammalian and Yeast 26S Proteasome Complex Requires all the Components of the Protease. *Eur. J. Biochem.* **229,** 276-283.

60.   Orian, A., Whiteside, S., Israël, A., Stancovski, I., Schwartz, A. L. and **Ciechanover, A.** (1995).  Ubiquitin-Mediated Processing of NF-κB Transcriptional Activator Precursor: Reconstitution of a Cell Free System and Identification of the Ubiquitin-Carrier Protein, E2, and a Novel Ubiquitin-Protein Ligase, E3, Involved in Conjugation.  *J. Biol. Chem.* **270,** 21707-21714.

61.   Alkalay, I., Yaron, A., Hatzubai, A., Orian, A., **Ciechanover, A.,** and Ben Neriah, Y. (1995).  Stimulation-Dependent IκBα Phosphorylation Marks the NF-κB Inhibitor for Degradation Via the Ubiquitin-Proteasome Pathway.  *Proc. Natl. Acad. Sci. USA* **92,** 10599-10603.

62.   Stancovski, I., Gonen, H., Orian, A., Schwartz, A.L., and **Ciechanover, A.**  (1995).  Degradation of the Proto-oncogene Product c-Fos by the Ubiquitin Proteolytic System *In Vivo* and *In Vitro*: Identification and Characterization of the Conjugating Enzymes *Mol. Cell Biol.* **15,** 7106-716.

63.   Gonen, H., Stancovski, I., Shkedy, D., Hadari, T., Bercovich, B., Bengal, E., Mesilati, S., Abu-Chatoum, O., Schwartz, A.  L., and **Ciechanover, A.** (1996).  Isolation, Characterization, and Partial Purification of a Novel Ubiquitin-Protein Ligase, E3:  Targeting of Protein Substrates Via Multiple and Distinct Recognition Signals and Conjugating Enzymes. *J. Biol. Chem.* **271,** 302-310.

64.   **Ciechanover, A.,** Bercovich, B., Laszlo, A., Stancovski, I., Ben-Neriah, Y., and Orian , A. (1995).  The Ubiquitin-Mediated Proteolytic System: Involvement of Molecular Chaperones, Degradation of Oncoproteins, and Activation of Transcriptional Regulators.  *Cold Spring Harbor Symp. Quant. Biol.*  **60,** 491-501.

65.   Strous, G.J., van Kerkhof, P., Govers, R., **Ciechanover, A.,** and Schwartz, A.L. (1996).  The Ubiquitin Conjugation System is Required for Ligand-Induced Endocytosis and Degradation of the Growth Hormone Receptor.  *EMBO J.* **15,** 3806-3812.

66.   Gonen, H., Dickman, D., Schwartz, A.  L., and **Ciechanover, A.**  (1996).  Protein Synthesis Elongation Factor EF-1∀ is an Isopeptidase Essential For Ubiquitin-Dependent Degradation of Certain Proteolytic Substrates.  *Adv. Exptl. Med. Biol.* **389** (Intracellular Protein Catabolism; K. Suzuki and J. S. Bond, eds.).  Plenum Press, New York and London.  pp. 209-219.

67.    Stephen, A.G., Trausch-Azar, J.S., **Ciechanover, A.,** and Schwartz, A.L.  (1996).  The Ubiquitin-Activating Enzyme E1 is Phosphorylated and Localized to the Nucleus in a Cell Cycle-Dependent Manner. *J. Biol.  Chem.* **271,** 15608-15614.

68.    Wöstman, C., Liakopoulos, D., **Ciechanover, A.,** and Bakker-Grunwald, T. (1996). Characterization of Ubiquitin Genes and -Transcripts and Demonstration of a Ubiquitin-  Conjugating System in *Entamoeba Histolityca*. ***Mol. Biochem. Parasitol.* 82,** 81-90.

69.    **Ciechanover, A.,** Hargrove, J.L., and Mesilaty-Gross, S. (1997).  Degradation of Tyrosine Aminotransferase (TAT) via the Ubiquitin-Proteasome Pathway. ***Mol. Biol. Rep.* 24,** 27-33.

70.    Bercovich, B., Stancovski, I., Mayer, A., Blumenfeld, N., Laszlo, A., Schwartz, A.L., and **Ciechanover, A.** (1997). Ubiquitin-Dependent Degradation of Certain Protein Substrates *In Vitro* requires the Molecular Chaperone Hsc70. ***J. Biol. Chem.* 272,** 9002-9010.

71.    Mesilaty-Gross, S., Hargrove, J.L., and **Ciechanover, A.**  (1997).  Degradation of Tyrosine Aminotransferase (TAT) via the Ubiquitin-Proteasome Pathway. ***FEBS Lett.* 405,** 175-180.

72.    Stephen, A.G., Trausch-Azar, J.S., Handley-Gearhart, P.M., **Ciechanover, A.,** and Schwartz, A.L. (1997).  Identification of a Region within the Ubiquitin-Activating Enzyme E1 Required for Nuclear Targeting and Phosphorylation. ***J. Biol. Chem.* 272,** 10895-10903.

73.    Gonen, H., Shkedy, D., Barnoy, S., Kosower, N.S., and **Ciechanover, A.** (1997). On the Involvement of Calpains in the Degradation of the Tumor Suppressor Protein p53 ***FEBS Lett*. 406,** 17-22.

74.    Yaron, A., Gonen, H., Alkalay, I., Hatzubai, A., Jung, S., Beyth, S., Mercurio, F., Manning A.M., **Ciechanover, A.*,** Ben-Neriah, Y. (1997).  Inhibition of NF-κB Cellular Function via Specific Targeting of the IκBα-Ubiquitin Ligase.  ***EMBO J.* 16,** 6486-6494.
        *senior corresponding co-author along with YBN

75.    Staub, O., Gautschi, I., Ishikawa, T., Breitschopf, K., **Ciechanover, A.,** Schild, L., and Rotin, D. (1997).  Regulation of Stability and Function of the Epithelial Na$^+$ Channel (ENaC) by Ubiquitination.  ***EMBO J.* 16,** 6325-6336.

76.    Levitskaya, J., Sharipo, A., Leonchiks, A., **Ciechanover, A.,** and Masucci, M. (1997). Inhibition of Ubiquitin-Proteasome-Dependent Protein Degradation by the Gly-Ala Repeat Domain of the Epstein-Barr Virus Nuclear Antigen (EBNA)-1. ***Proc. Natl. Acad. Sci. USA* 94,** 12616-12621.

77.    Sancho, E., Vila, M.R., Sanchez-Pulido, L., Lozano, J.J., Paciucci, R., Nadal, M., Fox, M., Harvey, C., Bercovich, B., Loukili, N., **Ciechanover, A.,** Lin, S.L., Sanz, F., Estivill, X., Valencia, A., and Thomson, T. (1998).  Role of UEV-1, an Inactive Variant of the E2-Ubiquitin-Conjugating Enzymes, in In Vitro Differentiation and Cell Cycle Behavior of HT-29-M6 Intestinal Mucosecretory Cells. ***Mol. Cell Biol*. 18,** 576-589.

78.    Gross-Mesilaty, S., Reinstein, E., Bercovich, B., Tobias, K.E., Kahana, C., and **Ciechanover, A.** (1998).  Basal and Human Papillomavirus E6 Oncoprotein-Dependent   Accelerated Degradation of Myc Proteins by the Ubiquitin Proteolytic Pathway.  ***Proc. Natl. Acad. Sci. USA* 95,** 8058-8063.

79.    Abu Hatoum, O., Gross-Mesilaty, S., Breitschopf, K., Hoffman, A., Gonen, H., **Ciechanover, A.*,** and Bengal, E. (1998).  Degradation of the Myogenic Transcription Factor MyoD by the Ubiquitin Pathway *In Vivo* and *In Vitro*: Regulation by Specific DNA-Binding.  ***Mol. Cell. Biol.* 18,** 5670-5677.
         *Senior corresponding author.

80. Breitschopf, K., Bengal, E., Ziv, T., Admon, A., and **Ciechanover, A.** (1998). A Novel Site for Ubiquitination: The N-Terminal Residue and Not Internal Lysines of MyoD is Essential for Conjugation and Degradation of the Protein. *EMBO J.* **17,** 5964-5973.

81. Orian, A., Schwartz. A.L., Israël, A., Whiteside, S., Kahana, C., and **Ciechanover, A.** (1998). Structural Motifs Involved in Ubiquitin-Mediated Processing of the NF-κB Precursor p105: Roles of the Glycine-Rich Region and a Downstream Ubiquitination Domain. *Mol. Cell. Biol.* **19,** 3664-3673.

82. Gonen, H., Bercovich, B., Orian, A., Carrano, A., Takizawa, C., Yamanaka, K., Pagano, M., Iwai, K., and **Ciechanover, A.** (1999). Identification of the Ubiquitin Carrier Proteins, E2s, Involved in Signal-Induced Conjugation and Subsequent Degradation of IκBα. *J. Biol. Chem.* **274,** 14823-14830.

83. **Ciechanover, A.**, Breitschopf, K., Abu Hatoum, O., and Bengal, E. (1999). Degradation of MyoD by the Ubiquitin Pathway: Regulation by Specific DNA-Binding and Identification of a Novel Site for Ubiquitination. *Mol. Biol. Rep.* **26,** 59-64.

84. Cummings, C.J., Reinstein, E., Sun, Y., Antalffy, B., Jiang, Y.-h., **Ciechanover, A.,** Orr, H.T., Beaudet, A.L., and Zoghbi, H.Y. (1999). Mutation of the E6-AP Ubiquitin Ligase Reduces Nuclear Inclusion Frequency While Accelerating Polyglutamine-Induced Pathology in *SCA1* Mice. *Neuron* **24,** 879-892.

85. Levkowitz, G., Waterman, H., Ettenberg, S.A., Katz, M., Tsygankov, A.Y., Alroy, I., Lavi, S., Iwai, K., Reiss, Y., **Ciechanover, A.,** Lipkowitz, S., and Yarden, Y. (1999). Ubiquitin Ligase Activity and Tyrosine Phosphorylation Underlie Suppression of Growth Factor Signaling by c-Cbl/Sli-1. *Mol. Cell* **4,** 1029-1040.

86. Orian, A., Gonen, H., Bercovich, B., Fajerman, I., Eytan, E., Israël, A., Mercurio, F., Iwai, K, Schwartz, A.L., and **Ciechanover, A.** (2000). SCF-β-TrCP Ubiquitin Ligase-Mediated Processing of NF-κB p105 Requires Phosphorylation of its C-Terminus by I6B Kinase. *EMBO J.* **19,** 2580-2591.

87. Sadot, E., Simcha, I., Iwai, K., **Ciechanover,. A.,** Geiger, B., and Ben-Ze'ev, A. (2000). Differential Interaction of Plakoglobin and β-Catenin with the Ubiquitin-Proteasome System. *Oncogene* **19,** 1992-2001.

88. Aviel, S., Winberg, G., Massucci, M., and **Ciechanover, A.** (2000). Degradation of Epstein-Barr Virus Latent Membrane Protein 1 (LMP1) by the Ubiquitin-Proteasome Pathway: Targeting via Ubiquitination of the N-Terminal Residue *J. Biol. Chem.* **275,** 23491-23499.

89. Reinstein, E., Scheffner, M., Oren, M., Schwartz, A.L., and **Ciechanover, A.** (2000) Degradation of the E7 Human Papillomavirus Oncoprotein by the Ubiquitin-Proteasome System: Targeting via Ubiquitination of the N-Terminal Residue. *Oncogene* **19,** 5944-5950.

90. Hengstermann, A., Linares, L.K., **Ciechanover, A.,** Whitaker, N. J., and Scheffner, M. (2001). Complete Switch from Mdm2 to Human Papillomavirus E6-Mediated Degradation of p53 in Cervical Cancer Cells. *Proc. Natl. Acad. Sci. USA* **98,** 1218-1223.

91. **Ciechanover, A.,** Gonen, H., Bercovich, B., Cohen, S., Fajerman, I., Israël, A., Mercurio, F., Kahana, C., Schwartz, A. L., Iwai, K., Orian, A. (2001). Ubiquitin-Mediated, Limited Processing of the NF-κB1 Precursor Protein p105. *Biochimie* **83,** 341-349.

92. Floyd, Z.E., Trausch-Azar, J.S., Reinstein, E., **Ciechanover, A.,** and Schwartz, A.L. (2001). The Nuclear Ubiquitin-Proteasome System Degrades MyoD. *J. Biol. Chem.* **276**, 22468-22475

93. Cohen, S., Orian, A., and **Ciechanover, A.** (2001). Processing of p105 is Inhibited by Docking of p50 Active Subunits to the Ankyrin Repeat Domain, and Inhibition is Alleviated by Signaling via the C-Terminal Phosphorylation/Ubiquitin-Ligase Binding Domain. *J. Biol. Chem.* **276,** 26769-26776.

94. Sionov, R.V., Coen, S., Goldberg, Z., Berger, M., Bercovich, B., Ben-Neriah, Y., **Ciechanover, A.,** and Haupt, Y. (2001). c-Abl regulates p53 levels under normal and stress conditions by preventing its nuclear export and ubiquitination. *Mol. Cell. Biol.* **21,** 5869-5878.

95. Gupta-Rossi, N., Le Bail, O., Gonen, H., Brou, C., Logeat, F., Six, E., **Ciechanover, A.,** and Israël, A. (2001). Functional Interaction between SEL-10, an F-box Protein, and the Nuclear Form of Activated Notch1 Receptor. *J. Biol. Chem.* **276,** 34371-34378.

96. Amir, R.E., Iwai, K., and **Ciechanover, A.** (2002). The NEDD8 pathway is required for for SCF-mediated processing of the NF-κB precursor p105. *J. Biol. Chem.* **277,** 23253-23259.

97. Ryoo, H.-D., Bergmann, A., Gonen, H., **Ciechanover, A.,** and Steller, H. (2002). Regulation of *Drosophila* IAP1 Degradation and Apoptosis by *Reaper* and *UbcD1*. *Nature Cell Biology* **4,** 432-438.

98. Herrmann, J., Edwards, W.D., Holmes, D.R., Shogren, K.L., Lerman, .LO., **Ciechanover, A.,** and Lerman, A. (2002). Increased Ubiquitin Immunoreactivity in Unstable Atherosclerotic Plaques Associated with Acute Coronary Syndromes. *J. Am. Coll. Cardiol.* **40,** 1919-1927.

99. Lingbeck, J.M., Trausch-Azar, J.S., **Ciechanover, A.,** and Schwartz, A.L. (2003). Determinants of Nuclear and Cytoplasmic Ubiquitin-mediated Degradation of MyoD. *J. Biol. Chem.* **278,** 1817-1823

100. Nadav, E., Shmueli, A., Barr, H., Gonen, H., **Ciechanover, A.,** and Reiss, Y. (2003). A Novel Mammalian Eendoplasmic Reticulum Ubiquitin Ligase Homologous to the Yeast Hrd1. *Biochem. Biophys. Res. Commun.* **303,** 91-97.

101. Ben-Izhak, O., Lahav-Baratz, S., Meretyk, S., Ben-Eliezer, S., Sabo, E., Dirnfeld, M., Cohen, S., and **Ciechanover, A.** (2003). Inverse Relationship Between Skp2 Ubiquitin Ligase and the Cyclin Dependent Kinase Inhibitor p27$^{Kip1}$ in Prostate Cancer. *J. Urol.* **170,** 241-245.

102. Linares, L.K., Hengstermann, .A, **Ciechanover, A.,** Muller, S., and Scheffner, M. (2003). HdmX stimulates Hdm2-mediated ubiquitination and degradation of p53. *Proc. Natl. Acad. Sci. USA* **100,** 12009-120014.

103. Herrmann, J., Gulati, R., Napoli, C., Woodrum, J.E., Lerman, L.O., Rodriguez-Porcel, M., Sica, V., Simari, R.D., **Ciechanover, A.,** and Lerman, A. (2003). Oxidative stress-related increase in ubiquitination in early coronary atherogenesis. *FASEB J.* **17,** 1730-1732.

104. Amir, R.E., Haecker, H., Karin, M., and **Ciechanover, A.** (2004) Mechanism of Processing of the NF-κB2 p100 Precursor: Identification of the Specific Polyubiquitin Chain-Anchoring Lysine Residue and Analysis of the Role of NEDD8-Modification on the SCF$^{β-TrCP}$ Ubiquitin Ligase. *Oncogene* **23,** 2540-2547.

105. Cohen, S., Achbert-Weiner, H., and Ciechanover, A. (2004). Dual Effect of IKKβ-Mediated Phosphorylation on p105 Fate: SCF$^{β-TrCP}$-Dependent Degradation and SCF$^{β-TrCP}$-Independent Processing. *Mol. Cell. Biol.* **24**, 475-486.

106. Fajerman, I., Schawartz, A.L., and **Ciechanover, A.** Degradation of the Id2 Developmental regulator: Targeting via N-Terminal Ubiquitination. ***Biochem. Biophys. Res. Commun.* 314,** 505-512.

107. Sun, X.M., Butterworth, M., MacFarlane, M., Dubiel, W., **Ciechanover, A.,** and Cohen GM. (2004). Caspase Activation Inhibits Proteasome Function during Apoptosis. *Mol. Cell **14**,* 81-93.

108. Lahav-Baratz, S., Ben-Izhak, O., Sabo, E., Ben-Eliezer, S., Lavie, O., Ishai, D., **Ciechanover,. A.,** and Dirnfeld, M. (2004). Decreased Level of the Cell Cycle Regulator p27 and Increased Level of its Ubiquitin Ligase Skp2 in Endometrial Carcinoma but not in Normal Secretory or in Hyperstimulated Endometrium. ***Mol. Hum. Reprod.* 10,** 567-572.

109. Trausch-Azar, J.S., Lingbeck, J., **Ciechanover, A.**, and Schwartz, A.L. (2004). Ubiquitin-Proteasome-Mediated Degradation of Id1 is Modulated by MyoD. ***J. Biol. Chem.* 279,** 32614-32619.

110. Ben-Saadon, R., Fajerman, I., Ziv, T., Hellman, U., Schwartz, A.L., and **Ciechanover, A.** (2004). The Tumor Suppressor Protein p16$^{INK4a}$ and the Human Papillomavirus oncoprotein E7-58 are Naturally Occurring Lysine-Less Proteins that are Degraded by the Ubiquitin System: Direct Evidence for Ubiquitination at the N-Terminal Residue. ***J. Biol. Chem.* 279**, 41414-41421.

111. Lingbeck, J.M., Trausch-Azar, J., **Ciechanover, A.,** and Schwartz, A.L. (2005). E12 and E47 Modulate Cellular Localization and Proteasome-Mediated degradation of MyoD and Id1. ***Oncogene***

112. Lotan, R., Rotem, A., Gonen, H., Finberg, J.P., Kemeny, S., Steller, H., **Ciechanover, A.,** and Larisch, S. (2005). Regulation of the Pro-Aapoptotic ARTS Protein by Ubiquitin-Mediated Ddegradation. ***J. Biol. Chem.* 280,** 25802-25810. .

113. Liping, S., Trausch-Azar, J.S., **Ciechanover, A.,** Schwartz, A.L. (2005). Ubiquitin-Proteasome-Mediated Degradation, Intracellular Localization, and Protein Ssynthesis of MyoD and Id1 during Muscle Differentiation. ***J. Biol. Chem.* 280,** 26448-26456.

114. Comellas, A.P., Dada, L.A., Lecuona, E., Pesce, L.M., Chandel, N.S., Quesada, N., Budinger, G.R., Strous, G.J., **Ciechanover, A.,** and Sznajder, J.I. (2006). Hypoxia-Mediated Degradation of Na,K-ATPase via Mitochondrial Reactive Oxygen Species and the Ubiquitin-Conjugating System. ***Circ. Res.* 98,** 1314-1322.

115. Cohen, S., Lahav-Baratz, S., and **Ciechanover, A.** (2006). Two Distinct Ubiquitin-Dependent Mechanisms are involved in NF-κB p105 Proteolysis. ***Biochem. Biophys. Res. Commn.* 345,** 7-13.

116. Sun, L., Trausch-Azar, J., **Ciechanover, A.,** and Schwartz, A.L. (2006). E2A protein degradation by the ubiquitin-proteasome system is stage-dependent during muscle differentiation. ***Oncogene*** Aug 7; [Epub ahead of print].

117. Goodman, S.R., **Ciechanover, A.J.**, Hulse, R.A., Feng Da, H., and Fluckiger, S. (2006). Nobel Round-Table Discussion #1: The Future of Interdisciplinary Research and Training. ***Exp. Biol. Med.*** (Maywood). **231**, 1225-1239.

118. Ehringhaus, S.H., **Ciechanover, A.J.,** Hulse, R.A., Pascal, C.B., and Goodman, S.R. (2006).  Nobel Round-Table Discussion #2: Conflicts of Interest, Scientific Misconduct, Fair Sharing, and Intellectual Property in an Interdisciplinary/Inter-Institutional Consortium.  ***Exp. Biol. Med.*** (Maywood). **231**, 1240-1254.

119. Ben Saadon, R., Zaarur, D., Ziv, T., and **Ciechanover, A.** (2006).  The Polycomb Protein Ring1B Generates Self Atypical Mixed Ubiquitin Chains Required for its *In Vitro* Histone H2A Ligase Activity. ***Mol. Cell.*** **24,** 701-711.

120. Herman- Bachinsky, Y., Ryoo, H.D., **Ciechanover, A.\*,** and Gonen, H. (2007).  Regulation of the Drosophila Ubiquitin Ligase DIAP1 is Mediated via Several Distinct Ubiquitin System Pathways.  ***Cell Death and Differentiation***.  **14**, 861-871.
     *Senior correspoinding author

121. Dada, L.A., Welch, L.C., Zhou, G., Ben Saadon, R., Ciechanover, A., and Sznajder, J.I. (2007).   Phosphorylation and Ubiquitination are Necessary for Na,K-ATPase endocytosis during Hypoxia.  ***Cell Signal.***  19, 1893-1898.

122. Shabek, N., Iwai, K., and **Ciechanover, A.** (2007).  Ubiquitin is Degraded by the Ubiquitin System as a Monomer and as Part of its Conjugated Target.  ***Biochem. Biophys. Res. Commun.*** **363**, 425-31.

**Review Articles:**

1.  Hershko, A., and **Ciechanover, A.** (1982). Mechanisms of Intracellular protein Breakdown. ***Annu. Rev. Biochem.*** **51,** 335-364.
2.  Hershko, A. and **Ciechanover, A.** (1986). The Ubiquitin Pathway for Degradation of Intracellular Proteins. ***Prog. Nucl. Ac. Res. Mol. Biol.*** **33,** 18-56.
3.  **Ciechanover, A.** and Schwartz, A.L. (1989). How Are Substrates Recognized by the Ubiquitin-Mediated Proteolytic System? ***Trends Biochem. Sci.*** **14,** 483-488.
4.  Hershko, A. and **Ciechanover, A.** (1992). The Ubiquitin-Mediated Proteolytic Pathway. ***Ann. Rev. Biochem.*** **61,** 761-807.
5.  Schwartz, A.L., and **Ciechanover, A.** (1992). Ubiquitin-Mediated Protein Modification and Degradation. ***Amer. J. Respir. Cell Mol. Biol.*** **7,** 463-468.
6.  **Ciechanover, A.** (1993). The Ubiquitin-Mediated Proteolytic Pathway. ***Brain Pathology*** **3,** 67-75.
7.  **Ciechanover, A.** and Schwartz, A. L. (1994). The Ubiquitin-Mediated Proteolytic Pathway: Mechanisms of Recognition of the Proteolytic Substrate and Involvement in the Degradation of Native Cellular Proteins. ***FASEB J.*** **8,** 182-191.
8.  **Ciechanover, A.** (1994). The Ubiquitin-Mediated Proteolytic System: New Insights Into Mechanisms of Action and Cellular Physiology**.** ***Biological Chemistry Hoppe-Seyler*** **375,** 565-581.
9.  **Ciechanover, A.** (1994). The Ubiquitin-Proteasome Pathway. ***Cell*** **79,** 13-21.
10. **Ciechanover, A.** (1996). Male Sterility and Ubiquitin-Mediated Proteolysis. ***Nature Medicine*** **2,** 1188-1191.
11. **Ciechanover, A.,** and Schwartz, A.L. (1998). The Ubiquitin-Proteasome Pathway: The Complexity and Myriad Functions of Proteins Death. ***Proc. Natl. Acad. Sci. USA*** **95,** 2727-2730.
12. Hershko, A. and **Ciechanover, A.** (1998). The Ubiquitin System. ***Annu. Rev. Biochem.*** **67,** 425-479.
13. **Ciechanover, A.** 1998. The Ubiquitin-Proteasome Pathway: On Proteins Death and Cell Life. ***EMBO J.*** **17,** 7151-7160.
14. Schwartz, A., and **Ciechanover, A.** (1998). The Ubiquitin-Proteasome Pathway: Involvement in the pathogenesis of Human Diseases. ***Annu. Rev. Med.*** **50,** 57-74.
15. Kornitzer, D., and **Ciechanover, A.** (2000). Modes of Regulation of Ubiquitin-Mediated Protein Degradation. ***J. Cell. Physiol.*** **182,** 1-11.
16. **Ciechanover, A.,** Orian, A., and Schwartz, A.L. (1999). The Ubiquitin-Mediated Proteolytic Pathway: Mode of Action and Clinical Implications. ***J. Cell. Biochem.*** **S34,** 40-51.
17. **Ciechanover, A.,** Orian, A., and Schwartz, A.L. (2000). Ubiquitin-Mediated Proteolysis: Biological Regulation via Destruction. ***BioEssays*** **22,** 442-451.
18. **Ciechanover. A.** (2000). The Ubiquitin System: From Obscurity to the Patient Bed. ***Nature Medicine*** **6,** 1075-1077. (Part of a commentary published on the occasion of winning the 2000 Lasker Award for Basic Medical Research: Hershko, A., **Ciechanover, A.,** and Varshavsky, A. (2000) The Ubiquitin System. ***Nature Medicine*** **6,** 1073-1081.
19. **Ciechanover, A.** (2001). Ubiquitin-Mediated Degradation of Cellular Proteins: Why Destruction is Essential for Construction, and How it Got from the Test Tube to the Patient's Bed. ***Isr. Med. Assoc. J.*** **3,** 319-327.

20.    **Ciechanover, A.** (2001).   Parkinson's Disease: Linking Ubiquitination, Parkin and Synphilin-1.  ***Nature Medicine 7,*** 1108-1109.

21.    Hershko A., and **Ciechanover A.** (2001).  Ubiquitin Conjugation as a Proteolytic Signal: The First Experiments.  Published in the "The Great Experiments Series" (ed. Benjamin Lewin).
       http://www.ergito.com/servlet/Master?trackID=18291x72&caller=experiments&chap=100&xect=11 (enter e-mail: c_tzachy@netvision.net.il; PW: menucha).

22.    **Ciechanover, A.**, and Schwartz, A.L. (2001).  Ubiquitin-Mediated Degradation of Cellular Proteins in Health and Disease.  ***Hepatology 35,*** 3-6.

23.    Amir, R., **Ciechanover, A.,** and Cohen, S. (2001).  The ubiquitin-proteasome system: the relationship between protein degradation and human diseases.  ***Harefuah  140,*** 1172-1176 (in Hebrew).

24.    Glickman, M., and **Ciechanover, A.** (2002).  The Ubiquitin Proteasome Pathway: Destruction for the Sake of Construction.  ***Physiological Reviews 82,*** 373-428.

25.    **Ciechanover, A.** (2003).  Introduction and Overview of the Ubiquitin System.  ***Current Seminars in Cancer Biology***.  **13,** 1-4.

26.    **Ciechanover A.** (2003).  The Ubiquitin Proteolytic System and  Pathogenesis of Human Diseases: A Novel Platform for Mechanism-Based Drug Targeting.  ***Biochem. Soc. Trans.* 31,** 474-481.

27.    **Ciechanover, A.**, and Brundin, P. (2003).  The Ubiquitin-Proteasome System in Neurodegenerative Diseases: Sometimes the Chicken, Sometimes the Egg.  ***Neuron* 40,** 427-446.

28.    Finley, D., **Ciechanover, A.,** and Varshavsky, A. (2004).  Ubiquitin as a Central Cellular Regulator.  ***Cell* S116,** S29-S32.

29.    **Ciechanover, A.,** and Ben-Saadon R. (2004).  N-Terminal Ubiquitination:  More Protein Substrates Join In.  ***Trends Cell Biol.* 14,** 103-106

30.    **Ciechanover, A.**, and Iwai, K. (2004).  The Ubiquitin System: From Basic Mechanisms to the Patient Bed.  ***IUBMB Life* 56,** 193-201.

31.    **Ciechanover, A.**, and Schwartz, A.L. (2004).  The ubiquitin system: pathogenesis of human diseases and drug targeting. ***Biochim. Biophys. Acta.* 1695**, 3-17.

32.    **Ciechanover, A.** (2005).  From the Lysosome to Ubiquitin and the Proteasome: The Rise of Proteolysis.  ***Nature Rev. Mol. Cell Biol.* 6,** 79-86.

33.    Hermann, J., **Ciechanover, A.,** Lerman, L.O., and Lerman, A. (2005).  The Ubiquitin-Proteasome System – Micro Target for Macro Intervention.  ***Intl. J. Cardiovascular Intervention* 7,** 5-13.

34.    **Ciechanover, A.** (2005).  Intracellular Protein Degradation: From a Vague Idea through The Lysosome and the Ubiquitin-Proteasome System and onto Human Diseases  and Drug Targeting (Nobel Lecture).  ***Cell Death Differ.* 12,** 1178-90.

35.    **Ciechanover, A.** (2005).  Early Work on the Ubiquitin Proteasome System:  An Interview with Aaron Ciechanover.  ***Cell Death Differ.* 12,** 1167-1177.

36.    **Ciechanover, A.** (2005).  Intracellular Protein Degradation: From a Vague Idea, through the Lysosome and the Ubiquitin-Proteasome System, and onto Human Diseases and Drug Targeting (Nobel Lecture).  ***Angew. Chem.*** (Int. Ed. Engl.).  **44**, 5944-5967.

37.    **Ciechanover, A.** (2006).  The Ubiquitin Proteolytic System:  From a Vague Idea, through Basic Mechanisms, and onto Human Diseases and Drug Targeting.  ***Neurology* 66** (2 Suppl. 1), S7-19.

38.   **Ciechanover, A.** (2006).  The Ubiquitin Proteolytic System: From an Idea to the Patient Bed.  ***Proc. Am. Thor. Soc.*** 3**, 21-31.**

39.   **Ciechanover, A.** (2006). Intracellular Protein Degradation:  From a Vague Idea, through the Lysosome and the Ubiquitin Proteasome System, and onto Human Diseases and Drug Targeting .  ***Exptl. Biol. Med.*** **231**, 1197-1211.

40.   Reinstein, E., and **Ciechanover, A.**  (2006).  Protein Degradation and Human Diseases – the Ubiquitin Connection.  ***Annal. Int.  Med.*** **145**, 676-684.

41.   **Ciechanover, A.** (2006).  Intracellular protein degradation: from a vague idea thru the lysosome and the ubiquitin-proteasome system and onto human diseases and drug targeting.  ***Exp. Biol. Med.*** (Maywood). **231**, 1197-1211.

42.   **Ciechanover, A.** (2006).  Intracellular Protein Degradation: From a Vague Idea, through the Lysosome and the Ubiquitin-Proteasome System, and onto Human Diseases and Drug Targeting (Nobel Lecture).  ***Isr. J. Chem.*** **46**, 121-136.

43.   **Ciechanover, A.** (2006).  Intracellular Protein Degradation: From a Vague Idea thru the Lysosome and the Ubiquitin-Proteasome System and onto Human Diseases and Drug Targeting.  ***Hematology*** (Am. Soc. Hematol. Educ. Program.), 1-12.

44.   **Ciechanover, A.** (2007).  Intracellular Protein Degradation: From a Vague Idea thru the Lysosome and the Ubiquitin-Proteasome System and onto Human Diseases and Drug Targeting.  ***Ann. N.Y. Acad. Sci.*** **1116,** 1-28.

**Book Chapters:**

1.   Hershko, A., Heller, H., Ganoth, D. and **Ciechanover, A.** (1978). Mode of Degradation of Abnormal Globin Chains in Rabbit Reticulocytes. **In:** Protein Turnover and Lysosome Function (H.L. Segal and D.J. Doyle, eds.) Academic Press, New York. pp. 149-169.

2.   Schwartz, A.L., **Ciechanover, A.J.,** Lodish, H.F., Slot, J.W., Strous, G.J.A.M. and Geuze, H.J. (1983). Receptor Mediated Endocytosis of the Hepatic Asialoglycoprotein Receptor. **In:** Structural Carbohydrates of the Liver (H. Popper, W. Reutter, F. Gudat and E. Kottgen, eds.) MTP Press Limited, Lancaster, England. pp. 589-593.

3.   **Ciechanover, A.,** Finley, D. and Varshavsky, A. (1984). The Ubiquitin Mediated Proteolytic Pathway and Mechanisms of Energy Dependent Intracellular Protein Degradation. **In:** Protein Transport and Secretion. (D.L. Oxender, ed.). Alan R. Liss, New York. pp. 137-163.

4.   **Ciechanover, A.,** Schwartz, A.L. and Lodish, H.F. (1984). Sorting and Recycling of Cell Surface Receptors and Endocytosed Ligands: The Asialoglycoprotein and the Transferrin Receptors. **In:** Protein Transport and Secretion (D.L. Oxender, ed.) Alan R. Liss, New York. pp. 113-136.

5.   Patel, V.P., **Ciechanover, A.,** Platt, O. and Lodish, H.F. (1985). Loss of Adhesion of Erythrocyte Precursors to Fibronectin during Erythroid Differentiation. **In:** Hematopoietic Stem Cell Physiology (E.P. Cronkite, N. Dainiak, R.P. McCaffrey, J. Palek and P.J. Quesenberry, eds.). Alan R. Liss, New York. pp. 355-368.

6.   **Ciechanover, A.,** Schwartz, A.L. and Lodish, H.F. (1986). Sorting and Recycling of Cell Surface Receptors and Endocytosed Ligands: The Asialoglycoprotein and Transferrin Receptors. **In:** Mechanisms of Receptor Regulation: New Horizons in Therapeutics (S.T. Crooke and G. Poste, eds.) Plenum Press, New York. pp. 225-253.

7.   **Ciechanover, A.** (1987). The Ubiquitin Mediated Pathway and Energy Dependent Mechanisms for Intracellular Protein Degradation. **In:** Lysosomes: Their Role in Protein Breakdown. (H. Glaumann and F.J. Ballard, eds.) Academic Press, New York and London. pp. 561-602.

8.   **Ciechanover, A.** (1987). Regulation of the Ubiquitin Mediated Proteolytic Pathway: Role of the Substrate $\alpha$-NH$_2$ Group and of Transfer RNA. **In:** Proteases in Biological Control and Biotechnology. (D. Cunningham and G. Long, eds.) Alan R. Liss, New York. pp. 197-216.

9.   **Ciechanover, A.** (1988). Role of Transfer RNA in the Degradation of Selective Substrates of the Ubiquitin- and ATP-dependent Proteolytic System. **In:** Ubiquitin (M. Rechsteiner, ed.) Plenum press, New York. pp. 271-286.

10.  **Ciechanover, A.** (1988), Role of Transfer RNA in the Degradation of Acidic N-Termini Substrates of the Ubiquitin Pathway. **In:** The Ubiquitin System (M.J. Schlesinger and A. Hershko, eds.). Cold Spring Harbor Laboratory, Cold Spring Harbor, New York. pp. 84-90.

11.  Kulka, R.G., Raboy, B., Schuster, R., Parag, H.A., Diamond, G., **Ciechanover, A.** and Marcus M. (1988). The Heat-Shock Response in a Chinese Hamster Cell Mutant with a Temperature-Sensitive Ubiquitin-Activating Enzyme, E1. **In:** The Ubiquitin System (M.J. Schlesinger and A. Hershko, eds.). Cold Spring Harbor Laboratory, Cold Spring Harbor, New York. pp. 195-200.

12. **Ciechanover, A.** and Schwartz, A.L. (1989).  The Ubiquitin-Dependent Proteolytic Pathway: Specificity of Recognition of the Proteolytic Substrates.  **In:** Current Trends in Intracellular Protein Degradation (S. Grisolia and E. Knecht, eds.)  Springer-Verlag.  pp. 217-234.

13. Stoorvogel, W., Strous, G.J., **Ciechanover, A.,** and Schwartz, A.L. (1991).  Trafficking of the Transferrin Receptor.  **In:** Liver Diseases: Targeted Diagnosis and Therapy Using Specific Receptoyrs and Ligands. (G.Y. Wu, and C. H. Wu, eds.).  Marcel Dekker, Inc., New York, Basel, Hong Kong. pp. 267-304.

14. **Ciechanover, A.,** Dunn, W.A., Jr., and Schwartz, A.L. (1993).  The Ubiquitin-Mediated Proteolytic System: Studies on the Degradation of N-∀-Acetylated Proteins and on the Linkage to the Lysosomal Proteolytic Pathway.  **In:** Proteolysis and Protein Turnover (J. S. Bond and A. J. Barrett, eds.).  Portland Press, London and Chapel Hill pp. 89-96.

15. **Ciechanover, A.J.** and Schwartz, A. L. (1994).  The Ubiquitin-Mediated Proteolytic Pathway:  Mechanisms of Recognition of the Proteolytic Substrate and Involvement in the Degradation of Native Cellular Proteins.  **In:** Modern Cell Biology: Cellular Proteolytic Systems. (series editor, Harford, J. B.).  Wiley-Liss, New York, New York.  pp. 3-22.

16. **Ciechanover, A.**  (1995).  Intracellular Protein Degradation Via The Ubiquitin-Mediated Proteolytic Pathway.  **In:** Expression of Tissue Proteinases and Regulation of Protein Degradation as Related to Meat Quality (A. Ouali, Demeyer, D., and Smulders, F. J. M., eds.).  ECCEAMST-European Consortium for Continuing Education in Advanced Meat Science and Technology, Utrecht, The Netherlands. pp. 97-116.

17. **Ciechanover, A.,** Stancovski, I., Laszlo, A., Schwartz, A.L., and Bercovich, B. (1997).  Ubiquitin-Mediated Proteolysis and the Molecular Chaperone Hsc70.  **In:** Proteolysis in Cell Function (V.K. Hopsu-Havu, Jarvinen, M., and Kirschke, H. eds.).  IOS Press, Amsterdam.  pp. 47-54.

18. **Ciechanover, A.,** and Wiederanders, B.(1999).  Protein Degradation in Mammalian Cells.  **In:** Post-translational Processing:  A Practical Approach (S.J. Higgins and B.D.Hames,  eds.). Oxford University Press, Oxford, UK .  pp. 225-264.

19. **Ciechanover, A.,** Orian, A., and Schwartz, A.L. (2000).  The Ubiquitin-Proteasome Pathway in Mammals: Mechanisms of Action and Involvement in Pathogenesis of Diseases.  **In:**  Proteasomes: The World of Regulatory Proteolysis (W. Hilt and D.H. Wolf, eds.).  Landes Bioscience Press, Georgetown, and Eurekah.com, Austin, Texas, USA.  pp. 216-235.

20. **Ciechanover, A.** (2002).  Ubiquitin, Human.  **In:**  Wiley Encyclopedia of Molecular Medicine.  Volume 5, pp. 3301-3303.  John Wiley and sons, Inc.

21. **Ciechanover, A.** (2002).   Protein (Degradation).   **In:** McGraw Hill Encyclopedia of Science and Technology.  Volume 14, pp. 496-499.  McGraw Hill, New York.  9th Edition.

22. **Ciechanover, A.,** and Kornitzer, D.  (2003).  Proteasomes/Ubiquitination.  **In:** Handbook of Cell Signalling (Ralph A. Bradshaw, and Edward A. Dennis, eds.).  Elsevier Science, San Diego, California, USA, and Academic Press.  Vol. 3, Chapter 290, pp. 129-133.

23. **Ciechanover, A.,** and Glickman, M.H. (2004).  The Ubiquitin-Mediated Proteolytic System.  **In:** Life Sciences for the 21st Century (E. Keynan, M. Schechter, and M. Sela, eds.).  Wiley-VCH, Weinheim, Germany.    pp. 93-150

24.  **Ciechanover, A.,** and Glickman, M. (2004).  The Ubiquitin-Proteasome Sytsem.
        **In:**  Encyclopedia of Biological Chemistry (W.J. Lennarz and M.D. Lane, eds.).
        Academic Press/Elsevier Science, San Diego, USA.  Vol. 4, pp. 299-303.

25.  **Ciechanover, A.** (2005). N-terminal ubiquitination.  **In:**  Methods in Molecular Biology
        Volume 301.  Series: Ubiquitin-Proteasome Protocols (C. Patterson and D.M. Cyr,
        eds.).  Human Press, pp. 255-270.

26.  **Ciechanover, A.** (2005). N-terminal ubiquitination.  **In:**  Protein Degradation Handbook
        (R.J. Mayer, M. Rechsteiner, and A. Ciechanover, Eds.).  Wiley-VCH, Weinheim,
        Germany.  pp. 10-20.

27.  Glickman, M.H., and **Ciechanover, A.** (2005).  The Ubiquitin-Proteasome System for
        Controlling Cellular Protein Levels.  **In:**  The Encyclopedia of Molecular Cell
        Biology and Molecular Medicine, 2nd edition (R.A. Meyers, ed).  Wiley-VCH
        Verlag, GmbH & Co, Weinheim, Germany.  Vol. 15, pp. 89-109.

28.  **Ciechanover, A.** (2005).  Methods in Protein Ubiquitination.  **In:**  Cell Biology:
        A Laboratory Handbook (J. Celis, ed.).  3rd Edition.  Elsevier Science and
        Academic/Harcourt Press (in press).

29.  **Ciechanover, A.** (2007).  Protein Degradation.  **In:** McGraw Hill Encyclopedia of Science
        and Technology.  McGraw Hill, New York.  10th Edition (submitted; will be on
        line in 2005).

30.  **Ciechanover, A.** (2005).  Biography. **In:**  Les Prix Nobel.  The Nobel Foundation,
        Stockholm, Sweden.  Pp. 125-150.

31.  **Ciechanover, A.** (2005).  Intracellular Protein Degradation: From a Vague Idea thru the
        Lysosome and the Ubiquitin-Proteasome System and onto Human Diseases and
        Drug Targeting.  **In:**  Les Prix Nobel.  The Nobel Foundation, Stockholm,
        Sweden.  pp. 151-175.

32.  **Ciechanover, A.** (2006).  Intracellular Protein Degradation: From a Vague Idea thru the
        Lysosome and the Ubiquitin-Proteasome System and onto Human Diseases and
        Drug Targeting.  **In:**  The UPS in the Nervous System: From Physiology to
        Pathology (M. Di Napoli and C. Wójcik, eds.).  Nova Science Publishers, Inc.
        pp. 1-27.

33.  Kornitzer, D., and **Ciechanover, A.** (2008).  Proteasomes/Ubiquitination.  **In:**
        Handbook of Cell Signalling, 2nd ed.  (Ralph A. Bradshaw, and Edward A.
        Dennis, eds.).  Elsevier Science, San Diego, California, USA, and Academic Press
        (in press).

## Books and Special Journal Issues Edited:

1. **Ciechanover, A.J.** and Schwartz, A. L. eds. (1994).   Modern Cell Biology: Cellular Proteolytic Systems. (series editor, Harford, J. B.).  Wiley-Liss, New York, New York.  pp. 1-233.

2. **Ciechanover, A.J.,** and Masucci, M.G. (eds.) (2002).  The Ubiquitin-Proteasome Proteolytic System:  From Classical Biochemistry to Human Diseases.  **In:** Recent Advances in Human Biology.  Volume 9 (Charles E. Oxnard, Series Editor).  World Scientific.  New Jersey, London, Singapore and Hong Kong.  pp. 1-220.

3. **Ciechanover, A.** (ed.) (2003). ***Current Seminars in Cancer Biology.* 13,** 1-89.  Special issue on The Ubiquitin Proteolytic System and Pathogenesis of Cancer.  Academic Press and Elsevier Science, Ltd., The Netherlands.

4. Mayer, R.J., **Ciechanover, A.,** Rechsteiner, M., and (2005).  Protein Degradation Handbook, **Volume 1**  (R.J. Mayer, A. Ciechanover, and M. Rechsteiner, Eds.).  Volume 1.  Wiley-VCH, Weinheim, Germany.  pp. I-XVI, 1-377.

5. Mayer, R.J., **Ciechanover, A.,** and Rechsteiner, M. (2006).  Protein Degradation Handbook, **Volume 2**  (R.J. Mayer, A. Ciechanover, and M. Rechsteiner, Eds.).  Volume 2.  Wiley-VCH, Weinheim, Germany.  pp. I-XIV,  1-286.

6. Mayer, R.J., **Ciechanover, A.,** and Rechsteiner, M. (2006).  Protein Degradation Handbook, **Volume 3**  (R.J. Mayer, A. Ciechanover, and M. Rechsteiner, Eds.).  Volume 3.  Wiley-VCH, Weinheim, Germany.  pp. I-XIV, 1-238.

7.  Mayer, R.J., **Ciechanover, A.,** and Rechsteiner, M. (2008).  Protein Degradation Handbook, **Volume 4**  (R.J. Mayer, A. Ciechanover,  and M. Rechsteiner, Eds.).  Volume 4.  Wiley-VCH, Weinheim, Germany.  pp. I-XV, 1-242.

## Patents:

1. Development of an anti-tumor agent from Serum.  Along with Drs. Ofer Binah and Gila Maor, Faculty of Medicine, Technion.  Applied December 2002.

2. Utilization of pro-apoptotic peptides to promote apoptosis in malignant cells.  Along with Dr. Hedva Gonen, Faculty of Medicine, Technion, and Drs. Hermann Steller and Hyung-Don Ryoo, Rockefeller University, NY, USA.  Applied September 2002.

## Appendix B

## Materials Considered by Aaron Ciechanover, M.D., D.Sc.

In the preparation of this report, I have considered the documents and things identified herein, and referenced in my report. I have also relied upon my own individual background and experience.

United States Patent No. 6,410,516.

United States Patent No. 6,660,268.

Ciechanover, A. and Hershko, A., Early effects of serum on phospholipids metabolism in untransformed and oncogenic virus-transformed fibroblasts, *Biochem. Biophys. Res. Commun.* 1976 Nov 8;73(1):85-91.

Ciechanover, A., Hod, Y., and Hershko, A. A heat-stable polypeptide component of an ATP-dependent proteolytic system from reticulocytes, *Biochem. Biophys. Res. Commun.* 1978 Apr 28;81(4):1100-5.

Hershko, A. and Ciechanover, A., Mechanisms of intracellular protein breakdown, Annu. Rev. Biochem., 1982;51:335-64.

Ciechanover, A., Heller, H., Elias, S., Haas, A.L., and Hershko, A., ATP-dependent conjugation of reticulocyte proteins with the polypeptide required for protein degradation, Proc. Nat'l. Acad. Sci. USA, 1980 Mar;77(3):1365-8.

Hershko, A., Ciechanover, A., Heller, H., Haas, A.L. and Rose, I.A., Proposed role of ATP in protein breakdown: Conjugation of proteins with multiple chains of the polypeptide of ATP-dependent proteolysis, *Proc. Nat'l Acad. Sci. USA.* Apr;77(4):1783-6.

Ciechanover, A., Heller, H., Katz-Etzion, R., and Hershko, A., Activation of the heat-stable polypeptide of the ATP-dependent proteolytic system, *Proc. Nat'l. Acad. Sci. USA* 1981 Feb;78(2):761-5.

Hershko, A., Ciechanover, A., and Rose, I.A., Identification of the active amino acid residue of the polypeptide of ATP-dependent protein breakdown. *J. Biol. Chem.* 1981 Feb 25;256(4):1525-8.

Haas, A.L., Rose, I.A. and Hershko, A., Purification of the ubiquitin activating enzyme required for ATP-dependent protein breakdown, 1981; *Fed. Proc.* 40, 1691.

Ciechanover, A., Elias, S., Heller, H., and Hershko, A., "Covalent affinity" purification of ubiquitin-activating enzyme, *J. Biol. Chem.* 1982 Mar 10;257(5):2537-42.

Haas, A.L., and Rose, I.A. The mechanism of ubiquitin activating enzyme, *J. Biol. Chem.* 1982 Sep 10;257(17):10329-37.

Hershko, A., Heller, H., Elias, S., and Ciechanover, A., Components of ubiquitin-protein ligase system, *J. Biol. Chem.* 1983 Jul 10; 258(13):8206-14.

Hershko, A., Eytan, E., Ciechanover, A., and Haas, A.L. Immunochemical analysis of the turnover of ubiquitin-protein conjugates in intact cells, *J. Biol. Chem.* 1982 Dec 10: 257(23):13964-70.

Fan, C.M., Maniatis, T., Generation of p50 subunit of NF-kappa B by processing of p105 through an ATP-dependent pathway, *Nature.* 1991 Dec 5;354(6352):395-8.

Palombella V.J., Rando, O.J., Goldberg, A.L., Maniatis T., The ubiquitin-proteasome pathway is required for processing the NF-kappa B1 precursor protein and the activation of NF-kappa B, *Cell.* 1994 Sep 9;78(5):773-85.

Calbiochem Product Data Sheet, from www.emdbiosciences.com/Products/pds.asp?catno=208719.

Saito, Y., Kawashima, S., Enhancement of neurite outgrowth in PC12h cells by a protease inhibitor, *Neurosci. Lett.* 1988 Jun 17;89(1):102-7.

Beg, A.A., Finco, T.S., Nantermet, P.V., Baldwin A.S. Jr., Tumor necrosis factor and interleukin-1 lead to phosphorylation and loss of I kappa B alpha: a mechanism for NF-kappa B activation, *Mol. Cell. Biol.* 1993 Jun;13(6):3301-10.

Henkel, T., Machleidt, T., Alkalay, I., Krönke, M., Ben-Neriah, Y., Baeuerle, P.A., Rapid proteolysis of I kappa B-alpha is necessary for activation of transcription factor NF-kappa B, *Nature,* 1993 Sep 9;365(6442):182-5.

Chen, Z., Hagler, J., Palombella, V.J., Melandri, F., Scherer, D., Ballard, D., Maniatis, T., Signal-induced site-specific phosphorylation targets I kappa B alpha to the ubiquitin-proteasome pathway, *Genes Dev.* 1995 Jul 1;9(13):1586-87.

Alkalay, I., Yaron, A., Hatzubai, A., Orian, A., Ciechanover, A., Ben-Neriah, Y., Stimulation-dependent I kappa B alpha phosphorylation marks the NF-kappa B inhibitor for degradation via the ubiquitin-proteasome pathway, *Proc. Nat'l Acad. Sci. USA.* 1995 Nov 7;92(23):10599-603.

Orian, A., Whiteside, S., Israël, A., Stancovski, I., Schwartz, A.L., Ciechanover, A., Ubiquitin-mediated processing of NF-kappa B transcriptional activator precursor p105.  Reconstitution of a cell-free system and identification of the ubiquitin-carrier protein, E2, and a novel ubiquitin-protein ligase, E3, involved in conjugation, *J. Biol. Chem.* 1995 Sep 15;270(37)21707-14.

Yaron, A., Gonen, H., Alkalay, I., Hatzubai, A., Jung, S., Beyth, S., Mercurio, F., Manning, A.M., Ciechanover, A, Ben-Neriah, Y., Inhibition of NF-kappa-B cellular function via specific targeting of the I-kappa-B-ubiquitin ligase, *EMBO J.* 1997 Nov. 3; 16(21):6486-94.

Yaron, A., Hatzubai, A., Davis, M., Lavon, I., Amit, S., Manning, A.M., Anderson, J.S., Mann, M., Mercurio, F., Ben-Neriah, Y., Identification of the receptor component of the I-kappa-B-alpha-ubiquitin ligase. *Nature.* 1998 Dec. 10;396(6711):590-4.

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on May 22, 2008, I caused to be electronically filed a true and correct copy of Declaration of Aaron Ciechanover, M.D., D.Sc. with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

I further certify that on May 22, 2008, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY E-MAIL (by agreement of counsel):

David Greenwald
David R. Marriot
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

_____/s/ Melanie K. Sharp_____

Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801
(302) 571-6681
msharp@ycst.com