IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION,<br><br>　　　　　Plaintiffs.<br><br>　v.<br><br>ARIAD PHARMACEUTICALS, INC., et al.,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C. A. No. 06-259-MPT<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **22ⁿᵈ** day of **May, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, May 29, 2008 at 12:00 Noon** with Judge Thynge. The purpose of the teleconference is to learn the Court's ruling on Arial's motion to amend/clarify (D.I. 555). **Counsel for Ariad shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

　　　　　　　　　　　　　　　　　　/s/ Mary Pat Thynge
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE