# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 28, 2008

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, Delaware 19801

**VIA ELECTRONIC FILING**

Re:  *Amgen Inc., et al. v. ARIAD Pharmaceuticals, et al.,*
C.A. No. 06-259-MPT

Dear Judge Thynge:

On behalf of the parties to the above matter, I write in advance of tomorrow's teleconference with the Court to respectfully request that Your Honor set aside a few additional minutes to discuss the Court's expectations for the June 19, 2008 claim construction/dispositive motions hearing. The parties are obviously interested in focusing our presentation in a manner helpful to the Court. In addition to the claim construction briefing, below is a list of all pending dispositive and *Daubert* motions filed by the parties:

Dispositive motions

Amgen's motion for summary judgment on written description (D.I. 583)
Amgen's motion for summary judgment on infringement (D.I. 587)
Amgen's motion for summary judgment on willfulness (D.I. 604)
ARIAD's motion for partial summary judgment on inequitable conduct (D.I. 573)
ARIAD's motion for partial dismissal for lack of subject matter jurisdiction (D.I. 575)

Daubert motions

Amgen's motion to preclude Dr. Jeffrey Ravetch (D.I. 601)
Amgen's motion to preclude Dr. Kathryn Calame's testimony regarding certain infringement
    experiments conducted by Dr. Joel Pomerantz (D.I. 594)
Amgen's motion to preclude Dr. Kathryn Calame/Harry Manbeck (D.I. 597)
Amgen's motion to preclude Dr. Ryan Sullivan (D.I. 591)
ARIAD's motion to preclude Dr. Aaron Ciechanover (D.I. 578)
ARIAD's motion to preclude Mr. Gerald Mossinghoff (D.I. 578)

{00219964;v1}

The Honorable Mary Pat Thynge
May 28, 2008
Page 2

                                      Respectfully,

                                      /s/ *John G. Day*

                                      John G. Day


cc:    David Greenwald, Esquire (via electronic mail)
        Melanie K. Sharp, Esquire (by hand and via electronic mail)
        Marcus E. Sernel, Esquire (via electronic mail)

Case 1:06-cv-00259-MPT    Document 650    Filed 05/28/2008    Page 2 of 2

{00219964;v1}