IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, | |
| Plaintiffs, | C.A. No. 06-259-MPT |
| v. | |
| ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | |
| Defendants. | **REDACTED PUBLIC VERSION** |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, | |
| Counterclaim-Defendants. | |

## SUPPLEMENTAL DECLARATION OF DAVID GREENWALD

### (VOLUME I OF IV)

*Of Counsel:*

Evan R. Chesler
Keith R. Hummel
David R. Marriott
David Greenwald
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Dated: May 22, 2008

ASHBY & GEDDES
Steven J. Balick (I.D. #2403)
John G. Day (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for ARIAD Pharmaceuticals, Inc.,*
*Massachusetts Institute of Technology, The President and*
*Fellows of Harvard College and The Whitehead Institute*
*for Biomedical Research*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, <br><br> Defendants. | C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION, <br><br> Counterclaim-Defendants. | |

**SUPPLEMENTAL DECLARATION OF DAVID GREENWALD**

ASHBY & GEDDES
Steven J. Balick (#2403)
John G. Day (#2114)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888

*Counsel for ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, the President and Fellows of Harvard College and the Whitehead Institute for Biomedical Research*

I, David Greenwald, declare as follows:

I am a member of Cravath, Swaine & Moore LLP, counsel for ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, the President and Fellows of Harvard College and the Whitehead Institute for Biomedical Research (collectively "ARIAD") in connection with this action. I make this declaration in support of ARIAD's memoranda in opposition to Amgen's (i) motions for summary judgment; (ii) motions to preclude testimony; and (iii) opening brief on claim construction, all of which were filed on April 25, 2008.

1. Attached hereto as Exhibit 1 is a true and correct copy of a document dated March 2, 2001 titled "QL: sTNF-RI Reporter Gene Bioassay," bearing production stamps AM-AR0442479 – AM-AR0442487.

2. Attached hereto as Exhibit 2 is a true and correct copy of a email dated May 4, 2001 from Fritz Casselman to Vasant Gandhi, J.D., Ph.D., with enclosure, bearing production stamps ARI 72027 – ARI 72030.

3. Attached hereto as Exhibit 3 is a true and correct copy of an email dated October 5, 2001 from Chris Dippel to Fritz Casselman, with enclosure, bearing production stamps ARI 71888 – ARI 71892.

4. Attached hereto as Exhibit 4 is a true and correct copy of an email dated October 24, 2001 from Chris Dippel to Fritz Casselman, bearing production stamps ARI 71841 – ARI 71842.

5. Attached hereto as Exhibit 5 is a true and correct copy of Jennifer D. Gorman, *et al.*, *Treatment of Ankylosing Spondylitis by Inhibition of Tumor Necrosis Factor α*, 346 New England J. Med. 1349-56 (2002), with corrections page.

6.      Attached hereto as Exhibit 6 is a true and correct copy Paul F. Lizzul *et al.,* *Differential Expression of Phosphorylated NF-κB/RelA in Normal and Psoriatic Epidermis and Downregulation of NF-κB in Response to Treatment with Etanercept,* 124 J. Invest. Dermatol. 1275-1283 (2005).

7.      Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Dr. Inder Verma dated November 9, 2006, submitted in the Merged Proceeding of *Ex Parte* Reexamination Nos. 90/007,503 and 90/007,828, without exhibits.

8.      Attached hereto as Exhibit 8 are true and correct copies of Schematics 2 and 3 appended to the Declaration of Dr. Inder Verma dated November 9, 2006, submitted in the Merged Proceeding of *Ex Parte* Reexamination Nos. 90/007,503 and 90/007,828.

9.      Attached hereto as Exhibit 9 is a true and correct copy of Isabelle Dichamp, *et al., Increased Nuclear Factor-κB Activation in Peripheral Blood Monocytes of Patients with Rheumatoid Arthritis Is Mediated Primarily by Tumor Necrosis Factor-a,* 34 J. Rheumatol. 1976-83 (2007).

10.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from Sankar Ghosh, *Handbook of Transcription Factor NF-kappaB* (Sankar Ghosh ed., 2007).

11.     Attached hereto as Exhibit 11 is a true and correct copy of a document titled "Amgen Laboratory Notebook Number:  67046" bearing production stamps AM-AR20000823 – AM-AR2000827.

12.     Attached hereto as Exhibit 12 is a true and correct copy of an Office Communication from the United States Patent and Trademark Office to Cooper & Dunham, LLP, dated 7/06/2007.

13.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the Amgen Entities' Responses to ARIAD's First Set of Requests for Admission, dated July 11, 2007.

14.    Attached hereto as Exhibit 14 is a true and correct copy of Amgen's Supplemental Privilege Log, dated August 10, 2007.

15.    Attached hereto as Exhibit 15 is a true and correct copy of the Amgen Entities' Responses to ARIAD's Second Set of Interrogatories, dated July 11, 2007.

16.    Attached hereto as Exhibit 16 is a true and correct copy of the Declaration of Dr. Inder Verma dated October 19, 2007, submitted in the Merged Proceeding of *Ex Parte* Reexamination Nos. 90/007,503 and 90/007,828, without exhibits.

17.    Attached hereto as Exhibit 17 is a true and correct copy of a document dated October 22, 2007 titled "Response to July 6, 2007 Final Office Action, Summary of August 22, 2007 Examiner Interview, Statement of Concurrent Proceedings under 37 C.F.R. § 1.565., and Supplemental Information Disclosure Statement," submitted in the Merged Proceeding of *Ex Parte* Reexamination Nos. 90/007,503 and 09/007,828.

18.    Attached hereto as Exhibit 18 is a true and correct copy of a letter from Jamie McDole to David I. Gindler, dated November 9, 2007.

19.    Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the deposition of Laurie Allen, dated November 30, 2007.

20.    Attached hereto as Exhibit 20 is a true and correct copy of the Amgen Entities' First Supplemental Responses to ARIAD's Second Set of Requests for Admission Nos. 205-215, dated December 19, 2007.

21.    Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the deposition of Fritz Casselman, dated December 20, 2007.

- 4 -

22.     Attached hereto as Exhibit 22 is a true and correct copy of the Expert Report of Aaron Ciechanover, M.D., D.Sc., dated January 15, 2008.

23.     Attached hereto as Exhibit 23 is a true and correct copy of the Expert Report of Kathryn Calame, Ph.D, dated January 18, 2008.

24.     Attached hereto as Exhibit 24 is a true and correct copy of the Expert Report of Randolph Wall, Ph.D., dated January 18, 2008.

25.     Attached hereto as Exhibit 25 is a true and correct copy of the Expert Report of Jeffrey V. Ravetch, M.D., Ph.D., dated January 18, 2008.

26.     Attached hereto as Exhibit 26 is a true and correct copy of the Initial Expert Report of Ryan Sullivan, Ph.D., dated January 18, 2008, without exhibits.

27.     Attached hereto as Exhibit 27 is a true and correct copy of the Opening Expert Report of Warner Craig Greene, M.D., Ph.D., dated January 18, 2008.

28.     Attached hereto as Exhibit 28 is a true and correct copy of a letter from Laurie A. Allen to David Scott, dated January 31, 2008.

29.     Attached hereto as Exhibit 29 is a true and correct copy of the Expert Report of Walter Bratic, dated February 22, 2008.

30.     Attached hereto as Exhibit 30 is a true and correct copy of the Expert Report of Harry F. Manbeck, Jr., Esq., dated February 22, 2008.

31.     Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the deposition of Michele Hooper, M.D., dated February 22, 2008.

32.     Attached hereto as Exhibit 32 is a true and correct copy of the Rebuttal Expert Report of Jeffrey V. Ravetch, M.D., Ph.D., dated February 22, 2008.

33.     Attached hereto as Exhibit 33 is a true and correct copy of the Expert Report of Kathryn Calame, Ph.D, dated March 7, 2008.

- 5 -

34.     Attached hereto as Exhibit 34 is a copy of the Expert Report of Harry F. Manbeck, Jr., Esq., dated March 7, 2008.

35.     Attached hereto as Exhibit 35 is a true and correct copy of the Reply Expert Report of Ryan Sullivan, Ph.D., dated March 7, 2008, without exhibits.

36.     Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the deposition of Alisa Erika Koch, M.D., dated March 20, 2008.

37.     Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the deposition of James Mark Jackson, M.D., dated March 21, 2008.

38.     Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the deposition of Kathryn Calame, Ph.D., dated March 26, 2008.

39.     Attached hereto as Exhibit 39 is a true and correct copy of excerpts from the deposition of Walter Bratic, dated April 1, 2008.

40.     Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the deposition of Jeffrey V. Ravetch, M.D., Ph.D., dated April 3, 2008.

41.     Attached hereto as Exhibit 41 is a true and correct copy of excerpts from the deposition of Joel Pomerantz, Ph.D., dated May 12, 2008.

42.     Attached hereto as Exhibit 42 is a true and correct copy of a document titled "Development and Qualification Report Gene Expression Bioassay for sTNF-RI" bearing production stamps AM-AR0359308 – AM-AR0359331.

43.     Attached hereto as Exhibit 43 is a true and correct copy of a document titled "K562-NF-kB-Luc Luciferase Reporter Cell Line Description" bearing production stamps AM-AR0442505 – AM-AR0442511.

44.    Attached hereto as Exhibit 44 is a true and correct copy of an email dated November 27, 2001, from Fritz Casselman to Harvey J. Berger, with enclosure, bearing production stamps ARI 72466 – ARI 72468.

45.    Attached hereto as Exhibit 45 is a true and correct copy of excerpts from the deposition of David Baltimore, dated September 26, 2007.

46.    Attached hereto as Exhibit 46 is a true and correct copy of the Expert Report of David M. Livingston, M.D., dated February 22, 2008.

47.    Attached hereto as Exhibit 47 is a true and correct copy of the Supplemental Expert Report of the Honorable Gerald J. Mossinghoff Regarding Willful Infringement, dated February 21, 2008.

48.    Attached hereto as Exhibit 48 is a true and correct copy of Alexei V. Miagkov, *et al.*, *NF-Kb Activation Provides the Potential Link Between Inflammation And Hyperplasia In the Arthritic Joint*, 95 Proc. Nat'l Acad. Sci. 13859-13864 (1998).

49.    Attached hereto as Exhibit 49 is a true and correct copy of David S. Latchman, *Transcription Factors: An Overview*, 29 Int'l J. Biochem. Cell Biol. 1305-1312 (1997).

50.    Attached hereto as Exhibit 50 is a true and correct copy of a Certification Pursuant to Fed. R. Evid. 902(11) of Joel Pomerantz, Ph.D., dated May 12, 2008.

51.    Attached hereto as Exhibit 51 is a true and correct copy of excerpts from the deposition of Randolph Wall, Ph.D., dated March 27, 2008.

52.    Attached hereto as Exhibit 52 is a true and correct copy of a Response and Amendment dated February 12, 2001, filed in the United States Patent and Trademark Office in the Application of Baltimore, *et al.*., Serial No. 08/464,364.

53.    Attached hereto as Exhibit 53 is a true and correct copy of a Response and Amendment dated September 12, 2001, filed in the United States Patent and Trademark Office in the Application of Baltimore, *et al..*, Serial No. 08/464,364.

54.    Attached hereto as Exhibit 54 is a true and correct copy of a Response and Amendment dated January 14, 1999, filed in the United States Patent and Trademark Office in the Application of Baltimore, *et al..*, Serial No. 08/464,364.

55.    Attached hereto as Exhibit 55 is a true and correct copy of an Office Communication from the United States Patent and Trademark Office to Foley, Hoag and Eliot, LLP, dated 7/12/1998.

56.    Attached hereto as Exhibit 56 is a true and correct copy of a Notice of Allowance dated October 4, 2001 in the Application of Baltimore, *et al..*, Serial No. 08/464,364.

57.    Attached hereto as Exhibit 57 is a true and correct copy of the Reply Report of Jeffrey V. Ravetch, M.D., Ph.D., dated March 5, 2008.

58.    Attached hereto as Exhibit 58 is a true and correct copy of a Response and Amendment dated May 30, 2000, filed in the United States Patent and Trademark Office in the Application of Baltimore, *et al..*, Serial No. 08/464,364.

59.    Attached hereto as Exhibit 59 is a true and correct copy of A. Shrivastava, *et al., Inhibition of Transcriptional Regulator Yin-Yang-1 by Association with c-Myc*, 262 Science 1889-1892 (December 1993).

60.    Attached hereto as Exhibit 60 is a true and correct copy of Yi Lin, *et al., Repression of c-myc Transcription by Blimp-1, an Inducer of Terminal B Cell Differentiation*, 276 Science 596-599 (April 1997).

61.     Attached hereto as Exhibit 61 is a true and correct copy of Jeong-Ho

Hong, *et al.*, *TAZ, a Transcriptional Modulator a Mesenchymal Stem Cell Differentiation*, 309

Science 1074-1078 (August 2005).

62.     Attached hereto as Exhibit 62 is a true and correct copy of Marcia M.

Schilling, *et al.*, *Re-evaluating the FOXO1-PGC-1α connection*, 443 Nature E10-11 (October

2006).

63.     Attached hereto as Exhibit 63 is a true and correct copy of Cindy S.

Malone, *et al.*, *B29 Gene Silencing in Pituitary Cells is Regulated by Its 3' Enhancer*, 362 J.

Mol. Biol. 173-183 (2006).

64.     Attached hereto as Exhibit 64 is a true and correct copy of Joel Pomerantz,

*et al.*, *Card 11 mediated factor-specific activation of NF-kB by the T cell receptor complex*, 21 The

EMBO Journal 5184, 5187 (2002).

65.     Attached hereto as Exhibit 65 is a true and correct copy of Takashi Fujita,

*et al.* , *Interferon-β Gene Regulation:  Tandemly Repeated Sequences of a Synthetic 6 bp*

*Oligomer Function as a Virus-Inducible Enhancer*, 49 Cell 357-367 (1987).

66.     Attached hereto as Exhibit 66 is a true and correct copy of the court's

Findings of Fact and Conclusions of Law dated July 6, 2007, from the litigation

captioned *ARIAD Pharmaceuticals, Inc. v. Eli Lilly & Co.*, Civ. Action No. 02-11280-RWZ

(D. Mass.).

67.     Attached hereto as Exhibit 67 is a true and correct copy of a document

titled "Memorandum in Support of Defendant's Renewed Motion for Judgment as a

Matter of Law or, in the Alternative, a New Trial" dated September 23, 2007, from the

litigation captioned *ARIAD Pharmaceuticals, Inc. v. Eli Lilly & Co.*, Civ. Action No. 02-

11280-RWZ (D. Mass.).

68.     Attached hereto as Exhibit 68 is a true and correct copy of a document titled "Questions to the Jury on Special Verdict" signed May 4, 2006, from the litigation captioned *ARIAD Pharmaceuticals, Inc. v. Eli Lilly & Co.*, Civ. Action No. 02-11280-RWZ (D. Mass.).

69.     Attached hereto as Exhibit 69 is a true and correct copy of a document dated March 15, 2004 titled "Laboratory Notebook," bearing production stamps AM-AR20000802 – AM-AR20000822.

70.     Attached hereto as Exhibit 70 is a true and correct copy of the Amgen Entities' Responses to ARIADs Third Set of Requests for Admission, dated December 12, 2007.

71.     Attached hereto as Exhibit 71 is a true and correct copy of the Reply Expert Report of Walter Bratic, dated March 7, 2008, with exhibits.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2008

_____
David Greenwald

- 10 -

# EXHIBIT 1

# EXHIBIT REDACTED

# EXHIBIT 2

# EXHIBIT REDACTED

# EXHIBIT 3

**EXHIBIT REDACTED**

# EXHIBIT 4

# EXHIBIT REDACTED

# EXHIBIT 5

# The New England Journal of Medicine

*Copyright © 2002 by the Massachusetts Medical Society*

VOLUME 346     MAY 2, 2002     NUMBER 18



## TREATMENT OF ANKYLOSING SPONDYLITIS BY INHIBITION OF TUMOR NECROSIS FACTOR α

JENNIFER D. GORMAN, M.D., KENNETH E. SACK, M.D., AND JOHN C. DAVIS, JR., M.D., M.P.H.

### ABSTRACT

***Background*** There are few effective treatments for ankylosing spondylitis, which causes substantial morbidity. Because of the central role of tumor necrosis factor α in the spondyloarthritides, we performed a randomized, double-blind, placebo-controlled trial of etanercept, a recombinant human tumor necrosis factor receptor (p75):Fc fusion protein, in patients with ankylosing spondylitis.

***Methods*** Forty patients with active, inflammatory ankylosing spondylitis were randomly assigned to receive twice-weekly subcutaneous injections of etanercept (25 mg) or placebo for four months. The primary end point was a composite of improvements in measures of morning stiffness, spinal pain, functioning, the patient's global assessment of disease activity, and joint swelling. Patients were allowed to continue taking nonsteroidal antiinflammatory drugs, oral corticosteroids (≤10 mg per day), and disease-modifying antirheumatic drugs at stable doses during the trial.

***Results*** Treatment with etanercept resulted in significant and sustained improvement. At four months, 80 percent of the patients in the etanercept group had a treatment response, as compared with 30 percent of those in the placebo group (P=0.004). Improvements over base-line values for various measures of disease activity, including morning stiffness, spinal pain, functioning, quality of life, enthesitis, chest expansion, erythrocyte sedimentation rate, and C-reactive protein, were significantly greater in the etanercept group. Longitudinal analysis showed that the treatment response was rapid and did not diminish over time. Etanercept was well tolerated, with no significant differences in rates of adverse events between the two groups.

***Conclusions*** Treatment with etanercept for four months resulted in rapid, significant, and sustained improvement in patients with ankylosing spondylitis. (N Engl J Med 2002;346:1349-56.)
Copyright © 2002 Massachusetts Medical Society.

ANKYLOSING spondylitis is a chronic inflammatory disease characterized by axial skeletal ankylosis, inflammation at the insertions of tendons (enthesitis), and occasionally, peripheral arthritis. Although ankylosing spondylitis has been considered a relatively benign form of arthritis,[1] a recent study showed that the rates of pain and disability among patients with ankylosing spondylitis were similar to the rates among those with rheumatoid arthritis.[2] Moreover, many patients have severe inflammatory symptoms even decades after diagnosis of the disease.[3-8] No therapy has been shown to slow the progression of axial disease in patients with ankylosing spondylitis.[9]

Tumor necrosis factor α (TNF-α) may play a part in the pathogenesis of ankylosing spondylitis and other forms of spondyloarthritis. Increased expression of TNF-α has been reported in the serum,[10,11] synovium,[12,13] and sacroiliac joints[14] in affected patients. In addition, axial ankylosis and enthesopathies resembling human ankylosing spondylitis develop in transgenic mice with increased expression of TNF-α.[15] Studies have demonstrated the efficacy of anti–TNF-α agents for the treatment of other inflammatory arthritides.[16-19] We performed a study to evaluate the efficacy of etanercept, a dimeric fusion protein of the human 75-kD (p75) tumor necrosis factor receptor linked to the Fc portion of human IgG₁ (Enbrel, Immunex, Seattle), for the treatment of ankylosing spondylitis.

## METHODS

### Patients

The study was conducted from July 1999 to December 2001. Patients were recruited from rheumatology practices in northern California. To be eligible for enrollment, patients had to meet the

From the Division of Rheumatology, University of California, San Francisco. Address reprint requests to Dr. Davis at the Division of Rheumatology, University of California, 533 Parnassus Ave., San Francisco, CA 94143, or at jdavis@medicine.ucsf.edu.

Downloaded from www.nejm.org on May 17, 2008 . For personal use only. No other uses without permission.
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

modified New York clinical criteria for definite ankylosing spondylitis,[20] have evidence of active spondylitis despite accepted treatments, and be at least 18 years old. Active spondylitis was defined as the presence of inflammatory back pain (stiffness and pain that worsened with rest and improved with exercise), morning stiffness for at least 45 minutes, and at least moderate disease activity as assessed by the patient and the physician. The patient's global assessment of disease activity was based on a five-point scale (1, none; 2, mild; 3, moderate; 4, severe; and 5, very severe). The physician's assessment was measured with the use of a visual-analogue scale (a 100-mm horizontal line with 0 mm representing the absence of disease activity and 100 mm very severe activity); a moderate or higher level of disease activity was defined by the placement of a vertical line at 40 mm or higher.

Patients continued to take drugs that had already been prescribed for ankylosing spondylitis if the doses had not been changed for at least four weeks before randomization and if they remained unchanged throughout the trial. Acceptable medications included nonsteroidal antiinflammatory drugs (NSAIDs), oral corticosteroids (≤10 mg per day), gold injections (≤50 mg per month), methotrexate (≤20 mg per week), and sulfasalazine (≤3 g per day).

Patients were excluded if they had a spondylitis other than ankylosing spondylitis, clinical or radiographic evidence of complete spinal ankylosis, a history of recurrent infections or cancer, or a serious liver, renal, hematologic, or neurologic disorder.

The study was approved by the committee on human research at the University of California, San Francisco, and by the Food and Drug Administration. All patients provided written informed consent. The majority of funding for the study was provided by the National Institute of Arthritis and Musculoskeletal and Skin Diseases. Immunex, the pharmaceutical funding source, supplied etanercept and placebo and provided partial funding. Immunex was not involved in the study design, data collection, statistical analysis, or manuscript preparation; these tasks were performed by the authors.

## Protocol

We randomly assigned patients to receive twice-weekly subcutaneous injections of placebo or etanercept (25 mg) for four months. Clinical and laboratory assessments were performed at the time of screening and on study days 1, 28, 56, 84, and 112. The assessments included a physical examination, evaluation of disease activity, and laboratory tests (complete blood count; measurements of electrolytes, blood urea nitrogen, and creatinine; liver-function tests; and urinalysis). Laboratory tests and physical examination were also performed on day 14 to assess the safety of the treatment. Serum was tested for antinuclear antibodies, antibodies to double-stranded DNA, and rheumatoid factor at the time of screening and at four months.

On completion of the study, patients were given the opportunity to enroll in a six-month, open-label extension study in which all patients received etanercept. Clinical and laboratory assessments were conducted at base line (the last day of the placebo-controlled study) and on days 140, 196, and 280 during the extension study.

On the basis of the recommendations issued by the Assessments in Ankylosing Spondylitis Working Group,[21] we used questionnaires, physical examination, and laboratory tests to evaluate disease activity. Questionnaires were used to determine the duration of morning stiffness (in minutes), the degree of spinal pain at night (as represented on a 100-mm visual-analogue scale, with 0 mm indicating the absence of pain and 100 mm the most severe pain), and the patient's and physician's global assessments of disease activity. Functioning was evaluated with the Bath Ankylosing Spondylitis Functional Index (10 questions about the ability to perform specific tasks, with the use of a visual-analogue scale labeled "easy" at one end and "impossible" at the other)[22] and the Dougados Functional Index (20 questions about the ability to

perform specific tasks on a three-point scale, with 0 indicating no difficulty performing the task; 1, able to perform it but with difficulty; and 2, unable to perform the task).[23] Fatigue was evaluated with the Fatigue Severity Scale (nine questions, with 0 indicating no fatigue and 7 the most fatigue),[24] and the Medical Outcomes Study Short-Form Health Survey[25] (SF-36) was used to measure the quality of life (on a 100-point scale, with 100 indicating the best quality of life).

Physical examination included an assessment of tenderness at 17 tendon-insertion sites according to the modified Newcastle Enthesis Index (with a score of 0 indicating no pain; 1, mild tenderness; 2, moderate tenderness; and 3, tenderness severe enough to elicit a wince or withdrawal)[26,27]; assessment of 66 joints for pain and 64 joints for swelling, both on a four-point scale (with 0 indicating none; 1, mild; 2, moderate; and 3, severe)[28]; measurement of chest expansion (the circumference difference, in centimeters, between full inspiration and expiration)[29]; measurement of lumbar flexion, in centimeters, according to the modified Schober's Index[21]; and measurement, in centimeters, of the distance from the back of the head to the wall while the patient was standing with back and heels against the wall.[30]

The laboratory evaluation consisted of measurements of the Westergren erythrocyte sedimentation rate and C-reactive protein. The latter was measured only at base line and on day 112.

A statistician not otherwise involved with the study randomly assigned patients to the study groups, using computer-generated, random blocks of two and four. Cards with the group assignments were placed in sequentially numbered envelopes that were opened by the study pharmacist as each patient was enrolled. The patients and study investigators were unaware of the group assignments.

## Adverse Events

At each visit, the study nurse asked the patients about reactions at the injection site; this information was not reported to the investigators responsible for obtaining measurements. Before examination, all patients covered the last two injection sites with bandages, regardless of the presence or absence of a reaction at the site. Side effects were monitored at each clinic visit by means of open-ended questions about any problems that had occurred since the previous visit. Adverse events and changes in laboratory values were graded on a scale derived from the Common Toxicity Criteria of the National Cancer Institute.[31]

## Outcome Measures

The primary outcome measure was a prespecified, composite treatment response, defined as 20 percent or greater improvement in at least three of five measures of disease activity, as recommended by the Assessments in Ankylosing Spondylitis Working Group[21] (duration of morning stiffness, degree of nocturnal spinal pain, the Bath Ankylosing Spondylitis Functional Index, the patient's global assessment of disease activity, and the score for joint swelling), one of which was required to be duration of morning stiffness or degree of nocturnal spinal pain, with no worsening in any of the measures. If the swollen-joint score was zero throughout the study, improvement was required in at least two of the four other outcome measures, with the aforementioned restrictions. Secondary outcome measures included the physician's global assessment of disease activity, measures of spinal mobility, the scores for enthesitis and peripheral-joint tenderness, the erythrocyte sedimentation rate, and the C-reactive protein level.

## Statistical Analysis

The study was designed with 80 percent power to detect a response rate of 27 percent in the placebo group as compared with a response rate of 71 percent in the etanercept group. The target sample was 40 patients, in order to allow for the withdrawal of up to 2 patients per treatment group.

Downloaded from www.nejm.org on May 17, 2008 . For personal use only. No other uses without permission.
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

The main analysis, based on the intention-to-treat principle, consisted of a comparison of data from the last visit of each randomized patient with data from the base-line visit. For continuous measures, we calculated the change from base line in each patient and compared the mean changes in the two study groups using the Mann–Whitney test for two independent groups.[32] For categorical and ordinal data, we compared the two groups at the last visit with the use of Fisher's exact test (two-tailed).[32] A second analysis, which included only patients who completed the study, paralleled the intention-to-treat analysis. The analysis of adverse events, performed with Fisher's exact test (two-tailed), was a comparison of the number of patients in each group who had a specific sign or symptom.

All statistical tests were two-sided, with a P value of 0.05 or less considered to indicate statistical significance. Analyses were performed with the use of SAS software, version 8.2.

## RESULTS

### Patients

The base-line characteristics of the patients are shown in Table 1. Thirty-one men and nine women were enrolled. The mean age was 39 years (range, 20 to 66), and the mean duration of disease was 13 years (range, 1 to 40). Approximately three quarters of the patients were white, and 92 percent were positive for HLA-B27. There were two statistically significant differences between the study groups that may have indicated the presence of more severe disease in the etanercept group: a lower mean SF-36 score for physical functioning (41.8 in the etanercept group vs. 61.0 in the placebo group, $P=0.01$) and a lower mean hemoglobin level (12.6 vs. 13.6 units, $P=0.04$).

Patients in the etanercept group were more likely than those in the placebo group to be receiving corticosteroids, disease-modifying antirheumatic drugs, or both and were more likely to be receiving more than one medication (two or more of the following: NSAIDs, sulfasalazine, methotrexate, gold, and prednisone). Despite the use of these agents, however, there was a trend toward a higher erythrocyte sedimentation rate and a higher score on the Bath Ankylosing Spondylitis Functional Index in the group treated with etanercept than in the placebo group ($P=0.07$ and $P=0.06$, respectively). Eight patients in each group (40 percent) had a swollen-joint score of zero throughout the study.

Three patients withdrew from the study. One of the 20 patients randomly assigned to receive etanercept withdrew for personal reasons unrelated to the study (on day 84), and 2 of the 20 patients assigned to receive placebo withdrew because of lack of efficacy (both on day 28).

### Efficacy

On the basis of the prespecified definition of a treatment response and the intention-to-treat principle, the response rate at four months was 80 percent in the etanercept group and 30 percent in the placebo group ($P=0.004$). Patients treated with etanercept had sig-

**TABLE 1.** BASE-LINE CHARACTERISTICS OF THE PATIENTS.*

| CHARACTERISTIC | ETANERCEPT (N=20) | PLACEBO (N=20) |
|---|---|---|
| Male sex (%) | 65 | 90 |
| White race (%) | 75 | 70 |
| Positive for HLA-B27 (%) | 95 | 90 |
| Age (yr) | 38±10 | 39±10 |
| Duration of disease (yr) | 15±10 | 12±9 |
| Peripheral-joint involvement (%)† | 60 | 60 |
| Concomitant medications (%) | | |
|   Nonsteroidal antiinflammatory drugs | 80 | 95 |
|   Corticosteroids | 25 | 10 |
|   Disease-modifying antirheumatic drugs | 40 | 35 |
|   Combination therapy‡ | 45 | 35 |

*Plus–minus values are medians ±SD. There were no statistically significant differences between the two groups.

†Peripheral-joint involvement was defined as at least one swollen joint.

‡Combination therapy was defined as the receipt of more than one medication for the treatment of ankylosing spondylitis.

nificantly greater improvement in four of the five primary outcome measures that were combined to determine the treatment response than did patients in the placebo group (Table 2). The response to etanercept therapy was rapid and sustained; a significantly greater proportion of patients in the etanercept group had a predefined treatment response at one, three, and four months (Fig. 1).

The etanercept group also had significantly greater improvement in many of the secondary outcome measures than did the placebo group (Table 2). None of the changes from base line in joint counts (data not shown) or joint scores differed significantly between the two groups at four months, although there was a trend toward a benefit of etanercept in reducing joint tenderness. Of the mobility measures, only the change from base line in chest expansion differed significantly between the two groups, with an improvement in the etanercept-treated patients at the end of the study. The etanercept group also had significantly greater improvement in quality-of-life measures, particularly those related to physical functioning and health (Fig. 2).

Thirty-seven patients (18 in the placebo group and 19 in the etanercept group) completed the randomized, double-blind, placebo-controlled study and were treated with etanercept in an open-label extension study for six months. The response to etanercept was rapid in the group that had previously received placebo and paralleled the response of patients treated with etanercept throughout the entire 10-month study period (Fig. 1).

Downloaded from www.nejm.org on May 17, 2008 . For personal use only. No other uses without permission.
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

The New England Journal of Medicine

**TABLE 2.** OUTCOMES AT FOUR MONTHS.*

| OUTCOME | ETANERCEPT (N=20) | PLACEBO (N=20) | P VALUE† |
|---|---|---|---|
| **Primary** | | | |
| Treatment response — no. (%)‡ | 16 (80) | 6 (30) | 0.004 |
| Duration of morning stiffness — min | | | |
|   Base line | 90.0±50.6 | 60.0±70.7 | 0.12 |
|   Month 4 | 25.0±78.9 | 60.0±65.0 | <0.001 |
| Score for nocturnal spinal pain§ | | | |
|   Base line | 65.0±23.9 | 46.5±25.3 | 0.32 |
|   Month 4 | 15.0±24.3 | 38.0±27.8 | <0.001 |
| Mean swollen-joint score¶ | | | |
|   Base line | 3.7±8.1 | 3.2±5.3 | 0.53 |
|   Month 4 | 1.6±3.8 | 3.7±7.6 | 0.17 |
| Patient's global assessment of disease activity‖ | | | |
|   Base line | 3.0±0.7 | 3.0±0.7 | 0.33 |
|   Month 4 | 2.0±0.6 | 3.0±0.9 | <0.001 |
| Bath Ankylosing Spondylitis Functional Index** | | | |
|   Base line | 4.5±2.1 | 3.2±2.5 | 0.06 |
|   Month 4 | 2.2±2.1 | 3.1±3.0 | 0.11 |
| **Secondary** | | | |
| Physician's global assessment of disease activity†† | | | |
|   Base line | 54.5±19.6 | 48.0±16.4 | 0.29 |
|   Month 4 | 23.0±10.6 | 55.5±22.7 | <0.001 |
| Spinal mobility | | | |
|   Chest expansion — cm | | | |
|     Base line | 2.6±1.6 | 3.1±1.7 | 1.00 |
|     Month 4 | 3.5±1.9 | 2.9±1.7 | 0.006 |
|   Modified Schober's Index — lumbar | | | |
|     flexion — cm | 12.5±1.5 | 13.5±1.5 | 0.13 |
|     Base line | 13.4±1.6 | 13.4±1.5 | 0.26 |
|     Month 4 | | | |
|   Mean occiput-to-wall measurement — cm | | | |
|     Base line | 5.7±7.9 | 2.0±1.5 | 0.26 |
|     Month 4 | 4.7±7.6 | 2.7±4.4 | 0.11 |
| Modified Newcastle Enthesis Index‡‡ | | | |
|   Base line | 4.5±8.4 | 3.0±7.9 | 0.72 |
|   Month 4 | 0.0±3.0 | 1.5±8.0 | 0.001 |
| Score for peripheral-joint tenderness§§ | | | |
|   Base line | 3.5±10.5 | 2.5±11.8 | 0.40 |
|   Month 4 | 1.0±2.5 | 2.5±23.1 | 0.07 |
| Erythrocyte sedimentation rate — mm/hr | | | |
|   Base line | 34.5±23.1 | 20.0±16.3 | 0.07 |
|   Month 4 | 8.5±12.8 | 16.5±18.7 | <0.001 |
| C-reactive protein — mg/dl | | | |
|   Base line | 2.0±1.8 | 1.5±1.2 | 0.44 |
|   Month 4 | 0.7±1.1 | 2.0±2.8 | 0.003 |

*Plus−minus values are medians ±SD unless otherwise noted; mean values are means ±SD.

†Base-line P values are for the difference between the two groups, and P values at month 4 are for the difference in the change from base line between the two groups; in both cases, P values were calculated with the two-tailed Mann–Whitney test. The comparison of the treatment response in the two groups was calculated with Fisher's exact test.

‡A treatment response was defined as 20 percent or greater improvement in at least three of five outcome measures (duration of morning stiffness, degree of nocturnal spinal pain, the Bath Ankylosing Spondylitis Functional Index, the patient's global assessment of disease activity, and the score for joint swelling).

§Pain was measured on a 100-mm visual-analogue scale, with 0 denoting none, and 100 the most severe pain.

¶A total of 64 peripheral joints were evaluated for swelling on a four-point scale (0, none; 1, mild; 2, moderate; and 3, severe).

‖Disease activity was scored on a scale from 0 (none) to 5 (very severe).

**Functional limitations were scored on a scale from 0 (none) to 10 (severe limitations).

††Disease activity was assessed on a 100-mm visual-analogue scale, with 0 denoting none, and 100 the most severe activity.

‡‡Seventeen entheses were scored on a four-point pain scale (0, none; 1, mild; 2, moderate; and 3, eliciting a wince or withdrawal).

§§Sixty-six peripheral joints were scored on a four-point scale for tenderness (0, none; 1, mild; 2, moderate; and 3, severe).

Downloaded from www.nejm.org on May 17, 2008 . For personal use only. No other uses without permission.
Copyright © 2002 Massachusetts Medical Society. All rights reserved.



**Figure 1.** Percentage of Patients in Each Study Group Who Had a Treatment Response.

A treatment response was defined as 20 percent or greater improvement in at least three of five outcome measures (duration of morning stiffness, degree of nocturnal spinal pain, the Bath Ankylosing Spondylitis Functional Index, the patient's global assessment of disease activity, and the score for joint swelling). The patients in the etanercept group received etanercept throughout the 10-month study period; those in the placebo group received placebo for 4 months, followed by etanercept for 6 months. The differences between the groups were statistically significant at month 1 (P<0.001), month 3 (P=0.03), and month 4 (P=0.004). During the open-label portion of the trial, there were no statistically significant differences between the two groups.

Base-line medications were not altered during the randomized, double-blind, placebo-controlled study. During the open-label extension period, however, the dose was decreased or the medication discontinued in 66 percent of the patients receiving corticosteroids, 63 percent of those receiving methotrexate, 63 percent of those receiving sulfasalazine, and 73 percent of those receiving NSAIDs.

**Adverse Events**

There were no serious adverse events or withdrawals because of adverse events, and the two study groups did not differ significantly with regard to either the overall rate of adverse events or the rates of specific events. The most common adverse events were reactions at the injection site and minor infections. Five patients in the etanercept group and one patient in the placebo group had at least one injection-site reaction. Minor, uncomplicated infections of the upper respiratory tract occurred in 10 etanercept-treated patients and 12 placebo-treated patients. The only other adverse event that occurred in more than 10 percent of either group was diarrhea, which devel-

oped in three patients in the etanercept group and one patient in the placebo group. Two patients treated with etanercept had mild cellulitis that responded to oral antibiotics; in one of the two, it occurred at an injection site.

Two neurologic events occurred in one patient treated with etanercept. The first was tinnitus without obvious cause, which occurred on day 28 and resolved spontaneously after three days. At two months, the same patient noted an increased frequency of preexisting muscle fasciculations involving the left orbicularis oculi and left quadriceps femoris. Neurologic examination and laboratory tests showed no abnormalities. The study medication was withheld pending the results of a neurologic consultation, magnetic resonance imaging of the brain, electromyography, nerve-conduction studies, and repetitive-nerve-stimulation studies. No abnormalities were noted on any of the evaluations, and the neurologic consultant diagnosed benign fasciculations. After 35 days without medication, the frequency of the patient's symptoms returned to base line and remained at this level with the reintroduction of the study medication.

At the end of the randomized, double-blind, placebo-controlled trial, two patients in the placebo group and two in the etanercept group had an anti-nuclear-antibody titer of 1:80. None of the patients had lupus-like symptoms or antibodies to double-stranded DNA. Tests for rheumatoid factor were negative in all four patients at both the start and the end of the study period.

The most common adverse events during the six-month open-label extension study were similar to those that occurred during the randomized, double-blind, placebo-controlled study, with injection-site reactions in five patients and upper respiratory tract infections in nine. The only other infection during the open-label period was a dental abscess that occurred in one patient after a root canal had been performed. Headache, the only other adverse event that occurred in more than 10 percent of the patients during the open-label period, occurred in four patients. Self-limited episodes of elevated serum creatinine, aminotransferase, and bilirubin levels occurred in one patient each, and one patient had self-limited glycosuria. Hypoalbuminemia and edema of the legs and feet developed in one patient but resolved without treatment.

**DISCUSSION**

The demonstrated efficacy of etanercept for the treatment of ankylosing spondylitis is a promising development in the treatment of this disease. Until recently, treatment has mainly been supportive, consisting of NSAIDs and physical therapy. Therapeutic options were limited by the paucity of controlled

Downloaded from www.nejm.org on May 17, 2008 . For personal use only. No other uses without permission.
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

The New England Journal of Medicine



**Figure 2.** Effect of Treatment on the Quality of Life at Four Months.
The asterisks denote P<0.05, by the two-tailed Mann–Whitney test, for the comparison between the etanercept and placebo groups. The improvement in physical role in the etanercept group (marked with a dagger) was actually 334.8 percent but is shown truncated to 100 percent.

studies of second-line agents in the spondyloarthritides.[33] Sulfasalazine, the most frequently studied disease-modifying antirheumatic drug, has been evaluated in eight randomized, placebo-controlled trials.[9] A large, recent study, involving 264 patients, demonstrated a small improvement in peripheral joint disease but no improvement in axial symptoms.[27] In all the trials of sulfasalazine, efficacy appeared to be restricted to early disease.[9] The only other disease-modifying antirheumatic drugs that have been evaluated for the treatment of ankylosing spondylitis in randomized, placebo-controlled trials are penicillamine[34] and auranofin,[9] and neither was effective.

In our study, treatment with etanercept resulted in significant improvements in measures of axial and peripheral diseases, with a rapid and sustained response to the drug. The marked reduction in stiffness, pain, and functional limitations with etanercept therapy is particularly promising, since these are the primary problems reported by patients with ankylosing spondylitis[6] and are among the leading causes of disability.[3,35] The statistically significant improvements in both the patients' and the physicians' global assessments of disease activity demonstrate the benefit of etanercept with respect to overall health.

These results are particularly notable because of the duration and extent of disease activity in the patients in our study. Despite the use of NSAIDs, disease-modifying antirheumatic drugs, prednisone, or a combination of these drugs, clinical measures at base line indicated the presence of active inflammatory disease. The prolonged duration of the disease is an important factor, because pain and functional disability increase over time[2,5] and may become increasingly refractory to therapeutic interventions.[27]

The only measures in our study that did not improve significantly with etanercept therapy were the modified Schober's Index, the occiput-to-wall measurement, the Fatigue Severity Scale (data not shown), and the counts (data not shown) and scores for tenderness in peripheral joints. The lack of significant improvement in two of the three measures of spinal mobility, which is not entirely unexpected, may be due to the presence of areas of spinal ossification resulting from prolonged disease. The lack of significant improvement in the Fatigue Severity Scale is

Downloaded from www.nejm.org on May 17, 2008 . For personal use only. No other uses without permission.
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

somewhat surprising in view of the other benefits observed, although this scale has not been validated in studies of ankylosing spondylitis. The failure of peripheral joints to improve significantly with anti−TNF-α therapy is difficult to interpret, since trials with anti−TNF-α agents in patients with other inflammatory arthritides have shown marked reductions in both tenderness and swelling of joints.[16,18,36]

The measure of enthesitis improved significantly with etanercept therapy. Although the Assessments in Ankylosing Spondylitis Working Group has not recommended a measure of enthesis for use in clinical trials, the modified Newcastle Enthesis Index[26,27] is sensitive to change and easy to use, particularly with the reduction in the number of sites evaluated, as implemented by Clegg et al.[27] The reliability and validity of this measure may require additional study.

There are only two reports on trials of a TNF-α blocker for the treatment of ankylosing spondylitis; both were open-label studies of infliximab (Remicade), a chimeric (human−mouse) monoclonal antibody to TNF-α.[37,38] Although the two studies differed with respect to the duration of disease and prior and concurrent exposure to conventional therapies, the results were similar, with statistically significant improvements in disease measures within two to six weeks after the initiation of therapy. Brandt et al. also reported improvement in a controlled trial involving 70 patients with ankylosing spondylitis, substantiating the findings in the open-label studies.[39]

A randomized, placebo-controlled study of etanercept for the treatment of psoriatic arthritis showed a significant improvement in all clinical end points among the patients who received etanercept.[18] The main criterion for inclusion in the study was the presence of active peripheral-joint disease; the axial response was not evaluated. However, direct application of these results to the treatment of ankylosing spondylitis is difficult because of distinct differences between psoriatic arthritis and ankylosing spondylitis,[40-43] including more erosive peripheral-joint disease and less frequent axial involvement in psoriatic arthritis.

The neurologic symptoms observed in a single patient in our trial deserve consideration in the light of reports of demyelinating disease in patients with rheumatoid arthritis or psoriatic arthritis who were treated with etanercept.[44] In our patient with neurologic symptoms, no clinical or laboratory abnormalities were identified, and the symptoms were not exacerbated by rechallenge with etanercept. However, our understanding of the effect of anti−TNF-α therapy on the nervous system is limited, and patients receiving this therapy should therefore be closely monitored.

The results of our study show that etanercept al-

leviates many of the disabling symptoms of ankylosing spondylitis and can be used safely in combination with other antiinflammatory and immunosuppressive agents. The paucity of effective therapies for this severe disease underscores the importance of these findings. Long-term studies with larger numbers of patients will be necessary to address the issue of safety further and to determine the effects of etanercept on the progression of spinal ankylosis.

Supported by grants from the National Institutes of Health (N01-AR-9-2244 and NIH AR07304) and by Immunex.

Dr. Davis has served as a consultant to Immunex.

*We are indebted to Steve Lund, N.P., Maureen Fitzpatrick, M.P.H., Anne-Marie Duhme, B.S.N., R.N., Allison Webb, B.S., Melanie Vose, B.S., Jeffrey Kishiyama, M.D., Scott Fields, Pharm.D., Désirée van der Heidje, M.D., Ph.D., and David Wofsy, M.D., for their assistance.*

# REFERENCES

**1.** Wilkinson M, Bywaters EGL. Clinical features and course of ankylosing spondylitis: as seen in a follow-up of 222 hospital referred cases. Ann Rheum Dis 1958;17:209-28.
**2.** Zink A, Braun J, Listing J, Wollenhaupt J. Disability and handicap in rheumatoid arthritis and ankylosing spondylitis — results from the German rheumatological database. J Rheumatol 2000;27:613-22.
**3.** Gran JT, Skomsvoll JF. The outcome of ankylosing spondylitis: a study of 100 patients. Br J Rheumatol 1997;36:766-71.
**4.** Kennedy LG, Edmunds L, Calin A. The natural history of ankylosing spondylitis: does it burn out? J Rheumatol 1993;20:688-92.
**5.** Ringsdal VS, Andreasen JJ. Ankylosing spondylitis — experience with a self administered questionnaire: an analytical study. Ann Rheum Dis 1989;48:924-7.
**6.** Ward MM. Health-related quality of life in ankylosing spondylitis: a survey of 175 patients. Arthritis Care Res 1999;12:247-55.
**7.** Taylor AL, Balakrishnan C, Calin A. Reference centile charts for measures of disease activity, functional impairment, and metrology in ankylosing spondylitis. Arthritis Rheum 1998;41:1119-25.
**8.** Goodacre JA, Mander M, Dick WC. Patients with ankylosing spondylitis show individual patterns of variation in disease activity. Br J Rheumatol 1991;30:336-8.
**9.** Toussirot E, Wendling D. Current guidelines for the drug treatment of ankylosing spondylitis. Drugs 1998;56:225-40.
**10.** Gratacós J, Collado A, Filella X, et al. Serum cytokines (IL-6, TNF-alpha, IL-1 beta and IFN-gamma) in ankylosing spondylitis: a close correlation between serum IL-6 and disease activity and severity. Br J Rheumatol 1994;33:927-31.
**11.** Toussirot E, Lafforgue P, Boucraut J, et al. Serum levels of interleukin 1-beta, tumor necrosis factor-alpha, soluble interleukin 2 receptor and soluble CD8 in seronegative spondylarthropathies. Rheumatol Int 1994;13:175-80.
**12.** Grom AA, Murray KJ, Luyrink L, et al. Patterns of expression of tumor necrosis factor alpha, tumor necrosis factor beta, and their receptors in synovia of patients with juvenile rheumatoid arthritis and juvenile spondylarthropathy. Arthritis Rheum 1996;39:1703-10.
**13.** Cañete JD, Llena J, Collado A, et al. Comparative cytokine gene expression in synovial tissue of early rheumatoid arthritis and seronegative spondyloarthropathies. Br J Rheumatol 1997;36:38-42.
**14.** Braun J, Bollow M, Neure L, et al. Use of immunohistologic and in situ hybridization techniques in the examination of sacroiliac joint biopsy specimens from patients with ankylosing spondylitis. Arthritis Rheum 1995;38:499-505.
**15.** Crew MD, Effros RB, Walford RL, Zeller E, Cheroutre H, Brahn E. Transgenic mice expressing a truncated Moruymscus leucopus TNF-alpha gene manifest an arthritis resembling ankylosing spondylitis. J Interferon Cytokine Res 1998;18:219-25.
**16.** Weinblatt ME, Kremer JM, Bankhurst AD, et al. A trial of etanercept, a recombinant tumor necrosis factor receptor:Fc fusion protein, in patients with rheumatoid arthritis receiving methotrexate. N Engl J Med 1999;340:253-9.

Downloaded from www.nejm.org on May 17, 2008 . For personal use only. No other uses without permission.
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

The New England Journal of Medicine

**17.** Lovell DJ, Giannini EH, Reiff A, et al. Etanercept in children with polyarticular juvenile rheumatoid arthritis. N Engl J Med 2000;342:763-9.
**18.** Mease PJ, Goffe BS, Metz J, VanderStoep A, Finck B, Burge DJ. Etanercept in the treatment of psoriatic arthritis and psoriasis: a randomised trial. Lancet 2000;356:385-90.
**19.** Moreland LW, Schiff MH, Baumgartner SW, et al. Etanercept therapy in rheumatoid arthritis: a randomized, controlled trial. Ann Intern Med 1999;130:478-86.
**20.** van der Linden S, Valkenburg HA, Cats A. Evaluation of diagnostic criteria for ankylosing spondylitis: a proposal for modification of the New York criteria. Arthritis Rheum 1984;27:361-8.
**21.** van der Heijde D, Calin A, Dougados M, Khan MA, van der Linden S, Bellamy N. Selection of instruments in the core set for DC-ART, SMARD, physical therapy, and clinical record keeping in ankylosing spondylitis: progress report of the ASAS Working Group. J Rheumatol 1999;26:951-4.
**22.** Calin A, Garrett S, Whitelock H, et al. A new approach to defining functional ability in ankylosing spondylitis: the development of the Bath Ankylosing Spondylitis Functional Index. J Rheumatol 1994;21:2281-5.
**23.** Dougados M, Gueguen A, Nakache JP, Nguyen M, Mery C, Amor B. Evaluation of a functional index and an articular index in ankylosing spondylitis. J Rheumatol 1988;15:302-7.
**24.** Krupp LB, LaRocca NG, Muir-Nash J, Steinberg AD. The fatigue severity scale: application to patients with multiple sclerosis and systemic lupus erythematosus. Arch Neurol 1989;46:1121-3.
**25.** Ware JE Jr, Sherbourne CD. The MOS 36-item short-form health survey (SF-36). I. Conceptual framework and item selection. Med Care 1992; 30:473-83.
**26.** Mander M, Simpson JM, McLellan A, Walker D, Goodacre JA, Dick WC. Studies with an enthesis index as a method of clinical assessment in ankylosing spondylitis. Ann Rheum Dis 1987;46:197-202.
**27.** Clegg DO, Reda DJ, Weisman MH, et al. Comparison of sulfasalazine and placebo in the treatment of ankylosing spondylitis: a Department of Veterans Affairs Cooperative Study. Arthritis Rheum 1996;39:2004-12.
**28.** The Cooperating Clinics Committee of the American Rheumatism Association. A seven-day variability study of 499 patients with peripheral rheumatoid arthritis. Arthritis Rheum 1965;8:302-34.
**29.** Moll JM, Wright V. An objective clinical study of chest expansion. Ann Rheum Dis 1972;31:1-8.
**30.** Viitanen JV, Kokko ML, Heikkilä S, Kautiainen H. Neck mobility assessment in ankylosing spondylitis: a clinical study of nine measurements including new tape methods for cervical rotation and lateral flexion. Br J Rheumatol 1998;37:377-81.

**31.** Arbuck SG, Ivy SP, Setser A, et al. The revised Common Toxicity Criteria: version 2.0. Bethesda, Md.: Cancer Therapy Evaluation Program, 1999. (Accessed March 28, 2002, at http://ctep.cancer.gov/reporting/ctc.html.)
**32.** Conover WJ. Practical nonparametric statistics. New York: John Wiley, 1980:493.
**33.** Creemers MC, van Riel PL, Franssen MJ, van de Putte LB, Gribnau FW. Second-line treatment in seronegative spondylarthropathies. Semin Arthritis Rheum 1994;24:71-81.
**34.** Steven MM, Morrison M, Sturrock RD. Penicillamine in ankylosing spondylitis: a double blind placebo controlled trial. J Rheumatol 1985;12: 735-7.
**35.** Roussou E, Kennedy LG, Garrett S, Calin A. Socioeconomic status in ankylosing spondylitis: relationship between occupation and disease activity. J Rheumatol 1997;24:908-11.
**36.** Lipsky PE, van der Heijde DMFM, St Clair EW, et al. Infliximab and methotrexate in the treatment of rheumatoid arthritis. N Engl J Med 2000; 343:1594-602.
**37.** Brandt J, Haibel H, Cornely D, et al. Successful treatment of active ankylosing spondylitis with the anti-tumor necrosis factor alpha monoclonal antibody infliximab. Arthritis Rheum 2000;43:1346-52.
**38.** Stone M, Salonen D, Lax M, Payne U, Lapp V, Inman R. Clinical and imaging correlates of response to treatment with infliximab in patients with ankylosing spondylitis. J Rheumatol 2001;28:1605-14.
**39.** Brandt J, Alten R, Burmester G, et al. Three months results of a double-blind placebo controlled, phase-III clinical trial of infliximab in active ankylosing spondylitis. Ann Rheum Dis 2001;60:Suppl 1:61. abstract.
**40.** McEwen C, DiTata D, Lingg C, Porini A, Good A, Rankin T. Ankylosing spondylitis and spondylitis accompanying ulcerative colitis, regional enteritis, psoriasis and Reiter's disease: a comparative study. Arthritis Rheum 1971;14:291-318.
**41.** Helliwell PS, Hickling P, Wright V. Do the radiological changes of classic ankylosing spondylitis differ from the changes found in the spondylitis associated with inflammatory bowel disease, psoriasis, and reactive arthritis? Ann Rheum Dis 1998;57:135-40.
**42.** Braun J, Sieper J. The sacroiliac joint in the spondyloarthropathies. Curr Opin Rheumatol 1996;8:275-87.
**43.** González S, Martínez-Borra J, López-Larrea C. Immunogenetics, HLA-B27 and spondyloarthropathies. Curr Opin Rheumatol 1999;11: 257-64.
**44.** Mohan N, Edwards ET, Cupps TR, Oliverio PJ, Siegel JN. Demyelination diagnosed during etanercept (TNF receptor fusion protein) therapy. Arthritis Rheum 2000;43:Suppl:S228. abstract.

Copyright © 2002 Massachusetts Medical Society.

Downloaded from www.nejm.org on May 17, 2008 . For personal use only. No other uses without permission.
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

New England Journal of Medicine

**CORRECTION**

## Inhibition of Tumor Necrosis Factor α and Ankylosing Spondylitis

*To the Editor:* In a recent multicenter trial, Gorman et al. (May 2 issue)[1] found that 80 percent of patients with active ankylosing spondylitis had a favorable response to etanercept. Equivalent results are obtained with infliximab.[2] Data on uveitis are still lacking. We report a case of severe uveitis in a 45-year-old man that improved with infliximab.

In 1986, the patient was given a diagnosis of HLA-B27–positive ankylosing spondylitis. Since 1993, he had had recurrent bilateral anterior uveitis, leading to functional blindness of the right eye despite the use of antiinflammatory drugs, including corticosteroids. When he was seen in May 1996 because of persistent joint and eye inflammation, he was treated with 60 mg of prednisone per day and 15 mg of methotrexate per week; the dose of prednisone was then tapered. Despite an increase in the dose of methotrexate up to 25 mg per week, bilateral uveitis relapsed. Methotrexate treatment was discontinued in April 2001 because of lack of efficacy and alcoholic hepatitis.

In July 2001, a new relapse led to the initiation of treatment with intravenous cyclophosphamide at a monthly dose of 1000 mg. In January 2002, after six pulses of cyclophosphamide, severe uveitis occurred in the left eye, with a decrease in visual acuity from 10/10 to 5/10 and cystoid macular edema. After three pulses of methylprednisolone, 5 mg of infliximab per kilogram of body weight was administered on day 1, day 8, day 15, and at eight weeks. Cystoid macular edema decreased, visual acuity improved to 10/10, and ocular inflammation disappeared. The dose of oral prednisone was regularly and rapidly reduced to 25 mg per day without relapse. These findings suggest that inhibitors of tumor necrosis factor α (TNF-α) could be effective in the treatment of uveitis associated with ankylosing spondylitis, as they are for uveitis associated with Crohn's disease[3] or Behçet's disease.[4]

Bouchra Asli, M.D.
Bertrand Wechsler, M.D.
Claire Lemaître, M.D.
*Pitié-Salpêtrière Hospital*
*75651 Paris, CEDEX 13, France*
*bertrand.wechsler@psl.ap-hop-paris.fr*

**References**

1. Gorman JD, Sack KE, Davis JC Jr. Treatment of ankylosing spondylitis by inhibition of tumor necrosis factor α. N Engl J Med 2002;346:1349-1356.

2. Braun J, Brandt J, Listing J, et al. Treatment of active ankylosing spondylitis with infliximab: a randomised controlled multicentre trial. Lancet 2002;359:1187-1193.

3. Fries W, Giofre MR, Catanoso M, Lo Gullo R. Treatment of acute uveitis associated with Crohn's disease and sacroileitis with infliximab. Am J Gastroenterol 2002;97:499-500.

4. Sfikakis PP, Theodossiadis PG, Katsiari CG, Kaklamanis P, Markomichelakis NN. Effect of infliximab on sight-threatening panuveitis in Behcet's disease. Lancet 2001;358:295-296.

*To the Editor:* The role of TNF-α in ankylosing spondylitis is better understood than its role in rheumatoid arthritis. The predominant inflammatory cell at sites of acute enthesitis and osteitis is the macrophage, and a high level of expression of TNF-α has been shown at these sites. Animal models that demonstrate the efficacy of inhibiting tumor necrosis factor (TNF) are arguably better models for the pathogenesis of ankylosing spondylitis than for that of rheumatoid arthritis, and overexpression of TNF leads to a disease reminiscent of ankylosing spondylitis.[1] Evidence in the article by Gorman et al. suggests that up to 80 percent of patients with ankylosing spondylitis have a response to etanercept, as compared with patients with rheumatoid arthritis, who may not have a response — suggesting that TNF-α has a more central role in the pathogenesis of ankylosing spondylitis. We do not believe it is possible to extrapolate observations from peripheral synovial tissue to the enthesitis that characterizes spinal disease in ankylosing spondylitis. In addition, synovitis may be secondary to the release of TNF from these lesions.[2]

In contrast to the report of Gorman et al., we reported that fatigue improved by 57 percent in patients with ankylosing spondylitis who were treated with etanercept for 24 weeks, and this improvement was mirrored by improvement in spinal inflammatory lesions as determined by magnetic resonance imaging.[3] With regard to the many unanswered questions pertaining to the use of biologic agents in patients with ankylosing spondylitis, the pivotal issue is whether suppression of inflammation prevents new bone formation and ankylosis, the chief cause of chronic disability in patients with this disease.

Helena Marzo-Ortega, M.D.
Paul Emery, M.D.
Dennis McGonagle, M.D.
*University of Leeds*
*Leeds LS2 9NZ, United Kingdom*
*medhmo@leeds.ac.uk*

**References**

1. Crew MD, Effros RB, Walford RL, Zeller E, Cheroutre H, Brahn E. Transgenic mice expressing a truncated Peromyscus leucopus TNF-alpha gene manifest an arthritis resembling ankylosing spondylitis. J Interferon Cytokine Res 1998;18:219-225.

2. McGonagle D, Gibbon W, Emery P. Classification of inflammatory arthritis by enthesitis. Lancet 1998;352:1137-1140.

N Engl J Med 2003;348:359

Downloaded from www.nejm.org on May 17, 2008 . For personal use only. No other uses without permission.
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

3.  Marzo-Ortega H, McGonagle D, O'Connor P, Emery P. Efficacy of etanercept in the treatment of the entheseal pathology in resistant spondylarthropathy: a clinical and magnetic resonance imaging study. Arthritis Rheum 2001;44:2112-2117.

*The authors reply:* Regarding the report by Dr. Asli and colleagues of the successful treatment with infliximab of a case of HLA-B27–associated uveitis: although randomized, controlled studies of anti-TNF therapies for this indication are lacking, the use of these agents for the treatment of inflammatory eye disease is being increasingly reported.[1,2]

In an open-label study of etanercept in the treatment of spondyloarthritis, Dr. Marzo-Ortega and colleagues reported substantial improvement in fatigue. In their study, fatigue was measured by a single question from the Bath Ankylosing Spondylitis Activity Index.[3] Responses to this question about fatigue correlate significantly with responses to the eight components of the Medical Outcomes Study 36-item Short-Form General Health Survey (SF-36) that we used,[4] in six of which there was significant improvement with etanercept therapy in our trial. There may be several suitable measures of fatigue in patients with ankylosing spondylitis,[4] but at the time our study was initiated, no instrument had been deemed relevant by the Assessments in Ankylosing Spondylitis Working Group.[5]

We would like to make a correction to the response rate among etanercept-treated patients in our trial. One patient in the etanercept group during the randomized portion of the study was inadvertently classified as having had a response at four months. Although the patient had greater than 20 percent improvement in the duration of morning stiffness (33 percent), nocturnal spinal pain (65 percent), patient's global assessment of disease activity (25 percent), and Bath Ankylosing Spondylitis Functional Index (49 percent), the swollen-joint score had increased from 0 to 2 by the end of the study. According to the intention-to-treat principle with the last value carried forward, the percentage of patients in the etanercept group with a response to treatment (reported at the bottom of the left-hand column on page 1351, in Table 2, and in Figure 1 of our article) should be 75 percent instead of 80 percent, with a corrected P value of 0.01 by Fisher's exact test (two-tailed). We regret the error.

Jennifer D. Gorman, M.D.
Kenneth E. Sack, M.D.
John C. Davis, Jr., M.D., M.P.H.
*University of California, San Francisco*
*San Francisco, CA 94143*
*jdavis@medicine.ucsf.edu*

**References**

1.  Smith JR, Levinson RD, Holland GN, et al. Differential efficacy of tumor necrosis factor inhibition in the management of inflammatory eye disease and associated rheumatic disease. Arthritis Rheum 2001;45:252-257.

2.  Reiff A, Takei S, Sadeghi S, et al. Etanercept therapy in children with treatment-resistant uveitis. Arthritis Rheum 2001;44:1411-1415.

3.  Garrett S, Jenkinson T, Kennedy LG, Whitelock H, Gaisford P, Calin A. A new approach to defining disease status in ankylosing spondylitis: the Bath Ankylosing Spondylitis Disease Activity Index. J Rheumatol 1994;21:2286-2291.

4.  van Tubergen A, Coenen J, Landewe R, et al. Assessment of fatigue in patients with ankylosing spondylitis: a psychometric analysis. Arthritis Rheum 2002;47:8-16.

5.  van der Heijde D, Calin A, Dougados M, Khan MA, van der Linden S, Bellamy N. Selection of instruments in the core set for DC-ART, SMARD, physical therapy, and clinical record keeping in ankylosing spondylitis: progress report of the ASAS Working Group: Assessments in Ankylosing Spondylitis. J Rheumatol 1999;26:951-954.

Downloaded from www.nejm.org on May 17, 2008 . For personal use only. No other uses without permission.
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

# EXHIBIT 6

See related Commentary on page x

# Differential Expression of Phosphorylated NF-κB/RelA in Normal and Psoriatic Epidermis and Downregulation of NF-κB in Response to Treatment with Etanercept

Paul F. Lizzul, Abhishek Aphale, Rama Malaviya, Yvonne Sun, Salman Masud, Viktor Dombrovskiy, and Alice B. Gottlieb
Clinical Research Center, UMDNJ-Robert Wood Johnson Medical School, New Brunswick, New Jersey, USA

Etanercept, a recombinant human tumor necrosis factor (TNF) receptor fusion protein, is FDA approved for psoriasis and psoriatic arthritis. TNFα increases the synthesis of proinflammatory cytokines and leads to the activation of multiple signaling pathways, including nuclear factor kappa B (NF-κB). The Rel/NF-κB transcription factors play a central role in numerous cellular processes, including the stress response and keratinocyte proliferation and differentiation. Utilizing a phosphorylation-specific antibody, we examined the expression of active nuclear NF-κB/RelA via immunohistochemistry in normal skin, non-lesional psoriatic skin, lesional psoriatic skin, and lesional skin from patients treated with etanercept. There was no expression of active nuclear NF-κB in the normal epidermis, whereas a basal level of constitutive active phosphorylated NF-κB/RelA was present in uninvolved epidermis from psoriasis patients. There was also significant upregulation of active phosphorylated NF-κB/RelA in the epidermis from psoriatic plaques. Serial biopsies from psoriasis patients treated with etanercept at 1, 3, and 6 mo demonstrated a significant downregulation of phosphorylated NF-κB/RelA, which correlated with decreases in epidermal thickness, restoration of normal markers of keratinocyte differentiation, and clinical outcomes. These data suggest that activation of NF-κB plays a significant role in the pathogenesis of psoriasis and that a potential mechanism of action for TNF-targeting agents is downregulation of NF-κB transcriptional activity.

Key words: apoptosis/etanercept/keratinocyte/NF-κB/psoriasis
J Invest Dermatol 124:1275–1283, 2005

Psoriasis is a chronic papulosquamous disease that affects 1%–3% of the US population (Greaves and Weinstein, 1995; Lebwohl, 2003). It is commonly accepted that the two major pathological lesions observed in psoriasis are epidermal hyperproliferation with abnormal differentiation, and an inflammatory infiltration of the epidermis and dermis (Chaudhari et al, 2001). In the past, therapies for psoriasis had focused on treating epidermal hyperplasia, which was hypothesized to occur as a result of the abnormal proliferation and differentiation of basal keratinocytes (Bayliffe et al, 2004). It later became evident that there was a direct role for T cells in the pathogenesis of psoriasis (Bos et al, 1983). An important experimental result, which confirmed the direct link between T lymphocytes and psoriasis, was demonstrated by utilizing a fusion protein with specific cellular

toxicity to cells expressing functional interleukin-2 (IL-2) receptors. Patients treated with denileukin diftitox (Ontak, Ligand Pharmaceuticals, San Diego, California), which did not specifically affect keratinocytes, exhibited clinical resolution of psoriasis with histological reversal of epidermal hyperplasia (Gottlieb et al, 1995). This work set the foundation for additional studies over recent years that have culminated in the current view that the psoriatic process is driven by an orchestrated interplay between activated T cells, antigen-presenting cells (APC), and keratinocytes (Krueger, 2002), which leads to the release of numerous cytokines and chemokines that signal keratinocytes to hyperproliferate and undergo abnormal differentiation (Werner and Smola, 2001; Gottlieb et al, 2003b). Moreover, T cell activation is attributable to an ongoing stimulus delivered to T cells by APC and keratinocytes in the skin lesions creating a self-sustaining positive feedback loop. Given such a complex and multifactorial process it is not surprising that if these events were to perpetuate, a chronic inflammatory state would occur.

This immunological basis and theory of the disease has led to the development of targeted therapies with the promise of improved efficacy and safety profiles (Asadullah et al, 2002). Examples of biological agents in use or in continuing trials include etanercept (soluble anti-TNF (tumor necrosis factor) receptor) and infliximab (antibody targeted

Abbreviations: APC, antigen-presenting cell; CBP, Creb-binding protein; CD, cluster of differentiation; CLA, cutaneous lymphocyte antigen; Cox-2, cyclo-oxygenase 2; EBV, Epstein–Barr virus; HAT, histone acetyltransferase; HAT, histone acetyltransferase; HDAC, histone deacetylase; IκB₂, I kappa B alpha; ICAM, intercellular adhesion molecule; IFN, interferon; IKK, IκB kinase; IL, interleukin; IL-1β, interleukin 1 beta; LFA, lymphocyte function-associated antigen; MMP, matrix metalloprotease; NF-κB, nuclear factor kappa B; p/CAF, p300/CBP associated factor; TBP, TATA binding protein; TFIIB, transcription factor IIB; TNFα, tumor necrosis factor α; UVB, ultraviolet B

Copyright © 2005 by The Society for Investigative Dermatology, Inc.

against soluble TNFα), which target TNF activity, as well as alefacept (lymphocyte function-associated antigen 3 (LFA-3)/IgG1 fusion protein, which binds to CD-2 receptors on T cells and blocks the interaction of CD-2/LFA-3), and efalizumab (anti-CD11a (LFA-1), which blocks the cost-imulatory signal between LFA-1/ICAM-1) which targets the APC and T cell interaction.

TNFα controls and regulates the expression of numerous genes, and in doing so leads to cutaneous responses to environmental damage and inflammation. Although TNFα regulates immune and inflammatory responses, it has also been shown to effect tissue remodeling, cell motility, the cell cycle, and apoptosis (Gottlieb *et al*, 2003a; Gugasyan *et al*, 2004). This tremendous diversity is accomplished by inducing a characteristic set of downstream effectors. One of these effectors is the transcription factor nuclear factor kappa B (NF-κB).

The Rel/NF-κB proteins belong to a family of related transcription factors, which over the last 25 y have been characterized in most cell types and lineages (Baldwin, 1996). The regulation of gene activation by NF-κB involves the general transcription machinery as well as coactivators and chromatin-modifying factors (Schmitz, 1995; Schmitz and Baeuerle, 1995; Schmitz *et al*, 1995; Zhong *et al*, 1998). Another level of regulatory complexity involves the role that phosphorylation of Rel family members, such as Rel A, plays in its interaction with coactivators such as CBP/p300 and its ability to activate target gene transcription (Zhong *et al*, 1998).

NF-κB regulates the expression of an exceptionally large number of genes and has a well-characterized role in immune and inflammatory responses as well as in the protection against apoptotic cell death (Siebenlist *et al*, 1994; Barnes and Karin, 1997; Sonenshein, 1997). Moreover, a large and diverse set of distinct stimuli activate NF-κB (Ghosh *et al*, 1998). NF-κB is also highly activated at sites of inflammation in a diverse set of human diseases (Tak and Firestein, 2001). Altogether, these findings underscore the important role, which NF-κB plays within the immune system, and the potential of developing therapeutic agents that affect NF-κB function as a means to treat inflammatory disease.

Given the important role that NF-κB plays in regulating the expression of numerous target genes, and the resulting consequences for several human diseases, it is not surprising to find that a complex regulatory scheme controls Rel/NF-κB transcriptional activity. One of the most well-characterized mechanisms is the control of NF-κB subcellular localization by IκB family proteins (Beg *et al*, 1992). The elimination of IκBα allows NF-κB to accumulate in the nucleus and activate target gene expression (Maniatis, 1997). Interestingly, IκBα is also a transcriptional target of NF-κB and can downregulate further expression in an autoregulatory manner (Maniatis, 1997). A second level of regulation of NF-κB activity involves phosphorylation and occurs at the level of activation of the transcriptional activity of RelA (Wang and Baldwin, 1998). When IκB is degraded, RelA undergoes phosphorylation that results in transcriptional activity (Wang and Baldwin, 1998; Zhong *et al*, 1998). The activity of NF-κB is also regulated through interactions with coactivator and corepressor proteins. Recent data showed

that NF-κB-dependent transcriptional activation requires the coactivators CBP/p300 (Gerritsen *et al*, 1997). The phosphorylation of RelA enhances NF-κB transactivation by promoting the interaction of p65 with CBP (Zhong et *al*, 1997) and has been shown to be required for NF-κB-dependent gene expression (Sheppard *et al*, 1999; Wang *et al*, 1999c). Therefore, NF-κB activity is regulated in a complex manner and at multiple levels by a large number of proteins.

It is evident from this discussion that TNFα-mediated induction of synthesis of all these factors via NF-κB in lymphocytes, endothelial cells, dendritic cells, and keratinocytes mediates and increases the cellular infiltrate into the skin and simultaneously leads to keratinocyte hyperproliferation in psoriasis (Krueger, 2002). Therefore, it can be postulated that TNFα produced locally within psoriatic lesions creates a TNF positive feedback loop that amplifies and sustains the inflammatory process within plaques (Banno *et al*, 2004).

Etanercept is a fusion protein of two p75 TNF-receptor chains and fragments of the Fc region of human IgG. It is FDA approved for adult and juvenile rheumatoid arthritis, ankylosing spondylitis, psoriatic arthritis, and psoriasis. Phase II Trials with etanercept in psoriasis demonstrated a decrease in PASI (Psoriasis Area and Severity Index), epidermal T cell infiltration, epidermal thickness, as well as reversal of K-16 keratin expression that indicated a reduction of inflammation and a return to normal keratinocyte proliferation and differentiation (Gottlieb et *al*, 2003b).

Due to the high levels of expression of TNF in psoriatic patients, the success of anti-TNF treatments, and the role of NF-κB in TNF signaling, we wanted to explore the link between active NF-κB and psoriasis. Specifically, we wanted to determine whether there were differences in the expression of phosphorylated RelA/p65 between normal and psoriatic epidermis, and secondarily, if there was upregulation of phospho-NF-κB in lesional psoriatic skin. In addition, we wanted to determine if the levels of phospho-NF-κB correlated with abnormalities in lesional skin, such as a hypertrophic epidermis and abnormal keratinocyte differentiation markers. Finally, we wanted to determine if treatment of psoriatic patients with the anti-TNF agent, etanercept, would result in downregulation of NF-κB and in turn if this would correlate with disease resolution and restoration of the epidermis to non-lesional appearance. If the transcriptionally active form of NF-κB were downregulated in response to etanercept treatment, this would offer one plausible mechanistic explanation for the drug's success in the treatment of psoriasis.

## Results

**Absence of phosphorylated p65/RelA in normal skin** Although multiple studies endeavored to examine the expression pattern of NF-κB family members in the epidermis and dermis, none have characterized the expression of the active phosphorylated form of RelA/p65 in the epidermis. Because of the critical role that NF-κB plays in inflammatory responses, cellular proliferation, the cell cycle, and apoptosis and the contradictory reports of its specific function in keratinocytes, we wanted to study the expression of NF-κB in both normal and psoriatic skin to establish, not only if

differences existed but if those differences would correlate with disease status and response to therapy. Toward this end, we utilized a phospho-specific antibody targeted to serine 536 of RelA/p65, which is essential for transcriptional activation by NF-κB. Skin samples were obtained from 4 healthy volunteer controls. Although it has been reported that a basal level of NF-κB exists in the epidermis (Takao *et al*, 2003), we found almost no active nuclear phosphorylated RelA in the nucleus of epidermal cells (Fig 1*A*). Activation of NF-κB was confirmed utilizing the phospho-RelA antibody on samples of normal skin that were irradiated with UVB, a known inducer of NF-κB activity. This UVB treatment led to a substantial ($p < 0.02$) 25-fold increase in the level of phosphorylated RelA (Fig 1*B* and *C*).

**Phosphorylated p65/Rel is present at basal constitutive levels in keratinocytes from non-lesional psoriatic skin** In light of the overwhelming evidence of the role of NF-κB family members in immune regulation, apoptosis, keratinocyte regulation, and psoriasis, we wanted to examine whether the expression pattern of active nuclear phosphorylated NF-κB differed between normal and psoriatic skin. There is established precedence for abnormal expression and regulation of proteins and cytokines in disease processes, including psoriasis (McKenzie and Sabin, 2003; McKenzie *et al*, 2003). Therefore, we compared expression

of active phosphorylated RelA/p65 in the normal epidermis to the non-lesional skin in our psoriasis patients. The skin samples were obtained from biopsies in ten patients who were subjects in a study of the efficacy and safety of the TNF-targeting pharmaceutical etanercept. Interestingly, and in contrast to the absence of active RelA in the epidermis from normal patients, those biopsies taken from the uninvolved skin of psoriatic patients demonstrated substantial basal levels of phospho-RelA/p65 in the epidermis ($p < 0.02$). Specifically, there was an average 12-fold increase of active nuclear phosphorylated RelA/p65 in the nonlesional psoriatic epidermis compared to normal donor skin (Fig 2). These data demonstrate a significant difference in the expression of NF-κB in the epidermis of psoriatic patients as compared with normal controls.

**Phosphorylated p65/Rel is significantly upregulated in keratinocytes within psoriatic plaques** The differential expression of phosphorylated RelA between normal skin and non-lesional skin from psoriasis patients prompted examination of the epidermis from lesional psoriatic plaques for active nuclear phosphorylated NF-κB expression. As shown in Fig 3, on average, there was a 5-fold increase ($p < 0.001$) in phospho-RelA in the epidermis of plaques as compared with uninvolved skin from the same patient. In additional, there was a substantial increase in epidermal



**Figure 1**
**Absence of active phosphorylated RelA/p65 in the normal epidermis.** Punch biopsies from four control subjects were analyzed by immunohistochemistry for expression of nuclear phosphorylated nuclear factor kappa B (NF-κB)/RelA as described in Materials and methods. A representative sample shows strong expression of phosphorylated p65 was only detected in UVB-treated samples (compare *A* to *B*). The arrows denote examples of positive cells. No staining was observed with a negative control rabbit IgG antibody. (C) Chart demonstrating the average number of keratinocytes in epidermis expressing phosphorylated NF-κB/RelA. *Denotes a significance of p <0.02.

THE JOURNAL OF INVESTIGATIVE DERMATOLOGY



**Figure 2**
**Increased expression of phosphorylated nuclear factor kappa B (NF-κB)/RelA in uninvolved psoriatic skin.** The expression of nuclear phosphorylated RelA was examined via immunohistochemistry in four control subjects and ten psoriasis patients as explained in the Materials and methods utilizing a specific anti-phospho NF-κB antibody. (*A*) Chart depicting the average number of keratinocytes in the epidermis expressing nuclear phosphorylated RelA. *Denotes significance of $p < 0.02$. (*B*) Immunohistochemical analysis demonstrated the dramatic difference in expression levels of nuclear phosphorylated p65 between normal epidermis and the non-involved epidermis from psoriasis patients. Slide is a representative sample from the study population and the arrows denote examples of positive nuclear staining cells.

thickness, as well as expression of abnormal keratinocyte differentiation marker K16 (as has been previously reported).

**Etanercept reduces phosphorylated NF-κB/RelA levels and reverses abnormal epidermal proliferation and differentiation** The high levels of TNFα and NF-κB found in the skin of psoriatic patients coupled with the success of recent immunologic therapies targeting TNF and immune receptors in the treatment of psoriasis prompted us to examine what effect etanercept therapy would have on phospho-RelA/p65 levels. We also wanted to determine if treatment with etanercept would lead to histological changes in keratinocyte differentiation and plaque morphology. To see if TNF's beneficial effects could be mediated via a decrease in NF-κB activation we examined biopsy samples from etanercept patients at 0, 1, 3, and 6 mo. Consistent with the fact that NF-κB is a downstream effector of TNF, we observed that the high levels of nuclear phosphorylated RelA/p65 shown previously were dramatically reduced ($p < 0.001$) at each successive treatment interval (Fig 4*A* and 4*B*). Interestingly, this decrease in NF-κB was complemented by a significant reduction in epidermal thickness

($p < 0.01$) at each time period (Fig 4*A*). There was a significant correlation between these two outcome measures (Table I). Moreover, examination of keratinocyte differentiation also demonstrated a return of K16 levels to normal in 70%–80% of patients at 3 and 6 mo and this too correlated with the observed reduction in phosphorylated RelA/p65 (Table I).

## Discussion

This is the first report of an *in vivo* study to demonstrate a relative absence of nuclear phosphorylated RelA in normal skin, that non-lesional psoriatic skin contains a basal level of phosphorylated RelA, and significant overexpression of phospho-RelA in the epidermis of psoriatic plaques. The treatment of psoriatic patients with etanercept over a 6-mo period led to a dramatic downregulation of phospho NF-κB/RelA in keratinocytes and this correlated with a dramatic reduction in epidermal hyperplasia/thickness and a return of normal keratinocyte markers of differentiation. Importantly, these patients also showed dramatic clinical improvement.

EXPRESSION AND REGULATION OF NF-κB IN PSORIASIS **1279**



**Figure 3**
**Upregulation of active phosphorylated nuclear factor kappa B (NF-κB) in lesional plaques.** The expression of nuclear phosphorylated p65 was examined by immunohistochemistry in uninvolved and lesional epidermis from ten psoriasis patients. (A) Chart depicting the average number of phosphorylated NF-κB positive keratinocytes in the epidermis. *Denotes significance of $p < 0.001$. (B) Representative slide showing enhanced expression of phosphorylated NF-κB detected in lesional plaques as compared to uninvolved skin. Arrows highlight examples of positive nuclear staining cells.

In the absence of stressful stimuli, NF-κB is present in the cytoplasm in a resting state within normal keratinocytes (Takao *et al*, 2003). Under normal conditions, NF-κB has also been noted to play an important role in keratinocyte regulation and proliferation (Takao *et al*, 2003; Bernard *et al*, 2004). But the function of NF-κB in keratinocytes has been proposed to be quite paradoxical to its effect in other cell types, such as T or B cells (Dajee *et al*, 2003). Skin defects are present in a number of mouse models in which Rel/NF-κB function is perturbed (Gerondakis and Strasser, 2003). For instance, the epidermis restricted expression of a dominant negative form of IκB produced by mice with profoundly hyperplastic epithelia whereas mice that over-expressed RelA/p65 showed epidermal hypoplasia and growth inhibition (Takeda *et al*, 1999; Seitz *et al*, 2000a, b). This is in contrast to studies on mice null for IκBα which demonstrate marked alterations in epidermal morphology, including hyperplastic epidermal keratinocytes and dermal infiltration of lymphocytes (Wilson *et al*, 1990; Chen *et al*, 2000a, 2000b; Lee *et al*, 2000; Bell *et al*, 2003).

The reason for this diversity in outcome of NF-κB activation may be a reflection of the cell type and differentiation state of the cell (Ozes *et al*, 1999; Romashkova and Makarov, 1999; Emfors, 2000). An interesting model proposed by Kaufman and Fuchs (2000) tries to take into account the peculiar findings of NF-κB activity in the epidermis. They suggest that a balancing act is played be-

tween cell-cycle withdrawal, cell survival and differentiation. In addition to an apparent cell-cycle arrest effect, NF-κB in the epidermis also protects against apoptosis by enhancing the expression of anti-apoptotic factors (Wrone-Smith *et al*, 1997; Seitz *et al*, 2000b). It is through a marriage of cell-cycle withdrawal and protection against apoptosis that NF-κB is able to coordinate homeostasis within the normal epidermis.

The data and models discussed above are all in reference to normal skin, normal epidermis, and normal keratinocytes. Psoriasis is clearly an abnormal state, and one would anticipate changes in the epidermis and keratinocytes. Perhaps, this is why we observed, in contrast to our control subjects, a basal level of nuclear phosphorylated RelA/p65 in the non-lesional skin of our psoriatic patients and in turn this may be one factor, in the backdrop of an altered cellular milieu, which predisposes to psoriatic plaque formation. For example, when normal keratinocytes are co-cultured with psoriatic T cells (Bata-Csorgo *et al*, 1995) they do not undergo increased growth or hyperproliferation. But keratinocytes established from non-lesional psoriatic skin are markedly abnormal even before they are cocultured with lymphocytes (Jackson *et al*, 1999). In culture these abnormal keratinocytes release abnormal amounts of interferon gamma (IFNγ), and have subnormal transcription factor activation in response to cytokine stimulation (Werner and Smola, 2001). Although IFNγ promotes

THE JOURNAL OF INVESTIGATIVE DERMATOLOGY



**Figure 4**
**Etanercept downregulates expression of phosphorylated nuclear factor kappa B (NF-κB).** Punch biopsies from ten psoriasis patients were examined via immunohistochemistry utilizing an anti-phospho-NF-κB specific antibody as described in Materials and methods. (A) Charts depicting the average number of keratinocytes expressing phosphorylated RelA and the average epidermal thickness from baseline plaques or at subsequent etanercept treatment points. *Denotes significance of p < 0.01. (B) Immunohistochemical analysis of a representative sample demonstrating the reduction of phosphorylated RelA after treatment with etanercept at 1, 3, and 6 mo. Arrows highlight representative positively nuclear staining cells.

growth arrest of normal keratinocytes (Nickoloff *et al*, 1984; Saunders and Jetten, 1994), it induces proliferation of psoriatic keratinocytes (Baker *et al*, 1988, 1993). These findings have led to the hypothesis that the existence of abnormalities in the signaling pathways of psoriatic keratinocytes predisposes them to display an overactive wound healing response when exposed to stimulation from inflammatory mediators (McKenzie and Sabin, 2003). A recent study published by Watanabe *et al* (2004) identified a mutation in Crohn's disease patients that predisposes them to

the development of the disease. Interestingly, a mutation in the gene encoding nucleotide-binding oligomerization domain 2 (NOD2) appeared to be the culprit. They reported that the function of NOD2 was to limit the proinflammatory effects mediated by Toll-like receptor 2 (TLR2) stimulation. The mutated form of NOD2 found in Crohn's patients was unable to inhibit TLR2 signaling, and this apparently skewed the system towards inflammation. Interestingly, this is an NF-κB-dependent phenomenon because NF-κB is downstream of TLR-2 and its activation leads to production of

**Table I. Correlation between reduction in phosphorylated NF-κB, decrease in epidermal thickness and improvement of keratinocyte K-16 expression**

**(A)**

|  | Epidermal thickness | Normal K-16 |
|---|---|---|
| Phospho-NF-κB | 0.61683 | 0.55207 |
| p-value | <0.001 | <0.001 |

**(B)**

|  | Normal phospho-NF-κB | Normal K-16 |
|---|---|---|
| Baseline plaque | 0/10 | 1/10 |
| 1 mo etanercept | 0/10 | 3/10 |
| 3 mo etanercept | 4/10 | 7/10 |
| 6 mo etanercept | 2/10 | 8/10 |

(A) Correlations using pooled data from plaques at baseline, 1, 3, and 6 mo treatment with etanercept as discussed in Materials and Methods. Pearson correlation coefficients with levels of significance are presented in table for concomitant reduction of phosphorylated NF-κB and epidermal thickness, as well as for restoration of K16 to non-lesional status. (B) Depicts the return of normal keratinocyte differentiation and proliferation, as defined as the absence of K16, and the reduction of phosphorylated NF-κB levels in lesional plaques to the level present in uninvolved skin from the same patient.
NF-κB, nuclear factor kappa B.

IL-12. Expression of both IL-12 and IL-2 has also been found to be upregulated in psoriasis (Lee *et al*, 1988; Yawalkar *et al*, 1998).

The increased epidermal thickness present in psoriatic plaques is the net sum of both rates of proliferation and cell death. Moreover, aside from high levels of TNFα and NF-κB, many other cytokines, such as IFNγ, and their downstream targets are upregulated in psoriasis (Bowcock *et al*, 2001). It would be naïve to suggest that NF-κB is the sole suspect in this process, but NF-κB activation is also clearly associated with resistance to apoptosis (Beg and Baltimore, 1996; Wrone-Smith *et al*, 1997; Foo and Nolan, 1999; Wang *et al*, 1999a, b). Thus, one would predict that blocking NF-κB activation would make keratinocytes more susceptible to apoptosis, with fewer rather than more viable cells in the epidermis. Unfortunately, under normal conditions, the opposite is observed with the blockade of NF-κB. How could such a paradox exist? First, in psoriasis it is clear that the keratinocytes are not normal; therefore, what is observed under normal conditions may not apply in this chronic inflammatory condition. Second, it would seem reasonable to consider the context in which we are looking at NF-κB activity and to consider the role of other molecular regulators of apoptosis, the cell cycle and proliferation in the skin. For example, another major cellular pathway regulated by NF-κB is the cell cycle (Chaturvedi *et al*, 1999). It has been shown that NF-κB activating stimuli such as IFNγ and tissue plasminogen activator (TPA) induce growth arrest in normal keratinocytes *in vitro* (Qin *et al*, 1999). Therefore, the observation that constitutive activation of NF-κB in transgenic mice models produced epidermal thinning may in fact represent a dominance of the cell cycle inhibitory effect over

the anti-apoptotic effect. Thus, although the cells were not undergoing cell death, they were not proliferating either. So if we extrapolate to normal skin, it may be that the anti-proliferative effects of NF-κB are superior to its anti-apoptotic effect in the absence of inflammation or apoptotic stimuli. In support of this view, transgenic mice expressing anti-apoptotic genes Bcl-x or Bcl-2 have no significant increase in epidermal thickness in the absence of cell-cycle changes. In fact, it is only when the homeostasis of the skin is altered by various proinflammatory or tumorigenic stimuli that a distinctive phenotype becomes apparent (Valle Blazquez *et al*, 1997; Rodriguez-Villanueva *et al*, 1998). Such a scenario exists in psoriasis, therefore the disruption of balance between cell-cycle inhibitory and proliferative effects would tip the scale towards epidermal proliferation in the context of a self-sustaining cytokine-mediated feedback loop.

In agreement with the high levels of TNFα and phosphorylated NF-κB found in psoriatic patients, and the crucial link between TNF-mediated signaling and NF-κB, we observed a substantial and significant reduction in the levels of phospho-NF-κB after treatment with etanercept. This suggests that NF-κB may not only play an important role in the pathogenesis of psoriasis, but that it may be a reasonable therapeutic target. Recent work by Zollner *et al* supports this hypothesis. They demonstrated that the inhibition of superantigen-mediated T cell activation by the selective proteasome inhibitor PS-519 led to significant resolution of psoriasis in a severe combined immunodeficiency (SCID-hu) model (Zollner *et al*, 2002). PS-519 is known to affect the inhibitory regulator of NF-κB and IκB, and the work demonstrated a concentration-dependent suppression of NF-κB DNA binding.

In light of the results from these experiments and the current literature, we propose a significant role for NF-κB in the pathogenesis of psoriasis. Although there is ample evidence in the literature to substantiate our utilization of nuclear-phosphorylated NF-κB as a proxy for NF-κB activation, relying exclusively on immunostaining to detect nuclear phospho-RelA does not necessarily indicate a functional state of NF-κB activation. Therefore, although confident in our results, we recognize the limitation of our *in vivo* studies, and have initiated follow-up experiments to reaffirm our results. Due to limited patient samples, we are utilizing the remainder of the 6mm biopsy specimens from our study population to perform RT-PCR-mediated gene expression studies that will reaffirm the etanercept-mediated repression of NF-κB activity.

NF-κB's role in psoriasis is multifactorial, with influence on T cells, dendritic cells and keratinocytes. In lymphocytes, downregulation of TNFα leads to downregulation of NF-κB, which not only abrogates additional TNFα production but also eliminates the production of necessary inflammatory cytokines and cell adhesion markers. The role of NF-κB in the keratinocyte is more complicated and controversial (Kaufman and Fuchs, 2000). We believe that in the setting of a chronic inflammatory state such as psoriasis, there is an imbalance between the anti-apoptotic role and the cell-cycle inhibitory role of NF-κB whereby the scale is tipped toward protection against cell death in the context of a constitutive cytokine-rich inflammatory milieu. This allows for the increased epidermal thickness and hyperproliferation

seen in plaques. Alternatively, perhaps the proposed function of NF-κB in normal keratinocytes is altered in the abnormal keratinocytes present in psoriatic patients and therefore proliferation and increased thickness is observed as opposed to cell-cycle arrest. Further work will be needed to expand on these ideas and confirm the potential benefit of NF-κB targeted therapies in the treatment of psoriasis as well as other inflammatory and autoimmune disorders.

## Materials and Methods

**Patient studies** The study was conducted according to the Declaration of Helsinki Principles, and participants gave their written informed consent. Adult patients with moderate to severe psoriasis were treated with etanercept monotherapy (25 mg subcutaneously twice weekly) for 24 wk under a protocol approved by the UMDNJ-Robert Wood Johnson Medical School Institutional Review Board. Systemic and photo-therapies were excluded for 1 mo prior to dosing; topical medications were excluded for 2 wk prior to dosing. Eucerin cream (Beiersdorf, Wilton, Connecticut) was the standard moisturizer used throughout the study. Patients were told not to apply moisturizer prior to study evaluations. Clinical efficacy was assessed using PASI. Skin biopsies were obtained at baseline, 1, 3, and 6 mo. Skin biopsies were snap frozen in optimal cutting temperature compound (OCT, Tissue Tek, Sakura, Torrance, California) and saved at −70 C. Laboratory-based evaluations were blinded to the clinical results until all data were collected.

**UVB exposure of human subjects** Under a protocol approved by the UMDNJ-Robert Wood Johnson Medical School Institutional Review Board, four healthy volunteers between the ages of 18–60 were recruited and their minimum erythema dose (MED) was determined. MED of a subject is the minimum dose of UVB light that induces mild redness (sunburn) on the skin 24 h after the light exposure. The patients were irradiated with 2 MED of UVB on either the left or right hip and 6 mm punch biopsy was taken immediately after UVB exposure. Subsequently, two more punch biopsies were taken from each patient at 24 and 48 h after the UVB light exposure. The biopsies were frozen immediately in OCT and saved at −70 C.

**Histology and immunohistochemistry** Skin punch biopsy specimens (6 mm) were obtained from target plaques at weeks 0, 4, 12, and 24. A non-lesional skin biopsy was also obtained at week 0. Biopsy specimens for UVB-treated skin were obtained on Day 1 immediately after UVB irradiation and at 72 h post-treatment. Serial cryostat-cut sections were stored at −70 C before use. Immunoperoxidase studies of the number of epidermal nuclear-staining phosphorylated NF-κB positive cells and keratinocyte expression of k16 keratin were performed (Vectastain ABC kit, Vector Laboratories, Burlingame, California) as previously described (Gottlieb et al, 2003a). Briefly, slides were thawed to room temperature, fixed in BFA for 15 min, and then endogenous peroxidase activity was quenched with 0.3% $H_2O_2$. After washing in PBS the sections were blocked for 30 min with goat serum in PBS. The primary antibody in PBS containing goat serum was applied for 30 min at room temperature. After rinsing in PBS, sections were incubated with biotinylated secondary antibody in PBS containing goat serum, washed in PBS, and incubated with Vectastain Elite ABC Peroxidase reagent (Vector Laboratories). Finally, after rinsing in PBS, the reaction product was visualized using diaminobenzidine. Primary antibodies used were anti-phospho RelA/p65 (Cell Signaling Technologies, Beverly, Massachusetts) 1:50, and anti K-16 (1:400). As negative controls, all experiments were performed in the presence of equal concentrations of normal rabbit IgG isotype control.

Three blinded investigators, including board certified dermatologists, examined immunostained sections with an image analyzer attached to a light microscope (Image pro-plus 3.1, Mediscy-

bernectic, Silver Spring, Maryland). The average number of positively nuclear stained epidermal nuclear phospho-NF-κB cells in five × 200 fields was determined. Epidermal thickness was quantitated by averaging the epidermal thickness in three × 100 fields in H&E-stained sections. For keratinocyte expression of K16, semiquantitative scores of 0 to 4 + were assigned for each section read. Normal expression was defined as 0. Abnormal expression was defined as 1 +, 2 +, 3 +, or 4 +. There was less than 5% discordance between observers in all instances.

**Statistical methods** Statistical analysis was performed using the paired or unpaired $t$ test unless otherwise specified. Correlation between variables was analyzed by the Pearson's correlation coefficient. Two-tailed $p < 0.05$ were considered to indicate statistical significance.

This is an investigator-initiated study, supported in part by grants from Amgen and a Clinical Immunology Center of Excellence grant from the Federation of Clinical Immunology Societies (FOCIS). Dr Gottlieb is an investigator, consultant, and speaker for Amgen.

DOI: 10.1111/j.0022-202X.2005.23735.x

Manuscript received October 18, 2004; revised January 11, 2005; accepted for publication January 25, 2005

Address correspondence to: Paul F. Lizzul, Clinical Research Center, UMDNJ-Robert Wood Johnson Medical School, 51 French St., New Brunswick, NJ 08901-0019, USA. Email: lizzulpa@umdnj.edu

## References

Asadullah K, Volk HD, Sterry W: Novel immunotherapies for psoriasis. Trends Immunol 23:47–53, 2002

Baker BS, Powles AV, Valdimarsson H, Fry L: An altered response by psoriatic keratinocytes to gamma interferon. Scand J Immunol 28:735–740, 1988

Baldwin AS Jr: The NF-kappa B and I kappa B proteins: New discoveries and insights. Annu Rev Immunol 14:649–683, 1996

Banno T, Gazel A, Blumenberg M: Effects of tumor necrosis factor-alpha (TNF alpha) in epidermal keratinocytes revealed using global transcriptional profiling. J Biol Chem 279:32633–32642, 2004

Barker JN, Goodlad JR, Ross EL, Yu CC, Groves RW, MacDonald DM: Increased epidermal cell proliferation in normal human skin in vivo following local administration of interferon-gamma. Am J Pathol 142:1091–1097, 1993

Barnes PJ, Karin M: Nuclear factor-kappaB: A pivotal transcription factor in chronic inflammatory diseases. N Engl J Med 336:1066–1071, 1997

Bata-Csorgo Z, Hammerberg C, Voorhees JJ, Cooper KD: Kinetics and regulation of human keratinocyte stem cell growth in short-term primary ex vivo culture. Cooperative growth factors from psoriatic lesional T lymphocytes stimulate proliferation among psoriatic uninvolved, but not normal, stem keratinocytes. J Clin Invest 95:317–327, 1995

Bayliffe Al, Brigandi RA, Wilkins HJ, Levick MP: Emerging therapeutic targets in psoriasis. Curr Opin Pharmacol 4:306–310, 2004

Beg AA, Baltimore D: An essential role for NF-kappaB in preventing TNF-alpha-induced cell death. Science 274:782–784, 1996

Beg AA, Ruben SM, Scheinman RI, Haskill S, Rosen CA, Baldwin AS Jr: I kappa B interacts with the nuclear localization sequences of the subunits of NF-kappa B: A mechanism for cytoplasmic retention. Genes Dev 6:1899–1913, 1992

Bell S, Degitz K, Quirling M, Jilg N, Page S, Brand K: Involvement of NF-kappaB signalling in skin physiology and disease. Cell Signal 15:1–7, 2003

Bernard D, Gosselin K, Monte D, et al: Involvement of Rel/nuclear factor-kappaB transcription factors in keratinocyte senescence. Cancer Res 64:472–481, 2004

Bos JD, Hulsebosch HJ, Krieg SR, Bakker PM, Cormane RH: Immunocompetent cells in psoriasis. In situ immunophenotyping by monoclonal antibodies. Arch Dermatol Res 275:181–189, 1983

Bowcock AM, Shannon W, Du F, et al: Insights into psoriasis and other inflammatory diseases from large-scale gene expression studies. Hum Mol Genet. 10:1793–1805, 2001

Chaturvedi V, Qin JZ, Denning MF, Choubey D, Diaz MO, Nickoloff BJ: Apoptosis in proliferating, senescent, and immortalized keratinocytes. J Biol Chem 274:23358–23367, 1999

Chaudhari U, Romano P, Mulcahy LD, Dooley LT, Baker DG, Gottlieb AB: Efficacy and safety of infliximab monotherapy for plaque-type psoriasis: A randomised trial. Lancet 357:1842–1847, 2001

Chen CL, Singh N, Yull FE, Strayhorn D, Van Kaer L, Kerr LD: Lymphocytes lacking I kappa B-alpha develop normally, but have selective defects in proliferation and function. J Immunol 165:5418–5427, 2000a

Chen CL, Yull FE, Cardwell N, Singh N, Strayhorn WD, Nanney LB, Kerr LD: RAG2−/−, I kappa B-alpha−/− chimeras display a psoriasiform skin disease. J Invest Dermatol 115:1124–1133, 2000b

Dajee M, Lazarov M, Zhang JY, et al: NF-kappaB blockade and oncogenic Ras trigger invasive human epidermal neoplasia. Nature 421:639–643, 2003

Emfors P: Nuclear factor-kappaB to the rescue of cytokine-induced neuronal survival. J Cell Biol 148:223–225, 2000

Foo SY, Nolan GP: NF-kappaB to the rescue: RELs, apoptosis and cellular transformation. Trends Genet 15:229–235, 1999

Gerondakis S, Strasser A: The role of Rel/NF-kappaB transcription factors in B lymphocyte survival. Semin Immunol 15:159–166, 2003

Gerritsen ME, Williams AJ, Neish AS, Moore S, Shi Y, Collins T: CREB-binding protein/p300 are transcriptional coactivators of p65. Proc Natl Acad Sci USA 94:2927–2932, 1997

Ghosh S, May MJ, Kopp EB: NF-kappa B and Rel proteins: Evolutionarily conserved mediators of immune responses. Annu Rev Immunol 16:225–260, 1998

Gottlieb AB, Chaudhari U, Mulcahy LD, Li S, Dooley LT, Baker DG: Infliximab monotherapy provides rapid and sustained benefit for plaque-type psoriasis. J Am Acad Dermatol 829–835, 2003a

Gottlieb AB, Masud S, Ramamurthi R, Abdulghani A, Romano P, Chaudhari U, Dooley LT, Fasanmade AA, Wagner CL: Pharmacodynamic and pharmacokinetic response to anti-tumor necrosis factor-alpha monoclonal antibody (Infliximab) treatment of moderate to severe psoriasis vulgaris. J Amer Acad Dermatol 48:68–75, 2003b

Gottlieb AB, Matheson RT, Lowe N, et al: A randomized trial of etanercept as monotherapy for psoriasis. Arch Dermatol 139:1627–1632, 2003, discussion 1632

Gottlieb SL, Gilleaudeau P, Johnson R, Estes L, Woodworth TG, Gottlieb AB, Krueger JG: Response of psoriasis to a lymphocyte-selective toxin (DAB389IL-2) suggests a primary immune, but not keratinocyte, pathogenic basis. Nat Med 1:442–447, 1995

Greaves MW, Weinstein GD: Treatment of psoriasis. N Engl J Med 332:581–588, 1995

Gugasyan R, Voss A, Varigos G, et al: The transcription factors c-rel and RelA control epidermal development and homeostasis in embryonic and adult skin via distinct mechanisms. Mol Cell Biol 24:5733–5745, 2004

Jackson M, Howie SE, Weller R, Sabin E, Hunter JA, McKenzie RC: Psoriatic keratinocytes show reduced IRF-1 and STAT-1alpha activation in response to gamma-IFN. Faseb J 13:495–502, 1999

Kaufman CK, Fuchs E: It's got you covered. NF-kappaB in the epidermis. J Cell Biol 149:999–1004, 2000

Krueger JG: The immunologic basis for the treatment of psoriasis with new biologic agents. J Am Acad Dermatol 46:1–23, 2002, quiz 23–26

Lebwohl M: Psoriasis. Lancet 361:1197–1204, 2003

Lee EG, Boone DL, Chai S, Libby SL, Chien M, Lodolce JP, Ma A: Failure to regulate TNF-induced NF-kappaB and cell death responses in A20-deficient mice. Science 289:2350–2354, 2000

Lee RE, Gaspari AA, Lotze MT, Chang AE, Rosenberg SA: Interleukin 2 and psoriasis. Arch Dermatol 124:1811–1815, 1988

Maniatis T: Catalysis by a multiprotein IkappaB kinase complex. Science 278: 818–819, 1997

McKenzie RC, Sabin E: Aberrant signalling and transcription factor activation as an explanation for the defective growth control and differentiation of keratinocytes in psoriasis: A hypothesis. Exp Dermatol 12:337–345, 2003

McKenzie RC, Sabin E, Szepietowski JC, Gracie JA, Forsey RJ, Howie S: Interferon gamma in keratinocytes in psoriasis. Eur J Dermatol 13:315–316, 2003

Nickoloff BJ, Basham TY, Mengan TC, Morhenn VB: Antiproliferative effects of recombinant alpha- and gamma-interferons on cultured human keratinocytes. Lab Invest 51:697–701, 1984

Ozes ON, Mayo LD, Gustin JA, Pfeffer SR, Pfeffer LM, Donner DB: NF-kappaB activation by tumour necrosis factor requires the Akt serine-threonine kinase. Nature 401:82–85, 1999

Qin JZ, Chaturvedi V, Denning MF, Choubey D, Diaz MO, Nickoloff BJ: Role of NF-kappaB in the apoptotic-resistant phenotype of keratinocytes. J Biol Chem 274:37957–37964, 1999

Rodriguez-Villanueva J, Greenhalgh D, Wang XJ, et al: Human keratin-1.bcl-2 transgenic mice aberrantly express keratin 6, exhibit reduced sensitivity to keratinocyte cell death induction, and are susceptible to skin tumor formation. Oncogene 16:853–860, 1998

Romashkova JA, Makarov SS: NF kappaB is a target of AKT in anti-apoptotic PDGF signalling. Nature 401:86–90, 1999

Saunders NA, Jetten AM: Control of growth regulatory and differentiation-specific genes in human epidermal keratinocytes by interferon gamma. Antagonism by retinoic acid and transforming growth factor beta 1. J Biol Chem 269:2016–2022, 1994

Schmitz ML: Function and activation of the transcription factor NF-kappa B in the response to toxins and pathogens. Toxicol Lett 82–83:407–411, 1995

Schmitz ML, Baeuerle PA: Multi-step activation of NF-kappa B/Rel transcription factors. Immunobiology 193:116–127, 1995

Schmitz ML, Stelzer G, Altmann H, Meisterernst M, Baeuerle PA: Interaction of the COOH-terminal transactivation domain of p65 NF-kappa B with TATA-binding protein, transcription factor IIB, and coactivators. J Biol Chem 270:7219–7226, 1995

Seitz CS, Deng H, Hinata K, Lin Q, Khavari PA: Nuclear factor kappaB subunits induce epithelial cell growth arrest. Cancer Res 60:4085–4092, 2000a

Seitz CS, Freiberg RA, Hinata K, Khavari PA: NF-kappaB determines localization and features of cell death in epidermis. J Clin Invest 105:253–260, 2000b

Sheppard KA, Rose DW, Haque ZK, et al: Transcriptional activation by NF-kappaB requires multiple coactivators. Mol Cell Biol 19:6367–6378, 1999

Siebenlist U, Franzoso G, Brown K: Structure, regulation and function of NF-kappa B. Annu Rev Cell Biol 10:405–455, 1994

Sonenshein GE: Rel/NF-kappa B transcription factors and the control of apoptosis. Semin Cancer Biol 8:113–119, 1997

Tak PP, Firestein GS: NF-kappaB: A key role in inflammatory diseases. J Clin Invest 107:7–11, 2001

Takao J, Yudate T, Das A, Shikano S, Bonkobara M, Ariizumi K, Cruz PD: Expression of NF-kappaB in epidermis and the relationship between NF-kappaB activation and inhibition of keratinocyte growth. Br J Dermatol 148:680–688, 2003

Takeda K, Takeuchi O, Tsujimura T, et al: Limb and skin abnormalities in mice lacking IKKalpha. Science 284:313–316, 1999

Valle Blazquez M, Luque I, Collantes E, Aranda E, Solana R, Pena J, Munoz E: Cellular redox status influences both cytotoxic and NF-kappa B activation in natural killer cells. Immunology 90:455–460, 1997

Wang D, Baldwin AS Jr: Activation of nuclear factor-kappaB-dependent transcription by tumor necrosis factor-alpha is mediated through phosphorylation of RelA/p65 on serine 529. J Biol Chem 273:29411–29416, 1998

Wang CY, Cusack JC Jr, Liu R, Baldwin AS Jr: Control of inducible chemoresistance: Enhanced anti-tumor therapy through increased apoptosis by inhibition of NF-kappaB. Nat Med 5:412–417, 1999a

Wang CY, Guttridge DC, Mayo MW, Baldwin AS Jr: NF-kappaB induces expression of the Bcl-2 homologue A1/Bfl-1 to preferentially suppress chemotherapy-induced apoptosis. Mol Cell Biol 19:5923–5929, 1999b

Wang YM, Seibenhener ML, Vandenplas ML, Wooten MW: Atypical PKC zeta is activated by ceramide, resulting in coactivation of NF-kappaB/JNK kinase and cell survival. J Neurosci Res 55:293–302, 1999c

Watanabe T, Kitani A, Murray PJ, Strober W: NOD2 is a negative regulator of Toll-like receptor 2-mediated T helper type 1 responses. Nat Immunol 5: 800–808, 2004

Werner S, Smola H: Paracrine regulation of keratinocyte proliferation and differentiation. Trends Cell Biol 11:143–146, 2001

Wilson JB, Weinberg W, Johnson R, Yuspa S, Levine AJ: Expression of the BNLF-1 oncogene of Epstein-Barr virus in the skin of transgenic mice induces hyperplasia and aberrant expression of keratin 6. Cell 61:1315–1327, 1990

Wrone-Smith T, Mitra RS, Thompson CB, Jasty R, Castle VP, Nickoloff BJ: Keratinocytes derived from psoriatic plaques are resistant to apoptosis compared with normal skin. Am J Pathol 151:1321–1329, 1997

Yawalkar N, Karlen S, Hunger R, Brand CU, Braathen LR: Expression of interleukin-12 is increased in psoriatic skin. J Invest Dermatol 111:1053–1057, 1998

Zhong H, SuYang H, Erdjument-Bromage H, Tempst P, Ghosh S: The transcriptional activity of NF-kappaB is regulated by the IkappaB-associated PKAc subunit through a cyclic AMP-independent mechanism. Cell 89: 413–424, 1997

Zhong H, Voll RE, Ghosh S: Phosphorylation of NF-kappa B p65 by PKA stimulates transcriptional activity by promoting a novel bivalent interaction with the coactivator CBP/p300. Mol Cell 1:661–671, 1998

Zollner TM, Podda M, Pien C, Elliott PJ, Kaufmann R, Boehncke WH: Proteasome inhibition reduces superantigen-mediated T cell activation and the severity of psoriasis in a SCID-hu model. J Clin Invest 109:671–679, 2002

# EXHIBIT 7

Docket No. 74753/JPW/GJG

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

A Merged Proceeding of *Ex Parte* Reexamination Control Nos:

**90/007,503**    and    **90/007,828**
**Filed April 4, 2005**        **Filed December 2, 2005**

**Merged Pursuant to May 4, 2006 Merger Decision**
**Group Art Unit: 3991   Examiner: B.M. Celsa**

Patentees:     David Baltimore, Ranjan Sen, Phillip A. Sharp,
               Harinder   Singh,   Louis   Staudt,   Jonathan   H.
               Lebowitz, Albert S. Baldwin Jr., Roger G. Clerc,
               Lynn M. Corcoran, Patrick A. Baeuerle, Michael J.
               Lenardo, Chen-Ming Fan, and Thomas P. Maniatis

Patent No.:    6,410,516 B1              Serial No: 08/464,364

Issue Date:    June 25, 2002         Filed:    June 5, 1995

For     :      NUCLEAR  FACTORS  ASSOCIATED  WITH  TRANSCRIPTIONAL
               REGULATION

                                     1185 Avenue of the Americas
                                     New York, New York 10036

Mail Stop *Ex Parte* Reexamination
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### DECLARATION OF DR. INDER VERMA

I, Dr. Inder Verma, declare as follows:

1.    I am the American Cancer Society Professor of Molecular Biology at The Salk
Institute, Laboratory of Genetics, La Jolla, California. A copy of my *curriculum vitae* and a list
of my publications are attached hereto as **Exhibit A**.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 2 of 74  of Declaration of Dr. Inder Verma*

2.    I have been retained by the patent owners' and licensee's counsel for the purpose of providing expert technical testimony in this reexamination. I am being compensated at $600.00 per hour (or a maximum of $5,000 for a day). I was previous retained by the licensee's litigation counsel for purposes of the litigation in the District of Massachusetts, but I did not offer testimony in that litigation. I am not otherwise affiliated with the Patent Owners or the licensee.

## I.    Scope of Opinion

3.    I have been provided with, and asked to review, U.S. Patent No. 6,410,516, the Office Action dated August 2, 2006, and the various references cited within that Office Action. I have been asked to provide an analysis of the scientific evidence relied on by the Examiner to reject certain claims of the '516 patent as expressly or inherently anticipated by these references. In particular, I have been asked to provide an analysis as to whether one of skill in the art would have understood these references to describe or disclose the elements of the '516 claims being rejected on the basis of these references. Where the rejection of certain claims has been made on grounds of inherency, I have also been asked to analyze whether there is any basis in fact and/or technical reasoning to support a determination that elements present in these claims would necessarily result from the teachings of the cited art. For the purpose of this declaration I have understood, one skilled in this art in 1989 or even 1991 would have at least a doctoral degree, e.g. a Ph.D. degree, in molecular biology or a related discipline, have at least 3 years of post-doctoral training, have knowledge in cell biology, biochemistry and genetics, and be well trained in laboratory methodologies.

4.    The opinions set forth in this declaration are based on my professional knowledge and expertise, as indicated in my curriculum vitae, my review of the '516 patent, application U.S. Serial No. 07/341,436, filed April 21, 1989, and applications incorporated by reference therein,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 3 of 74  of Declaration of Dr. Inder Verma*

Orders Granting Requests for Reexamination 90/007,503 and Reexamination 90/007,828, and

the Office Action (Merged Request for Reexamination) dated August 2, 2006, including the

documents cited in the Office Action, as well as additional documents cited in this declaration.

For the purposes of this declaration I have been advised and understand that the claims which

will be pending are claims 1-6, 8-27, 29-38, 40-80, 82, 84, and 87-202.

## II.    Interpretation of the Claims

5.    My interpretation of the claims is based on my understanding to how one of skill in

the art would have understood the terms appearing in the claims in the context of the claims as a

whole, in view of the description of the invention set forth in the patent.  To assist in my

explanation of the claims, I will refer to a series of 17 explanatory schematics, which are

attached to this declaration as **Exhibit 1**.

6.    The patent relates to work of the inventors inclduing by Dr. David Baltimore,

which grew out of studies on how the immune system is regulated. The immune system consists

of a variety of specialized cells, and protects the body by attacking and eliminating harmful

foreign organisms and substances. The inventors' work demonstrated that a particular factor in

the cell, NF-κB, plays a central role in regulating how immune cells respond to inflammatory

stimuli.

7.    The inflammatory process involves a series of events that comprise part of the

body's protective response to injury and infection.  As part of this protective response, various

cells respond to inflammatory stimuli by turning on expression of genes having important

functions in the immune and inflammatory responses to such stimuli. '516 patent, col. 2, ll. 54-

59, col. 12, ll. 57-66, col. 13, ll. 13-29.   NF-κB is essential for the proper activation of immune

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 4 of 74  of Declaration of Dr. Inder Verma*
cells and the inflammatory process and plays a central role in regulating this process. '516

patent, col. 17, ll. 30-37.  Specifically, NF-κB functions as a transcription factor, which is

activated in response to inflammatory stimuli and participates in regulating expression of

particular genes, such as genes encoding antibody chains and cytokines. ('516 patent, col. 2,

lines 20-45, col. 12, line 57- col. 14, line 54).

8.     In the absence of inducing stimuli, NF-κB is generally present in an inactive form

in the part of the cell called the cytoplasm.  In its inactive form, NF-κB is tightly bound to an

inhibitor protein called IκB, which prevents NF-κB from traveling to the nucleus. Upon

activation in response to signals triggered by the interaction of certain external influences with

receptors on the surface on the cell, NF-κB is released from its complex with IκB. The released

NF-kB then moves to the nucleus of the cell, where it participates in regulating expression of

particular genes by binding to specific DNA sequences or "recognition sites" on those genes,

leading to transcription of such genes. (Schematic 1 of **Exhibit 1** .) See also, for example, '516

patent, column 2, lines 46-63; column 10, lines 31-55; column 14, lines 28-30; column 16, lines

22-63.

9.     While NF-kB activity is essential to allow the body to respond to the effects of

harmful external agents, in some cases the activity can become excessive causing other

undesirable effects.  The entire NF-kB activity pathway from induction to gene expression can

be separated into the six (6) general segments shown is Schematic 2 of **Exhibit 1**.  The kinetics

NF-kB activity induced by the presence of an external influence is represented in blue in the

graph in the upper right hand corner of Schematic 2.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 5 of 74  of Declaration of Dr. Inder Verma*

10.    I understand the claims of the '516 patent to be directed to various methods for intervening in the processes involved in NF-kB activity so as to effect subsequent NF-kB-regulated effects. In situations where there is activation of NF-kB in response to external stimuli, the claimed methods are useful for reducing the potentially harmful effects of these external stimuli. For example, certain pathological states are characterized by the presence of external influences which act on the cell (such as LPS binding to the LPS receptor), which can result in excessive or inappropriate induction of NF-kB activity.

11.    The claims are directed to methods for achieving the goal of modifying the naturally occurring response to such external inducing stimuli and reducing the harmful effect of such external influences by "reducing NF-kB activity." For example, see col. 3, lines 59-67, where the patent explains that, "As a result of this finding, it is now possible to alter or modify the activity of NF-kB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-kB activity. Alteration or modification, whether to enhance or reduce NF-kB activity or to change its binding activity (e.g., affinity, specificity), is referred to herein as regulation of NF-kB activity." This goal is achieved by reducing the ability of NF-kB to act as a messenger inside the cell so as to effect specific results recited in the claims, such as reducing NF-kB mediated gene expression. When read in light of the teachings of the patent disclosure, one of skill in the art would understand and interpret the claims to require affirmative acts and manipulative steps, calculated to achieve specific results.

12.    The '516 patent teaches that one can reduce induced NF-κB activity by interfering anywhere along any of the six (6) segments of the pathway through which NF-κB is activated as

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 6 of 74  of Declaration of~Dr. Inder Verma*

represented by the arrows in Schematic 3 of **Exhibit 1**. One of skill in the art would understand that the '516 patent claims are directed to achieving specified results by interfering along these segments of the NF-kB pathway so as to reduce NF-kB activity.

13.    In normal cells, in the absence of inducing stimuli, there is no induced NF-kB activity and therefore no consequent NF-kB mediated intracellular signaling. Such activation and signaling only take place in response to an external influence that acts on the cell. Since the claims recite methods for reducing NF-kB activity, one of skill in the art would understand that the claimed methods do not cover prophylaxis, i.e. in systems not exposed to an induced, but instead are directed to methods such as treating pathological states in which NF-kB activity which has been induced is reduced.

14.    I understand some claims, for example, claims 1, 2 and 5, to be directed to methods of achieving specified results by interfering along any one of the six (6) segments shown in Schematic 3. Other claims, for example, claims 8, 9, 10, 14, 95 and 145 require that the external influence "induce NF-kB-mediated intracellular signaling." Thus, these claims require the continuous occurrence of at least the first step, i.e. the induction step 1 which results in intracellular signaling, but encompass interference along any of the remaining five (5) segments inside the cell (Schematic 4 of **Exhibit 1**).

15.    Other claims are more specific and require interference with the NF-kB pathway along only one of the five (5) segments which occur within the cell. For example, claims 20, 22, 24, 31, 33, 35, 42, 44 and 46 require interference along segment 2 (Schematic 5 of **Exhibit 1**); claims 23, 34 and 45 require interference along segment 3 (Schematic 6 of **Exhibit 1**); claims 21,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 7 of 74  of Declaration of Dr. Inder Verma*

32, 43 and 89 require interference along segment 5 (Schematic 7 of **Exhibit 1**); and claims 25,

47, 80 and 144 require interference along segment 6 (Schematic 8 of **Exhibit 1**).

### III.    The August 2, 2006 Office Action

16.    I note that on pages 3-4, the Examiner stated that none of the claims of the patent

are entitled to earlier than a November 13, 1991 filing date. I respectfully disagree. I find the

invention described by the claims is also described in U.S. Serial No. 07/341,436, filed April 21,

1989, a copy of which I am advised is attached hereto as **Exhibit 2**. For purposes of the August

2, 2006 Office Action, I have been informed that the issue of the filing date is relevant only for

certain claims listed in the Claim Support Chart attached hereto as **Exhibit 3**. I have reviewed

the portions of U.S. Serial No. 07/341,436 indicated in the Claim Support Chart, and understand

and agree that each of the portions of the application being cited in the chart fully describes the

invention recited in the corresponding claim listed in the chart in such a way that a person of skill

in the art could readily practice the claimed invention without undue experimentation, i.e. only

routine experimentation would be required. I note that on page 1, lines 4-8, U.S. Serial No.

07/341,436 refers to and incorporates by reference three other applications. i.e. 06/817,441,

07/155,207, and 07/280,173. Copies of what I am advised are those applications are attached

hereto as **Exhibits 4, 5,** and **6, respectively.** I have also reviewed these applications for the

purpose of this analysis.

17.    Contrary to the Examiner's assertion on the bottom of page 3 of the Office Action,

amino acid or nucleic acid sequences corresponding to NF-kB are not recited in the pending

claims or necessary for one skilled in the art to practice any of the claims of the '516 Patent as of

April 21, 1989. Furthermore, contrary to the Examiner's assertion, I find the phrase "reducing

NF-kB activity" to be described in the passage, "Alteration or modification, whether to enhance

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 8 of 74 of Declaration of Dr. Inder Verma*
or <u>reduce NF-kB activity</u> . . . is referred to herein as regulation of NF-kB activity" on page 5,

lines 13-16 of U.S. Serial No. 07/341,436.

18. I find the phrase "mammalian cells" to be described in the passage, "NF-kB [is] present in a wide variety of <u>mammalian cells</u>" on page 77, lines 8-9 of U.S. Serial No. 07/155,207. Similarly, I find the phrase "eukaryotic cells" to be described in the passage "In the present work with <u>eukaryotic cells</u>" on page 4, line 21 of U.S. Serial No. 07/280,173. I note the Examiner also asserted that "'reducing NF-kB activity' in a cell (e.g. especially mammalian/eukaryotic) and/or an enabling means thereof (e.g. administering a NF-kB inhibitor) to effect various functions (e.g. inhibit expression generally, reduce cytokine expression etc.)" is not disclosed in the subject patent. I respectfully disagree. In this regard, I note that, for example, page 23, line 22 to page 30, line 25 of U.S. Serial No. 07/341,436 describes how one skilled in the art can reduce NF-kB activity in accordance with the invention.

19. I find the phrase "reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB" to be described by the passage, "NF-kB-mediated gene expression can also be selectively regulated by altering the <u>binding domain of NF-kB</u> in such a manner that binding specificity and/or affinity are modified" on page 5, line 31 to page 6, line 8; and by the passage, "According to the methods described herein, the <u>expression of genes under the control of one of these elements is subject to modulation</u> by alteration of the concentration or availability of NF-KB. This can also be carried out, according to the present method, for <u>any gene which contains an NF-kB binding site</u>" on page 24, lines 9-29 of U.S. Serial No. 07/341,436, as well as its title.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 9 of 74  of Declaration of Dr. Inder Verma*

20.    I find the phrase "inhibiting modification of an IkB protein, which modification otherwise reduces IkB binding to NF-kB" to be described by the passage, "Inactive NF-kB is complexed with a labile inhibitor protein, I-kB" on page 18, lines 28-29; by the passage, "The implication is that activation of NF-kB involves a modification of I-kB and not NF-kB" on page 19, lines 20-21; and by the passage "As a result of this finding, it is now possible to alter or modify the activity of NF-KB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-KB activity.... In particular, the present invention relates to a method of regulating (enhancing or diminishing) the activity of NF-KB in cells in which it is present and capable of acting as an intracellular messenger, as well as to substances or composition useful in such a method" on page 5, lines 7-13 and 23-25 of U.S. Serial No. 07/341,436.

21.    I find the phrase "inhibiting degradation of an IkB protein" to be described in the passage, "Various inducer then cause an alteration in I-kB allowing NF-kB to be released from the complex" on page 20, lines 1-3; and by the passage on page 5, lines 7-13 and 23-25 of U.S. Serial No. 07/341,436.    Similarly, I find the phrase "inhibiting dissociation of NF-kB:IkB complexes" to be described by the passage, "... dissociating agents such as formamide and deoxycholate to unmask very high levels of NF-kB activity" on page 19, lines 1-3; and by the passage, "The complex formation of NF-kB with I-kB appears to be rapidly and efficiently reversible ...." on page 20, lines 5-7 of U.S. Serial No. 07/341,436.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 10 of 74  of Declaration of Dr. Inder Verma*
IV.    **Cyclosporin A (CsA)**

22.    CsA is used as an immunosuppressive drug and is believed to act primarily on T-lymphocytes. The accumulated scientific evidence indicates that CsA exerts its clinical effect through its ability to inhibit an intracellular enzyme called calcineurin. (Loh et al. 1996; Hogan et al. 2003; Ho et al. 1996, **Exhibits 7, 8,** and 9, respectively). Calcineurin regulates the activity of the NFAT (nuclear factor of activated T cells) transcription factor. Increases in cytoplasmic calcium activate calcinuerin, which by dephosphorylating NFAT, causes NFAT to move to the nucleus. There, NFAT participates in regulating expression of a number of genes, including certain cytokines such as IL-2. By inhibiting calcineurin, CsA can inhibit calineurin-mediated activation of NFAT family members and modulate expression of NFAT regulated genes. (Loh et al. 1996; Hogan et al. 2003; Ho et al. 1996).

A.    **Express Anticipation Rejection based on Emmel 1989, Schmidt 1990 or Brini 1990**

23.    I have read claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 that the Examiner has rejected in view of Schmidt 1990, Emmel 1989 or Brini 1990, improved copies of which are attached as **Exhibits 10, 11** and 12, respectively. All these claims require "reducing NF-kB activity." The Examiner contends that each of these references teach administration of CsA (CsA) to reduce NF-kB activity in cells. The Examiner further contends they teach administration of CsA to reduce NF-kB activity so as to inhibit transcription of NF-kB regulated genes. I respectfully disagree. One of skill in the art would not understand any of these references to demonstrate that use of CsA resulted in reduced NF-kB activity. Moreover, as I discuss in more detail below, I disagree that any of these references describes or teaches any

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 11 of 74  of Declaration of Dr. Inder Verma*
method of using CsA that would have carried out other additional elements required by the

above claims.

(i)      <strong>Express anticipation rejection based on Schmidt 1990</strong>

24.    Schmidt reports various experiments conducted in Jurkat cells, a human T cell

lymphoma line.  Schmidt examined the extent to which simultaneous treatment with CsA

appeared to prevent certain cellular responses to PHA and PMA. The Examiner contends that the

use of CsA as described in Schmidt would anticipate '516 patent claims 1-6, 8, 9, 11, 20-21, 25-

27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97,

106-107, 109-110, 114-117, 192-193 and 197-201, if these claims were entitled only to a

November 13, 1991 filing date. I respectfully disagree.

25.    As an initial matter, I understand all of the above claims are directed to methods

carried out on cells in which NF-kB activity has been induced.  (see, above, paragraphs 5-15).  In

the experiments (Schmidt, Figs. 1 and 4) relied on by the examiner, CsA was not administered to

Jurkat cells which had first been induced with PHA. Instead, Jurkat cells were simultaneously

treated with CsA and PHA.  None of these experiments would have carried out the various

methods recited in these rejected claims.

26.    Further, with regard to Schmidt, the Examiner contends that data from EMSA

assays (Schmidt Fig. 1, lane 6) show the ability of CsA to reduce PHA-induced NF-kB activity

in Jurkat cells. I disagree. The Examiner's conclusion relies on an erroneous interpretation that

the CsA sensitive binding activity that Schmidt observed in PHA-induced cells by EMSA

corresponds to NF-kB binding activity. The Examiner's erroneous interpretation contradicts the

data in the '516 patent regarding PHA-induced Jurkat cells. A proper interpretation of Schmidt,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 12 of 74  of Declaration of Dr. Inder Verma*
in view of the '516 patent and other studies, indicates that CsA sensitive binding activity does

not correspond to NF-kB activity, but instead corresponds to activity of another transcription

factor, NFAT (alternatively "NF-AT"). See, Schematics 11-13 of **Exhibit 1** for reference.

27.    In this regard, the Examiner erroneously states that Schmidt used the "same"

EMSA assay as the '516 patent.    Among other things, Schmidt did not use the same

oligonucleotide probe.    The particular oligonucleotide probe used as the binding site determines

the specificity of the EMSA for measuring NF-kB binding activity under a particular

experimental condition. The oligonucleotide probe Schmidt used corresponds to a portion of the

HIV enhancer.

28.    Notably, the NFAT sequence shares considerable homology with NF-kB in its

DNA binding region (Giffin 2003, at 801). A number of studies have demonstrated that NFAT

recognizes and binds to a subgroup of the sequences that also serve as NF-kB binding sites.  For

this reason, without further appropriate controls to confirm the identify of the binding complexes

detected, one could not use an EMSA based on a sequence capable of binding both NFAT and

NF-kB to discriminate between NF-kB activity and NFAT binding activity.  In particular, later

studies have demonstrated that one such sequence is the HIV enhancer sequence that was used as

an oligonucleotide probe in the Schmidt study.  (see, for example, Giffin 2003, Kinoshita et al.

1997, **Exhibits 13 and 14**).  In PHA- and PMA-induced Jurkat cells, this EMSA detected at least

four complexes with different mobilities, indicating that nuclear extracts from these cells

contained multiple factors binding to that HIV enhancer sequence. (Schmidt fig. 1).

29.    Recognizing the apparent lack of specificity indicated by their EMSA data

indicated, the Schmidt authors carefully qualified their conclusions, characterizing the complexes

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 13 of 74 of Declaration of Dr. Inder Verma*

bound to the HIV enhancer only as being "NF-kB-like," and not as being NF-kB (Schmidt at

4039). The Examiner's conclusion that the CsA-sensitive complex Schmidt observed

corresponds to NF-kB therefore overstates what the authors themselves concluded about their

own data.

30. The '516 patent similarly used EMSA to analyze binding activity in Jurkat cells

induced with PMA and/or PHA. ('516 patent, fig 24A). However, instead of the HIV enhancer,

that EMSA used a portion of the kappa immunoglobulin enhancer (kappa 3)('516 patent col. 72,

line 54-58; fig. 13A, col. 50 line 8-22, col. 50, line 60 – col. 51, line 5). EMSA analysis

demonstrated that PMA alone induced significant NF-kB binding activity in Jurkat cells. ('516

patent, fig 24A). The kappa 3-based EMSA detected a single specific band, reflecting the greater

specificity of that EMSA for NF-kB in these cells. In contrast, as evident from the experiment

reported in Fig. 24, PHA alone did not induce NF-kB binding activity in Jurkat cells. ('516

patent, fig. 24A).

31. In view of the '516 patent, one of skill in the art would therefore not interpret the

PHA-induced binding to the HIV enhancer Schmidt observed in Jurkat cells as NF-kB binding

activity. The observation by Schmidt that PHA-induced binding to an HIV enhancer probe was

CsA sensitive therefore does not demonstrate that (as the Examiner assumes) CsA reduced NF-

kB activity. Indeed, when Schmidt assessed induction of NFAT binding activity in Jurkat cells

using an EMSA specific for NFAT, (Schmidt, fig. 2), there was "good activation of NFAT-1

with PHA alone, but not with PMA alone." Such data explain the positive EMSA binding

activity induced by PHA treatment that Schmidt observed with the HIV enhancer likely

corresponds to NFAT.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 14 of 74  of Declaration of Dr. Inder Verma*

32.    Further, the '516 patent indicates that in contrast to PHA, PMA induced substantial NF-kB binding activity in Jurkat cells. ('516 patent, Fig. 24B). However, in Schmidt, CsA did not prevent PMA-induced binding activity to the HIV enhancer in Jurkat cells. Therefore, to the extent PMA-induced binding activity to the HIV enhancer that Schmidt observed could be interpreted to correspond to NF-kB, Schmidt's data indicate that CsA does not prevent PMA from inducing NF-kB binding activity in Jurkat cells. These data provide further evidence that in PHA-induced Jurkat cells, the only binding activity affected by CsA corresponds to the activity of NFAT.

33.    The Examiner also relies on CAT reporter data in Schmidt as demonstrating that CsA affects NF-kB activity. I disagree. While the '516 patent describes use of transfected cells as one of several assays for measuring NF-kB activity, the claims are not directed to methods for carrying out these assays. In particular, claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 are all directed to methods in human, mammalian or eukaryotic cells. As one of skill in the art, I interpret such cells as those that one would normally find in a human, mammal or eukaryote. The experiments using CAT reporter assays all employed artificial transfected cells bearing foreign bacterial DNA. Such artificial, transfected cells would not normally be found in any human, mammal or eukaryote. Therefore, none of the CAT reporter experiments in Schmidt would involve any of the claimed methods of the '516 patent.

34.    Moreover, to the extent they provide information about the effect of CsA, the CAT reporter assay data further suggest that CsA does not affect NF-kB activity in Jurkat cells. Schmidt used a CAT reporter construct engineered to place a bacterial CAT gene under the control of sequences found in the HIV LTR. (Schmidt fig. 4). Significantly, CsA failed to

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 15 of 74  of Declaration of Dr. Inder Verma*
prevent PMA from inducing CAT gene expression. (Schmidt fig. 4, page 4039, col. 1). As the

'516 patent indicates PMA would induce NF-kB binding activity in Jurkat cells, these data

provide additional evidence that CsA does not affect NF-kB activity. In particular, Schmidt's

data that CsA did not affect PMA-induced expression of the CAT reporter indicate CsA would

not have reduced NF-kB mediated gene expression in Jurkat cells.

35.    The fact that Schmidt observed that CsA partly prevented PHA-induced CAT

expression does not indicate that CsA did so by reducing NF-kB binding activity. As noted

above, the data in Schmidt show that in Jurkat cells, the HIV enhancer sequence binds other

factors. Additionally, '516 patent Fig. 24 indicates that PHA alone fails to induce measurable

amounts of NF-kB binding activity in Jurkat cells. From these data, one of skill in the art would

conclude that the effect of CsA Schmidt observed on expression of the bacterial CAT gene did

not involve NF-kB, but was likely mediated by some other transcription factor such as NFAT.

36.    The Examiner further contends that "use of the HIV LTR gene by Schmidt" renders

obvious claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192, and 197-201 by

describing a method "to regulate NF-kB activity as in Schmidt in order to affect associated viral

(e.g., HIV) gene expression." I respectfully disagree. For the reasons discussed above, one of

skill in the art would understand that CsA mediates its effects through NFAT, not through NF-

kB, and would not understand Schmidt as suggesting any method of using CsA to regulate NF-

kB activity in cell in order to reduce expression of any gene, e.g. a viral gene.

### (ii)    Express anticipation rejection based on Emmel

37.    Similarly, Emmel reports experiments conducted in Jurkat cells, a human T cell

lymphoma line. Emmel examined the extent to which simultaneous treatment with CsA

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 16 of 74 of Declaration of Dr. Inder Verma*

appeared to prevent certain responses in these cells induced by a combination of PHA and PMA.

The Examiner contends that the use of CsA as described in Emmel would anticipate '516 patent

claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-

76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201, if these claims

were entitled only to a November 13, 1991 filing date. I respectfully disagree.

38.  As noted above, each of the above claims are directed to methods carried out on

cells in which NF-kB activity has been first induced, since only then can it be reduced.  The

Examiner states that Emmel "describes effects of CsA on Jurkat cells that *were* induced with [a

combination of] PHA and PMA." (emphasis added).  This does not accurately describe the

experiments Emmel conducted.  In the experiments (Figs. 2D, 3) the Examiner relies on, CsA

was not administered to Jurkat cells that had been induced with PHA/PMA. Instead, Jurkat cells

were simultaneously stimulated with PHA/PMA and CsA.  In these experiments, CsA could not

have reduced signaling that was occurring. None of these experiments would therefore have

carried out the method recited in any of the claims.

39.  The Examiner relies on CAT data "as shown in Fig. 2D" to contend that "CsA

significantly reduced NF-kB activity" thereby reducing NF-kB-mediated gene expression (i.e,

CAT expression) (Office Action at 16).  I respectfully disagree.  As in Schmidt, this CAT

reporter assay used a construct bearing a portion of the HIV LTR linked to a heterologous

promoter to drive expression of the bacterial CAT gene.  The Examiner's conclusion that this

experiment shows that CsA reduced NF-kB activity is erroneous. Emmel acknowledges the lack

of any conclusive evidence that NF-kB is involved in any of the effects that CsA has through the

HIV LTR: " a binding site for NF-kB is present in the long terminal repeat of the human

immunoglobulin deficiency virus (HIV-LTR)(17), yet CsA sensitivity of the HIV-LTR is

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 17 of 74  of Declaration of Dr. Inder Verma*
independent of this site (18)." (Emmel at 1619).   As discussed above regarding Schmidt, most

likely, CsA affected CAT expression by reducing NFAT binding, and not through any effect on

NF-kB.

40.   Emmel describes additional CAT assay data indicating that NF-kB does not

mediate effects of CsA on gene expression.   Using a CAT reporter construct based on the IL-2

enhancer, Emmel "tested the effect of CsA on a series of internal deletion mutations of the IL-2

enhancer" (Emmel at 1618).   Emmel observed that CsA "virtually eliminated" PHA/PMA-

stimulated CAT expression driven by the intact IL-2 enhancer.   CsA effectively prevented

PHA/PMA-stimulated expression of CAT reporter driven by tandem repeats of an NFAT binding

site. (Emmel, Figure 2B).   However, it is significant, that deleting the NF-kB binding site did not

affect the ability of CsA to prevent PHA/PMA from inducing CAT expression. (Emmel at 1618,

Figure 1).   These data provide strong evidence that NF-kB does not play any role in mediating

the effect of CsA on IL-2 gene expression.   Indeed, these data in Emmel confirm our current

understanding that in Jurkat cells, CsA acts through NFAT, not through NF-kB.

41.   The Examiner also relies on EMSA data "as shown in Fig. 3" purportedly showing

that "CsA was found to reduce binding activity."   I disagree with the Examiner's assertion that

these data demonstrate that CsA reduced NF-kB activity in Jurkat cells as recited in the claims.

Emmel observed that CsA had only a small (of about 10-20%) apparent effect on preventing

PMA/PHA-induced binding activity, only at the highest CsA concentrations, and did not

demonstrate any dose response.   As discussed above, as used in these studies, the oligonucleotide

probe would not have discriminated between NF-kB and NFAT binding activities. Accordingly,

one can see multiple bands appearing in extracts from PHA/PMA treated cells under the

conditions Emmel used. (Emmel Fig. 3). (For example, compare with '516 patent, Fig. 24B

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 18 of 74   of Declaration of Dr. Inder Verma*

indicating only a single inducible band in PHA/PMA-treated Jurkat cells). Appropriate controls

would have been critical for the correct identification of the different complexes bound to the

probe, and to the overall interpretation of the EMSA data. Such a control could have been

carried out, for example, by using a probe carrying a mutated binding site, or through

methylation interference analysis. ('516 patent, col. 20, line 20-25; col. 22, line 32-39).

42.   Significantly, Emmel did not include such controls. These data are insufficient to

indicate if any of the different complexes detected in the EMSA correspond to NF-kB, cannot

demonstrate that the CsA sensitive binding activity corresponded to NF-kB. Therefore one

cannot conclude from Emmel that CsA affected NF-kB binding activity. Today, we know that

the likely effect of CsA on NFAT provides the simplest and most likely explanation for these

inconclusive data obtained by Emmel.

43.   It is also significant that the authors of Emmel questioned the relevance of their

EMSA data to NF-kB. In particular, Emmel notes that these observations "may not be related to

the mechanism of action of the drug, since the CsA concentration dependence of inhibition of the

appearance of NF-kB binding does not correlate well with the CsA concentration dependence of

T cell activation." (Emmel at 1619).

### (iii)   Express anticipation rejection based on Brini

44.   The Examiner contends that Brini teaches administration of CsA to cultured T

lymphocytes, which substantially reduced NF-kB activity in those cells thus inhibiting

expression of genes whose transcription is regulated by NF-kB activity. The Examiner contends

that the use of CsA as described by Brini would practice claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 19 of 74 of Declaration of Dr. Inder Verma*
36-38, 40, 53-54, 58-62, 65-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97, if these claims were

entitled only to a November 13, 1991 filing date. I respectfully disagree.

45.    Brini reports results of certain experiments conducted with isolated populations of

human peripheral blood cells that had been enriched for T lymphocytes. (Brini at 132). Brini

examined the effect of CsA on the ability of PHA (phytohemaglutinin) to induce certain

responses in these cells.   Notably, in all experiments, "CsA was always added to the cells 30

min before stimulation" with PHA.  (Brini at 132).  In this regard, the Examiner erroneously

states that Brini disclosed use of CsA "in human PBM (peripheral blood T-lymphocytes) that

*had* been induced with PHA." (Office Action at 17).

46.    As an initial matter, I understand all the above claims to be directed to methods

carried out on cells in which NF-kB activity has first been induced by some external stimulus.

However, none of Brini's experiments examined the effect of CsA in cells first induced with

PHA.  Therefore, the method of using CsA that Brini describes does not conform to any of the

claims.

47.    The Examiner contends that Brini "discloses that administration of CsA reduces

NF-kB in cells (e.g., T cells) that inherently reduces NF-kB regulated gene expression." (Office

Action at 17).  The examiner specifically relies on EMSA binding assays (Figs. 3 and 4) and data

that CsA caused a small apparent decrease (approximately 40-50%) in the ability of PHA to

induce IL-2 receptor-alpha expression.  I respectfully disagree that the data which Brini provides

supports the Examiner's conclusion.

48.    The EMSA assays Brini describes used an oligonucleotide probe corresponding to

a sequence in the IL-2 receptor promoter, or a sequence corresponding to a portion of the HIV

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 20 of 74  of Declaration of Dr. Inder Verma*
LTR. In both EMSA assays, Brini observed "several discrete-retarded DNA-proteins" (both in

PHA-treated cells as well as untreated cells) that bound to the probe. (Brini at 135). Brini reports

that CsA had a small apparent effect on increase in binding of some of the bound complexes.

(Brini at 135).

49.    Neither of the EMSA assays Brini conducted demonstrates whether the CsA

sensitive binding activity corresponds to NF-kB. As discussed above, and evident from the data

of Schmidt and Emmel, CsA can potently affect NFAT binding activity. Moreover, NFAT

recognizes and binds to certain sequences that also serve as NF-kB binding sites. For these

reasons, it is critical to include appropriate controls in EMSA assays conducted to evaluate the

potential effect of CsA on NF-kB binding activity to confirm the identity of any CsA-sensitive

binding complexes and discriminate between NF-kB activity and NFAT binding activity. The

lack of any such controls in the experiments Brini conducted makes it impossible to conclude

that any of the complexes affected by CsA (Figs 3 and 4) correspond to NF-kB. Without such

data, it is also impossible to conclude from the EMSA data in Brini that PHA induced NF-kB

activity. In fact, the title of the Brini's reference refers only to "NF-kB-like factor(s)" and not to

"NF-kB."

50.    The fact that Brini observed a substantial level of binding activity in untreated cells

further argues that it is unlikely that the complexes Brini observed correspond to NF-kB, because

one would not observe NF-kB activity in uninduced cells. (For example, see '516 patent, Fig.

24). Moreover, CsA alone appears to increase levels of the complexes that Examiner interprets

correspond to NF-kB. (Fig. 3, lane 2). In particular, the assumption that these complexes

correspond to NF-kB is inconsistent with the premise that in the experiments Brini conducted,

NF-kB activity regulated IL-2 receptor expression, because there is no correlation between the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 21 of 74   of Declaration of Dr. Inder Verma*
presence of these complexes in the EMSA assays (Figs. 3 and 4) and IL-2 receptor mRNA

expression (Fig. 2).

51.    The Examiner further relies on data indicating that CsA (in cells pretreated with

CsA) slightly decreased (by approximately 40-50%) the ability of PHA to induce IL-2 receptor-

alpha expression.   The Examiner contends these data demonstrate that CsA reduced NF-kB

regulated gene expression. In support, the Examiner contends that "expression levels of IL-2

Receptor-alpha is taught by the '516 patent to be regulated by PHA-induced NF-kB activity in T

cells." (Office Action at 18).  I respectfully disagree. First, the Examiner's interpretation of the

'516 patent is erroneous. The statement the Examiner cites notes that "NF-kB is induced in T

cells...by PMA/PHA treatment and thereby activates the IL-2 receptor alpha gene..." (Office

Action at 18).  These data provide no evidence as to whether PHA treatment alone would induce

NF-kB activity so as to induce IL-2 receptor expression.

52.    As the '516 patent, as well as Emmel and Schmidt illustrate, T cells can exhibit

substantial differences in their response to PHA and PMA.  As noted above, PHA alone did not

induce measurable amounts of NF-kB binding activity in the Jurkat T-cell line. ('516 patent, fig.

24A).  Without data, the Examiner has no basis to assume that treatment of T-cells with PHA

alone (as compared to treatment with both PHA and PMA) would similarly induce NF-kB

activity so as to induce expression of any gene.  In fact, Brini reports that PHA appeared to

induce binding activity of at least one other transcription factor, AP1, having binding sites in the

IL-2 receptor promoter. (Fig. 5).  Lastly, as noted above, even assuming the complexes Brini

detected by EMSA (Figs. 3 and 4) correspond to NF-kB, there is no correlation between the

presence of these complexes in the EMSA assays (Figs. 3 and 4), and IL-2 receptor mRNA

expression (Fig. 2).   These data therefore fail to provide any basis for concluding that under the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 22 of 74  of Declaration of Dr. Inder Verma*
experimental conditions which Brini used, IL-2 receptor expression was regulated in any way by

NF-kB.

      **B.**    **Inherent Anticipation Rejection Based on Reed 1986, Kronke 1984 or Siebenlist 1986**

          **(i)**    **Reed 1986**

53.    The Examiner contends that Reed teaches use of CsA in human peripheral blood

mononuclear (PBM) cell cultures, and that Brini explains that such use inherently reduces NF-kB

activity and thus expression of genes whose transcription is regulated by NF-kB activity. The

Examiner contends that Reed inherently anticipates claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31-

32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97.  I respectfully

disagree.

54.    Reed reports results of certain experiments conducted with primary cultures of

human peripheral blood mononuclear (PBM) cells.  Among other things, Reed examined the

effect of CsA on the ability of PHA (phytohemaglutinin) to induce certain responses in these

cells, including cell surface expression of the IL-2 receptor, and expression of IL-2 receptor-α

mRNA.  The authors note that in all experiments, CsA was always added to the cells 20 to 30

minutes before other reagents (which included PHA). Reed, at 150.  In this regard, the Examiner

erroneously states that Reed "taught the prior art use of CsA in human PBM cultures that *had*

*been induced* with phytohaemaglutinin (PHA). (Office Action at 25).

55.    As noted above, I understand the '516 patent claims are directed to methods carried

out on cells in which NF-kB activity has first been induced by some external inducing stimulus.

In contrast, none of Reed's experiments described use of CsA in cells that were first induced

with PHA.  Therefore, regardless of any effects that CsA might have had on NF-kB (for which

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 23 of 74   of Declaration of Dr. Inder Verma*

there is no evidence), none of the methods of using CsA that Reed discloses involve reducing

either induced NF-kB activity or induced NF-kB-mediated intracellular signaling. Therefore,

none of the uses described by Reed described the method recited in any of the claims.

56.    Further, I disagree with the Examiner's conclusion that Brini demonstrates that any

method of using CsA described by Reed would inherently reduce NF-kB activity and thus

expression of genes whose transcription is regulated by NF-kB activity.   As discussed above,

none of the data in Brini demonstrate that CsA either reduced NF-kB activity, or provide any

basis for concluding that under the experimental conditions Brini used, IL-2 receptor expression

was regulated in any way by NF-kB.  In this regard, I disagree with the Examiner that Brini

demonstrates any inhibition "done by reducing binding of NF-kB to NF-kB recognition sites."

Moreover, the Examiner's statement that Brini also demonstrates that use of CsA also resulted in

"inhibiting the passage of NF-kB into the nucleus of cells, inhibiting modification of an IkB

protein, and inhibiting degradation of an IkB protein," is entirely unsubstantiated by any

experimental evidence.  (Office Action at 24).  Brini has no data regarding IkB, let alone any

data regarding degradation or modification of IkB.   Brini also does not provide data

demonstrating that CsA inhibited translocation of NF-kB into the nucleus.

57.    Morever, Brini does not replicate any of the experiments Reed conducted.

Therefore, Brini cannot explain or confirm what occurred in Reed.  For example, the studies

Brini describes were conducted using a substantially different cell population than that which

Reed used.  Therefore Brini did not use "the same immune cells" as Reed.  (Office Action at 26).

58.    Reed used cultures of PBM cells isolated by Ficoll-Hypaque density gradient

purification. (Reed at 150).  "PBM cells" does not refer to a single, defined cell type. Such cell

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 24 of 74  of Declaration of Dr. Inder Verma*

cultures comprise a highly heterogeneous cell population comprised of numerous immune cell

types, including T and B-lymphocytes, NK (natural killer) cells, monocytes and macrophages.

(See for example, David et al. Blood (1998), **Exhibit 15** hereto). There is substantial variability

in PBM cells, depending on the protocol and conditions of isolation. Reflecting this fact, studies

have reported conflicting data in PBM cells regarding the particular endpoint Reed measured, IL-

2 receptor-α expression. (David et al. 1998 at 165, 170-171). Among other things, IL-2 receptor-

α expression is highly sensitive to the conditions of blood collection and PBM preparation, and

varies substantially among the various subtypes of cells found in PBM cultures. (*Id.*). Such data

demonstrate the importance of closely replicating experimental conditions if one were to attempt

to assess what might have occurred in some earlier study using "PBM" cells.

59.    In contrast to Reed, Brini used cultures comprised primarily (>95%) of CD3

positive T-lymphocytes, which were isolated through additional purification steps, including

nylon wool and Percoll density-gradient purification. (Brini at 132).   Such cell cultures are

substantially different from the mixed cell population used in Reed, both in the conditions of

preparation and in their composition. In this regard, I note that the Examiner erroneously stated

on page 26 of the Office Action that Brini conducted experiments in the "same immune cells."

Therefore, even assuming that under the experimental conditions Brini used CsA was capable of

reducing NF-kB activity, one of skill in the art would not reasonably conclude that CsA

necessarily had the same effect on the substantially different cell population Reed used.

60.    In support of his arguments regarding Reed, the Examiner also contends that

"expression levels of IL-2 Receptor-alpha is taught by the '516 patent to be regulated by PHA-

induced NF-kB activity in T cells." (Office Action at 26).  As noted before, the Examiner's

interpretation of the '516 patent is erroneous as the passage the Examiner cites to notes only that

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 25 of 74  of Declaration of Dr. Inder Verma*

"NF-kB is induced in T cells...by PMA/PHA treatment and thereby activates the IL-2 receptor alpha gene..." (Office Action at 25).  As discussed above, the data in the '516 patent indicate that treatment of T cells with PHA alone does not result in any measurable activation of NF-kB, in contrast to treatment with PMA, or PMA in combination with PHA.  Moreover, the '516 patent examples the Examiner refers to (Fig. 24) were conducted with a human T-cell lymphoma cell line, and not under the experimental conditions of Reed using PBM cells.  Regardless, we know now that CsA affects the activity of NFAT, not NF-kB.

### (ii)    Kronke 1984 or Sieblenlist 1986

61.    The Examiner contends that the use by either Kronke or Sieblenlist of CsA in cell cultures, as explained by Schmidt and Emmel, inherently reduces NF-kB activity and "thus would inhibit expression of genes whose transcription is regulated by NF-kB activity." The Examiner therefore contends that either Kronke or Siebenlist inherently anticipates claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97.  I respectfully disagree.

62.    Kronke and Siebenlist report experiments in various cells, including the Jurkat T cell line, examining various effects of CsA on IL-2 gene expression. In particular, the Examiner relies on certain experiments in which cells were also treated with PHA and PMA.  (Office Action at 28, Kronke at 5217, Siebenlist at 3044).  As discussed above, neither Schmidt nor Emmel describe any use of CsA in cells that reduced NF-kB activity or resulted in any NF-kB mediated effect.  Therefore, neither of these studies provides any basis for concluding that such effects would necessarily have occurred during the use of CsA described in either Kronke or Siebenlist.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 26 of 74  of Declaration of Dr. Inder Verma*

63.   Regarding the Examiner's statements regarding Kronke and Sieblenlist, I note additionally the following. None of experiments in Siebenlist describe use of CsA in cells first induced with PHA and PMA.  Therefore, regardless of any effects that CsA might have had on NF-kB (for which there is no evidence), none of the methods of using CsA that Sienbenlist describes would have reduced either induced NF-kB activity or induced NF-kB-mediated intracellular signaling.  Kronke describes only a single experiment in which cells were treated with CsA after exposure to PHA/PMA, and concludes in the title of Table 1 "CsA does not inhibit PHA- and PMA- induced expression of TCGF receptors in Jurkat cells."  Moreover, as is evident from Fig. 4, CsA treatment appeared to have a significant effect on IL-2 expression only when CsA was added either before or with PHA/PMA treatment, but not when added after cells had been induced with PHA/PMA.  Kronke at 5217.    Indeed, when added four hours after induction, CsA did not alter TCGF (IL2) mRNA levels. Id. at 5216.  These data suggest that while treatment with CsA appeared able to prevent induction of IL-2 expression, it had no substantial effect on induced IL2 expression. Regardless, we know now that CsA affects NFAT activity, not NF-kB.

### (iii)    Inherent anticipation rejection based on the PDR 1985, Griffith 1981 and Griffith 1984

64.    The Examiner contends that the PDR 1985 (pages 1811-13), Griffith 1981 or Griffith 1984 teach administration of CsA to cells, which based on Holschermann, would inherently reduce NF-kB activity and therefore expression of NF-kB regulated genes. The Examiner contends that each of these references inherently anticipate claims 1-2, 5, 6, 8, 9, 20-27, 29, 31-40, 64-73, 75-80, 82, 84 and 88-97. I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 27 of 74  of Declaration of Dr. Inder Verma*

65.    Griffith 1981 and Griffith 1984 both describe various clinical studies conducted to evaluate use of CsA in transplant patients. The 1985 PDR describes potential use of CsA in transplant patients. None of these references describes method of using CsA that would carry out the method recited in any of the claims. None of these references mention NF-kB, describes any external influence that would necessarily induce NF-kB activity or NF-kB mediated intracellular signaling or describe any effect of CsA necessarily resulting from or mediated through NF-κB. Moreover, I disagree that Holschermann provides any basis for concluding that such elements would necessarily have occurred in any prior use of CsA as described by Griffith 1981 or 1984, or the 1985 PDR.

66.    As noted above, I understand the above claims to be directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing stimulus (external influence). Neither of the Griffith studies, nor the 1985 PDR identifies an external influence that would have necessarily induced NF-kB activity. Moreover, in the patient studies reported in Griffith 1981 and 1984, CsA was administered before transplantation. As the Examiner indicates, the 1985 PDR teaches CsA should be administered first before and then after surgery. There is no evidence that any of these methods of using CsA described in the pre-April 21, 1989 references art would necessarily involve administration of CsA in cells in which NF-kB activity has first been induced.

67.    As discussed above, the accumulated scientific evidence indicates that CsA exerts its clinical effect as an immunosuppressant through its effect on transcriptional factor NFAT. The only potential effect of CsA on gene expression which the 1985 PDR mentions is on expression of IL-2, which the data discussed above indicates is mediated not through NF-kB but through NFAT.    The Examiner nevertheless contends that Holschermann demonstrates that

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 28 of 74  of Declaration of Dr. Inder Verma*
CsA, as used in Griffith and/or described in the 1985 PDR would have inherently reduced NF-kB

activity. I disagree.

68.    First, there is no showing in the PDR that the use of CsA in patients followed

exposure to an external stimulus that would necessarily induce NF-kB activity in cells of those

patients, such that the induced NF-kB activity could be reduced as required by the claims.

Similarly, in the two Griffith references, there is no evidence indicating what, if anything had

necessarily first induced NF-kB in the cells of patients in the studies reported.

69.    Even if Holschermann had demonstrated that in transplant patients, CsA had some

effect on NF-kB (and I disagree that it does), Holschermann fails to replicate the Griffith studies

and therefore it is an error to assume that CsA necessarily had the same effect in the patients in

Griffith. In this regard, I note that the Examiner bases his premise that CsA would have had the

same effect on the erroneous statement that Holschermann "essentially repeated the tests

disclosed in Griffith". (Office Action at 25).   This is not correct. Several key differences exist

between Griffith's studies and Holschermann that would preclude such an assumption.    In

contrast to patients in the Griffith studies, patients in the Hoschermann study all received

additional drugs, including azathioprene, and aspirin, which were not provided to the Griffith

patients. (Holschermann at 4232, Griffith 1984 at 952, Griffith 1981 at 325).  Whereas patients

in Holschermann's study all received antithymocyte globulin, in Griffith 1984 this drug was

provided only for rescue from severe or chronic tissue rejection. Moreover, the timing of CsA

administration, which in the Griffith studies was first administered before transplantation,

differed significantly from Holschermann, where CsA treatment took place only after

transplantation. Holschermann at 4233.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 29 of 74  of Declaration of Dr. Inder Verma*

70.    Further, none of the data Holschermann reports demonstrate that CsA had any effect that in patients that was mediated by or resulted from any effect of CsA on NF-kB.  The Holschermann study used an enzymatic assay to measure tissue factor (TF) activity in peripheral blood mononuclear cells (PBMCs) isolated from ten cardiac transplant patients being treated with CsA.  The authors observed that TF activity appeared to be reduced in PMBCs isolated from some, but notably, not from all patients after being administered CsA. Holschermann, Fig 2B. The authors indicate that the apparent inhibition may have, but did not necessarily, result from a direct effect of CsA on monocytes. The authors speculate that CsA had certain effects in these patients that the authors suggest were mediated by reducing NF-kB binding activity in monocytes, in particular, on TF expression. I disagree that these data support such a hypothesis.

71.    The only data relating to transcription of the TF gene in patients (presented in Figure 3) fails to demonstrate any link between NF-kB activity and TF expression.  In particular, Figure 3 reports TF mRNA levels in cells directly isolated from patients before CsA treatment (lane 2) and after treatment (lane 5).  Holschermann purportedly found significant activation of NF-kB in mononuclear cells directly isolated from patients before CsA treatment (Figure 4), but at the same time, did not observe detectable TF mRNA expression in such cells. (Figure 3, lane 2).  These data show that *in vivo*, there was an apparent lack of correlation between purported NF-kB activity and transcription of the TF gene in the mononuclear cells of the transplant patients.  Therefore, these data fail to support the inference that in transplant patients, TF gene expression is necessarily mediated by NF-kB or caused by induced NF-kB activity.

72.    Even assuming the data in Holschermann to be valid, the only data showing some effect of CsA on transcription of the TF gene were obtained through *in vitro* experiments, which involved further manipulation and treatment of monocytes originally isolated from patients.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 30 of 74  of Declaration of Dr. Inder Verma*

Neither the Griffith studies, nor the 1985 PDR describe any *in vitro* manipulation of cells. Such experiments in Holschermann therefore do not replicate any method of using CsA described in either Griffith paper or in 1985 PDR, nor do they reflect what went on in the cells of patients in the Griffith studies.

73.    Moreover, in my opinion, the Holschermann study provides insufficient data to demonstrate that in patients, CsA treatment reduced NF-κB binding activity in monocytes. The only data relating to the effect of CsA on NF-kB binding is a single binding assay reported in Figure 4. This data suffers from several flaws. The paper provides no indication whatsoever on how many patients these data are based on, or the degree to which the effect was reproducible from patient to patient. Moreover, based on the data Holschermann provides, the apparent decrease in binding in extracts from CsA treated patients cannot be interpreted as showing decreased binding of NF-κB. Several studies (see, for example, Giffin 2003, Kinoshita et al. 1997) have demonstrated that the consensus sequence that Holschermann used in the EMSA to assess binding of NF-kB binds other transcription factors, such as NFAT. In view of these other data, the EMSA binding assay Holschermann used lacked sufficient controls, such as an appropriate antibody control, to confirm that the binding complex reported as being affected by CsA was in fact NF-κB. As the data in Figure 4 is insufficient to demonstrate that CsA reduced NF-kB binding in the patients Holschermann studied, one could not reasonably infer from this study that NF-κB activity was reduced in all patients during prior use of CsA as described in 1985 PDR, Griffith 1981 and Griffith 1984.

74.    Further, Holschermann does not provide a sufficient basis from which one could infer that the patients studied were characteristic of transplant patients treated with CsA as described in the cited references published before 1989. Both Griffith 1981 and Griffith 1984

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 31 of 74  of Declaration of Dr. Inder Verma*
note the effects of CsA *in vivo* can vary from patient to patient in part from the high incidence of

toxicity and various side effects, and considerable variability in blood and tissue levels.

Holschermann observed "a high inter-individual variation in monocytes TF inducibility." (p. 11).

Additionally, Figure 2 (lower panel) indicates that CsA treatment did not reduce TF activity in

all patients.   These other variables further indicate that even had Holschermann replicated

experiments in Griffith or the PDR, one could not conclude that the results Holschermann

observed would necessarily be observed in any patient treated with CsA in the manner described

in 1985 PDR, Griffith 1981 and Griffith 1984.  Most importantly, we know now that CsA affects

NFAT activity, not NF-kB activity.

## V.   Inherent Anticipation Rejection Based on Art Relating to Glucocorticoids (1970 PDR, Nagasawa (1981) or Rovera (1979))

75.   I understand that the Examiner has rejected claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29,

31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 as anticipated by

Nagasawa 1981, Rovera 1979, or selected portions from the 1970 PDR, and explained by various

references published after April 21, 1989. (Office Action at 34-35).  I have reviewed each of

these references, and the above claims.  The Examiner contends that each of the references

published before April 21, 1989 teaches administration of glucocorticoids (e.g., dexamethasone)

to treat inflammatory and allergic diseases such as asthma and arthritis (presumably the 1970

PDR), and in human cell culture tests (Nagasawa and Rovera). The Examiner contends that cited

later references is extrinsic evidence where shows that administration of glucocorticoids as

described in the earlier references would have necessarily reduced NF-kB activity and

concomitant cytokine production. The Examiner contends that each of these references

inherently anticipates the above claims. I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 32 of 74   of Declaration of Dr. Inder Verma*

     (i)    **Inherent anticipation rejection based on Nagasawa (1981) or Rovera (1979)**

76.    Each of the above claims requires "reducing NF-kB activity." As described above, I understand all the above claims are directed to methods carried out on cells in which NF-kB activity has first been induced by some external inducing stimulus. Therefore, some claims (e.g. claims 1, 2 and 5) encompass both extracellular and intracellular interference with the NF-kB pathway; other (e.g. claims 8 and 9) encompass only intracellular interference with the NF-kB pathway. Neither Nagasawa nor Rovera describe any such method of using glucocorticoids. Therefore, uses of glucocorticoids described in these references would not involve the method recited in any of the claims (Schematic 16 of **Exhibit 1**).

77.    In particular, the Examiner states that "Nagasawa taught induction of human leukemic T-Cells (MOLT-3) by TPA, *followed by* the administration of $10^{-6}$ (1uM) dexamethasone." (Office Action at 35) (Emphasis added). This statement mischaracterizes Nagasawa. Nagasawa describes only one experiment relating to the use of dexamethasone in MOLT-3 cells and finds no effect. (See page 185, Table 2). In this experiment, dexamethasone was administered to MOLT-3 cells either 1 day before or simultaneously with administration of TPA. It was never administered following induction of TPA. Therefore, Nagasawa does not describe the use of dexamethasone in cells that have been induced with TPA, and therefore does not describe the use of dexamethasone in cells that have NF-kB activity. Accordingly, there is no NF-kB activity to be reduced, and no NF-kB activity reduced, upon administration of dexamethasone.

78.    The Examiner also states that "similarly, Rovera taught the induction of human leukemic cells (promyelocytes and mature myeloid cells) with TPA, *also followed by*

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 33 of 74  of Declaration of Dr. Inder Verma*
administration of $10^{-6}$ dexamethasone." (Office Action at 35) (Emphasis added). This statement

similarly mischaracterizes Rovera.   Rovera describes only a single experiment (in which

apparently only two data points were collected) relating to administration of dexamethasone in

the HL-60 tumor cell line. (Rovera page 869, Table 1).  In this experiment, dexamethasone was

administered to HL-60 cells either 24 hours before or simultaneously with administration of

TPA. It was not administered following induction with TPA.  Therefore, Rovera also does not

describe the use of dexamethasone in cells that have been induced with TPA or that have NF-kB

activity which could be reduced.

      79.    Neither of these references provides any evidence demonstrating that TPA

necessarily induced NF-kB activity in the cells studied.  Nagasawa describes induction of certain

morphological and biochemical markers of differentiation in MOLT-3 cells. (Nagasawa at 182).

After four days of simultaneous exposure to TPA and dexamethasone the authors measured the

percentage of E-rosette positive MOLT-3 cells.  There is no evidence (including that in Exhibit

H-8, incorporated into the August 2, 2006 Office Action) showing that any of these induced

markers relate in any way to NF-kB.  Further, there is no evidence (including that in Exhibit H-

8) that in MOLT-3 cells, TPA necessarily induced expression of any particular gene, let alone

any gene regulated by NF-kB.

      80.    Rovera describes the ability of TPA to induce certain morphological changes in

HL-60 cells, as well as adherence of the cells to substrate. There is no evidence (including that in

Exhibit H-8) showing that these changes in morphology or adherence relate in any way to NF-

kB. Further, there is no evidence (including that in Exhibit H-8) that in HL-60 cells, TPA

necessarily induced expression of any particular gene, let alone any gene regulated by NF-kB.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 34 of 74  of Declaration of Dr. Inder Verma*

81.    Finally, none of the post filing references which purports to be extrinsic evidence of inherency that the Examiner cites (Auphan, Scheinman I and II, Mukaida or Padgett) demonstrates that either Nagaswa or Rovera describes a method of (a) using glucocorticoids in cells in which NF-kB activity has been induced or (b) reducing induced NF-kB activity.  To the extent that the Examiner has interpreted these post-filing references as evidence that glucocorticoids (in particular, dexamethasone) "are recognized to necessarily and inherently reduce NF-kB activity and concomitant cytokine production," these references do not support such a statement.

82.    Moreover, none of these later references reproduces any experiment in Nagasawa or Rovera.  As discussed below, there is considerable uncertainty relating to the potential mechanism of action of glucocorticoids in cells, including whether there are any potential effects on NF-kB, as reflected in a substantial amount of contradictory data reported in the scientific literature. Therefore, careful replication would be required to make any prediction as to what effects glucocorticoids may have had in earlier studies.  None of the post-filing references provide such data or make any attempt to do so.

83.    The Examiner appears to assume that TPA necessarily has the same effect in all human leukemic cell lines. This assumption is erroneous as evidenced by Nagasawa, which points out that "in addition to being able to elicit varying responses in different experimental systems, these tumor promoters can also have contrasting effect on cells apparently derived from the same lineage of differentiation." (Nagasawa at page 190).

84.    In the study by Nagasawa, the authors measured the percentage of E-rosette positive MOLT-3 cells after four days of simultaneous exposure to TPA and dexamethasone.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 35 of 74  of Declaration of Dr. Inder Verma*

The only conclusion Nagasawa makes regarding glucocorticoids in MOLT-3 cells is that

administration had no effect on induction of MOLT-3 cells by TPA.  (Nagasawa at 185).

Similarly, the only conclusion that Rovera makes regarding glucocorticoids in HL-60 cells is that

dexamethasone did not "block[] the response of HL-60 cells to TPA, even when the cells were

pretreated with a concentration of the test compound 1000 times greater that the concentration of

TPA used to induce differentiation." (Rovera at 869).   Such evidence of lack of effect cannot

demonstrate that administration of glucocorticoids either reduced NF-kB activity in the cells or

had any effect in the cells that was mediated by or resulted from an effect on NF-kB.

### (ii)      Inherent anticipation rejection based on the 1970 PDR

85.   The section of the 1970 PDR cited in the Office Action provides that

dexamethasone may be used in human patients to treat in "all inflammatory, rheumatic and

allergic conditions which respond to adrenocorticoid therapy..."  The 1970 PDR specifically

refers to potentially treating collagen diseases, skin diseases, allergies, inflammatory eye

diseases, nonarticular musculoskeletal disorders, blood dyscrasias and "miscellaneous."   The

Examiner contends that "it has been known since the mid-1990s, that glucocorticoids effect their

immunosuppression (sic) by reducing NF-kB activity by preventing NF-kB from binding to the

appropriate sites on the DNA and/or by increasing the transcription, expression and/or release of

IKB, thereby reducing the amount of activated NF-kB that can translocate into the nucleus."

(Office Action at 36)

86.   The Examiner contends that a number of post-filing date published references

(including Baldwin, Auphan, Scheinman I and II, Mukaida and Padgett) provide extrinsic

evidence that any administration of dexamethasone would have necessarily reduced NF-kB

activity and concomitant cytokine production.  I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 36 of 74  of Declaration of Dr. Inder Verma*

87.     First, there is no showing in the 1970 PDR in connection with the different

potential uses of glucocorticoids in patients of what, if anything, would necessarily induce NF-

kB activity in cells in connection with any particular use, such that the induced NF-kB activity

could be reduced as required by the claims.  As the 1970 PDR lacks any such information, one

skilled in the art would not read the 1970 PDR as teaching any of the methods claimed in the

'516 patent. (Schematic 17 of **Exhibit 1**).

88.     Second, these post-filing date published references (except for Baldwin and

Padgett) all describe experiments conducted in various laboratory systems.[1] None of these

references describe effects of using dexamethasone or other glucocorticoids in patients.  From

these experiments, the respective authors proposed various hypotheses in an attempt to explain

the apparent effects of glucocorticoids they observed in their specific experimental systems.

None of these later references provide data relating to clinical use of glucocorticoids in patients.

Nor do they provide a reasonable basis from which one skilled in the art could conclude that

administration of glucocorticoids under very different conditions than those described in the

PDR demonstrates that dexamethasone, when used as described in the PDR necessarily resulted

in reducing induced NF-kB activity, NF-kB-mediated intracellular signaling or any other NF-kB

mediated effect in cells.

89.     As Padgett acknowledges, while these different hypotheses (or "models" as Padgett

refers to them) "provide insight into potential mechanisms" by which GC hormones can regulate

---

[1]     The Examiner appears to refer to the Baldwin review article only for statements about
what the other references describe.  Baldwin does not report any primary data.  Therefore,
I will direct my comments to the actual data and discussion that these other references
provide.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 37 of 74  of Declaration of Dr. Inder Verma*

expression of certain immunologically related genes, "the story is not very clear." (Padgett at

446) For example, *in vitro* studies have reported contradictory results as to the effects of

glucocorticoids on NF-kB binding activity, with some studies suggesting inhibitory effects, some

studies demonstrating no effects, and some studies reporting enhancement of NF-kB binding

activity. (Hart 2000 at 229). Moreover, as discussed below, other studies have been unable to

confirm the different theories that Scheinman I and II, Auphan and Mukaida proposed, which

suggested various potential mechanisms of action through which glucocorticoids might affect

NF-kB.

90.    The mechanisms by which glucocorticoids, including dexamethasone, mediate

inflammatory responses are poorly understood, and as Padgett and these other papers discuss,

substantial evidence demonstrates that glucocorticoids can act through a variety of mechanisms

which are independent of NF-kB. (Padgett at 445, Han at 271, Hart at 224). For example,

glucocorticoids function by binding in the cytoplasm to glucocorticoid receptors (GR), which

then translocate to the nucleus as a glucocorticoid-GR complex and bind to target elements or

glucocorticoid response elements (GREs) to function as direct enhancers or repressors of gene

transcription. (Padgett at 445-46). As Padgett also notes, the glucocorticoid receptor

"undoubtedly interferes with the function of other transcriptional regulators," such as activator

protein-1 (AP-1) and NF-AT. (Padgett at 447, see also Han at 271, Hart at 224). Such evidence

includes work from my laboratory, which demonstrated the ability of glucocorticoid receptor to

prevent AP-1 dependent transcription through a mechanism likely involving protein-protein

interactions between GR and Jun/AP-1. (Schule et al 1990, attached hereto as **Exhibit 16**.)

91.    Moreover, none of the post-filing date references cited in the Office Action

provides evidence that use of dexamethasone in patients as described in the 1970 PDR would

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 38 of 74 of Declaration of Dr. Inder Verma*

have necessarily reduced NF-kB activity and concomitant NF-kB mediated expression of any

cytokine. As discussed below, in addition to poor understanding of their mechanisms of action,

there is substantial contradictory data regarding the potential effects of glucocorticoids on

transcription. To explain what necessarily occurred during prior use of dexamethasone as

described in the 1970 PDR, a subsequent study would have to replicate the conditions of using

dexamethasone the PDR describes. None of these studies do so. Scheinman II and Auphan both

describe experiments that were conducted to examine the effect of dexamethasone on IkB

expression in cultured cells. Neither study reproduces, nor attempts to reproduce the

physiological conditions associated with administration of dexamethasone to patients described

in the 1970 PDR. Further, neither study administered dexamethasone to cells in which NF-kB

activity had first been induced by some external influence. Even if one assumed *arguendo* the

1970 PDR describe that a method in which NF-kB activity had first been induced, none of these

later studies replicated such a method.

92.    The data in Scheinman II were obtained primarily from experiments conducted

with HeLa cells, a line of cancer cells having an abnormal genotype (with about twice the normal

number of chromosomes). Even before induction with TNF-alpha, Scheinman observed high

levels of NF-kB binding activity in the HeLa cells he used (Scheinman II at 284, Figure 1A),

demonstrating that the pattern of NF-kB activity in the HeLa cells used by Scheinman does not

reflect that found in normal cells. The data in Auphan reflect experiments conducted primarily

with glucocorticoid receptor negative Jurkat cells stably transfected with an expression vector

encoding rat GR (Auphan at 287-289, Fig. 2 through 4) or in other cell lines or mice treated with

non-physiological inducers, such as ionomycin, TPA or anti-CD3 antibodies, which one would

not encounter in patients (Auphan, Figures 1 and 3). Neither Scheinman II nor Auphan therefore

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 39 of 74  of Declaration of Dr. Inder Verma*
replicates any method of using dexamethasone that was described in the 1970 PDR. Moreover,

in all the experiments described in Scheinman and Auphan, when used, dexamethasone was

administered only before or simultaneously with any inducer. Therefore, neither of these studies

describes the result of using dexamethasone in a method where it was used to reduce NF-kB

activity that has first been induced by an external stimulus.

93.    The data in Scheinman I was obtained primarily through a transfected cell system,

which was engineered to overexpress an NF-kB component in the cells to allow the investigators

to study potential interactions between the glucocorticoid receptor complex and NF-kB.

(Scheinman I at 945) These interactions were assessed through transactivation of a reporter

construct, which was also transfected into the cells. (See for example, Scheinman I at 945-47,

Figs. 1 through 3). Activation of this reporter construct was driven by overexpression of p65 NF-

kB subunit rather than by any external influence. (See for example, Scheinman I, Fig. 1).

Significantly, none of these transactivation experiments describe the result of using

dexamethasone in cells in which NF-kB had been induced by some external influence, or reflect

a process in which NF-kB activity would be induced in any cell in the body.

94.    Moreover, such engineered cells would not have existed in patients treated with

dexamethasone as described in the 1970 PDR. The effect of dexamethasone on such engineered

cells, in particular its effect on expression of any exogenous gene, would differ from its effect on

any cell normally found in the body. Furthermore, in the single experiment conducted in

untransfected (HeLa) cells, cells were pretreated with dexamethasone for 16 hours before

administration of an inducer (TNF-$\alpha$). (Scheinman at 949, Fig. 7). None of the experiments

described in Schienman I indicate the effect of administering dexamethasone to cells in which

NF-kB had been induced by some external influence.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 40 of 74  of Declaration of Dr. Inder Verma*

95.   Mukaida describes a series of experiments conducted to examine the potential mechanism of action of dexamethasone in preventing IL-8 expression in a human glioblastoma cell stimulated with IL-1.  As in the references above, none of the experiments Mukaida describes attempts to reproduce the physiological conditions associated with administration of dexamethasone described in the 1970 PDR.  In this regard, the PDR does not describe use of glucocorticoids to affect NF-kB.  Further, none of these experiments addressed the effect of dexamethasone on cells in which NF-kB activity had been induced by some external influence, as dexamethasone was always administered concurrently with the inducing agent.  Moreover, the authors' conclusion that "collectively, our results favor the assumption that the NF-kB site was responsible for IL-8 gene repression by dexamethasone," is inconsistent with the studies described in the Bourke reference discussed below. (Mukaida at 13294, Bourke at 2113, 2118). In summary, neither Mukaida nor any of the other post-filing data published references cited in the Office Action indicates that the administration dexamethasone as taught in the 1970 PDR would necessarily reduce induced NF-kB activity or NF-kB mediated-intracellular signaling.

96.   In contrast to the post-filing date published reference cited by the Examiner, substantial evidence, which was not cited, including data as to the effect of glucocorticoids in patients, demonstrates that administration of glucocorticoids, in particular to treat inflammatory disorders, does not necessarily affect NF-kB activity.  This evidence specifically demonstrates that the effects of glucocorticoid administration are not necessarily mediated through any of the potential mechanisms of action proposed by the models above or even by other potential mechanisms involving NF-kB. Instead, these studies indicate that glucocorticoids can exert anti-inflammatory effects in cells by mechanism(s) entirely independent of, and without affecting, NF-kB.  Several such studies are summarized here.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 41 of 74  of Declaration of Dr. Inder Verma*

97.   Hart et al. 2000 attached as **Exhibit 17** examined the effect of glucocorticoid (fluticasone) administration on expression and DNA-binding activity of NF-kB in alveolar macrophages and bronchial biopsies from patients with asthma.   While inhaled fluticasone decreased the inflammatory response in these asthma patients as assayed by several measures, "there was no decrease in NF-kB-DNA binding and activation." (Hart at 224).   In fact, glucocorticoid treatment caused an increase in p65 expression in biopsy sections as determined by immunohistochemistry.  Similarly, *in vitro* studies on A549 epithelial cells also showed that dexamethasone increased the expression of p65 when the cells were stimulated with IL-1β, suggesting that administration of glucocorticoid may cause increased transcription of NF-kB. (Hart at 224-225, 229-230).  The authors concluded that "our data do not provide support for the actions of glucocorticoids occurring through the binding of its activated receptor to the transcription factor, NF-kB, because no reduction in the binding of NF-kB or its activation was apparent after 1 mo of treatment with a potent inhaled corticosteroid." (Hart 2000 at 229).

98.   Bergman I (Bergman et al. Immunology 2004) and Bergman II (Bergman et al. Am. J. Resp. Biol. 2004) attached as **Exhibits 18** and **19** describe a series of studies conducted to examine the mechanism by which dexamethasone inhibited expression of granulocyte macrophage-colony-stimulating factor (GM-CSF) in primary human T-cells, human peripheral blood mononuclear cells and human T-cell lines (Jurkat and HUT78).  GM-CSF is one of the proinflammatory cytokines that is activated in inflammatory disorders such as asthma, whose expression is regulated by NF-kB, as well as other transcription factors. (Bergman II at 555). NF-kB did not appear to mediate the inhibitory effect of dexamethasone on on GM-CSF expression. Specifically, although dexamethasone strongly inhibited GM-CSF release from cells stimulated by a combination of PMA and PHA, in reporter assays, dexamethasone had "no clear

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 42 of 74  of Declaration of Dr. Inder Verma*
effect" on NF-kB-dependent transcription (Bergman II at 561, Bergman I at 432-433, Fig. 2).

These data indicated that dexamethasone likely exerted its inhibitory effect through some post-transcriptional/translational mechanism. (Bergman II at 555, 561-562).

99.    Han et al. 2001 attached as **Exhibit 20** describes a series of experiments examining whether the ability of dexamethasone to suppress production of inflammatory cytokines in fibroblast-like rheumatoid synoviocytes (FLS) isolated from human subjects was mediated by an effect of dexamethasone on NF-kB. Stimulation of FLS cells with TNF-α induced NF-kB binding activity, as well as expression of two inflammatory cytokines believed to be involved in the pathophysiology of rheumatoid arthritis, IL-6 and IL-1. (Han at 268-269). Although simultaneous administration of dexamethasone suppressed the production of these cytokines, dexamethasone had no effect of DNA binding, and neither prevented translocation of NF-kB to the nucleus, nor induced synthesis of IkB-α. (Han at 267, 269-270, Figs. 1-4).

100.    Bourke and Moynagh 1999 attached as **Exhibit 21** reports on a series of experiments using brain cell lines "strongly suggesting" that dexamethasone may exert antiinflamatory effects by mechanisms independent of NF-κB. (Bourke at 2113). These data demonstrated that pretreatment with dexamethasone inhibited expression of NF-κB regulated proteins IL-8, VCAM-1 and ICAM-1 in cells stimulated with IL-1. The authors found, however, that "the range of concentrations of dexamethasone that inhibited the expression of the proinflammatory molecules were completely ineffectual in affecting the activation of NF-κB." (Bourke at 2118). In particular, dexamethasone failed to prevent IL-1 from stimulating the nuclear translocation and DNA binding activity of NF-κB as determined by EMSA analysis. (Bourke at 2117-2118, Fig. 6)  Moreover, dexamethasone also failed to affect IL-1 induced expression of an NF-κB-regulated reporter gene. Based on their data, the authors conclude that

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 43 of 74  of Declaration of Dr. Inder Verma*

"the scenario whereby glucocorticoids may produce immunosuppressive and anti-inflammatory

effects in cells and NF-kB need not be involved in mediating the effects may be widespread and

is not limited to a single cell type." (Bourke at 2118).

101. In summary, the fact that dexamethasone (or any other glucocorticoid) is

administered to cells does not indicate that the administration of that glucocorticoid necessarily

reduced induced NF-kB activity or NF-kB mediated-intracellular signaling. In this regard, the

1970 PDR provides no actual data relating to use of glucocorticoids, and no evidence that in the

conditions the PDR indicates could be potentially treated with glucocorticoids, cells would have

been acted on by a particular external influence that would have necessarily induced NF-kB

activity or any NF-kB mediated effects. Furthermore, the 1970 PDR also provides no evidence

that administration of glucocorticoids would have reduced induced NF-kB activity, would have

affected expression of NF-kB regulated genes, or would have influenced any other NF-kB

mediated effect in the cell.

   **(iii) Inherent anticipation rejection based on pages 1466-1496 of Goodman
     and Gilman (1980) relating to production and release of endogenous
     glucocorticoids**

102. I understand that the Examiner has also rejected claims 1-2, 5, 6, 8, 9, 20-21, 25-27,

29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 as anticipated

by pages 1466 to 1496 of Goodman and Gilman (1980), and explained by various cited non-prior

art references. (Office Action at p. 55). I have reviewed the cited pages from Goodman and

Gilman, the cited non-prior art references and the above claims. The Examiner contends that

Goodman and Gilman teaches "in response to various environmental stressors," that cortisol and

other endogenous glucocorticoids are produced and released, which, as explained by the cited

non-prior art references, would necessarily reduce NF-kB activity and expression of cytokines

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 44 of 74  of Declaration of Dr. Inder Verma*
whose transcription is regulated by NF-kB, and would therefore have carried out the above

claims. (Office Action at 55). I respectfully disagree.

103. First, as discussed above, the claims are directed to methods for modifying the naturally occurring response to such inducing stimuli and reducing the harmful effect of such external influences by "reducing NF-kB activity." These goals are achieved by reducing the ability of NF-kB to act as a messenger inside the cell regulating specific results recited in the claims, such as reducing NF-kB mediated gene expression. When read in light of the teachings of the patent disclosure, one skilled in the art would have understood the claims to require affirmative, manipulative steps, calculated to achieve such specific results. One skilled in the art, therefore, would not have understood the natural production and release of endogenous glucocorticoids as carrying out any of the '516 patent claims.

104. Second, there is no showing in Goodman and Gilman (1980) in connection with the widely variable "environmental stressors" referred to ("agonal state, severe infections, surgery, parturition, cold, exercise and emotional stress"), of what, if anything, would necessarily induce NF-kB activity in cells in connection with any particular stressor, such that the induced NF-kB activity could be reduced as required by the claims. As it lacks any such information, even if one read the claims to encompass natural production of endogenous glucocorticoids, one would not read the Goodman and Gilman (1980) as describing any of the claimed methods. The Examiner refers to "hypersensitivity reactions" but provides no evidence, nor is there any reason to believe, that the different environmental stressors that the Examiner contends would cause production of endogenous glucocorticoids would necessarily be associated with "hypersensitivity reactions." (Office Action, at 56.)

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 45 of 74    of Declaration of Dr. Inder Verma*

105. Third, the allegedly anticipating pre-April 21, 1989 art the Examiner relies on describes cortisol. The later references the Examiner relies on regarding effects on NF-kB all describe various experiments using the synthetic steroid dexamethasone, which is a different compound. One cannot assume that the effects of different glucocorticoids and steroids are necessarily the same, as is evident from the fact that numerous, different steroid drugs have been developed, and have different indications. Further, as Padgett indicates, glucocorticoids mediate effects through at least two different receptors, the glucocorticoid receptor and the mineralocorticoid receptor. (Padgett at 445). As Goodman and Gilman indicate, and as evidenced from numerous later publications, the spectrum of biological effects of different glucocorticoids can vary tremendously at least in part due to the different interactions of each distinct glucocorticoid with each of these receptors, and the specific pattern of receptor expression on any individual cell. (For example, see Goodman and Gilman at 1473). Although the Examiner asserts that Padgett provides analogous "NF-kB inhibiting evidence" as that in Baldwin I, Auphan, Scheinman I/II and the Mukaida documents regarding dexamethasone, the Padgett review provides no primary data, and does not discuss any experiment which examined the effect of cortisol (or any endogenous glucocorticoid) on NF-kB activity. The Examiner has no basis in fact for assuming that cortisol would necessarily affect NF-kB in the same way under any particular experimental scenario.

106. Lastly, even if one were to erroneously assume that one could equate the effect of cortisol with dexamethasone, for all the same reasons as explained above regarding use of dexamethasone, the fact that cells were exposed to cortisol produced and released naturally in the body does not indicate that such exposure necessarily reduced induced NF-kB activity or NF-kB

Patentees: David Baltimore et al:
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 46 of 74  of Declaration of Dr. Inder Verma*
mediated-intracellular signaling.   For all these reasons, pages 1466-1496 from Goodman and

Gilman cannot anticipate any of the above claims.

## VI.    Calcitriol

107.  Calcitriol (1,25-(OH)$_2$D$_3$) is the active metabolite of vitamin D3 (cholecalciferol). It

is widely thought that the biological effects of calcitriol are mediated through its interaction with

a high affinity nuclear receptor known as the vitamin D receptor (VDR). (Alroy 1995).   The

receptor selectively associates with recognition sequences generally in the promoter region of

target genes, and thereby acts to either positively or negatively regulate transcription of those

genes. (Alroy at 5780-90).  Notably, calcitriol appears to inhibit transcription through the VDR

receptor by acting directly as a repressor for transcription, but in some genes, notably IL-2, it

also appears to inhibit transcription by interacting with the region in the promoter that comprises

the binding site for NFAT and preventing NFAT induction. (Alroy at 5790).

### A.    Inherent Anticipation Rejection Based on Pre-April 21, 1989 References Relating to Calcitriol (Tsoukas, Manolagas, Lemire I and II, Rigby I and II)

108.  I understand that the Examiner has rejected claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29,

31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 as anticipated by

Tsoukas, Lemire I, Lemire II, Rigby I, Rigby II or Manolagas.  I have reviewed each of these

references and the above claims. The Examiner contends that each of these references teaches

administration of calcitirol to humans, and also reports the study of calcitriol in various human

cell cultures, including human Jurkat (T-cell line), leukemic cells, and human peripheral blood

monocyte ("PBM") cells, including Tsoukas (PBM), Manolagas (PBM), Lemire I, Lemiore II,

Rigby I, and Rigby II.  (Office Action at 31).  The Examiner contends further that the cited

extrinsic evidence (post-filing date published Yu 1995, and statements in paragraphs 7 through

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 47 of 74  of Declaration of Dr. Inder Verma*
24 of the Declaration of Dr. Manolagas) show that administration of calcitriol as described in these references would have necessarily reduced NF-kB activity and also expression of genes whose transcription is regulated by NF-kB activity. The Examiner therefore contends that each of the primary references inherently anticipates the above claims. I have reviewed Yu 1995 and the Declaration of Dr. Manolagas, and I respectfully disagree.

109. As an initial matter, the Examiner should note that the cited publications all describe experiments conducted in various types of cultured cells. None of these publications describe methods for using calcitriol in humans. Therefore, this declaration will only address the contentions made in the Office Action regarding use of calcitriol in cultured cell systems, as described in the cited primary publications.

110. In particular, the Examiner relies on six primary publications: Tsoukas and Manolagas, describing work done in Dr. Manolagas laboratory, and four other publications by others (Lemire I and II, Rigby I and II). The Examiner relies on these studies as evidence that administration of calcitriol in "PBM" cells reduced production of the cytokine IL-2, which the Examiner argues is regulated at least in part by NF-kB. (Office Action at 30-31). The Examiner contends that Yu et al. carried out experiments "under the same conditions utilized in Tsoukas and Manolagas" and therefore replicated the conditions of using calcitriol in the primary references. (Office Action at 31.) The Examiner argues that Yu's data "that calcitriol reduced NF-kB activity as well as NF-kB-regulated gene expression," therefore demonstrate that administration of calcitriol as described in the pre-April 21, 1989 references would have "necessarily and inherently" reduced NF-kB in induced human cells (PBM/Jurkat) to reduce IL-2 expression, and "necessarily and inherently" practiced the above claims. I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 48 of 74  of Declaration of Dr. Inder Verma*

111. Each of the above claims requires "reducing NF-kB activity." As described above, I understand all the above claims are directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing external stimulus. In this regard, the Examiner erroneously states the primary references describe the use of calcitriol in induced human cells. Tsoukas 1984 describes a series of experiments investigating the effect of calcitriol on proliferation and production of IL-2 protein (as measured indirectly by IL-2 activity) in PBM cells <u>simultaneously</u> stimulated with PHA, not first induced with PHA. Manolagas 1986 reports further experiments investigating the effect of calcitriol on proliferation and IL-2 activity in PBM cells, in terms of its calcium sensitivity. None of these experiments were conducted by <u>administering</u> calcitriol by itself to induced cells. Therefore, none of the methods of using calcitriol by itself that Tsoukas or Manolagas describe could have involved reducing induced NF-kB activity.

112. Lemire I and II describe experiments investigating the effect of calcitriol on DNA synthesis and IgG production in PBM cells. In Lemire I, calcitriol treated cells were <u>simultaneously</u> stimulated with a number of different agents, either PHA, pokeweed mitogen (PWA) or dermatophyton-O. In Lemire II, cells were <u>either pretreated or simultaneously treated with calcitriol</u> and a number of different agents, either PHA, PWA, or con A. The only specific data reported by either Lemire I or II from PHA treated cells relates to the effect of calcitriol on DNA synthesis (Lemire I at 659, Fig. 2; Lemire II at 3033, Table I, Fig. 1). Again, none of these experiments were conducted by administering calcitriol to cells in which NF-kB activity had first been induced. Instead, these experiments were conducted by simultaneously treating cultures with calcitriol and various agents. Therefore, none of the methods of using calcitriol that Lemire I and II describe could have reduced induced NF-kB activity as recited in the claims.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 49 of 74  of Declaration of Dr. Inder Verma*

113. Rigby II describes experiments investigating the effect of calcitriol on mitogenesis (cell cycle distribution and DNA synthesis), cell surface levels of IL2 receptors and transferrin receptors in PBM cells. In Rigby II, none of the experiments were conducted by administering calcitriol to induced cells. Instead, in these experiments, cells were always <u>stimulated with PHA in the presence of calcitriol</u>. None of these experiments could therefore have used calcitriol to reduce induced NF-kB activity.

114. Rigby I describes experiments investigating the effect of calcitriol on mitogenesis and production of IL2 (by a bioactivity assay) in PBM cells. In certain of the experiments, calcitriol was administered to cells at various time points after stimulation with PHA. (Rigby I at 1453, Figs. 2 and 4). Of the calcitriol pre-April 21, 1989 art cited, Rigby is the only study to describe any instances of administering calcitriol to cells after stimulation with PHA. To the extent the Examiner relied on these particular experiments to contend that, based on Yu, such use of calcitriol would have necessarily reduced NF-kB activity such that IL-2 expression was reduced, substantial evidence demonstrates that there is no reasonable factual basis for such an inference. This evidence, summarized below, includes significant differences in protocols between Yu 1995 and earlier studies, lack of any correlation between the purported kinetics of the effect of calcitriol on NF-kB binding and the effect of calcitriol on production of IL-2 in earlier studies, evidence that calcitriol inhibits IL-2 expression through NFAT, and not NF-kB, as well as methodological deficiencies which bring into question the purported observations Yu 1995 makes regarding NF-kB.

      **(i)**     **Yu 1995 does not reproduce the pre-April 21, 1989 art**

115. One of skill in the art would understand that Yu fails to reproduce the conditions for using calcitriol described by the studies described in the primary cited reference, and

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 50 of 74   of Declaration of Dr. Inder Verma*

therefore could not, and does not provide an explanation for what occurred in these earlier studies. Among other differences, there are substantial differences between the "PBM" cells that Yu used and those used in all the cited primary studies from the 1980s, including Rigby I. As explained below, these differences would have significantly impacted the effects calcitriol would have had. Therefore, even assuming that Yu showed that calcitriol affected NF-kB in some way (which in my opinion it does not), there is no basis for inferring that any of the results Yu observed explain the reported prior use with a significantly different cell population. In this regard, one cannot properly state that the experiments in Yu were conducted "under the same conditions utilized in Tsoukas and Manolagas," or in any of the other publications from the 1980s cited by the Examiner.

116. As discussed above, the term "PBM cells" would not be understood by one skilled in the art to refer to a single, defined cell type. Such cell cultures comprise a highly heterogeneous cell population comprised of numerous immune cell types isolated from patients blood samples, including T and B-lymphocytes, NK (natural killer) cells, monocytes and macrophages. (See for example, David et al. Blood (1998)). There is substantial variability in PBM cells, depending on the protocol and conditions of isolation. Thus, careful attention to details would be required to replicate conditions of earlier studies. Rigby I, as well the other cited pre-April 21, 1989 art, including Tsoukas and Manolagas, used cells isolated from blood samples through different modifications of Ficoll-Hypaque discontinuous gradient centrifugation. (See for example, Rigby I at 1452). Instead, the experiments with "PBMCs" described in Yu 1995 relied on a new protocol, described in Yu 1991 (reference 15), for further fractionating this highly heterogeneous cell population into plastic-adherent and non-adherent cells, and using only the plastic non-adherent cell population. (Yu 1995 at 10991, Yu 1991 at

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 51 of 74 of Declaration of Dr. Inder Verma*
7589). None of the cited primary reference isolated and used a plastic-non-adherent cell

population.

117.    Significantly, "the adherence step was performed to eliminate the majority of the

adherent monocytes" which constitutively express the vitamin D receptor (VDR), unlike the

remaining non-adherent lymphocytes, where VDR expression varies depending on the state of

the cell. (Yu 1991 at 7588-89) attached as **Exhibit 22**.  Especially in regard to evaluating the

effects of calcitriol, removing the adherent (and calcitriol responsive) monocytes from the cell

population would most likely have a substantial effect on the overall effect of calcitriol in the cell

culture.  In view of this important difference between Yu 1995 and the cited primary reference,

one skilled in the art could not assume or infer that any of the purported effects on NF-kB

reported by Yu 1995 on "PBMCs" (even if true) would have necessarily been observed in any of

the earlier studies with "PBM" cells.

#### (ii)    There is no evidence that NF-kB mediated any affect of calcitriol observed in the cited primary references

118.  Further, none of the studies reputted in the primary reference provide evidence that

calcitriol affected any process in the cell that would have been mediated through an effect of

calcitriol on NF-kB.  Most notably, there is no correlation between the time course for the

processes measured in the earlier studies, such as IL-2 production and proliferation, and the

purported inhibitory effects of calcitriol on NF-kB Yu described in 1995.  In particular, the

authors report that substantial induction of p50 NF-kB expression occurred only 72 hours after

treatment of PBMCs with PHA, with virtually no induction detectable at 24 hours  (Yu 1995 at

10991, Fig. 1)(A more legible copy of Yu 1995 is attached as **Exhibit 23**). In contrast, earlier

studies that IL2 production peaked no later than 24 hours after PHA treatment.  In other

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 52 of 74 of Declaration of Dr. Inder Verma*
words, from these data, there is no basis for concluding that IL2 production was linked in any

way to induction of NF-kB activity.

119. In fact, substantially more comprehensive analyses of the IL-2 promoter in other

studies has demonstrated that repression by calcitriol of IL-2 expression, as well as aspects of its

immunosuppressive activity in T cells likely occurs through an NF-kB independent mechanism

involving NFAT-driven transcription as a target. (Alroy et al 1995, Takeuchi et al. 1998 attached

hereto as **Exhibits 24** and **25**). For example, Alroy et al. in PHA/PMA stimulated Jurkat cells,

found when activated by calcitriol, the vitamin D3 receptor directly repressed the ability of

NFAT to activate transcription of the IL-2 gene by interfering with assembly and binding of an

NFAT/AP1 complex to the IL2 promoter, and thereby reduced IL2 gene expression. (Alroy at

6796, see also Alroy Figs. 3, 5 and 8). Similarly, Takeuchi found that calcitriol treatment of

activated T cells "resulted in inhibition of NFAT complex formation" to the human IL-2

promoter NFAT site, as well as diminished NFAT-driven transcription of a reporter gene in

calcitriol-treated Jurkat cells. (Takeuchi at 210, 215, Figs. 1 and 6). Notably, Takeuchi "found

no significant effect of [calcitriol] on NFkB binding activity under T cell activation conditions

[ionomycin and PMA] used here." (Takeuchi at 215).

120. Similarly, there is no evidence that NF-kB mediated any of the other effects of

calcitriol that were investigated in the earlier studies described in the primary references.

Calcitriol inhibited proliferation of PBMCs only when it was added during the first 24 hours data

suggesting "that the antiproliferative effect of $1,25-(OH)_2D_3$ is not the result of its effects on NF-

kB." (Yu 1995 at 10994). These data therefore fail to demonstrate that the apparent inhibitory

effects of calcitriol on NF-kB had any functional significance. Recognizing the inconclusive

data, Yu indicates that the relevance of the apparent inhibitory effects they observed calcitriol to

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 53 of 74 of Declaration of Dr. Inder Verma*

have on NF-kB in their study to any of its immunoregulatory properties "is a matter of

conjecture," in other words, mere speculation. (Yu 1995 at 10994). Such speculation cannot

reasonably support a conclusion that the effect of calcitriol on IL-2 production or cell

proliferation provides evidence that use of calcitriol in any study described in any of the primary

reference necessarily reduced NF-kB activity and consequent expression of NF-kB regulated

proteins.

121.   Additionally, the Examiner refers to experiments conducted in Jurkat cells

transfected with a CAT reporter construct, in which the CAT gene was placed under control of a

quadruple repeat of an NF-kB consensus sequence. (Yu 1995 at 10993, Fig. 6). The Examiner

argues that these data prove that administration of calcitriol to PBM cells in the pre-April 21,

1989 studies would have resulted in reduced NF-kB gene expression. (Office Action at 32).  I

respectfully disagree.

122.   The CAT reporter experiments do not reproduce any use of calcitriol described in

the cited primary reference. First, the CAT reporter assays do not replicate use of calcitriol in

induced cells as required by the claims, because the cells were pretreated with calcitriol for 40

hours before being stimulated with PHA. More significantly, the transfected Jurkat cells used by

Yu differ significantly from the PBM cells and Jurkat cells used in the prior studies. In

particular, the artificial (quadruple repeat) NF-kB binding site, on which the reporter construct

was based, is not found in any endogenous gene, and would not have been present in any of the

cells used in the earlier studies. There is no basis for assuming that the response of this reporter

construct reflects the regulation of any endogenous gene. These CAT data therefore provide no

basis for assuming that calcitriol, as used in the prior studies, would have necessarily affected

NF-kB mediated gene expression.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 54 of 74  of Declaration of Dr. Inder Verma*

(iii)    **Yu 1995 does not substantiate that calcitriol affects NF-kB binding activity in induced cells**

123.    Additionally, the Examiner refers to EMSA assays described in Yu as evidence that calcitriol reduced NF-kB activity. The Examiner notes that Yu observed that calcitriol administration "caused a significant reduction in the DNA-protein complex, as evidenced by the decrease in the intensity of this band (lane 4)" (Office Action at 31, Yu at 10993, Fig. 5). Although Yu interprets these data to indicate that calcitriol decreases NF-kB-DNA binding activity, I find that conclusion questionable in view of the inconsistencies and methodological flaws underlying these EMSA data.

124.    In particular, the assumption that the bound complex represents only NF-kB binding activity is particularly questionable. Based on my experience with EMSA assays, including NF-kB EMSA assays, one would not achieve significant competition, as was observed here, with only a 5-fold excess of unlabeled competitor. (Yu Fig. 5, lane 5). Furthermore, Yu observed that competition with a "non-specific" oligonucleotide containing an AP-1 binding motif actually increased binding to the labeled EMSA probe. (Yu Fig. 5, lane 7). One of skill in the art would not expect such a sequence to affect binding to the NF-kB site. Such results indicate a likely problem with specificity, such that further appropriate controls, such as antibody controls or mutational controls, would be required to substantiate that the apparent inhibition represented an effect on NF-kB binding, and not the binding of some other factor, to the probe. Additionally, even if these data were to be confirmed, it should be noted that the EMSA assay does not directly assess the effect of calcitriol on induced cells, as the cells studied by Yu were simultaneously treated with both calcitriol and PHA, i.e. not first induced by an external stimulus.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 55 of 74  of Declaration of Dr. Inder Verma*

**B.    Studies show that calcitriol treatment can increase NF-kB activity**

125.  In contrast to the Examiner's assumption that administration of calcitriol would necessarily reduce NF-kB activity, studies have shown that calcitriol in fact induces NF-kB activity, i.e. stimulates induction of NF-kB by external influences (See, e.g., Schematic 14 of Exhibit 1).  In particular, a number of studies that Dr. Manolagas relies on in his declaration purportedly proving that calcitriol necessarily reduces NF-kB activity instead demonstrate the opposite.    For example, both Adams et al. (2004) and Berry et al. (2002) (Manolagas Declaration ¶23) observed that treatment with calcitriol resulted in increased NF-kB activity under the conditions studied. Adams reports that calcitriol alone stimulated NF-kB activity in C3H10T1/2 cells.   (Adams at 2948 attached as Exhibit 26). Berry reports that calcitriol increased NF-kB activity in a TPA-stimulated promyeloytic leukemia cells by stimulating phosphorylation and degradation of IkB.    (Berry at 183 Exhibit 27).   Such studies provide further evidence that the Examiner is incorrect in his assumption that calcitriol administration to cells necessarily reduces NF-kB activity. Therefore, the use of calcitriol as described in the prior studies is not the case of a method recited in any of the above claims.

**VII.    Antibiotics**

**A.    Inherent Anticipation Rejection Based on Portions from the 1970 PDR**

**(i)    1970 PDR**

126.  I understand the Examiner has rejected claims 1-2, 5, 6, 8-10, 12-18, 20-21, 25-27, 29-32, 36-41, 53-54, 58-65, 69-76, 80, 82, 84, 87-89, 93-100, 104-105, 119-120, 124-129, 133-140, 144-150, 154-160, 164-168, 172-178 and 182-186 as anticipated based on portions of the 1970 PDR, as explained by various post-filing date published references cited in the Office Action, and the Declaration of Dr. Manolagas.  I have reviewed these portions of the 1970 PDR,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 56 of 74  of Declaration of Dr. Inder Verma*

the cited post published references, the Manolagas declaration and the above claims. The

Examiner argues that the 1970 PDR teaches administration of various antibiotics, such as

erythromycin, gentamicin and tetracycline to kill bacteria. The Examiner contends that such use

of antibiotics would reduce production of LPS from the bacteria, which would therefore

inherently reduce LPS-induced and NF-kB regulated cytokine production, and therefore

inherently practice the above claims. I respectfully disagree.

127. Each of the above claims requires "reducing NF-kB activity." As previously

discussed, I understand all the above claims are directed to methods carried out on cells in which

NF-kB activity has first been induced by some inducing external stimulus, in other words a

eukaryotic cell in which NF-kB activity is activated by the presence of an external influence.

Antibiotics have no effect on any of the segments of the NF-kB pathway as illustrated in

Schematic 10 of **Exhibit 1**. As indicated by the 1970 PDR, and acknowledged by the Examiner,

antibiotics either kill or interfere with growth of bacterial cells. Antibiotics do not act "by

blocking LPS that reaches the cell," as the Examiner erroneously alleged on page 42 of the

Office Action. As also illustrated on Schematic 10, antibiotics neither act on the mammalian

cell, nor do they act to interfere with the induction by the external influence to which the

Examiner refers, i.e. LPS. One skilled in the art seeking to practice any of the above claims

would therefore never contemplate using antibiotics to "reduce NF-kB activity." Even if one

viewed the external stimulus as the bacterial infection, antibiotics act on the bacteria and do not

act on any of the 6 segments of NF-kB pathway.

128. While at least for the above reasons, use of antibiotics would not practice any of the

above claims, the Examiner should also note that the factual premise that use of antibiotics to

treat bacterial infections would necessarily reduce LPS levels is incorrect. In this regard, the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 57 of 74  of Declaration of Dr. Inder Verma*

Manolagas declaration indicates that one possible (but not necessary) outcome of antibiotic treatment is to reduce LPS levels, contingent on completely resolving a bacterial infection. (Manolagas Decl. ¶¶ 38-39.) However, as acknowledged by the PDR there are several common reasons why antibiotic treatment fails to do so. For example, where certain of the bacterial cells are resistant to a particular antibiotic, antibiotic treatment can actually increase growth of any resistant bacterial strains present in the treated patient. Moreover, rather than having bactericidal effects, antibiotics often have bacteriostatic effects which do not result in killing bacteria. (1970 PDR at 880, 1167, 1309, 1310, 1379). Thus, the bacteria with LPS remains and continues to induce NF-κB. Finally, antibiotics often have little effect on enteric bacteria, which include gram-negative bacteria that carry LPS on their surface.

129. As evidence that antibiotic treatment would reduce LPS levels, Dr. Manolagas specifically refers to only one paper. (Galdiero (2001), Manolagas Declaration ¶¶ 37-39). Galdiero however, neither mentions antibiotics, nor does the paper provide any information relating to the effect of LPS in any human patient. Indeed, Galdiero indicates that in cultured cells, even extremely low levels of LPS, such as 10ng/ml were sufficient to induce release of cytokines from the cells. Dr. Manolagas' assumption that in a patient, LPS levels to below 1ug/ml would no longer stimulate NF-κB-mediated cytokine production therefore has no support in Galdiero, which indicates that 100-fold lower levels of LPS (0.01ug/ml) induced expression of such genes in cultured cells.

130. Numerous studies, in fact, have substantiated that antibiotic treatment can disrupt bacterial membranes, which by releasing and solubilizing LPS, can be expected to increase circulating levels of LPS in the body. See for example, Lepper et al., *Clinical Implications of Antibiotic-Induced Endotoxin Release in Septic Shock*, Int. Care Med. 28:824-833 (2002)

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 58 of 74  of Declaration of Dr. Inder Verma*
(**Exhibit 28**); Shenep and Mogan, *Kinetics of Endotoxin Release During Antibiotic Therapy for*

*Experimental Gram-Negative Bacterial Sepsis*, J. Inf. Diseases, 150:380-388 (1984) (**Exhibit**

29); Hurley et al., *Antibiotic Release of Endotoxin in Chronically Bacteuriuric Patients*,

Antimicrob. Agents Chemother. 351: 2388-2394 (1991) (**Exhibit 30**); Dofferhoff et al., *Effects*

*of Different Types and Combinations of Antimicrobial Agents on Endotoxin Release from Gram-*

*negative Bacteria: An In Vitro and In-Vivo Study*, Scand. J. Infect. Dis. 23:745-754 (1991)

(**Exhibit 31**); Mustafa et al., *Increased Endotoxin and Interleukin-1 Beta Concentrations in*

*Cerebrospinal Fluid of Infants with Coliform Meningitis and Ventriculitis Association With*

*Intraventricular Gentamicin Therapy*, J. Infect. Dis. 160:891-5 (1989) (**Exhibit 32**). LPS

released and solubilized from bacterial membranes may have substantially increased biological

activity.    Lepper 2002 at 825-826.    Leeson and Morrison, *Induction of Proinflammatory*

*Responses in Human Monocytes By Particulate and Soluble Forms of Lipopolysaccharide*,

Shock 2:235-245 (1994) (**Exhibit 33**). In summary, such evidence demonstrates that when used

to treat gram-negative infections, by inhibiting bacterial growth or by killing bacteria, antibiotics

are likely to increase LPS levels, and further stimulate activation of NF-kB in the cell.

131.  Finally, as discussed above, claims 8-9, 75-80, 82, 84, 88-98, are further directed to

methods carried out on cells in which the "external influences induce NF-kB mediated

intracellular signaling." These claims further require the methods to be carried out on cells in

which the induction is maintained by the presence of the external influence. Killing bacteria,

even if doing so could also remove the LPS, cannot practice any of the claims which require

maintained induction by the external influence.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 59 of 74  of Declaration of Dr. Inder Verma*
**VIII.  Red Wine**

### A.    Inherent Anticipation Rejection Based on St Leger, Dobrilla or Jones

132.  I understand that the Examiner has rejected claims 1-2, 6, 8, 9, 20-21, 25-27, 29-32, 36-41, 64-65, 69-76, 80, 82, 84, 87-89 and 93-98 based on excerpts from the King James Version of the Bible (portions), St Leger (1979), Dobrilla (1984) or Jones (1987), and alleged explained by post-filing date published reference Blanco-Colio 2000, Holmes-McNary (2000) and Manna (2000).  I have reviewed each of these references and the claims.  The Examiner appears to rely on the excerpt from the Bible simply for the proposition that red wine has been consumed for many years.  The Examiner contends that St. Leger, Dobrilla and Jones describe studies in which there was "substantial" consumption of red wine along with "fatty foods."  The Examiner argues that the post-filing date references explain that consumption of even a moderate amount of red wine with fatty food as purportedly described in the pre-April 21, 1989 references would have necessarily reduced NF-kB activity induced by the fat content in the food, as well as concomitant NF-kB mediated gene expression. (Office Action at 46-47).  I respectfully disagree.

133.  Each of the above claims requires "reducing NF-kB activity."  As described above, I understand all the above claims are directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing external stimulus.  There is no showing or description in any of these of primary cited publications as to what, if anything, would have acted on a cell to induce NF-kB activity in any subject consuming red wine, let alone necessarily have done so.  In this regard, these primary references also provide no information as to what agent, if any, would have necessarily acted on cells to reduce NF-kB activity in subjects consuming red wine. "Red wine" as a chemical mixture would not be found *per se* in the body after it is consumed and therefore could not act *per se* on cells (Schematic 15 of **Exhibit 1**). Red

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 60 of 74  of Declaration of Dr. Inder Verma*
wine is a generic term covering many different mixtures having in common the characteristic of

being of red color. Each such mixture has many variable constituents, which these pre-April 21,

1989 studies never identified or analyzed. Without any description of what, if anything, would

have induced NF-kB activity in cells, or what, if anything, would have acted to reduce NF-kB

activity in cells, one skilled in the art would not read any of the primary references as describing

any of the claimed methods.

134. St. Leger (1979) is simply a statistical analysis of mortality from cardiovascular

disease in developed countries in which a negative association was observed between death from

heart disease and consumption of wine. The study does not provide any details as to the type of

food or red wine consumed by any subject, or describe any obvious inducing stimuli that would

act on a cell. Notably, this epidemiological analysis even failed to suggest that consumption of

red wine was advantageous compared to any other wine. (St Leger at 1020). In that regard, one

could not even read St Leger as teaching one to specifically use red wine for any purpose.

135. Dobrilla (1984) describes a clinical study conducted to evaluate the effect of

cimetidine and ranatadine on ethanol metabolism. Dobrilla does not provide any details as to the

type of food or red wine consumed by any subject in the study, other than to note that all subjects

before being tested had consumed a "standard weight ham sandwich."

136. Jones (1987) describes a study in which methanol elimination half-life was

measured in four subjects who in the course of two hours, consumed an intoxicating amount of

red wine (up to two standard 750ml bottles). Jones does not provide any details as to the type of

food or red wine consumed by any subject other than that the red wine used in the study

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 61 of 74 of Declaration of Dr. Inder Verma*
contained substantial amounts (100mg/l) of methanol and that while drinking, the subjects ate

some amount of potato chips and cheese.

137.    Despite the fact that these primary references fail to describe any aspects of the

claims, the Examiner contends that post-filing date published Blanco-Colio provides extrinsic

evidence that St. Leger, Dobrilla and Jones necessarily involved use of the method claimed in the

subject claims. I respectfully disagree. In particular, I disagree that these later references provide

any factual basis for the notion that NF-kB would have been necessarily induced, or that any

induced NF-kB activity would have been necessarily reduced in PBM cells of subjects

consuming red wine. As explained below, such a conclusion could not be based on anything

more than mere speculation. Further, neither Blanco-Colio nor anyone else would be readily able

to replicate the experiments of the earlier studies because the type of red wine was not specified

in those earlier studies.

138.    The Examiner contends that the Blanco-Colio study explains that triglyceride

lipoproteins would have necessarily acted on cells to induce NF-kB activity in virtually any

person who had consumed "fatty food." Blanco-Colio reports that among the 16 subjects

studied, a fat enriched breakfast increased blood levels of certain lipoproteins (total triglycerides

and chylomycrons) but not others (VLDL). Even if the Blanco-Colio's interpretation of their

NF-kB EMSA data were correct (and as I explain below why their interpretation is likely

incorrect), there certainly is no evidence in the Blanco-Colio study identifying certain

triglyceride lipoproteins as agents that had acted on cells to induce NF-kB activity. (Blanco-

Colio at 1022). Blanco-Colio provides no direct evidence for this position.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 62 of 74  of Declaration of Dr. Inder Verma*

139. At best, the authors imply that there was some correlation between blood levels of certain lipoproteins and NF-kB binding activity. (Blanco-Colio at 1024). However, in view of their data, that correlation is highly questionable, in particular when one examines data from subjects who had not consumed any red wine. (Blanco-Colio at 1022-23, Figs. 1 and 2). For example, Blanco-Colio purports to show a maximal increased NF-kB binding activity in PBM cells 9 hours after the subjects consumed breakfast. (Blanco-Colio at 1023, Fig. 2C). However, by 9 hours, the total triglyceride blood levels in those subjects had dropped to below baseline levels. (Blanco-Colio at 1022, Fig. 1A). Such a questionable correlation is far from sufficient to establish that triglycerides acted to induce NF-kB activity either in Blanco-Colio let alone, in any of the subjects in either the Dobrilla or Jones studies, which provide no information on triglyceride levels or NF-kB activity.

140. Moreover, I question the Blanco-Colio authors' interpretation of their EMSA data as demonstrating that NF-kB binding was reduced in subjects who consumed red wine along with breakfast. Notably, addition of anti-p65 NF-kB antibody to nuclear extracts from PBM cells caused a supershift of the lower portion of the major bound complex, indicating that the lower portion of the complex comprised bound p65 protein. (Blanco-Colio at 1024, Fig. 3, lane 4). These data in Fig. 3 strongly suggest that the lower unlabeled band in Fig. 2 may also correspond to NF-kB (p65) binding activity. (Blanco-Colio at 1023, Fig. 2, panels A and B). Notably, the authors failed to identify the unlabeled complex, and provide no explanation for why they did not interpret this band as corresponding to NF-kB. Significantly, if one were to assume this to be correct, as the data suggest, Fig. 2 would not support the authors' conclusion that NF-kB activity was reduced in subjects who had consumed red wine with breakfast.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 63 of 74   of Declaration of Dr. Inder Verma*

141. The Examiner also refers to two post published references reporting various experiments on the effects of chemically pure unconjugated form of resveratrol, *trans*-resveratrol (3,5,4'-trihydroxy-*trans*-stilbene, or alternatively, *trans*-3,4',5-trihydroxystilbene), in cultured cells. (Holmes-McNary at 3477; Manna at 6509, 6511) The Examiner, however, does not refer to any pre-April 21, 1989 references describing use of chemically pure *trans*-resveratrol. Moreover, neither Holmes-McNary, nor Manna conducted any experiments with red wine. All their data were obtained using a chemically pure *trans*-resveratrol.  In this regard, neither Holmes-McNary, nor Manna reproduced the use of red wine in Dobrilla or Jones and therefore cannot explain or confirm what occurred in those earlier studies

142.  The Examiner contends that nevertheless, based on Holmes-McNary and Manna, that red wine as used in Dobrilla and Jones would necessarily have the same effects on NF-kB as Holmes-McNary and Manna purportedly using pure *trans*-resveratrol in cultured cells. I respectfully disagree.  Such a theory is premised on a number of unsupported and erroneous assumptions. Among these, this theory assumes that after consuming red wine, resveratrol in any particular variety of red wine, if any, remains bioavailable and in the same chemical form as *trans*-resveratrol used in the *in vitro* experiments of Holmes-McNary or Manna. Several clinical studies have demonstrated that when tested, these assumptions prove to be incorrect.

143. Vitaglione et al. attached as **Exhibit 34** conducted a clinical study verify if free *trans*-resveratrol or alternatively metabolized forms, could be found in human serum after consuming half (or more) of a standard bottle of red wine (300-600ml) in or without association with a meal. (Vitaglione at 496). The study involved three separate experiments with 25 volunteer subjects who consumed red wine and different meals with varying lipid content, including a "fat meal."  *Id.* Blood samples were taken at different intervals and the serum

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 64 of 74  of Declaration of Dr. Inder Verma*
samples obtained were analyzed by three different HPLC techniques to quantify the levels of free

*trans*-resveratrol and metabolites. *Id.*

144. Strikingly, resveratrol was never found in any form at any time in 14 of the 25

subjects tested. (Vitaglione at 502). Even in individuals where the serum sample was positive,

"in any case the detected amounts of free resveratrol were always very low (few ng/ml or less),

in many cases below the limit of quantification...." *Id.* These data therefore "clearly

demonstrated that resveratrol absorption after wine consumption is highly variable" and where

any form of resveratrol could be detected, *trans*-resveratrol was detectable in very low amounts

in only four of the subjects. (Vitaglione at 502-503, table 4). These data indicate that after

consumption of substantial amounts of red wine, *trans*-resveratrol is not necessarily bioavailable,

is rapidly metabolized, and where detectable, likely would not be present at significant levels. In

particular, the low ng/ml levels of trans-resveratrol that Vitaglione observed in only 4 of the 25

subjects are approximately 1000 fold lower than the 5 to 30 $\mu$M (~1.2 – 6.9 $\mu$g/ml)

concentrations used in the *in vitro* experiments reported in McNary and in Manna, (McNary at

3477; Manna, for example, at 6511-6512, fig. 2).

145. Walle et al. 2004 attached as **Exhibit 35** examined the absorption, bioavailability

and metabolism of 14C-*trans*-resveratrol after oral (25mg) and i.v. (1.5mg) doses in six human

volunteers. (Walle at 1378). While in its pure chemical form, *trans*-resveratrol demonstrated

high oral absorption in this study, it also demonstrated "rapid and extensive metabolism, as

determined by LC/MS, resulting in only trace amounts of unchanged resveratrol in the systemic

circulation." (Walle at 1377). As Walle explains, "the most important question in this study was

whether unmetabolized resveratrol could be detected in plasma...However, after all attempts to

find measurable levels of resveratrol in plasma after the oral dose at any time point in the six

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 65 of 74  of Declaration of Dr. Inder Verma*

volunteers failed." (Walle at 1380). Indeed, even though this study administered resveratrol in

amounts that Manna alleges would be present in a bottle of red wine, "the oral bioavailability of

unchanged resveratrol established from our plasma data were close to zero."  (Walle at 1381).

146.   Finally, other *in vitro* studies not cited in the Office Action question the Examiner's

assumption that Holmes-McNary and Manna demonstrate that even in cultured cells, pure trans-

resveratrol necessarily reduces NF-kB activity. In particular, these studies observed that

resveratrol did not necessarily affect NF-kB binding activity. As an example, Pendurthi et al.

1999 attached as **Exhibit 36** observed that a two hour pre-treatment with resveratrol had no

significant effect on binding of NF-kB in endothelial cells stimulated with IL-1β, TNF-α or with

LPS, even though it appeared to inhibit transcription of the tissue factor gene. (Pendurthi 1999 at

419, 422, 424, Figs. 4, 8 and 9).   Such data demonstrate that the Examiner is incorrect in his

assumption that resveratrol administration to cells necessarily reduces NF-kB activity, and

provide further evidence that even if the Examiner were correct in assuming that trans-

resveratrol would have been necessarily bioavailable after consuming red wine (which the above

studies indicate is not accurate), consumption of red wine as described in the pre-April 21, 1989

art cannot anticipate any of the above claims.

IX.    **Protein Kinase C Inhibitors**

A.    **Express Anticipation Rejection based on Meichle 1990 or Shirakawa 1989**

147.  I understand that the Examiner has rejected claims 1-6, 8, 9, 20-21, 25-27, 29, 31,

32, 36-40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-78, 80, 82, 84, 88-89, 93-97, 106-107,

109-110, 114-117, 192-193 and 197-201 as anticipated based on Meichle 1990 or Shirakawa

1989, improved copies of which are attached as **Exhibits 37 and 38**. I have reviewed each of

these references and the claims.  Each of these claims requires "reducing NF-kB activity."  The

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 66 of 74  of Declaration of Dr. Inder Verma*

Examiner contends that each of these references teach administration of certain protein kinase inhibitors (staurosporine, H7 and H8) to reduce NF-kB activity in cells. (Office Action at 10-11). The Examiner further contends the references teach administration of H7 and H8 to reduce NF-kB activity so as to reduce NF-kB mediated gene transcription. *Id.* I respectfully disagree. One of skill in the art would not have understood any of these references to demonstrate that use of H7 or H8 reduced NF-kB activity. Moreover, as I discuss in more detail below, I disagree that any of these references describes or teaches any method of using H7 or H8 that would have carried out other additional elements required by the above claims.

(i)    **Express Anticipation Rejection based on Meichle 1990**

148.    Meichle reports various experiments conducted in two human leukemic cell lines, K562 and Jurkat cells. Meichle describes a series of experiments investigating whether in these cell lines, protein kinase C was necessary for the ability of tumor necrosis factor (TNF) to stimulate NF-kB binding activity. (Meichle at 8339, abstract). Meichle investigated this question by pretreating the cell with H7, H8 or staurosporine, three relatively non-specific protein kinase inhibitors. *Id.* Notably, the ability of TNF to stimulate NF-kB binding activity was unaffected by pretreatment with these inhibitors, and Meichle concludes that its ability to induce NF-kB binding activity did not involve activation of protein kinases, in particular protein kinase C (PK-C). *Id.* None of the experiments with TNF could therefore be relevant to any of the '516 patent claims. Meichle also purports to show that in contrast, pretreating the cell with either H7 or staurosporine reduced the ability of PMA to stimulate NF-kB binding activity. The Examiner contends that the use of H7 and staurosporine as described in Meichle would therefore anticipate '516 patent claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31, 32, 36-40, 53-54, 58-62, 64-65, 69-73,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 67 of 74  of Declaration of Dr. Inder Verma*
75-76, 80, 82, 84, 88-89 and 93-97, if these claims were entitled only to a November 13, 1991

filing date. I respectfully disagree.

149. As discussed above, I understand all of the above claims as being directed to methods carried out on cells in which NF-kB activity has been induced. In this regard, the Examiner erroneously states that "Meichle teaches the reduction of NF-kB activity in induced cells..." (Office Action at 10). The experiments Meichle describes in which H7, H8 or staurosporine were administered to cells, including the specific experiments the Examiner relies on, (portions of Figs. 2 and 3) were all conducted by pretreating cells with these protein kinase inhibitors for 30 to 45 minutes before cells were stimulated with any substance. (Meichle at 8341-2, Figs. 2 and 3). As apparent from the discussion of these experiments, pretreatment was conducted to prevent a cellular response to inducing substances by inactivating PK-C, PK-A (and most likely other kinases) before stimulating the cell with any inducing agent. (See Meichle, at 8339, 8342). The use of these inhibitors as described by Meichle, therefore, was not in induced cells as assumed by the Examiner. None of these experiments would therefore have carried out the various methods described by the above claims.

150. The examiner also contends that Meichle teaches use of PK inhibitors to reduce NF-kB-mediated gene transcription by reducing NF-kB activity. (Office Action at 11). Additionally, the Examiner contends that because Meichle used a genetic construct comprising HIV LTR, Meichle either would anticipate or render obvious claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201, if these claims were entitled only to a November 13, 1991 filing date. I respectfully disagree. None of the experiments support these assertions. Meichle neither suggests nor provides any data showing that PK inhibitors inhibited gene expression induced by any agent, or could do so as a result of reducing NF-kB binding activity.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 68 of 74   of Declaration of Dr. Inder Verma*

Meichle reports experiments conducted with Jurkat cells transfected with two different CAT reporter constructs, each of which are described as containing a CAT gene and an enhancer with an NF-kB binding site. (Meichle at 8340). However, none of the experiments with these constructs, which are reported in Fig. 1, used any PK inhibitor. (Meichle at 8341, Fig. 3). Meichle provides no evidence whether PK inhibitors could prevent any agent from inducing expression of these constructs. Additionally, Meichle provides no data as to whether PK inhibitors affected expression of any endogenous gene. Therefore, one would not read Meichle as either describing or suggesting any use of PK inhibitors to reduce or NF-kB-mediated gene transcription by reducing NF-kB activity.

151. Finally, in the EMSA assays (Figs. 2 and 3), Meichle employed a 29 base pair oligonucleotide corresponding to a portion of the HIV enhancer. As discussed above, studies have documented that this sequence binds not only NF-kB but also other transcription factors including factors in the NFAT transcription factor family. To substantiate that the most slowly migrating complex observed in the EMSA assay corresponded to NF-kB, it would have been necessary to determine whether mutation of the putative NF-kB binding site abrogated binding. Without this control, the data Meichle provides are insufficient to support the authors' conclusion that PK inhibitors were able to reduce NF-kB binding activity. In summary, Meichle fails to provide any data that would have led one of ordinary skill in the art to reasonably expect that one could successfully use PK inhibitors to modify any NF-kB mediated effects or NF-kB mediated gene expression by reducing NF-kB activity.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 69 of 74  of Declaration of Dr. Inder Verma*

(ii)    **Express Anticipation Rejection based on Shirakawa 1989**

152. Shirakawa et al. reports various experiments conducted in a mouse pre-B cell line 70Z/3, and in human natural killer-like cell line, YT. Shirakawa describes a series of experiments conducted to determine whether the ability of IL-1 in these cells to stimulate NF-kB binding activity required the activity of cAMP-activated kinases. (Shirakawa at 2424). Shirakawa examined this question using a methodology similar to Meichle, pretreating the cells with H8 for hours before stimulating cells with IL-1. (Shirakawa at 2426). The Examiner contends that the use of H8 as described in Shirakawa would have anticipated '516 patent claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31, 32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97, if these claims were entitled only to a November 13, 1991 filing date. I respectfully disagree.

153. As discussed above, I understand all of the above claims as being directed to methods carried out on cells in which NF-kB activity has been induced. In this regard, the Examiner erroneously states that "Shirakawa teaches the reduction of NF-kB activity in induced cells using agents that inhibit protein kinase C" (Office Action at 12). The experiments Shirakawa describes in which H8 was administered to cells, including the specific experiments the Examiner relies on, (Fig. 1, portions of Fig. 2) were all conducted by pretreating cells with H8 for 2 hours before cells were stimulated with IL-1. (Shirakawa at 2426). Again, as in Meichle, pretreatment was performed to prevent a cellular response to IL-1 by inactivating PK-C and PK-A (and most likely other kinases) before stimulating the cell with IL-1. (Shirakawa at 2425-26). The use of these inhibitors as described by Shirakawa, therefore, was not in induced cells as assumed by the Examiner. None of these experiments would therefore have carried out the various methods described by the above claims.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 70 of 74  of Declaration of Dr. Inder Verma*

154.  The examiner also contends that based on CAT reporter assays described in Fig. 1,

Shirakawa teaches use of PK inhibitors (H8) to reduce NF-kB-mediated gene transcription by

reducing NF-kB activity, and therefore would have practiced the above claims. (Office Action at

12-13).  I respectfully disagree.  As discussed above, in this experiment cells were pretreated

with H8 for two hours before being treated with IL-1.  (Shirakawa at 2425).  In fact, Fig. 1

indicates that before being treated with IL-1, the cells were washed and the H8 removed.  The

use of H8 in this experiment as described by Shirakawa, therefore, was not in induced cells and

would not have reduced any induced effect in the cell, or practiced any of the claims, as the

Examiner contends.

155.  Moreover, one skilled in the art would be aware that each of the three PK

inhibitors (H7, H8 and staurosporine) in particular at dose ranges used in Meichle and

Shirakawa, are relatively unspecific and in addition to PK-C and PK-A affect numerous kinases.

Significantly, by inhibiting other kinases, these agents can inhibit transcription unrelated to

effects on PKC, or NF-kB.  In particular, both H7 and H8 have been demonstrated to block gene

expression and to inhibit mRNA chain elongation, most likely by inhibiting TFIIH kinase

activity. (Yankulov et al. 1995; Kumahara et al. 1999) **(Exhibits 39 and 40)**.  Therefore,

appropriate controls are a necessity in order to properly interpret the effects of such inhibitors on

a transcriptional assay, such as CAT reporter assay, as being related to NF-kB.  Shirakawa omits

any such controls from CAT reporter experiment described in Fig. 1, for example, evidence that

H8 would not affect expression of appropriately matched CAT construct lacking an NF-kB

binding site.  One skilled in the art would therefore not have read Shirakawa as teaching that one

could use H8 to reduce In summary, therefore, for all the reasons above, one would not have read

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 71 of 74  of Declaration of Dr. Inder Verma*
Shirakawa to have taught reducing NF-kB-mediated gene transcription by reducing NF-kB

activity, or to have carried out any of the above '516 patent claims.


X.    **5-ASA**

    A.    **Inherent anticipation rejection based on Dew 1983**

    156.  I understand that the Examiner has rejected claims 1-2, 5, 6, 8, 9, 20-27, 29, 31-38,

40, 53-62, 64-73, 75-80, 82, 84 and 88-97 as anticipated by Dew 1983 and explained by various

cited non-prior art. (Office Action at 32).  I have reviewed each of these references, the cited

non-prior art and the above claims.  The Examiner contends that each of these references teaches

administration of 5-ASA for the treatment of ulcerative colitis. The Examiner contends further

that cited non-prior art evidence shows that administration of 5-ASA as described in Dew would

have necessarily reduced NF-kB activity "by a mechanism including phosphorylation [*sic*] of

IkB" (Office Action at 33). The Examiner contends that therefore, each of these references

inherently anticipates the above claims.  I respectfully disagree.

    157.  Dew 1983 describes a clinical study conducted to compare use of a coated

formulation of 5-amino salicylic acid to sulphasalazine in maintaining remission in patients who

were in remission with ulcerative colitis. (Dew at 23).  In fact, admission into the study

"depended on normal sigmoidoscopic findings." *Id.*  In other words, the study excluded any

patient that was currently suffering from active ulcerative colitis disease. In this regard, the

Examiner erroneously states that Dew "teaches administration of 5-ASA for the treatment of

ulcerative colitis in humans." (Office Action at 33).

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 72 of 74   of Declaration of Dr. Inder Verma*

158. As noted above, I understand the above claims are all directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing stimulus (external influence). Dew does not mention NF-kB, and does not describe any external influence that would have induced NF-kB activity. A representation of a eukaryotic cell in which NF-kB is not activated by an external influence is shown in Schematic 9 of **Exhibit 1**. The Examiner relies on data from Bantel, a non-prior art study conducted on patients with active ulcerative colitis, to assume that NF-kB activity would have been induced in the patients Dew studied. Such an assumption has no basis, as patients in Dew were not suffering from active ulcerative colitis, and represented an entirely different group of patients from those Bantel studied. In this regard, Bantel specifically notes that the patients studied were those "with an acute episode of moderative ulcerative colitis" as evidenced by endoscopic findings. (Bantel at 3453). Further, none of the other non-prior art references provide any evidence that NF-kB would be necessarily induced in patients in remission from ulcerative colitis. To the extent the Examiner relies on these other non-prior art references as evidence as to the effect of 5-ASA in induced cells, none of these other non-prior art references are relevant to use of 5-ASA in Dew. There is no evidence that use of 5-ASA described in Dew would have involved administration of 5-ASA to cells in which NF-kB activity was induced. Dew therefore could not have anticipated any of the '516 patent claims.

159. The Examiner also asserts that the patients in the Bantel study "were administered the same 5-ASA formulation (tradename MESALAZINE) in the same amount as in the Dew reference." (Office Action at 33). Such an assumption cannot be correct. Bantel specifically notes the data was generated from patients who were participating in a study "investigating the therapeutic effect of a *newly developed* mesalazine." (emphasis added) (Bantel at 3453). While

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 73 of 74  of Declaration of Dr. Inder Verma*

the 5-ASA Dew used was formulated by the investigators by coating 5-ASA with Eudragit S,

the formulation used in Bantel consisted of pellets coated instead with Eudragit L. (Bantel at

3453). In the absence of any evidence demonstrating these formulations to be equivalent, one

cannot assume they would necessarily act in the same manner.

XI.    **N-Acetyl -L-Cysteine**

   A.    **Express Anticipation Rejection based on Staal 1990**

   160.  I understand that the Examiner has rejected claims 18 and 182-185 as anticipated

based on Staal 1990. I have reviewed each of these references and the claims. All these claims

require "reducing NF-kB activity." The Examiner contends that each of these references teach

inhibiting TNF-α activation and signaling caused by TNF-α by reducing NF-kB activity by

administration of N-acetyl-L-cysteine (NAC). One skilled in the art would not have understood

any of these references to demonstrate that use of NAC reduced NF-kB activity.

   161.  Staal reports various experiments conducted in Jurkat cells, a human T cell

lymphoma line, and 293.27.2, a cell line stably transfected with a CAT expression construct. As

Staal notes, NAC is a drug which can prevent a reduction in intracellular thiol levels by serving

as a precursor for the intercellular thiol, glutathione (GSH). (Staal at 9943). In previous studies,

the authors had observed in certain T cell lines that NAC prevented TNF from stimulating

certain cellular responses. (Staal at 9943). In this regard, Staal reported that TNF stimulation

caused a rapid transient decrease in intracellular thiol levels. (Staal at 9944). Staal here reports a

series of experiments conducted to examine whether the ability of NAC to prevent a TNF-

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 74 of 74  of Declaration of Dr. Inder Verma*
stimulated reduction in intracellular thiol levels also prevented TNF from activating NF-kB.

(Staal at 9944).

162. As discussed above, I understand all of the above claims as being directed to methods carried out on cells in which NF-kB activity has been induced. In contrast, the aim of the Staal study was to determine whether NAC, by inhibiting thiol levels, could act on cells before they experienced stimulation. (Staal at 9944).   In particular, in the experiments specifically relied upon by the Examiner, cells were always treated simultaneously with both NAC and TNF- α. (Staal at 9945-46). In these experiments, NAC therefore could not have inhibited TNF-α signaling by reducing induced NF-kB activity.  None of these experiments have administered NAC to induced cells. Staal therefore could not teach the invention claimed in claims 18 and 182-185.


I hereby declare that all statements made herein of my own knowledge are true and that all statements made herein on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the above-identified patent.

_____
Inder Verma, Ph.D.

Nov 9/06
_____
Date

# EXHIBIT 8

# Exhibit 1

## of Dr. Verma Declaration
## filed November 9, 2006 in

A Merged Proceeding of *Ex Parte* Reexamination
Control Nos:

90/007,503            and            90/007,828
Filed April 4, 2005        Filed December 2, 2005

Merged Pursuant to May 4, 2006 Merger Decision
Group Art Unit: 3991  Examiner: B.M. Celsa

ARI 29472



Eukaryotic Cell In Which NF-κB Is Activated By The Presence Of External Influence Resulting In NF-κB Activity

1. Interaction of extracellular influence with receptor on cell membrane
2. Processes leading to disassociation of IκB:NF-κB complex
3. Degradation of IκB
4. Modification of NF-κB proteins
5. Transport of NF-κB to nucleus
6. Nuclear processes leading to gene transcription

November 9, 2006

Reduction Of NF-κB Activity By Agent That Affects NF-κB Pathway In Eukaryotic Cells In Which NF-κB Is Activated By The Presence Of External Influence



Examples of relevant claims: 1, 2, 5

November 9, 2006

⟶ = Points where an agent can affect NF-κB pathway so as to reduce NF-κB activity

✳ ⟶

ARI 29475

# EXHIBIT 9

# Increased Nuclear Factor-κB Activation in Peripheral Blood Monocytes of Patients with Rheumatoid Arthritis Is Mediated Primarily by Tumor Necrosis Factor-α

ISABELLE DICHAMP, ALAIN BOURGEOIS, CARINE DIRAND, GEORGES HERBEIN, and DANIEL WENDLING

**ABSTRACT.** *Objective.* Rheumatoid arthritis (RA) is a disease characterized by prolonged production of tumor necrosis factor-α (TNF-α), which is regulated by the Rel/nuclear factor-κB (NF-κB) transcription factors. We assessed NF-κB activation in peripheral blood mononuclear cells (PBMC), peripheral blood lymphocytes (PBL), and monocytes from patients with RA, patients with ankylosing spondylitis (AS), and healthy subjects.
*Methods.* NF-κB activation was determined by electrophoretic mobility shift assays and by Western blotting in PBMC, monocytes, and PBL isolated from peripheral blood of patients with RA, patients with AS, and healthy subjects and determined after *ex vivo* pretreatment of PBMC, PBL, and monocytes of patients with RA and healthy subjects with infliximab and with etanercept.
*Results.* Enhanced NF-κB activation was observed in monocytes, PBL, and PBMC isolated from patients with RA, but not in PBMC, PBL, and monocytes of patients with AS and healthy subjects. The NF-κB complex was composed of p50 and p65 subunits and its activation required inhibitor of NF-κBα degradation. We observed a positive correlation between the NF-κB activation in monocytes, PBL, and PBMC, and TNF-α levels in peripheral blood of patients with RA. *Ex vivo* treatment with infliximab and etanercept decreased NF-κB activation in monocytes of patients with RA, but not in PBL and PBMC, and not in healthy subjects.
*Conclusion.* Our results indicate a role for NF-κB activation and TNF-α in the activation of monocytes of patients with RA, and suggest an important role of circulating monocytes in RA pathogenesis.
(First Release Sept 15 2007; J Rheumatol 2007;34:1976–83)

Key Indexing Terms:
MONOCYTES                                          NUCLEAR FACTOR-κB
RHEUMATOID ARTHRITIS                      TUMOR NECROSIS FACTOR-α

Rheumatoid arthritis (RA) is a complex autoimmune disease with chronic joint inflammation and progressive bone destruction[1]. A common paradigm for the pathogenesis of RA is that the major histocompatibility-restricted T cell activation in response to an unknown joint-derived antigen results in production of autoantibodies and induction of systemic disease. Rheumatoid synovitis then occurs, characterized by the infiltration of inflammatory cells into the synovial compartment and the production of inflammatory mediators, many of which are thought to be regulated by the Rel/nuclear factor-κB (NF-κB) transcription factor family[2-4]. The concept of 2 components of disease development has been hypothesized: one is a

*From the Departments of Virology and Rheumatology, CHU Besançon, Franche-Comté University, Besançon, France.*

*I. Dichamp, PhD; A. Bourgeois, Technician; C. Dirand, Technician; G. Herbein, MD, PhD, Department of Virology; D. Wendling, MD, PhD, Department of Rheumatology, CHU Besançon, Franche-Comté University.*

*Address reprint requests to Dr. G. Herbein, Department of Virology, CHU Saint-Jacques de Besançon, Franche-Comté University, 2 Place Saint-Jacques, 25030 Besançon Cedex, France.*
*E-mail: gherbein@chu-besancon.fr*

*Accepted for publication July 27, 2007.*

systemic immune component, whereas a second involves local synovial cell activation that may be less dependent on a systemic immune response. Although the etiology and pathogenesis of RA are not fully understood, cytokines such as tumor necrosis factor-α (TNF-α), interleukin 1 (IL-1), IL-6, and receptor activator of NF-κB ligand (RANKL) are known to be involved in disease progression[2,5-8]. NF-κB is a crucial regulator of these cytokines[2,5-8].

The Rel/NF-κB family of transcription factors are homo- and heterodimeric proteins comprising subunits encoded by a multigene family related to the *c-rel* protooncogene. Five mammalian Rel/NF-κB proteins have been described to date: NF-κB 1 (p50, p105), NF-κB 2 (p52, p100), RelA (p65), RelB, and c-Rel subunits, encoded by the *NF-κB 1, NF-κB 2, rela, relb,* and *c-rel* genes, respectively[9,10]. In unstimulated cells, the majority of Rel/NF-κB dimers are retained in the cytoplasm as an inactive complex bound to inhibitor proteins (inhibitor of NF-κB; IκB). In response to a wide variety of stimuli, IκB proteins are phosphorylated by the IKK complex[11], targeting the IκB for intracellular degradation[12,13]. Rel/NF-κB dimers then translocate to the nucleus and bind to

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.

ARI-KC00173

decameric DNA sequences (κB elements) required for the transcription of many genes, including cytokines, chemokines, and adhesion molecules[3]. Functional effects of the different Rel/NF-κB dimers may be dependent on binding preferences for particular κB sequences, as well as varying expression profiles of the individual subunits in tissues[14,15]. Rel/NF-κB has been considered a potential target for therapeutic intervention in inflammatory disease[16-18]. Indeed, it has now been realized that at least part of the antiinflammatory effects of widely used drugs, such as dexamethasone and aspirin, is through inhibition of Rel/NF-κB[19-21].

Increasing evidence shows that chronic inflammatory diseases such as RA are caused by prolonged production of proinflammatory cytokines such as TNF[22]. Monocytic cells, and to a lesser extent peripheral blood lymphocytes (PBL), release TNF-α in response to many stimuli, including the Gram-negative bacterial endotoxin, lipopolysaccharide, TNF-α itself, phorbol esters, superantigen, and viral agents, such as human cytomegalovirus and Epstein-Barr virus[23-26]. Sequences in the proximal 172 bp and in the −627 to −487 bp region of the human TNF-α promoter contribute to transcriptional control in monocytic cells[24,27,28]. This region includes putative CRE/ATF, NF-κB, CCAAT/enhancer-binding protein, and Ets binding sites[24,29]. TNF-α has a key role in the pathogenesis of RA and its antagonists, such as etanercept (Enbrel), a TNFR2 immunoglobulin Fc fusion protein, and infliximab (Remicade), a TNF-α-specific monoclonal antibody, can improve the clinical course of RA[1,30-33]. TNF-α has been demonstrated to be involved in the pathogenesis of ankylosing spondylitis (AS), another chronic inflammatory rheumatic disease, and TNF-α-blocking agents have demonstrated their efficacy in the treatment of the disease[34].

The purpose of our study was to assess NF-κB activation in peripheral blood mononuclear cells (PBMC), peripheral blood lymphocytes (PBL), and monocytes isolated from patients with RA. We show that NF-κB activation is increased in PBMC, PBL, and monocytes isolated from patients with RA compared to patients with AS and healthy subjects. In contrast to PBL and PBMC, we found that enhanced NF-κB activation observed in monocytes is mediated primarily through the production of endogenous TNF-α.

## MATERIALS AND METHODS

*Patients.* Seven adult patients with RA according to the criteria of the American College of Rheumatology[35], 6 adult patients with AS fulfilling the modified New York criteria[36], and 7 age-matched healthy subjects were eligible for enrollment at the Besançon University Hospital. Peripheral blood of these individuals was harvested for measurement of NF-κB activation in monocytes, PBL, and PBMC parallel to plasma TNF-α measurement. Informed consent was obtained from all patients.

*Reagents.* The antibody against phospho-IκBα (Ser32) was obtained from Cell Signaling Technology (Beverly, MA, USA). The antibodies anti-p50 (C19, catalog no. sc 109X), anti-p65 (AX, catalog no. sc 52X), anti-RelB (C19, catalog no. sc 226X), anti-c-Rel (B6, catalog no. sc 1190X), and anti-p52 (C5, catalog no. sc 6955X) were purchased from Santa Cruz Biotechnology (Santa Cruz, CA, USA). The antibody against ß-actin was

obtained from Sigma (St. Louis, MO, USA). The double-stranded oligonucleotides having the AP-1 and NF-κB consensus sequence were obtained from Eurobio, France. TNF-α levels were measured using an ELISA (R&D Systems, Minneapolis, MN, USA).

*Primary cells, PBMC, monocytes, and PBL.* Human PBMC were prepared from peripheral blood of healthy donors as described[23]. For purified PBL preparation, Ficoll-Hypaque (Pharmacia, Uppsala, Sweden)-isolated PBMC were incubated for 2 h on 2% gelatin-coated plates. Nonadherent cells, > 98% of which were PBL, as assessed by CD45/CD14 detection by flow cytometry analysis (Simultest Leucogate; Becton Dickinson, San Jose, CA, USA), were harvested after Ficoll-Hypaque isolation. Adherent tissue culture differentiated monocytes (> 94% CD14+ by flow cytometric analysis) were cultured in RPMI medium supplemented with 10% (v/v) pooled human serum (kindly provided by the Etablissement Français du Sang Bourgogne Franche-Comté, France), as reported[37]. An *ex vivo* pretreatment of PBMC, PBL, and monocytes of healthy subjects and patients with RA was carried out for 30 min with both a neutralizing anti-TNF-α antibody (infliximab, 10 μg/ml) and a TNFR2 immunoglobulin Fc fusion protein (etanercept, 10 μg/ml).

*Electrophoretic mobility shift assay.* To measure NF-κB activation, electrophoretic mobility shift assays (EMSA) were carried out as described[37]. Briefly, 20 μg of nuclear extracts prepared from peripheral blood cells (PBMC, monocytes, PBL) were incubated 20 min with 20 fmol of [32P]-end-labeled 45-mer double-stranded NF-κB oligonucleotide, 5′-TTG TTA CAA **GGG ACT TTC** CGC TGG **GGA CTT TCC** AGG GAG GCG TGG-3′ 3′-AAC AAT GTT CCC TGA AAG GCG ACC CCT GAA AGG TCC CTC CGC ACC-5′ (bold type indicates NF-κB binding sites; Eurobio, Les Ulis, France). The same amount of protein was loaded and the DNA-protein complex formed was resolved from free oligonucleotide on a 6% native polyacrylamide gel [6% acrylamide-bis (29:1) (BioRad); 5% glycerol; 2.5 mM Tris-acetate, pH 8.3; 19 mM glycine; 0.1 mM EDTA]).

*Composition of buffers.* Reactional buffer for NF-κB: 2 μl of 10x binding buffer, 2.5% glycerol 50%, 5 mM MgCl₂, 50 ng/μl of poly-dI-dC, 0.05% of NP-40 1%. 10x binding buffer: 100 mM Tris, 500 mM KCl, 10 mM DTT, pH 7.5. TBE 10x: 890 mM of Tris base, 890 mM boric acid, 40 ml EDTA 0.5 M, pH 8.

A double-stranded mutated oligonucleotide, 5′-TTG TTA CAA **CTC ACT TTC** CGC TGC **TCA CTT TCC** AGG GAG GCG TGG-3′, was used to examine the specificity of binding of NF-κB to the DNA. The specificity of binding was also examined by competition with the unlabeled oligonucleotide and a heterologous unlabeled AP-1 oligonucleotide, 5′-CGC TTG **ATG ACT** CAG CCG GAA-3′ (bold type indicates AP-1 binding site). The dried gels were visualized and radioactive bands quantified by a Molecular Images System (BioRad, Hercules, CA, USA) using Multianalyst software.

*Western blot analysis.* Cytoplasmic extracts of primary PBMC, PBL, and monocytes isolated from the peripheral blood of patients were used to examine IκBα phosphorylation and ß-actin expression by Western blot procedure, as described[37].

*Statistical analysis.* All database entry and statistical analysis was performed using SPSS software (version 9.0; SPSS). Categorical variables were analyzed using the chi-square or Fisher's exact test. Figures show the means of independent experiments and standard deviation.

## RESULTS

We investigated the NF-κB activation in PBMC, monocytes, and PBL isolated from the peripheral blood of patients with RA, patients with AS (Table 1), and healthy subjects without treatment and underlying disease or inflammation. We observed an increased NF-κB activation in PBMC of RA patients with moderate disease activity (Disease Activity Score between 3.4 and 5.5), but not in AS patients and healthy donors (Figures 1A, 1B). Among PBMC, NF-κB activation was observed in monocytes, but also in PBL (Figures 1A, 1B).

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.

ARI-KC00174

Figure 1. NF-κB activation in PBMC, monocytes (MO), and PBL isolated from patients with RA. A. Nuclear extracts of primary PBMC, monocytes, and PBL ($10^7$ cells) isolated from patients with RA, patients with AS, and healthy subjects were assayed for NF-κB by EMSA (see Materials and Methods). B. Dried gels were visualized and radioactive bands were quantified. Histogram represents mean values (± SD) of NF-κB activation obtained from 7 patients with RA, 6 with AS, and 6 healthy subjects. The difference between the PBMC, PBL, and monocytes of patients with RA and healthy subjects is significant. *p < 0.05.

Supershift analysis with specific antibodies against p65 and p50 indicated that the induced NF-κB activation consisted of p65 and p50, in both monocytes and PBL (Figure 2A and data not shown). Lack of supershift by unrelated antibodies and disappearance of the NF-κB band by competition with unlabeled oligonucleotide indicated that the interaction was specific (Figure 2B). The appearance of the phosphorylated form of IκBα, which is required for IκBα degradation, was examined using Western blot analysis in PBMC, monocytes, and PBL isolated from the peripheral blood of patients with RA. The induction of the phosphorylated form of IκBα was detected in both monocytes and PBL, and was more pronounced in patients with RA than in patients with AS and healthy subjects (Figure 2C and data not shown).

The ex vivo pretreatment of monocytes with a neutralizing anti-TNF-α antibody (infliximab 10 μg/ml) significantly diminished NF-κB activation (p < 0.05; Figures 3A, 3B). Similarly, ex vivo pretreatment of monocytes with a TNFR2 immunoglobulin Fc fusion protein (etanercept 10 μg/ml) significantly decreased NF-κB activation (p < 0.05; Figures 3A, 3B). By contrast, no consistent and significant decrease of NF-κB activation was observed in PBMC and PBL of patients with RA following TNF-α blockade (p = nonsignificant; Figures 3A, 3B). Thus, our results indicate that NF-κB activation observed in monocytes isolated from patients with RA is mediated primarily by endogenously produced TNF-α. We did not observe significant changes in NF-κB activation of PBMC, PBL, and monocytes isolated from healthy individu-

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.

ARI-KC00175

Table 1. Data of patients and healthy subjects.

| Patient | Age, yrs | Sex | CRP, mg/ml | DAS28 | Treatment |
|---|---|---|---|---|---|
| 1 RA | 63 | F | 41 | 5.55 | LEF + CS |
| 2 RA | 75 | F | 107 | 5.20 | MTX + CS |
| 3 RA | 75 | F | 5 | 4.67 | MTX + CS |
| 4 RA | 43 | F | 5 | 5.08 | MTX + CS |
| 5 RA | 53 | F | 40 | 4.93 | MTX |
| 6 RA | 44 | F | 2 | 3.43 | MTX + CS |
| 7 RA | 65 | F | 4 | 4.12 | MTX + CS |
| 8 AS | 58 | M | 38 | — | NSAID + SL |
| 9 AS | 26 | F | 38 | — | NSAID + SL |
| 10 AS | 45 | F | 17 | — | NSAID |
| 11 AS | 56 | M | 9 | — | CS |
| 12 AS | 32 | M | 12 | — | NSAID |
| 13 AS | 40 | M | 14 | — | NSAID |
| 14 HS | 33 | M | < 5 | — | — |
| 15 HS | 24 | M | < 5 | — | — |
| 16 HS | 49 | M | < 5 | — | — |
| 17 HS | 41 | F | < 5 | — | — |
| 18 HS | 52 | M | < 5 | — | — |
| 19 HS | 43 | F | < 5 | — | — |
| 20 HS | 39 | M | < 5 | — | — |

RA: rheumatoid arthritis; AS: ankylosing spondylitis; HS: healthy subject; CRP: C-reactive protein; DAS28: Disease Activity Score (for RA only); SL: sulfasalazine; LEF: leflunomide; MTX: methotrexate; CS: corticosteroids; NSAID: nonsteroidal antiinflammatory drug.

als following TNF-α blockade (p = nonsignificant; Figure 3C). Moreover, a positive correlation between plasma levels of TNF-α and NF-κB activation in monocytes was observed ($r^2 = 0.51$; Figure 4).

## DISCUSSION

Both increased TNF-α production and NF-κB activation have been reported to be involved in RA pathogenesis. However, their respective roles in peripheral blood cell subsets have not been studied. We have demonstrated that NF-κB activation is observed in monocytes, PBL, and PBMC isolated from the peripheral blood of patients with RA. We also found that the canonical IKK/p65-p50 pathway is involved in NF-κB activation of PBMC, and that endogenous TNF-α is involved in NF-κB activation of peripheral blood monocytes isolated from patients with RA.

We observed increased NF-κB activation in PBMC of patients with RA. Interestingly, the activation of NF-κB was detected in both monocytes and PBL isolated from the peripheral blood of patients with RA. The level of NF-κB activation was similar in the 2 cell types, further indicating that both monocytes and PBL (including T cells and some B cells) are activated in the peripheral blood of subjects with RA. Our results are in agreement with previous studies indicating that an influx of inflammatory cells such as monocytes, T cells, and B cells from the bloodstream favored the formation of a synovial membrane transformed into a hypertrophic inflammatory tissue[38,39].

TNF-α-induced activation of NF-κB triggers the synthesis and release of proinflammatory cytokines involved in RA, such as TNF-α itself, IL-1, IL-6, monocyte chemoattractant protein-1, and RANKL[40-44]. We observed that the anti-TNF-α monoclonal antibody infliximab, but also the TNFR2 immunoglobulin Fc fusion protein etanercept, significantly diminished NF-κB activation in monocytes, but not in PBL and PBMC, isolated from the peripheral blood of subjects with RA. Thus our results indicate that endogenously produced TNF-α is involved in enhanced activation of NF-κB in peripheral blood monocytes. In addition we found a positive correlation between the levels of plasma TNF-α and NF-κB activation measured within autologous monocytes. Our results are in agreement with a recently published study indicating the amelioration of inflammatory arthritis, such as RA, by targeting the pre-ligand assembly domain of TNF-α receptors[44]. We also observed that the canonical NF-κB pathway (p50/p65) was activated in monocytes and PBL from patients with RA, as reported in primary RA synoviocytes[45-47]. In agreement with this observation, we observed the induction of IκBα phosphorylation in monocytes and PBL of subjects with RA. Since phosphorylation of IκBα at serine is induced, IKK-β is probably activated, the only kinase known to phosphorylate IκBα directly[48]. In agreement with this hypothesis, NF-κB activation has been reported to be regulated by IKK in primary fibroblast-like synoviocytes[49]. Altogether our results indicate a role for TNF-α in enhanced NF-κB activation observed in peripheral blood monocytes of patients with RA that is mediated by the canonical p50/p65 pathway.

Our results indicate that both infliximab and etanercept significantly diminished NF-κB activation in monocytes, but not in PBL, suggesting a cell-type specificity for the anti-

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.

ARI-KC00176





*Figure 2.* In monocytes from patients with RA, NF-κB complex is composed of p65/p50 heterodimers. A. Interference of NF-κB activation in primary monocytes isolated from peripheral blood of a patient with RA and a healthy control. Nuclear extracts from primary monocytes were incubated 10 min with anti-p50, anti-p65, anti-c-Rel, anti-Rel B, anti-p52, and anti-p50 + anti-p65 antibodies, and then assayed for NF-κB DNA binding activity. B. Specificity of NF-κB activation in primary monocytes isolated from peripheral blood of a patient with RA. Nuclear extracts from primary monocytes were incubated 20 min with increasing concentrations (0, 2, 9, 18 pmol) of unlabeled NF-κB oligonucleotide, unlabeled mutated NF-κB oligonucleotide, and unlabeled heterologous AP-1 oligonucleotide and then assayed for NF-κB DNA binding activity. Data are representative of the 7 patients with RA. C. IκBα phosphorylation in primary monocytes isolated from peripheral blood of a patient with RA and a healthy control. Cytoplasmic extracts from primary monocytes were tested for phosphorylation of IκBα by Western blot. Loading control is shown with ß-actin. Data are representative of 7 patients with RA and 7 healthy subjects.

TNF-α therapy. The effect of infliximab was based on a neutralization of TNF-α and not on a direct cytotoxic/proapoptotic effect of the drug. We did not detect any cell death by trypan blue dye test in the culture following TNF-α blockade (data not shown). Despite the efficacy of agents such as TNF-α inhibitors, a substantial proportion of patients with RA have been reported to have no response[31], to have an unsustained response[50], or to form antibodies against the drugs[51]. In agreement with these observations, among the 7 patients with RA, in one case we did not observe decreased NF-κB activation in monocytes following anti-TNF-α treatment. Altogether, our results indicate that anti-TNF-α treatments decrease NF-κB

hyperactivation in monocytes in most patients with RA, and therefore could favor the restoration of peripheral cell-mediated immunity and blockade of the accumulation of inflammatory cells in joints[52,53].

ACKNOWLEDGMENT

We thank A. Vacheret for technical assistance and Diasorin, Saluggia, Italy, for providing reagents.

REFERENCES

1. Feldmann M, Maini RN. TNF defined as a therapeutic target for rheumatoid arthritis and other autoimmune diseases. Nat Med 2003;9:1245-50.

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.

ARI-KC00177



*Figure 3.* Increased NF-κB activation in monocytes (MO), but not in PBMC and PBL, is mediated via endogenously produced TNF-α. A. Increased NF-κB activation in monocytes of patients with RA is mediated via endogenously produced TNF-α. Nuclear extracts from primary PBMC, monocytes, and PBL isolated from the peripheral blood of patients with RA left untreated (−Ab or −E) or treated with 10 μg/ml infliximab (+Ab) or with 10 μg/ml etanercept (+E) *ex vivo* for 30 min were assayed for NF-κB activation as described in Materials and Methods. Results are representative of 5 independent experiments. B, C. Increased NF-κB activation in monocytes, but not in PBMC and PBL, of patients with RA is mediated via endogenously produced TNF-α. Histograms represent NF-κB activation measured in nuclear extracts from primary PBMC, monocytes, and PBL isolated from peripheral blood of patients with RA (B) and healthy subjects (C) left untreated (−infliximab or −etanercept) or treated with 10 μg/ml infliximab (+infliximab) or with 10 μg/ml etanercept (+etanercept) *ex vivo* for 30 min. Mean values (± SD) of independent experiments (RA n = 5; healthy subjects n = 5) are shown. *p < 0.05. NS: nonsignificant.

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.

ARI-KC00178

*Figure 4.* Correlation between plasma TNF-α levels and NF-κB activation in monocytes isolated from peripheral blood of RA patients. Plasma TNF-α levels of patients were determined by ELISA and correlated with the activation of NF-κB in the nuclear extracts of autologous monocytes.

2. Feldmann M, Brennan FM, Maini RN. Role of cytokines in rheumatoid arthritis. Annu Rev Immunol 1996;14:397-440.

3. Barnes PJ, Karin M. Nuclear factor-kappa-B. A pivotal transcription factor in chronic inflammatory diseases. N Engl J Med 1997;336:1066-71.

4. Muller-Ladner U, Gay RE, Gay S. Role of nuclear factor kappa-B in synovial inflammation. Curr Rheumatol Rep 2002;4:201-7.

5. Pettipher ER, Higgs GA, Henderson B. Interleukin 1 induces leukocyte infiltration and cartilage proteoglycan degradation in the synovial joint. Proc Natl Acad Sci USA 1986;83:8749-53.

6. Choy EH, Panayi GS. Cytokine pathways and joint inflammation in rheumatoid arthritis. N Engl J Med 2001;344:907-16.

7. Crotti TN, Smith MD, Weedon H, et al. Receptor activator NF-kappa-B ligand (RANKL) expression in synovial tissue from patients with rheumatoid arthritis, spondyloarthropathy, osteoarthritis, and from normal patients: semiquantitative and quantitative analysis. Ann Rheum Dis 2002;61:1047-54.

8. Nakashima T, Wada T, Penninger JM. RANKL and RANK as novel therapeutic targets for arthritis. Curr Opin Rheumatol 2003;15:280-7.

9. Baldwin AS Jr. The NF-kappa B and I-kappa B proteins: new discoveries and insights. Annu Rev Immunol 1996;14:649-83.

10. Chen F, Castranova V, Shi X, Shi X, Demers LM. New insights into the role of nuclear factor-kappa-B, a ubiquitous transcription factor in the initiation of diseases. Clin Chem 1999;45:7-17.

11. Stancovski I, Baltimore D. NF-kappa-B activation: the I kappa-B kinase revealed? Cell 1997;91:299-302.

12. Chen ZJ, Parent L, Maniatis T. Site-specific phosphorylation of I-kappa-B-alpha by a novel ubiquitination-dependent protein kinase activity. Cell 1996;84:853-62.

13. DiDonato J, Mercurio F, Rosette C, et al. Mapping of the inducible I-kappa-B phosphorylation sites that signal its ubiquitination and degradation. Mol Cell Biol 1996;16:1295-304.

14. Siebenlist UG, Franzoso G, Brown K. Structure, regulation and function of NF-kappa B. Annu Rev Cell Biol 1994;10:405-55.

15. Thanos D, Maniatis T. NF-kappa B: a lesson in family values. Cell 1995;80:529-32.

16. Han Z, Boyle DL, Manning AM, Firestein GS. AP-1 and NF-kappa-B regulation in rheumatoid arthritis and murine collagen-induced arthritis. Autoimmunity 1998;28:197-208.

17. Campbell IK, Gerondakis S, O'Donnel K, Wicks IP. Distinct roles for the NF-kappa-B1 (p50) and c-Rel transcription factors in

inflammatory arthritis. J Clin Invest 2000;105:1799-806.

18. Tak PP, Firestein GS. NF-kappa-B: a key role in inflammatory diseases. J Clin Invest 2001;107:7-11.

19. Auphan N, DiDonato JA, Rosette C. Immunosuppression by glucocorticoids: inhibition of NF-kappa B activity through induction of I kappa B synthesis. Science 1995;270:286-90.

20. Scheinman RI, Cogswell PC, Lofquist AK. Role of transcriptional activation of I kappa B alpha in mediation of immunosuppression by glucocorticoids. Science 1995;270:283-6.

21. Kopp E, Ghosh S. Inhibition of NF-kappa B by sodium salicylate and aspirin. Science 1994;265:956-9.

22. Bucala R, Ritchlin C, Winchester R. Constitutive production of inflammatory and mitogenic cytokines by rheumatoid synovial fibroblasts. J Exp Med 1991;173:569-74.

23. Herbein G, Gordon S. 55- and 75-kilodalton tumor necrosis factor receptors mediate distinct actions in regard to human immunodeficiency virus type 1 replication in primary human macrophages. J Virol 1997;71:4150-6.

24. Yao J, Mackman N, Edgington TS, Fan ST. Lipopolysaccharide induction of the tumor necrosis factor-alpha promoter in human monocytic cells. Regulation by Egr-1, c-Jun, and NF-kappa-B transcription factors. J Biol Chem 1997;272:17795-801.

25. Deng GM, Verdrengh M, Liu ZQ, Tarkowski A. The major role of macrophages and their product tumor necrosis factor alpha in the induction of arthritis triggered by bacterial DNA containing CpG motifs. Arthritis Rheum 2000;43:2283-9.

26. Iwahashi M, Yamamura M, Aita T, et al. Expression of Toll-like receptor 2 on CD16+ blood monocytes and synovial tissue macrophages in rheumatoid arthritis. Arthritis Rheum 2004;50:1457-67.

27. Udalova IA, Knight JC, Vidal V, Nedospasov SA, Kwiatkowski D. Complex NF-kappa-B interactions at the distal tumor necrosis factor promoter region in human monocytes. J Biol Chem 1998;273:21178-86.

28. Tang X, Fenton MJ, Amar S. Identification and functional characterization of a novel binding site on TNF-alpha promoter. Proc Natl Acad Sci USA 2003;100:4096-101.

29. Mahlknecht U, Will U, Varin A, Hoelzer D, Herbein G. Histone deacetylase 3, a class I histone deacetylase, suppresses MAPK11-mediated activating transcription factor-2 activation and represses TNF gene expression. J Immunol 2004;173:3979-90.

30. Arend WP, Dayer JM. Inhibition of the production and effects of interleukin-1 and tumor necrosis factor alpha in rheumatoid arthritis. Arthritis Rheum 1995;38:151-60.

31. Lipsky PE, van der Heijde DM, St. Clair EW, et al. Infliximab and methotrexate in the treatment of rheumatoid arthritis. Anti-Tumor Necrosis Factor Trial in Rheumatoid Arthritis with Concomitant Therapy Study Group. N Engl J Med 2000;343:1594-602.

32. Youn J, Kim HY, Park JH, et al. Regulation of TNF-alpha-mediated hyperplasia through TNF receptors, TRAFs, and NF-kappa-B in synoviocytes obtained from patients with rheumatoid arthritis. Immunol Lett 2002;83:85-93.

33. Klimiuk PA, Sierakowski S, Latosiewicz R, Cylwik JP, Skowronski J, Chwiecko J. Circulating tumour necrosis factor alpha and soluble tumour necrosis factor receptors in patients with different patterns of rheumatoid synovitis. Ann Rheum Dis 2003;62:472-5.

34. Wendling D, Toussirot E. Anti-TNF alpha therapy in ankylosing spondylitis. Exp Opin Pharmacother 2004;5:1497-507.

35. Arnett FC, Edworthy SM, Bloch DA, et al. The American Rheumatism Association 1987 revised criteria for the classification of rheumatoid arthritis. Arthritis Rheum 1988;31:315-24.

36. van der Linden S, Valkenburg HA, Cats A. Evaluation of diagnostic criteria for ankylosing spondylitis. A proposal for modification of the New York Criteria. Arthritis Rheum 1984;27:361-8.

37. Varin A, Manna SK, Quivy V, et al. Exogenous Nef protein

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.

ARI-KC00179

activates NF-kappa B, AP-1, and c-Jun N-terminal kinase and stimulates HIV transcription in promonocytic cells. Role in AIDS pathogenesis. J Biol Chem 2003;278:2219-27.

38. De Rycke L, Baeten D, Foell D, et al. Differential expression and response to anti-TNF-alpha treatment of infiltrating versus resident tissue macrophage subsets in autoimmune arthritis. J Pathol 2005;206:17-27.

39. Jimenez-Boj E, Redlich K, Turk B, et al. Interaction between synovial inflammatory tissue and bone marrow in rheumatoid arthritis. J Immunol 2005;175:2579-88.

40. Miyazawa K, Mori A, Yamamoto K, Okudaira H. Transcriptional roles of CCAAT/enhancer binding protein-beta, nuclear factor-kappa-B, and C-promoter binding factor 1 in interleukin (IL)-1-beta-induced IL-6 synthesis by human rheumatoid fibroblast-like synoviocytes. J Biol Chem 1998;273:7620-7.

41. Georganas C, Liu H, Perlman H, Hoffman A, Thimapaya B, Pope RM. Regulation of IL-6 and IL-8 expression in rheumatoid arthritis synovial fibroblasts: the dominant role for NF-kappa B but not C/EBP beta or c-Jun. J Immunol 2000;165:7199-206.

42. Chen G, Goeddel DV. TNF-R1 signaling: a beautiful pathway. Science 2002;296:1634-5.

43. Jimi E, Aoki K, Saito H, et al. Selective inhibition of NF-kappa B blocks osteoclastogenesis and prevents inflammatory bone destruction in vivo. Nat Med 2004;10:617-24.

44. Deng GM, Zheng L, Chan FK, Lenardo M. Amelioration of inflammatory arthritis by targeting the pre-ligand assembly domain of tumor necrosis factor receptors. Nat Med 2005;11:1066-72.

45. Lehmann T, Nguyen LQ, Handel ML. Synovial fluid induced nuclear factor-kappa-B DNA binding in a monocytic cell line. J Rheumatol 2000;27:2769-76.

46. McEvoy AN, Murphy EA, Ponnio T, et al. Activation of nuclear orphan receptor NURR1 transcription by NF-kappa B and cyclic adenosine 5'- monophosphate response element-binding protein in rheumatoid arthritis synovial tissue. J Immunol 2002;168:2979-87.

47. Grall F, Gu X, Tan L, et al. Responses to the proinflammatory cytokines interleukin-1 and tumor necrosis factor alpha in cells derived from rheumatoid synovium and other joint tissues involve nuclear factor kappa-B-mediated induction of the Ets transcription factor ESE-1. Arthritis Rheum 2003;48:1249-60.

48. Tanaka M, Fuentes ME, Yamaguchi K, Gilbert DJ, Jenkins NA, Miyajima A. Embryonic lethality, liver degeneration, and impaired NF-kappa B activation in IKK-beta-deficient mice. Immunity 1999;10:421-9.

49. Aupperle KR, Bennett BL, Boyle DL, Tak PP, Manning AM, Firestein GS. NF-kappa B regulation by I kappa B kinase in primary fibroblast-like synoviocytes. J Immunol 1999;163:427-33.

50. Criscione LG, St. Clair EW. Tumor necrosis factor-alpha antagonists for the treatment of rheumatic diseases. Curr Opin Rheumatol 2002;14:204-11.

51. Maini R, St. Clair EW, Breedveld F, et al. Infliximab (chimeric anti-tumour necrosis factor alpha monoclonal antibody) versus placebo in rheumatoid arthritis patients receiving concomitant methotrexate: a randomised phase III trial. ATTRACT Study Group. Lancet 1999;354:1932-9.

52. Nissinen R, Leirisalo-Repo M, Peltomaa R, Palosua T, Vaarala O. Cytokine and chemokine receptor profile of peripheral blood mononuclear cells during treatment with infliximab in patients with active rheumatoid arthritis. Ann Rheum Dis 2004;63:681-7.

53. Guidi L, Costanzo M, Ciarniello M, et al. Increased levels of NF-kappa-B inhibitors (I-kappa-B-alpha and I-kappa-B-gamma) in the intestinal mucosa of Crohn's disease patients during infliximab treatment. Int J Immunopathol Pharmacol 2005;18:155-64.

Personal non-commercial use only. The Journal of Rheumatology Copyright © 2007. All rights reserved.

ARI-KC00180

# EXHIBIT 10

HANDBOOK OF

# Transcription Factor NF-kappaB

Edited by
Sankar Ghosh



**CRC Press**
Taylor & Francis Group
Boca Raton   London   New York

CRC Press is an imprint of the
Taylor & Francis Group, an informa business

CRC Press
Taylor & Francis Group
6000 Broken Sound Parkway NW, Suite 300
Boca Raton, FL 33487-2742

© 2007 by Taylor & Francis Group, LLC
CRC Press is an imprint of Taylor & Francis Group, an Informa business

No claim to original U.S. Government works
Printed in the United States of America on acid-free paper
10 9 8 7 6 5 4 3 2 1

International Standard Book Number-10: 0-8493-2794-6 (Hardcover)
International Standard Book Number-13: 978-0-8493-2794-0 (Hardcover)

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

No part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC) 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

| Library of Congress Cataloging-in-Publication Data |
| --- |

Handbook of transcription factor NF-kappaB / [edited by] Sankar Ghosh.
    p. ; cm.
    Includes bibliographical references and index.
    ISBN-13: 978-0-8493-2794-0 (alk. paper)
    1. NF-kappa B (DNA-binding protein)--Handbooks, manuals, etc. 2. Transcription factors--Handbooks, manuals, etc. 3. Gene expression--Handbooks, manuals, etc. I. Ghosh, Sankar, 1959-
    [DNLM: 1. NF-kappa B. QU 58.5 H2368 2006]

QP552.N46H36 2006
611'.018166--dc22
                                      2006013488

Visit the Taylor & Francis Web site at
http://www.taylorandfrancis.com

and the CRC Press Web site at
http://www.crcpress.com

# 1 The NF-κB Pathway: A Paradigm for Inducible Gene Expression

*Sankar Ghosh*

## CONTENTS

1.1  Introduction ............................................................................................................1
1.2  NF-κB/Rel Proteins..............................................................................................2
1.3  IκB Proteins ..........................................................................................................4
1.4  IκB Kinase Complex ............................................................................................5
1.5  NF-κB Inducers and κB-Dependent Genes......................................................6
References.........................................................................................................................7

## 1.1  INTRODUCTION

The eukaryotic transcription factor NF-κB was first identified by Sen and Baltimore 20 years ago as a protein that bound to a specific decameric DNA sequence (5′-GGGACTTTCC-3′) within the intronic enhancer of the immunoglobulin kappa light chain gene in mature B and plasma cells but not pre-B cells [1]. Subsequently, these same workers demonstrated induction of NF-κB:DNA binding in other cell types in response to exogenously applied stimuli, such as phorbol esters, and showed that this activation was independent of *de novo* protein synthesis [2]. In the decades following its discovery, NF-κB has been shown to exist in most cell types, and specific NF-κB binding sites termed κB sites have been identified in the promoters/enhancers of a very large number of inducible genes. Similarly, the range of biological factors and environmental conditions known to induce NF-κB activity has been shown to be remarkably large and diverse. Efforts to understand how the many intracellular signals evoked by such diverse stimuli can be integrated at the level of activation of this transcription factor has led to fundamental insights about many aspects of gene regulation and signal transduction. These insights in turn have stimulated discoveries in different biological pathways.

In keeping with the enormous research activity targeted toward understanding the regulation of NF-κB in different biological systems, a large number of reviews have been, and are being, published discussing different features of this transcription factor. However, the breadth of information makes it impossible for any particular

1

review, or even a collection of reviews, to provide an adequate summary of the current knowledge about NF-κB. The purpose of this volume is to collect in one place a number of chapters, written by leading authorities who were involved in making the seminal discoveries that have shaped this field, in a form that emphasizes current knowledge, with enough historical information to make the process of discovery apparent. Significant effort has been invested in making the chapters similar in style, giving this volume the feel of a textbook. It is also anticipated that with input from the community, this handbook will be updated at regular intervals, to ensure that the information included remains current and useful.

We begin this handbook on NF-κB by first providing a summary introduction to the key features of this transcription factor. We believe this information will provide an uninitiated reader easier access to the complexities in the NF-κB system. Subsequent chapters will delve in greater detail into different regulatory features of this transcription factor, culminating with a discussion of current efforts to develop therapies aimed at inhibiting the aberrant activity of NF-κB in different diseases.

## 1.2  NF-κB/REL PROTEINS

In the majority of cell types NF-κB exists in the cytoplasm as homo- or heterodimers of a family of structurally related proteins. Mammalian cells express five members that contain a conserved N-terminal region called the Rel homology domain (RHD) within which lies the DNA-binding and dimerization domains and the nuclear localization signal (NLS) (Chapter 2). In unstimulated cells, NF-κB complexes are sequestered in an inactive form via interaction with a monomer of an inhibitory protein called IκB, which itself belongs to a structurally and functionally related family of molecules. Signals that induce NF-κB activity cause degradation of IκB, allowing NF-κB dimers to translocate to the nucleus and induce gene expression (Figure 1.1). Although in most cases NF-κB activity must be induced, in certain cell types, e.g., mature B cells, thymocytes, monocytes, macrophages, neurons, corneal keratinocytes, vascular smooth muscle cells, and many tumor cells, NF-κB can also be detected as a constitutively active, nuclear protein.

The first reports of purification of NF-κB DNA-binding subunits to homogeneity identified two proteins with molecular weights of approximately 50 and 65 kDa [3,4], respectively. Purification was performed using κB-site-specific DNA affinity chromatography and the two proteins, referred to as p50 (also called NF-κB1) and p65 (RelA), were subsequently shown to form heterodimers that bind specifically to cognate κB-sites. The functional domains of NF-κB/Rel proteins were determined after molecular cloning of p50, which revealed that the N-terminal 300 amino acids, subsequently termed the Rel-homology domain, was highly homologous to the oncogene v-Rel, its corresponding cellular homologue c-Rel and the Drosophila protein Dorsal [4,5]. Further studies revealed that p65/RelA, p100/p52 (NF-κB2), and Rel-B were also members of the mammalian Rel-family, thereby bringing the total to five. Almost every combination of NF-κB/Rel proteins as homo- or heterodimers, in either the cytoplasm or nucleus of many different cell types, has been described. For example, p50/p65 heterodimers are found in the cytoplasm of most



**FIGURE 1.1** The basic paradigm of the NF-κB signaling pathway. In uninduced cells, NF-κB remains in the cytosol bound to inhibitory IκB proteins. Stimulation of cells leads to the activation of the IκB kinase complexes that phosphorylate the IκB proteins. The phosphorylated IκB proteins are ubiquitinated and degraded, allowing the released NF-κB to translocate to the nucleus and drive gene expression.

cells, whereas a constitutively active nuclear NF-κB in mature B cells is a dimer of p50/c-Rel. Dimers of p52/c-Rel, p65/c-Rel, p65/p65, p50/p50, p52/p52, and p50/p52 have also been identified. RelB is a notable exception in that it only forms dimers with p50 or p52. These RelB/p52-containing dimers are generated as a result of signaling through the "alternative" NF-κB activation pathway (see Section 1.4 and Chapters 2 and 3) and are believed to be the key dimeric form of NF-κB responsible for expression of genes involved in lymphoid organogenesis.

Not all combinations of NF-κB/Rel proteins are transcriptionally active; and the members of this family can be divided into two groups based upon their transactivating ability (see Chapter 5 for a discussion of additional transcriptional requirements). First, p65, c-Rel, and RelB contain potent transactivation domains within their C-terminal portions. In addition to its C-terminal domain, RelB also contains an N-terminal leucine zipper-like region, and both these domains are required for RelB to be fully active. However, neither p50 nor p52 contains any transactivating regions and, as such, are transcriptionally inactive. Homo- or heterodimers of p50 and p52 have been shown to repress κB-dependent transcription *in vivo*, most likely through recruitment of histone deacetylases to κB-sites. It is believed that p50 homodimers inhibit transcription by constitutively occupying κB sites that might otherwise be bound by transactivating NF-κB/Rel proteins. One interesting property of p50 and p52 homodimers is their ability to specifically associate with two atypical members of the IκB family (see Section 1.3), namely the proto-oncogene BcL-3 and IκBζ. These interactions have been shown to induce κB-dependent transcription by inhibiting DNA-binding of p50 and p52 homodimers, and by providing transactivating potential to these normally inactive dimers.

In contrast to NF-κB/Rel molecules containing C-terminal transactivation domains (p65, c-Rel, and RelB), p50 nor p52 is synthesized as large precursor

molecules of 105 kDa (p105) and 100 kDa (p100), respectively. The N-terminal regions of p105 and p100 constitute the RHD of p50 and p52 while the C-termini of each molecule contain multiple copies of ankyrin repeat sequences, which are found in IκB family members (see the next section). Indeed, both p105 and p100 inhibit the nuclear localization and transcriptional activity of NF-κB/Rel proteins with which they dimerize. Generation of p50 from p105 and p52 from p100, although superficially similar, occurs by distinct processing mechanisms (see Chapter 4). Signal-induced processing of p100 to release transcriptionally active p52/RelB dimers occurs following inducible phosphorylation of specific C-terminal serine residues by IKKα, leading to subsequent ubiquitination and incomplete processing by the proteasome. In contrast, the processing of p105 appears to occur constitutively, leading to the generation of a fixed ratio of p105 to p50 in an individual cell. It has been proposed that the constitutive processing of p105 occurs through a cotranslational mechanism, although details about the process and its regulation remain sketchy. The mechanism by which inducible p100 processing occurs is also poorly defined, and it is clear that much more work remains to be done in answering fundamental questions about these important events in the NF-κB activation pathway.

## 1.3  IκB PROTEINS

During the original purification of NF-κB, it was discovered that DNA-binding of cytoplasmic NF-κB could be induced by treatment of cytosolic extracts with dissociating agents such as sodium deoxycholate or formamide [6,7]. This led to the finding that two distinct proteins associated with NF-κB and inhibited its activity in nonstimulated cells [8–10]. These proteins, termed IκBα and IκBβ, had molecular weights of 37 and 43 kDa respectively, and purified preparations of these proteins could both specifically and reversibly inhibit DNA-binding of NF-κB, and disassociate DNA-bound NF-κB *in vitro*. Functional domains of these inhibitory molecules became apparent after their molecular cloning, which revealed that they contain repeated sequences of 30 to 33 amino acids known as ankyrin repeats [11,12]. As described above, the p50 and p52 precursor molecules p105 and p100 also contain ankyrin repeats in their C-terminal regions and, prior to processing, are capable of inhibiting NF-κB activity. All IκB molecules have subsequently been found to contain between three and seven ankyrin repeats. To date, with the inclusion of IκBζ, eight structurally related members of the mammalian IκB family have been cloned. The IκB family includes IκBα, IκBβ, IκBε, BCL-3, IκBζ, IκBγ, p105, and p100 (Chapter 2). Unlike the other IκB proteins, IκBγ is not the product of a distinct gene but is a 70 kDa protein containing the C-terminal domain of p105 that arises from a unique transcript of p105 and is expressed only in certain murine lymphoid cells. There are two other less well-studied IκB isoforms. The first is IκBR (for IκB-related protein), which is a 52 kDa molecule that appears to be preferentially expressed in epithelial cells; however, the *in vivo* regulatory function of this molecule is not known. An additional IκB-like protein, IκB-NS, was reported to be important in negative selection of thymocytes and also in suppressing inflammatory responses under certain situations.

Case 1:06-cv-00259-MPT    Document 661-4    Filed 05/30/2008    Page 21 of 28

It is generally believed that different IκB molecules preferentially inhibit distinct subsets of NF-κB/Rel protein dimers (Chapter 2). For example, both IκBα and IκBβ strongly inhibit complexes containing c-Rel and p65, whereas BCL-3 and IκBζ only bind homodimers of p50 or p52. Specific inhibitory property has also been reported for IκBε, which appears to only bind to c-Rel, p65, and their respective homodimers. By comparison, p100 and p105 exhibit little specificity, and they have been reported to form inhibitory complexes with p50, p52, p65, and c-Rel. Interestingly, the IκB molecules most often found associated with RelB are p100, consistent with the observation that processing of p100 in response to the "alternative" pathway leads to release of p52:RelB dimers. Inhibition of NF-κB/Rel proteins by IκB molecules occurs via protein-protein interactions between the ankyrin repeats of IκB and regions of the RHD in NF-κB. With the exception of BCL-3, IκBζ, and an unphosphorylated form of IκB-β, this interaction enables the IκB proteins to mask the NLS and prevent nuclear translocation of NF-κB/Rel protein dimers (Chapter 2).

In addition to the ankyrin repeats, which occur in the interior of IκB proteins, the N- and C-terminal domains of each molecule contain important structural and functional domains. The N-terminal regions contain the signal-responsive sites of phosphorylation in IκBα, IκBβ, and IκBε. Deletion of the C-terminal domain blocks the ability of IκBs to prevent DNA-binding of NF-κB and to dissociate DNA-bound NF-κB dimers. Within their C-termini, IκB proteins contain an acidic and Thr-rich proline, glutamic acid, serine, and threonine (PEST) sequence, which is believed to play a role in stabilization of the molecule. Deletion studies have demonstrated that removal of the PEST domain can protect IκBα from degradation induced during NF-κB activation (see below) and basal phosphorylation of sites within this domain (that is, by casein kinase II) has been implicated in regulating the constitutive turnover of IκB molecules in unstimulated cells.

## 1.4  IκB KINASE COMPLEX

Degradation of IκB is a tightly regulated event that is initiated upon specific phosphorylation by activated IKK. The IKK activity in cells can be purified as a 700 to 900 kDa complex and has been shown to contain two kinase subunits, IKKα (IKK1) and IKKβ (IKK2), and a regulatory subunit NEMO (NF-κB essential modifier) or IKKγ (see Chapter 3). In the classical NF-κB signaling pathway, IKKβ is both necessary and sufficient for phosphorylation of IκBα on Ser[32] and Ser[36], and IκBβ on Ser[19] and Ser[23]. The role of IKKα in the classical pathway is unclear, although recent studies suggest it may regulate gene expression in the nucleus by modifying the phosphorylation status of histones. The alternative pathway, however, depends only on the IKKα subunit, which functions by phosphorylating p100 and causes its inducible processing to p52 [13]. The alternative pathway is activated in response to a subset of NF-κB inducers including LTβ and B cell activating factor (BAFF). Upon phosphorylation by IKKs, IκB proteins are recognized and ubiquitinated by members of the Skp1-Culin-Roc1/Rbx1/Hrt-1-F-box (SCF or SCRF) family of ubiquitin ligases (see Chapter 4). The ubiquitinated IκB proteins are then degraded rapidly by the proteasome. Despite the enormous interest in the IKK complex, there

6

Handbook of Transcription Factors NF-kappaB



**FIGURE 1.2** NF-κB acts as a central coordinator of immune and inflammatory responses. NF-κB is induced by signals that in general represent states of infection or stress. The genes that NF-κB in turn regulates allow the organism to respond effectively to infection and stress. Representative examples of key NF-κB inducers and NF-κB regulated genes are shown.

are still significant gaps in our knowledge of how this protein kinase complex is activated and regulated (Chapter 3).

## 1.5 NF-κB INDUCERS AND κB-DEPENDENT GENES

As described above, NF-κB/Rel proteins have been shown to play a crucial role in the rapidly induced transcription of a wide variety of genes in response to extracellular stimuli (Figure 1.2). Many of these genes are critical for both innate and adaptive immune responses (Chapters 6 and 7). Many aspects of the inflammatory response are also controlled by NF-κB, including the production of acute phase proteins such as serum amyloid A (SAA), angiotensinogen, and factors of the complement cascade and the induction of proinflammatory cytokines such as IL-1 and TNF-α (Chapter 8). NF-κB also controls later phases of an inflammatory response by mediating induction of genes encoding leukocyte adhesion molecules (e.g., E-selectin, VCAM-1, and ICAM-1) that are expressed by vascular endothelial cells in response to proinflammatory cytokines and bacterial lipopolysaccharide (LPS). NF-κB activation following recognition of microbial products by pattern-recognition receptors, such as Toll-like receptors (TLRs), illustrates its role in responses to infection. There is also a great deal of evidence concerning the role of NF-κB in the lifecycle of a number of viruses, for example, HIV1, CMV, and SV40, that contain κB sites within their promoters and as such have evolved to make use of their host's transcriptional apparatus to direct their own expression and infectivity. Finally, NF-κB has been shown to be involved in many aspects of cell growth, differentiation, and proliferation via the induction of certain growth and transcription factors, as well as by acting as a protective factor against programmed cell death. These functions of NF-κB also help explain the phenotypes observed in genetic

diseases such as *incontinetia pigmenti,* where the activity of NF-κB is inhibited [14] (see Chapter 9).

In summary, the NF-κB/Rel proteins are key players of a fascinating system by which the organism responds to changes in its environment or to infection and injury. The subsequent chapters will delve deeper into the various aspects by which members of this transcription factor family are regulated and conclude with a discussion of current efforts to target this transcription factor for treatment of various diseases including arthritis and cancer (Chapter 10).

# REFERENCES

[1]   Sen, R. and Baltimore, D., Multiple nuclear factors interact with the immunoglobulin enhancer sequences, *Cell,* 46, 705, 1986.

[2]   Sen, R. and Baltimore, D., Inducibility of kappa immunoglobulin enhancer-binding protein NF-kappaB by a posttranslational mechanism, *Cell,* 47, 921, 1986.

[3]   Baeuerle, P.A. and Baltimore, D., A 65-kappaD subunit of active NF-kappaB is required for inhibition of NF-kappaB by IkappaB, *Genes Dev.,* 3, 1689, 1989.

[4]   Ghosh, S., Gifford, A.M., Riviere, L.R. et al., Cloning of the p50 DNA binding subunit of NF-kappaB: Homology to rel and dorsal, *Cell,* 62, 1019, 1990.

[5]   Kieran, M., Blank, V., Logeat, F. et al., The DNA binding subunit of NF-kappaB is identical to factor KBF1 and homologous to the rel oncogene product, *Cell,* 62, 1007, 1990.

[6]   Baeuerle, P.A. and Baltimore, D., I kappa B: A specific inhibitor of the NF-kappaB transcription factor, *Science,* 242, 540, 1988.

[7]   Baeuerle, P.A. and Baltimore, D., Activation of DNA-binding activity in an apparently cytoplasmic precursor of the NF-kappaB transcription factor, *Cell,* 53, 211, 1988.

[8]   Ghosh, S. and Baltimore, D., Activation *in vitro* of NF-kappaB by phosphorylation of its inhibitor IkappaB, *Nature,* 344, 678, 1990.

[9]   Thompson, J.E., Phillips, R.J., Erdjument-Bromage, H. et al., IkappaB-beta regulates the persistent response in a biphasic activation of NF-kappaB, *Cell,* 80, 573, 1995.

[10]  Zabel, U. and Baeuerle, P.A., Purified human IkappaB can rapidly dissociate the complex of the NF-kappaB transcription factor with its cognate DNA, *Cell,* 61, 255, 1990.

[11]  Davis, N., Ghosh, S., Simmons, D.L. et al., Rel-associated pp40: An inhibitor of the rel family of transcription factors, *Science,* 253, 1268, 1991.

[12]  Haskill, S., Beg, A.A., Tompkins, S.M. et al., Characterization of an immediate-early gene induced in adherent monocytes that encodes IkappaB-like activity, *Cell,* 65, 1281, 1991.

[13]  Senftleben, U., Cao, Y., Xiao, G. et al., Activation by IKKalpha of a second, evolutionary conserved, NF-kappaB signaling pathway, *Science,* 293, 1495, 2001.

[14]  Smahi, A., Courtois, G., Vabres, P. et al., Genomic rearrangement in NEMO impairs NF-kappaB activation and is a cause of incontinentia pigmenti. The International Incontinentia Pigmenti (IP) Consortium, *Nature,* 405, 466, 2000.

new data regarding an important link between NF-κB activation and the ability of inflammation to promote oncogenesis.

### 8.1.1 PROCESS OF INFLAMMATION

Inflammation is a generally beneficial response to infection or to tissue injury that results in the restoration of homeostasis and repair, at both the cellular and tissue levels, and requires both innate and adaptive immune responses (see Chapters 6 and 7). It is clear that unresolved inflammation is the underlying cause of the pathogenesis of a variety of diseases such as arthritis, asthma, inflammatory bowel disease, diabetes, and cancer.

Inflammation is characterized by increased blood flow to the affected tissue, which then increases temperature, swelling, redness, and pain — calor, tumor, rubor, and dolor, as described by Celsus in the first century A.D. Numerous cells are involved in the inflammatory process, including mast cells, monocytes/macrophages, eosinophils, neutrophils, dendritic cells, and B and T cells. These inflammatory cells are essential to the promotion as well as the resolution phases of the inflammatory response. For example, resident mast cells (Figure 8.1) appear to be key players in the initiation of inflammation through their ability to bind pathogen-associated molecules such as bacterial lipopolysaccharide (LPS) through toll-like receptors (TLRs) [1]. Once activated by recognition of foreign molecules, mast cells release potent mediators of the inflammatory response, including cytokines such as tumor



**FIGURE 8.1** Mast cells are involved in the initiation of inflammation through an innate immune response.

NF-κB and IKK as Key Mediators of Inflammation and Oncogenic Progression **161**



**FIGURE 8.2** Macrophages are involved in pro- and antiinflammatory responses.

necrosis factor (TNF) and chemokines such as IL-8 [1]. Release of these inflammatory mediators is then involved in the recruitment of circulating leukocytes, mediated by changes in vascular endothelial cells, which become activated at the site of inflammation and release additional inflammatory mediators [1] (see Figure 8.1).

Within the complex interplay of cells and molecules that function during inflammation, a key early event is the recruitment of neutrophils, the cells that act as first line effectors of the innate immune defense against bacterial and fungal infection. Neutrophil migration and activation during an inflammatory response results from several events, including the release of chemoattractants by tissue resident cells [2]. Thus, it has been shown that macrophages, mast cells, and leukocytes control neutrophil recruitment during inflammation through the release of cytokines, chemokines, and LTB4 (see Figure 8.1 and [2]).

Macrophage infiltration is also one of the hallmarks of severe or progressive inflammatory disease. Macrophages function through the release of inflammatory cytokines, chemokines, and nitric oxide (NO) and by directly phagocytosing bacteria [3]. Studies from several groups indicate that these cells cause tissue injury in progressive inflammatory disease. Severity of injury is often directly correlated with the level of the macrophage infiltrate in human disease and in animal models [4]. Studies show that the infiltrating macrophages express inducible nitric oxide synthase (iNOS), as well as other known markers of the proinflammatory phenotype (see Figures 8.1 and 8.2). Inducible NO production is controlled by iNOS, which is transcriptionally controlled by NF-κB downstream of cell stimulation by cytokines or LPS [5]. Demonstration of a pathogenic role for macrophages in disease is provided by depletion/adoptive transfer experiments in rodent models of acute nephritis (see [6]).

CC chemokines and their receptors play a fundamental role in trafficking and activating leukocytes at inflammation sites by facilitating chemoattraction and migration of leukocytes from the circulation [7]. A key regulatory factor in the process of inflammation is the CC chemokine MCP-1 (monocyte chemoattractant protein 1). In addition to monocytes, this protein is also important in recruiting and activating T cells, mast cells, and basophils during inflammation [8]. MCP-1 is produced by fibroblasts, endothelial cells, monocytes, and macrophages. MCP-1 and other chemokines such as RANTES/CCL5 and macrophage inflammatory protein (MIP)-1α/CCL3 are strongly implicated in the process of inflammation; for example,

blockade of chemokine receptors CCR2, CCR5, and CXCR3 protects mice from experimental colitis [9]. Importantly, MCP-1 has been shown to regulate the balance between pro- and antiinflammatory cytokines in a murine model of septic shock [10], which is consistent with a role for macrophages in mediating as well as resolving inflammation.

*In vivo*, local increases in COX-2 gene expression are associated with inflammation and inflammatory diseases [11]. COX-1, which is constitutively expressed, and COX-2, which is inducibly expressed downstream of inflammatory mediators, are responsible for prostaglandin $H_2$ biosynthesis from arachidonic acid. COX products, mainly $PGE_2$, modulate the classic signs of inflammation [11].

The traditional proinflammatory cytokines TNFα and IL-1 are elevated in inflammatory lesions. TNFα is a key mediator in the host's response against bacteria and other pathogens [12]. Mice deficient for TNF receptor 1 are resistant to lethal doses of LPS but are severely impaired in their ability to clear *L. monocytogenes* and easily succumb to infection [13]. IL-1 induces tissue factor production, thus triggering the clotting cascade, and induces systemic hormonal effects that induce fever [14]. IL-1 mediates inflammation by recruitment of neutrophils, activation of macrophages, and stimulation of T and B cell proliferation and differentiation [15]. Other potent inflammatory mediators include the leukotrienes, which are produced by the 5-lipoxygenase pathway downstream of arachidonic acid production [16].

Treatment for inflammation typically involves the utilization of steroidal compounds, such as hydrocortisone or dexamethasone (or derivatives), or nonsteroidal antiinflammatory drugs (NSAIDs) [11,17]. Given that TNFα is a crucial cytokine in the establishment and maintenance of inflammation, it was logical to target TNF as a therapeutic approach for several inflammatory diseases. Infliximab and etanercept, two injectable biologic TNF-blocking drugs, have shown efficacy in rheumatoid arthritis and Crohn's disease [18], and trials are underway for the use of these drugs in other inflammatory diseases. β2-adrenergic agonists have antiinflammatory effects based on the fact that neutrophils, monocytes, and macrophages express β2-receptors [19]. Additionally, statin compounds function as antiinflammatory compounds independent of their ability to modulate cholesterol levels [20, 21].

## 8.1.2 RESOLUTION OF INFLAMMATION

Except under conditions of chronic inflammation and disease, inflammation resolves through a series of recently identified mechanisms. For example, evidence has been presented that COX-2, which has proinflammatory functions related to the production to prostaglandin $PGE_2$, also has antiinflammatory functions (see Figure 8.3). In these studies, COX 2 expression occurred at 2 hours following inflammatory stimulus, and this coincided with elevated $PGE_2$ and a proinflammatory response [22]. COX-2 expression reoccurred at 48 hours, coinciding with minimal $PGE_2$ but elevated cyclopentonone prostaglandin 15d-$PGJ_2$; 15d-$PGJ_2$ is now known to be the endogenous ligand for the nuclear receptor PPARγ [23]. Interestingly, cyclopentonone prostaglandins appear to serve as antiinflammatory mediators and to promote resolution of inflammation *in vivo* [22]. Thus, 15d-$PGJ_2$ is proposed to be an antiinflammatory prostaglandin through its ability to signal

# EXHIBIT 11

# EXHIBIT REDACTED

# EXHIBIT 12

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,828 | 12/02/2005 | 6410516 | | 4525 |

| | | |
|---|---|---|
| 23432    7590    07/06/2007 | | EXAMINER |
| COOPER & DUNHAM, LLP | | |
| 1185 AVENUE OF THE AMERICAS | ART UNIT | PAPER NUMBER |
| NEW YORK, NY  10036 | | |

DATE MAILED: 07/06/2007

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Dr. Raj Bawa

Bawa Biotechnology Consulting, LLC

21005 Starflower Way

Ashburn, VA 20147

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/007,828*.

PATENT NO. *6410516*.

ART UNIT *3991*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

| *Office Action in Ex Parte Reexamination* | Control No. (90/007,503)  *90/007,828* | Patent Under Reexamination 6410516 | |
|---|---|---|---|
| | Examiner Bennett Celsa | Art Unit 3991 | |

### -- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

a ☒ Responsive to the communication(s) filed on <u>17 November 2006</u> .    b ☒ This action is made FINAL.
c ☐  A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>2</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☒  Notice of References Cited by Examiner, PTO-892.        3. ☐  Interview Summary, PTO-474.
2. ☒  Information Disclosure Statement, PTO/SB/08.            4. ☐  _____.

Part II    SUMMARY OF ACTION

1a. ☒  Claims <u>*1-6,8-27,29-38,40-80,82,84 and 87-202*</u> are subject to reexamination.

1b. ☐  Claims _____ are not subject to reexamination.

2. ☒  Claims <u>*7,28,39,81,83,85,86 and 203*</u> have been canceled in the present reexamination proceeding.

3. ☒  Claims <u>*see cont. sheet below*</u> are patentable and/or confirmed.

4. ☒  Claims <u>*see cont. sheet below*</u> are rejected.

5. ☐  Claims _____ are objected to.

6. ☐  The drawings, filed on _____ are acceptable.

7. ☐  The proposed drawing correction, filed on _____ has been  (7a)☐  approved  (7b)☐  disapproved.

8. ☐  Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some*  c)☐ None    of the certified copies have

    1☐  been received.

    2☐  not been received.

    3☐  been filed in Application No. _____ .

    4☐  been filed in reexamination Control No. _____ .

    5☐  been received by the International Bureau in PCT application No. _____ .

    * See the attached detailed Office action for a list of the certified copies not received.

9. ☐  Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10. ☐  Other: _____

cc: Requester (if third party requester)

Rejected: claims 1-6, 8-18, 20-27, 29, 31-38, 40, 42-43, 47-51, 53-62, 64-73, 75-80, 82, 84, 88-97, 99-100, 104-107, 109-110, 114-117, 119-120, 124-129, 133-137, 139,140, 144-147, 149, 150, 154-157, 159, 160, 164-168, 172-175, 177, 178, 182-185, 192-193 and 197-201.

Confirmed: claims 19, 30, 41, 44-46, 52, 63, 74, 87, 98, 101-103, 108, 111-113, 118, 121-123, 130-132, 138, 141-143, 148, 151-153, 158, 161-163, 169-171, 176, 179-181, 186-191, 194-196, and 202.

Application/Control Number: 90/007,503; 90/007, 828                    Page 2
Art Unit: 3991

## DETAILED ACTION: *Reexamination: Final Rejection*

### *In Merged '7503 and '7828 Proceedings.*

**Procedural Posture**:

1. U.S. Patent No. 6,410,516 issued on June 25, 2002.

2. A request for reexamination, assigned control No. 90/007,503, was filed by a third party requester on April 4, 2005. Reexamination was ordered for the '7503 proceeding on June 8, 2005.

3. A request for reexamination, assigned control No. 90/007,828, was filed by a third party requester on December 2, 2005. Reexamination was ordered for the '7828 proceeding on December 12, 2005.

4. No Patent Owner's Statement was received in either reexamination.

5. Reexams 90/007,503 and 90/007,828 were merged on May 4, 2006.

6. First Office action (FAOM: dated August 2, 2006) in merged proceedings.

7. Patent Owner Amendment dated Nov. 17, 2006 (canceling claims 7, 28, 39, 81, 83, 85, 86 and 203), supplemental disclosure statement and Declaration of Dr. Verma along with accompanying exhibits is acknowledged.

The text of those sections of Title 35, U.S. Code not included in this action can be found in a prior Office action.

### Status of the Claims

U.S. Patent 6,410,516 claims 1-203 were initially subject to reexamination.

Canceled Claims: 7, 28, 39, 81, 83, 85, 86 and 203.

Pending Claims: 1-6, 8-27, 29-38, 40-80, 82, 84 and 87-202.

### Informal Claim

Patentee's amendment canceling claim 7 has resulted in claim 8 being improperly dependent upon a cancelled base claim. The Patent Owner is required to cancel the claim(s), or amend the claim(s) to place the claim(s) in proper dependent form, or rewrite the claim(s) in independent form.

Application/Control Number: 90/007,503; 90/007, 828                    Page 3
Art Unit: 3991

### *Purported Inconsistency Within the August 2, 2006 Office Action:*

Patentee Argument: *Each of claims 22-24, 33-35, 55-57, 66-68, 77-79 and 90-92 recite specific ways of reducing NF-κB activity, and have been rejected. In contrast, analogous claims 44-46, 101-103, 111-113, 121-123, 130-132, 141-143, 151-153, 161-163, 169-171, and 194-195 also recite the same specific ways of reducing NF-κB activity, but have been confirmed patentable. No reason is provided in the August 2, 2006 Office Action for distinguishing the rejected claims from those confirmed patentable. Accordingly, each of claims 22-24, 33-35, 55-57, 66-68, 77-79 and 90-92 should be confirmed patentable.* Amendment dated Nov. 17, 2006 page 17.

Examiner Response: Each of claims 22-24, 33-35, 55-57, 66-68, 77-79 and 90-92 have been rejected since there is prior art which raises rejections of these claims. In contrast, claims 44-46, 101-103, 111-113, 121-123, 130-132, 141-143, 151-153, 161-163, 169-171, and 194-195 have been confirmed patentable since none of the references cited in the 90/007,503 or 90/007,828 proceedings raised a substantial new question of patentability concerning these claims.

It is also noted that rejected claims 22-24, 33-35, 55-57, 66-68, 77-79 and 90-92 are dependent upon independent claims 1, 2, 5, 6, 8 and 9, respectively that are different from those of confirmed claims 44-46, 101-103, 111-113, 121-123, 130-132, 141-143, 151-153, 161-163, 169-171, and 194-195 which refer to independent claims 3, 10, 11, 12, 13, 14, 15, 16, 17 and 4, respectively.

### *Ultra Vires Argument:*

The patent owner response (pp.18-23) provides arguments as to why the ordering of the reexamination of the instant U.S. Pat. No. 6,410,516 in merged proceedings 90/007,503 and 90/007,828 is *ultra vires* and should be vacated. Patentee's petition to vacate was denied (10/6/05 and reconsideration 2/8/06) and the patent owner's district court appeal was ultimately dismissed by the CAFC  (11/22/06) under Fed. R. App. P. 42(b) (of record: 11/22/06).

A summary of patentee's arguments and an Examiner rebuttal consistent with the October 6, 2005 petition denial and the Solicitor's "Memorandum of Points and Authorities In Support of Motion To Dismiss Or In the Alternative For Summary Judgement and Opposition to Plaintiff's Motion For Summary Judgement": pages 1-30

Application/Control Number: 90/007,503; 90/007, 828          Page 4
Art Unit: 3991

presented in *Ariad Pharmaceuticals v. Dudas* U.S. District Court (Eastern District of Va.)
(copy enclosed) follows:

1. Patentee Argues:  Inherency *case law and MPEP 2131.01 is not applicable since 35
USC 301-303 limits reexam to the use of "prior art" publications. Response* pp. 20-21.

Examiner Response:

      Contrary to the patentee's position, reliance on extrinsic evidence to better
understand the teachings of a prior art reference has been common in reexamination
proceedings.  For example, in *In re Baxter Travenol Labs*, 952 F.2d 388 (Fed. Cir.
1991), the Federal Circuit rejected the patent owner's argument that the PTO could not
rely on declarations and other written materials submitted along with a prior art
publication to reject its claims in a reexamination.  952 F.2d at 390.  The Federal Circuit
explained that the declarations and other extrinsic evidence were properly relied upon
during the reexamination to explain the printed publication:

> Baxter argues that these depositions, declarations, and
> admissions are extrinsic evidence, which may not be
> considered when determining the anticipatory teaching of a
> reference.  This is incorrect.  Baxter acknowledges, as it
> must, that extrinsic evidence may be considered when it is
> used to explain, but not expand, the meaning of a reference.
> *Id.* (emphasis added).

The Federal Circuit upheld the anticipation rejection of the reexam claims based on the
prior art document itself, as illuminated by the extrinsic evidence.  *Id.*; see also *In re
Bass*, 314 F.3d 575, 576 (Fed. Cir. 2002) (extrinsic evidence of Schofield declaration
explaining teachings of Lucander prior art document establishes SNQ for
reexamination); see also *Heinl,* 143 F.Supp.2d at 604-05 (permitting use of extrinsic
evidence to explain a reference and finding "unpersuasive" patent owner's argument
that reexaminations are limited purely to prior art documents and any other materials
are prohibited).

      Consistent with Federal Circuit case law, the MPEP provides that any claim
rejection in reexamination based on prior patents or printed publications may use

Application/Control Number: 90/007,503; 90/007, 828                          Page 5
Art Unit: 3991

extrinsic evidence, such as affidavits or declarations, to explain the meaning of the prior

art reference:

> Affidavits or declarations which explain the contents or
> pertinent dates of prior art patents or printed publications in
> more detail may be considered in reexamination, but any
> rejection must be based upon the prior patents or printed
> publications as explained by the affidavits or declarations.
> The rejection in such circumstances cannot be based on the
> affidavits or declarations as such, but must be based on the
> prior art patents or printed publications.MPEP § 2258 I. E.

Thus, it is appropriate for the PTO to consider extrinsic evidence in a

reexam proceeding to explain the meaning and contents of prior art.

2.  Patentee Argues: *The method inherency rejections are based upon "prior public
use". Patent owner cites Schering Corporation v. Geneva et al, 339 F.3d 1373 (Fed. Cir.
2003), Cruciferous Sprout Litigation, 301 F.3d 1343 (Fed. Cir. 2002) and
MEHL/BIOPHILE International Corp. v. Milgraum, 192 F.3d 1362 (Fed. Cir. 1999) as
cases standing for the proposition that subject matter which is inherently described in a
patent or printed publication is applicable to anticipate a claimed invention only as a
prior public use of the inherently disclosed subject matter, and not as an anticipation by
the patent or printed publication. Patent owner quotes MPEP § 2217 as indicative of the
proposition that "a prior art patent or printed publication cannot be properly applied as a
ground for reexamination if it is merely used as evidence of prior public use .... " . Patent
owner additionally argues that the Court of Appeals for the Federal Circuit has held that
a method is inherently anticipated only by the actual public use of the method which
may or may not have been described in a printed publication.Amendment at pp. 21-23.*

Examiner Response:

It is clear from a consideration of *Smithkline Beecham Corporation et al v. Apotex*

*Corporation et al*, 403 F.3d 1331 (Fed. Cir. 2005), as well as from the precedential case

law cited by the patent owner above, that a prior art patent or publication containing an

enabling disclosure that inherently anticipates a claimed invention which was not

expressly known or appreciated at the time that the patent or publication was published

is to be regarded as an anticipatory prior art patent or printed publication. That the

inherent anticipation exists by reason of the fact that the claimed invention would be

produced by following the teachings of the patent or printed publication does not mean

that the teachings of the patent or printed publication had to have been, or have to be,

Application/Control Number: 90/007,503; 90/007, 828                    Page 6
Art Unit: 3991

<u>publicly performed prior to an applicant's invention. Nor does it mean that the anticipation is the result of a prior public use.</u> This follows from the principle that it is not necessary that an invention disclosed in a patent or printed publication shall actually have been made or practiced, provided that the disclosure in the publication is described so as to have placed the public in possession of it. This further follows from the uniform pronouncement in the case law "that inherent anticipation does not require that a person of ordinary skill in the art recognize the inherent disclosure in the prior art at the time the prior art is created." *Schering Corporation*, 403 F.3d at 1343.

Thus, so long as a patent or printed publication enables the practice of a method that would inherently anticipate a different method not expressly disclosed in the patent or printed publication, the patent or printed publication is considered to be an anticipatory disclosure of the inherently disclosed method, even if at the time of publication or issuance of the patent, the expressly disclosed invention had not been practiced and a person of ordinary skill in the art would not necessarily have recognized the inherently disclosed method. The patent or printed publication is not regarded as evidence of <u>prior public use</u> of the inherently disclosed method; the cases do not require that the inherently disclosed method be publicly performed at the time of patenting or publication, therefore the reference is indeed a reference.

### *Withdrawn Rejection (s)*

Rejection of claim 203 (section X. on pages 52-55 of FAOM) under 35 U.S.C. 103(a) as obvious over *Baldwin and Sharp*, Proc. Nat'l Acad Sci. 85:723 (Feb. 1988) in view of *Schorpp* et al. J. Mol. Biol. 202:307 (1988); . *Li* et al. Mol. Cell. Biol. 8:432 (1988); *Hai* et al. Cell 54 :1043 (1988) ; *Chu* et al. Nucleic Acids Res. 15:1311-1326 (1987); and *Molecular Biology of THE CELL*, 2nd Ed. (1989) page 423 is withdrawn in response to the Patent Owner's amendment canceling claim 203.

Rejection of claims 1-2, 6-9, 20-21, 25-32, 36-41, 64-65, 69-76, 80-89, and 93-98 under 35 U.S.C. 102(b) as anticipated by *King James Version Bible* (1611) (excerpts), *St. Leger* (The Lancet (5/79) 1017-20), *Dobrilla* (Hepato-Gastroenterol. 31 (2/84) 35-37), and *Jones* (Pharm. & Tox. 60 (3/87) 217-20) as evidenced by *Blanco-Colio* (Circulation 102 (8/00) 1020-6), *Holmes-McNary/Baldwin* (Cancer Res. 60 (7/00) 3477-83) and *Manna* (J. Immunol. 164 (2000) 6509-6519). See MPEP 2131.01 (evidence of inherency) is hereby withdrawn. The role and bioavailbilty of red wine components (resveratrol and other polyphenol anti-oxidants) involving regulation of NF-$\kappa$B activity with regard to a post-prandial hyperlipidemia is unclear.

Application/Control Number: 90/007,503; 90/007, 828                    Page 7
Art Unit: 3991

The rejection of claims 1-2, 5-6, 8-9, 20-21, 25-27,29, 31-32, 36-38, 40, 53-54, 58-62, 64 -65, 69- 73, 75-76, 80, 82, 84, 88–89 and 93-97 under 35 U.S.C. 102(b) as being anticipated by *1970 PDR*, *Lefring et al.* (Crit. Care. Med. 2:3 (7/95) 1294-1303: References Cited Therein), *Nagasawa* et al.  (J. Cell. Phys. 109 (1981) 181-192), or *Rovera* et al. (Science 204 (1979) 868-970) as evidenced by *Baldwin I* (Annu. Rev. Immunol. 14 (1996) 649-81, *Auphan* et al. (Science 270 (1995) 286-290), *Scheinman I* (Mol. Cell. Biol. 15 (2/95) 943-53), *Scheinman II* (Science 270 (10/95) 283-286), *Mukaida*  (J. Biol. Chem. 269 (5/94) 13289-95) and *Padgett* et al. Trends in Immunology, 24(8) (Aug. 2003) pages 444-448 is withdrawn in order to simplify issues for appeal since this rejection is cumulative to the anticipation rejection over the *Goodman and Gilman* reference in view of the same evidentiary documents.

### *Priority*

Application 08/464,364 (filed 6/5/95) issued US Pat. No. 6,410,516 (Baltimore patent) is:

-A DIV of 08/418,266 (filed 4/6/95) issued as US Pat. No. 5,804,374
which is a CON of 07/791,898 (filed 11/13/91) (ABN: 5/16/95);
which is a CIP of 06/946,365 (filed 12/24/86) (ABN:3/24/92) AND:
-a CIP of 07/341,436 filed 04/21/1989 (ABN: 4/3/92)
-a CIP of 07/280,173 filed 12/05/1988 (ABN: 3/24/92)
-a CIP of 07/318,901 filed 03/03/1989(ABN: 12/12/91)
- a CIP of 07/162,680 filed 03/01/1988 (ABN:8/30/90)
 -a CIP of 07/155,207 filed 02/12/1988 (ABN:7/26/90)
- a CIP of 06/817,441 filed 01/09/1986 (ABN:1/13/89)

For purposes of 35 USC §120 priority, the above-identified CIP applications (i.e. original specification and original claims) fail to adequately describe and/or enable the methods of currently pending claims 1-6, 8-27, 29-38, 40-80, 82, 84 and 87-202 of the instant Baltimore Patent claims subject to reexam. See MPEP 2258. Accordingly, **claims 1-6, 8-27, 29-38, 40-80, 82, 84 and 87-202** of the reexamination patent claims are entitled to the **filing date 11/13/91** of continuation application 07/791,898 for purposes of prior art. Every claim of the '516 patent recites at least one of the following features which the pre-1991 applications fail to disclose:

a. an amino acid or nucleic acid sequence corresponding to NF-κB;
b. support for the Baltimore patent claim limitations including (but not limited to):
-"reducing NF-κB activity" in a cell (especially mammalian/eukaryotic) and/or an enabling means thereof  e.g.administering a NF-κB inhibitor, to effect various functions (e.g. inhibit expression generally, reduce cytokine expression etc.) as *required in all the claims*;

-"reduce binding of NF-κB to NF-κB recognition sites on genes which are
transcriptionally regulated by NF-κB" e.g. claims 25, 36, 47, 69, 80, 93, 144, 154 & 182;
-"inhibiting modification of an IκB protein, which modification otherwise reduces IκB
binding to NF-κB" e.g. claims 22, 33, and 44;
-"inhibiting degradation of an IκB protein" e.g.claims 23, 34, and 45;
-"inhibiting dissociation of NF-κB:IκB complexes" e.g. claims 24, 35, and 46.

It is noted that the written description requirement is satisfied only by describing
the actual invention, and not that which makes it obvious. *Lockwood v. American
Airlines, Inc.* 107 F.3d 1565, 1572. 41 USPQ2d 1961, 1968 (Fed. Cir. 1997).

1. Patentee's Argument: *Claims 1-9,11, 18, 20, 21, 25-27, 29, 31, 32, 36-38, 40, 42, 43,
47-51, 53, 54, 58-60, 61, 62, 64, 65, 69-73, 75, 76, 80, 82, 84, 88, 89, 93-97, 106, 107,
109, 110, 114-117, 182-185, 192, 193 and 197-201 subject to "intervening prior art
rejections" are entitled to 35 USC 120 priority to the April 21,1989 filing date of the
07/341,436 application.* See response at pages 33-39; the declaration of Dr. Verma, ¶¶
16-21; and Claim Support Chart, attached as Exhibit 3 to the Declaration of Dr. Verma.

*Additionally, Patentee points out that to the extent support for the pending claims
appears in U.S. Serial Nos. 06/817,441, filed January 9, 1986; 07/155,207, filed
February 12, 1988; and/or 07/280,173, filed December 5, 1988, each of these
applications is incorporated by reference into the April 21, 1989 application on page 1,
lines 4-8 thereof (citing M.P.E.P. 608.01(p) (I)).*

*More particularly, Patentee notes that contrary to the Examiner's assertions:*

*1. Amino acid or nucleic acid sequences corresponding to NF-κB are not recited in the
pending claims nor are they necessary to enable these claims as of April 21, 1989.*

*2. The phrase "reducing NF-κB activity" in the pending claims finds support in
07/341,436 at p.5, lines 13-16: "Alteration or modification, whether to enhance or reduce
NF-κB activity ... is referred to herein as regulation of NF-κB activity."*

*3. "mammalian cells" & "eukaryotic cells" finds support in 07/341,436 at:
- p.1, lines 4-8 (incorporating 07/155,207, p. 77, lines 8-9): " NF-κB [is] present in a wide
variety of mammalian cells"; and
- p.1, lines 4-8, (incorporating 07/280,173, p.4, line 21): "In the present work with
eukaryotic cells."*

*4. although "reducing NF-κB activity" in a cell ( especially mammalian/eukaryotic) and/or
an enabling means thereof (administering a NF-κB inhibitor) to effect various functions
(inhibit expression generally, reduce cytokine expression etc.)" is not disclosed in the*

Application/Control Number: 90/007,503; 90/007,828                    Page 9
Art Unit: 3991

subject patent, Patentees point to 07/341,436 at p. 23, line 22- p.30, line 25 describing how one skilled in the art may proceed to reduce NF-κB activity.

5.  "reducing binding of NF-κB to NF-κB recognition sites on genes  transcriptionally regulated by NF-κB " in the pending claims is supported in 07/341,436 at:
- p.5, line 31- p.6, line 8: " NF-κB-mediated gene expression can also be selectively regulated by altering the <u>binding domain of NF-κB</u> in such a manner that binding specificity and/or affinity are modified.";
- p.24, lines 9-29: "According to the methods described herein, the <u>expression of genes under the control of one of these elements is subject to modulation </u>by alteration of the concentration or availability of NF-κB. This can also be carried out, according to the present method, for <u>any gene which contains an NF-κB binding site."</u>; and
- the Title: <u>"NF-κB -Mediated Transcriptional Regulation"</u>.

6.  "inhibiting modification of an I-κB protein, which modification otherwise reduces I-κB binding to NF-kB" in the pending claims finds support in 07/341,436 at:
-p. 18, lines 28-29: <u>"Inactive </u>NF-κB <u>is complexed </u>with a labile inhibitor protein, I-κB.";
- p.19, lines 20-21: "The implication is that <u>activation of</u> NF-κB involves a <u>modification of I-κB</u> and not NF-κB."; and
-p.5, lines 7-13 and 23-25: <u>"As a result of this finding, it is </u>now possible to alter or modify the activity of NF-κB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-κB activity ....  In particular, the present invention relates to a method of regulating (enhancing or <u>diminishing) the activity of </u>NF-κB in cells in which it is present and capable of acting as an intracellular messenger, as well as to substances or composition useful in such a method."

7.  "inhibiting degradation of an I-κB protein" finds support in 07/341,436 at:
-p. 20, lines 1-3: "Various inducer then cause an <u>alteration in I-</u>κB allowing  NF-κB to be released from the complex."; and
- p.5, lines 7-13 and 23-25: <u>"As a result of this finding, it </u>is now possible to alter or modify the activity of NF-κB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-κB activity ....  "In particular, the present invention relates to a method of regulating (enhancing or <u>diminishing) the activity of </u>NF-κB in cells in which it is present and capable of acting as an intracellular messenger, as well as to substances or composition useful in such a method.".

8.  "inhibiting dissociation of NF-κB/I-κB complexes" finds support in 07/341,436 at:
- p.19, lines 1-3: "... <u>dissociating</u> agents such as formamide and deoxycholate to unmask very high levels of NF-κB activity."; and
-p. 20, lines 5-7: "The <u>complex formation </u>of NF-κB with  I-κB appears to be rapidly and efficiently <u>reversible ....</u>"

Application/Control Number: 90/007,503; 90/007, 828          Page 10
Art Unit: 3991

2. Examiner Response:  Instant pending claims 1-6, 8-27, 29-38, 40-80, 82, 84 and 87-202 are denied 35 USC §120 priority to the April 21, 1989 filing date of the CIP 07/341,436 application for failure to satisfy 35 USC §120 for the reasons already pointed out above and as further elaborated below in response to patentee's arguments.  Accordingly, these claims are entitled to the filing date 11/13/91 of continuation application 07/791,898 for purposes of prior art.

Initially, it is noted that patent owner arguments provided in Items 2-8 above (*ipsis verbis* argument) will be addressed 1st, and the Item 1 (non-enablement and possession argument) will be addressed 2nd.

**I. Even assuming direct (ipsis verbis) support was the legal standard for satisfying 35 USC 112, 1st ¶, the Patent Owner's showing is not commensurate.**

**The Reexamination 6,410,516 Invention (08/464,364 filed application):**

The patent specification addresses (among others) the following related inventions:

**1.** Four transcriptional regulatory factors (including NF-κB) and encoding sequences for use in screening putative binding proteins (see col. 3, lines 18-40);

**2.** Partial I-κB alpha (natural inhibitor) [1] c-DNA & protein sequence of (Fig. 43);

**3.** Natural Mechanism of Activation of NF-κB upon external stimulus:

**4.** Improved screening assay for identifying agonist or antagonist compounds (now U.S. Patent 5,804,374); and

**5.** Methods for regulating NF-κB activated protein expression including:

"[M]ethods for regulating (inducing or preventing) activation of NF-κB controlling expression of the immunoglobulin kappa light chain gene and other genes  whose expression is controlled by NF-κB (e.g. HIV)" (col. 3, lines 54-67) including "regulating (enhancing or diminishing) the activity of NF-κB in cells which it is capable of acting as an intracellular messenger, as well as the substances or composition useful in such a method" (col. 4, lines 28).

---

[1] It is unclear from the record whether the disclosed sequence is human or avian.

Application/Control Number: 90/007,503; 90/007, 828        Page 11
Art Unit: 3991

### The 6,410,516 Patented Invention:

The Baltimore patent claims are directed to methods of reducing or otherwise modifying the naturally occurring transcription factor NF-κB activity in cells affecting gene expression. The following claim is illustrative:

*1.* A method of inhibiting expression, in a eukaryotic cell, of a gene whose transcription is regulated by NF-κB, the method comprising reducing NF-κB activity in the cell such that the expression of said gene is inhibited.

Inhibiting expression of various types of genes (e.g. viral and cytokine genes in claims 3-5) in various cells, from mammalian to human, as well as various cell types including lymphoid, liver and immune cells is encompassed.

Although claims 1, 2 and 5 are open to any (mechanistic) means of directly or indirectly inhibiting (reducing) NF-κB activity or inhibiting (reducing) NF-κB intracellular signaling (claim 7), these claims would also encompass affecting NF-κB activity at the defined points of a proposed 6 step NF-κB induction mechanism (see Dr. Verma declaration: Schematic 3) which is particularly claimed (see claims 19-25).

### The Extent of the New Matter:

The following chart illustrates the extent of new matter added to the instant CIP patent disclosure of the 08/464, 364 application as compared to the parent 07/341,436 application relied upon for 37 CFR §120 priority:

| Application | specification | claims | Abstract | TOTAL PAGES |
|---|---|---|---|---|
| 08/464,364 | pp1-189<br>Fig. 1-43<br>Examples 1-15<br>Tables 1-2 | pp190-206<br>claims 1-88 | p207(4 sentences) | 207 |
| 07/341,436 | pp. 1-39<br>Fig. 1-4c (39-42c)<br>Example 15<br>Table 1 | pp. 40-45 | p46 (1 sentence) | 46 |

NOTE:  Table 1 of 07/341,436 corresponds to Table 2 of 08/464,364.
        Figures1-4c of 07/341,436 corresponds to Figures 39-42C of 08/464,364.

A copy of the 07/341,436 application (minus the Abstract) is found in Exhibit 2 of Dr.

Verma's Declaration.   The missing Abstract is titled: "NF-κB -mediated Transcriptional

Regulations" and states: "Methods and compositions for altering or modifying NF-κB

activity in cells and for regulating NF-κB -mediated gene expression."


*Examples of Subject Matter Missing from the 07/341,436 application which is present in
08/464,364 application:Figures 1-38 and 43 and corresponding examples include:*

a. isolated transcription regulatory factors, including NF-κB cDNA & protein sequence;

b. isolated partial cDNA and protein sequence of natural inhibitor I-κB;

c. disclosure of evidence of NF-κB -I-κB  complex; and

d.  disclosure of assay for screening transcriptional regulators and for identifying agonist
or antagonist compounds.

*Shared Subject Matter:*

1.  achieving "Negative Regulation" by addition to a biological system an effective
amount of : I-κB or a decoy molecule or an "inhibitor molecule which is also a protein" in
which "the gene can be identified … " or "dominantly interfering" molecules.  See instant
'516 patent at col. 37 (Table 2) to col. 38, line 22);

2. Table exemplifying NF-κB recognized sequences (see instant '516 patent Table 2);

3. Instant '516 patent Example15 drawn to a "Demonstration of the Role of the NF-κB
as Mediator in Regulation of a Gene in Non-Lymphoid Cells".

Patentee items 2-8 above as well as the 125 page Claim Support Chart in Exhibit 3 of
the Dr. Verma Declaration fails to satisfy 35 USC 112, ¶ 1 for the following reasons:

a. The disclosure and limited examples in the *07/341,436 * application directed to
establishing nuclear NF-κB regulation of specific cytokine genes, such as interferon and
specific cells such as lymphocytes and fibroblasts, is not a commensurate showing of
the ability to broadly inhibit various other genes and cell types.

b. A hypotheses regarding intracellular signaling in the 07/341,436 application without
isolation, sequencing (c-DNA, protein) and characterization of NF-κB and I-κB and their
complex is not possession of the mechanism nor the ability to design inhibitors at any
point of the proposed mechanism.  The absence of an inhibitor screening assay further
makes drug design difficult if not prohibitive.

Application/Control Number: 90/007,503; 90/007, 828                    Page 13
Art Unit: 3991

c. To the extent (as discussed above) that the reexamination claims broadly encompass new matter missing from the 07/341,436 application, the 07/341,436 application is clearly not commensurate in scope.

d. The 07/341,436 application fails to disclose an inhibiting compound, as well as the necessary conditions to effect inhibition e.g. means of addition to a biological system (*in vitro*, *in vivo*) and the corresponding effective amounts.

e. As discussed below the instant invention fails to satisfy §112, 1st ¶ with regard to an interfering compound necessary to practice the presently claimed method.

**II. Under the correct legal standard, the 07/341,436 application fails to satisfy 35 USC § 112, ¶ 1 for the instantly claimed invention.**

A. The Correct Legal Standard:

The written description requirement of § 112, ¶ 1 is set forth as follows:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

35 U.S.C. § 112, ¶ 1 (1994) (emphasis added). Written description is independent of enablement. *Vas-Cath*, 935 F.2d at 1563, 19 USPQ2d at 1117 (recognizing the severability of the "written description" and "enablement" provisions of § 112, ¶ 1). Under 35 U.S.C. §120, patent claims are entitled to the benefit of the filing date of an earlier filed U.S. application if the subject matter of the claim is disclosed in the manner provided by 35 U.S.C. §112, 1st ¶ in the earlier filed application. See, e.g., *Tronzo v. Biomet, Inc.*, 156 F.3d 1154, 47 USPQ2d 1829 (Fed. Cir. 1998); *In re Scheiber*, 587 F.2d 59, 199 USPQ 782 (CCPA 1978). The examiner has the initial burden of presenting by a preponderance of evidence why a person skilled in the art would not recognize in an applicant's disclosure a description of the invention defined by the claims. *In re Wertheim*, 541 F.2d 257, 263, 191 USPQ 90, 97 (CCPA 1976).

The written description requirement, a question of fact, ensures that the inventor conveys to others possession of the claimed invention; whereas, the enablement

requirement, a question of law, ensures that the inventor conveys to others how to make and use the claimed invention." See 1242 OG 169 (January 30, 2001) citing *University of California v. Eli Lilly & Co* With regard to the description requirement.

Additionally, *ipsis verbis* inclusion of claim words from the specification into the claims does not necessarily satisfy the written description requirement. See *Regents of the University of California v. Eli Lilly & Co.*, 119 F.3d 1559, 1568 (Fed. Cir. 1997), *cert. denied*, 523 U.S. 1089 (1998).

In *Eli Lilly,* the Court of Appeals for the Federal Circuit held that a "written description of an invention involving a chemical genus, like a description of a chemical species, 'requires a precise definition, such as by structure, formula [or] chemical name,' of the claimed subject matter sufficient to distinguish it from other materials." *University of California v. Eli Lilly and Co.,* 43 USPQ2d 1398, 1405 (1997), quoting *Fiers v. Revel,* 25 USPQ2d 1601, 1606 (Fed. Cir. 1993).

Regarding a compound, the complete structure of a species or embodiment typically satisfies the requirement that the description be set forth "in such full, clear, concise, and exact terms" to show possession of the claimed invention. 35 U.S.C.112, ¶ 1. Cf. *Fields v. Conover*, 443 F.2d 1386, 1392, 170 USPQ 276, 280 (CCPA 1971). Alternatively, written description may be satisfied through disclosure of function and structure when there is a well-established correlation between structure and function:

> "[T]he written description requirement can be met by 'show[ing] that an invention is complete by disclosure or sufficiently detailed, relevant identifying characteristics ... i.e., complete or partial structure, other physical and/or chemical properties, functional characteristics when coupled with a known or disclosed correlation between function and structure, or some combination of such characteristics.'" *Enzo Biochem. Inc. v. Gen-Probe Inc.,* 296 F.3d 1316,1324, 63 USPQ 2d 1609, 1613 (Fed. Circ. 2002).

> In contrast, without such a correlation, the capability to recognize or understand the structure from the mere recitation of function and minimal structure is highly unlikely. In this latter case, disclosure of function alone is little more than a *wish for possession;* it does not satisfy the written description requirement. See *Eli Lilly,* 119 F.3d at 1566 and 1568, 43 USPQ2d at 1404 and 1406; *In re Wilder,* 736 F.2d 1516, 1521, 222 USPQ 369, 372-73 (Fed. Cir. 1984).

Application/Control Number: 90/007,503; 90/007, 828                    Page 15
Art Unit: 3991

B. "Reach-Through Claims" and Written Description:

     Biotechnology and pharmaceutical drug discovery involves the time and expense of making and screening a large number of potential candidate compounds (upstream: research) in order to obtain a relatively small number of useful (e.g. therapeutically) compounds (downstream: application). A "reach-through claim" is an attempt by a discoverer of an "upstream research tool" to seek patent protection encompassing "downstream" inventions. See Stephen G. Kunin, Mark Nagumo, Brian Stanton, Linda S. Therkorn, and Stephen Walsh, *Reach-Through Claims in the Age of Biotechnology,* 51 AM. U.L. REV. 609-638 (2002) at pages 609-616 (overview) and pages 616-619 ("reach-through claim" definition) (copy enclosed).

     The *Kunin et al.* article provides a framework for applying a written description analysis toward "reach-through claims" in conformance with the written description guidelines (MPEP 2163) and relevant CAFC case law. In a prophetic example of a disclosure of a newly discovered receptor, receptor screening assay and three screened agonist compounds containing no common core structure and lacking a structure activity correlation, the application of written description analysis found the isolated/purified receptor and agonist receptor screening assay of claims 1-2 patentable but the "generic" agonists compounds obtainable from the assay (claim 3) and the use of these agonists to treat disease (claim 4) unpatentable for failure to adequately describe the compound claim 3 "generic" which rendered the corresponding therapeutic use of such compounds (of the same scope) equally unpatentable for lack of written description. See *Id.* at pp.621-622 (example patent claims 1-5); pp. 626-627 (case law summary) and pp.628-630.

     The CAFC in the *University of Rochester v. G.D. Searle & Co.*, 358 F.3d 916, 69 USPQ2d 1886 (Fed.Cir. 2004) was faced with the application of both the written description and enablement requirements in the context of a reach-through method

Application/Control Number: 90/007,503; 90/007, 828                    Page 16
Art Unit: 3991

claim. [2]  The problem addressed in *Rochester* was that traditional non-steroidal anti-inflammatory drugs (NSAIDS, such as aspirin, ibuprofen) obtained their anti-inflammatory effects by binding cyclooxygenase-2 (COX-2) but also had gastrointestinal side-effects caused by the NSAID binding a different cyclooxygenase (COX-1 related to the PGHS-2 gene expression). Accordingly, after obtaining a patent on an assay for screening compounds selective for COX-2 (i.e. didn't bind COX-1), the claim at issue in Rochester was a method drawn to the use of a "non-steroidal" COX-1 selective inhibitor obtainable from the screening assay.[3]  Rochester's claim was invalidated for failing to meet the written description and enablement requirements of 35 U.S.C. Section 112, 1st ¶. Specifically, the court held that the written description requirement was not met due to the patent specification's failure to disclose any examples of COX-2 inhibitors. Additionally, with respect to enablement, it was held that the disclosure of a COX-2 inhibitor screening method without guidance on the characteristics of probable inhibitor candidates failed to enable one skilled in the art to isolate the claimed inhibitors without undue experimentation.

### iii. The Parent 07/341,436 application fails to satisfy 35 USC 112, ¶ 1:

The 07/341,436 application fails to adequately describe or enable the scope of the instantly claimed method invention for at least the following reasons:

a. *ipsis verbis* support is absent, but  even if present would fail to adequately describe or enable the functional class of NF-κB inhibitors presently claimed;

b. fails to disclose a single NF-κB inhibiting compound;

c. lack of correlation of structure to function; and

d. fails to teach how to screen NF-κB -inhibiting compounds.

---

[2]  Arguably, the CAFC in *University of California v. Eli Lilly & Co.*, 119 F.3d 1559, 1568 (Fed. Cir. 1997), *cert. denied*, 523 U.S. 1089 (1998) case already addressed the lack of a written description of a "reach-through" DNA compound claim in which the DNA was obtainable by screening a cDNA assay.
[3]  Claim 1 drawn to a method for selectively inhibiting PGHS-2 activity in a human host, comprising administering a non-steroidal compound that selectively inhibits activity of the PGHS-2 gene product to a human host in need of such treatment is illustrative.

### Claim Interpretation: Reexamination Standard

Patent claims are examined on the basis of prior art patents or printed publications under the appropriate parts of 35 U.S.C. § 102 and §103. An admission may not be the basis for establishing a substantial new question of patentability, although patent owner admissions as to any matter affecting patentability may be utilized to determine the scope and content of the prior art in conjunction with patents and printed publications in a prior art rejection, whether such admissions result from patents or printed publications or from some other source. See MPEP § 2217.

During reexamination, claims are given the broadest reasonable interpretation consistent with the specification without reading specification limitations into the claims (*In re Yamamoto*, 740 F.2d 1569, 222 USPQ 934 (Fed. Cir. 1984)). The 35 U.S.C. § 282 presumption of patent validity has no effect in reexamination (*In re Etter*, 756 F.2d 852, 225 USPQ 1 (Fed. Cir. 1985)) and reexam is conducted according to the procedures established for initial examination under 35 U.S.C. §132, § 305 and §1331 without the burdens and presumptions that accompany litigation of an issued patent. *Laitram Corp. v. NEC Cow*, 952 F.2d 1357, 1360 (Fed. Cir. 1991); MPEP § 2258.

### Claim Interpretation:

With respect to independent claim 1 (which is representative) it is noted that the sole method step is functional i.e. reducing NF-κB activity. Accordingly, the claims would encompass any *in vitro* or *in vivo*, direct or indirect or natural or man-made means of reducing NF-κB activity. Indeed, most of the Baltimore patent methods steps are purely functional with the exception of claim 7 and dependent claims 81, 83 and 85-87 that require "modifying NF-κB activity" (which are partially functional) and claim 203 which requires "introducing a nucleic acid decoy molecule into the cell" which requires an active step. The summary of the remaining reexamination claims provided in pages 12-15 of the '7503 request is herein incorporated by reference. See FAOM page 8.

1. Patentee Argues: *Reducing NF-κB activity in the claims encompasses using agents that interfere at any of six activation events spanning the membrane receptor, cytoplasm NF-κB-I-κB complex, translocation or nuclear protein transcription to inhibit gene expression (see schematic 1 or exhibit 1) and the claims should be restricted to* **affirmative acts and manipulative steps** *for interfering along* **any one of the six proposed NF-κB activating mechanism segments** *(claims 1, 2 and 5) unless limited to specific mechanism segments (claims 20, 22, 24, 31, 33, 35, 42, 44 and 46). Dr. Verma Declaration ¶¶ 5-15.*

*The model is summarized in the instant patent (col. 16) and by Dr. Verma as follows:*

> *Upon activation in response to signals triggered by the interaction of certain external influences with receptors on the surface on the cell, NF-κB is released from its complex with I-κB. The released NF-κB then moves to the nucleus of the cell, where it participates in regulating expression of particular genes by binding to specific DNA sequences and "recognition sites" on those genes, leading to transcription of such genes. Dr Verma Declaration ¶ 8.*

*Accordingly, as described in the instant specification (bottom of col. 3-top of col. 4) the instant methods encompass "alter(ing) or modify(ing) the activity of NF-κB as an intracellular messenger" and thus regulates "NF-κB-mediated gene expression". See Dr. Verma Declaration ¶11.*

## Examiner's Response:

The Examiner agrees that the term "reducing NF-κB activity" <u>at least</u> encompasses interference with any one of the six activation segments which liberates NF-κB from its complex to effectuate nuclear transcription, unless the claims specifically require interference at a particular segment.

Additionally, "reducing NF-κB activity" can also "involve several different steps including inhibiting the interaction of NF-κB with other transcription factors, inhibiting the NF-κB translocation of NF-κB to the nucleus, inhibiting the interaction of NF-κB with NF-κB binding sites on DNA, and altering the concentration or availability of NF-κB" (*Declaration of Dr. Thomas D. Gilmore* pages 6-7, ¶ 14 submitted by Patentee in Massachusetts District Court Litigation).

Application/Control Number: 90/007,503; 90/007, 828                    Page 19
Art Unit: 3991

Accordingly, the term "reducing NF-κB activity" would encompass both <u>direct</u> and <u>indirect</u> interference with NF-κB activity, e.g. via other transcription factors or affecting NF-κB/I-κB amounts, via patentee's or other NF-κB mediated mechanism.

It is noted that "NF-κB-mediated transcription" is <u>broadly interpreted</u> by Dr. Verma to include the ability of NF-κB to enhance transcription by "recognized sites" on the genes which may include binding to an NF-κB enhancing sequence <u>but is not so limited</u>. The examiner agrees that the claims are not limited to regulation (inhibition or otherwise) of nuclear gene transcription by NF-κB only at NF-κB binding sites since the claims are not so limited and the instant description broadly encompasses the ability of NF-κB to act as a messenger to effect protein transcription  (see column 17). This interpretation is consistent with the instant patent teaching of using various known NF-κB enhancing sequences to obtain a "consensus sequence" for cell transfection to obtain modulation by NF-κB. Optionally, a more specific NF-κB binding site can also be introduced into a cell to obtain "discrimination among members of a related family of NF-κB binding sites". See instant patent col. 35-col. 37 (Table 2).

Finally, although the claims require "reducing NF-κB activity" the claims are not restricted to NF-κB-mediated affects but would include additional regulators working with, or independent of NF-κB.

The above-interpretation is further supported by the patentee response (dated 9/12/01, pages 6-10) in the 08/464, 364 application to a rejection in which it was argued that the instant invention encompasses:

a. affecting NF-κB signal transducing activity <u>directly</u> or <u>indirectly</u> ( page 6);

b. NF-κB modulation is <u>not limited to a particular mechanism</u>:

> "Possession was manifested by the disclosed discovery of the signaling pathway and ways to identify and use inhibitors thereof. Thus, it is appropriate under the circumstances for Applicants to have defined the method of use with reference to agents identified or characterized by their method of selection or identification ... **The screening assays taught by the present application permit the identification or characterization of *substances that modulate NF-kB activity by various mechanisms***". (with emphasis: 9/12/01 response page 7);

Application/Control Number: 90/007,503; 90/007, 828          Page 20
Art Unit: 3991

c.  use of  a variety of classes of substances of <u>diverse and unrelated structure</u> that possess the capability (*in vitro* or *in vivo)* to modulate signal transducing activity:

> "...To the contrary, *a person of skill in the art would have reasonably expected that the screening steps of the prior claims would identify a diverse group of substances having any of a wide variety of structures, with no common structure expected to link the function disclosed by the specification and use covered by the prior claims*.... Even compounds regulating NF-κB by the same mechanism, such as by inhibiting modification or degradation of I-κB would have been expected to include any of a variety of different structure". ... that such substances could then be used to modify NF-κB mediated signalling in cells, both *in vitro* and *in vivo*, as recited by the pending claims ...  Although the compounds regulating NF-κB mediated gene expression may be diverse structurally, they all possess at least one common functional characteristic, i.e., the capability to modulate NF-κB signal transducing activity."

2. Patent Owner: *When read in light of the teachings of the patent disclosure, one of skill in the art would understand and interpret the claims to require affirmative acts and manipulative steps, calculated to achieve specific results.* Dr. Verma Declaration, ¶ 11.

Examiner Response:

The claimed invention is not so limited. Neither the specification nor the prosecution history place any restrictions on the means by which  "NF-κB activity" is regulated (enhanced or reduced).  Accordingly, the claims would encompass any *in vitro* or *in vivo*, natural or man-made, or direct or indirect method of reducing NF-κB activity

3. Patent Owner:  *The instant claims should be interpreted to require a first activating step which excludes prophylaxis, pretreatment or simultaneous activator and inhibitor administration; and thus be limited solely to treatment of an already NF-κB-induced cell or organism.* Dr. Verma Declaration ¶13-14.

Examiner's Response:

The claimed methods are drawn to "reducing NF-κB activity" to inhibit NF-κB regulated gene expression in a eukaryotic (or mammalian) cell.  There is nothing in the independent claims compelling a person of ordinary skill in the art to include any particular steps including a 1st activation step.

Application/Control Number: 90/007,503; 90/007, 828                    Page 21
Art Unit: 3991

Patentee's proposed interpretation of the instant claims improperly fails to give the claims the broadest reasonable interpretation consistent with the specification and improperly requires that limitations be read into the claims. As pointed out in instant patent:

> The subject invention further relates to methods of regulating (<u>inducing or preventing</u>) activation of NF-κB, controlling expression of the immunoglobulin kappa light chain gene and of other genes whose expression is controlled by NF-κB (e.g., HIV). ... See 6,410,516 patent col. 3, lines 54-58.

Patentee's reliance on their mechanism to read into the claims a proviso excluding "prevention" and/or requiring that any activation precede an inhibiting step (see Dr. Verma declaration, ¶¶ 7-8, 11-13) is not supported by the specification.

Further, to the extent that patentee's claim construction is tantamount to rewriting the claims to insert a negative claim limitation, it is noted that a negative limitation or exclusionary proviso must have basis in the original disclosure. *Ex parte Grasselli*, 231 USPQ 393 (Bd. App. 1983), aff 'd mem, 738 F.2d 453 (Fed. Cir. 1984).

In fact, patentee's proposed narrower claim interpretation is inconsistent with the prosecution history that indicates the patentee's desire to expand method claim coverage.

In a written description rejection of claims then pending (subsequently cancelled) the examiner asserted, *inter alia*, that:

The present claims are very broad, encompassing any type of cell from any organism, eukaryotic or prokaryotic, and in any location *in vitro*, ex vivo or *in vivo*. The claims further encompass **any agent or substance of any structure which has the claimed functional activity,** any assay to be used to identify the agent or substance and **<u>any method of contacting the cell with the agent or substance</u>. (with emphasis).** See 08/464,364 office action dated July 14, 1998 pages 4-10; at page 7, lines 3-8.

In response, patentee argued that their methods be broadly construed since:

a. one can affect NF-κB signal transducing activity <u>directly or indirectly</u> (08/464,364 applicant response dated 9/12/01 page 6);

b. NF-κB modulation is <u>not limited to a particular mechanism</u>:

"Possession was manifested by the disclosed discovery of the signaling pathway and ways to identify and use inhibitors thereof. Thus, it is appropriate under the circumstances for Applicants to have defined the method of use with reference to agents identified or characterized by their method of selection or identification ... The screening assays taught by the present application permit the identification or characterization of *substances that modulate* NF-κB *activity by various mechanisms*". (with emphasis: 9/12/01 response page 7); and

c. the instant method encompasses the use of a <u>variety of classes of substances of diverse and unrelated structure</u> that possess the capability (*in vitro or in vivo*) to modulate NF-κB signal transducing activity:

"By definition, substances identified or characterized by the disclosed assays, inespective of how widely they may vary from one another in chemical structure, are useful for <u>inhibiting</u> or potentiating (as the appropriate case may be) NF-κB - mediated cellular signaling. No more need be known of the chemical structure of the substance to appreciate its utility in the claimed methods. To the contrary, *a person of skill in the art would have reasonably expected that the screening steps of the prior claims would identify <u>a diverse group of substances having any of a wide variety of structures, with no common structure expected</u> to link the function disclosed by the specification and use covered by the prior claims*. That is, a person of skill in the art would have readily appreciated that all modulators of NF-κB would not have the same or similar structure. Even compounds regulating NF-κB by the same mechanism, such as by inhibiting modification or degradation of I-κB, would have been expected to include any of a variety of different structure". ... that such substances could then be used to modify NF-κB mediated signalling in cells, both in vitro and in vivo, as recited by the pending claims ... Although the compounds regulating NF-κB mediated gene expression may be diverse structurally, they all possess at least one common functional characteristic, i.e., the capability to modulate NF-κB signal transducing activity." (9/12/01 Patentee response pages 8 and10 08/464,364 application.).

### *Relevant Case law: Inherency*

**i. *Inherency Standard*:**

The legal standard for demonstrating inherency is as follows:

"the examiner must provide a basis in fact and/or technical reasoning to reasonably support the determination that the allegedly inherent characteristic necessarily flows from the teachings of the applied prior art." *Ex parte Levy*, 17 USPQ2d 1461, 1464 (Bd. Pat. App. & Inter. 1990).

Application/Control Number: 90/007,503; 90/007, 828                    Page 23
Art Unit: 3991

### ii. *Nature of the proof:*

With regard to demonstrating inherency:

Any extrinsic (or intrinsic) source of evidence can be utilized. In fact, evidence of an inherent feature (e.g. in a method claim preamble) resulting from a reference practicing the steps of a method can be gleaned from applicant's own specification. See MPEP §2112.02; *Ex parte Novitski*, 26 USPQ2d 1389 (Bd. Pat. App. & Inter.1993).

### iii. *Use of multiple documents permitted:*

Although, normally, only one reference should be used in making a rejection under 35 U.S.C. §102, a rejection over multiple documents has been held to be proper when the extra documents are cited to show that a characteristic not disclosed in the reference is inherent. MPEP §2131.01.

### iv. *§102 or §102/§103 product-by-process rationale is equally applicable to claims (compounds, methods, apparatus) relying on function and/or mechanism:*

When compositions are claimed in terms of a function, property or characteristic and the composition of the prior art appears to be the same as that of the claim but the function, property or characteristic is not explicitly disclosed by the reference, the examiner may make a rejection under 35 U.S.C. §102 or §102/§103 rejection. . *In re Best*, 562 F.2d 1252, 1255, 195 USPQ 430, 433 (CCPA 1977). This same rationale applies to products, apparatuses, or processes claimed in terms of function, property or characteristics. See MPEP §2112.

### v. *Anticipation Requires An Enabling Disclosure Not Actual Practice:*

As recognized by the CAFC, "Anticipation does not require the actual creation or reduction to practice of the prior art subject matter; anticipation requires only an enabling disclosure." See *In re Donohue*, 766 F.2d 531,533[ 226 USPQ 619] (Fed. Circ. 1985; *Schering Corp. v. Geneva Pharms.,Inc.* 339 F.3d 1373,1380 [ 67 USPQ2d 1664] (Fed. Cir. 2003).

Accordingly, in *Smithkline Beecham Corp. v. Apotex Corp.*,403 F.3d 1331,
[74USPQ2d 1398] (Fed. Cir. 2005) the Federal Circuit held that the district courts' use
of "an actual practice standard" for inherent anticipation was clear error:

> Contrary to this court's precedents, the district court's analysis of inherent
> anticipation did not consider the teachings of the [prior art] separately from the
> actual production of PHC hemihydrate." Id. at 1344.

The *Apotex* court stated that what was actually done, or possible to do, in the prior art
was "irrelevant since disclosure, not practice, is necessary for anticipation". *Id.*

Additionally, the threshold for enabling a prior art reference is lower than the
threshold for enablement under 35 USC §112, 1st ¶ required for a patented invention
insofar that the prior art reference need not demonstrate efficacy or utility. See e.g. in
*Rasmusson v. Smithkline Beecham Corp.* 75 USPQ2d 1297 (Fed. Cir. 2005); and
*Impax Labs., Inc. v. Aventis Pharmaceuticals, Inc.*, No. 05-1313 (Fed. Cir. Nov. 20,
2006) concurring with the *Rasmusson* holding.

### vi. Contemporaneous Prior Art Recognition of Inherency Not Required

Inherent anticipation does not require a person of ordinary skill in the art to
recognize the inherent disclosure in the prior art at the time the prior art is created.
*Schering Corp. v. Geneva Pharms.,Inc.* 339 F.3d 1373 at 1377 [ 67 USPQ2d 1664]
*(Fed. Cir. 2003) citing In re Cruciferous Sprout Litig.* 301 F.3d 1343,1351 [64 USPQ2d
1202] (Fed. Cir. 2002); Mehl/Biophile Int'l Corp. v. Milgraum, 192 F3d 1362,1366 [52
USPQ2d 1303] (Fed. Cir. 1999); Atlas Powder Co. v. Hanex Prods, Inc., 190 F.3d
1342,1348-49 [51 USPQ2d 1943] (Fed. Cir. 1999).

Similarly, theoretical mechanisms or rules of natural law that are recited in a
claim, that themselves are not patentable, do not need to be recognized by one of
ordinary skill in the art for a finding of inherency. A person of ordinary skill does not
need to recognize that a method or structure behaves according to a law of nature in
order to fully and effectively practice the method or structure. *In re Ackenbach*, 45 F.2d
437, 439, 7 USPQ 268, 270 (CCPA 1930); *EMI Group North America, Inc. v. Cypress*

Application/Control Number: 90/007,503; 90/007, 828                    Page 25
Art Unit: 3991

*Semiconductor Corporation*, 268 F.3d 1342, 60 USPQ 2d 1423, 1429 (CAFC Sept. 21, 2001).

> The *EMI court* used the following hypothetical example to clarify this principle:
>
> Humans lit fires for thousands of years before realizing that oxygen is necessary to create and maintain a flame. The first person to discover the necessity of oxygen certainly could not have obtained a valid patent claim for "a method of making a fire by lighting a flame in the presence of oxygen." Even if prior art on lighting fires did not disclose the importance of oxygen and one of ordinary skill in the art did not know about the importance of oxygen, understanding this law of nature would not give the discoverer a right to exclude others from practicing the prior art of making fires. *EMI Group North America, Inc. v. Cypress Semiconductor Corporation*, 268 F.3d 1342, 60 USPQ 2d 1423, 1429 (CAFC Sept. 21, 2001).

### vii. *Shift of Burden:*

Once the examiner provides evidence or reasoning tending to show the inherent presence of a property or function, the burden shifts to applicant. See *Ex parte Levy cited supra; In re Fitzgerald*, 619 F.2d 67, 205 USPQ 594 (CCPA 1980). See MPEP § § 2112- 2112.02. *In re Spada*, 911 F.2d 705, 709, 15 USPQ2d 1655, 1658 (Fed. Cir. 1990). Since the PTO lacks facilities to compare prior art products or methods to that claimed, the *prima facie* case can be rebutted by evidence showing lack of the inherent feature in the prior art product or method. See *In re Best*, 562 F.2d at 1255,195 USPQ at 433. See also *Titanium Metals Corp. v. Banner*, 778 F.2d 775, 227 USPQ 773 (Fed. Cir. 1985); *In re Brown*, 459 F.2d 531, 535, 173 USPQ 685, 688 (CCPA 1972).

### Outstanding Claim Rejections - 35 USC § 102 and 35 USC § 103:

### I. PROTEIN KINASE C INHIBITORS (intervening prior art):

1.    Claims 1-6, 8-9, 11, 20-21, 25-27, 29, 31, 32, 36-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193, and 197-201 are rejected under 35 U.S.C. 102(b) as anticipated by or, in the alternative, under 35 U.S.C. 103(a) as obvious over *Meichle* (J. Biol. Chem. 265 (5/90) 8339-43).

**Rejection Summary:** *Meichle* teaches the reduction of NF-κB activity in induced cells using agents that inhibit protein kinase C. In addition, because *Meichle* used the HIV

LTR in their experiments, this reference anticipates, or alternatively, makes obvious claims drawn to regulating expression of viral genes.

The instant claims are drawn to reducing NF-κB activity in eukaryotic, e.g. claims 1 or 2, or mammalian cells (e.g. claim 11) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit associated gene (viral gene such as HIV: claims 1-4) expression of a cytokine protein(claim 5) in a eukaryotic cell.

*Meichle* analyzed various Protein Kinase C inhibitors and their effect on both PMA- (phorbol 12-myristate-13-acetate) and TNF- (tumor necrosis factor) induced NF-κB activity in eukaryotic Jurkat cells. Using an EMSA binding assay similar to that disclosed in the '516 patent, *Meichle* found that Protein Kinase C Inhibitor H8 reduced PMA-induced NF-κB activity in these cells (Fig. 3, lane 7). Other inhibitors also were shown to reduce NF-κB activity, including Protein Kinase C Inhibitor H7 (Fig. 2B, lanes 3. vs. 5) and Staurosporine (Fig. 2B, lanes 6 and 7).

Thus, *Meichle* teaches the use of Protein Kinase Inhibitor H8 (among others) to reduce NF-κB –mediated gene transcription by reducing NF-κB activity and reducing the binding of NF-κB to NF-κB binding sites. As such (and as shown in *Exhibit G-2* of the 90/007,503 Request, hereby incorporated by reference) this reference expressly anticipates at least claims 1-2, 5-9, 20-21, 25-29, 31, 32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89 and 93-97.

Additionally, because *Meichle* used a genetic construct comprising HIV LTR and NF-κB binding site, *Meichle* rendered claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201 immediately envisaged (i.e. anticipated) or alternatively *prima facie* obvious in light of the fact that the HIV LTR promoter is responsible for regulating the expression of viral (HIV) genes.  Therefore, it would have been immediately envisaged, or alternatively *prima facie* obvious, to regulate NF-κB activity as in *Meichle* in order to affect associated viral (e.g. HIV) gene expression.

### *Discussion*

Initially, it is noted that the above rejection was modified in response to patentee's amendment canceling claims 7, 28, 39, 81, 83, 85, 86 and 203.

1. <u>Patentee Argument</u>: *Patentee maintains that numerous claims are clearly entitled at least to the April 21, 1989 filing date of U.S. Serial No. 07/341,436.*

<u>Examiner Response:</u>  For the reasons discussed *supra,* the instant claims are not entitled to the April 21, 1989 filing date of the 07/341,436 application, but are entitled to the 11/13/91 filing date of the 07/791,898 under 35 USC § 120 for purposes of prior art.

<u>2. Patentee Argument</u>: *The Examiner has erroneously stated on page 10 of the Office Action that "Meichle teaches the reduction of NF-κB activity in induced cells ...." The experiments Meichle describes in which H7, H8 or staurosporine were administered to cells, including the specific experiments the Examiner relies on (portions of Figs. 2 and 3), were all conducted by* <u>*pretreating*</u> *cells with these protein kinase inhibitors for 30 to 45 minutes before cells were stimulated with any inducing substance. (Meichle at 8341-2, Figs. 2 and 3; Declaration of Dr. Verma, ¶ 149.) . See response at page 41.*

<u>Examiner Response:</u>

   In response to patentee's argument that the reference fails to show certain features of patentee's invention, it is noted that the feature upon which patentee relies i.e, *in vitro* cell contacting with inducer prior to contacting with inhibitor is not recited in the rejected claim(s).

   Additionally, as discussed *supra,* the instantly claimed invention would encompass "pretreating" cells with an NF-κB inhibitor prior to introduction of an NF-κB inducing or activating compound (TNF or PMA in *Meichle*).

   Further, it is noted that the patentee has overlooked the *conclusion* drawn from the *Meichle* reference experimental results. The reference clearly teaches to one of ordinary skill in the art that the disclosed kinase inhibiting compounds act to inhibit activated NF-κB regulated viral transcription in eukaryotic (mammalian) cells.

<u>3. Patentee Argument:</u>  *None of the experiments with TNF in Meichle are relevant to any of the '516 patent claims. Meichle reports various experiments conducted in two human leukemic cell lines, K562 and Jurkat cells. Meichle describes a series of experiments investigating whether in these cell lines, protein kinase C was necessary for the ability of tumor necrosis factor (TNF) to stimulate NF-κB binding activity. (Meichle at 8339, abstract). Meichle investigated this question by pretreating the cell with H7, H8 or staurosporine, three relatively non-specific protein kinase inhibitors. Id. Notably, the ability of TNF to stimulate NF-κB binding activity was unaffected by pretreatment with these inhibitors, and Meichle concludes that its ability to induce NF-κB binding activity* <u>*did not involve activation of protein kinases*</u>*, in particular protein kinase C (PK-C). (Dr. Verma Declaration ¶¶ 147-148.)*

Application/Control Number: 90/007,503; 90/007, 828                    Page 28
Art Unit: 3991

Examiner Response:

Patentee, by <u>concentrating on TNF NF-κB activation</u>, has failed to consider the *Meichle* reference teaching as a whole which <u>also addresses phorbol ester (PMA) NF-κB activation</u> and the use of protein kinase inhibitors H7, H8 and staurosporine to act as NF-κB inhibitiors of PMA induced protein expression.

As taught by *Meichle* both TNF and PMA stimulate NF-κB dependent viral (HIV-1) protein expression. See *Meichle* p. 8339, particularly 2nd column: "Release of NF-κB can be achieved by treating cells with phorbol esters, "; and p.8340: "TNF, like PMA, strongly stimulated both HIV-1 and SV40 enhancer-driven chloramphenicol acetyltransferase gene expression in Jurkat cells."

The *Meichle* reference EMSA experimental evidence demonstrates that protein kinase inhibitors H7/H8 and staurosporine inhibit PMA-induced NF-κB activation in Jurkat cells. See *Meichle* p. 8341, left col. to top right col.: "H7 pretreatment of Jurkat cells impaired NF-κB activation by PMA (Fig. 2B, lane 3 versus 5)" and "At 150 nM, staurosporine blocked PMA but not TNF-induced activation of NF-κB (Fig. 2B, lanes 6 and 7)".

4. Patentee Argument: *Page 11 of the Office Action stated that Meichle teaches the use of PK inhibitors to reduce NF-κB -mediated gene transcription by reducing NF-κB activity and that because Meichle used a genetic construct comprising HIV LTR, Meichle either would anticipate or render obvious claims 3, 4, II, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201. However, nothing in Meichle either suggests or provides any data showing that PK inhibitors inhibited gene expression induced by any agent, or could do so as a result of reducing NF-κB binding activity. Meichle reports experiments conducted with Jurkat cells transfected with two different CAT reporter constructs, each of which are described as containing a CAT gene and an enhancer with an NF-κB binding site. (Meichle at 8340). However, none of the experiments with these constructs, which are reported in Fig. 3, used a PK inhibitor. (Meichle at 8341, Fig. 3). Additionally, Meichle provides no data as to whether PK inhibitors affected expression of any endogenous gene. Therefore, one would not read Meichle as either describing or suggesting use of PK inhibitors to reduce NF-κB -mediated gene transcription by reducing NF-κB activity. (Declaration of Dr. Verma, ¶150).*

Application/Control Number: 90/007,503; 90/007,828                    Page 29
Art Unit: 3991

Examiner Response:

As discussed, *supra*, by concentrating on TNF NF-κB activation, patentee has
failed to consider the *Meichle* teaching of PMA-induced NF-κB activation and the use of
H7, H8 & staurosporine as NF-κB inhibitors of PMA- induced protein expression.

The CAT reporter and EMSA assays first established that both PMA and TNF act
as inducers of NF-κB mediated viral (HIV-1 and SV40) gene expression in human
(Jurkat) cells transfected with an HIV-1 long terminal repeat enhancer (comprising NF-
κB binding site) or SV40 enhancer linked to a chloramphenicol reporter. See *Meichle*
p.8340 and Fig.1, particularly Fig.1B establishing that "TNF, like PMA, strongly
stimulated both HIV-1 and SV40 enhancer-driven chloramphenicol acetyltransferase
gene expression in Jurkat cells".

Additionally, in a separate EMSA inhibition assay, *Meichle* further established
that protein kinase inhibitors (H7, H8 and staurosporine) block PMA-induced HIV protein
expression modulated by NF-κB in Jurkat cells. See *Meichle* p. 8341, bottom left col. to
top right column: "H7 pretreatment of Jurkat cells impaired NF-κB activation by PMA
(Fig. 2B, lane 3 versus 5)" and "At 150 nM, staurosporine blocked PMA but not TNF-
induced activation of NF-κB (Fig. 2B, lanes 6 and 7)".

Accordingly, *Meichle* provides an enabled teaching of inhibiting NF-κB mediated
viral (HIV or SV40) gene expression in induced human cells (Jurkat cells).


5. Patentee Argument: *Meichle is missing critical controls necessary to show NF-κB
effects. In his EMSA assays (Figs. 2 and 3), Meichle employed a 29 base pair
oligonucleotide corresponding to a portion of the HIV enhancer. This sequence,
however, has been shown to bind not only NF-κB but also other transcription factors
including factors in the NFAT transcription factor family. To substantiate that the most
slowly migrating complex observed in Meichle's EMSA assay corresponded to NF-κB, it
would have been necessary to determine whether mutation of the putative NF-κB
binding site abrogated binding. Without this control, the data is insufficient to support the
conclusion that PK inhibitors reduced NF-κB binding activity.* (Dr. Verma, Dec. ¶151).

Application/Control Number: 90/007,503; 90/007, 828                    Page 30
Art Unit: 3991

Examiner Response:

Initially, it is noted that the patentee has not provided any evidence challenging the reproducibility of *Meichle's* results nor has any evidence been provided concerning the contamination of *Meichle's* samples with other transcription regulaters (NFAT family) that bind the NF-κB enhancer.

Additionally, the *Meichle* reference acknowledged the art-recognized use of the 29 base pair oligonucleotide HIV enhancer as a control for obtaining NF-κB -specific binding (citation 42 to *Baldwin* reference on p.8340) and provided its own experimental evidence demonstrating the ability of the HIV enhancer segment to adequately function as a control:

> "The formation of the most slowly migrating complex could be inhibited by addition of excess unlabeled NF-κB oligonucle-otide (Fig. 1A, lanes 10 and 11) or an oligonucleotide containing the H2TFI binding site of the H-2K$^b$ promoter (42) (not shown). In contrast, the same amount of a size-matched oligonucleotide lacking a κB site did not compete (Fig. 1A, lane 12), indicating κB -specific binding. Induction of this complex was not inhibitable by preincubation of the cells with 30 uM cycloheximide for 30 min (not shown), which is characteristic of NF-κB activation (21, 24). " See *Meichle* p.8340, right column, 2nd ¶ under Results".

It is also noted that the 29 base HIV enhancer sequence used by *Meichle* comprises the GGGGACTTTCC NF-κB binding sequence for HIV-1 and CMV found in Table 2 of the instant patent at col. 37 (as well as the consensus sequence) for vector insertion for use in conducting NF-κB modulation EMS assays. See instant patent col. 35, lines 54-col. 36, line 24.

Additionally, as pointed out in the instant patent:

> A level of discrimination among members of a related family of NF-κB binding sites, by a modified NF-κB molecule, **can** also be introduced ... A copy of a cloned NF-κB gene can be mutagenized to alter the binding domain by well known techniques ...". Instant '516 patent col. 36, line 40-47 (with emphasis).

Application/Control Number: 90/007,503; 90/007, 828          Page 31
Art Unit: 3991

Thus, in accordance with the instant patent's teaching, it is not necessary, but merely optional to determine whether mutation of the putative NF-κB binding site abrogates binding.

Further, *Meichle's* EMSA assay is virtually identical to that disclosed in the instant patent with the exception of the use in the instant patent assay of an alternating duplex poly (dI-dC)-poly(di-dC) copolymer as a competitor DNA species to increase sensitivity. See instant patent col. 18-19. [4]

In any event, patentee's argument is not commensurate with the instantly claimed invention that is not limited to reducing NF-κB activity by interferening with nuclear NF-κB binding at an NF-κB enhancing sequence. Per patentee's own model, the reference compound can be interfering with the ability of messenger NF-κB at the level of the cell membrane receptor or more likely at the level of the NF-κB-I-κB complex in the cytoplasm and still be within the scope of the instant claims e.g. claims 23 and 24. See Dr. Verma's Declaration ¶¶ 8 and 11.

Accordingly, deletion mutation analysis of the NF-κB enhancing sequence and other enhancer sequences involved with the nuclear transcription of a particular protein is not a determinative assay regarding the ability of a compound to inhibit NF-κB at the receptor and/or cytoplasmic segments of patentee's proposed model.

2.       Claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31, 32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 are rejected under 35 U.S.C. 102(b) as anticipated by *Shirakawa* (Mol. And Cell. Biol. 9 (6/89) 2424-30).

**Rejection Summary:** *Shirakawa* teaches reduction of NF-κB activity in induced cells using agents that inhibit protein kinase C.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1 or 2) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit associated gene (claims 1-2) expression of a cytokine protein (claim 5) in a eukaryotic cell.

---

[4] The parent 08/418,266 application drawn to the assay issued as U.S. Pat. No. 5,804,374.

Analogous to *Meichle* discussed *supra, Shirikawa* performed similar tests with Protein Kinase C Inhibitor H8 on eukaryotic cells that had been induced with interleukin 1 (IL-1). The authors first demonstrated that IL-1 acted to induce NF-κB activity in 70Z/3 cells as demonstrated by the EMSA binding and CAT reporter assays (p.2425 Fig. 1; p. 2426 Fig. 2). The EMSA binding and CAT reporter assays then confirmed that Protein Kinase H8 reduced NF-κB activity and reduced the resulting CAT gene expression. More particularly, the treatment of cells with H8 using EMSA resulted in "[t]he induction by IL-1 was abolished ..." (p. 2426, Fig. 2A, lane 5)"; and using CAT "IL-1 induced κ immunoglobulin expression was markedly inhibited ..." (p. 2425). These results were confirmed in a different cell line ("As was the case in 70Z/3 cells, NF-κB activation was markedly inhibited by H8 in YT cells (Fig. 2B, lane 9)."

Thus, *Shirikawa* teaches the use of Protein Kinase Inhibitor H8 (among others) to reduce NF-κB –mediated gene transcription by reducing NF-κB activity and reducing the binding of NF-κB to NF-κB binding sites. As such (and as shown in *Exhibit G-2* of the 90/007,503 Request herein incorporated by reference) this reference expressly anticipates at least claims 1-2, 5-9, 20-21, 25-29, 31, 32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80-86, 88-89 and 93-97.

### *Discussion*

Initially, it is noted that the above rejection was modified in response to patentee's amendment canceling claims 7, 28, 39, 81, 83, 85, 86 and 203.

1. Patentee Argument: *Patentee maintains that numerous claims are clearly entitled at least to the April 21, 1989 filing date of U.S. Serial No. 07/341,436.*

Examiner Response: For the reasons discussed *supra,* the instant claims are not entitled to the April 21, 1989 filing date of the 07/341,436 application, but are entitled to the 11/13/91 filing date of the 07/791,898 under 35 USC 120 for purposes of prior art.

2. Patentee Argument: *Shirakawa does not show reduction of NF-κB activity in induced cells since the experiments Shirakawa describes in which H8 was administered to cells, including the specific experiments the Examiner relied on (Fig. 1, portions of Fig. 2), were all conducted by <u>pretreating</u> cells with H8 for 2 hours before cells were stimulated with IL-I. In fact, Fig. 1 indicates that before being treated with IL-I, the cells were washed and the <u>H8 removed.</u> The use of H8 in this experiment as described by Shirakawa, therefore, was not in induced cells and could not have reduced any induced effect in the cell. See Shirakawa at 2425-2426.* See Response at pages 46-47; and Declaration of Dr. Verma, ¶¶ 153 and 154.

Application/Control Number: 90/007,503; 90/007, 828          Page 33
Art Unit: 3991

Examiner Response:

The feature upon which patentee relies, *in vitro* cell contacting with inducer prior to contacting with inhibitor, is not recited in the rejected claim(s).

Additionally, as discussed in the claim interpretation section *supra*, the instantly claimed invention encompasses administering the inhibitor prior to or along with the inducing compound.

Further, it is noted that the patentee has overlooked the *Shirikawa* teaching of the ability of protein kinase inhibitors, such as H-8, to reduce IL-1 induced NF-κB activity and *inhibit* protein expression *resulting from* NF-κB activation. See *Shirikawa* p. 2425, right column under "Results".

3. Patentee Argument: *Shirakawa is missing critical controls to show NF-κB effects. Each of the three PK inhibitors (H7, H8 and staurosporine) in particular at dose ranges used in Meichle and Shirakawa, are relatively unspecific and in addition to PK-C and PK-A affect numerous kinases. Significantly, by inhibiting other kinases, these agents can inhibit transcription unrelated to effects on PKC, or NF-κB. In particular, both H7 and H8 have been demonstrated to block gene expression and to inhibit mRNA chain elongation, most likely by inhibiting TFIIH kinase activity. (Yankulov et al. 1995; Kumahara et al. 1999; Declaration of Dr. Verma, ¶155). Therefore, appropriate controls are a necessity in order to properly interpret the effects of such inhibitors on a transcriptional assay, such as CAT reporter assay, as being related to NF-κB. Shirakawa omits any such controls from CAT reporter experiment described in Fig. 1, such as, for example, evidence that H8 would not affect expression of appropriately matched CAT construct lacking an NF-κB binding site. One of skill would therefore not have read Shirakawa as teaching that one could use H8 to reduce NF-κB activity.* Response at page 47-48 and Declaration of Dr. Verma, ¶¶ 152-155.

Examiner Response:

The patentee has provided no evidence regarding the presence of protein kinases other than the PKA or PKC used to induce NF-κB activity in the *Shirikawa* assay samples. Similarly, the patentee has not provided any evidence challenging the reproducibility of *Shirikawa's* results nor has any evidence been provided concerning the contamination of *Shirikawa's* samples with transcription regulaters other than NF-κB.

As noted by *Shirikawa,* the use of protein kinase inhibitors to interfere with NF-κB activity stemmed from the author's belief that the kinases PKA and PKC activate NF-κB at the level of the cytoplasm by a phosporylation event involving the naturally occurring inhibitor I-κB: "We, like *Baeurele and Baltimore* (5), favor the view that I-κB is the target of phosphorylation; the phosphorylated I-κB would presumably have a decreased ability to bind NF-κB". *Shirikawa* at p. 2428, right column.   The patentee has provided no reason to challenge the inherent ability of the *Shirikawa* protein kinase inhibitors to interfere with NF-κB activation at the level of the NF-κB/ I-κB complex.

Additionally, patentee's unsupported argument calling for controls at the level of nuclear transcription is not commensurate with the instantly claimed invention that is not limited to reducing NF-κB activity by interfering with nuclear NF-κB binding at an NF-κB enhancing sequence. Per patentee's own model, compounds may interfere with the activation of NF-κB at the level of the receptor, NF-κB-I-κB complex or translocation. See Dr. Verma Declaration ¶¶ 8 and 11.  Accordingly, deletion mutation analysis of the NF-κB enhancing sequence and other enhancer sequences involved with the nuclear transcription of a particular protein is not a determinative assay regarding the ability of a compound to interfere with NF-κB at the receptor and/or cytoplasmic segments of patentee's proposed model.

*Shirikawa's* method uses protein kinase inhibitors (H8) that are *structurally* and *functionally* within the scope of instant claims since the treatment of eukaryotic cells with H8 in the EMSA assay resulted in the reduction of already induced NF-κB activity and inhibition of protein expression. See *Shirikawa* "[t]he induction by IL-1 was abolished ..." (p. 2426, Fig. 2A, lane 5)"; and using CAT  "IL-1 induced κ immunoglobulin expression was markedly inhibited ..." (p. 2425). These results were *further confirmed* in a different cell line ("As was the case in 70Z/3 cells, NF-κB activation was markedly inhibited by H8 in YT cells (Fig. 2B, lane 9)."

Thus, the *Shirikawa* reference provides an enabling disclosure of the ability of protein kinase inhibitors to reduce NF-κB activity and the patentee has not provided any evidence challenging the reproducibility of *Shirakawa's* results.

Application/Control Number: 90/007,503; 90/007, 828          Page 35
Art Unit: 3991

## IIa. CYCLOSPORIN A (intervening prior art):

3.      Claims 1-6, 8-9, 11, 20-21, 25-27, 29, 36-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 are rejected under 35 U.S.C. 102(b) as being anticipated, or alternatively rendered obvious under § 103, over *Schmidt* et al., J. Virology 64:4037-4041 (August 1990). See MPEP 2131.01 (evidence of inherency).

4.      **Rejection Summary:** *Schmidt* teaches administration of Cyclosporin A (CsA) to cells which substantially reduced NF-κB activity in those cells thus inhibiting expression of genes whose transcription is regulated by NF-κB activity. In addition, these references all utilized the HIV LTR promoter in their experiments and demonstrated that CsA reduced the expression of viral genes.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1 or 2) or mammalian cells (e.g. claim 11) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit associated gene (viral gene such as HIV: claims 1-4) expression of a cytokine protein(claim 5) in a eukaryotic cell.

The *Schmidt* reference discloses that administration of Cyclosporin A (CsA) reduces NF-κB in cells (e.g. Jurkat cells) and therefore must inherently reduce NF-κB-regulated gene expression. In particular, *Schmidt* utilized the Electrophoretic Mobility Shift Assay ("EMSA") disclosed in the '516 patent to measure NF-κB activity to determine that "PHA-mediated induction of complexes binding to the kB enhancer was completely abrogated by [1ug/ml] CsA (Fig. 1, lane 6; no B or A shifts) ....". See *Schmidt* at 4038. These results were confirmed using an NF-κB CAT reporter assay as described in the '516 patent, for example at Col. 17, line 66-Col. 18, line 23.

Thus, *Schmidt* showed that Cyclosporin A reduced PHA-induced NF-κB activity and, therefore, reduced the expression of a gene (CAT) that was regulated by NF-κB. Accordingly, *Schmidt* described the use of Cyclosporin A at concentrations that reduce NF-κB activity and reduce NF-κB regulated gene expression. As such, and as shown in more detail in *Exhibit G-1* of the 90/007,503 Request (herein incorporated by reference), the *Schmidt* reference expressly anticipates at least claims 1-2, 5-9, 20-21, 25-29, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80- 86, 88-89, and 93-97 of the '516 patent.

Since *Schmidt* used the HIV LTR gene, *Schmidt* demonstrated that CsA reduced viral gene expression thereby anticipating instant claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201. Additionally, use of the HIV LTR gene by *Schmidt* renders instant claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201 immediately envisaged, or alternatively, *prima facie* obvious in

Application/Control Number: 90/007,503; 90/007, 828          Page 36
Art Unit: 3991

light of the fact that HIV LTR is responsible for regulating the expression of viral (HIV) genes. Therefore, it would have anticipated, or alternatively *prima facie* obvious, to regulate NF-κB activity as in *Schmidt* in order to affect associated viral (e.g. HIV) gene expression.

### *Discussion*

Initially, it is noted that the above rejection was modified in response to patentee's amendment canceling claims 7, 28, 39, 81, 83, 85, 86 and 203.

1. Patentee Argument: *Patentee maintains that numerous claims are clearly entitled at least to the April 21, 1989 filing date of U.S. Serial No. 07/341,436.*

Examiner Response: For the reasons discussed *supra*, the instant claims are not entitled to the April 21, 1989 filing date of the 07/341,436 application, but are entitled to the 11/13/91 filing date of the 07/791,898 under 35 USC 120 for purposes of prior art.

2. Patentee Argument: *Schmidt does not show reduction of NF-κB activity in induced cells, as required by the claims. Patentee argues that Schmidt teaches* <u>simultaneous</u> *treatment with CsA and activator which is outside of the claim scope requiring prior cell induction. See Response at page 51; Declaration of Dr. Verma, ¶ 25.*

Examiner Response:

The feature upon which patentee relies, *in vitro* cell contacting with inducer prior to contacting with inhibitor, is not recited in the claim(s).

Additionally, as discussed *supra*, the instantly claimed invention would encompass administering the NF-κB inhibitor prior to, or with, an NF-κB activating compound.

Further, *Schmidt* teaches the addition of CsA during, as well as subsequent, to cell induced activation to reduce NF-κB activity. See *Schmidt*: "... addition of CsA during the cellular activation phase completed abolished this binding" (page 4038 left column, last ¶) and "Direct addition of CsA to a prepared nuclear extract from activated cells had no effect on the factor binding ..." (page 4038, right ¶, lines 1-8).

3. Patentee Argument: _Schmidt did not utilize the same Electrophoretic Mobility Shift Assay ("EMSA") in Jurkat cells (human T-cell leukemic cell line) disclosed in the '516 patent since Schmidt's EMSA assay differs by using HIV-LTR enhancer, instead of kappa immunoglobulin enhancer (kappa 3) to be activated by PMA and/or PHA. Schmidt's enhancing sequence fails to discriminate between the transcriptional regulators NF-κB and NFAT-1 which is a T-cell nuclear activation factor which binds -κB regulatory elements from the human immunodeficiency virus 1 (HIV-1)._ Response p.51, Dr. Verma Dec. ¶¶ 22, 26-30.

Examiner Response:

The instant claims do not require the use of an assay nor any specific assay parameters including the use of a specific enhancer sequence (e.g kappa 3). The instant claims require the use of a compound (e.g. cyclosporine) that exclusively <u>or non-exclusively</u> reduces NF-κB activity.

The _Schmidt_ EMSA assay for PHA/PMA activation utilized a conventional [5] 26 base HIV enhancer sequence that comprises the GGGGACTTTCC NF-κB binding sequence for HIV-1 and "consensus sequence" found in Table 2 of the instant patent for vector insertion and use in conducting EMSA assays. See _Schmidt_ at page 4037, right column; and instant patent col. 35, lines 54-col. 36, line 24; col. 37 Table 2.

_Schmidt's_ T-cell activation using PMA and PHA in the EMSA assay resulted in:
a. major B complex  to the NF-κB enhancer; and
b. more slowly migrating  A complex (Fig. 1, lane 3) which was more clearly seen when PHA alone was used (Fig. 1 lane 7).

The _Schmidt_ article utilized controls in performing both the EMSA and CAT assays. For example, after performing the following _controls, Schmidt_ concluded that the major B complex was ascribed to the nuclear factor NF-κB because the complex appears identical to previously reported complexes (endnotes 2, 3 and 19) obtained with similar HIV κB oligonucleotide probes since:
(i) the shift was not detected with a mutant enhancer, nor was the B shift completed for by this mutant described in reference 19 (Baltimore Nature article); and

---

[5] Schmidt cites an article including one of the instant inventors (Dr.Baltimore) for support: Nabel, G. and D. Baltimore 1987 Nature (London) 326:711-713.

Application/Control Number: 90/007,503; 90/007, 828          Page 38
Art Unit: 3991

(ii) this induced shift comigrated with a shift formed with nuclear extracts from Namalwa

cells, which contain a constitutively activated kB complex (citing reference 13).

*Schmidt* found that "[A]ddition of CsA during stimulation with both PHA and PMA

significantly reduced the major shift (B shift) and completely abrogated the A shift

(Figure 1 lane 4)". See *Schmidt* at page 4037, right column.

Additionally, patentee's "control" argument regarding the lack of a deletion

mutation nuclear DNA analysis to discriminate messenger NF-κB binding to NFAT

enhancer instead of NF-κB enhancer is not persuasive since this argument is *not*

*commensurate with the instant invention* which is not limited to NF-κB binding an NF-κB

enhancing sequence. See instant claims 23 and 24; and Dr. Verma's claim

interpretation analysis Declaration ¶¶ 8 and 11.  Thus, deletion mutation analysis of the

NF-κB enhancing sequence and other enhancer sequences involved with the nuclear

transcription of a particular protein is not a determinative assay regarding the ability of a

compound to inhibit at the receptor and/or cytoplasmic segments of patentee's

proposed model.


4. <u>Patentee Argument:</u> *Schmidt's CAT reported data utilizing artificial transfected cells*
*bearing foreign bacterial DNA is outside the scope of the instant invention since:*
*a. the instant claims are not drawn to an assay and thus don't incorporate specification*
*assays utilizing bacterial constructs; and*
*b. human, mammal or eukaryote cells of the instant claims does not normally contain*
*foreign bacterial DNA.*    Dr. Verma declaration ¶ 33.

<u>Examiner Response:</u> The instant patent encompasses NF-κB occurrence and activation

in host cell types, including T cell lines (H9, Jurkat) as well as NF-κB -related control

(enhanced, reduced) of IL-2 production in said host cells as taught by *Schmidt*. See col.

26, lines 39-45; and col. 35.   Neither the specification, nor the instant claims exclude

the presence of bacterial DNA in eukaryotic or mammalian cells and in fact exemplify

the presence of bacterial DNA in assays.  In this respect, although not drawn to an

assay, the instant claims clearly encompass both *in vitro* and *in vivo* NF-κB regulation.

5. Patentee Argument:  *Positive EMSA binding activity induced by PHA treatment that Schmidt observed with the HIV enhancer corresponds to NFAT since "when Schmidt assessed induction of NFAT binding activity in Jurkat cells using an EMSA specific for NFAT, (Schmidt, fig. 2), there was 'good activation of NFAT-1 with PHA alone, but not with PMA alone." Additionally, in Schmidt, CsA did not prevent PMA-induced binding activity to the HIV enhancer in Jurkat cells.  Verma Declaration ¶¶ 31 and 32.*

Examiner Response:

Schmidt  (p.4037, left column) acknowledges the ability of both NF-κB and NFAT-1 to induce HIV gene expression by binding to HIV enhancers but proposed separate mechanisms upon co-activation.  Accordingly, separate inducers were selected:

 phytohemaglutinin (PHA) mimicking induction via the T-cell receptor; and
 phorbol myristate acetate (PMA) inducing via direct activation of protein kinase C.

CsA activity was tested utilizing PHA and PMA together as well as separately. See *Schmidt*, page 4037, left column; page 4038, left column.

*Schmidt's* T-cell activation using PMA and PHA in the EMSA assay resulted in:

a. major B complex  to the NF-κB enhancer; and
b. more slowly migrating  A complex (Fig. 1, lane 3) which was more clearly seen when PHA alone was used (Fig. 1 lane 7).

The *Schmidt* article, after performing *controls,* concluded that the major B complex was ascribed to the nuclear factor NF-κB and found that "[A]ddition of CsA during stimulation with both PHA and PMA significantly reduced the major shift (B shift) and completely abrogated the A shift (Figure 1 lane 4)". See *Schmidt* at page 4037, right column.

After co-activation with PHA and/or PMA, the effects of CsA upon CAT inducibility conferred by HIV enhancer (kB-binding sites) in Jurkat cells was tested where it was found that CsA inhibited the PHA-derived activation signal but not the PMA signal (see Fig. 4: last four bars); and co-activation with PMA and PHA together (Fig. 4: about 47) exceeded PHA alone (Fig. 4: about 13) and PMA alone (Fig. 4: about 17).

Accordingly, *Schmidt* teaches (from two different assays utilizing HIV promoter) CsA inhibition of PHA and (PHA and PMA) NF-κB activated Jurkat cell binding and there is no evidence provided to rebut this teaching.

*Schmidt* further teaches that activation by PHA and PMA is synergistic (Fig. 4 and compare PHA and PMA alone and their combined activation).

Thus, the *Schmidt* reference teaches the ability of CsA to inhibit NF-κB activity in cells activated by PHA/PMA and thus enables the use of CsA to reduce intracellular NF-κB activity and inhibit NF-κB-mediated gene expression.

6. <u>Patentee Argument</u>: The *positive EMSA binding activity induced by PHA treatment that Schmidt observed with the HIV enhancer corresponds to NFAT in light of accumulated scientific evidence that CsA exerts its clinical effect through its ability to inhibit an intracellular enzyme called calcineurin that regulates the activity of NFAT (nuclear factor of activated T cells transcription factor)* citing:
*Exhibit 7: Loh et al., J. Biol. Chem. 271(18) (May 1996) pages 10891-10891;*
*Exhibit 13 : Giffin et al. Nature Structure Biology, 10(10) (Aug. 2003) pages 800-806;*
*Exhibit: 8: Hogan et al. Genes and Development, 17 (2003) pages 2205-2232;*
*Exhibit 14: Kinoshita et al. Immunity, 6 (March 1997) pages 235-244;*
*Exhibit 9 : Ho et al. Clin. Immun. And Immunopath. 80(3) (9/96) pages S40-S45.*

See Response at page 52; and Dr. Verma Declaration ¶¶ 22, 26-36 and 40.

<u>Examiner Response:</u>

The evidence of record supports CsA's ability to inhibit both NF-κB and NFAT regulated intracellular gene expression within the instant claims and the above-cited documents do not support patentee's assertion that CsA <u>does not</u> affect NF-κB activity. A brief summary of the patentee cited documents follows:

*Loh* teaches that the calcineurin phosphatase enzyme binds NFAT (which translocates to the nucleus to bind DNA) to reversibly regulate its activity. CsA addition results in rephosphorylation of NFAT and inhibition of NFAT activated transcription.

*Giffin* teaches that NFAT1 binds cooperatively as a dimer to the NF-κB site of human immunodeficiency virus 1 (HIV-1). See Abstract; p. 801 (Fig. 1) and p. 804.

*Hogan* teaches that the NFAT family of transcription factors are evolutionary related to the Rel/NFkB family but are distinguished by their regulation by cell surface-activated calcium ion with the cytosol bound calcium ion dependent serine

phosphatase calcineurin.- NFAT complex. See Fig. 1 p.2207.   NFAT also acts synergistically with transcription factors other that Fos and Jun. See Abstract and pages 2213-2214.

*Kinoshita* teaches that certain NF-AT (Rel) family members bind the κB regulatory elements and synergize with NF-κB and Tat in transcriptional activation of HIV-1, and enhance HIV-1 replication in T cells. See Abstract.

*Ho* teaches that calcineurin is an essential component of the T-cell activation pathway involving the action of CsA that acts by inhibiting signal transduction pathways (e.g. see page S42, Fig. 1). Ho teaches that one of the effects of CsA on cytokine expression in Jurkat human T-cells results from the release of calcineurin that inhibits NFAT regulated cytokine expression. See *Ho* Abstract; p. S43.

Contrary to patentee's assertion, the *Ho* reference acknowledges that CsA does affect NF-κB activity in Jurkat cells citing the *Emmel* Science 246, 1617-1620 (1989) teaching corresponding to endnote 30 for support:

> Other targets for calcineurin are likely to play a role in this process. For example, the transcriptional activity of NF-κB is inhibited by about twofold and certain AP-1 sites are inhibited by three-to fourfold (30). However, these effects are quite small compared to the several hundred- or thousandfold inhibition of properly initiated transcription at the NF-AT site (30).  Ho p.S43, right col. lines 22-29.

Additionally, it is art-recognized that CsA does affect NF-κB activity consistent with the *Schmidt* and *Emmel* teaching. The following three articles (copies enclosed) *rebut* patentee's assertion regarding NF-κB's lack of a role involving CsA immunosuppresion:

*Roman-Blas* M.D. et al., Osteoarthritis and Cartilage, 14 (2006) pages 839-848 ;
*Frantz et al.* Embo J. 13 (1994) pages 861-870 ;
*Meyer et al.*, FEBS Lett 413 (1997) pages 354-358.

*Roman-Blas* teaches therapeutic strategies based on the established role of immunosuppressive agents, including CsA, to inhibit the NF-κB pathway: "Cyclosporin A inhibits the protease activity of the 20S proteasome complex preventing I-κBα degradation in murine macrophages, Jurkat lymphoma cells, and mouse and human T-lymphocytes [72,73] " See *Roman-Blas*: p. 842 (right col.at bottom) to p. 843 (left col.) and also p. 843 under "Conclusion" to p.844 including Fig. 3.
*Frantz and Meyer* represent endnotes 72 and 73, respectively cited in *Roman-Blas*.

Application/Control Number: 90/007,503; 90/007, 828                    Page 42
Art Unit: 3991

*Frantz et al.* teach that calcineurin acts in synergy with PMA to inactivate I kappa B/MAD3, an inhibitor of NF-κB.

*Meyer et al.* teach that CsA is an uncompetitive inhibitor of proteasome activity and prevents NF-κB activation.

Accordingly, *Schmidt and Emmel* enable methods of using CsA to reduce NF-κB activity and inhibit NF-κB-mediated eukaryotic and viral gene expression.

5.      Claims 1-6, 8-9, 11, 20-21, 25-27, 29, 36-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 are rejected under 35 U.S.C. 102(b) as being anticipated, or alternatively rendered obvious under § 103, by *Emmel* et al., Science, <u>246</u> (Dec. 1989):1617-20 See MPEP 2131.01.

**Rejection Summary:** *Emmel* teaches administration of Cyclosporin A (CsA) to cells which substantially reduced NF-κB activity in those cells thus inhibiting expression of genes whose transcription is regulated by NF-κB activity. In addition, these references all utilized the HIV LTR promoter in their experiments and demonstrated that CsA reduced the expression of viral genes.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1 or 2) or mammalian cells (e.g. claim 11) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit associated gene (viral gene such as HIV: claims 1-4) expression of a cytokine protein (claim 5) in a eukaryotic cell.

Similar to the *Schmidt* reference discussed above, the *Emmel* reference discloses that administration of Cyclosporin A (CsA) reduces NF-κB in cells (e.g. eukaryotic Jurkat cells which are a human leukemic T- cell line) that inherently reduces NF-κB-regulated gene expression.

Like *Schmidt*, *Emmel* described the effects of CsA on Jurkat cells that were induced with PHA and PMA and CsA was shown (Fig. 3, .01-1ug/ml) to reduce NF-κB binding activity. In the CAT reporter assay, cells were transfected with a CAT reporter gene that was engineered to be regulated by HIV LTR gene, i.e. the gene had an NF-κB binding site incorporated into its regulatory region. As shown in Fig. 2D, CsA significantly reduced NF-κB activity thereby reducing the NF-κB-mediated expression of CAT. Additionally, as shown in Figure 3, 0.01-1ug/ml (10-10000 ng/ml) CsA was found to reduce NF-κB binding activity. Thus, *Emmel* described the use of CsA at concentrations that reduce NF-κB activity and reduce NF-κB regulated gene

Application/Control Number: 90/007,503; 90/007, 828          Page 43

Art Unit: 3991

expression, and as such, and as shown in more detail in *Exhibit G-1* of the 90/007,503 Request (incorporated by reference), the *Emmel* reference expressly anticipates at least claims 1-2, 5-9, 20-21, 25-29, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80- 86, 88-89, and 93-97 of the '516 patent.

Since *Emmel* used the HIV LTR gene, *Emmel* demonstrated that Cyclosporin A reduced viral gene expression thereby anticipating claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201. Additionally, *Emmel's* use of the HIV LTR gene renders instant claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201 immediately envisaged, or alternatively, *prima facie* obvious since HIV LTR is responsible for regulating the expression of viral (HIV) genes. Therefore, it would have been anticipated, or alternatively *prima facie* obvious, to regulate NF-κB activity as in *Emmel* in order to affect associated viral (e.g. HIV) gene expression.

### Discussion

Initially, it is noted that the above rejection was modified in response to patentee's amendment canceling claims 7, 28, 39, 81, 83, 85, 86 and 203.

1. Patentee Argument: *Patentee argues that numerous claims are entitled at least to the April 21, 1989 filing date of U.S. Serial No. 07/341,436. Response at page 54.*

Examiner Response: For the reasons discussed *supra,* the instant claims are not entitled to the April 21, 1989 filing date of the 07/341,436 application, but are entitled to the 11/13/91 filing date of the 07/791,898 under 35 USC 120 for purposes of prior art.

2. Patentee Argument: *Emmel does not show reduction of NF-κB activity in induced cells, as required by the claims but teaches <u>simultaneous</u> treatment with CsA and activator which is outside of the claim scope requiring prior cell induction. See Response at page 55; Declaration of Dr. Verma, ¶ 38.*

Examiner Response:

The feature upon which patentee relies, *in vitro* cell contacting with activator prior to inhibitor, is not recited in the rejected claim(s).

Additionally, as discussed *supra,* the instantly claimed invention encompasses "treating" cells with an NF-κB inhibitor prior to, with or subsequent to administration of an NF-κB activating compound.

Application/Control Number: 90/007,503; 90/007, 828          Page 44
Art Unit: 3991

Further, the *Emmel* reference teaches the ability to measure CsA inhibition of "stimulated" untransfected as well as transfected Jurkat cells upon incubation of these cells for 40 hours with PHA (2ug), PMA (50 ng/ml) and CsA (concentratrions of 10-1000 ng/ml). E.g. See Fig. 2, page 1618, left column. Accordingly, contrary to patentee's argument, the *Emmel* reference teaches the treatment of stimulated or activated cells with CsA in order to determine cyclosporin's effect on NF-κB activity e.g. effect of NFκ-B on the regulated gene chloramphenicol acetyltransferase or CAT.

3. Patentee Argument:  *Emmel did not utilize the same Electrophoretic Mobility Shift Assay ("EMSA") in Jurkat cells (human T-cell leukemic cell line) disclosed in the '516 patent since Emmel's EMSA assay differs by using HIV-LTR enhancer, instead of kappa immunoglobulin enhancer (kappa 3) to be activated by PMA and/or PHA. Emmel's enhancing sequence fails to discriminate between the transcriptional regulators NF-κB and NFAT which binds kB regulatory elements from the human immunodeficiency virus 1 (HIV-1). Response at p. 56, Dr. Verma Dec. ¶¶ 39 and 41-42.*

Examiner Response:

The instant claims do not require the use of an assay nor any specific assay parameters including the use of a specific enhancer sequence (kappa 3).

However, the instant claims do require the use of a compound (e.g. cyclosporine) that reduces NF-κB activity (and concomitant transcription), but need not be an exclusive, or even, a selective NF-κB inhibitor. Additionally, any amount of reduced NF-κB activity and inhibition of NF-κB mediated gene expression is within the instant method claim scope.

*Emmel* teaches the ability of CsA to inhibit NF-κB activity in PHA and PMA activated cells as discussed in the rejection above, and herein summarized.

The *Emmel* EMSA-CAT assays for PHA and PMA activation utilized a conventional 26 base HIV enhancer sequence that comprises the GGGGACTTTCC NF-κB binding sequence for HIV-1 and "consensus sequence found in Table 2 of the instant patent for vector insertion and use in conducting EMSA assays. See *Emmel* at p. 1618, Fig. 2 (D) citing endnote 17 to *Nabel and Baltimore* Nature article; and instant patent col. 35, lines 54-col. 36, line 24 and col. 37 Table 2.

Application/Control Number: 90/007,503; 90/007, 828                    Page 45
Art Unit: 3991

Upon performing the CAT assay, *Emmel* concluded that "Smaller inhibitory effects of CsA were detected for the ability of the site to activate expression of CAT ...". *Emmel* at page 1618 bottom of middle column to top of 3rd column; and Fig. 2 (D).

*Emmel* further performed the nuclear extract EMSA to measure the NF-κB effects of CsA on the appearance of binding activity on various transcriptional regulators including NF-κB. Again *Emmel* concluded that CsA acted to inhibit NF-κB activity: "NF-κB binding was reduced 10 to 20% in nuclear extracts of CsA-treated cells". See *Emmel* at page 1618, right column and Fig. 3C.

In light of the assay evidence, *Emmel* enables the use of cyclosporine to reduce NF-κB activity and NF-κB mediated gene expression in activated T-cells.

4. Patentee Argument:  *Emmel provides the following evidence that NF-κB does not mediate effects of CsA on gene expression and that CsA acts through NFAT, not through NF-κB:*
*- In the Fig. 1 CsA "sensitivity" assay of single deletion of IL-2 enhancer effects on CAT transcription, "deleting the NF-κB binding site did not affect the ability of CsA to prevent PHA/PMA from inducing CAT expression" (Dr. Verma: ¶ 40, lines 6-8).*

*- Emmel states: "A binding site for NF-κB is present in the long terminal repeat of the human immunodeficiency virus (HIV-LTR) (17), yet CsA "sensitivity" of the HIV-LTR is independent of this site (18)" (Emmel page 1619, middle column). See Dr. Verma's Declaration, ¶¶ 39-40.*

*-In the Fig. 2 CAT expression assay, CsA abolished the ability of tandem repeats of the NFAT construct to direct transcription of the CAT gene (page 1618, middle column and Figure 2); and*

Examiner Response:

The evidence of record indicates that CsA inhibits intracellular gene transcription via both NF-κB and NFAT within the instant claims scope.

Evidence of the ability of CsA to activate nuclear protein transcription (IL-2 or HIV) independent of the nuclear NF-κB enhancing sequence as in *Emmel* Fig. 1 for the IL-2 enhancer and as in reference (17) for HIV-LTR enhancer is not dispositive of the

ability of CsA to reduce NF-κB activity outside the nucleus i.e. at the level of the cytoplasm NF-κB/I-κB complex.

Regarding the Fig. 1 CsA "sensitivity" assay, at best, the results of this assay are inconclusive regarding CsA's affect on NF-κB activity. As noted by *Emmel*, more than a single region is responsible for the inhibitor effect of CsA, and in this regard the CsA "sensitivity" deletion assay (Fig. 1) is a ***relative*** measure of the importance of various transcriptional binding DNA protein regions present on the IL-2 enhancer and **additional assays were necessary** to "further define the effects of CsA on the function of the IL-2 enhancer". See *Emmel* at page 1618, left column.

Accordingly, patentee's first two arguments addressing deletion of a nuclear NF-κB binding site is not persuasive since such evidence is not determinative of the effects of CsA on NF-κB activity and protein (e.g. IL-2 or HIV) transcipion. Additionally, such evidence overlooks the ability of CsA to interfere with NF-κB activity at the level of I-κB in the cytoplasm. Further, the instant claims are not limited to inhibition of nuclear gene transcription by NF-κB only at nuclear NF-κB binding sites.

With regard to the Fig. 2 assay and the *Emmel* statement that CsA abolished the ability of the NFAT construct to direct transcription of the CAT gene, patentee overlooks the fact that in the same CAT receptor assay (Fig. 2D) CsA *still inhibited* NF-κB activated CAT expression albeit to a smaller extent as compared to NFAT (Fig. 2B). Accordingly, the *Emmel* teaching of CsA reduction of NF-κB activity is within the instant claimed scope that is not limited by NF-κB inhibitory degree or NF-κB exclusivity. This is consistent with the *Emmel* Abstract: teaching that cyclosporin A was found to specifically inhibit the appearance of DNA binding activity of NFAT, AP-3, and to a lesser extent NF-κB nuclear proteins that appear to be important in the transcriptional activation of the genes for interleukin-2 and its receptor, as well as several other lymphokines.

Application/Control Number: 90/007,503; 90/007, 828                    Page 47
Art Unit: 3991

5. <u>Patentee Argument</u>: Emmel's NF-κB inhibition data should be attributed to NFAT in light of the accumulated scientific evidence that indicates that CsA exerts its clinical effect through its ability to inhibit an intracellular enzyme called calcineurin which regulates the activity of the NFAT and that CsA does not affect NF-κB activity (e.g. inhibits Il-2 expression) in Jurkat cells" (Dr. Verma, ¶¶ 34 for Schmidt and 40 for Emmel: response page 52 (top) for Schmidt and page 56 top for Emmel) citing:

Exhibit 7: Loh et al., J. Biol. Chem. <u>271(18)</u> (May 1996) pages 10891-10891;
Exhibit 13 : Giffin et al. Nature Structure Biology, <u>10(10)</u> (Aug. 2003) pages 800-806;
Exhibit: 8: Hogan et al. Genes and Development, <u>17</u> (2003) pages 2205-2232;
Exhibit 14: Kinoshita et al. Immunity, <u>6</u> (March 1997) pages 235-244; and
Exhibit 9 : Ho et al. Clin. Immun. And Immunopath. <u>80(3)</u> (9/96) pages S40-S45.

See Response at page 52; and Dr. Verma Declaration ¶¶ 22 and 26-36.

<u>Examiner Response:</u>

As discussed supra under the Schmidt rejection the evidence of record supports CsA inhibition of both NF-κB and NFAT regulated intracellular gene expression within the instant claim scope and the above-cited documents do not support patentee's assertion that CsA <u>does not</u> affect NF-κB activity and the inhibition of IL-2 expression.

6.      Claims 1-6, 8-9, 11, 20-21, 25-27, 29, 36-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 are rejected under 35 U.S.C. 102(b) as being anticipated, or alternatively rendered obvious under § 103 by Brini Eur. Cytokine Net. 1: 131-139 (Sept. 1990).

**Rejection Summary:** Brini teaches administration of Cyclosporin A (CsA) to cells which substantially reduced NF-κB activity in those cells thus inhibiting expression of genes whose transcription is regulated by NF-κB activity. In addition, these references all utilized the HIV LTR promoter in their experiments and demonstrated that CsA reduced the expression of viral genes.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1 or 2) or mammalian cells (e.g. claim 11) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) to inhibit associated gene (viral gene such as HIV: claims 1-4) expression of a cytokine protein(claim 5) in a eukaryotic cell.

Application/Control Number: 90/007,503; 90/007, 828                    Page 48
Art Unit: 3991

        The *Brini* reference discloses that administration of Cyclosporin A (CsA) reduces
NF-κB in cells (e.g. T-cells) that inherently reduces NF-κB-regulated gene expression.

        Particularly, *Brini* disclosed the use of 1 ug/ml CsA in human PBM (peripheral
blood T-lymphocytes) that had been induced with PHA. *Brini* assessed NF-κB activity in
an EMSA binding assay (Fig. 5) using the same HIV-1 LTR gene site used in the '516
patent to assess NF-κB activity and binding (see '516 patent, columns 17-18). *Brini*
concluded that "CsA reduced the PHA-induced binding of transactivating factors from T-
cells and κB-like sequences which are present in the IL-2R alpha gene and in the HIV-1
LTR gene (Figures 3 and 4)". See *Brini* at page 137. Additionally, *Brini* reported the
effects of CsA on expression levels of IL-2 Receptor-alpha (*Brini* at page 131 Abstract)
which is taught by the '516 patent to be regulated by PHA-induced NF-κB activity in T-
cells. See '516 patent, col. 17, lines 21-24 ("NF-κB is induced in T-cells by a trans-
activator (tax) of HTLV-1 or by PMA/PHA treatment and thereby activates the IL-2
receptor alpha gene and possibly the IL-2 gene"). Thus, *Brini* described the use of CsA
at concentrations that reduce NF-κB activity and reduce NF-κB regulated gene
expression and as such, and as shown in more detail in *Exhibit G-1* of the 90/007,503
Request (incorporated by reference), the Emmel reference expressly anticipates at least
claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80,
82, 84, 85, 88-89, and 93-97 of the '516 patent.

        Additionally, since *Brini* used the HIV LTR gene, *Brini* demonstrated that
Cyclosporin A reduced viral gene expression thereby anticipating claims 3, 4, 11, 42-43,
47-51, 106-107, 109-110, 114-117, 192-193 and 197-201. Additionally, *Brini's* use of
HIV LTR renders instant claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-
193 and 197-201, immediately envisaged, or alternatively, *prima facie* obvious since
HIV LTR is responsible for regulating the expression of viral (HIV) genes.
Therefore, it would have been anticipated, or alternatively *prima facie* obvious, to
regulate NF-κB activity as in *Brini* in order to affect associated viral (e.g. HIV) gene
expression.

### *Discussion*

        Initially, it is noted that the above rejection was modified in response to
patentee's amendment canceling claims 7, 28, 39, 81, 83, 85, 86 and 203.


1. Patentee Argument: *Patentee argues that numerous claims are entitled at least to the
April 21, 1989 filing date of U.S. Serial No. 07/341,436. Response at page 58.*

Application/Control Number: 90/007,503; 90/007, 828                    Page 49
Art Unit: 3991

Examiner Response:  For the reasons discussed *supra,* the instant claims are not
entitled to the April 21, 1989 filing date of the 07/341,436 application, but are entitled to
the 11/13/91 filing date of the 07/791,898 under 35 USC 120 for purposes of prior art.

2. Patentee Argument: *Brini does not show reduction of NF-κB activity in induced cells,
as required by the claims.  Brini teaches that "CsA was always added to the cells 30 min
before stimulation with PHA" which is outside of the claim scope requiring prior cell
induction.* See Response at p. 59; Dr. Verma, ¶¶ 44-46.

Examiner Response:

        The feature upon which patentee relies, *in vitro* cell contacting with inducer prior
to contacting with an inhibitor, is not recited in the rejected claim(s).

        Additionally, as discussed in the claim interpretation *supra*, the instantly claimed
invention encompasses administering the NF-κB inhibitor prior to (e.g. pretreatment) or
with the NF-κB activating compound.

        Further, the *Brini* reference clearly addresses the ability of CsA to inhibit gene
expression in a eukaryotic cell that is induced by PHA to release NF-κB and express
protein: "Here we have examined the *inhibitory effect of CsA* on the activation of the IL-
2Ralpha gene expression in primary human T lymphocytes induced by PHA (emphasis
provided)." See p.132, left column, 2nd full ¶.

        Additionally, *Brini* teaches that, unlike the IL-2 receptor beta subunit, the IL-2
alpha subunit is not expressed in resting T-cells, but only is expressed on the surface of
activated T-cells. Accordingly, any CsA inhibition of IL-2 alpha subunit transcription
shown in the *Brini* assays must result from the inhibition of already activated T-cells.
See *Brini* at page 131, right column last ¶.

3. Patentee Argument:  T*he Examiner relies on  EMSA binding assays (Fig. 3 and 4)
utilizing an oligonucleotide probe corresponding to the Il-2 receptor promoter or a
sequence corresponding to a portion of the HIV LTR  both showed "several discrete-
retarded DNA proteins" but neither of the EMSA Brini assays demonstrates whether the
CsA sensitive binding activity corresponds to NF-κB. A control DNA sequence is
important to distinguish NF-κB from other nuclear transcription factors, such as NFAT
discussed in Schmidt and Emmel, so as to confirm the identity of any CsA-sensitive*

Application/Control Number: 90/007,503; 90/007, 828                     Page 50
Art Unit: 3991

*binding complexes and discriminate between NF-κB activity and NFAT binding activity.*
*Dr. Verma ¶¶ 47-49.*

Examiner Response:

The instant claims do not require the use of an assay nor any specific assay parameters including the use of a specific "control" enhancer sequence.   Additionally, the instant claims are not limited to nuclear transcription inhibition only at an NF-κB enhancer sequence.

Regarding the EMSA enhancer sequence, it is noted that *Brini* utilized an IL-2R-alpha enhancing sequence (245-291) that comprised the underlined GGGAATCTCC NF-κB binding sequence disclosed in the instant patent (col. 37, Table 2 3rd from the bottom) recommended for use in EMSA binding assays.   It is further noted that the underlined nucleotide sequence is within the scope of the instant patent's "consensus sequence" (see col. 36, lines 5-15).

As pointed out in the instant patent, the utilization of mutation assays to obtain selective NF-κB inhibition is optional. See instant patent col. 36, lines 40-55. Accordingly, patentee's argument regarding the non-use by *Brini* of a discriminatory control sequence is not commensurate to the scope of the instant claims that do not require "selective" NF-κB inhibition.

Further, it is noted that the Examiner does not specifically rely on any one of the particular *Brini* assay results but is considering the *Brini* teaching as a whole, which includes all of the *Brini* assay results in light of what was known in the prior art regarding CsA regulation of IL-2 receptor alpha chain expression.

In this regard, previous mutation-deletion analysis established a 5' IL-2R alpha regulatory region (between –267 and –244) that shares high homology with the NF-κB binding sites with kappa light chain immununoglobulin gene and an NF-κB binding site for HIV-1 and is recognized by specific nuclear binding proteins including HIVEN86 and NF-κB. This suggested that NF-κB activation may be due to dissociation from a cytoplasmic inhibitor IκB. Brini at page 132, left column.

The *Brini* nuclear extract EMSA assays using an IL-2R-alpha probe containing an NF-κB binding site (Fig. 3) and an HIV-LTR probe containing an NF-κB binding site (Fig. 4) that confirmed the ability of CsA to retard the formation of two separate DNA-protein complexes one of which was concluded by *Brini* to be attributed to NF-κB. After reviewing their assay evidence the *Brini* authors concluded that CsA acted to inhibit NF-κB regulated expression, not at the nuclear level, but *indirectly* through its effect on the cytoplasmic I-κB inhibitor. Brini at p.137.

4. Patentee Argument:  *The fact that Brini observed a substantial level of binding activity in untreated cells makes it unlikely that the complexes Brini observed correspond to NF-κB, because one would not observe NF-κB activity in uninduced cells. (see '516 patent, Example 8 and Fig. 24A). Moreover, CsA alone appears to increase levels of the complexes that Examiner interprets correspond to NF-κB. (Fig. 3, lane 2). In particular, the assumption that these complexes correspond to NF-κB is inconsistent with the premise that in the Brini experiments, NF-κB activity regulated IL-2 receptor expression, because there is no correlation between the presence of these complexes in the EMSA assays (Figs. 3 and 4) and IL-2 receptor mRNA expression (Fig. 2).  Dr. Verma Dec.¶¶ 50 and 52.*

Examiner Response:

Initially, it is noted that that patentee's argument is not commensurate with the instant claimed scope that is not limited to a specific assay e.g patentee's Example 8.

In any event, patentee's comparison between the instant patent Example 8 and Fig. 24A results with *Brini's* is not a valid comparison.

*Brini's* Fig. 3 assay gel retardation patterns utilized "human peripheral blood T-lymphocytes isolated from heparinized venous blood of healthy volunteers" (see *Brini* at p.132 under "Materials and Methods") whereas the instant patent's gel assays utilized Jurkat cells (a human T leukemia cell line).

Accordingly, under different experimental conditions, utilizing different cells (Jurkat leukemia cells), the instant patent's uninduced Jurkat cells were negative for NF-κB activity, whereas stimulated Jurkat cells contained detectable levels of NF-κB with combined PHA/PMA being synergistic. Instant Patent at: col. 73, lines 1-7.

Application/Control Number: 90/007,503; 90/007, 828                    Page 52
Art Unit: 3991

However, the presence of NF-κB complexes in <u>uninduced Brini T-cells</u> may be explained by:

A. a difference in *NF-κB* regulation and CsA inhibition between Jurkat leukemic cells and human peripheral blood T-lymphocytes.  This difference <u>is supported by *Brini*</u>: "CsA shows no inhibitory effect on the surface expression of the IL2Ralpha in the human Tcell Jurkat, whereas, in human mitogen activated PBMC (13) and in murine thymocytes (14) CsA inhibits the IL2R-alpha chain (Tac) surface expression".  See *Brini* at page 131, right column;

B. the nature of *Brini's* PBMC sample since "constitutive expression" of NF-κB may be occurring in *Brini's* isolated human T-cell samples or the *Brini* isolated T-cell sample may have come from an individual who was experiencing, or had recently experienced, an NF-κB inducing stimulus (infection, virus etc.)  or

C. different experimental conditions.

Regarding, the correlation between NF-κB release (upon PHA activation) and CsA inhibition of IL-2R-alpha expression, *Brini* attempted to delineate the CsA mechanism for reducing PHA-induced expression of IL-2R-alpha. In this respect, the Fig. 2 Brini assay results showed that "IL-2R-alpa mRNA's were readily induced by PHA and pretreatment with CsA at 1ug/ml before cell activation caused a significant inhibition of the IL-2R-alpha mRNA inhibition". *Brini* at p.134.  Insofar that PHA acts to release NF-κB, the Fig. 2 data <u>suggests that NF-κB is playing a role in the ability of CsA to inhibit IL-2R-alpha expression in T-cells</u>.

5. <u>Patentee Argument</u>:  *Brini provides "no evidence as to whether PHA treatment alone would induce NF-κB activity so as to induce IL-2 receptor expression". In this regard, Examiner's reliance on data indicating cyclosporin's ability to slightly decrease (approximately 40-50%) PHA-induced IL-2 receptor alpha expression is insufficient. Additionally, patentee argues that the Examiner's interpretation of the instant '516 patent teaching that "NF-kB is induced in T cells … by PMA/PHA treatment and thereby activates the IL-2 receptor alpha gene …" is erroneous. Dr. Verma Declaration at ¶ 51.*

Application/Control Number: 90/007,503; 90/007, 828                Page 53
Art Unit: 3991

Examiner Response:

Initially, it is noted that *Brini* labels CsA as achieving "significant" inhibition of 41+3% (at 24 hours) and 52 + 4% (at 40 hours) of IL-2Ralpha mRNA induction. See p.134, left column and Fig. 2.

Additionally, as pointed out in the rejection above, the total *Brini* assay evidence in light of what was known in the art discloses that administration of CsA reduces NF-κB in cells e.g. T-cells that <u>inherently</u> reduces NF-κB-regulated gene expression.

As further pointed out above, *Brini* suggests a CsA mechanism in PMA/PHA activated T-cells (interference at the cytoplasm inhibitor level) that is consistent with patentee's own specification statement (now produced in context):

> Recently, NF-kappa.B has been implicated in several other inducible systems. For example, <u>NF-kappa.B is induced in T-cells</u> by a trans-activator (tax) of HTLV-1 or <u>by PMA/PHA treatment and thereby activates the IL-2 receptor .alpha. gene</u> and possibly the IL-2 gene. Bohnlein et al., Cell, 53:827-836 (1988); Leung, K. and G. Nabel, Nature, 333:776-778 (1988); Ruben et al., Science, 241:89-92 (1988); Cross et al., Science, (1989); and Lenardo et al., Proc. Natl. Acad. Sci. USA, 85:8825-8829 (1988). '516 patent, col. 17, lines 20-28: relevant part underlined.

Accordingly both *Brini* and the instant patent (see underlined text above) teach that PHA (and/or PMA as underlined) activated T-cells release NF-κB to induce gene expression.

Thus, *Brini's* data indicating that CsA acts at the level of the NF-κB-I-κB complex to inhibit NF-κB regulation of IL-2 receptor- alpha gene expression is consistent with the above-referred to instant patent teaching. See also instant patent at col. 35, lines 13-20 regarding the role of activated NF-κB in IL-2R-alpha transcription.

6. <u>Patentee Argument</u>: *Without data, the Examiner has no basis to assume that treatment of T-cells with PHA alone (as compared to PHA and PMA) induce NF-κB activity so as to induce expression of any gene. In fact, Brini reports that PHA appeared to induce binding activity of at least one other transcription factor, AP1, having binding sites in the IL-2 receptor promoter (Fig. 5). Dr. Verma Declaration at ¶ 52.*

Application/Control Number: 90/007,503; 90/007, 828                    Page 54
Art Unit: 3991

As discussed *supra*, it is clear from the *Brini* article that PHA (and PMA) activates NF-κB to induce gene expression. Additionally, *Brini* provides evidence that CsA reduces NF-κB activity indirectly at the level of its inhibitor I-κB and not directly at the level of nuclear protein transcription. See detailed *Brini* discussion at page 136-137.

With respect to AP1, although patentee is correct that Fig. 5B shows that APA binds a nuclear enhancer sequence upon PHA activation, the author further notes that "CsA does not affect AP-1 binding site" (see Fig. 5 explanation) and thus is not inhibiting directly at the nuclear level of transcription.

However, the argument that other NF-κB like factors (including APA) in addition to NF-κB, may be inhibited by CsA is irrelevant since the instant claims are not limited to exclusive NF-κB inhibition.

Additionally, to the extent that the patentee is arguing that *Brini* fails to completely elucidate the mechanism involving CsA inhibition of activated human T-cells gene expression it is noted that mechanisms need not be recognized by one of ordinary skill in the art for a finding of inherency. *EMI Group North America, Inc. v. Cypress Semiconductor Corp.*, 268 F.3d 1342, [60 USPQ 2d 1423] (CAFC Sept. 21, 2001).

## IIa. CYCLOSPORIN A  (references prior to 12/24/86)

7.      Claims 1-2, 6, 8-9, 20-27, 29, 31-38, 40, 64-73, 75-80, 82, 84 and 88-97 are rejected under 35 U.S.C. 102(b) as being anticipated by the Physician's Desk Reference (*PDR: 1985*) pages 1811-13, *Griffith I* (Griffith et al., Ann. Surg. 196 (9/82): 324-329) or *Griffith II* (Griffith et al., J. Thorac. Cardiovasc. Surg. 99 (12/84): 952-957) as evidenced by Holschermann et al., Circulation 96 (12/97) 4232-4238. See MPEP 2131.01 (evidence of inherency).

**Rejection Summary:** *PDR* (1985), *Griffith I and*, *Griffith II* teach cyclosporin A (CsA) administration of cells, which is shown from the teaching of *Holschermann,* inherently reduces NF-κB activity and thus would inhibit expression of genes whose transcription is regulated by NF-κB activity. The inhibition is done by reducing binding of NF-κB to NF-κB recognition sites, which also decreases the level of NF-κB not bound in a NF-κB-IκB complex, inhibiting the passage of NF-κB into the nucleus of cells, inhibiting modification of an IκB protein, and inhibiting degradation of an IκB protein. The prior art references also teach CsA administration to different eukaryotic cell types.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1 or 2) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated gene (claims 1-2) expression in a eukaryotic cell.

The *PDR 1985, Griffith I* and *Griffith II* references all teach the *in vivo* administration of CsA to cardiac transplant patients.

*PDR 1985* teaches that CsA should be administered before and after surgery for 1-2 weeks at a dose of about 15 mg/kg/d, followed by a decrease of 5% per week to a final level of 5-10 mg/kg/day. When monitoring whole blood levels, a 24-hour trough value of 250-800 ng/ml CsA appeared to minimize side effects and rejection effects.

*Griffith I* reports the administration of 5-10 mg/kg/d of CsA (average 8 mg/kg/d); while *Griffith II* reports the administration of 2-30 mg/kg/d (average 7.5-8 mg/kg/d) to obtain a targeted blood level of CsA of about 1000ng/ml.

*Holschermann* provides extrinsic evidence that the PDR 1985, Griffith I, and Griffith II references inherently anticipate the subject claims.

*Holschermann* essentially repeated the tests disclosed in the *Griffith I* and *II* references by administering 3.4 ± 0.3 mg/kg/day CsA to cardiac transplant patients, resulting in blood levels of 681 ± 176 ng/ml. PBM cells were isolated from the blood of the patients before and after CsA therapy, and nuclear extracts from the cells were prepared. Id. *Hölschermann* then conducted an EMSA assay using nuclear extracts. (see Figure 4) which is the same assay format taught by the '516 patent for determining whether compounds (i) reduce NF-κB activity and (ii) reduce binding of NF-κB to NF-κB recognition sites. See '516 patent, Col. 18, l.52 - Col. 20, l. 25.

*Holschermann* confirms that administering CsA to cardiac patients as taught by the prior art *PDR 1985* and *Griffith I* and *II* references necessarily inherently reduces NF-κB activity (and binding of NF-κB to NF-κB recognition sites):

> In cells obtained from transplant recipients during low baseline CsA blood levels (before CsA administration), strong NF-κB binding activity was detected (Fig. 4), whereas cells separated from blood in the presence of high CsA concentrations exhibited decisively reduced NF-κB binding activity. Specificity of the binding reaction was shown by the competition with unlabeled consensus oligonucleotides. *Id.* at 4236.

*Holschermann* also showed that the administration of CsA to these patients as taught in the prior art *PDR 1985* and *Griffith I* and *II* references reduced Tissue Factor

(TF) gene transcription, which is recognized as being regulated by NF-κB: "Indeed, the marked activation of the NF-κB transcription factor, which is known to play a major role in the regulation of the TF gene, was prevented in the presence of high CsA blood concentrations." *Id.* at 4237.

Thus, CsA, as administered in *PDR 1985* and *Griffith I* and *II*:

-inhibited expression of a gene whose transcription is regulated by NF-κB (instant claims 1 and 2 and their dependent claims);

-diminished NF-κB-mediated intracellular signaling (clm 6 and dependent claims); and

-reduced NF-κB-mediated effects of external influences (claims 7 and 8 and dependent claims).

Since CsA was shown to reduce binding of NF-κB in an EMSA assay which measures binding of NF-κB to NF-κB recognition sites, *Holschermann* confirms that the prior art administration of CsA to cardiac patients reduces NF-κB activity by "reducing binding of NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB" (e.g. claims 25, 36 and 58). Additionally, because unbound NF-κB translocates to the nucleus, the reduced binding activity in the nucleus of cells reflected in *Hölschermann* means that CsA, as administered in *PDR 1985* and *Griffith I* and *II*, necessarily reduced NF-κB activity by:

A. "decreasing the level of NF-κB not bound in any NF-κB- IκB complex" (e.g. claims 20, 31 and 53); and

B. "inhibiting the passage of NF-κB into the nucleus of cells (e.g. claims 21, 32 and 54).

Furthermore, as *Hölschermann* indicates, CsA is recognized as being able to "abolish the inducible phosphorylation and degradation of the cytoplasmic inhibitor protein IκB." *Id.* at 4237 (citing *Alkalay*). *Hölschermann* confirms that this effect on degradation of IκB is the mechanism by which CsA reduced NFκB in these cardiac patients. Thus, Cyclosporin A when administered to humans as in the *PDR 1985* and *Griffith I* and *II* references reduces NF-κB activity by:

A. "inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB" (e.g. claims 22 and 33); and

B. "inhibiting degradation of an I-κB protein" (e.g. claims 23 and 34).

Finally, as demonstrated by *Hölschermann*, the *PDR 1985* and *Griffith I* and *II* reference CsA administration to human patients reduced NF-κB activity in those patients'

Application/Control Number: 90/007,503; 90/007, 828                    Page 57
Art Unit: 3991

peripheral blood mononuclear cells (PBM's comprised of lymphocytes and monocytes)
which anticipates:

(1) eukaryotic cells (claims 1-2, 5, and 9);
(2) mammalian cells (claims 26, 37, 70, 82 and 94);
(3) human cells (claims 27, 38, 71, 84 and 95);
(4) immune cells (claims 61 and 72); and
(5) lymphocyte cells (claims 29, 40, 62, 73 and 97).

It is noted that the dosage and blood levels of CsA shown by *Holschermann* to
reduce NF-κB activity is slightly lower than the dosages and blood levels of CsA taught
in the *PDR 1985,Griffith I* and *II* references. Accordingly, an even greater reduction in
NF-κB activity would result from the prior art administration of CsA to patients as
described these references than shown in *Holschermann*. Moreover, regardless
whether the effect of CsA in reducing NF-κB activity and resulting monocyte TF
activation is direct (by directly affecting monocytes) or indirect (by interfering with
stimulatory lymphocytes), *Holschermann* shows that CsA, as administered in the prior
art references reduces NF-κB activity and resulting TF gene expression. Thus, its
administration to cardiac transplant patients as taught in *PDR 1985, Griffith I* and *II*
anticipates at least claims 1-2, 6, 8-9, 20-27, 29, 31-38, 40, 64-73, 75-80, 82, 84, 86 and
88-97 of the'516 patent, as set forth in more detail in *Exhibit H-1* of the 90/007,503
Request (incorporated by reference).

### *Discussion*

Initially, it is noted that the above rejection was modified in response to
patentee's amendment canceling claims 7, 28, 39, 81, 83, 85, 86 and 203.

1. <u>Patentee Argument</u>: *Griffith 1981 and 1984 describe various clinical studies
conducted to evaluate use of CsA in transplant patients. The 1985 PDR describes
potential use of CsA in transplant patients. None of these references describes method
of using CsA that would carry out the method recited in any of the claims. None of these
references mention NF-κB, describes any external influence that would necessarily
induce NF-κB activity or NF-κB mediated intracellular signaling or describe any effect of
CsA necessarily resulting from or mediated through NF-κB. Moreover, I disagree that
Holschermann provides any basis for concluding that such elements would necessarily
have occurred in any prior use of CsA as described by Griffith 1981 or 1984, or the
1985 PDR. Dr. Verma Declaration ¶¶ 65 and 66.*

Application/Control Number: 90/007,503; 90/007, 828                              Page 58
Art Unit: 3991

Examiner Response:

       In response to patentee's arguments against the *Griffith (1981 or 1984)* and *1985 PDR* references individually, it is noted that the above rejection is based on the prior art teaching of these references along with the *Holschermann* evidentiary document. The *Holschermann* document is being cited to demonstrate that the *Griffith (1981 and 1984)* and *1985 PDR* teaching of administering CsA inherently produces inhibition of NF-κB activity within the scope of the instant claims. Accordingly, the prior art references anticipate the instant invention since these references enable the practice of a method that inherently is NF-κB-mediated. Contemporaneous recognition of NF-κB's role in the prior art method is not necessary for anticipation.

2. Patentee Argument: *The claims are directed to methods carried out on cells in which NF-κB activity has first been induced by some inducing stimulus (external influence). Neither the Griffith studies, nor the 1985 PDR identifies an external influence that would have necessarily induced NF-κB activity. Moreover, in the patient studies reported in Griffith 1981 and 1984, CsA was administered before transplantation. As the Examiner indicates, the 1985 PDR teaches CsA should be administered first before and then after surgery. There is no evidence that any of these methods of using CsA described in the pre-April 21, 1989 references art would necessarily involve administration of CsA in cells in which NF-κB activity has first been induced.* Dr. Verma Declaration ¶¶ 65-66 and 68.

Examiner Response:

       As pointed out above, *Holschermann* provides evidentiary support for the prior art (Griffith 1981 and 1984; and 1985 PDR) methods *in vivo* "inherent" reduction of NF-κB activity and inhibition of NF-κB regulated intracellular eukaryotic gene expression. *Holschermann* teaches that CsA administration in cardiac transplant patients, as taught by the *Griffith and PDR* references, acts at the cellular level to inhibit NF-κB regulated gene expression (e.g. tissue factor).

       The instant claims don't require identification of "an inducing stimulus" or "external influence" occurring in cardiac transplant patients that triggers the release of NF-κB. Additionally, to the extent that patentee is arguing that the references fail to

Application/Control Number: 90/007,503; 90/007, 828                    Page 59
Art Unit: 3991

teach the mechanism of NF-κB activation occurring in these patients, courts have recognized that a mechanism need not be recognized by one of ordinary skill in the art for purposes of inherency.

Regarding, patentee's "first to induce" argument it is again noted that the claims do not specify that cell induction (at whatever level) occurs prior to the cell being contacted with an NF-κB inhibitor. The claims merely require a method that reduces NF-κB activity and inhibits NF-κB regulated gene expression. Additionally, as further discussed in the claim interpretation section *supra*, the instantly claimed invention would encompass administering an NF-κB inhibitor prior to, with or subsequent to the administration of an NF-κB inducing compound.

In any event, the *1985 PDR* reference teaches administeing the NF-κB inhibitor cyclosporine both prior and <u>subsequent</u> to the transplant, thus rendering patentee's "first to induce" argument moot.

Additionally, the *1985 PDR* and *Griffith* references teach <u>treating</u> cardiac transplant patients by administering CsA to "inherently" interfere with the NF-κB pathway (abolish inducible phosphorylation and degradation of IκB) to inhibit an NF-κB regulated effect as taught by *Holshermann*. The prior art teaching of treating patients with CsA is consistent with the patentee argument that the instant claims encompass "providing a <u>therapeutic benefit</u> by intervening in the processes that constitute the NF-κB pathway, are associated with NF-kB activity, and cause subsequent NF-κB regulated effects" (with emphasis). See Response p.30.


3. <u>Patentee Argument</u>: *The accumulated scientific evidence indicates that CsA exerts its clinical effect as an immunosuppressant through its effect on transcriptional factor NFAT. The only potential effect of CsA on gene expression which the 1985 PDR mentions is on expression of IL-2, which the data discussed above indicates is mediated not through NF-κB but through NFAT. Dr. Verma Declaration ¶ 67.*

Application/Control Number: 90/007,503; 90/007, 828                    Page 60
Art Unit: 3991

Examiner Response:

        Initially, it is noted that the instant claims don't require the use of an <u>selective</u> NF-κB inhibitor and accordingly, CsA is still within the scope of the instant invention even if it down-regulates gene expression via both NF-κB and NFAT.

        Further, it is the position of the Examiner that the accumulated scientific evidence indicates that CsA exerts its effect via an NF-κB mediated mechanism as indicated by: *Schmidt & Emmel:* CsA inhibits NF-κB mediated IL-2 and HIV protein transcription.

*Brini:* CsA affects NF-κB mediated IL-2 receptor and HIV protein expression via a mechanism that includes interference with the NF-κB/IκB complex.

*Roman-Blas* et al (citing *Frantz et al.* and *Meyer et al.,* ) teaches therapeutic strategies (e.g. arthritis) based on the established role of immunosuppressive agents, including CsA, to inhibit the NF-κB pathway by affecting the NF-κB/IκB complex in murine macrophages, Jurkat lymphoma cells, and mouse and human T-lymphocytes.

*Holschermann* teaches that CsA administered to heart transplant patients interferes in the NF-κB pathway by abolishing inducible phosphorylation and degradation of I-kB to inhibit an NF-κB regulated effect (tissue factor expression).


    4. Patentee Argument: *Patentee argues that Holschermann failed to "repeat the use" described in the PDR 1985 and Griffith I and II references noting differences in the timing and amounts of patient CsA administration as well as the further administration of azathioprene and aspirin. Additionally, Holschermann's in vitro manipulation of cells does not reflect what is occurring in the PDR 1985 and Griffith patients in vivo.* Response at pages 69-70; Dr. Verma Declaration ¶¶ 69 and 72.

Examiner Response:

        As recognized by the CAFC,  "Anticipation does not require the actual creation or reduction to practice of the prior art subject matter; anticipation requires only an enabling disclosure." See *In re Donohue*, 766 F.2d 531,533[ 226 USPQ 619] (Fed. Circ. 1985; *Schering Corp. v. Geneva Pharms.,Inc.* 339 F.3d 1373,1380 [ 67 USPQ2d 1664] (Fed. Cir. 2003).

        As discussed in the rejection above, the *PDR 1985* and the *Griffith I and II* documents enable the use of cyclosporine (CsA) to treat cardiac transplant patients.

Application/Control Number: 90/007,503; 90/007, 828                Page 61
Art Unit: 3991

*Holschermann* provides *ex vivo* and *in vitro* assay (TF-mRNA expression; EMSA
determined NF-κB binding activity in lymphocytes and monocytes) evidence obtained
from transplant patient (and controls) correlative to human utility to establish CsA's
ability to inhibit NF-κB regulated gene (i.e. TF) expression. *Holschermann* further
elucidates the *in vitro* and *in vivo* mechanism by which CsA inhibits NF-κB activation.

The patentee has failed to provide any evidence to rebut the *Holschermann*
teaching of the inherent effect of CsA upon administration to cardiac transplant patients
including those disclosed in the *PDR 1985* and *Griffith* references. Nor has the patentee
provided evidence and/or a scientific rationale that the referred to method differences
between *Holschermann* and the *PDR 1985* and *Griffith* references would interfere with
CsA's ability to regulate NF-κB-mediated gene expression.

A document teaching is presumed operable and enabled absent rebuttal
evidence (MPEP § 2121 at 2100-64 to 2100-67). Additionally, the threshold for enabling
an anticipatory document is lower than the threshold for enablement under 35 USC 112,
first ¶ required for a patented invention. See *Rasmusson v. Smithkline Beecham Corp.*
75 USPQ2d 1297 (Fed. Cir. 2005); and *Impax Labs., Inc. v. Aventis Pharmaceuticals,
Inc.,* 81 USPQ2d (Fed. Cir. 2006).


5. Patentee Argument: *The authors observed that TF activity appeared to be reduced in
PBMC's isolated from some, but notably, not from all patients after being administered
CsA. Holscherman Fig. 2B. Dr. Verma Declaration, ¶ 70.*

Examiner Response:  The Examiner disagrees with Dr. Verma's analysis of the data
presented in the *Holschermann* assays.

The *Holschermann* assays described in Figures 1-2 and Table 2 teach:

a. Fig. 1: In 10 samples from 10 different cardiac patients, isolated mononuclear cells
had markedly increased TF generation after incubation with or without LPS compared
with healthy control subjects (unrelated to increased monocyte counts).

b. Table 2: 10 samples of isolated mononuclear cells from 10 cardiac transplant patients
before and after daily CsA administration were assayed for the effect of CsA on TF
activity.  Table 2 demonstrates that the degree of TF activity generated by mononuclear
cells was inversely related to CsA blood levels which was reproducible. Additionally,

both Fig. 2A and Table 2 show that monocyte TF induction was reduced after CsA application in **all transplant recipients** and "Likewise, a similar inverse relationship between CsA blood concentrations and TF inducibility was observed when highly purified monocytes/macrophages were analyzed instead of whole mononuclear cells (Fig. 2B)". *Holschermann* at page 4234 (with emphasis). Fig.1,2 and Table 2.

Upon review of Fig. 2B it is clear that <u>at least</u> 9 out of 10 patient samples had decreasing TF activity with increasing CsA administration as indicated by negative sloping lines. It's only with respect to the lowest amount of TF activity (about 10ml/$10^6$ cells) that CsA administration had only a slight effect on decreasing TF activity that would be expected in light of the small TF sample amount capable of being induced.

Additionally, patentee's argument is not commensurate to the claimed invention, which does not require CsA achieve 100% NF-κB inhibition and/or successfully treat 100% of the patients. In this respect, the Board of Patent Appeals and Interferences held that a method claim limitation reciting "inoculating said plant with <u>a nematode inhibiting</u> strain of *P.Cecapia*" was inherent to the reference Dart inoculating method using a *P.Cecapia* strain in light of patentee's specification page 18 teaching that *P.Cecapia* possessed an 18% nematode-inhibition rating. The Board held that the strain was "nematode-inhibiting" and met the claim that did not recite a specific degree of inhibition. See *Ex parte Novitski*, 26 USPQ2d 1389, 1391 (B.P.A.I. 1993).

6. <u>Patentee Argument</u>: *The only data relating to transcription of the TF gene in patients (Holschermann Fig. 3) fails to demonstrate any link between NF-κB activity and TF expression. In particular, Fig. 3 reports TF mRNA levels in cells directly isolated from patients before CsA treatment (lane 2) and after treatment (lane 5). Holschermann purportedly found significant activation of NF-κB in mononuclear cells directly isolated from patients before CsA treatment (Fig.4), but at the same time, did not observe detectable TF mRNA expression in such cells. (Fig.3, lane 2). These data show that in vivo, there was an apparent lack of correlation between purported NF-κB activity and transcription of the TF gene in the mononuclear cells of the transplant patients. Thus this data fails to support the inference that in transplant patients, TF gene expression is necessarily mediated by NF-κB or caused by induced NF-κB activity.* Dr.Verma Declaration ¶ 71.

Application/Control Number: 90/007,503; 90/007, 828          Page 63
Art Unit: 3991

Examiner Response:

Patentee's analysis is deficient in the following ways.

The *Holschermann* Fig. 3 assay of TF-mRNA expression employs a dye (e.g. ethidium bromide) that is less sensitive than the radiolabel employed in Fig. 4 for detecting NF-κB in the EMSA assay and Fig. 3 is a colorimetric assay that is more difficult to visualize than the black and white radiolabel utilized in the Fig. 4 assay, especially when viewing a photocopy of a photocopy.

Upon viewing the original *Holschermann* document, even in black and white, the Examiner was able to visualize in Fig. 3 discernible bands representative of Lane 2 (*ex vivo* unpurified) and particularly Lane 3 (more pure sample), both of which represent the presence of TF mRNA in the *ex-vivo* blood samples. This observation is consistent with the *Holschermann* teaching (p.4235, right column, with emphasis) that

> "Cells obtained from transplant recipients in the presence of low baseline CsA blood levels (sample before CsA administration) **exhibited moderate TF mRNA expression** in the absence of LPS" (representative of Fig. 3 Lanes 2 and 3) and "a strong TF mRNA expression when challenged with LPS" (representative of Fig. 3, Lane 4 which is more readily visible).

Thus, contrary to patentee's argument, the presence of NF-κB in human transplant patient's PBM's shown in the EMSA assay Fig. 4 Lanes 1-3 <u>correlates with</u> moderate TF mRNA expression in the same transplant patient as indicated in the Fig. 3 assay.

7. <u>Patentee Argument</u>: *With regard, to the Fig. 4 data, Holschermann provides no indication on how many patients this data is based on, or the degree to which the effect was reproducible from patient to patient.* Dr. Verma Declaration ¶ 72.

Examiner Response:

*Holschermann* (p. 4232, right column under "Methods" to p. 4233) describes the demographics of the ten heart transplant recipients and their "Baseline Patient Characteristics" (see Table 1) from which blood was extracted and purified for use in their assays and further discusses in detail the electrophoretic mobility shift assay (EMSA) utilized (see pp.4233-4234) to obtain the Fig. 4 data.

Regarding reproducibility, the article further indicates (p.4236, left column; and Fig. 4) that "In cells obtained from transplant recipients during low baseline CsA blood levels (before CsA administration), strong NF-κB binding activity was detected" and that the "[S]pecificity of the binding reaction was shown by the competition with unlabeled consensus oligonucleotides" in which the "[A]nalysis was performed *in triplicate*". See explanation under Fig. 4 page 4236.

8. Patentee Argument: *Regarding the Fig. 4 data Holschermann provides, the apparent decrease in binding in extracts from CsA treated patients cannot be interpreted as showing decreased binding of NF-κB. Several studies (Giffin 2003, Kinoshita et al. 1997) have demonstrated that the consensus sequence that Holschermann used in the EMSA to assess binding of NF-κB binds other transcription factors, such as NFAT. Accordingly, the EMSA binding assay Holschermann used lacked sufficient controls, such as an appropriate antibody control, to confirm that the binding complex reported as being affected by CsA was in fact NF-κB. As the data in Fig. 4 is insufficient to demonstrate that CsA reduced NF-κB binding in the patients Holschermann studied, one could not reasonably infer from this study that NF-κB activity was reduced in all patients during prior use of CsA as described in 1985 PDR, Griffith 1981 and Griffith.* Dr. Verma Declaration paragraph 72.

Examiner Response:

Contrary to patentee's argument, the *Holschermann* document provided further evidence to confirm the NF-κB-mediated affect of CsA on gene expression in PBM's.

The established role of NF-κB in affecting gene expression in monocyte containing PBM's was recognized by the *Holschermann* document "[T]he observed decrease inTF mRNA expression in mononuclear cells obtained during high CsA blood levels led us to *investigate the activation of the transcription factor NF-κB, known to be required for TF gene transcription in monocytes*". See p.4235, right column.

Upon evaluating Fig. 4 data addressing the presence of NF-κB *both* before and after CsA administration, *Holschermann* concluded that "cells separated from the blood in the presence of high CsA concentrations exhibited decisively reduced NF-κB binding activity. See p.4236, left column.

Accordingly, the Fig. 4 evidence evidence suggests that the transcriptional activation of the monocyte TF gene is inhibited in the presence of high CsA blood

concentrations *in vivo* which acts to prevent the marked activation of the NF-κB transcription factor by its ability to abolish the inducible phosphorylation and degradation of the cytoplasmic inhibitor protein IκB. See p. 4237, 2nd full ¶.

Regarding, the NF-κB consensus sequence utilized by *Holschermann* (5'-AGTTGAG<u>GGGACTTTCC</u>CAGGC-3') this sequence comprises the underlined <u>GGGAATCTCC</u> NF-κB binding sequence which corresponds to that disclosed in the instant patent specification (col. 37, Table 2 : 1st sequence) as well as the patent's "consensus sequence" (see Table 2, last sequence and col. 36, lines 5-15), both of which are suggested for use in EMSA assays.

Although, it is true that the *Giffin and Kinoshita* documents indicate the ability of the transcriptional regulator NFAT to bind an NF-κB binding sequence, unlike NF-κB, there is no evidence of record that NFAT regulates tissue factor (TF) transcription in peripheral blood monocytes (PBM'S). Additionally, there is no evidence of record that the role of NFAT (and NF-κB) in regulating IL-2 expression is extrapolatable to TF expression in PBM's as alleged by the patentee. In this respect, it is also noted that the instant claims are not limited to exclusive NF-κB regulation of gene expression.

Regarding controls it is noted that *Holschermann* utilized controls employing monospecific antibodies against NF-κB family members in competitiive binding assays in order to ensure binding specificity. See p.4233, bottom ¶ and Fig. 4 description.

Finally, regarding reduced NF-κB <u>in all patients</u>, the instant claims do not require the use of an NF-κB inhibitor that achieves 100% NF-κB inhibition and/or successfully treats 100% of the patients.

9: <u>Patentee Argument</u>: *Holschermann does not provide a sufficient basis from which one could infer that the patients studied were characteristic of transplant patients treated with CsA as described in the cited references published before 1989. Both Griffith 1981 and Griffith 1984 note the effects of CsA in vivo can vary from patient to patient in part from the high incidence of toxicity and various side effects, and considerable variability in blood and tissue levels. Holschermann observed "a high inter-individual variation in monocytes TF inducibility." (p. 11). Dr. Verma Declaration ¶ 74.*

Examiner Response:

Enablement, and not actual reduction, is required for anticipation. As discussed above, the *Holschermann* document (p 4232, right col.under "Methods" to p.4233) describes in detail the demographics of the ten heart transplant recipients and their "Baseline Patient Characteristics" (see Table 1) from which blood was extracted and purified for use in their assays and additionally discusses in detail the EMSA assay utilized (see pp. 4233-4234). Further, patient variability, toxicity and side effects are common variables in any clinical study and the demographics and patient number in the *Holschermann* study would be expected to adequately account for these variables.

Regarding, *Holschermann's* statement of observing a high interindividual variation in monocyte TF inducibility, *Holschermann* goes on to further indicate that their study nevertheless showed that the levels of monocyte TF expression remained essentially constant in individual patients. See *Holschermann* p.4237, right column first full paragraph.

Accordingly, *Holschermann* provides a sufficient basis from which one could infer that the patients studied were characteristic of transplant patients treated with CsA as described in the cited references published before 1989.


8.    Claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, and 93-97 are rejected under 35 U.S.C. 102(b) as being anticipated by *Reed* et al., J. Immunol. 137 (7/86): 150-154 as evidenced by *Brini* Eur. Cytokine Net. 1: 131-139 (Sept. 1990). See MPEP 2131.01 (evidence of inherency).

**Rejection Summary:** *Reed* teaches cyclosporin A (CsA) administration of cells, which, as is shown from *Brini*, inherently reduces NF-κB activity and thus would inhibit expression of genes whose transcription is regulated by NF-κB activity. The inhibition is done by reducing binding of NF-κB to NF-κB recognition sites, which also decreases the level of NF-κB not bound in a NF-κB-IκB complex, inhibiting the passage of NF-κB into the nucleus of cells, inhibiting modification of an IκB protein, and inhibiting degradation of an IκB protein. The prior art references also teach CsA administration to different cell types.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by

Application/Control Number: 90/007,503; 90/007, 828            Page 67
Art Unit: 3991

diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing
the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated
gene expression of a cytokine protein (claim 5) in a eukaryotic cell.The *in vivo* effect of
CsA in reducing NF-κB activity in human PBM cells isconfirmed by tests using CsA in
human PBM cell cultures.

    For example, *Reed* taught the prior art use of CsA in human PBM cell cultures
that had been induced with phytohaemaglutinin (PHA). In particular, *Reed* teaches that
CsA (1ug/ml) significantly reduced PHA induced IL-2 R alpha gene transcription (Figs. 1
and 2) and Tac antigen surface expression (Fig. 3b) in human PBM cells:

> The data presented here demonstrate that CsA and DEX concentrations
> that inhibited PHA-induced proliferation by about 80 to 90% diminished
> by about 50% (on average) the expression of receptors for IL-2 on PBMC.
> This inhibition of IL-2 receptor expression occurred at least in part at a
> pretranslational level and involved a reduction in both high affinity and
> low affinity forms of the receptor. *Reed* at 152.

*Reed* also found that CsA reduced IL-2 gene transcription:"1ug/ml CsA and $10^{-4}$ M DEX
completely blocked the PHA-induced accumulation of mRNA for IL 2 (Fig. 2)." *Id* at 151.

    Several years later, *Brini* also looked at the effect of Cyclosporin A on IL-2
Receptor-α production and Tac antigen surface expression and confirmed *Reed's*
results:

> These results are in accordance with Reed et al., who found that CsA
> inhibits Tac induction in mitogen-activated PBMC. The CsA-mediated
> reduction in Tac antigen expression on T-cells was reflected by a decrease
> in the steady state mRNA levels of the IL-2Rα chain (Figure 2). *Brini* at 137
> (citations omitted).

*Brini* then went on, however, to show that CsA, as administered in the prior art, reduced
binding of NF-κB to NF-κB recognition sites for more than one NF-κB -meditated gene:

> CsA reduced the PHA-induced binding of transacting factors from T-cells
> and κB-like sequences which are present in the IL-2Rα gene and in the
> HIV-1 LTR (Figures 3 and 4). *Brini* at 137.

Notably, *Brini* assessed NF-κB activity in an EMSA (Fig. 5) using the same HIV-1 LTR
site as used by the instant '516 patent to assess NF-κB activity and binding. As such
*Brini* concluded that CsA regulated IL-2Rα gene expression by reducing activation of
NF-κB:

Application/Control Number: 90/007,503; 90/007, 828                   Page 68
Art Unit: 3991

> Taken together, these results suggest that one of the effects of CsA in the
> regulation of the IL-2Rα chain expression in human peripheral T
> lymphocytes is on the activation of sequence specific DNA-binding
> proteins which recognize sequences containing the NF-κB binding site. *Brini* at
> 137.

Using the same inducer, the same immune cells, and the same concentration of
CsA as in *Reed*, *Brini* showed that CsA reduced NF-κB activity and NF-κB –mediated
IL-2 Receptor-α gene expression in PBM cells. In this respect, the instant '516 patent
confirms that the IL-2 receptor alpha (IL-2Rα) gene is regulated by PHA-induced NF-κB
activity in T-cells. Col. 17, lines 21-24 ("NF-κB is induced in T-cells by a trans-activator
(tax) of HTLV-1 or by PMA/PHA treatment and thereby activates the IL-2 receptor alpha
gene and possibly the IL-2 gene"). Thus, *Brini* and the related human T-cell culture
studies discussed below confirm that CsA necessarily and inherently reduced NF-κB
activity and resulting gene expression in PBM cell cultures as taught in *Reed*, thus
anticipating at least claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-
62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97. A claim element-by-element
comparison is provided in *Exhibit H-2* of the 90/007,503 Request (incorporated by
reference).

### *Discussion*

Initially, it is noted that the above rejection was modified in response to
patentee's amendment canceling claims 7, 28, 39, 81, 83, 85, 86 and 203.

1. Patentee Argument: *Reed does not show reduction of NF-κB activity in induced cells,
as required by the claims since Reed teaches "CsA was always added to the cells 20 to
30 minutes before other reagents (which included PHA)." Reed at 150.* Declaration of
Dr. Verma, ¶¶ 54-55.

Examiner Response:

The feature upon which patentee relies (i.e, *in vitro* cell contacting with inducer
prior to contacting with an inhibitor) is not recited in the rejected claim(s).

Additionally, as discussed in the claim interpretation *supra*, the instantly claimed
invention would encompass "pretreating" cells with an NF-κB inhibitor.

Further, the *Reed* reference clearly addresses the ability of CsA to <u>inhibit</u> gene
expression in a eukaryotic activated cell : "Although both CsA and DEX inhibited IL-2
receptor expression by about 50%, only CsA blocked the PHA-mediated induction of IL-
2 (receptor) responsivity in PBMC cultures". See *Reed* Abstract.

Application/Control Number: 90/007,503; 90/007, 828                    Page 69
Art Unit: 3991

2. Patentee Argument: *As discussed above, none of the data in Brini demonstrate that CsA either reduced NF-κB activity, or provide any basis for concluding that under the experimental conditions Brini used, IL-2 receptor expression was regulated in any way by NF-κB. Brini has no data regarding I-κB, let alone any data regarding degradation or modification of I-κB. Brini also does not provide data demonstrating that CsA inhibited translocation of NF-κB into the nucleus.* Dr. Verma Declararation, ¶ 56.

Examiner Response:

The argument that *Brini* fails to provide evidence linking CsA inhibition to NF-κB fails to appreciate the whole *Brini* reference teaching of CsA inhibition via NF-κB including teaching a mechanism involving inhibition of PPIase (*Brini* at page 137). The following is a summary of the *Brini* teaching:

A. Fig. 1: in vitro gel mobility shift assays using 245-291 IL-2Ralpha enhancer and HIV LTR enhancer comprising NF-κB binding sequences showed the same band increased with PHA was inhibited by CsA treatment 24 and 48 hours post-activation. See Abstract; page 132-133, Fig. 1; page 137, left column at top.

B. Fig. 2: northern blot IL-2Ralpha chain mRNA in human peripheral blood T-cells: "IL-2Ralpha mRNA's were readily induced by PHA and pretreatment with CsA at 1ug/ml before cell activation caused a significant inhibition of the of IL-2Ralpha mRNA induction" (page 134, left column). "The CsA-mediaed reduction in TAC antigen expression on T-cells was reflected by a decrease in the steady state mRNA levels of the IL-2Ralpha chain (Figure2)" (page 137 at top).

C. Fig. 3: T-cell nuclear extracts (gel mobility shift assay): gel retardation pattern using radiolabeled 245-291 IL-2Ralpha chain enhancer oligonucleotide sequence containing NF-kB binding sequence. Showed that "... CsA blocked the activation of specific transacting factor(s) able to interact with the regulatory sequence of the IL-2Ralpha." (page 135, left column).

D. Fig. 4: T-cell nuclear extracts (gel mobility shift assay): gel retardation patter using radiolabeled HIV-1 LTR oligonucleotide sequence containing NF-kB binding sequence. Showed the same pattern of binding activity as 245-295 IL-2 enhancer in Figure 3. See abstract; pages 134-135.

E. Figure 4: T-cell nuclear extracts (gel mobility: competitive binding assay) PHA-stimulated T-cells incubated for 15 minutes with 50-fold excess of unlabeled double stranded oligonucleotides of IL-2Ralpha, HIV-1 LTR or AP-1 site prior to addition of corresponding radiolabeled sequences. Unlabeled 291-245 IL-2Ralpha and unlabeled HIV-1 LTR blocked the formation of the corresponding radiolabeled oligonucleotide sequences. Pages. 135-136 and Figure 5 description.

Application/Control Number: 90/007,503; 90/007, 828          Page 70
Art Unit: 3991

In accordance with the Fig. 3 and 4 data *Brini* concluded that "CsA reduced PHA-induced binding of transacting factors from T-cells and kB-like sequences which are present in the IL-2Ralpha gene and in the HIV-1 LTR (Figures 3 and 4)" page137, bottom ¶.

3. Patentee Argument: *The Brini 1990 inherency document fails to "repeat the use" described in the Reed 1986 prior art document noting the following differences:*

| *Reed 7/86:* | *Brini 9/90* |
|---|---|
| *PHA + PMA* | *PHA alone as inducer* |
| *PBMs (human peripheral blood mononuclear cells)* | *>95% pure CD3 T-lymphocytes)* |

*It is further asserted that PBM cells (Reed at page 150):*
*a. do not refer to a single defined cell type but include a heterogenous cell population comprised of T and B lymphocytes, NK cells, moncytes and macrophages;*
*b. vary depending upon protocol and conditions of isolation;*
*c. studies reported conflicting data in PBM cells regarding the particular endpoint Reed measured, IL-2 receptor alpha expression.*
See Attorney 11/17/06 Response pages 70-71; Dr. Verma Declaration ¶¶ 58-59 citing Exhibit 15: *David et al.* Blood (1998) 165-172 at pages 165 and 170-171.

Examiner Response:

Initially, it is noted that the reference method must be enabled but there is no legal requirement that the inherency evidence "repeat the use" as alleged by the patentee.

With respect to the first purported difference, the patentee is in error since both *Reed* and *Brini* teach PHA alone as an inducer.

With regard to the second difference addressing cell population (*Brini* human T-cell vs *Reed* human PBM cells) and the citation of the *David* article, the following is noted:

Regarding different cell types, although the *David* article teaches that *Reed's* heparinized Ficoll-Hypaque purified human PBM cells most likely comprise a heterogenous cell population (T and B lymphocytes, NK cells, monocytes and macrophages) it is noted that the the *David* article teaches that B lymphocytes failed to express any IL-2R chains (Abstract, lines 8-9) and "[I]t has been shown that CsA acts

Application/Control Number: 90/007,503; 90/007, 828                    Page 71
Art Unit: 3991

primarily on T lymphocytes sparing the immunocompentence of B cells and
macrophages" (*Kronke* PNAS USA 81, 5214-5218 at 5214 left column, 1ˢᵗ full ¶).

        In this respect, *Reed* specifically addressed in its assays the ability of CsA to
inhibit PHA-mediated induced expression (e.g. IL-2R) in T-cells (e.g. see *Brini* abstract)
by using a monoclonal antibody (anti-Tac or IgG2a) specific for activated and
functionally mature human T-cells. See *Reed* at page 151, left column. Accordingly, it is
clear that *Reed* was assaying IL-2 receptor alpha expression of a PBM T-cell fraction
which is consistent with the *Brini* documents' acknowledgement of the *Reed* teaching
that CsA inhibits IL2R alpha chain (Tac) surface expression in human mitogen (PHA)
activated PBMC (Brini at page 131, right column).

        In fact, both *Brini* and *Reed* address by assay, the ability of CsA to inhibit
expression of a specific IL-2 receptor subunit using *anti-Tac monoclonal antibody* for
activated and functionally mature human T-cells (See *Brini* at page 131, right column to
page 132, left column and page 132, right column under "Flow cytometric analysis"; and
*Reed* at page 151, left column, 1ˢᵗ ¶ and summary of citations (13) and (14) on p.154).
In this respect, the *David* document does not address the *Brini and Reed* use of specific
monoclonal assays (with controls) to target T-cell specific IL-2 receptors.

        Regarding, the problems of IL-2R subunit expression being sensitive to blood
collection and PBMC preparation (*David* p.171) and conflicting prior art data regarding
IL-2R expression (*David* p.170, right column), it is noted that the *David* document
teaches that using a blood collection and PBMC preparation protocol, such as
heparinized Ficoll-Hypaque purified PBM cells (employed by both *David* and *Reed*)
serves to address these problems.


4. <u>Patentee Argument</u>: *In support of his arguments regarding Reed, the Examiner also
contends that "expression levels of IL-2 Receptor-alpha is taught by the '516 patent to
be regulated by PHA-induced NF-κB activity in T cells." (8/2/06 Office Action at p.26).
As noted before, the Examiner's interpretation of the '516 patent is erroneous as the
passage the Examiner cites to notes only that " NF-κB is induced in T cells...by
PMA/PHA treatment and thereby activates the IL-2 receptor alpha gene..." (Office
Action at 25). As discussed above, the data in the '516 patent indicate that treatment of
T cells with PHA alone does not result in any measurable activation of NF-κB, in*

Application/Control Number: 90/007,503; 90/007, 828                          Page 72
Art Unit: 3991

*contrast to treatment with PMA, or PMA in combination with PHA. Moreover, the '516
patent examples the Examiner refers to (Fig. 24) were conducted with a human T-cell
lymphoma cell line, and not under the experimental conditions of Reed using PBM cells.*
Dr. Verma Declaration ¶ 60.

Examiner Response:

As pointed out in the rejection above, the *Brini* document suggests the mechanism

that produces *Reed's* CsA inhibition of T-cell expression of IL-2R alpha that is further

supported by patentee's own specification statement now produced in context:

> Recently, NF-kappa.B has been implicated in several other inducible systems.
> For example, <u>NF-kappa.B is induced in T-cells</u> by a trans-activator (tax) of HTLV-
> 1 or <u>by PMA/PHA treatment and thereby activates the IL-2 receptor .alpha. gene</u>
> and possibly the IL-2 gene. Bohnlein et al., Cell, 53:827-836 (1988); Leung, K.
> and G. Nabel, Nature, 333:776-778 (1988); Ruben et al., Science, 241:89-92
> (1988); Cross et al., Science, (1989); and Lenardo et al., Proc. Natl. Acad. Sci.
> USA, 85:8825-8829 (1988). '516 patent, col. 17, lines 20-28 (relevant part
> underlined).

Accordingly, both *Brini* and the instant patent (see underlined text above) teach that

PHA (and/or PMA as underlined above) activation of T-cells would release NF-κB and

affect protein expression. See also instant patent at col. 35, lines 13-20 (role of

activated NF-κB in transcription of IL-2R alpha).

The instant patent's Fig. 24 A displays the presence of NF-κB in nuclear extracts

prepared from Jurkat cells (human T-leukemia cells) stimulated by PHA, PMA or PHA

and PMA.

Patentee's statement that the '516 patent indicates in Fig. 24A that treatment of T

cells with PHA alone does not result in any measurable activation of NF-κB is not

accurate since "...extracts made from Jurkat cells which had been stimulated either with

PHA or PMA *contained detectable levels* of NF-κB". See instant patent col. 72, lines 65-

col. 73, line 6 and Fig. 24A, lane 5.

Accordingly, to the extent that the Fig. 24A data regarding <u>PHA activation in

Jurkat cells</u> *is even relevant* to <u>PHA activation in normal human T-cells (Brini and

Reed)</u>, measurable NF-κB activation in Jurkat cells did occur.

Application/Control Number: 90/007,503; 90/007, 828                     Page 73
Art Unit: 3991

    In any event, with respect to IL-2Rα expression, *Brini* recognized that CsA

shows no inhibitory effect on surface expression of IL-2Rα in the human Jurkat T-cells,

in contradiction to the ability of CsA to inhibit PHA induced IL-2Rα expression in

normal T-cells (as in *Brini*) and PBMC (as in *Reed*). See *Brini* p.131, right column (see

also *Brini* teaching of CsA inhibition of Tac or IL-2Rα surface expression in murine

thymocytes).

    Accordingly, the Fig. 24A data showing detectable, but small NF-kB amounts in

PHA activated Jurkat leukemic T-cells, is consistent with the inability of CsA to inhibit IL-

2Rα expression in these cells as recognized by *Brini*.


5. Patentee Argument: *Regardless, we know now that CsA affects the activity of NFAT,
not NF-κB.* Dr. Verma Declaration ¶ 60.


Examiner Response:

    It is noted that the instant claims do not require the use of a selective NF-κB

inhibitor. Accordingly, CsA is within the scope of the instant invention even if it down-

regulates a protein's expression via **both** NF-κB and NFAT.

    In contradiction to patentee's argument, the accumulated scientific evidence

indicates that CsA exerts its effect via an NF-κB mediated expression mechanism for

different proteins (IL-2, IL-2 receptor: IL-2Rα and Tissue factor or TF) in different

human and viral cell types:

    *Schmidt and Emmel* references teach that CsA acts on NF-kB mediated IL-2
and HIV protein transcription.

    *Brini* reference teaches that CsA affects NF-kB mediated IL-2 receptor and HIV
protein transcription including teaching a mechanism of action (at the level of the NF-κB
-IkB complex: inhibition of PPIase activity). CsA inhibits IL-2Rα chain expression in T-
cells by NF-κB -like protein.

    *Roman-Blas* (citing Frantz et al. and Meyer et al.) The Roman-Blas document
teaches therapeutic strategies (e.g. arthritis) based on the established role of
immunosuppressive agents, including CsA, to inhibit the NF-κB pathway by affecting

the NF-κB-IκB complex in murine macrophages, Jurkat lymphoma cells, and mouse and human T-lymphocytes.

*Holschermann* teaches that CsA administered to heart transplant patients interferes in the NF-κB pathway (by abolishing inducible phosphorylation and degradation of IκB) to inhibit an NF-κB regulated effect (tissue factor expression).

9.    Claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, and 93-97 are rejected under 35 U.S.C. 102(b) as being anticipated by *Kronke* et al.(PNAS USA 81 (8/84) 5214-5218) or *Siebenlist* et al.(Mol. And Cell Biol. 6 (9/86) 3042-3049) as evidenced by *Schmidt* et al., J. Virology 64:4037-4041 (August 1990), *Emmel* et al. Science, 246 (Dec. 1989):1617-20 and the *Dr. Manolagas Declaration.* See MPEP 2131.01 (evidence of inherency).

**Rejection Summary:** *Kronke,* or *Siebenlist* teach cyclosporin A (CsA) administration of cells, which, as is shown from the teachings of *Schmidt and Emmel,* inherently reduces NF-κB activity and thus would inhibit expression of genes whose transcription is regulated by NF-κB activity. The inhibition is done by reducing binding of NF-κB to NF-κB recognition sites, which also decreases the level of NF-κB not bound in a NF-κB-IκB complex, inhibiting the passage of NF-κB into the nucleus of cells, inhibiting modification of an IκB protein, and inhibiting degradation of an IκB protein. The prior art references also teach CsA administration to different cell types.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated gene  expression of a cytokine protein (claim 5) in a eukaryotic cell.

The effect of CsA on reduction of NF-κB activity as administered in the prior art is also confirmed by tests involving the use of CsA in human T-cell (Jurkat) cultures including two prior art references, *Kronke* and *Siebenlist*. Using the same inducers, the same human immune cells, and the same concentration of CsA taught in *Kronke* and *Siebenlist*, *Schmidt* and *Emmel* provide confirming extrinsic evidence that the use of CsA in Jurkat cells reduced NF-κB activity. Thus, CsA is clearly recognized to have necessarily and inherently reduced NF-κB activity and resulting gene expression in those cells as called for by the instant claims. *Kronke* and *Siebenlist* each disclosed the use of phytohaemaglutinin (PHA: 1ug/ml) and PMA (50ng/ml) to induce human T-cells (Jurkat cells). These compounds are described in the instant '516 patent as being inducers of NF-κB activity (see e.g., '516 patent, col. 33, lines 52-59). *Kronke* and *Siebenlist* also reported on the effect of 1ug/ml CsA (among other concentrations) on

the cell cultures. Both references report that IL-2 (also known as "TCGF") gene
transcription and/or expression was increased with administration of the NF-κB inducers
phytohaemaglutinin (PHA) and phorbol 12-myristate-13-acetate (PMA), and that such
induced IL-2 expression was reduced by CsA:

> The results of our study demonstrate that TCGF [IL-2] mRNA accumulation in
> induced Jurkat cells is diminished by CsA in a dose-dependent manner and that
> CsA acted by blocking TCGF mRNA transcription. *Kronke at page 5217.*

         \*             \*             \*           \*

      CsA at 1 ug/ml ... prevented IL-2 message induction. *Siebenlist at page.3044,*
*Fig. 2.*

      Using the same conditions and the same EMSA and CAT reporter assay formats
as described in the instant '516 patent, the *Schmidt* reference clearly demonstrates that
CsA as utilized in the *Kronke and Siebenlist* references reduced NF-κB activity in Jurkat
cell cultures. *Schmidt* reported, however, that there were inducers of NF-κB, which had
different mechanisms of induction than PHA-induction, for which CsA had no effect.
Specifically, *Schmidt* found that phorbol 12-myristate-13-acetate (PMA)-mediated
induction of NF-κB activity was not affected by CsA. The NF-κB CAT reporter assay
confirmed this data, as depicted in Figure 4 ("CsA inhibited the PHA-derived activation
signal but not the PMA signal." *Id.* at 4039).

      Similarly, *Emmel* describes the effect of 1ug/ml of CsA on NF-κB activity in
Jurkat cells that had been induced with both PHA and PMA. As shown in Figure 1,
1ug/ml CsA (among other concentrations), reduced NF-κB activity ("NF-κB binding was
reduced 10-20% in nuclear extracts of CsA-treated cells": *Emmel* at 1618).
Furthermore, a CAT assay confirmed these results, as shown in Figure 2d (*Emmel* at
1618) which demonstrates that CsA significantly reduced NF-κB activity at the same
1ug/ml concentration taught in *Kronke* and *Sibenlist*, as shown by the reduced
expression of the NF-κB regulated CAT gene in those cells.

      Thus, as discussed above, and in the *Dr. Manolagas Declaration (Exhibit J: ¶¶*
*25-32 of 90/007,503 request: incorporated by reference)*, Schmidt and Emmel confirm
that *Kronke* and *Siebenlist,* which disclose the inhibitory effect of CsA on NF-κB activity
in Jurkat cell cultures, anticipate claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38,
40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97of the '516 patent
(and as shown in *Exhibit H-3* of 90/007,503 request: incorporated by reference).

### *Discussion*

      Initially, it is noted that the above rejection was modified in response to

patentee's amendment canceling claims 7, 28, 39, 81, 83, 85, 86 and 203.

Application/Control Number: 90/007,503; 90/007, 828                    Page 76
Art Unit: 3991

1. Patentee Argument: *None of experiments in Siebenlist describe use of CsA in cells* ***first induced*** *with PHA and PMA and therefore none of the methods of using CsA that Sienbenlist describes would have reduced either induced NF-κB activity or induced NF-κB -mediated intracellular signaling. Kronke describes only a single experiment in which cells were treated with CsA after exposure to PHA/PMA, and concludes in the title of Table 1 "CsA does not inhibit PHA- and PMA- induced expression of TCGF receptors in Jurkat cells." Moreover, as is evident from Fig. 4, CsA treatment appeared to have a significant effect on IL-2 expression only when CsA was added either before or with PHA/PMA treatment, but not when added after cells had been induced with PHA/PMA. Kronke at 5217. Indeed, when added four hours after induction, CsA did not alter TCGF (IL2) mRNA levels. Id. at 5216. These data suggest that while treatment with CsA appeared able to prevent induction of IL-2 expression, it had no substantial effect on induced IL2 expression.* Declaration of Dr. Verma, ¶ 63.

Examiner Response:

The feature upon which patentee relies (*in vitro* cell contacting with inducer prior to applying an inhibitor) is not recited in the rejected claim(s).

Additionally, as discussed *supra*, the instantly claimed invention would encompass administering an NF-κB inhibitor prior to, with or subsequent to the addition of an NF-κB activating compound.

Even assuming arguendo, that cell activation must precede inhibition as argued by the Patentee, the *Siebenlist* reference teaching encompasses Jurkat cell activation preceding CsA inhibition.

Initially, as discussed in the rejection above, *Siebenlist* clearly teaches CsA inhibition (or modification or reduction) of IL-2 expression in a eukaryotic or mammalin Jurkat cell resulting from an external stimulus (PHA and PMA) within the scope of the instant claims.

Additionally, *Siebenlist* teaches that "Jurkat cells were stimulated with PHA and PMA for the times indicated" (Fig. 2B bands) which demonstrated that "Jurkat cells are **rapidly inducible** for IL-2 with substantial amounts of IL-2 message apparent after 2.5 h of stimulation (with emphasis). High message levels for IL-2 were observed for well over 8.5 h (Fig. 2B)" (See *Siebenlist* right column, lines 15-20).

Siebenlist further teaches that "In the case of Jurkat cells, a 2.5- and 4.5-h stimulation were done also **in the presence of** CsA at 1ug/ml (see text), which prevented IL-2 message induction". See Figure 2. last two lines and Fig. 2B, last 2 bands.

The Siebenlist reference teaching of PHA and PMA stimulation done in the "presence of" CsA reads (chronologically) on addition of CsA either during or separately adding after PMA and PHA addition. Additionally, the rapid appearance of IL-2 message would support Jurkat cell activation prior to the action of CsA to further "prevent" ("or inhibit" or "diminish" or "modify") additional IL-2 message induction.

Patentee's arguments regarding Kronke are equally non-persuasive.

Patentee's Table 1 argument regarding Kronke's prior teaching (endnote 25) of lack of CsA inhibition of **IL-2 alpha- receptor** expression in Jurkat cells is not relevant to the rejection above regarding expression of **IL-2 (or TCGF)** in cloned leukemic T cells (Jurkat, subclone 32).

Patentee's second argument regarding Fig. 4 ("Time course of CsA action") that CsA only had a "significant effect on IL-2 expression" when introduced prior (1 hr: see circular first band, Fig. 4A) or "concurrent" with PHA and PMA (0 hr: see circular second band) is not persuasive since such an argument is not commensurate to the instant claims which do not recite a degree of inhibited expression. In this respect, Fig. 4A circular bands 3-5 representing CsA administration 30 min, 1hr and 2 hr clearly demonstrate inhibition of TGGF (IL-2) expression as compared to the larger circular band representing the 6 hr induced (PMA and PHA) Jurkat cell. See also Kronke discussion of Fig. 4 on page 5216, right column 2nd full ¶.

Additionally, "As shown in Fig. 4, 1 hr preincubation or concurrent administration of CsA resulted in almost complete inhibition of TCGF mRNA production" (with emphasis) (Kronke at page 5216, right column). Both Fig 4a (2nd spot compared to uninduced and Induced) and Fig. 5 (lanes 3-5 compared to lanes 1 and 2) teach the concurrent administration inhibited but did not prevent IL-2 expression nor did it preclude cell activating signaling and transcription.

Application/Control Number: 90/007,503; 90/007, 828                    Page 78
Art Unit: 3991

As discussed in the rejection above, *Kronke* clearly teaches CsA inhibition of IL-2 expression in a mammalin Jurkat cell resulting from an external stimulus (PHA and PMA) within the scope of the instant claims. See *Kronke page 5215 and Fig. 1; and pages 5216, right column ("CsA inhibits TCGF Gene Transcription") to 5217, left column and Fig. 4 and 5 with Table 2; and page 5217 under "Discussion to page 5218.*

## III.    VITAMIN D (CALCITRIOL) (references prior to 12/24/86):

10.    Claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 are rejected under 35 U.S.C. 102(b) as being anticipated by *Tsoukas* (Science 224 (6/84) 1438-40), *Lemire I* (J. Clin. Invest. 74 (8/84) 657-61), *Lemire II* (J. Immunol. 134 (5/85) 3032-5), *Rigby I* (J. Clin. Invest. 74 (10/84) 1451-5) or *Manolagas* et al. (JCE&M, 63(1986) 394-400 as evidenced by *Yu* et al. (PNAS USA 92 (11/95) 10990-4) and the *Declaration of Dr. Manolagas* (¶¶ 7-24) provided in the 90/007,503 request. See MPEP 2131.01 (evidence of inherency).

**Rejection Summary:** *Tsoukas, Manolagas, Lemire I, Lemire II or Rigby I* teach administration of calcitriol to humans, which, as is shown from the teachings of *Yu*, inherently reduces NF-κB activity and thus would inhibit expression of genes whose transcription is regulated by NF-κB activity.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claim 5) in a eukaryotic cell.

Calcitriol (1,25-dihydroxyvitamin $D_3$) is the active form of Vitamin D that has been administered to humans for decades.

There are numerous prior art publications that report the study of calcitriol in various human cell cultures, including human Jurkat (T-cell line) leukemic cells (citations omitted) and human peripheral blood monocyte ("PBM") cells, including *Tsoukas* (PBM), *Manolagas* (PBM) *Lemire I, Lemire II* and *Rigby I*.

*Tsoukas and Manolagas* teach that the administration of calcitriol (at least $10^{-8}$ M) in PBM cells reduced IL-2 activity; a result which was confirmed by *Lemire I, Rigby I* and *Lemire II* (e.g. *Lemire II* at 3034 demonstrated that calcitriol exhibited "a dramatic and specific reduction of IL-2 production by activated PBM ...").

Application/Control Number: 90/007,503; 90/007, 828                    Page 79
Art Unit: 3991

Independent studies show that IL-2 expression is regulated, at least in part, by NFκB . See *Manolagas Declaration* at page 8, ¶ 15 and documents cited therein.

*Yu* et al. under the same conditions utilized in *Tsoukas* and *Manolagas* (i.e. calcitriol application to PHA activated PBM cells) found that calcitriol reduced NF-κB as well as NF-κB –regulated gene expression in PBM cell cultures. *Yu* described the use of Electrophoretic Mobility Shift Assays ("EMSAs" as in Ex.15 of the instant '516 patent) and the NF-κB binding sequence of human IL-6 promoter to demonstrate (by EMSA) that calcitriol administration "caused a significant reduction in the DNA-protein complex, as evidenced by the decrease in the intensity of this band (lane 4)" (see *Yu* at 10993 and Fig. 5). This data was confirmed using Western blot analyses (Figs. 1 and 3), which showed that calcitriol added to PHA-activated cells (as taught in *Tsoukas* and *Manolagas*) "caused a significant decrease in the expression of p50 [subunit of NF-κB] at all time points examined". *Id.* at 10991-2.   In an analogous manner in human Jurkat leukemic cells transfected with a CAT gene regulated by NF-κB and activated with PHA, *Yu* found that calcitriol cell application resulted in reduced NF-κB gene expression. See Yu at 10993.

Although the mechanism may not have been known at the time of the *Tsoukas, Manolagas, Lemire I,* Lemire II and *Rigby I* publications, the *Yu* reference evidence proved that the administration of calcitriol by these prior art references necessarily and inherently reduced NF-κB activity in induced human cells (PBM/Jurkat) and reduced expression of NF-κB-regulated proteins (IL-2). Thus, these prior art references anticipate at least claims 1-2, 5-6, 8-9, 20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 of the '516 patent as shown on an element-by-element basis in *Exhibit H-4, H5 and H6* of the 90/007,503 request (incorporated by reference).

### *Discussion*

Initially, it is noted that the above rejection was modified in response to patentee's amendment cancelling claims 7, 28, 39, 81, 83, 85, 86 and 203.

Additionally, upon further consideration, the above rejection has been modified to withdraw the *Rigby II* reference that is cumulative.

1. Patentee Argument: *The cited publications describe experiments conducted in various types of cultured cells. None of these publications describe methods for using calcitriol in humans.* Dr.Verma Declaration ¶ 109

Application/Control Number: 90/007,503; 90/007, 828          Page 80
Art Unit: 3991

Examiner Response:

Anticipation requires an enabling disclosure, not actual practice. The cited prior art, as well as the state of the prior art, as discussed in the *Manolagas Declaration* (items 1-10), teach the biological activities such as calcium metabolism, cell division, differentiation, and immunosuppression in humans of Vitamin D and its active metabolite 1, 25-dihydoxyvitamin $D_3$ (calcitriol) and present laboratory evidence correlative to *in vivo* utility. An applicant (enabling a patent claim) or an examiner (enabling a reference) need not provide data from human clinical trials to establish utility for an invention or for enablement of a reference. This is especially true regarding references that are presumed operable and enabled absent rebuttal evidence (MPEP § 2121 at 2100-64 to 2100-67).

2. Patentee Argument:  *With the exception of Rigby I, the other prior art documents fail to administer calcitriol to cells in which NF-κB activity has first been induced by an external stimulus.  Tsoukas 1984 and Lemire I simultaneously stimulate (with PHA or other activators) while Lemire II either pretreat or simultaneously treat with calcitriol.* Dr.Verma Declaration ¶¶ 111-114.

Examiner Response:

As discussed *supra*, the two steps upon which patentee relies (*in vitro* cell contacting with inducer underlined followed by applying an inhibitor) are not recited in the rejected claim(s).

Additionally, as discussed *supra*, the instant invention encompasses administering an NF-κB inhibitor prior to, with or subsequent to administering an NF-κB activating compound.

Further, in contrast to patentee's argument, the prior art references establish the ability of calcitriol to "inhibit" protein (e.g. IL-2) production in an "activated" mammalian or eukaryotic cell(s) whether coincubated or subsequently contacted with an already actived cell as in *Tsoukas 1984* (Abstract, page1438 and Table 1) which teaches that vitamin D3 (calcitriol) "inhibited IL2" production in PHA "induced" human peripheral blood mononuclear cells (PBM) leucocytes when coincubated with PHA.

Application/Control Number: 90/007,503; 90/007, 828          Page 81
Art Unit: 3991

Similarly, *Manolagas 1986* taught the ability of calcitriol in the presence of PHA and calcium (Fig. 3) or a calcium chelator (EGTA) (Fig.4) to inhibit "PHA-activated PB*M". See also abstract.*

Contrary to patentee's argument, both the *Lemire I and II* references read on two separate steps with activation preceding the addition of calcitriol.

In *Lemire I*, human PBM cell cultures were activated with pokeweed mitogen (PWA), PHA or dermatophyton at the initiation of the culture period followed by the addition of 1,25-(OH)$_2$-D$_3$ *(see  p. 658 "Culture conditions" and  p 659).*

Similarly in *Lemire II* (see pages 3032 under "Cell culture conditions" to top of page.  3033 (top)) the cells are first activated with PWA, concanavalin A or PHA followed by the addition of $10^{-8}$ M 1,25-(OH)$_2$ which serves in the assays to suppress Ig production (see page 3033 under "Results and Discussion" and page 3034 right column: "… dramatic and specific reduction of IL-2 production by activated PBM incubated with 1,25-(OH)$_2$,-D$_3$).

However, even if *Lemire I or II* is drawn to a single co-administration step, as alleged by the patentee, it is clear from both of these documents that calcitriol is inhibiting DNA syntheses and Ig production (IgG and IgM) production in *already activated cells* (See *Lemire I,*  page 658, right column;  *Lemire II*  Abstract; page 3033 right col. under "Results and Discussion" and p. 3034, bottom right column).

3. Patentee Argument: *Yu (1995) fails to "replicate (or reproduce) the conditions" of the prior art references by use of a different PBM cell sample. Yu differs by using an additional Ficoll purification step to remove adherent monocytes which "constitutively" (i.e. naturally and therefore not stimulus induced) possess a vitamin D receptor (VDR) to obtain a non-adherent fraction comprising T and B lymphocytes, NK (natural killer) cells, monocytes and macrophages (citing David et al. Blood 1998 reference). In regard to evaluating the effects of calcitriol, removing the adherent (and calcitriol responsive) monocytes from the cell population would most likely hava a substantial effect on the overall effect of calcitriol in the cell culture."* See Dr. Verma Declaration ¶¶ 115-117; 11/17/06 Amendment at pages 72 and 73 reciting Trial Testimony day 13, page 17 Manolagas Deposition.

Application/Control Number: 90/007,503; 90/007, 828                    Page 82
Art Unit: 3991

Examiner Response:

Contrary to patentee's argument, evidence of an inherent property or effect present in a prior art document(s) need not be demonstrated by "repeating the use" of that prior art document.

As recited in the rejection above, the prior art references (*Tsoukas, Lemire I, Lemire II and Rigby I*) teach that contacting peripheral blood monocyte cells with calcitriol inhibits PHA-activated cytokine expression and the *Yu (1995)* document provides extrinsic evidence to reasonably support that calcitriol's immunological effect is mediated by NF-κB.

With respect to patentee's assertion of the absence of the adherent monocyte fraction producing a "substantial effect" on calcitriol's effects in culture, it is not seen how the *Yu (1995)* teaching of *NF-kB involvement* in calcitriol protein inhibition of activated PBM's in its assays would differ from that expected in the prior art PBM samples.

Further, patentee's argument is not supported by subsequent evidentiary references including those submitted by the patentee which cite the *Yu(1995)* findings regarding NF-κB involvement in calcitriol protein inhibition in PBM cells.

In this respect the *Adams document* (p.2948, right col.) acknowledges the cell line specificity of NF-κB activity and additionally cites references that teach the decreased NF-κB activity relating to calcitriol's inhibition of cytokine expression in PBM's including the *Yu (1995)* teaching of the following:

- Down-regulation of NF-κB protein levels in activated human lymphocytes by vitamin D3;
- Jurkat T cell calcitriol treatment's decrease in activation of an NF-κB -CAT reporter gene and
- Calcitriol's ability to decrease DNA binding of NF-κB subunits in human lymphocytes, *through inhibition of expression of the p50 NF-κB subunit and its precursor p105*

Similarly, citing *Yu (1995),* the *Takeuchi* document indicates that " ... it has been shown that 1 alpha, 25(OH)$_2$D$_3$ down-modulates NF-κB p50 protein and its precursor, p105 , in

human peripheral lymphocytes" which supports in a manner analogous to corticosteroids "... the involvement of *NFAT and* NF-κB in 1 alpha, 25(OH)$_2$D$_3$ mediated effects ... by which the steroid hormones exert their effects by targeting other transcription factors. ". *Takeuchi* at p.210, left col.

Each of the instant claims require "reducing NF-kB activity". The *Yu (1995)* teaching of calcitriol's <u>inhibition of NF-κB</u> expression in PBM's cells <u>would necessarily</u> "reduce NF-κB activity" and "reduce NF-κB mediated intracellular signaling" along every segment of patentee's intracellular proposed NF-κB messenger mechanism including interference at the level of the cytoplasm NF-κB / I-κB complex, translocation and nuclear protein expression.  See also *Declaration of Dr. Thomas D. Gilmore* pages 6-7, ¶ 14 *supra* under "claim interpretation" defining "reducing NF-κB activity" to encompass "altering the concentration or availability of NF-κB".

4. <u>Patentee Argument</u>: *Regarding the Yu (1995) Fig. 1 data evaluating the effects of calcitriol on NF-κB expression in PHA-activated human lymphocytes, there is no correlation between the time course for the processes measured in the earlier studies, such as IL-2 production and proliferation, and the purported inhibitory effects of calcitriol on NF-κB. In particular, Yu (1995) reports that substantial induction of p50 NF-κB expression occurred only 72 hours after treatment of PBMCs with PHA, with virtually no induction detectable at 24 hours (Yu 1995 at 10991; Fig. 1). In contrast, earlier studies observed that IL2 production peaked no later than 24 hours after PHA treatment. From this data, there is no basis for concluding that IL2 production was linked to induction of NF-κB activity.* Dr. Verma Declaration ¶118.

<u>Examiner Response</u>:

As discussed above, the *Yu(1995)* evidence need not "repeat the use" of the prior art references . Accordingly, the *Yu (1995)* assay results performed using their own samples and experimental conditions stand alone for their teaching of NF-κB involvement in calcitriol immunoregulation of human PBM's cells.

In this respect, the *Yu(1995)* document teaches that NF-κB in human lymphocyte samples was detectable in both the cytoplasm and nucleus by an anti- p50/ p105 antibody within 24 hours of PHA activation and "increased progressively" over a period of 72 hours. See *Yu (1995)*, right column.

Application/Control Number: 90/007,503; 90/007, 828                    Page 84
Art Unit: 3991

Thus, the *Yu (1995)* document provides evidence of the presence of NF-κB in the prior art PBM's samples upon being contacted with PHA.

The constitutive or PHA- induced presence of NF-κB in immunological cells (e.g. B or T-cells) as indicated by the *Yu (1995)* evidence is consistent with the teaching of the instant patent. See col. 17, lines 20-52; col. 26, lines 40-46; col. 29, lines 46-56; col. 30, lines 40-55; and col. 68, lines 34-56.

It is further noted that *Yu (1995)* teaches the ability of calcitriol to inhibit the presence of NF-κB (p50 and p105) when added simultaneously with PHA or 24, 48, 64, 68 or 70 hours following addition of PHA. See *Yu (1995)* p. 10992, left col.; and Fig. 3.

5. <u>Patentee Argument:</u> *The CAT reporter experiments (Yu 1995: Fig. 6) do not reproduce any use of calcitriol described in the cited primary reference since the transfected Jurkat cells used by Yu differ significantly from the PBM cells and Jurkat cells used in the prior studies. In particular, the artificial (quadruple repeat) NF-κB binding site, on which the reporter construct was based, is not found in any endogenous gene, and would not have been present in any of the cells used in the earlier studies. There is no basis for assuming that the response of this reporter construct reflects the regulation of any endogenous gene. These CAT data therefore provide no basis for assuming that calcitriol, as used in the prior studies, would have necessarily affected NF-κB mediated gene expression.* Dr. Verma Declaration ¶¶ 121-122.

<u>Examiner Response:</u>

As discussed above, the *Yu (1995)* assay results performed using their own samples and experimental conditions stand alone for their teaching of NF-κB involvement in calcitriol immunoregulation of human PBM's cells.

In utilizing an "artificial" NF-κB consensus sequence quadruple repeat construct p(NF-κB)$_4$-CAT in human leukemic T-cells (Jurkat cells) the *Yu (1995)* document teaches that calcitriol inhibits NF-κB regulatory sequence driven transcription. See *Yu (1995)* page 10993, left column 2nd full ¶ and Fig. 6.

More particularly, the use of this "artificial" NF-κB repeat construct "demonstrated that the inhibiting effect of 1,25(OH)$_2$D$_3$ on NF-κB protein syntheses is of functional relevance to NF-κB -driven transcription" and additionally that the "inhibiting effect of the activity of this promoter by decreasing the levels of such proteins induced

Application/Control Number: 90/007,503; 90/007, 828          Page 85
Art Unit: 3991

following lymphocyte activation rather than through a direct interaction of the 1,25 $(OH)_2D_3$ receptor with this DNA segment". [6] *Yu (1995)* page 10994, left column.

As pointed out by *Yu (1995),* the structure of the "artificial" NF-κB consensus sequence (in tandem) would ensure that "its transcription activity can be regulated only by proteins that recognize this consensus sequence." See *Yu (1995),* left column. Accordingly, there is a scientific basis for assuming that the response of this reporter construct would reflect endogenous gene regulation mediated by NF-κB consensus sequence(s).

Thus, the *Yu (1995)* document provides evidence of NF-κB's role in activated cytokine gene expression which is consistent with the instant patent's teaching that cytokine (e.g. interferon) gene expression is activated, at least in part, by induction of NF-κB. See instant patent col. 13, lines 14-28; and col. 14, lines 40-60.

6. <u>Patentee Argument</u>: *The CAT reporter (Yu Fig. 6) and EMSA (Yu Fig. 5) assays do not replicate the use of calcitriol in already induced cells as required by the claims because the cells were pretreated with calcitriol for 40 hours before being stimulated with PHA in the CAT assay and the cells were simultaneously treated with both calcitriol and PHA in the EMSA assay.* Dr. Verma Declaration ¶¶ 122 and 124.

<u>Examiner Response</u>:

*Yu (1995)* need not reproduce the use but need only provide an enabling teaching for purposes of anticipation. Additionally, the patentee's arguments are not commensurate in scope since the instant claims do not require the performance of an assay (CAT reporter assay, EMSA or otherwise) nor the conditions relating thereto.

7. <u>Patentee Argument</u>: *Regarding the electrophoretic mobility shift assay (EMSA) and Yu (1995) results in Fig. 5, it is questionable, absent appropriate antibody or mutational controls, that the bound complex (lane 4) represents <u>only</u> NF-κB binding activity (and not some other factor) since one would not expect to achieve significant competition with only a 5-fold excess of unlabeled competititor (Yu Fig. 5, lane 5); and competition with a "non-specific" oligonucleotide containing an AP-1 binding motif actually increased binding to the labeled EMSA probe (Yu Fig. 5, lane 7).* Dr. Verma Declaration ¶ 124.

---

[6] Vitamin D receptor (VDR) is a nuclear receptor that surfaces from the cytoplasm to bind ligand and translocates to the nucleus to affect transcription.

Examiner Response:

Using the same EMSA protocol, including the human IL-6 gene promoter, as in the instant patent, *Yu (1995)* confirmed the inhibitory effect of calcitriol on NF-κB expression as found in their previous assays. Additionally, the EMSA assays results (Fig. 5) are consistent with the results subsequently obtained in the CAT reporter assay (Fig. 6).

It is noted that the patentee has not provided any evidence challenging the reproducibility of the *Yu(1995)* results nor has any evidence been provided concerning the contamination of *Yu (1995)* samples with other transcription regulaters that bind the NF-κB enhancer.

Additionally, it is noted that the claims are not limited to NF-κB being the only mediator of calcitriol's immunoregulatory role in activated PBM cells.

8. Patentee Argument: *There is no evidence that NF-κB mediated any of the other effects of calcitriol that were investigated in the earlier studies described in the primary references. Calcitriol inhibited proliferation of PBMCs only when it was added during the first 24 hours data suggesting "that the antiproliferative effect of 1,25-(OH)$_2$D$_3$ is not the result of its effects on NF-κB." (Yu 1995 at 10994).* Dr. Verma Declaration ¶ 120; Patentee 11/17/06 response page 73 reciting admission of Dr. Manolagas in Trial Testimony, day 10, Manolagas deposition page 68.

Examiner Response:

Vitamin D$_3$ (calcitriol) affects bone and mineral (e.g. calcium) homeostasis, regulates the immune system and regulates cell growth, differentiation and death (apoptosis). See *Adams (2004)*, left column.

As pointed out in *Yu (1995)* at page 10994, and as admitted by Dr. Manolagas at trial, their data regarding calcitriol's inhibition of PBM cellular proliferation does not correlate to NF-κB activity

However, this result does not affect the above rejection which is directed to calcitriol's affect to reduce NF-κB activity related to calcitriol's PBM immunological effect and more particularly, the involvement of NF-κB in calcitriol's

Application/Control Number: 90/007,503; 90/007, 828                Page 87
Art Unit: 3991

immunosuppressive effect by inhibiting gene expression (e.g. cytokines such as IL-2) in
PHA activated PBM's.


9. Patentee Argument: *Yu (1995) at p.10994, last ¶ states that "[T]he relevance of the
inhibiting effects of 1,25(OH)$_2$D$_3$ on NF-$\kappa$B proteins to the immunoregulating properties
of this hormone is a matter of conjecture." Such speculation cannot reasonably support
a conclusion that the effect of calcitriol on IL-2 production or cell proliferation provides
evidence that use of calcitriol in any study described in any of the primary reference
necessarily reduced NF-$\kappa$B activity and consequent expression of NF-$\kappa$B regulated
proteins.* Dr. Verma Declaration¶120.

Examiner Response:

    Patentee has failed to appreciate the context of the *Yu(1995)* teaching since one

needs to consider what follows (starting with "Nevertheless .... to the end of the article)

the author's speculation. When taken in context, the author is commenting on a

proposed mechanism that takes into account "the down-regulating effect of 1,25(OH)$_2$D$_3$

on new syntheses of NF-$\kappa$B related proteins" as sustaining activated lymphocyte

function (which relies on both preexisting and "de novo synthesized NF-$\kappa$B subunits")

and the few hours delay needed for the lymphocyte to express the vitamin D receptor.

In this context the author expresses his speculation as follows:

    "In view of these considerations, it is *tempting to speculate* that the expression of
    the 1,25(OH)$_2$D$_3$ receptor following activation and the down-regulating effect of
    1,25(OH)$_2$D$_3$ on new synthesis of *NF-$\kappa$B*-related proteins represent a *biologic
    mechanism* whereby excessive lymphocyte activation might be prevented."
    *Yu (1995)* at page 10994, right column.

Accordingly, the author's speculation is not directed to the NF-$\kappa$B mediated effect of

calcitriol but toward a possible negative feedback mechanism regarding the calcitriol

receptor underline following calcitriol inhibition.

Application/Control Number: 90/007,503; 90/007, 828          Page 88
Art Unit: 3991

10. <u>Patentee Argument</u>: *Analyses of the IL-2 promoter in other studies has demonstrated that repression by calcitriol of IL-2 expression, as well as aspects of its immunosuppressive activity in T cells likely occurs through an NF-κB independent mechanism involving NFAT-driven transcription as a target. (Alroy et al 1995, Takeuchi et al. 1998 attached hereto as Exhibits 24 and 25). For example, Alroy et al. in PHA/PMA stimulated Jurkat cells, found when activated by calcitriol, the vitamin D3 receptor directly repressed the ability of NFAT to activate transcription of the IL-2 gene by interfering with assembly and binding of an NFAT/AP1 complex to the IL2 promoter, and thereby reduced IL2 gene expression. (Alroy at 6796, see also Alroy Figs. 3, 5 and 8). Similarly, Takeuchi found that calcitriol treatment of activated T cells "resulted in inhibition of NFAT complex formation" to the human IL-2 promoter NFAT site, as well as diminished NFAT-driven transcription of a reporter gene in calcitriol-treated Jurkat cells. (Takeuchi at 210, 215, Figs. 1 and 6). Notably, Takeuchi "found no significant effect of [calcitriol] on NF-κB binding activity under T cell activation conditions [ionomycin and PMA] used here." (Takeuchi at 215). Dr. Verma Declaration ¶ 119.*

<u>Examiner Response:</u>

The instant claims merely require the use of a compound (e.g. calcitriol) that exclusively <u>or non-exclusively</u> reduces NF-κB activity.

In this respect, as discussed *supra*, the *Adams* (exhibit 26) and *Takeuchi* (exhibit 25) documents specifically acknowledged the role of NF-κB in calcitriol inhibition of cytokine expression in PBM's citing the *Yu (1995)* document

Additionally, the *Adams* document further cites *Harant et al.* Eur. J. Biochem. 250, 63-71 (1997) (copy enclosed) which further positively cites *Yu (1995)* (Harant p. 64, left column) while additionally teaching the role of NF-κB in calcitriol's 50% inhibition of activated IL-8 expression in A3 human melanoma cells.

Accordingly, the ability of calcitriol to act via NF-κB (as demonstrated by *Yu 1995*) or NFAT, as demonstrated by *Alroy (exhibit 24)* and *Takeuchi (exhibit 25),* to affect cytokine expression does not adversely effect the instant rejection.

11. <u>Patentee Argument</u>: *Studies show that calcitriol treatment can increase NF-κB activity citing Adams et al. (2004) and Berry et al. (2002). Adams reports that calcitriol alone stimulated NF-κB activity in C3H10T1/2 cells. (<u>Adams</u> at 2948: Exh. 26). Berry reports that calcitriol increased NF-κB activity in a TPA-stimulated promyeloytic leukemia cells by stimulating phosphorylation and degradation of I-κB. (<u>Berry</u> at 183: Exh. 27). Such studies provide evidence that the Examiner is incorrect in assuming that calcitriol administration to cells reduces NF-κB activity. Dr. Verma Declaration ¶125.*

<u>Examiner Response</u>:

Vitamin $D_3$ (calcitriol) affects bone and mineral (e.g. calcium) homeostasis, regulates the immune system and regulates cell growth, differentiation and death (e.g. apoptosis). See *Adams (2004)*, left column.

The rejection is directed to <u>calcitriol's immunological (immunosuppressive) effect</u> in <u>(PBM's)</u> and more particularly, the involvement of NF-κB in calcitriol's immunosuppressive effect of inhibiting cytokine gene expression in PHA activated PBM's.

The *Adams* and *Berry* studies are not relevant to the above rejection since they address a different calcitriol effect (<u>cell growth, differentiation and apoptosis</u>) in <u>different cell types</u>, C3H10T1/2 mouse fibroblasts in *Adams;* and NB4 acute promyelocytic leukemia cells in *Berry*.

In this respect *Adams* (p. 2948, right col.) acknowledges the <u>cell line specificity</u> of NF-κB activity and additionally cites articles teaching the <u>decreased NF-κB activity relating to calcitriol's inhibition of cytokine expression in PBM's</u> including the *Yu (1995) teaching* and the *Harrant (1997)* teaching that in A3 human melanoma cells stably transfected with the IL-8 promoter luciferase construct, calcitriol inhibited activation of the reporter gene by 50%.

**IV. 5-ASA  (references prior to 12/24/86)**

11.    Claims 1-2, 5-6, 8-9, 20-27, 29, 31-38, 40, 53-62, 64-73, 75-80, 82, 84 and 88-97
are rejected under 35 U.S.C. 102(b) as being anticipated by *Dew* (Br. Med. J. 287
(7/83):23-24) as evidenced by *Baldwin II*, J. Clin. Invest. 107(1991):63-80, *Bantel* et al.
(Amer. J. Gastroenterology 287 (2000):3452), *Yan* et al. (J. Biol. Chem. 274 (1999)
366631-36) and the *David Baltimore Declaration* submitted February 2001 in the
08/464,364 application which issued as the Baltimore '516 patent. See MPEP 2131.01
(evidence of inherency).

**Summary:** *Dew* teaches administration of 5-ASA for the treatment of ulcerative colitis
in humans, which inherently reduced NF-κB activity in the cells of the patients, by a
mechanism including phosphorylation of IκB.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims
1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene
under transcriptional control of NF-κB. For example, NF-κB activity can be effected by
diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing
the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated
gene expression of a cytokine protein (claim 5) in a eukaryotic cell.

*Dew* teaches the administration (oral delayed release of up to 4.4 g/day) of 5-
aminosalicyclic acid (5-ASA) to humans for the treatment of ulcerative colitis  (an
inflammatory bowel disease).

Ulcerative colitis is recognized as being associated with NF-κB activation. See
*Baldwin II* at Table 1.

*Bantel* conducted *in vivo* tests (tissue sample immunostaining using p65 NF-κB
subunit antibody before/after 5-ASA administration) on human ulcerative colitis patients
administered the same 5-ASA formulation (tradename MESALAZINE) in the same
amounts (from 1.7-4.5 g/day) as in the *Dew* reference and reported that 5-ASA
administration reduced NF-κB activity in the cells of these patients. *Bantel* at 3453.
Specifically, *Bantel* found that (1) NF-κB activity is increased in patients with ulcerative
colitis, and (2) therapeutic administration of 5-ASA (as in *Dew*) effectively reduced NF-
κB activity in these patients. *Id.* at 3454-55.  Accordingly, *Bantel* concluded that "5-ASA
is a potent inhibitor of NF-κB activation *in vivo*," at dosage levels and under the same
conditions taught in *Dew*. *Id.* at 3456. Thus, *Dew's* administration of 5-ASA for ulcerative
colitis inherently and necessarily reduces NF-κB activity in human cells.

Moreover, during prosecution of the Baltimore 08/464,364 application, while
referring to the *Yan* reference (cited above), *Dr. Baltimore in his declaration* admitted

that 5-ASA reduces NF-κB activity as in the instant '516 patent claims: "Treatment of cells with such compounds as ... 5-aminosalicyclic acid ... inhibits NF-κB mediated gene expression by a mechanism which includes inhibition of phosphorylation of I-κB proteins"(which is the naturally occurring NF-κB inhibitor). See *David Baltimore Declaration* ¶ 9.

Accordingly, the prior art *Dew* administration of 5-ASA necessarily and inherently reduced NF-κB activity and, thus anticipated at least claims 1-2, 5-6, 8-9, 20-27, 29, 31-38, 40, 53-62, 64-73, 75-80, 82, 84 and 88-97 as shown on an element-by-element basis in *Exhibit H-7* (herein incorporated by reference) provided by the requester in the 90/007,503 proceeding.

## *Discussion*

Initially, it is noted that the above rejection was modified in response to patentee's amendment cancelling claims 7, 28, 39, 81, 83, 85, 86 and 203.


1. Patentee Argument: *The claimed methods require a first cellular stimulus that induces NF-κB activity. Patentee argues that Dew's comparative study (sulfasalazine verse 5-amino salicyclic acid or 5-ASA) comprising the oral administration of coated 5-ASA to inhibit colitis in those patients in remission does not constitute "treatment of ulcerative colitis in humans" since these remission patients are not "currently suffering from active ulcerative colitis". There is no evidence that use of 5-ASA described in Dew would have involved administration of 5-ASA to cells in which NF-κB activity was induced since patients in Dew were not suffering from active colitis, but were in remission. The non-prior art evidence, including Bantel, relying on active colitis patients for induced NF-κB activity is not relevant to patients in remission as in Dew.* Dr. Verma Declaration ¶¶ 157 and 158

Examiner Response:

Patentee's argument is not commensurate to the instant claims that are not limited to "active" disease.

Additionally, there is no definition in the instant specification defining "treatment" to exclude <u>inhibiting inflammation</u> such as inhibiting ulcerative colitis.

In fact, as pointed out in the rejection above, *Dr. Baltimore's Declaration* (item 9) specifically states that 5-ASA is among:

"The classes of compounds which are able to affect NF-κB mediated gene
expression in cells": "*Treatment* with cells with such compounds as ... 5-
aminosalicyclic acid inhibits NF-κB mediated gene expression by a mechanism
which includes inhibition of degradation of IκB proteins" (with emphasis). See
08/464,364 Declaration items 7 and 9.

Further, patentee fails to appreciate the *Dew* reference suggestion that high
doses of 5-ASA, effective in maintaining remission in ulcerative colitis, "might be of
value in *treating* ulcerative colitis". It is legally settled that anticipation does not require
actual performance of a suggestion in a disclosure, but only requires that the suggestion
be enabling to one of ordinary skill in the art. *Bristol-Meyers Squibb Co. v. Ben Venue
Laboratories*, Inc. 246 F.3d 1368, 1379 (Fed. Cir. 2001); *In re Donohue*, 766 F.2d
531,533 (Fed. Cir. 1985). The *Dew* reference clearly enables the administration of oral
coated 5-ASA to "treat" ulcerative colitis patients.

Still further, patentee's *assumption* that *Dew's* patients in remission with
ulcerative colitis or proctitis were free of NF-κB activated cells is not supported by
scientific evidence. In fact, patients undergoing ulcerative colitis remission with
apparently normal mucosa, still possess higher expressed levels of cytokines including
TNF, IL-1, IL-2, IL-6 and IL-8 (that are known to be regulated by NF-κB) (see *Bantel*, p.
2452, right column) as compared to normal patients underlining the presence of
"activated cells" . See also enclosed: *Yamamoto et al.*, Inflamm. Bowel Dis. 11(6)
(June 2005) pages 589-596 document at p. 589 (right column), p. 592 and p. 594 (right
column).

Accordingly, the *Dew* study involving colitis remission patients necessarily
involved the administration of 5-ASA to already "activated cells".


2. Patentee Argument:  *It is asserted that Dew does not mention NF-κB nor describe an
external stimulus that would have induced NF-κB activity.* Dr. Verma Declaration ¶ 158.

Examiner Response:

Regarding the *Dew* reference's failure to mention NF-κB, or a stimulus activating
NF-κB, it is noted that the rejection clearly points to evidentiary documents that

Application/Control Number: 90/007,503; 90/007,828                    Page 93
Art Unit: 3991

demonstrate that NF-κB and its activating stimulus is inherent to the *Dew* reference

teaching including:

*Baldwin II*, J. Clin. Invest. 107(1991):63-80,
*Bantel* et al. (Amer. J. Gastroenterology 287 (2000):3452),
*Yan* et al. (J. Biol. Chem. 274 (1999) 366631-36) and
*David Baltimore's Declaration* submitted Feb.2001 in the 08/464,364 application.

3. Patentee Argument: *Baldwin II, Bantel, Yan and the David Baltimore Declaration do
not repeat the use described by Dew (Amendment at page 66-67). Additionally, the
patients in the Bantel study could not have been "administered the same 5-ASA
formulation (tradename MESALAZINE) in the same amount as in the Dew reference"
since Bantel's patients were participating in a study "investigating the therapeutic effect
of a newly developed mesalazine." (emphasis added) (Bantel at 3453).   While, the 5-
ASA Dew formulation was made by coating 5-ASA with **Eudragit S**, the formulation
used in Bantel consisted of pellets coated instead with **Eudragit L**. (Bantel at 3453). In
the absence of any evidence demonstrating these formulations to be equivalent, one
cannot assume they would necessarily act in the same manner.* Dr. Verma Dec.¶ 159.


Examiner Response:

    Contrary to patentee's argument, evidence of an inherent property need not be

demonstrated by "repeating the use" of that prior art document.  A prior art document

need only provide an enabling disclosure for purposes of anticipation.

    Patentee provides no evidence as to why 5-ASA formulations utilizing different

methacrylic acid copolymers (EUDRAGIT) delayed release coatings would prevent 5-

ASA cell treatment from reducing NF-κB activity and inhibiting NF-κB mediated gene

expression by a mechanism which includes inhibition of phosphorylation of IκB proteins

as admitted by *Dr. Baltimore* in his Feb. 2001 Declaration.

    Once the examiner provides evidence or reasoning tending to show the inherent

presence of a property or function, the burden shifts to the patentee to show the lack of

the inherent feature in the prior art reference method.

## V. GLUCOCORTICOIDS (references prior to 12/24/86)

12.    Claims 1-2, 5-6, 8-9, 20-21, 25-27,29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88–89 and 93-97 are rejected under 35 U.S.C. 102(b) as being anticipated by *Goodman and Gilman's* (The Pharmacological Basis of Therapeutics, (Macmillan Publishing Co., Inc. 1980, pages 1466-1496) (newly raised by Examiner) as evidenced by *Baldwin I* (Annu. Rev. Immunol. 14 (1996) 649-81, *Auphan* et al. (Science 270 (1995) 286-290), *Scheinman I* (Mol. Cell. Biol. 15 (2/95) 943-53), *Scheinman II* (Science 270 (10/95) 283-286) and *Mukaida* (J. Biol. Chem. 269 (5/94) 13289-95) and *Padgett* et al. Trends in Immunology, 24(8) (Aug. 2003) pages 444-448 (newly raised by Examiner). See MPEP 2131.01 (evidence of inherency).

**Rejection Summary**: *Goodman & Gilman* teach the naturally occurring endogenous production and release of glucocorticoids (cortisol) in response to many different types of environmental stressors which *inherently* results in the reduction of NF-κB activity that acts to inhibit expression, in a eukaryotic cell, of cytokines whose transcription is regulated by NF-κB.   In this respect, the NF-κB inhibiting evidence provided by the Baldwin I, Auphan, Scheinman I/II and the Mukaida documents, regarding the synthetically administered steroid dexamethasone (DEX) has been found to be analogous with what occurs upon release of the endogenous cortisol glucocorticoid as evidenced by *Padgett*.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims 1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene under transcriptional control of NF-κB. For example, NF-κB activity can be effected by diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claim 5) in a eukaryotic cell.

The instant claims broadly encompass the natural process in which an animal responds to environmental stressors by increasing production of endogenous glucocorticoids (cortisol, cortisone, hydrocortisone, corticosterone, aldosterone: see e.g. page 1473 Table 63-2) that are secreted into the bloodstream.  Increased glucocorticoids are produced in response to many different types of stressors including "agonal state, severe infections, surgery, parturition, cold, exercise, and emotional stress" (*Goodman and Gilman*, 1469, "Example of Effective Stimuli of Secretion"). These elevated quantities of endogenous glucocorticoids are known to "prevent or suppress the inflammatory response that takes place as a consequence of the hypersensitivity reactions" (Goodman and Gilman, page 1479, left column, "Immune Responses").

However, it has been known since the mid-1990's, that glucocorticoids effect their immunosuppression by reducing NF-κB activity by preventing NF-κB from binding to the appropriate sites on the DNA and by increasing the transcription, expression

and/or release of IκB, thereby reducing the amount of activated NF-κB that can translocate into the nucleus. In this regard, several publications cited by Dr. Baldwin in his 1996 review article (*Baldwin I*), including *Auphan, Scheinman I, Schmeinman II and, Mukaida,* in addition to the *Padgett* document, provide extrinsic evidence that endogenously produced glucocorticoids, such as cortisol, are recognized to *necessarily and inherently* reduce NF-κB activity thus inhibiting cytokine production, *in vivo,* upon the body's release of glucocorticoids in response to external stimuli, such as stress, as described in *Goodman and Gilman.*

## a) Extrinsic Evidence of Inherency as Provided by *Auphan*

Auphan describes methods for reducing NF-κB activity in an induced leukemic T-cell line. First, *Auphan* induced human leukemic T cells (Jurkat strain) or murine T cells (FJ8.1) with TPA and used EMSA, as described in the '516 Baltimore patent, to demonstrate NF-κB activity. See *Auphan* at 287-8. *Auphan* then exposed the cells to $10^{-6}$ M dexamethasone. Id. Auphan reports that dexamethasone clearly reduced NF-κB activity:

> Electrophoretic mobility shift assays (EMSAs) revealed that both AP-I and NF-κB DNA binding activities were elevated in nuclear extracts of activated [FJ8.1] cells (Fig. 1C). DEX inhibited induction of NF-κB binding activity and reduced the amount of A.P-1 binding activity . . . . DEX also inhibited induction of NF-κB in mouse T lymphocytes in vivo (Fig. 1D).
>
>     *   *   *
>
> Inhibition of NF-κB activation by DEX . . . was also observed in a Jurkat human T cell leukemia line stably transfected with a GR expression vector (Fig. 2A). . . .Inhibition of NF-κB activity was also observed in cells stimulated by either 12-O-tetradecanoryl-phorbal 13-acetate (TPA) alone or by tumor necrosis factor (TNF-α). Id. (citations omitted).

As Dr. Baldwin noted, *Auphan* demonstrates that glucocorticoids "involves the transcriptional activation of the I-κBα gene" in these human leukemic cells and therefore, "by upregulating I-κBα protein levels, function to block nuclear translocation of NF-κB and DNA binding." *Baldwin* at 671. As discussed below, Dr. Baldwin's own results, as reported in the *Scheinman II* document discussed below, confirms this mechanism for glucocorticoid action.

## b) Extrinsic Evidence of Inherency as Provided by Scheinman I & II

*Scheinman I* and *Scheinman II* confirm that dexamethasone, as used in the prior art, reduces NF-κB activity. In particular, *Scheinman I* evaluated the effect of $10^{-7}$ M dexamethasone on NF-κB activity in human epithelial (HeLa) cell cultures. *Scheinman I* at 944. NF-κB activity was measured in at least two assay formats disclosed in the Baltimore '516 patent (EMSA and reporter assays) as well as Western blot

immunological assays. Dexamethasone was shown (Figs 1A and B; Fig. 4; and Fig. 7) to reduce endogenous NF-κB activity in cells ("Pretreatment with DEX resulted in a profound loss of TNF-α induced NF-κB as well as p50 homodimer (KBF1) gel shift activity (Fig. 7B, lane 3). Similar data were obtained by treating cells with IL-1 (data not shown)." *Id* at 949.   *Scheinman I* concluded that dexamethasone reduces NF-κB activity by two distinct avenues:

> We show that GR can physically interact with NF-κB subunits and also block their ability to bind DNA. In addition, we present new data showing that dexamethasone (DEX) treatment of HeLa cells causes a significant reduction in nuclear p65 protein levels. Thus, glucocorticoids are also able to inhibit NF-κB activity by a novel mechanism involving a block of cytokine-induced nuclear translocation.
>
> *        *        *
>
> With EMSA analysis, we found that DEX treatment caused a marked reduction in the ability of NF-κB /Rel subunits to bind DNA despite the presence of equal amounts of NF-κB subunit protein in the EMSA DNA-binding reaction mixtures (Fig. 5, EMSA). *Id.* at 944,948.

Similarly, the *Scheinman II* reference demonstrates that dexamethasone, at the same $10^{-7}$ M concentration as *Scheinman I*, reduces NF-κB activity as called for by the claims that are the subject of this reexamination request. *Scheinman II* confirmed the *Auphan* conclusion that dexamethasone inhibits TNF α induced NF-κB activity, at least in part, by inducing the transcription of the IκB- α gene:

> Together, these data indicate that DEX treatment induces the transcription of the IκB- α gene. This induction results in the increased syntheses of the IκB- α protein. This increase in protein synthesis leads to the rapid turnover of the IκB-α protein associated with preexisting NF-κB complexes. In the presence of an activator such as TNF α, newly released NF-κB reassociates with the DEX-induced IκBα and thus reduces the amount of NF-κB translocating to the nucleus. *Scheinman II* at 286.

### c) Extrinsic Evidence of Inherency as Provided by *Mukaida*

*Mukaida* observed that IL-8 production was mediated by NF-κB in all cells they previously examined. *Mukaida* at 13284. In those cells, dexamethasone inhibited NF-κB-regulated IL-8 production by more than 60% at concentrations equal to and higher than $10^{-8}$M. *Id* at 13290.

### d) Extrinsic Evidence of Inherency as Provided by *Padgett*

Consistent with the *Scheinman II* and *Auphan* references, *Padgett* teaches that the body responds to external stressors by release of glucocorticoid hormones, including cortisol, which bind glucocorticoid receptors expressed on a variety of immune

cells to interfere with NF-κB function, resulting in reduced cytokine production. See Abstract; p.445 (right column) to p. 446; footnotes 32 and 33; and p. 447 under "Conclusions".

Thus, *endogenous production of glucocorticoids in response to external body stimuli as described in* Goodman and Gilman *is now recognized as necessarily inherently reducing NF-κB activity as called for by the subject claims of the Baltimore '516 patent.  See also '7503* Exhibit H8 *(incorporated by reference) application to claims regarding exogenous glucocorticoid administration.*

## Discussion

Initially, it is noted that the above rejection was modified in response to patentee's amendment cancelling claims 7, 28, 39, 81, 83, 85, 86 and 203.

1. Patentee Argument: *Baldwin I, Auphan, Scheinman I, Scheinman II, Mukaida, and Padgett do not "repeat the use" described in* Goodman and Gilman. *The Auphan, Scheinman I and II and Mukaida evidentiary references in vitro assays do not provide data relating to clinical in vivo use of glucocorticoids in patients due to differences in cell type or mode of activation.* See Amendment pages 76-77 and Declaration of Dr. Verma, ¶¶ 75-101):

Examiner Response:

Enablement and not actual use is the legal standard for demonstrating inherency. Thus, there is no legal requirement that the inherency evidence "repeat the use" as alleged by the patentee.

In this regard, there is no requirement to provide data from human clinical trials to establish utility or enablement for an invention related to the treatment of human disorders. Additionally, an article teaching is presumed enabled absent rebuttal evidence. See MPEP § 2121 at 2100-64 to 2100-67; see also *Rasmusson v. Smithkline Beecham Corp.* 75 USPQ2d 1297 (Fed. Cir. 2005); and *Impax Labs., Inc. v. Aventis Pharmaceuticals, Inc.,* No. 05-1313 (Fed. Cir. Nov. 20, 2006) concurring with the *Rasmusson* holding.

The above rejection provides evidence and reasoning demonstrating that the prior art enables methods of contacting glucocorticoids to eukaryotic (e.g human) immune cells that *inherently* reduces NF-κB activity affecting cytokine expression as

Application/Control Number: 90/007,503; 90/007, 828                                  Page 98
Art Unit: 3991

evidenced by the combined *Baldwin I*, *Auphan*, *Scheinman I*, *Scheinman II*, *Mukaida* and *Padgett* et al. evidentiary teaching.

Additionally, the evidentiary documents utilize in *vitro cell* systems and assays recognized by the patentee's own disclosure as relevant to evaluating NF-κB activity and NF-κB regulated expression. See *Auphan* mouse data; *Scheinman II* HeLa cells; *Auphan* Jurkat cells; *Mukaida* IL-8 promoter CAT reporter assay; and *Scheinmann I and II* CAT reporter and EMSA assays. See also *Padgett* at pages 144-145 summarizing >150 clinical studies and animal data.

2. Patentee Argument: *Auphan, Scheinman I and II and Mukaida evidentiary in vitro assays do not activate before inhibiting.* See Dr. Verma Declaration 88-93.

Examiner Response:

As discussed *supra*, the two steps upon which patentee relies, cell contacting with an inducer underlined followed by applying an inhibitor, are not recited in the rejected claim(s).

Additionally, as discussed *supra*, the instant invention encompasses prior, concomitant or subsequent cellular administration of the inhibitor relative to the administrion of the inducer compound.

Further, in contrast to patentee's argument, all of the evidentiary references teach inhibition of NF-κB activated cells utilizing a glucocorticoid (cortisol or dexamethasone) regardless of the sequence of activation and inhibition. In this respect, the evidentiary documents teach glucocorticoid interference with NF-κB activity and related NF-κB mediated gene expression in eukaryotic cells or organisms composed of said cells.

3. Patentee Argument: *The glucocorticoid mechanism of action is poorly understood and the effects of glucocorticoids have been observed to vary between different cell types, citing Padgett, Hart 2000, Schule 1990, Padgett I and II, Bourke 1999, Han 2001* (exhibits 16-21) in support. *11/17/06* Amend. p.77 and Verma Declaration ¶¶ 95-101.

Application/Control Number: 90/007,503; 90/007, 828                    Page 99
Art Unit: 3991

Examiner Response:

The evidentiary documents teach the ability of glucocorticoids to interfere with NF-κB activity and NF-κB mediated expression of proinflammatory genes (e.g. *cytokine genes such as IL-2, IL-8 and TNF-alpha*) in <u>*eukaryotic* **immune cells**</u> or eukaryotic organisms composed of said cells.

As <u>summarized</u> by *Baldwin I* glucocorticoids inhibit NF-κB by *transcriptionally activating the I-κBα gene* in human immune cells and therefore upregulate I-κBα protein levels that function to block nuclear translocation of NF-κB and DNA binding. See *Baldwin I* p.671, right col. citing *Scheinman II*, and *Auphan* in endnotes 157 and 158. Accordingly, glucocorticoids act to promote the translation of I-κBα.

Additionally, contrary to patentee's argument, the enclosed rebuttal *Roman-Blas et al.* document recognizes NF-κB's role in a number of inflammatory disorders including arthritis and asthma, due to its mediation of proinflammatory cytokine genes. See *Roman-Blas* at page 839 (Summary) and pages 840-842.

As of 2006, it is recognized that anti-inflammatory glucocorticoids act to "induce expression of I-κB, causing an increased cystolic retention of NF-κB." See *Roman-Blas* at p. 842, right col. under "Inhibition of NF-κB by pharmacologic agents", citing *Auphan and Scheinman II*, respectively.

Regarding different genes or different cells, the *Roman-Blas* article recognizes that glucocorticoids *may further* act through different mechanisms involving the interaction of the activated glucocorticoid (nuclear) receptor (GR) with NF-κB (and other coactivators). See *Roman-Blas* p. 842, right column.

Patentee's documentary evidence is not commensurate in scope to the instantly claimed invention nor is the evidence sufficient to rebut the prima facie anticipation rejection showing above.

Patentee's argument that the *mechanism* of action of glucocorticoids has been observed to vary between different cell types, although true regarding non-immune cells, is nevertheless <u>*not commensurate*</u> to the instantly claimed invention which is not

Application/Control Number: 90/007,503; 90/007, 828                    Page 100
Art Unit: 3991

cell specific. The instant claims encompass, as a species, the use of glucocorticoids in mammalian or eukaryotic immune cells to interfere with NF-κB activity at the level of the inhibitor and thus inhibit pro-inflammatory cell gene expression.

Accordingly, *Padgett* cited by the patentee (Dr. Verma Dec. ¶¶ 89 and 90) recognizes the *Scheinman II and Auphan* (page 446, left column and endnotes 32, 33) teaching of glucocorticoids to *promote the making of I-κBα in immune cells* and that induction of I-κB syntheses "might be limited to certain cell types, such as monocytes and lymphocytes" and additionally may "not be mutually exclusive" of other mechanisms. (page 446 left column to top of right column).

Although the patentee points to *Padgett* at page 447 (as well as *Schule 1990*) regarding the ability of the (nuclear) glucose receptor to "undoubtedly interfere with other transcriptional regulators" the primary focus of the anti-inflammatory effects of glucocorticoids centers on NF-κB inhibition. See *Padgett* p. 447 in entire context. To the extent there are *additional* mechanisms involving the glucocorticoid receptor, the instant claims are not limited to exclusive NF-κB mediated inhibition.

*Bergman I* (immunology 2004), *Bergman II* (Am. J. Resp. Biol. 2004) and *Hart 2000* are cited to challenge the role of NF-κB in dexamethasone's inhibition of cytokine transcription. See Exhibits 17-19; Dr. Verma Dec. ¶¶ 89, 97 and 98.

With respect to the *Hart 2000* biopsy evidence, Dr. Verma states that glucocorticoid administration increased NF-κB transcription and taught away from the glucocorticoid receptor's binding NF-κB.

However, the *Hart 2000* article distinguished their NF-κB DNA binding and NF-κB protein expression data obtained from alveolar macrophage bronchial biopsy patients receiving inhaled corticosteroid therapy since they had not examined "the expression of I-κBα in our biopsies" and thereby the authors recognized that "Glucocorticoids may rapidly induce I-κBα messenger RNA and protein synthesis (endnote 27 to *Auphan*), and therefore I-κBα may mediate the effects of corticosteroids". *Hart 2000* at p. 230.

Similarly, *Bergman I and II* concluded that dexamethasone's inhibition of the cytokine *GM-CSF* was via a *post-transcriptional/ translational mechanism* that <u>does not exclude</u> *post-translational* I-κBα production which, like *Hart 2000,* was not addressed.

In fact, the finding that "GM-CSF is primarily regulated by *de novo* mRNA and protein syntheses" (*Bergmann II*, p. 561, left col.) is consistent with NF-κB being regulated by *post-translational* <u>I-κBα production.</u>

In this respect it is noted that both *Bergman I and II* reinforce NF-κB's role in dexamethasone's ability to inhibit GM-CSF expression (*Bergman I* at p. 433, right col.: "In summary, the data presented here confirm the key role of the NF-κB (-85/-76) and CLEO(-54/-31) elements in the proximal region of the human GM-CSF promoter in T-cell lines"; *Bergman II* abstract: "Taken together our data support an important role for the NF-κB and CLEO sites in the transcriptional control of GM-CSF expression in primary human T-cells …").

Dr. Verma's conclusion (Declaration ¶¶ 99 and 100 & exhibits 20 and 21) that NF-κB-mediated inhibition of cytokine release was not linked to *post-translational* I-κBα production in the *Han (2001)* study in <u>fibroblast-like rheumatoid synoviocytes (FLS)</u> and in *Bourke's (1999)* study in <u>brain cells</u> was <u>distinguished by both authors</u> as being "<u>cell type specific</u>". See quoted language in *Bourke* at page 2118, bottom of left column to top of right column; and *Han et al.* at page 272 stating that "[T]his anti-inflammatory mechanism of glucocorticoid may differ depending on cell-type".

  4.  <u>Patentee Argument</u>: When read in light of the instant patent disclosure, one of skill in the art would understand and interpret the claims to require affirmative acts and manipulative steps, calculated to achieve specific results and would not have understood the natural production and release of endogenous glucocorticoids as carrying out any of the '516 patent claims.  Dr. Verma Declaration, ¶¶ 11 and 103.

<u>Examiner Response:</u>

The claimed invention is not so limited. Additionally, neither the specification nor the prosecution history place any restrictions on the means by which  "NF-κB activity" is

regulated (enhanced or reduced). Accordingly, the claims would encompass any *in vitro* or *in vivo*, natural (indirect) or man-made (direct) means of reducing NF-κB activity.

5. Patentee Argument: *There is no showing in Goodman and Gilman (1980) in connection with the "environmental stressors" referred to ("agonal state, severe infections, surgery, parturition, cold, exercise and emotional stress"), of what, if anything, would necessarily induce NF-κB activity in cells in connection with any particular stressor, such that the induced NF-κB activity could be reduced as required by the claims. The Examiner refers to "hypersensitivity reactions" but provides no evidence, nor is there any reason to believe, that the different environmental stressors that the Examiner contends would cause production of endogenous glucocorticoids would necessarily be associated with "hypersensitivity reactions." (Office Action, at 56.)*
Dr. Verma Declaration ¶ 104.

Examiner Response:

Goodman and Gilman's method of corticosteroid cell contacting in response to environmental stressors (e.g. an *NF-κB* inducing cellular event) is taught by the evidentiary documents as inherently reducing NF-κB activity and gene expression.

In response to the first argument, the instant claims do not require the identification of an NF-κB inducing stimulus. In any event, as discussed in the rejection above, the evidentiary documents, particularly the *Padgett* document, provides evidence that environmental stressors trigger NF-κB mediated immune dysregulation (overproduction of cytokines).

Regarding patentee's second argument addressing hypersensitivy reactions, *Goodman and Gilman* teach that the organism responds to stress by increasing blood levels of anti-inflammaory glucocorticoids, which as taught by *Padgett*, effect their action by binding glucocorticoid (GC) receptors and inhibiting cytokine production.

The nexus between between glucocorticoid production and the treatment of cytokine induced inflammatory disorders, such as hypersensititivity reactions, is addressed in detail in the rejection above and summarized briefly as follows:

Goodman & Gilman (p.1469, right col.) teach that stress results in *in vivo elevated* glucocorticoid (GC) hormone plasma concentrations which are anti-

Application/Control Number: 90/007,503; 90/007, 828                    Page 103
Art Unit: 3991

that takes place as a consequence of the hypersensitivity reactions" (*Goodman and Gilman*, page 1479, left column, "Immune Responses": see also pages 1479-80 discussing anti-inflammatory properties).

The *Padgett* review article elaborates on clinical (">150 clinical studies") and animal data that demonstrates the relationship between stress and aberrant immune function contributing to poor health and the role of "stress hormones" to **suppress the production of proinflammatory cytokines and chemokines and downregulate the production of cytokines necessary for the generation of adaptive immune response.**" See *Padgett* pages 444 and 445 (left column, with emphasis). *Padgett* addresses the mechanism of action of glucocorticoids (GC) as follows:

> "Being lipophilic molecules, GC hormones readily pass through the plasma membrane of all cells in the body. If a cell possesses a GC receptor (GR), that cell can be a target for action. There are two receptors for GC hormones, the GR and the mineralocorticoid receptor (MR). Because corticosterone has a higher affinity for MR than for GR [24], at low circulating levels glucocorticoid hormones bind preferentially to MR. Only at *high circulating or tissue levels* (i.e. during stress) is the GR occupied [25]. In immune cells, such as macrophages and T lymphocytes, the primary receptor for glucocorticoid hormones is GR; more specifically, the influence of glucocorticoid hormones on immune function is mediated by the GR [26] ". *Padgett p. 445, right column.*

Additionally, *Padgett* teaches that "Glucocorticoid receptors expressed on a variety of immune cells bind cortisol and interfere with the function of NF-κB which regulates the activity of cytokine-producing immune cells" (*Padgett* Abstract).

The *Baldwin I, Auphan et al., Scheinman I, Scheinman II and Mukaida* documents provide further evidence of the inherent intracellular mechanism of action of of the natural and synthetic corticosteroid's affect on "NF-κB activity" at the level of increasing inhibitor syntheses.

6. <u>Patentee Argument</u>:  *The Examiner has no basis for assuming that cortisol would*

*necessarily affect NF-κB in the same way as dexamethasone since:*

-.*Goodman and Gilman describe cortisol while the later references are drawn to the*
*NF-κB effects in experiments using synthetic steroid dexamethasone;*
-.*Padgett indicates glucocorticoids mediate two different receptors, the glucocorticoid*
*receptor and the mineralocorticoid receptor (Padgett at 445);*
- *Goodman and Gilman (p. 1473) indicate, and as evidenced from numerous later*
*publications, the spectrum of biological effects of different glucocorticoids can vary at*
*least in part due to the different interactions of each distinct glucocorticoid with each of*
*these receptors, and the specific pattern of receptor expression on any individual cell.*
- *Although the Examiner asserts that Padgett provides analogous "NF-kB inhibiting*
*evidence" as that in Baldwin I, Auphan, Scheinman I/II and the Mukaida documents*
*regarding dexamethasone, the Padgett review provides no primary data, and does not*
*discuss any experiments which examined the effect of cortisol (or any endogenous*
*glucocorticoid) on NF-κB activity.* Dr. Verma Dec. ¶ 105; 11/17/06 Amendment p.78.

Examiner Response:

    The *Goodman and Gilman* reference teaching is <u>not limited</u> to cortisol but is

directed to the glucocorticoid class of compounds comprising natural and synthetic

corticosteroids which share a common core (steroid) structure and a common activity

(e.g. anti-inflammatory):

    "The naturally occurring corticosteroids cortisol and cortisone <u>as well as synthetic</u>
    <u>corticosteroids</u> such as prednisolone and triamcinolone are glucocorticoids".
    Goodman and Gilman p. 1473, right col. and Table 63-2: "Antiinflammatory
    Effect".  See also Goodman and Gilman page 1479-80 addressing "Anti-
    inflammatory Properties" of "[C]ortisol <u>and the synthetic analogs</u> of cortisol…"

    Similarly, the later published documents provide inherent evidence of the ability

of corticosteroids (generally), and dexamethasone (particularly), to treat inflammation by

interfering with NF-κB- induced cytokine production in mammalian immune cells.

    Although all glucocorticoids have different structures and biological activities, the

above rejection focuses on the anti-inflammatory activity of glucocorticoids effected by

binding the glucocorticoid receptor (GR) present on immune cells.

    Regarding the ability of glucocorticoids to bind the glucocorticoid receptor (GR)

and mineralocorticoid receptor (MR), *Padgett* points out that stress-inducing high

plasma glucocorticoid levels results in glucorticoids binding the (GR) present on
immune cells responsible for immune function (e.g. cytokine production):

> "[O]nly at *high circulating or tissue levels* **(i.e. during stress)** is the GR occupied
> [25]. In immune cells, such as macrophages and T lymphocytes, the primary
> receptor for glucocorticoid hormones is GR; more specifically, the influence of
> glucocorticoid hormones on immune function is mediated by the GR [26] "

The argument that the *Padgett* review article lacks "primary data" or experiments
regarding the effect of cortisol (or any endogenous glucocorticoid) on NF-κB activity is
not persuasive since *Padget* relies on the results of previously conducted animal studies
as well as ">150 clinical studies" for their inherent teaching that natural <u>and</u> synthetic
glucocorticoids act via the same immune cell receptor (GC receptor) to inhibit NF-κB
mediated inflammation in cytokine-producing immune cells.


## VI. ANTIBIOTICS  (references prior to 12/24/86)

13.    Claims 1-2, 5-6, 8-10,12-18, 20-21, 25-27, 29, 31, 32, 36-38, 40, 53-54, 58-62,
64, 65, 69-73, 75, 76, 80, 82, 84, 88-89, 93-97, 99, 100, 104-105, 119-120, 124-129,
133-137, 139,140,144-147, 149,150,154-157, 159, 160, 164-168,172-175, 177, 178,
and 182-185 are rejected under 35 U.S.C. 102(b) as being anticipated by *1970 PDR*:
pages 1167 (GARAMYCIN$_{TM}$ :gentamycin), 1309-1310 (SUMYCIN$_{TM}$ : tetracycline),
1379-1380 (E-MYCIN$_{TM}$ :erythromycin)  as evidenced by the *Manolagas declaration,
Galdiero et al.* (Microbiology, <u>147</u> (2001): 2697-2704), *Yang* et al. (Nature <u>395</u> (1998)
284-288), *Mori* et al. (Eur. J. Haematol. 59 (1997): 162-170), the *Baltimore '516 Patent*
and *Yasutomi* et al. (J. Immunology 175(2005) 8069-8076) (newly raised by the
Examiner). See MPEP 2131.01 (evidence of inherency, including extrinsic publications
of any date and intrinsic evidence using applicant's own specification: see *Ex parte
Novitski* cited therein).

**Rejection Summary:** As detailed in *Exhibit H-10* of the 90/007,503 request (herein
incorporated by reference), *1970 PDR* teaches administration of antibiotics such as
erythromycin, gentamicin, and tetracycline to kill bacteria in animals. As evidenced by
the *Manolagas declaration*, gram (-) bacteria produce lipopolysaccharides (LPS) which
induce NF-κB regulated cytokine production. Antibiotics that kill gram-negative bacteria
thereby act to inherently reduce LPS-induced and NF-κB-regulated cytokine production.

The instant claims are drawn to reducing NF-κB activity in eukaryotic (e.g. claims
1, 2 or 5) or mammalian cells (e.g. claim 26) to effect inhibited expression of a gene
under transcriptional control of NF-κB. For example, NF-κB activity can be effected by

diminishing induced NF-κB mediated intracellular signaling (claims 6-9) or decreasing the level of NF-κB not bound in an NF-κB -I-κB complex (claim 20) to inhibit associated gene expression of a cytokine protein (claims 5 and 18) and reduce the effects of bacterial lipopolysaccharides (claims 12-17) on eukaryotic (e.g. mammalian) cells.

The instant claims are drawn to a method of inhibiting NF-κB activity (e.g. diminishing bacterially LPS induced NF-κB expression of cytokines mediated, for example, through intracellular signaling: in claims 6, 8-10) and associated gene (claims 1-2) expression (e.g. of a cytokine protein: claim 5) in a eukaryotic cell.

The *1970 PDR* teaches the administration of antibiotics (erythromycin, gentamicin, tetracycline) to treat gram-negative bacterial infections. Erythromycin, for example, is active against *H. pertusis* infections (*Id.* at 1379); and gentamicin sulfate (trade name GARAMYCIN) treats infections caused by *Pseudomona aeruginosa*, *Aerobater aerogenes*, *E.coli*, *Proteus vulgaris*, and *Klebsiella pneumoniae* (*Id.* at 1167). Tetracycline is a broad spectrum antibiotic (trade name SUMYCIN) which treats a variety of infectious gram (-) bacteria, including *E. coli* and *Shigella* (*Id* at 1309).

Gram-negative bacteria produce lipopolysaccharide (LPS), which when in contact with human cells induces NF-κB activity resulting in the production of cytokines regulated by NF-κB. Cytokines whose genes are regulated by NF-κB (at least in part) include tumor necrosis factor alpha (TNF-α) and interleukins 2, 6, 8 and 10 (IL 2, 6, 8 and 10). E.g., *Galdiero*; *Yang;* and *Mori*.  As noted in *Galdiero* (page 2700), "The lowest concentration of LPS able to induce cytokine release was 10 ng ml$^{-1}$".

Once produced by gram-negative bacteria, LPS activates NF-κB, which translocates to the nucleus and binds to the NF-κB recognition sites on genes that are regulated, at least in part, by NF-κB.  E.g., *Baltimore patent*, Col. 2, lines 54-57 ("Release of active NF-κB from the I-κB- NF-κB complex has been shown to result from stimulation of cells by a variety of agents, such as bacterial lipopolysaccharide ... ").

In treating gram-negative bacterial infections, antibiotics kill bacteria or impair bacterial function thereby reducing bacterial production of LPS (*Manolagas Declaration*, ¶¶ 33-40).

For example, erythromycin has been shown to inhibit the activation of NF-κB in T cells; and in normal and inflamed human bronchial epithelial cells along with modulating IL-8 expression. See *Yasutomi* et al. at page 8068 at the bottom of the right column and footnotes 5-7 (citations therein). *Yasutomi* further demonstrated the ability of tetracycline to inhibit lipopolysaccharides and NF-κB activation in human monocyte-derived dendritic cells and suppress NF-κB induced cytokine (e.g. IL-6, 10, 12p70, 13 and IFN-γ ) production. See Abstract, page 8071-8073, see Table 1 and Figures especially 1-3 and 8.

Application/Control Number: 90/007,503; 90/007, 828                    Page 107
Art Unit: 3991

Thus, by blocking LPS that reaches the cell, administration of the *1970 PDR* antibiotics to combat gram-negative bacterial infections would necessarily reduce NF-κB activity in human cells and thereby reduce cytokine expression. As such, as shown on an element-by-element claim basis in *Exhibit H-10* of the 90/007,503 request (incorporated by reference), the disclosed 1970 PDR antibiotics would inherently anticipate the subject claims requiring LPS-induced NF-κB activity.

### *Discussion*

Initially, it is noted that the above rejection was modified in response to patentee's amendment cancelling claims 7, 28, 39, 81, 83, 85, 86 and 203.

Additionally, the above rejection was modified to further remove the applicability of the above rejection to liver cells (claims 30, 41, 63, 74, 87, 98, 138, 148, 158, 176 and 186) since the above cited documents fail to teach that eukaryotic liver cells are affected by LPS-induced NF-κB activity so as to affect gene expression.

1. Patentee Argument: *The 1970 PDR reference teaches that antibiotics either kill bacteria or interfere with bacterial cell growth but do not act "by blocking LPS that reaches the cell," as alleged on p. 42 of the Office Action. Antibiotics have no effect on any of the 6 segments of the NF-κB pathway as illustrated in Schematic 10 of Exhibit 1. As also illustrated in Schematic 10, antibiotics neither act on the mammalian cell, nor do they act to interfere with the induction by the external influence to which the Examiner refers, i.e. LPS. Thus, one skilled in the art would not contemplate using antibiotics to "reduce NF-κB activity" as claimed. Even if one viewed the external stimulus as the bacterial infection, antibiotics act on the bacteria and do not act on any of the 6 segments of NF-κB pathway. Additionally, claims 8-9, 75-80, 82, 84, 88-98, are further directed to methods carried out on cells in which the "external influences induce NF-κB mediated intracellular signaling" in which the induction is maintained by the presence of the external influence. Killing bacteria, even if doing so could also remove the LPS, cannot practice any of the claims that require <u>maintained induction</u> by the external influence.* Dr. Verma Declaration ¶ ¶ 127 and 131; 11/17/06 Amendment at pages 14 and 80-82.

Examiner Response:

Although claims 8 and 9 (and dependent claims) require that the "external" (or "extracellular") influences induce *NF-κB signaling,* these claims <u>do not</u> require <u>maintained induction</u> as argued by the patentee.

Additionally, although the instant claims encompass patentee's 6 segments of the NF-κB pathway, they are not limited thereto, as discussed in the claim interpretation section *supra.*

Further, patentee's argument restricting the instant claim coverage to <u>direct effects</u> on the 6 segment pathway is not commensurate to the scope of the claims, since reducing cellular NF-κB activity in the instant claims encompasses both <u>direct</u> and <u>indirect</u> interference with NF-κB activity. Accordingly, treating gram (-) bacterial infections by killing or interfering with the growth of bacterial cells would necessarily reduce LPS levels and thereby indirectly "alter the concentration or availability of NF-κB" and "reduce NF-κB activity". Reducing intracellular LPS-induced NF-κB concentration necessarily decreases the level of NF-κB-I-κB complex, NF-κB translocation, NF-κB binding to its DNA recognition sites and the expression of NF-κB regulated and bacterial LPS-induced cytokines in cells.

3. <u>Patentee Argument</u>: *The premise that the use of antibiotics to treat bacterial infections would necessarily reduce LPS levels is incorrect. In this regard, the Manolagas declaration indicates that one possible (but not necessary) outcome of antibiotic treatment is to reduce LPS levels, contingent on completely resolving a bacterial infection. (Manolagas Decl. ¶¶ 38-39.) However, as acknowledged by the PDR there are several common reasons why antibiotic treatment fails to do so including:*
*-antibiotic-resistant bacterial cells;*
*-antibiotics can be bacteriocidal but also bacteriostatic which does not result in killing bacteria. (1970 PDR at 880, 1167, 1309, 1310, 1379);*
*-little effect on enteric bacteria, including LPS surface-containing gram (-) bacteria. Thus, the bacteria with LPS remains and continues to induce NF-κB. Dr. Verma Declaration ¶ 128.*

<u>Examiner Response</u>:

Initially, patentee's arguments addressing patient criteria, such as antibiotic resistance, antibiotic action (bacteriocidal/bacteriostatic) and targeting (enteric or otherwise) is not commensurate to the instant claims that are not so limited.

Additionally, as pointed out in the rejection above, the *1970 PDR* reference teaches the use of an antibiotic therapeutic protocol of <u>at least two days</u>, but often

Application/Control Number: 90/007,503; 90/007, 828          Page 109

Art Unit: 3991

longer, which <u>enables</u> the treatment of gram (-) patients (including guidance regarding

the screening for antibiotic resistant gram (-) infections) which reduces LPS levels. See

1970 PDR and antibiotic "Dosage and Administration" pages 1167, 1310 and 1380 for

gentamycin, tetracycline and erythromycin, respectively.


4. <u>Patentee Argument</u>: As *evidence that antibiotic treatment would reduce LPS levels,
Dr. Manolagas specifically refers to only (Galdiero (2001), Manolagas Declaration ¶¶
37-39). Galdiero however, neither mentions antibiotics, nor does the paper provide any
information relating to the effect of LPS in any human patient. Indeed, Galdiero
indicates that in cultured cells, even extremely low levels of LPS, such as 10ng/ml were
sufficient to induce release of cytokines from the cells. Dr. Manolagas' assumption that
in a patient, LPS levels to below 1ug/ml would no longer stimulate NF-κB -mediated
cytokine production therefore has no support in Galdiero, which indicates that 100-fold
lower levels of LPS (0.01 ug/ml) induced expression of such genes in cultured cells.* Dr.
Verma Declaration ¶ 129.

<u>Examiner Response:</u>

    Patentee has mischaracterized the *Galdiero (2001)* teaching.

    As described in *Galdiero (2001)*, the LPS dose dependent effect (minimum effect

at 10ng/ml and maximum effect at 1000 ng/ml or $1 \times 10^{-6}$/ml) of stimulating cytokine

(TNF-$\alpha$ and interleukins 6 and 8) production in Vitamin $D_3$-treated human THP-1 cells

(see Fig. 3 at page 2700) was "completely blocked" by the antibiotic polymyxin B (data

not shown).

    The *Dr. Manolagas Declaration* statement mistakenly referred to the maximally

effective LPS dose, and NOT the minimally effective dose necessary to "completely

abrogate NF-κB -mediated cytokine production" in accordance with the *Galdiero (2001)*

cellular assay evidence.

    Patentee fails to provide evidence that the *in vitro* LPS dose-dependent cytokine

cell release and the blocking effect of the gram (-) antibiotic polymyxin B found by

*Galdiero (2001)* is not equally applicable *in vivo* to other antibiotics including

erythromycin, gentamicin and tetracycline.

Additionally, as discussed in the rejection above, there is evidence supporting the ability of erythromycin, gentamicin and tetracycline to inhibit LPS and NF-κB activation. For example, erythromycin has been shown to inhibit the activation of NF-κB in T cells, and in normal and inflamed human bronchial epithelial cells along with modulating IL-8 expression. See *Yasutomi* et al. at page 8068 at the bottom of the right column and footnotes 5-7 (citations therein). *Yasutomi* further demonstrated the ability of tetracycline to inhibit lipopolysaccharides and NF-κB activation in human monocyte-derived dendritic cells and suppress NF-κB induced cytokine production e.g. IL-6, 10, 12p70, 13 and IFN-γ. See Abstract, pp. 8071-8073, Table 1 and Figures 1-3 and 8.

5. <u>Patentee Argument</u>: The following *studies indicate that antibiotic treatment can disrupt bacterial membranes, which by releasing and solubilizing LPS, can be expected to increase circulating LPS levels in the body:*
a. *Lepper et al., Int. Care Med. 28:824-833 (2002) (Exhibit 28)*
b. *Shenep and Mogan, J. Inf. Diseases, 150:380-388 (1984) (Exhibit 29);*
c. *Hurley et al., Antimicrob. Agents Chemother. 351:2388-2394 (1991) (Exhibit 30);*
d. *Dofferhoff et al., Scand. J. Infect. Dis. 23:745-754 (1991) (Exhibit 31);*
e. *Mustafa et al., J. Infect. Dis. 160:891-5 (1989) (Exhibit 32).*
f. *Leeson and Morrison, Shock 2:235-245 (1994) (Exhibit 33).*
Dr. Verma Declaration ¶ 130.

Examiner Response:

Non-Beta lactam antibiotics (such as erythromycin, gentamicin and tetracycline) are clinically indicated since they do not act on the bacterial cell wall and thus release lower amounts of LPS endotoxins, with aminoglycosides, such as gentamicin, tobramycin and amikacin being shown to neutralize the effects of endotoxin. See *Lepper et al.,* pp.827-828 and Fig. 4; *Dofferhoff* at page 753.

Additionally, any antibiotic-induced endotoxin (LPS) release occurs quickly (within the first two hours) and is of short duration (ending within the first six hours) at which time the endotoxin is cleared as a result of the antibiotic treatment. See *Dofferhoff* at page 752 and Fig. 4; See *Shenep* at page 382, Fig. 1 and page 386, left column.

The *1970 PDR* teaches an antibiotic therapeutic protocol of <u>at least 2 day</u> duration.  See antibiotic "Dosage and Administration" pages 1167, 1310 and 1380 for gentamycin, tetracycline and erythromycin, respectively).

Accordingly, the *1970 PDR* therapeutic protocol <u>enables </u>the treatment of gram (-) patients regardless of whether an initial spike of LPS occurs.   Since the instant claims fail to address therapeutic protocol (e.g. duration), the *1970 PDR* therapeutic daily antibiotic protocol would result in an inherent reduction of NF-κB activity after as little as 6 hours by decreasing LPS-induced NF-κB intracellular amounts.

## VII. N-ACETYL-L-CYSTEINE  (intervening prior art)

14    Claims 18 and 182-185 are rejected under 35 U.S.C. 102(a) as being anticipated by *Staal* et al. *Proc. Nat'l Acad Sci* 87 :9943 (Dec. 1990)  ('7828 appendix E: incorporated by reference).

**REJECTION SUMMARY:**  *Staal* et al. (see Abstract; page 9945; Figures 4-5) disclose a method of inhibiting TNF-α by blocking NF-κB activation in mammalian cells (e.g. Jurkat cells) by administration of N-acetyl-L-cysteine (NAC).

Instant claim 18 recites:  A method for reducing Interleukin-1 or Tumor Necrosis Factor-α activity in mammalian cells comprising reducing NF-κB activity in the cells so as to reduce intracellular signaling caused by Interleukin-1 or Tumor necrosis Factor-α in the cells.

*Staal* teaches a method of inhibiting TNF-α activation and, thus, signaling, in mammalian cells by reducing NF-κB activity.  Specifically, *Staal* discloses inhibiting TNF-α stimulation of 293.27.2 and Jurkat cells by selectively blocking NF-κB activation by administration of N-acetyl-L-cysteine (NAC). See Abstract, and Fig. 5.  Reduction of intracellular TNF- α signaling is demonstrated by decreased expression of a beta-galactosidase reporter gene in Jurkat cells, which are mammalian (human) in origin. See Fig. 4. Accordingly, claim 18 is anticipated.

Instant claim 182, depending from claim 18, further recites that reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.  *Staal* anticipates claim 182 by teaching that high thiol levels (resulting from NAC administration) inhibit NF-κB activation by preventing phosphorylation of I-κB, since phosphorylation of  I-κB is necessary for dissociation of  NF-κB from its complex with I-κB.  Since NAC administration keeps NF-κB complexed to its naturally occurring inhibitor I-κB, NF-κB is unavailable for binding

Application/Control Number: 90/007,503; 90/007, 828          Page 112
Art Unit: 3991

NF-κB recognition sites on genes that are transcriptionally regulated by NF-κB. Thus, instant claim 182 is anticipated since NAC-mediated inactivation of NF-κB described in *Staal* inherently and necessarily results in reduced NF-κB binding to its recognition sites.

Instant claims 183-185, depending from claim 18, are also anticipated by *Staal*. These claims further require that the method is carried out on human cells (claim 183), immune cells (claim 184) and lymphoid cells (claim 185). *Staal* discloses NAC inhibition of TNF- α stimulation in Jurkat cells (see Fig. 4, p. 9945) which are cells derived from a human T-cell leukemia cell line, and, thus, are human, immune and lymphoid anticipating claims 183-185.

### *Discussion*

1. Patentee Argument: *Patentee maintains that numerous claims are clearly entitled at least to the April 21, 1989 filing date of U.S. Serial No. 07/341,436.* Response at p. 63.

Examiner Response: For the reasons discussed *supra,* the instant claims are not entitled to the April 21, 1989 filing date of the 07/341,436 application, but are entitled to the 11/13/91 filing date of the 07/791,898 under 35 USC §120 for purposes of prior art.

2. Patentee Argument: *Staal does not show reduction of NF-κB activity in induced cells, as required by the claims since "… the aim of the Staal study was to determine whether NAC (N-acetyl-cysteine), by inhibiting thiol levels could act on cells before they experienced stimulation." (Staal at 9944) and in the Staal experiments "… cells were always treated simultaneously with both NAC and TNF-α." (Staal at 9945-46). Response at pages 61-63.* Dr. Verma Declaration ¶¶ *161-162.*

Examiner Response:

In response to patentee's argument that the reference fails to show certain features of patentee's invention, it is noted that the feature upon which patentee relies (i.e, *in vitro* cell contacting with activator prior to contacting with an inhibitor) is not recited in the rejected claim(s).

Additionally, as discussed *supra*, the instantly claimed invention would encompass administering the NF-κB inhibitor prior to or with an NF-κB activating compound.

Contrary to patentee's argument *Staal* does show that simultaneous administration of PMA, TNF-α and NAC results in "reduction of NF-κB activity in induced cells" since *Staal* demonstrates:

- inhibition of *basal level* stimulated B-galactosidase (B-gal.) cell production,
- > 95% inhibition of PMA stimulated cellular B-gal production, and
- about 70% inhibition of TNF-α stimulated cellular B-gal production.

See *Staal* at p. 9944 under "Results" and Fig. 1; See also p. 9945, right col. and Fig. 4 for analogous NAC "reduction of NF-κB activity in (PMA/ TNF-α) induced cells".


## VIII. NUCLEIC ACID DECOYS: (intervening prior art)

15. Claims 1, 2, 20, 25-27, 29, 31, 36-38 and 40 are rejected under 35 U.S.C. 102(a) as being anticipated by *Bielinska* et al. *Science* 250 :997 (Nov. 16, 1990) as evidenced by *Ho*, PNAS USA 86 :6714 (1989) for purposes of defining clone 13B cells disclosed in *Bielinska*. See MPEP 2131.01: Multiple Reference 35 U.S.C. 102 Rejections (primary reference term meaning) ('7828 Appendix D: incorporated by reference).

**Rejection Summary:** *Bielinska* (e.g. at pages 197-198 and Fig. 1) discloses the use of nucleic acid decoy molecules to inhibit NF-κB-dependent expression of a reporter gene in clone 13 B-lymphoblastoid cells.

*Bielinska* discloses the use of nucleic acid decoy molecules to inhibit NF-κB-dependent expression of a reporter gene in clone 12 B-lymphoblastoid cells. See, e.g., p. 997, Abstract at mid-¶ and p. 998 right hand column and Fig. 1D. Specifically, *Bielinska* discloses the use of phosphoroothioate oligonucleotides as decoy molecules that competitively bind NF-κB in clone 13 B cells. Id. These cells contain an HIV-CAT reporter gene construct that is transcriptionally- regulated by NF-κB by two κB binding sites found within the HIV enhancer. Fig. 1, and middle of right column on page 997.

*Bielinska* teaches that phosphorothioate oligonucleotides having an NF-κB binding site consensus sequence, GGGGACTTTCC (the same as disclosed in the instant '516 patent in Table 2 at col. 37), competitively bind NF-κB, reducing the amount of NF-κB/HIV enhancer-regulated transcription of chloramphenicol acetyltransferase (CAT). See p. 1000, fn. 19. Administration of these NF-κB decoy molecules in clone 13 cells inhibits HIV-CAT expression by more than 80%. See, e.g., p. 998, right-hand column next to Fig. 1D.

Thus, *Bielinska* teaches reducing NF-κB activity in eukaryotic cells such that expression of a gene whose transcription is regulated by NF-κB is inhibited, as required

by instant claims 1 and 2. Specifically, as discussed above, *Bielinska* teaches a method of inhibiting expression of NF-κB/HIV enhancer-regulated CAT clone 13B lymphoblastoid cells. See e.g. p. 998, right-hand column next to Fig. 1D. This decrease in NF-κB is accomplished by administration of double-stranded phosphorothioates containing the NF-κB binding sequence, GGGGACTTTCC. See p. 1000, fn 19.

      *Bielinska* also teaches the methods of instant claims 20, 25-29, 31 and 36-40, which depend from claims 1 and 2.

      Instant claims 20 and 31 are drawn to a method wherein NF-κB activity is reduced by decreasing the level of NF-κB not bound in an NF-κB:I-κB complex. These claims are anticipated by the *Bielinska* teaching (discussed *supra*) that double-stranded phosphorothioates containing the NF-κB binding sequence, GGGGACTTTCC, competitively bind NF-κB in clone 13B cells since binding of NF-κB by a decoy molecule necessarily decreases the amount of free NF-κB in the cell which necessarily decreases the level of NF-κB not bound in an NF-κB:I-κB complex.

      Instant claims 25 and 36 are drawn to a method wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB. As discussed for dependent claims 20 and 31, *Bielinska* discloses double-stranded oligonucleotide phosphorothioates that compete with the NF-κB binding site, thus reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

      Instant claims 26-29 and 36-40 are drawn to reducing NF-κB activity in a cell resulting in inhibited expression of a gene regulated by NF-κB, wherein the method is carried out on mammalian cells (claims 26 and 37), human cells (claims 27 and 38), immune cells (claims 28 and 39) and lymphoid cells (claims 29 and 40). The *Bielinska* clone 13 B cells are human B lymphoblastoid cells and are thus, mammalian, human, immune, and lymphoid cells, as recited in the instant claims. See *Bielinska* p. 998 (left hand column at top) and *Ho* provided in Appendix C. *Bielinska* also anticipates instant claim 203 which is drawn to:

      A method of inhibiting expression, in a mammalian cell, of a gene whose
      transcriptional activity is activated by binding of NF-κB to gene, comprising
      introducing a nucleic acid decoy molecule into the cell in an amount sufficient to
      inhibit expression of the gene, which decoy includes an NF-κB binding site that
      binds to NF-κB.

As discussed above, *Bielinska* teaches a method of inhibiting expression of a CAT reporter gene using a nucleic acid decoy molecule. Transcription of the CAT reporter gene is regulated by an NF-κB/HIV enhancer and the *Bielinska* decoy molecule possesses the NF-κB binding site consensus sequence GGGGACTTTCC disclosed in

Application/Control Number: 90/007,503; 90/007, 828                    Page 115
Art Unit: 3991

the instant patent. *Bielinska* teaches that introduction of this NF-κB decoy molecule into
the clone 13B cells inhibits HIV-CAT expression by more than 80%. See, e.g., p. 998,
right hand column next to Fig. 1D. Therefore, *Bielinska* teaches each and every element
of instant claim 203.

### Discussion

Initially, it is noted that the above rejection was modified in response to
patentee's amendment cancelling claims 7, 28, 39, 81, 83, 85, 86 and 203.

1. Patentee Argument: *Numerous claims are clearly entitled at least to the April 21,
1989 filing date of U.S. Serial No. 07/341,436.* 11/17/06 amendment  page 34.

Examiner Response:  For the reasons discussed *supra,* the instant claims are not
entitled to the April 21, 1989 filing date of the 07/341,436 application, but are entitled to
the 11/13/91 filing date of the 07/791,898 under 35 USC §120 for purposes of prior art.

### Final Status of the Claims

1. **Rejected**: claims 1-6, 8-18, 20-27, 29, 31-38, 40, 42-43, 47-51, 53-62, 64-73, 75-80,
82, 84, 88-97, 99-100, 104-107, 109-110, 114-117, 119-120, 124-129, 133-137,
139,140, 144-147, 149, 150, 154-157, 159, 160, 164-168, 172-175, 177, 178, 182-185,
192-193 and 197-201.

2. **Confirmed**: claims 19, 30, 41, 44-46, 52, 63, 74, 87, 98, 101-103, 108, 111-113, 118,
121-123, 130-132, 138, 141-143, 148, 151-153, 158, 161-163, 169-171, 176, 179-181,
186-191, 194-196, and 202.

3. **Cancelled**: 7, 28, 39, 81, 83, 85, 86 and 203

13.    **THIS ACTION IS MADE FINAL.**

A shortened statutory period for response to this action is set to expire <u>two</u>

<u>months</u> from the mailing date of this action.

**Extensions of time under 37 CFR § 1.136(a) do not apply in reexamination proceedings.**
The provisions of 37 CFR **§** 1.136 apply only to "an applicant" and not to parties in a reexamination
proceeding.  Further, in 35 U.S.C. § 305 and in 37 CFR §1.550(a), it is required that reexamination
proceedings "will be conducted with special dispatch within the Office."

Application/Control Number: 90/007,503; 90/007, 828                    Page 116
Art Unit: 3991

  **Extensions of time in reexamination proceedings are provided for in 37 CFR §1.550(c).**  A
request for extension of time must be filed on or before the day on which a response to this action is due,
and it must be accompanied by the petition fee set forth in 37 CFR § 1.17(g).  The mere filing of a request
will not effect any extension of time.  An extension of time will be granted only for sufficient cause, and for
a reasonable time specified.

  The filing of a timely first response to this final rejection will be construed as including a request to
extend the shortened statutory period for an additional month, which will be granted even if previous
extensions have been granted.  In no event however, will the statutory period for response expire later
than SIX MONTHS from the mailing date of the final action.  See MPEP § 2265.

### Service on the Other Party (3rd Party Request)

  After the filing of a request for reexamination by a 3rd party requester, any document filed by
either the patent owner or the third party requester must be served on the other party (or parties where
two or more third party requester proceedings are merged) in the reexamination proceeding in the
manner provided in 37 CFR §1.248.  See 37 CFR §1.550 (f).

### Patent Owner Amendment

  Patent owner is notified that any proposed amendment to the specification and/or claims in this
reexamination proceeding must comply with 37 CFR § 1.530(d)-(j), must be formally presented pursuant
to 37 CFR § 1.52(a) and (b), and must contain any fees required by 37 CFR §1.20(c). In order to ensure
full consideration of any amendments, affidavits or declarations, or other documents as evidence of
patentability, such documents must be submitted in response to this Office action.  Further submissions
will be governed by the requirements of 37 CFR §1.116, after final rejection and 37 CFR §41.33 after
appeal, which will be strictly enforced.

## NOTICE RE PATENT OWNER'S CORRESPONDENCE ADDRESS

Effective May 16, 2007, 37 CFR §1.33(c) has been revised to provide that:

The patent owner's correspondence address for all communications in an *ex parte* reexamination or an *inter partes* reexamination is designated as the correspondence address of the patent.

> *Revisions and Technical Corrections Affecting Requirements for Ex Parte and Inter Partes Reexamination*, 72 FR 18892 (April 16, 2007)(Final Rule)

**The correspondence address for any pending reexamination proceeding not having the same correspondence address as that of the patent is, by way of this revision to 37 CFR §1.33(c), <u>automatically changed to that of the patent file</u> as of the effective date.**

This change is effective for any reexamination proceeding which is pending before the Office as of May 16, 2007, <u>including the present reexamination proceeding</u>, and to any reexamination proceeding which is filed after that date.

Parties are to take this change into account when filing papers, and direct communications accordingly.

In the event the patent owner's correspondence address listed in the papers (record) for the present proceeding is different from the correspondence address of the patent, it is strongly encouraged that the patent owner affirmatively file a Notification of Change of Correspondence Address in the reexamination proceeding and/or the patent (depending on which address patent owner desires), to conform the address of the proceeding with that of the patent and to clarify the record as to which address should be used for correspondence.

Telephone Numbers for reexamination inquiries:

Reexamination and Amendment Practice          (571) 272-7703
Central Reexam Unit (CRU)                      (571) 272-7705
Reexamination Facsimile Transmission No.       (571) 273-9900

Application/Control Number: 90/007,503; 90/007, 828                    Page 118
Art Unit: 3991

### *Future Correspondences*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Bennett Celsa whose telephone number is 571-272-0807. The examiner can normally be reached on 8-5. If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Deborah D. Jones can be reached on 571-272-1535. The fax phone number for the organization where this application or proceeding is assigned is 571-273-9900.

Please mail any communications to:

Attn: Mail Stop "Ex Parte Reexam"
Central Reexamination Unit
Commissioner for Patents
P. O. Box 1450
Alexandria VA · 22313-1450

Please FAX any communications to:
(571) 273-9900
Central Reexamination Unit

Please hand-deliver any communications to:
Customer Service Window
Attn: Central Reexamination Unit ·
Randolph Building·
401 Dulany Street
Alexandria, VA  22314

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Bennett  Celsa
Primary Examiner
Art Unit 3991

Conferees:

DEBORAH D. JONES
SPRE ·AU 3991
CENTRAL REEXAMINATION UNIT

PADMASHRI PONNALURI
CRU EXAMINER - AU 3991

## TABLE OF CONTENTS

**PRIOR ART PENDING REJECTION SUMMARY**                                              **PAGES**

**I. PROTEIN KINASE C INHIBITORS (intervening prior art):**                          **25-32**
Anticipation: *Meichle (p.25)* or *Shirikawa (p. 31)* ('7503 Exhibit. G2) of claims
1-6, 8, 9, 11, 20-21, 25-27, 29, 31, 32, 36-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65,
69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193, & 197-201.

**IIa. CYCLOSPORIN A   (intervening prior art)**                                     **35-48**
Anticipation: *Schmidt (pp. 35-36)*, *Emmel (pp. 42-43)* and *Brini (pp. 47-48)* ('7503 Exhibit G1)
of claims 1-6, 8-9, 11, 20-21, 25-27,29, 36-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73,
75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 & 197-201.

**IIb. CYCLOSPORIN A (references prior to 12/24/86)**                                **54-75**
A.  Anticipation: *PDR* (1985), *Griffith I, Griffith II* ('7503 Exhibit H1) of              **54-57**
claims 1-2, 6, 8-9, 20-27, 29, 31-38,40, 64-73, 75-80, 82, 84 and 88-97.

B. Anticipation *by Reed*  ('7503 Exhibit H2) of claims 1-2, 5-6,8,9, 20-21, 25-27           **66-68**
29,31-32,36-38, 40,53-54,58-62,64-65,69-73,75-76,80, 82, 84,88-89, and 93-97.

C. Anticipation *by Kronke and/ or Siebenlist* ('7503 Exhibit H3) of claims                 **74-75**
1-2, 5-6, 8,9, 20-21, 25-27,29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76,
80, 82, 84, 88-89, and 93-97.

**III. VITAMIN D (CALCITRIOL) (references prior to 12/24/86)**                       **78-79**
Anticipation by *Tsoukas, Manolagas, Lemire I, Lemire II and Rigby I* ('7503 Exhibits H4-H6)
of claims 1-2, 5-6, 8, 9,  20-21, 25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76,
80, 82, 84, 88-89 and 93-97.

**IV. 5-ASA   (references prior to 12/24/86)**                                       **90-91**
Anticipation by *Dew*  ('7503 Exhibit H7) of claims 1-2, 5-6, 8, 9, 20-27, 29, 31-38, 40,
53-62, 64-73, 75-80, 82, 84 and 88-97.

**V. GLUCOCORTICOIDS (references prior to 12/24/86)**                                **94-97**
Anticipation by *Goodman & Gilman*  ('7503 Exhibit H8) of claims 1-2, 5-6, 8, 9, 20-21,
25-27, 29, 31-32, 36-38, 40, 53-54, 58-62, 64 -65, 69- 73, 75-76, 80, 82, 84, 88–89 and 93-97.

**VI. ANTIBIOTICS (references prior to 12/24/86)**                                   **105-107**
Anticipation by *1970 PDR* ('7503 Exhibit H10) of claims 1-2, 5-6, 8-10,12-18, 20-21, 25-27,
29, 31, 32, 36-38, 40, 53-54, 58-62, 64, 65, 69-73, 75, 76, 80, 82, 84, 88-89, 93-97, 99, 100, 104-105,
119-120, 124-129, 133-137, 139,140,144-147, 149,150,154-157, 159, 160, 164-168,172-175, 177,
178, and 182-185.

**VII. N-ACETYL-L-CYSTEINE  (intervening prior art)**                                **111-112**
Anticipation by *Staal* of claims 18 and 182-185 ('7828 Appendix E).

**VIII. NUCLEIC ACID DECOYS: (intervening prior art):**                              **113-115**
Anticipation by *Bielinska* of claims 1, 2, 20, 25-27, 29, 31, 36-38 and 40
('7828 Appendix D).

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 74753/JPW/GJG | *Ex Parte* Reexamination No.: 90/007,503 and 90/007,828 |
|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** (Use several sheets if necessary) | | **Applicants** David Baltimore et al. | |
| | | **Filing Date** April 4, 2005 | Page 1 of 10 |

### U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| /BC/ | 1 | June 9, 2006 Complaint, *Ariad Pharmaceuticals, Inc. V. Jon W. Dudas*, Civil Action 1:06cv679 (CMH/BRP) |
| /BC/ | 2 | July 12, 2006 Notice of Hearing, *Ariad Pharmaceuticals, Inc. V. Jon W. Dudas*, Civil Action 1:06cv679 (CMH/BRP) |
| /BC/ | 3 | August 2, 2006 Memorandum Of Law In Support Of Defendant's Motion To Dismiss Or In The Alternative For Summary Judgement And Opposition To Plaintiffs' Motion For Summary Judgment, *Ariad Pharmaceuticals, Inc. V. Jon W. Dudas*, Civil Action 1:06cv679 (CMH/BRP |
| /BC/ | 4 | August 2, 2006 Statement Regarding Eli Lilly & Company's Motion To Intervene And For Leave To File, *Ariad Pharmaceuticals, Inc. V. Jon W. Dudas*, Civil Action 1:06cv679 (CMH/BRP) |
| /BC/ | 5 | August 14, 2006 Notice Of Filing, *Ariad Pharmaceuticals, Inc. V. Jon W. Dudas*, Civil Action 1:06cv679 (CMH/BRP |
| /BC/ | 6 | August 14, 2006 Plaintiffs' Brief in Opposition To Motion To Intervene By Eli Lilly and Company, *Ariad Pharmaceuticals, Inc. V. Jon W. Dudas*, Civil Action 1:06cv679 (CMH/BRP) |
| /BC/ | 7 | August 14, 2006 Plaintiffs' Brief In Reply To Defendant's Motion To Dismiss Or In the Alternative For Summary Judgment And |

| EXAMINER | /Bennett Celsa/ | DATE CONSIDERED | 06/21/2007 |
|---|---|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce<br>Patent and Trademark Office | Atty. Docket No.<br>74753/JPW/GJG | Ex Parte<br>Reexamination<br>No.:<br>90/007,503<br>and<br>90/007,828 |
|---|---|---|---|
| | **INFORMATION DISCLOSURE CITATION**<br>(Use several sheets if necessary) | Applicants<br>**David Baltimore et al.** | |
| | | Filing Date<br>**April 4, 2005** | Page 2 of 10 |

## U.S. PATENT DOCUMENTS

| Examiner<br>Initial | | Document Number | Date | Name | Class | Subclass | Filing Date<br>if Appropriate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| | | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| /BC/ | | Opposition To Plaintiffs' Motion For Summary Judgment, *Ariad Pharmaceuticals, Inc. V. Jon W. Dudas*, Civil Action 1:06cv679 (CMH/BRP) |
| /BC/ | 8 | August 28, 2006 Reply Memorandum In Support Of Defendant's Motion To Dismiss, Or, In the Alternative, For Summary Judgment, *Ariad Pharmaceuticals, Inc. V. Jon W. Dudas*, Civil Action 1:06cv679 |
| /BC/ | 9 | October 3, 2006 Order (Defendant's Motion to Dismiss), *Ariad Pharmaceuticals, Inc. V. Jon W. Dudas*, Civil Action 1:06cv679 |
| /BC/ | 10 | October 3, 2006 Order (Eli Lilly & Company's Motion to Intervene), *Ariad Pharmaceuticals, Inc. V. Jon W. Dudas*, Civil Action 1:06cv679 |
| /BC/ | 11 | August 2, 2006 Defendant Eli Lilly And Company's Pre-Trial Brief, *Ariad Pharmaceuticals, Inc. V. Eli Lilly and Company*, Civil Case 02 CV 11280 RWZ |
| /BC/ | 12 | August 2, 2006 Plaintiffs' Supplemental Trial Brief, *Ariad Pharmaceuticals, Inc. V. Eli Lilly and Company*, Civil Case 02 CV 11280 RWZ |
| /BC/ | 13 | September 11, 2006 Plaintiffs' Proposed Findings of Fact and Conclusions of Law on the issues of Inequitable Conduct, |

| EXAMINER | /Bennett Celsa/ | DATE CONSIDERED | 06/21/2007 |
|---|---|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 74753/JPW/GJG | Ex Parte Reexamination No.: 90/007,503 and 90/007,828 |
|---|---|---|---|
| | **INFORMATION DISCLOSURE CITATION** (Use several sheets if necessary) | Applicants David Baltimore et al. | |
| | | Filing Date April 4, 2005 | Page 3 of 10 |

## U.S. PATENT DOCUMENTS

| Examiner Initial | Document Number | | | | | | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | Document Number | | | | | | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Yes | No |
| | | | | | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| /BC/ | | Indefiniteness, Prosecution Laches, and Non-Patentable Subject Matter, *Ariad Pharmaceuticals, Inc. V. Eli Lilly and Company*, Civil Case 02 CV 11280 RWZ |
| /BC/ | 14 | September 11, 2006 Lilly's Post-Trial Proposed Findings Of Fact And Conclusions Of Law Relating To (1) Invalidity Under 35 U.S.C. §101, (2) Unenforceability For Inequitable Conduct, And (3) Unenforceability For Prosecution Laches, *Ariad Pharmaceuticals, Inc. V. Eli Lilly and Company*, Civil Case 02 CV 11280 RWZ |
| /BC/ | 15 | September 29, 2006 Plaintiffs' Reply To Lilly's Proposed Findings of Fact And Conclusions of Law On the Issues of (1) Patentability Under 35 U.S.C. §010, (2) Inequitable Conduct, and (3) Prosecution Laches, *Ariad Pharmaceuticals, Inc. V. Eli Lilly and Company*, Civil Case 02 CV 11280 RWZ |
| /BC/ | 16 | September 29, 2006 Lilly's Response To Ariad's Proposed Findings of Facts And Conclusions of Law, *Ariad Pharmaceuticals, Inc. V. Eli Lilly and Company*, Civil Case 02 CV 11280 RWZ |
| /BC/ | 17 | April 20, 2006 Complaint For Declaratory Judgment Of Patent Invalidity And Non-Infringement, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action No. |
| /BC/ | 18 | April 20, 2006 Civil Cover Sheet, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action CA ___ |

| EXAMINER /Bennett Celsa/ | DATE CONSIDERED | 06/21/2007 |
|---|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce<br>Patent and Trademark Office<br><br>**INFORMATION DISCLOSURE CITATION**<br>(Use several sheets if necessary) | Atty. Docket No.<br>74753/JPW/GJG | *Ex Parte*<br>Reexamination<br>No.:<br>90/007,503<br>and<br>90/007,828 |
|---|---|---|---|
| | | **Applicants**<br>**David Baltimore et al.** | |
| | | **Filing Date**<br>**April 4, 2005** | **Page 4 of 10** |

## U.S. PATENT DOCUMENTS

| Examiner<br>Initial | | Document Number | Date | Name | Class | Subclass | Filing Date<br>if Appropriate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| /BC/ | 19 | April 20, 2006 Report On The Filing or Determination of an Action Regarding a Patent or Trademark, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action CA 06-259 |
| /BC/ | 20 | June 14, 2006 Defendant Ariad Pharmaceuticals, Inc.'s Motion To Dismiss For Lack of Subject Matter Jurisdiction, Failure To State a Claim, And Failure To Join Indispensable Parties, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 21 | June 14, 2006 Declaration of Laurie A. Allen (including Exhibits A-D), *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 22 | June 14, 2006 Defendant Ariad Pharmaceuticals, Inc.'s Opening Memorandum of Law In Support Of Its Motion To Dismiss For Lack of Subject Matter Jurisdiction, Failure To State A Claim For which Relief May Be Granted, And Failure To Join Indispensable Parties (including Tab 1), *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 23 | June 28, 2006 Declaration of Paul Cantrell, Esq. Signed May 18, 2006, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action No. 1:06-cv-259 (KAJ) |
| /BC/ | 24 | June 28, 2006 Declaration of Melanie K. Sharp (including Exhibits A-L), *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action No. 1:06-cv-259 (KAJ) |

| EXAMINER | /Bennett Celsa/ | DATE CONSIDERED | 06/21/2007 |
|---|---|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 74753/JPW/GJG | *Ex Parte* Reexamination No.: 90/007,503 and 90/007,828 |
|---|---|---|---|
| | **INFORMATION DISCLOSURE CITATION** (Use several sheets if necessary) | Applicants **David Baltimore et al.** | |
| | | Filing Date **April 4, 2005** | **Page 5 of 10** |

## U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | | | | | | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | Document Number | | | | | | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Yes | No |
| | | | | | | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| /BC/ | 25 | June 26, 2006 Declaration of Frank Ungemach (including Exhibits A-H), *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action No. 1:06-cv-259 (KAJ) |
|---|---|---|
| /BC/ | 26 | June 28, 2006 Plaintiffs' Opposition To Ariad's Motion To Dismiss For Lack of Subject Matter Jurisdiction, Failure To State a Claim, And Failure to Join Indispensable Parties (including Exhibits A-D unreported cases), *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 27 | July 12, 2006 Declaration of Fritz Casselman, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 28 | July 13, 2006 Declaration of Patricia Carson, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 29 | July 13, 2006 Defendant Ariad Pharmaceuticals, Inc.'s Reply Memorandum of Law In Support of its Motion to Dismiss For Lack of Subject Matter Jurisdiction, Failure to State a Claim For Which Relief May Be Granted, And Failure To Join Necessary And Indispensable Parties, *Amgen, Inc.* |
| /BC/ | 30 | July 12, 2006 Supplemental Declaration of Laurie A. Allen, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| | | |

| EXAMINER /Bennett Celsa/ | DATE CONSIDERED 06/21/2007 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce<br>Patent and Trademark Office<br><br>INFORMATION DISCLOSURE CITATION<br>(Use several sheets if necessary) | Atty. Docket No.<br>74753/JPW/GJG | Ex Parte<br>Reexamination<br>No.:<br>90/007,503<br>and<br>90/007,828 |
|---|---|---|---|
| | | Applicants<br>David Baltimore et al. | |
| | | Filing Date<br>April 4, 2005 | Page 6 of 10 |

## U.S. PATENT DOCUMENTS

| Examiner Initial | | | | Document Number | | | | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | | | Document Number | | | | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Yes | No |
| | | | | | | | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| /BC/ | 31 | Proposed Final Pretrial Order, *Amgen, Inc. v. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 32 | July 19,, 2006 Scheduling Order, *Amgen, Inc. v. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 33 | July 19, 2006 Trial Management Order, *Amgen, Inc. v. Ariad Pharmaceuticals, Inc.* Civil Action 06-259-KAJ |
| /BC/ | 34 | July 21, 2006 Letter to Judge Jordan from Melanie K. Sharp of Young Conaway Stargatt & Taylor, LLP, *Amgen, Inc. v. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 35 | July 25, 2006 Letter to Judge Jordan from Steven J. Balick of Ashby & Geddes, *Amgen, Inc. v. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 36 | August 30, 2006 Letter to Judge Jordan from Steven J. Balick of Ashby & Geddes (including Exhibits A & B), *Amgen, Inc. v. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 37 | August 31, 2006 Letter to Judge Jordan from Melanie K. Sharp of Young Conaway Stargatt & Taylor, LLP (including Exhibits 1 & 2), *Amgen, Inc. v. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |

| EXAMINER | /Bennett Celsa/ | DATE CONSIDERED | 06/21/2007 |
|---|---|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce<br>Patent and Trademark Office | Atty. Docket No.<br>74753/JPW/GJG | *Ex Parte*<br>Reexamination<br>No.:<br>90/007,503<br>and<br>90/007,828 |
|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION**<br>(Use several sheets if necessary) | | Applicants<br>**David Baltimore et al.** | |
| | | Filing Date<br>**April 4, 2005** | Page 7 of 10 |

## U.S. PATENT DOCUMENTS

| Examiner<br>Initial | | Document Number | Date | Name | Class | Subclass | Filing Date<br>if Appropriate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| /BC/ | 38 | September 13, 2006 Order, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 39 | September 25, 2006 Defendant Ariad Pharmaceuticals, Inc.'s Motion Certification Pursuant to 28 U.S.C. §1292(b), *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 40 | September 25, 2006 Defendant Ariad Pharmaceuticals Inc.'s Opening Memorandum of Law In Support of Its Motion For Certification Pursuant To 28 U.S.C. §1292(b), *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 41 | September 25, 2006 Ariad Pharmaceuticals, Inc.'s Answer To Compliant, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 42 | September 25, 2006 Declaration of Elizabeth L. Rosenblatt In Support of Ariad Pharmaceuticals, Inc.'s Motion For Certification Pursuant To 28 U.S.C. §1292(b) (including Exhibits A-Q), *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 43 | October 2, 2006 Ariad Opposition Ex. A-C, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |

| EXAMINER | /Bennett Celsa/ | DATE CONSIDERED | 06/21/2007 |
|---|---|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 74753/JPW/GJG | Ex Parte Reexamination No.: 90/007,503 and 90/007,828 |
|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** (Use several sheets if necessary) | | Applicants **David Baltimore et al.** | |
| | | Filing Date **April 4, 2005** | Page 8 of 10 |

## U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| /BC/ | 44 | October 10, 2006 Plaintiffs' Memorandum in Opposition To Ariad's Motion For Certification Pursuant to 28 U.S.C. §1292(b), *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 45 | October 10, 2006 Amgen Appendix of Exhibits 1-2 To Pliantiffs' Memorandum in Opposition To Ariad's Motion For Certification Pursuant to 28 U.S.C. §1292(B), *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 46 | October 12, 2006 Order, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 47 | October 17, 2006 Defendant Ariad Pharmaceuticals, Inc.'s Reply Memorandum of Law In Support Of Its Motion For Certification Pursuant To 28 U.S.C. §1292(b), *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 48 | November 3, 2006 Order, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 49 | July 7, 2006 Plaintiffs' First Set of Interrogatories to Defendant, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 50 | July 7, 2006 Plaintiffs' First Set of Requests for Production of Documents and Things to Defendant, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |

| EXAMINER /Bennett Celsa/ | DATE CONSIDERED 06/21/2007 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce<br>Patent and Trademark Office | Atty. Docket No.<br>74753/JPW/GJG | *Ex Parte*<br>Reexamination<br>No.:<br>90/007,503<br>and<br>90/007,828 |
|---|---|---|---|

**INFORMATION DISCLOSURE CITATION**
(Use several sheets if necessary)

| Applicants<br>**David Baltimore et al.** | |
|---|---|
| Filing Date<br>**April 4, 2005** | **Page 9 of 10** |

### U.S. PATENT DOCUMENTS

| Examiner<br>Initial | | Document Number | Date | Name | Class | Subclass | Filing Date<br>if Appropriate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| /BC/ | 51 | July 26, 2006 Defendant's Rule 26(a)(1) Initial Disclosure, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
|---|---|---|
| /BC/ | 52 | July 26, 2006 Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1), *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 53 | August 7, 2006 Defendant Ariad Pharmaceuticals, Inc.'s Responses And Objections to Plaintiffs' First Set of Requests For Production of Documents and Things to Defendant, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 54 | September 27, 2006 Defendant Ariad Pharmaceuticals, Inc.'s First Supplemental Responses And Objections To Plaintiffs' First Set of Requests for Production of Documents And Things to Defendant, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 55 | August 7, 2006 Defendant Ariad Pharmaceuticals, Inc.'s Responses And Objections To Plaintiff Amgen, Inc.'s First Set of Interrogatories to Defendant, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 56 | September 27, 2006 Defendant Ariad Pharmaceuticals, Inc.'s First Supplemental Responses and Objections To Plaintiffs' First Set Of |

| EXAMINER /Bennett Celsa/ | DATE CONSIDERED 06/21/2007 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 74753/JPW/GJG | Ex Parte Reexamination No.: 90/007,503 and 90/007,828 |
|---|---|---|---|
| | **INFORMATION DISCLOSURE CITATION** (Use several sheets if necessary) | Applicants **David Baltimore et al.** | |
| | | Filing Date **April 4, 2005** | Page 10 of 10 |

## U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| /BC/ | | Requests for Production of Documents and Things to Defendant, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 57 | October 11, 2006 Defendant Ariad Pharmaceuticals, Inc.'s First Supplemental Responses and Objections to Plaintiff Amgen, Inc.'s First Set of Interrogatories to Defendant, *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 58 | October 26, 2006 Stipulated Protective Order Pursuant To Federal Rule of Civil Procedure 26(c), *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 59 | July 12, 2006 Telephone Conference before Honorable Kent A. Jordan, U.S.D.C.J., *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 60 | September 11, 2006 Motions Hearing before Honorable Kent A. Jordan, U.S.D.C.J., *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |
| /BC/ | 61 | November 3, 2006 Motion Hearing before Honorable Kent A. Jordan, U.S.D.C.J., *Amgen, Inc. V. Ariad Pharmaceuticals, Inc.*, Civil Action 06-259-KAJ |

| EXAMINER | /Bennett Celsa/ | DATE CONSIDERED | 06/21/2007 |
|---|---|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce<br>Patent and Trademark Office | Atty. Docket No.<br>74753/JPW/GJG | Ex Parte<br>Reexamination<br>Nos.:<br>90/007,503<br>and<br>90/007,828 |
|---|---|---|---|

**INFORMATION DISCLOSURE CITATION**
**(Use several sheets if necessary)**

| | Applicants<br>David Baltimore et al. |
|---|---|
| | Filing Date<br>April 4, 2005 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| /BC/ | 4 | March 3, 2004 Memorandum Of Decision And Order on claim construction 06/21/2007 |
|---|---|---|
| /BC/ | 5 | November 11, 2005 Reply Expert Report of Dr. Stephen Prescott, paragraphs 16-18 |
| /BC/ | 6 | November 11, 2005 Reply Expert Report of Dr. Jeffrey Ravetch, paragraphs 6-9 |
| /BC/ | 7 | November 11, 2005 Reply Expert Report Of Dr. Laurie H. Glimcher, page 11 and 12 |
| /BC/ | 8 | November, 2005 Rule 26(b)(2) Reply Report of David M. Livingston, M.D., pages 17-18 |
| /BC/ | 9 | November 22, 2005 Condensed Deposition of Stephen Prescott in Civil Case 02 CV 11280 RWZ, page 226, line 24 - page 242, line 25 and page 262, line 9 - page 267, line 20 |
| /BC/ | 10 | November 30, 2005 Condensed Deposition of Jeffrey V. Ravetch in Civil Case 02 CV 11281 RWZ, page 40, line 8 - page 58, line 25 |
| /BC/ | 11 | Trial Transcript - April 26, 2006 Jury Trial Day 12, Second Session in Civil Case 02 CV 11281 RWZ, page 112, line 10 and page 124, line 16 |

| EXAMINER | /Bennett Celsa/ | DATE CONSIDERED | 06/21/2007 |
|---|---|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

A Merged Proceeding of *Ex Parte* Reexamination Control Nos:
90/007,503, Filed April 4, 2005 and
90/007,828, Filed December 2, 2005
**Exhibit 3** to Nov. 9, 2006 Response

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | | Atty. Docket No. 74753/JPW/GJG | Ex Parte Reexamination No.: 90/007,503 and 90/007,828 |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** (Use several sheets if necessary) | | | Applicants **David Baltimore et al.** | |
| | | | Filing Date **April 4, 2005** | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | | | | | | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | Document Number | | | | | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Yes | No |
| | | | | | | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| /BC/ | 1 | April 20, 2006 Complaint For Declaratory Judgment of Patent Invalidity And Non-Infringement, Amgen, Inc. et al. V. Ariad Pharmaceuticals, Inc., Civil Case 06-CV-00259-KAJ |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| EXAMINER | /Bennett Celsa/ | DATE CONSIDERED | 06/21/2007 |
|---|---|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| | Notice of References Cited | Application/Control No. (90/007,503) 90/007,828 | Applicant(s)/Patent Under Reexamination 6410516 | |
|---|---|---|---|---|
| | | Examiner Bennett Celsa | Art Unit 3991 | Page 1 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US- | | | |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | Stephen G. Kunin, Mark Nagumo, Brian Stanton, Linda S. Therkorn, and Stephen Walsh, Reach-Through Claims in the Age of Biotechnology, 51 AM. U.L. REV. 609-638 (2002) |
| | V | Roman-Blas M.D. et al., Osteoarthritis and Cartilage, 14 (2006) pages 839-848 |
| | W | Frantz et al. Embo J. 13 (1994) pages 861-870 |
| | X | Meyer et al., FEBS Lett 413 (1997) pages 354-358. |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    Notice of References Cited          Part of Paper No. 20070322

| | Notice of References Cited | | | Application/Control No.<br>(90/007,503) 90/007,828) | Applicant(s)/Patent Under Reexamination<br>6410516 | |
|---|---|---|---|---|---|---|
| | | | | Examiner<br>Bennett Celsa | Art Unit<br>3991 | Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US- | | | |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | Yamamoto et al., Inflamm. Bowel Dis. 11(6) (June 2005) pages 589-596 |
| | V | Ariad Pharmaceuticals v. Dudas, Civil Action No. 1:06cv679 (U.S. Dist. Ct.: Eastern District of Va: Alexandria): Memorandum of Points and Authorities In Support of Motion To Dismiss Or In the Alternative For Summary Judgement and Opposition to Plaintiff's Motion For Summary Judgement: pages 1-30. |
| | W | Harant et al. Eur. J. Biochem. Vol. 250, pages 63-71 (1997). |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

# EXHIBIT 13

# EXHIBIT REDACTED

# EXHIBIT 14

**Amgen et al v. ARIAD et al (CA No. 06-259-MPT) -- Supplemental Amgen Privilege Log (8-10-07)**

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 1 | DISC00001553 | 9-Mar-01 | Shahzad, Amrit; Ungemach, Frank* | Matheson, Christine | | Email chain requesting and conveying legal advice re Ariad intellectual property. | AC |
| 2 | DISC00001633 | 2-May-01 | Williams, Douglas | Gandhi, Vasant T.* | Chipman, Stewart; Chipman, Stewart D. Malaska, Stephen L.* | Email chain requesting legal advice re Ariad intellectual property. | AC |
| 3 | DISC00001634 | 27-Oct-01 | Malaska, Stephen* | Gandhi, Vasant T.* | | Memorandum providing and requesting legal advice re Ariad intellectual property and strategy re same. | AC/WP |
| 4 | DISC00001636 | 4-Jun-01 | March, Carl | Gandhi, Vasant T.* | | Memorandum providing and requesting legal advice re Ariad intellectual property. | AC |
| 5 | DISC00001637 | 31-Jul-02 | Zindrick, Tom* | Gandhi, Vasant T.* | | Memorandum providing legal advice re Ariad Intellectual Property and strategy re same. | AC |
| 6 | DISC00001638 | 13-Aug-02 | Burton, Bruce | Gandhi, Vasant T.* | Ungemach, Frank*; Zindrick, Thomas* | Memorandum providing legal advice re Ariad Intellectual Property and strategy re same. | AC |
| 7 | COLL-SHA-00083 | 28-Apr-03 | Amgen Legal Dept. | Matheson, Christine | | Document requesting legal advice re Ariad Intellectual Property and strategy re same | AC/WP |
| 8 | COLL-SHA-00144 | 21-Mar-01 | Curry, Dan | Matheson, Christine | | Transmitting legal advice from Amgen Legal Dept. re Ariad intellectual property and strategy re same. | AC/WP |
| 9 | COLL-SHA-00146 | 19-Mar-01 | Curry, Dan | Matheson, Christine | | Transmitting legal advice from Amgen Legal Dept. re Ariad intellectual property and strategy re same. | AC/WP |

\* Denotes attorney or legal staff



GANDHI
EX. NO. 585
DATE: 2-8-08
Sylvia P. Shear
No. 3010 Pages 27

/

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|----|----|----|----|-----------|
| 10 | COLL-SHA-00188 | | | | | Draft material transfer agreement conveying legal advice from Amgen legal department. | AC |
| 11 | COLL-SIC-00017 | | | | | Memorandum providing legal advice from Amgen legal department re updates to a contract. | AC/WP |
| 12 | COLL-UNF-00010 | 24-Mar-03 | Fowler, Kathleen* | Mukku, Venkat | Gaul, Tim*; Ungemach, Frank*; Winter, Bob* | Email providing legal advice re protein sequence. | AC |
| 13 | COLL-UNF-00011 | 29-Jul-03 | Ungemach, Frank* | Gaul, Tim* | | Email chain providing legal advice re assays. | AC/WP |
| 14 | COLL-UNF-00013 | 28-Feb-01 | Ungemach, Frank* | Zindrick, Thomas* | | Email providing legal advice re Ariad intellectual property. | AC |
| 15 | COLL-UNF-00014 | 26-Jun-02 | Ungemach, Frank* | Winter, Bob* | | Email providing legal advice re strategy re Ariad. | AC |
| 16 | COLL-UNF-00015 | 14-Mar-03 | Gaul, Tim*; Ungemach, Frank*; Nicastro, Karen* | Winter, Bob* | | Email providing legal advice re project and technology review. | AC/WP |
| 17 | COLL-CAJ-01194 | 21-Jan-04 | | | | Document providing legal advice from Amgen legal department re changes to Review Board Contract. | AC |
| 18 | COLL-CAJ-01199 | 16-Jan-04 | Carlson, Jim; Klein, Judy | Wiernik, Meryl | Kilrain, Ann | Document providing legal advice from Amgen legal department re changes to contract. | AC |
| 19 | COLL-CAJ-01200 | 16-Jan-04 | Carlson, Jim | Klein, Judy | | Document providing legal advice from Amgen legal department re changes to contract. | AC |
| 20 | COLL-CAJ-01577 | 28-Jan-05 | Carlson, Jim; Appleton, Brent | Toombs, Chris | Gresser, Mike; Crawford, Brad; Gaul, Tim* | Email chain requesting legal advice re a Material Transfer Agreement. | AC |
| 21 | COLL-MUV-00024 | | Ungemach, Frank* | Mukku, Venkat | | Email requesting legal advice re Enbrel an IL-1ra potency bioassays. | AC |

* Denotes attorney or legal staff

2

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 22 | DISC00002478 | 4-Feb-02 | Williams, Douglas | Gandhi, Vasant T.* | | Memorandum providing legal advice re Ariad Intellectual Property and strategy re same. | AC/WP |
| 23 | SHJ_001_00518197 | 3-Apr-06 | Junyan, Shu | O'Malley, Rhonda* | Gutman, Sige* | Email providing legal advice re Ariad hold order. | AC/WP |
| 24 | SHJ_001_00518200 | 3-Apr-06 | Junyan, Shu | O'Malley, Rhonda* | Gutman, Sige* | Memorandum providing legal advice re Ariad hold order. | AC/WP |
| 25 | VAB_001_00543927 | 23-Mar-06 | Amgen | Loomis, Nancy | | Email reflecting legal advice re Ariad hold order. | AC/WP |
| 26 | VAB_001_00544085 | 23-Mar-06 | Varnum, Brian | O'Malley, Rhonda* | Gutman, Sige* | Email providing legal advice re Ariad hold order. | AC/WP |
| 27 | VAB_001_00544086 | 23-Mar-06 | Varnum, Brian | O'Malley, Rhonda* | Gutman, Sige* | Email providing legal advice re Ariad hold order. | AC/WP |
| 28 | VAB_001_00544315 | 4-Apr-06 | Saris, Chris | Varnum, Brian | | Email chain transmitting legal advice re Ariad hold order. | AC/WP |
| 29 | VAB_001_00544325 | 4-Apr-06 | Varnum, Brian | O'Malley, Rhonda* | Gutman, Sige* | Email chain conveying legal advice re Ariad hold order. | AC/WP |
| 30 | VAB_001_00544326 | 4-Apr-06 | Varnum, Brian | O'Malley, Rhonda* | Gutman, Sige* | Email chain conveying legal advice re Ariad hold order. | AC/WP |
| 31 | VAB_001_00552978 | 3-Apr-06 | Varnum, Brian | O'Malley, Rhonda* | Gutman, Sige* | Email providing legal advice re Ariad hold order. | AC/WP |
| 32 | VAB_001_00552984 | 3-Apr-06 | Varnum, Brian | O'Malley, Rhonda* | Gutman, Sige* | Email providing legal advice re Ariad hold order. | AC/WP |
| 33 | DISC00002668 | 30-Jan-01 | File | Smith, Christopher* | | Memorandum providing and summarizing legal advice re intellectual property analysis re Tularik, Inc. | AC/WP |
| 34 | DISC00002671 | 30-Jan-01 | File | Smith, Christopher* | | Memorandum providing and summarizing legal advice re intellectual property analysis  re Tularik, Inc. | AC/WP |
| 35 | DISC00002672 | 1-Mar-01 | File | Smith, Christopher* | Rieflin, Bill | Memorandum providing and summarizing legal advice re intellectual property analysis  re Tularik, Inc. | AC/WP |

* Denotes attorney or legal staff

3

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 36 | DISC00002678 | 27-Nov-01 | Smith, Christopher* | Isacson, John P.* | | Correspondence providing legal advice re intellectual property analysis re '090 patent. | AC/WP |
| 37 | DISC00002680 | 12-Dec-02 | Smith, Christopher* | Walker, Nigel | | Email requesting and conveying legal advice re cellular assays. | AC/WP |
| 38 | DISC00002681 | | Smith, Christopher* | Isacson, John P.* | | Memorandum providing legal advice re analysis of intellectual property re '516 patent. | AC/WP |
| 39 | DISC00002685 | | | | | Memorandum conveying legal advice from Amgen Legal Dept. re correspondence with third parties, including Ariad. | AC |
| 40 | DISC00002686 | | | Scott, David* | | Handwritten notes from Amgen Legal Dept. providing and summarizing legal advice re patent analysis. | AC/WP |
| 41 | JEC_001_00247895 | 30-Mar-06 | Perez, Janice; Jewet, Caroline | O'Malley, Rhonda* | Gutman, Sige* | Email providing legal advice re hold order re Ariad. | AC/WP |
| 42 | JEC_001_00247899 | 30-Mar-06 | Perez, Janice; Jewet, Caroline | O'Malley, Rhonda* | Gutman, Sige* | Email providing legal advice re hold order re Ariad. | AC/WP |
| 43 | CAJ_001_00112141 | 30-Jun-05 | Carlson, Jim; Shao-Lee, Lin | Appleton, Brent | Lee, Nathan* | Email chain requesting legal advice re a Kineret investigator proposal. | AC/WP |
| 44 | JAA_001_00125045 | 29-Mar-06 | Jahreis, Angelika | O'Malley, Rhonda* | Gutman, Sige* | Email providing legal advice from Amgen legal department re litigation hold order. | AC/WP |
| 45 | JAA_001_00125049 | 29-Mar-06 | Jahreis, Angelika | O'Malley, Rhonda* | Gutman, Sige* | Email providing legal advice from Amgen legal department re litigation hold order. | AC/WP |
| 46 | JAA_001_00126361 | 23-Mar-06 | Jahreis, Angelika | Loomis, Nancy | Gutman, Sige* | Email conveying and providing legal advice from Amgen Legal Department re litigation hold order. | AC |

\* Denotes attorney or legal staff

4

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 47 | JAA_001_00126512 | 23-Mar-06 | Jahreis, Angelika | Loomis, Nancy | Gutman, Sige* | Email conveying and providing legal advice from Amgen Legal Department re litigation hold order. | AC |
| 48 | JAA_001_00126515 | 23-Mar-06 | Jahreis, Angelika | Loomis, Nancy | Gutman, Sige* | Email conveying and providing legal advice from Amgen Legal Department re litigation hold order. | AC |
| 49 | SIC_001_00534366 | 24-Nov-04 | Jewette, Caroline; Rich, Doug; Siegmund, Chris | Moore, Mike | Gonzalez, Josh | Email chain conveying legal advice from outside counsel sought re pricing and product replacements, for Enbrel. | AC/WP |
| 50 | JAA_001_00215348 | 20-Jun-05 | Jahreis, Angelika | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice from Amgen Legal Department re litigation hold order. | AC/WP |
| 51 | JAA_001_00215384 | 20-Jun-05 | Jahreis, Angelika | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice from Amgen Legal Department re litigation hold order. | AC/WP |
| 52 | CAJ_001_00049891 | 29-Mar-06 | Project Mgmt-R&D All; Dept-1164 (RFT); Lindros, Byron; Moore, Gerdi; Mendonca, Subhash; Rao, Rekha; Arthur, Louise; Barn, Melanie; Bentveisen, Kris; Delgado, Carlos; Milnes, Helen; Rumbelow, Alyson; Swift, Rachel | Loomis, Nancy; Schield, Sandy | | Email providing and conveying legal advice at instruction of Amgen Legal Dept. re litigation hold order. | AC/WP |

\* Denotes attorney or legal staff

5

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 53 | CAJ_001_00049897 | 29-Mar-06 | Carlson, Jim | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |
| 54 | CAJ_001_00049898 | 29-Mar-06 | Carlson, Jim | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |
| 55 | CAJ_001_00049899 | 29-Mar-06 | Carlson, Jim | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |
| 56 | CAJ_001_00049901 | 23-Mar-06 | Carlson, Jim | Loomis, Nancy | Gutman, Sige* | Email providing legal advice re litigation hold order. | AC/WP |
| 57 | CAJ_001_00050021 | 23-Mar-06 | Carlson, Jim | Loomis, Nancy | Gutman, Sige* | Email providing legal advice re litigation hold order. | AC/WP |
| 58 | CAJ_001_00050022 | 23-Mar-06 | Carlson, Jim | Loomis, Nancy | Gutman, Sige* | Email providing legal advice re litigation hold order. | AC/WP |
| 59 | CAJ_001_00050023 | 23-Mar-06 | Carlson, Jim | Loomis, Nancy | Gutman, Sige* | Email providing legal advice re litigation hold order. | AC/WP |
| 60 | COLL-BOP-000764 | 10-Dec-04 | | Matsuda, Mas* | | Kineret brochure containing legal advice from Amgen Business Law Group re the brochure. | AC |
| 61 | COLL-BOP-002647 | 16-Nov-05 | Boultbee, Paul | Johnson, Paul*; Tumminello, Brad | | Document providing legal advice from Paul Johnson, Esq. re Kineret information sheets. | AC |
| 62 | COLL-BOP-003094 | | | | | Draft contract providing legal advice from Amgen Legal Dept. re promotion agreement. | AC |
| 63 | COLL-BOP-003097 | | | | | Draft contract providing legal advice from Amgen Legal Dept. re promotion agreement. | AC |
| 64 | COLL-BOP-003165 | | Carlson, Jim | Appleton, Brent; Boultbee, Paul; Gaul, Tim* | | Memorandum from Amgen Legal Department providing legal advice re co-promotion agreement. | AC/WP |

* Denotes attorney or legal staff

6

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 65 | COLL-BOP-003374 | | | | | Memorandum providing and conveying legal advice from Amgen legal department re regulatory licensing. | AC/WP |
| 66 | COLL-BOP-003375 | 21-Sep-05 | Carlson, Jim | Appleton, Brent; Boultbee, Paul; Gaul, Tim* | | Memorandum requesting legal advice from Tim Gaul, Esq. re Kineret meeting agenda. | AC |
| 67 | COLL-BOP-003379 | 29-Aug-05 | Carlson, Jim | Appleton, Brent; Boultbee, Paul; Gaul, Tim* | | Memorandum providing and conveying legal advice from Tim Gaul, Esq. re Kineret meeting topics. | AC |
| 68 | COLL-BOP-003388 | 21-Sep-05 | Carlson, Jim | Appleton, Brent; Boultbee, Paul; Gaul, Tim* | | Memorandum requesting legal advice from Tim Gaul, Esq. re Kineret meeting topics. | AC |
| 69 | COLL-BOP-003415 | 29-Aug-05 | Carlson, Jim | Appleton, Brent; Boultbee, Paul; Gaul, Tim* | | Memorandum requesting legal advice from Tim Gaul, Esq. re Kineret meeting topics. | AC |
| 70 | COLL-BOP-003432 | 17-Oct-05 | Carlson, Jim | Appleton, Brent; Boultbee, Paul; Gaul, Tim* | | Memorandum and handwritten notes requesting and summarizing legal advice from Tim Gaul, Esq. re Kineret meeting topics. | AC |
| 71 | COLL-BOP-003482 | 17-Oct-05 | Carlson, Jim | Appleton, Brent; Boultbee, Paul; Gaul, Tim* | | Memorandum conveying and requesting legal advice from Tim Gaul, Esq. re Kineret meeting topics. | AC |
| 72 | COLL-BOP-003485 | 21-Nov-05 | Carlson, Jim | Appleton, Brent; Boultbee, Paul; Gaul, Tim* | | Memorandum conveying and requesting legal advice from Tim Gaul, Esq. re Kineret meeting topics. | AC |
| 73 | COLL-BOP-003510 | 16-Feb-06 | Carlson, Jim | Appleton, Brent; Boultbee, Paul; Gaul, Tim* | | Memorandum and attached email chain requesting and providing legal advice from Tim Gaul, Esq. re intellectual property analysis re Kineret, patent terms, patent invoices. | AC |

* Denotes attorney or legal staff

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 74 | COLL-BOP-003730 | 4-Oct-05 | | | | Memorandum from Amgen Legal Department providing legal advice re patent prosecution and attorney work completed. | AC/WP |
| 75 | COLL-BOP-003733 | 4-Oct-05 | | | | Memorandum from Amgen Legal Department providing and summarizing legal advice re patent prosecution and licensing agreement. | AC/WP |
| 76 | COLL-FRD-000063 | Jul-05 | | | | Presentation and handwritten notes providing legal advice by Amgen legal department re Kineret co-promotion agreement. | AC |
| 77 | COLL-FRD-000071 | Jul-05 | | | | Presentation and handwritten notes providing legal advice by Amgen legal department re Kineret co-promotion agreement | AC |
| 78 | COLL-FRD-000098 | 3-Aug-04 | | | | Draft Kineret Co-Promotion Agreement containing legal advice from Amgen legal and requests for legal advice re provisions in same. | AC |
| 79 | COLL-APB-000524 | | | | | Draft article re IL-1ra legal containing advice from Tim Gaul, Esq. | AC |
| 80 | COLL-APB-001688 | 21-Sep-04 | | | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |
| 81 | COLL-APB-001833 | 4-May-04 | | | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |

\* Denotes attorney or legal staff

8

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|----|----|----|------------|-----------|
| 82 | COLL-APB-001885 | 6-May-04 | | | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |
| 83 | COLL-APB-001901 | 23-Jun-04 | | | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |
| 84 | COLL-APB-001937 | 16-Apr-04 | | | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |
| 85 | COLL-APB-001977 | 2-Mar-04 | | | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |
| 86 | COLL-APB-002106 | | | | | Memorandum providing and conveying legal advice from Amgen legal department re contract reviews and synopses | AC/WP |
| 87 | COLL-APB-002143 | 18-May-03 | | Barker, Chris | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |
| 88 | COLL-APB-002281 | 22-Jan-04 | | Barker, Chris | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |
| 89 | COLL-APB-002347 | 23-Feb-04 | | Kelly, Reed A. | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |
| 90 | COLL-APB-002401 | 14-Jan-05 | | Kelly-Gahlgren, Reed | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |

\* Denotes attorney or legal staff

9

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 91 | COLL-APB-002444 | 23-Jun-05 | | Kelly-Gahlgren, Reed | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |
| 92 | COLL-APB-002473 | 30-Jun-05 | | Kelly-Gahlgren, Reed | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |
| 93 | COLL-APB-002510 | 13-Oct-04 | | Kelly-Gahlgren, Reed | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |
| 94 | COLL-APB-003022 | 17-Jun-03 | Merril, Deb*; Leff, Jon; Whitmore, Jim; DeGuttadauro, Andrew; Buckland, Guy ; Appleton, Brent; Zimney, Ed | Ramlow, Kelly | | Request for legal advice from Deb Merrill, Esq. re Kineret publication. | AC |
| 95 | COLL-APB-003993 | | | | | Document with handwritten notes providing legal advice from Amgen legal department re FDA correspondence. | AC |
| 96 | COLL-APB-004498 | | | | | Summary of publications relating to Amgen products performed at the direction of Amgen Legal Department for the purposes of seeking legal advice and/or in anticipation of litigation. | AC/WP |
| 97 | COLL-APB-004921 | 24-Jan-05 | | Kelly-Gahlgren, Reed | | Request for legal advice from Tim Gaul, Esq. re publication resulting from research under a material transfer agreement. | AC/WP |

* Denotes attorney or legal staff

10

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 98 | BOP_004_00711744 | 21-Mar-06 | Lee, Nathan*; Boultbee, Paul; | Detrick, Kristin | | Email chain requesting legal advice from Nathan Lee, Esq. re FDA action re Enbrel. | AC |
| 99 | BOP_004_00711987 | 24-Feb-06 | Lee, Nathan*; Boultbee, Paul; Clement, Cheryl | Varav, Harry | | Email requesting legal advice from Nathan Law, Esq. re FDA action re Enbrel. | AC |
| 100 | BOP_004_00712019 | 23-Feb-06 | Lee, Nathan*; Varav, Harry; Clement, Cheryl | Boultbee, Paul | | Email chain requesting legal advice from Nathan Lee, Esq. re Enbrel recall submission | AC |
| 101 | BOP_004_00712072 | 24-Feb-06 | Lee, Nathan*; Hodgkin, Kristine | Boultbee, Paul | | Email chain requesting legal advice from Nathan Lee, Esq. re Enbrel recall submission | AC |
| 102 | BOP_004_00712076 | 24-Feb-06 | Finch, Cheryl; Coley, Gwen, Mendivil, Steven; Sesic, Jim; Shibata, Atsuko; Hawkins, Trish; Klasey, Kristin; Ayala, Vince; Gilbotowski, Gail; Garcia, Carlos-Global Distribution; Lee, Nathan*; Boultbee, Paul; Pew, Garry;          Ji, Ming; Tillett, Dave; Essayan, David; Lit, Rick; Walker, John S. Regulatory Affairs; Mire-Sluis, Anthony; Hindi, Nurha | Smith, Gary | Clement, Cheryl; Varav, Harry; Yeganegi, Homa | Email chain requesting legal advice from Nathan Lee, Esq. re Enbrel recall submission | AC |

\* Denotes attorney or legal staff

11

| # | Document | Date | To | From | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 103 | BOP_004_00728682 | 26-Jul-06 | Hindi, Hurha; Hamza, Sundos; McCroskery, Ellen; Patton, Cynthia*; Fiorenza, Sonia; Khalil, Sarah; Stevens, Seth; Firth, Neelima | Boultbee, Paul | | Email chain providing and requesting legal advice re labeling change re Enbrel. | AC/WP |
| 104 | BOP_004_00732508 | 10-Mar-06 | Khalil, Sarah; Johnson, Paul* | Boultbee, Paul | Firth, Neelima | Email requesting legal advice re changes to Kineret Website. | AC |
| 105 | BOP_004_00732671 | 13-Mar-06 | Johnson, Paul* | Boultbee, Paul | | Email chain requesting legal advice re Kineret promotion. | AC |
| 106 | BOP_004_00732688 | 13-Mar-06 | Johnson, Paul* | Boultbee, Paul | | Email chain requesting legal advice re Kineret promotion. | AC |
| 107 | BOP_004_00841803 | 21-Mar-06 | Lee, Nathan*; Detrick, Kirsten | Boultbee, Paul | | Email chain requesting and conveying legal advice re Enbrel recall. | AC |
| 108 | BOP_004_00843605 | 13-Mar-06 | Johnson, Paul*; Khalili, Sara | Boultbee, Paul | | Email requesting legal advice re Kineret promotion. | AC |
| 109 | BOP_004_00843649 | 13-Mar-06 | Johnson, Paul*; Khalili, Sara | Boultbee, Paul | | Email requesting legal advice re Kineret promotion. | AC |
| 110 | BOP_004_00845252 | 21-Dec-05 | Gonye, Stephanie*; Spangler, Richard; Sethi, Sundeep; Ruggieri, Alex | Boultbee, Paul | Essayan, David; Franko, Donna | Email chain providing and requesting legal advice re ENLIVEN program. | AC |
| 111 | BOP_004_00871383 | 24-Mar-06 | Boultbee, Paul | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |
| 112 | BOP_004_00871384 | 24-Mar-06 | Boultbee, Paul | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |
| 113 | BOP_004_00871385 | 24-Mar-06 | Boultbee, Paul | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |

* Denotes attorney or legal staff

12

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 114 | BOP_004_00871386 | 24-Mar-06 | Boultbee, Paul | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |
| 115 | BOP_004_00871394 | 23-Mar-06 | Boultbee, Paul | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |
| 116 | BOP_004_00871410 | 23-Mar-06 | Boultbee, Paul | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |
| 117 | BOP_004_00871411 | 23-Mar-06 | Boultbee, Paul | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |
| 118 | FRD_004_00664160 | 28-Jun-06 | | | | Email requesting legal advice re Hep-B Label changes & implementation Plan. | AC |
| 119 | FRD_004_00666547 | 18-May-06 | IBU RMLs and Medical Directors | Ritzman, Christine | | Email conveying legal advice from Paul Johnson, Esq. and Cynthia Patton, Esq. re response to JAMA article re Enbrel. | AC |
| 120 | FRD_004_00663010 | 24-Mar-06 | Franko, Donna | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |
| 121 | FRD_004_00663018 | 24-Mar-06 | Franko, Donna | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |
| 122 | FRD_004_00663021 | 24-Mar-06 | Franko, Donna | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |
| 123 | FRD_004_00663023 | 24-Mar-06 | Franko, Donna | Loomis, Nancy | Gutman, Sige* | Email providing and conveying legal advice re litigation hold order. | AC/WP |
| 124 | FRD_004_00686767 | 23-Mar-06 | Franko, Donna | Loomis, Nancy | Gutman, Sige* | Email providing legal advice re litigation hold order. | AC/WP |
| 125 | FRD_004_00686925 | 23-Mar-06 | Franko, Donna | Loomis, Nancy | Gutman, Sige* | Email providing legal advice re litigation hold order. | AC/WP |

* Denotes attorney or legal staff

13

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 126 | FRD_004_00686926 | 23-Mar-06 | Franko, Donna | Loomis, Nancy | Gutman, Sige* | Email providing legal advice re litigation hold order. | AC/WP |
| 127 | FRD_004_00686927 | 23-Mar-06 | Franko, Donna | Loomis, Nancy | Gutman, Sige* | Email providing legal advice re litigation hold order. | AC/WP |
| 128 | FRD_004_00696348 | 21-Dec-05 | Gonye, Stephanie* | Boultbee, Paul | Essayan, David; Franko, Donna | Email chain providing and requesting legal advice re ENLIVEN program. | AC |
| 129 | PEJ_001_00434751 | 30-Mar-06 | Perez, Janice; Jewet, Caroline | O'Malley, Rhonda* | Gutman, Sige* | Email providing legal advice from Amgen legal department re litigation hold order. | AC/WP |
| 130 | DISC00002485 | 22-Jul-04 | | | | Redaction for documents bates number AM-AR0232679-695 -- Enbrel Fact Sheet containing legal advice re US and European patents relating to etanercept and ZymoGenetics lawsuit | AC |
| 131 | DISC00002488 | 13-Oct-04 | | | | Redaction for documents bates number AM-AR0232696-715 -- Enbrel Fact Sheet containing legal advice re US and European patents relating to etanercept and ZymoGenetics lawsuit | AC |
| 132 | DISC00002509 | 15-Jan-04 | | | | Redaction for documents bates number AM-AR0232716-730 -- Kineret Fact Sheet containing legal advice re US and European patents relating to Kineret and license agreements | AC |
| 133 | DISC00002504 | 18-Jul-02 | | | | Redaction for documents bates number AM-AR0232731-739 -- Kineret Fact Sheet containing legal advice re US and European patents relating to Kineret and license agreements | AC |

* Denotes attorney or legal staff

14

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 134 | DISC00002499 | 19-Oct-01 | | | | Redaction for documents bates number AM-AR0232740-757 -- Kineret Fact Sheet containing legal advice re US and European patents relating to Kineret | AC |
| 135 | DISC00002497 | 18-Oct-02 | | | | Redaction for documents bates number AM-AR0232758-767 -- Kineret Fact Sheet containing legal advice re US and European patents relating to Kineret and license agreements | AC |
| 136 | DISC00002513 | 3-Feb-05 | | | | Redaction for documents bates number AM-AR0232768-780 -- Kineret Fact Sheet containing legal advice re US and European patents relating to Kineret | AC |
| 137 | DISC00002503 | 18-Apr-05 | | | | Redaction for documents bates number AM-AR0232781-792 -- Kineret Fact Sheet containing legal advice re US and European patents relating to Kineret | AC |
| 138 | 00006383 | 28-Feb-05 | Bernau, Cantrell* | Gutman, Siegmund* | Gaul, Tim* | Email chain opinions of counsel re Ariad intellectual property, including '374 patent. | AC/WP |
| 139 | 00006384 | 15-Jun-05 | Gaul, Tim*; Ungemach, Frank*; Sims, John | Gresser, Mike | | Email chain providing legal advice re *Integra v. Merck* and intellectual property relating to NF-kB. | AC/WP |
| 140 | 00006385 | 14-Feb-05 | Gutman, Siegmund* | Gaul, Tim* | | Email chain reflecting legal advice re Ariad and ARIAD's intellectual property. | AC/WP |
| 141 | 00006386 | 14-Feb-05 | Gutman, Siegmund* | Gaul, Tim* | | Email chain reflecting legal advice re Ariad and ARIAD's intellectual property. | AC/WP |

* Denotes attorney or legal staff

15

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|----|------|----|-----------|-----------|
| 142 | 00006387 | 14-Feb-05 | Gutman, Siegmund* | Gaul, Tim* | | Email chain reflecting legal advice re Ariad and ARIAD's intellectual property. | AC/WP |
| 143 | 00006388 | 16-Mar-05 | Nicastro, Karen*; Cordray, Monique*; Watt, Stuart*; Gaul, Tim*, Smith, Chris*, Fowler, Kathleen*, Ungemach, Frank*; Winter, Bob* | Green, Cathy* | | Email chain reflecting legal advice re Ariad and ARIAD's intellectual property. | AC/WP |
| 144 | 00006389 | 9-Feb-05 | Gutman, Siegmund* | Gaul, Tim* | | Email chain reflecting legal advice re Ariad and ARIAD's intellectual property. | AC/WP |
| 145 | 00006390 | 7-Feb-05 | Gaul, Tim* | Gutman, Siegmund* | | Email providing legal advice re invalidity Ariad's '374 patent due to anticipation. | AC/WP |
| 146 | 00006391 | 7-Dec-04 | Sims, John | Mukku, Venkat | Nunez, Gladys; Tagari, Phillip; Gaul, Tim* | Email chain conveying legal advice re use of NF-kB reporters. | AC/WP |
| 147 | 00006392 | 6-Dec-04 | Gaul, Tim* | Sims, John | | Email chain requesting legal advice re NFkB assay developments. | AC/WP |
| 148 | 00006393 | 20-Sep-04 | Bernau, Cantrell* | Gaul, Tim* | Nicastro, Karen* | Email providing legal advice re oral opinions of counsel re invalidity of Ariad's '374, '090, and '516 patents. | AC/WP |
| 149 | 00006394 | 16-Jun-04 | Ungemach, Frank* | Gaul, Tim* | | Email reflecting legal advice re opinions of counsel re Ariad intellectual property involving NF-kB. | AC/WP |
| 150 | 00006395 | 6-Jun-04 | Gaul, Tim*; Ungemach, Frank* | Wise, Michael* | | Email reflecting legal advice re meeting for opinion of counsel re Ariad intellectual property. | AC/WP |

* Denotes attorney or legal staff

16

| # | Document | Date | To | From | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 151 | 00006396 | 27-May-04 | Gaul, Tim* | Wise, Michael* | | Email chain providing legal advice re analysis for opinion of counsel re Ariad intellectual property and materials for same. | AC/WP |
| 152 | 00006397 | 27-May-04 | Wise, Michael* | Gaul, Tim* | | Email chain providing legal advice re analysis for opinion of counsel re Ariad intellectual property and materials for same. | AC/WP |
| 153 | 00006398 | 21-May-04 | Zhu, James* | Gaul, Tim* | | Email providing legal advice re analysis for opinion of counsel re Ariad intellectual property related to cell assays. | AC/WP |
| 154 | 00006399 | 14-May-04 | Wise, Michael* | Gaul, Tim* | Zhu, James* | Email chain requesting legal advice re opinion of counsel re Ariad intellectual property involving NF-kB and schedule for same. | AC/WP |
| 155 | 00006400 | 14-May-04 | Wise, Michael* | Gaul, Tim* | Zhu, James*; Ungemach, Frank* | Email chain requesting legal advice re opinion of counsel re Ariad intellectual property involving NF-kB and schedule for same. | AC/WP |
| 156 | 00006401 | 22-Apr-04 | Gaul, Tim* | Zhu, James* | | Email chain providing legal advice re use of NF-kB response elements. | AC/WP |
| 157 | 00006402 | 22-Apr-04 | Gaul, Tim* | Zhu, James* | | Email chain providing legal advice re use of NF-kB response elements. | AC/WP |
| 158 | 00006403 | 18-Jun-07 | | Gaul, Tim* | | Memorandum from Amgen legal department providing legal advice re non-infringement and invalidity of NF-kB assay patents. | AC/WP |

* Denotes attorney or legal staff

17

| # | Document | Date | To | From | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 159 | 00006404 | 11-Mar-04 | Gaul, Tim* | Zhu, James* | | Email chain providing legal advice re use of NF-kB response elements as related to '374 patent. | AC/WP |
| 160 | 00006405 | 8-Mar-04 | Bernau, Cantrell*; Gutierrez, Chris* | Gaul, Tim* | Nicastro, Karen* | Email chain providing legal advice re analysis for opinion of counsel re Ariad intellectual property and schedule for discussion re same. | AC/WP |
| 161 | 00006406 | 1-Mar-04 | Wise, Michael* | Gaul, Tim* | | Email chain reflecting legal advice re opinion of counsel re Ariad intellectual property involving NF-kB. | AC/WP |
| 162 | 00006407 | 1-Mar-04 | Ungemach, Frank* | Gaul, Tim* | | Email chain reflecting legal advice re opinion of counsel re Ariad intellectual property involving NF-kB. | AC/WP |
| 163 | 00006408 | 26-Feb-04 | Gaul, Tim*; Ungemach, Frank* | Wise, Michael* | | Email chain reflecting legal advice re opinion of counsel re Ariad intellectual property involving NF-kB. | AC/WP |
| 164 | 00006409 | 18-Feb-04 | Henry, Janis* | Gaul, Tim* | | Email chain re oral presentation of opinion of counsel and inherency of Ariad's '516 patent. | AC/WP |
| 165 | 00006410 | 17-Feb-04 | Gaul, Tim*; Wise, Michael* | Zhu, James* | Nicastro, Karen*; Henry, Janis*; Ungemach, Frank* | Email chain re oral presentation of opinion of counsel and inherency of Ariad's '516 patent. | AC/WP |
| 166 | 00006411 | 10-Feb-04 | Wise, Michael*, Zhu, James* | Gaul, Tim* | | Email providing legal advice re significance of research article re IKK NFkB system. | AC/WP |
| 167 | 00006412 | 4-Feb-04 | Gaul, Tim* | Zhu, James* | | Email providing legal advice re prior art relating to NF-kB assay patents. | AC/WP |
| 168 | 00006413 | 4-Feb-04 | Zhu, James* | Gaul, Tim* | | Email providing legal advice re prior art relating to NF-kB assay patents. | AC/WP |

* Denotes attorney or legal staff

18

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 169 | 00006414 | 22-Jan-04 | Sims, John | Mukku, Venkat | Ungemach, Frank*; Gaul, Tim* | Email chain reflecting and requesting legal advice re use of TNF assays. | AC/WP |
| 170 | 00006415 | 20-Jan-04 | Nicastro, Karen* | Gaul, Tim* | | Email chain seeking legal advice re NF-kB assays. | AC/WP |
| 171 | 00006416 | 12-Jan-04 | Gaul, Tim*; Henry, Janis* | Nicastro, Karen* | Ungemach, Frank* | Email chain seeking legal advice re NF-kB assays. | AC/WP |
| 172 | 00006417 | 7-Jan-04 | Zhu, James* | Gaul, Tim* | Ungemach, Frank*; Wise, Michael* | Email chain reflecting and requesting legal advice re obtaining opinions of counsel re NFkB assays. | AC/WP |
| 173 | 00006418 | 19-Dec-03 | Phillips, Joseph; Corvese, Donna; Pettit, Dean; Norwood, Barbara; Gaul, Tim*; Crawford, Brad; Nunez, Gladys; Sims, John; Jiang, Xu-Rong; Arroll, Thomas; Fowler, Kathleen*; Henry, Janis*; Murray, Lionel; Nolan, Carol; Johnson, Christopher; Sugrue-Richards, Kathleen; Slaff, Geoff | Mukku, Venkat | | E-mail reflecting legal advice re TNF bioassays for Enbrel and intellectual property re same. | AC/WP |
| 174 | 00006419 | 8-Dec-03 | Gutierrez, Christina* | Gaul, Tim* | | Email chain providing legal advice re NF-kB assays and strategy re same. | AC/WP |
| 175 | 00006420 | 26-Nov-03 | Gutierrez, Christina* | Gaul, Tim* | | Email providing legal advice re impact of prior art for legal analysis of NF-kB. | AC/WP |

\* Denotes attorney or legal staff

19

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 176 | 00006421 | 25-Nov-03 | Means, Gay; Jonathan, Derry | Gaul, Tim* | Sims, John | Email chain providing legal advice re prior art re assay patents and analysis re same. | AC/WP |
| 177 | 00006422 | 19-Nov-03 | Gaul, Tim* | Born, Teresa | | Email providing infromation at the request of counsel relating to NFkB assays and cellular signaling. | AC/WP |
| 178 | 00006423 | 14-Nov-03 | Ungemach, Frank* | Gaul, Tim* | | Email chain providing general legal advice re legal research re practicing prior art and preambles of claims. | AC/WP |
| 179 | 00006424 | 13-Nov-03 | Gaul, Tim* | Zhu, James* | Wise, Michael* | Email chain providing general legal advice re legal research re practicing prior art and preambles of claims. | AC/WP |
| 180 | 00006425 | 5-Nov-03 | Zhu, James*; Hsi Petrina; Wise, Michael*; Ungemach, Frank*; Henry, Janis*; Nicastro, Karen* | Gaul, Tim* | | Email chain reflecting legal advice re technical specifications re NF-kB assays. | AC/WP |
| 181 | 00006426 | 5-Nov-03 | Gaul, Tim* | Mukku, Venkat | | Email reflecting legal advice re technical specifications re NF-kB assays. | AC/WP |
| 182 | 00006427 | 30-Oct-03 | Gutierrez, Christina* | Gaul, Tim* | | Email providing legal advice re technical references relevant to NF-kB analysis. | AC/WP |
| 183 | 00006428 | 20-Oct-03 | Gaul, Tim* | Wise, Michael* | | Email reflecting legal advice re discussion of matierals relating to Ariad intellectual property. | AC/WP |
| 184 | 00006429 | 20-Oct-03 | Gaul, Tim* | Knight, Matt* | | Email chain providing legal advice re reporter gene assays and intellectual property re same. | AC/WP |

* Denotes attorney or legal staff

20

| # | Document | Date | To | From | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 185 | 00006430 | 15-Oct-03 | Gaul, Tim* | Zhu, James* | Wise, Michael* | Email chain providing and reflecting legal advice re technical papers re NF-kB RE gene assays. | AC/WP |
| 186 | 00006431 | 8-Oct-03 | Theill, Lars | Ungemach, Frank* | Janis, Henry*; Sprunger, Suzanne*; Gresser, Mike; Gaul, Tim* | Email chain reflecting legal advice re IKK-2 and and intellectual property matters re same. | AC/WP |
| 187 | 00006432 | 3-Oct-03 | Zhu, James* | Gutierrez, Christina* | Gaul, Tim* | Email chain reflecting legal advice re '516 patent and prosecution history re same for opinion of counsel re same. | AC/WP |
| 188 | 00006433 | 30-Sep-03 | Gaul, Tim* | Fowler, Kathleen* | | Email chain reflecting legal advice re luciferase gene and sequence and technical document re same. | AC/WP |
| 189 | 00006434 | 24-Sep-03 | Gaul, Tim*; Zhu, James* | Wise, Michael* | | Email chain providing legal advice re opinion of counsel re disclosure in Ariad NF-kB patent. | AC/WP |
| 190 | 00006435 | 22-Sep-03 | Crawford, Brad | Gaul, Tim* | Ungemach, Frank* | Email providing legal advice re Ariad's '374, '516, and '090 patents and Enbrel and Kineret assays. | AC/WP |
| 191 | 00006436 | 19-Sep-03 | Mukku, Venkat | Gaul, Tim* | | Email reflecting and providing legal advice NF-kB assays and NF-kB response element. | AC/WP |
| 192 | 00006437 | 19-Sep-03 | Zhu, James* | Gaul, Tim* | Gutierrez, Christina* | Email chain providing legal advice re Amgen assays and ARIAD intellectual property re assays and documents and prior art re same. | AC/WP |
| 193 | 00006438 | 19-Sep-03 | Torraca, Tonya* | Gaul, Tim* | | Email providing legal advice re prosecution history of Ariad's '516 patent. | AC/WP |

* Denotes attorney or legal staff

21

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 194 | 00006439 | 19-Sep-03 | Gaul, Tim* | Zhu, James* | | Email chain providing legal advice re Amgen assays and ARIAD intellectual property re assays and documents and prior art re same. | AC/WP |
| 195 | 00006440 | 19-Sep-03 | Gaul, Tim* | Zhu, James* | | Email chain providing legal advice re Amgen assays and ARIAD intellectual property re assays and documents and prior art re same. | AC/WP |
| 196 | 00006441 | 16-Sep-03 | Ungemach, Frank*; Mohr, Randy | Gaul, Tim* | | Email reflecting legal advice re opinion counsel and contact information re same. | AC/WP |
| 197 | 00006442 | 12-Sep-03 | Gaul, Tim* | Zhu, James* | Wise, Michael* | Email providing legal advice re prior art to Baltimore patents and analysis re same. | AC/WP |
| 198 | 00006443 | 12-Sep-03 | Gutierrez, Christina* | Gaul, Tim* | | Email reflecting legal advice re technical articles and NF-kB analysis. | AC/WP |
| 199 | 00006444 | 12-Sep-03 | Gutierrez, Christina* | Gaul, Tim* | | Email reflecting legal advice re technical articles and NF-kB analysis. | AC/WP |
| 200 | 00006445 | 10-Sep-03 | Gaul, Tim* | Wise, Michael* | | Email chain reflecting legal advice re ARIAD intellectual property and opinion of counsel re same. | AC/WP |
| 201 | 00006446 | 10-Sep-03 | Goshorn, Alice | Gaul, Tim* | | Email chain reflecting legal advice re technical document search criteria and legal analysis re NF-kB and reporter gene assays. | AC/WP |
| 202 | 00006447 | 10-Sep-03 | Wise, Michael* | Gaul, Tim* | | Email chain seeking and reflecting legal advice re Ariad's '090, '516, and '374 patents, and analysis re same | AC/WP |

* Denotes attorney or legal staff

22

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 203 | 00006448 | 9-Sep-03 | Olefirowicz, Ed | Gaul, Tim* | | Email chain reflecting legal advice re technical document search criteria and legal analysis re NF-kB and reporter gene assays. | AC/WP |
| 204 | 00006449 | 29-Jul-03 | Ungemach, Frank* | Gaul, Tim* | | Email chain reflecting legal advice re assay technical document search. | AC/WP |
| 205 | 00006450 | 29-Jul-03 | Gaul, Tim* | Fobare-Deponio, Denise | | Email chain reflecting legal advice re assay technical document search. | AC/WP |
| 206 | 00006451 | 22-Jul-03 | Gaul, Tim* | Knight, Matt* | | Email requesting and providing legal advice re use of reporter gene assays and NF-kB response element. | AC/WP |
| 207 | 00006452 | 15-Jul-03 | Gaul, Tim*; Prindle, Kathleen | Fowler, Kathleen* | | Email chain requesting documents reflecting legal advice re NF-kB process. | AC/WP |
| 208 | 00006453 | 7-Jul-03 | Gaul, Tim* | Ungemach, Frank* | | Email chain requesting general legal advice re pathway screens and assays. | AC/WP |
| 209 | 00006454 | 10-May-03 | Gaul, Tim*; Ungemach, Frank*; Henry, Janis*; Fowler, Kathleen* | Sims, John | | E-mail chain reflecting legal advice re technical document and NF-kB regulatory elements. | AC/WP |
| 210 | 00006455 | 23-Apr-03 | Gaul, Tim* | Oleski, Nancy* | Farrell, Kate | E-mail chain providing and requesting legal advice re luciferase assays. | AC/WP |
| 211 | 00006456 | 10-Apr-03 | Gaul, Tim* | Forbare-Deponio, Denise | | Email reflecting legal advice re technical document search results for NFkB assays. | AC/WP |
| 212 | 00006457 | 9-Apr-03 | Gaul, Tim* | Bernstein, Scott* | | Email providing legal advice re luciferase assays and technical information re same. | AC/WP |

* Denotes attorney or legal staff

23

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|----|----|-----|-------------|-----------|
| 213 | 00006458 | 9-Apr-03 | Gaul, Tim* | Henry, Janis* | | Email reflecting legal advice re assays and technical information re same. | AC/WP |
| 214 | 00006459 | 9-Apr-03 | Gaul, Tim* | Henry, Janis* | | Email reflecting legal advice re assays and technical information re same. | AC/WP |
| 215 | 00006460 | 8-Apr-03 | Gaul, Tim* | Gutierrez, Christina* | | Email reflecting legal advice re claims of Ariad's '374, '090, and '516 patents. | AC/WP |
| 216 | 00006461 | 31-Mar-03 | Gaul, Tim* | Mukku, Venkat | | Email chain reflecting legal advice re reporter gene assay literature and analysis re same. | AC/WP |
| 217 | 00006462 | 28-Mar-03 | Gaul, Tim* | Phillips, Joseph | | Email chain reflecting legal advice re reporter gene assay literature and analysis re same. | AC/WP |
| 218 | 00006463 | 28-Mar-03 | Gaul, Tim* | Mukku, Venkat | Phillips, Joseph; Oleski, Nancy* | Email reflecting legal advice re presentation on reporter gene bioassay | AC/WP |
| 219 | 00006464 | 28-Mar-03 | Gaul, Tim* | Phillips, Joseph | Oleski, Nancy*; Abate, Mary Beth | Email chain reflecting legal advice re patent analysis re report gene assays. | AC/WP |
| 220 | 00006465 | 28-Mar-03 | Phillips, Joseph | Gaul, Tim* | Oleski, Nancy*; Abate, Mary Beth | Email chain reflecting legal advice re patent analysis re report gene assays. | AC/WP |
| 221 | 00006466 | 26-Mar-03 | Gaul, Tim* | Oleski, Nancy* | | Email chain providing and reflecting legal advice re reporter gene assays and intellectual property re same. | AC/WP |
| 222 | 00006467 | 26-Mar-03 | Phillips, Joseph; Gaul, Tim* | Bade, Andy | Sniff, Kathleen; Mukku Venkat; Oleski, Nancy* | Email chain reflecting legal advice re reporter gene assays and intellectual property re same. | AC/WP |
| 223 | 00006468 | 26-Mar-03 | Bade, Andy; Gaul, Tim* | Phillips, Joseph | Sniff, Kathleen; Mukku Venkat; Oleski, Nancy* | Email chain reflecting legal advice re reporter gene assays and intellectual property re same. | AC/WP |

* Denotes attorney or legal staff

24

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|-----|------|-----|-------------|-----------|
| 224 | 00006469 | 26-Mar-03 | Phillips, Joseph; Gaul, Tim* | Bade, Andy | Sniff, Kathleen; Mukku Venkat; Oleski, Nancy* | Email chain reflecting legal advice re reporter gene assays and intellectual property re same. | AC/WP |
| 225 | 00006470 | 20-Mar-03 | Gaul, Tim* | Gutierrez, Christina* | | Email reflecting legal advice re Ariad's '374, '090, and '516 patents and analysis re same. | AC/WP |
| 226 | 00006471 | 20-Mar-03 | Hasselbacher, Carol; Sniff, Kathleen; Stonecypher, James; Waters, Dean; Hampson, Jason | Bade, Andy | Bergeson, Eric; Gaul, Tim*; Phillips, Joseph; Farrar, Doug; Whiteley, David | Email chain reflecting legal advice re Kineret bioassay and method for same. | AC/WP |
| 227 | 00006472 | 19-Mar-03 | Ungemach, Frank*; Gaul, Tim* | Fowler, Kathleen* | | Email chain providing legal advice re file histories '374, '090, and '516 patents and related patents. | AC/WP |
| 228 | 00006473 | 26-Jun-02 | Gaul, Tim* | Cook, Bob* | | Email chain providing and reflecting legal advice re NF-kB patent, and Amgen products. | AC/WP |
| 229 | 00006474 | 3-May-05 | | Sims, John; Gaul, Tim* | | Presentation slides from Amgen legal department providing legal analysis of Ariad's '374, '090, and '516 patents and noninfringement re same. | AC/WP |
| 230 | 00006475 | 3-May-05 | | Sims, John; Gaul, Tim* | | Presentation slides from Amgen legal department providing legal analysis of Ariad's '374, '090, and '516 patents and noninfringement re same. | AC/WP |
| 231 | 00006476 | 4-Oct-05 | | | | Presentations slides from Amgen legal department discussing litigation strategy re Ariad's '516 patent. | AC/WP |

* Denotes attorney or legal staff

25

| # | Document | Date | To | From | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 232 | 00006477 | | | | | Presentation slides from Amgen legal department providing legal analysis of Ariad's '374 and '090 patents involving NF-kB reporter gene assays and strategy re same. | AC/WP |
| 233 | 00006478 | | | | | Presentation slides from Amgen legal department providing legal analysis of Ariad's '374 and '090 patents involving NF-kB reporter gene assays and strategy re same. | AC/WP |
| 234 | 00006479 | | | | | Presentation slides from Amgen legal department providing legal analysis of Ariad's '374 and '090 patents involving NF-kB reporter gene assays and strategy re same. | AC/WP |
| 235 | 00006480 | | | | | Presentation slides from Amgen legal department providing legal analysis of Ariad's '374 and '090 patents involving NF-kB reporter gene assays and strategy re same. | AC/WP |
| 236 | 00006481 | | | | | Presentation slides from Amgen legal department providing legal analysis of Ariad's '374 and '090 patents involving NF-kB reporter gene assays and strategy re same. | AC/WP |
| 237 | 00006482 | | | | | Presentation slides from Amgen legal department providing legal analysis of NF-kB and claim construction, invalidity, and non-infringement of Ariad's '374, '090, and '516 patents | AC/WP |

* Denotes attorney or legal staff

Z6

| # | Document | Date | To | From | CC | Description | Privilege |
|---|----------|------|----|----- |----|-------------|-----------|
| 238 | 00006483 | | | Gaul, Tim* | | Presentation slides from Amgen legal department providing legal analysis re NF-kB assays and invalidity of Ariad's '374 and '090 patents. | AC/WP |
| 239 | 00006484 | | | | | Presentation slide from Amgen legal department providing legal advice re NF-kB response elements. | AC/WP |
| 240 | 00006485 | | | | | Presentation slides from Amgen legal department providing legal advice re Ariad's '374, '090, and '516 patents and noninfringement re same. | AC/WP |
| 241 | 00006486 | | | | | Presentation slides from Amgen legal department providing legal analysis of Ariad's '374, '090, and '516 patents and noninfringement and invalidity of same. | AC/WP |

* Denotes attorney or legal staff

27

# EXHIBIT 15

# EXHIBIT REDACTED

# EXHIBIT 16

Docket No. 74753/JPW/GJG

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### A Merged Proceeding of *Ex Parte* Reexamination Control Nos:

**90/007,503**      and      **90/007,828**
**Filed April 4, 2005**      **Filed December 2, 2005**

**Merged Pursuant to May 4, 2006 Merger Decision**
**Group Art Unit: 3991   Examiner: B.M. Celsa**

| | |
|---|---|
| Patentees: | David Baltimore, Ranjan Sen, Phillip A. Sharp, Harinder Singh, Louis Staudt, Jonathan H. Lebowitz, Albert S. Baldwin Jr., Roger G. Clerc, Lynn M. Corcoran, Patrick A. Baeuerle, Michael J. Lenardo, Chen-Ming Fan, and Thomas P. Maniatis |

Patent No.:   6,410,516 B1          Serial No: 08/464,364

Issue Date:   June 25, 2002          Filed:   June 5, 1995

For      :      NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL REGULATION

1185 Avenue of the Americas
New York, New York 10036

Mail Stop *Ex Parte* Reexamination
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### DECLARATION OF DR. INDER VERMA

I, Dr. Inder Verma, declare as follows:

1.    I am the American Cancer Society Professor of Molecular Biology at The Salk Institute, Laboratory of Genetics, La Jolla, California.  A copy of my *curriculum vitae* and a list of my publications are attached hereto as **Exhibit A**.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 2 of 74  of Declaration of Dr. Inder Verma*

2.    I have been retained by the patent owners' and licensee's counsel for the purpose of providing expert technical testimony in this reexamination. I am being compensated at $600.00 per hour (or a maximum of $5,000 for a day). I was previous retained by the licensee's litigation counsel for purposes of the litigation in the District of Massachusetts, but I did not offer testimony in that litigation. I am not otherwise affiliated with the Patent Owners or the licensee.

I.    **Scope of Opinion**

3.    I have been provided with, and asked to review, U.S. Patent No. 6,410,516, the Office Action dated August 2, 2006, and the various references cited within that Office Action. I have been asked to provide an analysis of the scientific evidence relied on by the Examiner to reject certain claims of the '516 patent as expressly or inherently anticipated by these references. In particular, I have been asked to provide an analysis as to whether one of skill in the art would have understood these references to describe or disclose the elements of the '516 claims being rejected on the basis of these references. Where the rejection of certain claims has been made on grounds of inherency, I have also been asked to analyze whether there is any basis in fact and/or technical reasoning to support a determination that elements present in these claims would necessarily result from the teachings of the cited art. For the purpose of this declaration I have understood, one skilled in this art in 1989 or even 1991 would have at least a doctoral degree, e.g. a Ph.D. degree, in molecular biology or a related discipline, have at least 3 years of post-doctoral training, have knowledge in cell biology, biochemistry and genetics, and be well trained in laboratory methodologies.

4.    The opinions set forth in this declaration are based on my professional knowledge and expertise, as indicated in my curriculum vitae, my review of the '516 patent, application U.S. Serial No. 07/341,436, filed April 21, 1989, and applications incorporated by reference therein,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 3 of 74  of Declaration of Dr. Inder Verma*
Orders Granting Requests for Reexamination 90/007,503 and Reexamination 90/007,828, and

the Office Action (Merged Request for Reexamination) dated August 2, 2006, including the

documents cited in the Office Action, as well as additional documents cited in this declaration.

For the purposes of this declaration I have been advised and understand that the claims which

will be pending are claims 1-6, 8-27, 29-38, 40-80, 82, 84, and 87-202.

## II.    Interpretation of the Claims

5.    My interpretation of the claims is based on my understanding to how one of skill in

the art would have understood the terms appearing in the claims in the context of the claims as a

whole, in view of the description of the invention set forth in the patent.  To assist in my

explanation of the claims, I will refer to a series of 17 explanatory schematics, which are

attached to this declaration as **Exhibit  1.**

6.    The patent relates to work of the inventors inclduing by Dr. David Baltimore,

which grew out of studies on how the immune system is regulated. The immune system consists

of a variety of specialized cells, and protects the body by attacking and eliminating harmful

foreign organisms and substances. The inventors' work demonstrated that a particular factor in

the cell, NF-κB, plays a central role in regulating how immune cells respond to inflammatory

stimuli.

7.    The inflammatory process involves a series of events that comprise part of the

body's protective response to injury and infection.  As part of this protective response, various

cells respond to inflammatory stimuli by turning on expression of genes having important

functions in the immune and inflammatory responses to such stimuli. '516 patent, col. 2, ll. 54-

59, col. 12, ll. 57-66, col. 13, ll. 13-29.  NF-κB is essential for the proper activation of immune

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 4 of 74  of Declaration of Dr. Inder Verma*
cells and the inflammatory process and plays a central role in regulating this process. '516

patent, col. 17, ll. 30-37. Specifically, NF-κB functions as a transcription factor, which is

activated in response to inflammatory stimuli and participates in regulating expression of

particular genes, such as genes encoding antibody chains and cytokines. ('516 patent, col. 2,

lines 20-45, col. 12, line 57- col. 14, line 54).

8.    In the absence of inducing stimuli, NF-κB is generally present in an inactive form

in the part of the cell called the cytoplasm. In its inactive form, NF-κB is tightly bound to an

inhibitor protein called IκB, which prevents NF-κB from traveling to the nucleus. Upon

activation in response to signals triggered by the interaction of certain external influences with

receptors on the surface on the cell, NF-κB is released from its complex with IκB. The released

NF-kB then moves to the nucleus of the cell, where it participates in regulating expression of

particular genes by binding to specific DNA sequences or "recognition sites" on those genes,

leading to transcription of such genes. (Schematic 1 of **Exhibit 1** .) See also, for example, '516

patent, column 2, lines 46-63; column 10, lines 31-55; column 14, lines 28-30; column 16, lines

22-63.

9.    While NF-kB activity is essential to allow the body to respond to the effects of

harmful external agents, in some cases the activity can become excessive causing other

undesirable effects. The entire NF-kB activity pathway from induction to gene expression can

be separated into the six (6) general segments shown is Schematic 2 of **Exhibit 1**. The kinetics

NF-kB activity induced by the presence of an external influence is represented in blue in the

graph in the upper right hand corner of Schematic 2.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 5 of 74  of Declaration of Dr. Inder Verma*

10.    I understand the claims of the '516 patent to be directed to various methods for intervening in the processes involved in NF-kB activity so as to effect subsequent NF-kB-regulated effects. In situations where there is activation of NF-kB in response to external stimuli, the claimed methods are useful for reducing the potentially harmful effects of these external stimuli. For example, certain pathological states are characterized by the presence of external influences which act on the cell (such as LPS binding to the LPS receptor), which can result in excessive or inappropriate induction of NF-kB activity.

11.    The claims are directed to methods for achieving the goal of modifying the naturally occurring response to such external inducing stimuli and reducing the harmful effect of such external influences by "reducing NF-kB activity." For example, see col. 3, lines 59-67, where the patent explains that, "As a result of this finding, it is now possible to alter or modify the activity of NF-kB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-kB activity. Alteration or modification, whether to enhance or reduce NF-kB activity or to change its binding activity (e.g., affinity, specificity), is referred to herein as regulation of NF-kB activity." This goal is achieved by reducing the ability of NF-kB to act as a messenger inside the cell so as to effect specific results recited in the claims, such as reducing NF-kB mediated gene expression. When read in light of the teachings of the patent disclosure, one of skill in the art would understand and interpret the claims to require affirmative acts and manipulative steps, calculated to achieve specific results.

12.    The '516 patent teaches that one can reduce induced NF-κB activity by interfering anywhere along any of the six (6) segments of the pathway through which NF-κB is activated as

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 6 of 74  of Declaration of~Dr. Inder Verma*
represented by the arrows in Schematic 3 of **Exhibit 1**. One of skill in the art would understand

that the '516 patent claims are directed to achieving specified results by interfering along these

segments of the NF-kB pathway so as to reduce NF-kB activity.

13.    In normal cells, in the absence of inducing stimuli, there is no induced NF-kB

activity and therefore no consequent NF-kB mediated intracellular signaling.  Such activation

and signaling only take place in response to an external influence that acts on the cell.  Since the

claims recite methods for reducing NF-kB activity, one of skill in the art would understand that

the claimed methods do not cover prophylaxis, i.e. in systems not exposed to an induced, but

instead are directed to methods such as treating pathological states in which NF-kB activity

which has been induced is reduced.

14.    I understand some claims, for example, claims 1, 2 and 5, to be directed to methods

of achieving specified results by interfering along any one of the six (6) segments shown in

Schematic 3.  Other claims, for example, claims 8, 9, 10, 14, 95 and 145 require that the external

influence "induce NF-kB-mediated intracellular signaling."  Thus, these claims require the

continuous occurrence of at least the first step, i.e. the induction step 1 which results in

intracellular signaling, but encompass interference along any of the remaining five (5) segments

inside the cell (Schematic 4 of **Exhibit 1**).

15.    Other claims are more specific and require interference with the NF-kB pathway

along only one of the five (5) segments which occur within the cell.  For example, claims 20, 22,

24, 31, 33, 35, 42, 44 and 46 require interference along segment 2 (Schematic 5 of **Exhibit 1**);

claims 23, 34 and 45 require interference along segment 3 (Schematic 6 of **Exhibit 1**); claims 21,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 7 of 74  of Declaration of Dr. Inder Verma*

32, 43 and 89 require interference along segment 5 (Schematic 7 of **Exhibit 1**); and claims 25,

47, 80 and 144 require interference along segment 6 (Schematic 8 of **Exhibit 1**).

### III.    The August 2, 2006 Office Action

16.    I note that on pages 3-4, the Examiner stated that none of the claims of the patent

are entitled to earlier than a November 13, 1991 filing date. I respectfully disagree. I find the

invention described by the claims is also described in U.S. Serial No. 07/341,436, filed April 21,

1989, a copy of which I am advised is attached hereto as **Exhibit 2**. For purposes of the August

2, 2006 Office Action, I have been informed that the issue of the filing date is relevant only for

certain claims listed in the Claim Support Chart attached hereto as **Exhibit 3**. I have reviewed

the portions of U.S. Serial No. 07/341,436 indicated in the Claim Support Chart, and understand

and agree that each of the portions of the application being cited in the chart fully describes the

invention recited in the corresponding claim listed in the chart in such a way that a person of skill

in the art could readily practice the claimed invention without undue experimentation, i.e. only

routine experimentation would be required. I note that on page 1, lines 4-8, U.S. Serial No.

07/341,436 refers to and incorporates by reference three other applications. i.e. 06/817,441,

07/155,207, and 07/280,173. Copies of what I am advised are those applications are attached

hereto as **Exhibits 4, 5,** and **6, respectively.** I have also reviewed these applications for the

purpose of this analysis.

17.    Contrary to the Examiner's assertion on the bottom of page 3 of the Office Action,

amino acid or nucleic acid sequences corresponding to NF-kB are not recited in the pending

claims or necessary for one skilled in the art to practice any of the claims of the '516 Patent as of

April 21, 1989. Furthermore, contrary to the Examiner's assertion, I find the phrase "reducing

NF-kB activity" to be described in the passage, "Alteration or modification, whether to enhance

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 8 of 74  of Declaration of Dr. Inder Verma*
or reduce NF-kB activity . . . is referred to herein as regulation of NF-kB activity" on page 5,

lines 13-16 of U.S. Serial No. 07/341,436.

18.    I find the phrase "mammalian cells" to be described in the passage, "NF-kB [is]

present in a wide variety of mammalian cells" on page 77, lines 8-9 of U.S. Serial No.

07/155,207. Similarly, I find the phrase "eukaryotic cells" to be described in the passage "In the

present work with eukaryotic cells" on page 4, line 21 of U.S. Serial No. 07/280,173. I note the

Examiner also asserted that "'reducing NF-kB activity' in a cell (e.g. especially

mammalian/eukaryotic) and/or an enabling means thereof (e.g. administering a NF-kB inhibitor)

to effect various functions (e.g. inhibit expression generally, reduce cytokine expression etc.)" is

not disclosed in the subject patent. I respectfully disagree. In this regard, I note that, for

example, page 23, line 22 to page 30, line 25 of U.S. Serial No. 07/341,436 describes how one

skilled in the art can reduce NF-kB activity in accordance with the invention.

19.    I find the phrase "reducing binding of NF-κB to NF-κB recognition sites on genes

which are transcriptionally regulated by NF-κB" to be described by the passage, "NF-kB-

mediated gene expression can also be selectively regulated by altering the binding domain of

NF-kB in such a manner that binding specificity and/or affinity are modified" on page 5, line 31

to page 6, line 8; and by the passage, "According to the methods described herein, the expression

of genes under the control of one of these elements is subject to modulation by alteration of the

concentration or availability of NF-KB. This can also be carried out, according to the present

method, for any gene which contains an NF-kB binding site" on page 24, lines 9-29 of U.S.

Serial No. 07/341,436, as well as its title.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 9 of 74  of Declaration of Dr. Inder Verma*

20.   I find the phrase "inhibiting modification of an IkB protein, which modification otherwise reduces IkB binding to NF-kB" to be described by the passage, "Inactive NF-kB is complexed with a labile inhibitor protein, I-kB" on page 18, lines 28-29; by the passage, "The implication is that activation of NF-kB involves a modification of I-kB and not NF-kB" on page 19, lines 20-21; and by the passage "As a result of this finding, it is now possible to alter or modify the activity of NF-KB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-KB activity.... In particular, the present invention relates to a method of regulating (enhancing or diminishing) the activity of NF-KB in cells in which it is present and capable of acting as an intracellular messenger, as well as to substances or composition useful in such a method" on page 5, lines 7-13 and 23-25 of U.S. Serial No. 07/341,436.

21.   I find the phrase "inhibiting degradation of an IkB protein" to be described in the passage, "Various inducer then cause an alteration in I-kB allowing NF-kB to be released from the complex" on page 20, lines 1-3; and by the passage on page 5, lines 7-13 and 23-25 of U.S. Serial No. 07/341,436.   Similarly, I find the phrase "inhibiting dissociation of NF-kB:IkB complexes" to be described by the passage, "... dissociating agents such as formamide and deoxycholate to unmask very high levels of NF-kB activity" on page 19, lines 1-3; and by the passage, "The complex formation of NF-kB with I-kB appears to be rapidly and efficiently reversible ...." on page 20, lines 5-7 of U.S. Serial No. 07/341,436.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 10 of 74  of Declaration of Dr. Inder Verma*

IV.    **Cyclosporin A (CsA)**

22.    CsA is used as an immunosuppressive drug and is believed to act primarily on T-lymphocytes. The accumulated scientific evidence indicates that CsA exerts its clinical effect through its ability to inhibit an intracellular enzyme called calcineurin. (Loh et al. 1996; Hogan et al. 2003; Ho et al. 1996, **Exhibits 7, 8,** and 9, respectively).  Calcineurin regulates the activity of the NFAT (nuclear factor of activated T cells) transcription factor. Increases in cytoplasmic calcium activate calcineurin, which by dephosphorylating NFAT, causes NFAT to move to the nucleus. There, NFAT participates in regulating expression of a number of genes, including certain cytokines such as IL-2. By inhibiting calcineurin, CsA can inhibit calineurin-mediated activation of NFAT family members and modulate expression of NFAT regulated genes. (Loh et al. 1996; Hogan et al. 2003; Ho et al. 1996).

A.    **Express Anticipation Rejection based on Emmel 1989, Schmidt 1990 or Brini 1990**

23.    I have read claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 that the Examiner has rejected in view of Schmidt 1990, Emmel 1989 or Brini 1990, improved copies of which are attached as **Exhibits 10, 11** and **12**, respectively.  All these claims require "reducing NF-kB activity." The Examiner contends that each of these references teach administration of CsA (CsA) to reduce NF-kB activity in cells. The Examiner further contends they teach administration of CsA to reduce NF-kB activity so as to inhibit transcription of NF-kB regulated genes. I respectfully disagree. One of skill in the art would not understand any of these references to demonstrate that use of CsA resulted in reduced NF-kB activity.  Moreover, as I discuss in more detail below, I disagree that any of these references describes or teaches any

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 11 of 74  of Declaration of Dr. Inder Verma*

method of using CsA that would have carried out other additional elements required by the

above claims.

(i)    <b>Express anticipation rejection based on Schmidt 1990</b>

24.    Schmidt reports various experiments conducted in Jurkat cells, a human T cell

lymphoma line.  Schmidt examined the extent to which simultaneous treatment with CsA

appeared to prevent certain cellular responses to PHA and PMA. The Examiner contends that the

use of CsA as described in Schmidt would anticipate '516 patent claims 1-6, 8, 9, 11, 20-21, 25-

27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97,

106-107, 109-110, 114-117, 192-193 and 197-201, if these claims were entitled only to a

November 13, 1991 filing date. I respectfully disagree.

25.    As an initial matter, I understand all of the above claims are directed to methods

carried out on cells in which NF-kB activity has been induced. (see, above, paragraphs 5-15). In

the experiments (Schmidt, Figs. 1 and 4) relied on by the examiner, CsA was not administered to

Jurkat cells which had first been induced with PHA. Instead, Jurkat cells were simultaneously

treated with CsA and PHA.  None of these experiments would have carried out the various

methods recited in these rejected claims.

26.    Further, with regard to Schmidt, the Examiner contends that data from EMSA

assays (Schmidt Fig. 1, lane 6) show the ability of CsA to reduce PHA-induced NF-kB activity

in Jurkat cells. I disagree. The Examiner's conclusion relies on an erroneous interpretation that

the CsA sensitive binding activity that Schmidt observed in PHA-induced cells by EMSA

corresponds to NF-kB binding activity. The Examiner's erroneous interpretation contradicts the

data in the '516 patent regarding PHA-induced Jurkat cells. A proper interpretation of Schmidt,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 12 of 74  of Declaration of Dr. Inder Verma*
in view of the '516 patent and other studies, indicates that CsA sensitive binding activity does not correspond to NF-kB activity, but instead corresponds to activity of another transcription factor, NFAT (alternatively "NF-AT"). See, Schematics 11-13 of **Exhibit 1** for reference.

27.    In this regard, the Examiner erroneously states that Schmidt used the "same" EMSA assay as the '516 patent.   Among other things, Schmidt did not use the same oligonucleotide probe.   The particular oligonucleotide probe used as the binding site determines the specificity of the EMSA for measuring NF-kB binding activity under a particular experimental condition. The oligonucleotide probe Schmidt used corresponds to a portion of the HIV enhancer.

28.    Notably, the NFAT sequence shares considerable homology with NF-kB in its DNA binding region (Giffin 2003, at 801). A number of studies have demonstrated that NFAT recognizes and binds to a subgroup of the sequences that also serve as NF-kB binding sites.  For this reason, without further appropriate controls to confirm the identify of the binding complexes detected, one could not use an EMSA based on a sequence capable of binding both NFAT and NF-kB to discriminate between NF-kB activity and NFAT binding activity.  In particular, later studies have demonstrated that one such sequence is the HIV enhancer sequence that was used as an oligonucleotide probe in the Schmidt study.  (see, for example, Giffin 2003, Kinoshita et al. 1997, **Exhibits 13 and 14**).  In PHA- and PMA-induced Jurkat cells, this EMSA detected at least four complexes with different mobilities, indicating that nuclear extracts from these cells contained multiple factors binding to that HIV enhancer sequence. (Schmidt fig. 1).

29.    Recognizing the apparent lack of specificity indicated by their EMSA data indicated, the Schmidt authors carefully qualified their conclusions, characterizing the complexes

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 13 of 74  of Declaration of Dr. Inder Verma*
bound to the HIV enhancer only as being "NF-kB-like," and not as being NF-kB (Schmidt at

4039).   The Examiner's conclusion that the CsA-sensitive complex Schmidt observed

corresponds to NF-kB therefore overstates what the authors themselves concluded about their

own data.

30.    The '516 patent similarly used EMSA to analyze binding activity in Jurkat cells

induced with PMA and/or PHA. ('516 patent, fig 24A). However, instead of the HIV enhancer,

that EMSA used a portion of the kappa immunoglobulin enhancer (kappa 3)('516 patent col. 72,

line 54-58; fig. 13A, col. 50 line 8-22, col. 50, line 60 – col. 51, line 5). EMSA analysis

demonstrated that PMA alone induced significant NF-kB binding activity in Jurkat cells.  ('516

patent, fig 24A). The kappa 3-based EMSA detected a single specific band, reflecting the greater

specificity of that EMSA for NF-kB in these cells.  In contrast, as evident from the experiment

reported in Fig. 24, PHA alone did not induce NF-kB binding activity in Jurkat cells. ('516

patent, fig. 24A).

31.    In view of the '516 patent, one of skill in the art would therefore not interpret the

PHA-induced binding to the HIV enhancer Schmidt observed in Jurkat cells as NF-kB binding

activity.   The observation by Schmidt that PHA-induced binding to an HIV enhancer probe was

CsA sensitive therefore does not demonstrate that (as the Examiner assumes) CsA reduced NF-

kB activity.  Indeed, when Schmidt assessed induction of NFAT binding activity in Jurkat cells

using an EMSA specific for NFAT, (Schmidt, fig. 2), there was "good activation of NFAT-1

with PHA alone, but not with PMA alone."  Such data explain the positive EMSA binding

activity induced by PHA treatment that Schmidt observed with the HIV enhancer likely

corresponds to NFAT.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 14 of 74  of Declaration of Dr. Inder Verma*

32.    Further, the '516 patent indicates that in contrast to PHA, PMA induced substantial NF-kB binding activity in Jurkat cells. ('516 patent, Fig. 24B). However, in Schmidt, CsA did not prevent PMA-induced binding activity to the HIV enhancer in Jurkat cells. Therefore, to the extent PMA-induced binding activity to the HIV enhancer that Schmidt observed could be interpreted to correspond to NF-kB, Schmidt's data indicate that CsA does not prevent PMA from inducing NF-kB binding activity in Jurkat cells. These data provide further evidence that in PHA-induced Jurkat cells, the only binding activity affected by CsA corresponds to the activity of NFAT.

33.    The Examiner also relies on CAT reporter data in Schmidt as demonstrating that CsA affects NF-kB activity. I disagree. While the '516 patent describes use of transfected cells as one of several assays for measuring NF-kB activity, the claims are not directed to methods for carrying out these assays. In particular, claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 are all directed to methods in human, mammalian or eukaryotic cells. As one of skill in the art, I interpret such cells as those that one would normally find in a human, mammal or eukaryote. The experiments using CAT reporter assays all employed artificial transfected cells bearing foreign bacterial DNA. Such artificial, transfected cells would not normally be found in any human, mammal or eukaryote. Therefore, none of the CAT reporter experiments in Schmidt would involve any of the claimed methods of the '516 patent.

34.    Moreover, to the extent they provide information about the effect of CsA, the CAT reporter assay data further suggest that CsA does not affect NF-kB activity in Jurkat cells. Schmidt used a CAT reporter construct engineered to place a bacterial CAT gene under the control of sequences found in the HIV LTR. (Schmidt fig. 4). Significantly, CsA failed to

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 15 of 74  of Declaration of Dr. Inder Verma*

prevent PMA from inducing CAT gene expression. (Schmidt fig. 4, page 4039, col. 1). As the '516 patent indicates PMA would induce NF-kB binding activity in Jurkat cells, these data provide additional evidence that CsA does not affect NF-kB activity. In particular, Schmidt's data that CsA did not affect PMA-induced expression of the CAT reporter indicate CsA would not have reduced NF-kB mediated gene expression in Jurkat cells.

35.    The fact that Schmidt observed that CsA partly prevented PHA-induced CAT expression does not indicate that CsA did so by reducing NF-kB binding activity. As noted above, the data in Schmidt show that in Jurkat cells, the HIV enhancer sequence binds other factors. Additionally, '516 patent Fig. 24 indicates that PHA alone fails to induce measurable amounts of NF-kB binding activity in Jurkat cells. From these data, one of skill in the art would conclude that the effect of CsA Schmidt observed on expression of the bacterial CAT gene did not involve NF-kB, but was likely mediated by some other transcription factor such as NFAT.

36.    The Examiner further contends that "use of the HIV LTR gene by Schmidt" renders obvious claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192, and 197-201 by describing a method "to regulate NF-kB activity as in Schmidt in order to affect associated viral (e.g., HIV) gene expression." I respectfully disagree. For the reasons discussed above, one of skill in the art would understand that CsA mediates its effects through NFAT, not through NF-kB, and would not understand Schmidt as suggesting any method of using CsA to regulate NF-kB activity in cell in order to reduce expression of any gene, e.g. a viral gene.

### (ii)    Express anticipation rejection based on Emmel

37.    Similarly, Emmel reports experiments conducted in Jurkat cells, a human T cell lymphoma line. Emmel examined the extent to which simultaneous treatment with CsA

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 16 of 74 of Declaration of Dr. Inder Verma*

appeared to prevent certain responses in these cells induced by a combination of PHA and PMA.

The Examiner contends that the use of CsA as described in Emmel would anticipate '516 patent

claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-

76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201, if these claims

were entitled only to a November 13, 1991 filing date. I respectfully disagree.

    38.    As noted above, each of the above claims are directed to methods carried out on

cells in which NF-kB activity has been first induced, since only then can it be reduced. The

Examiner states that Emmel "describes effects of CsA on Jurkat cells that *were* induced with [a

combination of] PHA and PMA." (emphasis added). This does not accurately describe the

experiments Emmel conducted. In the experiments (Figs. 2D, 3) the Examiner relies on, CsA

was not administered to Jurkat cells that had been induced with PHA/PMA. Instead, Jurkat cells

were simultaneously stimulated with PHA/PMA and CsA. In these experiments, CsA could not

have reduced signaling that was occurring. None of these experiments would therefore have

carried out the method recited in any of the claims.

    39.    The Examiner relies on CAT data "as shown in Fig. 2D" to contend that "CsA

significantly reduced NF-kB activity" thereby reducing NF-kB-mediated gene expression (i.e,

CAT expression) (Office Action at 16). I respectfully disagree. As in Schmidt, this CAT

reporter assay used a construct bearing a portion of the HIV LTR linked to a heterologous

promoter to drive expression of the bacterial CAT gene. The Examiner's conclusion that this

experiment shows that CsA reduced NF-kB activity is erroneous. Emmel acknowledges the lack

of any conclusive evidence that NF-kB is involved in any of the effects that CsA has through the

HIV LTR: " a binding site for NF-kB is present in the long terminal repeat of the human

immunoglobulin deficiency virus (HIV-LTR)(17), yet CsA sensitivity of the HIV-LTR is

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 17 of 74  of Declaration of Dr. Inder Verma*
independent of this site (18)." (Emmel at 1619). As discussed above regarding Schmidt, most likely, CsA affected CAT expression by reducing NFAT binding, and not through any effect on NF-kB.

40.    Emmel describes additional CAT assay data indicating that NF-kB does not mediate effects of CsA on gene expression. Using a CAT reporter construct based on the IL-2 enhancer, Emmel "tested the effect of CsA on a series of internal deletion mutations of the IL-2 enhancer" (Emmel at 1618). Emmel observed that CsA "virtually eliminated" PHA/PMA-stimulated CAT expression driven by the intact IL-2 enhancer. CsA effectively prevented PHA/PMA-stimulated expression of CAT reporter driven by tandem repeats of an NFAT binding site. (Emmel, Figure 2B). However, it is significant, that deleting the NF-kB binding site did not affect the ability of CsA to prevent PHA/PMA from inducing CAT expression. (Emmel at 1618, Figure 1). These data provide strong evidence that NF-kB does not play any role in mediating the effect of CsA on IL-2 gene expression. Indeed, these data in Emmel confirm our current understanding that in Jurkat cells, CsA acts through NFAT, not through NF-kB.

41.    The Examiner also relies on EMSA data "as shown in Fig. 3" purportedly showing that "CsA was found to reduce binding activity." I disagree with the Examiner's assertion that these data demonstrate that CsA reduced NF-kB activity in Jurkat cells as recited in the claims. Emmel observed that CsA had only a small (of about 10-20%) apparent effect on preventing PMA/PHA-induced binding activity, only at the highest CsA concentrations, and did not demonstrate any dose response. As discussed above, as used in these studies, the oligonucleotide probe would not have discriminated between NF-kB and NFAT binding activities. Accordingly, one can see multiple bands appearing in extracts from PHA/PMA treated cells under the conditions Emmel used. (Emmel Fig. 3). (For example, compare with '516 patent, Fig. 24B

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 18 of 74  of Declaration of Dr. Inder Verma*
indicating only a single inducible band in PHA/PMA-treated Jurkat cells). Appropriate controls would have been critical for the correct identification of the different complexes bound to the probe, and to the overall interpretation of the EMSA data.  Such a control could have been carried out, for example, by using a probe carrying a mutated binding site, or through methylation interference analysis. ('516 patent, col. 20, line 20-25; col. 22, line 32-39).

42.    Significantly, Emmel did not include such controls. These data are insufficient to indicate if any of the different complexes detected in the EMSA correspond to NF-kB,  cannot demonstrate that the CsA sensitive binding activity corresponded to NF-kB.  Therefore one cannot conclude from Emmel that CsA affected NF-kB binding activity.  Today, we know that the likely effect of CsA on NFAT provides the simplest and most likely explanation for these inconclusive data obtained by Emmel.

43.    It is also significant that the authors of Emmel questioned the relevance of their EMSA data to NF-kB.  In particular, Emmel notes that these observations "may not be related to the mechanism of action of the drug, since the CsA concentration dependence of inhibition of the appearance of NF-kB binding does not correlate well with the CsA concentration dependence of T cell activation." (Emmel at 1619).

### (iii)    Express anticipation rejection based on Brini

44.    The Examiner contends that Brini teaches administration of CsA to cultured T lymphocytes, which substantially reduced NF-kB activity in those cells thus inhibiting expression of genes whose transcription is regulated by NF-kB activity. The Examiner contends that the use of CsA as described by Brini would practice claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 19 of 74 of Declaration of Dr. Inder Verma*
36-38, 40, 53-54, 58-62, 65-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97, if these claims were

entitled only to a November 13, 1991 filing date. I respectfully disagree.

45.    Brini reports results of certain experiments conducted with isolated populations of

human peripheral blood cells that had been enriched for T lymphocytes. (Brini at 132). Brini

examined the effect of CsA on the ability of PHA (phytohemaglutinin) to induce certain

responses in these cells.   Notably, in all experiments, "CsA was always added to the cells 30

min before stimulation" with PHA.  (Brini at 132).  In this regard, the Examiner erroneously

states that Brini disclosed use of CsA "in human PBM (peripheral blood T-lymphocytes) that

*had* been induced with PHA." (Office Action at 17).

46.    As an initial matter, I understand all the above claims to be directed to methods

carried out on cells in which NF-kB activity has first been induced by some external stimulus.

However, none of Brini's experiments examined the effect of CsA in cells first induced with

PHA.  Therefore, the method of using CsA that Brini describes does not conform to any of the

claims.

47.    The Examiner contends that Brini "discloses that administration of CsA reduces

NF-kB in cells (e.g., T cells) that inherently reduces NF-kB regulated gene expression." (Office

Action at 17).  The examiner specifically relies on EMSA binding assays (Figs. 3 and 4) and data

that CsA caused a small apparent decrease (approximately 40-50%) in the ability of PHA to

induce IL-2 receptor-alpha expression.  I respectfully disagree that the data which Brini provides

supports the Examiner's conclusion.

48.    The EMSA assays Brini describes used an oligonucleotide probe corresponding to

a sequence in the IL-2 receptor promoter, or a sequence corresponding to a portion of the HIV

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 20 of 74  of Declaration of Dr. Inder Verma*
LTR. In both EMSA assays, Brini observed "several discrete-retarded DNA-proteins" (both in

PHA-treated cells as well as untreated cells) that bound to the probe. (Brini at 135). Brini reports

that CsA had a small apparent effect on increase in binding of some of the bound complexes.

(Brini at 135).

49.    Neither of the EMSA assays Brini conducted demonstrates whether the CsA

sensitive binding activity corresponds to NF-kB. As discussed above, and evident from the data

of Schmidt and Emmel, CsA can potently affect NFAT binding activity. Moreover, NFAT

recognizes and binds to certain sequences that also serve as NF-kB binding sites. For these

reasons, it is critical to include appropriate controls in EMSA assays conducted to evaluate the

potential effect of CsA on NF-kB binding activity to confirm the identity of any CsA-sensitive

binding complexes and discriminate between NF-kB activity and NFAT binding activity. The

lack of any such controls in the experiments Brini conducted makes it impossible to conclude

that any of the complexes affected by CsA (Figs 3 and 4) correspond to NF-kB. Without such

data, it is also impossible to conclude from the EMSA data in Brini that PHA induced NF-kB

activity. In fact, the title of the Brini's reference refers only to "NF-kB-like factor(s)" and not to

"NF-kB."

50.    The fact that Brini observed a substantial level of binding activity in untreated cells

further argues that it is unlikely that the complexes Brini observed correspond to NF-kB, because

one would not observe NF-kB activity in uninduced cells. (For example, see '516 patent, Fig.

24). Moreover, CsA alone appears to increase levels of the complexes that Examiner interprets

correspond to NF-kB. (Fig. 3, lane 2). In particular, the assumption that these complexes

correspond to NF-kB is inconsistent with the premise that in the experiments Brini conducted,

NF-kB activity regulated IL-2 receptor expression, because there is no correlation between the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 21 of 74  of Declaration of Dr. Inder Verma*
presence of these complexes in the EMSA assays (Figs. 3 and 4) and IL-2 receptor mRNA

expression (Fig. 2).

51.     The Examiner further relies on data indicating that CsA (in cells pretreated with

CsA) slightly decreased (by approximately 40-50%) the ability of PHA to induce IL-2 receptor-

alpha expression.   The Examiner contends these data demonstrate that CsA reduced NF-kB

regulated gene expression. In support, the Examiner contends that "expression levels of IL-2

Receptor-alpha is taught by the '516 patent to be regulated by PHA-induced NF-kB activity in T

cells." (Office Action at 18).  I respectfully disagree. First, the Examiner's interpretation of the

'516 patent is erroneous. The statement the Examiner cites notes that "NF-kB is induced in T

cells...by PMA/PHA treatment and thereby activates the IL-2 receptor alpha gene..." (Office

Action at 18).   These data provide no evidence as to whether PHA treatment alone would induce

NF-kB activity so as to induce IL-2 receptor expression.

52.     As the '516 patent, as well as Emmel and Schmidt illustrate, T cells can exhibit

substantial differences in their response to PHA and PMA.  As noted above, PHA alone did not

induce measurable amounts of NF-kB binding activity in the Jurkat T-cell line. ('516 patent, fig.

24A).  Without data, the Examiner has no basis to assume that treatment of T-cells with PHA

alone (as compared to treatment with both PHA and PMA) would similarly induce NF-kB

activity so as to induce expression of any gene.  In fact, Brini reports that PHA appeared to

induce binding activity of at least one other transcription factor, AP1, having binding sites in the

IL-2 receptor promoter. (Fig. 5).  Lastly, as noted above, even assuming the complexes Brini

detected by EMSA (Figs. 3 and 4) correspond to NF-kB, there is no correlation between the

presence of these complexes in the EMSA assays (Figs. 3 and 4), and IL-2 receptor mRNA

expression (Fig. 2).   These data therefore fail to provide any basis for concluding that under the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 22 of 74  of Declaration of Dr. Inder Verma*

experimental conditions which Brini used, IL-2 receptor expression was regulated in any way by

NF-kB.

### B.    Inherent Anticipation Rejection Based on Reed 1986, Kronke 1984 or Siebenlist 1986

#### (i)    Reed 1986

53.    The Examiner contends that Reed teaches use of CsA in human peripheral blood

mononuclear (PBM) cell cultures, and that Brini explains that such use inherently reduces NF-kB

activity and thus expression of genes whose transcription is regulated by NF-kB activity. The

Examiner contends that Reed inherently anticipates claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31-

32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97.  I respectfully

disagree.

54.    Reed reports results of certain experiments conducted with primary cultures of

human peripheral blood mononuclear (PBM) cells.  Among other things, Reed examined the

effect of CsA on the ability of PHA (phytohemaglutinin) to induce certain responses in these

cells, including cell surface expression of the IL-2 receptor, and expression of IL-2 receptor-α

mRNA.  The authors note that in all experiments, CsA was always added to the cells 20 to 30

minutes before other reagents (which included PHA). Reed, at 150.  In this regard, the Examiner

erroneously states that Reed "taught the prior art use of CsA in human PBM cultures that *had*

*been induced* with phytohaemaglutinin (PHA). (Office Action at 25).

55.    As noted above, I understand the '516 patent claims are directed to methods carried

out on cells in which NF-kB activity has first been induced by some external inducing stimulus.

In contrast, none of Reed's experiments described use of CsA in cells that were first induced

with PHA.  Therefore, regardless of any effects that CsA might have had on NF-kB (for which

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 23 of 74  of Declaration of Dr. Inder Verma*

there is no evidence), none of the methods of using CsA that Reed discloses involve reducing either induced NF-kB activity or induced NF-kB-mediated intracellular signaling. Therefore, none of the uses described by Reed described the method recited in any of the claims.

56.    Further, I disagree with the Examiner's conclusion that Brini demonstrates that any method of using CsA described by Reed would inherently reduce NF-kB activity and thus expression of genes whose transcription is regulated by NF-kB activity.   As discussed above, none of the data in Brini demonstrate that CsA either reduced NF-kB activity, or provide any basis for concluding that under the experimental conditions Brini used, IL-2 receptor expression was regulated in any way by NF-kB.  In this regard, I disagree with the Examiner that Brini demonstrates any inhibition "done by reducing binding of NF-kB to NF-kB recognition sites." Moreover, the Examiner's statement that Brini also demonstrates that use of CsA also resulted in "inhibiting the passage of NF-kB into the nucleus of cells, inhibiting modification of an IkB protein, and inhibiting degradation of an IkB protein," is entirely unsubstantiated by any experimental evidence.  (Office Action at 24).  Brini has no data regarding IkB, let alone any data regarding degradation or modification of IkB.   Brini also does not provide data demonstrating that CsA inhibited translocation of NF-kB into the nucleus.

57.    Morever, Brini does not replicate any of the experiments Reed conducted. Therefore, Brini cannot explain or confirm what occurred in Reed.  For example, the studies Brini describes were conducted using a substantially different cell population than that which Reed used.  Therefore Brini did not use "the same immune cells" as Reed.  (Office Action at 26).

58.    Reed used cultures of PBM cells isolated by Ficoll-Hypaque density gradient purification. (Reed at 150).  "PBM cells" does not refer to a single, defined cell type. Such cell

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 24 of 74  of Declaration of Dr. Inder Verma*
cultures comprise a highly heterogeneous cell population comprised of numerous immune cell types, including T and B-lymphocytes, NK (natural killer) cells, monocytes and macrophages. (See for example, David et al. Blood (1998), **Exhibit 15** hereto). There is substantial variability in PBM cells, depending on the protocol and conditions of isolation. Reflecting this fact, studies have reported conflicting data in PBM cells regarding the particular endpoint Reed measured, IL-2 receptor-α expression. (David et al. 1998 at 165, 170-171). Among other things, IL-2 receptor-α expression is highly sensitive to the conditions of blood collection and PBM preparation, and varies substantially among the various subtypes of cells found in PBM cultures. (*Id.*). Such data demonstrate the importance of closely replicating experimental conditions if one were to attempt to assess what might have occurred in some earlier study using "PBM" cells.

59.    In contrast to Reed, Brini used cultures comprised primarily (>95%) of CD3 positive T-lymphocytes, which were isolated through additional purification steps, including nylon wool and Percoll density-gradient purification. (Brini at 132).    Such cell cultures are substantially different from the mixed cell population used in Reed, both in the conditions of preparation and in their composition. In this regard, I note that the Examiner erroneously stated on page 26 of the Office Action that Brini conducted experiments in the "same immune cells." Therefore, even assuming that under the experimental conditions Brini used CsA was capable of reducing NF-kB activity, one of skill in the art would not reasonably conclude that CsA necessarily had the same effect on the substantially different cell population Reed used.

60.    In support of his arguments regarding Reed, the Examiner also contends that "expression levels of IL-2 Receptor-alpha is taught by the '516 patent to be regulated by PHA-induced NF-kB activity in T cells." (Office Action at 26).  As noted before, the Examiner's interpretation of the '516 patent is erroneous as the passage the Examiner cites to notes only that

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 25 of 74  of Declaration of Dr. Inder Verma*

"NF-kB is induced in T cells...by PMA/PHA treatment and thereby activates the IL-2 receptor alpha gene..." (Office Action at 25). As discussed above, the data in the '516 patent indicate that treatment of T cells with PHA alone does not result in any measurable activation of NF-kB, in contrast to treatment with PMA, or PMA in combination with PHA. Moreover, the '516 patent examples the Examiner refers to (Fig. 24) were conducted with a human T-cell lymphoma cell line, and not under the experimental conditions of Reed using PBM cells. Regardless, we know now that CsA affects the activity of NFAT, not NF-kB.

### (ii)    Kronke 1984 or Sieblenlist 1986

61.    The Examiner contends that the use by either Kronke or Sieblenlist of CsA in cell cultures, as explained by Schmidt and Emmel, inherently reduces NF-kB activity and "thus would inhibit expression of genes whose transcription is regulated by NF-kB activity." The Examiner therefore contends that either Kronke or Siebenlist inherently anticipates claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97. I respectfully disagree.

62.    Kronke and Siebenlist report experiments in various cells, including the Jurkat T cell line, examining various effects of CsA on IL-2 gene expression. In particular, the Examiner relies on certain experiments in which cells were also treated with PHA and PMA. (Office Action at 28, Kronke at 5217, Siebenlist at 3044). As discussed above, neither Schmidt nor Emmel describe any use of CsA in cells that reduced NF-kB activity or resulted in any NF-kB mediated effect. Therefore, neither of these studies provides any basis for concluding that such effects would necessarily have occurred during the use of CsA described in either Kronke or Siebenlist.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 26 of 74  of Declaration of Dr. Inder Verma*

63.    Regarding the Examiner's statements regarding Kronke and Sieblenlist, I note additionally the following. None of experiments in Siebenlist describe use of CsA in cells first induced with PHA and PMA.  Therefore, regardless of any effects that CsA might have had on NF-kB (for which there is no evidence), none of the methods of using CsA that Sienbenlist describes would have reduced either induced NF-kB activity or induced NF-kB-mediated intracellular signaling.  Kronke describes only a single experiment in which cells were treated with CsA after exposure to PHA/PMA, and concludes in the title of Table 1 "CsA does not inhibit PHA- and PMA- induced expression of TCGF receptors in Jurkat cells."  Moreover, as is evident from Fig. 4, CsA treatment appeared to have a significant effect on IL-2 expression only when CsA was added either before or with PHA/PMA treatment, but not when added after cells had been induced with PHA/PMA.  Kronke at 5217.    Indeed, when added four hours after induction, CsA did not alter TCGF (IL2) mRNA levels. Id. at 5216.  These data suggest that while treatment with CsA appeared able to prevent induction of IL-2 expression, it had no substantial effect on induced IL2 expression. Regardless, we know now that CsA affects NFAT activity, not NF-kB.

### (iii)    Inherent anticipation rejection based on the PDR 1985, Griffith 1981 and Griffith 1984

64.    The Examiner contends that the PDR 1985 (pages 1811-13), Griffith 1981 or Griffith 1984 teach administration of CsA to cells, which based on Holschermann, would inherently reduce NF-kB activity and therefore expression of NF-kB regulated genes. The Examiner contends that each of these references inherently anticipate claims 1-2, 5, 6, 8, 9, 20-27, 29, 31-40, 64-73, 75-80, 82, 84 and 88-97. I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 27 of 74  of Declaration of Dr. Inder Verma*

65.    Griffith 1981 and Griffith 1984 both describe various clinical studies conducted to evaluate use of CsA in transplant patients. The 1985 PDR describes potential use of CsA in transplant patients.  None of these references describes method of using CsA that would carry out the method recited in any of the claims.  None of these references mention NF-kB, describes any external influence that would necessarily induce NF-kB activity or NF-kB mediated intracellular signaling or describe any effect of CsA necessarily resulting from or mediated through NF-κB.  Moreover, I disagree that Holschermann provides any basis for concluding that such elements would necessarily have occurred in any prior use of CsA as described by Griffith 1981 or 1984, or the 1985 PDR.

66.    As noted above, I understand the above claims to be directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing stimulus (external influence). Neither of the Griffith studies, nor the 1985 PDR identifies an external influence that would have necessarily induced NF-kB activity.  Moreover, in the patient studies reported in Griffith 1981 and 1984, CsA was administered before transplantation. As the Examiner indicates, the 1985 PDR teaches CsA should be administered first before and then after surgery. There is no evidence that any of these methods of using CsA described in the pre-April 21, 1989 references art would necessarily involve administration of CsA in cells in which NF-kB activity has first been induced.

67.    As discussed above, the accumulated scientific evidence indicates that CsA exerts its clinical effect as an immunosuppressant through its effect on transcriptional factor NFAT. The only potential effect of CsA on gene expression which the 1985 PDR mentions is on expression of IL-2, which the data discussed above indicates is mediated not through NF-kB but through NFAT.    The Examiner nevertheless contends that Holschermann demonstrates that

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 28 of 74  of Declaration of Dr. Inder Verma*

CsA, as used in Griffith and/or described in the 1985 PDR would have inherently reduced NF-kB

activity. I disagree.

68.    First, there is no showing in the PDR that the use of CsA in patients followed

exposure to an external stimulus that would necessarily induce NF-kB activity in cells of those

patients, such that the induced NF-kB activity could be reduced as required by the claims.

Similarly, in the two Griffith references, there is no evidence indicating what, if anything had

necessarily first induced NF-kB in the cells of patients in the studies reported.

69.    Even if Holschermann had demonstrated that in transplant patients, CsA had some

effect on NF-kB (and I disagree that it does), Holschermann fails to replicate the Griffith studies

and therefore it is an error to assume that CsA necessarily had the same effect in the patients in

Griffith. In this regard, I note that the Examiner bases his premise that CsA would have had the

same effect on the erroneous statement that Holschermann "essentially repeated the tests

disclosed in Griffith". (Office Action at 25).   This is not correct. Several key differences exist

between Griffith's studies and Holschermann that would preclude such an assumption.    In

contrast to patients in the Griffith studies, patients in the Hoschermann study all received

additional drugs, including azathioprene, and aspirin, which were not provided to the Griffith

patients. (Holschermann at 4232, Griffith 1984 at 952, Griffith 1981 at 325).  Whereas patients

in Holschermann's study all received antithymocyte globulin, in Griffith 1984 this drug was

provided only for rescue from severe or chronic tissue rejection. Moreover, the timing of CsA

administration, which in the Griffith studies was first administered before transplantation,

differed significantly from Holschermann, where CsA treatment took place only after

transplantation. Holschermann at 4233.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 29 of 74  of Declaration of Dr. Inder Verma*

70.    Further, none of the data Holschermann reports demonstrate that CsA had any effect that in patients that was mediated by or resulted from any effect of CsA on NF-kB.  The Holschermann study used an enzymatic assay to measure tissue factor (TF) activity in peripheral blood mononuclear cells (PBMCs) isolated from ten cardiac transplant patients being treated with CsA.  The authors observed that TF activity appeared to be reduced in PMBCs isolated from some, but notably, not from all patients after being administered CsA. Holschermann, Fig 2B. The authors indicate that the apparent inhibition may have, but did not necessarily, result from a direct effect of CsA on monocytes. The authors speculate that CsA had certain effects in these patients that the authors suggest were mediated by reducing NF-kB binding activity in monocytes, in particular, on TF expression.  I disagree that these data support such a hypothesis.

71.    The only data relating to transcription of the TF gene in patients (presented in Figure 3) fails to demonstrate any link between NF-kB activity and TF expression.  In particular, Figure 3 reports TF mRNA levels in cells directly isolated from patients before CsA treatment (lane 2) and after treatment (lane 5).  Holschermann purportedly found significant activation of NF-kB in mononuclear cells directly isolated from patients before CsA treatment (Figure 4), but at the same time, did not observe detectable TF mRNA expression in such cells. (Figure 3, lane 2).  These data show that *in vivo*, there was an apparent lack of correlation between purported NF-kB activity and transcription of the TF gene in the mononuclear cells of the transplant patients.  Therefore, these data fail to support the inference that in transplant patients, TF gene expression is necessarily mediated by NF-kB or caused by induced NF-kB activity.

72.    Even assuming the data in Holschermann to be valid, the only data showing some effect of CsA on transcription of the TF gene were obtained through *in vitro* experiments, which involved further manipulation and treatment of monocytes originally isolated from patients.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 30 of 74  of Declaration of Dr. Inder Verma*

Neither the Griffith studies, nor the 1985 PDR describe any *in vitro* manipulation of cells. Such experiments in Holschermann therefore do not replicate any method of using CsA described in either Griffith paper or in 1985 PDR, nor do they reflect what went on in the cells of patients in the Griffith studies.

73.    Moreover, in my opinion, the Holschermann study provides insufficient data to demonstrate that in patients, CsA treatment reduced NF-κB binding activity in monocytes. The only data relating to the effect of CsA on NF-kB binding is a single binding assay reported in Figure 4. This data suffers from several flaws. The paper provides no indication whatsoever on how many patients these data are based on, or the degree to which the effect was reproducible from patient to patient. Moreover, based on the data Holschermann provides, the apparent decrease in binding in extracts from CsA treated patients cannot be interpreted as showing decreased binding of NF-κB. Several studies (see, for example, Giffin 2003, Kinoshita et al. 1997) have demonstrated that the consensus sequence that Holschermann used in the EMSA to assess binding of NF-kB binds other transcription factors, such as NFAT. In view of these other data, the EMSA binding assay Holschermann used lacked sufficient controls, such as an appropriate antibody control, to confirm that the binding complex reported as being affected by CsA was in fact NF-κB. As the data in Figure 4 is insufficient to demonstrate that CsA reduced NF-kB binding in the patients Holschermann studied, one could not reasonably infer from this study that NF-κB activity was reduced in all patients during prior use of CsA as described in 1985 PDR, Griffith 1981 and Griffith 1984.

74.    Further, Holschermann does not provide a sufficient basis from which one could infer that the patients studied were characteristic of transplant patients treated with CsA as described in the cited references published before 1989. Both Griffith 1981 and Griffith 1984

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 31 of 74  of Declaration of Dr. Inder Verma*
note the effects of CsA *in vivo* can vary from patient to patient in part from the high incidence of

toxicity and various side effects, and considerable variability in blood and tissue levels.

Holschermann observed "a high inter-individual variation in monocytes TF inducibility." (p. 11).

Additionally, Figure 2 (lower panel) indicates that CsA treatment did not reduce TF activity in

all patients.    These other variables further indicate that even had Holschermann replicated

experiments in Griffith or the PDR, one could not conclude that the results Holschermann

observed would necessarily be observed in any patient treated with CsA in the manner described

in 1985 PDR, Griffith 1981 and Griffith 1984. Most importantly, we know now that CsA affects

NFAT activity, not NF-kB activity.

## V.    Inherent Anticipation Rejection Based on Art Relating to Glucocorticoids (1970 PDR, Nagasawa (1981) or Rovera (1979))

75.    I understand that the Examiner has rejected claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29,

31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 as anticipated by

Nagasawa 1981, Rovera 1979, or selected portions from the 1970 PDR, and explained by various

references published after April 21, 1989. (Office Action at 34-35).  I have reviewed each of

these references, and the above claims.  The Examiner contends that each of the references

published before April 21, 1989 teaches administration of glucocorticoids (e.g., dexamethasone)

to treat inflammatory and allergic diseases such as asthma and arthritis (presumably the 1970

PDR), and in human cell culture tests (Nagasawa and Rovera). The Examiner contends that cited

later references is extrinsic evidence where shows that administration of glucocorticoids as

described in the earlier references would have necessarily reduced NF-kB activity and

concomitant cytokine production. The Examiner contends that each of these references

inherently anticipates the above claims. I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 32 of 74  of Declaration of Dr. Inder Verma*

### (i)  Inherent anticipation rejection based on Nagasawa (1981) or Rovera (1979)

76.    Each of the above claims requires "reducing NF-kB activity." As described above, I understand all the above claims are directed to methods carried out on cells in which NF-kB activity has first been induced by some external inducing stimulus. Therefore, some claims (e.g. claims 1, 2 and 5) encompass both extracellular and intracellular interference with the NF-kB pathway; other (e.g. claims 8 and 9) encompass only intracellular interference with the NF-kB pathway. Neither Nagasawa nor Rovera describe any such method of using glucocorticoids. Therefore, uses of glucocorticoids described in these references would not involve the method recited in any of the claims (Schematic 16 of **Exhibit 1**).

77.    In particular, the Examiner states that "Nagasawa taught induction of human leukemic T-Cells (MOLT-3) by TPA, *followed by* the administration of $10^{-6}$ (1uM) dexamethasone." (Office Action at 35) (Emphasis added). This statement mischaracterizes Nagasawa. Nagasawa describes only one experiment relating to the use of dexamethasone in MOLT-3 cells and finds no effect. (See page 185, Table 2). In this experiment, dexamethasone was administered to MOLT-3 cells either 1 day before or simultaneously with administration of TPA. It was never administered following induction of TPA. Therefore, Nagasawa does not describe the use of dexamethasone in cells that have been induced with TPA, and therefore does not describe the use of dexamethasone in cells that have NF-kB activity. Accordingly, there is no NF-kB activity to be reduced, and no NF-kB activity reduced, upon administration of dexamethasone.

78.    The Examiner also states that "similarly, Rovera taught the induction of human leukemic cells (promyelocytes and mature myeloid cells) with TPA, *also followed by*

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 33 of 74 of Declaration of Dr. Inder Verma*

administration of $10^{-6}$ dexamethasone." (Office Action at 35) (Emphasis added). This statement

similarly mischaracterizes Rovera. Rovera describes only a single experiment (in which

apparently only two data points were collected) relating to administration of dexamethasone in

the HL-60 tumor cell line. (Rovera page 869, Table 1). In this experiment, dexamethasone was

administered to HL-60 cells either 24 hours before or simultaneously with administration of

TPA. It was not administered following induction with TPA. Therefore, Rovera also does not

describe the use of dexamethasone in cells that have been induced with TPA or that have NF-kB

activity which could be reduced.

79. Neither of these references provides any evidence demonstrating that TPA

necessarily induced NF-kB activity in the cells studied. Nagasawa describes induction of certain

morphological and biochemical markers of differentiation in MOLT-3 cells. (Nagasawa at 182).

After four days of simultaneous exposure to TPA and dexamethasone the authors measured the

percentage of E-rosette positive MOLT-3 cells. There is no evidence (including that in Exhibit

H-8, incorporated into the August 2, 2006 Office Action) showing that any of these induced

markers relate in any way to NF-kB. Further, there is no evidence (including that in Exhibit H-

8) that in MOLT-3 cells, TPA necessarily induced expression of any particular gene, let alone

any gene regulated by NF-kB.

80. Rovera describes the ability of TPA to induce certain morphological changes in

HL-60 cells, as well as adherence of the cells to substrate. There is no evidence (including that in

Exhibit H-8) showing that these changes in morphology or adherence relate in any way to NF-

kB. Further, there is no evidence (including that in Exhibit H-8) that in HL-60 cells, TPA

necessarily induced expression of any particular gene, let alone any gene regulated by NF-kB.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 34 of 74  of Declaration of Dr. Inder Verma*

81.    Finally, none of the post filing references which purports to be extrinsic evidence of inherency that the Examiner cites (Auphan, Scheinman I and II, Mukaida or Padgett) demonstrates that either Nagaswa or Rovera describes a method of (a) using glucocorticoids in cells in which NF-kB activity has been induced or (b) reducing induced NF-kB activity.  To the extent that the Examiner has interpreted these post-filing references as evidence that glucocorticoids (in particular, dexamethasone) "are recognized to necessarily and inherently reduce NF-kB activity and concomitant cytokine production," these references do not support such a statement.

82.    Moreover, none of these later references reproduces any experiment in Nagasawa or Rovera.  As discussed below, there is considerable uncertainty relating to the potential mechanism of action of glucocorticoids in cells, including whether there are any potential effects on NF-kB, as reflected in a substantial amount of contradictory data reported in the scientific literature.  Therefore, careful replication would be required to make any prediction as to what effects glucocorticoids may have had in earlier studies.  None of the post-filing references provide such data or make any attempt to do so.

83.    The Examiner appears to assume that TPA necessarily has the same effect in all human leukemic cell lines. This assumption is erroneous as evidenced by Nagasawa, which points out that "in addition to being able to elicit varying responses in different experimental systems, these tumor promoters can also have contrasting effect on cells apparently derived from the same lineage of differentiation." (Nagasawa at page 190).

84.    In the study by Nagasawa, the authors measured the percentage of E-rosette positive MOLT-3 cells after four days of simultaneous exposure to TPA and dexamethasone.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 35 of 74  of Declaration of Dr. Inder Verma*

The only conclusion Nagasawa makes regarding glucocorticoids in MOLT-3 cells is that administration had no effect on induction of MOLT-3 cells by TPA. (Nagasawa at 185). Similarly, the only conclusion that Rovera makes regarding glucocorticoids in HL-60 cells is that dexamethasone did not "block[] the response of HL-60 cells to TPA, even when the cells were pretreated with a concentration of the test compound 1000 times greater that the concentration of TPA used to induce differentiation." (Rovera at 869).  Such evidence of lack of effect cannot demonstrate that administration of glucocorticoids either reduced NF-kB activity in the cells or had any effect in the cells that was mediated by or resulted from an effect on NF-kB.

### (ii)      Inherent anticipation rejection based on the 1970 PDR

85.   The section of the 1970 PDR cited in the Office Action provides that dexamethasone may be used in human patients to treat in "all inflammatory, rheumatic and allergic conditions which respond to adrenocorticoid therapy..."  The 1970 PDR specifically refers to potentially treating collagen diseases, skin diseases, allergies, inflammatory eye diseases, nonarticular musculoskeletal disorders, blood dyscrasias and "miscellaneous."  The Examiner contends that "it has been known since the mid-1990s, that glucocorticoids effect their immunosuppression (sic) by reducing NF-kB activity by preventing NF-kB from binding to the appropriate sites on the DNA and/or by increasing the transcription, expression and/or release of IKB, thereby reducing the amount of activated NF-kB that can translocate into the nucleus." (Office Action at 36)

86.   The Examiner contends that a number of post-filing date published references (including Baldwin, Auphan, Scheinman I and II, Mukaida and Padgett) provide extrinsic evidence that any administration of dexamethasone would have necessarily reduced NF-kB activity and concomitant cytokine production. I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 36 of 74  of Declaration of Dr. Inder Verma*

87.    First, there is no showing in the 1970 PDR in connection with the different

potential uses of glucocorticoids in patients of what, if anything, would necessarily induce NF-

kB activity in cells in connection with any particular use, such that the induced NF-kB activity

could be reduced as required by the claims.  As the 1970 PDR lacks any such information, one

skilled in the art would not read the 1970 PDR as teaching any of the methods claimed in the

'516 patent. (Schematic 17 of **Exhibit 1**).

88.    Second, these post-filing date published references (except for Baldwin and

Padgett) all describe experiments conducted in various laboratory systems.[1]  None of these

references describe effects of using dexamethasone or other glucocorticoids in patients.  From

these experiments, the respective authors proposed various hypotheses in an attempt to explain

the apparent effects of glucocorticoids they observed in their specific experimental systems.

None of these later references provide data relating to clinical use of glucocorticoids in patients.

Nor do they provide a reasonable basis from which one skilled in the art could conclude that

administration of glucocorticoids under very different conditions than those described in the

PDR demonstrates that dexamethasone, when used as described in the PDR necessarily resulted

in reducing induced NF-kB activity, NF-kB-mediated intracellular signaling or any other NF-kB

mediated effect in cells.

89.    As Padgett acknowledges, while these different hypotheses (or "models" as Padgett

refers to them) "provide insight into potential mechanisms" by which GC hormones can regulate

---

[1]    The Examiner appears to refer to the Baldwin review article only for statements about
what the other references describe.  Baldwin does not report any primary data.  Therefore,
I will direct my comments to the actual data and discussion that these other references
provide.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 37 of 74  of Declaration of Dr. Inder Verma*
expression of certain immunologically related genes, "the story is not very clear." (Padgett at

446)  For example, *in vitro* studies have reported contradictory results as to the effects of

glucocorticoids on NF-kB binding activity, with some studies suggesting inhibitory effects, some

studies demonstrating no effects, and some studies reporting enhancement of NF-kB binding

activity. (Hart 2000 at 229).  Moreover, as discussed below, other studies have been unable to

confirm the different theories that Scheinman I and II, Auphan and Mukaida proposed, which

suggested various potential mechanisms of action through which glucocorticoids might affect

NF-kB.

90.    The mechanisms by which glucocorticoids, including dexamethasone, mediate

inflammatory responses are poorly understood, and as Padgett and these other papers discuss,

substantial evidence demonstrates that glucocorticoids can act through a variety of mechanisms

which are independent of NF-kB. (Padgett at 445, Han at 271, Hart at 224). For example,

glucocorticoids function by binding in the cytoplasm to glucocorticoid receptors (GR), which

then translocate to the nucleus as a glucocorticoid-GR complex and bind to target elements or

glucocorticoid response elements (GREs) to function as direct enhancers or repressors of gene

transcription. (Padgett at 445-46).   As Padgett also notes, the glucocorticoid receptor

"undoubtedly interferes with the function of other transcriptional regulators," such as activator

protein-1 (AP-1) and NF-AT. (Padgett at 447, see also Han at 271, Hart at 224).  Such evidence

includes work from my laboratory, which demonstrated the ability of glucocorticoid receptor to

prevent AP-1 dependent transcription through a mechanism likely involving protein-protein

interactions between GR and Jun/AP-1. (Schule et al 1990, attached hereto as **Exhibit 16**.)

91.    Moreover, none of the post-filing date references cited in the Office Action

provides evidence that use of dexamethasone in patients as described in the 1970 PDR would

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 38 of 74  of Declaration of Dr. Inder Verma*

have necessarily reduced NF-kB activity and concomitant NF-kB mediated expression of any

cytokine. As discussed below, in addition to poor understanding of their mechanisms of action,

there is substantial contradictory data regarding the potential effects of glucocorticoids on

transcription. To explain what necessarily occurred during prior use of dexamethasone as

described in the 1970 PDR, a subsequent study would have to replicate the conditions of using

dexamethasone the PDR describes. None of these studies do so. Scheinman II and Auphan both

describe experiments that were conducted to examine the effect of dexamethasone on IkB

expression in cultured cells. Neither study reproduces, nor attempts to reproduce the

physiological conditions associated with administration of dexamethasone to patients described

in the 1970 PDR. Further, neither study administered dexamethasone to cells in which NF-kB

activity had first been induced by some external influence. Even if one assumed *arguendo* the

1970 PDR describe that a method in which NF-kB activity had first been induced, none of these

later studies replicated such a method.

92.     The data in Scheinman II were obtained primarily from experiments conducted

with HeLa cells, a line of cancer cells having an abnormal genotype (with about twice the normal

number of chromosomes). Even before induction with TNF-alpha, Scheinman observed high

levels of NF-kB binding activity in the HeLa cells he used (Scheinman II at 284, Figure 1A),

demonstrating that the pattern of NF-kB activity in the HeLa cells used by Scheinman does not

reflect that found in normal cells. The data in Auphan reflect experiments conducted primarily

with glucocorticoid receptor negative Jurkat cells stably transfected with an expression vector

encoding rat GR (Auphan at 287-289, Fig. 2 through 4) or in other cell lines or mice treated with

non-physiological inducers, such as ionomycin, TPA or anti-CD3 antibodies, which one would

not encounter in patients (Auphan, Figures 1 and 3). Neither Scheinman II nor Auphan therefore

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 39 of 74  of Declaration of Dr. Inder Verma*

replicates any method of using dexamethasone that was described in the 1970 PDR. Moreover, in all the experiments described in Scheinman and Auphan, when used, dexamethasone was administered only before or simultaneously with any inducer. Therefore, neither of these studies describes the result of using dexamethasone in a method where it was used to reduce NF-kB activity that has first been induced by an external stimulus.

93.    The data in Scheinman I was obtained primarily through a transfected cell system, which was engineered to overexpress an NF-kB component in the cells to allow the investigators to study potential interactions between the glucocorticoid receptor complex and NF-kB. (Scheinman I at 945) These interactions were assessed through transactivation of a reporter construct, which was also transfected into the cells. (See for example, Scheinman I at 945-47, Figs. 1 through 3). Activation of this reporter construct was driven by overexpression of p65 NF-kB subunit rather than by any external influence. (See for example, Scheinman I, Fig. 1). Significantly, none of these transactivation experiments describe the result of using dexamethasone in cells in which NF-kB had been induced by some external influence, or reflect a process in which NF-kB activity would be induced in any cell in the body.

94.    Moreover, such engineered cells would not have existed in patients treated with dexamethasone as described in the 1970 PDR. The effect of dexamethasone on such engineered cells, in particular its effect on expression of any exogenous gene, would differ from its effect on any cell normally found in the body. Furthermore, in the single experiment conducted in untransfected (HeLa) cells, cells were pretreated with dexamethasone for 16 hours before administration of an inducer (TNF-α). (Scheinman at 949, Fig. 7). None of the experiments described in Schienman I indicate the effect of administering dexamethasone to cells in which NF-kB had been induced by some external influence.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 40 of 74  of Declaration of Dr. Inder Verma*

95.    Mukaida describes a series of experiments conducted to examine the potential
mechanism of action of dexamethasone in preventing IL-8 expression in a human glioblastoma
cell stimulated with IL-1.  As in the references above, none of the experiments Mukaida
describes attempts to reproduce the physiological conditions associated with administration of
dexamethasone described in the 1970 PDR.  In this regard, the PDR does not describe use of
glucocorticoids to affect NF-kB.  Further, none of these experiments addressed the effect of
dexamethasone on cells in which NF-kB activity had been induced by some external influence,
as dexamethasone was always administered concurrently with the inducing agent.  Moreover, the
authors' conclusion that "collectively, our results favor the assumption that the NF-kB site was
responsible for IL-8 gene repression by dexamethasone," is inconsistent with the studies
described in the Bourke reference discussed below. (Mukaida at 13294, Bourke at 2113, 2118).
In summary, neither Mukaida nor any of the other post-filing data published references cited in
the Office Action indicates that the administration dexamethasone as taught in the 1970 PDR
would necessarily reduce induced NF-kB activity or NF-kB mediated-intracellular signaling.

96.    In contrast to the post-filing date published reference cited by the Examiner,
substantial evidence, which was not cited, including data as to the effect of glucocorticoids in
patients, demonstrates that administration of glucocorticoids, in particular to treat inflammatory
disorders, does not necessarily affect NF-kB activity.  This evidence specifically demonstrates
that the effects of glucocorticoid administration are not necessarily mediated through any of the
potential mechanisms of action proposed by the models above or even by other potential
mechanisms involving NF-kB. Instead, these studies indicate that glucocorticoids can exert anti-
inflammatory effects in cells by mechanism(s) entirely independent of, and without affecting,
NF-kB. Several such studies are summarized here.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 41 of 74  of Declaration of Dr. Inder Verma*

97.    Hart et al. 2000 attached as **Exhibit 17** examined the effect of glucocorticoid

(fluticasone) administration on expression and DNA-binding activity of NF-kB in alveolar

macrophages and bronchial biopsies from patients with asthma.    While inhaled fluticasone

decreased the inflammatory response in these asthma patients as assayed by several measures,

"there was no decrease in NF-kB-DNA binding and activation."    (Hart at 224).    In fact,

glucocorticoid treatment caused an increase in p65 expression in biopsy sections as determined

by immunohistochemistry.    Similarly, *in vitro* studies on A549 epithelial cells also showed that

dexamethasone increased the expression of p65 when the cells were stimulated with IL-1β,

suggesting that administration of glucocorticoid may cause increased transcription of NF-kB.

(Hart at 224-225, 229-230).    The authors concluded that "our data do not provide support for the

actions of glucocorticoids occurring through the binding of its activated receptor to the

transcription factor, NF-kB, because no reduction in the binding of NF-kB or its activation was

apparent after 1 mo of treatment with a potent inhaled corticosteroid."    (Hart 2000 at 229).

98.    Bergman I (Bergman et al. Immunology 2004) and Bergman II (Bergman et al.

Am. J. Resp. Biol. 2004) attached as **Exhibits 18** and **19** describe a series of studies conducted to

examine the mechanism by which dexamethasone inhibited expression of granulocyte

macrophage-colony-stimulating factor (GM-CSF) in primary human T-cells, human peripheral

blood mononuclear cells and human T-cell lines (Jurkat and HUT78).    GM-CSF is one of the

proinflammatory cytokines that is activated in inflammatory disorders such as asthma, whose

expression is regulated by NF-kB, as well as other transcription factors. (Bergman II at 555).

NF-kB did not appear to mediate the inhibitory effect of dexamethasone on on GM-CSF

expression. Specifically, although dexamethasone strongly inhibited GM-CSF release from cells

stimulated by a combination of PMA and PHA, in reporter assays, dexamethasone had "no clear

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 42 of 74  of Declaration of Dr. Inder Verma*
effect" on NF-kB-dependent transcription (Bergman II at 561, Bergman I at 432-433, Fig. 2).

These data indicated that dexamethasone likely exerted its inhibitory effect through some post-transcriptional/translational mechanism. (Bergman II at 555, 561-562).

99.    Han et al. 2001 attached as **Exhibit 20** describes a series of experiments examining whether the ability of dexamethasone to suppress production of inflammatory cytokines in fibroblast-like rheumatoid synoviocytes (FLS) isolated from human subjects was mediated by an effect of dexamethasone on NF-kB. Stimulation of FLS cells with TNF-α induced NF-kB binding activity, as well as expression of two inflammatory cytokines believed to be involved in the pathophysiology of rheumatoid arthritis, IL-6 and IL-1. (Han at 268-269). Although simultaneous administration of dexamethasone suppressed the production of these cytokines, dexamethasone had no effect of DNA binding, and neither prevented translocation of NF-kB to the nucleus, nor induced synthesis of IkB-α. (Han at 267, 269-270, Figs. 1-4).

100.    Bourke and Moynagh 1999 attached as **Exhibit 21** reports on a series of experiments using brain cell lines "strongly suggesting" that dexamethasone may exert antiinflamatory effects by mechanisms independent of NF-κB. (Bourke at 2113). These data demonstrated that pretreatment with dexamethasone inhibited expression of NF-κB regulated proteins IL-8, VCAM-1 and ICAM-1 in cells stimulated with IL-1. The authors found, however, that "the range of concentrations of dexamethasone that inhibited the expression of the proinflammatory molecules were completely ineffectual in affecting the activation of NF-κB." (Bourke at 2118). In particular, dexamethasone failed to prevent IL-1 from stimulating the nuclear translocation and DNA binding activity of NF-κB as determined by EMSA analysis. (Bourke at 2117-2118, Fig. 6)  Moreover, dexamethasone also failed to affect IL-1 induced expression of an NF-κB-regulated reporter gene. Based on their data, the authors conclude that

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 43 of 74 of Declaration of Dr. Inder Verma*
"the scenario whereby glucocorticoids may produce immunosuppressive and anti-inflammatory

effects in cells and NF-kB need not be involved in mediating the effects may be widespread and

is not limited to a single cell type." (Bourke at 2118).

101. In summary, the fact that dexamethasone (or any other glucocorticoid) is

administered to cells does not indicate that the administration of that glucocorticoid necessarily

reduced induced NF-kB activity or NF-kB mediated-intracellular signaling. In this regard, the

1970 PDR provides no actual data relating to use of glucocorticoids, and no evidence that in the

conditions the PDR indicates could be potentially treated with glucocorticoids, cells would have

been acted on by a particular external influence that would have necessarily induced NF-kB

activity or any NF-kB mediated effects. Furthermore, the 1970 PDR also provides no evidence

that administration of glucocorticoids would have reduced induced NF-kB activity, would have

affected expression of NF-kB regulated genes, or would have influenced any other NF-kB

mediated effect in the cell.

        **(iii)**    **Inherent anticipation rejection based on pages 1466-1496 of Goodman and Gilman (1980) relating to production and release of endogenous glucocorticoids**

102. I understand that the Examiner has also rejected claims 1-2, 5, 6, 8, 9, 20-21, 25-27,

29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 as anticipated

by pages 1466 to 1496 of Goodman and Gilman (1980), and explained by various cited non-prior

art references. (Office Action at p. 55). I have reviewed the cited pages from Goodman and

Gilman, the cited non-prior art references and the above claims. The Examiner contends that

Goodman and Gilman teaches "in response to various environmental stressors," that cortisol and

other endogenous glucocorticoids are produced and released, which, as explained by the cited

non-prior art references, would necessarily reduce NF-kB activity and expression of cytokines

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 44 of 74  of Declaration of Dr. Inder Verma*

whose transcription is regulated by NF-kB, and would therefore have carried out the above

claims. (Office Action at 55). I respectfully disagree.

103. First, as discussed above, the claims are directed to methods for modifying the

naturally occurring response to such inducing stimuli and reducing the harmful effect of such

external influences by "reducing NF-kB activity." These goals are achieved by reducing the

ability of NF-kB to act as a messenger inside the cell regulating specific results recited in the

claims, such as reducing NF-kB mediated gene expression. When read in light of the teachings

of the patent disclosure, one skilled in the art would have understood the claims to require

affirmative, manipulative steps, calculated to achieve such specific results. One skilled in the art,

therefore, would not have understood the natural production and release of endogenous

glucocorticoids as carrying out any of the '516 patent claims.

104. Second, there is no showing in Goodman and Gilman (1980) in connection with the

widely variable "environmental stressors" referred to ("agonal state, severe infections, surgery,

parturition, cold, exercise and emotional stress"), of what, if anything, would necessarily induce

NF-kB activity in cells in connection with any particular stressor, such that the induced NF-kB

activity could be reduced as required by the claims.  As it lacks any such information, even if

one read the claims to encompass natural production of endogenous glucocorticoids, one would

not read the Goodman and Gilman (1980) as describing any of the claimed methods.  The

Examiner refers to "hypersensitivity reactions" but provides no evidence, nor is there any reason

to believe, that the different environmental stressors that the Examiner contends would cause

production of endogenous glucocorticoids would necessarily be associated with "hypersensitivity

reactions." (Office Action, at 56.)

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 45 of 74  of Declaration of Dr. Inder Verma*

105. Third, the allegedly anticipating pre-April 21, 1989 art the Examiner relies on describes cortisol. The later references the Examiner relies on regarding effects on NF-kB all describe various experiments using the synthetic steroid dexamethasone, which is a different compound.    One cannot assume that the effects of different glucocorticoids and steroids are necessarily the same, as is evident from the fact that numerous, different steroid drugs have been developed, and have different indications. Further, as Padgett indicates, glucocorticoids mediate effects through at least two different receptors, the glucocorticoid receptor and the mineralocorticoid receptor.  (Padgett at 445).    As Goodman and Gilman indicate, and as evidenced from numerous later publications, the spectrum of biological effects of different glucocorticoids can vary tremendously at least in part due to the different interactions of each distinct glucocorticoid with each of these receptors, and the specific pattern of receptor expression on any individual cell. (For example, see Goodman and Gilman at 1473).  Although the Examiner asserts that Padgett provides analogous "NF-kB inhibiting evidence" as that in Baldwin I, Auphan, Scheinman I/II and the Mukaida documents regarding dexamethasone, the Padgett review provides no primary data, and does not discuss any experiment which examined the effect of cortisol (or any endogenous glucocorticoid) on NF-kB activity.   The Examiner has no basis in fact for assuming that cortisol would necessarily affect NF-kB in the same way under any particular experimental scenario.

106.  Lastly, even if one were to erroneously assume that one could equate the effect of cortisol with dexamethasone, for all the same reasons as explained above regarding use of dexamethasone, the fact that cells were exposed to cortisol produced and released naturally in the body does not indicate that such exposure necessarily reduced induced NF-kB activity or NF-kB

Patentees: David Baltimore et al:
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 46 of 74 of Declaration of Dr. Inder Verma*

mediated-intracellular signaling.   For all these reasons, pages 1466-1496 from Goodman and

Gilman cannot anticipate any of the above claims.

## VI.    Calcitriol

107.    Calcitriol (1,25-(OH)$_2$D$_3$) is the active metabolite of vitamin D3 (cholecalciferol). It

is widely thought that the biological effects of calcitriol are mediated through its interaction with

a high affinity nuclear receptor known as the vitamin D receptor (VDR). (Alroy 1995).   The

receptor selectively associates with recognition sequences generally in the promoter region of

target genes, and thereby acts to either positively or negatively regulate transcription of those

genes. (Alroy at 5780-90).  Notably, calcitriol appears to inhibit transcription through the VDR

receptor by acting directly as a repressor for transcription, but in some genes, notably IL-2, it

also appears to inhibit transcription by interacting with the region in the promoter that comprises

the binding site for NFAT and preventing NFAT induction. (Alroy at 5790).

### A.    Inherent Anticipation Rejection Based on Pre-April 21, 1989 References Relating to Calcitriol (Tsoukas, Manolagas, Lemire I and II, Rigby I and II)

108.  I understand that the Examiner has rejected claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29,

31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 as anticipated by

Tsoukas, Lemire I, Lemire II, Rigby I, Rigby II or Manolagas.  I have reviewed each of these

references and the above claims. The Examiner contends that each of these references teaches

administration of calcitirol to humans, and also reports the study of calcitriol in various human

cell cultures, including human Jurkat (T-cell line), leukemic cells, and human peripheral blood

monocyte ("PBM") cells, including Tsoukas (PBM), Manolagas (PBM), Lemire I, Lemiore II,

Rigby I, and Rigby II.  (Office Action at 31).  The Examiner contends further that the cited

extrinsic evidence (post-filing date published Yu 1995, and statements in paragraphs 7 through

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 47 of 74  of Declaration of Dr. Inder Verma*
24 of the Declaration of Dr. Manolagas) show that administration of calcitriol as described in these references would have necessarily reduced NF-kB activity and also expression of genes whose transcription is regulated by NF-kB activity. The Examiner therefore contends that each of the primary references inherently anticipates the above claims. I have reviewed Yu 1995 and the Declaration of Dr. Manolagas, and I respectfully disagree.

109. As an initial matter, the Examiner should note that the cited publications all describe experiments conducted in various types of cultured cells. None of these publications describe methods for using calcitriol in humans. Therefore, this declaration will only address the contentions made in the Office Action regarding use of calcitriol in cultured cell systems, as described in the cited primary publications.

110. In particular, the Examiner relies on six primary publications: Tsoukas and Manolagas, describing work done in Dr. Manolagas laboratory, and four other publications by others (Lemire I and II, Rigby I and II). The Examiner relies on these studies as evidence that administration of calcitriol in "PBM" cells reduced production of the cytokine IL-2, which the Examiner argues is regulated at least in part by NF-kB. (Office Action at 30-31). The Examiner contends that Yu et al. carried out experiments "under the same conditions utilized in Tsoukas and Manolagas" and therefore replicated the conditions of using calcitriol in the primary references. (Office Action at 31.) The Examiner argues that Yu's data "that calcitriol reduced NF-kB activity as well as NF-kB-regulated gene expression," therefore demonstrate that administration of calcitriol as described in the pre-April 21, 1989 references would have "necessarily and inherently" reduced NF-kB in induced human cells (PBM/Jurkat) to reduce IL-2 expression, and "necessarily and inherently" practiced the above claims. I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 48 of 74  of Declaration of Dr. Inder Verma*

111. Each of the above claims requires "reducing NF-kB activity." As described above,
I understand all the above claims are directed to methods carried out on cells in which NF-kB
activity has first been induced by some inducing external stimulus. In this regard, the Examiner
erroneously states the primary references describe the use of calcitriol in induced human cells.
Tsoukas 1984 describes a series of experiments investigating the effect of calcitriol on
proliferation and production of IL-2 protein (as measured indirectly by IL-2 activity) in PBM
cells <u>simultaneously</u> stimulated with PHA, not first induced with PHA. Manolagas 1986 reports
further experiments investigating the effect of calcitriol on proliferation and IL-2 activity in
PBM cells, in terms of its calcium sensitivity. None of these experiments were conducted by
<u>administering</u> calcitriol by itself to induced cells. Therefore, none of the methods of using
calcitriol by itself that Tsoukas or Manolagas describe could have involved reducing induced
NF-kB activity.

112. Lemire I and II describe experiments investigating the effect of calcitriol on DNA
synthesis and IgG production in PBM cells. In Lemire I, calcitriol treated cells were
<u>simultaneously</u> stimulated with a number of different agents, either PHA, pokeweed mitogen
(PWA) or dermatophyton-O. In Lemire II, cells were <u>either pretreated or simultaneously treated
with calcitriol</u> and a number of different agents, either PHA, PWA, or con A. The only specific
data reported by either Lemire I or II from PHA treated cells relates to the effect of calcitriol on
DNA synthesis (Lemire I at 659, Fig. 2; Lemire II at 3033, Table I, Fig. 1). Again, none of these
experiments were conducted by administering calcitriol to cells in which NF-kB activity had first
been induced. Instead, these experiments were conducted by simultaneously treating cultures
with calcitriol and various agents. Therefore, none of the methods of using calcitriol that Lemire
I and II describe could have reduced induced NF-kB activity as recited in the claims.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 49 of 74  of Declaration of Dr. Inder Verma*

113.  Rigby II describes experiments investigating the effect of calcitriol on mitogenesis (cell cycle distribution and DNA synthesis), cell surface levels of IL2 receptors and transferrin receptors in PBM cells.  In Rigby II, none of the experiments were conducted by administering calcitriol to induced cells.  Instead, in these experiments, cells were always stimulated with PHA in the presence of calcitriol.  None of these experiments could therefore have used calcitriol to reduce induced NF-kB activity.

114.  Rigby I describes experiments investigating the effect of calcitriol on mitogenesis and production of IL2 (by a bioactivity assay) in PBM cells.  In certain of the experiments, calcitriol was administered to cells at various time points after stimulation with PHA.  (Rigby I at 1453, Figs. 2 and 4).  Of the calcitriol pre-April 21, 1989 art cited, Rigby is the only study to describe any instances of administering calcitriol to cells after stimulation with PHA.  To the extent the Examiner relied on these particular experiments to contend that, based on Yu, such use of calcitriol would have necessarily reduced NF-kB activity such that IL-2 expression was reduced, substantial evidence demonstrates that there is no reasonable factual basis for such an inference.  This evidence, summarized below, includes significant differences in protocols between Yu 1995 and earlier studies, lack of any correlation between the purported kinetics of the effect of calcitriol on NF-kB binding and the effect of calcitriol on production of IL-2 in earlier studies, evidence that calcitriol inhibits IL-2 expression through NFAT, and not NF-kB, as well as methodological deficiencies which bring into question the purported observations Yu 1995 makes regarding NF-kB.

### (i)    Yu 1995 does not reproduce the pre-April 21, 1989 art

115.  One of skill in the art would understand that Yu fails to reproduce the conditions for using calcitriol described by the studies described in the primary cited reference, and

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 50 of 74  of Declaration of Dr. Inder Verma*

therefore could not, and does not provide an explanation for what occurred in these earlier studies. Among other differences, there are substantial differences between the "PBM" cells that Yu used and those used in all the cited primary studies from the 1980s, including Rigby I. As explained below, these differences would have significantly impacted the effects calcitriol would have had. Therefore, even assuming that Yu showed that calcitriol affected NF-kB in some way (which in my opinion it does not), there is no basis for inferring that any of the results Yu observed explain the reported prior use with a significantly different cell population. In this regard, one cannot properly state that the experiments in Yu were conducted "under the same conditions utilized in Tsoukas and Manolagas," or in any of the other publications from the 1980s cited by the Examiner.

116. As discussed above, the term "PBM cells" would not be understood by one skilled in the art to refer to a single, defined cell type. Such cell cultures comprise a highly heterogeneous cell population comprised of numerous immune cell types isolated from patients blood samples, including T and B-lymphocytes, NK (natural killer) cells, monocytes and macrophages. (See for example, David et al. Blood (1998)). There is substantial variability in PBM cells, depending on the protocol and conditions of isolation. Thus, careful attention to details would be required to replicate conditions of earlier studies. Rigby I, as well the other cited pre-April 21, 1989 art, including Tsoukas and Manolagas, used cells isolated from blood samples through different modifications of Ficoll-Hypaque discontinuous gradient centrifugation. (See for example, Rigby I at 1452). Instead, the experiments with "PBMCs" described in Yu 1995 relied on a new protocol, described in Yu 1991 (reference 15), for further fractionating this highly heterogeneous cell population into plastic-adherent and non-adherent cells, and using only the plastic non-adherent cell population. (Yu 1995 at 10991, Yu 1991 at

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 51 of 74  of Declaration of Dr. Inder Verma*
7589).  None of the cited primary reference isolated and used a plastic-non-adherent cell

population.

117.    Significantly, "the adherence step was performed to eliminate the majority of the

adherent monocytes" which constitutively express the vitamin D receptor (VDR), unlike the

remaining non-adherent lymphocytes, where VDR expression varies depending on the state of

the cell. (Yu 1991 at 7588-89) attached as **Exhibit 22**.  Especially in regard to evaluating the

effects of calcitriol, removing the adherent (and calcitriol responsive) monocytes from the cell

population would most likely have a substantial effect on the overall effect of calcitriol in the cell

culture.  In view of this important difference between Yu 1995 and the cited primary reference,

one skilled in the art could not assume or infer that any of the purported effects on NF-kB

reported by Yu 1995 on "PBMCs" (even if true) would have necessarily been observed in any of

the earlier studies with "PBM" cells.

> ### (ii)    There is no evidence that NF-kB mediated any affect of calcitriol observed in the cited primary references

118.    Further, none of the studies reputted in the primary reference provide evidence that

calcitriol affected any process in the cell that would have been mediated through an effect of

calcitriol on NF-kB.  Most notably, there is no correlation between the time course for the

processes measured in the earlier studies, such as IL-2 production and proliferation, and the

purported inhibitory effects of calcitriol on NF-kB Yu described in 1995.  In particular, the

authors report that substantial induction of p50 NF-kB expression occurred only 72 hours after

treatment of PBMCs with PHA, with virtually no induction detectable at 24 hours  (Yu 1995 at

10991, Fig. 1)(A more legible copy of Yu 1995 is attached as **Exhibit 23**). In contrast, earlier

studies observed that IL2 production peaked no later than 24 hours after PHA treatment.  In other

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 52 of 74  of Declaration of Dr. Inder Verma*
words, from these data, there is no basis for concluding that IL2 production was linked in any way to induction of NF-kB activity.

119.  In fact, substantially more comprehensive analyses of the IL-2 promoter in other studies has demonstrated that repression by calcitriol of IL-2 expression, as well as aspects of its immunosuppressive activity in T cells likely occurs through an NF-kB independent mechanism involving NFAT-driven transcription as a target. (Alroy et al 1995, Takeuchi et al. 1998 attached hereto as **Exhibits 24** and **25**).  For example, Alroy et al. in PHA/PMA stimulated Jurkat cells, found when activated by calcitriol, the vitamin D3 receptor directly repressed the ability of NFAT to activate transcription of the IL-2 gene by interfering with assembly and binding of an NFAT/AP1 complex to the IL2 promoter, and thereby reduced IL2 gene expression. (Alroy at 6796, see also Alroy Figs. 3, 5 and 8).  Similarly, Takeuchi found that calcitriol treatment of activated T cells "resulted in inhibition of NFAT complex formation" to the human IL-2 promoter NFAT site, as well as diminished NFAT-driven transcription of a reporter gene in calcitriol-treated Jurkat cells. (Takeuchi at 210, 215, Figs. 1 and 6).  Notably, Takeuchi "found no significant effect of [calcitriol] on NFkB binding activity under T cell activation conditions [ionomycin and PMA] used here." (Takeuchi at 215).

120.  Similarly, there is no evidence that NF-kB mediated any of the other effects of calcitriol that were investigated in the earlier studies described in the primary references. Calcitriol inhibited proliferation of PBMCs only when it was added during the first 24 hours data suggesting "that the antiproliferative effect of $1,25-(OH)_2D_3$ is not the result of its effects on NF-kB." (Yu 1995 at 10994).  These data therefore fail to demonstrate that the apparent inhibitory effects of calcitriol on NF-kB had any functional significance. Recognizing the inconclusive data, Yu indicates that the relevance of the apparent inhibitory effects they observed calcitriol to

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 53 of 74 of Declaration of Dr. Inder Verma*

have on NF-kB in their study to any of its immunoregulatory properties "is a matter of conjecture," in other words, mere speculation. (Yu 1995 at 10994). Such speculation cannot reasonably support a conclusion that the effect of calcitriol on IL-2 production or cell proliferation provides evidence that use of calcitriol in any study described in any of the primary reference necessarily reduced NF-kB activity and consequent expression of NF-kB regulated proteins.

121. Additionally, the Examiner refers to experiments conducted in Jurkat cells transfected with a CAT reporter construct, in which the CAT gene was placed under control of a quadruple repeat of an NF-kB consensus sequence. (Yu 1995 at 10993, Fig. 6). The Examiner argues that these data prove that administration of calcitriol to PBM cells in the pre-April 21, 1989 studies would have resulted in reduced NF-kB gene expression. (Office Action at 32). I respectfully disagree.

122. The CAT reporter experiments do not reproduce any use of calcitriol described in the cited primary reference. First, the CAT reporter assays do not replicate use of calcitriol in induced cells as required by the claims, because the cells were pretreated with calcitriol for 40 hours before being stimulated with PHA. More significantly, the transfected Jurkat cells used by Yu differ significantly from the PBM cells and Jurkat cells used in the prior studies. In particular, the artificial (quadruple repeat) NF-kB binding site, on which the reporter construct was based, is not found in any endogenous gene, and would not have been present in any of the cells used in the earlier studies. There is no basis for assuming that the response of this reporter construct reflects the regulation of any endogenous gene. These CAT data therefore provide no basis for assuming that calcitriol, as used in the prior studies, would have necessarily affected NF-kB mediated gene expression.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 54 of 74  of Declaration of Dr. Inder Verma*

(iii)    **Yu 1995 does not substantiate that calcitriol affects NF-kB binding activity in induced cells**

123.    Additionally, the Examiner refers to EMSA assays described in Yu as evidence that calcitriol reduced NF-kB activity. The Examiner notes that Yu observed that calcitriol administration "caused a significant reduction in the DNA-protein complex, as evidenced by the decrease in the intensity of this band (lane 4)" (Office Action at 31, Yu at 10993, Fig. 5). Although Yu interprets these data to indicate that calcitriol decreases NF-kB-DNA binding activity, I find that conclusion questionable in view of the inconsistencies and methodological flaws underlying these EMSA data.

124.    In particular, the assumption that the bound complex represents only NF-kB binding activity is particularly questionable. Based on my experience with EMSA assays, including NF-kB EMSA assays, one would not achieve significant competition, as was observed here, with only a 5-fold excess of unlabeled competitor. (Yu Fig. 5, lane 5). Furthermore, Yu observed that competition with a "non-specific" oligonucleotide containing an AP-1 binding motif actually increased binding to the labeled EMSA probe. (Yu Fig. 5, lane 7). One of skill in the art would not expect such a sequence to affect binding to the NF-kB site. Such results indicate a likely problem with specificity, such that further appropriate controls, such as antibody controls or mutational controls, would be required to substantiate that the apparent inhibition represented an effect on NF-kB binding, and not the binding of some other factor, to the probe. Additionally, even if these data were to be confirmed, it should be noted that the EMSA assay does not directly assess the effect of calcitriol on induced cells, as the cells studied by Yu were simultaneously treated with both calcitriol and PHA, i.e. not first induced by an external stimulus.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 55 of 74  of Declaration of Dr. Inder Verma*

**B.    Studies show that calcitriol treatment can increase NF-kB activity**

125.  In contrast to the Examiner's assumption that administration of calcitriol would necessarily reduce NF-kB activity, studies have shown that calcitriol in fact induces NF-kB activity, i.e. stimulates induction of NF-kB by external influences (See, e.g., Schematic 14 of Exhibit 1).  In particular, a number of studies that Dr. Manolagas relies on in his declaration purportedly proving that calcitriol necessarily reduces NF-kB activity instead demonstrate the opposite.    For example, both Adams et al. (2004) and Berry et al. (2002) (Manolagas Declaration ¶23) observed that treatment with calcitriol resulted in increased NF-kB activity under the conditions studied. Adams reports that calcitriol alone stimulated NF-kB activity in C3H10T1/2 cells.   (Adams at 2948 attached as **Exhibit 26**). Berry reports that calcitriol increased NF-kB activity in a TPA-stimulated promyeloytic leukemia cells by stimulating phosphorylation and degradation of IkB.    (Berry at 183 **Exhibit 27**).   Such studies provide further evidence that the Examiner is incorrect in his assumption that calcitriol administration to cells necessarily reduces NF-kB activity. Therefore, the use of calcitriol as described in the prior studies is not the case of a method recited in any of the above claims.

**VII.    Antibiotics**

    **A.    Inherent Anticipation Rejection Based on Portions from the 1970 PDR**

        **(i)    1970 PDR**

126.  I understand the Examiner has rejected claims 1-2, 5, 6, 8-10, 12-18, 20-21, 25-27, 29-32, 36-41, 53-54, 58-65, 69-76, 80, 82, 84, 87-89, 93-100, 104-105, 119-120, 124-129, 133-140, 144-150, 154-160, 164-168, 172-178 and 182-186 as anticipated based on portions of the 1970 PDR, as explained by various post-filing date published references cited in the Office Action, and the Declaration of Dr. Manolagas.  I have reviewed these portions of the 1970 PDR,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 56 of 74  of Declaration of Dr. Inder Verma*
the cited post published references, the Manolagas declaration and the above claims. The

Examiner argues that the 1970 PDR teaches administration of various antibiotics, such as

erythromycin, gentamicin and tetracycline to kill bacteria. The Examiner contends that such use

of antibiotics would reduce production of LPS from the bacteria, which would therefore

inherently reduce LPS-induced and NF-kB regulated cytokine production, and therefore

inherently practice the above claims. I respectfully disagree.

127. Each of the above claims requires "reducing NF-kB activity." As previously

discussed, I understand all the above claims are directed to methods carried out on cells in which

NF-kB activity has first been induced by some inducing external stimulus, in other words a

eukaryotic cell in which NF-kB activity is activated by the presence of an external influence.

Antibiotics have no effect on any of the segments of the NF-kB pathway as illustrated in

Schematic 10 of **Exhibit 1**. As indicated by the 1970 PDR, and acknowledged by the Examiner,

antibiotics either kill or interfere with growth of bacterial cells. Antibiotics do not act "by

blocking LPS that reaches the cell," as the Examiner erroneously alleged on page 42 of the

Office Action. As also illustrated on Schematic 10, antibiotics neither act on the mammalian

cell, nor do they act to interfere with the induction by the external influence to which the

Examiner refers, i.e. LPS. One skilled in the art seeking to practice any of the above claims

would therefore never contemplate using antibiotics to "reduce NF-kB activity." Even if one

viewed the external stimulus as the bacterial infection, antibiotics act on the bacteria and do not

act on any of the 6 segments of NF-kB pathway.

128. While at least for the above reasons, use of antibiotics would not practice any of the

above claims, the Examiner should also note that the factual premise that use of antibiotics to

treat bacterial infections would necessarily reduce LPS levels is incorrect. In this regard, the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 57 of 74  of Declaration of Dr. Inder Verma*
Manolagas declaration indicates that one possible (but not necessary) outcome of antibiotic treatment is to reduce LPS levels, contingent on completely resolving a bacterial infection. (Manolagas Decl. ¶¶ 38-39.) However, as acknowledged by the PDR there are several common reasons why antibiotic treatment fails to do so. For example, where certain of the bacterial cells are resistant to a particular antibiotic, antibiotic treatment can actually increase growth of any resistant bacterial strains present in the treated patient. Moreover, rather than having bactericidal effects, antibiotics often have bacteriostatic effects which do not result in killing bacteria. (1970 PDR at 880, 1167, 1309, 1310, 1379). Thus, the bacteria with LPS remains and continues to induce NF-κB. Finally, antibiotics often have little effect on enteric bacteria, which include gram-negative bacteria that carry LPS on their surface.

129. As evidence that antibiotic treatment would reduce LPS levels, Dr. Manolagas specifically refers to only one paper. (Galdiero (2001), Manolagas Declaration ¶¶ 37-39). Galdiero however, neither mentions antibiotics, nor does the paper provide any information relating to the effect of LPS in any human patient. Indeed, Galdiero indicates that in cultured cells, even extremely low levels of LPS, such as 10ng/ml were sufficient to induce release of cytokines from the cells. Dr. Manolagas' assumption that in a patient, LPS levels to below 1ug/ml would no longer stimulate NF-κB-mediated cytokine production therefore has no support in Galdiero, which indicates that 100-fold lower levels of LPS (0.01ug/ml) induced expression of such genes in cultured cells.

130. Numerous studies, in fact, have substantiated that antibiotic treatment can disrupt bacterial membranes, which by releasing and solubilizing LPS, can be expected to increase circulating levels of LPS in the body. See for example, Lepper et al., *Clinical Implications of Antibiotic-Induced Endotoxin Release in Septic Shock*, Int. Care Med. 28:824-833 (2002)

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 58 of 74  of Declaration of Dr. Inder Verma*
**(Exhibit 28)**; Shenep and Mogan, *Kinetics of Endotoxin Release During Antibiotic Therapy for*

*Experimental Gram-Negative Bacterial Sepsis*, J. Inf. Diseases, 150:380-388 (1984) **(Exhibit**

**29)**; Hurley et al., *Antibiotic Release of Endotoxin in Chronically Bacteuriuric Patients*,

Antimicrob. Agents Chemother. 351: 2388-2394 (1991) **(Exhibit 30)**; Dofferhoff et al., *Effects*

*of Different Types and Combinations of Antimicrobial Agents on Endotoxin Release from Gram-*

*negative Bacteria: An In Vitro and In-Vivo Study*, Scand. J. Infect. Dis. 23:745-754 (1991)

**(Exhibit 31)**; Mustafa et al., *Increased Endotoxin and Interleukin-1 Beta Concentrations in*

*Cerebrospinal Fluid of Infants with Coliform Meningitis and Ventriculitis Association With*

*Intraventricular Gentamicin Therapy*, J. Infect. Dis. 160:891-5 (1989) **(Exhibit 32)**. LPS

released and solubilized from bacterial membranes may have substantially increased biological

activity.    Lepper 2002 at 825-826.    Leeson and Morrison, *Induction of Proinflammatory*

*Responses in Human Monocytes By Particulate and Soluble Forms of Lipopolysaccharide*,

Shock 2:235-245 (1994) **(Exhibit 33)**. In summary, such evidence demonstrates that when used

to treat gram-negative infections, by inhibiting bacterial growth or by killing bacteria, antibiotics

are likely to increase LPS levels, and further stimulate activation of NF-kB in the cell.

131. Finally, as discussed above, claims 8-9, 75-80, 82, 84, 88-98, are further directed to

methods carried out on cells in which the "external influences induce NF-kB mediated

intracellular signaling." These claims further require the methods to be carried out on cells in

which the induction is maintained by the presence of the external influence. Killing bacteria,

even if doing so could also remove the LPS, cannot practice any of the claims which require

maintained induction by the external influence.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 59 of 74   of Declaration of Dr. Inder Verma*
**VIII.   Red Wine**

     **A.**     **Inherent Anticipation Rejection Based on St Leger, Dobrilla or Jones**

132.  I understand that the Examiner has rejected claims 1-2, 6, 8, 9, 20-21, 25-27, 29-32, 36-41, 64-65, 69-76, 80, 82, 84, 87-89 and 93-98 based on excerpts from the King James Version of the Bible (portions), St Leger (1979), Dobrilla (1984) or Jones (1987), and alleged explained by post-filing date published reference Blanco-Colio 2000, Holmes-McNary (2000) and Manna (2000).   I have reviewed each of these references and the claims.  The Examiner appears to rely on the excerpt from the Bible simply for the proposition that red wine has been consumed for many years.  The Examiner contends that St. Leger, Dobrilla and Jones describe studies in which there was "substantial" consumption of red wine along with "fatty foods."   The Examiner argues that the post-filing date references explain that consumption of even a moderate amount of red wine with fatty food as purportedly described in the pre-April 21, 1989 references would have necessarily reduced NF-kB activity induced by the fat content in the food, as well as concomitant NF-kB mediated gene expression. (Office Action at 46-47).  I respectfully disagree.

133.  Each of the above claims requires "reducing NF-kB activity."  As described above, I understand all the above claims are directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing external stimulus.  There is no showing or description in any of these of primary cited publications as to what, if anything, would have acted on a cell to induce NF-kB activity in any subject consuming red wine, let alone necessarily have done so.  In this regard, these primary references also provide no information as to what agent, if any, would have necessarily acted on cells to reduce NF-kB activity in subjects consuming red wine.  "Red wine" as a chemical mixture would not be found *per se* in the body after it is consumed and therefore could not act *per se* on cells (Schematic 15 of **Exhibit 1**). Red

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 60 of 74  of Declaration of Dr. Inder Verma*

wine is a generic term covering many different mixtures having in common the characteristic of being of red color. Each such mixture has many variable constituents, which these pre-April 21, 1989 studies never identified or analyzed. Without any description of what, if anything, would have induced NF-kB activity in cells, or what, if anything, would have acted to reduce NF-kB activity in cells, one skilled in the art would not read any of the primary references as describing any of the claimed methods.

134. St. Leger (1979) is simply a statistical analysis of mortality from cardiovascular disease in developed countries in which a negative association was observed between death from heart disease and consumption of wine. The study does not provide any details as to the type of food or red wine consumed by any subject, or describe any obvious inducing stimuli that would act on a cell. Notably, this epidemiological analysis even failed to suggest that consumption of red wine was advantageous compared to any other wine. (St Leger at 1020). In that regard, one could not even read St Leger as teaching one to specifically use red wine for any purpose.

135. Dobrilla (1984) describes a clinical study conducted to evaluate the effect of cimetidine and ranatadine on ethanol metabolism. Dobrilla does not provide any details as to the type of food or red wine consumed by any subject in the study, other than to note that all subjects before being tested had consumed a "standard weight ham sandwich."

136. Jones (1987) describes a study in which methanol elimination half-life was measured in four subjects who in the course of two hours, consumed an intoxicating amount of red wine (up to two standard 750ml bottles). Jones does not provide any details as to the type of food or red wine consumed by any subject other than that the red wine used in the study

Patentees: David Baltimore et al;
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 61 of 74  of Declaration of Dr. Inder Verma*
contained substantial amounts (100mg/l) of methanol and that while drinking, the subjects ate

some amount of potato chips and cheese.

137.   Despite the fact that these primary references fail to describe any aspects of the

claims, the Examiner contends that post-filing date published Blanco-Colio provides extrinsic

evidence that St. Leger, Dobrilla and Jones necessarily involved use of the method claimed in the

subject claims. I respectfully disagree. In particular, I disagree that these later references provide

any factual basis for the notion that NF-kB would have been necessarily induced, or that any

induced NF-kB activity would have been necessarily reduced in PBM cells of subjects

consuming red wine.  As explained below, such a conclusion could not be based on anything

more than mere speculation. Further, neither Blanco-Colio nor anyone else would be readily able

to replicate the experiments of the earlier studies because the type of red wine was not specified

in those earlier studies.

138.   The Examiner contends that the Blanco-Colio study explains that triglyceride

lipoproteins would have necessarily acted on cells to induce NF-kB activity in virtually any

person who had consumed "fatty food."  Blanco-Colio reports that among the 16 subjects

studied, a fat enriched breakfast increased blood levels of certain lipoproteins (total triglycerides

and chylomycrons) but not others (VLDL). Even if the Blanco-Colio's interpretation of their

NF-kB EMSA data were correct (and as I explain below why their interpretation is likely

incorrect), there certainly is no evidence in the Blanco-Colio study identifying certain

triglyceride lipoproteins as agents that had acted on cells to induce NF-kB activity. (Blanco-

Colio at 1022). Blanco-Colio provides no direct evidence for this position.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 62 of 74   of Declaration of Dr. Inder Verma*

139.   At best, the authors imply that there was some correlation between blood levels of certain lipoproteins and NF-kB binding activity. (Blanco-Colio at 1024). However, in view of their data, that correlation is highly questionable, in particular when one examines data from subjects who had not consumed any red wine. (Blanco-Colio at 1022-23, Figs. 1 and 2).   For example, Blanco-Colio purports to show a maximal increased NF-kB binding activity in PBM cells 9 hours after the subjects consumed breakfast. (Blanco-Colio at 1023, Fig. 2C).  However, by 9 hours, the total triglyceride blood levels in those subjects had dropped to below baseline levels. (Blanco-Colio at 1022, Fig. 1A).    Such a questionable correlation is far from sufficient to establish that triglycerides acted to induce NF-kB activity either in Blanco-Colio let alone, in any of the subjects in either the Dobrilla or Jones studies, which provide no information on triglyceride levels or NF-kB activity.

140.   Moreover, I question the Blanco-Colio authors' interpretation of their EMSA data as demonstrating that NF-kB binding was reduced in subjects who consumed red wine along with breakfast.   Notably, addition of anti-p65 NF-kB antibody to nuclear extracts from PBM cells caused a supershift of the lower portion of the major bound complex, indicating that the lower portion of the complex comprised bound p65 protein. (Blanco-Colio at 1024, Fig. 3, lane 4).   These data in Fig. 3 strongly suggest that the lower unlabeled band in Fig. 2 may also correspond to NF-kB (p65) binding activity. (Blanco-Colio at 1023, Fig. 2, panels A and B). Notably, the authors failed to identify the unlabeled complex, and provide no explanation for why they did not interpret this band as corresponding to NF-kB.  Significantly, if one were to assume this to be correct, as the data suggest, Fig. 2 would not support the authors' conclusion that NF-kB activity was reduced in subjects who had consumed red wine with breakfast.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 63 of 74  of Declaration of Dr. Inder Verma*

141.  The Examiner also refers to two post published references reporting various experiments on the effects of chemically pure unconjugated form of resveratrol, *trans*-resveratrol (3,5,4'-trihydroxy-*trans*-stilbene, or alternatively, *trans*-3,4',5-trihydroxystilbene), in cultured cells. (Holmes-McNary at 3477; Manna at 6509, 6511) The Examiner, however, does not refer to any pre-April 21, 1989 references describing use of chemically pure *trans*-resveratrol. Moreover, neither Holmes-McNary, nor Manna conducted any experiments with red wine. All their data were obtained using a chemically pure *trans*-resveratrol.  In this regard, neither Holmes-McNary, nor Manna reproduced the use of red wine in Dobrilla or Jones and therefore cannot explain or confirm what occurred in those earlier studies

142.  The Examiner contends that nevertheless, based on Holmes-McNary and Manna, that red wine as used in Dobrilla and Jones would necessarily have the same effects on NF-kB as Holmes-McNary and Manna purportedly using pure *trans*-resveratrol in cultured cells. I respectfully disagree.  Such a theory is premised on a number of unsupported and erroneous assumptions. Among these, this theory assumes that after consuming red wine, resveratrol in any particular variety of red wine, if any, remains bioavailable and in the same chemical form as *trans*-resveratrol used in the *in vitro* experiments of Holmes-McNary or Manna. Several clinical studies have demonstrated that when tested, these assumptions prove to be incorrect.

143.  Vitaglione et al. attached as **Exhibit 34** conducted a clinical study verify if free *trans*-resveratrol or alternatively metabolized forms, could be found in human serum after consuming half (or more) of a standard bottle of red wine (300-600ml) in or without association with a meal. (Vitaglione at 496). The study involved three separate experiments with 25 volunteer subjects who consumed red wine and different meals with varying lipid content, including a "fat meal."  *Id.* Blood samples were taken at different intervals and the serum

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 64 of 74  of Declaration of Dr. Inder Verma*
samples obtained were analyzed by three different HPLC techniques to quantify the levels of free

*trans*-resveratrol and metabolites. *Id.*

144. Strikingly, resveratrol was never found in any form at any time in 14 of the 25

subjects tested. (Vitaglione at 502). Even in individuals where the serum sample was positive,

"in any case the detected amounts of free resveratrol were always very low (few ng/ml or less),

in many cases below the limit of quantification...." *Id.*   These data therefore "clearly

demonstrated that resveratrol absorption after wine consumption is highly variable" and where

any form of resveratrol could be detected, *trans*-resveratrol was detectable in very low amounts

in only four of the subjects. (Vitaglione at 502-503, table 4).   These data indicate that after

consumption of substantial amounts of red wine, *trans*-resveratrol is not necessarily bioavailable,

is rapidly metabolized, and where detectable, likely would not be present at significant levels. In

particular, the low ng/ml levels of trans-resveratrol that Vitaglione observed in only 4 of the 25

subjects are approximately 1000 fold lower than the 5 to 30 $\mu$M ($\sim$1.2 – 6.9 $\mu$g/ml)

concentrations used in the *in vitro* experiments reported in McNary and in Manna, (McNary at

3477; Manna, for example, at 6511-6512, fig. 2).

145. Walle et al. 2004 attached as **Exhibit 35** examined the absorption, bioavailability

and metabolism of 14C-*trans*-resveratrol after oral (25mg) and i.v. (1.5mg) doses in six human

volunteers. (Walle at 1378). While in its pure chemical form, *trans*-resveratrol demonstrated

high oral absorption in this study, it also demonstrated "rapid and extensive metabolism, as

determined by LC/MS, resulting in only trace amounts of unchanged resveratrol in the systemic

circulation." (Walle at 1377). As Walle explains, "the most important question in this study was

whether unmetabolized resveratrol could be detected in plasma...However, after all attempts to

find measurable levels of resveratrol in plasma after the oral dose at any time point in the six

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 65 of 74 of Declaration of Dr. Inder Verma*

volunteers failed." (Walle at 1380). Indeed, even though this study administered resveratrol in amounts that Manna alleges would be present in a bottle of red wine, "the oral bioavailability of unchanged resveratrol established from our plasma data were close to zero." (Walle at 1381).

146. Finally, other *in vitro* studies not cited in the Office Action question the Examiner's assumption that Holmes-McNary and Manna demonstrate that even in cultured cells, pure trans-resveratrol necessarily reduces NF-kB activity. In particular, these studies observed that resveratrol did not necessarily affect NF-kB binding activity. As an example, Pendurthi et al. 1999 attached as **Exhibit 36** observed that a two hour pre-treatment with resveratrol had no significant effect on binding of NF-kB in endothelial cells stimulated with IL-1β, TNF-α or with LPS, even though it appeared to inhibit transcription of the tissue factor gene. (Pendurthi 1999 at 419, 422, 424, Figs. 4, 8 and 9). Such data demonstrate that the Examiner is incorrect in his assumption that resveratrol administration to cells necessarily reduces NF-kB activity, and provide further evidence that even if the Examiner were correct in assuming that trans-resveratrol would have been necessarily bioavailable after consuming red wine (which the above studies indicate is not accurate), consumption of red wine as described in the pre-April 21, 1989 art cannot anticipate any of the above claims.

IX.     **Protein Kinase C Inhibitors**

   A.     **Express Anticipation Rejection based on Meichle 1990 or Shirakawa 1989**

147. I understand that the Examiner has rejected claims 1-6, 8, 9, 20-21, 25-27, 29, 31, 32, 36-40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-78, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 as anticipated based on Meichle 1990 or Shirakawa 1989, improved copies of which are attached as **Exhibits 37 and 38**. I have reviewed each of these references and the claims. Each of these claims requires "reducing NF-kB activity." The

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 66 of 74 of Declaration of Dr. Inder Verma*

Examiner contends that each of these references teach administration of certain protein kinase inhibitors (staurosporine, H7 and H8) to reduce NF-kB activity in cells. (Office Action at 10-11). The Examiner further contends the references teach administration of H7 and H8 to reduce NF-kB activity so as to reduce NF-kB mediated gene transcription. *Id.* I respectfully disagree. One of skill in the art would not have understood any of these references to demonstrate that use of H7 or H8 reduced NF-kB activity. Moreover, as I discuss in more detail below, I disagree that any of these references describes or teaches any method of using H7 or H8 that would have carried out other additional elements required by the above claims.

(i)    <b>Express Anticipation Rejection based on Meichle 1990</b>

148.    Meichle reports various experiments conducted in two human leukemic cell lines, K562 and Jurkat cells. Meichle describes a series of experiments investigating whether in these cell lines, protein kinase C was necessary for the ability of tumor necrosis factor (TNF) to stimulate NF-kB binding activity. (Meichle at 8339, abstract). Meichle investigated this question by pretreating the cell with H7, H8 or staurosporine, three relatively non-specific protein kinase inhibitors. *Id.* Notably, the ability of TNF to stimulate NF-kB binding activity was unaffected by pretreatment with these inhibitors, and Meichle concludes that its ability to induce NF-kB binding activity did not involve activation of protein kinases, in particular protein kinase C (PK-C). *Id.* None of the experiments with TNF could therefore be relevant to any of the '516 patent claims. Meichle also purports to show that in contrast, pretreating the cell with either H7 or staurosporine reduced the ability of PMA to stimulate NF-kB binding activity. The Examiner contends that the use of H7 and staurosporine as described in Meichle would therefore anticipate '516 patent claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31, 32, 36-40, 53-54, 58-62, 64-65, 69-73,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 67 of 74  of Declaration of Dr. Inder Verma*
75-76, 80, 82, 84, 88-89 and 93-97, if these claims were entitled only to a November 13, 1991

filing date. I respectfully disagree.

149.  As discussed above, I understand all of the above claims as being directed to methods carried out on cells in which NF-kB activity has been induced. In this regard, the Examiner erroneously states that "Meichle teaches the reduction of NF-kB activity in induced cells..." (Office Action at 10).  The experiments Meichle describes in which H7, H8 or staurosporine were administered to cells, including the specific experiments the Examiner relies on, (portions of Figs. 2 and 3) were all conducted by pretreating cells with these protein kinase inhibitors for 30 to 45 minutes before cells were stimulated with any substance. (Meichle at 8341-2, Figs. 2 and 3).  As apparent from the discussion of these experiments, pretreatment was conducted to prevent a cellular response to inducing substances by inactivating PK-C, PK-A (and most likely other kinases) before stimulating the cell with any inducing agent.  (See Meichle, at 8339, 8342). The use of these inhibitors as described by Meichle, therefore, was not in induced cells as assumed by the Examiner. None of these experiments would therefore have carried out the various methods described by the above claims.

150.  The examiner also contends that Meichle teaches use of PK inhibitors to reduce NF-kB-mediated gene transcription by reducing NF-kB activity.  (Office Action at 11). Additionally, the Examiner contends that because Meichle used a genetic construct comprising HIV LTR, Meichle either would anticipate or render obvious claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192-193 and 197-201, if these claims were entitled only to a November 13, 1991 filing date.  I respectfully disagree.  None of the experiments support these assertions. Meichle neither suggests nor provides any data showing that PK inhibitors inhibited gene expression induced by any agent, or could do so as a result of reducing NF-kB binding activity.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 68 of 74  of Declaration of Dr. Inder Verma*

Meichle reports experiments conducted with Jurkat cells transfected with two different CAT

reporter constructs, each of which are described as containing a CAT gene and an enhancer with

an NF-kB binding site. (Meichle at 8340). However, none of the experiments with these

constructs, which are reported in Fig. 1, used any PK inhibitor. (Meichle at 8341, Fig. 3).

Meichle provides no evidence whether PK inhibitors could prevent any agent from inducing

expression of these constructs. Additionally, Meichle provides no data as to whether PK

inhibitors affected expression of any endogenous gene.   Therefore, one would not read Meichle

as either describing or suggesting any use of PK inhibitors to reduce or NF-kB-mediated gene

transcription by reducing NF-kB activity.

151. Finally, in the EMSA assays (Figs. 2 and 3), Meichle employed a 29 base pair

oligonucleotide corresponding to a portion of the HIV enhancer. As discussed above, studies

have documented that this sequence binds not only NF-kB but also other transcription factors

including factors in the NFAT transcription factor family. To substantiate that the most slowly

migrating complex observed in the EMSA assay corresponded to NF-kB, it would have been

necessary to determine whether mutation of the putative NF-kB binding site abrogated binding.

Without this control, the data Meichle provides are insufficient to support the authors'

conclusion that PK inhibitors were able to reduce NF-kB binding activity.  In summary, Meichle

fails to provide any data that would have led one of ordinary skill in the art to reasonably expect

that one could successfully use PK inhibitors to modify any NF-kB mediated effects or NF-kB

mediated gene expression by reducing NF-kB activity.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 69 of 74  of Declaration of Dr. Inder Verma*

(ii)    **Express Anticipation Rejection based on Shirakawa 1989**

152.    Shirakawa et al. reports various experiments conducted in a mouse pre-B cell line 70Z/3, and in human natural killer-like cell line, YT. Shirakawa describes a series of experiments conducted to determine whether the ability of IL-1 in these cells to stimulate NF-kB binding activity required the activity of cAMP-activated kinases. (Shirakawa at 2424). Shirakawa examined this question using a methodology similar to Meichle, pretreating the cells with H8 for hours before stimulating cells with IL-1. (Shirakawa at 2426). The Examiner contends that the use of H8 as described in Shirakawa would have anticipated '516 patent claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31, 32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97, if these claims were entitled only to a November 13, 1991 filing date. I respectfully disagree.

153.    As discussed above, I understand all of the above claims as being directed to methods carried out on cells in which NF-kB activity has been induced. In this regard, the Examiner erroneously states that "Shirakawa teaches the reduction of NF-kB activity in induced cells using agents that inhibit protein kinase C" (Office Action at 12). The experiments Shirakawa describes in which H8 was administered to cells, including the specific experiments the Examiner relies on, (Fig. 1, portions of Fig. 2) were all conducted by pretreating cells with H8 for 2 hours before cells were stimulated with IL-1. (Shirakawa at 2426). Again, as in Meichle, pretreatment was performed to prevent a cellular response to IL-1 by inactivating PK-C and PK-A (and most likely other kinases) before stimulating the cell with IL-1. (Shirakawa at 2425-26). The use of these inhibitors as described by Shirakawa, therefore, was not in induced cells as assumed by the Examiner. None of these experiments would therefore have carried out the various methods described by the above claims.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 70 of 74  of Declaration of Dr. Inder Verma*

154. The examiner also contends that based on CAT reporter assays described in Fig. 1,

Shirakawa teaches use of PK inhibitors (H8) to reduce NF-kB-mediated gene transcription by

reducing NF-kB activity, and therefore would have practiced the above claims. (Office Action at

12-13). I respectfully disagree. As discussed above, in this experiment cells were pretreated

with H8 for two hours before being treated with IL-1. (Shirakawa at 2425). In fact, Fig. 1

indicates that before being treated with IL-1, the cells were washed and the H8 removed. The

use of H8 in this experiment as described by Shirakawa, therefore, was not in induced cells and

would not have reduced any induced effect in the cell, or practiced any of the claims, as the

Examiner contends.

155. Moreover, one skilled in the art would be aware that each of the three PK

inhibitors (H7, H8 and staurosporine) in particular at dose ranges used in Meichle and

Shirakawa, are relatively unspecific and in addition to PK-C and PK-A affect numerous kinases.

Significantly, by inhibiting other kinases, these agents can inhibit transcription unrelated to

effects on PKC, or NF-kB. In particular, both H7 and H8 have been demonstrated to block gene

expression and to inhibit mRNA chain elongation, most likely by inhibiting TFIIH kinase

activity. (Yankulov et al. 1995; Kumahara et al. 1999) (**Exhibits 39** and **40**). Therefore,

appropriate controls are a necessity in order to properly interpret the effects of such inhibitors on

a transcriptional assay, such as CAT reporter assay, as being related to NF-kB. Shirakawa omits

any such controls from CAT reporter experiment described in Fig. 1, for example, evidence that

H8 would not affect expression of appropriately matched CAT construct lacking an NF-kB

binding site. One skilled in the art would therefore not have read Shirakawa as teaching that one

could use H8 to reduce In summary, therefore, for all the reasons above, one would not have read

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 71 of 74  of Declaration of Dr. Inder Verma*
Shirakawa to have taught reducing NF-kB-mediated gene transcription by reducing NF-kB

activity, or to have carried out any of the above '516 patent claims.


X.    5-ASA

    A.    **Inherent anticipation rejection based on Dew 1983**

    156.  I understand that the Examiner has rejected claims 1-2, 5, 6, 8, 9, 20-27, 29, 31-38,

40, 53-62, 64-73, 75-80, 82, 84 and 88-97 as anticipated by Dew 1983 and explained by various

cited non-prior art. (Office Action at 32).  I have reviewed each of these references, the cited

non-prior art and the above claims.  The Examiner contends that each of these references teaches

administration of 5-ASA for the treatment of ulcerative colitis. The Examiner contends further

that cited non-prior art evidence shows that administration of 5-ASA as described in Dew would

have necessarily reduced NF-kB activity "by a mechanism including phosphorylation [*sic*] of

IkB" (Office Action at 33). The Examiner contends that therefore, each of these references

inherently anticipates the above claims.  I respectfully disagree.

    157.  Dew 1983 describes a clinical study conducted to compare use of a coated

formulation of 5-amino salicylic acid to sulphasalazine in maintaining remission in patients who

were in remission with ulcerative colitis. (Dew at 23).  In fact, admission into the study

"depended on normal sigmoidoscopic findings." *Id.*  In other words, the study excluded any

patient that was currently suffering from active ulcerative colitis disease. In this regard, the

Examiner erroneously states that Dew "teaches administration of 5-ASA for the treatment of

ulcerative colitis in humans." (Office Action at 33).

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 72 of 74   of Declaration of Dr. Inder Verma*

158. As noted above, I understand the above claims are all directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing stimulus (external influence). Dew does not mention NF-kB, and does not describe any external influence that would have induced NF-kB activity. A representation of a eukaryotic cell in which NF-kB is not activated by an external influence is shown in Schematic 9 of **Exhibit 1**. The Examiner relies on data from Bantel, a non-prior art study conducted on patients with active ulcerative colitis, to assume that NF-kB activity would have been induced in the patients Dew studied. Such an assumption has no basis, as patients in Dew were not suffering from active ulcerative colitis, and represented an entirely different group of patients from those Bantel studied. In this regard, Bantel specifically notes that the patients studied were those "with an acute episode of moderative ulcerative colitis" as evidenced by endoscopic findings. (Bantel at 3453). Further, none of the other non-prior art references provide any evidence that NF-kB would be necessarily induced in patients in remission from ulcerative colitis. To the extent the Examiner relies on these other non-prior art references as evidence as to the effect of 5-ASA in induced cells, none of these other non-prior art references are relevant to use of 5-ASA in Dew. There is no evidence that use of 5-ASA described in Dew would have involved administration of 5-ASA to cells in which NF-kB activity was induced. Dew therefore could not have anticipated any of the '516 patent claims.

159. The Examiner also asserts that the patients in the Bantel study "were administered the same 5-ASA formulation (tradename MESALAZINE) in the same amount as in the Dew reference." (Office Action at 33). Such an assumption cannot be correct. Bantel specifically notes the data was generated from patients who were participating in a study "investigating the therapeutic effect of a *newly developed* mesalazine." (emphasis added) (Bantel at 3453). While

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 73 of 74  of Declaration of Dr. Inder Verma*
the 5-ASA Dew used was formulated by the investigators by coating 5-ASA with Eudragit S,

the formulation used in Bantel consisted of pellets coated instead with Eudragit L.  (Bantel at

3453).  In the absence of any evidence demonstrating these formulations to be equivalent, one

cannot assume they would necessarily act in the same manner.


XI.    **N-Acetyl -L-Cysteine**

    A.    **Express Anticipation Rejection based on Staal 1990**

    160.  I understand that the Examiner has rejected claims 18 and 182-185 as anticipated

based on Staal 1990.  I have reviewed each of these references and the claims.  All these claims

require "reducing NF-kB activity."  The Examiner contends that each of these references teach

inhibiting TNF-α activation and signaling caused by TNF-α  by reducing NF-kB activity by

administration of N-acetyl-L-cysteine (NAC).  One skilled in the art would not have understood

any of these references to demonstrate that use of NAC reduced NF-kB activity.

    161.  Staal reports various experiments conducted in Jurkat cells, a human T cell

lymphoma line, and 293.27.2, a cell line stably transfected with a CAT expression construct.  As

Staal notes, NAC is a drug which can prevent a reduction in intracellular thiol levels by serving

as a precursor for the intercellular thiol, glutathione (GSH). (Staal at 9943).  In previous studies,

the authors had observed in certain T cell lines that NAC prevented TNF from stimulating

certain cellular responses. (Staal at 9943).  In this regard, Staal reported that TNF stimulation

caused a rapid transient decrease in intracellular thiol levels. (Staal at 9944). Staal here reports a

series of experiments conducted to examine whether the ability of NAC to prevent a TNF-

Patentees: David Baltimore et al.
Ex Parte·
Reexamination Control No.: 90/007,503 and 90/007,828
Page 74 of 74  of Declaration of Dr. Inder Verma
stimulated reduction in intracellular thiol levels also prevented TNF from activating NF-kB.

(Staal at 9944).

162. As discussed above, I understand all of the above claims as being directed to methods carried out on cells in which NF-kB activity has been induced. In contrast, the aim of the Staal study was to determine whether NAC, by inhibiting thiol levels, could act on cells before they experienced stimulation. (Staal at 9944).  In particular, in the experiments specifically relied upon by the Examiner, cells were always treated simultaneously with both NAC and TNF- α. (Staal at 9945-46). In these experiments, NAC therefore could not have inhibited TNF-α signaling by reducing induced NF-kB activity.  None of these experiments have administered NAC to induced cells. Staal therefore could not teach the invention claimed in claims 18 and 182-185.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made herein on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the above-identified patent.

_____
Inder Verma, Ph.D.

$Nov 9/06$
_____
Date