IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, | ) ) ) ) ) ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) | Civil Action No. 06-259 (MPT) |
| v. | ) ) | Public Version Confidential Material Omitted |
| ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation, *et. al.* | ) ) ) ) ) ) | |
| Defendants/Counterclaim Plaintiffs. | ) | |

**DECLARATION OF MELANIE K. SHARP IN SUPPORT OF THE AMGEN ENTITIES' ANSWERING BRIEF IN OPPOSITION TO ARIAD AND THE INSTITUTIONS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON INEQUITABLE CONDUCT**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6681
msharp@ycst.com

KIRKLAND & ELLIS LLP
Mark A. Pals, P.C.
Marcus E. Sernel
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000

HOGAN & HARTSON LLP
Siegmund Gutman
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4707

Robert G. Krupka, P.C.
777 South Figueroa Street
Los Angeles, CA 90017-5800
(213) 680-8400

*Attorneys for Plaintiffs/Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA, Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation*

Dated: May 22, 2008

I, Melanie K. Sharp, hereby declare as follows:

1.      I am a partner at the law firm of Young, Conaway, Stargatt & Taylor LLP in Wilmington, Delaware, counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in connection with The Amgen Entities' Answering Brief in Opposition to ARIAD's and the Institutions' Motion for Partial Summary Judgment on Inequitable Conduct. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of selected pages from the February 22, 2008 Rebuttal Report of Jeffrey V. Ravetch, M.D., Ph.D.

3.      Attached hereto as Exhibit 2 is a true and correct copy of U.S. Application No. 08/416,266 Amendment Under 1.312 dated May 13, 1998.

4.      Attached hereto as Exhibit 3 is a true and correct copy of U.S. Application No. 08/463,397 Amendment Under 1.312 dated January 12, 2000.

5.      Attached hereto as Exhibit 4 is a true and correct copy of U.S. Application No. 08/464,364 Response dated September 17, 1999 (ADL 0000697 - 704) and U.S. Application No. 08/464,364, Transmittal of Formal Drawings (ADL 0000957 - 1015).

6.      Attached hereto as Exhibit 5 is a true and correct copy of selected pages from the March 17, 2008 deposition of David M. Livingston, M.D., Ph.D.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Petition Under 37 C.F.R. § 1.181 to Vacate December 12, 2005 Order Granting Reexamination dated February 13, 2006; Decision on Petition to Vacate Order Granting Reexamination and On Petition to Stay

Reexamination mailed on March 27, 2006; Seventh Supplemental Information Disclosure Statement, pages 22-235; Sixth Supplemental Information Disclosure Statement, pages 24-25.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the November 11, 2006 Declaration of Dr. Inder Verma with Exhibit A to the Declaration attached.

9.      Attached hereto as Exhibit 8 is a true and correct copy of selected pages from the March 27, 2008 deposition of Randolph Wall. Ph.D.

10.     Attached hereto as Exhibit 9 is a true and correct copy of Doucas, *et al.*, Cytoplasmic catalytic subunit of protein kinase A mediates cross-repression by Nf-*k*B and the glucocorticoid receptor, *Proc. Natl. Acad. Sci, USA* 97(22):11893-98, 2000.

11.     Attached hereto as Exhibit 10 is a true and correct copy of Withoff *et al.*, Regulating the master regulator NF-*k*B: from natural strategies to rationally designed superdrugs, *in*: from Ghosh, S., *Handbook of Transcription Factor NF-kappa B* (Boca Raton, FL, CRC Press, 2007).

12.     Attached hereto as Exhibit 11 is a true and correct copy of selected pages from the April 27, 2006 Jury Trial transcript in *Ariad v. Lilly*, C.A. No.: 1:02-cv-11280-RWZ (D. Mass.).

13.     Attached hereto as Exhibit 12 is a true and correct copy of selected pages from the June 21, 2007 deposition of Thomas R. Kadesch in *Amgen, Inc. v. F. Hoffman-LaRoche Ltd.*, C.A. No. 05-12237 WGY (D. Mass.).

14.     Attached hereto as Exhibit 13 is a true and correct copy of an email from Kevin Flowers to Howard Suh dated August 9, 2007.

15.     Attached hereto as Exhibit 14 is a true and correct copy of an email from Kristen L. Bratko dated October 1, 2007.

16.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.  Executed this 22nd day of May, 2008.

Melanie K. Sharp, Esq.

065028.1001

# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMGEN INC., IMMUNEX CORPORATION, AMGEN
USA INC., AMGEN MANUFACTURING LIMITED, and
IMMUNEX RHODE ISLAND CORPORATION,

                        Plaintiffs,

         v.

ARIAD PHARMACEUTICALS, INC., and THE
WHITEHEAD INSTITUTE FOR BIOMEDICAL
RESEARCH,

                        Defendants

ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS
INSTITUTE OF TECHNOLOGY, THE PRESIDENT and
FELLOWS OF HARVARD COLLEGE, and THE
WHITEHEAD INSTITUTE FOR BIOMEDICAL
RESEARCH

                 Counterclaim Plaintiffs,

     v.

AMGEN INC., IMMUNEX CORPORATION, AMGEN
USA INC., AMGEN MANUFACTURING LIMITED,
IMMUNEX RHODE ISLAND CORPORATION

                 Counterclaim Defendants.

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

C.A. No. 06-259-MPT

## <u>REBUTTAL REPORT OF JEFFREY V. RAVETCH, M.D., Ph.D.</u>

       I, Jeffrey V. Ravetch, M.D., Ph.D., submit the following report on behalf of

ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The Whitehead Institute

for Biomedical Research, and The President and Fellows of Harvard College (collectively

"ARIAD") in the above-captioned action.

83.     The only reference cited in Dr. Verma's 2007 article that relates to resveratrol, however, does not propose a mechanism by which resveratrol enters the cells of a drinker, nor does it describe the consumption of red wine.[40]  It is merely a review article that briefly describes the results of *in vitro* experiments in which cells were treated with resveratrol.  In fact, resveratrol was found to reduce NF–κB activity in only certain experiments; in other experiments, resveratrol had no effect on NF–κB activity.[41]  No POSA would find that conflicting results from *in vitro* experiments that involved direct application of resveratrol to cells could be the basis for extrapolation to the effect of consumption red wine by a human being.  Accordingly, the statement in Dr. Verma's article is fully consistent with the declaration that he submitted to the USPTO on ARIAD's behalf.

**B.      The Incorrect IκB Sequence Provided in Figure 43 is Not Material to Patentability.**

84.     Dr. Wall notes that the nucleotide sequence disclosed in Figure 43 of the '516 Patent, which the specification incorrectly describes as an IκB sequence, is actually a partially out-of-frame, incomplete sequence of the chicken pp40 Rel-associated protein.  (Wall Rep. 76) The Rel-associated protein pp40 is functionally related to mammalian IκB:  it is the natural inhibitor of the rel-family of proteins in chicken cells, analogous to mammalian IκB.[42]  Dr. Wall opines that the incorrect sequence in Figure 43 is material to the patentability of the asserted claims because the "correct IκB nucleotide sequence" is a "necessary prerequisite to possessing the claimed invention."  I disagree.

---

[40] Kundu *et al.*, *Molecular Basis of Chemoprevention by Rerveratrol:  NF–kappaB and AP–1 as Potential Targets*, Mutat. Res. 555:65-80 (2004).

[41] *Id.* at 74-75.

[42] N. Davis *et al.*, *Rel-Associated pp40: An Inhibitor of the Rel Family of Transcription Factors*, Science 253:1268-1271 (1991).

# EXHIBIT 2

MAY 13 '98 17:34 FR FOLEY HOAGRELIOT LLP 617 832 7000 TO 917033084363    P.07

MIT4167A.AMA
LMW29
PG/LMW/cmm
8/11/97

PATENT APPLICATION
Docket No.: MIT-4167AAAF

# 38 /#
5/19/98
mey

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: David Baltimore, Ranjan Sen, Phillip A. Sharp,
Harinder Singh, Louis Staudt, Jonathan
LeBowitz, Albert S. Baldwin, Jr., Roger Clerc,
Lynn M. Corcoran, Patrick A. Baeuerle, Michael
J. Lenardo, Chen-Ming Fan and Thomas P.
Maniatis

OK
to enter
NAD 5/19/98

Serial No.:    08/418,266          Group Art Unit: 1805

Filed:         April 6, 1995       Examiner: N. Degen

Batch No.:     L76                 Date of Allowance:  4/11/97

For:           NUCLEAR FACTORS ASSOCIATED WITH
               TRANSCRIPTIONAL REGULATION

CERTIFICATE OF MAILING
I hereby certify that this correspondence is being deposited with
the United States Postal Service with sufficient postage as First
Class Mail in an envelope addressed to Assistant Commissioner for
Patents, Washington, D.C. 20231
on  5-11-97   Christine M. Morrisette
    Date            Signature
         Christine M. Morrissette
Typed or printed name of person signing certificate

AMENDMENT UNDER 37 C.F.R. §1.312(b)

Box Issue Fee
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

        Please amend the above-referenced patent application
as follows:

05/13/98  WED 17:22  (TX/RX NO 5178)  Ø007

ADL 0015351

MAY 13 '98 17:35 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033004363    P.03

-2-

### In the Specification

On page 5, line 18, delete "phorbel" and insert --phorbol--.

On page 6, line 4, delete "allows" and insert --allow--.

On page 10, line 6, delete "Figure 1A" and insert --Figure 1--.

On page 10, line 7, delete "; Figure 1B is an auto-".

On page 10, delete lines 8-17.

On page 10, line 18, delete "Figure 4A" and insert --Figure 2--.

On page 10, line 19, delete "; Figure 4B is an".

On page 10, delete lines 20 and 21.

On page 10, line 22, delete "Figure 5A" and insert --Figure 3--.

On page 10, line 23, delete "; Figure 5B shows an autoradiograph of".

On page 10, delete lines 24-28.

On page 11, delete, lines 1-5.

On page 11, line 6, delete "Figure 9A" and insert --Figure 4--.

On page 11, line 7, delete "; Figure 9B shows an autoradiograph binding assay".

On page 11, delete line 8.

On page 11, line 9, delete "Figure 10A" and insert --Figure 5A--.

On page 11, lines 10 and 11, delete "Figure 10B shows complexes formed by various subfragments of μ300;".

On page 11, line 11, delete "Figure 10C" and insert --Figure 5B--.

On page 11, lines 12 and 13, delete "; Figure 10E and 10D show competition binding assays with the subfragment μ70".

05/13/98  WED 17:22  [TX/RX NO 5176]  @008

ADL 0015352

MAY 13 '98 17:35 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033084363          P.09

-3-

On page 11, delete lines 14 and 15.

On page 11, line 16, delete "Figure 11C" and insert --Figure 6--.

On page 11, delete lines 17-19.

On page 11, line 20, delete "Figure 13A" and insert --Figure 7--, and delete ";".

On page 11, delete lines 21-27.

On page 11, line 28, delete "various lymphoid and non-lymphoid cells; Figure 15B" and insert --Figure 8--.

On page 12, line 1, delete "Figure 16" and insert --Figure 9--.

On page 12, line 3, delete "Figure 17" and insert --Figure 10--.

On page 12, line 5, delete "Figure 18A" and insert --Figure 11A--.

On page 12, line 8, delete "Figure 18B" and insert --Figure 11B--.

On page 12, line 11, delete "Figure 18C" and insert --Figure 11C--.

On page 12, line 13, delete "Figure 19" and insert --Figure 12--.

On page 12, line 15, delete "Figure 20" and insert --Figure 20--.

On page 12, delete lines 18-30.

On page 13, line 1, delete "Figure 25" and insert --Figure 14--.

On page 13, line 8, delete "Figure 26 is a characterization of" and insert --Figures 15A and 15B show results which characterize--.

On page 13, line 9, delete "Figure 26A" and insert --Figure 15A--.

On page 13, line 21, delete "Figure 26B" and insert --Figure 15B--.

05/13/98  WED 17:22  [TX/RX NO 5176]  Ø009

ADL 0015353

MAY 13 '98 17:35 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033084353    P.10

-4-

On page 14, delete lines 7-30.

Delete pages 15-17.

On page 18, line 1, delete "unbound DNA probe.  Figure 36B:  A" and insert --Figure 16 shows a--.

On page 18, delete lines 12-31.

On page 19, delete lines 1-24.

On page 19, line 25, delete "Figure 39" and insert --Figure 17--.

On page 19, delete lines 30 and 31.

On page 20, delete lines 1-28.

On page 20, line 29, delete "Figure 41 demonstrates" and insert --Figures 18A and 18B demonstrate--.

On page 21, line 1, delete "Figure 41A" and insert --Figure 18A--.

On page 21, line 5, delete "Figure 41B" and insert: --Figure 18B--.

On page 21, delete lines 16-33.

On page 22, delete lines 1-20.

On page 27, line 18, delete "Figure 18a" and insert --Figure 11A--.

On page 41, line 4, delete "Figure 25" and insert --Figure 14--.

On page 45, line 1, delete "Figure 1a" and insert --Figure 1--.

On page 45, line 7, delete "(Figure 1b)".

On page 45, line 9, delete "(lane 1)".

On page 45, line 12, delete "(lanes 2-6)".

On page 45, line 13, delete "(lanes 7-11)".

On page 51, lines 28 and 29, delete "(Fig. 29, compare lanes 1 and 7)".

On page 52, lines 6 and 7, delete "(Fig. 29, compare lanes 2 and 8)".

On page 52, lines 8 and 9, delete "(Fig. 29, lane 3)".

ADL 0015354

-5-

On page 52, lines 11 and 12, delete "(Fig. 8, compare lanes 4 and 10)".

On page 52, line 14, delete "(Fig. 29, compare lanes 5 and 11)".

On page 52, line 17, delete "(Fig. 29, compare lanes 6 and 12)".

On page 53, line 21, delete "In".

On page 53, delete lines 22-23.

On page 53, line 24, delete "(lanes 13 to 18).".

On page 53, lines 26 and 27, delete "(Fig. 30, lanes 3 and 4)".

On page 53, lines 29 and 30, delete "(Fig. 30, lanes 9, 10 and 21, 22)".

On page 54, line 2, delete "(Fig. 30, lanes 9, 10 and 21, 22)".

On page 54, line 28, delete "(Fig. 29, lanes 13 to 24)".

On page 55, line 19, delete "(Fig. 31, lane 2)".

On page 55, lines 24 and 25, delete "(Fig. 31, lane 21)".

On page 55, line 27, delete "(Fig. 31, lanes 3 to 5)".

On page 55, line 28, delete "(Fig. 31, lanes 13 to 15)".

On page 56, lines 5 and 6, delete "(Fig. 31, lanes 7 to 9)".

On page 56, lines 8 and 9, delete "(Fig. 31, lanes 11, 12 and 16, 17)".

On page 56, line 12, delete "(Fig. 31,".

On page 56, delete lines 13 and 14.

On page 56, lines 17 and 18, delete "(Fig. 31, lane 7)".

On page 56, line 20, delete "(Fig. 31, lane 3)".

On page 56, line 21, delete "(Fig. 31, lane 11)".

ADL 0015355

MAY 13 '98 17:35 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033084363    P.12

-6-

On page 56, lines 22 and 23, delete "(Fig. 31, lanes 2 to 11)".

On page 56, line 25, delete "(Fig. 31, lanes 13 to 22)".

On page 57, line 20, delete "(lanes 1-6 and 13-18)".

On page 57, line 21, delete "Fa' + DOC; lanes 7-12 and 19-24; for conditions see Fig. 31, lane 11)".

On page 58, lines 2 and 3, delete "; see legend to Fig. 29".

On page 58, line 10, delete "(Fig. 32, lanes 7 to 9)".

On page 58, line 12, delete "(Fig. 32, lanes 10 to 12)".

On page 58, line 14, delete, "(Fig. 32, lane 11)".

On page 58, lines 17 and 18, delete "(Fig. 32, lanes 13 to 24)".

On page 59, line 30, delete "(Fig. 33, lanes 1 to".

On page 60, line 1, delete "3)".

On page 60, line 3, delete "(Fig. 33, lane 4)".

On page 60, line 5, delete "(Fig. 33, lane 5)".

On page 60, line 14, delete "(Fig. 33, compare lanes 8 and 20)".

On page 60, line 20, delete "(Fig. 33, lanes 13 to 24)".

On page 60, line 23, delete "(Fig. 33, lanes 7 and 9)".

On page 60, lines 25 and 26, delete "(Fig. 33, lane 11)".

On page 61, lines 1 and 2, delete "(Fig. 33, compare lanes 4 and 10)".

On page 63, line 4, delete "(Figure 34, lanes 13 to 15)".

On page 63, lines 10 and 11, delete "(Figure 34A, lanes 1 and 2)".

05/13/98  WED 17:22  [TX/RX NO 5178]  Ø012

ADL 0015356

-7-

On page 63, line 13, delete "(Figure 34A, compare lanes 2 and 4)".

On page 63, line 15, delete "(Figure 34A, lanes 8 to 10 and 16 to 18)".

On page 63, lines 17 and 18, delete "(Figure 34A, lanes 8 to 11)".

On page 63, lines 22 and 23, delete "(Figure 34A, compare lanes 5 to 7 and 13 to 15)".

On page 64, line 3, delete "(Figure 34B, lanes 7 to 9 and 16 to 18)".

On page 64, line 5, delete "(Figure 34B, lanes 4 to 6 and 13 to 15)".

On page 64, line 19, delete "(Figure 35A)".

On page 64, line 21, delete "(Figure 35A, lanes 6)".

On page 64, line 30, delete "(Figure 35B)".

On page 65, lines 5 and 6, delete "(Figure 35B, compare lanes 1 and 6)".

On page 65, line 7, delete "(Figure 35B, lane 5)".

On page 65, line 11, delete "The nucleotide sequence of the IkB-α".

On page 65, delete lines 12-13.

On page 65, line 16, delete "(Figure 35A, lane 3)".

On page 65, line 17, delete "(Figure 35C, lanes 6 and 7)".

On page 65, line 21, delete "(Figure 35C, middle panel)".

On page 65, line 24, delete "(Figure 35C, right panel)".

On page 66, lines 1 and 2, delete "(Figure 35C, upper panel)".

On page 66, line 17, delete "(Figure 36A, lanes 1 and 3)".

ADL 0015357

-8-

On page 66, lines 19 and 20, delete "(Figure 36A; compare lanes 3, 4 and 6)".

On page 66, line 28, delete "Figure 36B" and insert --Figure 16--.

On page 67, lines 5 and 6, delete "(Figure 36B)" and insert --Figure 16--.

On page 67, line 15, delete "Figure 13A" and insert --Figure 7--.

On page 68, line 13, delete "(Figure 37B)".

On page 68, line 29, delete "(Figure 37B)".

On page 69, line 3, delete "(Figure 38A)".

On page 69, lines 19 and 20, delete "(Figure 38A)".

On page 69, line 26, delete "(Figure 38B)".

On page 69, lines 28 and 29, delete "(Figure 38B, lanes 1 to 4)".

On page 70, line 4, delete "(Figure 38B, lanes 1 and 3)".

On page 70, line 11, delete "(Figure 38B, lanes 3 and 4)".

On page 70, lines 14 and 15, delete "(Figure 38B, compare lanes 1 and 3 with 5 and 7)".

On page 70, lines 18 and 19, delete "(Figure 38B, compare lanes 5 to 8)".

On page 70, line 23, delete "(Figure 38B, lanes 9 to 12)".

On page 77, line 22, delete "in".

On page 77, line 22, after "3)", insert --a--.

On page 78, line 11, delete "As" and insert --At--.

On page 79, line 9, delete "Figure 18A" and insert --Figure 11A--.

On page 79, line 16, delete "Figure 18A" and insert --Figure 11A--.

On page 81, line 4, delete "factors" and insert

ADL 0015358

MAY 13 '98 17:36 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033004363   P.15

-9-

--factor--.

On page 89, line 8, delete "(Figure 1b)".

On page 89, line 12, delete "(lane 1)".

On page 89, line 14, delete "(lanes 2-11)".

On page 89, line 20, delete "Hinf" and insert --Hind--.

On page 89, lines 31 and 32, delete "In Figure 1b, F and B indicate positions of free and bound fragments respectively."

On page 90, lines 3 and 4, delete ", lane 1".

On page 90, line 4, delete ", lane 2".

On page 90, line 5, delete ", lane 3".

On page 90, line 6, delete ", lane 4".

On page 90, line 13, delete ", Figure 2a".

On page 90, line 25, delete ", Figure 2b".

On page 91, lines 1 and 2, delete "(Figure 3)".

On page 92, line 4, delete "contains" and insert --contained--.

On page 92, line 5, delete "contain" and insert --contained--.

On page 92, line 7, delete "corresponds" and insert --correspond--.

On page 92, line 16, delete "Figure 4a" and insert --Figure 2--.

On page 93, line 14, delete "(Fig. 1a)" and insert --(Figure 1)--.

On page 93, line 19, delete "(Figure 1b)".

On page 93, line 21, delete "(lane 1)".

On page 93, line 24, delete "(lanes 2-6)".

On page 93, line 25, delete "(lanes 7-11)".

On page 94, line 6, delete "Figure 1a" and insert --Figure 1--.

On page 94, line 9, delete "(Figure 1c)".

05/13/98   WED 17:22   [TX/RX NO 5176] @015

ADL 0015359

MAY 13 '98 17:36 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033004363    P.16

-10-

On page 94, line 11, delete "(lane 4)".
On page 94, lines 12-13, delete "(lanes 1-3)".
On page 94, line 20, delete "(lane 3)".
On page 94, line 27, delete "(Figure 2a, lane 1)".
On page 94, lines 30 and 31, delete (Figure 2a)".
On page 95, line 2, delete "(lanes 2-4)".
On page 95, line 4, delete "(lanes 5-7)".
On page 95, line 16, delete "(Figure 2b)".
On page 95, line 19, delete "(lane 1)".
On page 95, line 20, delete "(lane 2)".
On page 95, lines 30 and 31, delete "(data not shown;
see legend to Fig. 3)".
On page 96, lines 6 and 7, delete "(Fig. 3, lanes 2, 3
and 2', 3')".
On page 96, lines 8 and 9, delete "(lanes 1 and 1')".
On page 96, line 11, delete "(lanes 2 and 2')".
On page 96, line 21, delete "(lanes 3 and 3')".
On page 97, line 9, delete "Figure 4a" and insert
--Figure 2--.
On page 97, line 15, delete "Fig. 4a" and insert
--Figure 2--.
On page 97, line 17, delete ", Fig. 4b, lane 1".
On page 97, line 18, delete "(lane 4)".
On page 97, line 19, delete "(lane 7)".
On page 97, lines 24 and 25, delete "(lanes 1-9)".
On page 97, line 27, delete "(Fig 4b)".
On page 97, line 29, delete "(lanes 10-16)".
On page 98, line 3, delete "Fig. 4a" and insert
--Figure 2--.
On page 98, line 9, delete "Figure 5a" and insert
--Figure 3--.
On page 98, delete line 28.
On page 99, delete lines 1-4.

05/13/98  WED 17:22  [TX/RX NO 5176]  ☑018

ADL 0015360

MAY 13 '98 17:36 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917833084363    P.17

-11-

On page 99, delete lines 30-31.

On page 100, line 1, delete "pre-incubation pulse chase protocol", and after "transcripts" insert --were--.

On page 100, line 3, delete "(lane 1)".

On page 100, line 4, delete "(lanes 2,3)".

On page 100, line 4, delete "Lanes 4-6:".

On page 100, line 4, delete "using" and insert --used--.

On page 100, line 6, delete "(lane 4)".

On page 100, lines 6 and 7, delete "(lanes 5-6)".

On page 100, line 21, delete "for Fig. 5b".

On page 101, line 28, delete "form" and insert --from--.

On page 102, line 7, delete "Fig. 5a" and insert --Figure 3--.

On page 102, line 11, delete "Fig. 5a" and insert --Figure 3--.

On page 103, line 7, delete "(Fig. 5b, lanes 2, 4 and 6)".

On page 103, line 10, delete "(Fig. 5b, lanes 1, 3 and 5)".

At lines 29 and 30, delete "Analysis of *in vitro* synthesized RNA by this method is shown in Fig. 6 (lane4)."

On page 104, delete line 27.

On page 104, line 28, delete "shows that the" and insert --The--.

On page 105, line 4, delete "(Fig. 6, lanes 4-6)".

On page 105, line 8, delete "Comparison of lanes 5 and 6 with lane 4 shows that there" and insert --There--.

On page 105, lines 21 and 22, delete "(data not shown)".

On page 106, line 21, delete "(see Figure 7 and 8)".

On page 106, line 23, delete "(see Figure 8)".

05/13/98  WED 17:22  [TX/RX NO 5178]  @017

ADL 0015361

MAY 13 '98 17:37 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033084363    P.18

-12-

On page 107, line 26, delete "(Figure 9b, lane 2)".

On page 107, line 29, delete "(Figure 9b, lanes 3-11)".

On page 108, line 2, delete "(lanes 6,7,8)".

On page 108, line 4, delete "(lanes 9,10,11)".

On page 108, line 8, delete "(compare lanes 9 and 2)".

On page 108, line 22, delete "Figure 10A" and insert --Figure 5A--.

On page 108, lines 30 and 31, delete "The results are shown in Figure 10B.".

On page 109, lines 1 and 2, delete "(lanes 2,3,4)".

On page 109, line 3, delete "(lane 4)".

On page 109, line 5, delete "(lanes 6,7,8)".

On page 109, line 7, delete "(lanes 10,11,12)".

On page 109, line 9, delete "(lane 12)".

On page 109, line 12, delete "Figure 10C" and insert --Figure 5B--.

On page 109, line 23, delete "(lane 9)".

On page 109, line 24, delete "(lanes 5,6 Figure 10C)".

On page 109, lines 25 and 26, delete "(lanes 3,4)".

On page 109, line 26, delete "(lanes 7,8, Figure 10D)".

On page 109, line 28, delete "(Figure 2D, lines 7,8)".

On page 109, line 29, delete "(Figure 2D, lanes 5,6)".

On page 109, line 30, delete "(Figure 10D, lanes 11,12)".

On page 110, line 24, delete "(Figure 10D, lanes 5,6)".

On page 111, line 6, delete "(data not shown)".

On page 112, line 16, delete "(Figure 3A)".

On page 112, lines 17 and 18, delete "(Figure 11A), lane 2,3,)".

On page 112, line 18, delete "(lane 1)".

05/13/98  WED 17:22  [TX/RX NO 5176]  Ø018

ADL 0015362

MAY 13 '98 17:37 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033084363     P.19

-13-

On page 113, line 3, delete "(Figure 11B)".

On page 113, line 6, delete "(Figure 11B, compare lanes 1,2)".

On page 112, line 8, delete "(Figure 11B, compare lanes 3 and 4)".

On page 112, line 11, delete "are summarized in Figure 3C" and insert --are shown herein--.

On page 112, lines 26 and 27, delete "(Figure 12)".

On page 122, line 30, delete "Figure 12;".

On page 115, line 17, delete "Figure 13A" and insert --Figure 7--.

On page 115, line 22, delete "Figure 13a" and insert --Figure 7--.

On page 115, line 25, delete "(Figure 13b, lanes 1-8)".

On page 115, lines 26 and 27, delete "(Figure 13b, lanes 10-12 and 14-16)".

On page 116, line 3, delete "(lanes 12, 16, Figure 13b)".

On page 116, line 6, delete "(Figure 13c and 13d)".

On page 116, line 15, delete "(Figure 5C)".

On page 116, lines 17 and 18, delete "(compare lanes 3 and 4 with lane 2)".

On page 116, line 18, delete "(lanes 5,6)" and "(lanes 7,8)".

On page 116, line 19, delete "(lanes 9,10)".

On page 116, lines 27 and 28, delete "(indicated by the arrowhead, Figure 13d)".

On page 116, lines 28 and 29, delete "(compare lanes 3 and 4 with lane 2)".

On page 116, lines 29 and 30, delete "(compare lanes 5 and 6 with lane 2)".

ADL 0015363

-14-

On page 116, lines 30 and 31, delete "(compare lanes 7
and 8 with lane 2)".

On page 117, line 2, delete "(lanes 9, 10)".

On page 117, lines 2 and 3, delete "(lanes 11, 12)".

On page 117, lines 15 and 16, delete "(Figure 14,
compare lane 1 [complex] and 2 [free]; and lanes 3
[complex] and 4 [free])".

On page 117, lines 28 and 29, delete "(Figure 15a,
lane 2)".

On page 117, lines 29 and 30, delete "(Figure 15a, odd
numbered lanes from 5-11)".

On page 117, lines 30 and 31, delete "Even numbered
lanes show that the" and insert --The--.

On page 118, line 5, delete "Figure 15B" and insert
--Figure 8--.

On page 118, line 8, delete "Figure 15B, lanes 12,14"
and insert --Figure 8--.

On page 118, line 9, delete "Figure 15B, lane 16" and
insert --Figure 8--.

On page 118, line 10, delete "Figure 15B, lane 18" and
insert --Figure 8--.

On page 118, line 11, delete "Figure 15B, lanes 20,22"
and insert --Figure 8--.

On page 118, line 13, delete "Figure 15B, lane 4" and
insert --Figure 8--.

On page 118, line 14, delete "Figure 15B, lanes
6,8,10" and insert --Figure 8--.

On page 122, line 25, delete "Figure 16" and insert
--Figure 9--.

On page 123, line 1, delete "Figure 16" and insert
--Figure 9--.

On page 125, line 1, delete "Figure 17" and insert
--Figure 10--.

ADL 0015364

MAY 13 '98 17:37 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033084363    P.21

-15-

On page 125, line 15, delete "Figure 17" and insert --Figure 10--.

On page 127, line 22, delete "Figure 17" and insert --Figure 10--.

On page 128, line 1, delete "Figure 17" and insert --Figure 10--.

On page 128, line 7, delete "Figure 17" and insert --Figure 10--.

On page 128, line 15, delete "(data not shown)".

On page 133, line 22, delete "Figure 17" and insert --Figure 10--.

On page 133, line 26, delete "Figure 17" and insert --Figure 10--.

On page 134, line 3, delete "Figure 17" and insert --Figure 10--.

On page 137, line 14, delete "19A" and insert --11A--.

On page 137, line 17, delete "Figure 19A" and insert --Figure 11A--.

On page 137, line 27, delete "bindign" and insert --binding--.

On page 138, line 1, delete "30min." and insert --30 minutes--.

On page 142, line 18, delete "(" and after "band" insert --)--.

On page 142, line 19, delete ")".

On page 145, lines 12 and 13, delete "Figure 46 amino acids in length as shown in Figure 18. Figure 18 shows" and insert --Figures 11A-11C. Figures 11A-11C show--.

On page 145, line 18, delete "Figure 18a" and insert --Figure 11A-- and delete "Figure 18b" and insert --Figure 11B--.

On page 146, line 1, delete "seuqnece" and insert --sequence--.

05/13/98  WED 17:22  [TX/RX NO 5178]  @021

ADL 0015365

MAY 13 '98 17:38 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033084363    P.22

-16-

On page 146, line 2, delete "iwth" and insert --with--.

On page 146, line 4, delete "Figure 18b" and insert --Figure 11B--.

On page 146, line 7, delete "denote sthe" and insert --denotes the--.

On page 146, line 9, delete "Figure 18c" and insert --Figure 11C--.

On page 146, line 18, delete "Figure 18C" and insert --Figure 11C--.

On page 147, line 3, delete "Figure 18A" and insert --Figure 11A--.

On page 148, line 7, delete "(see Fig. 20)" and insert: --(see Figure 13)--.

On page 148, line 8, delete "Figure 20A" and insert --Figure 13--.

On page 148, line 11, delete "Figure 20" and insert --Figure 13--.

On page 148, line 19, delete "THe" and insert --The--.

On page 149, line 18, delete "Figure 18B" and insert --Figure 11B--.

On page 150, line 1, delete "contracts" and insert --contrast--.

On page 150, line 29, delete "differenet" and insert --different--.

On page 152 line 8, delete "()".

On page 160, line 25, delete "competitors" and insert --competitor--.

On page 160, line 26, delete "(in amounts shown in Figure 24C)".

On page 161, line 12, delete "(lls" and insert --cells--.

On page 161, line 13, delete "(Figure 21A lanes 2,3)".

05/13/98 WED 17:22 [TX/RX NO 5176] @022

ADL 0015366

MAY 13 '98 17:38 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033084353    P.23

-17-

On page 161, line 14, delete "(Figure 21A, lanes 4, 5)".

On page 161, line 21, delete "viualized" and insert --visualized--.

On page 161, line 22, delete "Lane 1:" and insert --One lane contained--.

On page 161, line 22, delete "lane 6:" and insert --another lane contained--.

On page 161, line 27, delete "(Figure 21A, lane 6; arrow)".

On page 161, line 30, delete "(lane 5)".

On page 162, line 4, delete "Figure 21B, lane 3;".

On page 162, lines 5 and 6, delete "(Figure 21B lanes 5,6)".

On page 162, lines 10 and 11, delete "Figure 21A, lane 6 and Figure 21B, lane 2".

On page 163, line 16, delete "in Fig. 21A legend" and insert --above--.

On page 163, line 17, delete ")".

On page 163, line 18, delete "proble" and insert --probe in--.

On page 163, lines 25 and 26, delete "The characteristic nucleoprotein complex is indicated by the arrow.".

On page 163, line 28, delete "(Figure 22A, lanes 2-4)".

On page 163, lines 29 and 30, delete "(Figure 22A, lanes 5-7)".

On page 163, lines 30 and 31, delete "(Figure 22A, lanes 11-13)".

On page 164, lines 2 and 3, delete "(Figure 22A, lanes 8-10)".

On page 164, lines 6 and 7, delete "(Figure 22B)".

ADL 0015367

-18-

On page 164, lines 7 and 8, delete "in Fig. 21A legend" and insert --above--.

On page 164, line 17, delete "(Figure 22B, lanes 6,7)".

On page 164, line 18, delete "(Figure 22B, lanes 4,5)".

On page 164, lines 18 and 19, delete "(Figure 22B lanes 8-9)".

On page 164, lines 20 and 21, delete "(Figure 22B lanes 2,3)".

On page 164, lines 23 and 24, delete "(Figure 22A compare lanes 5-7 with lanes 11-13)".

On page 164, lines 25 and 26, delete "(Figure 22B, compare lanes 8,9 with lanes 4,5)".

On page 165, line 16, delete "problem" and insert --probe--.

On page 165, line 17, delete "in Fig. 21A legend" and insert --above--.

On page 165, line 20, delete "is" and insert --was--.

On page 165, lines 22 and 23, delete "(Figure 23A, compare lanes 3,4 with lane 2)".

On page 166, lines 2 and 3, delete "(data not shown)".

On page 166, line 19, delete "(Figure 23B)".

On page 166, line 24, delete "Lane 2 is" and insert --Lane 2 was--.

On page 168, line 16, delete "(Fig. 24A)".

On page 168, line 32, delete "(Fig. 24A, lane 3)".

On page 169, line 3, delete "(Fig. 24A, lanes 4,6)".

On page 169, line 5, delete "(Fig. 24A, lane 5)".

On page 169, line 13, delete "(Fig. 24B)".

On page 169, line 26, delete "(Fig. 24B, lane 3)".

On page 169, line 30, delete "(Fig. 24B, lane 5)".

On page 170, line 4, delete "Fig. 24B, lanes 4,6;".

ADL 0015368

MAY 13 '98 17:38 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033284363    P.25

-19-

On page 170, line 16, delete "(Fig. 24C, lane 4)".

On page 170, lines 18 and 19, delete "(Fig. 24C, lane 7)".

On page 170, line 19, delete "(Fig. 24C, lane 8)".

On page 170, line 21, delete "(Fig. 24C, lane 5,6)".

On page 170, line 22, delete "(Fig. 24C, lane 9)".

On page 171, lines 8 and 9, delete "Figure 26A" and insert --Figure 15A--.

On page 171, line 14, delete "Figure 26B" and insert --Figure 15B--.

On page 171, line 17, delete "Figure 26B" and insert --Figure 15B--.

On page 171, line 20, delete "Figure 26B" and insert --Figure 15B--.

On page 171, line 24, delete "Figure 26B" and insert --Figure 15B--.

On page 175, line 1, delete "desoxycholate" and insert --deoxycholate--.

On page 176, line 17, delete "(Figure 27A)".

On page 176, lines 20 and 21, delete "(Figure 27A, lanes 1 to 3)".

On page 176, line 23, delete "(Figure 27A, lanes 4 to 6)".

On page 177, line 1, delete "(Figure 27B)".

On page 177, lines 2 and 3, delete "(Figure 27B, lanes 1 to 3)".

On page 177, lines 7 and 8, delete "(Figure 27B, lanes 4 and 5)".

On page 177, line 29, delete "(Figure 28)".

On page 178, lines 28 and 29, delete "represented in Figure 34 and".

On page 184, line 20, delete "Figure 39" and insert --Figure 17--.

05/13/98  WED 17:22  [TX/RX NO 5176]  Ø025

ADL 0015369

-20-

On page 186, line 18, delete "Figure 41B" and insert
--Figure 18B--.
On page 186, line 20, delete "Figure 41A" and insert
--Figure 18A--.
On page 186, line 22, delete "Figure 41A" and insert
--Figure 18A--.
On page 186, line 25, delete "Figure 41A" and insert
--Figure 18A--.
On page 187, lines 5 and 6 delete "Figure 40A, lanes
13-15;".

### REMARKS

The above amendments are made to delete Figures 1B-C,
2A-B, 3, 4B, 5B, 6, 7, 8, 9B, 10B, 10D-E, 11A-B, 12A-B,
13B-D, 14, 15A, 21A-B, 22A-B, 23A-B, 24A-C, 27A-C, 28, 29,
30, 31A-B, 32, 33, 34A-B, 35A-C, 36A, 37A-B, 38A-B, 40A-B,
42A-C, and 43 and to renumber the remaining figures
accordingly. As reason therefor, Applicants state that the
deleted Figures are not necessary for an understanding of
the invention. It has recently come to Applicants'
Attorney's attention that Figure 43 is not the nucleotide
sequence of IkB-α but the nucleotide sequence of pp40 rel-
associated protein.

Applicants are submitting herewith a Petition Under 37
C.F.R. §1.312(b) requesting entry of this Amendment and
deletion of the indicated Figures, along with authorization
to charge Applicants' Attorney's Deposit Account in the
amount of $130.00, the fee prescribed by 37 C.F.R.
§1.312(b) and §1.17(i). Applicants are also submitting
herewith Formal Figures in Response to the Notice of
Allowance dated April 11, 1997, along with a Petition for a
two-month Extension of Time to file Formal Figures (with

ADL 0015370

MAY 13 '98 17:39 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033004363    P.27

-21-

authorization to charge Applicants' Attorney's Deposit
Account for the appropriate extension fee).
    Please charge Applicants' Attorney's Deposit Account
No. 08-0360 for any additional fees involved in this
matter.  A copy is enclosed for that purpose.


                              Respectfully submitted,


                              _Lisa M. Warren_
                              Lisa M. Warren
                              Registration No. 41,368
                              Attorney for Applicants
                              Telephone (617) 861-6240

Lexington, Massachusetts  02173
Dated: September 11, 1997

ADL 0015371

MAY 13 '98 17:34 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033084353    P.06

PG/LMW/cmm    MIT-4167AAAF    9/11/97

This is to acknowledge receipt of:

An AMENDMENT UNDER 37 C.F.R. §1.312(b), and Certificate of Mailing, for:

Applicant:    David Baltimore et al.
Serial No.:    08/418,266
Filed:    April 6, 1995
Title:    NUCLEAR FACTORS ASSOCIATED WITH
    TRANSCRIPTIONAL REGULATION   division

Batch No.    L76
Allowed    4/11/97                          SEP 1 5 1997

Date received in the Patent and Trademark Office:    08

05/13/98  WED 17:22  [TX/RX NO 5176]  ☒006

ADL 0015372

# EXHIBIT 3

THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:    David Baltimore, Ranjan Sen, Phillip A. Sharp,
               Harinder Singh, Louis Staudt, Jonathan LeBowitz,
               Albert S. Baldwin, Jr., Roger Clerc, Lynn M.
               Corcoran, Patrick A. Baeuerle, Michael J. Lenardo,
               Chen-Ming Fan and Thomas P. Maniatis

Okay to
enter
Isdor 3311
DN
6/20/00

Serial No.:    08/463,397        Group Art Unit:    1636

Filed:         June 5, 1995      Examiner: Schwartzman, R.

Batch No.:     E28               Date of Allowance:  11/15/99

For:           NUCLEAR FACTORS ASSOCIATED WITH
               TRANSCRIPTIONAL REGULATION

---

Certificate of First Class Mailing

I hereby certify that this correspondence is being deposited with the U.S. Postal Service as first class mail in an envelope addressed to: Box Issue Fee, Assistant Commissioner for Patents, Washington, DC 20231, on the date indicated below:

January 12, 2000                    By: _Carmen Passa_
Date of Signature and Mail Deposit        Carmen Passa

---

AMENDMENT UNDER 37 C.F.R. §1.312(a)

Box Issue Fee
Assistant Commissioner of Patents
Washington, DC 20231

Sir:

    Please amend the above-referenced patent application as

follows:

ADL 0003608

-2-

In the Specification

On page 5, line 18, delete "phorbel" and insert
--phorbol--.

On page 6, line 4, delete "allows" and insert
--allow--.

On page 10, line 6, delete "Figure 1A" and insert
--Figure 1--.

On page 10, line 7, delete "; Figure 1B is an auto-".

On page 10, delete lines 8-17.

On page 10, line 18, delete "Figure 4A" and insert
--Figure 2--.

On page 10, line 19, delete "; Figure 4B is an".

On page 10, delete lines 20 and 21.

On page 10, line 22, delete "Figure 5A" and insert
--Figure 3--.

On page 10, line 23, delete "; Figure 5B shows an
autoradiograph of".

On page 10, delete lines 24-28.

On page 11, delete, lines 1-5.

On page 11, line 6, delete "Figure 9A" and insert
--Figure 4--.

On page 11, line 7, delete "; Figure 9B shows an
autoradiograph binding assay".

On page 11, delete line 8.

On page 11, line 9, delete "Figure 10A" and insert
--Figure 5A--.

On page 11, lines 10 and 11, delete "Figure 10B shows
complexes formed by various subfragments of μ300;".

On page 11, line 11, delete "Figure 10C" and insert
--Figure 5B--.

On page 11, lines 12 and 13, delete "; Figure 10E and
10D show competition binding assays with the subfragment
μ70".

ADL 0003609

-3-

On page 11, delete lines 14 and 15.

On page 11, line 16, delete "Figure 11C" and insert --Figure 6--.

On page 11, delete lines 17-19.

On page 11, line 20, delete "Figure 13A" and insert --Figure 7--, and delete ";".

On page 11, delete lines 21-27.

On page 11, line 28, delete "various lymphoid and non-lymphoid cells; Figure 15B" and insert --Figure 8--.

On page 12, line 1, delete "Figure 16" and insert --Figure 9--.

On page 12, line 3, delete "Figure 17" and insert --Figure 10--.

On page 12, line 5, delete "Figure 18A" and insert --Figure 11A--.

On page 12, line 8, delete "Figure 18B" and insert --Figure 11B--.

On page 12, line 11, delete "Figure 18C" and insert --Figure 11C--.

On page 12, line 13, delete "Figure 19" and insert --Figure 12--.

On page 12, line 15, delete "Figure 20" and insert --Figure 20--.

On page 12, delete lines 18-30.

On page 13, line 1, delete "Figure 25" and insert --Figure 14--.

On page 13, line 8, delete "Figure 26 is a characterization of" and insert --Figures 15A and 15B show results which characterize--.

On page 13, line 9, delete "Figure 26A" and insert --Figure 15A--.

On page 13, line 21, delete "Figure 26B" and insert --Figure 15B--.

ADL 0003610

-4-

On page 14, delete lines 7-30.

Delete pages 15-17.

On page 18, line 1, delete "unbound DNA probe.  Figure 36B:  A"  and insert --Figure 16 shows a--.

On page 18, delete lines 12-31.

On page 19, delete lines 1-24.

On page 19, line 25, delete "Figure 39" and insert --Figure 17--.

On page 19, delete lines 30 and 31.

On page 20, delete lines 1-28.

On page 20, line 29, delete "Figure 41 demonstrates" and insert --Figures 18A and 18B demonstrate--.

On page 21, line 1, delete "Figure 41A" and insert --Figure 18A--.

On page 21, line 5, delete "Figure 41B" and insert: --Figure 18B--.

On page 21, delete lines 16-33.

On page 22, delete lines 1-20.

On page 27, line 18, delete "Figure 16a" and insert --Figure 11A--.

On page 41, line 4, delete "Figure 25" and insert --Figure 14--.

On page 45, line 1, delete "Figure 1a" and insert --Figure 1--.

On page 45, line 7, delete "(Figure 1b)".

On page 45, line 9, delete "(lane 1)".

On page 45, line 12, delete "(lanes 2-6)".

On page 45, line 13, delete "(lanes 7-11)".

On page 51, lines 28 and 29, delete "(Fig. 29, compare lanes 1 and 7)".

On page 52, lines 6 and 7, delete "(Fig. 29, compare lanes 2 and 8)".

On page 52, lines 8 and 9, delete "(Fig. 29, lane 3)".

ADL 0003611

-5-

On page 52, lines 11 and 12, delete "(Fig. 8, compare lanes 4 and 10)".

On page 52, line 14, delete "(Fig. 29, compare lanes 5 and 11)".

On page 52, line 17, delete "(Fig. 29, compare lanes 6 and 12)".

On page 53, line 21, delete "In".

On page 53, delete lines 22-23.

On page 53, line 24, delete "(lanes 13 to 18).".

On page 53, lines 26 and 27, delete "(Fig. 30, lanes 3 and 4)".

On page 53, lines 29 and 30, delete "(Fig. 30, lanes 9, 10 and 21, 22)".

On page 54, line 2, delete "(Fig. 30, lanes 9, 10 and 21, 22)".

On page 54, line 28, delete "(Fig. 29, lanes 13 to 24)".

On page 55, line 19, delete "(Fig. 31, lane 2)".

On page 55, lines 24 and 25, delete "(Fig. 31, lane 21)".

On page 55, line 27, delete "(Fig. 31, lanes 3 to 5)".

On page 55, line 28, delete "(Fig. 31, lanes 13 to 15)".

On page 56, lines 5 and 6, delete "(Fig. 31, lanes 7 to 9)".

On page 56, lines 8 and 9, delete "(Fig. 31, lanes 11, 12 and 16, 17)".

On page 56, line 12, delete "(Fig. 31,".

On page 56, delete lines 13 and 14.

On page 56, lines 17 and 18, delete "(Fig. 31, lane 7)".

On page 56, line 20, delete "(Fig. 31, lane 3)".

On page 56, line 21, delete "(Fig. 31, lane 11)".

ADL 0003612

-6-

On page 56, lines 22 and 23, delete "(Fig. 31, lanes 2 to 11)".

On page 56, line 25, delete "(Fig. 31, lanes 13 to 22)".

On page 57, line 20, delete "(lanes 1-6 and 13-18)".

On page 57, line 21, delete "Fa + DOC; lanes 7-12 and 19-24; for conditions see Fig. 31, lane 11)".

On page 58, lines 2 and 3, delete "; see legend to Fig. 29".

On page 58, line 10, delete "(Fig. 32, lanes 7 to 9)".

On page 58, line 12, delete "(Fig. 32, lanes 10 to 12)".

On page 58, line 14, delete, "(Fig. 32, lane 11)".

On page 58, lines 17 and 18, delete "(Fig. 32, lanes 13 to 24)".

On page 59, line 30, delete "(Fig. 33, lanes 1 to".

On page 60, line 1, delete "3)".

On page 60, line 3, delete "(Fig. 33, lane 4)".

On page 60, line 5, delete "(Fig. 33, lane 5)".

On page 60, line 14, delete "(Fig. 33, compare lanes 8 and 20)".

On page 60, line 20, delete "(Fig. 33, lanes 13 to 24)".

On page 60, line 23, delete "(Fig. 33, lanes 7 and 9)".

On page 60, lines 25 and 26, delete "(Fig. 33, lane 11)".

On page 61, lines 1 and 2, delete "(Fig. 33, compare lanes 4 and 10)".

On page 63, line 4, delete "(Figure 34, lanes 13 to 15)".

On page 63, lines 10 and 11, delete "(Figure 34A, lanes 1 and 2)".

ADL 0003613

-7-

On page 63, line 13, delete "(Figure 34A, compare lanes 2 and 4)".

On page 63, line 15, delete "(Figure 34A, lanes 8 to 10 and 16 to 18)".

On page 63, lines 17 and 18, delete "(Figure 34A, lanes 8 to 11)".

On page 63, lines 22 and 23, delete "(Figure 34A, compare lanes 5 to 7 and 13 to 15)".

On page 64, line 3, delete "(Figure 34B, lanes 7 to 9 and 16 to 18)".

On page 64, line 5, delete "(Figure 34B, lanes 4 to 6 and 13 to 15)".

On page 64, line 19, delete "(Figure 35A)".

On page 64, line 21, delete "(Figure 35A, lanes 6)".

On page 64, line 30, delete "(Figure 35B)".

On page 65, lines 5 and 6, delete "(Figure 35B, compare lanes 1 and 6)".

On page 65, line 7, delete "(Figure 35B, lane 5)".

On page 65, line 11, delete "The nucleotide sequence of the IkB-α".

On page 65, delete lines 12-13.

On page 65, line 16, delete "(Figure 35A, lane 3)".

On page 65, line 17, delete "(Figure 35C, lanes 6 and 7)".

On page 65, line 21, delete "(Figure 35C, middle panel)".

On page 65, line 24, delete "(Figure 35C, right panels)".

On page 66, lines 1 and 2, delete "(Figure 35C, upper panel)".

On page 66, line 17, delete "(Figure 36A, lanes 1 and 3)".

ADL 0003614

-8-

On page 66, lines 19 and 20, delete "(Figure 36A; compare lanes 3, 4 and 6)".

On page 66, line 28, delete "Figure 36B" and insert --Figure 16--.

On page 67, lines 5 and 6, delete "(Figure 36B)" and insert --Figure 16--.

On page 67, line 15, delete "Figure 13A" and insert --Figure 7--.

On page 68, line 13, delete "(Figure 37B)".

On page 68, line 29, delete "(Figure 37B)".

On page 69, line 3, delete "(Figure 38A)".

On page 69, lines 19 and 20, delete "(Figure 38A)".

On page 69, line 26, delete "(Figure 38B)".

On page 69, lines 28 and 29, delete "(Figure 38B, lanes 1 to 4)".

On page 70, line 4, delete "(Figure 38B, lanes 1 and 3)".

On page 70, line 11, delete "(Figure 38B, lanes 3 and 4)".

On page 70, lines 14 and 15, delete "(Figure 38B, compare lanes 1 and 3 with 5 and 7)".

On page 70, lines 18 and 19, delete "(Figure 38B, compare lanes 5 to 8)".

On page 70, line 23, delete "(Figure 38B, lanes 9 to 12)".

On page 77, line 22, delete "in".

On page 77, line 22, after "3)", insert --a--.

On page 78, line 11, delete "As" and insert --At--.

On page 79, line 9, delete "Figure 18A" and insert --Figure 11A--.

On page 79, line 16, delete "Figure 18A" and insert --Figure 11A--.

On page 81, line 4, delete "factors" and insert

ADL 0003615

-9-

--factor--.

On page 89, line 8, delete "(Figure 1b)".

On page 89, line 12, delete "(lane 1)".

On page 89, line 14, delete "(lanes 2-11)".

On page 89, line 20, delete "Hinf" and insert --Hind--.

On page 89, lines 31 and 32, delete "In Figure 1b, F and B indicate positions of free and bound fragments respectively."

On page 90, lines 3 and 4, delete ", lane 1".

On page 90, line 4, delete ", lane 2".

On page 90, line 5, delete ", lane 3".

On page 90, line 6, delete ", lane 4".

On page 90, line 13, delete ", Figure 2a".

On page 90, line 25, delete ", Figure 2b".

On page 91, lines 1 and 2, delete "(Figure 3)".

On page 92, line 4, delete "contains" and insert --contained--.

On page 92, line 5, delete "contain" and insert --contained--.

On page 92, line 7, delete "corresponds" and insert --correspond--.

On page 92, line 16, delete "Figure 4a" and insert --Figure 2--.

On page 93, line 14, delete "(Fig. 1a)" and insert --(Figure 1)--.

On page 93, line 19, delete "(Figure 1b)".

On page 93, line 21, delete "(lane 1)".

On page 93, line 24, delete "(lanes 2-6)".

On page 93, line 25, delete "(lanes 7-11)".

On page 94, line 6, delete "Figure 1a" and insert --Figure 1--.

On page 94, line 9, delete "(Figure 1c)".

ADL 0003616

-10-

On page 94, line 11, delete "(lane 4)".

On page 94, lines 12-13, delete "(lanes 1-3)".

On page 94, line 20, delete "(lane 3)".

On page 94, line 27, delete "(Figure 2a, lane 1)".

On page 94, lines 30 and 31, delete (Figure 2a)".

On page 95, line 2, delete "(lanes 2-4)".

On page 95, line 4, delete "(lanes 5-7)".

On page 95, line 16, delete "(Figure 2b)".

On page 95, line 19, delete "(lane 1)".

On page 95, line 20, delete "(lane 2)".

On page 95, lines 30 and 31, delete "(data not shown; see legend to Fig. 3)".

On page 96, lines 6 and 7, delete "(Fig. 3, lanes 2, 3 and 2', 3')".

On page 96, lines 8 and 9, delete "(lanes 1 and 1')".

On page 96, line 11, delete "(lanes 2 and 2')".

On page 96, line 21, delete "(lanes 3 and 3')".

On page 97, line 9, delete "Figure 4a" and insert --Figure 2--.

On page 97, line 15, delete "Fig. 4a" and insert --Figure 2--.

On page 97, line 17, delete ", Fig. 4b, lane 1".

On page 97, line 18, delete "(lane 4)".

On page 97, line 19, delete "(lane 7)".

On page 97, lines 24 and 25, delete "(lanes 1-9)".

On page 97, line 27, delete "(Fig 4b)".

On page 97, line 29, delete "(lanes 10-15)".

On page 98, line 3, delete "Fig. 4a" and insert --Figure 2--.

On page 98, line 9, delete "Figure 5a" and insert --Figure 3--.

On page 98, delete line 28.

On page 99, delete lines 1-4.

ADL 0003617

-11-

On page 99, delete lines 30-31.

On page 100, line 1, delete "pre-incubation pulse chase protocol", and after "transcripts" insert --were--.

On page 100, line 3, delete "(lane 1)".

On page 100, line 4, delete "(lanes 2,3)".

On page 100, line 4, delete "Lanes 4-6:".

On page 100, line 4, delete "using" and insert --used--.

On page 100, line 6, delete "(lane 4)".

On page 100, lines 6 and 7, delete "(lanes 5-6)".

On page 100, line 21, delete "for Fig. 5b".

On page 101, line 28, delete "form" and insert --from--.

On page 102, line 7, delete "Fig. 5a" and insert --Figure 3--.

On page 102, line 11, delete "Fig. 5a" and insert --Figure 3--.

On page 103, line 7, delete "(Fig. 5b, lanes 2, 4 and 6)".

On page 103, line 10, delete "(Fig. 5b, lanes 1, 3 and 5)".

At lines 29 and 30, delete "Analysis of in vitro synthesized RNA by this method is shown in Fig. 6 (lane4)."

On page 104, delete line 27.

On page 104, line 28, delete "shows that the" and insert --The--.

On page 105, line 4, delete "(Fig. 6, lanes 4-6)".

On page 105, line 8, delete "Comparison of lanes 5 and 6 with lane 4 shows that there" and insert --There--.

On page 105, lines 21 and 22, delete "(data not shown)".

On page 106, line 21, delete "(see Figure 7 and 8)".

On page 106, line 23, delete "(see Figure 8)".

ADL 0003618

-12-

On page 107, line 26, delete "(Figure 9b, lane 2)".

On page 107, line 29, delete "(Figure 9b, lanes 3-11)".

On page 108, line 2, delete "(lanes 6,7,8)".

On page 108, line 4, delete "(lanes 9,10,11)".

On page 108, line 8, delete "(compare lanes 9 and 2)".

On page 108, line 22, delete "Figure 10A" and insert --Figure 5A--.

On page 108, lines 30 and 31, delete "The results are shown in Figure 10B.".

On page 109, lines 1 and 2, delete "(lanes 2,3,4)".

On page 109, line 3, delete "(lane 4)".

On page 109, line 5, delete "(lanes 6,7,8)".

On page 109, line 7, delete "(lanes 10,11,12)".

On page 109, line 9, delete "(lane 12)".

On page 109, line 12, delete "Figure 10C" and insert --Figure 5B--.

On page 109, line 23, delete "(lane 9)".

On page 109, line 24, delete "(lanes 5,6 Figure 10C)".

On page 109, lines 25 and 26, delete "(lanes 3,4)".

On page 109, line 26, delete "(lanes 7,8, Figure 10D)".

On page 109, line 28, delete "(Figure 2D, lines 7,8)".

On page 109, line 29, delete "(Figure 2D, lanes 5,6)".

On page 109, line 30, delete "(Figure 10D, lanes 11,12)".

On page 110, line 24, delete "(Figure 10D, lanes 5, 6)".

On page 111, line 6, delete "(data not shown)".

On page 112, line 16, delete "(Figure 3A)".

On page 112, lines 17 and 18, delete "(Figure 11A, lane 2,3,)".

On page 112, line 18, delete "(lane 1)".

ADL 0003619

-13-

On page 113, line 3, delete "(Figure 11B)".

On page 113, line 6, delete "(Figure 11B, compare lanes 1,2)".

On page 112, line 8, delete "(Figure 11B, compare lanes 3 and 4)".

On page 112, line 11, delete "are summarized in Figure 3C" and insert --are shown herein--.

On page 112, lines 26 and 27, delete "(Figure 12)".

On page 112, line 30, delete "Figure 12;".

On page 115, line 17, delete "Figure 13A" and insert --Figure 7--.

On page 115, line 22, delete "Figure 13a" and insert --Figure 7--.

On page 115, line 25, delete "(Figure 13b, lanes 1-8)".

On page 115, lines 26 and 27, delete "(Figure 13b, lanes 10-12 and 14-16)".

On page 116, line 3, delete "(lanes 12, 16, Figure 13b)".

On page 116, line 6, delete "(Figure 13c and 13d)".

On page 116, line 15, delete "(Figure 5C)".

On page 116, lines 17 and 18, delete "(compare lanes 3 and 4 with lane 2)".

On page 116, line 18, delete "(lanes 5,6)" and "(lanes 7,8)".

On page 116, line 19, delete "(lanes 9,10)".

On page 116, lines 27 and 28, delete "(indicated by the arrowhead, Figure 13d)".

On page 116, lines 28 and 29, delete "(compare lanes 3 and 4 with lane 2)".

On page 116, lines 29 and 30, delete "(compare lanes 5 and 6 with lane 2)".

ADL 0003620

-14-

On page 116, lines 30 and 31, delete "(compare lanes 7 and 8 with lane 2)".

On page 117, line 2, delete "(lanes 9, 10)".

On page 117, lines 2 and 3, delete "(lanes 11, 12)".

On page 117, lines 15 and 16, delete "(Figure 14, compare lane 1 [complex] and 2 [free]; and lanes 3 [complex] and 4 [free])".

On page 117, lines 28 and 29, delete "(Figure 15a, lane 2)".

On page 117, lines 29 and 30, delete "(Figure 15a, odd numbered lanes from 5-11)".

On page 117, lines 30 and 31, delete "Even numbered lanes show that the" and insert --The--.

On page 118, line 5, delete "Figure 15B" and insert --Figure 8--.

On page 118, lines 8, delete "Figure 15B, lanes 12,14" and insert --Figure 8--.

On page 118, line 9, delete "Figure 15B, lane 16" and insert --Figure 8--.

On page 118, line 10, delete "Figure 15B, lane 18" and insert --Figure 8--.

On page 118, line 11, delete "Figure 15B, lanes 20,22" and insert --Figure 8--.

On page 118, line 13, delete "Figure 15B, lane 4" and insert --Figure 8--.

On page 118, line 14, delete "Figure 15B, lanes 6,8,10" and insert --Figure 8--.

On page 122, line 25, delete "Figure 16" and insert --Figure 9--.

On page 123, line 1, delete "Figure 16" and insert --Figure 9--.

On page 125, line 1, delete "Figure 17" and insert --Figure 10--.

ADL 0003621

-15-

On page 125, line 15, delete "Figure 17" and insert --Figure 10--.

On page 127, line 22, delete "Figure 17" and insert --Figure 10--.

On page 128, line 1, delete "Figure 17" and insert --Figure 10--.

On page 128, line 7, delete "Figure 17" and insert --Figure 10--.

On page 128, line 15, delete "(data not shown)".

On page 133, line 22, delete "Figure 17" and insert --Figure 10--.

On page 133, line 26, delete "Figure 17" and insert --Figure 10--.

On page 134, line 3, delete "Figure 17" and insert --Figure 10--.

On page 137, line 14, delete "19A" and insert --11A--.

On page 137, line 17, delete, "Figure 18A" and insert --Figure 11A--.

On page 137, line 27, delete "bindign" and insert --binding--.

On page 138, line 1, delete "30min." and insert --30 minutes--.

On page 142, line 18, delete "(" and after "band" insert --)--.

On page 142, line 19, delete ")".

On page 145, lines 12 and 13, delete "Figure 46 amino acids in length as shown in Figure 18. Figure 18 shows" and insert --Figures 11A-11C. Figures 11A-11C show--.

On page 145, line 18, delete "Figure 18a" and insert --Figure 11A-- and delete "Figure 18b" and insert --Figure 11B--.

On page 146, line 1, delete "seuqnece" and insert --sequence--.

ADL 0003622

-16-

On page 146, line 2, delete "iwth" and insert --with--.

On page 146, line 4, delete "Figure 18b" and insert --Figure 11B--.

On page 146, line 7, delete "denote sthe" and insert --denotes the--.

On page 146, line 9, delete "Figure 18c" and insert --Figure 11C--.

On page 146, line 18, delete "Figure 18C" and insert --Figure 11C--.

On page 147, line 3, delete "Figure 18A" and insert --Figure 11A--.

On page 148, line 7, delete "(see Fig. 20)" and insert: --(see Figure 13)--.

On page 148, line 8, delete "Figure 20A" and insert --Figure 13--.

On page 148, line 11, delete "Figure 20" and insert --Figure 13--.

On page 148, line 19, delete "THe" and insert --The--.

On page 149, line 18, delete "Figure 18B" and insert --Figure 11B--.

On page 150, line 1, delete "contracts" and insert --contrast--.

On page 150, line 29, delete "differenet" and insert --different--.

On page 152 line 8, delete "()".

On page 160, line 25, delete "competitors" and insert --competitor--.

On page 160, line 26, delete "(in amounts shown in Figure 24C)".

On page 161, line 12, delete "(lls" and insert --cells--.

On page 161, line 13, delete "(Figure 21A lanes 2,3)".

ADL 0003623

-17-

On page 161, line 14, delete "(Figure 21A, lanes 4, 5)".

On page 161, line 21, delete "viualized" and insert --visualized--.

On page 161, line 22, delete "Lane 1:" and insert --One lane contained--.

On page 161, line 22, delete "lane 6:" and insert --another lane contained--.

On page 161, line 27, delete "(Figure 21A, lane 6; arrow)".

On page 161, line 30, delete "(lane 5)".

On page 162, line 4, delete "Figure 21B, lane 3;".

On page 162, lines 5 and 6, delete "(Figure 21B lanes 5,6)".

On page 162, lines 10 and 11, delete "Figure 21A, lane 6 and Figure 21B, lane 2".

On page 163, line 16, delete "in Fig. 21A legend" and insert --above--.

On page 163, line 17, delete ")".

On page 163, line 18, delete "proble" and insert --probe in--.

On page 163, lines 25 and 26, delete "The characteristic nucleoprotein complex is indicated by the arrow.".

On page 163, line 28, delete "(Figure 22A, lanes 2-4)".

On page 163, lines 29 and 30, delete "(Figure 22A, lanes 5-7)".

On page 163, lines 30 and 31, delete "(Figure 22A, lanes 11-13)".

On page 164, lines 2 and 3, delete "(Figure 22A, lanes 8-10)".

On page 164, lines 6 and 7, delete "(Figure 22B)".

ADL 0003624

-18-

On page 164, lines 7 and 8, delete "in Fig. 21A legend" and insert --above--.

On page 164, line 17, delete "(Figure 22B, lanes 6,7)".

On page 164, line 18, delete "(Figure 22B, lanes 4,5)".

On page 164, lines 18 and 19, delete "(Figure 22B lanes 8-9)".

On page 164, lines 20 and 21, delete "(Figure 22B lanes 2,3)".

On page 164, lines 23 and 24, delete "(Figure 22A compare lanes 5-7 with lanes 11-13)".

On page 164, lines 25 and 26, delete "(Figure 22B, compare lanes 8,9 with lanes 4,5)".

On page 165, line 16, delete "problem" and insert --probe--.

On page 165, line 17, delete "in Fig. 21A legend" and insert --above--.

On page 165, line 20, delete "is" and insert --was--.

On page 165, lines 22 and 23, delete "(Figure 23A, compare lanes 3,4 with lane 2)".

On page 166, lines 2 and 3, delete "(data not shown)".

On page 166, line 19, delete "(Figure 23B)".

On page 166, line 24, delete "Lane 2 is" and insert --Lane 2 was--.

On page 168, line 16, delete "(Fig. 24A)".

On page 168, line 32, delete "(Fig. 24A, lane 3)".

On page 169, line 3, delete "(Fig. 24A, lanes 4,6)".

On page 169, line 5, delete "(Fig. 24A, lane 5)".

On page 169, line 13, delete "(Fig. 24B)".

On page 169, line 26, delete "(Fig. 24B, lane 3)".

On page 169, line 30, delete "(Fig. 24B, lane 5)".

On page 170, line 4, delete "Fig. 24B, lanes 4,6;".

ADL 0003625

-19-

On page 170, line 16, delete "(Fig. 24C, lane 4)".

On page 170, lines 18 and 19, delete "(Fig. 24C, lane 7)"

On page 170, line 19, delete "(Fig. 24c, lane 8)".

On page 170, line 21, delete "(Fig. 24C, lane 5,6)".

On page 170, line 22, delete "(Fig. 24C, lane 9)".

On page 171, lines 8 and 9, delete "Figure 26A" and insert --Figure 15A--.

On page 171, line 14, delete "Figure 26B" and insert --Figure 15B--.

On page 171, line 17, delete "Figure 26B" and insert --Figure 15B--.

On page 171, line 20, delete "Figure 26B" and insert --Figure 15B--.

On page 171, line 24, delete "Figure 26B" and insert --Figure 15B--.

On page 175, line 1, delete "desoxycholate" and insert --deoxycholate--.

On page 176, line 17, delete "(Figure 27A)".

On page 176, lines 20 and 21, delete "(Figure 27A, lanes 1 to 3)".

On page 176, line 23, delete "(Figure 27A, lanes 4 to 6)"

On page 177, line 1, delete "(Figure 27B)".

On page 177, lines 2 and 3, delete "(Figure 27B, lanes 1 to 3)".

On page 177, lines 7 and 8, delete "(Figure 27B, lanes 4 and 5)".

On page 177, line 29, delete "(Figure 28)".

On page 178, lines 28 and 29, delete "represented in Figure 34 and".

On page 184, line 20, delete "Figure 39" and insert --Figure 17--.

ADL 0003626

-20-

On page 186, line 18, delete "Figure 41B and insert --Figure 18B--.

On page 186, line 20, delete "Figure 41A" and insert --Figure 18A--.

On page 186, line 22, delete "Figure 41A" and insert --Figure 18A--.

On page 186, line 25, delete "Figure 41A" and insert --Figure 18A--.

On page 187 lines 5 and 6 delete "Figure 40A, lanes 13-15;".

<u>In the Figures</u>:

Please delete Figures 1B-C, 2A-B, 3, 4B, 5B, 6, 7, 8, 9B, 10B, 10D-E, 11A-B, 12A-B, 13B-D, 14, 15A, 21A-B, 22A-B, 23A-B, 24A-C, 27A-C, 28, 29, 30, 31A-B, 32, 33, 34A-B, 35A-C, 36A, 37A-B, 38A-B, 40A-B, 42A-C, and 43 without prejudice.

<u>REMARKS</u>

The above amendments are made to delete Figures 1B-C, 2A-B, 3, 4B, 5B, 6, 7, 8, 9B, 10B, 10D-E, 11A-B, 12A-B, 13B-D, 14, 15A, 21A-B, 22A-B, 23A-B, 24A-C, 27A-C, 28, 29, 30, 31A-B, 32, 33, 34A-B, 35A-C, 36A, 37A-B, 38A-B, 40A-B, 42A-C, and 43 and to renumber the remaining figures as Figures 1-4, 5A, 5B, 6-10, 11A-11E, 12-14 and 16-17 throughout the specification.

Originally-filed informal Figure 1A is now formal Figure 1.

Originally-filed informal Figure 4A is now formal Figure 2.

ADL 0003627

-21-

Originally-filed informal Figure 5A is now formal Figure 3.

Originally-filed informal Figure 9A is now formal Figure 4.

Originally-filed informal Figures 10A and 10C are now formal Figures 5A and 5B.

Originally-filed informal Figure 11C is now formal Figure 6.

Originally-filed informal Figure 13A is now formal Figure 7.

Originally-filed informal Figure 15B is now formal Figure 8.

Originally-filed informal Figure 16 is now formal Figure 9.

Originally-filed informal Figure 17 is now formal Figure 10.

Originally-filed informal Figure 18A-A8C are now formal Figures 11A-11E.

Originally-filed informal Figure 19 is now formal Figure 12.

Originally-filed informal Figure 20 is now formal Figure 13.

Originally-filed informal Figure 25 is now formal Figure 14.

Originally-filed informal Figure 36B is now formal Figure 16.

Originally-filed informal Figure 39 is now formal Figure 17.

Originally-filed informal Figures 26A and 26B are now formal Figures 15A and 15B. (Photos)

Originally-filed informal Figures 41A and 41B are now formal Figures 18A and 18B. (Photos)

No new matter has been added.

Applicants respectfully request entry of these amendments. As reason for the deletion of certain figures of the application, Applicants state that the deleted Figures are not necessary for an

379074.1

ADL 0003628

-22-

understanding of the invention. It has recently come to Applicants' Attorneys' attention that Figure 43 is not the nucleotide sequence of IkB-α but the nucleotide sequence of pp40 rel-associated protein.

### CONCLUSION

No fees are believed to be due with the filing of this Amendment. However, the Commissioner is hereby authorized to charge any necessary fees to our Deposit Account Number 06-1448.

Respectfully submitted,

Isabelle M. Clauss, Ph.D.
Reg. No. *(see attached)*
Agent for Applicants

Patent Group
FOLEY, HOAG & ELIOT, LLP
One Post Office Square
Boston, MA 02109
Tel. (617) 832-1000
Fax (617) 832-7000

Dated: January 12, 2000

379074.1

ADL 0003629

# EXHIBIT 4



EXPEDITED AFTER
FINAL PROCEDURE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re the application of: Baltimore et al. | Group Art Unit: 1636 |
| Serial No.: 08/464,364 | Examiner: Schwartzman, R. |
| Filed: June 5, 1995 | |
| For: *Nuclear Factors Associated With Transcriptional Regulation* | |
| Attorney Docket No.: APV-035.03 | |

Box AF
Assistant Commissioner for Patents
Washington, D.C. 20231

**Certificate of First Class Mailing (37 CFR 1.8(a))**

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Box AF, Assistant Commissioner for Patents, Washington, D.C. 20231 on the date set forth below.

September 17, 1999
Date of Signature
and of Mail Deposit

By: _Isabelle Clauss_
Isabelle Clauss

## RESPONSE AND AMENDMENT UNDER 37 C.F.R. § 1.129 (a)

Sir:

    Applicants submit this Response and Amendment in response to the final Office Action dated March 17, 1999. A Request for a Three-month Extension of Time and appropriate fee are submitted concurrently herewith.

    A request for examination according to the procedures set forth under 37 C.P.R. § 1.129(a) has been filed on April 13, 1999, and was granted. Since this second submission is being filed prior to the filing of an appeal brief and prior to abandonment of the application, and is accompanied by the requisite fee as set forth in § 1.17(r), Applicants are entitled to have this second submission entered and considered on the merits.

    Please amend the Application as follows.

09/22/1999 BBLANCO 00000007 08464364

02 FC:246                    280.00 OP

ADL 0000697

**Faxpat**

# *Optipat*®

**Dear Valued Customer:**

☐ Paper number _____ is missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available.

☑ The following page(s) **2,3** of paper number **28** is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available

Additional comments:

If you have any questions or comments, please contact a Faxpat / Optipat Customer Assistance representative at 800.445.9760. We appreciate your patronage. Thank you.

5350 Shawnee Road • Suite 110 • Alexandria, VA 22312
Phone: 800.445.9760 or 703.916.1500 • fax: 800.445.9761 or 703.916.1727
www.faxpat.com  www.optipat.com

ADL 0000698

USSN 08/464,364                    -3-                    Group Art Unit: 1636

**In the claims:**

Please cancel claim 109 without prejudice, and amend the claims as follows:

63.    (Amended) A method of inhibiting expression of human immunodeficiency virus DNA in a human host cell infected with human immunodeficiency virus DNA, comprising contacting the infected cell with an agent that prevents binding of NF-κB to the transcriptional control elements of the human immunodeficiency virus, which agent increases the [stability] level of the IκB protein and inhibits expression of human immunodeficiency virus DNA.

98.    (Amended) The method of claim 59, wherein the substance decreases the [stability] level of IκB.

101.    (Amended) The method of claim 59, 97, 98, 99, or 100, wherein the cell is a [mammalian] human cell.

103.    (Amended) The method of claim 61, wherein the substance decreases the [stability] level of IκB.

106.    (Amended) The method of claim 61, 102, 103, 104, or 105, wherein the cell is a [mammalian] human cell.

112.    (Amended) A method for altering NF-κB-dependent gene transcription in a mammalian cell, comprising

(a) identifying an agent by its ability to

    (i)     alter the level of phosphorylation of an IκB protein,

    (ii)    alter the [stability] level of an IκB protein,

    (iii)   alter the nuclear localization of a NF-κB protein,

    (iv)    alter the level of protein:protein complexes including NF-κB and IκB proteins, and/or

    (v)     alter the DNA binding activity of NF-κB,

which agent alters NF-κB-dependent gene transcription in a cell; and

(b) contacting a mammalian cell with an agent identified in (a) in an amount sufficient to alter NF-κB-dependent gene transcription in the cell.

131.    (Amended) The method of claim 112, 124, 125 or 126, wherein the agent is identified in an assay which directly detects [stability] the level of an IκB protein, or portion thereof.

USSN 08/464,364 -4- Group Art Unit: 1636

141. (Amended) The method of claim 135, wherein modulating the activity of NF-κB [is] in a cell comprises modulating the activity of IκB.

142. (Amended) The method of claim 141, wherein modulating the activity of IκB comprises modulating the [stability] level of IκB.

154. (Amended) The method of claim 112, 135 [and] or 151, wherein the agent has not previously been identified as a pharmaceutical agent.

## Remarks

Claims 57-59, 61-63, 93, and 97-154 are pending.

Claim 109 has been canceled. Claims 63, 98, 101, 103, 106, 112, 131, 141, 142, and 154 have been amended. Support for the claim amendments can be found throughout the specification. No new matter has been added.

Cancellation and/or amendment of claims should in no way be construed as an acquiescence to any of the Examiner's rejections. The cancellation and/or amendments to the claims are being made solely to expedite prosecution of the present application. Applicants reserve the option to further prosecute the same or similar claims in the instant or in a subsequent patent application.

### Objection of claims 101, 106, 109, 141, and 154 under 37 C.F.R. § 1.75(c)

Claims 101, 106, and 109 were objected to under 37 C.F.R. § 1.75(c), as being of improper dependent form for failure to further limit the subject matter of a previous claim. Claim 109 has been canceled. Claims 101 and 106 have been amended by substituting "human" for "mammalian." Accordingly, withdrawal of the objection is respectfully requested.

Claim 141 was objected to as it should recite "in" rather than "is". Claim 141 has been amended to correct for this typographical error.

Claim 154 has been objected to as being in improper form, because a multiple dependent claim should refer to other claims in the alternative only. Claim 154 has been corrected, thereby obviating the objection.

In view of the claim amendments, withdrawal of the objection to claims 101, 106, 109, 141, and 154 is respectfully requested.

ADL 0000699

*Rejection of claims 58, 63, 93, 98-100, 103-105, 107, 108, 115, 116, 130, 131, 134, 142, 143, 149, and 150 under 35 U.S.C. § 112, first paragraph*

Claims 58, 63, 93, 98-100, 103-105, 107, 108, 115, 116, 130, 131, 134, 142, 143, 149, and 150 have been rejected under 35 U.S.C. § 112, first paragraph, as containing subject matter which was not described in the specification in such a way as to enable one skilled in the art to which it pertains, or with which it is most nearly connected, to make and/or use the invention. Applicants respectfully traverse this rejection.

The Examiner acknowledges that "the experimental techniques disclosed in the specification that were used to elucidate the mechanism of NF-kB regulation could be readily adapted by the skilled artisan to screen for agents which alter NF-kB and IkB activity," and that, "the specification does suggest that agents which regulate these two proteins could be screened for." The Examiner maintains, however, that "[t]he specification does not teach that IkB is phosphorylated and subsequently degraded by proteolysis and that this is the mechanism by which NF-kB is released from the inhibitory complex. The specification merely suggests these possibilities." Applicants disagree, and reiterate here the statements made in their previous response. In particular, Applicants submit that the specification teaches that treatment of cells with TPA, which activates NF-kB, involves alteration of IkB, but not NF-kB; and that, after TPA stimulation, no IkB is found in the cell, whereas the activated NF-kB remains sensitive to subsequent treatment with unmodified IkB (see page 71 of the specification). Applicants further submit, that the general knowledge in the art at the time the invention was made provided that TPA and LPS, both of which activate NF-kB, activate protein kinases, such as protein kinase C. Thus, at the time the application was filed, it would have been credible to a person of skill in the art at the time the invention was made, that NF-kB is activated by phosphorylation and subsequent proteolytic degradation of IkB, based on the disclosure of the application and the general knowledge in the art, in particular, the art of protein phosphorylation.

Applicants further submit herewith a copy of a Declaration Under 37 C.F.R. § 1.132, which was submitted in copending application Serial No. 08/463,397 (having the same specification as the above-referenced application), in which Dr. David Baltimore, a co-inventor in the above-referenced application, states that the application clearly conveys and provides adequate guidance for embodiments of the subject methods involving direct detection and modulation of IkB phosphorylation or IkB degradation, and that, based on the experimental results described in the application and on the general knowledge in the art at the time the application was filed, it would have been credible to one of ordinary skill in the that NF-kB is activated as a result of phosphorylation and degradation of IkB.

In particular, Dr. Baltimore lists evidence provided in the present application which supports the pending claims directed to, for example, methods for modulating IkB phosphorylation or stability (see, page two of the Declaration).

ADL 0000700

Dr. Baltimore further indicates that it was well known in the art at the time the invention was made, that TPA and LPS activate protein kinases, resulting in phosphorylation of specific proteins. Dr. Baltimore concludes that, in view of the general knowledge of protein phosphorylation at the time the invention was made, the results described in the specification would have reasonably been understood by those of skill in the art to be sufficiently convincing of a mechanism for NF-kB activation involving phosphorylation of IkB and subsequent degradation of the modified protein.

Thus, Applicants respectfully submit that the specification does teach that IkB is phosphorylated and subsequently degraded by proteolysis and that this is the mechanism by which NF-kB is released from the inhibitory complex. Contrary to the Examiner's position, the specification does not merely suggests these possibilities, but presents this mechanism of action in a way that would have been credible to a person of skill in the art at the time the invention was made.

The Examiner further states that "[a]s the specification does not even mention that inhibitors of IkB phosphorylation or degradation should be screened for or teach or refer to any screening assays which could be used for this purpose the specification clearly lacks essential teachings regarding the claimed methods and is not considered to be enabling for these aspects of the claimed invention." Applicants respectfully submit that, as acknowledged by the Examiner, the specification does suggest that agents that regulate NF-kB and IkB could be screened for (Office Action at page 5). Thus, since, as supported in particular by Dr. Baltimore's Declaration, the specification also teaches that NF-kB is activated by phosphorylation and subsequent proteolytic degradation of IkB, the specification also suggests that agents that regulate the phosphorylation and degradation of IkB could be screened for.

Thus, reconsideration and withdrawal of the rejection of claims 58, 63, 93, 98-100, 103-105, 107, 108, 115, 116, 130, 131, 134, 142, 143, 149, and 150 under 35 U.S.C. § 112, first paragraph, is respectfully requested.

***Rejection of claims 57, 59, 61, 62, 97, 101, 102, 106, 109-111, 117-121, 135-141, 144-148 and 151-154 under 35 U.S.C. § 112, first paragraph***

Claims 57, 59, 61, 62, 97, 101, 102, 106, 109-111, 117-121, 135-141, 144-148 and 151-154 were rejected under 35 U.S.C. § 112, first paragraph, "because the specification, while being enabling for methods of altering NF-kB activity in a cell *in vitro*, does not reasonably provide enablement for methods of altering NF-kB activity in a cell *in vivo*." The Examiner further states that, "[t]he delivery of nucleic acids or proteins to target cells *in vivo* is an unpredictable method with many questions regarding the targeting of the compound to the appropriate cells, delivery of sufficient amounts of the compound to the target cells, stability of the compound both extracellularly and intracellularly, intracellular targeting and achieving intracellular

ADL 0000701

concentrations sufficient to provide the desired effect."  Applicants respectfully traverse this rejection.

The specification provides sufficient teachings for a person of skill in the art to alter NF-kB activity in a cell *in vivo* with any type of compound, such as nucleic acids, proteins and small organic molecules, according to the methods of the invention without undue experimentation.

For example, the paragraph bridging pages 75 and 76 provides that,

> the expression vector containing IkB-encoding DNA can be introduced into an individual, using known techniques, by any of a variety of routes, such as intramuscular, intravenous, intraperitoneal administration. IkB itself (or other rel-associated protein) can also be introduced into cells to inhibit NF-kB (or other rel-related protein).

Methods for introducing DNA or proteins (e.g., nucleic acid decoys, full length IkB, and dominant negative proteins) into cells were well known in the art at the time the invention was made. In particular, eukaryotic expression vectors for expressing a desired nucleic acid in a cell, were well known in the art at the time the invention was made.  For example, the following expression vectors were available: vaccinia virus vectors (see, e.g., Mackett et al. (1982) *PNAS* 79: 7415, the abstract of which is attached hereto as Exhibit K); papillomavirus vectors (see, e.g., Howley et al. (1983), *Methods Enzymol.* 101: 347, the abstract of which is attached hereto as Exhibit L; and U.S. Patent No. 4,419,446, attached hereto as Exhibit M); and SV40 and polyoma virus vectors (see, e.g., Rigby W. (1979) *Biochem. Soc. Symp.* 44: 89, which is attached hereto as Exhibit N).

Applicants further submit that there is ample evidence that alteration of the activity of a protein, such as NK-kB, *in vivo*, i.e., by gene therapy, was credible to a person of skill in the art at the time the invention was made.  This is illustrated, for example, by the adoption of gene therapy guidelines by the National Institutes of Health (NIH) on September 23, 1985, entitled "Points to Consider in the Design and Submission of Human Somatic-Cell Gene Therapy Protocols" (see, e.g., Marjorie S. (1985) *Science* 230:302 and Roberts K., *The New York Times* September 29, 1985, discussing the Guidelines; attached hereto as Exhibits F and G, respectively).  Under the guidelines, researchers must submit a detailed proposal for each genetic therapy that they want to undertake, and must receive approval for it.  The fact that the NIH felt that it was time to adopt gene therapy guidelines is evidence that gene therapy techniques for introducing and expressing a protein of interest in an individual were available at that time, i.e., 1985.  Thus, *in vivo* alteration of gene expression by gene therapy methods was credible to a person of skill in the art at the time the application was filed.

Regarding administration of small organic molecules to a subject, Applicants submit that methods for administration of therapeutics were well known in the art at the time the invention was made.  See, e.g., Remington's Pharmaceutical Sciences Mark Publishing Co., Easton, Pa., 15th 2nd., 1975.

ADL 0000702

The Examiner also states that, regarding claims 62 and 153, "as of the effective filing date of the present application no protein- or nucleic acid-based therapeutic had been shown to be effective in eliciting any therapeutic response to HIV infection," and that the specification does not teach how to administer inhibitors in vivo to obtain a therapeutic effect in infected individual." Applicants respectfully submit that there is no requirement that therapeutics had to have been shown to be effective in eliciting a therapeutic response to HIV infection, so long as the specification teaches how to make and use the claimed therapeutic methods without undue experimentation. As set forth above, Applicants have shown that the specification is enabling.

The Examiner also states that no working examples are provided. Applicants respectfully submit that working examples are not required by the statute, rules, or the case law. M.P.E.P. § 2164.02 states "[t]he specification need not contain an example if the invention is otherwise disclosed in such manner that one skilled in the art will be able to practice it without undue amount of experimentation." In particular, there is no requirement for working examples of in vivo methods. Furthermore, an in vitro example in the specification, in effect, constitutes a "working example" if that example correlates with the claimed methods. Applicants have, provided numerous working examples showing in particular that treatment of cells with specific agents, such as phorbol esters, lipopolysaccharide, virus and poly(rI:rC) induces activation of NF-kB in these cells. Thus, since these examples considered with of the general knowledge in the art at the time the invention was made reasonably correlate with the claimed invention, these examples constitute working examples of in vivo methods.

Thus, reconsideration and withdrawal of the rejection of claims 57, 59, 61, 62, 97, 101, 102, 106, 109-111, 117-121, 135-141, 144-148 and 151-154 under 35 U.S.C. § 112, first paragraph, is respectfully requested.

### Rejection of the 112-114, 122-129, 132, and 133 under 35 U.S.C. § 112, first paragraph

Claims 112-114, 122-129, 132, and 133 were rejected under 35 U.S.C. § 112, first paragraph, because "the specification, while being enabling for a method for altering NF-kB-dependent gene transcription in a mammalian cell in vitro and for agents which alter the nuclear localization of NF-kB, alter the level of protein:protein complexes including NF-kB and IkB and/or alter the DNA binding affinity of NF-kB, does not reasonably provide enablement for a method of altering NF-kB dependent gene transcription in a mammalian cell in vivo or for agents which alter the level of phosphorylation of IkB or alter the stability of IkB." Applicants respectfully traverse this rejection.

As set forth above, the specification is enabling for the identification of agents which alter the phosphorylation or stability of IkB, as well as for in vivo methods of altering NF-kB-dependent gene transcription in a mammalian cell.

ADL 0000703

USSN 08/464,364     -9-     Group Art Unit: 1636

Thus, reconsideration and withdrawal of the rejection of claims 112-114, 122-129, 132, and 133 have been rejected under 35 U.S.C. § 112, first paragraph, is respectfully requested.

### Conclusion

In view of the above remarks and the amendments to the claims, it is believed that this application is in condition for allowance. If a telephone conversation with Applicant's Agent would expedite prosecution of the above-identified application, the Examiner is urged to call the undersigned at (617) 832-1177.

Respectfully submitted,
FOLEY, HOAG & ELIOT LLP

By: _I. Clauss_

Isabelle M. Clauss, Ph.D.
Registration No. (*see enclosed*)
Agent for Applicants

One Post Office Square
Boston, MA 02109
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

Date: September 17, 1999

ADL 0000704

#15

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re the application of: Baltimore et al. | Group Art Unit: 1636 |
| Serial No.:          08/464,364 | Examiner: D. Guzo |
| Filed:.              June 5, 1995 | BATCH NO: O04 |
| For:   NUCLEAR FACTORS ASSOCIATED WITH<br>TRANSCRIPTIONAL REGULATION | Notice of Allowance Dated:<br>10/26/01 |
| Attorney Docket No.: APBJ-P03-035 | |

## BY HAND DELIVERY

Assistant Commissioner for Patents
BOX ISSUE FEE
Washington, D.C.  20231

### TRANSMITTAL OF FORMAL DRAWINGS

Dear Sir:

In response to the Notice of Allowance and Issue Fee Due dated October 26, 2001, transmitted herewith are fifty-eight (58) sheets of formal drawings (Figures 1-43).  Applicants respectfully submit that the formal drawings are in compliance with 37 CFR §§ 1.81-1.85. Applicants thank Examiner Guzo and Draftsman Chase for meeting with the undersigned on November 14, 2001, at which meeting it was agreed that the attached formal drawings would be considered to comply with 37 CFR §§ 1.81-1.85.  Applicants request that the drawings be filed in the above-referenced patent application.  No new matter has been added.  Please charge any fees in connection with this matter to Deposit Account No. 18-1945.  A duplicate is enclosed for this purpose.

Respectfully submitted,

ROPES & GRAY LLP

Matthew P. Vincent, Reg. No. 35,965
One International Place
Boston, MA  02110
Tel. (617) 951-7000
Fax (617) 951-7040

Dated:   12/4/01

ADL 0000957

1/58

6410516



Fig. 1A



Fig. 1B

ADL 0000958

2/58



Fig. 1C

ADL 0000959

3/58



Fig. 2A



Fig. 2B

ADL 0000960

4/58



Fig. 3

ADL 0000961

5/56



|   |   |   |
|---|---|---|
| V$_L$ coding strand (-66) | * | TCTTAATA ATTTGCAT ACCCTCAC |
| V$_H$ non-coding strand (-50) |   | CGCACATG ATTTGCAT ACTCATGA |
| J$_H$ - Cμ coding strand (166) |   | CCTGGGTA ATTTGCAT TTCTAAAA |

Fig. 4A

Fig. 4B

ADL 0000962

6/58



Fig. 5A

ADL 0000963

7/5B



Fig. 5B

ADL 0000964

8/58



Fig. 6

ADL 0000965

9/56



Fig. 7

ADL 0000966

10/5θ



Fig. 8

ADL 0000967

11/58

## Figure 9A





## Figure 9B

ADL 0000968

12/58

## Figure 10A



## Figure 10B



ADL 0000969

13/58



Fig. 10C



Fig. 10D

ADL 0000970

14/58

Figure 10E



ADL 0000971

15/58

Figure 11A

Figure 11B





ADL 0000972

16/56



Fig. 11C

ADL 0000973

17/58

## Figure 12A



## Figure 12B



ADL 0000974

18/58

## Figure 13A



## Figure 13B



ADL 0000975

19/58

Figure 13C



ADL 0000976

20/58

## Figure 13D





ADL 0000977

21/58



Figure 14

ADL 0000978

22/58

Figure 15A



ADL 0000979

23/58



FIGURE 15b

ADL 0000980

24/58



Fig. 16



Fig. 17

ADL 0000981

25/58

```
     CTGGGGCCCCCAGAGAGGGTGGGGAGATGACACAGTTGTTCCCCCAGCCCTGGCCGGGGCG
  1  ------------------------------------------------------------+

     GGCAGCATGGTTCACTCCAGCATGGGGGCTCCAGAAATAAGAATGTCTAAGCCCCTGGAG
 61  ------------------------------------------------------------+
      M  V  H  S  S  M  G  A  P  E  I  R  M  S  K  P  L  E

     GCCGAGAAGCAAGGTCTGGACTCCCCATCAGAGCACACAGACACCGAAAGAAATGGACCA
121  ------------------------------------------------------------+
      A  E  K  Q  G  L  D  S  P  S  E  M  T  D  T  E  R  N  G  P

     GACACTAATCATCAGAACCCCCAAAATAAGACCTCCCCATTCTCCGTGTCCCCAACTGGC
181  ------------------------------------------------------------+
      D  T  N  H  Q  N  P  Q  N  R  T  S  P  F  S  V  S  P  T  G

     CCCAGTACAAAGATCAAGGCTGAAGACCCCAGTGGCGATTCAGCCCCAGCAGCACCCCTG
241  ------------------------------------------------------------+
      P  S  T  K  I  K  A  E  D  P  S  G  D  S  A  P  A  A  P  L

     CCCCCTCAGCCGGCCCAGCCCTCACTGCCCCAGGCCCAACTCATGTTGACGGGCAGCCAG
301  ------------------------------------------------------------+
      P  P  Q  P  A  Q  P  N  L  P  Q  A  Q  L  M  L  T  G  S  Q

     CTAGCTGGGGACATACAGCAGCTCCTCCAGCTCCAGCAGCTGGTGCTTGTGCCAGGCCAC
361  ------------------------------------------------------------+
      L  A  G  D  I  Q  Q  L  L  Q  L  Q  Q  L  V  L  V  P  G  H

     CACCTCCAGCCACCTGCTCAGTTCCTGCTACCGCAGGCCCAGCAGAGCCAGCCAGGCCTG
421  ------------------------------------------------------------+
      H  L  Q  P  P  A  Q  F  L  L  F  Q  A  Q  Q  S  Q  P  G  L

     CTACCGACACCAAATCTATTCCAGCTACCTCAGCAAACCCAGGGAGCTCTTCTGACCTCC
481  ------------------------------------------------------------+
      L  P  T  P  H  L  F  Q  L  P  Q  Q  T  Q  G  A  L  L  T  S

     CAGCCCCGGGCCGGGCTTCCACACAGGCCGTGACCCGCCCTACCGCTGCCCGACCCGCAC
541  ------------------------------------------------------------+
      Q  P  R  A  G  L  P  T  Q  A  V  T  R  P  T  L  P  D  P  H

     CTCTCGCCACCCGCAGCCCCCAAATGCTTGGAGCCACCATCCCACCCCGAGGAGCCCAGT
601  ------------------------------------------------------------+
      L  S  H  P  Q  P  P  K  C  L  E  P  P  S  H  P  E  E  P  S

     GATCTGGAGGAGCTGCAGCAATTGGCCCGCACCTTCAAGCAACGCCGCATCAAGCTGGGC
661  ------------------------------------------------------------+
      D  L  E  E  L  Q  F  A  R  T  F  K  Q  R  R  I  K  L  G

     TTCACGCAGGGTGATGTGGGGCCTGGCCATGGGCAAGCTCTACGGCCAACGACTTCAGCCAG
721  ------------------------------------------------------------+
      F  T  Q  G  D  V  G  L  A  H  G  K  L  Y  G  N  D  F  S  Q
       C  G  P  G  H  G  Q  A  L  R  Q  R  L  Q  P  D
```

**Fig. 18A**

ADL 0000982

26/56



```
       ACGACCATTTCCCGCTTCGAGGCCCTCAACCTGAGCTTCAAGAACATGTGCAAACTCAAG
  781  ------------+---------+---------+---------+---------+---------+
        T  T  I  S  R  F  E  A  L  N  L  S  F  K  N  M  C  K  L  K
        D  H  P  P  L  R  G  P  Q  P  E  L  Q  E  H  V  Q  T  Q  A

       CCCCTCCTGGAGAAGTGGCTCAACGATGCAGAGACTATGTCTGTGGACTCAAGCCTGCCC
  841  ------------+---------+---------+---------+---------+---------+
        P  L  L  E  K  W  L  N  D  A  E  T  M  S  V  D  S  S  L  P
        P  P  G  E  V  A  Q  R  C  R  D  Y  V  C  G  L  K  P  A  Q

       AGCCCCAACCAGCTGAGCAGCCCCAGCCTGGGTTTCGAGCCTGCCGGCCGGAGACGCAAG
  901  ------------+---------+---------+---------+---------+---------+
        S  P  N  Q  L  S  S  P  S  L  G  F  E  P  A  G  R  R  R  K
        P  Q  F  A  E  Q  P  Q  P  G  F  R  A  C  M  P  E  T  Q  E

       AAGAGGACCAGCATCGAGACAAACGTCCGCTTCGCCTTAGAGAAGAGTTTTCTAGCGAAC
  961  ------------+---------+---------+---------+---------+---------+
        K  R  T  S  I  E  T  N  V  R  F  A  L  E  K  S  F  L  A  N
        E  D  Q  M  R  D  K  R  P  L  R  L  R  E  E  F  S  S  E  P

       CAGAAGCCTACCTCAGAGGAGATCCTGCTGATCGCCGAGCAGCTGCACATGGAGAAGGAA
 1021  ------------+---------+---------+---------+---------+---------+
        Q  K  P  T  S  E  E  I  L  L  I  A  E  Q  L  H  M  E  K  E
        E  A  Y  L  R  G  D  P  A  D  R  R  A  A  A  H  G  E  G  S

       GTGATCCGCGTCTGGTTCTGCAACCGGCCCCAGAAGGACAAACGCATCAACCCCTGCAGT
 1081  ------------+---------+---------+---------+---------+---------+
        V  I  R  V  W  F  C  N  R  R  Q  K  E  K  R  I  N  P  C  S
        D  P  R  L  V  L  Q  P  A  P  E  G  E  T  H  Q  P  L  Q  C

       GCGGCCCCCATGCTGCCCAGCCCAGGGAAGCCGGCCAGCTACAGCCCCCATATGGTCACA
 1141  ------------+---------+---------+---------+---------+---------+
        A  A  P  M  L  P  S  P  G  K  P  A  S  Y  S  P  H  H  V  T
        G  P  H  A  A  Q  P  R  E  A  G  Q  L  Q  P  P  Y  G  H  T

       CCCCAAGGCGGCCGCGGGGACCTTACCGTTGTCCCAAGCTTCCAGCAGTCTGAGCACAACA
 1201  ------------+---------+---------+---------+---------+---------+
        P  Q  G  G  A  G  T  L  P  [L]  S  Q  A  S  S  [L]  S  T  T
        P  A  G  R  G  D  L  T  V  V  P  S  F  Q  Q  S  E  H  N  S
```

**Fig. 18A**
**(CONTINUED)**

ADL 0000983

27/58

```
      GTTACTACCTTATCCTCAGCTGTGGGGACGCTCCACCCCAGCCGGGACAGCTGGAGGGGGT
1261  ------+---------+---------+---------+---------+---------+
      V  T  T  [L] S  S  A  V  G  T  [L] H  P  S  R  T  A  G  G  G
      Y  Y  L  I  L  S  C  G  D  A  P  P  Q  P  D  S  N  M  G  W

      GGGGGCGGCGGCGGGGCTGCCCCCCCCTCAATCCCATCCCCTCTGTCACTCCCCCACCC
1321  ------+---------+---------+---------+---------+---------+
      G  G  G  G  A  A  P  P  L  N  S  I  P  S  V  T  P  P  P
      G  M  G  R  G  C  A  P  P  Q  F  H  P  L  C  H  S  P  T  P

      CCGGCCACCACCAACAGCACAAACCCCAGCCCTCAAGGCAGCCACTCGGCTATCGGCTTG
1381  ------+---------+---------+---------+---------+---------+
      P  A  T  T  N  S  T  N  P  S  P  Q  G  S  H  S  A  I  G  L
      G  H  N  Q  Q  H  K  P  Q  P  S  R  Q  P  L  G  Y  M  L  V

      TCAGGCCTGAACCCCAGCACGGGGTAAGTGGGTGCACGTGGGAAGCTGTGGGGAGAAGCA
1441  ------+---------+---------+---------+---------+---------+
      S  G  L  H  P  S  T  G  *
      A  P  E  P  Q  N  G  V  S  G  C  T  W  E  A  V  G  R  S  R

      GCGGTCGCTGCTCCTTCTAGGGTGGGGAGCGGCACCCCAGTTATGTTGGCAGGTCCCTGCC
1501  ------+---------+---------+---------+---------+---------+
      V  A  A  A  S  R  V  G  S  G  T  P  V  M  L  A  G  P  C  P

      CCTGCTAATGCCTCTGCTTTGCCTCTTGCAGAAGCACAATGGTGGGGTTGAGCTCCGGCT
1561  ------+---------+---------+---------+---------+---------+
      C  *

      GAGTCCAGCCCTCATGAGCAACAACCCTTTGGCCACTATCCAAGGTGCGTGCCTGCCTCAT
1621  ------+---------+---------+---------+---------+---------+

      GTCACACCCATCGTCACCAGCCCCGGAATTCGAG
1681  ------+---------+---------+---------+
```

**Fig. 18A**
**(CONTINUED)**

ADL 0000984

28/58

```
     CCTCAAGGCAGCCACTCGGCTATCGGCTTGTCAGGCCTGAACCCCAGCACGGCCCTGGGC
1411 ------------+---------+---------+---------+---------+---------+
     P  Q  G  S  H  S  A  I  G  L  S  G  L  N  P  S  T  G  P  G
      S  A  Q  P  L  G  Y  R  L  V  H  P  E  P  Q  M  G  P  N  P

     CTCTGGTGGAACCCTGCCCCTTACCAGCCTTGATGGCAGCGGGAATCTGGTGCTCGGGGGC
1471 ------------+---------+---------+---------+---------+---------+
     L  W  W  N  P  A  P  Y  Q  P
      L  V  E  P  C  P  L  P  A  L  M  A  A  G  I  W  C  W  G  Q

     AGCCGGTGCAGCCCCGGGGAGCCCTGGCCTGGTGACCTCGCCGCTCTTCTTGAATCATGC
1531 ------------+---------+---------+---------+---------+---------+
     P  V  Q  P  R  G  A  L  A  W  .

     TGGGCTGCCCCTGCTCAGCACCCCGCCTGGTGTGGGCCTGGTCTCAGCAGCGGCTGCGGG
1591 ------------+---------+---------+---------+---------+---------+

     TGTGGGCAGCCTCCATCTCCAGCAAGTCTCCTGGCCTCTCCTCCTCATCCTCTTCATCCTC
1651 ------------+---------+---------+---------+---------+---------+

     ATCCTCCTCCTCCTCCACTTGCAGCGAGACGGCAGCACAGACCCTGGAGGTCCAGGGGGG
1711 ------------+---------+---------+---------+---------+---------+

     CCCGAGGCAGGCTCCAAACCTGAGTGAGGGCCAGCCATGCCTCCCCTCCCATTCCTCTGG
1771 ------------+---------+---------+---------+---------+---------+

     TCCCTGCCCCGGAATTC
1831 ------------+-----
```

Fig. 18B

ADL 0000985

29/56



**Fig. 18C**



**Fig. 19**

ADL 0000986



Fig. 20

ADL 0000987

31/58

## Figure 21A



ADL 0000988

32/58

Figure 21B



ADL 0000989

33/58

## Figure 22A



ADL 0000990

34/58

Figure 22B



ADL 0000991

35/58

Figure 23A



ADL 0000992

36/58

Figure 23B



ADL 0000993

37/58



Figure 24A

Figure 24B

ADL 0000994

38/58

## Figure 24C



ADL 0000995

39/58



Fig. 25

ADL 0000996

40/58



Fig. 26A

ADL 0000997

41/58



Fig. 26B

ADL 0000998

42/58



Fig. 27A

Fig. 27B

Fig. 27C

ADL 0000999

43/58



Fig. 28

ADL 0001000

44/58



Fig. 29



Fig. 30

ADL 0001001

45/56



Fig. 31A



Fig. 31B

ADL 0001002

46/58



Fig. 32



Fig. 33

ADL 0001003

47/58



Fig. 34A



Fig. 34B

ADL 0001004

48/58



Fig. 35A

Fig. 35B



Fig. 35C

ADL 0001005

49/58



**Fig. 36A**

**Fig. 36B**

ADL 0001006

50/56



**Fig. 37A**



**Fig. 37B**

ADL 0001007

51/58



**Fig. 38A**



**Fig. 38B**

ADL 0001008

52/58



Fig. 39

ADL 0001009

53/58



Fig. 40A

Fig. 40B

ADL 0001010

54/58



Fig. 41B

Fig. 41A

ADL 0001011

55/56




Fig. 42A



Fig. 42B



Fig. 42C

ADL 0001012

Figure 43

ADL 0001013

Figure 43 (continued)



ADL 0001014

PART B—ISSUE FEE TRANSMITTAL

Complete and mail this form, together with applicable fees, to:    Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

**Note:** The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

```
02812D                          HM22/1026
ROPES & GRAY
ONE INTERNATIONAL PLACE
BOSTON MA 02110-2624
```

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

BY HAND DELIVERY

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/464,364 | 06/05/95 | 209 | GUZO, D | 1636 | 10/26/01 |

First Named Applicant    BALTIMORE,    35 USC 154(b) term ext. =    0 Days.

TITLE OF INVENTION    NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL REGULATION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1 | APBI-P03-035 | 514-440.000 | 004 | UTILITY | YES | $640.00 | 01/28/02 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 **David L. Berstein**

2 **Matthew E. Vincent**

3 **Ropes & Gray**

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE Massachusetts Institute of Technology; Whitehead Institute for Biomedical Research; all of
(B) RESIDENCE: (CITY & STATE OR COUNTRY)
Cambridge, Massachusetts

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual    ☐ corporation or other private group entity    ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☐ Issue Fee
☐ Advance Order - # of Copies

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER    18-1943
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee    $1,280.00
☐ Advance Order - # of Copies    10    $30.00

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)                    (Date)  12/4/01

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

```
12/07/2001 SLOSHE2 00000000 181943 08464364
01 FC:142          1280.00 CH
                    30.00 CH
```

TRANSMIT THIS FORM WITH FEE

PTOL-85B (REV.10-98) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ADL 0001015

# EXHIBIT 5

# REDACTED

# EXHIBIT 6

*Reexam*

Docket No. 75848/JPW/GJG

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patentees:    David Baltimore, Ranjan Sen, Phillip A. Sharp,
Harinder Singh, Louis Staudt, Jonathan H.
Lebowitz, Albert S. Baldwin Jr., Roger G. Clerc,
Lynn M. Corcoran, Patrick A. Baeuerle, Michael J.
Lenardo, Chen-Ming Fan, and Thomas P. Maniatis

*Ex Parte*
**Reexamination**
**Control No.:    90/007,828**          Group Art Unit: 3991

**Filed      :    December 2, 2005**          Examiner: B.M. Celsa

Patent No.:    6,410,516 B1          Serial No: 08/464,364

Issue Date:    June 25, 2002          Filed:    June 5, 1995

For       :    NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL
REGULATION

1185 Avenue of the Americas
New York, New York 10036
February 13, 2006

Mail Stop Petitions
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

## PETITION UNDER 37 C.F.R. § 1.181
### TO VACATE DECEMBER 12, 2005 ORDER GRANTING REEXAMINATION

This Petition is filed because the December 12, 2005 Order
Granting *Ex Parte* Reexamination of U.S. Patent No. 6,410,516
("the '516 Patent") is *ultra vires* and should be vacated.
Consistent with 37 C.F.R. § 1.181(f), this Petition is filed
within two (2) months of the mailing date of the December 12,
2005 Order.  Because February 12, 2006 falls on a Sunday, this
Petition shall be considered timely filed on the next succeeding
business day which is not a Saturday, Sunday or Federal holiday
pursuant to 37 C.F.R. § 1.7, i.e. Monday, February 13, 2006.  A
Request For Stay Of Reexamination under 37 C.F.R. § 1.565(b) and
M.P.E.P. §2286 is being filed concurrently.

**Exh. 6, page 1**

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,828
*Page 2 of 10 of Petition To Vacate December 12, 2005 Order*

A statement of the facts involved, the point or points to be reviewed, and the action requested, as required by 37 C.F.R. §1.181, is set forth below.

I.    STATEMENT OF FACTS

The '516 Patent issued June 25, 2002 with 203 claims, each of which recites a method. Since issuance, the '516 Patent has been the subject of litigation in the United States District Court for the District of Massachusetts with Eli Lilly and Company ("Lilly"). On April 4, 2005 Lilly filed a Request for *Ex Parte* Reexamination of the '516 Patent, which Patentees contend, was improperly granted on June 8, 2005.[1]

On December 2, 2005 a different third party requester filed a Request for *Ex Parte* Reexamination of the '516 Patent. That Request was based on non-prior art publications published after the effective filing date of the '516 Patent. Nevertheless, on December 12, 2005 the U.S. Patent and Trademark Office ("the Patent Office") issued an Order Granting the December 2, 2005 Request for *Ex Parte* Reexamination. Patentees contend that the December 12, 2005 Order Granting the December 2, 2005 Request is *ultra vires*.

---

[1] See, Reexamination Control No. 90/007,503. Patentees petitioned the Patent Office to vacate the June 8, 2005 Order granting the Request by Lilly, which petition was dismissed. On November 23, 2005 Patentees filed a Request for Reconsideration, which was granted although the relief requested was denied.

**Exh. 6, page 2**

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,828
*Page 3 of 10 of Petition To Vacate December 12, 2005 Order*

II.  A  PETITION  UNDER  37  C.F.R.  §  1.181  TO  VACATE  A
REEXAMINATION  ORDER  MUST  BE  GRANTED  IF  THE  REEXAMINATION
ORDER IS *ULTRA VIRES*.

35 U.S.C. § 301, *et seq*. (the "Reexamination Statute") authorizes
the Patent Office to grant a request for reexamination of an
issued patent if, and only if, the request is based on "prior art
consisting of patents or printed publications".  The statute does
not  authorize  the  Patent  Office  to  grant  a  request  for
reexamination to consider any question not based on "prior art."
The Patent Office has "<u>no discretion</u> to grant a request for
reexamination" on a basis not explicitly provided for by statute,
for example, where "the reexamination order is not based on prior
art  patents  or  printed  publications."  M.P.E.P.  §  2246(I)
(emphasis  in  original).    When  the  Patent  Office  issues  a
reexamination  order  that  is  not  based  on  patents  or  printed
publications,  the  Patent  Office  has  exceeded  its  statutory
authority and its order is *ultra vires*.  *Heinl v. Godici*, 143
F.Supp.2d 593 (E.D. Va 2001).

An *ultra vires* reexamination order must be vacated.  Patentees
need not wait for the conclusion of the reexamination if the
Patent Office has exceeded its statutory authority in granting
improperly a request for reexamination.  *Heinl v. Godici*, 143
F.Supp.2d 593 (E.D. Va 2001)

III. STATUTORY GROUNDS FOR ORDERING REEXAMINATION

A reexamination proceeding is limited to consideration of a
substantial new question of patentability ("SNQ") based wholly
on "prior art consisting of patents or printed publications."
35 U.S.C. § 301, *et seq.*; M.P.E.P. §§ 2205, 2209 (Rev. 2, May
2004).  A SNQ "relating to grounds of rejection other than those
based on prior art patents or printed publications **should not** be
included  in  the  request  and  **will  not**  be  considered  by  the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,828
*Page 4 of 10 of Petition To Vacate December 12, 2005 Order*

examiner if included." M.P.E.P. § 2216 (Rev. 2, May 2004) (Emphasis added). Examples of questions that **shall not** be considered by the Patent Office when ordering reexamination include questions under 35 U.S.C. § 112. See, e.g. 37 C.F.R. § 1.552(a); M.P.E.P. § 2258 (Rev. 2, May 2004); *Patlex Corporation v. Quigg*, 680 F.Supp. 33, 37 (D.D.C. 1988); and *Ex parte* Hyatt, Appeal No. 98-1913, Reexam. Control No. 90/001,869 (Bd. Pat. Appl & Inter. 1999, unpublished).

Thus, reexamination can be ordered only when each and every SNQ is a permissible basis for reexamination, but otherwise must be denied. M.P.E.P. §§ 2246, 2247 (Rev. 2, May 2004).

IV.    THE DECEMBER 12, 2005 ORDER GRANTING THE APRIL 4, 2005 *EX PARTE* REQUEST FOR REEXAMINATION IS *ULTRA VIRES*

> 1.    **The December 12, 2005 Order Relies on References Which the Examiner Acknowledged are <u>Not</u> "Prior Art" in Violation of the Reexamination Statute.**
>
> A)    Several purported SNQs in the December 12, 2005 Order rely on a reference published after the date the Examiner acknowledged is the effective filing date of <u>the '516 Patent.[2]</u>

In the sentence bridging pages 4 and 5 of the December 12, 2005 Order, the Examiner stated, "at best, the reexamination patent claims are entitled to the filing date (e.g. 11/13/91) of continuation application 07/791,898 for purposes of prior art." Although patentees contend that this statement is unauthorized by the Reexamination Statute and incorrect for the reasons explained is subsection B) below, solely for purposes of this subsection, only references dated prior to November 13, 1991 could properly be cited as prior art to support a purported SNQ.

---

[2] This issue is unique to this reexamination and did not arise in Reexamination Control No. 90/007,503. Therefore, it was not the subject of any prior petition or decision thereon.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,828
*Page 5 of 10 of Petition To Vacate December 12, 2005 Order*

Despite this date limitation on prior art, the December 12, 2005 Order asserts the existence of several purported SNQs based on references published after November 13, 1991. Specifically, the following purported SNQs are clearly improper:

(a) the purported SNQ based solely on Tanaka et al., *Nucleic Acid Res.*, 22:3069 (1994), set forth on page 7 of the December 12, 2005 Order;

(b) the purported SNQ based solely on Eck et al., *Mol. Cell. Biol.*, 6530 (1993), set forth on pages 7-8 of the December 12, 2005 Order; and

(c) the purported SNQ based solely on Schreck et al., *J. Exp. Med.*, 175:1181 (May 1992), set forth on pages 8-9 of the December 12, 2005 Order.

Because each of these three (3) purported SNQs rely solely on a reference published after November 13, 1991,[3] each such purported SNQ is not based on "prior art" in contravention of 35 U.S.C. § 301, *et seq.* Accordingly, the December 12, 2005 Order is *ultra vires.* M.P.E.P. § 2246(I); *Heinl v. Godici*, 143 F.Supp.2d 593 (E.D. Va 2001).

Therefore, patentees respectfully submit that the December 12, 2005 *ultra vires* Order must be vacated for exceeding the authority provided by 35 U.S.C. § 301, *et seq.*[4]

---

[3] Patentees contend that the claims of the '516 Patent are entitled to an earlier effective filing date, but refer to the November 13, 1991 date acknowledged by the Examiner for the purpose of this Petition.

[4] Patentees note that the '516 Patent is the subject of Reexamination Control No. 90/007,503 which would need to be merged pursuant to 37 C.F.R. § 1.565(c) & M.P.E.P. § 2283 with the subject reexamination if both reexaminations proceed.

**Exh. 6, page 5**

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,828
*Page 6 of 10 of Petition To Vacate December 12, 2005 Order*

    B)    The remaining SNQs set forth in the December 12, 2005 Order are based on references which would not be prior art if the Examiner had not improperly limited <u>Patentees to a November 13, 1991 date.</u>

As noted above, a reexamination proceeding is limited to consideration of a substantial new question of patentability ("SNQ") based wholly on "prior art consisting of patents or printed publications." 35 U.S.C. § 301, *et seq.*; M.P.E.P. §§ 2205, 2209 (Rev. 2, May 2004). Enablement and description issues under 35 U.S.C. § 112 cannot be considered as to the originally issued patent claims. See, for example, M.P.E.P. § 2258(G)(II) which states,

> Consideration of 35 U.S.C. 112 issues should, however, be limited to the amendatory (e.g., new language) matter. For example, a claim which is amended or a new claim which is presented containing a limitation not found in the original patent claim should be considered for compliance under 35 U.S.C. 112 only with respect to that limitation. <u>To go further would be inconsistent with the statute</u> to the extent that 35 U.S.C. 112 issues would be raised as to matter in the original patent claim. Thus, a term in a patent claim which the examiner might deem to be too broad cannot be considered as too broad in a new or amended claim *unless* the amendatory matter in the new or amended claim creates the issue. (Emphasis added).

Despite this proscription, the December 12, 2005 Order, like the June 8, 2005 Order in Reexamination Control No. 90/007,503, on pages 4-6 purports to analyze whether earlier applications from which the '516 Patent claims benefit "enable" and/or "describe" the subject matter of the claims of the '516 Patent. Such an analysis violates the Reexamination Statute and is statutorily unauthorized. Therefore, the December 12, 2005 Order is *ultra vires* for undertaking an analysis unauthorized by the Reexamination Statute, and contrary to the Patent Office's own guidelines.[5,6]

---

[5] Moreover, the analysis is incomplete and incorrect. As an initial matter, such an analysis would have to be claim specific, yet the majority of the 203 claims, including those

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,828
*Page 7 of 10 of Petition To Vacate December 12, 2005 Order*

**2.    The December 12, 2005 Order Relies on References Which are Not "Prior Art" to Allege Inherent Anticipation of a Patented Method in Violation of the Reexamination Statute.**

As noted above, reexamination is based on a statutory authorization of limited scope and must rely exclusively on "prior art patents or printed publications." The Patent Office cannot expand the statute to include a basis for reexamination not specifically authorized in the statute, and the statute does not authorize reexamination based on "inherent anticipation."

Nevertheless, the December 12, 2005 Order purports to find a SNQ based on inherent anticipation. Specifically, on page 10, the December 12, 2005 Order asserted that a non-prior art reference, Hölschermann et al., *Circulation*, 96:42332-4238 (1997), **may show** that a teaching by Griffith et al., *J. Thorac. Cardiovasc. Surg.*, 99:952-957 (1984) inherently anticipates one or more unspecified claim of the '516 Patent. To support finding this SNQ, the Examiner referred to M.P.E.P. §2131.01 in the sentence bridging pages 5 and 6 of the December 12, 2005 Order. However, M.P.E.P. §2131.01 does not discuss reexamination proceedings. In fact, the section of the M.P.E.P. which provides guidelines for reexamination proceedings, section 2200, does not refer to section 2131 or contain any language analogous thereto.

Importantly, M.P.E.P. §2131.01 contains two independent concepts, namely, that 1) an extra reference can be used to "show that a characteristic not disclosed in the [primary] reference is inherent," and 2) the extra reference "need not antedate the

---

for which a SNQ was asserted to exist, are not even mentioned in the purported analysis on pages 4-6 of the December 12, 2005 Order. Such a cursory analysis could not be a valid basis for determining Patentees' effective filing date.

[6] See , also, August 4, 2005 Petition to Vacate and November 23, 2005 Reconsideration Request in Reexamination Control No. 90/007,503.

**Exh. 6, page 7**

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,828
*Page 8 of 10 of Petition To Vacate December 12, 2005 Order*

filing date." The December 12, 2005 Order granting reexamination is clearly relying on both concepts. However, the second concept that the extra reference need not antedate the filing date clearly contradicts the explicit requirement of the Reexamination Statute that a reexamination be based wholly on "prior art".

The Reexamination Statute is clear. Each and every SNQ in an order granting reexamination must be based wholly on "prior art consisting of patents or printed publications." 35 U.S.C. § 301, *et seq.*; M.P.E.P. §§ 2205, 2209 (Rev. 2, May 2004).

Thus, yet another reason why the December 12, 2005 Order is *ultra vires* is because it relies on references that are not "prior art" in contravention of the Reexamination Statute.[7]

V. CONCLUSION

Each and every purported SNQ set forth in the December 12, 2005 Order relies on a non-prior art reference. As a consequence, the December 12, 2005 Order is *ultra vires*. Accordingly, the December 12, 2005 Order should be vacated because the Patent Office is not authorized to proceed based on references that are not "prior art."

VI. RELIEF REQUESTED

Patentees respectfully request that the December 12, 2005 Order be vacated, and the December 2, 2005 Request for *Ex Parte* Reexamination be returned to the Examiner for reconsideration based on a proper application of the Reexamination Statute.

Pursuant to 37 C.F.R. § 1.181(e) patentees hereby request an oral

---

[7] See , also, August 4, 2005 Petition to Vacate and November 23, 2005 Reconsideration Request in Reexamination Control No. 90/007,503.    **Exh. 6, page 8**

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,828
*Page 9 of 10 of Petition To Vacate December 12, 2005 Order*

hearing to address the issues raised in this Petition if the Director is disposed to deny this Petition.

The undersigned hereby authorizes the Commissioner to charge any fee required in connection with the filing of this Petition to Deposit Account No. 03-3125.

Respectfully submitted,

*Gary J. Gershik*

John P. White
Registration No. 28,678
Gary J. Gershik
Registration No. 39,992
Attorneys for Applicants
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 278-0400

> I hereby certify that this correspondence is being deposited this date with the U.S. Postal Service with sufficient postage as first class mail in an envelope addressed to:
> Commissioner for Patents, P.O. Box 1450
> Alexandria, VA 22313-1450.
>
> *Gary J. Gershik*   2/13/06
> John P. White                    Date
> Reg. No. 28,678
> Gary J. Gershik
> Reg. No. 39,992

**Exh. 6, page 9**



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.gov

Fish & Neave IP Group
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

(For Patent Owner)

Bawa Biotechnology Consulting LLP
21005 Starflower Way
Ashburn, VA 20147

(For Requester)

**MAILED**

MAR 27 2006

REEXAM UNIT

In re The President and Fellows of
Harvard University *et al*
Reexamination Proceeding
Control No.: 90/007,828
Filed: December 2, 2005
For: U.S. Patent No. 6,410,516 B1

: 
: DECISION ON PETITION TO
: VACATE ORDER GRANTING
: REEXAMINATION, AND
: ON PETITION TO STAY
: REEXAMINATION
:

This is a decision on the February 16, 2006 patent owner petition entitled "PETITION UNDER CFR 1.181 TO VACATE DECEMBER 12, 2005 ORDER GRANTING REEXAMINATION." reexamination proceeding. This is also a decision on the February 17, 2006 [1] patent owner request entitled "REQUEST FOR STAY OF REEXAMINATION UNDER 37 CFR 1.565(b) AND MPEP § 2286." Although captioned as a Request for Stay of Reexamination, the request to stay is being taken as a petition and will be referred to as a petition to stay the reexamination proceeding throughout this decision.

The proceeding and the patent owner petitions are before the Office of Patent Legal Administration.

### SUMMARY

A.    The petition to vacate is <u>dismissed</u> for the reasons set forth below.

B.    The petition to stay the reexamination proceeding is <u>granted to the extent</u> that there has been no action in the reexamination proceeding prior to the issuance of the instant decision, but is <u>dismissed</u> with respect to staying the 90/007,828 proceeding subsequent to the mailing date of this decision.

C.    The December 12, 2005 order granting reexamination in the 90/007,828 proceeding remains intact.

---

[1] Although the Request for Stay states at page 2 that the Petition to Vacate was concurrently filed, the two papers were received by the Office one day apart.

# REVIEW OF FACTS

1. U. S. Patent No. 6,410,516 (the '516 patent) issued on June 25, 2002.

2. The '516 patent is the subject of litigation that commenced on June 25, 2002, the same day the '516 patent issued.

3. A request for reexamination of the '516 patent was filed on April 4, 2005 by a third party requester and was assigned control number 90/007,503 (the '503 reexamination proceeding).

4. On June 8, 2005, reexamination was ordered for the '503 reexamination proceeding.

5. On August 8, 2005, the patent owner filed a petition under 37 CFR 1.181(a)(3) to vacate the '503 proceeding on the grounds that the reexamination order was an *ultra vires* act on the part of the Office.

6. Also on August 8, 2005, the patent owner filed a request which was taken as a petition to stay the '503 reexamination proceeding until the authority of the Office to proceed with the reexamination was finally decided.

7. On October 6, 2005, both August 8, 2005 patent owner petitions were dismissed by the Office in a single combined Decision on Petition.

8. On November 25, 2005, patent owner filed a request for reconsideration directed solely to the issue of vacating the order for reexamination.

8. A final agency decision under 5 U.S.C. § 704 denying the requested relief to vacate the reexamination order in the '503 decision was mailed by the Office on February 8, 2006.

9. On December 2, 2005, a second request for reexamination of the '516 patent was filed by a different third party requester, and was assigned control number 90/007,828 (the '828 reexamination proceeding).

9. On December 12, 2005, reexamination was ordered for the '828 reexamination proceeding.

10. On February 16, 2006, patent owner filed the present petition to vacate the '828 proceeding on the grounds that the reexamination order was an *ultra vires* act on the part of the Office.

11. On February 17, 2006, patent owner filed the present petition, which is taken as a petition to stay the '828 proceeding.

12. A patent owner's statement under 37 CFR 1.530 has not been received in the either the '503 *ex parte* examination proceeding or the '828 *ex parte* reexamination proceeding.

13. There has been no further examiner's action in the '503 *ex parte* reexamination proceeding or in the '828 *ex parte* reexamination proceeding.

## DECISION ON PETITION TO VACATE THE DECEMBER 12, 2005 ORDER GRANTING REEXAMINATION

35 U.S.C. 303 states, in part:

"(a)  Within three months following the filing of a request for reexamination under the provisions of section 302 of this title, the Director will determine whether a substantial new question of patentability affecting any claim of the patent concerned is raised by the request, with or without consideration of other patents or printed publications. ... The existence of a substantial new question of patentability is not precluded by the fact that a patent or printed publication was previously cited by or to the Office or considered by the Office."

MPEP §2240 states, in part:

"If a second or subsequent request for *ex parte* reexamination is filed (by any party) while a first *ex parte* reexamination is pending, the presence of a substantial new question of patentability depends on the prior art (patents and printed publications) cited by the second or subsequent requester. If the requester includes in the second or subsequent request prior art which raised a substantial new question in the pending reexamination, reexamination should be ordered only if the prior art cited raises a substantial new question of patentability which is different than that raised in the pending reexamination proceeding. If the prior art cited raises the same substantial new question of patentability as that raised in the pending reexamination proceedings, the second or subsequent request should be denied.

MPEP § 2246, Part I, states, in part:

"A petition under 37 CFR 1.181 may... be filed to vacate an *ultra vires* reexamination order, such as where the order for reexamination is not based on prior art patents and printed publications. In cases where <u>no discretion</u> to grant a request for reexamination exists, a petition to vacate the decision to grant, or a request for reconsideration, will be entertained. "Appropriate circumstances" under 37 CFR 1.181(a)(3) exist to vacate the order granting reexamination where, for example:

"(A)  the reexamination order is not based wholly on prior art patents or printed publications;"

MPEP § 2258(C) provides:

Rejections may be made in reexamination proceedings based on intervening patents or printed publications where the patent claims under reexamination are entitled only to the filing date of the patent and are not supported by an earlier foreign or United States patent application whose filing date is claimed. For example, under 35 U.S.C. 120, the effective date of these claims would be the filing date of the application which resulted in the patent. Intervening patents or printed publications are available as prior art under In re Ruscetta, 255 F.2d 687, 118 USPQ 101 (CCPA 1958), and In re van Langenhoven, 458 F.2d 132, 173 USPQ 426 (CCPA 1972). See also MPEP § 201.11.

## <u>Review of Patent Owner's Argument for Vacatur</u>

In the instant petition to vacate the reexamination order, the patent owner urges that the order for reexamination constitutes an *ultra vires* action because it was not based solely on prior art consisting of patents and printed publication.

Patent owner asserts that the examiner's order states that the best date to which the claims of the '516 are entitled *is* November 13, 1991, but has, nevertheless, based a finding that the request for reexamination raises several substantial new questions of patentability on documents that are not prior patents or publications because the dates for these documents are subsequent to November 13, 1991. [2]

**Exh. 6, page 12**

---

[2] Petition, pages 4-5, section IV.(1)(A).

Patent owner also asserts that the analysis supporting the examiner's conclusion that the claims of the '516 are limited to a date of November 13, 1991 was improper, because the examiner considered enablement and description issues to determine that the claims are entitled only to the November 13, 1991 date.  Patent owner argues that enablement and description issues cannot be considered for original patent claims in a reexamination proceeding in order to establish certain documents as being prior patents or printed publications; patent owner cites MPEP § 2258(G)(II) as supporting this allegation. [3] Patent owner further argues that the examiner's analysis is not specific enough as because "the majority of the 203 patent claims, including those for which a SNQ was asserted to exist, are not even mentioned in the purported analysis on pages 4-6 of the December 12, 2005 Order." [4]

Patent owner also asserts that the examiner's order improperly relies on references that are not prior art (as to the November 13, 1991 date) in order to support a conclusion that certain references raise a substantial new question of patentability based upon inherent anticipation of the '516 claims. [5]

## **Analysis and Findings**

1. A "New" Substantial New Question of Patentability Is Raised By The Request For Reexamination

As earlier noted, the '516 patent is the subject of the previously ordered '503 *ex parte* reexamination proceeding, which is still pending.  Pursuant to MPEP § 2240, a second or subsequent request for *ex parte* reexamination that is filed during the pendency of first *ex parte* reexamination proceeding will be ordered only if the prior art relied upon in the latter filed request for reexamination raises a substantial new question of patentability that is different from the substantial new question of patentability raised in the pending *ex parte* reexamination proceeding. Therefore, as a threshold matter, it is necessary to ascertain whether there is at least one substantial new question of patentability raised in the '828 request that was not raised in the pending '503 proceeding.

A review of the examiner's Order Granting Request for *Ex Parte* Reexamination in the '828 *ex parte* reexamination proceeding shows that the examiner found at least one substantial new question of patentability that was not raised in the '503 proceeding.  As one example, [6] the examiner's order finds that the December 2, 2005 request for reexamination established a substantial new question of patentability based upon six documents regarded by the examiner as being printed publications which are prior art with respect to the '516 patent. [7] None of these documents was relied upon in the '503 *ex parte* reexamination proceeding by the third party requester in order to establish a substantial new question of patentability.  None of these documents formed the basis for a finding that a substantial new question of patentability was raised in that proceeding.  Therefore, the examiner's order in the '828 *ex parte* reexamination proceeding raises a different substantial new question of patentability than those raised in the '828 *ex parte* reexamination proceeding, in compliance with the provisions set forth in MPEP § 2240.

---

[3] Petition, page 6, section IV.(1)(B).
[4] Petition, footnote 5.
[5] Petition, pages 7-9, section IV(2)
[6] A single substantial new question of patentability is all that is necessary to provide a basis for an order granting a request for reexamination.  Therefore, no analysis has been made with respect to every substantial new question found by the examiner.
[7] Order Granting Request for *Ex Parte* Reexamination, pages 9-10.

**Exh. 6, page 13**

2.   Consideration Of A Benefit Claim In A Patent Being Reexamined (*Per Se*) Is Not Precluded By 35 U.S.C. §§ 301 And 302, And Does Not Render The December 12, 2005 Order Granting Reexamination An *Ultra Vires* Action

Patent owner's argument that the order granting reexamination is an *ultra vires* action because the examiner considered "enablement and description issues" to limit the '516 claims to the November 13, 1991 filing date of the '516 patent is grounded in the language of 35 U.S.C. §§ 301 and 302.   Pursuant to these sections, the USPTO Director has authority to conduct *ex parte* reexamination proceedings of issued United States patents based upon "patents or printed publications."   Patent owner argues that any determination based upon requester's argument that certain subject matter claimed in the '516 patent is not supported by the disclosure(s) of the parent application(s) for which 35 U.S.C. § 120 benefit is claimed in the '516 patent, violates the "patents or printed publications" requirement of 35 U.S.C. §§ 301 and 302.   Patent owner concludes that because the examiner's order "purports to analyze whether the earlier applications from which the '516 patent claims benefit 'enable' and/or 'describe' the subject matter of the claims of the '516 patent," the order is an *ultra vires* action (by the Office) because the examiner's analysis "violates the Reexamination Statute and is statutorily unauthorized." [8]

Patent owner fails to cite any authority for this proposition, other than MPEP § 2258(G)(II). That section is entitled "Scope of *Ex Parte* Reexamination," and it discusses the examination phase of reexamination pursuant to 37 CFR 1.552 in which claims are examined for patentability.   It is, however, the action of the examiner in finding a substantial new question of patentability that is relevant here, and not an action of the examiner in examining the claims of the '516 patent, that patent owner contests.   Therefore, MPEP § 2217 is relevant here, and not MPEP § 2258(G)(II).   It is to be noted that MPEP §2258(G) cites to MPEP § 2217, "Statement in the Request Applying Prior Art," which discusses the consideration of a substantial new question of patentability set forth in a request for *ex parte* reexamination.   MPEP § 2217 contains broad language such as "[O]ther matters, such as … U.S.C. 101, U.SC. 112, fraud, etc., will not be considered when making the determination on the request." However, this broad language is explained and limited by the inclusion of specific clarifying language, which states:

> "The statement applying the prior art may, where appropriate, point out that claims in the patent for which reexamination is requested are entitled only to the filing date of the patent and are not supported by an earlier foreign or United States patent application whose filing date is claimed. For example, the effective date of some of the claims in a patent which resulted from a continuing application under 35 U.S.C. 120 could be the filing date of the continuing application since those claims were not supported in the parent application. Therefore, intervening patents or printed publications are available as prior art. See *In re Ruscetta*, 255 F.2d 687, 118 USPQ 101 (CCPA 1958), *In re van Langenhoven*, 458 F.2d 132, 173 USPQ 426 (CCPA 1972). See also MPEP § 201.11."

Thus, although MPEP § 2217 broadly cautions against generally considering 35 U.S.C. 112 issues (*e.g.*, claim indefiniteness, enablement, description) in deciding a request for reexamination, MPEP § 2217 unequivocally states that a determination of the effective filing date for the original claims of a patent for which reexamination is requested **can be proper when considering a request for reexamination, in order to determine whether a given patent or printed publication is prior art to the patent claims**.   A determination in accordance with the language of MPEP § 2217 is particularly appropriate where the patent for which reexamination is requested includes a 35 U.S.C. § 120 benefit claim in which one or more of the applications included in that benefit claim is a continuation-in-part (C-I-P) application with

---

[8] Petition, page 6, last paragraph.

**Exh. 6, page 14**

respect to its parent application, and/or the patent for which the patent for which reexamination is requested is itself said to be a C-I-P of a parent application. The rationale with respect to this approach to the determination of a filing date for the claims of the patent that is the subject of a request for reexamination is that the analysis of the support in **a parent application** for the claims of a patent claiming 35 U.S.C. § 120 benefit as a C-I-P of that parent application is an analysis of the **parent application**, and **not a claim-support analysis of the specification of the patent for which reexamination has been requested.** Stated differently, where a patent for which reexamination is requested contains a 35 U.S.C. § 120 benefit claim and there is at least one C-I-P application in the benefit claim, the determination that the claims of that patent are not entitled to an effective date of one or more a parent applications is not a determination that the claims of that patent lack enablement or written description in that patent. Rather, it is simply a determination that the claims of that patent **are not enabled by, or not supported by, the written description of the parent application(s). The "defect" in support is not in the patent claiming 35 U.S.C. § 120, but rather in the parent application(s).**

It should be noted that, even with respect to the examination phase of reexamination conducted pursuant to 37 CFR 1.552, MPEP § 2258(C) clearly provides that it is can be proper to examine a 35 U.S.C. § 120 benefit claim in *ex parte* reexamination proceedings. Thus, MPEP §§ 2217 and 2258(C) are consistent. When a patent contains a 35 U.S.C. § 120 benefit claim, it can be proper to consider and determine the effective filing date for the claims of that patent when considering a request for *ex parte* reexamination of that patent, and equally proper to subsequently apply that determination when examining the patent (after it has been determined that the request for reexamination raised at least one substantial new question patentability). Patent owner's citation of MPEP § 2258(G)(II) does not establish otherwise.

Thus, where the Office "reexamines" the 35 U.S.C. § 112, first paragraph, support for the claims of a child patent, upon which to base the 35 U.S.C. § 120 benefit of the parent application, the Office may do so in order to establish an intervening reference (one with a date prior to the child patent date but after the parent date) as available against the child patent claims. This is permitted by the reexamination statute, to provide a substantial new question of patentability using the intervening reference (*i.e.*, this is an appropriate application of a patent or printed publication to the patent claims). The Office is only precluded from doing this support analysis where it was already carried out in the prosecution of the child patent.

Applying this statement of the law, two scenarios are presented:

(1) In a proceeding to reexamine a continuation or divisional patent, the Office is generally precluded from reexamining the 35 U.S.C. § 112, first paragraph, claim support for the 35 U.S.C. § 120 benefit of the parent application, because there is a presumption (in absence of a strong showing to the contrary) that the Office already determined (in the examination of the child application that became the patent) that the child's claims were supported by the disclosure of the parent and the child is a proper continuation or divisional. If the child's claims were not supported by the disclosure of the parent, the Office would presumably have rejected those claims under 35 U.S.C. § 112, first paragraph. Since the Office has presumably already considered the issue and determined that any patent or publication not having a date prior to the effective filing date of the parent is unavailable against the child patent's claims, it may not reconsider the issue in a reexamination proceeding. Therefore, criticism of the specification of the parent application as not supporting the child patent claims would generally be precluded for the case of a continuation or divisional child patent.

**Exh. 6, page 15**

(2) On the other hand, in a proceeding to reexamine a C-I-P patent, the Office is not generally precluded from carrying out the 35 U.S.C. § 112, first paragraph, support analysis for the 35

U.S.C. § 120 claim benefit of the parent application date. The finding that a child application is a proper C-I-P application of its parent does not imply that the examiner found sufficient written description and enablement *in the parent* to support the claims of the child patent, since the claims of the child C-I-P application can be supported by disclosure of the child that would be new matter in the parent. Thus, the Office is presumed to be permitted to make the "112" support analysis in a C-I-P scenario, unless there is actual evidence that the analysis was carried out in the child patent.

The present fact situation is a C-I-P scenario; thus, the issue is squarely whether there is evidence that the "112" support analysis was carried out in the prosecution of the child patent. In the present instance, no evidence has been presented by the petition, nor in the record as a whole, that the "112" support analysis upon which the order for reexamination is based was previously carried out in the prosecution of the child '516 patent. This will be discussed further below.

In the present instance the patent claims would need to be fully supported by the parent applications, of which the patent is a C-I-P. This support analysis has not been shown to have been carried out in the prosecution of the patent. The support consideration of whether any of the prior C-I-P applications (for which 35 U.S.C. § 120 benefit is claimed in the '516 patent) describes and enables the subject matter claimed in the '516 patent does not require an examination of **the specification of the '516 patent** to determine whether **the specification of the '516 patent** describes and enables the invention recited by the '516 claims (or claims prohibited "new matter"). The '516 patent claims may very well be fully supported (described and enabled) by the specification of the '516 patent, while those claims are not entitled to the effective date of the parent cases. On the current record, <u>consideration of the effective filing date for the claims of the '516 patent only relates to the question of whether</u> the benefit applications themselves describe and enable the '516 patent claims so as to entitle the '516 patent claims to an early effective filing date based upon the filing date of one or more of the benefit applications. <u>Such consideration can in no way be construed as a reexamination of the sufficiency of the specification of the '516 patent in terms of compliance with 35 U.S.C. § 112, first paragraph, and § 132.</u> The issue of whether a given publication or patent qualifies as prior art against the '516 patent is proper in this reexamination. This follows because a finding that the specification of a given parent C-I-P application does not describe and enable the invention claimed in the patent being reexamined <u>in no way</u> expressly or inherently compels a conclusion that the specification of the '516 patent is itself defective under 35 U.S.C § 112, first paragraph and/or defective under 35 U.S.C. § 132.

3.    <u>The Order Granting Request For Ex Parte Reexamination Properly Establishes At Least One Substantial New Question Of Patentability.</u>

The record in this reexamination proceeding shows that the 35 U.S.C. § 120 benefit claim in the '516 patent recites seven different prior patent applications that are asserted as being C-I-P applications with respect to their immediate parent applications. A C-I-P application is an application filed during the lifetime of an earlier nonprovisional application, repeating some portion of, or all of, the earlier nonprovisional application and adding subject matter not disclosed in said earlier nonprovisional application. [9] The record further shows that, in the instant proceeding, the reexamination requester has cited publications which were not of record during the examination of the '516 patent, and has argued that the claims of the '516 patent are not entitled to an effective filing date based on the C-I-P parent applications. The requester's argument is based on requester's position that **those C-I-P application specifications do not support the claims of the '516 patent.**

A review of the Order Granting Request for *Ex Parte* Reexamination in the '828 *ex parte* reexamination proceeding shows that the examiner's analysis included a detailed listing of a number of limitations in '516 patent claims that are not considered by the examiner to be supported by the benefit-claim applications which were filed prior to November 13, 1991. [9] The examiner did not criticize the claims of the '516 patent on 35 U.S.C § 112 grounds as lacking enabling support or failing to be supported by the written description in the '516 patent specification. Instead, the examiner simply determined that, based upon analysis of the '516 patent claims, one or more of the limitations in the '516 patent claims lacks support by any 35 U.S.C. § 120 benefit-claim application in the '516 patent that has a filing date earlier than November 13, 1991. This was done in accordance with the practice described in MPEP § 2217, which in turn relies upon the practice described in MPEP § 201.11. The examiner then continued by explaining why one or more of the patents or printed publications having a date earlier than November 13, 1991, raised a substantial new question of patentability.

It is noted that with respect to the issue of limiting the '516 patent claims to a date of November 13, 1991, patent owner does not regard the examiner's order for reexamination as being complete because it does not mention all of the 203 patent claims at pages 4-6 of the order. However, a finding that a request for *ex parte* reexamination that raises a substantial new question of patentability for at least one patent claim will mandate the reexamination of all patent claims not otherwise having been held "invalid" by a final court, (*i.e.,* nonappealable) court decision. [10]

Patent owner's arguments with respect to the allegedly incomplete nature of the examiner's order granting reexamination (on the grounds that the order fails to include a discussion of the benefit claim analysis) are not persuasive. Initially, it is pointed out that MPEP § 2246 indicates that the examiner's order **should** include a discussion of the reasons why a particular patent or printed publication is considered to be prior art as to a given patent claim. It is noted that the examiner did, on pages 5 and 6 of the order for reexamination, specifically indicate that no claims of the '516 patent were supported by the 07/341,436 parent application, and specified, by way of example, certain instances in which certain of the claims of the '516 patent would not be supported by the "pre-November 1991" applications. On the other hand, patent owner has not indicated even a single claim that patent owner deems to be entitled to a filing date earlier than November 13, 1991. MPEP § 2246 does not command that the order for *ex parte* reexamination must include a discussion more complete than that provided by the examiner in the order granting reexamination in the '828 reexamination proceeding. In the absence of specific discussion, it is clearly implicit that the examiner relied upon the discussion the reexamination request.

In addition, petitioner's arguments directed at the completeness of the examiner's order and/or the accuracy of requester's analysis of the 35 U.S.C. § 120 benefit claim in the request are not directed to the question of whether the order granting reexamination is, or is not, *ultra vires*. Rather, an *ultra vires* question is a question of whether or not the reexamination order is based upon matters that are proper for raising a substantial new question (of patentability) in a reexamination proceeding, *i.e.,* a question of whether the Office had jurisdiction to reexamine such matters. [11] If the Office properly has jurisdiction, the fact that the basis for same was not

---

[9] See pages 4 and 5 of the Order.
[10] 35 U.S.C. § 304(a); 37 CFR 1.525; MPEP § 2246
[11] Patlex Corporation v. Quigg, 680 F.Supp. 33, 37 (D.D.C. 1988)

**Exh. 6, page 17**

completely detailed in the order does not establish that the Office's action in ordering reexamination was an *ultra vires* action.

The issue of the completeness and/or accuracy of the examiner's order, or of requester's request for reexamination on which the order was based, goes to the merits, (*i.e.*, accuracy), of the examiner's determination that a substantial new question of patentability was properly established by the request for reexamination, and not to the Office's jurisdiction to issue an order containing that determination. Unlike the issue of jurisdiction (*ultra vires* order), the issue of the completeness and/or correctness of the order is not petitionable. Rather, that issue is resolved during the examination and prosecution of the proceeding, including any appeal that may be appropriate.. See MPEP § 2246(1).

### 4.   Additional Arguments Presented By Patent Owner Are Mooted By The Finding That At Least One Substantial New Question Of Patentability Was Properly Found By The Examiner

As noted at page 3, *supra*, patent owner also argues that even though the examiner held that the claims of the '516 patent were entitled only to a date of November 13, 1991, the examiner improperly applied documents that were dated subsequent to November 13, 1991 in order to find the existence of a substantial new question of patentability. Patent owner additionally argues that the examiner improperly applied documents that dated after November 13, 1991 to find that a substantial new question of patentability exists based upon "inherent anticipation."

These arguments will not be further discussed for several reasons. First, as pointed out in section 3, *supra*, the examiner has established at least one substantial new question of patentability that did rely upon documents dated subsequent to November 13, 1991, and also did <u>not</u> rely upon "inherent anticipation." Second, as also pointed out in section 3, *supra*, jurisdiction to reexamine the claims of a patent requires only that a substantial new question of patentability be found for at least one claim of that patent. As the examiner has determined that a substantial new question of patentability exists based upon an analysis permitted by the reexamination statutes and reliant upon facts found by the examiner, it is clear that the Order Granting Request for *Ex Parte* Reexamination dated December 12, 2005 does not constitute an *ultra vires* action. The examiner's order facially appears to be within the bounds of the reexamination statutes. Resolution of all questions regarding the accuracy of any rejection that may subsequently be made by the examiner during the examination of the '516 patent pursuant to 37 CFR 1.552, including questions based upon issues such as whether the examiner has properly determined the effective date of any particular claim of the '516 and whether the examiner has properly applied the doctrine of inherent anticipation (if a rejection on that ground is made) is properly the subject of appeal pursuant to pursuant to 35 U.S.C. § 306 and the regulations that implement the appeal rights conferred thereby.

It is not the function of the petition process to resolve the matter of applying the prior art. As pointed out in *Heinl v. Godici*, 143 F. Supp. 2d 593 (E.D. Va. 2001), "[c]ourts are uniform in recognizing that the decision to grant reexaminations of a patent is preliminary, not final agency action." *Heinl*, 143 F. Supp. 2d at 597. Both (a) the fact that the issue as to the status of the cited references as prior art based on an analysis of the effective date for the claims of the '516 patent has never been determined in the prior proceedings, and (b) the fact that an order granting reexamination is not a final agency action, weigh in favor of allowing the reexamination proceedings to continue.

**In conclusion:**

**Exh. 6, page 18**

In *Heinl*, 143 F.Supp.2d at 601, the court stated, in a decision seeking termination of reexamination based on the absence of a new question of patentability:

> "Under the well established *ultra vires* doctrine, the exhaustion and final agency requirements are excused 'only if plaintiff is able to show that the PTO clearly exceeded its statutory authority'", quoting from *Philip Morris, Inc. v. Block*, 755 F.2d 368, 370 (4th Cir 1985 (quoting *Mayor and City Council of Baltimore v. Mathews*, 562 F.2d 914, 920 (4th Cir. 1977), vacated on other grounds, 571 F.2d 1273 (4th Cir. 1978).

The court went on to state:

> "Put differently, when an agency acts in 'brazen defiance' of its statutory authorization, courts need not await the conclusions of underlying proceedings."

After a review of the record, and based upon the above discussion, it is found that patent owner has not shown that the Office "clearly exceeded its statutory authority," nor acted "in brazen defiance of its statutory authorization," in the Office determination that the questions of patentability raised in the December 5, 2005 reexamination request properly raised a substantial new question of patentability.

## DECISION ON PATENT OWNER'S PETITION
## TO STAY REEXAMINATION

The patent owner petition to stay this reexamination proceeding was filed on February 17, 2006, one day after the filing of the petition to vacate the reexamination order of December 12, 2005. The patent owner has requested that the Office stay the instant reexamination proceeding until the authority of the Office to proceed with the reexamination is finally decided.

It is initially noted that no patent owner statement was filed in the '828 *ex parte* reexamination proceeding on or before the due date of February 12, 2006, [12] thereby bringing the proceeding up for the first *ex parte* examination on the merits of the claims *at that point in time*. [13] Nevertheless, the patent owner's petition to stay has been granted to the extent that action on the proceeding was delayed pending a consideration of the concurrently filed petition to vacate the reexamination order. At this point in time, however, the proceeding is ripe for action on the merits. A review of the petition to stay, and the record as a whole, fails to reveal any compelling legal or factual basis to support the grant of a further stay of the reexamination proceeding, when it has now been determined by the Office that jurisdiction to order reexamination was not lacking. In *Ethicon v. Quigg*, 849 F.2d 1422; (Fed. Cir. 1988), it was held that a stay of reexamination was not appropriate due to the existence of concurrent litigation involving the patent for which reexamination in the Office was sought. While the stay in the instant reexamination proceeding involves the alleged *ultra vires* nature of the reexamination request, much of the rationale of the *Ethicon* decision is applicable to the instant petition.

In *Ethicon*, the court gave considerable, indeed dispositive, weight to the language of 35 U.S.C. § 305 that requires *ex parte* reexamination proceedings in the Office to be conducted with special dispatch, notwithstanding the existence of concurrent court litigation. The court further noted that "litigation and reexamination are distinct proceedings, distinct purposes, procedures and

---

[12] The Order Granting Request for *Ex Parte* Reexamination dated December 12, 2005, set a two month period in which a patent owner's statement pursuant to 37 CFR 1.530 could be filed.
[13] See 37 CFR 1.530 and 37 CFR 1.550; see also MPEP § 2254.

outcomes." *Id*, at 1154. In the instant reexamination proceeding, concurrent litigation exists with respect to the '516 patent, and, therefore, the benefits discussed in *Ethicon* at page 1157 with respect to conducting reexamination in the Office - even when the involved patent is in litigation - are present in the instant reexamination proceeding. Further, although patent owner states that the stay being sought is for a defined period time, [14] in fact the stay is being sought until there has been a final decision on the issue of whether the order granting reexamination was an *ultra vires* act. Final determination is stated by patent owner to include court review if necessary to decide the question, [15] and that in turn means that the stay requested amounts to a stay of the '828 *ex parte* reexamination proceeding for an indeterminate amount of time. This clearly runs counter to the statutory requirement for special dispatch.

Note is taken of the fact that in drafting the reexamination statute, it was Congress' intent that patent owners be protected from harassment. *Patlex Corporation v. Mossinghoff*, 771 F.2d 480 (Fed. Cir. 1985). However, patent owner nowhere offers a convincing rationale explaining why the filing of the request for reexamination in this instance, and its resolution, would constitute harassment of patent owner. Harassment is not established merely because the request for reexamination is a second request for *ex parte* reexamination of the '516 patent. Patent owner has also not shown that the filing of the request reexamination was an action taken with an intent to harass. Patent owner does not offer any evidence that the third party requester in the '828 reexamination proceeding is "improperly seeking reexamination." [16] Patent owner only relies upon the assumption that patent owner's position in its February 16, 2006 petition to vacate is correct. Yet, that is a matter to be settled via examination and the appeal process, not by petition. It is noted that patent owner does not offer any explanation of the conclusory statement that continuing with this reexamination would prejudice patent owner at trial. [17] Even if patent owner were correct that the request for *ex parte* reexamination filed on December 2, 2005 includes matters outside of the scope of reexamination, the court would nevertheless be in a position to examine such matters independently of any finding by the Office, and to thereafter accord these matters such effect as the court deems warranted.

Given the rationale discussed in *Ethicon* against staying a reexamination proceeding, and weighing the allegations of potential prejudice to patent owner in conducting the instant reexamination proceeding against the fact that any such stay would be for an indeterminate amount of time (so as to make the conducting of this proceeding with special dispatch problematic), this reexamination proceeding <u>will not be further stayed</u>.

---

[14] Petition to Stay, page 4.
[15] Petition to Stay, page 3.
[16] Petition to Stay, page 2.
[17] Petition to Stay, page 4

## CONCLUSION

1.  The petition under 37 CFR 1.181 to vacate the reexamination order dated December 12, 2005 as being an *ultra vires* action on the part of the Office is <u>dismissed</u>.

2.  The petition to stay the '828 *ex parte* reexamination proceeding pending a final determination on the question of whether the reexamination order is an *ultra vires* act has been <u>granted</u> only to the extent that no examination of the patentability of the claims was undertaken pending the issuance of this decision in the 37 CFR 1.181 petition to vacate, but is <u>dismissed</u> with respect to staying the proceedings subsequent to the mailing date of this decision.

3.  The reexamination proceeding is being returned to the jurisdiction of the Central Reexamination Unit for appropriate action, including consideration of whether to merge the '828 *ex parte* reexamination proceeding with the '503 *ex parte* reexamination proceeding.

4.  Telephone inquiries related to this decision should be directed to Stephen Marcus, Legal Advisor, at (571) 272-7743, or in his absence, to the undersigned at (571) 272-7710.

Kenneth M. Schor
Senior Legal Advisor
Office of Patent Legal Administration

sm
March 22, 2006

2-26-06
C:\Kiva\Kenpet6\UV\7828 UV 112 for 120+inherency test & stay proceedings.doc

**Exh. 6, page 21**



70181   U.S. PTO

05/11/06   Docket No. 74753/JPW/GJG

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patentees:     David Baltimore, Ranjan Sen, Phillip A. Sharp, Harinder Singh, Louis Staudt, Jonathan H. Lebowitz, Albert S. Baldwin Jr., Roger G. Clerc, Lynn M. Corcoran, Patrick A. Baeuerle, Michael J. Lenardo, Chen-Ming Fan, and Thomas P. Maniatis

*Ex Parte*
Reexamination
Control No.:   **90/007,503**          Group Art Unit: 3999

Filed      :   April 4, 2005            Examiner: B.M. Celsa

Patent No.:    6,410,516 B1            Serial No: 08/464,364

Issue Date:    June 25, 2002            Filed:    June 5, 1995

For        :   NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL REGULATION

                                        1185 Avenue of the Americas
                                        New York, New York 10036
                                        May 8, 2006

Mail Stop *Ex Parte Reexam*
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

## SEVENTH SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

In accordance with their duty of disclosure under 37 C.F.R. §1.555, Patentees direct the Examiner's attention to the following disclosures, which are listed on Form PTO-1449 (**Exhibit A**). Copies of the disclosures listed below as items 1-2 including listed attachments are attached hereto as **Exhibits 1-2**, respectively.

**Exh. 6, page 22**

Copied from 90007503 on 07/19/2006

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.:    90/007,503
*Page 2 of 3 of Information Disclosure Statement*

1.    Trial Transcript - April 27, 2006 Jury Trial Day 13, First
      Session pgs. 1-86, in Civil Case 02 CV 11280 RWZ **(Exhibit
      1)**; and

2.    Trial Transcript - April 27, 2006 Jury Trial Day 13, Second
      Session pgs. 88-141, in Civil Case 02 CV 11280 RWZ **(Exhibit
      2)**.

If a telephone interview would be of assistance in advancing
prosecution of the subject application, applicants' undersigned
attorney invites the Examiner to telephone at the number provided
below.

No fee is deemed necessary in connection with the filing of this
Seventh Supplemental Information Disclosure Statement.  If any
such fee is required, authorization is hereby given to charge the
amount of any such fee to Deposit Account No. 03-3125.

                              Respectfully submitted,

| I hereby certify that this |
| correspondence is being deposited |
| this date with the U.S. Postal |
| Service with sufficient postage as |
| first class mail in an envelope |
| addressed to: |
| Commissioner for Patents, P.O. Box |
| 1450, Alexandria, VA 22313-1450. |
| *Gary J. Gershik* 5/8/06 |
| John P. White         Date |
| Reg. No. 28,678 |
| Gary J. Gershik |
| Reg. No. 39,992 |

                              *Gary J. Gershik*

                              John P. White
                              Registration No. 28,678
                              Gary J. Gershik
                              Registration No. 39,992
                              Attorneys for Applicants
                              Cooper & Dunham LLP
                              1185 Avenue of the Americas
                              New York, New York 10036
                              (212) 278-0400

**Exh. 6, page 23**

Copied from 90007503 on 07/19/2006

Docket No. 75848/JPW/GJG

64660 U.S. PTO    05/10/06

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patentees:    David Baltimore, Ranjan Sen, Phillip A. Sharp, Harinder Singh, Louis Staudt, Jonathan H. Lebowitz, Albert S. Baldwin Jr., Roger G. Clerc, Lynn M. Corcoran, Patrick A. Baeuerle, Michael J. Lenardo, Chen-Ming Fan, and Thomas P. Maniatis

*Ex Parte*
Reexamination
Control No.:    **90/007,828**          Group Art Unit: 3991

Filed        :    December 2, 2005         Examiner: B.M. Celsa

Patent No.:    6,410,516 B1              Serial No: 08/464,364

Issue Date:    June 25, 2002             Filed:    June 5, 1995

For        :    NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL REGULATION

1185 Avenue of the Americas
New York, New York 10036
May 8, 2006

Mail Stop *Ex Parte Reexam*
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

## SIXTH SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

In accordance with their duty of disclosure under 37 C.F.R. $1.555, Patentees direct the Examiner's attention to the following disclosures, which are listed on Form PTO-1449 (**Exhibit A**). Copies of all of the references listed herein are being submitted in connection with *Ex Parte* Reexamination Control No. 90/007,503, filed April 4, 2005, of the above-identified patent, which reexamination is also assigned to Examiner Celsa. Accordingly, copies of items 1-2 are not attached to this Sixth Supplemental Information Disclosure Statement but are readily

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.:    90/007,828
*Page 2 of 3 of Information Disclosure Statement*

available to Examiner Celsa and to the public from *Ex Parte* Reexamination Control No. 90/007,503.

1.    Trial Transcript - April 27, 2006 Jury Trial Day 13, First Session pgs. 1-86, in Civil Case 02 CV 11280 RWZ **(Exhibit 1)**; and

2.    Trial Transcript - April 27, 2006 Jury Trial Day 13, Second Session pgs. 88-141, in Civil Case 02 CV 11280 RWZ **(Exhibit 2)**.

If a telephone interview would be of assistance in advancing prosecution of the subject application, applicants' undersigned attorney invites the Examiner to telephone at the number provided below.

No fee is deemed necessary in connection with the filing of this Sixth Supplemental Information Disclosure Statement. If any such fee is required, authorization is hereby given to charge the amount of any such fee to Deposit Account No. 03-3125.

Respectfully submitted,

I hereby certify that this correspondence is being deposited this date with the U.S. Postal Service with sufficient postage as first class mail in an envelope addressed to:
Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

John P. White    5/8/06
Reg. No. 28,678    Date
Gary J. Gershik
Reg. No. 39,992

John P. White
Registration No. 28,678
Gary J. Gershik
Registration No. 39,992
Attorneys for Applicants
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 278-0400

**Exh. 6, page 25**

# EXHIBIT 7

Docket No. 74753/JPW/GJG

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

A Merged Proceeding of *Ex Parte* Reexamination Control Nos:

**90/007,503**            and            **90/007,828**
**Filed April 4, 2005**        **Filed December 2, 2005**

**Merged Pursuant to May 4, 2006 Merger Decision**
**Group Art Unit: 3991   Examiner: B.M. Celsa**

| | |
|---|---|
| Patentees: | David Baltimore, Ranjan Sen, Phillip A. Sharp, Harinder Singh, Louis Staudt, Jonathan H. Lebowitz, Albert S. Baldwin Jr., Roger G. Clerc, Lynn M. Corcoran, Patrick A. Baeuerle, Michael J. Lenardo, Chen-Ming Fan, and Thomas P. Maniatis |

Patent No.:    6,410,516 B1            Serial No: 08/464,364

Issue Date:    June 25, 2002            Filed:    June 5, 1995

For    :    NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL REGULATION

1185 Avenue of the Americas
New York, New York 10036

Mail Stop *Ex Parte* Reexamination
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## DECLARATION OF DR. INDER VERMA

I, Dr. Inder Verma, declare as follows:

1.    I am the American Cancer Society Professor of Molecular Biology at The Salk Institute, Laboratory of Genetics, La Jolla, California. A copy of my *curriculum vitae* and a list of my publications are attached hereto as **Exhibit A.**

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 2 of 74  of Declaration of Dr. Inder Verma*

2.    I have been retained by the patent owners' and licensee's counsel for the purpose of

providing expert technical testimony in this reexamination.  I am being compensated at $600.00

per hour (or a maximum of $5,000 for a day).  I was previous retained by the licensee's litigation

counsel for purposes of the litigation in the District of Massachusetts, but I did not offer

testimony in that litigation.  I am not otherwise affiliated with the Patent Owners or the licensee.

I.      **Scope of Opinion**

3.    I have been provided with, and asked to review, U.S. Patent No. 6,410,516, the

Office Action dated August 2, 2006, and the various references cited within that Office Action.  I

have been asked to provide an analysis of the scientific evidence relied on by the Examiner to

reject certain claims of the '516 patent as expressly or inherently anticipated by these references.

In particular, I have been asked to provide an analysis as to whether one of skill in the art would

have understood these references to describe or disclose the elements of the '516 claims being

rejected on the basis of these references.  Where the rejection of certain claims has been made on

grounds of inherency, I have also been asked to analyze whether there is any basis in fact and/or

technical reasoning to support a determination that elements present in these claims would

necessarily result from the teachings of the cited art.  For the purpose of this declaration I have

understood, one skilled in this art in 1989 or even 1991 would have at least a doctoral degree,

e.g. a Ph.D. degree, in molecular biology or a related discipline, have at least 3 years of post-

doctoral training, have knowledge in cell biology, biochemistry and genetics, and be well trained

in laboratory methodologies.

4.    The opinions set forth in this declaration are based on my professional knowledge

and expertise, as indicated in my curriculum vitae, my review of the '516 patent, application U.S.

Serial No. 07/341,436, filed April 21, 1989, and applications incorporated by reference therein,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 3 of 74 of Declaration of Dr. Inder Verma*

Orders Granting Requests for Reexamination 90/007,503 and Reexamination 90/007,828, and the Office Action (Merged Request for Reexamination) dated August 2, 2006, including the documents cited in the Office Action, as well as additional documents cited in this declaration. For the purposes of this declaration I have been advised and understand that the claims which will be pending are claims 1-6, 8-27, 29-38, 40-80, 82, 84, and 87-202.

## II.    Interpretation of the Claims

5.    My interpretation of the claims is based on my understanding to how one of skill in the art would have understood the terms appearing in the claims in the context of the claims as a whole, in view of the description of the invention set forth in the patent.  To assist in my explanation of the claims, I will refer to a series of 17 explanatory schematics, which are attached to this declaration as **Exhibit 1**.

6.    The patent relates to work of the inventors inclduing by Dr. David Baltimore, which grew out of studies on how the immune system is regulated. The immune system consists of a variety of specialized cells, and protects the body by attacking and eliminating harmful foreign organisms and substances. The inventors' work demonstrated that a particular factor in the cell, NF-κB, plays a central role in regulating how immune cells respond to inflammatory stimuli.

7.    The inflammatory process involves a series of events that comprise part of the body's protective response to injury and infection.  As part of this protective response, various cells respond to inflammatory stimuli by turning on expression of genes having important functions in the immune and inflammatory responses to such stimuli.  '516 patent, col. 2, ll. 54-59, col. 12, ll. 57-66, col. 13, ll. 13-29.   NF-κB is essential for the proper activation of immune

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 4 of 74  of Declaration of Dr. Inder Verma*

cells and the inflammatory process and plays a central role in regulating this process. '516 patent, col. 17, ll. 30-37. Specifically, NF-κB functions as a transcription factor, which is activated in response to inflammatory stimuli and participates in regulating expression of particular genes, such as genes encoding antibody chains and cytokines. ('516 patent, col. 2, lines 20-45, col. 12, line 57- col. 14, line 54).

8.     In the absence of inducing stimuli, NF-κB is generally present in an inactive form in the part of the cell called the cytoplasm. In its inactive form, NF-κB is tightly bound to an inhibitor protein called IκB, which prevents NF-κB from traveling to the nucleus. Upon activation in response to signals triggered by the interaction of certain external influences with receptors on the surface on the cell, NF-κB is released from its complex with IκB. The released NF-kB then moves to the nucleus of the cell, where it participates in regulating expression of particular genes by binding to specific DNA sequences or "recognition sites" on those genes, leading to transcription of such genes. (Schematic 1 of **Exhibit 1** .) See also, for example, '516 patent, column 2, lines 46-63; column 10, lines 31-55; column 14, lines 28-30; column 16, lines 22-63.

9.     While NF-kB activity is essential to allow the body to respond to the effects of harmful external agents, in some cases the activity can become excessive causing other undesirable effects. The entire NF-kB activity pathway from induction to gene expression can be separated into the six (6) general segments shown is Schematic 2 of **Exhibit 1**. The kinetics NF-kB activity induced by the presence of an external influence is represented in blue in the graph in the upper right hand corner of Schematic 2.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 5 of 74  of Declaration of Dr. Inder Verma*

10.   I understand the claims of the '516 patent to be directed to various methods for intervening in the processes involved in NF-kB activity so as to effect subsequent NF-kB-regulated effects. In situations where there is activation of NF-kB in response to external stimuli, the claimed methods are useful for reducing the potentially harmful effects of these external stimuli. For example, certain pathological states are characterized by the presence of external influences which act on the cell (such as LPS binding to the LPS receptor), which can result in excessive or inappropriate induction of NF-kB activity.

11.   The claims are directed to methods for achieving the goal of modifying the naturally occurring response to such external inducing stimuli and reducing the harmful effect of such external influences by "reducing NF-kB activity." For example, see col. 3, lines 59-67, where the patent explains that, "As a result of this finding, it is now possible to alter or modify the activity of NF-kB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-kB activity. Alteration or modification, whether to enhance or reduce NF-kB activity or to change its binding activity (e.g., affinity, specificity), is referred to herein as regulation of NF-kB activity." This goal is achieved by reducing the ability of NF-kB to act as a messenger inside the cell so as to effect specific results recited in the claims, such as reducing NF-kB mediated gene expression.  When read in light of the teachings of the patent disclosure, one of skill in the art would understand and interpret the claims to require affirmative acts and manipulative steps, calculated to achieve specific results.

12.   The '516 patent teaches that one can reduce induced NF-κB activity by interfering anywhere along any of the six (6) segments of the pathway through which NF-κB is activated as

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 6 of 74 of Declaration of Dr. Inder Verma*

represented by the arrows in Schematic 3 of **Exhibit 1**. One of skill in the art would understand that the '516 patent claims are directed to achieving specified results by interfering along these segments of the NF-kB pathway so as to reduce NF-kB activity.

13. In normal cells, in the absence of inducing stimuli, there is no induced NF-kB activity and therefore no consequent NF-kB mediated intracellular signaling. Such activation and signaling only take place in response to an external influence that acts on the cell. Since the claims recite methods for reducing NF-kB activity, one of skill in the art would understand that the claimed methods do not cover prophylaxis, i.e. in systems not exposed to an induced, but instead are directed to methods such as treating pathological states in which NF-kB activity which has been induced is reduced.

14. I understand some claims, for example, claims 1, 2 and 5, to be directed to methods of achieving specified results by interfering along any one of the six (6) segments shown in Schematic 3. Other claims, for example, claims 8, 9, 10, 14, 95 and 145 require that the external influence "induce NF-kB-mediated intracellular signaling." Thus, these claims require the continuous occurrence of at least the first step, i.e. the induction step 1 which results in intracellular signaling, but encompass interference along any of the remaining five (5) segments inside the cell (Schematic 4 of **Exhibit 1**).

15. Other claims are more specific and require interference with the NF-kB pathway along only one of the five (5) segments which occur within the cell. For example, claims 20, 22, 24, 31, 33, 35, 42, 44 and 46 require interference along segment 2 (Schematic 5 of **Exhibit 1**); claims 23, 34 and 45 require interference along segment 3 (Schematic 6 of **Exhibit 1**); claims 21,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 7 of 74 of Declaration of Dr. Inder Verma*

32, 43 and 89 require interference along segment 5 (Schematic 7 of **Exhibit 1**); and claims 25,

47, 80 and 144 require interference along segment 6 (Schematic 8 of **Exhibit 1**).

### III.    The August 2, 2006 Office Action

16.    I note that on pages 3-4, the Examiner stated that none of the claims of the patent

are entitled to earlier than a November 13, 1991 filing date.  I respectfully disagree.  I find the

invention described by the claims is also described in U.S. Serial No. 07/341,436, filed April 21,

1989, a copy of which I am advised is attached hereto as **Exhibit 2**.  For purposes of the August

2, 2006 Office Action, I have been informed that the issue of the filing date is relevant only for

certain claims listed in the Claim Support Chart attached hereto as **Exhibit 3**.  I have reviewed

the portions of U.S. Serial No. 07/341,436 indicated in the Claim Support Chart, and understand

and agree that each of the portions of the application being cited in the chart fully describes the

invention recited in the corresponding claim listed in the chart in such a way that a person of skill

in the art could readily practice the claimed invention without undue experimentation, i.e. only

routine experimentation would be required.  I note that on page 1, lines 4-8, U.S. Serial No.

07/341,436 refers to and incorporates by reference three other applications.  i.e. 06/817,441,

07/155,207, and 07/280,173.  Copies of what I am advised are those applications are attached

hereto as **Exhibits 4, 5, and 6, respectively**.  I have also reviewed these applications for the

purpose of this analysis.

17.    Contrary to the Examiner's assertion on the bottom of page 3 of the Office Action,

amino acid or nucleic acid sequences corresponding to NF-kB are not recited in the pending

claims or necessary for one skilled in the art to practice any of the claims of the '516 Patent as of

April 21, 1989.  Furthermore, contrary to the Examiner's assertion, I find the phrase "reducing

NF-kB activity" to be described in the passage, "Alteration or modification, whether to enhance

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 8 of 74  of Declaration of Dr. Inder Verma*
or <u>reduce NF-kB activity</u> . . . is referred to herein as regulation of NF-kB activity" on page 5, lines 13-16 of U.S. Serial No. 07/341,436.

18.    I find the phrase "mammalian cells" to be described in the passage, "NF-kB [is] present in a wide variety of <u>mammalian cells</u>" on page 77, lines 8-9 of U.S. Serial No. 07/155,207. Similarly, I find the phrase "eukaryotic cells" to be described in the passage "In the present work with <u>eukaryotic cells</u>" on page 4, line 21 of U.S. Serial No. 07/280,173. I note the Examiner also asserted that "'reducing NF-kB activity' in a cell (e.g. especially mammalian/eukaryotic) and/or an enabling means thereof (e.g. administering a NF-kB inhibitor) to effect various functions (e.g. inhibit expression generally, reduce cytokine expression etc.)" is not disclosed in the subject patent. I respectfully disagree. In this regard, I note that, for example, page 23, line 22 to page 30, line 25 of U.S. Serial No. 07/341,436 describes how one skilled in the art can reduce NF-kB activity in accordance with the invention.

19.    I find the phrase "reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB" to be described by the passage, "NF-kB-mediated gene expression can also be selectively regulated by altering the <u>binding domain of NF-kB</u> in such a manner that binding specificity and/or affinity are modified" on page 5, line 31 to page 6, line 8; and by the passage, "According to the methods described herein, the <u>expression of genes under the control of one of these elements is subject to modulation</u> by alteration of the concentration or availability of NF-KB. This can also be carried out, according to the present method, for <u>any gene which contains an NF-kB binding site</u>" on page 24, lines 9-29 of U.S. Serial No. 07/341,436, as well as its title.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 9 of 74  of Declaration of Dr. Inder Verma*

20.    I find the phrase "inhibiting modification of an IkB protein, which modification otherwise reduces IkB binding to NF-kB" to be described by the passage, "Inactive NF-kB is complexed with a labile inhibitor protein, I-kB" on page 18, lines 28-29; by the passage, "The implication is that activation of NF-kB involves a modification of I-kB and not NF-kB" on page 19, lines 20-21; and by the passage "As a result of this finding, it is now possible to alter or modify the activity of NF-KB as an intracellular messenger and, as a result, to alter or modify the effect of a variety of external influences, referred to as inducing substances, whose messages are transduced within cells through NF-KB activity.... In particular, the present invention relates to a method of regulating (enhancing or diminishing) the activity of NF-KB in cells in which it is present and capable of acting as an intracellular messenger, as well as to substances or composition useful in such a method" on page 5, lines 7-13 and 23-25 of U.S. Serial No. 07/341,436.

21.    I find the phrase "inhibiting degradation of an IkB protein" to be described in the passage, "Various inducer then cause an alteration in I-kB allowing NF-kB to be released from the complex" on page 20, lines 1-3; and by the passage on page 5, lines 7-13 and 23-25 of U.S. Serial No. 07/341,436.    Similarly, I find the phrase "inhibiting dissociation of NF-kB:IkB complexes" to be described by the passage, "... dissociating agents such as formamide and deoxycholate to unmask very high levels of NF-kB activity" on page 19, lines 1-3; and by the passage, "The complex formation of NF-kB with I-kB appears to be rapidly and efficiently reversible ...." on page 20, lines 5-7 of U.S. Serial No. 07/341,436.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 10 of 74  of Declaration of Dr. Inder Verma*

**IV.    Cyclosporin A (CsA)**

22.    CsA is used as an immunosuppressive drug and is believed to act primarily on T-lymphocytes. The accumulated scientific evidence indicates that CsA exerts its clinical effect through its ability to inhibit an intracellular enzyme called calcineurin. (Loh et al. 1996; Hogan et al. 2003; Ho et al. 1996, **Exhibits 7, 8,** and 9, respectively).  Calcineurin regulates the activity of the NFAT (nuclear factor of activated T cells) transcription factor.  Increases in cytoplasmic calcium activate calcineurin, which by dephosphorylating NFAT, causes NFAT to move to the nucleus. There, NFAT participates in regulating expression of a number of genes, including certain cytokines such as IL-2. By inhibiting calcineurin, CsA can inhibit calineurin-mediated activation of NFAT family members and modulate expression of NFAT regulated genes. (Loh et al. 1996; Hogan et al. 2003; Ho et al. 1996).

**A.    Express Anticipation Rejection based on Emmel 1989, Schmidt 1990 or Brini 1990**

23.    I have read claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 that the Examiner has rejected in view of Schmidt 1990, Emmel 1989 or Brini 1990, improved copies of which are attached as **Exhibits 10, 11 and 12,** respectively.  All these claims require "reducing NF-kB activity." The Examiner contends that each of these references teach administration of CsA (CsA) to reduce NF-kB activity in cells. The Examiner further contends they teach administration of CsA to reduce NF-kB activity so as to inhibit transcription of NF-kB regulated genes. I respectfully disagree. One of skill in the art would not understand any of these references to demonstrate that use of CsA resulted in reduced NF-kB activity.  Moreover, as I discuss in more detail below, I disagree that any of these references describes or teaches any

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 11 of 74  of Declaration of Dr. Inder Verma*

method of using CsA that would have carried out other additional elements required by the above claims.

### (i)    Express anticipation rejection based on Schmidt 1990

24.    Schmidt reports various experiments conducted in Jurkat cells, a human T cell lymphoma line.   Schmidt examined the extent to which simultaneous treatment with CsA appeared to prevent certain cellular responses to PHA and PMA. The Examiner contends that the use of CsA as described in Schmidt would anticipate '516 patent claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201, if these claims were entitled only to a November 13, 1991 filing date. I respectfully disagree.

25.    As an initial matter, I understand all of the above claims are directed to methods carried out on cells in which NF-kB activity has been induced. (see, above, paragraphs 5-15). In the experiments (Schmidt, Figs. 1 and 4) relied on by the examiner, CsA was not administered to Jurkat cells which had first been induced with PHA. Instead, Jurkat cells were simultaneously treated with CsA and PHA.   None of these experiments would have carried out the various methods recited in these rejected claims.

26.    Further, with regard to Schmidt, the Examiner contends that data from EMSA assays (Schmidt Fig. 1, lane 6) show the ability of CsA to reduce PHA-induced NF-kB activity in Jurkat cells. I disagree.   The Examiner's conclusion relies on an erroneous interpretation that the CsA sensitive binding activity that Schmidt observed in PHA-induced cells by EMSA corresponds to NF-kB binding activity.   The Examiner's erroneous interpretation contradicts the data in the '516 patent regarding PHA-induced Jurkat cells.   A proper interpretation of Schmidt,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 12 of 74  of Declaration of Dr. Inder Verma*

in view of the '516 patent and other studies, indicates that CsA sensitive binding activity does not correspond to NF-kB activity, but instead corresponds to activity of another transcription factor, NFAT (alternatively "NF-AT"). See, Schematics 11-13 of **Exhibit 1** for reference.

27. In this regard, the Examiner erroneously states that Schmidt used the "same" EMSA assay as the '516 patent. Among other things, Schmidt did not use the same oligonucleotide probe. The particular oligonucleotide probe used as the binding site determines the specificity of the EMSA for measuring NF-kB binding activity under a particular experimental condition. The oligonucleotide probe Schmidt used corresponds to a portion of the HIV enhancer.

28. Notably, the NFAT sequence shares considerable homology with NF-kB in its DNA binding region (Giffin 2003, at 801). A number of studies have demonstrated that NFAT recognizes and binds to a subgroup of the sequences that also serve as NF-kB binding sites. For this reason, without further appropriate controls to confirm the identify of the binding complexes detected, one could not use an EMSA based on a sequence capable of binding both NFAT and NF-kB to discriminate between NF-kB activity and NFAT binding activity. In particular, later studies have demonstrated that one such sequence is the HIV enhancer sequence that was used as an oligonucleotide probe in the Schmidt study. (see, for example, Giffin 2003, Kinoshita et al. 1997, **Exhibits 13 and 14**). In PHA- and PMA-induced Jurkat cells, this EMSA detected at least four complexes with different mobilities, indicating that nuclear extracts from these cells contained multiple factors binding to that HIV enhancer sequence. (Schmidt fig. 1).

29. Recognizing the apparent lack of specificity indicated by their EMSA data indicated, the Schmidt authors carefully qualified their conclusions, characterizing the complexes

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 13 of 74  of Declaration of Dr. Inder Verma*

bound to the HIV enhancer only as being "NF-kB-like," and not as being NF-kB (Schmidt at

4039). The Examiner's conclusion that the CsA-sensitive complex Schmidt observed

corresponds to NF-kB therefore overstates what the authors themselves concluded about their

own data.

30.    The '516 patent similarly used EMSA to analyze binding activity in Jurkat cells

induced with PMA and/or PHA. ('516 patent, fig 24A). However, instead of the HIV enhancer,

that EMSA used a portion of the kappa immunoglobulin enhancer (kappa 3)('516 patent col. 72,

line 54-58; fig. 13A, col. 50 line 8-22, col. 50, line 60 – col. 51, line 5). EMSA analysis

demonstrated that PMA alone induced significant NF-kB binding activity in Jurkat cells. ('516

patent, fig 24A). The kappa 3-based EMSA detected a single specific band, reflecting the greater

specificity of that EMSA for NF-kB in these cells. In contrast, as evident from the experiment

reported in Fig. 24, PHA alone did not induce NF-kB binding activity in Jurkat cells. ('516

patent, fig. 24A).

31.    In view of the '516 patent, one of skill in the art would therefore not interpret the

PHA-induced binding to the HIV enhancer Schmidt observed in Jurkat cells as NF-kB binding

activity. The observation by Schmidt that PHA-induced binding to an HIV enhancer probe was

CsA sensitive therefore does not demonstrate that (as the Examiner assumes) CsA reduced NF-

kB activity. Indeed, when Schmidt assessed induction of NFAT binding activity in Jurkat cells

using an EMSA specific for NFAT, (Schmidt, fig. 2), there was "good activation of NFAT-1

with PHA alone, but not with PMA alone." Such data explain the positive EMSA binding

activity induced by PHA treatment that Schmidt observed with the HIV enhancer likely

corresponds to NFAT.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 14 of 74  of Declaration of Dr. Inder Verma*

32.    Further, the '516 patent indicates that in contrast to PHA, PMA induced substantial NF-kB binding activity in Jurkat cells. ('516 patent, Fig. 24B). However, in Schmidt, CsA did not prevent PMA-induced binding activity to the HIV enhancer in Jurkat cells. Therefore, to the extent PMA-induced binding activity to the HIV enhancer that Schmidt observed could be interpreted to correspond to NF-kB, Schmidt's data indicate that CsA does not prevent PMA from inducing NF-kB binding activity in Jurkat cells. These data provide further evidence that in PHA-induced Jurkat cells, the only binding activity affected by CsA corresponds to the activity of NFAT.

33.    The Examiner also relies on CAT reporter data in Schmidt as demonstrating that CsA affects NF-kB activity. I disagree. While the '516 patent describes use of transfected cells as one of several assays for measuring NF-kB activity, the claims are not directed to methods for carrying out these assays. In particular, claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 are all directed to methods in human, mammalian or eukaryotic cells. As one of skill in the art, I interpret such cells as those that one would normally find in a human, mammal or eukaryote. The experiments using CAT reporter assays all employed artificial transfected cells bearing foreign bacterial DNA. Such artificial, transfected cells would not normally be found in any human, mammal or eukaryote. Therefore, none of the CAT reporter experiments in Schmidt would involve any of the claimed methods of the '516 patent.

34.    Moreover, to the extent they provide information about the effect of CsA, the CAT reporter assay data further suggest that CsA does not affect NF-kB activity in Jurkat cells. Schmidt used a CAT reporter construct engineered to place a bacterial CAT gene under the control of sequences found in the HIV LTR. (Schmidt fig. 4). Significantly, CsA failed to

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 15 of 74 of Declaration of Dr. Inder Verma*

prevent PMA from inducing CAT gene expression. (Schmidt fig. 4, page 4039, col. 1). As the

'516 patent indicates PMA would induce NF-kB binding activity in Jurkat cells, these data

provide additional evidence that CsA does not affect NF-kB activity. In particular, Schmidt's

data that CsA did not affect PMA-induced expression of the CAT reporter indicate CsA would

not have reduced NF-kB mediated gene expression in Jurkat cells.

35.    The fact that Schmidt observed that CsA partly prevented PHA-induced CAT

expression does not indicate that CsA did so by reducing NF-kB binding activity. As noted

above, the data in Schmidt show that in Jurkat cells, the HIV enhancer sequence binds other

factors. Additionally, '516 patent Fig. 24 indicates that PHA alone fails to induce measurable

amounts of NF-kB binding activity in Jurkat cells. From these data, one of skill in the art would

conclude that the effect of CsA Schmidt observed on expression of the bacterial CAT gene did

not involve NF-kB, but was likely mediated by some other transcription factor such as NFAT.

36.    The Examiner further contends that "use of the HIV LTR gene by Schmidt" renders

obvious claims 3, 4, 11, 42-43, 47-51, 106-107, 109-110, 114-117, 192, and 197-201 by

describing a method "to regulate NF-kB activity as in Schmidt in order to affect associated viral

(e.g., HIV) gene expression." I respectfully disagree. For the reasons discussed above, one of

skill in the art would understand that CsA mediates its effects through NFAT, not through NF-

kB, and would not understand Schmidt as suggesting any method of using CsA to regulate NF-

kB activity in cell in order to reduce expression of any gene, e.g. a viral gene.

(ii)    **Express anticipation rejection based on Emmel**

37.    Similarly, Emmel reports experiments conducted in Jurkat cells, a human T cell

lymphoma line. Emmel examined the extent to which simultaneous treatment with CsA

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 16 of 74  of Declaration of Dr. Inder Verma*

appeared to prevent certain responses in these cells induced by a combination of PHA and PMA.

The Examiner contends that the use of CsA as described in Emmel would anticipate '516 patent

claims 1-6, 8, 9, 11, 20-21, 25-27, 29, 35-38, 40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-

76, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201, if these claims

were entitled only to a November 13, 1991 filing date.  I respectfully disagree.

    38.   As noted above, each of the above claims are directed to methods carried out on

cells in which NF-kB activity has been first induced, since only then can it be reduced.  The

Examiner states that Emmel "describes effects of CsA on Jurkat cells that *were* induced with [a

combination of] PHA and PMA." (emphasis added).  This does not accurately describe the

experiments Emmel conducted.  In the experiments (Figs. 2D, 3) the Examiner relies on, CsA

was not administered to Jurkat cells that had been induced with PHA/PMA. Instead, Jurkat cells

were simultaneously stimulated with PHA/PMA and CsA.  In these experiments, CsA could not

have reduced signaling that was occurring. None of these experiments would therefore have

carried out the method recited in any of the claims.

    39.   The Examiner relies on CAT data "as shown in Fig. 2D" to contend that "CsA

significantly reduced NF-kB activity" thereby reducing NF-kB-mediated gene expression (i.e,

CAT expression) (Office Action at 16).  I respectfully disagree.  As in Schmidt, this CAT

reporter assay used a construct bearing a portion of the HIV LTR linked to a heterologous

promoter to drive expression of the bacterial CAT gene.  The Examiner's conclusion that this

experiment shows that CsA reduced NF-kB activity is erroneous.  Emmel acknowledges the lack

of any conclusive evidence that NF-kB is involved in any of the effects that CsA has through the

HIV LTR: " a binding site for NF-kB is present in the long terminal repeat of the human

immunoglobulin deficiency virus (HIV-LTR)(17), yet CsA sensitivity of the HIV-LTR is

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 17 of 74  of Declaration of Dr. Inder Verma*

independent of this site (18)." (Emmel at 1619).   As discussed above regarding Schmidt, most

likely, CsA affected CAT expression by reducing NFAT binding, and not through any effect on

NF-kB.

40.    Emmel describes additional CAT assay data indicating that NF-kB does not

mediate effects of CsA on gene expression.   Using a CAT reporter construct based on the IL-2

enhancer, Emmel "tested the effect of CsA on a series of internal deletion mutations of the IL-2

enhancer" (Emmel at 1618).   Emmel observed that CsA "virtually eliminated" PHA/PMA-

stimulated CAT expression driven by the intact IL-2 enhancer.   CsA effectively prevented

PHA/PMA-stimulated expression of CAT reporter driven by tandem repeats of an NFAT binding

site. (Emmel, Figure 2B).   However, it is significant, that deleting the NF-kB binding site did not

affect the ability of CsA to prevent PHA/PMA from inducing CAT expression. (Emmel at 1618,

Figure 1).   These data provide strong evidence that NF-kB does not play any role in mediating

the effect of CsA on IL-2 gene expression.   Indeed, these data in Emmel confirm our current

understanding that in Jurkat cells, CsA acts through NFAT, not through NF-kB.

41.    The Examiner also relies on EMSA data "as shown in Fig. 3" purportedly showing

that "CsA was found to reduce binding activity."   I disagree with the Examiner's assertion that

these data demonstrate that CsA reduced NF-kB activity in Jurkat cells as recited in the claims.

Emmel observed that CsA had only a small (of about 10-20%) apparent effect on preventing

PMA/PHA-induced binding activity, only at the highest CsA concentrations, and did not

demonstrate any dose response. As discussed above, as used in these studies, the oligonucleotide

probe would not have discriminated between NF-kB and NFAT binding activities. Accordingly,

one can see multiple bands appearing in extracts from PHA/PMA treated cells under the

conditions Emmel used. (Emmel Fig. 3). (For example, compare with '516 patent, Fig. 24B

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 18 of 74  of Declaration of Dr. Inder Verma*
indicating only a single inducible band in PHA/PMA-treated Jurkat cells). Appropriate controls would have been critical for the correct identification of the different complexes bound to the probe, and to the overall interpretation of the EMSA data.  Such a control could have been carried out, for example, by using a probe carrying a mutated binding site, or through methylation interference analysis. ('516 patent, col. 20, line 20-25; col. 22, line 32-39).

42.    Significantly, Emmel did not include such controls. These data are insufficient to indicate if any of the different complexes detected in the EMSA correspond to NF-kB,  cannot demonstrate that the CsA sensitive binding activity corresponded to NF-kB.  Therefore one cannot conclude from Emmel that CsA affected NF-kB binding activity.  Today, we know that the likely effect of CsA on NFAT provides the simplest and most likely explanation for these inconclusive data obtained by Emmel.

43.    It is also significant that the authors of Emmel questioned the relevance of their EMSA data to NF-kB.  In particular, Emmel notes that these observations "may not be related to the mechanism of action of the drug, since the CsA concentration dependence of inhibition of the appearance of NF-kB binding does not correlate well with the CsA concentration dependence of T cell activation." (Emmel at 1619).

(iii)    **Express anticipation rejection based on Brini**

44.    The Examiner contends that Brini teaches administration of CsA to cultured T lymphocytes, which substantially reduced NF-kB activity in those cells thus inhibiting expression of genes whose transcription is regulated by NF-kB activity.  The Examiner contends that the use of CsA as described by Brini would practice claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 19 of 74  of Declaration of Dr. Inder Verma*
36-38, 40, 53-54, 58-62, 65-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97, if these claims were

entitled only to a November 13, 1991 filing date. I respectfully disagree.

45.    Brini reports results of certain experiments conducted with isolated populations of

human peripheral blood cells that had been enriched for T lymphocytes. (Brini at 132). Brini

examined the effect of CsA on the ability of PHA (phytohemaglutinin) to induce certain

responses in these cells.    Notably, in all experiments, "CsA was always added to the cells 30

min before stimulation" with PHA. (Brini at 132). In this regard, the Examiner erroneously

states that Brini disclosed use of CsA "in human PBM (peripheral blood T-lymphocytes) that

*had* been induced with PHA." (Office Action at 17).

46.    As an initial matter, I understand all the above claims to be directed to methods

carried out on cells in which NF-kB activity has first been induced by some external stimulus.

However, none of Brini's experiments examined the effect of CsA in cells first induced with

PHA. Therefore, the method of using CsA that Brini describes does not conform to any of the

claims.

47.    The Examiner contends that Brini "discloses that administration of CsA reduces

NF-kB in cells (e.g., T cells) that inherently reduces NF-kB regulated gene expression." (Office

Action at 17). The examiner specifically relies on EMSA binding assays (Figs. 3 and 4) and data

that CsA caused a small apparent decrease (approximately 40-50%) in the ability of PHA to

induce IL-2 receptor-alpha expression. I respectfully disagree that the data which Brini provides

supports the Examiner's conclusion.

48.    The EMSA assays Brini describes used an oligonucleotide probe corresponding to

a sequence in the IL-2 receptor promoter, or a sequence corresponding to a portion of the HIV

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 20 of 74  of Declaration of Dr. Inder Verma*

LTR. In both EMSA assays, Brini observed "several discrete-retarded DNA-proteins" (both in

PHA-treated cells as well as untreated cells) that bound to the probe. (Brini at 135). Brini reports

that CsA had a small apparent effect on increase in binding of some of the bound complexes.

(Brini at 135).

49.    Neither of the EMSA assays Brini conducted demonstrates whether the CsA

sensitive binding activity corresponds to NF-kB. As discussed above, and evident from the data

of Schmidt and Emmel, CsA can potently affect NFAT binding activity. Moreover, NFAT

recognizes and binds to certain sequences that also serve as NF-kB binding sites. For these

reasons, it is critical to include appropriate controls in EMSA assays conducted to evaluate the

potential effect of CsA on NF-kB binding activity to confirm the identity of any CsA-sensitive

binding complexes and discriminate between NF-kB activity and NFAT binding activity. The

lack of any such controls in the experiments Brini conducted makes it impossible to conclude

that any of the complexes affected by CsA (Figs 3 and 4) correspond to NF-kB. Without such

data, it is also impossible to conclude from the EMSA data in Brini that PHA induced NF-kB

activity. In fact, the title of the Brini's reference refers only to "NF-kB-like factor(s)" and not to

"NF-kB."

50.    The fact that Brini observed a substantial level of binding activity in untreated cells

further argues that it is unlikely that the complexes Brini observed correspond to NF-kB, because

one would not observe NF-kB activity in uninduced cells. (For example, see '516 patent, Fig.

24). Moreover, CsA alone appears to increase levels of the complexes that Examiner interprets

correspond to NF-kB. (Fig. 3, lane 2). In particular, the assumption that these complexes

correspond to NF-kB is inconsistent with the premise that in the experiments Brini conducted,

NF-kB activity regulated IL-2 receptor expression, because there is no correlation between the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 21 of 74  of Declaration of Dr. Inder Verma*

presence of these complexes in the EMSA assays (Figs. 3 and 4) and IL-2 receptor mRNA

expression (Fig. 2).

51.    The Examiner further relies on data indicating that CsA (in cells pretreated with

CsA) slightly decreased (by approximately 40-50%) the ability of PHA to induce IL-2 receptor-

alpha expression.  The Examiner contends these data demonstrate that CsA reduced NF-kB

regulated gene expression.  In support, the Examiner contends that "expression levels of IL-2

Receptor-alpha is taught by the '516 patent to be regulated by PHA-induced NF-kB activity in T

cells." (Office Action at 18).  I respectfully disagree.  First, the Examiner's interpretation of the

'516 patent is erroneous.  The statement the Examiner cites notes that "NF-kB is induced in T

cells...by PMA/PHA treatment and thereby activates the IL-2 receptor alpha gene..." (Office

Action at 18).   These data provide no evidence as to whether PHA treatment alone would induce

NF-kB activity so as to induce IL-2 receptor expression.

52.    As the '516 patent, as well as Emmel and Schmidt illustrate, T cells can exhibit

substantial differences in their response to PHA and PMA.  As noted above, PHA alone did not

induce measurable amounts of NF-kB binding activity in the Jurkat T-cell line. ('516 patent, fig.

24A).  Without data, the Examiner has no basis to assume that treatment of T-cells with PHA

alone (as compared to treatment with both PHA and PMA) would similarly induce NF-kB

activity so as to induce expression of any gene.  In fact, Brini reports that PHA appeared to

induce binding activity of at least one other transcription factor, AP1, having binding sites in the

IL-2 receptor promoter. (Fig. 5).  Lastly, as noted above, even assuming the complexes Brini

detected by EMSA (Figs. 3 and 4) correspond to NF-kB, there is no correlation between the

presence of these complexes in the EMSA assays (Figs. 3 and 4), and IL-2 receptor mRNA

expression (Fig. 2).   These data therefore fail to provide any basis for concluding that under the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 22 of 74  of Declaration of Dr. Inder Verma*

experimental conditions which Brini used, IL-2 receptor expression was regulated in any way by

NF-kB.

### B.    Inherent Anticipation Rejection Based on Reed 1986, Kronke 1984 or Siebenlist 1986

#### (i)    Reed 1986

53.    The Examiner contends that Reed teaches use of CsA in human peripheral blood

mononuclear (PBM) cell cultures, and that Brini explains that such use inherently reduces NF-kB

activity and thus expression of genes whose transcription is regulated by NF-kB activity. The

Examiner contends that Reed inherently anticipates claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31-

32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97.   I respectfully

disagree.

54.    Reed reports results of certain experiments conducted with primary cultures of

human peripheral blood mononuclear (PBM) cells.  Among other things, Reed examined the

effect of CsA on the ability of PHA (phytohemaglutinin) to induce certain responses in these

cells, including cell surface expression of the IL-2 receptor, and expression of IL-2 receptor-α

mRNA. The authors note that in all experiments, CsA was always added to the cells 20 to 30

minutes before other reagents (which included PHA). Reed, at 150.  In this regard, the Examiner

erroneously states that Reed "taught the prior art use of CsA in human PBM cultures that *had

been induced* with phytohaemaglutinin (PHA). (Office Action at 25).

55.    As noted above, I understand the '516 patent claims are directed to methods carried

out on cells in which NF-kB activity has first been induced by some external inducing stimulus.

In contrast, none of Reed's experiments described use of CsA in cells that were first induced

with PHA. Therefore, regardless of any effects that CsA might have had on NF-kB (for which

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 23 of 74  of Declaration of Dr. Inder Verma*

there is no evidence), none of the methods of using CsA that Reed discloses involve reducing

either induced NF-kB activity or induced NF-kB-mediated intracellular signaling. Therefore,

none of the uses described by Reed described the method recited in any of the claims.

56.    Further, I disagree with the Examiner's conclusion that Brini demonstrates that any

method of using CsA described by Reed would inherently reduce NF-kB activity and thus

expression of genes whose transcription is regulated by NF-kB activity.   As discussed above,

none of the data in Brini demonstrate that CsA either reduced NF-kB activity, or provide any

basis for concluding that under the experimental conditions Brini used, IL-2 receptor expression

was regulated in any way by NF-kB.  In this regard, I disagree with the Examiner that Brini

demonstrates any inhibition "done by reducing binding of NF-kB to NF-kB recognition sites."

Moreover, the Examiner's statement that Brini also demonstrates that use of CsA also resulted in

"inhibiting the passage of NF-kB into the nucleus of cells, inhibiting modification of an IkB

protein, and inhibiting degradation of an IkB protein," is entirely unsubstantiated by any

experimental evidence.  (Office Action at 24).  Brini has no data regarding IkB, let alone any

data regarding degradation or modification of IkB.   Brini also does not provide data

demonstrating that CsA inhibited translocation of NF-kB into the nucleus.

57.    Morever, Brini does not replicate any of the experiments Reed conducted.

Therefore, Brini cannot explain or confirm what occurred in Reed.  For example, the studies

Brini describes were conducted using a substantially different cell population than that which

Reed used.  Therefore Brini did not use "the same immune cells" as Reed.  (Office Action at 26).

58.    Reed used cultures of PBM cells isolated by Ficoll-Hypaque density gradient

purification. (Reed at 150).  "PBM cells" does not refer to a single, defined cell type. Such cell

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 24 of 74  of Declaration of Dr. Inder Verma*

cultures comprise a highly heterogeneous cell population comprised of numerous immune cell types, including T and B-lymphocytes, NK (natural killer) cells, monocytes and macrophages. (See for example, David et al. Blood (1998), **Exhibit 15** hereto). There is substantial variability in PBM cells, depending on the protocol and conditions of isolation. Reflecting this fact, studies have reported conflicting data in PBM cells regarding the particular endpoint Reed measured, IL-2 receptor-α expression. (David et al. 1998 at 165, 170-171). Among other things, IL-2 receptor-α expression is highly sensitive to the conditions of blood collection and PBM preparation, and varies substantially among the various subtypes of cells found in PBM cultures. (*Id.*). Such data demonstrate the importance of closely replicating experimental conditions if one were to attempt to assess what might have occurred in some earlier study using "PBM" cells.

59. In contrast to Reed, Brini used cultures comprised primarily (>95%) of CD3 positive T-lymphocytes, which were isolated through additional purification steps, including nylon wool and Percoll density-gradient purification. (Brini at 132). Such cell cultures are substantially different from the mixed cell population used in Reed, both in the conditions of preparation and in their composition. In this regard, I note that the Examiner erroneously stated on page 26 of the Office Action that Brini conducted experiments in the "same immune cells." Therefore, even assuming that under the experimental conditions Brini used CsA was capable of reducing NF-kB activity, one of skill in the art would not reasonably conclude that CsA necessarily had the same effect on the substantially different cell population Reed used.

60. In support of his arguments regarding Reed, the Examiner also contends that "expression levels of IL-2 Receptor-alpha is taught by the '516 patent to be regulated by PHA-induced NF-kB activity in T cells." (Office Action at 26). As noted before, the Examiner's interpretation of the '516 patent is erroneous as the passage the Examiner cites to notes only that

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 25 of 74  of Declaration of Dr. Inder Verma*

"NF-kB is induced in T cells...by PMA/PHA treatment and thereby activates the IL-2 receptor alpha gene..." (Office Action at 25). As discussed above, the data in the '516 patent indicate that treatment of T cells with PHA alone does not result in any measurable activation of NF-kB, in contrast to treatment with PMA, or PMA in combination with PHA. Moreover, the '516 patent examples the Examiner refers to (Fig. 24) were conducted with a human T-cell lymphoma cell line, and not under the experimental conditions of Reed using PBM cells. Regardless, we know now that CsA affects the activity of NFAT, not NF-kB.

### (ii)    Kronke 1984 or Sieblenlist 1986

61.    The Examiner contends that the use by either Kronke or Sieblenlist of CsA in cell cultures, as explained by Schmidt and Emmel, inherently reduces NF-kB activity and "thus would inhibit expression of genes whose transcription is regulated by NF-kB activity." The Examiner therefore contends that either Kronke or Sieblenlist inherently anticipates claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97. I respectfully disagree.

62.    Kronke and Sieblenlist report experiments in various cells, including the Jurkat T cell line, examining various effects of CsA on IL-2 gene expression. In particular, the Examiner relies on certain experiments in which cells were also treated with PHA and PMA. (Office Action at 28, Kronke at 5217, Sieblenlist at 3044). As discussed above, neither Schmidt nor Emmel describe any use of CsA in cells that reduced NF-kB activity or resulted in any NF-kB mediated effect. Therefore, neither of these studies provides any basis for concluding that such effects would necessarily have occurred during the use of CsA described in either Kronke or Sieblenlist.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 26 of 74  of Declaration of Dr. Inder Verma*

63.    Regarding the Examiner's statements regarding Kronke and Sieblenlist, I note additionally the following. None of experiments in Siebenlist describe use of CsA in cells first induced with PHA and PMA.  Therefore, regardless of any effects that CsA might have had on NF-kB (for which there is no evidence), none of the methods of using CsA that Sienbenlist describes would have reduced either induced NF-kB activity or induced NF-kB-mediated intracellular signaling.  Kronke describes only a single experiment in which cells were treated with CsA after exposure to PHA/PMA, and concludes in the title of Table 1 "CsA does not inhibit PHA- and PMA- induced expression of TCGF receptors in Jurkat cells."  Moreover, as is evident from Fig. 4, CsA treatment appeared to have a significant effect on IL-2 expression only when CsA was added either before or with PHA/PMA treatment, but not when added after cells had been induced with PHA/PMA.  Kronke at 5217.    Indeed, when added four hours after induction, CsA did not alter TCGF (IL2) mRNA levels. Id. at 5216.  These data suggest that while treatment with CsA appeared able to prevent induction of IL-2 expression, it had no substantial effect on induced IL2 expression. Regardless, we know now that CsA affects NFAT activity, not NF-kB.

### (iii)    Inherent anticipation rejection based on the PDR 1985, Griffith 1981 and Griffith 1984

64.    The Examiner contends that the PDR 1985 (pages 1811-13), Griffith 1981 or Griffith 1984 teach administration of CsA to cells, which based on Holschermann, would inherently reduce NF-kB activity and therefore expression of NF-kB regulated genes. The Examiner contends that each of these references inherently anticipate claims 1-2, 5, 6, 8, 9, 20-27, 29, 31-40, 64-73, 75-80, 82, 84 and 88-97.  I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 27 of 74  of Declaration of Dr. Inder Verma*

65.    Griffith 1981 and Griffith 1984 both describe various clinical studies conducted to evaluate use of CsA in transplant patients. The 1985 PDR describes potential use of CsA in transplant patients.  None of these references describes method of using CsA that would carry out the method recited in any of the claims.  None of these references mention NF-kB, describes any external influence that would necessarily induce NF-kB activity or NF-kB mediated intracellular signaling or describe any effect of CsA necessarily resulting from or mediated through NF-κB.  Moreover, I disagree that Holschermann provides any basis for concluding that such elements would necessarily have occurred in any prior use of CsA as described by Griffith 1981 or 1984, or the 1985 PDR.

66.    As noted above, I understand the above claims to be directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing stimulus (external influence). Neither of the Griffith studies, nor the 1985 PDR identifies an external influence that would have necessarily induced NF-kB activity.  Moreover, in the patient studies reported in Griffith 1981 and 1984, CsA was administered before transplantation. As the Examiner indicates, the 1985 PDR teaches CsA should be administered first before and then after surgery. There is no evidence that any of these methods of using CsA described in the pre-April 21, 1989 references art would necessarily involve administration of CsA in cells in which NF-kB activity has first been induced.

67.    As discussed above, the accumulated scientific evidence indicates that CsA exerts its clinical effect as an immunosuppressant through its effect on transcriptional factor NFAT. The only potential effect of CsA on gene expression which the 1985 PDR mentions is on expression of IL-2, which the data discussed above indicates is mediated not through NF-kB but through NFAT.   The Examiner nevertheless contends that Holschermann demonstrates that

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 28 of 74  of Declaration of Dr. Inder Verma*

CsA, as used in Griffith and/or described in the 1985 PDR would have inherently reduced NF-kB

activity. I disagree.

68.    First, there is no showing in the PDR that the use of CsA in patients followed

exposure to an external stimulus that would necessarily induce NF-kB activity in cells of those

patients, such that the induced NF-kB activity could be reduced as required by the claims.

Similarly, in the two Griffith references, there is no evidence indicating what, if anything had

necessarily first induced NF-kB in the cells of patients in the studies reported.

69.    Even if Holschermann had demonstrated that in transplant patients, CsA had some

effect on NF-kB (and I disagree that it does), Holschermann fails to replicate the Griffith studies

and therefore it is an error to assume that CsA necessarily had the same effect in the patients in

Griffith. In this regard, I note that the Examiner bases his premise that CsA would have had the

same effect on the erroneous statement that Holschermann "essentially repeated the tests

disclosed in Griffith". (Office Action at 25).   This is not correct. Several key differences exist

between Griffith's studies and Holschermann that would preclude such an assumption.    In

contrast to patients in the Griffith studies, patients in the Hoschermann study all received

additional drugs, including azathioprene, and aspirin, which were not provided to the Griffith

patients. (Holschermann at 4232, Griffith 1984 at 952, Griffith 1981 at 325).  Whereas patients

in Holschermann's study all received antithymocyte globulin, in Griffith 1984 this drug was

provided only for rescue from severe or chronic tissue rejection. Moreover, the timing of CsA

administration, which in the Griffith studies was first administered before transplantation,

differed significantly from Holschermann, where CsA treatment took place only after

transplantation. Holschermann at 4233.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 29 of 74  of Declaration of Dr. Inder Verma*

70.    Further, none of the data Holschermann reports demonstrate that CsA had any effect that in patients that was mediated by or resulted from any effect of CsA on NF-kB. The Holschermann study used an enzymatic assay to measure tissue factor (TF) activity in peripheral blood mononuclear cells (PBMCs) isolated from ten cardiac transplant patients being treated with CsA. The authors observed that TF activity appeared to be reduced in PMBCs isolated from some, but notably, not from all patients after being administered CsA. Holschermann, Fig 2B. The authors indicate that the apparent inhibition may have, but did not necessarily, result from a direct effect of CsA on monocytes. The authors speculate that CsA had certain effects in these patients that the authors suggest were mediated by reducing NF-kB binding activity in monocytes, in particular, on TF expression. I disagree that these data support such a hypothesis.

71.    The only data relating to transcription of the TF gene in patients (presented in Figure 3) fails to demonstrate any link between NF-kB activity and TF expression. In particular, Figure 3 reports TF mRNA levels in cells directly isolated from patients before CsA treatment (lane 2) and after treatment (lane 5). Holschermann purportedly found significant activation of NF-kB in mononuclear cells directly isolated from patients before CsA treatment (Figure 4), but at the same time, did not observe detectable TF mRNA expression in such cells. (Figure 3, lane 2). These data show that *in vivo*, there was an apparent lack of correlation between purported NF-kB activity and transcription of the TF gene in the mononuclear cells of the transplant patients. Therefore, these data fail to support the inference that in transplant patients, TF gene expression is necessarily mediated by NF-kB or caused by induced NF-kB activity.

72.    Even assuming the data in Holschermann to be valid, the only data showing some effect of CsA on transcription of the TF gene were obtained through *in vitro* experiments, which involved further manipulation and treatment of monocytes originally isolated from patients.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 30 of 74  of Declaration of Dr. Inder Verma*

Neither the Griffith studies, nor the 1985 PDR describe any *in vitro* manipulation of cells. Such experiments in Holschermann therefore do not replicate any method of using CsA described in either Griffith paper or in 1985 PDR, nor do they reflect what went on in the cells of patients in the Griffith studies.

73.    Moreover, in my opinion, the Holschermann study provides insufficient data to demonstrate that in patients, CsA treatment reduced NF-κB binding activity in monocytes. The only data relating to the effect of CsA on NF-kB binding is a single binding assay reported in Figure 4. This data suffers from several flaws. The paper provides no indication whatsoever on how many patients these data are based on, or the degree to which the effect was reproducible from patient to patient. Moreover, based on the data Holschermann provides, the apparent decrease in binding in extracts from CsA treated patients cannot be interpreted as showing decreased binding of NF-κB. Several studies (see, for example, Giffin 2003, Kinoshita et al. 1997) have demonstrated that the consensus sequence that Holschermann used in the EMSA to assess binding of NF-kB binds other transcription factors, such as NFAT. In view of these other data, the EMSA binding assay Holschermann used lacked sufficient controls, such as an appropriate antibody control, to confirm that the binding complex reported as being affected by CsA was in fact NF-κB. As the data in Figure 4 is insufficient to demonstrate that CsA reduced NF-kB binding in the patients Holschermann studied, one could not reasonably infer from this study that NF-κB activity was reduced in all patients during prior use of CsA as described in 1985 PDR, Griffith 1981 and Griffith 1984.

74.    Further, Holschermann does not provide a sufficient basis from which one could infer that the patients studied were characteristic of transplant patients treated with CsA as described in the cited references published before 1989. Both Griffith 1981 and Griffith 1984

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 31 of 74  of Declaration of Dr. Inder Verma*

note the effects of CsA *in vivo* can vary from patient to patient in part from the high incidence of toxicity and various side effects, and considerable variability in blood and tissue levels. Holschermann observed "a high inter-individual variation in monocytes TF inducibility." (p. 11). Additionally, Figure 2 (lower panel) indicates that CsA treatment did not reduce TF activity in all patients. These other variables further indicate that even had Holschermann replicated experiments in Griffith or the PDR, one could not conclude that the results Holschermann observed would necessarily be observed in any patient treated with CsA in the manner described in 1985 PDR, Griffith 1981 and Griffith 1984. Most importantly, we know now that CsA affects NFAT activity, not NF-kB activity.

## V.    Inherent Anticipation Rejection Based on Art Relating to Glucocorticoids (1970 PDR, Nagasawa (1981) or Rovera (1979))

75.    I understand that the Examiner has rejected claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 as anticipated by Nagasawa 1981, Rovera 1979, or selected portions from the 1970 PDR, and explained by various references published after April 21, 1989. (Office Action at 34-35). I have reviewed each of these references, and the above claims. The Examiner contends that each of the references published before April 21, 1989 teaches administration of glucocorticoids (e.g., dexamethasone) to treat inflammatory and allergic diseases such as asthma and arthritis (presumably the 1970 PDR), and in human cell culture tests (Nagasawa and Rovera). The Examiner contends that cited later references is extrinsic evidence where shows that administration of glucocorticoids as described in the earlier references would have necessarily reduced NF-kB activity and concomitant cytokine production. The Examiner contends that each of these references inherently anticipates the above claims. I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 32 of 74  of Declaration of Dr. Inder Verma*

        (i)     **Inherent anticipation rejection based on Nagasawa (1981) or Rovera (1979)**

76.    Each of the above claims requires "reducing NF-kB activity." As described above, I understand all the above claims are directed to methods carried out on cells in which NF-kB activity has first been induced by some external inducing stimulus. Therefore, some claims (e.g. claims 1, 2 and 5) encompass both extracellular and intracellular interference with the NF-kB pathway; other (e.g. claims 8 and 9) encompass only intracellular interference with the NF-kB pathway. Neither Nagasawa nor Rovera describe any such method of using glucocorticoids. Therefore, uses of glucocorticoids described in these references would not involve the method recited in any of the claims (Schematic 16 of **Exhibit 1**).

77.    In particular, the Examiner states that "Nagasawa taught induction of human leukemic T-Cells (MOLT-3) by TPA, *followed by* the administration of $10^{-6}$ (1uM) dexamethasone." (Office Action at 35) (Emphasis added). This statement mischaracterizes Nagasawa. Nagasawa describes only one experiment relating to the use of dexamethasone in MOLT-3 cells and finds no effect. (See page 185, Table 2). In this experiment, dexamethasone was administered to MOLT-3 cells either 1 day before or simultaneously with administration of TPA. It was never administered following induction of TPA. Therefore, Nagasawa does not describe the use of dexamethasone in cells that have been induced with TPA, and therefore does not describe the use of dexamethasone in cells that have NF-kB activity. Accordingly, there is no NF-kB activity to be reduced, and no NF-kB activity reduced, upon administration of dexamethasone.

78.    The Examiner also states that "similarly, Rovera taught the induction of human leukemic cells (promyelocytes and mature myeloid cells) with TPA, *also followed by*

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 33 of 74  of Declaration of Dr. Inder Verma*

administration of $10^{-6}$ dexamethasone." (Office Action at 35) (Emphasis added). This statement

similarly mischaracterizes Rovera.   Rovera describes only a single experiment (in which

apparently only two data points were collected) relating to administration of dexamethasone in

the HL-60 tumor cell line. (Rovera page 869, Table 1).  In this experiment, dexamethasone was

administered to HL-60 cells either 24 hours before or simultaneously with administration of

TPA. It was <u>not</u> administered following induction with TPA.  Therefore, Rovera also does not

describe the use of dexamethasone in cells that have been induced with TPA or that have NF-kB

activity which could be reduced.

79.   Neither of these references provides any evidence demonstrating that TPA

necessarily induced NF-kB activity in the cells studied.  Nagasawa describes induction of certain

morphological and biochemical markers of differentiation in MOLT-3 cells. (Nagasawa at 182).

After four days of simultaneous exposure to TPA and dexamethasone the authors measured the

percentage of E-rosette positive MOLT-3 cells.  There is no evidence (including that in Exhibit

H-8, incorporated into the August 2, 2006 Office Action) showing that any of these induced

markers relate in any way to NF-kB.  Further, there is no evidence (including that in Exhibit H-

8) that in MOLT-3 cells, TPA necessarily induced expression of any particular gene, let alone

any gene regulated by NF-kB.

80.   Rovera describes the ability of TPA to induce certain morphological changes in

HL-60 cells, as well as adherence of the cells to substrate. There is no evidence (including that in

Exhibit H-8) showing that these changes in morphology or adherence relate in any way to NF-

kB. Further, there is no evidence (including that in Exhibit H-8) that in HL-60 cells, TPA

necessarily induced expression of any particular gene, let alone any gene regulated by NF-kB.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 34 of 74  of Declaration of Dr. Inder Verma*

81.    Finally, none of the post filing references which purports to be extrinsic evidence of inherency that the Examiner cites (Auphan, Scheinman I and II, Mukaida or Padgett) demonstrates that either Nagaswa or Rovera describes a method of (a) using glucocorticoids in cells in which NF-kB activity has been induced or (b) reducing induced NF-kB activity.  To the extent that the Examiner has interpreted these post-filing references as evidence that glucocorticoids (in particular, dexamethasone) "are recognized to necessarily and inherently reduce NF-kB activity and concomitant cytokine production," these references do not support such a statement.

82.    Moreover, none of these later references reproduces any experiment in Nagasawa or Rovera.  As discussed below, there is considerable uncertainty relating to the potential mechanism of action of glucocorticoids in cells, including whether there are any potential effects on NF-kB, as reflected in a substantial amount of contradictory data reported in the scientific literature. Therefore, careful replication would be required to make any prediction as to what effects glucocorticoids may have had in earlier studies.  None of the post-filing references provide such data or make any attempt to do so.

83.    The Examiner appears to assume that TPA necessarily has the same effect in all human leukemic cell lines. This assumption is erroneous as evidenced by Nagasawa, which points out that "in addition to being able to elicit varying responses in different experimental systems, these tumor promoters can also have contrasting effect on cells apparently derived from the same lineage of differentiation." (Nagasawa at page 190).

84.    In the study by Nagasawa, the authors measured the percentage of E-rosette positive MOLT-3 cells after four days of simultaneous exposure to TPA and dexamethasone.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 35 of 74  of Declaration of Dr. Inder Verma*

The only conclusion Nagasawa makes regarding glucocorticoids in MOLT-3 cells is that administration had no effect on induction of MOLT-3 cells by TPA.  (Nagasawa at 185). Similarly, the only conclusion that Rovera makes regarding glucocorticoids in HL-60 cells is that dexamethasone did not "block[] the response of HL-60 cells to TPA, even when the cells were pretreated with a concentration of the test compound 1000 times greater that the concentration of TPA used to induce differentiation." (Rovera at 869).   Such evidence of lack of effect cannot demonstrate that administration of glucocorticoids either reduced NF-kB activity in the cells or had any effect in the cells that was mediated by or resulted from an effect on NF-kB.

       **(ii)**      **Inherent anticipation rejection based on the 1970 PDR**

85.   The section of the 1970 PDR cited in the  Office Action provides that dexamethasone may be used in human patients to treat in "all inflammatory, rheumatic and allergic conditions which respond to adrenocorticoid therapy..."  The 1970 PDR specifically refers to potentially treating collagen diseases, skin diseases, allergies, inflammatory eye diseases, nonarticular musculoskeletal disorders, blood dyscrasias and "miscellaneous."  The Examiner contends that "it has been known since the mid-1990s, that glucocorticoids effect their immunosuppression (sic) by reducing NF-kB activity by preventing NF-kB from binding to the appropriate sites on the DNA and/or by increasing the transcription, expression and/or release of IKB, thereby reducing the amount of activated NF-kB that can translocate into the nucleus." (Office Action at 36)

86.   The Examiner contends that a number of post-filing date published references (including Baldwin, Auphan, Scheinman I and II, Mukaida and Padgett) provide extrinsic evidence that any administration of dexamethasone would have necessarily reduced NF-kB activity and concomitant cytokine production. I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 36 of 74  of Declaration of Dr. Inder Verma*

87.    First, there is no showing in the 1970 PDR in connection with the different potential uses of glucocorticoids in patients of what, if anything, would necessarily induce NF-kB activity in cells in connection with any particular use, such that the induced NF-kB activity could be reduced as required by the claims.  As the 1970 PDR lacks any such information, one skilled in the art would not read the 1970 PDR as teaching any of the methods claimed in the '516 patent. (Schematic 17 of **Exhibit 1**).

88.    Second, these post-filing date published references (except for Baldwin and Padgett) all describe experiments conducted in various laboratory systems.[1] None of these references describe effects of using dexamethasone or other glucocorticoids in patients.  From these experiments, the respective authors proposed various hypotheses in an attempt to explain the apparent effects of glucocorticoids they observed in their specific experimental systems. None of these later references provide data relating to clinical use of glucocorticoids in patients. Nor do they provide a reasonable basis from which one skilled in the art could conclude that administration of glucocorticoids under very different conditions than those described in the PDR demonstrates that dexamethasone, when used as described in the PDR necessarily resulted in reducing induced NF-kB activity, NF-kB-mediated intracellular signaling or any other NF-kB mediated effect in cells.

89.    As Padgett acknowledges, while these different hypotheses (or "models" as Padgett refers to them) "provide insight into potential mechanisms" by which GC hormones can regulate

---

[1]    The Examiner appears to refer to the Baldwin review article only for statements about what the other references describe. Baldwin does not report any primary data. Therefore, I will direct my comments to the actual data and discussion that these other references provide.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 37 of 74  of Declaration of Dr. Inder Verma*

expression of certain immunologically related genes, "the story is not very clear." (Padgett at

446)  For example, *in vitro* studies have reported contradictory results as to the effects of

glucocorticoids on NF-kB binding activity, with some studies suggesting inhibitory effects, some

studies demonstrating no effects, and some studies reporting enhancement of NF-kB binding

activity. (Hart 2000 at 229).  Moreover, as discussed below, other studies have been unable to

confirm the different theories that Scheinman I and II, Auphan and Mukaida proposed, which

suggested various potential mechanisms of action through which glucocorticoids might affect

NF-kB.

90.    The mechanisms by which glucocorticoids, including dexamethasone, mediate

inflammatory responses are poorly understood, and as Padgett and these other papers discuss,

substantial evidence demonstrates that glucocorticoids can act through a variety of mechanisms

which are independent of NF-kB. (Padgett at 445, Han at 271, Hart at 224). For example,

glucocorticoids function by binding in the cytoplasm to glucocorticoid receptors (GR), which

then translocate to the nucleus as a glucocorticoid-GR complex and bind to target elements or

glucocorticoid response elements (GREs) to function as direct enhancers or repressors of gene

transcription. (Padgett at 445-46).    As Padgett also notes, the glucocorticoid receptor

"undoubtedly interferes with the function of other transcriptional regulators," such as activator

protein-1 (AP-1) and NF-AT. (Padgett at 447, see also Han at 271, Hart at 224).  Such evidence

includes work from my laboratory, which demonstrated the ability of glucocorticoid receptor to

prevent AP-1 dependent transcription through a mechanism likely involving protein-protein

interactions between GR and Jun/AP-1. (Schule et al 1990, attached hereto as **Exhibit 16**.)

91.    Moreover, none of the post-filing date references cited in the Office Action

provides evidence that use of dexamethasone in patients as described in the 1970 PDR would

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 38 of 74  of Declaration of Dr. Inder Verma*

have necessarily reduced NF-kB activity and concomitant NF-kB mediated expression of any

cytokine. As discussed below, in addition to poor understanding of their mechanisms of action,

there is substantial contradictory data regarding the potential effects of glucocorticoids on

transcription. To explain what necessarily occurred during prior use of dexamethasone as

described in the 1970 PDR, a subsequent study would have to replicate the conditions of using

dexamethasone the PDR describes. None of these studies do so. Scheinman II and Auphan both

describe experiments that were conducted to examine the effect of dexamethasone on IkB

expression in cultured cells. Neither study reproduces, nor attempts to reproduce the

physiological conditions associated with administration of dexamethasone to patients described

in the 1970 PDR. Further, neither study administered dexamethasone to cells in which NF-kB

activity had first been induced by some external influence. Even if one assumed *arguendo* the

1970 PDR describe that a method in which NF-kB activity had first been induced, none of these

later studies replicated such a method.

92.    The data in Scheinman II were obtained primarily from experiments conducted

with HeLa cells, a line of cancer cells having an abnormal genotype (with about twice the normal

number of chromosomes). Even before induction with TNF-alpha, Scheinman observed high

levels of NF-kB binding activity in the HeLa cells he used (Scheinman II at 284, Figure 1A),

demonstrating that the pattern of NF-kB activity in the HeLa cells used by Scheinman does not

reflect that found in normal cells. The data in Auphan reflect experiments conducted primarily

with glucocorticoid receptor negative Jurkat cells stably transfected with an expression vector

encoding rat GR (Auphan at 287-289, Fig. 2 through 4) or in other cell lines or mice treated with

non-physiological inducers, such as ionomycin, TPA or anti-CD3 antibodies, which one would

not encounter in patients (Auphan, Figures 1 and 3). Neither Scheinman II nor Auphan therefore

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 39 of 74  of Declaration of Dr. Inder Verma*

replicates any method of using dexamethasone that was described in the 1970 PDR. Moreover, in all the experiments described in Scheinman and Auphan, when used, dexamethasone was administered only before or simultaneously with any inducer. Therefore, neither of these studies describes the result of using dexamethasone in a method where it was used to reduce NF-kB activity that has first been induced by an external stimulus.

93.    The data in Scheinman I was obtained primarily through a transfected cell system, which was engineered to overexpress an NF-kB component in the cells to allow the investigators to study potential interactions between the glucocorticoid receptor complex and NF-kB. (Scheinman I at 945)  These interactions were assessed through transactivation of a reporter construct, which was also transfected into the cells. (See for example, Scheinman I at 945-47, Figs. 1 through 3). Activation of this reporter construct was driven by overexpression of p65 NF-kB subunit rather than by any external influence. (See for example, Scheinman I, Fig. 1). Significantly, none of these transactivation experiments describe the result of using dexamethasone in cells in which NF-kB had been induced by some external influence, or reflect a process in which NF-kB activity would be induced in any cell in the body.

94.    Moreover, such engineered cells would not have existed in patients treated with dexamethasone as described in the 1970 PDR.  The effect of dexamethasone on such engineered cells, in particular its effect on expression of any exogenous gene, would differ from its effect on any cell normally found in the body.  Furthermore, in the single experiment conducted in untransfected (HeLa) cells, cells were pretreated with dexamethasone for 16 hours before administration of an inducer (TNF-$\alpha$). (Scheinman at 949, Fig. 7). None of the experiments described in Schienman I indicate the effect of administering dexamethasone to cells in which NF-kB had been induced by some external influence.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 40 of 74  of Declaration of Dr. Inder Verma*

95.  Mukaida describes a series of experiments conducted to examine the potential mechanism of action of dexamethasone in preventing IL-8 expression in a human glioblastoma cell stimulated with IL-1.  As in the references above, none of the experiments Mukaida describes attempts to reproduce the physiological conditions associated with administration of dexamethasone described in the 1970 PDR.  In this regard, the PDR does not describe use of glucocorticoids to affect NF-kB.  Further, none of these experiments addressed the effect of dexamethasone on cells in which NF-kB activity had been induced by some external influence, as dexamethasone was always administered concurrently with the inducing agent.  Moreover, the authors' conclusion that "collectively, our results favor the assumption that the NF-kB site was responsible for IL-8 gene repression by dexamethasone," is inconsistent with the studies described in the Bourke reference discussed below. (Mukaida at 13294, Bourke at 2113, 2118). In summary, neither Mukaida nor any of the other post-filing data published references cited in the Office Action indicates that the administration dexamethasone as taught in the 1970 PDR would necessarily reduce induced NF-kB activity or NF-kB mediated-intracellular signaling.

96.  In contrast to the post-filing date published reference cited by the Examiner, substantial evidence, which was not cited, including data as to the effect of glucocorticoids in patients, demonstrates that administration of glucocorticoids, in particular to treat inflammatory disorders, does not necessarily affect NF-kB activity.  This evidence specifically demonstrates that the effects of glucocorticoid administration are not necessarily mediated through any of the potential mechanisms of action proposed by the models above or even by other potential mechanisms involving NF-kB.  Instead, these studies indicate that glucocorticoids can exert anti-inflammatory effects in cells by mechanism(s) entirely independent of, and without affecting, NF-kB.  Several such studies are summarized here.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 41 of 74  of Declaration of Dr. Inder Verma*

97.   Hart et al. 2000 attached as **Exhibit 17** examined the effect of glucocorticoid (fluticasone) administration on expression and DNA-binding activity of NF-kB in alveolar macrophages and bronchial biopsies from patients with asthma.   While inhaled fluticasone decreased the inflammatory response in these asthma patients as assayed by several measures, "there was no decrease in NF-kB-DNA binding and activation." (Hart at 224).   In fact, glucocorticoid treatment caused an increase in p65 expression in biopsy sections as determined by immunohistochemistry.  Similarly, *in vitro* studies on A549 epithelial cells also showed that dexamethasone increased the expression of p65 when the cells were stimulated with IL-1β, suggesting that administration of glucocorticoid may cause increased transcription of NF-kB. (Hart at 224-225, 229-230).   The authors concluded that "our data do not provide support for the actions of glucocorticoids occurring through the binding of its activated receptor to the transcription factor, NF-kB, because no reduction in the binding of NF-kB or its activation was apparent after 1 mo of treatment with a potent inhaled corticosteroid." (Hart 2000 at 229).

98.   Bergman I (Bergman et al. Immunology 2004) and Bergman II (Bergman et al. Am. J. Resp. Biol. 2004) attached as **Exhibits 18** and **19** describe a series of studies conducted to examine the mechanism by which dexamethasone inhibited expression of granulocyte macrophage-colony-stimulating factor (GM-CSF) in primary human T-cells, human peripheral blood mononuclear cells and human T-cell lines (Jurkat and HUT78).  GM-CSF is one of the proinflammatory cytokines that is activated in inflammatory disorders such as asthma, whose expression is regulated by NF-kB, as well as other transcription factors. (Bergman II at 555). NF-kB did not appear to mediate the inhibitory effect of dexamethasone on on GM-CSF expression. Specifically, although dexamethasone strongly inhibited GM-CSF release from cells stimulated by a combination of PMA and PHA, in reporter assays, dexamethasone had "no clear

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 42 of 74  of Declaration of Dr. Inder Verma*

effect" on NF-kB-dependent transcription (Bergman II at 561, Bergman I at 432-433, Fig. 2).

These data indicated that dexamethasone likely exerted its inhibitory effect through some post-transcriptional/translational mechanism. (Bergman II at 555, 561-562).

99.    Han et al. 2001 attached as **Exhibit 20** describes a series of experiments examining whether the ability of dexamethasone to suppress production of inflammatory cytokines in fibroblast-like rheumatoid synoviocytes (FLS) isolated from human subjects was mediated by an effect of dexamethasone on NF-kB. Stimulation of FLS cells with TNF-α induced NF-kB binding activity, as well as expression of two inflammatory cytokines believed to be involved in the pathophysiology of rheumatoid arthritis, IL-6 and IL-1. (Han at 268-269). Although simultaneous administration of dexamethasone suppressed the production of these cytokines, dexamethasone had no effect of DNA binding, and neither prevented translocation of NF-kB to the nucleus, nor induced synthesis of IkB-α. (Han at 267, 269-270, Figs. 1-4).

100.    Bourke and Moynagh 1999 attached as **Exhibit 21** reports on a series of experiments using brain cell lines "strongly suggesting" that dexamethasone may exert antiinflamatory effects by mechanisms independent of NF-κB. (Bourke at 2113). These data demonstrated that pretreatment with dexamethasone inhibited expression of NF-κB regulated proteins IL-8, VCAM-1 and ICAM-1 in cells stimulated with IL-1. The authors found, however, that "the range of concentrations of dexamethasone that inhibited the expression of the proinflammatory molecules were completely ineffectual in affecting the activation of NF-κB." (Bourke at 2118). In particular, dexamethasone failed to prevent IL-1 from stimulating the nuclear translocation and DNA binding activity of NF-κB as determined by EMSA analysis. (Bourke at 2117-2118, Fig. 6) Moreover, dexamethasone also failed to affect IL-1 induced expression of an NF-κB-regulated reporter gene. Based on their data, the authors conclude that

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 43 of 74  of Declaration of Dr. Inder Verma*

"the scenario whereby glucocorticoids may produce immunosuppressive and anti-inflammatory effects in cells and NF-kB need not be involved in mediating the effects may be widespread and is not limited to a single cell type."  (Bourke at 2118).

101.  In summary, the fact that dexamethasone (or any other glucocorticoid) is administered to cells does not indicate that the administration of that glucocorticoid necessarily reduced induced NF-kB activity or NF-kB mediated-intracellular signaling.  In this regard, the 1970 PDR provides no actual data relating to use of glucocorticoids, and no evidence that in the conditions the PDR indicates could be potentially treated with glucocorticoids, cells would have been acted on by a particular external influence that would have necessarily induced NF-kB activity or any NF-kB mediated effects.  Furthermore, the 1970 PDR also provides no evidence that administration of glucocorticoids would have reduced induced NF-kB activity, would have affected expression of NF-kB regulated genes, or would have influenced any other NF-kB mediated effect in the cell.

      (iii)     **Inherent anticipation rejection based on pages 1466-1496 of Goodman and Gilman (1980) relating to production and release of endogenous glucocorticoids**

102.  I understand that the Examiner has also rejected claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 as anticipated by pages 1466 to 1496 of Goodman and Gilman (1980), and explained by various cited non-prior art references.  (Office Action at p. 55).  I have reviewed the cited pages from Goodman and Gilman, the cited non-prior art references and the above claims.  The Examiner contends that Goodman and Gilman teaches "in response to various environmental stressors," that cortisol and other endogenous glucocorticoids are produced and released, which, as explained by the cited non-prior art references, would necessarily reduce NF-kB activity and expression of cytokines

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 44 of 74  of Declaration of Dr. Inder Verma*

whose transcription is regulated by NF-kB, and would therefore have carried out the above

claims. (Office Action at 55).  I respectfully disagree.

103.  First, as discussed above, the claims are directed to methods for modifying the

naturally occurring response to such inducing stimuli and reducing the harmful effect of such

external influences by "reducing NF-kB activity."  These goals are achieved by reducing the

ability of NF-kB to act as a messenger inside the cell regulating specific results recited in the

claims, such as reducing NF-kB mediated gene expression.  When read in light of the teachings

of the patent disclosure, one skilled in the art would have understood the claims to require

affirmative, manipulative steps, calculated to achieve such specific results.  One skilled in the art,

therefore, would not have understood the natural production and release of endogenous

glucocorticoids as carrying out any of the '516 patent claims.

104.  Second, there is no showing in Goodman and Gilman (1980) in connection with the

widely variable "environmental stressors" referred to ("agonal state, severe infections, surgery,

parturition, cold, exercise and emotional stress"), of what, if anything, would necessarily induce

NF-kB activity in cells in connection with any particular stressor, such that the induced NF-kB

activity could be reduced as required by the claims.   As it lacks any such information, even if

one read the claims to encompass natural production of endogenous glucocorticoids, one would

not read the Goodman and Gilman (1980) as describing any of the claimed methods.  The

Examiner refers to "hypersensitivity reactions" but provides no evidence, nor is there any reason

to believe, that the different environmental stressors that the Examiner contends would cause

production of endogenous glucocorticoids would necessarily be associated with "hypersensitivity

reactions." (Office Action, at 56.)

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 45 of 74  of Declaration of Dr. Inder Verma*

105. Third, the allegedly anticipating pre-April 21, 1989 art the Examiner relies on describes cortisol. The later references the Examiner relies on regarding effects on NF-kB all describe various experiments using the synthetic steroid dexamethasone, which is a different compound.    One cannot assume that the effects of different glucocorticoids and steroids are necessarily the same, as is evident from the fact that numerous, different steroid drugs have been developed, and have different indications. Further, as Padgett indicates, glucocorticoids mediate effects through at least two different receptors, the glucocorticoid receptor and the mineralocorticoid receptor.  (Padgett at 445).    As Goodman and Gilman indicate, and as evidenced from numerous later publications, the spectrum of biological effects of different glucocorticoids can vary tremendously at least in part due to the different interactions of each distinct glucocorticoid with each of these receptors, and the specific pattern of receptor expression on any individual cell. (For example, see Goodman and Gilman at 1473).   Although the Examiner asserts that Padgett provides analogous "NF-kB inhibiting evidence" as that in Baldwin I, Auphan, Scheinman I/II and the Mukaida documents regarding dexamethasone, the Padgett review provides no primary data, and does not discuss any experiment which examined the effect of cortisol (or any endogenous glucocorticoid) on NF-kB activity.   The Examiner has no basis in fact for assuming that cortisol would necessarily affect NF-kB in the same way under any particular experimental scenario.

106. Lastly, even if one were to erroneously assume that one could equate the effect of cortisol with dexamethasone, for all the same reasons as explained above regarding use of dexamethasone, the fact that cells were exposed to cortisol produced and released naturally in the body does not indicate that such exposure necessarily reduced induced NF-kB activity or NF-kB

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 46 of 74  of Declaration of Dr. Inder Verma*

mediated-intracellular signaling.   For all these reasons, pages 1466-1496 from Goodman and

Gilman cannot anticipate any of the above claims.

## VI.    Calcitriol

107.   Calcitriol (1,25-(OH)$_2$D$_3$) is the active metabolite of vitamin D3 (cholecalciferol). It

is widely thought that the biological effects of calcitriol are mediated through its interaction with

a high affinity nuclear receptor known as the vitamin D receptor (VDR). (Alroy 1995).   The

receptor selectively associates with recognition sequences generally in the promoter region of

target genes, and thereby acts to either positively or negatively regulate transcription of those

genes. (Alroy at 5780-90).  Notably, calcitriol appears to inhibit transcription through the VDR

receptor by acting directly as a repressor for transcription, but in some genes, notably IL-2, it

also appears to inhibit transcription by interacting with the region in the promoter that comprises

the binding site for NFAT and preventing NFAT induction. (Alroy at 5790).

### A.    Inherent Anticipation Rejection Based on Pre-April 21, 1989 References Relating to Calcitriol (Tsoukas, Manolagas, Lemire I and II, Rigby I and II)

108.   I understand that the Examiner has rejected claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29,

31-32, 36-40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97 as anticipated by

Tsoukas, Lemire I, Lemire II, Rigby I, Rigby II or Manolagas.  I have reviewed each of these

references and the above claims. The Examiner contends that each of these references teaches

administration of calcitirol to humans, and also reports the study of calcitriol in various human

cell cultures, including human Jurkat (T-cell line), leukemic cells, and human peripheral blood

monocyte ("PBM") cells, including Tsoukas (PBM), Manolagas (PBM), Lemire I, Lemiore II,

Rigby I, and Rigby II.   (Office Action at 31).   The Examiner contends further that the cited

extrinsic evidence (post-filing date published Yu 1995, and statements in paragraphs 7 through

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 47 of 74  of Declaration of Dr. Inder Verma*

24 of the Declaration of Dr. Manolagas) show that administration of calcitriol as described in these references would have necessarily reduced NF-kB activity and also expression of genes whose transcription is regulated by NF-kB activity. The Examiner therefore contends that each of the primary references inherently anticipates the above claims. I have reviewed Yu 1995 and the Declaration of Dr. Manolagas, and I respectfully disagree.

109. As an initial matter, the Examiner should note that the cited publications all describe experiments conducted in various types of cultured cells. None of these publications describe methods for using calcitriol in humans. Therefore, this declaration will only address the contentions made in the Office Action regarding use of calcitriol in cultured cell systems, as described in the cited primary publications.

110. In particular, the Examiner relies on six primary publications: Tsoukas and Manolagas, describing work done in Dr. Manolagas laboratory, and four other publications by others (Lemire I and II, Rigby I and II). The Examiner relies on these studies as evidence that administration of calcitriol in "PBM" cells reduced production of the cytokine IL-2, which the Examiner argues is regulated at least in part by NF-kB. (Office Action at 30-31). The Examiner contends that Yu et al. carried out experiments "under the same conditions utilized in Tsoukas and Manolagas" and therefore replicated the conditions of using calcitriol in the primary references. (Office Action at 31.) The Examiner argues that Yu's data "that calcitriol reduced NF-kB activity as well as NF-kB-regulated gene expression," therefore demonstrate that administration of calcitriol as described in the pre-April 21, 1989 references would have "necessarily and inherently" reduced NF-kB in induced human cells (PBM/Jurkat) to reduce IL-2 expression, and "necessarily and inherently" practiced the above claims. I respectfully disagree.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 48 of 74  of Declaration of Dr. Inder Verma*

111. Each of the above claims requires "reducing NF-kB activity." As described above, I understand all the above claims are directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing external stimulus. In this regard, the Examiner erroneously states the primary references describe the use of calcitriol in induced human cells. Tsoukas 1984 describes a series of experiments investigating the effect of calcitriol on proliferation and production of IL-2 protein (as measured indirectly by IL-2 activity) in PBM cells <u>simultaneously</u> stimulated with PHA, not first induced with PHA. Manolagas 1986 reports further experiments investigating the effect of calcitriol on proliferation and IL-2 activity in PBM cells, in terms of its calcium sensitivity. None of these experiments were conducted by <u>administering</u> calcitriol by itself to induced cells. Therefore, none of the methods of using calcitriol by itself that Tsoukas or Manolagas describe could have involved reducing induced NF-kB activity.

112. Lemire I and II describe experiments investigating the effect of calcitriol on DNA synthesis and IgG production in PBM cells. In Lemire I, calcitriol treated cells were <u>simultaneously</u> stimulated with a number of different agents, either PHA, pokeweed mitogen (PWA) or dermatophyton-O. In Lemire II, cells were <u>either pretreated or simultaneously treated with calcitriol</u> and a number of different agents, either PHA, PWA, or con A. The only specific data reported by either Lemire I or II from PHA treated cells relates to the effect of calcitriol on DNA synthesis (Lemire I at 659, Fig. 2; Lemire II at 3033, Table I, Fig. 1). Again, none of these experiments were conducted by administering calcitriol to cells in which NF-kB activity had first been induced. Instead, these experiments were conducted by simultaneously treating cultures with calcitriol and various agents. Therefore, none of the methods of using calcitriol that Lemire I and II describe could have reduced induced NF-kB activity as recited in the claims.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 49 of 74  of Declaration of Dr. Inder Verma*

113. Rigby II describes experiments investigating the effect of calcitriol on mitogenesis (cell cycle distribution and DNA synthesis), cell surface levels of IL2 receptors and transferrin receptors in PBM cells. In Rigby II, none of the experiments were conducted by administering calcitriol to induced cells. Instead, in these experiments, cells were always <u>stimulated with PHA in the presence of calcitriol</u>. None of these experiments could therefore have used calcitriol to reduce induced NF-kB activity.

114. Rigby I describes experiments investigating the effect of calcitriol on mitogenesis and production of IL2 (by a bioactivity assay) in PBM cells. In certain of the experiments, calcitriol was administered to cells at various time points after stimulation with PHA. (Rigby I at 1453, Figs. 2 and 4). Of the calcitriol pre-April 21, 1989 art cited, Rigby is the only study to describe any instances of administering calcitriol to cells after stimulation with PHA. To the extent the Examiner relied on these particular experiments to contend that, based on Yu, such use of calcitriol would have necessarily reduced NF-kB activity such that IL-2 expression was reduced, substantial evidence demonstrates that there is no reasonable factual basis for such an inference. This evidence, summarized below, includes significant differences in protocols between Yu 1995 and earlier studies, lack of any correlation between the purported kinetics of the effect of calcitriol on NF-kB binding and the effect of calcitriol on production of IL-2 in earlier studies, evidence that calcitriol inhibits IL-2 expression through NFAT, and not NF-kB, as well as methodological deficiencies which bring into question the purported observations Yu 1995 makes regarding NF-kB.

### (i)  Yu 1995 does not reproduce the pre-April 21, 1989 art

115. One of skill in the art would understand that Yu fails to reproduce the conditions for using calcitriol described by the studies described in the primary cited reference, and

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 50 of 74  of Declaration of Dr. Inder Verma*

therefore could not, and does not provide an explanation for what occurred in these earlier studies. Among other differences, there are substantial differences between the "PBM" cells that Yu used and those used in all the cited primary studies from the 1980s, including Rigby I. As explained below, these differences would have significantly impacted the effects calcitriol would have had. Therefore, even assuming that Yu showed that calcitriol affected NF-kB in some way (which in my opinion it does not), there is no basis for inferring that any of the results Yu observed explain the reported prior use with a significantly different cell population. In this regard, one cannot properly state that the experiments in Yu were conducted "under the same conditions utilized in Tsoukas and Manolagas," or in any of the other publications from the 1980s cited by the Examiner.

116. As discussed above, the term "PBM cells" would not be understood by one skilled in the art to refer to a single, defined cell type. Such cell cultures comprise a highly heterogeneous cell population comprised of numerous immune cell types isolated from patients blood samples, including T and B-lymphocytes, NK (natural killer) cells, monocytes and macrophages. (See for example, David et al. Blood (1998)). There is substantial variability in PBM cells, depending on the protocol and conditions of isolation. Thus, careful attention to details would be required to replicate conditions of earlier studies. Rigby I, as well the other cited pre-April 21, 1989 art, including Tsoukas and Manolagas, used cells isolated from blood samples through different modifications of Ficoll-Hypaque discontinuous gradient centrifugation. (See for example, Rigby I at 1452). Instead, the experiments with "PBMCs" described in Yu 1995 relied on a new protocol, described in Yu 1991 (reference 15), for further fractionating this highly heterogeneous cell population into plastic-adherent and non-adherent cells, and using only the plastic non-adherent cell population. (Yu 1995 at 10991, Yu 1991 at

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 51 of 74  of Declaration of Dr. Inder Verma*
7589). None of the cited primary reference isolated and used a plastic-non-adherent cell population.

117. Significantly, "the adherence step was performed to eliminate the majority of the adherent monocytes" which constitutively express the vitamin D receptor (VDR), unlike the remaining non-adherent lymphocytes, where VDR expression varies depending on the state of the cell. (Yu 1991 at 7588-89) attached as **Exhibit 22**. Especially in regard to evaluating the effects of calcitriol, removing the adherent (and calcitriol responsive) monocytes from the cell population would most likely have a substantial effect on the overall effect of calcitriol in the cell culture. In view of this important difference between Yu 1995 and the cited primary reference, one skilled in the art could not assume or infer that any of the purported effects on NF-kB reported by Yu 1995 on "PBMCs" (even if true) would have necessarily been observed in any of the earlier studies with "PBM" cells.

> (ii)    **There is no evidence that NF-kB mediated any affect of calcitriol observed in the cited primary references**

118. Further, none of the studies reputted in the primary reference provide evidence that calcitriol affected any process in the cell that would have been mediated through an effect of calcitriol on NF-kB. Most notably, there is no correlation between the time course for the processes measured in the earlier studies, such as IL-2 production and proliferation, and the purported inhibitory effects of calcitriol on NF-kB Yu described in 1995. In particular, the authors report that substantial induction of p50 NF-kB expression occurred only 72 hours after treatment of PBMCs with PHA, with virtually no induction detectable at 24 hours (Yu 1995 at 10991, Fig. 1)(A more legible copy of Yu 1995 is attached as **Exhibit 23**). In contrast, earlier studies observed that IL2 production peaked no later than 24 hours after PHA treatment. In other

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 52 of 74  of Declaration of Dr. Inder Verma*

words, from these data, there is no basis for concluding that IL2 production was linked in any way to induction of NF-kB activity.

119.    In fact, substantially more comprehensive analyses of the IL-2 promoter in other studies has demonstrated that repression by calcitriol of IL-2 expression, as well as aspects of its immunosuppressive activity in T cells likely occurs through an NF-kB independent mechanism involving NFAT-driven transcription as a target. (Alroy et al 1995, Takeuchi et al. 1998 attached hereto as **Exhibits 24 and 25**).  For example, Alroy et al. in PHA/PMA stimulated Jurkat cells, found when activated by calcitriol, the vitamin D3 receptor directly repressed the ability of NFAT to activate transcription of the IL-2 gene by interfering with assembly and binding of an NFAT/AP1 complex to the IL2 promoter, and thereby reduced IL2 gene expression. (Alroy at 6796, see also Alroy Figs. 3, 5 and 8).  Similarly, Takeuchi found that calcitriol treatment of activated T cells "resulted in inhibition of NFAT complex formation" to the human IL-2 promoter NFAT site, as well as diminished NFAT-driven transcription of a reporter gene in calcitriol-treated Jurkat cells. (Takeuchi at 210, 215, Figs. 1 and 6).  Notably, Takeuchi "found no significant effect of [calcitriol] on NFkB binding activity under T cell activation conditions [ionomycin and PMA] used here." (Takeuchi at 215).

120.    Similarly, there is no evidence that NF-kB mediated any of the other effects of calcitriol that were investigated in the earlier studies described in the primary references. Calcitriol inhibited proliferation of PBMCs only when it was added during the first 24 hours data suggesting "that the antiproliferative effect of $1,25-(OH)_2D_3$ is not the result of its effects on NF-kB." (Yu 1995 at 10994).  These data therefore fail to demonstrate that the apparent inhibitory effects of calcitriol on NF-kB had any functional significance. Recognizing the inconclusive data, Yu indicates that the relevance of the apparent inhibitory effects they observed calcitriol to

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 53 of 74  of Declaration of Dr. Inder Verma*

have on NF-kB in their study to any of its immunoregulatory properties "is a matter of conjecture," in other words, mere speculation. (Yu 1995 at 10994). Such speculation cannot reasonably support a conclusion that the effect of calcitriol on IL-2 production or cell proliferation provides evidence that use of calcitriol in any study described in any of the primary reference necessarily reduced NF-kB activity and consequent expression of NF-kB regulated proteins.

121.  Additionally, the Examiner refers to experiments conducted in Jurkat cells transfected with a CAT reporter construct, in which the CAT gene was placed under control of a quadruple repeat of an NF-kB consensus sequence. (Yu 1995 at 10993, Fig. 6). The Examiner argues that these data prove that administration of calcitriol to PBM cells in the pre-April 21, 1989 studies would have resulted in reduced NF-kB gene expression. (Office Action at 32). I respectfully disagree.

122.  The CAT reporter experiments do not reproduce any use of calcitriol described in the cited primary reference. First, the CAT reporter assays do not replicate use of calcitriol in induced cells as required by the claims, because the cells were pretreated with calcitriol for 40 hours before being stimulated with PHA. More significantly, the transfected Jurkat cells used by Yu differ significantly from the PBM cells and Jurkat cells used in the prior studies. In particular, the artificial (quadruple repeat) NF-kB binding site, on which the reporter construct was based, is not found in any endogenous gene, and would not have been present in any of the cells used in the earlier studies. There is no basis for assuming that the response of this reporter construct reflects the regulation of any endogenous gene. These CAT data therefore provide no basis for assuming that calcitriol, as used in the prior studies, would have necessarily affected NF-kB mediated gene expression.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 54 of 74  of Declaration of Dr. Inder Verma*

      (iii)    **Yu 1995 does not substantiate that calcitriol affects NF-kB binding activity in induced cells**

123.  Additionally, the Examiner refers to EMSA assays described in Yu as evidence that calcitriol reduced NF-kB activity. The Examiner notes that Yu observed that calcitriol administration "caused a significant reduction in the DNA-protein complex, as evidenced by the decrease in the intensity of this band (lane 4)" (Office Action at 31, Yu at 10993, Fig. 5). Although Yu interprets these data to indicate that calcitriol decreases NF-kB-DNA binding activity, I find that conclusion questionable in view of the inconsistencies and methodological flaws underlying these EMSA data.

124.  In particular, the assumption that the bound complex represents only NF-kB binding activity is particularly questionable.  Based on my experience with EMSA assays, including NF-kB EMSA assays, one would not achieve significant competition, as was observed here, with only a 5-fold excess of unlabeled competitor. (Yu Fig. 5, lane 5). Furthermore, Yu observed that competition with a "non-specific" oligonucleotide containing an AP-1 binding motif actually increased binding to the labeled EMSA probe. (Yu Fig. 5, lane 7).  One of skill in the art would not expect such a sequence to affect binding to the NF-kB site.  Such results indicate a likely problem with specificity, such that further appropriate controls, such as antibody controls or mutational controls, would be required to substantiate that the apparent inhibition represented an effect on NF-kB binding, and not the binding of some other factor, to the probe. Additionally, even if these data were to be confirmed, it should be noted that the EMSA assay does not directly assess the effect of calcitriol on induced cells, as the cells studied by Yu were simultaneously treated with both calcitriol and PHA, i.e. not first induced by an external stimulus.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 55 of 74  of Declaration of Dr. Inder Verma*

**B.**    **Studies show that calcitriol treatment can increase NF-kB activity**

125.  In contrast to the Examiner's assumption that administration of calcitriol would necessarily reduce NF-kB activity, studies have shown that calcitriol in fact induces NF-kB activity, i.e. stimulates induction of NF-kB by external influences (See, e.g., Schematic 14 of **Exhibit 1**).  In particular, a number of studies that Dr. Manolagas relies on in his declaration purportedly proving that calcitriol necessarily reduces NF-kB activity instead demonstrate the opposite.    For example, both Adams et al. (2004) and Berry et al. (2002) (Manolagas Declaration ¶23) observed that treatment with calcitriol resulted in increased NF-kB activity under the conditions studied. Adams reports that calcitriol alone stimulated NF-kB activity in C3H10T1/2 cells.  (Adams at 2948 attached as **Exhibit 26**). Berry reports that calcitriol increased NF-kB activity in a TPA-stimulated promyeloytic leukemia cells by stimulating phosphorylation and degradation of IkB.    (Berry at 183 **Exhibit 27**).  Such studies provide further evidence that the Examiner is incorrect in his assumption that calcitriol administration to cells necessarily reduces NF-kB activity.  Therefore, the use of calcitriol as described in the prior studies is not the case of a method recited in any of the above claims.

**VII.**    **Antibiotics**

    **A.**    **Inherent Anticipation Rejection Based on Portions from the 1970 PDR**

        **(i)**    **1970 PDR**

126.  I understand the Examiner has rejected claims 1-2, 5, 6, 8-10, 12-18, 20-21, 25-27, 29-32, 36-41, 53-54, 58-65, 69-76, 80, 82, 84, 87-89, 93-100, 104-105, 119-120, 124-129, 133-140, 144-150, 154-160, 164-168, 172-178 and 182-186 as anticipated based on portions of the 1970 PDR, as explained by various post-filing date published references cited in the Office Action, and the Declaration of Dr. Manolagas.  I have reviewed these portions of the 1970 PDR,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 56 of 74  of Declaration of Dr. Inder Verma*

the cited post published references, the Manolagas declaration and the above claims. The

Examiner argues that the 1970 PDR teaches administration of various antibiotics, such as

erythromycin, gentamicin and tetracycline to kill bacteria. The Examiner contends that such use

of antibiotics would reduce production of LPS from the bacteria, which would therefore

inherently reduce LPS-induced and NF-kB regulated cytokine production, and therefore

inherently practice the above claims. I respectfully disagree.

127. Each of the above claims requires "reducing NF-kB activity." As previously

discussed, I understand all the above claims are directed to methods carried out on cells in which

NF-kB activity has first been induced by some inducing external stimulus, in other words a

eukaryotic cell in which NF-kB activity is activated by the presence of an external influence.

Antibiotics have no effect on any of the segments of the NF-kB pathway as illustrated in

Schematic 10 of **Exhibit 1**. As indicated by the 1970 PDR, and acknowledged by the Examiner,

antibiotics either kill or interfere with growth of bacterial cells. Antibiotics do not act "by

blocking LPS that reaches the cell," as the Examiner erroneously alleged on page 42 of the

Office Action. As also illustrated on Schematic 10, antibiotics neither act on the mammalian

cell, nor do they act to interfere with the induction by the external influence to which the

Examiner refers, i.e. LPS. One skilled in the art seeking to practice any of the above claims

would therefore never contemplate using antibiotics to "reduce NF-kB activity." Even if one

viewed the external stimulus as the bacterial infection, antibiotics act on the bacteria and do not

act on any of the 6 segments of NF-kB pathway.

128. While at least for the above reasons, use of antibiotics would not practice any of the

above claims, the Examiner should also note that the factual premise that use of antibiotics to

treat bacterial infections would necessarily reduce LPS levels is incorrect. In this regard, the

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 57 of 74  of Declaration of Dr. Inder Verma*
Manolagas declaration indicates that one possible (but not necessary) outcome of antibiotic treatment is to reduce LPS levels, contingent on completely resolving a bacterial infection. (Manolagas Decl. ¶¶ 38-39.)  However, as acknowledged by the PDR there are several common reasons why antibiotic treatment fails to do so. For example, where certain of the bacterial cells are resistant to a particular antibiotic, antibiotic treatment can actually increase growth of any resistant bacterial strains present in the treated patient. Moreover, rather than having bactericidal effects, antibiotics often have bacteriostatic effects which do not result in killing bacteria. (1970 PDR at 880, 1167, 1309, 1310, 1379).  Thus, the bacteria with  LPS remains and continues to induce NF-κB.  Finally, antibiotics often have little effect on enteric bacteria, which include gram-negative bacteria that carry LPS on their surface.

129:  As evidence that antibiotic treatment would reduce LPS levels, Dr. Manolagas specifically refers to only one paper. (Galdiero (2001), Manolagas Declaration ¶¶ 37-39). Galdiero however, neither mentions antibiotics, nor does the paper provide any information relating to the effect of LPS in any human patient. Indeed, Galdiero indicates that in cultured cells, even extremely low levels of LPS, such as 10ng/ml were sufficient to induce release of cytokines from the cells.  Dr. Manolagas' assumption that in a patient, LPS levels to below 1ug/ml would no longer stimulate NF-κB-mediated cytokine production therefore has no support in Galdiero, which indicates that 100-fold lower levels of LPS (0.01ug/ml) induced expression of such genes in cultured cells.

130.  Numerous studies, in fact, have substantiated that antibiotic treatment can disrupt bacterial membranes, which by releasing and solubilizing LPS, can be expected to increase circulating levels of LPS in the body.  See for example, Lepper et al., *Clinical Implications of Antibiotic-Induced Endotoxin Release in Septic Shock*, Int. Care Med. 28:824-833 (2002)

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 58 of 74  of Declaration of Dr. Inder Verma*

**(Exhibit 28)**; Shenep and Mogan, *Kinetics of Endotoxin Release During Antibiotic Therapy for Experimental Gram-Negative Bacterial Sepsis*, J. Inf. Diseases, 150:380-388 (1984) **(Exhibit 29)**; Hurley et al., *Antibiotic Release of Endotoxin in Chronically Bacteuriuric Patients*, Antimicrob. Agents Chemother. 351: 2388-2394 (1991) **(Exhibit 30)**; Dofferhoff et al., *Effects of Different Types and Combinations of Antimicrobial Agents on Endotoxin Release from Gram-negative Bacteria: An In Vitro and In-Vivo Study*, Scand. J. Infect. Dis. 23:745-754 (1991) **(Exhibit 31)**; Mustafa et al., *Increased Endotoxin and Interleukin-1 Beta Concentrations in Cerebrospinal Fluid of Infants with Coliform Meningitis and Ventriculitis Association With Intraventricular Gentamicin Therapy*, J. Infect. Dis. 160:891-5 (1989) **(Exhibit 32)**. LPS released and solubilized from bacterial membranes may have substantially increased biological activity. Lepper 2002 at 825-826. Leeson and Morrison, *Induction of Proinflammatory Responses in Human Monocytes By Particulate and Soluble Forms of Lipopolysaccharide*, Shock 2:235-245 (1994) **(Exhibit 33)**. In summary, such evidence demonstrates that when used to treat gram-negative infections, by inhibiting bacterial growth or by killing bacteria, antibiotics are likely to increase LPS levels, and further stimulate activation of NF-kB in the cell.

131. Finally, as discussed above, claims 8-9, 75-80, 82, 84, 88-98, are further directed to methods carried out on cells in which the "external influences induce NF-kB mediated intracellular signaling." These claims further require the methods to be carried out on cells in which the induction is maintained by the presence of the external influence. Killing bacteria, even if doing so could also remove the LPS, cannot practice any of the claims which require maintained induction by the external influence.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 59 of 74  of Declaration of Dr. Inder Verma*

## VIII.   Red Wine

### A.     Inherent Anticipation Rejection Based on St Leger, Dobrilla or Jones

132.   I understand that the Examiner has rejected claims 1-2, 6, 8, 9, 20-21, 25-27, 29-32, 36-41, 64-65, 69-76, 80, 82, 84, 87-89 and 93-98 based on excerpts from the King James Version of the Bible (portions), St Leger (1979), Dobrilla (1984) or Jones (1987), and alleged explained by post-filing date published reference Blanco-Colio 2000, Holmes-McNary (2000) and Manna (2000).   I have reviewed each of these references and the claims.  The Examiner appears to rely on the excerpt from the Bible simply for the proposition that red wine has been consumed for many years.  The Examiner contends that St. Leger, Dobrilla and Jones describe studies in which there was "substantial" consumption of red wine along with "fatty foods."   The Examiner argues that the post-filing date references explain that consumption of even a moderate amount of red wine with fatty food as purportedly described in the pre-April 21, 1989 references would have necessarily reduced NF-kB activity induced by the fat content in the food, as well as concomitant NF-kB mediated gene expression. (Office Action at 46-47).  I respectfully disagree.

133.  Each of the above claims requires "reducing NF-kB activity."  As described above, I understand all the above claims are directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing external stimulus.   There is no showing or description in any of these of primary cited publications as to what, if anything, would have acted on a cell to induce NF-kB activity in any subject consuming red wine, let alone necessarily have done so.  In this regard, these primary references also provide no information as to what agent, if any, would have necessarily acted on cells to reduce NF-kB activity in subjects consuming red wine. "Red wine" as a chemical mixture would not be found *per se* in the body after it is consumed and therefore could not act *per se* on cells (Schematic 15 of **Exhibit 1**). Red

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 60 of 74  of Declaration of Dr. Inder Verma*

wine is a generic term covering many different mixtures having in common the characteristic of being of red color. Each such mixture has many variable constituents, which these pre-April 21, 1989 studies never identified or analyzed. Without any description of what, if anything, would have induced NF-kB activity in cells, or what, if anything, would have acted to reduce NF-kB activity in cells, one skilled in the art would not read any of the primary references as describing any of the claimed methods.

134. St. Leger (1979) is simply a statistical analysis of mortality from cardiovascular disease in developed countries in which a negative association was observed between death from heart disease and consumption of wine. The study does not provide any details as to the type of food or red wine consumed by any subject, or describe any obvious inducing stimuli that would act on a cell. Notably, this epidemiological analysis even failed to suggest that consumption of red wine was advantageous compared to any other wine. (St Leger at 1020). In that regard, one could not even read St Leger as teaching one to specifically use red wine for any purpose.

135. Dobrilla (1984) describes a clinical study conducted to evaluate the effect of cimetidine and ranatadine on ethanol metabolism. Dobrilla does not provide any details as to the type of food or red wine consumed by any subject in the study, other than to note that all subjects before being tested had consumed a "standard weight ham sandwich."

136. Jones (1987) describes a study in which methanol elimination half-life was measured in four subjects who in the course of two hours, consumed an intoxicating amount of red wine (up to two standard 750ml bottles). Jones does not provide any details as to the type of food or red wine consumed by any subject other than that the red wine used in the study

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 61 of 74  of Declaration of Dr. Inder Verma*
contained substantial amounts (100mg/l) of methanol and that while drinking, the subjects ate

some amount of potato chips and cheese.

137.    Despite the fact that these primary references fail to describe any aspects of the

claims, the Examiner contends that post-filing date published Blanco-Colio provides extrinsic

evidence that St. Leger, Dobrilla and Jones necessarily involved use of the method claimed in the

subject claims. I respectfully disagree. In particular, I disagree that these later references provide

any factual basis for the notion that NF-kB would have been necessarily induced, or that any

induced NF-kB activity would have been necessarily reduced in PBM cells of subjects

consuming red wine.  As explained below, such a conclusion could not be based on anything

more than mere speculation. Further, neither Blanco-Colio nor anyone else would be readily able

to replicate the experiments of the earlier studies because the type of red wine was not specified

in those earlier studies.

138.    The Examiner contends that the Blanco-Colio study explains that triglyceride

lipoproteins would have necessarily acted on cells to induce NF-kB activity in virtually any

person who had consumed "fatty food."  Blanco-Colio reports that among the 16 subjects

studied, a fat enriched breakfast increased blood levels of certain lipoproteins (total triglycerides

and chylomycrons) but not others (VLDL).  Even if the Blanco-Colio's interpretation of their

NF-kB EMSA data were correct (and as I explain below why their interpretation is likely

incorrect), there certainly is no evidence in the Blanco-Colio study identifying certain

triglyceride lipoproteins as agents that had acted on cells to induce NF-kB activity. (Blanco-

Colio at 1022).  Blanco-Colio provides no direct evidence for this position.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 62 of 74  of Declaration of Dr. Inder Verma*

139.  At best, the authors imply that there was some correlation between blood levels of certain lipoproteins and NF-kB binding activity. (Blanco-Colio at 1024). However, in view of their data, that correlation is highly questionable, in particular when one examines data from subjects who had not consumed any red wine. (Blanco-Colio at 1022-23, Figs. 1 and 2).  For example, Blanco-Colio purports to show a maximal increased NF-kB binding activity in PBM cells 9 hours after the subjects consumed breakfast. (Blanco-Colio at 1023, Fig. 2C).  However, by 9 hours, the total triglyceride blood levels in those subjects had dropped to below baseline levels. (Blanco-Colio at 1022, Fig. 1A).   Such a questionable correlation is far from sufficient to establish that triglycerides acted to induce NF-kB activity either in Blanco-Colio let alone, in any of the subjects in either the Dobrilla or Jones studies, which provide no information on triglyceride levels or NF-kB activity.

140.  Moreover, I question the Blanco-Colio authors' interpretation of their EMSA data as demonstrating that NF-kB binding was reduced in subjects who consumed red wine along with breakfast.  Notably, addition of anti-p65 NF-kB antibody to nuclear extracts from PBM cells caused a supershift of the lower portion of the major bound complex, indicating that the lower portion of the complex comprised bound p65 protein. (Blanco-Colio at 1024, Fig. 3, lane 4).  These data in Fig. 3 strongly suggest that the lower unlabeled band in Fig. 2 may also correspond to NF-kB (p65) binding activity. (Blanco-Colio at 1023, Fig. 2, panels A and B). Notably, the authors failed to identify the unlabeled complex, and provide no explanation for why they did not interpret this band as corresponding to NF-kB.  Significantly, if one were to assume this to be correct, as the data suggest, Fig. 2 would not support the authors' conclusion that NF-kB activity was reduced in subjects who had consumed red wine with breakfast.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 63 of 74  of Declaration of Dr. Inder Verma*

141. The Examiner also refers to two post published references reporting various experiments on the effects of chemically pure unconjugated form of resveratrol, *trans*-resveratrol (3,5,4'-trihodroxy-*trans*-stilbene, or alternatively, *trans*-3,4',5-trihydroxystilbene), in cultured cells. (Holmes-McNary at 3477; Manna at 6509, 6511) The Examiner, however, does not refer to any pre-April 21, 1989 references describing use of chemically pure *trans*-resveratrol. Moreover, neither Holmes-McNary, nor Manna conducted any experiments with red wine. All their data were obtained using a chemically pure *trans*-resveratrol.  In this regard, neither Holmes-McNary, nor Manna reproduced the use of red wine in Dobrilla or Jones and therefore cannot explain or confirm what occurred in those earlier studies

142. The Examiner contends that nevertheless, based on Holmes-McNary and Manna, that red wine as used in Dobrilla and Jones would necessarily have the same effects on NF-kB as Holmes-McNary and Manna purportedly using pure *trans*-resveratrol in cultured cells. I respectfully disagree. Such a theory is premised on a number of unsupported and erroneous assumptions. Among these, this theory assumes that after consuming red wine, resveratrol in any particular variety of red wine, if any, remains bioavailable and in the same chemical form as *trans*-resveratrol used in the *in vitro* experiments of Holmes-McNary or Manna. Several clinical studies have demonstrated that when tested, these assumptions prove to be incorrect.

143. Vitaglione et al. attached as **Exhibit 34** conducted a clinical study verify if free *trans*-resveratrol or alternatively metabolized forms, could be found in human serum after consuming half (or more) of a standard bottle of red wine (300-600ml) in or without association with a meal. (Vitaglione at 496). The study involved three separate experiments with 25 volunteer subjects who consumed red wine and different meals with varying lipid content, including a "fat meal." *Id.* Blood samples were taken at different intervals and the serum

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 64 of 74  of Declaration of Dr. Inder Verma*
samples obtained were analyzed by three different HPLC techniques to quantify the levels of free

*trans*-resveratrol and metabolites. *Id.*

144. Strikingly, resveratrol was never found in any form at any time in 14 of the 25

subjects tested. (Vitaglione at 502). Even in individuals where the serum sample was positive,

"in any case the detected amounts of free resveratrol were always very low (few ng/ml or less),

in many cases below the limit of quantification...." *Id.* These data therefore "clearly

demonstrated that resveratrol absorption after wine consumption is highly variable" and where

any form of resveratrol could be detected, *trans*-resveratrol was detectable in very low amounts

in only four of the subjects. (Vitaglione at 502-503, table 4). These data indicate that after

consumption of substantial amounts of red wine, *trans*-resveratrol is not necessarily bioavailable,

is rapidly metabolized, and where detectable, likely would not be present at significant levels. In

particular, the low ng/ml levels of trans-resveratrol that Vitaglione observed in only 4 of the 25

subjects are approximately 1000 fold lower than the 5 to 30 $\mu$M (~1.2 – 6.9 $\mu$g/ml)

concentrations used in the *in vitro* experiments reported in McNary and in Manna, (McNary at

3477; Manna, for example, at 6511-6512, fig. 2).

145. Walle et al. 2004 attached as **Exhibit 35** examined the absorption, bioavailability

and metabolism of 14C-*trans*-resveratrol after oral (25mg) and i.v. (1.5mg) doses in six human

volunteers. (Walle at 1378). While in its pure chemical form, *trans*-resveratrol demonstrated

high oral absorption in this study, it also demonstrated "rapid and extensive metabolism, as

determined by LC/MS, resulting in only trace amounts of unchanged resveratrol in the systemic

circulation." (Walle at 1377). As Walle explains, "the most important question in this study was

whether unmetabolized resveratrol could be detected in plasma…However, after all attempts to

find measurable levels of resveratrol in plasma after the oral dose at any time point in the six

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 65 of 74  of Declaration of Dr. Inder Verma*

volunteers failed." (Walle at 1380). Indeed, even though this study administered resveratrol in amounts that Manna alleges would be present in a bottle of red wine, "the oral bioavailability of unchanged resveratrol established from our plasma data were close to zero."  (Walle at 1381).

146.  Finally, other *in vitro* studies not cited in the Office Action question the Examiner's assumption that Holmes-McNary and Manna demonstrate that even in cultured cells, pure trans-resveratrol necessarily reduces NF-kB activity. In particular, these studies observed that resveratrol did not necessarily affect NF-kB binding activity. As an example, Pendurthi et al. 1999 attached as **Exhibit 36** observed that a two hour pre-treatment with resveratrol had no significant effect on binding of NF-kB in endothelial cells stimulated with IL-1β, TNF-α or with LPS, even though it appeared to inhibit transcription of the tissue factor gene. (Pendurthi 1999 at 419, 422, 424, Figs. 4, 8 and 9). Such data demonstrate that the Examiner is incorrect in his assumption that resveratrol administration to cells necessarily reduces NF-kB activity, and provide further evidence that even if the Examiner were correct in assuming that trans-resveratrol would have been necessarily bioavailable after consuming red wine (which the above studies indicate is not accurate), consumption of red wine as described in the pre-April 21, 1989 art cannot anticipate any of the above claims.

IX.    **Protein Kinase C Inhibitors**

A.    **Express Anticipation Rejection based on Meichle 1990 or Shirakawa 1989**

147.  I understand that the Examiner has rejected claims 1-6, 8, 9, 20-21, 25-27, 29, 31, 32, 36-40, 42-43, 47-51, 53-54, 58-62, 64-65, 69-73, 75-78, 80, 82, 84, 88-89, 93-97, 106-107, 109-110, 114-117, 192-193 and 197-201 as anticipated based on Meichle 1990 or Shirakawa 1989, improved copies of which are attached as **Exhibits 37 and 38**. I have reviewed each of these references and the claims. Each of these claims requires "reducing NF-kB activity." The

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 66 of 74  of Declaration of Dr. Inder Verma*

Examiner contends that each of these references teach administration of certain protein kinase

inhibitors (staurosporine, H7 and H8) to reduce NF-kB activity in cells. (Office Action at 10-11).

The Examiner further contends the references teach administration of H7 and H8 to reduce NF-

kB activity so as to reduce NF-kB mediated gene transcription. *Id.* I respectfully disagree. One

of skill in the art would not have understood any of these references to demonstrate that use of

H7 or H8 reduced NF-kB activity.  Moreover, as I discuss in more detail below, I disagree that

any of these references describes or teaches any method of using H7 or H8 that would have

carried out other additional elements required by the above claims.

### (i)    Express Anticipation Rejection based on Meichle 1990

148.    Meichle reports various experiments conducted in two human leukemic cell lines,

K562 and Jurkat cells.  Meichle describes a series of experiments investigating whether in these

cell lines, protein kinase C was necessary for the ability of tumor necrosis factor (TNF) to

stimulate NF-kB binding activity.  (Meichle at 8339, abstract). Meichle investigated this question

by pretreating the cell with H7, H8 or staurosporine, three relatively non-specific protein kinase

inhibitors. *Id.* Notably, the ability of TNF to stimulate NF-kB binding activity was unaffected by

pretreatment with these inhibitors, and Meichle concludes that its ability to induce NF-kB

binding activity did not involve activation of protein kinases, in particular protein kinase C (PK-

C). *Id.*  None of the experiments with TNF could therefore be relevant to any of the '516 patent

claims.  Meichle also purports to show that in contrast, pretreating the cell with either H7 or

staurosporine reduced the ability of PMA to stimulate NF-kB binding activity. The Examiner

contends that the use of H7 and staurosporine as described in Meichle would therefore anticipate

'516 patent claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31, 32, 36-40, 53-54, 58-62, 64-65, 69-73,

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 67 of 74  of Declaration of Dr. Inder Verma*
75-76, 80, 82, 84, 88-89 and 93-97, if these claims were entitled only to a November 13, 1991

filing date. I respectfully disagree.

149.     As discussed above, I understand all of the above claims as being directed to

methods carried out on cells in which NF-kB activity has been induced. In this regard, the

Examiner erroneously states that "Meichle teaches the reduction of NF-kB activity in induced

cells..." (Office Action at 10). The experiments Meichle describes in which H7, H8 or

staurosporine were administered to cells, including the specific experiments the Examiner relies

on, (portions of Figs. 2 and 3) were all conducted by pretreating cells with these protein kinase

inhibitors for 30 to 45 minutes before cells were stimulated with any substance. (Meichle at

8341-2, Figs. 2 and 3). As apparent from the discussion of these experiments, pretreatment was

conducted to prevent a cellular response to inducing substances by inactivating PK-C, PK-A (and

most likely other kinases) before stimulating the cell with any inducing agent. (See Meichle, at

8339, 8342). The use of these inhibitors as described by Meichle, therefore, was not in induced

cells as assumed by the Examiner. None of these experiments would therefore have carried out

the various methods described by the above claims.

150.     The examiner also contends that Meichle teaches use of PK inhibitors to reduce

NF-kB-mediated gene transcription by reducing NF-kB activity.    (Office Action at 11).

Additionally, the Examiner contends that because Meichle used a genetic construct comprising

HIV LTR, Meichle either would anticipate or render obvious claims 3, 4, 11, 42-43, 47-51, 106-

107, 109-110, 114-117, 192-193 and 197-201, if these claims were entitled only to a November

13, 1991 filing date.  I respectfully disagree.  None of the experiments support these assertions.

Meichle neither suggests nor provides any data showing that PK inhibitors inhibited gene

expression induced by any agent, or could do so as a result of reducing NF-kB binding activity.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 68 of 74  of Declaration of Dr. Inder Verma*

Meichle reports experiments conducted with Jurkat cells transfected with two different CAT reporter constructs, each of which are described as containing a CAT gene and an enhancer with an NF-kB binding site. (Meichle at 8340). However, none of the experiments with these constructs, which are reported in Fig. 1, used any PK inhibitor. (Meichle at 8341, Fig. 3). Meichle provides no evidence whether PK inhibitors could prevent any agent from inducing expression of these constructs. Additionally, Meichle provides no data as to whether PK inhibitors affected expression of any endogenous gene. Therefore, one would not read Meichle as either describing or suggesting any use of PK inhibitors to reduce or NF-kB-mediated gene transcription by reducing NF-kB activity.

151. Finally, in the EMSA assays (Figs. 2 and 3), Meichle employed a 29 base pair oligonucleotide corresponding to a portion of the HIV enhancer. As discussed above, studies have documented that this sequence binds not only NF-kB but also other transcription factors including factors in the NFAT transcription factor family. To substantiate that the most slowly migrating complex observed in the EMSA assay corresponded to NF-kB, it would have been necessary to determine whether mutation of the putative NF-kB binding site abrogated binding. Without this control, the data Meichle provides are insufficient to support the authors' conclusion that PK inhibitors were able to reduce NF-kB binding activity. In summary, Meichle fails to provide any data that would have led one of ordinary skill in the art to reasonably expect that one could successfully use PK inhibitors to modify any NF-kB mediated effects or NF-kB mediated gene expression by reducing NF-kB activity.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 69 of 74  of Declaration of Dr. Inder Verma*

(ii)    **Express Anticipation Rejection based on Shirakawa 1989**

152.    Shirakawa et al. reports various experiments conducted in a mouse pre-B cell line 70Z/3, and in human natural killer-like cell line, YT. Shirakawa describes a series of experiments conducted to determine whether the ability of IL-1 in these cells to stimulate NF-kB binding activity required the activity of cAMP-activated kinases. (Shirakawa at 2424).    Shirakawa examined this question using a methodology similar to Meichle, pretreating the cells with H8 for hours before stimulating cells with IL-1. (Shirakawa at 2426).    The Examiner contends that the use of H8 as described in Shirakawa would have anticipated '516 patent claims 1-2, 5, 6, 8, 9, 20-21, 25-27, 29, 31, 32, 36-38, 40, 53-54, 58-62, 64-65, 69-73, 75-76, 80, 82, 84, 88-89 and 93-97, if these claims were entitled only to a November 13, 1991 filing date.  I respectfully disagree.

153,    As discussed above, I understand all of the above claims as being directed to methods carried out on cells in which NF-kB activity has been induced. In this regard, the Examiner erroneously states that "Shirakawa teaches the reduction of NF-kB activity in induced cells using agents that inhibit protein kinase C" (Office Action at 12).    The experiments Shirakawa describes in which H8 was administered to cells, including the specific experiments the Examiner relies on, (Fig. 1, portions of Fig. 2) were all conducted by pretreating cells with H8 for 2 hours before cells were stimulated with IL-1. (Shirakawa at 2426).    Again, as in Meichle, pretreatment was performed to prevent a cellular response to IL-1 by inactivating PK-C and PK-A (and most likely other kinases) before stimulating the cell with IL-1. (Shirakawa at 2425-26). The use of these inhibitors as described by Shirakawa, therefore, was not in induced cells as assumed by the Examiner. None of these experiments would therefore have carried out the various methods described by the above claims.

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 70 of 74  of Declaration of Dr. Inder Verma*

154. The examiner also contends that based on CAT reporter assays described in Fig. 1, Shirakawa teaches use of PK inhibitors (H8) to reduce NF-kB-mediated gene transcription by reducing NF-kB activity, and therefore would have practiced the above claims. (Office Action at 12-13). I respectfully disagree. As discussed above, in this experiment cells were pretreated with H8 for two hours before being treated with IL-1. (Shirakawa at 2425). In fact, Fig. 1 indicates that before being treated with IL-1, the cells were washed and the H8 removed. The use of H8 in this experiment as described by Shirakawa, therefore, was not in induced cells and would not have reduced any induced effect in the cell, or practiced any of the claims, as the Examiner contends.

155. Moreover, one skilled in the art would be aware that each of the three PK inhibitors (H7, H8 and staurosporine) in particular at dose ranges used in Meichle and Shirakawa, are relatively unspecific and in addition to PK-C and PK-A affect numerous kinases. Significantly, by inhibiting other kinases, these agents can inhibit transcription unrelated to effects on PKC, or NF-kB. In particular, both H7 and H8 have been demonstrated to block gene expression and to inhibit mRNA chain elongation, most likely by inhibiting TFIIH kinase activity. (Yankulov et al. 1995; Kumahara et al. 1999) (**Exhibits 39 and 40**). Therefore, appropriate controls are a necessity in order to properly interpret the effects of such inhibitors on a transcriptional assay, such as CAT reporter assay, as being related to NF-kB. Shirakawa omits any such controls from CAT reporter experiment described in Fig. 1, for example, evidence that H8 would not affect expression of appropriately matched CAT construct lacking an NF-kB binding site. One skilled in the art would therefore not have read Shirakawa as teaching that one could use H8 to reduce In summary, therefore, for all the reasons above, one would not have read

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 71 of 74  of Declaration of Dr. Inder Verma*

Shirakawa to have taught reducing NF-kB-mediated gene transcription by reducing NF-kB

activity, or to have carried out any of the above '516 patent claims.

## X.    5-ASA

### A.    Inherent anticipation rejection based on Dew 1983

156. I understand that the Examiner has rejected claims 1-2, 5, 6, 8, 9, 20-27, 29, 31-38,

40, 53-62, 64-73, 75-80, 82, 84 and 88-97 as anticipated by Dew 1983 and explained by various

cited non-prior art. (Office Action at 32). I have reviewed each of these references, the cited

non-prior art and the above claims. The Examiner contends that each of these references teaches

administration of 5-ASA for the treatment of ulcerative colitis. The Examiner contends further

that cited non-prior art evidence shows that administration of 5-ASA as described in Dew would

have necessarily reduced NF-kB activity "by a mechanism including phosphorylation [*sic*] of

IkB" (Office Action at 33). The Examiner contends that therefore, each of these references

inherently anticipates the above claims. I respectfully disagree.

157. Dew 1983 describes a clinical study conducted to compare use of a coated

formulation of 5-amino salicylic acid to sulphasalazine in maintaining remission in patients who

were in remission with ulcerative colitis. (Dew at 23). In fact, admission into the study

"depended on normal sigmoidoscopic findings." *Id.* In other words, the study excluded any

patient that was currently suffering from active ulcerative colitis disease. In this regard, the

Examiner erroneously states that Dew "teaches administration of 5-ASA for the treatment of

ulcerative colitis in humans." (Office Action at 33).

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 72 of 74  of Declaration of Dr. Inder Verma*

158.   As noted above, I understand the above claims are all directed to methods carried out on cells in which NF-kB activity has first been induced by some inducing stimulus (external influence). Dew does not mention NF-kB, and does not describe any external influence that would have induced NF-kB activity. A representation of a eukaryotic cell in which NF-kB is not activated by an external influence is shown in Schematic 9 of **Exhibit 1**. The Examiner relies on data from Bantel, a non-prior art study conducted on patients with active ulcerative colitis, to assume that NF-kB activity would have been induced in the patients Dew studied. Such an assumption has no basis, as patients in Dew were not suffering from active ulcerative colitis, and represented an entirely different group of patients from those Bantel studied. In this regard, Bantel specifically notes that the patients studied were those "with an acute episode of moderative ulcerative colitis" as evidenced by endoscopic findings. (Bantel at 3453). Further, none of the other non-prior art references provide any evidence that NF-kB would be necessarily induced in patients in remission from ulcerative colitis. To the extent the Examiner relies on these other non-prior art references as evidence as to the effect of 5-ASA in induced cells, none of these other non-prior art references are relevant to use of 5-ASA in Dew. There is no evidence that use of 5-ASA described in Dew would have involved administration of 5-ASA to cells in which NF-kB activity was induced. Dew therefore could not have anticipated any of the '516 patent claims.

159.   The Examiner also asserts that the patients in the Bantel study "were administered the same 5-ASA formulation (tradename MESALAZINE) in the same amount as in the Dew reference." (Office Action at 33). Such an assumption cannot be correct. Bantel specifically notes the data was generated from patients who were participating in a study "investigating the therapeutic effect of a *newly developed* mesalazine." (emphasis added) (Bantel at 3453). While

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 73 of 74  of Declaration of Dr. Inder Verma*

the 5-ASA Dew used was formulated by the investigators by coating 5-ASA with Eudragit S,

the formulation used in Bantel consisted of pellets coated instead with Eudragit L.  (Bantel at

3453).  In the absence of any evidence demonstrating these formulations to be equivalent, one

cannot assume they would necessarily act in the same manner.

## XI.     N-Acetyl -L-Cysteine

### A.    · **Express Anticipation Rejection based on Staal 1990**

160.  I understand that the Examiner has rejected claims 18 and 182-185 as anticipated

based on Staal 1990. I have reviewed each of these references and the claims.  All these claims

require "reducing NF-kB activity."  The Examiner contends that each of these references teach

inhibiting TNF-α activation and signaling caused by TNF-α  by reducing NF-kB activity by

administration of N-acetyl-L-cysteine (NAC).  One skilled in the art would not have understood

any of these references to demonstrate that use of NAC reduced NF-kB activity.

161.  Staal reports various experiments conducted in Jurkat cells, a human T cell

lymphoma line, and 293.27.2, a cell line stably transfected with a CAT expression construct.  As

Staal notes, NAC is a drug which can prevent a reduction in intracellular thiol levels by serving

as a precursor for the intercellular thiol, glutathione (GSH). (Staal at 9943). In previous studies,

the authors had observed in certain T cell lines that NAC prevented TNF from stimulating

certain cellular responses. (Staal at 9943). In this regard, Staal reported that TNF stimulation

caused a rapid transient decrease in intracellular thiol levels. (Staal at 9944). Staal here reports a

series of experiments conducted to examine whether the ability of NAC to prevent a TNF-

Patentees: David Baltimore et al.
*Ex Parte*
Reexamination Control No.: 90/007,503 and 90/007,828
*Page 74 of 74  of Declaration of Dr. Inder Verma*

stimulated reduction in intracellular thiol levels also prevented TNF from activating NF-kB.

(Staal at 9944).

162. As discussed above, I understand all of the above claims as being directed to methods carried out on cells in which NF-kB activity has been induced. In contrast, the aim of the Staal study was to determine whether NAC, by inhibiting thiol levels, could act on cells before they experienced stimulation. (Staal at 9944).  In particular, in the experiments specifically relied upon by the Examiner, cells were always treated simultaneously with both NAC and TNF- α. (Staal at 9945-46). In these experiments, NAC therefore could not have inhibited TNF-α signaling by reducing induced NF-kB activity.  None of these experiments have administered NAC to induced cells. Staal therefore could not teach the invention claimed in claims 18 and 182-185.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made herein on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the above-identified patent.

_____
Inder Verma, Ph.D.

Nov 9/06
_____
Date

# Exhibit A

**of Dr. Verma Declaration**
**filed November 9, 2006 in**
A Merged Proceeding of *Ex Parte* Reexamination
Control Nos:

90/007,503          and          90/007,828
Filed April 4, 2005          Filed December 2, 2005

Merged Pursuant to May 4, 2006 Merger Decision
Group Art Unit: 3991  Examiner: B.M. Celsa

# INDER M. VERMA
## CURRICULUM VITAE

| | | | |
|---|---|---|---|
| Address: | Laboratory of Genetics | Home: | 1620 Valdes Drive |
| | The Salk Institute | | La Jolla, CA  93037 |
| | 10010 North Torrey Pines Road | | |
| | La Jolla, CA  92037 | | |
| Tel: | (858) 453-4100 x1462 | | |
| Fax: | (858) 558-7454 | | |
| E-mail: | verma@salk.edu | | |
| Date of Birth: | November 28, 1947 | | |
| Place of Birth: | Sangrur, Punjab, India | | |
| Citizenship: | U.S. Citizen | | |

## EDUCATION:

| | |
|---|---|
| 1971-1974 | Department of Biology, Massachusetts Institute of Technology, Cambridge, MA.  Postdoctoral fellow (with Dr. D. Baltimore) |
| 1967-1971 | The Weizmann Institute of Science, Rehovot, Israel, Ph.D. Biochemistry |
| 1964-1966 | Lucknow University, India M.Sc. Biochemistry |

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 6/95 - Present | Professor, Laboratory of Genetics, The Salk Institute, La Jolla, California |
| 2/85 -6/95 | Professor, Molecular Biology and Virology Laboratory, The Salk Institute |
| 7/83 - Present | Adjunct Professor, Department of Biology, University of California, San Diego |
| 2/83 - 1/85 | Senior Member, Molecular Biology and Virology Laboratory, The Salk Institute |
| 7/79 - 1/83 | Adjunct Associate Professor, Department of Biology, University of California, San Diego |
| 1/79 - 1/83 | Associate Professor, The Salk Institute |
| 4/74 - 1/79 | Assistant Professor, The Salk Institute |

## HONORS AND AWARDS:

| | |
|---|---|
| 2006 | Member of the American Philosophical Society |
| 2005 | Foreign Fellow, Indian National Science Academy (INSA) |
| 2000 | Fellow, American Academy of Arts and Sciences |
| 1999 | Member, Institute of Medicine of The National Academy of Sciences (USA) |
| 1998 | Associate Member, European Molecular Biology Organization (EMBO) |
| 1997 | Member, The National Academy of Science (USA) |
| 1997 | Foreign Fellow, The National Academy of Sciences, India |
| 1997 | Fellow, American Academy of Microbiology |
| 1995 | Member, The Third World Academy of Sciences |
| 1995 | Charaka Award of The Association of Indians in America |
| 1993 | Thrombosis Research Institute, London, Annual Award for 1993 |

- 1 -

A Merged Proceeding of *Ex Parte* Reexamination Control Nos: 90/007,503, Filed April 4, 2005 and 90/007,828, Filed December 2, 2005 **Exh. A of Dr. Verma Declaration**

| | |
|---|---|
| 1990 | American Cancer Society Professor of Molecular Biology |
| 1988 | NIH Outstanding Investigator Award |
| 1987 | NIH Merit Award |
| 1985 | Medal for Outstanding Scientist of North American Scientists of Indian Origin |
| 1970 - 1973 | Fellow of the Jane Coffin Childs Memorial Fund for Medical Research |
| 1967 - 1970 | Reverend Solomon B. Caulker Memorial Fellowship |
| 1964 - 1966 | First in order of merit in M.Sc. |

## EXTRACURRICULAR SERVICES:

| | |
|---|---|
| 2006 – 2007 | Chair of the Faculty and Academic Council of The Salk Institute |
| 2001 - Present | Editorial Board of the Proceedings of the National Academy of Sciences (USA) |
| 2001 – Present | Ceregene, Inc., member, Board of Directors and Scientific Advisory Board |
| 2001 – Present | Xenogen, Scientific Advisory Board |
| 2001 – Present | Jubilant Biosys, Ltd., member, Scientific Advisory Board and Board of Directors |
| 1999 – 2004 | Editor-in-Chief, Molecular Therapy (journal of the American Society for Gene Therapy) |
| 1998 – 2001 | Editoral Board of Genetic Medicine |
| 2000 – 2001 | President, American Society for Gene Therapy |
| 1997 - Present | Agensys, Santa Monica, CA, member, Scientific Advisory Board |
| 1997 - Present | Cell Genesys, Inc., Foster City, CA, member, Board of Directors  and Chairman, Scientific Advisory Board, |
| 1997 - 2001 | Arcaris Pharmaceuticals, Salt Lake City, UT, member, Scientific Advisory Board |
| 1995 - 1999 | Editor, GENE |
| 1995 - 1999 | Member, Scientific Advisory Board of MA Bioservices, Rockville, MD |
| 1994 - Present | Editor, Gene Expression |
| 1998 | Member, American Society for Virology |
| 2000 - Present, 1994 – 1998, & 1989 - 1991 | Member, Board of Trustees, The Salk Institute |
| 1993 - 1999 | Editor, Journal of Virology |
| 1993 - 2001 | Founder and Chairman of the Scientific Advisory Board, Signal Pharmaceuticals, Inc., San Diego, CA |
| 1989 - 1998 | Member Academic Council of The Salk Institute |
| 1983 - Present | Coordinator of the Scientific Advisory Committee established by the Prime Minister of India for the Department of Biotechnology |
| 1990 - 1997 | Founder and Chairman of the Scientific Advisory Board, Somatix Therapy Corporation, Alameda, CA |
| 2001 – 2002, 1996 - 1997 & 1991 - 1992 | Chairman of the Faculty and Academic Council of The Salk Institute |
| 1994 - 1995 & 1989 - 1990 | Vice Chairman: Faculty and Academic Council of The Salk Institute |

## REVIEW COMMITTEES:

| | |
|---|---|
| 2001 – Present | Fred Hutchinson Cancer Research Center, Scientific Advisory Board |

Verma, Inder M.

| | |
|---|---|
| 2000 – Present | Cleveland Clinic Foundation, External Advisory Board |
| 1998 - Present | Wellcome Trust Fellowship Review Committee |
| 1997 – Present | Damon Runyon Scholar Award Committee |
| 1991 - Present | General Motors Sloan Selection Committee |
| 1997 | Scientific Advisory Committee, Ben May Cancer Institute, University of Chicago |
| 1997 | Scientific Advisory Committee, Leukemia Society of America |
| 1995 | Chairman, Ad Hoc Review Committee for the Recombinant DNA Advisory Committee |
| 1994 | Quinquennial Review Committee for ICRF, London |
| 1993 | American Cancer Society Postdoctoral Fellowship Screening Committee |
| 1992 | Institute of Biomedical Sciences Scientific External Research Review, Taipei, Taiwan |
| 1989-1993 | Member, Scientific Advisory Committee of the Damon Runyon-Walter Winchell Cancer Research Fund |
| 1986-1989 | Chairman, Advisory Committee on Cell & Developmental Biology, American Cancer Society |
| 1981-1985 | Member, Virology Study Section, NIH |

## PUBLICATIONS:

DR. VERMA HAS OVER 200 PUBLICATIONS. BELOW ARE SELECTED PUBLICATIONS CONSIDERED TO BE MAJOR CONTRIBUTIONS IN BIOLOGICAL SCIENCES:

Oncogenes and Cancer

*α and β subunits of AMV reverse transcriptase are related:*

Gibson, W., and Verma, I.M. (1974) Studies on the reverse transcriptase of RNA Tumor Viruses. Proc. Natl. Acad. Sci. USA 71:4 991-4994.

*Genome structure by heteroduplex mapping: mos (src) sequences are not viral:*

Hu, S., Davidson, N., and Verma, I.M. (1977) Heteroduplex study of the sequence relationship between the RNAs of M-MSV and M-MLV. Cell 10:469-477.

*First physical maps of proviral DNAs:*

Verma, I.M., and McKennett, M.A. (1978) Genome organization of RNA tumor viruses. II. Physical maps of *in vitro* synthesized Moloney murine leukemia virus double-stranded DNA by restriction endonucleases. J. Virol. 26:630-645.

*Molecular architecture of the first transforming retrovirus:*

Van Beveren, C., van Straaten, F., Galleshaw, J.A., and Verma, I.M. (1981) Nucleotide sequence of the genome of a murine sarcoma virus. Cell 27:97-108.

- 3 -

}

Verma, Inder M.

*Identification of an oncogenic protein by generating antibodies to a synthetic peptide predicted nucleotide sequence:*

Papkoff, J., Lai, M.H.-T., Hunter, T., and Verma, I.M. (1981) Analysis of the transforming gene products of Moloney murine sarcoma virus. Cell 27:109-119.


*Complete structural analysis of the 1st recombinant env gene of MCF viruses:*

Bosselman, R.A., van Straaten, F., Van Beveren, C., Verma, I.M., and Vogt, M. (1982) Analysis of env gene of a molecularly cloned and biologically active mink cell focus-forming proviral DNA. J. Virol. 44:19-31.


*Identification of a new oncogene fos:*

Van Beveren, C., van Straaten, F., Curran, T., Muller, R., and Verma, I.M. (1983) Analysis of FBJ-MSV provirus and c-fos (mouse) gene reveals that viral and cellular fos gene products have different carboxy- termini. Cell 32:1241-1255.

Curran, T., Miller, A.D., Zokas, L., and Verma, I.M. (1984) Viral and cellular fos gene products are located in the nucleus. Cell 36:259-268.


*Transformation by proto-oncogene fos: unique regulation:*

Miller, D.A., Curran, T., and Verma, I.M. (1984) c-fos proteins can induce cellular transformation: a novel mechanism of activation of a cellular oncogene. Cell 36:51-60.

Meijlink, F., Curran, T., Miller, A.D. and Verma, I.M. (1985) Removal of a 67-base-pair sequence in the noncoding region of proto-oncogene fos converts it to a transforming gene. Proc. Natl. Acad. Sci. USA 82:4987-4991.


*Expression of oncogenes during development:*

Muller, R., Slamon, D., Tremblay, J., Cline, M.J., and Verma, I.M. (1982) Differential expression of cellular oncogenes during pre- and postnatal development of the mouse. Nature 299:640-644.


*Expression of fos during growth and differentiation:*

Kruijer, W., Cooper, J.A., Hunter, T., and Verma, I.M. (1984) PDGF induces rapid but transient expression of the c-fos gene. Nature 312:711-716.

Mitchell, R.L., Zokas, L.,Schreiber, R.D., and Verma, I.M. (1985) Rapid induction of the expression of proto-oncogene fos during human monocytic differentiation. Cell 40:209-217.


*Autoregulation of cancer genes:*

Sassone-Corsi, P., Sisson, J.C. and Verma, I.M. (1988) Transcriptional autoregulation of the Proto-oncogene fos. Nature 324:314-31 9.


*Network of nuclear oncoproteins:*

Sassone-Corsi, P., Lamph, W.W., Kamps, M. and Verma, I.M. (1988) fos- Associated cellular p39 is related to nuclear transcription factor AP- 1. Cell 54:553-560.

*Mechanism of protein-protein and protein-DNA association:*

Ransone, L.J., Visvader, J., Sassone-Corsi, P., and Verma, I.M. (1989) Fos-jun interaction: mutational analysis of the 'leucine zipper' domain of both proteins. Genes & Dev. 3:770-781.

Ransone, L.J., Visvader, J., Sassone-Corsi, P., and Verma, I.M. (1989) Fos-Jun interaction: mutational analysis of the "leucine zipper" domain of both proteins. Genes & Dev. 3:770-781.


*Oncoproteins Fms and Rel*

Coussens, L., Van Beveren, C., Smith, D., Chen, E., Mitchell, R.L., Isacke, C., Verma, I.M., and Ullrich, A. (1986) Structural alteration of viral homologue of receptor proto-oncogene fms at a carboxyl terminus. Nature 320:277-280.

Visvader, J. and Verma, I.M. (1989) Differential transcription of exon 1 of the human c-fms gene in placenta and monocytes. Mol. Cell. Biol. 9:1336-1341.

Bull, P., Hunter, T., and Verma, I.M. (1989) Transcriptional induction of murine c-rel gene with serum and TPA. Mol. Cell. Biol. 9:5239-5243.

Inoue, J.-I., Kerr, L. D., Kakizuka, A. and Verma, I. M. (1992) IκBγ, a 70 kd protein identical to the C-terminal half of p110 NF-κB: a new member of the IκB family. Cell 68:1109-1120.

Verma, I. M., Stevenson, J. K., Schwarz, E. M., Van Antwerp, D. and Miyamoto, S. (1995) Rel/NF-κB/IκB family: intimate tales of association and dissociation. Genes & Dev. 9:2723-2735.

Van Antwerp, D.J. Martin, S.J., Kafri, T., Green, D.R., and Verma, I. M. (1996) Suppression of TNF-α-induced apoptosis by NF-κB. Science 274:787-789.

Schwarz, E. M., Krimpenfort, P. Robanus-Maandag, E. Berns, A. and Verma, I. M. (1997) Immunological defects in mice with a targeted disruption in Bcl-3. Genes & Dev. 11:187-1997.

Tashiro, K., Pando, M. P., Kanegae, Y., Wamsley, P. M., Inoue, S. and Verma, I. M. (1997) Direct involvement of the ubiquitin-conjugating enzyme Ubc9/Hus5 in the degradation of IκBα. Proc. Natl. Acad. Sci. USA 94:7862-7867.

Verma I.M., Stevenson J. (1997) IκB kinase: Beginning, not the end. Proc. Natl. Acad. Sci. USA 94:11758-11760.

Kanegae, Y., Tavares, A. T., Izpisúa Belmonte, J. C., and Verma, I. M. (1998). The role of Rel/NF-κB transcription factors during the outgrowth of the vertebrate limb. Nature 392, 611-614.

Van Antwerp, D. J., Martin, S. J., Verma, I. M., and Green, D. R. (1998). Inhibition of TNF-induced apoptosis by NF-κB. Trends in Cell Biol. 8, 107-111.

Li, Q., Van Antwerp, D., Mercurio, F., Lee, K.-F., and Verma, I.M. (1999) Severe liver degeneration in mice lacking the IkB kinase 2 gene. Science 284: 321-325.

Li, Q., Lu, Q., Hwang, J.Y., Büscher, D., Lee, K.-F., Izpisua-Belmonte, J.C., and Verma, I.M. (1999) IKK1-deficient mice exhibit abnormal development of skin and skeleton. Genes & Dev. 13:1322-1328.

Pando, M. P. and I. M. Verma (2000). Signal dependent and independent degradation of free and NF-κB bound IκBα. Mol. Cell. Biol. 275: 21278-21286.

Li, Q., G. Estepa, et al. (2000). Complete lack of NF-κB activity in IKK1 and IKK2 double deficient mice: Additional defect in neurulation. Genes Dev:14:1729-1733.

Li Q, Verma IM. NF-κB regulation in the immune system. Nature Rev Immunol. 2002; 2:725-734.

Tergaonkar V, Pando M, Vafa O, Wahl G, Verma I. p53 stabilization is decreased upon NFκB activation; A role for NFkB in acquisition of resistance to chemotherapy. Cancer Cell. 2002; 1:493-503.

Ducut Sigala JL, Bottero V, Young DB, Shevchenko A, Mercurio F, Verma IM. (2004) ELKS, a new subunit of the IkB kinase complex: essential for NF-kB activation. Science 304: 1963-1967.

## Breast Cancer Genes (BRCA1, BRCA2)

Chapman, M. S. and Verma, I. M. (1996) Transcriptional activation by BRCA1. Nature 382:678-679.

Ruffner, H. and Verma, I. M. (1997) BRCA1 is a cell cycle-regulated nuclear phosphoprotein. Proc. Natl. Acad. Sci. USA 94:7138-7143.

Ruffner, H., Jiang, W., Craig, A.G., Hunter, T., andVerma, I.M. (1999) BRCA1 is phosphorylated at serine 1497 in vivo at a cyclin-dependent kinase 2 phosphorylation site. Molec. Cell Biol. 19:4843-4854.

Spain, B.H.; Larson, C.J.; Shihabuddin, L.S.; Gage, F.H.; Verma, I.M. (1999) Truncated BRCA2 is cytoplasmic: Implications for cancer-linked mutations. Proc. Natl. Acad. Sci. (USA) 96: 13920-13925.

Pao, G.M.; Janknecht, R.; Ruffner, H.; Hunter, T.; Verma, I.M. (2000) CBP/p300 interact with and function as transcriptional coactivators of BRCA1. Proc. Natl. Acad. Sci. (USA) 97: 1020-1025.

Ruffner, H., Joazeiro, C.A.P., Hemmati, D. Hunter, T., Verma I. M. (2001) Cancer-predisposing mutations within the RING domain of BRCA1: Loss of ubiquitin protein ligase activity and protection from radiation hypersensitivity Proc. Natl. Acad. Sci. (USA). 98:5134-5139.

Xia Y, Pao GM, Chen H-W, Verma IM, Hunter T. (2003) Enhancement of BRCA1 E3 ubiquitin ligase activity through direct interaction with the BARD1 protein. J. Biol. Chem. 278:5255-5263.

Shin S, Verma IM. (2003) BRCA2 cooperates with histone acetyltransferases in androgen receptor-mediated transcription. Proc Natl Acad Sci U S A. 100:7201-7206.

## Gene Therapy

Verma, I. M. (1990) Gene Therapy. Scientific American, November, pp.68-84.

Verma I.M., Somia N. (1997) Gene therapy: promises, problems and prospects. Nature 389:239-242.

Kafri T, Blömer U, Gage FH, Verma IM (1997) Sustained expression of genes delivered directly in liver and muscle by lentiviral vectors. Nat Gen 17:314-317.

Somia, N.V.; Schmitt, M.J.; Vetter, D.E.; Van Antwerp, D.; Heinemann, S.F.; Verma, I.M. (1999) LFG: a novel anti-apoptotic gene that protects from Fas mediated cell death. Proc. Natl. Acad. Sci. (USA) 96: 12667-12672.

Wang, L.; Nichols, T.C.; Read, M.S.; Bellinger, D.A.; Verma, I.M. (2000) Sustained expression of therapeutic level of factor IX in hemophilia B dogs by AAV-mediated gene therapy in liver. Mol. Ther.:1:154-158.

Somia, N.V.; Miyoshi, H.; Schmitt, M.J.; Verma, I.M. (2000) Retroviral vector targeting to human immunodeficiency virus type 1-infected cells by receptor pseudotyping. J. Virol.: 74:4420-4424.

Pfeifer, A., Brandon, E.P., Kootstra, N., Gage, F.H. Verma, I.M. (2001) Delivery of the Cre recombinase by a self-deleting lentiviral vector: Efficient gene targeting *in vivo* Proc. Natl. Acad. Sci. (USA). 10:1073-1078.

Pfeifer, A., Kessler, T., Yang, M., Baranov, E., Kootstra, N., Cheresh, D.A., Hoffman, R.M., Verma, I.M. (2001) Transduction of liver cells by lentiviral vectors: analysis in living animals by fluorescence imaging Mol Ther. 3:319-322.

Pfeifer, A., M. Ikawa, et al. (2002). Transgenesis by lentiviral vectors: lack of gene silencing in mammalian embryonic stem cells and preimplantation embryos. Proc. Natl. Acad. Sci. (USA) 99:2140-2145.

Ikawa, M., V. Tergaonkar, et al. (2002). Restoration of speermatogenesis by lentiviral gene transfer: offspring from infertilel mice. Proc. Natl. Acad. Sci. (USA) 99:7524-7529.

Galimi F, Noll M, Kanazawa Y, Lax T, Chen C, Grompe M, Verma IM. (2002) Gene therapy of Fanconi anemia: preclinical efficacy using lentiviral vectors. Blood 100:2732-2736.

Verma IM, Weitzman WD. (2005) Gene therapy: Twenty-first century medicine. Annu Rev Biochem.; 74:711-738.

Woods N-B, Bottero V, Verma IM. Gene therapy: therapeutic gene causing lymphoma. Nature 2006; 440:1123.

*First retrovirus with a human gene known to cause genetic disease:*

Miller, A.D., Jolly, D.J., Friedmann, T., and Verma, I.M. (1983) A transmissible retrovirus expressing human hypoxanthine phosphoribosyl- transferase (HPRT): gene transfer into cells obtained from humans deficient in HPRT. Proc. Natl. Acad. Sci. USA 80:4709-4713.

*First expression in bone marrow cells:*

Miller, A.D., Eckner, R.J., Jolly, D.J., Friedmann, T., and Verma, I.M. (1984) Expression of a retrovirus encoding human HPRT in mice. Science 225:630-632.

*First insertion and expression of foreign gene in skin cells:*

St. Louis, D. and Verma, I.M. (1988) An alternative approach to somatic cell gene therapy. Proc. Natl. Acad. Sci. USA 85:3150-3 154.

Axelrod, J. H., Read, M. S., Brinkhous, K. M., and Verma, I.M. (1990) Phenotypic correction of factor IX deficiency in skin fibroblasts of hemophilic dogs. Proc. Natl. Acad. Sci. USA 87:5173-5177.

Scharfmann, R., Axelrod, J. H., and Verma, I. M. (1991) Long-term *in vivo* expression of retrovirus-mediated gene transfer in mouse fibroblast implants. Proc. Natl. Acad. Sci. USA 88:4626-4630.

Dai, Y., Roman, M., Naviaux, R. K. and Verma, I. M. (1992) Gene therapy via primary myoblasts: long-term expression of factor IX protein following transplantation *in vivo*. Proc. Natl. Acad. Sci. USA 89:10892-10895.


*Immune Problems of Adenoviral Vectors:*

Dai, Y., Schwarz, E. M., Gu, D. Zhang, W.-W., Sarvetnick, N. and Verma, I. M. (1995) Cellular and humoral immune responses to adenoviral vectors containing factor IX gene: tolerization of factor IX and vector antigens allows for long-term expression. Proc. Natl. Acad. Sci. USA 92:1401-1405.

Wang L., Zoppé M., Hackeng T.M., Griffin J.H., Lee K.-F, Verma, I.M. (1997) A factor IX-deficient mouse model for hemophilia B gene therapy. Proc. Natl. Acad. Sci. (USA) 94:11563-11566.

Kafri, T., Morgan, D., Krahl, T., Sarvetnik, N., Sherman, L., Verma, I. (1998) Cellular immune response to adenoviral vector infected cells does not require *de novo* viral gene expression: implications for gene therapy. Proc. Natl. Acad. Sci. USA 95: 11377-11382.

Wang, L., Takabe, K., Bidlingmaier, S.M., Ill, C.R., and Verma I.M. (1999) Sustained correction of bleeding disorder in hemophilia B mice by gene therapy. Proc. Natl. Acad. Sci. (USA) 96: 3906-3910


*Lentiviral Vectors:*

Naldini, L., Blömer, U., Gallay, P., Gage, F. H., Verma, I. M. and Trono, D. (1996) *In vivo* gene delivery and stable transduction of postmitotic cells by a lentiviral vector. Science 272:263-267.

Naldini, L., Blömer, U., Gage, F.H., Trono, D., Verma, I.M. (1996) Efficient transfer, integration, and sustained long-term expression of the transgene in adult rat brains injected with a lentiviral vector. Proc. Natl. Acad. Sci. USA 93:11382-11388.

Blömer, U., Naldini, L., Kafri, T., Trono, D., Verma, I.M., Gage, F.H. (1997) Highly efficient and sustained gene transfer in adult neruons with a lentivirus vector. J. Virol. 71:6641-6649.

Miyoshi, H., Takahashi, M., Gage, F.H., Verma, I.M. (1997) Stable and efficient gene transfer into the retina using an HIV-based lentiviral vector. Proc. Natl. Acad. Sci. USA 94:10319-10323.

Miyoshi, H., Blömer, U., Takahashi, M., Gage, F.H., Verma, I.M. (1998) Development of a self-inactivating lentivirus vector. J. Virol. 72:8150-8157.

Kafri, T., van Praag, H., Ouyang, L., Gage, F.H., Verma, I.M. (1999) A packaging cell line for lentivirus vectors. J. Virol. 73:576-584.

Miyoshi, H., Smith, K.A., Mosier, D.E., Verma, I.M., Torbett, B.E. (1999) Lentiviral vectors efficiently transduce human CD34+ cells that mediate long-term multilineage engraftment of NOD/SCID mice. Science 283:682-686.

Takahashi, M., Miyoshi, H., Verma, I.M., Gage, F.H. (1999) Rescue from photoreceptor degeneration in the rd mouse by human immunodeficiency virus vector-mediated gene transfer. J Virol 73: 7812-7816.

Kafri, T., H. van Praag, F.H Gage, I.M. Verma (2000). Lentiviral vectors: regulated gene expression. Mol Ther 1: 516-521.

Verma, Inder M.

Tiscornia G, Singer O, Ikawa M, Verma IM. (2003) A general method for gene knockdown in mice by using lentiviral vectors expressing small interfering RNA. Proc. Natl. Acad. Sci. (USA). 100:1844-1848.

Marr RA, Rockenstein E, Mukherjee A, Hersh LB, Gage FH, Verma IM, Maslian E. (2003) Neprilysin gene transfer reduces human amyloid pathology in transgenic mice. J. Neurosci. 23:1992-1996.

Kootstra NA, Münk C, Tonnu N, Landau NR, Verma IM. (2003) Abrogation of post-entry restriction of HIV-1 based lentiviral vector transduction in simian cells. Proc. Natl. Acad. Sci. (USA).298-303.

Kootstra NA, Matsumura R, Verma IM. (2003) Efficient production of human FVIII in hemophilic mice using lentiviral vectors. Mol Ther. 7:623-631.

Kootstra N, Verma IM. (2003) Gene therapy with viral vectors. Ann Rev Pharmacol Toxicol. 43:413-439.

Dodart J-C, Marr RA, Koistinaho M, Gregersen BM, Malkani S, Verma IM, Paul SM. (2005) Gene delivery of human apolioprotein E alters brain Ab burden in a mouse model of Alzheimer's disease. Proc Natl Acad Sci.; 102:1211-1216.

Tiscornia G, Tergaonkar V, Galimi F, Verma IM. (2004) CRE recombinase-inducible RNA interference mediated by lentiviral vectors. Proc Natl Acad Sci.; 101:7347-7351.

Marr RA, Guan H, Rockenstein E, Kindy MS, Gage FH, Verma I, Masliah E, Hersh LB. (2004) Neprilysin regulates amyloid b peptide levels. J Mol Neurosci.; 22:5-12.

Tergaonkar V, Correa RG, Ikawa M, Verma IM. Distinct roles of IκB proteins in regulating constitutive NFκB activity. Nature Cell Biology. 2005:7:921-923

Hovatta I, Tennant RS, Helton R, Marr RA, Singer O, Redwine JM, Schadt EE, Ellison JA, Verma IM, Lockhart DJ, Barlow C. Glyoxalase 1 and glutathione reductase 1 regulate anxiety in mice. Nature 2005; 438:662-666.

# EXHIBIT 8

# REDACTED

# EXHIBIT 9



Proceedings of the National Academy of Sciences of the United States of America        www.pnas.org

# Cytoplasmic catalytic subunit of protein kinase A mediates cross-repression by NF-kappa B and the glucocorticoid receptor

Vassilis Doucas, Yanhong Shi, Shigeki Miyamoto, Andrew West, Inder Verma, and Ronald M. Evans

*PNAS* 2000;97;11893-11898; originally published online Oct 10, 2000;
doi:10.1073/pnas.220413297

**This information is current as of May 2007.**

| | |
|---|---|
| **Online Information & Services** | High-resolution figures, a citation map, links to PubMed and Google Scholar, etc., can be found at: www.pnas.org/cgi/content/full/97/22/11893 |
| | This article has been cited by other articles: www.pnas.org/cgi/content/full/97/22/11893#otherarticles |
| **E-mail Alerts** | Receive free email alerts when new articles cite this article - sign up in the box at the top right corner of the article or click here. |
| **Rights & Permissions** | To reproduce this article in part (figures, tables) or in entirety, see: www.pnas.org/misc/rightperm.shtml |
| **Reprints** | To order reprints, see: www.pnas.org/misc/reprints.shtml |

Notes:

# Cytoplasmic catalytic subunit of protein kinase A mediates cross-repression by NF-κB and the glucocorticoid receptor

Vassilis Doucas*[†‡§], Yanhong Shi[†‡¶], Shigeki Miyamoto[†¶], Andrew West[†], Inder Verma[†], and Ronald M. Evans[†§¶]

*Department of Genetics and Microbiology, University of Geneva Medical School, 9 Avenue de Champel, CH-1211, Geneva 4, Switzerland; [‖]Department of Pharmacology, University of Wisconsin Medical School, K4/554 Clinical Sciences Center, 600 Highland Avenue, Madison, WI 53792; and [†]The Salk Institute for Biological Studies, [¶]Howard Hughes Medical Institute, La Jolla, CA 92037

Contributed by Ronald M. Evans, August 29, 2000

Negative transcriptional regulation or cross-coupling between NF-κB (RelA) and the glucocorticoid receptor (GR) is proposed to play a regulatory role in human physiology and disease. Despite previous advances, the biochemical basis of this phenomenon remains a subject of controversy. We show here that the inhibition of GR activity by RelA does not require the RelA DNA binding, transactivation, or nuclear localization domains. Surprisingly, RelA repression of GR is abolished by mutation of the conserved protein kinase A (PKA) site at amino acid residue 276 of RelA. We show that GR associates *in vivo* and *in vitro* with the catalytic subunit of PKA (PKAc) in a ligand-independent manner and that GR transcription depends on PKA signaling. Indeed, we demonstrated that GR-mediated inhibition of NF-κB transactivation is PKAc-dependent. In contrast to previous models, we suggest that the cross-coupling requires a cytoplasmic step and is regulated by a PKAc-associated signaling.

Signaling from cell surface receptors to the nucleus is transmitted by the translocation of activated protein kinases and/or activated transcription factors from the cytoplasm to the nuclear compartment (1). Lipophilic ligands, such as the steroids and retinoids, directly bind to their intracellular cognate nuclear receptors so that no second message is required for transmitting the signals (2–6). Although nuclear receptor-dependent transcriptional activation relies on receptor and its DNA binding element interactions, nuclear receptors are able to modulate the activity of other classes of trans-activators through DNA-binding independent mechanism(s). This process of regulation is known as transcriptional cross-talk or cross-coupling (5, 7).

In the last several years, the biochemical basis of transcriptional cross-talk has been under intense investigation. For example, the glucocorticoid receptor (GR), estrogen receptor, retinoic acid receptor, and the thyroid hormone receptor have been shown to "cross-couple" with AP-1, E26 transformation-specific-related proteins, and NF-κB (7–12). Inhibition of the proinflammatory factor, NF-κB, by activated GR has been suggested to play a key role in GR-mediated anti-inflammatory responses (12–14).

Direct protein–protein interaction between cross-coupled transcription factors has been suggested to be one mechanism of inhibition (5, 15–20). It also has been suggested that cross-talk is mediated by direct competition for the coactivator cAMP response element-binding protein-binding protein/p300 (21, 22). To date, all cross-talk mechanisms have been proposed to occur in the nucleus.

In unstimulated cells, both the GR and NF-κB are predominantly sequestered in the cytoplasm. Cytoplasmic retention of GR involves binding of unliganded GR to hsp90 and other regulatory proteins whereas that for NF-κB involves inhibitor proteins, such as IκBα. Nuclear translocation of GR is induced by association with the natural glucocorticoids or the synthetic analogs such as dexamethasone (Dex) (2, 23, 24). In contrast,

NF-κB translocation is associated with stimulation of cells with a variety of agents, such as lipopolysaccharide, tumor necrosis factor-α (TNF-α), and IL-1, environmental stresses, or the Tax protein of the type 1 human T cell leukemia virus, which induce degradation of the inhibitor protein IκB (12, 25–27).

Besides the physical partitioning of inactive NF-κB to the cytosol, it recently has been shown that NF-κB transcription is regulated through phosphorylation of RelA by protein kinase A (PKA) (28). The catalytic subunit of PKA (PKAc) associates with RelA in the cytoplasm promoting RelA phosphorylation at Ser-276. NF-κB activators induce IκBα degradation, enabling translocation of the phosphorylated RelA to the nucleus, where it binds to its cognate DNA response elements and enhances transcription (28).

PKA exerts a regulatory role in the activation of multiple nuclear hormone receptors. For example, it has been shown that PKAc activates GR-dependent DNA binding in cotransfection studies (29). In addition, PKAc can directly phosphorylate GR *in vitro* (30), enhances transcription by the retinoic acid receptor (31, 32), and regulates dimerization of human estrogen receptor-α (33). cAMP activators potentiate ligand-dependent and -independent transcription by the thyroid or retinoid-x receptor and the progesterone receptors, respectively (34, 35). At physiologic levels glucocorticoids and cAMP synergistically promote apoptotic cell death (36). Even though the exact biochemical function of activated PKAc in the presence or absence of steroids and/or retinoids remains unclear, it is apparent that PKA may represent an important regulatory mechanism in nuclear hormone receptor signaling.

We now demonstrate that PKAc associates with GR and potentiates GR-dependent transcription. We show that PKAc attenuates NF-κB and GR cross-repression. Mutation of p65 at the conserved PKA phosphorylation site, amino acid 276, abolishes the potential of p65 to repress GR. Our results localize the NF-κB and GR cross-coupling to the cytoplasm and implicate PKAc-dependent signaling as the molecular interface of this mutual inhibition.

## Materials and Methods

**Antibodies and Reagents.** Purified polyclonal rabbit antiserum against human GR (GR-135 rabbit polyclonal antibody) and the

Abbreviations: GR, glucocorticoid receptor; PKAc, catalytic subunit of protein kinase A; CMV, cytomegalovirus; WCE, whole-cell extracts; Dex, dexamethasone; GST, glutathione S-transferase; RSV, Rous sarcoma virus; CMX, cytomegalovirus expression vector; TPA, 12-O-tetra-decanoyl-phorbol 13-acetate; NLS, nuclear localization signal; TNF-α, tumor necrosis factor-α; MMTV, mouse mammary tumor virus; Luc, luciferase.

[‡]V.D. and Y.S. contributed equally to this work.

[§]To whom reprint requests should be addressed. E-mail: evans@salk.edu or doucas@etu.unige.ch.

The publication costs of this article were defrayed in part by page charge payment. This article must therefore be hereby marked "advertisement" in accordance with 18 U.S.C. §1734 solely to indicate this fact.

Article published online before print: Proc. Natl. Acad. Sci. USA, 10.1073/pnas.220413297.

Article and publication date are at www.pnas.org/cgi/doi/10.1073/pnas.220413297

APPLIED BIOLOGICAL SCIENCES

rabbit RelA antibody 5314 have been described (37). The RelA goat antibody (G20), the antibodies for IκBα, and the rabbit GR (P-20) antibody (sc-1002) were purchased from Santa Cruz Biotechnology. The PKAc mouse mAb (P73420) was from Transduction Laboratories, Lexington, KY. Secondary antibodies labeled either with FITC or Texas red were purchased from The Jackson Laboratory. Recombinant mouse TNF-α (10 ng/ml), H-89 (10–40 mM) isoquinoline-sulfonamide derivative, which is one of the most potent inhibitors of PKA [$K_i$ (inhibition constant) of ≈0.048 mM], and ML-7 (40 mM) inhibitor specific for myosin light chain kinase were purchased from Calbiochem, and 8-Br cAMP (0.1 mM), dexamethasone (0.01–1 μM) and 12-O-tetra-decanoyl-phorbol 13-acetate (TPA) (100–200 ng/ml) were from Sigma. All reagents were used at the indicated concentrations and applied in <0.1% of the media volume.

The mouse mammary tumor virus (MMTV)-luciferase (Luc), Igk3-tk-Luc, Rous sarcoma virus (RSV)GR, RSVI550, RS-VGRΔ589–697, and CMXGR and CMXβgal expression vectors have been described (24, 38, 39). The cytomegalovirus (CMV) IκBα and the human CMVRelA have been described (25). RelA mutants were kindly provided by D. W. Ballard, Pennsylvania State University College of Medicine (40). CMVRelA, CMVRelAΔNLS (nuclear localization vector), and CMVRelA31–551 express the corresponding p65-coding sequence downstream of the CMV promoter. Glutathione-S-transferase expression vector (pGEX) PKAc and pcPKAc were kindly provided by S. Taylor, University of California at San Diego.

**Cell Culture.** CV1, MEF, 293, and HeLaS3 cells were maintained as monolayers in DMEM supplemented with 100 units/ml penicillin–streptomycin and 10% resin-charcoal-stripped bovine calf serum (38) or 10% heat-inactivated FCS, respectively (GIBCO). HeLa cells were transfected at low serum concentration (0.1%). Cultures were maintained at 37°C and in 7% $CO_2$. For immunofluorescence, cells were grown on round coverslips (Corning Glass) in 6-well plates.

**Transfection and Reporter Assays.** Transfection assays were done as described (38). Luc and β-galactosidase were assayed as described (39). Cell extracts were prepared 24–30 h after transfection or as indicated in the figure legends. Results are given as a relative activity, based on the positive control activity (arbitrary units) as observed in each described experiment.

**In Vitro Binding Assays.** Binding assays were done as described (38). In summary, glutathione S-transferase (GST)-PKAc was prepared as indicated (Amersham Pharmacia). Radio-labeled RelA wild-type and mutant proteins and GR protein were prepared by coupled in vitro transcription-translation (Promega) by using the corresponding expression vector as template DNA. For in vitro binding assays, 30–50 μl of glutathione Sepharose associated with the corresponding recombinant protein were incubated with 3–5 μl of $^{35}$S-labeled proteins, in the presence or absence of dexamethasone, for 30 min at 4°C. The bound proteins were washed five times in appropriate buffers and analyzed by SDS/PAGE and autoradiography.

**Immunohistochemistry Assays.** Cells were fixed and analyzed by immunofluorescence studies as described (41). Fluorescence images were analyzed by confocal microscopy. For in vitro immunodetection assay, total cytoplasmic, nuclear, or whole-cell extracts (WCE) were analyzed in SDS/PAGE, transferred to nitrocellulose membrane, and probed with the corresponding antibodies as described (37). Immunoprecipitations were carried out by using the indicated specific antibodies as described (42).



Fig. 1.   GR mediates trans-repression of TNF-α and TPA-activated RelA-dependent signaling. (A) GR represses NF-κB-dependent transcription. CV1 cells (48-well plates) were transiently cotransfected with 120 ng of Igk3-Luc reporter construct, 75 ng of CMXβgal, and 75 ng of RSV empty expression vectors. Cells were costimulated with TPA or TNF-α in the absence or presence of Dex for 4 h before the assay, as indicated. The y axis shows activation as measured by Igk3-driven Luc activity. The histogram is representative of three independent experiments. (B) Protein levels of IκBα are not affected by GR.Dex treatment in 293 cells. Western blot analysis of IκBα in cytoplasmic or nuclear extracts in cells without treatment (Not), treated with TNF-α, overexpression of GR and Dex treatment (GR.Dex), or in combination of TNF-α and GR.Dex.

## Results

**GR Represses NF-κB-Mediated Transcription.** Fig. 1A shows that both TPA and TNF-α activates NF-κB transcriptional activity. Overexpression of wild-type GR protein represses NF-κB-dependent transcription. Addition of Dex leads to further repression of NF-κB activation (Fig. 1A and data not shown). These data suggest that GR represses NF-κB activity in both ligand-dependent and -independent manners. Ligand independent NF-κB repression also has been reported to be mediated by another member of the steroid receptor family, the progesterone receptor (18).

It has been suggested previously that inhibition of NF-κB by GR might involve Dex-dependent transcriptional activation of the IκBα gene to increase IκBα protein, which, in turn, inhibits nuclear translocation of NF-κB (13, 14). To determine the absolute requirement of IκBα in GR-mediated NF-κB repression, we examined IκBα protein levels upon Dex treatment. Western blot analysis of IκBα protein from cytoplasmic and nuclear cell extracts revealed that GR/Dex neither up-regulated IκBα protein nor affected TNF-α mediated IκBα degradation (Fig. 1B). This result suggests that GR/Dex neither up-regulated IκBα at the protein levels nor affected TNF-α-mediated IκBα degradation.

**Cytoplasmic-Localized RelA Represses GR Activity.** To further investigate the cross-coupling phenomenon, we analyzed the domains of RelA and GR proteins involved in these interactions. RelA is characterized by an N-terminal conserved Rel homology domain (which contains regions required for DNA binding, dimerization, nuclear localization, and PKAc-mediated phosphorylation) and a C-terminal transactivation domain (Fig. 2A). The wild-type RelA protein transfected at a 1:3 M ratio with GR repressed MMTV activation >15-fold (Fig. 2B, compare constructs 1 and 2). The RelA mutants missing the activation domain (RelA 1–450 and RelA 1–312; Fig. 2B, constructs 3 and 4) or the DNA-binding domain (RelA 31–551 and RelA 201–551; Fig. 2B, constructs 5 and



**Fig. 2.** Mapping the domain of RelA involved in GR repression. (*A*) Schematic of RelA. (*B*) RelA cross-coupling domains. CV1 cells (48-well plates) were transiently cotransfected with 120 ng of MMTV-Luc reporter construct, 75 ng of CMXβgal, 37.5 ng of RSVGR, and CMV empty vector or CMVRelA mutants at 3:1 M ratio with GR, as indicated. Cells were stimulated with Dex at 1 μM for 10 h before the assay. The *y* axis shows activation as measured by MMTV-driven Luc activity conducted in quadruplicate assays. (*C*) Expression levels of RelA proteins. Western blot analysis of RelA wild-type and mutant proteins.



**Fig. 3.** Cytoplasmic form of RelA controls GR transcription. (*A*) Immunohistochemistry detecting cellular distribution of Dex-activated GR and RelAΔNLS proteins. Confocal image represents a double-exposure photograph. Primary antibodies are used as indicated. Green corresponds to the RelA labeling revealed with the FITC-conjugated second antibody, and red corresponds to the GR labeling revealed with the Texas red conjugated second antibody. HeLa cells were transiently cotransfected with the CMVRelAΔNLS expression vector and the MMTV-Luc reporter, as indicated in Fig. 2*B*. Cells were treated with 0.1 μM Dex for 3 h before fixation. The filled arrowheads point to the transfected cells. Similar results were obtained in CV1 cells by using ectopically expressed GR and RelAΔNLS proteins (data not shown). (*B*) IκBα-free RelA wild type and RelAΔNLS equally repress a constitutively active GR mutant (I550). The transient transfection assay was performed as in Fig. 2*B*. The RSVI550 was used at 37.5 ng, and the CMVIκBα was transfected at 1:1 M ratio with the RelA expression vector. All of the transfections were equalized for the total amount of expression vectors, i.e., CMV empty vector. (*C*) IκBα sequesters RelA and blocks RelA-mediated GR repression. The experiment was performed as above but cells were stimulated with Dex at 1 μM for 10 h before the assay. The CMVIκBα was used at 1:1 or 1:2 M ratio with RelA expression vector, as indicated. The *y* axis shows activation as measured by MMTV-driven Luc activity conducted in quadruplicate assays.

6) were still able to repress GR transcription, although the repression was reduced by 7- to 8-fold. The expression levels of both wild-type and mutant proteins are shown in Fig. 2*C*. These results suggest that the RelA DNA binding and activation domains play a role in repression of GR activity. On the other hand, although the extent of GR inhibition by these RelA mutants is less than that induced by the wild-type protein, these results also indicate that repression of GR can still occur even in the absence of RelA DNA binding and trans-activating properties.

We next analyzed the effect of RelAΔNLS on GR-mediated transcription. Deletion of the nuclear localization signal (RelAΔNLS) results in a predominantly cytoplasmic protein (40, 43). Surprisingly, RelAΔNLS blocks hormone-dependent GR transcription at levels equivalent to the wild-type RelA (Fig. 2*B*, construct 7). Immunofluorescence studies from transfected cells with RelAΔNLS expression vector confirmed a virtually complete cytoplasmic distribution of RelAΔNLS protein (Fig. 3*A*). Furthermore, RelA and RelAΔNLS repress equally well the constitutively and constitutively nuclear localized GR mutant (I550) (Fig. 3*B*, lanes 1–3). Considering that GR I550 carries a deleted ligand-binding domain, we propose that neither the ligand-binding domain nor its associated activation function (AF-2) is necessary for the RelA inhibition. In parallel experiments, cotransfection of IκBα reversed the p65-mediated repression of GR I550 in a concentration-dependent manner (Fig. 3*B*, compare lanes 2 and 4; data not shown). As expected, the ability of RelAΔNLS to block GR was only partially blocked by IκBα overexpression (Fig. 3*B*, lanes 3 and 5), in agreement with the poor IκBα-RelAΔNLS association efficiency (40, 43).

## A Mutation of PKA Site in RelA Abolishes the Repression of GR Activity.

Because the p65 DNA binding, transactivation, NLS, and dimerization domains are not required for inhibition of GR activity, we examined the role of the conserved PKAc phosphorylation site at position 276 (Fig. 2*A*) in repression. We tested two phosphorylation negative RelA mutants for their ability to affect GR activation. Surprisingly, both serine to alanine or serine to glycine substitutions (Ser-276–Ala and Ser-276–Gly) completely abolished GR repression (Fig. 4, lanes 1–4). This result suggests that, in Dex-treated cells, GR-dependent transcriptional activation is severely repressed by a cytoplasmic IκBα-free RelA protein and this effect is inactivated either by IκBα overexpression (Fig. 3*C*) or RelA residue 276 mutation (Fig. 4). These results identified Ser-276 as a critical residue for the RelA-mediated GR repression and suggest that PKAc-dependent phosphorylation of RelA may represent a key biochemical interface of RelA and GR cross-talk.

## GR Associates with PKAc *in Vitro* and *in Vivo*.

*In vitro* association studies show that GR physically interacts with PKAc (Fig. 5*A*). A series of pull-down experiments with *in vitro*-translated GR and RelA proteins and the bacterially produced GST-PKAc fusion were carried out. In the presence and absence of Dex, ≈30% of input wild-type GR was pulled down with GST-PKAc after a 30-min incubation (Fig. 5*AI*, lanes 1–4). In control experiments, the three major repression-active RelA proteins, wild-type RelA., RelAΔNLS, and RelA31–551 were equally pulled down by the GST-PKAc fusion (Fig. 5*AII*, lanes 1–6).

APPLIED BIOLOGICAL SCIENCES



**Fig. 4.** Point mutations of RelA PKA phosphorylation site abolish RelA-mediated GR repression. A conserved PKA phosphorylation site of RelA, Ser-276, was mutated to Ala (S276A) or Gly (S276G). Transfection was performed as in Fig. 2B. CMV RelA mutants were assayed as indicated. The y axis shows activation as measured by MMTV-driven Luc activity conducted in quadruplicate assays.

At the *in vivo* level, human 293 cells were cotransfected with the expression vectors encoding for GR and PKAc at 1:1 M ratio (Fig. 5B). Transfected cells were lysed, and immunoprecipitations were performed with antibody against GR (Fig. 5BI). The immunoprecipitates were analyzed by SDS/PAGE and immunoblotted with an antibody specific for PKAc. The PKAc protein could be coprecipitated with GR by using GR-specific antibody, but not with control IgG, indicating the *in vivo* presence of a PKAc-GR complex formation (Fig. 5BI, compare lanes 2 and 4). In control experiments, similar amounts of WCE were immunoblotted with GR antibody and data confirmed the expected expression of overexpressed GR protein (Fig. 5AII). In agreement with the transfected data, PKAc was immunoprecipitated with GR from HeLa S3 cells, further indicating the *in vivo* presence of a functional GR/PKAc complex (unpublished data).

**PKA Activates GR-Mediated Transcription.** The *in vitro* and *in vivo* data supporting the GR/PKAc association suggested that PKA-mediated phosphorylation might modulate GR transcription. To elucidate the possible role of PKA signaling on GR transactivation, we used the isoquinoline-sulfonamide derivative, H-89, one of the most potent inhibitors of PKA [$K_i$ (inhibition constant) of ≈0.048 mM]. As a control, we used ML-7, another inhibitor that is specific for myosin light chain kinase. We tested the effect of the two inhibitors on Dex-activated GR-dependent transcription, using a transient transfection assay based on expression of Luc from a reporter construct, MMTV-Luc. We observed an important inhibition of Dex-induced GR-dependent transcription in the presence of 10–40 μM H-89 (Fig. 5C). In contrast, ML-7, when used at up to 40 μM, had much less effect on GR-dependent transcription (Fig. 5C). Taken in consideration that H-89 did not affect GR nuclear translocation (data not shown), this experiment provides strong evidence for the involvement of PKA in modulating GR-mediated transcriptional activation.

Taken together, the above data suggested that inactivation or sequestration of PKA signaling could be the source of the repression of GR activity. To test this competition model, we monitored GR transcription in the presence of 10 nM Dex and increasing amounts of PKAc expression vector (Fig. 5D). In the absence of overexpressed PKAc, GR activated MMTV transcription 60-fold, whereas expression of PKAc stimulated GR an additional 10- to 15-fold (Fig. 5D, lanes 1–4). In the presence of RelAΔNLS (3:1 M ratio with GR) MMTV transcription was severely repressed (Fig. 5D, compare lanes 1 and 5). However, high-level expression of PKAc rescued GR activity to 400-fold (Fig. 5D, compare lanes 4, 5 and 8). These data suggest that the concentration of PKAc in the cell may be critical in controlling GR transactivation and RelA-mediated GR repression.



**Fig. 5.** PKAc is associated with GR and potentiates GR activity. (A) *In vitro* association of PKAc subunit of GR (95 kDa). (AI) The 35S-labeled GR protein was incubated with GST-PKAc or GST alone on glutathione-agarose beads, in the absence or presence of 1 μM Dex as indicated. The bound proteins were analyzed by SDS/PAGE and fluorography (lanes 1–3). Input was included in lane 4. (AII) The same conditions as in AI but using 35S-labeled RelA wild-type and mutants. Input proteins (lanes 1–3) and the pull-down proteins (lanes 4–6) are indicated. (B) *In vivo* association of PKAc and GR wild-type protein. (BI) Human 293 cells were cotransfected with CMXGR and pcPKAc expression vectors. Cells were mock-treated (lane 2) or activated with 1 μM Dex for 12 h (lane 3) and harvested 48 h after transfection. Cell lysates were immunoprecipitated with 5 μl of GR-135 polyclonal antibody (lanes 2 and 3) or with the same amount of normal rabbit IgG as a control (lane 4). Immunoprecipitates then were analyzed by Western blot with PKAc-specific antibody. WCE were loaded in parallel with the immunoprecipitates to show comigration (lane 1). (BII) An aliquot of the WCE was analyzed directly with Western blot by using GR-specific antibody. (C) H-89, a PKAc-specific inhibitor represses GR activity. CV-1 cells were transfected with MMTV-Luc, CMXβgal, and RSVGR as in Fig. 2B. After transfection cells were stimulated for 4 h with 1 μM Dex, with or without H-89 or ML-7, at the indicated concentrations. Cellular extracts were used to measure Luc activity. The y axis shows arbitrary unit of repression as measured by MMTV-driven Luc activity. The histogram is representative of at least three independent experiments. (D) PKAc potentiates GR transcription and reverses RelA repression of GR. CV-1 cells were cotransfected with 120 ng of MMTV-Luc reporter construct, 75 ng of CMXβgal, 33 ng of RSVGR, CMV empty vector or CMVRelA ΔNLS at 120 ng, and increasing concentration of PKAc expression vector, as indicated. Cells were stimulated with Dex at 10 nM for 10 h before the assay. All of the transfections were normalized for the total amount of expression vectors, i.e., CMV empty vector. The y axis shows arbitrary unit of activation as measured by MMTV-driven Luc activity.

**GR Represses PKAc-Potentiated NF-κB Activity.** To follow the role of PKAc concentration in the cross-talk of GR-RelA, we performed a PKAc-sequestration assay *in vivo* by modifying the molecular equilibrium between RelA and GR proteins. Human 293 cells were cotransfected with the expression vectors for RelA and PKAc at 1:1 M ratio, along with empty or GR expression vectors (Fig. 6AI). The immunoprecipitates were analyzed by SDS/PAGE and immunoblotted with antibody specific for PKAc. Indeed, PKAc is associated with RelA in the absence of overexpressed GR protein (Fig. 6AI). However, overexpression of GR in the absence or presence of Dex strongly interferes with the PKAc-RelA interaction, resulting in decreased association of

Doucas *et al.*



**Fig. 6.** GR competes with RelA for PKAc association *in vivo*. (*A*) GR blocks RelA:PKAc protein association *in vivo*. Human 293T cells were transfected with 5 μg of CMVRelA, 5 μg of pcPKAc, and 5 μg of CMXGR or empty vector, as indicated. Cells were mock-treated or activated with 1 μM Dex for 12 h and harvested 48 h after transfection. (*AI*) Cell lysates were immunoprecipitated with 5 μl (1 μg) of RelA sc-109 rabbit polyclonal antibody (lanes 3–6) or with the same amount of normal rabbit IgG as control (lane 2). Immunoprecipitates were analyzed by Western blot with PKAc-specific antibody. WCE (lane 1) were loaded in parallel with the immunoprecipitates to show comigration. (*AII*) Quantitation of PKAc coprecipitated by RelA-specific antibody. The *y* axis shows the ratio of PKAc to IgG. Quantitation is performed with NIH IMAGE program. (*AIII*) Similar amount of WCE from cells corresponding to lanes 3–6 in *AI* was immunostained with GR-specific antibody (sc-1002). (*AIV*) The same blot shown in *AIII* was stripped and reprobed with RelA-specific antibody. (*B*) GR represses PKAc-dependent NF-κB transactivation. CV1 cells were cotransfected with 120 ng of Igk3-Luc reporter construct, 75 ng of CMXβgal, 33 ng of CMV RelA, and increasing amount of pcPKAc expression vector, as indicated. The RSVGR and RSVGRA589–697 were used at 3:1 M ratio with RelA. All of the transfection points were equalized for the total amount of expression vectors. The *y* axis shows fold activation as measured by Igk3-driven Luc activity. The histogram is representative of a triplicate experiment.

RelA and PKAc *in vivo* (Fig. 6*A I* and *II*). As expected, the control experiments confirmed the overexpression of GR and RelA proteins from WCE (Fig. 6*A III* and *IV*). Considering the essential role of PKAc in RelA-mediated transactivation (28), the above result suggests that overexpression of GR should interfere with PKAc-mediated RelA transactivation.

To further test the above hypothesis, we monitored NF-κB transcription in the presence of 33 ng of RelA expression vector and increasing amounts of PKAc (Fig. 6*B*). In the absence of PKAc, RelA activated NF-κB reporter (Igk3-Luc) arbitrarily 1-fold, whereas expression of PKAc stimulated NF-κB transcription an additional 12-fold (Fig. 6*B*, lanes 1–4). In the presence of wild-type GR or GRΔ589–697, a mutant GR protein carrying a truncated ligand-binding domain and characterized by a predominant cytoplasmic localization (24), NF-κB transcription was severely repressed (Fig. 6*B*, lanes 1–4). This result demonstrates that GR could compete with RelA and represses PKAc-mediated NF-κB transcription.

## Discussion

In this study, we have re-examined the biochemical basis of the functional cross-repression between NF-κB and the GR. Two previously described pathways for NF-κB and GR cross-talk proposed either a direct physical interaction resulting in the mutual loss of DNA-binding activity of each factor (13, 15, 17–20) or competition for a limiting common transcriptional coactivator (21, 22). A third mechanism involves hormone induced synthesis of IκBα in the repression of NF-κB by GR, which might be a cell type-specific event (13, 14). Our study suggests that the trans-repression of GR and RelA depends on a cytoplasmic event that requires both PKAc and the PKA phosphorylation site in RelA.

In characterizing the repression, we found that the RelA mutants with deletion of either the DNA-binding domain or the activation domain remain repressive to GR activity, although to a less extent than that of the wild-type RelA. However, the cytoplasmic RelAΔNLS mutant retained full repression activity, indicating that a cytoplasmic event is involved in the cross-repression. Furthermore, a mutant GR (GRΔ589–697), characterized by a predominant cytoplasmic localization, is able to repress RelA-dependent transcription, further suggesting that the cross-repression of GR and RelA is mediated by a cytoplasmic process. This study introduces a unique concept for the cross-talk between transcription factors because all previous cross-talk mechanisms implicated a nuclear process.

The observation that RelA mutated at the conserved PKA-phosphorylation site completely lost the capacity to inhibit GR directly implicated PKA in this cross-talk. Traditionally, PKA activation requires cAMP, which binds to the regulatory subunit of the PKA complex and releases the catalytic subunit of PKAc (44, 45). However, a recent study by Ghosh and coworkers (28) demonstrated that some PKAc exists as part of an inactive complex with NF-κB/IκB. Cytokine activation promotes degradation of IκBα or IκBβ, which activates translocation of a PKAc-phosphorylated and transcriptionally active RelA to the nucleus. Our observations that expression of PKAc restores GR activity despite the presence of RelA, together with the results on competition of PKAc association between GR and RelA, implicates PKA as a potential source of the repression. Indeed, we demonstrated that GR/RelA cross-repression could be relieved by overexpression of PKAc. These results together suggest that PKAc is involved in the GR–NF-κB cross-talk pathway.

Another observation presented in this paper is that GR represses RelA-activated transcription in both ligand-dependent and -independent manner. Previous studies have shown that treatment of cells with Dex, a synthetic GR ligand, leads to repression of NF-κB-activated transcription. In this study, we demonstrated that overexpression of GR results in the inhibition of both TPA/TNFα-activated or RelA-overexpression-mediated transcription in a ligand-independent manner. Addition of GR ligand leads to a further repression of NF-κB activity. This study suggests that multiple layers of regulation are involved in the transrepression of GR and RelA.

More interestingly, the cross-talk involving PKAc is not restricted to GR/NF-κB. A similar PKAc-dependent mechanism contributes to transrepression by NF-κB and other nuclear receptors such as retinoic acid receptor (data not shown). PKAc potentiates all-trans retinoic acid-activated transcription, whereas RelA represses all-trans retinoic acid-induced transcription. Coexpression of PKAc with RelA relieves repression of retinoic acid receptor-target gene expression by RelA. The data together suggest that the PKAc signaling might serve as a general component for trans-repression of nuclear receptors and NF-κB.

Even though our data suggested that PKA signaling might act upstream of Dex-activated GR transcription, the mechanism by which PKAc controls GR activity is not clear. Possibly, PKA

APPLIED BIOLOGICAL SCIENCES

signaling might promote a change in the tertiary structure of the GR, which affects affinity of GR for transcriptional coregulators. This is an attractive hypothesis because ligand activation of the nuclear receptors is possibly related to a conformational change that favors coactivator interaction (46). An alternative possibility is that PKA has a more direct role by altering receptor interaction with transcriptional cofactors, as has been observed for the interaction between phosphorylated cAMP response element-binding protein and its main coactivator CBP (38, 47). The concept that GR and possibly other nuclear receptor functioning is regulated by a cytoplasmic PKA-associated signaling as has been described for the NF-κB pathway, provides a completely new framework for understanding how the cross-talk integrates a variety of signals in a physiological context. Further elucidation of such a mechanism would not only reveal how cross-talk controls signal activated transcription but also provide an approach to study the transcriptional basis of anti-inflammatory, antiviral, and anticancer agents.

This paper is dedicated to the memory of our friend and colleague Dr. Kazuhiko Umesono. We thank S. Taylor, D. W. Ballard, and D. Baltimore for reagents, B. Seufzer for excellent technical assistance, and P. Olson and W. Xu for critical reading of the manuscripts. A.W. was a research assistant at the Salk Institute, S.M. is an assistant professor at the University of Wisconsin Madison Medical School, I.V. is a professor of the American Cancer Society at the Salk Institute, V.D. is a maître Assistant at the University of Geneva Medical School, and R.M.E. is an Investigator of the Howard Hughes Medical Institute at the Salk Institute for Biological Studies and March of Dimes Chair in Molecular and Developmental Biology. This work was supported by University of Geneva Medical School, by University of Wisconsin Madison Medical School, by a Shaw Scientist Award (S.M.), by Howard Hughes Medical Institute, and in part by National Institutes of Health Grants GM26444 and HD27183.

1. Karin, M. & Hunter, T. (1995) *Curr. Biol.* **5,** 747–757.
2. Evans, R. M. (1988) *Science* **240,** 889–895.
3. Mangelsdorf, D. J., Thummel, C., Beato, M., Herrlich, P., Schutz, G., Umesono, K., Blumberg, B., Kastner, P., Mark, M., Chambon, P., *et al.* (1995) *Cell* **83,** 835–839.
4. Mangelsdorf, D. J. & Evans, R. M. (1995) *Cell* **83,** 841–850.
5. Beato, M., Herrlich, P. & Schutz, G. (1995) *Cell* **83,** 851–857.
6. Kastner, P., Mark, M. & Chambon, P. (1995) *Cell* **83,** 859–869.
7. Schule, R., Rangarajan, P., Kliewer, S., Ransone, L. J., Bolado, J., Yang, N., Verma, I. M. & Evans, R. M. (1990) *Cell* **62,** 1217–1226.
8. Yang-Yen, H. F., Chambard, J. C., Sun, Y. L., Smeal, T., Schmidt, T. J., Drouin, J. & Karin, M. (1990) *Cell* **62,** 1205–1215.
9. Schule, R., Rangarajan, P., Yang, N., Kliewer, S., Ransone, L. J., Bolado, J., Verma, I. M. & Evans, R. M. (1991) *Proc. Natl. Acad. Sci. USA* **88,** 6092–6096.
10. Doucas, V., Spyrou, G. & Yaniv, M. (1991) *EMBO J.* **10,** 2237–2245.
11. Gauthier, J. M., Bourachot, B., Doucas, V., Yaniv, M. & Moreau-Gachelin, F. (1993) *EMBO J.* **12,** 5089–5096.
12. Verma, I. M., Stevenson, J. K., Schwarz, E. M., Van Antwerp, D. & Miyamoto, S. (1995) *Genes Dev.* **9,** 2723–2735.
13. Scheinman, R. I., Cogswell, P. C., Lofquist, A. K. & Baldwin, A. S., Jr. (1995) *Science* **270,** 283–286.
14. Auphan, N., DiDonato, J. A., Rosette, C., Helmberg, A. & Karin, M. (1995) *Science* **270,** 286–290.
15. Ray, A. & Prefontaine, K. E. (1994) *Proc. Natl. Acad. Sci. USA* **91,** 752–756.
16. Scheinman, R. I., Gualberto, A., Jewell, C. M., Cidlowski, J. A. & Baldwin, A. S., Jr. (1995b) *Mol. Cell. Biol.* **15,** 943–953.
17. Stein, B. & Yang, M. X. (1995) *Mol. Cell. Biol.* **15,** 4971–4979.
18. Kalkhoven, E., Wissink, S., van der Saag, P. T. & van der Burg, B. (1996) *J. Biol. Chem.* **271,** 6217–6224.
19. Palvimo, J. J., Reinikainen, P., Ikonen, T., Kallio, P. J., Moilanen, A. & Janne, O. A. (1996) *J. Biol. Chem.* **271,** 24151–24156.
20. Wissink, S., van Heerde, E. C., Schmitz, M. L., Kalkhoven, E., van der Burg, B., Baeuerle, P. A. & van der Saag, P. T. (1997) *J. Biol. Chem.* **272,** 22278–22284.
21. Kamei, Y., Xu, L., Heinzel, T., Torchia, J., Kurokawa, R., Gloss, B., Lin, S. C., Heyman, R. A., Rose, D. W., Glass, C. K. & Rosenfeld, M. G. (1996) *Cell* **85,** 403–414.
22. Sheppard, K. A., Phelps, K. M., Williams, A. J., Thanos, D., Glass, C. K., Rosenfeld, M. G., Gerritsen, M. E. & Collins, T. (1998) *J. Biol. Chem.* **273,** 29291–29294.
23. Evans, R. M. (1989) *Recent Prog. Horm. Res.* **45,** 1–22; discussion 22–27.
24. Cadepond, F., Gasc, J. M., Delahaye, F., Jibard, N., Schweizer-Groyer, G., Segard-Maurel, I., Evans, R. & Baulieu, E. E. (1992) *Exp. Cell Res.* **201,** 99–108.
25. Miyamoto, S. & Verma, I. M. (1995) *Adv. Cancer Res.* **66,** 255–292.
26. Baldwin, A. S., Jr. (1996) *Annu. Rev. Immunol.* **14,** 649–683.
27. Baeuerle, P. A. & Baltimore, D. (1996) *Cell* **87,** 13–20.
28. Zhong, H., SuYang, H., Erdjument-Bromage, H., Tempst, P. & Ghosh, S. (1997) *Cell* **89,** 413–424.
29. Rangarajan, P. N., Umesono, K. & Evans, R. M. (1992) *Mol. Endocrinol.* **6,** 1451–1457.
30. Haske, T., Nakao, M. & Moudgil, V. K. (1994) *Mol. Cell. Biochem.* **132,** 163–171.
31. Huggenvik, J. I., Collard, M. W., Kim, Y. W. & Sharma, R. P. (1993) *Mol. Endocrinol.* **7,** 543–550.
32. Rochette-Egly, C., Oulad-Abdelghani, M., Staub, A., Pfister, V., Scheuer, I., Chambon, P. & Gaub, M. P. (1995) *Mol. Endocrinol.* **9,** 860–871.
33. Chen, D., Pace, P. E., Coombes, R. C. & Ali, S. (1999) *Mol. Cell. Biol.* **19,** 1002–1015.
34. Leitman, D. C., Costa, C. H., Graf, H., Baxter, J. D. & Ribeiro, R. C. (1996) *J. Biol. Chem.* **271,** 21950–21955.
35. Denner, L. A., Weigel, N. L., Maxwell, B. L., Schrader, W. T. & O'Malley, B. W. (1990) *Science* **250,** 1740–1743.
36. Gruol, D. J. & Altschmied, J. (1993) *Mol. Endocrinol.* **7,** 104–113.
37. Miyamoto, S., Maki, M., Schmitt, M. J., Hatanaka, M. & Verma, I. M. (1994) *Proc. Natl. Acad. Sci. USA* **91,** 12740–12744.
38. Doucas, V., Egan D. A., Tini M. & Evans, R. M. (1999) *Proc. Natl. Acad. Sci. USA* **96,** 2627–2632.
39. Doucas, V. & Evans, R. M. (1999) *Proc. Natl. Acad. Sci. USA* **96,** 2633–2638.
40. Ganchi, P. A., Sun, S. C., Greene, W. C. & Ballard, D. W. (1992) *Mol. Biol. Cell* **3,** 1339–1352.
41. Doucas, V., Ishov, A. M., Romo, A., Juguilon, H., Weitzman, M. D., Evans, R. M. & Maul, G. G. (1996) *Genes Dev.* **10,** 196–207.
42. Shi, Y., Mosser, D. D. & Morimoto, R. I. (1998) *Genes Dev.* **12,** 654–666.
43. Beg, A. A., Ruben, S. M., Scheinman, R. I., Haskill, S., Rosen, C. A. & Baldwin, A. S., Jr. (1992) *Genes Dev.* **6,** 1899–1913.
44. Taylor, S. S., Buechler, J. A. & Yonemoto, W. (1990) *Annu. Rev. Biochem.* **59,** 971–1005.
45. Scott, J. D. (1991) *Pharmacol. Ther.* **50,** 123–145.
46. Nolte, R. T., Wisely, G. B., Westin, S., Cobb, J. E., Lambert, M. H., Kurokawa, R., Rosenfeld, M. G., Willson, T. M., Glass, C. K. & Milburn, M. V. (1998) *Nature (London)* **395,** 137–143.
47. Chrivia, J. C., Kwok, R. P., Lamb, N., Hagiwara, M., Montminy, M. R. & Goodman, R. H. (1993) *Nature (London)* **365,** 855–859.

# EXHIBIT 10

# HANDBOOK OF

# Transcription Factor NF-kappaB

Edited by
Sankar Ghosh



**CRC Press**
Taylor & Francis Group
Boca Raton   London   New York

CRC Press is an imprint of the
Taylor & Francis Group, an informa business

CRC Press
Taylor & Francis Group
6000 Broken Sound Parkway NW, Suite 300
Boca Raton, FL 33487-2742

© 2007 by Taylor & Francis Group, LLC
CRC Press is an imprint of Taylor & Francis Group, an Informa business

No claim to original U.S. Government works
Printed in the United States of America on acid-free paper
10 9 8 7 6 5 4 3 2 1

International Standard Book Number-10: 0-8493-2794-6 (Hardcover)
International Standard Book Number-13: 978-0-8493-2794-0 (Hardcover)

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

No part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC) 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

**Library of Congress Cataloging-in-Publication Data**

Handbook of transcription factor NF-kappaB / [edited by] Sankar Ghosh.
    p. ; cm.
    Includes bibliographical references and index.
    ISBN-13: 978-0-8493-2794-0 (alk. paper)
    1. NF-kappa B (DNA-binding protein)--Handbooks, manuals, etc. 2. Transcription factors--Handbooks, manuals, etc. 3. Gene expression--Handbooks, manuals, etc. I. Ghosh, Sankar, 1959-
    [DNLM: 1. NF-kappa B. QU 58.5 H2368 2006]

QP552.N46H36 2006
611'.018166--dc22                                                    2006013488

Visit the Taylor & Francis Web site at
http://www.taylorandfrancis.com

and the CRC Press Web site at
http://www.crcpress.com

# 10 Regulating the Master Regulator NF-κB: From Natural Strategies to Rationally Designed Superdrugs

*Sebo Withoff, Vinay Tergaonkar, and Inder M. Verma*

## CONTENTS

10.1 Introduction ........................................................................................ 195
10.2 Nature's Way of Inhibiting NF-κB .................................................. 196
    10.2.1 Endogenous Inhibition of NF-κB Signaling ..................... 197
    10.2.2 Viral and Bacterial Strategies to Inhibit or Prevent NF-κB
        Signaling ........................................................................... 199
10.3 Synthetic and Natural Compounds Inhibiting NF-κB ................... 201
    10.3.1 Proteasome Inhibitors ....................................................... 201
    10.3.2 Nonsteroidal Antiinflammatory Drugs............................. 202
    10.3.3 Glucocorticoids ................................................................. 203
    10.3.4 Thalidomide ....................................................................... 204
    10.3.5 Antioxidants as NF-κB Inhibitors .................................... 205
    10.3.6 Potential Risks of Using NF-κB Inhibitors ..................... 206
10.4 Indirect and Alternative Strategies to Inhibit NF-κB ................... 206
    10.4.1 Cytokine and Anticytokine Therapy................................. 207
10.5 Tailor-Made NF-κB Inhibition in the Postgenomic Era ............... 208
10.6 Outlook................................................................................................ 210
Acknowledgments......................................................................................... 212
References....................................................................................................... 212

## 10.1 INTRODUCTION

Transcription factors are often the final arbiters of growth, differentiation, and development in response to intrinsic or extrinsic signals. Additionally, they

195

coordinate specialized functions carried out by specific cell types. The NF-κB family of transcription factors is pivotal for the modulation of the innate and adaptive immune responses (Chapters 6 and 7). Additionally, they control cell numbers by regulating the apoptotic machinery of the cell. More importantly, as discussed in Chapter 8, there is ample data available showing that NF-κB hyperactivation contributes to inflammation-associated cancer and many severe chronic (inflammatory) diseases, such as rheumatoid arthritis, SLE, multiple sclerosis, insulin resistance, and Alzheimer's disease [1–3]. This realization has led to an explosion of interest in NF-κB signaling from basic researchers and pharmaceutical companies, with a significant part of their concerted effort aimed at the development of drugs that specifically inhibit NF-κB signaling. Considering the rapidly expanding array of strategies used to inhibit NF-κB signaling, here we can only give a bird's eye view of what we consider significant, rather than an exhaustive list of all the proposed strategies of inhibiting NF-κB activity. For a more complete list, we will direct the reader to excellent reviews where appropriate.

Out of necessity, nature has provided several ways to attenuate NF-κB activity, since continuous NF-κB signaling can be severely detrimental, leading to chronic inflammatory diseases, the development of autoimmunity, and even hyperplasia. To prevent sustained NF-κB activation, the cell has several endogenous molecules available that will downregulate the NF-κB pathway. In addition, investigators have found that viruses and bacteria encode proteins that inhibit NF-κB signaling as a means of preventing an immune response that would otherwise eradicate the viral or bacterial threat.

Many drugs (natural and synthetic) in use for decades to inhibit inflammation or malignancy have been shown recently to modulate NF-κB activity. Based on these findings, some of these drugs are being modified on the molecular level to yield more potent inhibitors. We will give examples of drugs (or drug classes) that are most interesting from a clinical point of view.

Instead of direct intervention in the NF-κB pathway, researchers are trying to modulate other pathways that mediate the adverse effects of constitutive NF-κB activation. Additionally, the application of antibodies against NF-κB-activating cytokines and soluble receptors for NF-κB-activating cytokines are now being applied clinically to decrease the induction of NF-κB signaling.

The lessons learned from nature and from clinical experience with drugs that are known to modulate NF-κB activity have been very helpful in rationally designing synthetic compounds, peptides, DNA oligonucleotides, and RNA molecules that can interact with and downregulate the NF-κB pathway.

## 10.2 NATURE'S WAY OF INHIBITING NF-κB

NF-κB plays a pivotal role in eliciting a strong proinflammatory, proliferative, and antiapoptotic response. After execution of the essential task, this powerful response has to be downregulated by endogenous proteins in order to prevent chronic inflammation, autoimmunity, and hyperproliferation. The best known endogenous NF-κB inhibitors are members of the IκB-family (IκBs) that can lead to cytosolic sequestering of NF-κB, thereby attenuating NF-κB signaling [4]. Here we will discuss

endogenous NF-κB inhibitors other than IκB family members, as these are discussed at length in Chapters 2 and 4.

In addition to endogenous factors that modify NF-κB, many viruses and bacteria express proteins — exogenous NF-κB inhibitors — that inhibit NF-κB signaling to thwart the host immune response. Although these proteins may not be ideal for clinical development, they have provided new insights into NF-κB regulation, and small molecule inhibitors of NF-κB signaling have already been derived based on sequences present in these viral and bacterial proteins.

## 10.2.1  ENDOGENOUS INHIBITION OF NF-κB SIGNALING

Several tumor suppressor genes have been reported to regulate NF-κB activity. The tumor suppressor gene adenosine diphosphate (ADP) ribosylation factor 1 (ARF) has been reported to induce the phosphorylation of thr505 in the transactivation domain (TAD) of p65, resulting in recruitment of histone deacetylase-1 (HDAC1) and inhibition of NF-κB activity (Chapter 5) [5,6]. The tumor suppressor gene ING4 was shown to physically interact with p65 in the nucleus, forming a transcriptional complex in which NF-κB-induced gene expression is downregulated, leading to inhibition of angiogenesis in a brain tumor model [7]. Finally, it was suggested that p53 and NF-κB control each other's ability to express their target genes — a regulatory "transcriptional crosstalk." This effect was dependent on the relative level of p53 and NF-κB, and it was proposed that competition for a limiting pool of CBP/p300 complexes underlies this regulatory balance [8,9].

NF-κB signaling has become a standard example of how ubiquitination and deubiquitination play a role in the activation and deactivation of signaling pathways. As discussed in Chapter 4, it is now apparent that protein-ubiquitination does not always lead to degradation of the ubiquitinated protein but that certain proteins depend on ubiquitination for localization or activity. Several proteins involved in NF-κB signaling (e.g., tumor necrosis factor-receptor 1 [TNF-RI], tumor necrosis factor receptor associated factor 2 [TRAF2], receptor interacting protein [RIP], nuclear factor kappa B essential modifier [NEMO], and inhibitor of kappa B kinase β [IKKβ]) are ubiquitinated, although the functional implications of this are largely unclear. Cylindromatosis (CYLD) and A20, as discussed in Chapter 4, act as endogenous negative regulators of NF-κB, signaling by modifying the ubiquitination of these pathway components.

Sumoylation can also affect NF-κB activity at different levels [10]. Sumoylation of a small fraction of NEMO has been shown to govern its nuclear localization and prevent it from shuttling to the cytoplasm, as discussed in Chapters 2 and 4. More recently, it has been reported that the sumoylation of CBP/p300 enables the binding of sirtuin (silent mating type information regulation 2 homolog) 1 (SIRT1) to p300, thereby repressing p300. SIRT1, a member of the nicotinamide adenosinedinucleotide (NAD)-dependent deacetylases, represses several transcription factors, including NF-κB. As CBP/p300 is a limiting cofactor for the transcriptional activity of NF-κB, it was suggested that desumoylation of CBP/p300 leads to a relieving of p300-repression by SIRT1, which in turn could lead to enhanced transcription mediated by NF-κB (Chapter 5) [11].



Mutations in the cold-induced autoinflammatory syndrome 1 (CIAS1) gene have been described to be involved in three different chronic autoinflammatory diseases [12]. CIAS proteins have been reported to inhibit nuclear translocation of p65 in monocytes, which implies that p65-inhibition may contribute to the induction of the chronic inflammatory phenotype; however, it has to be kept in mind that CIAS-mutations can also lead to increased processing of IL-1β-precursor into mature IL-1β, a major proinflammatory cytokine [13].

Recently, a new family of NF-κB inhibitory proteins has been identified. The first family member, Murr1, was identified due to its involvement in copper metabolism [14,15]. Nine other family members have since been described, all of which are characterized by a copper metabolism gene Murr1 domain (COMMD) that functions as a homotypic protein–protein interaction domain [16]. COMMD1 through -10 form multimeric complexes, and several of them interact with and inhibit NF-κB. Murr1/COMMD1, the prototype of the family, does not inhibit nuclear translocation of NF-κB, but rather inhibits NF-κB signaling at the nuclear level by negatively regulating the association of p65 with chromatin. Co-IP experiments showed that Murr1/COMMD1 interacts with p65, c-Rel, RelB, p100, and p105. COMMD1 binds to the first 180 amino acids of the p65 Rel homology domain (RHD) containing the DNA binding domain and thus may directly interfere with binding to κB sites.

15-Deoxy-Δ-$^{12,14}$-prostaglandin J$_2$ (15d-PGJ$_2$), the ligand of the peroxisome proliferator-activated receptor-γ (PPARγ) transcription factor, is a recently discovered prostaglandin that has been suggested to elicit an antiinflammatory response [17]. PPARγ is thought to be complexed in the cytosol to corepressor proteins but is probably released from corepression by binding of 15d-PGJ$_2$ or other PPARγ-agonists such as thiazolidinediones (glitazones). It has been suggested that 15d-PGJ$_2$ inhibits NF-κB indirectly via PPARγ by antagonizing the transcriptional activity of NF-κB [18]. The interference of PPARγ (and other nuclear antagonists of NF-κB such as p53, ARF, Twists, and N-CoR) with NF-κB could be mediated by competition for histone acetyltransferase (HATs) or recruitment of HDACs to NF-κB [19,20]. Additionally, 15d-PGJ$_2$ has been described to inhibit NF-κB activity directly by binding to IKKβ via its cyclopentenone ring, thereby inhibiting IKKβ activity [21]. The same ring has also been reported to prevent NF-κB from binding to DNA by modifying p65 and p50 [22]. Finally, it has been reported that 15d-PGJ$_2$ inhibits the recruitment of CBP/p300, an essential cofactor for NF-κB's transcriptional activity, to p65 [23]. At present, 15d-PGJ$_2$ and other PPARγ-agonists have been shown to inhibit inflammation in murine models of arthritis, ischemia-reperfusion injury, inflammatory bowel disease, Alzheimer's disease, and lupus nephritis [17], which are all diseases in which NF-κB is known to be chronically activated.

The nuclear protein RelA (p65)-associated inhibitor (RAI), isolated from human placenta, has been found to inhibit tumor necrosis factor (TNF)-induced NF-κB signaling by binding to p65 and preventing its DNA-binding. This 351 amino-acid, 40 kDa protein contains multiple ankyrin repeats, just as the IκB family members, but it does not contain a proline, glutamic acid, serine, and threonine (PEST)-region [24]. Recently, it was shown that RAI is part of a larger protein (824 amino acids, 98 kDa) called NF-κB interacting protein1 (Nkip1), which is predominantly

Case 1:06-cv-00259-MPT    Document 668-11    Filed 05/30/2008    Page 8 of 30

expressed in endothelial cells of the skin, testis, heart, and stomach [25]. Nkip1 was found to be mutated in *waved 3 (wa3)* mutant mice that develop a rapidly progressive cardiomyopathy. Although *wa3/wa3* mice survive, they remain small in size, and 90% die within 4 weeks of birth. Histology revealed hearts of abnormal shape and size, containing areas with myofiber degeneration, mineralization, and necrosis. At the same time, macrophage infiltration, fibrosis, and neovascularization could be observed. In *wa3/wa3* mice, ICAM-1 expression was significantly increased, but other NF-κB target genes examined were not affected, suggesting that Nkip1 regulates a subset of NF-κB target genes. The authors suggested that loss of NF-κB repression through Nkip1 mutation induces constitutive activation of endothelial cells, leading to an environment that promotes inflammation, thrombosis, and ultimately cardiomyocyte death.

## 10.2.2  VIRAL AND BACTERIAL STRATEGIES TO INHIBIT OR PREVENT NF-κB SIGNALING

Several viruses and bacteria encode proteins that inhibit NF-κB activation and activity, and it has been suggested that they do so to prevent a functional immune response (immune evasion). Almost every step in the NF-κB pathway is fair game for the inhibitory approaches taken by microorganisms.

One strategy to inhibit or prevent NF-κB signaling is to express mimics of receptors of the TNF-R family, which scavenge TNF family members before they can reach their intended target receptor. Pox viruses encode viral orthologs of various receptors of the TNF-R family. Cow pox and mouse pox viruses encode a viral CD30 (vCD30) protein [26,27]. The ligand of CD30 (CD153) is involved in down-regulation of autoimmune responses and in negative selection of T cells, provides costimulation to B and T cells, and stimulates cell proliferation [28]. vCD30 interferes in these processes by competing with endogenous CD30 for CD153-binding, preventing the antiviral response. The recent finding that CD30 activates the alternative NF-κB signaling pathway [29] implies that vCD30 is an (indirect) inhibitor of noncanonical NF-κB activation. Other pox viruses encode soluble or membrane-bound IL-1R, IL-18R, IFN-R, or TNF-Rs that bind their respective ligands, thereby preventing NF-κB activation [30–33]. This microbiological "decoy-receptor" approach is presently being explored clinically. For example, recombinant TNF-R is already applied clinically and recombinant BAFF-R is in preclinical development.

Adenoviruses are of special interest because they are being developed as vectors for gene delivery. Unfortunately, adenoviral particles induce a potent immune response, which is surprising since a variety of adenoviral proteins downregulate the immune response. The adenovirus early transcription region 3 (E3) encodes for seven proteins, of which five inhibit immune responses, some by inhibiting NF-κB activity [34]. For instance, the adenoviral proteins E3-10.4K and E3-14.5K form a complex in the membrane that inhibits the assembly of the TNF-R1 signaling complex at the membrane, leading to downregulation of TNF-R1 on the cell surface [35].

Pox viruses also encode proteins that inhibit NF-κB signaling downstream of the receptors. Two ORFs of the Vaccinia pox virus, A46R and A52R, share sequence homology with the Toll/IL-1 receptor (TIR) domain that is characteristic of the

IL-1R/Toll-like receptor (TLR) superfamily. A46R and A52R inhibit IL-1-, IL-18-, and TLR-induced NF-κB and MAPK signaling (and therefore host defense) by binding and sequestering adaptor proteins (MyD88, MyD88 adaptor-like, TRIF, and Toll/IL-1 resistance domain containing protein inducing interferon beta (TRIF)-related adaptor) that are involved in signaling downstream of ligand-receptor interaction and upstream of the IKK complex (see Chapter 3) [36–38]. A peptide derived from A52R was recently shown to inhibit cytokine production in bacterially induced inflammation [39]. The authors suggested that this peptide could be applied in the treatment of chronic inflammation caused by viral or bacterial infection.

Another virulence factor of Vaccinia virus, N1L, inhibits NF-κB signaling directly by binding to the IKK complex [38]. Though N1L inhibits host defense against Vaccinia infection by ten-thousand-fold, it does not affect adaptive immunity [40]. DiPerna and colleagues describe that N1L inhibits receptor-, adaptor-, TRAF-, and IKK-α, and IKKβ-dependent NF-κB signaling. Coimmunoprecipitation showed that N1L associates with several components of the IKK complex, while TANK-binding kinase 1 (TBK1) appears to be its principal target, suggesting that this protein may preferentially target the interferon pathway. Also, human papillomavirus (HPV) E7 has been reported to bind to the IKK complex, leading to inhibition of induced activation of IKKα and IKKβ [41] and, most recently, the Hepatitis C Virus (HCV) core protein has been reported to bind to IKKβ and inhibit NF-κB activation [42].

Perhaps the most important immunological cell type that is involved in the inflammatory response is the macrophage (see Chapter 8). Two viruses that exhibit tropism toward these cells and are able to inhibit NF-κB signaling are the Pichinde virus, which causes Lassa fever in humans, and the African swine fever virus (ASFV). Virulent strains of the Pichinde virus, but not attenuated strains, were shown to repress NF-κB activation [43]. The ASFV encodes a protein, A238Lp, that resembles a porcine IκBα and can bind to p65, resulting in cytoplasmic sequestration. Interestingly, A238Lp needs posttranslational modification and NF-κB signaling to be able to bind to p65, as the endogenous IκBα needs to be degraded first [44].

Two viral proteins have been described to interact with βTrCP-proteins — the components of the SCF-type ubiquitin ligase complex that plays such a pivotal role in NF-κB activation (see Chapter 4). The HIV1-protein Vpu sequesters βTrCP1 to the cytoplasm [45], preventing it from functioning in the degradation of IκB and thereby effecting NF-κB activation. The EBV protein LMP1 has been reported to interact with and inhibit βTrCP2 [46]. As discussed in Chapter 4, bacteria of the *Yersinia* species (*Yersinia pestis* causes the bubonic plague) also interfere with the ubiquitination of NF-κB signaling proteins through the YopJ protein. Another bacterial protein, AvrA of *Salmonella typhimurium*, which is homologous to YopJ, has been suggested to prevent the ubiquitination of IκBα, thus regulating NF-κB activity downstream of the IKK-complex [47]. Interestingly, *Salmonella typhi* and *Salmonella paratyphi*, which do cause severe systemic disease, do not contain the AvrA locus, suggesting that control of NF-κB signaling is an important quality of virulent *Salmonella* sp. [48].

Finally, viral proteins can also target NF-κB transcriptional activity. The E6 oncoprotein of HPV downregulates NF-κB-mediated transcription by binding to and inhibiting CBP/p300 [49]. Thus, scientists have come to recognize that there are a variety of means by which pathogens subvert the function of NF-κB in the immune response. Although this is in principle not a positive finding, it offers us the opportunity to learn from pathogen strategies, and uncover critical steps in NF-κB signaling that can be blocked to inhibit NF-κB activity.

## 10.3  SYNTHETIC AND NATURAL COMPOUNDS INHIBITING NF-κB

In recent years, great effort has been expended to find compounds in large drug screens that inhibit NF-κB. Various natural compounds and synthetic drugs have been identified by this approach, and upon their identification, some of these have been modified to enhance their specificity for NF-κB. Multiple antiinflammatory and anticancer agents have demonstrated NF-κB-inhibitory activity by targeting various steps in the NF-κB pathway, including IKK complex activity, IκB degradation, NF-κB nuclear localization, and NF-κB DNA binding capacity. In the following sections we describe the most promising, clinically relevant drug classes. The disadvantage of most of these drugs is that they are not very specific for NF-κB signaling and therefore potentially could display significant unwanted side effects when administered to patients.

### 10.3.1  PROTEASOME INHIBITORS

The ubiquitin-proteasome pathway regulates the turnover of proteins that are of major importance for the cell, such as cyclins (which have a role in cell cycle control), MDM2 and p53 (which have a role in cell cycle arrest, DNA repair, differentiation, senescence, and apoptosis), and NF-κB [50–52]. As discussed in Chapter 4, activation of the classical-, alternative-, and DNA-damage-induced NF-κB pathways depends on the action of the proteasome. Thus, it appears safe to argue that the application of proteasome inhibitors will result in NF-κB inhibition; however, it is also clear that other pathways will be affected as well.

Proteasome inhibitors can be divided into two subclasses: (1) inhibitors of the 20S proteasome core, such as peptide aldehydes (e.g., MG-132), PSI, lactacystins (e.g., PS-519), epoxomicin, and peptide boronic acids (e.g., bortezomib) and (2) inhibitors of substrate specific E3 ubiquitin ligases (the E3 ubiquitin ligase MDM2 can be inhibited by nutlins) [53]. The best-studied proteasome inhibitor at present is the small molecule inhibitor bortezomib (also known as Velcade or PS-341), which is used mostly in combination with other chemotherapeutic agents. Bortezomib inhibits the proteasome by binding to the chymotrypsin-like site of the 20S core of the proteasome [50–52]. It has been approved by the U.S. Food and Drug Administration (FDA) for the treatment of patients with advanced multiple myeloma [54] and has been described to display clinical activity in relapsed and refractory multiple myeloma, prostate cancer, non-Hodgkin's lymphoma, T cell leukemia,

nonsmall-cell lung carcinoma, renal cell cancer, Lewis lung carcinoma, and pancreatic cancer [50–52,55,56].

As remarked previously, the efficacy of bortezomib is probably dependent on other mechanisms in addition to NF-$\kappa$B inhibition. By directly comparing the efficacy of bortezomib and the I$\kappa$B-kinase specific inhibitor PS-1145 in multiple myeloma cells, it was found that bortezomib inhibited cell proliferation completely in contrast to PS-1145, which inhibited only 20–50%, although both compounds inhibited NF-$\kappa$B activity completely [57]. Kenneth C. Anderson and colleagues showed subsequently that in human multiple myeloma cells, bortezomib downregulates growth and survival pathways (e.g., IGF-1 receptor pathway; IGF-1 stimulates Akt-signaling) and antiapoptotic genes, and upregulates proapoptotic genes, resulting in apoptosis [55,58,59]. The authors suggest that bortezomib-induced NF-$\kappa$B inhibition causes a decrease in the antiapoptotic protein BcL-2 and the BcL-2 family member A1/Bfl-1, leading to cytochrome C release and caspase-9 activation, in other words, activation of the intrinsic apoptotic pathway. Furthermore, they suggest that bortezomib causes p53-phosphorylation and subsequent jun N-terminal kinase (JNK)-activation, leading to Fas upregulation. Additionally, an increase in c-myc levels was observed, which correlated with an increase in FasL. The higher expression of both Fas and its ligand FasL would explain the observed activation of caspase-8, which is the initiator caspase of the extrinsic apoptotic pathway. The killing signal delivered by caspase-8 activation will be enhanced by the downregulation of NF-$\kappa$B, as NF-$\kappa$B inhibition will lead to a decrease in FLICE inhibitory protein (FLIP) levels, which is a physiological inhibitor of caspase-8 activation [60]. These observations show that inhibition of the proteasome in multiple myeloma cells leads to the concurrent modulation of multiple transcription factors that, together, tip the balance between life and death to the advantage of the latter. Presently, other proteasome inhibitors (with distinct structural features) are under development. For example, the lactacystin PS-519 has already entered clinical trials for treatment of patients with poststroke and myocardial infarction reperfusion injuries [51,52].

### 10.3.2 NONSTEROIDAL ANTIINFLAMMATORY DRUGS

At present, nonsteroidal antiinflammatory drugs (NSAIDs) are the most widely prescribed antiinflammatory drugs. It was estimated that in the United States, five to ten billion dollars are spent on NSAIDs, which are used in cardiovascular disease, for relief of pain symptoms in minor injuries and headaches, and to alleviate discomfort in serious inflammatory and joint diseases [61]. NSAIDs are known to inhibit the activity of cyclooxygenases (COXs), which are involved in prostaglandin (PG) synthesis [62,63]. As PGs play an important role in many processes other than inflammation, such as blood clotting, ovulation, bone metabolism, nerve function, wound healing, kidney function, and blood vessel tone, there is the accompanying risk of cytotoxic side effects associated with the application of COX-inhibitors [61]. Aspirin inhibits the activity of the constitutively expressed COX-1 by acetylating it; however, it has been shown that this is probably not the only mode of action of NSAIDs [64]. A second mode of action of aspirin is that it prevents the phosphorylation of IKK$\beta$ (and not IKK$\alpha$) by binding to its adenosine triphosphate

(ATP)-binding site [65,174], thereby inhibiting NF-κB activation. The NSAID sulindac has also been shown to inhibit IKKβ activity [66]. As the expression of the inducible COX-2 enzyme is regulated by NF-κB, this implies that aspirin may inhibit PG synthesis by inactivating COX-1 and by downregulating COX-2 expression. Other studies have confirmed that NSAIDs inhibit NF-κB activity [67,68]. Takada and colleagues compared different NSAIDs, and the authors found that the tested compounds inhibited IKK activity and suppressed IκBα degradation and NF-κB reporter gene activation, although with different efficacy. Aspirin and ibuprofen were shown to be least potent in inhibiting NF-κB activity; naproxen, indomethacin, and diclofenac were inhibited intermediately; and resveratrol, curcumin, celecoxib, and tamoxifen were most potent [68]. Very recently, it was suggested that celecoxib suppresses NF-κB activation through inhibition of IKK and Akt [69].

There has been a considerable amount of excitement in the oncology field since reports found that long-term use of NSAIDs, in this case aspirin, is associated with the regression of intestinal polyps and a reduction in the incidence of colorectal cancer in arthritis and colorectal cancer patients [70,71]. Additionally, it was reported that women who had been taking aspirin every day for at least ten years had a 28% lower risk of developing breast cancer [72]. An unwanted side-effect of nonspecific COX-inhibitors (inhibiting both COX-1 and COX-2) is that these drugs can cause gastrointestinal irritation and ulceration, which was shown to be due to inhibition of COX-1. To avoid this, selective COX-2 inhibitors (celecoxib [Celebrex®] and rofecoxib [Vioxx®]) were developed. Initially, both these drugs were approved for the treatment of rheumatoid arthritis and osteoarthritis. Celecoxib was also shown to significantly reduce the incidence and multiplicity of colon tumors and the number of polyps in patients with familial adenomatous polyposis (FAP) [73]. Celecoxib has also been found to be effective against mammary, skin, and bladder cancer [74] and was tested for cancer prevention or treatment in nearly 50 clinical trials. However, in September 2004, rofecoxib and, shortly after that, celecoxib were withdrawn from the market because these drugs were found to increase the risk of heart attack and stroke. If these serious side effects can be prevented or overcome, NSAIDs still could be of major importance for treatment of various inflammation-associated cancers and chronic inflammatory diseases. It is interesting to note in this respect that the R-stereoisomer of the NSAID flurbiprofen (the latter being the S-isomer) has been shown to inhibit NF-κB (and also AP-1), while it does not inhibit COX activity [75]. Moreover, it does not cause gastrointestinal problems [76] or other cytotoxic effects, which have been associated with COX-1-inhibiting NSAIDs [61].

## 10.3.3 GLUCOCORTICOIDS

The most widely prescribed antiinflammatory and immunosuppressive drugs are glucocorticoids (GCs), of which dexamethasone and hydrocortisone are the best known. The interaction of GCs with cytosolic GC-receptors (GCRs) induces the nuclear translocation of the GC-GCR-complex, in which the GRs interact with GC responsive elements (GREs), which are present, for instance, in promoters of cytokines. Initially, it was thought that the transcriptional effects of GCs were solely mediated by these GREs. However, later it was shown that GCs also inhibit the action



of several transcription factors that are essential for immunity, such as AP-1, NF-AT, and NF-κB [77,78]. NF-κB inhibition was initially thought to be brought about by GC-induced upregulation of IκB [79–81], which could be caused by binding of GR to a GRE in the IκB promoter [82]. IκB upregulation is not a universal effect [83,84] and, although it may have a cell-type role with or without a stimulus specific role, several other mechanisms of GC/GR-induced NF-κB inhibition have been proposed [77,78]: steric hindrance of NF-κB binding to κB sites by GR bound to GREs; GR binding and sequestering NF-κB in the cytosol [83–85]; GR binding the TAD of DNA-bound p65 interfering with coactivator binding [86,87]; GR competing with NF-κB for limited nuclear coactivators (e.g., CBP/p300) [88,89]; or GC-induced deacetylation of histones [90,91]. Finally, it has been reported that GCs induce the GC-induced leucine zipper (GILZ) protein that inhibits NF-κB activation [92].

## 10.3.4 THALIDOMIDE

The glutamic acid derivative thalidomide was brought on the market in the late 1950s as a sedative and a treatment for morning sickness in pregnant women, although it was not approved by the FDA in the United States. In the early 1960s, it was realized that the intake of even one dose of thalidomide during gestation could lead to limb abnormalities and other congenital defects. Shortly thereafter, thalidomide was pulled from the market. The drug reemerged a few years later as a treatment modality for leprosy and the FDA approved its use in this disease in the late 1990s [93]. The devastating effects of the drug during pregnancy were thought to result from the drugs ability to inhibit vasculogenesis. It is now clear, however, that the drug also has antiinflammatory and immunomodulatory effects. Presently, studies are ongoing to investigate thalidomide's potential in treatment regimens for inflammatory and infectious diseases (dermatological, rheumatological, and gastrointestinal diseases, HIV-1, and congestive heart failure) and for treatment of a variety of malignancies (e.g., multiple myeloma and other hematological disorders, prostate cancer, renal-cell carcinoma, glioma, colorectal cancer, and more). In multiple myeloma patients, thalidomide induces a variety of effects, which include reduction in cell adhesion, reduction in drug resistance, induction of apoptosis, angiogenesis inhibition, and modulation of immunity. It is also known that thalidomide reduces the expression of TNFα, IL-6, IL-12, COX-2, and BcL-2 (inhibitor of the intrinsic apoptotic pathway) inhibitors of the extrinsic apoptotic pathway and NF-κB activity in general [93,94]. These clinical and biochemical features strongly suggest that NF-κB inhibition is central to the action of thalidomide, as NF-κB regulates the expression of proangiogenic factors (e.g., vascular endothelial growth factor [VEGF], $\alpha_v\beta_3$-integrins, IL-8, and PGs) [95,96], COX-2, antiapoptotic genes, and multiple proinflammatory and immunomodulatory cytokines (such as TNFα, IL-6, IL-12, and many more). Although there are conflicting reports about the effects of thalidomide on TNFα production in different cell types [97,98], there is evidence that thalidomide inhibits classical IKK activity, resulting in reduced levels of NF-κB-regulated genes downstream of cytokine receptor activation [99].

## 10.3.5 ANTIOXIDANTS AS NF-κB INHIBITORS

The level of cellular free radicals (reactive oxygen species [ROS] and reactive nitrogen oxide species [RNOS]) can increase upon exposure to certain environmental stimuli (e.g., ozone and cigarette smoke) and upon NF-κB stimuli (e.g., phorbol myristate acetate [PMA], CD3-engagement, lipopolysaccharide [LPS], $H_2O_2$, TNF, IL-1, UV-light, and ionizing radiation) [100–102]. The production of free radicals seems to be cell-type specific [101]. In inflammation, ROS produced by inflammatory cells play an important role as a means to kill infected cells by oxidizing molecules essential for pathogen survival [103]. Free radicals such as NOS ($O_2^{\cdot-}$, $\cdot OH$) and RNOS (NO$\cdot$, ONOO$^-$, $N_2O_3$) cause oxidation of proteins, DNA, and lipids that can directly or indirectly induce tissue damage with or without stress responses [104]. Products of lipid peroxidation have been shown to activate macrophages, to modulate the levels of prostaglandins and their receptors, and to induce multiple proinflammatory genes such as IL-8, COX-2, and monocyte chemoattractant protein-1 (MCP-1) [102,104]. Multiple studies have reported a direct link between increased ROS levels and the induction of NF-κB activity. Oxidative stress increases IκBα ubiquitination and degradation, and antioxidants have been reported to inhibit IκBα phosphorylation [105–107]. Moreover, it has been described that $H_2O_2$ can induce NF-κB through tyrosine-phosphorylation of IκBα and through activation of the IKK complex by inducing serine phosphorylation within the activation loops of IKKα and IKKβ [108,109]. Indirectly, ROS can also enhance NF-κB-mediated transcription by inhibiting HDAC [102]. The exact mechanism of ROS-induced NF-κB activation is largely unknown to date, and it is thought that various antioxidants inhibit at different steps in this pathway. However, it is clear that antioxidant application will inhibit NF-κB activity *in vitro* and *in vivo* [67,100], although other pathways will be affected as well. A number of antioxidants have been used to inhibit the NF-κB pathway (see Epinat and Gilmore [100] for an elaborate listing of antioxidants). An antioxidant [110] derived from the subtropical ginger *Languas galangas*, 1′-acetoxychavicol acetate (ACA), has recently been shown to inhibit the NF-κB pathway at the level of IKK activation, resulting ultimately in decreased expression of NF-κB-regulated proliferative genes, antiapoptotic genes, and genes involved in metastasis and inflammation [111]. Polyphenols curcumin, which can be isolated from the spice turmeric, and resveratrol, which is found in grapes and red wine [112], have been found to downregulate NIK and IKKα/β, resulting in inhibition of IKK activation, decreased IκBα-degradation, decreased p65 translocation, and a decrease in NF-κB activity [113–117]. Ascorbic acid (vitamin C) has been shown to display dual activity; first, it is known to quench ROS, and second, it has been described that, in the presence of ROS, ascorbic acid will be metabolized into dehydroascorbic acid, which has been shown to inhibit IKKα and IKKβ activity [118]. Other well-known antioxidants are thiols (e.g., glutathione, N-acetyl-L-cysteine [NAC], and N-Acystelyn [NAL]), vitamin E, NADPH, glutathione peroxidase, and MnSOD [102], all of which inhibit NF-κB activity to varying degrees.

### 10.3.6  POTENTIAL RISKS OF USING NF-κB INHIBITORS

In cancers with constitutive NF-κB activation and in chronic inflammation-associated cancers, NF-κB inhibition may prove to be a beneficial outcome [3]. However, it is important to point out that, in many cancers, unrestricted tumor outgrowth is facilitated by the fact that the cancer cells have found ways to evade apoptosis and immune surveillance. For this reason, immunotherapeutical anticancer therapies have been developed aiming at restoring and stimulating the proinflammatory functions of the patient's immune system as a palliative treatment option other than surgery, radiation, or chemotherapy [119]. The role of immune surveillance must be kept in mind when NF-κB inhibitors are applied as anticancer therapy, because such a treatment could inhibit whatever remains of the immunological antitumor response.

Another fact complicating the potential usefulness of NF-κB inhibitors in anticancer therapy is that NF-κB functions in a tissue-dependent manner. Remarkably, in keratinocytes, NF-κB inhibition can promote squamous cell carcinoma [120]. This implies that NF-κB-targeting anticancer therapy has to be tailored to specific tissues.

A concern for the use of NF-κB inhibitors to treat chronic inflammation is that NF-κB has been shown to be involved in inflammation resolution as well (Chapter 8). As expected, administration of broad-spectrum NF-κB inhibitors at the onset of inflammation leads to diminished inflammation; however, when these inhibitors are delivered later, they interfere with the ability to reduce inflammation [121]. It was hypothesized that during onset of inflammation, NF-κB stimulation leads to p65/p50 induced proinflammatory gene expression, while during resolution, translocation of repressive p50/p50 homodimers is induced. Alternatively, it is possible that p50/p50 homodimers, in collaboration with other cofactors, activate proapoptotic genes (e.g., BcL-3 could collaborate with p50-homodimers to activate transcription).

Another cause of concern is the occurrence of immunosuppression or other sequelae associated with a dysregulated immune system. For instance, several severe side effects have been related to anti-TNFα therapy, including infections, lymphoma development, congestive heart failure, demyelinating disease, lupus-like syndrome, and induction of autoantibodies [122]. These findings underscore the notion that modulators of the immune system have to be applied and dosed carefully.

Finally, it has to be realized that many of the drugs described in this section inhibit other pathways as well. This means that application of these drugs may induce unwanted side effects that have to be monitored carefully.

## 10.4  INDIRECT AND ALTERNATIVE STRATEGIES TO INHIBIT NF-κB

It is known that changes in other pathways can lead to the constitutive activation of NF-κB. Examples of such events are overexpression of HER2/neu, IGF-1R overexpression, BCR-ABL fusion, and activation of Ras/mitogen associated protein kinase (MAPK) or PI3K/Akt pathways [123]. If such changes are identified in diseases in which NF-κB activation plays an important role, then the proteins involved in these pathways represent an array of possible targets for treatment. As an alternative to inhibiting NF-κB signaling itself, a lot of attention is being focused on developing

molecules that inhibit the triggering of NF-κB signaling (e.g., anticytokine antibodies and decoy receptors) and on molecules that stimulate pathways that counteract NF-κB signaling (e.g., antiinflammatory cytokines).

## 10.4.1  Cytokine and Anticytokine Therapy

A number of studies have associated cytokine expression with inflammation and carcinogenesis. For example, colony-stimulating factor-1 (CSF-1) is involved in breast cancer development [124], TNFα plays a role in skin tumorigenesis [125] and promotes metastasis of xenografted human gastric cancer [126], IL-1α is associated with an increased risk of *H. pylori*-induced gastric cancer [127], and IL-8 neutralization inhibits tumor-associated inflammation and Ras-induced tumor growth [128]. Most cytokines act through NF-κB signaling, which in turn induces the expression of a wide spectrum of cytokines. The result is a complex, intertwined network that makes it difficult to predict the clinical efficacy of cytokine inhibition. Nevertheless, the clinical successes obtained to date with anticytokine therapies shows much promise.

As described previously, the intervention with cytokines before they reach their target receptor is a strategy that has long been applied by microorganisms. Presently, TNFα-blocking agents such as infliximab (Remicade®, a chimeric monoclonal antibody specific for TNFα) and etanercept (Enbrel®, a soluble dimeric TNFα-receptor) have been applied successfully to treat autoimmune-inflammatory diseases such as rheumatoid arthritis, juvenile arthritis, psoriasis, psoriatic arthritis, and Crohn's disease [129]. The IL-1 receptor antagonist (IL-1Ra) anakinra (Kineret®) is based on a physiologically expressed membrane molecule that competes with the IL-R for IL-binding. Anakinra has recently been approved for treatment of rheumatoid arthritis [130–132]. Other cytokines and chemokines that are being targeted for anticytokine therapy include IFN-α, IFN-γ, IL-6, IL-8, IL-12, IL-15, IL-17, and IL-23 [131].

A relatively new player in the cytokine field is the TNF-family member B cell activating factor (BAFF). BAFF activates the alternative NF-κB pathway and is involved in the formation of secondary lymphoid organs and in lymphocyte development, thereby providing a link between the innate and the adaptive immune response (Chapter 7). BAFF is essential for B cell development (and also for T cell activation and development) and has been shown to be overexpressed in patients with autoimmune disorders (rheumatoid arthritis, SLE, and Sjögren's syndrome) and B cell lymphomas [133,134]. Patients with these diseases may benefit from treatment with neutralizing anti-BAFF antibodies or recombinant BAFF-R. The alternative pathway is triggered by a variety of TNF-R-family members [29], some of which are T cell costimulating molecules (HVEM, CD30, CD27, 4-1BB, GITR, OX40) [135]. If overexpression of the ligands for these receptors contributes to B or T cell malignancies or autoimmune disease, this would mean that a whole array of new antibody or decoy receptor targets have become accessible. The advantage of treatments that target the alternative NF-κB pathway instead of the classical NF-κB pathway is that they will leave the innate immune system intact. Finally, as an alternative to using inhibitors of proinflammatory cytokines, one could consider the use of antiinflammatory mediators such as IL-4, IL-10, IL-11, IFN-β, or TGFβ [136].

## 10.5  TAILOR-MADE NF-κB INHIBITION IN THE POSTGENOMIC ERA

The biotechnological revolution of the last decade has provided us with new types of drugs that now start to show their potential in the clinic, and some of them are now hailed as being the new "superdrugs." The proteasome inhibitors are good examples, which may have potential in the treatment of chronic inflammatory diseases, autoimmune diseases, and cancer. A disadvantage of proteasome inhibitors is that inhibiting the proteasome does not specifically inhibit NF-κB, and therefore these drugs will modulate the cell's physiology extensively. The lessons learned from nature's strategies to inhibit NF-κB and the results of clinical studies with drugs that have now been shown to inhibit NF-κB have provided us with new insights in the NF-κB pathway and have given us the opportunity to rationally design modulators of NF-κB signaling that do not interfere with other pathways. Additionally, the application of new molecular-biological techniques has provided us with a surge of information about how signals are transduced within the NF-κB pathway and how NF-κB proteins interact with each other and with other proteins. These new insights have led to the development of molecule-specific inhibitors of the NF-κB pathway, some of which are already in preclinical development. Improvements in other fields will also contribute to the development of more efficient drugs, such as improved delivery and targeting strategies, activation of the drugs specifically at the location where it is needed, and the coupling of the drugs to small peptide sequences that will facilitate the transport of the drug over the cell membrane [137,138].

One of the most potent inhibitors of the classical NF-κB pathway are dominant negative versions of IκB. One version of dominant negative IκBα (dn-IκBα) is a protein in which ser32 and ser36 phosphoacceptor sites have been replaced with alanines and multiple amino acids in the C-terminal domain have been replaced to confer stability to the mutant protein. The dominant negative IκBα variant (called IκBαM) described above cannot be phosphorylated and will therefore not be ubiquitinated and degraded, thus sequestering NF-κB to the cytosol [139]. Another nondegradable IκBα variant (cannot be phosphorylated because the first 36 amino acids have been deleted) has been coupled to a membrane translocating sequence (MTS) derived from the signal peptide of Kaposi Fibroblast Growth Factor. This protein was able to inhibit NF-κB activation *in vitro* and inhibited NF-κB activation *in vivo* in response to skin wounding in mice and in lungs after endotoxin treatment in sheep [140]. It is quite obvious that dominant negative variants of other NF-κB proteins (e.g., kinase-dead IKKs) will also inhibit NF-κB signaling. Moreover, using dominant negative p100 or IKKα, it may be possible to selectively downregulate the alternative NF-κB pathway without affecting the classical NF-κB pathway. In diseases in which the alternative pathway is dysregulated and needs to be inhibited, this approach will prevent adverse side effects associated with inhibition of the classical pathway. At present, the clinical value of such molecules does not seem to be very high; however, small peptide variants of such molecules, pathway specific peptides, or kinase-specific inhibitors may be more interesting in that respect.

IFN-β has been presented as one of the cytokines that can be used as an alternative to NF-κB inhibitors because of its antiinflammatory capacity. A very

elegant approach has been to change this cytokine (or any other cytokine) into a latent form that will be activated at the site of inflammation. To achieve this, the latency associated protein (LAP) domain of TGF-β1 was fused to the IFN-β protein to prevent IFN-β from binding to its receptor. Between the LAP-domain and the IFN-β domain, a matrix-metalloprotease (MMP) cleavage site was introduced. Because MMPs are locally produced at sites where tissue damage or remodeling is taking place — for instance, at the site of inflammation or tumor expansion — IFN-β will be cleaved from the LAP domain and become active locally. LAP-MMP-IFN-β fusion-protein was shown to be cleaved by cerebrospinal or synovial fluid of patients with inflammatory diseases. Additionally, the latent protein was shown to be more efficient in a mouse model of arthritis than unmodified IFN-β [141].

As a converging point for multiple proinflammatory NF-κB stimuli [142], IKKβ is an ideal target for small-molecule kinase-inhibitors. Examples of IKKβ inhibitors under study are SPC-839, SC-514, PS-1145, and BMS-345541 (reviewed extensively in [143]). SPC839 (a quinazoline analogue) and SC-514 (an aminothiophenecarbox-amide derivative) are reversible ATP-binding site-targeting ATP-competitors, with specificity for the ATP-binding site of IKKβ over that of IKKα and other kinases. To date, most IKK-inhibitors display a higher affinity for IKKβ than for IKKα. The realization that the alternative pathway may be hyperactivated in diseases in which lymphocytes go awry and the fact that this pathway depends on IKKα and not on IKKβ or NEMO, will undoubtedly spur the search for more specific IKKα inhibitors. Inhibitors of kinases upstream of the IKK complex (kinases that activate IKKα or IKKβ) could also be applied; however, great care will have to be taken regarding the side effects of these compounds when these kinases are not specific for the IKKs/NF-κB pathway. Finally, it has to be remarked that a third NF-κB pathway has been identified recently that is activated upon induction of DNA damage and is IKK-independent (Chapter 4) [144]. A variety of kinases have been found to play a role in this pathway [145–148]. Each of these kinases may represent a new target for small molecule inhibitors specifically inhibiting one of the three NF-κB pathways.

Another recent advance is the design of small peptides that interfere with protein–protein interactions that are important for NF-κB signaling. A short hexapeptide sequence (Leu-Asp-Trp-Ser-Trp-Leu) analogous to the NEMO-binding domain (NBD) of IKKα and IKKβ disrupts the association of NEMO with both IKK-α and IKK-β and inhibits cytokine induced NF-κB activation and inflammatory responses [149,150]. The peptide has already proven its potential by sensitizing TRAIL resistant cell lines to TRAIL, and by inhibiting mononuclear cell invasion and normalizing p65 expression in spinal cords of mice with experimental allergic encephalomyelitis (EAE, a model for multiple sclerosis) [151,152]. Interestingly, similar short NBD-peptides have been altered by adding moieties that facilitate delivery into the cell, such as HIV-TAT sequences, the homeodomain of antennapedia protein (a *Drosophila* transcription factor) and a cationic peptide transduction domain (PTD). A TAT-NBD fusion peptide has been shown to inhibit LPS-induced NF-κB activation in polymorphonuclear neutrophils (PMNs) [153] and to block osteoclastogenesis, to inhibit bone erosion, and to ameliorate inflammation in the joints of mice with arthritis [154,175]. Application of NBD fused to the antennapedia homeodomain improves lung edema and lung volume and reduces inflammation in a an acute

airway distress syndrome model in piglets [155]. Finally, *in situ* delivery of PTD-5-NBD was shown to improve pancreatic islet function and viability prior to transplantation [156].

Other promising peptides that could be applied clinically are peptides blocking interactions at other levels in the pathway. For example, a peptide corresponding to amino acids 138–151 of mouse TIR domain-containing adaptor protein (TIRAP) has been coupled with the antennapedia protein to facilitate uptake. This TIRAP-fusion peptide blocked TIRAP's association with TLR4, resulting in inhibition of LPS-induced NF-κB activation in macrophages [157]. An alternative strategy to prevent IKK-activation has been described that is based on prevention of NEMO-oligomerization by delivery of peptides encompassing the minimal oligomerization domain of NEMO itself. These peptides were shown to inhibit NF-κB activation in pre-B lymphocytes [158]. Another elegant way of inhibiting NF-κB is by application of SN50, which is a fusion between a cell membrane-permeable motif (the hydrophobic domain of the signaling peptide) and a peptide corresponding to the nuclear localization sequence (NLS) of p50. Application of this peptide in T cells not only inhibits the nuclear translocation of NF-κB but also the translocation of AP-1, NFAT, and STAT1. The mechanism behind this inhibition is that SN50 interacts with and binds to an NLS-receptor complex present in the cytoplasm of these cells [159,160]. Takade and colleagues described the coupling of the antennapedia membrane-transport domain to a peptide encompassing a phosphorylation site of p65 whose phosphorylation is essential for NF-κB activity. This peptide was able to inhibit NF-κB signaling triggered by a range of stimuli [161].

The progress in DNA/RNA technology may provide new approaches to inhibit NF-κB activity, e.g., by application of antisense oligodeoxynucleotides (ODNs), ribozymes, decoy ODNs, and of course small interfering RNAs (siRNAs) [162,163]. Decoy ODNs are small DNA sequences carrying the consensus binding sequence for specific transcription factors, in this case the κB site to which NF-κB binds. In a mouse model for asthma (ova-induced airway allergy), κB-decoy oligos strongly inhibited NF-κB activity, lung inflammation, airway hyperresponsiveness, and production of mucus [164]. With the rapid advance in the small RNA field [163], its potential to modify NF-κB signaling is also beginning to be explored. Administration of siRNA directed against p65 (siP65) was shown to enhance sensitivity to chemotherapeutic agents, such as irinotecan, and modified NF-κB-mediated inflammation [165,166]. Various siRNA's against NF-κB mRNAs have already shown their inhibitory capacity *in vitro* [167,168]. Clearly, this will be an important therapeutic modality, but it will require safe and efficacious delivery methods.

## 10.6 OUTLOOK

At the dawn of twenty-first century, the advances in molecular biology and biochemistry have given investigators powerful new tools to study the molecular underpinnings of signaling pathways. The functions of IKKs (and several other kinases), so central in NF-κB signaling, can now be studied in whole organism models like *Drosophila* [169–171] and zebrafish [172,173], which will facilitate the application

**TABLE 10.1**

**An Overview of the NF-κB Inhibitors That Are Discussed in Chapter 10 (See Text for Details and Abbreviations Where Appropriate)**

| | | Endogenous inhibitors | Bacterial & viral inhibitors | Natural & synthetic inhibitors | Recombinant & small molecule inhibitors |
|---|---|---|---|---|---|
| TNF-family (ligands) | | | Pox-viral decoy receptors | Thalidomide | Anti-TNF (Remicade®), soluble TNF-R (Enbrel®), anti-BAFF, soluble BAFF-R |
| Binding to TNF-R-family (receptors) | | | Adenoviral E3-10.4K / E3-14.5K-complex | | IL-1Ra (Kineret®) |
| Recruitment of adapter molecules & kinases | | CYLD, A20 | VV A46R & A52R | Antioxidants | A52R-peptide, Kinase Inhibitors, TIRAP-peptide |
| Activation of IKK-complex | | CYLD, SUMO, 15d-PGJ2 | VV N1L, HPV E7, HCV core protein, Yersinia YopJ | NSAIDs, Thalidomide, Antioxidants | IKKα- or β-inhibitors, NBD-peptides, NEMO oligomerisation peptides |
| Phosphorylation of IkB-family-members | | SUMO | ASFV A238Lp, HIV1 Vpu, EBV LMP1, Salmonella AvrA | Proteasome inhibitors, Antioxidants | Dn-IkBα |
| NF-κB translocation | | CIAS | | Glucocorticoids | SN-50 |
| NF-κB-DNA interaction & transcription | | Arf1, P53, ING4, RAI / Nkip1, Murr1 / COMMD1, PPARγ, 15d-PGJ2, Twist, N-CoR, SIRT1 | HPV E6 | Glucocorticoids, Antioxidants | P50-phosphorylation domain peptide, decoy-ODNs |

of large-scale genetic screens to modulate NF-κB signaling. On the other hand, high-throughput, cell-based assays have been developed to screen large compound libraries, and the knowledge obtained has been applied to further develop lead compounds into drugs for various diseases. One area in which progress is expected in the next few years is the solving of the 3-dimensional structure of IKK complex. Nearly all the external signals leading to NF-κB stimulation are coordinated by the proteins present in this complex. Clearly, the kinases present and the associated proteins will make excellent drug targets. In the NF-κB field, the challenge will be to design drugs that specifically inhibit NF-κB signaling and, more specifically, each of the three NF-κB pathways (classical, alternative, and DNA-damage induced). At present, an impressive number of clinical trials are ongoing in which current drugs that inhibit NF-κB and new, rationally designed NF-κB inhibitors are being evaluated. Hope-

fully, this will lead to the identification of the new superdrug that will inhibit NF-κB without inducing severe side effects.

## ACKNOWLEDGMENTS

Sebo Withoff is supported by National Institutes of Health (NIH) grants to IMV and by a fellowship of the Catharina Foundation. Vinay Tergaonkar is supported by a career development fellowship from the Leukemia and Lymphoma Society. Inder M. Verma is an American Cancer Society Professor of Molecular Biology supported in part by grants from NIH, the Larry L. Hillblom Foundation, Inc., the Lebensfeld Foundation, the Wayne and Gladys Valley Foundation, the H.N. and Frances C. Berger Foundation, Merck Research Laboratories, and the March of Dimes.

## REFERENCES

[1]   Shoelson, S.E., Lee, J., and Yuan, M., Inflammation and the IKKβ/IκB/NF-kappaB axis in obesity- and diet-induced insulin resistance, *Int. J. Obes. Relat. Metab. Disord.,* 27 Suppl 3, S49, 2003.

[2]   Mattson, M.P. and Camandola, S., NF-kappaB in neuronal plasticity and neurode-generative disorders, *J. Clin. Invest.,* 107, 247, 2001.

[3]   Li, Q., Withoff, S., and Verma, I.M., Inflammation-associated cancer: NF-kappaB is the lynchpin, *Trends Immunol.,* 26, 318, 2005.

[4]   Prigent, M., Barlat, I., Langen, H. et al., IκBα and IκBα/NF-kappaB complexes are retained in the cytoplasm through interaction with a novel partner, RasGAP SH3-binding protein 2, *J. Biol. Chem.,* 275, 36441, 2000.

[5]   Rocha, S., Campbell, K.J., and Perkins, N.D., p53- and MDM2-independent repression of NF-kappaB transactivation by the ARF tumor suppressor, *Mol. Cell,* 12, 15, 2003.

[6]   Rocha, S., Garrett, M.D., Campbell, K.J. et al., Regulation of NF-kappaB and p53 through activation of ATR and Chk1 by the ARF tumour suppressor, *Embo J.,* 24, 1157, 2005.

[7]   Garkavtsev, I., Kozin, S.V., Chernova, O. et al., The candidate tumour suppressor protein ING4 regulates brain tumour growth and angiogenesis, *Nature,* 428, 328, 2004.

[8]   Webster, G.A. and Perkins, N.D., Transcriptional cross talk between NF-kappaB and p53, *Mol. Cell. Biol.,* 19, 3485, 1999.

[9]   Tergaonkar, V., Pando, M., Vafa, O. et al., p53 stabilization is decreased upon NF-kappaB activation: A role for NF-kappaB in acquisition of resistance to chemotherapy, *Cancer Cell,* 1, 493, 2002.

[10]  Gill, G., SUMO and ubiquitin in the nucleus: Different functions, similar mechanisms? *Genes Dev.,* 18, 2046, 2004.

[11]  Bouras, T., Fu, M., Sauve, A.A. et al., SIRT1 deacetylation and repression of p300 involves lysine residues 1020/1024 within the cell cycle regulatory domain 1, *J. Biol. Chem.,* 280, 10264, 2005.

[12]  O'Connor, W., Jr., Harton, J.A., Zhu, X. et al., Cutting edge: CIAS1/cryopy-rin/PYPAF1/NALP3/CATERPILLER 1.1 is an inducible inflammatory mediator with NF-kappaB suppressive properties, *J. Immunol.,* 171, 6329, 2003.

[13] Dinarello, C.A., Unraveling the NALP-3/IL-1beta inflammasome: A big lesson from a small mutation, *Immunity,* 20, 243, 2004.

[14] van De, S.B., Rothuizen, J., Pearson, P.L. et al., Identification of a new copper metabolism gene by positional cloning in a purebred dog population, *Hum. Mol. Genet.,* 11, 165, 2002.

[15] Tao, T.Y., Liu, F., Klomp, L. et al., The copper toxicosis gene product Murr1 directly interacts with the Wilson disease protein, *J. Biol. Chem.,* 278, 41593, 2003.

[16] Burstein, E., Hoberg, J.E., Wilkinson, A.S. et al., COMMD proteins, a novel family of structural and functional homologs of Murr1, *J. Biol. Chem.,* 280, 22222, 2005.

[17] Scher, J.U. Pillinger, M.H., 15d-PGJ2: The anti-inflammatory prostaglandin? *Clin. Immunol.,* 114, 100, 2005.

[18] Ricote, M., Li, A.C., Willson, T.M. et al., The peroxisome proliferator-activated receptor-gamma is a negative regulator of macrophage activation, *Nature,* 391, 79, 1998.

[19] Chen, F., Endogenous inhibitors of nuclear factor-kappaB, an opportunity for cancer control, *Cancer Res.,* 64, 8135, 2004.

[20] Dreyfus, D.H., Nagasawa, M., Gelfand, E.W. et al., Modulation of p53 activity by I-kappaBα: Evidence suggesting a common phylogeny between NF-kappa B and p53 transcription factors, *BMC Immunol.,* 6, 12, 2005.

[21] Rossi, A., Kapahi, P., Natoli, G. et al., Anti-inflammatory cyclopentenone prostaglandins are direct inhibitors of IκB kinase, *Nature,* 403, 103, 2000.

[22] Straus, D.S., Pascual, G., Li, M. et al., 15-deoxy-delta 12,14-prostaglandin J2 inhibits multiple steps in the NF-kappaB signaling pathway, *Proc. Natl. Acad. Sci. USA,* 97, 4844, 2000.

[23] Giri, S., Rattan, R., Singh, A.K. et al., The 15-deoxy-delta12,14-prostaglandin J2 inhibits the inflammatory response in primary rat astrocytes via down-regulating multiple steps in phosphatidylinositol 3-kinase-Akt-NF-kappaB-p300 pathway independent of peroxisome proliferator-activated receptor gamma, *J. Immunol.,* 173, 5196, 2004.

[24] Yang, J.P., Hori, M., Sanda, T. et al., Identification of a novel inhibitor of nuclear factor-kappaB, RelA-associated inhibitor, *J. Biol. Chem.,* 274, 15662, 1999.

[25] Herron, B.J., Rao, C., Liu, S. et al., A mutation in NFκB interacting protein 1 results in cardiomyopathy and abnormal skin development in *wa3* mice, *Hum. Mol. Genet.,* 14, 667, 2005.

[26] Panus, J.F., Smith, C.A., Ray, C.A. et al., Cowpox virus encodes a fifth member of the tumor necrosis factor receptor family: A soluble, secreted CD30 homologue, *Proc. Natl. Acad. Sci. USA,* 99, 8348, 2002.

[27] Saraiva, M., Smith, P., Fallon, P.G. et al., Inhibition of type 1 cytokine-mediated inflammation by a soluble CD30 homologue encoded by ectromelia (mousepox) virus, *J. Exp. Med.,* 196, 829, 2002.

[28] Benedict, C.A., Banks, T.A., and Ware, C.F., Death and survival: Viral regulation of TNF signaling pathways, *Curr. Opin. Immunol.,* 15, 59, 2003.

[29] Hauer, J., Puschner, S., Ramakrishnan, P. et al., TNF receptor (TNFR)-associated factor (TRAF) 3 serves as an inhibitor of TRAF2/5-mediated activation of the non-canonical NF-kappaB pathway by TRAF-binding TNFRs, *Proc. Natl. Acad. Sci. USA,* 102, 2874, 2005.

[30] Alcami, A., Symons, J.A., and Smith, G.L., The vaccinia virus soluble alpha/beta interferon (IFN) receptor binds to the cell surface and protects cells from the antiviral effects of IFN, *J. Virol.,* 74, 11230, 2000.

[31] Moss, B., *Poxviridae: The Viruses and Their Replication.* Philadelphia: Lippincott Williams and Wilkins, 2001.

[32]  Reading, P.C., Khanna, A., and Smith, G.L., Vaccinia virus CrmE encodes a soluble and cell surface tumor necrosis factor receptor that contributes to virus virulence, *Virology*, 292, 285, 2002.

[33]  Gracie, J.A., Robertson, S.E., and McInnes, I.B., Interleukin-18, *J. Leukoc. Biol.*, 73, 213, 2003.

[34]  Horwitz, M.S., Function of adenovirus E3 proteins and their interactions with immunoregulatory cell proteins, *J. Gene Med.*, 6 Suppl 1, S172, 2004.

[35]  Fessler, S.P., Chin, Y.R., and Horwitz, M.S., Inhibition of tumor necrosis factor (TNF) signal transduction by the adenovirus group C RID complex involves downregulation of surface levels of TNF receptor 1, *J. Virol.*, 78, 13113, 2004.

[36]  Bowie, A., Kiss-Toth, E., Symons, J.A. et al., A46R and A52R from vaccinia virus are antagonists of host IL-1 and toll-like receptor signaling, *Proc. Natl. Acad. Sci. USA*, 97, 10162, 2000.

[37]  Harte, M.T., Haga, I.R., Maloney, G. et al., The poxvirus protein A52R targets Toll-like receptor signaling complexes to suppress host defense, *J. Exp. Med.*, 197, 343, 2003.

[38]  DiPerna, G., Stack, J., Bowie, A.G. et al., Poxvirus protein N1L targets the I-kappaB kinase complex, inhibits signaling to NF-kappaB by the tumor necrosis factor superfamily of receptors, and inhibits NF-kappaB and IRF3 signaling by toll-like receptors, *J. Biol. Chem.*, 279, 36570, 2004.

[39]  McCoy, S.L., Kurtz, S.E., Macarthur, C.J. et al., Identification of a peptide derived from vaccinia virus A52R protein that inhibits cytokine secretion in response to TLR-dependent signaling and reduces *in vivo* bacterial-induced inflammation, *J. Immunol.*, 174, 3006, 2005.

[40]  Kotwal, G.J., Hugin, A.W., and Moss, B., Mapping and insertional mutagenesis of a vaccinia virus gene encoding a 13,800-Da secreted protein, *Virology*, 171, 579, 1989.

[41]  Spitkovsky, D., Hehner, S.P., Hofmann, T.G. et al., The human papillomavirus oncoprotein E7 attenuates NF-kappaB activation by targeting the IkappaB kinase complex, *J. Biol. Chem.*, 277, 25576, 2002.

[42]  Joo, M., Hahn, Y.S., Kwon, M. et al., Hepatitis C virus core protein suppresses NF-kappaB activation and cyclooxygenase-2 expression by direct interaction with IkappaB kinase beta, *J. Virol.*, 79, 7648, 2005.

[43]  Fennewald, S.M., Aronson, J.F., Zhang, L. et al., Alterations in NF-kappaB and RBP-Jkappa by arenavirus infection of macrophages *in vitro* and *in vivo*, *J. Virol.*, 76, 1154, 2002.

[44]  Tait, S.W., Reid, E.B., Greaves, D.R. et al., Mechanism of inactivation of NF-kappaB by a viral homologue of IkappaBalpha. Signal-induced release of IkappaBalpha results in binding of the viral homologue to NF-kappaB, *J. Biol. Chem.*, 275, 34656, 2000.

[45]  Besnard-Guerin, C., Belaidouni, N., Lassot, I. et al., HIV-1 Vpu sequesters beta-transducin repeat-containing protein (betaTrCP) in the cytoplasm and provokes the accumulation of beta-catenin and other SCFbetaTrCP substrates, *J. Biol. Chem.*, 279, 788, 2004.

[46]  Tang, W., Pavlish, O.A., Spiegelman, V.S. et al., Interaction of Epstein-Barr virus latent membrane protein 1 with SCFHOS/beta-TrCP E3 ubiquitin ligase regulates extent of NF-kappaB activation, *J. Biol. Chem.*, 278, 48942, 2003.

[47]  Collier-Hyams, L.S., Zeng, H., Sun, J. et al., Cutting edge: Salmonella AvrA effector inhibits the key proinflammatory, anti-apoptotic NF-kappaB pathway, *J. Immunol.*, 169, 2846, 2002.

[48] Prager, R., Mirold, S., Tietze, E. et al., Prevalence and polymorphism of genes encoding translocated effector proteins among clinical isolates of *Salmonella enterica*, *Int. J. Med. Microbiol.*, 290, 605, 2000.

[49] Patel, D., Huang, S.M., Baglia, L.A. et al., The E6 protein of human papillomavirus type 16 binds to and inhibits co-activation by CBP and p300, *Embo J.*, 18, 5061, 1999.

[50] Adams, J., The proteasome: A suitable antineoplastic target, *Nat. Rev. Cancer*, 4, 349, 2004.

[51] Adams, J., The development of proteasome inhibitors as anticancer drugs, *Cancer Cell*, 5, 417, 2004.

[52] Adams, J. and Kauffman, M., Development of the proteasome inhibitor Velcade (Bortezomib), *Cancer Invest.*, 22, 304, 2004.

[53] Burger, A.M. and Seth, A.K., The ubiquitin-mediated protein degradation pathway in cancer: Therapeutic implications, *Eur. J. Cancer*, 40, 2217, 2004.

[54] Richardson, P.G., Barlogie, B., Berenson, J. et al., A phase 2 study of bortezomib in relapsed, refractory myeloma, *N. Engl. J. Med.*, 348, 2609, 2003.

[55] Hideshima, T., Mitsiades, C., Akiyama, M. et al., Molecular mechanisms mediating antimyeloma activity of proteasome inhibitor PS-341, *Blood*, 101, 1530, 2003.

[56] Rajkumar, S.V., Richardson, P.G., Hideshima, T. et al., Proteasome inhibition as a novel therapeutic target in human cancer, *J. Clin. Oncol.*, 23, 630, 2005.

[57] Hideshima, T., Chauhan, D., Richardson, P. et al., NF-kappaB as a therapeutic target in multiple myeloma, *J. Biol. Chem.*, 277, 16639, 2002.

[58] Mitsiades, C.S., Mitsiades, N., Poulaki, V. et al., Activation of NF-kappaB and upregulation of intracellular anti-apoptotic proteins via the IGF-1/Akt signaling in human multiple myeloma cells: Therapeutic implications, *Oncogene*, 21, 5673, 2002.

[59] Mitsiades, N., Mitsiades, C.S., Poulaki, V. et al., Molecular sequelae of proteasome inhibition in human multiple myeloma cells, *Proc. Natl. Acad. Sci. USA*, 99, 14374, 2002.

[60] Irmler, M., Thome, M., Hahne, M. et al., Inhibition of death receptor signals by cellular FLIP, *Nature*, 388, 190, 1997.

[61] DuBois, R.N., Abramson, S.B., Crofford, L. et al., Cyclooxygenase in biology and disease, *FASEB J.*, 12, 1063, 1998.

[62] Vane, J.R., Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs, *Nat. New Biol.*, 231, 232, 1971.

[63] Gupta, R.A. and DuBois, R.N., Colorectal cancer prevention and treatment by inhibition of cyclooxygenase-2, *Nat. Rev. Cancer*, 1, 11, 2001.

[64] Williams, C.S., Watson, A.J., Sheng, H. et al., Celecoxib prevents tumor growth in vivo without toxicity to normal gut: Lack of correlation between in vitro and in vivo models, *Cancer Res.*, 60, 6045, 2000.

[65] Yin, M.J., Yamamoto, Y., and Gaynor, R.B., The anti-inflammatory agents aspirin and salicylate inhibit the activity of I(kappa)B kinase-beta, *Nature*, 396, 77, 1998.

[66] Yamamoto, Y., Yin, M.J., Lin, K.M. et al., Sulindac inhibits activation of the NF-kappaB pathway, *J. Biol. Chem.*, 274, 27307, 1999.

[67] D'Acquisto, F., May, M.J., and Ghosh, S., Inhibition of nuclear factor kappaB (NF-κB): An emerging theme in anti-inflammatory therapies, *Mol. Interv.*, 2, 22, 2002.

[68] Takada, Y., Bhardwaj, A., Potdar, P. et al., Nonsteroidal anti-inflammatory agents differ in their ability to suppress NF-kappaB activation, inhibition of expression of cyclooxygenase-2 and cyclin D1, and abrogation of tumor cell proliferation, *Oncogene*, 23, 9247, 2004.

[69] Shishodia, S., Koul, D., and Aggarwal, B.B., Cyclooxygenase (COX)-2 inhibitor celecoxib abrogates TNF-induced NF-kappaB activation through inhibition of activation of IkappaBalpha kinase and Akt in human non-small cell lung carcinoma: Correlation with suppression of COX-2 synthesis, *J. Immunol.*, 173, 2011, 2004.

[70] Smalley, W.E. and DuBois, R.N., Colorectal cancer and nonsteroidal anti-inflammatory drugs, *Adv. Pharmacol.*, 39, 1, 1997.

[71] Thun, M.J., Henley, S.J., and Patrono, C., Nonsteroidal anti-inflammatory drugs as anticancer agents: Mechanistic, pharmacologic, and clinical issues, *J. Natl. Cancer Inst.*, 94, 252, 2002.

[72] Harris, R.E., Chlebowski, R.T., Jackson, R.D. et al., Breast cancer and nonsteroidal anti-inflammatory drugs: Prospective results from the Women's Health Initiative, *Cancer Res.*, 63, 6096, 2003.

[73] Steinbach, G., Lynch, P.M., Phillips, R.K. et al., The effect of celecoxib, a cyclooxygenase-2 inhibitor, in familial adenomatous polyposis, *N. Engl. J. Med.*, 342, 1946, 2000.

[74] Kismet, K., Akay, M.T., Abbasoglu, O. et al., Celecoxib: A potent cyclooxygenase-2 inhibitor in cancer prevention, *Cancer Detect. Prev.*, 28, 127, 2004.

[75] Tegeder, I., Niederberger, E., Israr, E. et al., Inhibition of NF-kappaB and AP-1 activation by R- and S-flurbiprofen, *FASEB J.*, 15, 2, 2001.

[76] Brune, K., Beck, W.S., Geisslinger, G. et al., Aspirin-like drugs may block pain independently of prostaglandin synthesis inhibition, *Experientia*, 47, 257, 1991.

[77] Almawi, W.Y. and Melemedjian, O.K., Molecular mechanisms of glucocorticoid antiproliferative effects: Antagonism of transcription factor activity by glucocorticoid receptor, *J. Leukoc. Biol.*, 71, 9, 2002.

[78] Smoak, K.A. and Cidlowski, J.A., Mechanisms of glucocorticoid receptor signaling during inflammation, *Mech. Ageing Dev.*, 125, 697, 2004.

[79] Scheinman, R.I., Cogswell, P.C., Lofquist, A.K. et al., Role of transcriptional activation of IkappaBalpha in mediation of immunosuppression by glucocorticoids, *Science*, 270, 283, 1995.

[80] Auphan, N., DiDonato, J.A., Rosette, C. et al., Immunosuppression by glucocorticoids: Inhibition of NF-kappaB activity through induction of IkappaB synthesis, *Science*, 270, 286, 1995.

[81] Aljada, A., Ghanim, H., Assian, E. et al., Increased IkappaB expression and diminished nuclear NF-kappaB in human mononuclear cells following hydrocortisone injection, *J. Clin. Endocrinol. Metab.*, 84, 3386, 1999.

[82] De Bosscher, K., Vanden Berghe, W., and Haegeman, G., The interplay between the glucocorticoid receptor and nuclear factor-kappaB or activator protein-1: Molecular mechanisms for gene repression, *Endocr. Rev.*, 24, 488, 2003.

[83] Kleinert, H., Euchenhofer, C., Ihrig-Biedert, I. et al., Glucocorticoids inhibit the induction of nitric oxide synthase II by down-regulating cytokine-induced activity of transcription factor nuclear factor-kappaB, *Mol. Pharmacol.*, 49, 15, 1996.

[84] De Bosscher, K., Schmitz, M.L., Vanden Berghe, W. et al., Glucocorticoid-mediated repression of nuclear factor-kappaB-dependent transcription involves direct interference with transactivation, *Proc. Natl. Acad. Sci. USA*, 94, 13504, 1997.

[85] Adcock, I.M., Brown, C.R., Gelder, C.M. et al., Effects of glucocorticoids on transcription factor activation in human peripheral blood mononuclear cells, *Am. J. Physiol.*, 268, C331, 1995.

[86] De Bosscher, K., Vanden Berghe, W., Vermeulen, L. et al., Glucocorticoids repress NF-kappaB-driven genes by disturbing the interaction of p65 with the basal transcription machinery, irrespective of coactivator levels in the cell, *Proc. Natl. Acad. Sci. USA,* 97, 3919, 2000.

[87] Nissen, R.M. and Yamamoto, K.R., The glucocorticoid receptor inhibits NFkappaB by interfering with serine-2 phosphorylation of the RNA polymerase II carboxy-terminal domain, *Genes Dev,* 14, 2314, 2000.

[88] Sheppard, K.A., Phelps, K.M., Williams, A.J. et al., Nuclear integration of glucocorticoid receptor and nuclear factor-kappaB signaling by CREB-binding protein and steroid receptor coactivator-1, *J. Biol. Chem.,* 273, 29291, 1998.

[89] McKay, L.I. and Cidlowski, J.A., CBP (CREB binding protein) integrates NF-kappaB (nuclear factor-kappaB) and glucocorticoid receptor physical interactions and antagonism, *Mol. Endocrinol.,* 14, 1222, 2000.

[90] Li, J., Lin, Q., Yoon, H.G. et al., Involvement of histone methylation and phosphorylation in regulation of transcription by thyroid hormone receptor, *Mol. Cell Biol.,* 22, 5688, 2002.

[91] Peterson, C.L. and Laniel, M.A., Histones and histone modifications, *Curr. Biol.,* 14, R546, 2004.

[92] Ayroldi, E., Migliorati, G., Bruscoli, S. et al., Modulation of T-cell activation by the glucocorticoid-induced leucine zipper factor via inhibition of nuclear factor-kappaB, *Blood,* 98, 743, 2001.

[93] Franks, M.E., Macpherson, G.R., and Figg, W.D., Thalidomide, *Lancet,* 363, 1802, 2004.

[94] Sleijfer, S., Kruit, W.H., and Stoter, G., Thalidomide in solid tumours: The resurrection of an old drug, *Eur. J. Cancer,* 40, 2377, 2004.

[95] Yoshida, S., Ono, M., Shono, T. et al., Involvement of interleukin-8, vascular endothelial growth factor, and basic fibroblast growth factor in tumor necrosis factor alpha-dependent angiogenesis, *Mol. Cell. Biol.,* 17, 4015, 1997.

[96] Stephens, T.D., Bunde, C.J., and Fillmore, B.J., Mechanism of action in thalidomide teratogenesis, *Biochem. Pharmacol.,* 59, 1489, 2000.

[97] Moreira, A.L., Sampaio, E.P., Zmuidzinas, A. et al., Thalidomide exerts its inhibitory action on tumor necrosis factor alpha by enhancing mRNA degradation, *J. Exp. Med.,* 177, 1675, 1993.

[98] Marriott, J.B., Clarke, I.A., Dredge, K. et al., Thalidomide and its analogues have distinct and opposing effects on TNF-alpha and TNFR2 during co-stimulation of both CD4(+) and CD8(+) T cells, *Clin. Exp. Immunol.,* 130, 75, 2002.

[99] Keifer, J.A., Guttridge, D.C., Ashburner, B.P. et al., Inhibition of NF-kappa B activity by thalidomide through suppression of IkappaB kinase activity, *J. Biol. Chem.,* 276, 22382, 2001.

[100] Epinat, J.C. and Gilmore, T.D., Diverse agents act at multiple levels to inhibit the Rel/NF-kappaB signal transduction pathway, *Oncogene,* 18, 6896, 1999.

[101] Bowie, A. and O'Neill, L.A., Oxidative stress and nuclear factor-kappaB activation: A reassessment of the evidence in the light of recent discoveries, *Biochem. Pharmacol.,* 59, 13, 2000.

[102] Rahman, I., Marwick, J., and Kirkham, P., Redox modulation of chromatin remodeling: Impact on histone acetylation and deacetylation, NF-kappaB and pro-inflammatory gene expression, *Biochem. Pharmacol.,* 68, 1255, 2004.

[103] Hensley, K., Robinson, K.A., Gabbita, S.P. et al., Reactive oxygen species, cell signaling, and cell injury, *Free Radic. Biol. Med.,* 28, 1456, 2000.

[104]  Hussain, S.P., Hofseth, L.J., and Harris, C.C., Radical causes of cancer, *Nat. Rev. Cancer*, 3, 276, 2003.

[105]  Bowie, A.G., Moynagh, P.N., and O'Neill, L.A., Lipid peroxidation is involved in the activation of NF-kappaB by tumor necrosis factor but not interleukin-1 in the human endothelial cell line ECV304. Lack of involvement of H2O2 in NF-kappaB activation by either cytokine in both primary and transformed endothelial cells, *J. Biol. Chem.*, 272, 25941, 1997.

[106]  Ginn-Pease, M.E. and Whisler, R.L., Optimal NF kappa B mediated transcriptional responses in Jurkat T cells exposed to oxidative stress are dependent on intracellular glutathione and costimulatory signals, *Biochem. Biophys. Res. Commun.*, 226, 695, 1996.

[107]  Cho, S., Urata, Y., Iida, T. et al., Glutathione downregulates the phosphorylation of I kappa B: Autoloop regulation of the NF-kappaB-mediated expression of NF-kappaB subunits by TNF-alpha in mouse vascular endothelial cells, *Biochem. Biophys. Res. Commun.*, 253, 104, 1998.

[108]  Janssen-Heininger, Y.M., Macara, I., and Mossman, B.T., Cooperativity between oxidants and tumor necrosis factor in the activation of nuclear factor (NF)-kappaB: Requirement of Ras/mitogen-activated protein kinases in the activation of NF-kappaB by oxidants, *Am. J. Respir. Cell Mol. Biol.*, 20, 942, 1999.

[109]  Kamata, H., Manabe, T., Oka, S. et al., Hydrogen peroxide activates IkappaB kinases through phosphorylation of serine residues in the activation loops, *FEBS Lett.*, 519, 231, 2002.

[110]  Nakamura, Y., Murakami, A., Ohto, Y. et al., Suppression of tumor promoter-induced oxidative stress and inflammatory responses in mouse skin by a superoxide generation inhibitor 1'-acetoxychavicol acetate, *Cancer Res.*, 58, 4832, 1998.

[111]  Ichikawa, H., Takada, Y., Murakami, A. et al., Identification of a novel blocker of I{kappa}B{alpha} kinase that enhances cellular apoptosis and inhibits cellular invasion through suppression of NF-{kappa}B-regulated gene products, *J. Immunol.*, 174, 7383, 2005.

[112]  Surh, Y.J., Cancer chemoprevention with dietary phytochemicals, *Nat. Rev. Cancer*, 3, 768, 2003.

[113]  Plummer, S.M., Holloway, K.A., Manson, M.M. et al., Inhibition of cyclo-oxygenase 2 expression in colon cells by the chemopreventive agent curcumin involves inhibition of NF-kappaB activation via the NIK/IKK signalling complex, *Oncogene*, 18, 6013, 1999.

[114]  Chun, K.S., Keum, Y.S., Han, S.S. et al., Curcumin inhibits phorbol ester-induced expression of cyclooxygenase-2 in mouse skin through suppression of extracellular signal-regulated kinase activity and NF-kappaB activation, *Carcinogenesis*, 24, 1515, 2003.

[115]  Philip, S. and Kundu, G.C., Osteopontin induces nuclear factor-kappaB-mediated promatrix metalloproteinase-2 activation through I kappa B alpha/IKK signaling pathways, and curcumin (diferulolylmethane) down-regulates these pathways, *J. Biol. Chem.*, 278, 14487, 2003.

[116]  Kundu, J.K. and Surh, Y.J., Molecular basis of chemoprevention by resveratrol: NF-kappaB and AP-1 as potential targets, *Mutat. Res.*, 555, 65, 2004.

[117]  Wessler, S., Muenzner, P., Meyer, T.F. et al., The anti-inflammatory compound curcumin inhibits Neisseria gonorrhoeae-induced NF-kappaB signaling, release of pro-inflammatory cytokines/chemokines and attenuates adhesion in late infection, *Biol. Chem.*, 386, 481, 2005.

[118]  Carcamo, J.M., Pedraza, A., Borquez-Ojeda, O. et al., Vitamin C is a kinase inhibitor: Dehydroascorbic acid inhibits IkappaBalpha kinase beta, *Mol. Cell. Biol.*, 24, 6645, 2004.

[119]  Smyth, M.J., Cretney, E., Kershaw, M.H. et al., Cytokines in cancer immunity and immunotherapy, *Immunol. Rev.*, 202, 275, 2004.

[120]  Dajee, M., Lazarov, M., Zhang, J.Y. et al., NF-kappaB blockade and oncogenic Ras trigger invasive human epidermal neoplasia, *Nature*, 421, 639, 2003.

[121]  Lawrence, T., Gilroy, D.W., Colville-Nash, P.R. et al., Possible new role for NF-kappaB in the resolution of inflammation, *Nat. Med.*, 7, 1291, 2001.

[122]  Scheinfeld, N., A comprehensive review and evaluation of the side effects of the tumor necrosis factor alpha blockers etanercept, infliximab and adalimumab, *J. Dermatolog. Treat.*, 15, 280, 2004.

[123]  Ravi, R. and Bedi, A., NF-kappaB in cancer — A friend turned foe, *Drug Resist. Updat.*, 7, 53, 2004.

[124]  Lin, E.Y., Nguyen, A.V., Russell, R.G. et al., Colony-stimulating factor 1 promotes progression of mammary tumors to malignancy, *J. Exp. Med.*, 193, 727, 2001.

[125]  Moore, R.J., Owens, D.M., Stamp, G. et al., Mice deficient in tumor necrosis factor-alpha are resistant to skin carcinogenesis, *Nat. Med.*, 5, 828, 1999.

[126]  Mochizuki, Y., Nakanishi, H., Kodera, Y. et al., TNF-alpha promotes progression of peritoneal metastasis as demonstrated using a green fluorescence protein (GFP)-tagged human gastric cancer cell line, *Clin. Exp. Metastasis*, 21, 39, 2004.

[127]  El Omar, E.M., Carrington, M., Chow, W.H. et al., Interleukin-1 polymorphisms associated with increased risk of gastric cancer, *Nature*, 404, 398, 2000.

[128]  Sparmann, A. and Bar-Sagi, D., Ras-induced interleukin-8 expression plays a critical role in tumor growth and angiogenesis, *Cancer Cell*, 6, 447, 2004.

[129]  Anderson, G.M., Nakada, M.T., and DeWitte, M., Tumor necrosis factor-alpha in the pathogenesis and treatment of cancer, *Curr. Opin. Pharmacol.*, 4, 314, 2004.

[130]  Jiang, Y., Genant, H.K., Watt, I. et al., A multicenter, double-blind, dose-ranging, randomized, placebo-controlled study of recombinant human interleukin-1 receptor antagonist in patients with rheumatoid arthritis: Radiologic progression and correlation of Genant and Larsen scores, *Arthritis Rheum.*, 43, 1001, 2000.

[131]  Vilcek, J. and Feldmann, M., Historical review: Cytokines as therapeutics and targets of therapeutics, *Trends Pharmacol. Sci.*, 25, 201, 2004.

[132]  Furst, D.E., Anakinra: Review of recombinant human interleukin-I receptor antagonist in the treatment of rheumatoid arthritis, *Clin. Ther.*, 26, 1960, 2004.

[133]  Stohl, W., B lymphocyte stimulator protein levels in systemic lupus erythematosus and other diseases, *Curr. Rheumatol. Rep.*, 4, 345, 2002.

[134]  Mackay, F. and Tangye, S.G., The role of the BAFF/APRIL system in B cell homeostasis and lymphoid cancers, *Curr. Opin. Pharmacol.*, 4, 347, 2004.

[135]  Watts, T.H., TNF/TNFR family members in costimulation of T cell responses, *Annu. Rev. Immunol.*, 23, 23, 2005.

[136]  Andreakos, E.T., Foxwell, B.M., Brennan, F.M. et al., Cytokines and anti-cytokine biologicals in autoimmunity: Present and future, *Cytokine Growth Factor Rev.*, 13, 299, 2002.

[137]  Tarner, I.H., Muller-Ladner, U., and Fathman, C.G., Targeted gene therapy: Frontiers in the development of "smart drugs," *Trends Biotechnol.*, 22, 304, 2004.

[138]  Dietz, G.P. and Bahr, M., Delivery of bioactive molecules into the cell: The Trojan horse approach, *Mol. Cell Neurosci.*, 27, 85, 2004.

[139]  Van Antwerp, D.J., Martin, S.J., Kafri, T. et al., Suppression of TNF-alpha-induced apoptosis by NF-kappaB, *Science*, 274, 787, 1996.

[140]  Mora, A.L., Lavoy, J., McKean, M. et al., Prevention of NF-{kappa}B activation *in vivo* by a cell permeable NF-{kappa}B inhibitor peptide, *Am. J. Physiol. Lung Cell Mol. Physiol.*, 289, L536–544, 2005.

[141]  Adams, G., Vessillier, S., Dreja, H. et al., Targeting cytokines to inflammation sites, *Nat. Biotechnol.*, 21, 1314, 2003.

[142]  Li, Q. and Verma, I.M., NF-kappaB regulation in the immune system, *Nat. Rev. Immunol.*, 2, 725, 2002.

[143]  Karin, M., Yamamoto, Y., and Wang, Q.M., The IKK NF-kappaB system: A treasure trove for drug development, *Nat. Rev. Drug Discov.*, 3, 17, 2004.

[144]  Tergaonkar, V., Bottero, V., Ikawa, M. et al., IkappaB kinase-independent IkappaBalpha degradation pathway: Functional NF-kappaB activity and implications for cancer therapy, *Mol. Cell. Biol.*, 23, 8070, 2003.

[145]  Ryan, K.M., Ernst, M.K., Rice, N.R. et al., Role of NF-kappaB in p53-mediated programmed cell death, *Nature*, 404, 892, 2000.

[146]  Kato, T., Jr., Delhase, M., Hoffmann, A. et al., CK2 is a C-terminal IkappaB kinase responsible for NF-kappaB activation during the UV response, *Mol. Cell*, 12, 829, 2003.

[147]  Panta, G.R., Kaur, S., Cavin, L.G. et al., ATM and the catalytic subunit of DNA-dependent protein kinase activate NF-kappaB through a common MEK/extracellular signal-regulated kinase/p90(rsk) signaling pathway in response to distinct forms of DNA damage, *Mol. Cell. Biol.*, 24, 1823, 2004.

[148]  Bohuslav, J., Chen, L.F., Kwon, H. et al., p53 induces NF-kappaB activation by an IkappaB kinase-independent mechanism involving phosphorylation of p65 by ribosomal S6 kinase 1, *J. Biol. Chem.*, 279, 26115, 2004.

[149]  May, M.J., Marienfeld, R.B., and Ghosh, S., Characterization of the IkappaB-kinase NEMO binding domain, *J. Biol. Chem.*, 277, 45992, 2002.

[150]  May, M.J., D'Acquisto, F., Madge, L.A. et al., Selective inhibition of NF-kappaB activation by a peptide that blocks the interaction of NEMO with the IkappaB kinase complex, *Science*, 289, 1550, 2000.

[151]  Thomas, R.P., Farrow, B.J., Kim, S. et al., Selective targeting of the nuclear factor-kappaB pathway enhances tumor necrosis factor-related apoptosis-inducing ligand-mediated pancreatic cancer cell death, *Surgery*, 132, 127, 2002.

[152]  Dasgupta, S., Jana, M., Zhou, Y. et al., Antineuroinflammatory effect of NF-kappaB essential modifier-binding domain peptides in the adoptive transfer model of experimental allergic encephalomyelitis, *J. Immunol.*, 173, 1344, 2004.

[153]  Choi, M., Rolle, S., Wellner, M. et al., Inhibition of NF-kappaB by a TAT-NEMO-binding domain peptide accelerates constitutive apoptosis and abrogates LPS-delayed neutrophil apoptosis, *Blood*, 102, 2259, 2003.

[154]  Dai, S., Hirayama, T., Abbas, S. et al., The IkappaB kinase (IKK) inhibitor, NEMO-binding domain peptide, blocks osteoclastogenesis and bone erosion in inflammatory arthritis, *J. Biol. Chem.*, 279, 37219, 2004.

[155]  Ankermann, T., Reisner, A., Wiemann, T. et al., Topical inhibition of nuclear factor-kappaB enhances reduction in lung edema by surfactant in a piglet model of airway lavage, *Crit. Care Med.*, 33, 1384, 2005.

[156]  Rehman, K.K., Bertera, S., Bottino, R. et al., Protection of islets by in situ peptide-mediated transduction of the IkappaB kinase inhibitor NEMO-binding domain peptide, *J. Biol. Chem.*, 278, 9862, 2003.

[157]  Horng, T., Barton, G.M., and Medzhitov, R., TIRAP: An adapter molecule in the Toll signaling pathway, *Nat. Immunol.*, 2, 835, 2001.

[158] Agou, F., Courtois, G., Chiaravalli, J. et al., Inhibition of NF-kappaB activation by peptides targeting NF-kappaB essential modulator (*nemo*) oligomerization, *J. Biol. Chem.*, 279, 54248, 2004.

[159] Lin, Y.Z., Yao, S.Y., Veach, R.A. et al., Inhibition of nuclear translocation of transcription factor NF-kappaB by a synthetic peptide containing a cell membrane-permeable motif and nuclear localization sequence, *J. Biol. Chem.*, 270, 14255, 1995.

[160] Torgerson, T.R., Colosia, A.D., Donahue, J.P. et al., Regulation of NF-kappaB, AP-1, NFAT, and STAT1 nuclear import in T lymphocytes by noninvasive delivery of peptide carrying the nuclear localization sequence of NF-kappaB p50, *J. Immunol.*, 161, 6084, 1998.

[161] Takada, Y., Singh, S., and Aggarwal, B.B., Identification of a p65 peptide that selectively inhibits NF-kappaB activation induced by various inflammatory stimuli and its role in down-regulation of NF-kappaB-mediated gene expression and up-regulation of apoptosis, *J. Biol. Chem.*, 279, 15096, 2004.

[162] Morishita, R., Tomita, N., Kaneda, Y. et al., Molecular therapy to inhibit NF-kappaB activation by transcription factor decoy oligonucleotides, *Curr. Opin. Pharmacol.*, 4, 139, 2004.

[163] Karagiannis, T.C. and El Osta, A., RNA interference and potential therapeutic applications of short interfering RNAs, *Cancer Gene Ther.*, 12, 787–795, 2005.

[164] Desmet, C., Gosset, P., Pajak, B. et al., Selective blockade of NF-kappaB activity in airway immune cells inhibits the effector phase of experimental asthma, *J. Immunol.*, 173, 5766, 2004.

[165] Guo, J., Verma, U.N., Gaynor, R.B. et al., Enhanced chemosensitivity to irinotecan by RNA interference-mediated down-regulation of the nuclear factor-kappaB p65 subunit, *Clin. Cancer Res.*, 10, 3333, 2004.

[166] Pinkenburg, O., Platz, J., Beisswenger, C. et al., Inhibition of NF-kappaB mediated inflammation by siRNA expressed by recombinant adeno-associated virus, *J. Virol. Methods*, 120, 119, 2004.

[167] Takaesu, G., Surabhi, R.M., Park, K.J. et al., TAK1 is critical for IkappaB kinase-mediated activation of the NF-kappaB pathway, *J. Mol. Biol.*, 326, 105, 2003.

[168] Ducut Sigala, J.L., Bottero, V., Young, D.B. et al., Activation of transcription factor NF-kappaB requires ELKS, an IkappaB kinase regulatory subunit, *Science*, 304, 1963, 2004.

[169] Silverman, N. and Maniatis, T., NF-kappaB signaling pathways in mammalian and insect innate immunity, *Genes Dev.*, 15, 2321, 2001.

[170] Silverman, N., Zhou, R., Erlich, R.L. et al., Immune activation of NF-kappaB and JNK requires *Drosophila* TAK1, *J. Biol. Chem.*, 278, 48928, 2003.

[171] Zhou, R., Silverman, N., Hong, M. et al., The role of ubiquitination in *Drosophila* innate immunity, *J. Biol. Chem.*, 280, 34048–55, 2005.

[172] Correa, R.G., Tergaonkar, V., Ng, J.K. et al., Characterization of NF-kappaB/IkappaB proteins in zebra fish and their involvement in notochord development, *Mol. Cell Biol.*, 24, 5257, 2004.

[173] Correa, R.G., Matsui, T., Tergaonkar, V. et al., Zebrafish IkappaB kinase 1 negatively regulates NF-kappaB activity, *Curr. Biol.*, 15, 1291, 2005.

[174] Kapp, E. and Ghosh, S., Inhibition of NF-κB by sodium salicylate and aspirin, *Science*, 265, 956, 1994.

[175] Jimi, E., Aoki, K., Sairo, H. et al., Selective inhibition of NF-κB blocks osteoclastogenesis and prevents inflammatory bone destruction, *in vivo*, *Nature Med.*, 10, 617, 2004.

# EXHIBIT 11

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.:1:02-cv-11280-RWZ

ARIAD PHARMACEUTICALS, INC.       )
MASSACHUSETTS INSTITUTE OF        )
TECHNOLOGY, THE WHITEHEAD         )
INSTITUTE FOR BIOMEDICAL RESEARCH )
and THE PRESIDENT AND FELLOWS OF  )
HARVARD COLLEGE,                  )
                    Plaintiffs,   )
                                  )
    - vs. -                       )
                                  )
ELI LILLY & COMPANY,              )
                    Defendants    )

            **********

            JURY TRIAL
        DAY 13, First Session

    BEFORE THE HONORABLE RYA W. ZOBEL
    UNITED STATES DISTRICT COURT JUDGE

        United States District Court
      John J. Moakley U.S. Courthouse
          1 Courthouse Way
      Boston, Massachusetts  02210
            April 27, 2006

            **********

        REPORTER:  LISA W. STARR, RPR,CRR,CSR
            Tel:  617.771.8336

15dd0d7d-c2cd-4ea7-9658-cf3b06c5aaf9

Ariad v. Eli Lilly                          Day 13, Session 1
                        4-27-06

Page 48

1    One is what the person of ordinary skill in the art actually

2    is, who that person is and what that person knows, and what

3    that person is capable of doing.

4         The second is what was known in the art at the time,

5    what was known and, as a consequence, you would have in your

6    mind as you read the claims and thereby use that information

7    in order to practice the claims.

8    Q.   Now, have you read the '516 patent?

9    A.   I have read the '516 patent.

10   Q.   And have you --

11        THE COURT:   All of it?

12        THE WITNESS:  Yes, yes.

13        MS. BEN-AMI:   Someone has to.

14        THE WITNESS:  No one asked me if it was fun to read.

15   Q.   Have you read the 1989 application, Doctor?

16   A.   I've also read that word for word.

17   Q.   You haven't memorized it, though?

18   A.   No.

19   Q.   Now, based on your review of these documents and your

20   understanding as to what someone skilled in the art would know

21   in the time frame 1989 to 1991, have you drawn any conclusions

22   regarding the sufficiency of the disclosure, first we'll say

23   of the '516 patent?

24   A.   Yes.  I think it was sufficient.

25   Q.   And was it sufficient to show that the inventors were in

Ariad v. Eli Lilly                          Day 13, Session 1
                    4-27-06

1   possession of the invention that's claimed in the four claims

2   we're talking about here?

3   A.   As I understand the law, yes, it was.

4   Q.   And in your opinion, can you tell us, putting yourself

5   back into 1991 for the moment, based on the conventional

6   knowledge in the art, in your opinion would someone of

7   ordinary skill in the art as defined understand that the

8   inventors had really invented what they said?

9   A.   Absolutely.

10  Q.   And that's based on what was conventional and known in

11  the art at the time?

12  A.   Yes, and the description of the patent itself.

13  Q.   Now, let's look at the 1989 application for a moment.

14  Same question.

15       Let me just back up for a second.  No, let's just

16  look at the 1989 application for the moment.

17       In your opinion, does the 1989 application, going

18  back in time, imagining someone with skill in the art had

19  looked at it in 1989, given the conventional knowledge at the

20  time, in your opinion would that have shown that the inventors

21  were in possession of the claimed invention?

22  A.   Yes.

23  Q.   And that's based on your understanding of what was known

24  at the time?

25  A.   That was certainly a big part, yes.

15dd0d7d-c2cd-4ea7-9658-cf3b06c5aaf9

# EXHIBIT 12

Kadesch, Thomas R.                    6/21/2007
CONFIDENTIAL -- OUTSIDE COUNSEL'S EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No. 05-12237 WGY

AMGEN, INC.,                    ) DEPOSITION OF:
                               ) DR. THOMAS R. KADESCH
                               )
           Plaintiff,          )
                               )
      vs.                      )**CONFIDENTIAL**
                               )**RESTRICTED ACCESS***
                               ***OUTSIDE COUNSEL'S EYES
F. HOFFMANN-LA ROCHE LTD., a   )ONLY****
Swiss Company, ROCHE           )
DIAGNOSTICS GmbH, a German     )
Company, and HOFFMANN-LA       )
ROCHE, INC., A New Jersey      )
Corporation,                   )
                               )
           Defendants.         )


          TRANSCRIPT of the stenographic notes of the

proceedings in the above-entitled matter, as taken by

and before LISA FORLANO, RMR, CRR, CSR, CLNR, Notary

Public, held at the offices of Duane, Morris, 1540

Broadway, New York, New York, on Thursday, June 21,

2007, commencing at 9:08 a.m.

LiveNote World Service    800.548.3668 Ext. 1

Kadesch, Thomas R.    6/21/2007
CONFIDENTIAL -- OUTSIDE COUNSEL'S EYES ONLY

**Page 234**

1    Q   And was that known in 1983 for any
2  recombinant protein expression?
3        MR. SUH: Objection, vague.
4        THE WITNESS: My understanding of the
5  problem with -- so 3T3L1 cells are a very
6  popular cell to use for people that are
7  interested in adipogeneisis. And so I think
8  -- I'm not sure exactly when they were
9  described. But as I said, my understanding is
10  the problem is getting the DNA into the cells
11  and why they're refractory, no one knows. So
12  if you can't get the DNA into the cells,
13  you're not going to get anything expressed in
14  those cells, anything recombinant.
15  BY MR. FLOWERS:
16    Q   I know we touched on this earlier
17  today, much earlier today. I wanted to ask you in
18  Paragraph 28 where we were just looking in Exhibit
19  1, you refer to the ability to practice Dr. Lin's
20  inventions on any significant portion of vertebrate
21  or mammalian cells and so I'm trying find, what did
22  you mean by a significant portion?
23    A   As I -- as I said before in terms of
24  our discussion of the number of promoters, my
25  understanding of the claim in the patent language is

**Page 235**

1  for all vertebrate cells or vertebrate cells
2  compromising the entirety of vertebrates and in the
3  context of that language, my sense is that a few
4  cell lines or certainly two in his case, two or
5  three did not even come close to -- in fact, all he
6  used were mammalian cells and so to have the
7  languages brought as vertebrate cells when he only
8  uses mammalian cell lines seems too broad. He
9  doesn't have an example of any non-mammalian cell
10  type where he gets productive expression.
11    Q   So in order to enable his claims in
12  '349 Patent is it your opinion that Dr. Lin had to
13  exemplify, have a working example of expression of
14  EPO, recombinant EPO in a non-mammalian cell line?
15    A   My understanding of the law, not being
16  a lawyer, is that if you want to claim mammalian
17  cells, then the examples he gave in mammalian cells
18  -- again, it was only two types, but that might
19  satisfy the written description. The fact that the
20  claims specify vertebrate cells as opposed to
21  mammalian cells would tell me again through my
22  interpretation of the law that it has to go beyond
23  mammalian because vertebrates certainly encompass a
24  lot more species than just mammals and hence, the
25  broadness of that claim, which is very specific, I

**Page 236**

1  think, should have required Dr. Lin to practice it
2  outside of mammalian cells.
3    Q   If you assume for the purposes of the
4  enablement analysis that the standard is whether one
5  of ordinary skill in the art in 1983 or 1984 with
6  Dr. Lin's patent specification and its teachings in
7  hand could have selected an appropriate vertebrate
8  cell expression system to make recombinant EPO,
9  would that change your opinion?
10    A   It depends on what you mean by that.
11  When you say vertebrate cell, do you mean mammalian
12  cells or do you mean non-mammalian?
13    Q   It would include non-mammalian.
14    A   Dr. Lin did not provide any teaching
15  from what I can tell in terms of teaching someone
16  how to practice his claims in non-mammalian cells,
17  vertebrate cells that are non-mammalian and this is
18  tied to the issue at the time in 1983, '84 that it
19  was not assumed that cells were easy to transfect
20  with plasma DNA. And so the idea that non-mammalian
21  cells would act similarly to mammalian cells would
22  have been an assumption at the time and there was no
23  teaching of the patent that would describe how to
24  overcome that potential problem.
25    Q   In your expert report, I didn't find

**Page 237**

1  any evidence cited that showed that a non-mammalian
2  vertebrate cell in some way is different from a
3  mammalian vertebrate cell in terms of how one goes
4  about transfecting DNA into the cell?
5        MR. SUH: Objection to form, lacks
6  foundation.
7  BY MR. FLOWERS:
8    Q   Did you cite any such evidence?
9    A   I did not cite evidence.
10    Q   Is there a mechanistic difference
11  between mammalian cells and non-mammalian cells in
12  the way that the cell takes up transfected DNA?
13    A   I'm not aware of a study that's
14  compared the two.
15    Q   In terms of integration into the genome
16  of a cell, is there a mechanistic difference between
17  non-mammalian cells and mammalian cells -- I think
18  we need to take a
19  break to change the tape.
20        VIDEO OPERATOR: This concludes tape
21  number six in the videotape deposition of
22  Dr. Thomas R. Kadesch on June 21, 2007.
23        The time is 4:17 p.m. and we're off the
24  record.
25        (Brief recess.)
        VIDEO OPERATOR: This begins tape

60 (Pages 234 to 237)

Kadesch, Thomas R.                                    6/21/2007
CONFIDENTIAL -- OUTSIDE COUNSEL'S EYES ONLY

Page 262

1     A    Yes.
2     Q    Does it exist in amphibian cells?
3     A    I think so.
4     Q    And last but not least, does it exist
5  in mammalian cells?
6     A    Yes.
7     Q    What types of genes do the NF Kappa B
8  proteins regulate in eucaryotic cells?
9     A    They regulate a whole host of genes.
10  There's no type of genes.
11    Q    So can you say how many genes are
12  regulated by NF Kappa B?
13    A    The experiment hasn't been done.
14    Q    As an expert on NF Kappa B, can you
15  estimate?
16    A    No.
17    Q    Just in terms of background, what are
18  eucaryotic cells?
19    A    What are eucaryotic cells, eucaryotic
20  cells are cells that -- eucaryotic cells are
21  distinguished from procaryotic cells in the sense
22  that they typically contain a nucleus and a
23  mitochondrion.
24    Q    Do -- does the eucaryotic kingdom
25  encompass mammals, reptiles, insects, plants,

Page 263

1  mollusks, arachnids and birds?
2     A    Yes.
3     Q    Does the NF Kappa B protein or do the
4  NF Kappa B proteins regulate a large number of
5  genes? You said a whole host.
6     A    Yes, a large number, yeah.
7     Q    A large number of different types of
8  genes?
9     A    Yes.
10    Q    And a large number of different types
11  of cells?
12    A    Yes.
13    Q    Do you know how many of those genes are
14  described in the '516 Patent, the Baltimore patent?
15    A    I believe there are maybe, I forget, as
16  I recall, there's a -- I believe it's Table 2 in
17  that patent. I may be right, I might be wrong.
18  Where they give examples of NF Kappa B regulatory
19  elements in a number of different genes.
20       MR. SUH: You've got a good memory.
21       THE WITNESS: Is it Table 2?
22       MR. SUH: I think so.
23  BY MR. FLOWERS:
24    Q    I'm sorry, where is it?
25       MR. SUH: Column 37.

Page 264

1       THE WITNESS: Shall we say I had
2  nightmares about Table 2 and it's forever
3  etched in my memory? Yes, Table 2, Column 37.
4  BY MR. FLOWERS:
5     Q    And the examples of the genes regulated
6  by NF Kappa B here are from humans, yes?
7     A    No. Some are mouse.
8     Q    I didn't mean exclusively. Includes
9  human?
10    A    Yes.
11    Q    And mouse?
12    A    Yes.
13    Q    And viral genes?
14    A    I think so, yeah, CMV. C, M as in man,
15  V as in virus.
16    Q    Any other kinds of genes other than
17  human mouse and viral genes disclosed here?
18    A    No.
19    Q    If you go back to your expert report,
20  Exhibit 16 and you look at Paragraph 88, you offered
21  an opinion that the '516 Patent, the Baltimore
22  patent provided a sufficient written description of
23  the claimed inventions to establish that the
24  Baltimore inventors were in possession of the full
25  scope of their invention, correct?

Page 265

1     A    That's what I say here, yes.
2     Q    And the claims that you are opining on
3  in the '516 Patent, they begin in Column 82 and go
4  all the way through Column 90 of the '516 Patent?
5     A    Yes.
6     Q    For example, Claim 1 is directed to or
7  encompasses all eucaryotic cells, correct?
8     A    Yes.
9     Q    And Claim 6, for example, is just
10  directed to cells?
11       MR. SUH: Objection, vague.
12  BY MR. FLOWERS:
13    Q    Correct?
14    A    Yes.
15    Q    It's not limited in any way, just
16  cells?
17    A    That's correct.
18    Q    And because it's not limited in any
19  way, it encompasses all cells in the animal kingdom?
20       MR. SUH: Objection to form.
21  BY MR. FLOWERS:
22    Q    Correct?
23    A    Yeah.
24    Q    And that would be millions and millions
25  and millions of different types of cells?

67 (Pages 262 to 265)

Confidential                                    R000067

Kadesch, Thomas R.                    6/21/2007
CONFIDENTIAL -- OUTSIDE COUNSEL'S EYES ONLY

Page 266

1    A    That's correct.
2    Q    And even Claim 1 in being limited to
3  the eucaryotic cells, that would be millions and
4  millions of cells?
5    A    That's correct.
6    Q    How many different types of eucaryotic
7  cells are there, any idea?
8    A    No.
9    Q    But you would agree -- I think you just
10 did, at least millions of types of cells?
11   A    Sure.
12   Q    In terms of eucaryotic organisms, there
13 are at least several million different species,
14 correct?
15   A    Terrific.
16   Q    And can you tell me, we looked at the
17 genes that are disclosed as being regulated by NF
18 Kappa B in the '516 Patent, that's at Table 2 at
19 Column 37, can you tell me how many eucaryotic cells
20 the '516 Patent describes as -- describes that one
21 can carry out the invention?
22   A    I don't remember.
23   Q    Would you agree that it's a fairly
24 small number of cells, on the order of a dozen or
25 so?

Page 267

1         MR. SUH: Objection, form, vague.
2         THE WITNESS: If I went back and looked
3   at the patent, I would not be surprised if it
4   were in that range.
5  BY MR. FLOWERS:
6    Q    So a handful of cells, correct?
7    A    Yeah. If you have 12 fingers on each
8  hand.
9    Q    So in Exhibit 16, particularly in
10 Paragraph 88, which is on Page 28.
11   A    Yes.
12   Q    You offer the opinion that the
13 description in the '516 Patent, which I think we've
14 agreed discloses the use of the invention in a
15 handful of genes or for a handful of genes and a
16 handful of cells clearly allowed one of ordinary
17 skill in the art to recognize that the Baltimore
18 inventors invented what is claimed and that includes
19 -- what is claimed would include the practice of the
20 inventions and millions upon millions, in fact, all
21 cells in the animal kingdom, correct?
22        MR. SUH: Objection to form, lacks
23 foundation.
24        THE WITNESS: That's correct.
25 BY MR. FLOWERS:

Page 268

1    Q    And in fact, Claim 6 of the '516
2  includes not only cells in the animal kingdom, but
3  all living cells, correct, which would include
4  bacteria and plants?
5    A    It is my current understanding of what
6  that claim would involve.
7    Q    And so it was your opinion based on the
8  handful of genes and cells in the '516 Patent there
9  was adequate written description for practice of the
10 inventions in the '516 Patent in all living cells?
11        MR. SUH: Same objection.
12 BY MR. FLOWERS:
13   Q    Correct?
14   A    I didn't consider that issue
15 specifically when I opined here in this document
16 from the Ariad/Lilly case.
17   Q    But you understood that what was being
18 claimed in the '516 Patent were methods for
19 practicing the inventions in all cells, all living
20 cells?
21   A    This is something that I did not
22 consider. This aspect of the case I did not
23 consider when I wrote this opinion for the Ariad
24 case.
25   Q    You at least considered, for example,

Page 269

1  with regard to Claim 1 in the '516 Patent that the
2  claims were directed to the practice of the method
3  in all eucaryotic cells, correct?
4    A    I did not consider it to be all
5  eucaryotic cells. As the claim was written, it just
6  says eucaryotic cells. It doesn't say all
7  eucaryotic cells. So my understanding of -- my
8  understanding of written description for the '516
9  Patent was not from the point of view of someone
10 with legal expertise where I would interpret those
11 claims the way I interpret the claims for the
12 current patent, the '349 Patent. And the reason for
13 that is that in terms of claim language, shall we
14 say I've come to understand the necessity for claim
15 language in a way that I didn't appreciate with the
16 '516 Patent. If I had been asked the same series of
17 questions around the '516 Patent, I would have said
18 that the '516 Patent, as it's stated, cannot claim
19 all cells.
20   Q    And cannot claim all eucaryotic cells?
21   A    That's correct.
22   Q    So there's not an adequate written
23 description in the '516 Patent to support the claims
24 that are drawn to all eucaryotic cells?
25        MR. SUH: Objection.

68  (Pages 266 to 269)

LiveNote World Service    800.548.3668 Ext. 1

Confidential                              R000068

Kadesch, Thomas R.                    6/21/2007
CONFIDENTIAL -- OUTSIDE COUNSEL'S EYES ONLY

Page 270

1    THE WITNESS: That would have been my
2  conclusion if I were to compare these two
3  documents at the same time, yes.
4  BY MR. FLOWERS:
5    Q    Your report and the '516 Patent, those
6  two documents?
7    A    Yes. No, no, the claims in the '349
8  Patent as compared to the claims in the '516 Patent.
9  Shall I elaborate?
10    Q    I just want to make sure I understand.
11  As you sit here today, do you agree that the '516
12  Patent claims have adequate written descriptive
13  support?
14    A    For --
15    Q    For all eucaryotic cells?
16    A    No.
17    Q    As you sit here today, do you believe
18  that the '516 Patent claims have adequate written
19  descriptive support for -- strike that.
20    MR. FLOWERS: Let's take a break and
21  we'll see if we can't finish up.
22    MR. SUH: Actually, before we go off
23  the record, I'm going to object to the whole
24  line of questioning with respect to the '516
25  Patent, as well as to the expert report

Page 271

1  submitted in the Ariad versus Eli Lilly case
2  as being outside the scope of the expert
3  report submitted in this case. So I'll just
4  mark that as a record.
5    VIDEO OPERATOR: This concludes tape
6  number seven in the videotape of Dr. Thomas
7  Kadesch on June 21, 2007.
8    The time is 5:16 p.m. and we are off
9  the record.
10    (Brief recess.)
11    VIDEO OPERATOR: This begins tape
12  number eight in the videotape of Dr. Thomas R.
13  Kadesch on June 21, 2007.
14    The time is 5:21 and we're back on the
15  record.
16    MR. FLOWERS: Dr. Kadesch, Amgen has no
17  further questions for you at this time. I
18  thank you for your time.
19    THE WITNESS: Oh, thank you.
20    MR. SUH: Actually, Roche has a few
21  questions.
22  BY MR. SUH:
23    Q    Dr. Kadesch, my name is Howard Suh. I
24  introduced myself on the record earlier and I
25  represent the Roche entities as Defendants.

Page 272

1    Dr. Kadesch, can you please take out
2  Exhibit 5, which Amgen's counsel marked as the Cotes
3  article, Immunoreactive erythropoietin in serum.
4    A    Yes.
5    Q    And specifically, I want to direct your
6  attention to Page 437 of this publication.
7    A    Okay.
8    Q    On Page 437, right above the
9  acknowledgements, there's a last paragraph. It says
10  in conclusion.
11    Do you see that?
12    A    In -- yes.
13    Q    And about a few lines down there's a
14  sentence that starts with bioassays and
15  immunoassays.
16    Do you see that?
17    A    Yes.
18    Q    That states: Bioassays and
19  immunoassays respectively reflect functional and
20  structural characteristics of erythropoietin and
21  estimates by these two different types of system are
22  unlikely to be identical. For example, precursors
23  and degradation products of erythropoietin as well
24  as the native serum hormone, which is itself almost
25  certainly heterogeneous may react in a

Page 273

1  radioimmunoassay.
2    Do you see that?
3    A    I do see that.
4    Q    Can you explain to me what the author
5  is referring to there?
6    A    Well, as I said throughout the day,
7  that the bioassay is a -- an assay for functional
8  erythropoietin, whereas the radioimmunoassay picks
9  up the presence of the protein, but not necessarily
10  an active protein or a full-length protein as I've
11  described earlier today.
12    Q    So, Doctor, does Exhibit 5, which Amgen
13  marked as the Cotes article, is that particular
14  statement within Exhibit 5 consistent with your view
15  that and RIA can pick up say, for example, fragments
16  of erythropoietin?
17    A    Yes.
18    Q    And that's a hypothesis that you have,
19  right?
20    A    That's correct.
21    Q    And it's a hypothesis that's also
22  shared by Cotes, et al, in Exhibit 5?
23    MR. FLOWERS: Objection, lacks
24  foundation.
25    THE WITNESS: It's not Cotes et al.

69 (Pages 270 to 273)

Confidential                      R000069

Page 282

1    Q    I want to direct your attention to
2    what's been marked as Exhibit 4, your second
3    supplemental exhibit -- second supplemental expert
4    report.
5    A    Yes.
6    Q    And in particular, if I could direct
7    your attention to Paragraph 36.
8    A    Okay.
9    Q    Can you take some time to review
10   Paragraph 36 and Paragraph 37 for me?
11   A    36 is referring to denatured
12   erythropoietin and Paragraph 37 refers to again
13   denatured erythropoietin.
14   Q    And at least with respect to testimony
15   that Amgen's expert -- I'm sorry, Amgen's employee,
16   Dr. Elliott stated, did he not testify that there
17   was a particular erythropoietin antibody that was
18   detecting denatured erythropoietin?
19   MR. FLOWERS:  Objection, leading.
20   THE WITNESS:  The testimony would
21   suggest that he does describe exactly that.
22   BY MR. SUH:
23   Q    And moreover, in Paragraph 37, do you
24   see that there is a discussion of an Elliott
25   publication called Isolation and Characterization of

Page 283

1    Confirmation Sensitive Antierythropoietin Monoclonal
2    Antibodies.
3    Do you see that?
4    A    Yes, I do see that.
5    Q    Does that suggest to you that this same
6    9G8A antibody was being used in RIA to detect
7    denatured erythropoietin?
8    MR. FLOWERS:  Objection, leading.
9    THE WITNESS:  Yes, I see that.  I would
10   conclude that, yes.
11   MR. SUH:  I have no further questions
12   at this time, but I'd like to actually mark
13   the transcript outside counsel's eyes only to
14   the extent that Amgen counsel has actually
15   raised issues with respect to the -- issues
16   with respect to the Ariad patent.  I believe
17   that patent actually is in litigation
18   currently with Amgen.  So therefore, I am
19   going to mark it -- mark this deposition
20   outside eyes only.
21   MR. FLOWERS:  We object to that
22   designation.  There's no basis for it.  The
23   patent that was marked as an exhibit and the
24   testimony that was given was based on publicly
25   available documents.

Page 284

1    MR. SUH:  Sure.  That's fine.
2    MR. FLOWERS:  Amgen has no questions at
3    this time.
4    VIDEO OPERATOR:  This concludes tape
5    number 8.  It also concludes Volume 1 of the
6    videotape deposition of Dr. Thomas R. Kadesch
7    on June 21, 2007 in the matter of Amgen, Inc.,
8    Plaintiff versus F. Hoffmann-La Roche,
9    Limited, et al., Defendants, Index No.
10   05-12237.
11   The time is 5:39 p.m. and we're off the
12   record.

Page 285

1    J U R A T
2
3    I, DR. THOMAS R. KADESCH, the witness herein, the
4    foregoing testimony of the pages of this deposition,
5    do hereby certify it to be a true and correct
6    transcript, subject to the corrections, if any, shown
7    on the attached page.
8
9
10   _____
         DR. THOMAS R. KADESCH
11
12
13
14
15   Subscribed and Sworn to before me
16   this _____ day of    2007.
17   _____
18   Notary Public
19
20
21
22
23
24
25

72  (Pages 282 to 285)

# EXHIBIT 13

| From: | Kevin Flowers |
|---|---|
| Sent: | Thursday, August 09, 2007 11:58 AM |
| To: | 'Howard Suh (hsuh@kayescholer.com)' |
| Cc: | 'LBenAmi@kayescholer.com'; 'Fishman, Deborah' |
| Subject: | FW: Amgen Inc. v. F. Hoffman LaRoche Ltd., et al. |

Howard,

It's now been more than a month since we first sent the attached letter to you regarding Roche's inappropriate designation of Dr. Kadesch's deposition transcript. Given our otherwise courteous relationship, I am surprised and disappointed by your failure to respond in any way to my repeated inquiries. I do not believe Roche can legitimately dispute that Dr. Kadesch's transcript was improperly designated, and it consequently would be a shame to have to involve the Court in this matter, but we cannot let this issue remain pending much longer.

I look forward to your prompt response.

Regards,

Kevin

-----Original Message-----
| From: | Kevin Flowers |
|---|---|
| Sent: | Wednesday, July 25, 2007 2:50 PM |
| To: | 'Howard Suh (hsuh@kayescholer.com)' |
| Subject: | FW: Amgen Inc. v. F. Hoffman LaRoche Ltd., et al. |

Howard,

In light of our conversation at the Borun deposition last week, it seems prudent to send you this again.

Regards,

Kevin

-----Original Message-----
| From: | Melanie Greene |
|---|---|
| Sent: | Monday, July 02, 2007 1:23 PM |
| To: | 'Howard Suh (hsuh@kayescholer.com)' |
| Cc: | 'Leora Ben-Ami (lbenami@kayescholer.com)'; 'Deborah Fishman (dfishman@daycasebeer.com)' |
| Subject: | Amgen Inc. v. F. Hoffman LaRoche Ltd., et al. |

Please see the attached correspondence from Kevin Flowers.



07-02-07 Ltr to
Howard Suh.PDF...

Melanie Greene
Assistant to Kevin M. Flowers
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower

# EXHIBIT 14

## Bratko, Kristen L.

| | |
|---|---|
| **From:** | Bratko, Kristen L. |
| **Sent:** | Monday, October 01, 2007 2:01 PM |
| **To:** | Bratko, Kristen L. |
| **Subject:** | FW: Activity in Case 1:05-cv-12237-WGY Amgen Inc. v. F. Hoffmann-LaRoche LTD et al Order on Motion for Miscellaneous Relief |

**From:** ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
**Sent:** Monday, October 01, 2007 9:51 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:05-cv-12237-WGY Amgen Inc. v. F. Hoffmann-LaRoche LTD et al Order on Motion for Miscellaneous Relief

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 10/1/2007 at 9:50 AM EDT and filed on 10/1/2007
**Case Name:**      Amgen Inc. v. F. Hoffmann-LaRoche LTD et al
**Case Number:**     1:05-cv-12237
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Judge William G. Young : Electronic ORDER entered. "Denied. The deposition is to be returned to the parties." [1063] Motion to Remove the "Confidential" Designation from the June 21, 2007 Deposition Transcript of Roche's Expert Dr. Thomas Kadesch. (Paine, Matthew)

**1:05-cv-12237 Notice will be electronically mailed to:**
Robert M. Asher rasher@bromsun.com
Joel R. Leeman jleeman@bromsun.com, lerdos@bromsun.com
Mark J. Hebert hebert@fr.com, crawford@fr.com
Michael Kendall mkendall@mwe.com
Michael R. Gottfried mrgottfried@duanemorris.com, kmfitzgerald@duanemorris.com, vlweeks@duanemorris.com
Lee C. Bromberg lbromberg@bromsun.com, jcreedon@bromsun.com
Thomas I. Ross tross@marshallip.com
Robert L. Kann rkann@bromsun.com, jmarshall@bromsun.com
Timothy M. Murphy tmurphy@bromsun.com
Christopher J. Petrini cpetrini@petrinilaw.com

Leora Ben-Ami lbenami@kayescholer.com
Lloyd R. Day, Jr daylr@daycasebeer.com
Julia Huston jhuston@bromsun.com, chiggins@bromsun.com
David L. Ferrera dferrera@nutter.com, jberry@nutter.com
Steven A. Zalesin sazalesin@pbwt.com, mcolitigation@pbwt.com
Nicole E. Gage gage@fr.com
Thomas F. Fleming tfleming@kayescholer.com, maodma@kayescholer.com
Peter Fratangelo pfratangelo@Kayescholer.com, RocheEmailRepository@kayescholer.com,
maodma@kayescholer.com
Terrence P. McMahon tmcmahon@mwe.com
Deborah E. Fishman dfishman@daycasebeer.com
Craig H. Casebeer ccasebeer@daycasebeer.com
Kevin M Flowers KFlowers@marshallip.com, mgreene@marshallip.com, tortman@marshallip.com
Daniel A. Curto dcurto@mwe.com, dlooke@mwe.com
Sandip H. Patel SPatel@marshallip.com
Patricia R. Rich prich@duanemorris.com, kmfitzgerald@duanemorris.com, vlweeks@duanemorris.com
Krista M. Rycroft krycroft@kayescholer.com
Patricia A. Carson pcarson@kayescholer.com
Vladimir Drozdoff vdrozdoff@kayescholer.com
Aton Arbisser aarbisser@kayescholer.com, maodma@kayescholer.com
Peter M. Acton pacton@mwe.com
Matthew C. Nielsen MNielsen@marshallip.com, mkipley@marshallip.com
Nicole A. Colby ncolby@mwe.com
Lauren M. Papenhausen lpapenhausen@mwe.com
Peter L. Mello pmello@petrinilaw.com, belinda.mathie@kattenlaw.com,
christian.kemnitz@kattenlaw.com
Christopher S. Kroon cskroon@duanemorris.com, hlebert@duanemorris.com
Emily J. Schaffer eschaffer@bromsun.com, sbommelje@bromsun.com
Linda Sasaki-Baxley lbaxley@daycasebeer.com
Michael F. Borun MBorun@marshallip.com
William G. Gaede, III wgaede@mwe.com
Bobby R. Burchfield bburchfield@mwe.com
Howard Suh hsuh@kayescholer.com, maodma@kayescholer.com
Keith E. Toms ktoms@bromsun.com, sbommelje@bromsun.com
Heather B. Repicky hrepicky@nutter.com
Christopher T. Jagoe, Sr cjagoe@kayescholer.com
Renee DuBord Brown rbrown@daycasebeer.com
Mark Izraelewicz mizraelewicz@marshallip.com
Michelle E. Moreland mmoreland@mwe.com, gdrozario@mwe.com, nsannicolas@mwe.com,
pdeneen@mwe.com
Firasat Ali fali@mwe.com
Cullen N. Pendleton cpendleton@marshallip.com
Joshua A. Munn jmunn@mwe.com
Nicole A. Rizzo nrizzo@bromsun.com, lburns@bromsun.com
Mark S. Popofsky mpopofsky@kayescholer.com
James M. Fraser jfraser@mwe.com
Aaron R. Hand ahand@daycasebeer.com, ahand@mac.com
Manvin Mayell mmayell@kayescholer.com
Dana M. McSherry dmcsherry@mwe.com
Matthew McFarlane mmcfarlane@kayescholer.com
Monica Contreras mcontreras@kayescholer.com

David L. Cousineau dcousineau@kayescholer.com, geaddy@kayescholer.com,
kfrank@kayescholer.com
Kimberly J. Seluga kseluga@bromsun.com, lerdos@bromsun.com
Kregg T. Brooks kbrooks@bromsun.com
Kathleen McDermott kmcdermott@sonnenschein.com
Aaron Stiefel astiefel@kayescholer.com

**1:05-cv-12237 Notice will not be electronically mailed to:**

D. Dennis Allegretti
Duane Morris LLP
470 Atlantic Avenue
Suite 500
Boston, MA 02110-2600

Adam Arthur Bier
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Michael F. Borun
Marshall, O'Toole, Gerstein, Murray & Borun
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6402

Mary Boyle
McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304

Julian Brew
Kaye Scholer LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067-6048

Krista M. Carter
Day Casebeer Madrid & Batchelder, LLC
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Andy H. Chan
Day Casebeer Madrid & Batchelder, LLP
20300 Steven Creek Blvd.
Suite 400
Cupertino, CA 95014

Monique L. Corday

10/1/2007

Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Richard A. De Sevo
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Nancy DiLella
Hoffmann-La Roche Inc.
Law Department
340 Kingsland Street
Nutley, NJ 07110

William Diaz
McDermott Will & Emery LLP
18191 Von Karman Avenue
Suite 500
Irvine, CA 92612

Darrell G. Dotson
Amgen Inc
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Jon B. Dubrow
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005

Jennifer E. Flory
Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Robert M. Galvin
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Eugene M. Gelernter
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036

Geoffrey M. Godfrey
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.

10/1/2007

Suite 400
Cupertino, CA 95014

Berrie R. Goldman
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Alfred H. Heckel
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Richard O. Jackson
Patternson, Belknap, Webb & Tyler, LLP
133 Avenue of the Americas
New York, NY 10036

Raymond A. Jacobsen
McDermott Will & Emery LLP
600 13th Street N.W.
Washington, DC 20005

George W. Johnston
Hoffmann-La Roche Inc.
Law Department
340 Kingsland Street
Nutley, NJ 07110

Susan M. Krumplitsch
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
CA 95014

Andrew Kumamoto
McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304

Jonathan D. Loeb
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

10/1/2007

David M. Madrid
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Christian E. Mammen
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Mario Moore
Day Casebeer Madrid & Batchelder
Suite 400
20300 Stevens Creek Blvd
Cupertino, CA 95014

Kimberlin L. Morely
Amgen Inc.
One Amgen Center Dirve
Thousand Oaks, CA 91320-1789

Erica S. Olson
Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Darcy A. Paul
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Jeremy D. Protas
Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Patricia Rocha-Tramaloni
Hoffmann-La Roche Inc.
Law Department
340 Kingsland Street
Nutley, NJ 07110

Katie J.L. Scott
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400

10/1/2007

Cupertino, CA 95014

Richard W. Smith
McDermott, Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, DC 20005

Jeanna Wacker
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Rebecca J. Wais
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Stuart L. Watt
Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Wendy A. Whiteford
Amgen Inc
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

10/1/2007