IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation;
IMMUNEX CORPORATION, a Washington
corporation; AMGEN USA INC., a Delaware
corporation; AMGEN MANUFACTURING,
LIMITED, a Bermuda Corporation, and
IMMUNEX RHODE ISLAND
CORPORATION, a Delaware corporation,

     Plaintiffs/Counterclaim Defendants,

     v.

ARIAD PHARMACEUTICALS, INC., a
Delaware corporation, and THE WHITEHEAD
INSTITUTE FOR BIOMEDICAL RESEARCH,
a Delaware corporation, *et. al.*

     Defendants/Counterclaim Plaintiffs.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 06-259 (MPT)

Public Version
Confidential Material Omitted

## DECLARATION OF MELANIE K. SHARP IN SUPPORT OF THE AMGEN ENTITIES' ANSWERING BRIEF IN OPPOSITION TO ARIAD AND THE INSTITUTIONS' *DAUBERT* MOTION TO PRECLUDE EXPERT TESTIMONY OF THE HONORABLE GERALD J. MOSSINGHOFF AND DR. AARON CIECHANOVER

I, Melanie K. Sharp, hereby declare as follows:

1.    I am a partner at the law firm of Young, Conaway, Stargatt & Taylor LLP in Wilmington, Delaware, counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in connection with The Amgen Entities' Answering Brief In Opposition To ARIAD and the Institutions' *Daubert* Motion To Preclude Expert Testimony Of The Honorable Gerald J. Mossinghoff And Dr. Aaron Ciechanover. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 6,410,516 at col.1, ll.5-17 and col. 30, l. 43-55.

3.    Attached hereto as Exhibit B is a true and correct copy of the following article:

Saito, Y and Kawashima, S, *Enhancement of neurite outgrowth in PC12h cells by a protease inhibitor*, Neuroscience Letters, Vol. 89, at 102-107 (1988).

4.    Attached hereto as Exhibit C is a true and correct copy of the 9/11/2001 Presentation for the Board of Directors at AM-AR 0031400.

5.    Attached hereto as Exhibit D is a true and correct copy of selected pages from the Deposition Transcript of Dr. Thomas Maniatis (110-112; 116-119; 133-134; 223-224).

6.    Attached hereto as Exhibit E is a true and correct copy of selected pages from the Deposition Transcript of Dr. David Baltimore (40; 86).

7.    Attached hereto as Exhibit F is a true and correct copy of the following article:

Palombella VJ, Rando OJ, Goldberg AL, Maniatis T., *The ubiquitin-proteasome pathway is required for processing the NF-kappa B1 precursor protein and the activation of NF-kappa B*, Cell. 1994, 78 Cell 773 (1994).

8.    Attached hereto as Exhibit G is a true and correct copy of the relevant pages of the Deposition Transcript of Dr. Patrick Baeuerle (143; 212-213).

9.    Attached hereto as Exhibit H is a true and correct copy of the following article:

Foehr, et al., *NF-κB signaling promotes both cell survival and neurite process formation in nerve growth factor-stimulated PC12 cells.*, 20 J. of Neuroscience, 7556, 7557 (2000).

10.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.  Executed this 22nd day of May, 2008.

Melanie K. Sharp, Esq. (No. 2501)

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on May 22, 2008, I caused to be electronically filed a true and correct copy of Declaration of Melanie K. Sharp in Support of The Amgen Entities' Answering Brief In Opposition To ARIAD And The Institutions' *Daubert* Motion To Preclude Expert Testimony Of The Honorable Gerald J. Mossinghoff And Dr. Aaron Ciechanover with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

I further certify that on May 22, 2008, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY E-MAIL (by agreement of counsel):

David Greenwald
David R. Marriot
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

_____/s/ Melanie K. Sharp_____
Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801
(302) 571-6681
msharp@ycst.com

# EXHIBIT A

US006410516B1

(12) **United States Patent**
Baltimore et al.

(10) Patent No.: **US 6,410,516 B1**
(45) Date of Patent: **Jun. 25, 2002**

(54) **NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL REGULATION**

(75) Inventors: **David Baltimore**, New York, NY (US); **Ranjan Sen**, Cambridge; **Phillip A. Sharp**, Newton, both of MA (US); **Harinder Singh**, Chicago, IL (US); **Louis Staudt**, Silver Springs, MD (US); **Jonathan H. Lebowitz**, Zionsville, IN (US); **Albert S. Baldwin, Jr.**, Chapel Hill, NC (US); **Roger G. Clerc**, Binningen (CH); **Lynn M. Corcoran**, Port Melbourne (AU); **Patrick A. Baeuerle**, Eichenau (DE); **Michael J. Lenardo**, Potomac, MD (US); **Chen-Ming Fan**, San Francisco; **Thomas P. Maniatis**, Belmont, both of MA (US)

(73) Assignees: **President & Fellows of Harvard College; Massachusetts Institute of Technology; Whitehead Instittue for Biomedical Research**, all of Cambridge, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/464,364**

(22) Filed: **Jun. 5, 1995**

**Related U.S. Application Data**

(60) Division of application No. 08/418,266, filed on Apr. 6, 1995, now Pat. No. 5,804,374, which is a continuation of application No. 07/791,898, filed on Nov. 13, 1991, now abandoned, which is a continuation-in-part of application No. 06/946,365, filed on Dec. 24, 1986, now abandoned, application No. 08/418,266, which is a continuation-in-part of application No. 07/341,436, filed on Apr. 21, 1989, now abandoned, and a continuation-in-part of application No. 07/318,901, filed on Mar. 3, 1989, now abandoned, and a continuation-in-part of application No. 07/280,173, filed on Dec. 5, 1988, now abandoned, and a continuation-in-part of application No. 07/162,680, filed on Mar. 1, 1988, now abandoned, and a continuation-in-part of application No. 07/155,207, filed on Feb. 12, 1988, now abandoned, and a continuation-in-part of application No. 06/817,441, filed on Jan. 9, 1986, now abandoned.

(51) **Int. Cl.**[7] .................. **A61K 31/711**; C12N 5/10; C12N 15/10

(52) **U.S. Cl.** ............. **514/44**; 435/6; 435/455; 435/325; 435/366; 435/370; 435/372; 435/372.2; 435/372.3

(58) **Field of Search** .............. 435/6, 172.3, 455, 435/325, 366, 370, 372, 372.2, 372.3; 514/2, 44; 935/34, 36

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

WO          87/04170          7/1987

OTHER PUBLICATIONS

Gosh, S. and Baltimore, D., "Activation in vitro of NF–kB by phosphorylation of its inhibitor IkB," Nature, 344(6267): 678–682 (1990).

Zabel, U. and Baeurle, P., "Purified Human IkB Can Rapidly Dissociate the Complex of the NF kB Transcription Factor with it Cognate DNA," Cell, 61:255–265 (1990).

Haskill, S., et al., "Characterization of an Immediate–Early Gene Induced in Adherent Monocytes That Encodes IkB–like Activity," Cell, 65:1281–1289 (1991).

Baldwin, Jr., A.S., and Sharp, P.A., "Two transcription factors, NF–kB and H2TF1, interact with a single regulatory sequence in the class I major histocompatability complex promotor," Proc. Natl. Acad. Sci, USA, 85:723–727 (1988).

Böhnlein, E.,, et al., "The Same Inducible Nuclear Proteins Regulates Mitogen Activation of Both the Interleukin–2 Receptor–Alpha Gene and Type 1 HIV," Cell, 53:827–836 (1988).

Leung, K. and Nable, G.J., "HTLV–1 transactivator induces interleukin–2 receptor expression through an NF–kB–like factor," Nature, 333:776–778 (1988).

Ruben, S., et al., "Cellular Transcription Factors and Regulation of IL–2 Receptor Gene Expression by HTLV–1 tax Gene Product," Science, 241:89–92 (1988).

Lenardo, J.J., et al., "NF–kB protein purification from bovine spleen: Nucleotide stimulation and binding site specificity," Prod. Natl. Acad. Sci. USA, 85:8825–8829 (1988).

Wirth, T. and Baltimore, D., "Nuclear factor NF–kB can interact functionally with its cognate binding site to provide lymphoid–specific promotor function," The EMBO Journal, 7 (10):3109–3113 (1988).

Nelsen, B., et al., "The NF–kB–Binding Site Mediates Phorbol Ester–Inducible Transcription in Nonlymphoid Cells," Mol. & Cell Biol., 8:3526–3531 (1988).

Ballard, D.W., et al., "HTLV–1 Tax Induces Cellular Proteins That Activate the kB Element in the IL–2 Receptor a Gene," Science, 241:1652–1657 (1988).

Blanar, M.A., et al., "Nf–kB Binds within a Region Required for B–Cell–Specific Expression of the Major Histocompatibility Complex Class II Gene Ead," Mol. & Cell. Biol., 9 (2):844–846.

Karin, M., et al., "Activation of a Heterologous Promoter in Response to Dexamethasone and Cadmium by Metallothionein Gene 5'Flanking DNA," Cell, 36:371–379 (1984).

(List continued on next page.)

*Primary Examiner*—David Guzo
(74) *Attorney, Agent, or Firm*—David L. Berstein; Matthew P. Vincent; Ropes & Gray

(57) **ABSTRACT**

Constitutive and tissue-specific protein factors which bind to transcriptional regulatory elements of Ig genes (promoter and enhancer) are described. The factors were identified and isolated by an improved assay for protein-DNA binding. Genes encoding factors which positively regulate transcription can be isolated and employed to enhance transription of Ig genes. In particular, NF-kB, the gene encoding NF-kB, IkB and the gene encoding IkB and uses therefor.

**203 Claims, 58 Drawing Sheets**

US 6,410,516 B1

1

# NUCLEAR FACTORS ASSOCIATED WITH TRANSCRIPTIONAL REGULATION

## Related Applications

This application is a division of application Ser. No. 08/418,266 filed Apr. 6, 1995, U.S. Pat. No. 5,804,374 which is a continuation of U.S. Ser. No. 07/791,898, filed Nov. 13, 1991, abandoned which is a continuation-in-part of U.S. Ser. No. 06/946,365, filed Dec. 24, 1986, abandoned and of U.S. Ser. No. 07/318,901, filed Mar. 3, 1989, abandoned and of U.S. Ser. No. 07/162,680, filed Mar. 1, 1988, abandoned and of U.S. Ser. No. 07/341,436, filed Apr. 21, 1989, abandoned and of U.S. Ser. No. 06/817,441, filed Jan. 9, 1986, abandoned and of U.S. Ser. No. 07/155,207, filed Feb. 12, 1988, abandoned and of U.S. Ser. No. 07/280,173, filed Dec. 5, 1988, abandoned. All of the above applications are incorporated herein by reference in their entirety.

## GOVERNMENT SUPPORT

The work leading to this invention was supported in part by a grant from the National Cancer Institute. The Government has certain rights in this invention.

## BACKGROUND OF THE INVENTION

Trans-acting factors that mediate B cell specific transcription of immunoglobulin (Ig) genes have been postulated based on an analysis of the expression of exogenously introduced Ig gene recombinants in lymphoid and non-lymphoid cells. Two B cell-specific, cis-acting transcriptional regulatory elements have been identified. One element is located in the intron between the variable and constant regions of both heavy and kappa light chain genes and acts as a transcriptional enhancer. The second element is found upstream of both heavy chain and kappa light chain gene promoters. This element directs lymphoid-specific transcription even in the presence of viral enhancers.

Mouse and human light chain promoters contain the octamer sequence ATTTGCAT approximately 70 base pairs upstream from the site of initiation. Heavy chain gene promoters contain the identical sequence in inverted orientation, ATGCAAAT, at the same position. This element appears to be required for the efficient utilization of Ig promoters in B cells. The high degree of sequence and positional conservation of this element as well as its apparent functional requirement suggests its interaction with a sequence-specific transcription factor but no such factor has been identified.

## DISCLOSURE OF THE INVENTION

This invention pertains to human lymphoid-cell nuclear factors which bind to gene elements associated with regulation of the transcription of Ig genes and to methods for identification and for isolation of such factors. The factors are involved in the regulation of transcription of Ig genes. The invention also pertains to the nucleic acid encoding the regulatory factors, to methods of cloning factor-encoding genes and to methods of altering transcription of Ig genes in lymphoid cells or lymphoid derived cells, such as hybridoma cells, by transfecting or infecting cells with nucleic acid encoding the factors.

Four different factors which bind to transcriptional regulatory DNA elements of Ig genes were identified and isolated in nuclear extracts of lymphoid cells. Two of the factors, IgNF-A and E, are constitutive; two IgNF-B and κ-3 (hereinafter NF-κB) are lymphoid cell specific. Each factor is described below.

2

### IgNF-A (NF-A1)

IgNF-A binds to DNA sequences in the upstream regions of both the murine heavy and kappa light chain gene promoters and also to the murine heavy chain gene enhancer. The binding is sequence specific and is probably mediated by a highly conserved sequence motif, ATTTGCAT, present in all three transcriptional elements. A factor with binding specificity similar to IgNF-A is also present in human HeLa cells indicating that IgNF-A may not be tissue specific.

### E Factors

The E factors are expressed in all cell types and bind to the light and heavy chain enhancers.

### IgNF-B (NF-A2)

IgNF-B exhibits the same sequence-specificity as IgNF-A; it binds to upstream regions of murine heavy and kappa light chain gene promoters and to murine heavy chain gene enhancer. This factor, however, is lymphoid specific; it is restricted to B and T cells.

### NF-κB (Previously Kappa-3)

NF-κB binds exclusively to the kappa light chain gene enhancer (the sequence TGGGGATTCCCA). Initial work provided evidence that NF-κB is specific to B-lymphocytes (B-cells) and also to be B-cell stage specific. NF-kB was originally defected because it stimulates transcription of genes encoding kappa immunoglobulins in B lymphocytes. As described herein, it has subsequently been shown that transcription factor NF-kB, previously thought to be limited in its cellular distribution, is, in fact, present and inducible in many, if not all, cell types and that it acts as an intracellular messenger capable of playing a broad role in gene regulation as a mediator of inducible signal transduction. It has now been demonstrated that NF-kB has a central role in regulation of intercellular signals in many cell types. For example, NF-kB has not been shown to positively regulate the human β-interferon (β-IFN) gene in many, if not all, cell types. As described below, it is now clear not only that NF-kB is not tissue specific in nature, but also that in the wide number of types of cells in which it is present, it serves the important function of acting as an intracellular transducer of external influences. NF-kB has been shown to interact with a virus inducible element, called PRDII, in the β-IFN gene and to be highly induced by virus infection or treatment of cells with double-stranded RNA. In addition, NF-kB controls expression of the human immunodeficiency virus (HIV).

As further described, it has been shown that a precursor of NF-KB is present in a variety of cells, that the NF-KB precursor in cytosolic fractions is inhibited in its DNA binding activity and that inhibition can be removed by appropriate stimulation, which also results in translocation of NF-KB to the nucleus. A protein inhibitor of NF-KB, designated IkB, has been shown to be present in the cytosol and to convert NF-KB into an inactive form in a reversible, saturable and specific reaction. Release of active NF-kB from the IkB-NF-kB complex has been shown to result from stimulation of cells by a variety of agents, such as bacterial lipopolysaccharide, extracellular polypeptides and chemical agents, such as phorbel esters, which stimulate intracellular phosphokinases. IkB and NF-KB appear to be present in a stoichiometric complex and dissociation of the two complex components results in two events: activation (appearance of NF-KB binding activity) and translocation of NF-KB to the nucleus.

### Identification and Isolation of the Transcriptional Regulatory Factors

The transcription regulatory factors of the present invention were identified and isolated by means of a modified

US 6,410,516 B1

29

NF-kB inactivated after 20 minutes of incubation was not increased after 60 minutes (FIG. 36B). These kinetics were probably not the result of a rapid decay of a catalytically active inhibitor because the fractions were incubated prior to the reaction. The data are consistent with rapid formation of an inactive complex by addition of IkB to NF-kB. The fraction containing IkB does not appear to catalytically or covalently inactivate NF-kB: neither the reversibility nor the kinetics support such a model.

IkB was tested for its influence on the DNA binding activity of other defined nuclear factors (FIG. 13A). These factors were contained in nuclear extracts that had essentially no active NF-kB, which otherwise could have inactivated IkB by complex formation. The DNA binding activity of H2TF1, a transcription factor thought to be related to NF-kB, was not affected by the inhibitor fraction. Baeuerle, P. A. et al., unpublished observation. Ubiquituous and lymphoid-specific octamer-binding proteins (OCTA) (Sive, H. L. and R. G. Roeder, *Proc. Natl. Acad. Sci. USA*, 83:6382 (1986) and Staudt, L. M. et al., *Nature*, 323:640 (1986)) were unaffected in their DNA binding activities, as were two E-box binding factor, NF-$\mu$E1 (Weinberger, J. et al., *Nature*, 322:846 (1986)) and NF-kE2 (Lenardo, M. et al., *Science*, 236:1573 (1987)), interacting with $\mu$ heavy chain and k light chain enhancers, respectively. AP-1, another TPA-inducible transcription factor (Lee, W. et al., *Cell*, 49:741 (1987); Angel, P. et al., *Cell*, 49:729 (1987)), also showed equal complex formation after incubation in the presence and absence of the inhibitor fraction. Furthermore, none of the undefined DNA binding activities seen in the EMSA showed any inactivation by IkB. These results show that IkB is a specific inhibitor of the DNA binding activity of NF-kB.

In vivo activated NF-kB is responsive to IkB. IkB prepared from the mouse pre-B cell line 70Z/3 was tested for inactivation of NF-kB contained in nuclear extracts from other cell lines. Human NF-kB contained in nuclear extracts from TPA-stimulated HeLa cells and H-9 T-lymphoma cells was efficiently inactivated (FIG. 37B). When excess amounts of the various NF-kB activities were used in the inhibitor assay, the extent of reduction of NF-kB activities by a fixed amount of IkB was very similar, as quantified by liquid scintillation counting. NF-kB from nuclear extracts of TPA-stimulated Madin-Darby bovine kidney (MDBK) cells was also inactivated suggesting that the control of NF-kB activity by IkB is conserved among different mammalian species.

NF-kB is constitutively active in cell lines derived from mature B cells. Sen, R. and D. Baltimore, *Cell*, 46:705 (1986). Nuclear extracts from the mouse B cell line WEHI 231 were tested in the inhibitor assay to examine whether NF-kB has undergone a modification in those cell lines that prevented its inactivation by IkB. NF-kB from B cells was as efficiently inactivated as NF-kB from pre-B cells (FIG. 37B), suggesting that NF-kB is not stably modified in B cells (or in other cells after TPA stimulation) in such a way that it cannot respond to inactivation by IkB.

The NF-kB—IkB complex is present in enucleated cells. The NF-kB—IkB complex shows a cytosolic localization on subcellular fractionation (FIG. 38A). This procedure may, however, cause artifacts. Hypotonic lysis of cells may result in partitioning of nuclear proteins into the cytosol, especially, when they are not tightly associated with nuclear components. Li, J. J. and T. J. Kelly, *Proc. Natl. Acad. Sci, USA*, 81:6973 (1984). Detection of the complex of IkB and NF-kB in enucleated cells was attempted. Enucleation is performed with living cells at 37° C. and should therefore not interfere with active nuclear import of proteins, which is

30

ATP-dependent and blocked at low temperature. Prescott, D. M. and J. B. Kirkpatrick, In: *Methods Cell Biol.*, D. M. Prescott, ed. (Academic Press, New York, 1973), p. 189; Newmeyer, D. D. and D. J. Forbes, *Cell*, 52:641 (1987); Richardson, W. D. et al., *Cell*, 52:655 (1988).

Using cytochalasin B-treated HeLa cells, an enucleation efficiency of about 90% was obtained (FIG. 38A). Enucleated and cytochalasin B-treated complete cells were incubated in the absence and presence of TPA, solubilized by detergent and proteins were extracted with high salt. Because of the small number of cells analyzed, this procedure is different from the standard one. Total cell extracts were analyzed for NF-kB specific DNA binding activity by EMSA (FIG. 38B). In both enucleated and complete cells, similar amounts of NF-kB activity were found after TPA stimulation (FIG. 38B, lanes 1 to 4). The activity was specific for NF-kB because it was not observed with a mutant k enhancer fragment. Lenardo, M. et al., *Science,* 236:1573 (1987); These results suggest that TPA-inducible NF-kB in HeLa cells is predominantly cytoplasmic because it was still present in enucleated cells. The NF-kB activity seen under control conditions (FIG. 38B, lanes 1 and 3) was most likely activated by the lysis conditions used because it was also observed in extracts from HeLa cells that were not treated with cytochalasin B, but not in fractions obtained after hypotonic lysis. Baeuerle, P. A. and D. Baltimore, *Cell*, 53:211 (1988). It was still evident, however, that TPA could activate NF-kB in enucleated cells (FIG. 38B, lanes 3 and 4).

After treatment with DOC, total extracts from complete and enucleated control cells showed about a 2-fold increase in the amount of NF-kB activity (FIG. 38B, compare lanes 1 and 3 with 5 and 7). The demonstration of DOC-activatable NF-kB in enucleated cells, as well as the presence of similar amounts of total NF-kB in enucleated and complete cells (FIG. 38B, compare lanes 5 to 8), shows that a substantial amount of the total cellular NF-kB—IkB complex was cytoplasmic. In contrast to NF-kB, most of the DNA binding activity of AP-1, a bona fide nuclear protein, was apparently lost by enucleation of cells (FIG. 38B, lanes 9 to 12). Lee, W. et al., *Cell*, 49:741 (1987); Angel, P. et al., *Cell*, 49:729 (1987).

Mechanism of NF-kB Activation

Thus, it has been shown that the NF-kB nuclear transcription factor exists in unstimulated pre-B cells in a cytoplasmic complex with a specific inhibitory protein, IkB. In this complex, NF-kB does not exhibit DNA binding activity in EMSA and partitions upon subcellular fractionation into the cytosol. The complex is apparently a heterodimer consisting of about a 60 kD NF-kB molecule and a 60 to 70 kD IkB molecule. Upon TPA stimulation of cells, or after treatment with dissociating agents in vitro, the NF-kB—IkB complex dissociates. This releases NF-kB, which appears now to form a homodimer and can translocate into the nucleus. Whether dimerization is required for activation of NF-kB is not known.

The inhibitory effect of IkB on the DNA binding activity and nuclear localization properties of NF-kB appears to arise from a simple physical affinity of the two proteins. The complex freely dissociates and the components readily associate under in vitro conditions. Even in vivo, dissociation by short-term TPA treatment and reassociation after long-term TPA treatment is evident. The latter presumably results from the degradation of protein kinase C after TPA activation and implies that NF-kB can move back to the cytoplasm after being active in the nucleus.

The effect of TPA appears to involve an alteration of IkB, but not of NF-kB. After TPA stimulation, no active IkB was

# EXHIBIT B

102

*Neuroscience Letters*, 89 (1988) 102 107
Elsevier Scientific Publishers Ireland Ltd

NSL 05355

# Enhancement of neurite outgrowth in PC12h cells by a protease inhibitor

Yumiko Saito and Seiichi Kawashima

*Department of Biochemistry, Tokyo Metropolitan Institute of Gerontology Tokyo (Japan)*

(Received 14 December 1987, Revised version received 17 February 1988 Accepted 24 February 1988)

*Key words*    Protease inhibitor  Neurite outgrowth, PC12h cell, Nerve growth factor, Synthetic tripeptide, Differentiation, In vitro

Specific protease–protease inhibitor interactions have been suggested to play a role in the regulation of neurite outgrowth  We have examined the influence of exogenously added specific protease inhibitors on neurite outgrowth in PC12h cell in serum-free defined medium  Of 14 protease inhibitor species examined only a leupeptin analogue, Ac-Leu-Leu-Nle-al was stimulatory for neurite outgrowth in the presence of nerve growth factor  Leupeptin and soybean trypsin inhibitor which had been reported to induce neurite outgrowth from sensory ganglia and neuroblastoma cells had no effect  These results suggest that an endogenous protease of a new type is involved in restricting neurite outgrowth in PC12h cell

In the developing nervous system, neurons grow their neurites at their proper specific position after proliferation and migration  Recently, a number of investigators reported that the relationship between protease and protease inhibitor is likely to be important for neuronal migration and neurite outgrowth  It was shown that neural cells from peripheral and central nervous system produce a serine protease plasminogen activator [1, 8, 9, 11, 14] and this protease activity is concentrated in growth cones [7]  Pittman [12] described that both the plasminogen activator and a metalloprotease were released from sympathetic and sensory neurons  Furthermore, the target tissue of sympathetic neurons (heart cells) releases an inhibitor of the plasminogen activator, which induces neurite outgrowth from sympathetic neurons [13]  The addition of soybean trypsin inhibitor to cultures of sensory ganglia and neuroblastoma cells was shown to stimulate neurite outgrowth, and added thrombin inhibited neurite outgrowth [6, 10]  Recently a potent serine protease inhibitor against plasminogen activator was purified from C6 glioma conditioned medium, which increases process outgrowth of neuroblastoma cells [3]  These results suggest that a plasminogen activator or thrombin-like serine protease restricts neurite outgrowth in neuronal cells

*Correspondence*  Y  Saito, Department of Biochemistry, Tokyo Metropolitan Institute of Gerontology 35-2 Sakae-cho, Itabashi-ku, Tokyo 173, Japan

0304-3940/88/$ 03 50 © 1988 Elsevier Scientific Publishers Ireland Ltd

Exhibit

666

Pengo Printers NYC #666

103

PC12 cells, neoplastic neuronal cells which were cloned from rat pheochromocy-
toma, have surface receptors for nerve growth factor (NGF) [2] They are converted
from replicating chromaffin-like cells to non-replicating sympathetic neuron-like cells
with long neurites by the overall effect of NGF This characteristic conversion can
be a good model for a better understanding of the molecular events underlying NGF-
induced neuronal differentiation [4] But there has been no report which shows that
a specific protease group plays a role in NGF-induced neurite outgrowth in the
PC12h cell As a first step to elucidate the possible involvement of protease in the
PC12h cell, we examined the effect of exogenously added specific protease inhibitors
on neurite outgrowth

Unexpectedly the results showed that the outgrowth is not affected by soybean
trypsin inhibitor and leupeptin but a leupeptin analogue, Ac-Leu-Leu-Nle-al (ALL-
Nal) amplifies neurite length It is plausible to assume that ALLNal promotes neurite
elongation by inhibiting a highly specific protease of a new type in the PC12h cell

Diisofluorophosphate (DFP), soybean trypsin inhibitor (STI), and hirudin were
obtained from Sigma Chymostatin, pepstatin A, and leupeptin were from the Pep-
tide Institute (Osaka, Japan) Aprotinin was from Boehringer-Mannheim E64c and
E64d were kind gifts from Taisho Pharmaceutical Co (Omiya, Japan) N-Tosyl-L-
phenylalanyl-chloromethyl-ketone (TPCK), N-ethyl-maleimide (NEM), N-(1-Pyre-
nyl)maleimide (NPM), and leupeptin analogues, ALLNal and Ac-Leu-Leu-Met-al
(ALLMal) (commercial name calpain inhibitor 1 and 2, respectively) were from
Nakarai Chemicals (Kyoto, Japan) These analogues are not specific to calcium de-
pendent neutral protease and might inhibit some other proteases

TABLE I

PROTEASE INHIBITORS IN THE NEURITE OUTGROWTH EXPERIMENT ON PC12h CELLS

| Inhibitor | Concentration ($\mu$M) |
|---|---|
| DFP | 2 5– 50 |
| STI | 1 – 5 |
| TPCK | 1 – 10 |
| Aprotinin | 1 – 10[a] |
| Hirudin | 1 – 20[b] |
| Chymostatin | 10 –100 |
| Pepstatin A | 1 – 10 |
| NEM | 1 – 10 |
| NPM | 1 – 10 |
| E64c | 15 –150 |
| E64d | 15 –150 |
| Leupeptin (Ac-Leu-Leu-Arg-al) | 1 – 75 |
| ALLNal | 0 6– 3 |
| ALLMal | 0 6– 3 |

[a] $\mu$g/ml
[b] ng/ml

104

PC12 cells, clone h, were obtained from Dr H Hatanaka [5], Mitsubishi-Kasei Institute of Life Sciences, Tokyo, and grown in plastic flasks (Terumo) in Dulbecco's modified Eagle's medium (DMEM) supplemented with 5% newborn calf serum and 5% heat-inactivated horse serum The cells were maintained at 37°C in a humidified 90% air/10% $CO_2$ atmosphere

For the neurite extension assays, the PC12 cells were washed and plated at $2 \times 10^4$ cells/$cm^2$ in serum-free base medium (Ham's F12/DMEM, 1 1) plus human transferrin (5 $\mu$g/ml), porcine insulin (5 $\mu$g/ml), progesterone (20 nM), and sodium selenate (30 nM), (TIP/DF medium) onto Lux plates Culture plates were coated with 0 2 mg/ml calf skin collagen (Calbiochem) The collagen solution was spread as a film over the dish and allowed to dry at room temperature under ultraviolet irradiation When most cells attached, the cells were fed with various inhibitors and/or 40 ng/ml NGF (Takara) After 48 h in culture, cells were fixed with 2% glutaraldehyde in phosphate-buffered saline and the number of cells with neurites longer than 35 $\mu$m were scored under phase-contrast microscopy

In the absence of NGF, we sometimes observed that a few cells were induced to extend neurites only by ALLNal, the location of which was limited to a corner of the plate These neurite bearing cells were less than 2% of total cells In contrast, in the presence of NGF or NGF plus ALLNal, the neurite bearing cells were recognized at every area of the plate and the neurite bearing cells were about 80% of total cells Therefore, we neglected the effect of ALLNal alone on neurite outgrowth in this paper

After treatment with various inhibitors and NGF, the PC12 cell populations showed a distribution pattern along various neurite lengths To normalize this distribution pattern, the percent of cells with $L \sim L + 14$ $\mu$m neurites is calculated as follows

$$\%[L \sim L + 14 \ \mu m] = \frac{\text{cell no with neurite of } L \sim L + 14 \ \mu m}{\text{total no with neurite} \geq 35 \ \mu m} \times 100$$

We call this normalized distribution pattern the neurite length distribution pattern All experiments were performed at least twice with similar results Neurite length distribution patterns were analyzed for significance by Wilcoxon's rank-sum test

Inhibitors specific for serine-,cysteine- and carboxyl-protease were tested at concentrations known to elicit their full inhibitory effect on their respective proteases in vitro (Table I), but only the leupeptin analogue, ALLNal, efficiently induced neurite outgrowth at low concentrations in the presence of NGF Leupeptin (Ac-Leu-Leu-Arg-al) and another leupeptin analogue, ALLMal, in which the third amino acid residues are replaced by arginine and methionine, respectively, failed to produce any acceleration Fig 1 shows micrographs of PC12h cells treated with NGF only, and those treated with NGF in the presence of ALLNal NGF combined with ALLNal produced a morphological change far greater than NGF alone, although ALLNal alone had little effect as mentioned above During combined treatment for 48 h, neurites grew to lengths which were normally seen only after exposure to NGF for 72–90

105



Fig 1 Phase contrast photomicrograph of PC12h cells grown for 48 h in serum-free medium on collagen-coated tissue culture dishes A 40 ng/ml NGF B 1 μM ALLNal plus 40 ng/ml NGF Note the elaborate neurite outgrowth in B Bar = 35 μm



Fig 2 Neurite length distribution patterns which show the effects of some specific protease inhibitors on neurite outgrowth in PC12h cells in the presence of NGF Bioassays were performed by determining the percent of various neurite lengths longer than 35 μm Cells were scored after 48 h in culture Each value represents the mean of 3 determinations S E M values are omitted for clarity, but in all cases were less than 10% of the mean

106

h This potentiation is dose-dependent at low concentrations, but the agent had a cytotoxic effect against PC12h cells at concentrations higher than 2 $\mu$M

As shown in a quantitative assay of neurite outgrowth induced by several protease inhibitors (Fig 2), the neurite length distribution patterns caused by ALLNal were significantly different from those by other inhibitors ($\alpha$, $P < 0.01$) and only ALLNal effectively increased neurite outgrowth in the presence of NGF

For time course experiments, we changed the culture medium every other day and followed the neurite outgrowth by inverted phase contrast microscopy (Fig 3) ALL-Nal led to a significantly increased outgrowth at each time compared to control ($\alpha$, $P < 0.01$) After 24 h in cultures fed with NGF, $20 \pm 0.94\%$ (mean $\pm$ S E M) of total cells had a neurite longer than 35 $\mu$m In contrast, with addition of ALLNal and NGF, $38 \pm 0.96\%$ of total cells had neurites longer than 35 $\mu$m, and this mean value is significantly different compared to control ($P < 0.05$) by Student's $t$-test These ntifications reveal that the ability of ALLNal to accelerate neurite outgrowth has ady been expressed at an early phase of neurite extension

One of the candidates for the target enzyme is calcium-activated neutral protease However, the results are inconsistent because other cysteine protease inhibitors



Fig 3 Time course of neurite outgrowth by ALLNal in the presence of NGF ■, 40 ng/ml NGF, ○ 1 $\mu$M ALLNal plus 40 ng/ml NGF Note that the effect of neurite outgrowth by ALLNal is more pronounced at 24 h to 72 h Each value represents the mean of 3 determinations S E M values are omitted for clarity, but in all cases were less than 10% of the mean

(NEM, NPM, E64c, E64d, leupeptin, ALLNal) had no combinational effect with NGF on neurite outgrowth The target enzyme is not the plasminogen activator or thrombin-like serine protease, because neither a highly specific inhibitor for thrombin (hirudin) nor typical serine protease inhibitors (STI, DFP) could efficiently promote neurite outgrowth Accordingly, PC12h cells lack or do not express the serine protease group reported previously, and possess a protease of a new type at an early phase of neurite extension This endogenous protease might restrict (1) NGF–NGF receptor binding efficiency, (2) the turnover of specific membraneous proteins needed for neurite outgrowth, (3) the cell adhesions to substratum for neurite outgrowth, and so on ALLNal could promote neurite outgrowth by reducing this excess of proteolytic activity Further work will be necessary to characterize this new type of protease and clarify the regulatory mechanisms for neurite outgrowth in the PC12h cell

We would like to thank Dr H Hatanaka for the gift of and helpful advice on the PC12h cell line and Taisho Pharmaceutical Co , Ltd for providing E64c and E64d We also wish to thank Dr Y Uchida for valuable discussion and Dr M M Dooley for proofreading of this manuscript

1 Alvarez-Buylla, A and Valinsky, J E , Production of plasminogen activator in cultures of superior cervical ganglia and isolated Schwann cells, Proc Natl Acad Sci U S A , 82 (1985) 3519–3623

2 Green, L A and Tischler, A S , Establishment of a noradrenergic clonal line of rat adrenal pheochromocytoma cells which respond to nerve growth factor, Proc Natl Acad Sci U S A , 73 (1976) 2424–2428

3 Guenther, J , Nick, H and Monard, D , A glia-derived neurite promoting factor with protease inhibitory activity, EMBO J , 4 (1985) 1963–1966

4 Guroff, G , PC12 cells as a model of neuronal differentiation In J Bottenstein and G Sato (Eds ), Cell Culture in The Neurosciences, Plenum, New York, 1985, pp 245–272

5 Hatanaka, H , Nerve growth factor-mediated stimulation of tyrosine hydroxylase activity in a clonal rat pheochromocytoma cell line, Brain Res , 222 (1981) 225–233

6 Hawkins, R H and Seeds, N W , Effect of protease and their inhibitors on neurite outgrowth from neonatal mouse sensory ganglia in culture, Brain Res , 398 (1986) 63–70

7 Krystosek, A and Seeds, N W , Plasminogen activator release at the neuronal growth cone, Science, 213 (1981) 1532–1533

8 Krystosek, A and Seeds, N W , Plasminogen activator secretion by granule neurons in cultures of developing cerebellum, Proc Natl Acad Sci U S A , 78 (1981) 7810–7814

9 Krystosek, A and Seeds, N W , Peripheral neurons and Schwann cells secrete plasminogen activator, J Cell Biol , 98 (1984) 773–776

10 Monard, D , Niday, E , Limat, A and Solomon, F , Inhibition of protease activity can lead to neurite extension in neuroblastoma cells, Prog Brain Res , 58 (1983) 359–364

11 Moonen G , Grau-Wagemans, M P and Selak, I , Plasminogen activator-plasmin system and neuronal migration, Nature (Lond ), 298 (1982) 753–755

12 Pittman, R N , Release of plasminogen activator and a calcium-dependent metalloprotease from cultured sympathetic and sensory neurons, Dev Biol , 110 (1985) 91–101

13 Pittman, R N and Patterson, P H , Characterization of an inhibitor of neuronal plasminogen activator released by heart cells, J Neurosci , (1987) 2664–2673

14 Sorec, H and Miskin, R , Plasminogen activator in the developing rat cerebellum biosynthesis and localization in granular neurons, Brain Res , 313 (1983) 149 158

# EXHIBIT C

# REDACTED

# EXHIBIT D

**CERTIFIED COPY**

1                                    Volume:  I
                                     Exhibits:  SEE INDEX
2

3              IN THE UNITED STATES DISTRICT COURT

4                FOR THE DISTRICT OF DELAWARE

5                CIVIL ACTION NO. 06-259-MPT

6

7     - - - - - - - - - - - - - - - - - x
      AMGEN INC., et al.,
8                    Plaintiffs,
                         v.
9     ARIAD PHARMACEUTICALS, INC., et al.
                     Defendants.
10    - - - - - - - - - - - - - - - - - x
      ARIAD PHARMACEUTICALS, INC., et al.
11                   Counterclaim Plaintiffs,
                         v.
12    AMGEN INC., et al.
                     Counterclaim Defendants.
13    - - - - - - - - - - - - - - - - - x

14

15        Videotaped Deposition of Tom Maniatis, Ph.D.

16

17              Wednesday, October 3, 2007

18

19                    9:00 a.m.

20

21    FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
                 55 Cambridge Parkway
22             Cambridge, Massachusetts

23

24

25

1       had been coupled with the ubiquitin proteasome

2       pathway and the role the phosphorylation of

3       S32 and S36 was reported by a number of labs

4       shortly before this.

5    Q.  And that would include your lab, is that

6       right?

7    A.  Yes.

8    Q.  Would that have been listed in what's under

9       note four in the -- sorry, the other paper,

10      the -- I'm sorry, the number, I believe, is --

11      I didn't write it down.

12          MR. GINDLER:   187.

13   Q.  187, the Scherer reference.

14   A.  No, both of these references link the

15      phosphorylation of that with the ubiquitination

16      and proteasome degradation of IkBa.

17          The identification of the serine residues

18      as being important in NF-kB activation was done

19      both by Baeuerle, who was a co-author on this

20      paper; Stephen List; and perhaps one other....

21   Q.  So going back to this Chen paper, which I

22      believe we have as Exhibit 188, this marks

23      the first time that it was, that the

24      phosphorylation of IkBa was

25      coupled to the ubiquitin proteasome; is

110

1              that right?

2      A.     That's right.

3      Q.     So in 1991 was there any understanding at

4              all that there was a relationship between

5              IkB and the ubiquitin proteasome system?

6      A.     No, that was -- I mean, these are the papers

7              that really make that connection and the -- I

8              think the paper that preceded this was the --

9              it should be listed here -- yeah, this was in,

10             in 1994; there's a reference on Page 1597 of

11             that paper.  It's Palombella, et al., with

12             the title of:  The ubiquitin proteasome pathway

13             as required for processing the NF-kB precursor

14             protein in the activation of NF-kB, and that

15             was the first time that that connection would

16             have been made between the phosphorylation

17             and ubiquitin proteasome degradation, and

18             that was demonstrated for both precursor

19             NF-kB and IkBa; and the later two papers

20             you're referring to, including the Chen paper,

21             are the in vitro experiments, biochemical

22             experiments, that demonstrate that link.

23     Q.     So does an understanding of the relationship

24             between the degradation of the NF-kB precursor

25             and IkBa differ from the understanding that

111

1        you and your co-inventors had in 1991 as to

2        how NF-kB and IkB were regulated?

3            MR. GINDLER:  Hang on.  Objection to

4        the form of the question; objection:  it

5        calls for speculation and calls for expert

6        testimony.

7    A.  The mechanistic details of the pathway were

8        not known in 1991.

9    Q.  What do you mean by "the mechanistic details"?

10           MR. GINDLER:  Same objections.

11   A.  That there was a phosphorylation-dependent

12       association of IkBa with a ubiquitin ligase

13       that ultimately led to IkBa degradation.

14       I believe that it was known that

15       signals that activate NF-kB lead to its

16       dissociation from IkB and its nuclear

17       translocation, but the means by which that

18       occurred was not understood.

19   Q.  So when you're using the word "dissociation"

20       as you've just stated it, you're encompassing

21       within that selected degradation by ubiquitin?

22           MR. GINDLER:  Same objections.

23   A.  That's the consequence that the IkBa

24       dissociates because as it's degraded it can

25       no longer bind to NF-kB.

112

1           any better way of identifying it; I guess

2           I could point to it.

3               Actually, let's go up further.  "Although,

4           all of these characteristics," that's 7 lines

5           down?

6               MR. GINDLER:  I'm not sure where you're

7           reading.

8       A.  Where?

9       Q.  I'm sorry, Page 396, left column, 7 lines

10          down which begins with:  "Although"?

11              MR. GINDLER:  Okay.

12      A.  Yes.

13      Q.  Could you read that full sentence for me?

14      A.  "Although, all of these characteristics are

15          shared by an ATP-dependent proteasome complex

16          of the ubiquitin medium degradation pathway,

17          additional studies will be required to

18          determine whether this pathway or another

19          ATP-dependent protease is involved in P-105

20          processing."

21      Q.  So this is the conjecture to which you

22          referred, correct?

23      A.  That's the speculation based on the data

24          presented in this paper.

25      Q.  If you could turn back to Exhibit 189 for me,

1       please, that's the 1994 Palombella paper

2       from Cell.  Just looking at the summary on

3       the left-hand column, could you read that

4       first sentence for me?

5   A.  "We demonstrated an essential role for the

6       proteasome complex and two proteolytic

7       processes required for activation of the

8       transcription factor NF-kB:  the P-105

9       precursor and the P-50 subunit of NF-kB is

10      processed in vivo by ATP-dependent process

11      that requires proteasomes and the ubiquitin

12      conjugation."

13  Q.  That's fine, I didn't mean for you to read

14      the whole thing but thanks.  Going back to

15      just that first sentence:  "We demonstrate an

16      essential role," what was your understanding

17      when you wrote this that the proteasome

18      complex had an essential role?

19          MR. GINDLER:  Objection:  it lacks

20      foundation, calls for expert testimony.

21  A.  What we meant was that these events do not

22      occur; that is to say, processing of P-105

23      and the degradation of IkBa in the presence

24      of known inhibitors of the proteasome.

25  Q.  Let's go to that for a moment, known

117

1       inhibitors of the proteasome; what known

2       inhibitors of the proteasome were used in

3       this paper?

4   A.  The ones that were shown to be the highest

5       specificity were so-called MG proteases.  The

6       one used in the paper was, I think, MG115;

7       and that had been shown by another group to

8       be specific for the proteasome.

9           They're peptide aldehydes and they

10      start with MG101 and go through MG132.

11  Q.  And why were MG101 and MG115 and MG132 chosen

12      for this paper?

13  A.  They're the ones that the company that made

14      them would give us.

15  Q.  And the MG designation on that, that's for

16      Myogenics?

17  A.  Myogenics, yeah.

18  Q.  If you'd turn back to the first page of this

19      document, back to the summary actually on the

20      left-hand column, and actually picking up

21      where you left off, I guess the third

22      sentence beginning:  "The C-terminal," if

23      you could read that for me, please?

24  A.  "The C-terminal region of P-105 is rapidly

25      degraded leaving the N-terminal P-50 domain.

118

1           P-105 processing can be blocked in intact

2           cells with inhibitors of the proteasome or

3           in yeast with proteasome mutants."

4     Q.   Okay.  Is this the first time, to your

5           knowledge, that P-105 processing was blocked

6           in intact cells with inhibitors of the

7           proteasome?

8     A.   I believe so.

9     Q.   The next sentence in the summary, please,

10          "these inhibitors"?

11    A.   "These inhibitors also block the activation

12          of NF-kB and the rapid degradation of IkBa

13          induced by the tumor necrosis factor alpha."

14    Q.   So the inhibitors that are being referred to

15          here that block the NF-kB activation are

16          proteasome inhibitors?

17    A.   Right, it's the MG compounds.

18    Q.   The MG101, 115, and 132?

19    A.   Yes.

20    Q.   If you could go to the second column, smack

21          dab in the middle, there's a point if I could

22          actually point it to you, it says:  "Recent

23          studies," you'll find that about midway?

24    A.   Yes.

25                MR. GINDLER:  I can't find it.

119

1          a legal conclusion and for expert testimony.

2     A.   That there are ways of inhibiting NF-kB

3          activity by targeting specific steps in the

4          signaling pathway.

5     Q.   Was this a step that you understood in 1991

6          to even be a part of the signaling pathway

7          for NF-kB?

8     A.   We knew that there was evidence that

9          phosphorylation was involved, and that

10         dissociation from IkBa is involved, and so

11         that the basic concept of the mechanism was

12         known, but the understanding of the

13         mechanistic details were not; that is, that

14         there are specific serine residues, and

15         they're phosphorylated; and that those are

16         required for ubiquitination, which, in turn,

17         is required for its degradation; degradation

18         of the IkBa.

19    Q.   So none of that was understood as of 1991?

20              MR. GINDLER:  Objection:  it calls for

21         expert testimony.

22    A.   The only thing that was understood was

23         that inducers lead to the dissociation of

24         IkBa and the translocation of

25         NF-kB in the nucleus, and the means by

133

1      which this dissociation from IkBa occurred was

2      not known.

3   Q.  Dr. Maniatis, is it correct that you're

4      considered a founder of Myogenics?

5   A.  It's complicated.  I'm a founder.  What

6      happened was that it was originally founded

7      as Myogenics as a company that whose mission

8      was primarily on muscle breakdown, and that's

9      why it's called Myogenics for muscle; and

10     then in the course of the collaboration with

11     Fred Goldberg, Alfred Goldberg, who was an

12     original founder of Myogenics, in the course

13     of the collaboration with him, the NF-kB

14     discoveries were made, and that led to --

15     and at the time the company wasn't fully

16     funded and founded and financed, so I became

17     a founder; and that company was renamed

18     ProScript.

19  Q.  And that was to reflect the change from?

20  A.  Proteasome transcription is what that stands

21     for rather than Myogenics.

22  Q.  Was it -- originally, it was muscle wasting or

23     what exactly?

24  A.  Muscle wasting, yes.

25  Q.  But at that point we're still focusing on

134

CERTIFIED
COPY

1                              Volume:  II
                               Exhibits:  SEE INDEX

2

3          IN THE UNITED STATES DISTRICT COURT

4             FOR THE DISTRICT OF DELAWARE

5             CIVIL ACTION NO. 06-259-MPT

6
- - - - - - - - - - - - - - - - - x
7   AMGEN INC., et al.,

8               Plaintiffs,

9               v.

10  ARIAD PHARMACEUTICALS, INC., et al.

11              Defendants.

12  - - - - - - - - - - - - - - - - - x

13  ARIAD PHARMACEUTICALS, INC., et al.

14              Counterclaim Plaintiffs,

15              v.

16  AMGEN INC., et al.

17              Counterclaim Defendants.

18  - - - - - - - - - - - - - - - - - x

19

20          Continued Videotaped Deposition of

21              Tom Maniatis, Ph.D.

22          Thursday, October 4, 2007

23                  9:00 a.m.

24  FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
                    55 Cambridge Parkway
25              Cambridge, Massachusetts

1   A.   Well, I signed a confidentiality agreement

2        with ProScript and the timing of the

3        development of their drug and the details

4        of that sort, I believe, I covered by the

5        confidentiality agreement and that was

6        passed through to Millennium.

7   Q.   Did you produce a copy of the Millennium

8        confidentiality agreement to us?

9   A.   I did not sign a confidentiality agreement

10       with Millennium, I signed one with ProScript.

11  Q.   Did you produce a copy of the ProScript

12       confidentiality agreement to us?

13  A.   I was not asked for one.

14  Q.   Would proteasome -- withdrawn.

15            Are proteasome inhibitors considered to

16       be regulators of the ubiquitin proteasome

17       system?

18            MS. ROSENBLATT:  Objection:  it calls for

19       a legal conclusion.

20  A.   They are specifically inhibitors of the

21       proteasome, but because the substrates for the

22       proteasome have to be ubiquitinated, and the

23       pathway that involves ubiquitination and

24       proteology is called the ubiquitin proteasome

25       pathway, and I believe you would conclude

223

1     that it is an inhibitor of the -- proteasome

2     inhibitor inhibits the ubiquitin proteasome

3     pathway.

4   Q.  So to the extent that proteasome inhibitors

5     reduce NF-kB activity, they do it by inhibiting

6     a pathway that regulates the NF-kB pathway; is

7     that right?

8         MS. ROSENBLATT:  Objection, it calls for

9     expert testimony.

10  Q.  I guess that's a little confusing I guess I'm

11    trying to understand what's the interplay

12    between the -- is the ubiquitin proteasome

13    pathway considered to be a regulator of the

14    NF-kB pathway?

15        MS. ROSENBLATT:  Objection to form of

16    the question.

17  Q.  Is that an accurate way to describe it?

18        MS. ROSENBLATT:  Objection to the form of

19    the question, it calls for expert testimony.

20  A.  It is a component of the signaling pathway

21    required to activate NF-kB.

22  Q.  Now, isn't the proteasome -- the ubiquitin

23    proteasome pathway also considered to be

24    involved in things, degraded processes in

25    addition to NF-kB?

224

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

CIVIL ACTION NO. 06-259-(MPT)

AMGEN, INC., a Delaware corporation; )
IMMUNEX CORPORATION, a Washington )
corporation; AMGEN USA INC., a )
Delaware corporation; AMGEN )
MANUFACTURING, LIMITED, a Bermuda )
corporation; and IMMUNEX RHODE )
ISLAND CORPORATION, a Delaware )
corporation, )
                                        )
          Plaintiffs, )
                                        )
    vs. )
                                        )
ARIAD PHARMACEUTICALS, INC., )
a Delaware corporation, )
                                        )
          Defendants. )
_____)

DEPOSITION OF

DAVID BALTIMORE

TAKEN ON WEDNESDAY, SEPTEMBER 26, 2007

Reported by:

Daryl Baucum, RPR, CRR, CBC, CSR No. 10356

08:43:22  1    there are looks like six boxes.

08:43:25  2            What are you intending to show there?

08:43:28  3    A.    Those are the outputs from the module.

08:43:48  4    Q.    Is it correct that something that affects one

08:43:52  5    of the processes within the IKK-IkB-NF-kB-signaling

08:43:57  6    module alters NF-kB activity?

08:44:04  7    A.    Could I have that one again, please.

08:44:06  8    Q.    Sure.

08:44:06  9            Is it correct -- you know what I will do, I

08:44:08  10   will just simplifying the signaling module because --

08:44:11  11   A.    Okay.   That's fine.   Yes.

08:44:12  12   Q.    Is it correct that something that affects one

08:44:13  13   of the processes within the signaling module alters

08:44:17  14   NF-kB activity?

08:44:20  15   A.    Yes, it is true that an effect on the IKK

08:44:27  16   complex leads to a change in the cellular levels of

08:44:32  17   NF-kB.

08:44:33  18   Q.    And something that affected the proteasome

08:44:36  19   would lead to a change in NF-kB activity, correct?

08:44:40  20   A.    Yes, an inhibitor of the proteasome will

08:44:44  21   inhibit the ability of any of these things to activate

08:44:48  22   NF-kB.

08:45:06  23   Q.    Could you turn to page 183 of Plaintiffs'

08:45:10  24   Exhibit 170?

08:45:17  25   A.    Yes.

40

10:28:19    1    how protein kinase C works.  It presumably works at a

10:28:23    2    more upstream position of a signal transduction pathway.

10:28:30    3        Q.    In some cascade that leads to activation of

10:28:33    4    IKK?

10:28:34    5        A.    Somewhere upstream, I presume.

10:28:37    6        Q.    Now, in the patent what you described is

10:28:40    7    consistent with the hypothesis that protein kinase C is

10:28:44    8    responsible for phosphorylating IkB, correct?

10:28:49    9        A.    That's correct.

10:28:49    10        Q.    And furthermore, that this phosphorylation

10:28:52    11    leads to disassociation of IkB from NF-kB, correct?

10:28:56    12        A.    We suspected that the phosphorylation led to

10:29:00    13    disassociation.

10:29:02    14        Q.    Now, as you pointed out, it turns out that the

10:29:06    15    phosphorylation is not protein kinase C but IKK,

10:29:11    16    correct?

10:29:12    17        A.    That's correct.

10:29:13    18        Q.    And it turns out that the phosphorylation of

10:29:17    19    IkB serves as sites for ubiquitination of IkB.

10:29:24    20        A.    No, it doe snot serve as sites.  It serves as a

10:29:27    21    signal for the ubiquitination of IkB.

10:29:32    22        Q.    Thank you.  I did misstate that.

10:29:33    23            We talked a little bit earlier about the role

10:29:37    24    of the proteasome.  Let me show you an article which we

10:29:43    25    will mark as Amgen Exhibit 174.

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com

# EXHIBIT F

Cell, Vol. 78, 773–785, September 9, 1994, Copyright © 1994 by Cell Press

# The Ubiquitin–Proteasome Pathway Is Required for Processing the NF-κB1 Precursor Protein and the Activation of NF-κB

Vito J. Palombella,* Oliver J. Rando,*
Alfred L. Goldberg,† and Tom Maniatis*
*Department of Molecular and Cellular Biology
Harvard University
Cambridge, Massachusetts 02138
†Department of Cell Biology
Harvard Medical School
Boston, Massachusetts 02115

## Summary

We demonstrate an essential role for the proteasome complex in two proteolytic processes required for activation of the transcription factor NF-κB. The p105 precursor of the p50 subunit of NF-κB is processed in vitro by an ATP-dependent process that requires proteasomes and ubiquitin conjugation. The C-terminal region of p105 is rapidly degraded, leaving the N-terminal p50 domain. p105 processing can be blocked in intact cells with inhibitors of the proteasome or in yeast with proteasome mutants. These inhibitors also block the activation of NF-κB and the rapid degradation of IκBα induced by tumor necrosis factor α. Thus, the ubiquitin–proteasome pathway functions not only in the complete degradation of polypeptides, but also in the regulated processing of precursors into active proteins.

## Introduction

The transcription factor nuclear factor κB (NF-κB) regulates a variety of genes involved in the immune and inflammatory responses. For example, NF-κB is required for the expression of the immunoglobulin light chain κ gene, the interleukin 2 receptor α chain gene, the class I major histocompatibility complex (MHC) gene and a number of cytokine genes such as those encoding interleukin 2, interleukin 6, granulocyte colony-stimulating factor, and interferon-β (IFNβ) (reviewed by Baeuerle, 1991; Liou and Baltimore, 1993; Grilli et al., 1993). Similarly, NF-κB has been implicated in the expression of the cell adhesion genes that encode E-selectin, ICAM, and VCAM-1 (reviewed by Collins, 1993). Finally, a connection between the role of NF-κB in the immune response and the replication of the human immunodeficiency virus (HIV) was provided by the observation that NF-κB specifically binds to the HIV enhancer/promoter (Nabel and Baltimore, 1987).

NF-κB was initially characterized as a heterodimeric complex consisting of a p50 (NF-κB1) and a p65 (RelA) subunit (Baeuerle and Baltimore, 1989; Ghosh et al., 1990; Kieran et al., 1990; Nolan et al., 1991; Ruben et al., 1991). The activity of NF-κB is highly regulated. In most cells, the p50 and p65 subunits of NF-κB form an inactive cytoplasmic ternary complex with the inhibitor protein IκBα (Baeuerle and Baltimore, 1988). IκBα masks the nuclear localization sequences of p50 and p65 (reviewed by Beg

and Baldwin, 1993). IκBα is rapidly degraded in response to a large number of extracellular signals, such as lipopolysaccharides, phorbol esters, and tumor necrosis factor α (TNFα), and this step is obligatory for the activation of NF-κB (Beg et al., 1993; Brown et al., 1993; Henkel et al., 1993; Mellits et al., 1993; Sun et al., 1993). After degradation of IκBα, NF-κB translocates into the nucleus and activates gene expression.

The p50 subunit of NF-κB is generated by the proteolytic processing of a 105 kDa precursor protein (p105), and this processing is also regulated (Fan and Maniatis, 1991; Blank et al., 1991; Mellits et al., 1993; Mercurio et al., 1993). The C-terminus of p105 (p105C′) contains ankyrin repeats and bears a striking resemblance to IκBα (Bours et al., 1990; Ghosh et al., 1990; Kieran et al., 1990). In fact, the lymphoid cell–specific IκBγ protein is identical to p105C′ (Inoue et al., 1992). However, this protein is generated by either alternative splicing or promoter usage. Significantly, unprocessed p105 can associate with p65 and other members of the Rel family to form inactive p105–p65 cytoplasmic complexes (Capobianco et al., 1992; Rice et al., 1992; Mercurio et al., 1993). Processing of p105 results in the production of p50, which can form the transcriptionally active p50–p65 heterodimer. The C-terminal IκBα-homologous sequence of p105 is rapidly degraded upon processing (Fan and Maniatis, 1991). Recent studies suggest that phosphorylation precedes cytokine-stimulated processing of p105 and degradation of IκBα (Beg et al., 1993; Brown et al., 1993; Mellits et al., 1993; Sun et al., 1994). However, neither the signal transduction pathways leading to NF-κB activation nor the mechanisms of IκBα inactivation or p105 processing are understood.

The p50 subunit of NF-κB is generated by processing of p105 in vivo and in vitro (Fan and Maniatis, 1991). The requirements of the in vitro processing reaction suggested that the ATP-dependent protease complex (e.g., proteasome), the ubiquitin-mediated (Ub-mediated) protein degradative pathway, or both are involved in p105 processing (Fan and Maniatis, 1991). The Ub-dependent pathway plays an important role in the complete degradation of abnormal and short-lived regulatory proteins (for reviews of the ubiquitin-dependent pathway, see Goldberg, 1992; Hershko and Ciechanover, 1992; Rechsteiner et al., 1993). This pathway requires ATP and the covalent conjugation of target proteins with multiple Ub molecules (reviewed by Hershko and Ciechanover, 1992; Jentsch, 1992). In this multistep process, Ub is first activated by the enzyme E1, and the activated Ub is then transferred to one of a number of different Ub-conjugating enzymes (E2s) that catalyze the formation of an isopeptide bond between the C-terminal glycine of Ub and the ε-amino group of lysine residues on target proteins. For many proteins, the conjugation to Ub also requires a specific Ub–protein ligase (E3). The monoubiquitinated substrate then undergoes further ubiquitinations via the lysine residue at position 48 on the Ubs, leading to the formation of multiUb chains (Chau et al., 1989) that target proteins for degrada-

Cell
774



Figure 1. ATP Is Required for the Proteolytic Processing of the p105 Precursor In Vitro

The p105 precursor (p60Tth) was translated in a wheat germ extract, and the in vitro-translated ³⁵S-protein was mixed with HeLa cell cytoplasmic extract (S100) in processing buffer. After incubation at 30°C, the labeled proteins were immunoprecipitated with anti-p50 antibody, and the proteins were separated by SDS–PAGE.
(A) Apyrase inhibits the processing of p60Tth. Lane 1 is the substrate mock control incubated in the absence of HeLa extract. In lanes 2–4, p60Tth was incubated with HeLa cell S100. The p60 substrate was incubated without or with 10 U of apyrase at 30°C for 30 min (lanes 3 and 4, respectively) prior to the addition of HeLa cell S100. The reactions in lanes 3 and 4 did not receive additional ATP.
(B) ATPγS inhibits the formation of p50. The p60 precursor was incubated in the absence (lane 1) and presence of HeLa cell S100 (lanes 2 and 3). Reaction mixtures in lanes 1 and 2 contained 1 mM ATP. The processing reaction in lane 3 received 2 mM ATPγS.

tion by the 26S (1500 kDa) proteasome complex (Goldberg, 1992; Hershko and Ciechanover, 1992).

The 20S (600 kDa) proteasome particle (multicatalytic protease) comprises the catalytic core of the 26S particle (Eytan et al., 1989; Matthews et al., 1989; Driscoll and Goldberg, 1990). The proteasome is highly conserved and is present in the cytoplasm and nucleus of all eukaryotic cells. By itself, the 20S proteasome is unable to degrade ubiquitinated proteins, but through an ATP-dependent mechanism, it associates with other components to form the 26S proteasome complex capable of hydrolyzing Ub-conjugated proteins (Eytan et al., 1989; Driscoll and Goldberg, 1990).

Despite extensive studies in mammalian cells and yeast (Jentsch, 1992), thus far, only a few cellular targets of the Ub-dependent pathway have been identified. Recently, this pathway was shown to catalyze the generation of antigenic peptides from cytoplasmic proteins for presentation on MHC class I antigen molecules (Goldberg and Rock, 1992; Gaczynska et al., 1993; Michalek et al., 1993; Rock et al., 1994 [this issue of Cell]). We carried out experiments to determine whether the Ub–proteasome pathway is also involved in the ATP-dependent proteolytic processing of p105. We show here that the proteasome complex is required for p105 processing, and that this process requires Ub. In addition, we show that proteasome inhibitors block the rapid degradation of IκBα and the activation of NF-κB

upon TNFα induction. We conclude that the ATP-dependent proteasome complex plays a novel and essential role in the regulation of NF-κB activity.

## Results

### ATP Is Required for p105 Processing

The p105 protein and the truncated version, p60Tth, can be produced by in vitro translation in a wheat germ extract and then processed to p50 in a HeLa cell cytoplasmic extract (S100) or in reticulocyte lysates (Fan and Maniatis, 1991). Both ATP and Mg²⁺ were shown to be required for this reaction. We confirmed the requirement for ATP by showing that processing reactions treated with apyrase to destroy ATP are unable to generate p50 from p60Tth (Figure 1A). The p60Tth protein was used in these experiments because it is efficiently translated in vitro to generate the primarily full-length polypeptide. By contrast, p105 is inefficiently translated, and a large number of premature termination products, degradation products, or both are generated. Therefore, it is difficult to visualize the processing of p105 by SDS–polyacrylamide gel electrophoresis (SDS–PAGE).

In vitro synthesized p60Tth mRNA was translated in a wheat germ extract to generate [³⁵S]methionine-p60 protein. This protein was then incubated in the presence or absence of HeLa cell S100 extract and was immunoprecipitated with an anti-p50 antibody, and the immunoprecipitate was analyzed by SDS–PAGE. In the absence of the S100 extract, little if any p50 was observed (Figure 1A, lane 1). However, when the p60Tth translation reaction (which contains some ATP) was incubated with the S100 extract for 60 min, mature p50 was detected (Figure 1A, lane 3), and its production was stimulated by the addition of exogenous ATP (Figure 1A, lane 2). The same result was obtained when the reactions were immunoprecipitated with an anti-Myc peptide monoclonal antibody, which recognizes the Myc tag at the N-terminus of p60Tth (Fan and Maniatis, 1991). Thus, the p50 was generated by a proteolytic cleavage near the C-terminus of p60Tth. Similar results were also observed when full-length p105 was used in the reactions; however, the amount of processing was somewhat less than that with p60Tth (data not shown). Significantly, the formation of p50 was not observed if the in vitro translated p60Tth was first incubated with apyrase to remove any residual ATP left in the wheat germ extract (Figure 1A, lane 4). In addition, when the p60Tth precursor was incubated with the HeLa cell S100 extract in the presence of calf intestinal phosphatase, which also hydrolyzes ATP, the formation of p50 was not observed (data not shown).

To test whether ATP hydrolysis is necessary for processing, the reaction was carried out in the presence of the nonhydrolyzable analog ATPγS. As expected, processing of p60Tth in the HeLa cell S100 extract was observed in the presence of ATP (Figure 1B, lane 2). By contrast, no processing was observed in the presence of ATPγS (Figure 1B, lane 3). Although it is possible that the ATP is required for a phosphorylation event, we found that a panel of protein kinase inhibitors had no effect on



**Figure 2. Ub Is Required for the Processing of NF-κB1**

Different amounts of reticulocyte fraction (fract.) II (in the presence [plus sign] and absence of 7.5 μg of Ub) were used in an in vitro processing reaction with p60Tth as the substrate (lanes 2–5). In addition, HeLa cell S100, either alone (lane 6) or supplemented with two different amounts (2.5 or 5.0 μg) of recombinant mutant UbR48 protein (lanes 7 and 8) or wild-type Ub protein (ubwt, lanes 9 and 10), was added to p60Tth in a processing reaction. Lane 1 is the control (Mock) incubated in the absence of either cytoplasmic extract.

processing (data not shown). Thus, it is likely that ATP hydrolysis is required for the processing reaction itself. Significantly, a series of ladder-like bands was observed above the unprocessed p60Tth band in the presence of ATPγS (Figure 1B, lane 3). This finding suggests Ub ligation to this protein since ATPγS supports the ubiquitination of proteins, but blocks proteasome-dependent degradation of ubiquitinated proteins (Scheffner et al., 1992). Thus, by uncoupling these processes, ATPγS causes the accumulation of ubiquitinated intermediates. These observations and the inhibition of processing by EDTA, hemin, and N-ethylmaleimide (Fan and Maniatis, 1991) strongly suggest that the Ub–proteasome pathway is required for p105 processing.

**p105 Processing Requires Polyubiquitination**

To test whether Ub is essential for p105 processing, we fractionated reticulocyte lysate to produce fraction II (Driscoll and Goldberg, 1990), which contains proteasomes and many Ub-conjugating enzymes but only low amounts of Ub. Incubation of the p60Tth protein with low amounts of fraction II and ATP led to the generation of low levels of p50 (Figure 2, lanes 2 and 3). These preparations of fraction II probably contain some Ub. Accordingly, the addition of Ub to fraction II significantly stimulated the formation of p50 (Figure 2, lanes 4 and 5).

The rapid degradation of proteins by the Ub pathway requires the formation of polyUb chains where Ub moieties are linked to Lys-48 on other Ubs (Chau et al., 1989; Hershko and Ciechanover, 1992; Jentsch, 1992). Mutant Ub proteins that contain an arginine at position 48 rather than a lysine do not form these Ub chains (Chau et al., 1989). The UbR48 mutant protein can therefore serve as a trans-dominant inhibitor of this degradation pathway. Thus, we compared the effects of wild-type Ub and the



**Figure 3. Proteasomes Stimulate the Processing of p60Tth In Vitro**

(A) Processing of p60Tth in proteasome-depleted and -enriched extracts. HeLa cell S100 was centrifuged for 6 hr at 100,000 × g to remove proteasomes. The p60Tth precursor was incubated with buffer (Mock, lane 1), HeLa cell S100 (lanes 2), or proteasome-depleted HeLa cytoplasmic extract (Pr⁻, lanes 3). In lanes 4 and 5, the proteasome-enriched pellet from the ultracentrifugation step was added to the substrate in the presence and absence of Pr⁻, respectively.

(B) Purified proteasomes stimulate the processing of p60Tth. Increasing amounts of purified 20S and 26S proteasomes (26/20S, lanes 4–6) or 20S proteasomes (lanes 8–10) from rabbit muscle were added in combination with p60Tth and Pr⁻ extract in a processing reaction. In lanes 7 and 11, a mixture of 20S and 26S proteasomes and homogeneous 20S proteasomes, respectively, was added to p60Tth in the absence of any HeLa Pr⁻ extract. Lane 1 is the mock-treated control, lane 2 is the HeLa S100-positive control, and lane 3 is the p60Tth processing reaction with the Pr⁻ extract.

R48 variant on the processing of p60Tth (Figure 2, lanes 6–10). Both Ub forms were expressed in Escherichia coli with an N-terminal His-6 tag so that they could be easily purified using Ni²⁺–NTA chromatography (Beers and Callis, 1993). The addition of wild-type Ub to fraction II increased the formation of p50 (see above) and did not affect processing in HeLa S100 extract (Figure 2, lanes 9 and 10), presumably because Ub is not limiting in this extract. However, the addition of UbR48 to the HeLa S100 extract (Figure 2, lanes 7 and 8) or to reticulocyte fraction II (data not shown) significantly decreased the amount of p50 generated from p60Tth. Furthermore, in the presence of UbR48, a single band was observed migrating immediately above full-length p60Tth. This band is probably owing to the addition of a single UbR48 moiety to the substrate protein. Notably, the degradation of ¹²⁵I-lysozyme in reticu-

Cell
776

locyte fraction II or HeLa cytoplasmic extracts was inhibited by UbR48, while degradation of Ub–$^{125}$I-lysozyme conjugates was not affected, indicating that UbR48 does not block processing by inhibiting proteasome activity but rather by blocking Ub conjugation (data not shown). We conclude that p60Tth is conjugated to multiple Ub chains in a fashion similar to the Ub conjugation of other substrates for the Ub-degradative pathway.

## The Proteasome Is Required for p105 Processing

The multicatalytic 26S protease complex requires ATP and catalyzes the degradation of Ub-conjugated proteins (see above). Because generation of p50 requires ATP and the formation of polyUb chains, we examined whether p105 processing requires the 26S proteasome. Proteasomes were removed from the HeLa cell cytoplasmic S100 by differential centrifugation at 100,000 × g for 6 hr. The resulting proteasome-depleted supernatant (Pr⁻) contains a very low level of proteasome activity, while the pellet is enriched in proteasomes (Hegde et al., 1993). As expected, significant amounts of p50 were generated when p60Tth was incubated with the HeLa S100 extract (Figure 3A, lane 2), but removal of the proteasomes by centrifugation resulted in the loss of processing activity (Figure 3A, lane 3). Significantly, when the proteasome-rich pellet was added back to the supernatant, processing activity was restored (Figure 3A, lane 4). Interestingly, some p60Tth precursor was processed when incubated with the resuspended pellet alone (which contains some contaminating Ub-conjugating activity), but to a lesser extent than when incubated with the reconstituted extract (Figure 3A, compare lanes 4 and 5). Thus, the proteasomes are not sufficient for full processing activity, and other factor(s) in the Pr⁻ extracts are required for maximal activity (see below). Additional evidence for the involvement of the proteasome in p105 processing was provided by the observation that the processing activity in the pellet was lost when the proteasomes were specifically immunodepleted from this fraction with an anti-human proteasome monoclonal antibody (data not shown).

After incubation of the p60 substrate in the proteasome-depleted extract (Figure 3A, lane 3), we observed ladder-like bands larger than full-length p60Tth and similar to those seen in Figure 1B (lane 3). When a large excess of Ub is added to the reaction with Pr⁻, the number and formation of these bands significantly increase (data not shown). Presumably these bands are ubiquitinated forms of the precursor protein that accumulate in the Pr⁻ extract because of the lack of proteasome activity. In addition, a $^{32}$P-glutathione S-transferase–Ub ($^{32}$P-GST–Ub) fusion protein (Scheffner et al., 1993) is conjugated to p60Tth during a processing reaction with Pr⁻ (data not shown). These results suggest that ubiquitination is a prerequisite for p105 processing and that the proteasome must remove these polyUb chains during the proteolytic processing event.

Additional evidence for the involvement of the proteasome in the processing of p60Tth was obtained by incubating p60Tth with increasing amounts of a purified mixture of 20S and 26S proteasomes (Figure 3B, lanes 4–6) or

pure 20S proteasomes (Figure 3B, lanes 8–10) in the Pr⁻ extract. Both preparations were capable of restoring processing activity to the proteasome-depleted extract. In addition, a highly purified preparation of 26S proteasomes stimulated the formation of p50 when mixed with Pr⁻ extract in a processing reaction (data not shown). However, p50 production was not observed when the precursor was incubated with purified proteasomes alone (Figure 3B, lanes 7 and 11). Thus, as described above for the pellet fraction (Figure 3A, lane 5), factor(s) in the Pr⁻ extract are also required for the proteasomes to process p60Tth, presumably to allow Ub conjugation to the precursor proteins. It is interesting that processing was observed in the Pr⁻ extract with 20S proteasomes, which by themselves cannot degrade Ub-conjugated proteins (Goldberg, 1992). However, the combination of 20S proteasomes with factors in the proteasome-depleted extract should allow formation of the 26S complex that acts on Ub-conjugated proteins. Accordingly, the addition of 20S proteasomes to the Pr⁻ extract significantly enhanced the degradation of Ub–$^{125}$I-lysozyme conjugates (data not shown).

## Inhibitors of the Proteasome Block p105 Processing In Vitro and In Vivo

To obtain further evidence for the involvement of the proteasome in the formation of p50 in vitro and in vivo, we examined the effects of proteasome inhibitors on p105 processing. A series of peptide–aldehydes, MG101 (N-acetyl–leucinyl–leucinyl–norleucinal–H, also called LLnL), MG115 (carbobenzoxyl–leucinyl–leucinyl–norvalinal–H, also called Z–LLnV), and MG132 (carbobenzoxyl–leucinyl–leucinyl–leucinal–H, also called Z–LLL), have been shown to be potent inhibitors of the chymotryptic site on the 20S particle. These inhibitors have different dissociation constants ($K_i$s) against the 20S proteasome (MG101, 140 nM; MG115, 21 nM; MG132, 4.0 nM) (Rock et al., 1994). Previous studies have shown that MG101, which is also calpain inhibitor I, can inhibit the proteolytic activity of the proteasome (Visnitsky et al., 1992). MG101 and MG115 can also reduce the degradation of Ub-conjugated proteins in extracts (Rock et al., 1994). In addition, these inhibitors can block the degradation of long- and short-lived proteins in intact cells as well as the proteolytic generation of antigenic peptides presented on MHC class I molecules (Rock et al., 1994). We therefore analyzed whether these peptide–aldehyde inhibitors of the proteasome, as well as other protease inhibitors, can block the processing of p105.

Both MG115 and MG132 (at 20–40 μM) markedly inhibited the formation of p50 in HeLa S100 extracts (Figure 4A, lanes 8–13). By contrast, a less potent inhibitor of proteasome function, MG101 (Visnitsky et al., 1992; Rock et al., 1994), had only a very weak effect on the processing of p60Tth by HeLa S100 (Figure 4A, lanes 5–7). As revealed by quantitating the data on a PhosphorImager, none of the other protease inhibitors tested significantly affected p105 processing. These other inhibitors include calpain inhibitor II (Figure 4A, lane 4), E64 (lane 14), 4-(2-aminoethyl)-benzenesulfonyl fluoride (AEBSF, lane 15), leupeptin (lane 16), Nα-p-tosyl-L-phenylalanine chloro-

A



B



COS cells

Figure 4. Inhibitors of the Proteasome Block the Formation of p50 In Vitro and In Vivo

(A) In vitro analysis. Lane 1 is the p60Tth mock control incubated without HeLa extract. HeLa cell S100 was added to p60Tth in the absence (lane 2) or presence of different inhibitors (lanes 4–20) in a processing reaction. The type and amount of inhibitor are listed above each lane. Lane 3 is the DMSO (0.4% final) buffer control.

Abbreviations: contrl, control, inhib, inhibitor; and chymtrpsn, chymotrypsin.

(B) In vivo analysis. COS cells were transfected with vector alone (Control, lane 1) or with a human p105 expression construct (lanes 2–6). After transfection (48 hr), calpain inhibitor II (lane 4), MG101 (lane 5), and MG115 (lane 6) were added to the cells for 1 hr at a concentration of 50 μM. The cells were then pulse–chased with [³⁵S]methionine–[³⁵S]cysteine, and the cell proteins were immunoprecipitated with anti-p50 antibody and analyzed by SDS–PAGE. Inhibitors were present throughout the entire pulse–chase period. Lane 2 is the 20 min pulse, 0 hr (0h) chase p105 control. In the vector control (lane 1) and the p105 controls (lanes 2 and 3), the cells were pretreated with 0.25% DMSO, the inhibitor diluent. The radiolabeled band present in lane 2 that is slightly larger than p50 could be either a short-lived intermediate of the processing reaction or it could be nonspecific since, in a subsequent experiment, anti-p50 antibody failed to immunoprecipitate this protein.

methyl ketone (TPCK, lane 17), chymostatin (lane 18), and chymotrypsin inhibitors I (lane 19) and II (lane 20). In contrast with the reports on intact cells by Henkel et al. (1993) and Mellits et al. (1993), TPCK in our experiments had no effect on processing in vitro. Surprisingly, ubiquitinated forms of p60Tth were not seen when the proteolytic activity of the proteasome was blocked with the inhibitors MG115 and MG132. This may be a consequence of the isopeptidase activity associated with the 26S proteasome, which hydrolyzes multiUb chains. This activity has been shown to be unaffected by these inhibitors (D. Hwang and A. L. G., unpublished data).

To determine whether these inhibitors can block p105 processing in vivo, we transfected monkey COS cells with a human p105 expression plasmid, and 48 hr after transfection, we treated the cells with various inhibitors for 1 hr or with dimethyl sulfoxide (DMSO) as a control. The cells were then pulse labeled with [³⁵S]methionine–[³⁵S]cysteine for 20 min, followed by a 2 hr chase period. Cell lysates were immunoprecipitated with anti-p50 antibody, and the proteins were separated by SDS–PAGE. When the cells were examined after the pulse label, the

p105 precursor was easily detected, but only low levels of radiolabeled p50 were present (Figure 4B, lane 2). After the chase period, the level of p105 decreased, but a significant amount of p50 was now detected (Figure 4B, lane 3), as reported previously (Fan and Maniatis, 1991). The addition of calpain inhibitor II (N-acetyl–leucinyl–leucinyl–methional–H, also called LLM) to the cells had no effect on the processing of p105 (Figure 4B, lane 4). This inhibitor is also a peptide–aldehyde, but it has only a slight effect on proteasome function (Rock et al., 1994) and on p105 processing in vitro (Figure 4A, lane 4). However, the proteasome inhibitors MG101 and MG115 dramatically reduced the amount of p50 (Figure 4B, lanes 5 and 6, respectively). MG115 at 50 μM completely blocked the processing of p105, while MG101 inhibited it by approximately 70%. Suprisingly, MG101 had a greater inhibitory effect on p105 processing in intact cells than in extracts (compare Figure 4B, lane 5 with Figure 4A, lane 5, respectively), as was also observed for overall protein breakdown and for antigen presentation (Rock et al., 1994). In a similar experiment, we examined the effects on p105 processing of the very potent proteasome inhibitor MG132 and the cyste-



Figure 5. Processing of p105 in S. cerevisiae Requires the Proteasome

Both wild-type YWO71 (*PRE1*) (lanes 1–6) and proteasome mutant YWO74 (*pre1*) (lanes 7–12) yeast were transformed with vector alone (lanes 1, 2, 7, and 8) or with a human p105 yeast expression vector (lanes 3–6 and 9–12). The transformants were pulsed with [³⁵S]methionine–[³⁵S]cysteine for 20 min and were chased with complete medium for 0 hr (0h, lanes 1, 3, 7, and 9), 1 hr (1h, lanes 4 and 10), 2 hr (2h, lanes 5 and 11), and 3 hr (3h, lanes 2, 6, 8, and 12). Cell lysates were immunoprecipitated with anti-p50 antibody, and the proteins were separated by SDS–PAGE.

ine protease inhibitor E64 (L-transepoxysuccinic acid). MG132 (5 μM) completely blocked the formation of p50 during the 2 hr chase period (data not shown), while E64 (50 μM) had no effect.

The relative order of efficacy of MG101, MG115, and MG132 on p105 processing agrees with their relative abilities to inhibit the hydrolysis of hydrophobic peptides, casein, and ubiquitinated proteins with the 26S proteasome (Rock et al., 1994; R. Stein, unpublished data). Although these aldehydes also inhibit calpain and lysosomal cathepsin, the three have similar $K_i$s (5–12 nM) against these cysteine proteases, which is in contrast with their very different effects on proteasomes (Rock et al., 1994) and p105 processing. Moreover, the lysosomal enzymes and calpains are inactivated by E64 and calpain inhibitor II, both of which had no effect on p105 processing. Consequently, these peptide–aldehydes must be blocking p105 processing by inhibiting proteasome function.

## p105 Processing in Yeast Requires the Proteasome

The proteasome is highly conserved in all eukaryotes (Tanaka et al., 1992), and a number of mutants in the proteasome and the Ub pathway have been identified and characterized in Saccharomyces cerevisiae. We tested whether human p105 protein can also be processed in yeast, and if so, whether the proteasome is required for this activity. Therefore, the p105 cDNA was inserted into

a yeast expression vector, and the recombinant plasmid was introduced into a wild-type yeast strain (YWO71 strain; Seufert and Jentsch, 1992). A pulse–chase analysis in the wild-type strain revealed a precursor–product relationship between p105 and a protein of approximately 50 kDa (Figure 5, lanes 1–6). DNA binding studies with extracts from these cells indicated that the p50 protein binds specifically to NF-κB sites. In addition, the processed protein can stimulate the transcription of a reporter gene containing four NF-κB-binding sites (data not shown). Thus, the p50 produced in yeast is functional. A careful comparison of the electrophoretic mobility of the p50 generated in yeast revealed that it is approximately 2 kDa smaller than that produced in mammalian cells. The somewhat smaller size of the yeast p50 protein could be due to differences in the properties of the yeast degradative system. Alternatively, the structure of p105 produced in yeast may differ from that produced in mammalian cells, and this difference could expose an alternative proteolytic cleavage site. This difference in size could also be due to a posttranslational modification in mammalian cells that is absent in yeast.

Yeast carrying a missense mutation in the *PRE1* proteasome subunit gene, which inhibits the chymotrypsin-like activity of the proteasome, are defective in the rapid degradation of abnormal and short-lived proteins (Heinemeyer et al., 1991; Seufert and Jentsch, 1992). The degradation of such polypeptides is achieved via the Ub-dependent pathway and requires the Ub-conjugating enzymes (E2s), UBC4 and UBC5 (Seufert and Jentsch, 1990). When a similar pulse–chase experiment was carried out in the *pre1* mutant (YWO74 strain; Seufert and Jentsch, 1992), the processed p50 was barely detectable (Figure 5, lanes 7–12). Moreover, when the steady-state levels of p105 and p50 were measured in these strains by Western blotting analysis, very little p50 was detected in the *pre1* mutant yeast compared with the levels in the wild-type *PRE1* strain (data not shown). However, the levels of p105 in these strains were comparable. Similarly, the amounts of p50-specific DNA binding and transcriptional activity were dramatically decreased in the mutant *pre1* strain compared with that in the wild-type strain. We conclude that the proteasome is required for p105 processing in yeast, as in mammalian cells.

## Proteasome Inhibitors Block the Inducible Degradation of IκBα in Mammalian Cells

An important feature of p105 processing in mammalian cells (Fan and Maniatis, 1991), in vitro and in yeast (V. J. P. and T. M., unpublished data), is that the C-terminal half of p105 (p105C′) is rapidly degraded during the production of p50. The striking similarities between the structure, function, and instability of p105C′ and IκBα suggest that similar mechanisms may be involved in their degradation. Therefore, we determined whether the proteasome is also involved in the rapid degradation of IκBα.

Previous studies have shown that TNFα induces the rapid degradation of IκBα and the activation of NF-κB (Beg et al., 1993; Brown et al., 1993; Henkel et al., 1993; Mellits et al., 1993; Sun et al., 1993, 1994). To determine whether

Role of the Proteasome in NF-κB Activation
779





A   DMSO



B   MG115

Figure 6. Proteasome Inhibitors Block TNFα-Stimulated Degradation of IκBα

Human MG-63 cells were pretreated with DMSO (0.125%) (A) or the proteasome inhibitor MG115 (50 μM) (B) for 1 hr. The cells were then treated with TNFα (1000 U/ml) for 0 min (lanes 1 and 2), 2 min (lane 3), 5 min (lane 4), 15 min (lane 5), and 30 min (lane 6). In lane 1, the cells did not receive DMSO (A) or MG115 (B). The degradation of IκBα was followed by Western blot analysis of whole-cell lysates using an IκBα-specific antiserum. IκBα is indicated by an arrow, and the phosphorylated form of IκBα (upper band of doublet) can be seen in (B), lanes 5 and 6.

proteasome inhibitors can prevent the degradation of IκBα, we preincubated human MG-63 cells with or without the inhibitors MG115 (Figure 6) or MG132 (data not shown) for 1 hr prior to TNFα treatment. The level of IκBα was then followed as a function of time by Western blot analysis using an IκBα-specific antiserum (Beg et al., 1993). As previously described, IκBα is rapidly degraded within 15 min after the addition of TNFα (Figure 6A, lanes 1–6). In

striking contrast, the proteasome inhibitors MG115 (Figure 6B, lanes 1–6) and MG132 (data not shown) completely blocked the degradation of IκBα in response to TNFα. The cysteine protease inhibitors E64 and calpain inhibitor II had no effect on the degradation of IκBα (data not shown). Significantly, MG132 (data not shown) and MG115 appeared to stabilize the phosphorylated form of IκBα that appeared in response to TNF (note the appearance of a



Figure 7. Inhibitors of the Proteasome Block TNFα-Stimulated Activation of NF-κB

HeLa (lanes 1–6 and 13–18) or MG-63 (lanes 7–12) cells were pretreated with medium (lanes 7 and 10), 0.125% DMSO (lanes 1, 4, 13, and 16), 50 μM calpain inhibitor (inhib.) II (lanes 2, 5, 14, and 17), 50 μM E64 (lanes 8 and 11), or 50 μM MG115 (lanes 3, 6, 9, 12, 15, and 18) for 1 hr. Cells were then treated with TNFα (1000 U/ml) (lanes 4–6 and 10–12) or IFNγ (1000 U/ml) (lanes 16–18) for 30 and 60 min, respectively. Whole-cell extracts were prepared and analyzed by electrophoretic mobility shift assay. The PRDII probe containing the NF-κB-binding sites from the human IFNβ gene was used to measure NF-κB binding activity, and a −127 to −109 probe from the IFN regulatory factor 1 gene was used to measure GAF DNA binding activity.

doublet in Figure 6B at 15 and 30 min) (Beg et al., 1993). Treatment of these extracts with calf intestinal phosphatase converted the upper band of the doublet to the lower band (data not shown). Consistent with earlier observations (Beg et al., 1993; Brown et al., 1993; Mellits et al., 1993; Sun et al., 1994), this result suggests that IκBα is phosphorylated prior to its degradation. We conclude that the proteasome is involved in p105 processing and possibly in TNFα-induced degradation of IκBα.

## Proteasome Inhibitors Block NF-κB Activation in Mammalian Cells

The results presented thus far indicate that the proteasome is required for both mechanisms of NF-κB activation: the processing of p105, which generates the active p50–p65 heterodimer of NF-κB, and the complete degradation of IκBα, which is necessary for the translocation of NF-κB into the nucleus, where it stimulates gene expression (Beg and Baldwin, 1993; Grilli et al., 1993). To directly demonstrate that the proteasome is required for NF-κB activation, we measured the effects of the peptide–aldehyde inhibitors of the proteasome on NF-κB activation using a DNA binding assay. HeLa and MG-63 cells were pretreated with three different inhibitors for 1 hr prior to treatment with TNFα or IFNγ. NF-κB and γ-activated factor (GAF) (Sims et al., 1993) DNA-binding activities were measured in whole-cell extracts using an electrophoretic mobility shift assay. Very little NF-κB or GAF DNA-binding activities were present in the extracts from uninduced cells (Figure 7, lanes 1–3, 7–9, 13–15). Treatment of cells with TNFα (Figure 7, lanes 4–6, 10–12) resulted in a large stimulation of NF-κB binding activity. This activation was unaffected by the cysteine protease inhibitors calpain inhibitor II and E64 (Figure 7, lanes 5 and 11, respectively). By contrast, the proteasome inhibitors MG115 (Figure 7, lanes 6 and 12) and MG132 (data not shown) almost completely blocked the activation of NF-κB by TNFα in HeLa and MG-63 cells. In addition, we found that the activation of NF-κB by double-stranded RNA was also blocked by proteasome inhibitors (data not shown). Significantly, none of the inhibitors tested had any

effect on GAF induction by IFNγ (Figure 7, lanes 16–18). We conclude that inhibitors of proteasome function specifically block NF-κB induction.

## Discussion

### Mechanisms of NF-κB Activation

We have shown that the proteasome plays an essential role in two distinct mechanisms for the activation of NF-κB (Figure 8). In the first mechanism, an inactive ternary complex consisting of NF-κB heterodimers and IκBα is activated by the inducible degradation of IκBα. Our results show that the rapid postinduction degradation of IκBα is blocked in vivo by proteasome inhibitors. In the second mechanism, the inactive heterodimer consisting of p105 and p65 is activated by the proteolytic processing of p105 to generate the active p50–p65 heterodimer. The IκBα-like C-terminal region of p105 is rapidly degraded during this processing reaction. We have shown that, in vitro, the generation of p50 requires the proteasome and the formation of polyUb chains. In addition, we have shown that p105 processing in vitro and in vivo is blocked by proteasome inhibitors. As shown in the model of Figure 8, these proteasome inhibitors can block both pathways of NF-κB activation. Thus, it may be possible to completely block the physiological effects of a number of cytokines, since the activation of NF-κB is a common step in many different cytokine-dependent signal transduction pathways.

The two pathways of NF-κB activation illustrated in the model of Figure 8 could be regulated by the phosphorylation of IκBα and p105, by the activation of specific Ub-conjugating enzymes, by the activation of the proteasome, or by a combination of these mechanisms. Evidence for the first possibility is provided by the observation that both IκBα and p105 are rapidly phosphorylated in response to inducers of NF-κB in vivo and that NF-κB can be activated by phosphorylation in vitro (Shirakawa and Mizel, 1989; Ghosh and Baltimore, 1990; Beg et al., 1993; Brown et al., 1993; Mellits et al., 1993; Sun et al., 1994). Although a number of studies suggest a role for phosphorylation in the activation of NF-κB (Neumann et al., 1992; Frantz et



Figure 8. Role of the Proteasome in Two Different Pathways of NF-κB Activation

The transcriptional activity of heterodimers consisting of p50 and one of many Rel family proteins, such as p65, can be regulated by at least two mechanisms. First, the heterodimers associate with IκBα to form an inactive ternary complex. Second, p65 associates with p105 to form inactive complexes. Both complexes remain localized in the cytoplasm. The model shown here for NF-κB activation is consistent with all the information available, but some aspects of the model have not yet been directly tested. According to this model, a variety of extracellular signals or a viral infection activates signal transduction pathway(s) that lead to the phosphorylation of IκBα and p105. This modification may provide a recognition signal for ubiquitination. We have demonstrated that ubiquitination of p105 is required for the subsequent steps in the processing pathway, but we have not shown that ubiquitination of IκBα is a prerequisite for its degradation. In the next step of the model, the C-terminus of the ubiquitinated p105 is degraded to generate the p50 subunit of the p50–p65 heterodimer. In parallel, IκBα is degraded, which results in the appearance of functional p50–p65 heterodimers. We have shown that the proteasome is required for p105 processing and that proteasome inhibitors block the degradation of IκBα. Whether the proteasome degrades IκBα as it is bound to NF-κB or whether it does so after it dissociates remains to be established.

al., 1994), there is no direct evidence that phosphorylation is required for p105 processing or for the degradation of IκBα (Henkel et al., 1993).

In this paper, we show that the ubiquitination of p105 and possibly IκBα are required for NF-κB activation. We do not know whether phosphorylation of either IκBα or p105 precedes ubiquitination and, if so, whether phosphorylation in each case is required for this process. The latter possibility is suggested by the observation that phosphorylation triggers the Ub-dependent degradation of cyclins (D. Finley, personal communication). An alternative possibility is that phosphorylation leads to the dissociation of IκBα and p105 from their respective complexes (Henkel et al., 1993), and this results in their ubiquitination and degradation by the proteasome. However, we have shown that proteasome inhibitors stabilize a phosphorylated form of IκBα, and they completely block the activation of NF-κB. If phosphorylation of IκBα was sufficient for its dissociation from the ternary complex, NF-κB should be activated in the presence of proteasome inhibitors. This observation suggests that the Ub–proteasome pathway

may act on the bound proteins rather than on free IκBα or p105.

All of the mechanisms discussed above are based on the hypothesis that the initial step in NF-κB activation is the phosphorylation of IκBα and p105. An alternative possibility is that the initial step is the activation of specific Ub-conjugating enzymes or the alteration of proteasome activity. The former possibility is suggested by the observation that a specific Ub-conjugating enzyme is involved in human papilloma virus–mediated p53 degradation (Scheffner et al., 1993). An example of the latter possibility is the alteration of the proteolytic activity of the proteasome for antigen processing (Gaczynska et al., 1993; Boes et al., 1994).

A Novel Mechanism for Proteolytic Processing

There are many examples of protein processing in which a specific protease cleaves at a short recognition sequence to generate discrete peptide cleavage products (Barr, 1991). By contrast, the processing of p105 involves the complete degradation of the C-terminal 55 kDa of p105 to generate a stable 50 kDa N-terminal fragment (p50) (Fan and Maniatis, 1991; V. J. P. and T. M., unpublished data). Many studies have implicated the actions of proteasome and Ub in the complete degradation of proteins, but not in limited proteolysis, which yields active forms of proteins. A possible mechanism for the selective degradation of the C-terminus of p105 is the selective ubiquitination of sequences on the C-terminal half of p105. Proteolysis would then leave an unubiquitinated N-terminus and would result in the complete digestion of the ubiquitinated C-terminus. Both IκBα and the C-terminus of p105 contain PEST-like sequences (Mellits et al., 1993), an amino acid sequence motif believed to target proteins for degradation (Rogers et al., 1986). In fact, PEST sequences have recently been shown to participate in Ub-dependent protein breakdown (D. Finley, personal communication).

We note that the C-terminus of p105 is not only generated via a processing reaction, but it can also be generated by a separate mRNA in lymphoid cells (Inoue et al., 1992; Liou et al., 1992). This latter protein (IκBγ/p70) is slightly larger than the expected C-terminal proteolytic cleavage product, and this size difference could be one reason for its greater stability. Alternatively, IκBγ could also be stabilized through an interaction with p50 or p52. Another possible explanation for the differences in stability between the C-terminus of p105 and IκBγ is that after proteolytic cleavage, the C-terminal fragment of p105 may have a destabilizing N-terminal amino acid and is, therefore, rapidly degraded via the Ub pathway by the N-end rule (reviewed by Varshavsky, 1992). However, it does not appear likely that this mechanism alone is responsible for the rapid degradation of p105C', since full-length p105 is ubiquitinated prior to undergoing proteolytic cleavage.

Taken together these observations suggest that p105 processing may not involve proteolytic cleavage at a specific site, followed by degradation of the C-terminus. Rather, the entire molecule may enter the normal Ub–proteasome degradative pathway, but the p50 terminal fragment may be protected from digestion either because

Cell
782

of some inherent structural feature or by an association with some inhibitory factor.

Recently, the protease inhibitors TPCK and Nα-p-tosyl-L-lysine chloromethyl ketone (TLCK) were reported to inhibit the processing of p105 and the degradation of IκBα and to block the activation of NF-κB (Henkel et al., 1993; Mellits et al., 1993). These compounds, however, are quite reactive as alkylating agents, and they have little or no effect on proteasome activity (Hough et al., 1987). Therefore, they may affect p105 processing by either an indirect or nonspecific mechanism. In fact, we found that TPCK has no effect on the formation of p50 in vitro (Figure 4A). In addition, recent studies have shown that TPCK and TLCK block the phosphorylation of IκBα (Mellits et al., 1993; T. Finco and A. Baldwin, personal communication). By contrast, the proteasome inhibitors block the processing of p105 (Figures 4A and 4B) and the degradation of IκBα, but do not appear to block the phosphorylation of IκBα (Figure 6). Therefore, the effects of the protease inhibitors TPCK and TLCK on NF-κB activation appear to act upstream from the proteolysis of p105 and IκBα.

We cannot eliminate the possibility that MG115 and MG132 inhibit p105 processing and IκBα degradation by affecting some unidentified cell enzyme. However, our findings in cell-free extracts of a requirement for substrate conjugation to multiple Ubs, for the proteasome and for ATP hydrolysis, and the failure of p105 processing in vivo in yeast proteasome mutants indicate that the effect of these inhibitors is on the 26S proteasome. Furthermore, the present findings are in agreement with the extensive biochemical data of Rock et al. (1994) indicating that these peptide–aldehydes block the breakdown of proteins by the Ub–proteasome pathway in vivo.

Proteolytic processing events may also be required in signal transduction pathways leading to the activation of the transcription factor *dorsal* in Drosophila. The *dorsal* protein, which is a member of the NF-κB/Rel family of proteins (Grilli et al., 1993), establishes the dorsal–ventral pattern of the Drosophila embryo. Similar to the NF-κB–IκBα interaction, the *dorsal* protein is complexed to *cactus*, an IκBα homolog (Geisler et al., 1992; Kidd, 1992). Significantly, the *pelle* gene, which encodes a protein kinase, is required for nuclear import of the *dorsal* protein (Shelton and Wasserman, 1993). It is possible that this kinase phosphorylates *cactus*, *dorsal*, or both, resulting in the rapid degradation of *cactus* (Whalen and Steward, 1993). Because of the striking similarities in the activation of NF-κB and *dorsal* and because of the conservation of components of the Ub–proteasome pathway, it seems likely that the degradation of *cactus* in the ventral region of the Drosophila embryo requires the proteasome.

In mammalian cells, the HIV1 protease has been shown to process the p105 precursor protein to a p45 rather than to a p50 protein, both in vitro and in vivo (Riviere et al., 1991). Thus, the products of HIV1 protease cleavage and proteasome-dependent processing are distinct. In intact cells, the processing of p105 is a highly regulated event. Therefore, the generation of p50 by the HIV1 protease may work independently of the proteasome. This protease may be required to increase the amount of NF-κB in HIV1-infected cells and thus increase the level of viral gene expression (Riviere et al., 1991).

In addition to NF-κB, a number of eukaryotic transcription factors are regulated by proteolytic processing. For example, the two subunits of the general transcription factor TFIIA are generated from a single polypeptide in both mammalian and Drosophila cells (DeJong and Roeder, 1993; Ma et al., 1993; Yokomori et al., 1993). In addition, the herpes simplex virus VP16 accessory protein, host cell factor, which is necessary for activating transcription of the herpes simplex virus immediate–early genes, is a member of a family of proteins generated by the processing of a single 300 kDa precursor protein (Wilson et al., 1993). Another example is the virus-inducible processing of the IFN regulatory factor 2 protein (Palombella and Maniatis, 1992). In this case, IFN regulatory factor 2, which is a transcriptional repressor, is truncated and inactivated by inducers of IFNβ gene expression. A final example is provided by the membrane-bound sterol regulatory element–binding protein 1, which is processed in the absence of sterols to generate a transcriptionally active protein, while sterols repress transcription by inhibiting sterol regulatory element–binding protein 1 processing (Wang et al., 1994). At present, it is not known whether the proteasome is required for any of these examples of proteolytic processing of transcription factors.

The present finding of the activation of NF-κB by proteasomes demonstrates a new, unexpected role for the Ub–proteasome pathway in protein processing and degradation. In addition, this finding may also have medical applications. Because NF-κB plays an essential role in numerous immune and inflammatory responses, selective inhibition of proteasome function may provide a novel approach for blocking these processes in disease states.

## Experimental Procedures

### Materials

Ub, leupeptin, TPCK, apyrase, and the fluorogenic peptide succinyl–Leu–Leu–Val–Tyr–amidomethyl coumarin (Suc–LLVY–AMC) were all purchased from Sigma. Human TNFα, human IFNγ, calpain inhibitor II, E64, AEBSF, and chymostatin were obtained from Boehringer-Mannheim. The proteasome inhibitors MG101, MG115, and MG132 were gifts from MyoGenics. Chymotrypsin inhibitors I and II were obtained from Calbiochem. [125I]-lysozyme and Ub-conjugated [125I]-lysozyme were gifts from O. Coux. Antibodies against the NF-κB subunit p50 were prepared as described in Thanos and Maniatis (1992). Antiserum (antibody 21) against IκBα (amino acids 5–20) was a gift from A. Baldwin.

### Yeast Strains

The S. cerevisiae strains used in this work were gifts from S. Jentsch and W. Seufert. The yeast strains YWO71 and YWO74 (MATa, his3–Δ200, leu2-3, leu2-112, lys2-801, trp1-1(am), ura3-52) encode a wild-type proteasome PRE1 and a mutant pre1-1 allele, respectively (Heinemeyer et al., 1991; Seufert and Jentsch, 1992).

### Plasmids

Human p105 and a p60Tth deletion construct were as described by Fan and Maniatis (1991). The p105 constructs were also subcloned into the yeast pADNS expression vector (Colicelli et al., 1989). Bacterial expression plasmids for histidine-tagged Ub and UbR48 (from Arabidopsis thaliana) were from J. Callis (Beers and Callis, 1993). In the mutant, the lysine residue at position 48 has been altered by site-directed mutagenesis to encode an arginine.

## Protein Extracts and Purification

HeLa cell cytoplasmic extract (S100) was described in Fan and Maniatis (1991). Pr⁻ extracts were prepared by ultracentrifuging the S100 for 6 hr at 100,000 × g (Hegde et al., 1993), and the proteasome-enriched pellet fraction was resuspended in processing buffer (20 mM Tris [pH 7.5], 100 mM KCl). This fractionation was confirmed using $^{125}$I-lysozyme as a substrate in a degradation assay (Driscoll and Goldberg, 1990). The Pr⁻ supernatant failed to degrade $^{125}$I-lysozyme unless it was recombined with proteasomes. In addition, proteasome activity in the original S100 and the pellet was demonstrated by hydrolysis of the fluorogenic substrate Suc–LLVY–AMC (Driscoll and Goldberg, 1990), while the Pr⁻ supernatant lacked this proteasome activity. Reticulocyte fraction II (a gift from D. Hwang) was prepared as described in Driscoll and Goldberg (1990). Purified rabbit muscle 20S and 26S proteasomes were obtained from D. Hwang, and purified rabbit muscle 20S proteasomes were obtained from O. Coux. Highly purified 26S proteasomes were a gift from MyoGenics. Histidine-tagged Ub proteins were expressed in E. coli and were purified using Ni²⁺–NTA chromatography as described in Beers and Callis (1993).

## In Vitro Processing Assay

The processing reaction was performed as described in Fan and Maniatis (1991), with a few modifications. In brief, the pcDNA1 p105 and p60Tth constructs were transcribed and translated in vitro with wheat germ extract (Promega) in the presence of [$^{35}$S]methionine (Amersham). The p105/p60Tth substrate proteins (4 μl) in wheat germ extract were added to a 25 μl processing reaction containing 12 mM Tris (pH 7.5), 60 mM KCl, 3.5 mM MgCl₂, 1 mM ATP, and 20 mM creatine phosphate. HeLa cell extract (25–50 μg) or fraction II was then added to the reaction mixtures for 1.0–1.5 hr at 30°C. Proteasomes, Ub, ATPγS (Boehringer-Mannheim), and various inhibitors were also added to the reactions where indicated. The reactions were then immunoprecipitated with anti-p50 antibody. The immunoprecipitated proteins were resolved by 7.5% SDS–PAGE.

## Pulse-Chase and Western Blot Analysis

COS cells were transfected with either the pcDNA1 vector or pcDNA1 p105 using the DEAE–dextran method (Fan and Maniatis, 1991). After transfection (48 hr), the cells were treated with different inhibitors for 1 hr. Pulse-chase analysis was performed as described by Fan and Maniatis (1991) Cell lysates were immunoprecipitated with anti-p50 antibody, and the proteins were separated by 8% SDS–PAGE.

Yeast were transformed with the pADNS vector or pADNS p105. Transformants growing exponentially in selective medium were pulsed with 200 μCi of Tran³⁵S-label (ICN Biomedicals) for 20 min and were chased with selective medium containing methionine and cysteine for different periods of time. Extracts were prepared by vortexing the yeast in RIPA buffer (Harlow and Lane, 1988) for 3 min in the presence of glass beads. Immunoprecipitation of the lysate with anti-p50 antibody and 10% SDS–PAGE analysis is described above.

Western blot analysis (10% SDS–PAGE) was performed according to Fan and Maniatis (1991).

## Electrophoretic Mobility Shift Assay

Whole-cell extracts were prepared from untreated and cytokine-treated MG-63 and HeLa cells that had been pretreated with inhibitors for 1 hr. NF-κB binding activity was determined by an electrophoretic mobility shift assay, as described in Thanos and Maniatis (1992), using the PRDII probe from the IFNβ gene promoter. GAF DNA binding activity was measured using a −127 to −109 probe from the IFN regulatory factor 1 gene promoter (Sims et al., 1993).

## Acknowledgments

We are grateful to C.-M. Fan for the p105 expression plasmids and for helpful discussions. We thank A. Baldwin for providing the anti-IκBα antibody, J. Callis for the histidine-tagged Ub constructs, P. Howley for the GST–Ub fusion construct, and O. Coux and D. Hwang for providing the $^{125}$I-lysozyme, $^{125}$I-Ub–lysozyme, fraction II, and the purified proteasomes. We are grateful to R. Stein, S. Brand, L. Dick, and other scientists at MyoGenics, Inc. for supplying the proteasome inhibitors, the purified 26S proteasomes, and their helpful advice. We thank S. Jentsch for the yeast strains used in this work and S. Liang and N. Lehming for their helpful advice on the yeast expression experiments. We also thank M. L. Hedley and members of the Maniatis laboratory for materials, valuable discussions, and critical reading of the manuscript. This work was supported by the National Institutes of Health grants AI20642 to T. M. and GM46147 to A. L. G.

Received May 3, 1994; revised July 13, 1994.

## References

Baeuerle, P. A. (1991) The inducible transcription activator NF-κB: regulation by distinct protein subunits Biochim. Biophys. Acta 1072, 63–80.

Baeuerle, P. A., and Baltimore, D. (1988). IκB: a specific inhibitor of the NF-κB transcription factor. Science 242, 540–546.

Baeuerle, P. A., and Baltimore, D. (1989). A 65-kD subunit of active NF-κB is required for inhibition of NF-κB by IκB. Genes Dev. 3, 1689–1698.

Barr, P. J. (1991). Mammalian subtilisins: the long-sought dibasic processing endoproteases. Cell 66, 1–3.

Beers, E. P., and Callis, J. (1993). Utility of polyhistidine-tagged ubiquitin in the purification of ubiquitin–protein conjugates and as an affinity ligand for the purification of ubiquitin-specific hydrolases. J. Biol. Chem. 268, 21645–21649.

Beg, A. A., and Baldwin, A. S., Jr. (1993). The IκB proteins: multifunctional regulators of rel/NF-κB transcription factors. Genes Dev. 7, 2064–2070.

Beg, A. A., Finco, T. S., Nantermet, P. V., and Baldwin, A. S., Jr. (1993). Tumor necrosis factor and interleukin-1 lead to phosphorylation and loss of IκBα: a mechanism for NF-κB activation. Mol. Cell. Biol. 13, 3301–3310.

Blank, V., Kourilsky, P., and Israel, A. (1991). Cytoplasmic retention, DNA binding and processing of the NF-κB p50 precursor are controlled by a small region in its C-terminus. EMBO J. 10, 4159–4167.

Boes, B., Hengel, H., Ruppert, T., Multhaup, G., Koszinowski, U. H., and Kloetzel, P.-M. (1994). Interferon γ stimulation modulates the proteolytic activity and cleavage site preference of 20S mouse proteasomes. J. Exp. Med. 179, 901–909.

Bours, V., Villalobos, J., Burd, P. R., Kelly, K., and Siebenlist, U. (1990). Cloning of a mitogen-inducible gene encoding a κB DNA-binding protein with homology to the rel oncogene and to cell-cycle motifs. Nature 348, 76–80.

Brown, K., Park, S., Kanno, T., Franzoso, G., and Siebenlist, U. (1993). Mutual regulation of the transcriptional activator NF-κB and its inhibitor, IκB-α. Proc. Natl. Acad. Sci USA 90, 2532–2536.

Capobianco, A. J., Chang, D., Mosialos, G., and Gilmore, T. D. (1992). p105, the NF-κB p50 precursor protein, is one of the cellular proteins complexed with the v-Rel oncoprotein in transformed chicken spleen cells. J. Virol. 66, 3758–3767.

Chau, V., Tobias, J. W., Bachmair, A., Marriott, D., Ecker, D. J., Gonda, D. K., and Varshavsky, A. (1989). A multiubiquitin chain is confined to specific lysine in a targeted short-lived protein. Science 243, 1576–1583.

Colicelli, J., Birchmeier, C, Michaeli, T., O'Neil, K., Riggs, M., and Wigler, M. (1989). Isolation and characterization of a mammalian gene encoding a high-affinity cAMP phosphodiesterase. Proc. Natl. Acad. Sci. USA 86, 3599–3603.

Collins, T. (1993). Endothelial nuclear factor-κB and the initiation of the atherosclerotic lesion. Lab. Invest. 68, 499–508.

DeJong, J., and Roeder, R. G. (1993). A single cDNA, hTFIIA/α, encodes both the p35 and p19 subunits of human TFIIA. Genes Dev. 7, 2220–2234.

Driscoll, J., and Goldberg, A. L. (1990) The proteasome (multicatalytic protease) is a component of the 1500-kDa proteolytic complex which degrades ubiquitin-conjugated proteins. J. Biol. Chem. 265, 4789–4792.

Eytan, E., Ganoth, D., Armon, T., and Hershko, A. (1989). ATP-dependent incorporation of 20S protease into the 26S complex that

Cell
784

degrades proteins conjugated to ubiquitin. Proc. Natl. Acad. Sci. USA 86, 7751–7755.

Fan, C.-M., and Maniatis, T. (1991). Generation of p50 subunit of NF-κB by processing of p105 through an ATP-dependent pathway. Nature 354, 395–398.

Frantz, B., Nordby, E. C., Bren, G., Steffan, N., Paya, C. V., Kincaid, R. L., Tocci, M. J., O'Keefe, S. J., and O'Neill, E. A. (1994). Calcineurin acts in synergy with PMA to inactivate IκB/MAD3, an inhibitor of NF-κB. EMBO J. 13, 861–870.

Gaczynska, M., Rock, K. L., and Goldberg, A. L. (1993). γ-interferon and expression of MHC genes regulate peptide hydrolysis by proteasomes. Nature 365, 264–267.

Geisler, R., Bergmann, A., Hiromi, Y., and Nüsslein-Volhard, C. (1992). Cactus, a gene involved in dorsoventral pattern formation of Drosophila, is related to the IκB gene family of vertebrates. Cell 71, 613–621.

Ghosh, S., and Baltimore, D. (1990). Activation in vitro of NF-κB by phosphorylation of its inhibitor IκB. Nature 344, 678–682.

Ghosh, S., Gifford, A. M., Riviere, L. R., Tempst, P., Nolan, G. P., and Baltimore, D. (1990). Cloning of the p50 DNA binding subunit of NF-κB: homology to rel and dorsal. Cell 62, 1019–1029.

Goldberg, A. L. (1992). The mechanism and functions of ATP-dependent proteases in bacterial and animal cells. Eur. J. Biochem. 203, 9–23.

Goldberg, A. L., and Rock, K. L. (1992). Proteolysis, proteasomes and antigen presentation. Nature 357, 375–379.

Grilli, M., Chiu, J. J.-S., and Lenardo, M. J. (1993). NF-κB and Rel: participants in a multiform transcriptional regulatory system. Int. Rev. Cytol. 143, 1–62.

Harlow, E., and Lane, D. (1988). Antibodies. A Laboratory Manual (Cold Spring Harbor, New York: Cold Spring Harbor Laboratory Press).

Hegde, A. N., Goldberg, A. L., and Schwartz, J. H. (1993). Regulatory subunits of cAMP-dependent protein kinases are degraded after conjugation to ubiquitin: a molecular mechanism underlying long-term synaptic plasticity. Proc. Natl. Acad. Sci. USA 90, 7436–7440.

Heinemeyer, W., Kleinschmidt, J. A., Saidowski, J., Escher, C., and Wolf, D. H. (1991). Proteinase ycsE, the yeast proteasome/multicatalytic proteinase: mutants unravel its function in stress-induced proteolysis and uncover its necessity for cell survival. EMBO J. 10, 555–562.

Henkel, T., Machleidt, T., Alkalay, I., Kronke, M., Ben-Neriah, Y., and Baeuerle, P. A. (1993). Rapid proteolysis of IκB-α is necessary in the activation of transcription factor NF-κB. Nature 365, 182–185.

Hershko, A., and Ciechanover, A. (1992). The ubiquitin system for protein degradation. Annu. Rev. Biochem. 61, 761–807.

Hough, R., Pratt, G., and Rechsteiner, M. (1987). Purification of two high molecular weight proteases from rabbit reticulocyte lysates. J. Biol. Chem. 262, 8303–8313.

Inoue, J., Kerr, L. D., Kakizuka, A., and Verma, I. M. (1992). IκBγ, a 70 kd protein identical to the C-terminal half of p110 NF-κB: a new member of the IκB family. Cell 68, 1109–1120.

Jentsch, S. (1992). The ubiquitin-conjugation system. Annu. Rev. Genet. 26, 179–207.

Kidd, S. (1992). Characterization of the Drosophila cactus locus and analysis of interactions between cactus and dorsal proteins. Cell 71, 623–635.

Kieran, M., Blank, V., Logeat, F., Vandekerckhove, J., Lottspeich, F., LeBail, O., Urban, M. B., Kourilsky, P., Baeuerle, P. A., and Israel, A. (1990). The DNA binding subunit of NF-κB is identical to factor KBF1 and homologous to the rel oncogene product. Cell 62, 1007–1018.

Liou, H.-C., and Baltimore, D. (1993). Regulation of the NF-κB/rel transcription factor and IκB inhibitor system. Curr. Opin. Cell Biol. 5, 477–487.

Liou, H.-C., Nolan, G. P., Ghosh, S., Fujita, T., and Baltimore, D. (1992). The NF-κB precursor, p105, contains an internal IκB-like inhibitor that preferentially inhibits p50. EMBO J. 11, 3003–3009.

Ma, D., Watanabe, H., Mermelstein, F., Admon, A., Oguri, K., Sun, X., Wada, T., Imai, T., Shiroya, T., Reinberg, D., and Handa, H. (1993). Isolation of a cDNA encoding the largest subunit of TFIIA reveals functions important for activated transcription. Genes Dev. 7, 2246–2257.

Matthews, W., Tanaka, K., Driscoll J., Ichihara A., and Goldberg, A. L. (1989). Involvement of the proteasome in various degradative processes in mammalian cells. Proc. Natl. Acad. Sci. USA 86, 2597–2601.

Mellits, K. H., Hay, R. T., and Goodbourn, S. (1993). Proteolytic degradation of MAD3 (IκBα) and enhanced processing of the NF-κB precursor p105 are obligatory steps in the activation of NF-κB. Nucl. Acids Res. 21, 5059–5066.

Mercurio, F., DiDonato, J. A., Rosette, C., and Karin, M. (1993). p105 and p98 precursor proteins play an active role in NF-κB-mediated signal transduction. Genes Dev. 7, 705–718.

Michalek, M. T., Grant, E. P., Gramm, C., Goldberg, A. L., and Rock, K. L. (1993). A role for the ubiquitin-dependent proteolytic pathway in MHC class I-restricted antigen presentation. Nature 363, 552–554.

Nabel, G., and Baltimore, D. (1987). An inducible factor activates expression of human immunodeficiency virus in T cells. Nature 326, 711–713.

Neumann, M., Tsapos, K., Scheppler, J. A., Ross, J., and Franza, B. R., Jr. (1992). Identification of complex formation between two intracellular tyrosine kinase substrates: human c-Rel and the p105 precursor of p50 NF-κB. Oncogene 7, 2095–2104.

Nolan, G. P., Ghosh, S., Lion, H.-C., Tempst, P., and Baltimore, D. (1991). DNA binding and IκB inhibition of the cloned p65 subunit of NF-κB, a rel-related polypeptide. Cell 64, 961–969.

Palombella, V. J., and Maniatis, T. (1992). Inducible processing of interferon regulatory factor-2. Mol. Cell. Biol. 12, 3325–3336.

Rechsteiner, M., Hoffman, L., and Dubiel, W. (1993). The multicatalytic and 26S proteases. J. Biol. Chem. 268, 6065–6068.

Rice, N. R., MacKichan, M. L., and Israel, A. (1992). The precursor of NF-κB p50 has IκB-like functions. Cell 71, 243–253.

Riviere, Y., Blank, V., Kourilsky, P., and Israel, A. (1991). Processing of the precursor of NF-κB by the HIV-1 protease during acute infection. Nature 350, 625–626.

Rock, K. L., Gramm, C., Rothstein, L., Clark, K., Stein, R., Dick, L., Hwang, D., and Goldberg, A. L. (1994) Inhibitors of the proteasome block degradation of most cell proteins and the generation of peptides presented on MHC class I molecules. Cell 78, this issue.

Rogers, S., Wells, R., and Rechsteiner, M. (1986). Amino acid sequences common to rapidly degraded proteins: the PEST hypothesis. Science 234, 364–368.

Ruben, S. M., Dillon, P. J., Schreck, R., Henkel, T., Chen, C.-H., Maher, M., Baeuerle, P. A., and Rosen, C. A. (1991). Isolation of a rel-related human cDNA that potentially encodes the 65-kD subunit of NF-κB. Science 251, 1490–1493.

Scheffner, M., Munger, K., Huibregtse, J. M., and Howley, P. M. (1992). Targeted degradation of the retinoblastoma protein by human papillomavirus E7–E6 fusion proteins. EMBO J. 11, 2425–2431.

Scheffner, M., Huibregtse, J. M., Vierstra, R. D., and Howley, P. M. (1993). The HPV-16 E6 and E6-AP complex functions as a ubiquitin-protein ligase in the ubiquitination of p53. Cell 75, 495–505.

Seufert, W., and Jentsch, S. (1990). Ubiquitin-conjugating enzymes UBC4 and UBC5 mediate selective degradation of short-lived and abnormal proteins. EMBO J. 9, 543–550.

Seufert, W., and Jentsch, S. (1992). In vivo function of the proteasome in the ubiquitin pathway. EMBO J. 11, 3077–3080.

Shelton, C. A., and Wasserman, S. A. (1993). pelle encodes a protein kinase required to establish dorsoventral polarity in the Drosophila embryo. Cell 72, 515–525.

Shirakawa, F., and Mizel, S. B. (1989). In vitro activation and nuclear translocation of NF-κB catalyzed by cyclic AMP-dependent protein kinase and protein kinase C. Mol. Cell. Biol. 9, 2424–2430.

Sims, S. H., Cha, Y., Romine, M. F., Gao, P. Q., Gottlieb, K., and Deisseroth, A. B. (1993). A novel interferon-inducible domain: structural and functional analysis of the human interferon regulatory factor 1 gene promoter. Mol. Cell. Biol. 13, 690–702.

Sun, S.-C., Ganchi, P. A., Ballard, D. W., and Greene, W. C. (1993). NF-κB controls expression of inhibitor IκBα: evidence for an inducible autoregulatory pathway. Science 259, 1912–1915.

Sun, S.-C., Ganchi, P. A., Beraud, C., Ballard, D. W., and Greene, W. C. (1994). Autoregulation of the NF-κB transactivator RelA (p65) by multiple cytoplasmic inhibitors containing ankyrin motifs. Proc. Natl. Acad. Sci. USA 91, 1346–1350.

Tanaka, K., Tamura, T., Yoshimura, T., and Ichihara, A. (1992). Proteasomes: protein and gene structures. New Biol. 4, 173–187.

Thanos, D., and Maniatis, T. (1992). The high mobility group protein HMG I(Y) is required for NF-κB-dependent virus induction of the human IFN-β gene. Cell 71, 777–789.

Varshavsky, A. (1992). The N-end rule. Cell 69, 725–735.

Visnitsky, A., Michaud, C., Powers, J. J., and Orlowski, M. (1992) Inhibition of the chymotrypsin-like activity of the pituitary multicatalytic proteasome complex. Biochemistry 31, 9421–9428.

Wang, X., Sato, R., Brown, M. S., Hua, X, and Goldstein, J. L. (1994). SREBP-1, a membrane-bound transcription factor released by sterol-regulated proteolysis. Cell 77, 53–62.

Whalen, A. M., and Steward, R. (1993). Dissociation of the dorsal–cactus complex and phosphorylation of the dorsal protein correlate with the nuclear localization of dorsal. J. Cell Biol. 123, 523–534.

Wilson, A. C., LeMarco, K., Peterson, M. G., and Herr, W. (1993). The VP16 accessory protein HCF is a family of polypeptides processed from a large precursor protein. Cell 74, 115–125.

Yokomori, K., Admon, A., Goodrich, J. A., Chen, J.-L., and Tjian, R. (1993). Drosophila TFIIA-L is processed into two subunits that are associated with the TBP/TAF complex. Genes Dev. 7, 2235–2245.

# EXHIBIT G

CERTIFIED
COPY

```
 1                          VOLUME: I

 2                          EXHIBITS: See Index

 3           IN THE UNITED STATES DISTRICT COURT

 4               FOR THE DISTRICT OF DELAWARE

 5      - - - - - - - - - - - - - - - - - x

 6    AMGEN INC., et al.

 7               Plaintiffs           Civil Action

 8      v.                           No. 06-259-MPT

 9

10    ARIAD PHARMACEUTICALS, INC., et al.

11               Defendants

12      - - - - - - - - - - - - - - - - - x

13    ARIAD PHARMACEUTICALS, INC., et al.

14               Counterclaim Plaintiffs

15      v.

16

17    AMGEN INC., et al.

18               Counterclaim Defendants

19      - - - - - - - - - - - - - - - - - x

20    VIDEOTAPED DEPOSITION of PATRICK A. BAEUERLE, PH.D.

21               Monday, August 20, 2007

22                    9:12 a.m.

23

24           Michelle Keegan, Court Reporter
```

1          A.   So the listed compounds do activate NF-kB.

2    And if it is essential to NF-kB that the NF-kB IkB

3    complex dissociates, the question is how do each of

4    these compounds make it as their -- how many common

5    steps are there.

6          Q.   So some of the steps may be uncommon among

7    those various agents?

8               MS. ROSENBLATT:   Objection.   It calls

9    for speculation.

10         A.   As it is said here, it is unclear.

11         Q.   So at the time of this publication you

12   didn't know whether the steps among those various

13   agents were common or uncommon or both; is that

14   correct?

15              MS. ROSENBLATT:   Objection.

16         A.   They all have one common step.   This is the

17   dissociation of the NF-kB IkB complex.

18         Q.   Are you saying here, though, that you don't

19   know how each of those agents accomplishes that

20   step?

21         A.   That's more or less what I want to say here.

22         Q.   Could you please turn to page 1282.   And if

23   I could direct your attention to figure 1,

24   Dr. Baeuerle, specifically figure 1C.

143

1    one used in Exhibit 165 is the more specific one

2    than the ones used in Exhibit 164.

3        Q.  And in Exhibit 165 you concluded that

4    exposing cells to the specific proteasome inhibitor

5    that you were using in the presence of tumor

6    necrosis factor alpha led to inhibition of IkB

7    degradation?

8            MS. ROSENBLATT:  Objection.  The

9    document speaks for itself.

10       A.  I need to refresh my memory here and find an

11   appropriate figure showing that.

12       Q.  If you take a look at figure 1,

13   Dr. Baeuerle, that might help you.

14       A.  This is not showing IkB.  This is showing

15   NF-kB.  But you asked whether the inhibitor blocked

16   degradation of IkB, not of NF-kB.

17       Q.  And maybe figure 2 will help you with that.

18       A.  I guess figure 2B shows a dose-dependent

19   stabilization of IkB by proteasome inhibitor, the

20   left part of figure 2B.

21       Q.  And so the proteasome inhibitor that here is

22   labeled PSI -- is that correct?

23       A.  Yes.

24       Q.  -- inhibited the degradation of IkB in the

212

1    presence of TNF; is that correct?

2            MS. ROSENBLATT:  Objection.  The

3    document speaks for itself.

4        A.  The experiments have been done in the

5    presence of TNF, yeah.

6        Q.  And you saw here in figure 2B that the more

7    proteasome inhibitor, PSI, that you added, the less

8    degradation of IkB you observed; is that correct?

9            MS. ROSENBLATT:  Objection.

10       A.  This is shown in the left part of figure 2B.

11       Q.  Now, did you draw any conclusions regarding

12   the relationship between the inhibition of the

13   degradation of IkB as a result of adding the

14   proteasome inhibitor and the activation of NF-kB in

15   this paper?

16           MS. ROSENBLATT:  I object.  The document

17   speaks for itself.

18       A.  I guess this is answered in figure 1A where

19   not only IkB stabilized as we had just seen in

20   figure 2, but at the same time activation of NF-kB

21   is blocked.

22       Q.  And so when you add to HeLa cells increasing

23   concentrations of the proteasome inhibitor -- I'm

24   sorry.  When you add a proteasome inhibitor to HeLa

213

# EXHIBIT H

The Journal of Neuroscience, October 15, 2000, 20(20):7556–7563

# NF-κB Signaling Promotes Both Cell Survival and Neurite Process Formation in Nerve Growth Factor-Stimulated PC12 Cells

Erik D. Foehr,[1,2] Xin Lin,[1,2] Alison O'Mahony,[1,2] Romas Geleziunas,[1,2] Ralph A. Bradshaw,[3] and Warner C. Greene[1,2]

[1]Gladstone Institute of Virology and Immunology and [2]Departments of Medicine and of Microbiology and Immunology, University of California, San Francisco, San Francisco, California 94141-9100, and [3]Departments of Physiology and Biophysics and of Anatomy and Neurobiology, College of Medicine, University of California, Irvine, Irvine, California 92697

Nerve growth factor binds to the TrkA and p75[NTR] (p75) and generates signals leading to neuronal cell survival, differentiation, and programmed cell death. Here we describe a series of experiments involving selective activation of either TrkA or p75 in which distinct cell-signaling intermediates promote different cellular consequences. We analyzed pheochromocytoma 12 (PC12) cells stably expressing chimeras consisting of the extracellular domain of PDGF receptor (PDGFR) fused to the transmembrane and cytoplasmic segments of p75 or TrkA. Because PC12 cells lack endogenous PDGFR, addition of PDGF to these cell lines permits selective activation of the p75 or TrkA responses without stimulating endogenous receptors. Although both p75 and TrkA activated nuclear factor-κB (NF-κB), we show that distinct proximal-signaling intermediates are used by each receptor. A dominant-negative mutant of TRAF6 blocked p75- but not TrkA-mediated induction of NF-κB. Conversely a dominant-negative

mutant of Shc inhibited TrkA but not p75 activation of NF-κB. Both of these distinct signaling pathways subsequently converge, leading to activation of the IκB kinase complex. Moreover, the activation of NF-κB by these distinct pathways after stimulation of either TrkA or p75 leads to different physiological consequences. Blocking p75-mediated activation of NF-κB by ecdysone-inducible expression of a nondegradable mutant of IκBα significantly enhanced apoptosis. In contrast, blocking NF-κB induction via TrkA significantly inhibited neurite process formation in PC12 cells. Together these findings indicate that, although both of these receptors lead to the activation of NF-κB, they proceed via distinct proximal-signaling intermediates and contribute to different cellular outcomes.

*Key words: TrkA; p75; NGF; NF-κB; IKK; PC12 cells; apoptosis; neurite process formation*

Nerve growth factor (NGF) and the other neurotrophins (BDNF, NT-3, NT-4/5, and NT-6) mediate both neuron survival and differentiation via selective binding to three receptor tyrosine kinases: TrkA, TrkB, and TrkC (Barde, 1989; Chao, 1992; Barbacid, 1994). The Trks recruit and activate signaling intermediates that in turn stimulate the ERK mitogen-activated protein kinases (MAPKs) and other downstream effectors (Kaplan et al., 1991; Obermeier et al., 1994; Kaplan and Miller, 1997). Mice lacking TrkA exhibit severe sensory and sympathetic neuropathies and usually die at ~1 month of age (Smeyne et al., 1994; Snider, 1994). All of the neurotrophins also interact with a second receptor, p75[NTR] (p75), that enhances their binding to the Trks (Benedetti et al., 1993; Barker and Shooter, 1994). p75 is a member of the tumor necrosis factor receptor (TNFR) superfamily and contains a signature cytoplasmic death domain that plays a central role in the recruitment and activation of signaling adaptors (Bothwell, 1991; Dechant and Barde, 1997). Unlike the Trk receptors, the cytoplasmic domain of p75 lacks intrinsic tyrosine kinase activity. However, whereas the Trk receptors inhibit apoptosis, p75 promotes apoptosis in certain neuronal cell populations (Rabizadeh et al., 1993). Early in development, the binding of NGF to select retinal neurons expressing p75, but not TrkA, induces the death of these cells (Allendoerfer et al., 1994). Mice lacking p75 display decreased pain sensitivity because of loss of sensory nerve fibers but also have

enlarged basal forebrain neurons (Lee et al., 1992, 1994; Yeo et al., 1997). The ability of p75 to induce apoptotic versus neurotrophic changes may thus depend on the cellular context and on coexpression of the Trks.

NGF induces the activation of the nuclear factor-κB (NF-κB) transcription factor complex. NF-κB regulates the expression of various cytokines, cell adhesion molecules, and inflammatory mediators that are important for coordinating cellular responses to stress, infection, and injury (Ghosh et al., 1998). NF-κB also exerts an antiapoptotic effect in many cell types (Beg et al., 1995; Baldwin, 1996; Beg and Baltimore, 1996; Van et al., 1996; Li et al., 1999). In addition to NGF, a diverse spectrum of stimuli including the proinflammatory cytokines interleukin 1 and TNFα, bacterial lipopolysaccharide, ultraviolet light, and free-oxygen radicals induce NF-κB activation (Baldwin, 1996). The biochemical pathways underlying the action of many of these agonists remain poorly understood. NF-κB is regulated via its assembly with a family of cytoplasmic inhibitors termed IκB. IκB binding to NF-κB blocks the nuclear localization signal of NF-κB, leading to cytoplasmic sequestration of the transcription factor complex (Beg and Baldwin, 1993; Henkel et al., 1993; Ghosh et al., 1998). Activation of the IκB kinases (IKKα and IKKβ) (DiDonato et al., 1997; Mercurio et al., 1997; Regnier et al., 1997; Zandi et al., 1997) within functional high-molecular weight signalsomes promotes phosphorylation of IκBα on serines 32 and 36, leading in turn to its ubiquitination and degradation within the 26 S proteasome (Finco et al., 1994; Brockman et al., 1995; Brown et al., 1995; Chen et al., 1995; Scherer et al., 1995; Traenckner et al., 1995; Whiteside et al., 1995; Sun et al., 1996). These events liberate the NF-κB complex, allowing its rapid translocation into the nucleus, where it triggers the transcription of various target genes, including the IκBα gene whose rapid induction temporally resets the NF-κB response (Brown et al., 1993; Scott et al., 1993; Sun et al., 1993; Chiao et al., 1994).

The antiapoptotic effects of NF-κB make this transcription fac-

Received May 22, 2000; revised Aug. 3, 2000; accepted Aug. 4, 2000.

This work was supported by grants from the Gladstone Institutes, National Institutes of Health Grant AG 9735, and core support from the UCSF-GIVI-Center for AIDS Research Grant P30-MH 59037. We thank Leslie Thompson for providing cell lines and expression vectors and Didier Thomas for the Shc dominant-negative expression vector. We also thank John C. W. Carroll and Neile Shea for their assistance with graphics and Stephen Ordway and Gary Howard for their excellent editorial input.

Correspondence should be addressed to Dr. Warner C. Greene, Gladstone Institute of Virology and Immunology, University of California, San Francisco, P.O. Box 419100, San Francisco, CA 94141-9100. E-mail: wgreene@gladstone.ucsf.edu.

Copyright © 2000 Society for Neuroscience   0270-6474/00/207556-08$15.00/0

Foehr et al. • Function of NF-κB in NGF Signaling

J. Neurosci., October 15, 2000, 20(20):7556–7563 **7557**

tor a potentially important neuroprotective agent *in vivo* (Maggirwar et al., 1998; Hamanoue et al., 1999). Pathological conditions like hypoxia and those encountered in Alzheimer's disease are associated with the apoptotic death of neuronal cells (Mattson, 1998). Therefore, characterizing the pathways leading to neuronal NF-κB activation may provide novel strategies to control pathological inflammatory or apoptotic signaling occurring in the nervous system. We now demonstrate that NGF activation of NF-κB provides both survival and differentiation signals in pheochromocytoma 12 (PC12) cells. We further show that NF-κB induction occurs via both TrkA and p75 activation. Although different membrane proximal-signaling intermediates are involved, these distinct pathways converge and commonly activate the IKK complex.

## MATERIALS AND METHODS

*Expression vectors and cell culture conditions.* The expression constructs IKKα K44M, IκBα S32A/S36A, TRAF6 ΔN 289–522, and Shc Y239F/Y240F/Y317F have been described elsewhere (Thomas and Bradshaw, 1997; Geleziunas et al., 1998). The PDGFR/TrkA and PDGFR/p75 chimeras are described below (Fig. 1). Ecdysone-responsive (EcR) PC12 cell clones containing the hemagglutinin-IκBα S32A/S36A (HA-IκBα SS/AA) cDNA in the pIND vector (Invitrogen) were selected with Hygromycin (Life Technologies). All cells were cultured at 37°C in 5% CO₂. Parental PC12 cells and the PC12 clones stably transfected with the chimera were cultured in DMEM supplemented with 10% horse serum prepared from platelet-poor plasma (Sigma), 5% plasma-derived fetal calf serum (Cocalico), and 1% penicillin–streptomycin (Life Technologies). 293T cells were cultured in DMEM supplemented with 10% fetal bovine serum and 1% penicillin–streptomycin. Approximately $1.5 \times 10^6$ 293T cells in 10 cm tissue culture dishes were transfected with plasmid DNA (10 μg) by the use of the calcium phosphate method. Approximately $2.5 \times 10^5$ PC12 cells per well of a six-well dish were transfected with plasmid DNA by the use of lipofectin reagent (Life Technologies). PC12 cell differentiation was assessed by plating cells on collagen-coated eight-well culture slides (Falcon), followed by stimulation with media, mouse NGF (50 ng/ml; Sigma), human PDGF-BB (50 ng/ml; Austral), mouse TNFα (20 ng/ml; Sigma), and/or ecdysone (Ecd) (5 μM; Invitrogen) for 24 hr. The cells, expressed as percentages, displaying neurite extension greater than two cell bodies in length were scored as positives.

*NF-κB reporter assay.* NF-κB-mediated luciferase production from a κB reporter plasmid (pNFκB-Luc) containing five κB enhancer sites (Stratagene) was measured 24 hr after transfection by the use of an enhanced luciferase assay and a Microbeta 1450 Trilux luminescence counter (Wallac Company). To permit normalization of luciferase values, all transfections included a pRC-β-actin LacZ plasmid (obtained from M. Karin, University of California, San Diego).

*Electrophoretic mobility shift assay.* Nuclear extracts were prepared, and electrophoretic mobility shift assays were performed with a consensus κB oligo (GGGGACTTTCCC) as a probe (Santa Cruz Biotechnology). For supershift assays, p65, p50, and p52 antibodies were purchased from Santa Cruz Biotechnology.

*Immunoprecipitation and immunoblotting analyses.* PC12 cells containing or lacking the PDGFR/TrkA or PDGFR/p75 expression vectors were stimulated with NGF (50 ng/ml), PDGF (50 ng/ml), or TNFα (20 ng/ml). The cells were washed with PBS and lysed in the following buffer: 1% NP-40, 50 mM HEPES, pH 7.4, 250 mM NaCl, 5 mM EDTA, 10% glycerol, 0.5 mM DTT, 2 μg/ml aprotinin, 1 μg/ml leupeptin, and 1 mM PMSF. Cleared lysates were incubated with goat anti-p75^NTR polyclonal antibodies (Santa Cruz Biotechnology) or anti-TrkA monoclonal antibody (Santa Cruz Biotechnology) and precipitated with protein G or protein A agarose (Santa Cruz Biotechnology). The immunoprecipitates were then subjected to SDS-PAGE, transferred to polyvinylidene difluoride (PVDF) membranes, and immunoblotted. Chimeras were detected with an anti-PDGFRβ antibody (Transduction Laboratories), FLAG-tagged TRAF6 constructs were detected with anti-FLAG antibodies (Santa Cruz Biotechnology), glutathione *S*-transferase (GST)-Shc was detected with anti-Shc antibodies (Santa Cruz Biotechnology), HA-tagged IκBα SS/AA was detected with anti-HA antibodies (Berkeley Antibody Company), and Synapsin II and Bcl-x were detected with antibodies purchased from Transduction Laboratories.

*Kinase assay.* Stably transfected, chimera-expressing PC12 cells were stimulated for 10 min with medium, NGF (50 ng/ml), PDGF (50 ng/ml), or TNFα (20 ng/ml) and then lysed as described above. Lysates were immunoprecipitated with either rabbit polyclonal anti-IKKα (H744), which cross-reacts with IKKβ, or rabbit polyclonal anti-JNK (Santa Cruz Biotechnology) and protein A-Sepharose (Pharmacia). The immune complexes were washed three times in lysis buffer and once in kinase buffer, resuspended in 20 μl of kinase buffer (20 mM HEPES, pH 7.4, 2 mM MnCl₂, 10 mM MgCl₂, 25 mM glycerol-2-phosphate, 0.1 mM Na₃VO₄, 2 mM NaF, 1 mM DTT, and 20 μM ATP), and incubated for 30 min at 30°C with 5 μCi of [γ-³²P]ATP (6000 Ci/mmol) and 1 μg of recombinant GST-IκBα (1–62) or GST-c-Jun (1–79) (Santa Cruz Biotechnology) added as exogenous substrate. The kinase reactions were terminated by the addition of SDS-PAGE sample buffer. The samples were analyzed by SDS-PAGE,



**Figure 1.** Schematic summary of the PDGF receptor-based chimeras used to selectively activate TrkA- and p75-signaling programs in PC12 cells. The extracellular, transmembrane (*TM*), and intracellular domains are indicated. The TrkA monomer is represented as an *open box*, and its tyrosine kinase domain is depicted by *hatching*. The p75 monomer is represented as a *cross-hatched box*, and its death domain is indicated. The PDGFR-based chimeras were generated by fusing the extracellular domain of hPDGFRβ to the transmembrane/intracellular domains of TrkA or p75 at the amino acid positions indicated. The resulting PDGFR/TrkA and PDGFR/p75 chimeras were introduced into PC12 cells by retroviral vector-mediated infection, and PC12 cell lines stably expressing each were generated. Immunostaining confirmed expression of both receptor chimeras; PDGFR/p75 was consistently expressed at twofold to threefold higher levels than was PDGFR/TrkA.

transferred to PVDF membranes, and exposed to hyperfilm (Amersham). The membranes were subsequently immunoblotted with either anti-IKKα (H744) or anti-JNK (Santa Cruz Biotechnology) to determine the relative amount of immunoprecipitated kinase. Activated ERK1/2 was measured by immunoblotting lysates with an antibody specific for phosphorylated ERK1/2 (New England Biolabs) and with anti-tubulin antibody (Calbiochem) to verify amounts of protein.

*Apoptosis assay.* PDGFR/p75-PC12 cells were stimulated with media, TNFα (20 ng/ml), NGF (50 ng/ml), or PDGF (50 ng/ml) for 8 hr with or without induction with Ecd (5 μM) for 24 hr before the addition of the agonists. Early during the process of apoptosis, membrane phospholipid phosphatidylserine is translocated from the inner to the outer leaflet of the plasma membrane and can be detected by the binding of annexin V-PE. The vital dye 7-AAD, which is excluded from viable cells with intact membranes, was used to exclude cells dying by necrosis (PharMingen). Cells staining positive for annexin V-PE and negative for 7-AAD were scored as apoptotic. Data were analyzed by flow cytometry using CellQuest software.

*Atlas cDNA array.* Atlas 1.2 rat cDNA arrays (Clontech) were used according to protocol to assess the changes in gene expression after 18 hr of stimulation with NGF (50 ng/ml) or PDGF (50 ng/ml) with or without 24 hr of pretreatment with Ecd (5 μM) to induce expression of IκBα SS/AA. Experiments were performed in duplicate and analyzed by the use of phosphorimaging.

## RESULTS

### Chimeric receptors permit selective activation of p75 and TrkA signaling: both receptors induce NF-κB

NGF stimulates PC12 cells to differentiate into sympathetic neuronlike cells and protects these cells from apoptosis under conditions of stress (Greene and Tischler, 1976; Greene, 1978). Because both of the NGF receptors TrkA and p75 are expressed on PC12 cells, we sought to determine the individual contribution of each to differentiation and cell survival, focusing on the role played by the NF-κB transcription factor. Chimeric receptors were prepared containing the extracellular domain of the human PDGFR fused to the transmembrane and intracellular domains of either TrkA or p75 (Fig. 1). These chimeras were stably expressed in PC12 cells, and the addition of PDGF to PC12 cells expressing PDGFR/TrkA or PDGFR/p75 permitted selective activation of these receptor-signaling programs in the absence of endogenous receptor stimulation (PC12 cells do not normally express PDGFRs). For example, PDGF stimulated significant neurite process formation in cells



*Figure 2.* PDGF induces NF-κB activity in PC12 cells expressing the PDGFR/TrkA and PDGFR/p75 chimeras. *A,* A κB-luciferase reporter plasmid (*κB Luciferase*) was cotransfected with a β-galactosidase reporter plasmid into either wild-type (*WT*) PC12 cells, PDGFR/TrkA-PC12 cells, or PDGFR/p75-PC12 cells. The cells were then stimulated with media, TNFα (20 ng/ml), NGF (50 ng/ml), or PDGF (50 ng/ml) for 24 hr. Luciferase activity was measured in the resultant lysates and normalized for β-galactosidase activity to correct for differences in transfection efficiency between the cultures. The fold induction for each sample was calculated relative to the value obtained with cells cultured with media alone. Error bars indicate the SD derived from triplicate samples. This experiment was performed in duplicate with similar results. *B,* PC12 cells expressing PDGFR/TrkA or PDGFR/p75 were stimulated with media or PDGF (50 ng/ml) for 30 min, and nuclear extracts were prepared. The electrophoretic mobility shift of a labeled consensus NF-κB-binding oligonucleotide was measured. Antibodies against p65, p50, and p52 were tested for the ability to recognize NF-κB/oligonucleotide complexes activated by PDGFR/TrkA or PDGFR/p75. NF-κB complexes and nonspecific (*N. S.*) bands are indicated with *arrows.*

expressing PDGFR/TrkA but not in those expressing PDGFR/p75 (data not shown).

We analyzed the ability of the individual PDGFR/TrkA and PDGFR/p75 chimeras to induce NF-κB. PC12 cells stably expressing these chimeras and wild-type PC12 cells were transiently transfected with a κB-luciferase reporter plasmid and stimulated for 24 hr with PDGF, NGF, or TNFα (Fig. 2*A*). These cells were also cotransfected with a β-galactosidase expression vector to control for differences in transfection efficiency. Addition of PDGF to cells expressing PDGFR/TrkA or PDGFR/p75 produced a threefold to fourfold induction of the κB-luciferase reporter activity measured at 24 hr. This response was comparable in magnitude to the NF-κB response obtained in PC12 cells stimulated with NGF. Addition of TNFα induced an ~10-fold increase in κB-luciferase activity in all of the PC12 cell lines. Although previous studies had only implicated p75 in NGF-stimulated NF-κB activation (Carter et al., 1996), our findings demonstrate that both TrkA and p75 activate a signaling pathway leading to NF-κB induction. Furthermore, in gel

shift assays both TrkA and p75 receptors induced nuclear translocation of both p50 and p65, components of the prototypic NF-κB complex. In addition, p75 induced not only p50 and p65 but p52 as well (Fig. 2*B*).

Cytoplasmic NF-κB has been proposed to translocate to the nucleus only after IκB is phosphorylated, ubiquitinated, and degraded in the 26 S proteasome (Finco et al., 1994; Brockman et al., 1995; Brown et al., 1995; Chen et al., 1995; Scherer et al., 1995; Traenckner et al., 1995; Whiteside et al., 1995; Sun et al., 1996). The kinases responsible for cytokine-induced IκB phosphorylation have been identified recently as IKKα and IKKβ (DiDonato et al., 1997; Mercurio et al., 1997; Regnier et al., 1997; Zandi et al., 1997). However, it is unknown whether these kinases participate in the NGF response involving either TrkA or p75. Chimera-expressing PC12 cells were stimulated with PDGF, NGF, or TNFα for 10 min, and we assessed the activity of endogenous IKK in *in vitro* kinase assays using GST-IκBα (1–62) as an exogenous substrate (Fig. 3). Stimulation of the chimera-expressing PC12 cells with TNFα produced a 10- to 15-fold induction of IKK activity (Fig. 3*A*,*B*). NGF also increased IKKα activity twofold to fourfold. Selective activation of PDGFR/TrkA- or PDGFR/p75-expressing PC12 cells with PDGF induced a twofold to fourfold activation of endogenous IKK, consistent with the results of the κB-luciferase reporter assay.

While commonly activating NF-κB, the TrkA and p75 receptors also induced distinct signaling programs. For example, the PDGFR/TrkA chimera, but not the PDGFR/p75 chimera, effectively activated the ERK1/2 kinase (Fig. 3*C*). Conversely, the PDGFR/p75 chimera, but not the PDGFR/TrkA chimera, activated the c-Jun N-terminal kinase (JNK) (Fig. 3*D*). Thus, TrkA ligation activates both IKK and ERK, whereas stimulation of p75 activates IKK and JNK.

### Dominant-negative signaling mutants selectively block PDGFR/TrkA and PDGFR/p75 induction of NF-κB

The effects of various NF-κB pathway inhibitors were next investigated in the chimera-expressing PC12 cell lines (Fig. 4). Transient expression of a "super-repressor" form of IκBα SS/AA in either the PDGFR/TrkA- or PDGFR/p75-expressing PC12 cells potently blocked PDGF-induced NF-κB activation. Because of the alanine-to-serine substitutions at residues 32 and 36, this IκBα mutant does not undergo the regulatory N-terminal phosphorylation required for subsequent ubiquitination and proteasome-mediated degradation (Beg et al., 1993; Brown et al., 1993, 1995; Finco et al., 1994; Chen et al., 1996). Similarly, the introduction of a kinase-deficient mutant of IKKα K44M effectively blocked the induction of κB-luciferase activity in cells stimulated via either the PDGFR/TrkA or the PDGFR/p75 receptors (Fig. 4). Thus, two distal components of the NF-κB-signaling pathway, IκBα and IKK, appear to be commonly involved in the induction of this transcription factor via either the TrkA or the p75 pathway.

### The TrkA and p75 receptors use different proximal-signaling components to induce NF-κB

Previous studies have implicated Shc and TRAF6 as important proximal-signaling intermediates in the NGF-induced TrkA and p75 responses, respectively (Obermeier et al., 1994; Khursigara et al., 1999; Ye et al., 1999). To assess the potential role of these proteins in the NF-κB responses, we tested for the effects of dominant-negative mutants of TRAF6 and Shc on chimera-mediated κB-luciferase reporter activity after transient transfection. Introduction of an N-terminal truncation mutant of TRAF6, which removes its RING finger (TRAF6 ΔN 289–522), specifically blocked PDGFR/p75 activation of NF-κB but exerted essentially no effect on PDGFR/TrkA-mediated induction of NF-κB (Fig. 4). In contrast, a dominant-negative mutant of Shc (Shc YYY/FFF), which cannot recruit elements of the Grb2/SOS/Ras pathway to the TrkA receptor, effectively blocked NF-κB induction via the PDGFR/TrkA chimera (Thomas and Bradshaw, 1997; Raffioni et al., 1999). In contrast, this Shc mutant exerted no inhibitory effects on NF-κB signaling via the PDGFR/p75 chimera (Fig. 4). These

Foehr et al. • Function of NF-κB in NGF Signaling                                              J. Neurosci., October 15, 2000, 20(20):7556–7563 **7559**

*Figure 3.* Both TrkA and p75 activate endogenous IKK activity but differentially stimulate ERK and JNK kinase activity. PC12 cells expressing PDGFR/TrkA or PDGFR/p75 were stimulated with media, NGF (50 ng/ml), TNFα (20 ng/ml), or PDGF (50 ng/ml) for 10 min, and cellular lysates were prepared. *A, B,* IKK was immunoprecipitated from each lysate, suspended in kinase buffer, and subjected to an *in vitro* kinase assay using GST-IκBα (1–62) as an exogenously added substrate. Samples were analyzed by SDS-PAGE for evidence of phosphorylation of GST-IκBα (1–62) (*GST-IκBα⁻ᴾ*) and immunoblotted (*IB*) with anti-IKKα antibodies to confirm the presence of comparable amounts of kinase (*α-IKKα*) in each reaction. *C,* After stimulation, lysates from PDGFR/TrkA-PC12 cells or PDGFR/p75-PC12 cells were subjected to immunoblotting with antibodies specific for phosphorylated ERK (*α-ERK1/2⁻ᴾ*) and with anti-tubulin antibodies to assess the comparability of protein (*α-Tubulin*) in the



lysates. *D,* After stimulation of PDGFR/p75-PC12 cells or PDGFR/TrkA-PC12 cells, JNK was immunoprecipitated and subjected to an *in vitro* kinase assay using c-Jun as an exogenously added substrate. After exposure, the blot was probed with anti-JNK antibody to determine the levels of kinase (*α-JNK*) present in each reaction.



*Figure 4.* NF-κB induction by the PDGFR/TrkA and PDGFR/p75 chimeras involves distinct proximal-signaling components. PC12 cells stably expressing either the PDGFR/TrkA or PDGFR/p75 chimeras were transiently cotransfected with κB-luciferase, β-galactosidase reporters, and either 0.1 or 0.5 μg of expression plasmids encoding the IκBα S32/S36 (SS/AA) mutant, a kinase-deficient mutant of IKKα K44M, or dominant-negative mutants of TRAF6 ΔN 289–522 or Shc Y239F/Y240F/Y317F (Shc YYY/FFF). The effects of the ectopically expressed proteins are presented as a percentage of the PDGF-induced κB-luciferase activity normalized for β-galactosidase activity occurring in stimulated cells transfected with only the reporter vector and the appropriate empty vector DNA. Error bars indicate the SD derived from triplicate samples. This experiment was performed in duplicate with similar results.

findings implicate the action of distinct proximal-signaling components in the p75 and TrkA responses leading to NF-κB activation.

We next studied whether TRAF6 selectively interacts with the cytoplasmic tail of p75 and conversely whether Shc selectively binds to TrkA (Fig. 5). When overexpressed in 293T cells, both TrkA and p75 autoactivate independently of added ligand (data not shown). TrkA was coexpressed with Shc or TRAF6, followed by the preparation of lysates and immunoprecipitation of TrkA. Similarly p75 was coexpressed with Shc or TRAF6, followed by the preparation of lysates and immunoprecipitation of p75. Subsequent immunoblotting of these immunoprecipitates revealed coimmunoprecipitation of Shc but not TRAF6 with TrkA. Conversely TRAF6 but not Shc coimmunoprecipitated with p75 (Fig. 5). These findings demonstrate differential recruitment of Shc and TRAF6 by the TrkA and p75 receptor tails, thus confirming and extending the results obtained with the dominate-negative Shc and TRAF6 mutants.

### IκBα SS/AA expression enhances PDGFR/p75-mediated apoptosis

Growing evidence indicates that NF-κB exerts antiapoptotic effects in many cells and that a blockade of NF-κB activation is frequently associated with enhanced programmed cell death (Beg et al., 1995; Beg and Baltimore, 1996; Liu et al., 1996; Van et al., 1996; Taglialatela et al., 1997; Li et al., 1999; Gentry et al., 2000). To assess the potential role of NGF-induced NF-κB in preventing apoptosis, the wild-type and chimera-expressing PC12 cell lines were stably transfected with an expression vector encoding an Ecd-inducible (EcR)



*Figure 5.* TrkA and p75 form distinct proximal-signaling complexes involving Shc and TRAF6, respectively. 293T cells were transfected with control vector or expression plasmids encoding TrkA or p75 alone or in combination with GST-tagged Shc or FLAG-tagged TRAF6 and cultured for 18 hr. Cell lysates were prepared and immunoprecipitated (*IP*) with either anti-TrkA or anti-p75 antibodies. The resulting immunoprecipitates were separated by SDS-PAGE and immunoblotted (*IB*) with anti-FLAG (*middle*) or anti-Shc (*bottom*) antibodies to assess coimmunoprecipitation of TRAF6 and Shc, respectively. The same blot was reprobed with a mixture of anti-TrkA and anti-p75 antibodies (*top*) to determine the level of immunoprecipitated TrkA and p75. The *arrows* indicate that TrkA, but not Shc, was coimmunoprecipitated with p75, whereas Shc, but not TRAF6, was coimmunoprecipitated with TrkA.

HA-tagged IκBα SS/AA mutant construct. The Ecd-inducible nature of HA-IκBα SS/AA protein expression is shown in Figure 6A', together with the expression levels of the PDGFR/p75 and PDGFR/TrkA chimeras. In the PDGFR/p75-PC12 cell line, apoptosis was assessed in the presence or absence of IκBα SS/AA induction using annexin V labeling that detects exteriorized phosphatidylserine (an early marker of apoptosis) (Fig. 6B'). In the absence of IκBα SS/AA induction, the addition of either NGF (Fig. 6B'B) or PDGF (Fig. 6B'C) produced no enhancement of annexin V staining. However, after IκBα SS/AA induction, PDGF stimulated a significant increase in annexin V staining indicative of apoptosis (Fig. 6B'F). Of note, NGF stimulation in cells expressing IκBα SS/AA did not cause increased annexin V staining (Fig.

Foehr et al. • Function of NF-κB in NGF Signaling



*Figure 6.* Ecd-induced expression of IκBα SS/AA enhances PDGF-induced apoptosis in PDGFR/p75-expressing cells. *A'*, Wild-type (*WT*) PC12 cells or cells expressing the PDGFR/p75 or PDGFR/TrkA chimeras in combination with the EcR, HA IκBα SS/AA mutant were incubated with Ecd (5 μM) for 24 hr. Cell lysates were separated by SDS-PAGE and analyzed by immunoblotting (*IB*) with anti-PDGFR antibody to determine the levels of PDGFR/TrkA and PDGFR/p75 chimeras (*α-PDGFR*) and with anti-HA to assess the level of expression of IκBα SS/AA (*α-HA*) in each cell line. *B'*, The effect of expression of IκBα SS/AA on PDGFR/p75-mediated PC12 cell survival was measured by annexin V staining and flow cytometric analysis. Cells expressing PDGFR/p75 in combination with the EcR, HA IκBα SS/AA mutant were incubated in media or Ecd and compared with those also stimulated with NGF or PDGF. The baseline staining profile for cells stimulated with Ecd (5 μM; 24 hr) or media alone is shown in the *shaded curve*, whereas the profile of those cells also stimulated with NGF (50 ng/ml) or PDGF (50 ng/ml) for an additional 8 hr is shown by the *solid line*.

6*B'E*), likely reflecting antiapoptotic signaling via TrkA. Accordingly expression of IκBα SS/AA before PDGFR/TrkA stimulation did not lead to apoptosis (data not shown).

## NF-κB activity is required for the full neurite process formation response mediated via the TrkA receptor

The potential participation of NF-κB in the neurite process formation response occurring in PC12 cells was assessed in the PDGFR/TrkA cell line engineered for Ecd-inducible expression of the IκBα SS/AA mutant. These cells were either not induced or induced to express IκBα SS/AA for 24 hr before NGF or PDGF stimulation. After 24 hr of culture with media, NGF, or PDGF, the percentage of cells displaying processes extending greater than two cell bodies in length was determined. Stimulation with either NGF or PDGF induced neurite process formation in 55–60% of the cells (Fig. 7*A, left*). Ecd-induced expression of IκBα SS/AA alone did not induce neurite process formation. However, in the presence of NGF or PDGF, expression of the IκBα SS/AA mutant consistently suppressed neurite process formation by ~50%.

Because the levels of IκBα SS/AA induced by Ecd in these PC12 cells were only sufficient to inhibit 60–70% of NGF-mediated κB-luciferase activity (Fig. 7*A, right*), it remained unclear whether NF-κB was essential for neurite process formation. To explore this possibility further, we transiently transfected PDGFR/TrkA cells with expression plasmids encoding IκBα SS/AA, green fluorescent protein (GFP) to mark transfected cells, and κB-luciferase to assess the degree of inhibition produced by the IκBα SS/AA mutant (Fig. 7*B*). We observed that the IκBα SS/AA mutant blocked neurite process formation by ~65% (Fig. 7*B, left*) under conditions in which κB-luciferase induction was completely inhibited (Fig. 7*B, right*). Together these results suggest that NF-κB can significantly contribute to the neurite process formation mediated via TrkA but is not absolutely required for this response.

## NF-κB-dependent differential gene activation by TrkA and p75

Because of the seemingly divergent biological responses elicited by TrkA and p75, we explored NF-κB-dependent differential gene activation by TrkA and p75. Using Atlas cDNA arrays, we compared the mRNA expression profile from our cell lines under different induction conditions. Cells were treated with NGF (50 ng/ml for 18 hr) with or without previous IκBα SS/AA induction (5 μM Ecd for 24 hr). Furthermore, PDGFR/TrkA- and PDGFR/p75-expressing cell lines were treated with PDGF (50 ng/ml for 18 hr) in the presence or absence of IκBα SS/AA expression. Table 1 lists

the genes that were induced by NGF at levels greater than threefold above background and that were also responsive to either PDGFR/



*Figure 7.* Blocking NF-κB activation prevents neurite formation in PC12 cells. *A*, PC12 cells expressing PDGFR/TrkA in combination with the EcR HA-IκBα SS/AA were treated with media or stimulated with Ecd (5 μM) for 24 hr and then stimulated for an additional 24 hr with NGF (50 ng/ml) or PDGF (50 ng/ml). *Left*, The bars indicate the percentage of cells with neurites greater than two cell bodies in length. *Right*, The bars measure NF-κB-mediated κB-luciferase activity in parallel experiments. *B*, PC12 cells expressing PDGFR/TrkA were cotransfected with pCMV4-HA-IκBα SS/AA or pCMV4 vector, in combination with pEGFP, pNFκB-Luc, and pRC-β-actin LacZ. The following day, the cells were stimulated for 24 hr with media, NGF (50 ng/ml), or PDGF (50 ng/ml). *Left*, The bars indicate the percentage of GFP-positive cells with neurites greater than two cell bodies in length. *Right*, The effect of pCMV4-HA-IκBα SS/AA on NGF- or PDGF-mediated κB-luciferase activity is represented. Error bars for the neurite assays are derived from the data collected by scoring at least 300 cells in three fields. Error bars for the κB-luciferase assays indicate the SD derived from quadruplicate samples.

Foehr et al. • Function of NF-κB in NGF Signaling

J. Neurosci., October 15, 2000, 20(20):7556–7563 **7561**

**Table 1. Genes induced by NGF that are also responsive to either PDGFR/TrkA or PDGFR/p75**

| PDGFR/TrkA-stimulated gene expression | | PDGFR/p75-stimulated gene expression | |
|---|---|---|---|
| Encoded protein | Fold induction | Encoded protein | Fold induction |
| Bcl-x* | 4.1 | Bcl-x* | 4.5 |
| GSTπ* | 5.5 | GSTπ* | 5 |
| Clusterin | 5.9 | Clusterin | 3.2 |
| Secretogranin | 3.3 | Secretogranin | 3.1 |
| Neuron-specific enolase | 6.4 | Neuron-specific enolase | 5.1 |
| NGF-inducible protein (VGF8A) | 45.7 | | |
| Synapsin II* | 3.1 | | |
| UPAR | 23.8 | | |
| Neuromodulin* | 5.2 | | |
| Acetylcholine receptor β-2 | 3.5 | | |
| Cdk4 | (0.5) | | |

*IκBα SS/AA decreases expression by >50%.

TrkA or PDGFR/p75. As indicated, a subset of these genes was downregulated (>50%) by expression of IκBα SS/AA. To confirm aspects of the cDNA array data presented in Table 1, we examined expression of Bcl-x and Synapsin II genes at the protein level. Figure 8 demonstrates that NGF treatment and PDGF stimulation of PDGFR/TrkA- or PDGFR/p75-expressing cells increase the level of Bcl-X and that this upregulation was blocked by previous expression of IκBα SS/AA. In contrast only NGF treatment and PDGF stimulation of PDGFR/TrkA-expressing cells led to enhancement of Synapsin II protein production. This response was significantly inhibited by previous expression of IκBα SS/AA.

## DISCUSSION

Previous studies suggest that activation of TrkA leads to neurite process formation, whereas activation of p75, a TNF receptor superfamily member, promotes apoptosis. Using PDGFR-based chimeras that allow selective activation of the TrkA- and p75-signaling programs, we now demonstrate that both receptors effectively induce NF-κB activity. When TrkA-mediated activation of NF-κB is blocked by the expression of a nondegradable form of IκBα (IκBα SS/AA), neurite process formation is significantly, but not completely, impaired. These findings suggest a role for NF-κB in this neuronal differentiation response but also indicate that NF-κB induction is not absolutely essential for neurite process formation. Conversely, inhibition of p75-mediated NF-κB signaling with the IκBα SS/AA mutant significantly increases apoptosis. Thus NF-κB induction generated by signaling via p75 exerts an antiapoptotic effect that opposes a death pathway also activated by ligation of the p75 receptor. Such a dual function for the p75 neurotrophin receptor is reminiscent of signaling properties found in the TNFR1 receptor and likely provides for a finer intracellular control of these opposing functions.

### NF-κB plays a role in both neuronal function and dysfunction

NF-κB activation accompanies hypoxic ischemia, spinal cord injury, excitatory stimuli, and neurodegenerative conditions such as Alzheimer's disease (Kaltschmidt et al., 1993; Mattson, 1998). NGF induces NF-κB, and this neurotrophin is pivotal to the normal development, function, and maintenance of cells in the nervous system. Although it typically promotes neuronal survival and development, NGF produces cell death in some neurons (Davies, 1997). In many neuronal cell types, the mere presence of p75 receptors is not sufficient for programmed cell death (Barret and Bartlett, 1994). Rather signaling via the prosurvival/prodifferentia-



**Figure 8.** Ecd-induced expression of IκBα SS/AA prevents full PDGF-induced expression of Bcl-x and Synapsin II in PDGFR/p75- and PDGFR/TrkA-expressing cells. Cells expressing the PDGFR/p75 or PDGFR/TrkA chimeras in combination with the Ecd-inducible, HA-tagged IκBα SS/AA mutant were incubated with or without Ecd (5 μM) for 24 hr and then stimulated with either NGF (50 ng/ml) or PDGF (50 ng/ml) for an additional 18 hr. Cell lysates were separated by SDS-PAGE and analyzed by sequential immunoblotting (IB) with anti-Bcl-x (top), anti-Synapsin II (middle), and anti-tubulin (bottom) to assess the relative level of indicated protein in each cell line under the conditions described.

tion Trk also occurs and is usually dominant over the potential death signals emanating from p75. Even when p75 is expressed alone, apoptosis is not the sole outcome of NGF engagement of this receptor (Barret and Bartlett, 1994; Ladiwala et al., 1998). For example, in adult human oligodendrocytes only expressing p75, NGF does not induce apoptosis. Instead, NF-κB is induced and viability is preserved (Ladiwala et al., 1998). These findings underscore the ability of p75 to induce both cell survival and cell death signals. In agreement with this dual function of p75, mice lacking p75 exhibit both decreased target innervation in the sympathetic system as well as overall increases in hippocampal cholinergic innervation (Lee et al., 1992; Yeo et al., 1997). In addition to inducing NF-κB, p75 also stimulates the stress-activated kinase JNK and possibly the caspase-mediated cell death machinery. Depending on the overall balance of signaling via the NF-κB, JNK, and caspase pathways, a p75-expressing neuron may survive or die in the presence of a neurotrophin. Our studies indicate that NF-κB signaling via p75 plays an important role in preventing apoptosis. When p75 is expressed together with the TrkA receptor, it may also facilitate neurotrophic function by increasing the affinity of NGF binding to the TrkA receptor (Benedetti et al., 1993; Barker and Shooter, 1994).

In both neuronal cell injury and the selective degeneration of cholinergic basal forebrain neurons that characterizes Alzheimer's disease, the overall levels of TrkA decline, whereas p75 and target-derived NGF levels increase (Mufson et al., 1996). These altered expression patterns may shift the balance of signaling toward the death pathway, particularly if the NF-κB response is downregulated by other cellular signals. Thus, the composite of NGF signaling via the functionally distinct TrkA and p75 determines the biological outcome; however, the NF-κB signal generated from both receptors exerts neuroprotective effects.

### TrkA and p75 signaling activates NF-κB via distinct but convergent pathways

Our studies demonstrate that, although ligand activation of either TrkA or p75 receptors effectively induces NF-κB, the proximal-signaling intermediates induced by these receptors are quite distinct. In the case of TrkA, a dominant-negative mutant of the Shc adaptor effectively blocks NF-κB activation but does not inhibit p75-mediated activation of NF-κB. Conversely, in the case of p75, a dominant-negative mutant of TRAF6 effectively inhibits the NF-κB response but fails to alter this response occurring via TrkA. Although the proximal-signaling components differ, the TrkA- and p75-signaling pathways commonly activate the IKK complex, indicating a distal convergence of these signaling pathways. It remains to be defined how TrkA- and p75-signaling pathways connect to the IKKs. Several MAP3Ks as well as PKCs, pp90[RSK], and Akt are candidates under active study.

Both TNFR and p75 activate JNK. In contrast, TrkA is not a potent activator of this signaling pathway but readily activates the ERK1/2 pathway (Traverse et al., 1992). JNK is a stress-activated protein kinase with homology to the ERKs that is induced by a primarily distinct set of signals, including ultraviolet light and proinflammatory stimuli. JNK activation is associated with neuronal cell death and may oppose ERK signaling (Herdegen et al., 1997). As such the relative balance between ERK and JNK activities likely plays an important role in determining the ultimate fate of NGF-stimulated cells (Xia et al., 1995). Although not tested directly in this study, cross-talk between p75 and TrkA is a possibility that warrants further investigation. As with most signaling pathways, however, the outcome of JNK or ERK stimulation depends on the cell type and other environmental cues. Sustained ERK activation appears to be a necessary but insufficient step for differentiation and neurite process formation in PC12 cells (Traverse et al., 1992; Cowley et al., 1994; Marshall, 1995; Vaillancourt et al., 1995). Our current studies suggest that NF-κB facilitates PC12 cell differentiation, but NF-κB induction alone, like ERK activation, is not sufficient to induce neurite process formation. These findings likely explain the lack of neurite process formation in TNFα-stimulated PC12 cells that display high levels of NF-κB activation. It is also possible that TNFα specifically inhibits this differentiation program independently of its effects on NF-κB.

Demonstration of NF-κB-dependent differential gene activation by TrkA and p75 would help explain mechanistically the observed divergent biological responses. Using cDNA arrays and immunoblotting, we found that few, if any, gene transcripts are completely regulated by NF-κB based on expression of IκBα SS/AA. Rather, the differences are quantitative. More predictably, the arrays of genes activated by TrkA and p75 are qualitatively different and yet exhibit significant overlap. For example, the NF-κB-responsive Bcl-x protein is induced by both TrkA and p75 and prevents apoptosis in the nervous system (Motoyama et al., 1995). In contrast, only TrkA chimera activation or stimulation of PC12 cells with NGF is able to increase Synapsin II expression. Synapsin II is exclusively expressed in neurons and plays an important role in synaptic plasticity (Greengard et al., 1993).

Our current work describes a role for NGF-mediated NF-κB activation in both neuronal survival and differentiation and raises the possibility that NF-κB may play a central role in determining the outcome of various neuronal cell responses to developmental cues, plasticity, pain, and possibly neurodegeneration.

# REFERENCES

Allendoerfer KL, Cabelli RJ, Escand NE, Kaplan DR, Nikolius K, Shatz CJ (1994) Regulation of neurotrophin receptors during the maturation of the mammalian visual system. J Neurosci 14:1795–1811.

Baldwin A (1996) The IκB and IκB proteins: new discoveries and insights. Annu Rev Immunol 14:649–683.

Barbacid M (1994) The trk family of neurotrophin receptors. J Neurobiol 25:1386–1403.

Barde Y-A (1989) Trophic factors and neuronal survival. Neuron 2:1525–1534.

Barker PA, Shooter EM (1994) Disruption of NGF binding to the low affinity neurotrophin receptor p75^{LNTR} reduces NGF binding to TrkA on PC12 cells. Neuron 13:203–215.

Barret GL, Bartlett PF (1994) The p75 nerve growth factor receptor mediates survival or death depending on the stage of sensory neuron development. Proc Natl Acad Sci USA 91:6501–6504.

Beg AA, Baldwin AJ (1993) The IκB proteins: multifunctional regulators of Rel/NF-κB transcription factors. Genes Dev 7:2064–2070.

Beg AA, Baltimore D (1996) An essential role for NF-κB in preventing TNF-alpha-induced cell death. Science 274:782–784.

Beg AA, Finco TS, Nantermet PV, Baldwin AJ (1993) Tumor necrosis factor and interleukin-1 lead to phosphorylation and loss of IκBα: a mechanism for NF-κB activation. Mol Cell Biol 13:3301–3310.

Beg AA, Sha WC, Bronson RT, Ghosh S, Baltimore D (1995) Embryonic lethality and liver degeneration in mice lacking the RelA component of NF-κB. Nature 376:167–170.

Benedetti M, Levi A, Chao M (1993) Differential expression of nerve growth factor receptors leads to altered binding affinity and neurotrophin responsiveness. Proc Natl Acad Sci USA 90:7859–7863.

Bothwell M (1991) Keeping track of the neurotrophin receptors. Cell 65:915–918.

Brockman JA, Scherer DC, McKinsey TA, Hall SM, Qi X, Lee WY,

Ballard DW (1995) Coupling of a signal response domain in IκBα to multiple pathways for NF-κB activation. Mol Cell Biol 15:2809–2818.

Brown K, Park S, Kanno T, Franzoso G, Siebenlist U (1993) Mutual regulation of the transcriptional activator NF-κB and its inhibitor, IκBα. Proc Natl Acad Sci USA 90:2532–2536.

Brown K, Gerstberger S, Carlson L, Franzoso G, Siebenlist U (1995) Control of IκBα proteolysis by site-specific, signal-induced phosphorylation. Science 267:1485–1488.

Carter BD, Kaltschmidt C, Kaltschmidt B, Offenhauser N, Bohm-Matthaei R, Baeuerle PA, Barde Y-A (1996) Selective activation of NF-κB by nerve growth factor through the neurotrophin receptor p75. Science 272:542–545.

Chao MV (1992) Neurotrophin receptors: a window into neuronal differentiation. Neuron 9:583–593.

Chen Z, Hagler J, Palombella VJ, Melandri F, Scherer D, Ballard D, Maniatis T (1995) Signal-induced site-specific phosphorylation targets IκBα to the ubiquitin-proteasome pathway. Genes Dev 9:1586–1597.

Chen ZJ, Parent L, Maniatis T (1996) Site-specific phosphorylation of IκBα by a novel ubiquitination-dependant protein kinase activity. Cell 84:853–862.

Chiao PJ, Miyamoto S, Verma IM (1994) Autoregulation of IκBα activity. Proc Natl Acad Sci USA 91:28–32.

Cowley S, Paterson H, Kemp P, Marshall CJ (1994) Activation of MAP kinase kinase is necessary and sufficient for PC12 cell differentiation and for transformation of NIH3T3 cells. Cell 77:841–852.

Cowley S, Paterson H, Kemp P, Marshall CJ (1994) Activation of MAP kinase kinase is necessary and sufficient for PC12 cell differentiation and for transformation of NIH3T3 cells. Cell 77:841–852.

Davies AM (1997) Neurotrophins: the yin and yang of nerve growth factor. Curr Biol 7:R38–R40.

Dechant G, Barde Y-A (1997) Signaling through the neurotrophin receptor p75-NTR. Curr Opin Neurobiol 7:413–418.

DiDonato JA, Hayakawa M, Rothwarf DM, Zandi E, Karin M (1997) A cytokine-responsive IκB kinase that activates the transcription factor NF-κB. Nature 388:548–554.

Finco TS, Beg AA, Baldwin AJ (1994) Inducible phosphorylation of IκBα is not sufficient for its dissociation from NF-κB and is inhibited by protease inhibitors. Proc Natl Acad Sci USA 91:11884–11888.

Geleziunas R, Ferrel S, Lin X, Mu Y, Cunningham ET, Grant M, Connelly MA, Hambor JE, Marcu KB, Greene WC (1998) Human T-cell leukemia virus type 1 Tax induction of NF-κB involves activation of the IκB kinase α (IKKα) and IKKβ cellular kinases. Mol Cell Biol 18:5157–5165.

Gentry JJ, Cassaccia-Bonnefil P, Carter BD (2000) Nerve growth factor activation of nuclear factor κB through its p75 receptor is an anti-apoptotic signal in RN22 schwannoma cells. J Biol Chem 275:7558–7565.

Ghosh S, May MJ, Kopp EB (1998) NF-κB and Rel proteins: evolutionarily conserved mediators of immune responses. Annu Rev Immunol 16:225–260.

Greene LA (1978) Nerve growth factor prevents the death and stimulates neuronal differentiation of clonal PC12 pheochromocytoma cells in serum free medium. J Cell Biol 78:747–755.

Greene LA, Tischler AS (1976) Establishment of a noradrenergic clonal line of rat adrenal pheochromocytoma cells which respond to nerve growth factor. Proc Natl Acad Sci USA 73:2424–2428.

Greengard P, Valtorta F, Czernik AJ, Benfenati F (1993) Synaptic vesicle phosphoproteins and regulation of synaptic function. Science 259:780–785.

Hamanoue M, Middleton G, Wyatt S, Jaffray E, Hay RT, Davies AM (1999) p75-mediated NF-κB activation enhances the survival response of developing sensory neurons to nerve growth factor. Mol Cell Neurosci 14:28–40.

Henkel T, Machleidt T, Alkalay I, Kronke M, Ben NY, Baeuerle PA (1993) Rapid proteolysis of IκBα is necessary for activation of transcription factor NF-κB. Nature 365:182–185.

Herdegen T, Skene P, Bahr M (1997) The c-Jun transcription factor: bipotential mediator of neuronal cell death, survival and regeneration. Trends Neurosci 20:227–231.

Kaltschmidt B, Baeuerle PA, Kaltschmidt C (1993) Potential involvement of the transcription factor NF-κB in neurological disorders. Mol Aspects Med 14:171–190.

Kaplan DR, Miller FD (1997) Signal transduction by the neurotrophin receptors. Curr Opin Cell Biol 9:213–221.

Kaplan DR, Martin-Zanaca D, Parada LF (1991) Tyrosine phosphorylation and tyrosine kinase activity of the trk proto-oncogene product induced by NGF. Nature 350:158–160.

Khursigara G, Orlinick JR, Chao MV (1999) Association of the p75 neurotrophic receptor with TRAF6. J Biol Chem 274:2597–2600.

Ladiwala U, Lachance C, Simoneau S, Bhakar A, Barker PA, Antel JP (1998) p75 neurotrophin receptor expression on adult human oligodendrocytes: signaling without cell death in response to NGF. J Neurosci 18:1297–1304.

Lee KF, Li E, Huber LJ, Landis SC, Sharpe AH, Chao MV, Jaenisch R (1992) Targeted mutation of the gene encoding the low affinity NGF receptor p75 leads to deficits in the peripheral nervous system. Cell 69:737–749.

Lee KF, Bachman K, Landis S, Jaenisch R (1994) Dependence on p75 for innervation of some sympathetic targets. Science 263:1447–1449.

Foehr et al. • Function of NF-κB in NGF Signaling

J. Neurosci., October 15, 2000, 20(20):7556–7563 **7563**

Li Q, Van Antwerp D, Mercurio F, Lee KF, Verma IM (1999) Severe liver degeneration in mice lacking the IκB kinase 2 gene. Science 284:321–325.

Liu ZG, Hsu H, Goeddel DV, Karin M (1996) Dissection of TNF receptor 1 effector functions: JNK activation is not linked to apoptosis while NF-κB activation prevents cell death. Cell 87:565–576.

Maggirwar SB, Sarmiere PD, Dewhurst S, Freeman RS (1998) Nerve growth factor-dependent activation of NF-κB contributes to survival of sympathetic neurons. J Neurosci 18:10356–10365.

Marshall CJ (1995) Specificity of receptor tyrosine kinase signaling: transient versus sustained extracellular signal-regulated kinase activation. Cell 80:179–185.

Mattson M (1998) Free radicals, calcium, and the synaptic plasticity-cell death continuum: emerging roles of the transcription factor NF-κB. Int Rev Neurobiol 42:103–168.

Mercurio F, Zhu H, Murray BW, Shevchenko A, Bennett BL, Li J, Young DB, Barbosa M, Mann M, Manning A, Rao A (1997) IKK-1 and IKK-2: cytokine-activated IκB kinases essential for NF-κB activation. Science 278:860–866.

Motoyama N, Wang F, Roth KA, Sawa H, Nakayam KI, Nakayam K, Negishi I, Senju S, Zhang Q, Fujii S, Loh D (1995) Massive cell death of immature hematopoietic cells and neurons in Bcl-x-deficient mice. Science 267:780–785.

Mufson EJ, Li JM, Sobreviela T, Kordower JH (1996) Decreased trkA gene expression within basal forebrain neurons in Alzheimer's disease. NeuroReport 8:25–29.

Obermeier A, Bradshaw RA, Seedorf K, Choidas A, Schlessinger J, Ullrich A (1994) Neuronal differentiation signals are controlled by nerve growth factor receptor/Trk binding sites for Shc and PLCγ. EMBO J 13:158–161.

Rabizadeh S, Oh J, Zhong LT, Yang J, Bitler CM, Butcher LL, Bredesen DE (1993) Induction of apoptosis by the low-affinity NGF receptor. Science 261:345–348.

Raffioni S, Thomas D, Foehr ED, Thompson LM, Bradshaw RA (1999) Comparison of the intracellular signaling responses by three chimeric FGFRs in PC12 cells. Proc Natl Acad Sci USA 96:7178–7183.

Regnier CH, Song HY, Gao X, Goeddel DV, Cao Z, Rothe M (1997) Identification and characterization of an IκB kinase. Cell 90:373–383.

Scherer DC, Brockman JA, Chen Z, Maniatis T, Ballard DW (1995) Signal-induced degradation of IκBα requires site-specific ubiquitination. Proc Natl Acad Sci USA 92:11259–11263.

Scott ML, Fujita T, Liou HC, Nolan GP, Baltimore D (1993) The p65 subunit of NF-κB regulates IκB by two distinct mechanisms. Genes Dev 10:1266–1276.

Smeyne RJ, Schnapp A, Long LK, Bryant S, Lewin A, Lira SA, Barbacid M (1994) Severe sensory and sympathetic neuropathies in mice carrying a disrupted Trk/NGF receptor gene. Nature 368:246–248.

Snider WD (1994) Functions of the neurotrophins during nervous system development: what the knockouts are teaching us. Cell 77:627–638.

Sun SC, Ganchi PA, Ballard DW, Greene WC (1993) NF-κB controls expression of inhibitor IκBα: evidence for an inducible autoregulatory pathway. Science 259:1912–1915.

Sun SC, Elwood J, Greene WC (1996) Both amino- and carboxy-terminal sequences within IκBα regulate its inducible degradation. Mol Cell Biol 16:1058–1065.

Taglialatela G, Robinson R, Perz-Polo JR (1997) Inhibition of nuclear factor kappa B (NFκB) activity induces nerve growth factor-resistant apoptosis in PC12 cells. J Neurosci Res 47:155–162.

Thomas D, Bradshaw RA (1997) Differential utilization of ShcA tyrosine residues and functional domains in the transduction of EGF induced MAPK activation in 293T cells and NGF-induced neurite process formation in PC12 cells. Identification of a new Grb2/SOS binding site. J Biol Chem 272:22293–22299.

Traenckner EB, Pahl HL, Henkel T, Schmidt KN, Wilk S, Baeurle PA (1995) Phosphorylation of human IκBA on serines 32 and 36 controls IκBα proteolysis and NF-κB activation in response to diverse stimuli. EMBO J 14:2876–2883.

Traverse S, Gomez N, Paterson H, Marshall C, Cohen P (1992) Sustained activation of the mitogen activated protein (MAP) kinase cascade may be required for differentiation of PC12 cells. Comparison of the effects of nerve growth factor and epidermal growth factor. Biochem J 288:351–355.

Vaillancourt RR, Heasley LE, Zamarripa J, Storey B, Valius M, Kazlauskas A, Johnson GL (1995) Mitogen-activated protein kinase activation is insufficient for growth factor receptor mediated PC12 cell differentiation. Mol Cell Biol 15:3644–3653.

Van AD, Martin SJ, Kafri T, Green DR, Verma IM (1996) Suppression of TNFα-induced apoptosis by NF-κB. Science 274:787–789.

Whiteside ST, Ernst MK, LeBail O, Laurent WC, Rice N, Israel A (1995) N-and C-terminal sequences control degradation of MAD3/IκBα in response to inducers of NF-κB activity. Mol Cell Biol 15:5339–5345.

Xia Z, Dickens M, Raingeaud J, Davis RJ, Greenberg ME (1995) Opposing effects of ERK and JNK-p38 MAP kinases on apoptosis. Science 270:1326–1331.

Ye X, Mehlen P, Rabidadeh S, VanArsdale T, Zhang H, Shin H, Wang J, Leo E, Zapata J, Hauser CA, Reed JC, Bredesen DE (1999) TRAF family proteins interact with the common neurotrophin receptor and modulate apoptosis induction. J Biol Chem 274:30202–30208.

Yeo TT, Chua-Couzens J, Butcher LL, Bredesen DE, Cooper JD, Valletta JS, Mobley WC, Longo FM (1997) Absence of p75NTR causes increased basal forebrain cholinergic neuron size, choline acetyltransferase activity, and target innervation. J Neurosci 17:7594–7605.

Zandi E, Rothwarf DM, Delhases M, Hayakawa M, Karin M (1997) The IkappaB kinase complex (IKK) contains two kinase subunits, IKKα and IKKβ, necessary for IκB phosphorylation and NF-κB activation. Cell 91:243–252.