IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation; IMMUNEX )
CORPORATION, a Washington corporation; )
AMGEN USA, INC., a Delaware corporation; )
AMGEN MANUFACTURING, LIMITED, a )
Bermuda Corporation; and IMMUNEX RHODE )
ISLAND CORPORATION, a Delaware corporation, )
)
Plaintiffs, )
)
v. )
)
ARIAD PHARMACEUTICALS, INC., a Delaware )
corporation; and THE WHITEHEAD INSTITUTE )
FOR BIOMEDICAL RESEARCH, a Delaware )
corporation, )
)
Defendants, )
)
_____ )
)
ARIAD PHARMACEUTICALS, INC., a Delaware )
corporation; THE PRESIDENT AND FELLOWS OF )      Civil Action No. 06-259-MPT
HARVARD COLLEGE, a Massachusetts )
corporation; MASSACHUSETTS INSTITUTE OF )      Public Version
TECHNOLOGY, a Massachusetts corporation; and )      Confidential Material Omitted
THE WHITEHEAD INSTITUTE FOR )
BIOMEDICAL RESEARCH, a Delaware )
corporation, )
)
Counterclaim-Plaintiffs, )
)
v. )
)
AMGEN, INC., a Delaware corporation; IMMUNEX )
CORPORATION, a Washington corporation; )
AMGEN USA, INC., a Delaware corporation; )
AMGEN MANUFACTURING, LIMITED, a )
Bermuda Corporation; and IMMUNEX RHODE )
ISLAND CORPORATION, a Delaware corporation, )
)
Counterclaim-Defendants. )
)

**DECLARATION OF WARNER CRAIG GREENE, M.D., Ph.D.**

I, Warner Craig Greene, M.D., Ph.D., hereby declare as follows:

1.      I have submitted expert reports (the "Reports") in support of Amgen[1] in the above-captioned litigation

2.      My first Report, entitled "Opening Expert Report of Warner Craig Greene, M.D., Ph.D.," was executed on January 18, 2008 and is attached as Exhibit A.

3.      My second Report, entitled "Reply Expert Report of Warner Craig Greene, M.D., Ph.D.," was executed on March 7, 2008 and is attached as Exhibit B.

4.      I hereby incorporate my Reports into this declaration.

5.      I further declare under the penalty of perjury that I would be competent to testify to the facts and opinions set forth therein.


Dated: May 21, 2008                              _Warner C Greene_
                                                 Warner Craig Greene, M.D., Ph.D.


_____

[1] "Amgen" refers collectively to all of the named plaintiffs.

# EXHIBIT A

# REDACTED

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., IMMUNEX CORPORATION, AMGEN
USA, INC., AMGEN MANUFACTURING, LIMITED, and
IMMUNEX RHODE ISLAND CORPORATION,

            Plaintiffs,

v.

ARIAD PHARMACEUTICALS, INC., HARVARD
UNIVERSITY, MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, and THE WHITEHEAD INSTITUTE
FOR BIOMEDICAL RESEARCH,

            Defendants,

            Civil Action No. 06-259-MPT

ARIAD PHARMACEUTICALS, INC., HARVARD
UNIVERSITY, MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, and THE WHITEHEAD INSTITUTE
FOR BIOMEDICAL RESEARCH,

            Counterclaim-Plaintiffs,

v.

AMGEN, INC., IMMUNEX CORPORATION AMGEN
USA, INC., AMGEN MANUFACTURING, LIMITED,
IMMUNEX RHODE ISLAND CORPORATION,

            Counterclaim-Defendants.

**REPLY EXPERT REPORT OF WARNER CRAIG GREENE, M.D., Ph.D.**

## INTRODUCTION

A summary of my qualifications and background are contained in my Opening Report dated January 18, 2008, to which was attached my current curriculum vitae.

As stated in my Opening Report, several references anticipate various claims of the '516 patent.[1] These references discuss, for example, various intracellular phenomena being studied by the authors of the references, and anticipate because, under the conditions described in the references, what is discussed in the references necessarily and inevitably results in what is claimed. Some of the conditions described in the references that I discuss in my Opening Report include the use of various "inducers" and "reducers" of NF-κB activity that respectively induce and reduce NF-κB activity under the conditions described. Examples of such "inducers" include PMA, PHA, and bacteria. Examples of such "reducers" include H7 and H8, both of which are protein kinase inhibitors. Accordingly, use of these "inducers" and "reducers" under the conditions described in the references necessarily and inevitably leads to, among other things, a reduction of NF-κB activity.

I have been asked to respond to certain of the opinions expressed by Dr. Ravetch in his Expert Report and Rebuttal Report provided to Amgen on January 18, 2008, and February 22, 2008, respectively. Similar to my Opening Report[2], I am basing my opinions and observations contained in this report on my over 30 years of experience as a biomedical researcher, the references cited in my reports, other pertinent scientific literature, and certain assumptions provided in this report. This is important to stress because throughout Dr. Ravetch's Rebuttal Report, he frequently mischaracterizes the basis for my opinions expressed in my Opening Report. For example, although my Opening Report clearly states the assumptions and information on which I base my opinions, Dr. Ravetch mischaracterizes certain of my opinions as being limited to only select pieces of information and experiments discussed in a reference, rather than the entirety of the reference. Thus, Dr. Ravetch focuses his discussion on only those portions of a reference that he perceives as supporting his position and at the same time ignores those portions that do not. Along these same lines, Dr. Ravetch attacks certain assays discussed in various references as not directly addressing or measuring NF-κB activity.[3] In doing so, Dr. Ravetch again misses the point. To the extent an assay does not directly address or measure NF-κB activity (and Dr. Ravetch frequently mischaracterizes certain assays as not directly addressing or measuring NF-κB activity), the conditions under which the assay was performed necessarily and inevitably resulted in the reduction of NF-κB activity regardless of the readout of

---

[1] I note that in view of my own research and experience, it is and always has been my practice and the practice of others in my field to rely on the type of information contained within the kinds of scientific articles that I cite in my reports, and I believe these articles are trustworthy and would be viewed this way by other scientists in my field.

[2] *See, e.g.,* Opening Report of Warner Craig Greene, M.D., Ph.D. at 3.

[3] *See, e.g.,* Ravetch Rebuttal Report at para. 26, wherein Dr. Ravetch states "Dr. Greene contends that Pachman anticipates the '516 Patent because it used salicylates to inhibit NF-κB activity. However, the reference reports assays of general nucleic acid and protein synthesis, which are not necessarily linked to NF-κB activity, and no NF-κB activity is assayed."

the assay. I also disagree with Dr. Ravetch's characterizations of the inventor deposition testimony included in my Opening Report.

I have read Dr. Ravetch's Expert Report and Rebuttal Report, including his proposed definitions for certain terms of the '516 patent, and nothing stated in Dr. Ravetch's reports alters the opinions that I expressed in my Opening Report. I have also read the Rebuttal Expert Report of Randolph Wall, Ph.D. I have not been asked for my opinion relating to the definitions proposed by Dr. Wall, but I note that the definitions proposed by Dr. Wall also do not alter any of the opinions expressed in my Opening Report. Although what Dr. Ravetch says in his reports has not altered any of the opinions expressed in my Opening Report, I nonetheless wish to respond to several specific points raised by Dr. Ravetch and do so below. I reserve the right, however, to supplement or amend any of my opinions and observations as new issues arise or as new information is made known to me through, for example, ARIAD's experts' reports and testimony and the Court's interpretation of the '516 patent claims.

### ASSUMPTIONS

As stated in my Opening Report, I have been informed that in order for a patent claim to be anticipated, a single prior art reference must include all the elements of the patent claim either expressly or inherently. It is also my understanding that an element of a patent claim is inherently present in a prior art reference if that element is necessarily and inevitably present in the prior art reference. To the extent that Dr. Ravetch believes that a person of ordinary skill in the art must have appreciated or recognized the existence of the inherently present element as of the date of the prior art reference or the effective filing date of the claim at issue, that is not my understanding. I have been informed that recognition by a person of ordinary skill in the art as of the date of the prior art reference or the effective filing date of the patent claim at issue is not required to show that a patent claim element is necessarily present in a prior art reference.

As stated in my Opening Report, I have also been informed that I should assume that any reference, such as a scientific article, that was published before November 13, 1991, is prior art. Accordingly, I disagree with Dr. Ravetch's characterization that one or more of the primary references on which I rely to show that certain claims of the '516 patent are anticipated is not prior art. However, even under Dr. Ravetch's definition of what is prior art, many of the references cited in my Opening Report would qualify.

I have been informed that one way in which a patent claim can be shown to be obvious is by noting that there existed at the time of the priority date (which I have been asked to assume is November 13, 1991—but see FN 5 below) a known problem for which there was an obvious solution encompassed by the patent claim. I also understand that this analysis is conducted from the standpoint of a person of ordinary skill in the art. I agree with Dr. Wall's definition of such a person—a person with a Ph.D. in molecular biology, cellular biology, microbiology, or a related field, and at least two additional years of laboratory experience in these areas.

For purposes of this report, I have been asked to assume both the claim constructions proposed in Dr. Ravetch's Expert Report as well as those provided by Dr. Wall in his Rebuttal Report. As stated previously, neither of these proposals alters the opinions expressed in my

Opening Report. I note, however, that Dr. Ravetch appears to take a position in his Rebuttal Report in connection with claims 6, 70, 71, 72, 18, 183, and 184 that he does not appear to have articulated in his Expert Report, where he proposed various definitions for certain patent claim terms.

As stated in my Opening Report, I was asked to consider how my opinions would be affected, if at all, if claims 6, 70, 71, 72, 18, 183 and 184 did not require "reducing an induced NF-κB activity" and did not preclude "preventing induction of the NF-κB signaling pathway." I stated that none of the opinions in my Opening Report would change. As discussed in Dr. Wall's Rebuttal Report at, for example, pages 12-14, neither claim 6 nor claim 18 (nor any claims dependent on claims 6 or 18), requires "reducing an induced NF-κB activity." Although Dr. Wall further addressed an argument that ARIAD had previously made before the U.S. Patent and Trademark Office—that "reducing an induced NF-κB activity" requires that whatever is inducing (i.e., the "inducer") must be added before whatever is reducing (i.e., the "reducer")— this argument was not made in Dr. Ravetch's Opening Report. Instead, in his Expert Report, Dr. Ravetch appears to agree with Dr. Wall's Rebuttal Report position that to the extent that the concept of "reducing an induced NF-κB activity" is included in the claims[4], it simply means reducing an existing NF-κB activity without any reference to the order in which an "inducer" and "reducer" are added. Thus, Dr. Ravetch stated in his Expert Report that, for example, claim 6 "indicates that the induction of NF-κB-mediated intracellular signaling must take place *before* the performance of the claimed method...The method of claim 6 can be performed only upon cells that have already been exposed to an external stimulus that induces NF-κB-mediated intracellular signaling." [emphasis in original] [*See* Ravetch Expert Report at para. 66]. In Dr. Ravetch's Expert Report, he did not mention the relative order of an "inducer" and "reducer." Not until Dr. Ravetch had reviewed my Opening Report and provided a response in his Rebuttal Report did he make a different argument whereby he incorrectly states that to "reduce an induced NF-κB activity" requires that the "inducer" be added before the "reducer"—specifically, Dr. Ravetch states that for the "inhibitor [to] be added after the NF-κB pathway has been induced...*[e]ffectively* [] requires the addition of the inhibitor after the onset of a disease state whereby the NF-κB pathway is induced or after the addition of a chemical inducer of the NF-κB pathway." [emphasis added] [Ravetch Expert Report at page 6]. Apparently, even Dr. Ravetch has some doubt about whether "reduc[ing] an induced NF-κB activity" requires a specific order in which an "inducer" and "reducer" are added.[5]

---

[4] I understand Dr. Wall's position to be that to the extent that "induced" in "diminishing induced NF-κB-mediated intracellular signaling" must be understood, it means that the existing NF-κB-mediated intracellular signaling is decreased. Similarly, to the extent that "reducing induced NF-κB activity" is a concept incorporated into the claims, it means reducing an existing NF-κB activity. I note that several references evidence existing NF-κB activity at the time a "reducer" is added. For example, see Pachman, Table II (e.g., 30 mg/100mL aspirin added, cells induced by PHA, 16.3±4.6% DNA synthesis activity remains); Shirakawa, Figure 2 (A, lane 5 exhibits a level of induced NF-κB activity in the presence of H8 that is reduced when compared to that exhibited when cells are treated only with IL-1 (A, lane 3)); Meichle, Figure 3 (lane 3 exhibits PMA-induced activity as compared with uninduced activity (lane 1), while lanes 5 and 7 exhibit a reduced level of PMA-induced NF-κB activity in the presence of H7 or H8, respectively); Chedid, Figure 3 (B, middle column as compared with left column); Brini, Figures 2,3 and 4; Staal, Figure 4.

[5] I note that several primary anticipation references that I identified in my Opening Report include what Dr. Ravetch argues is the necessary proper order of the "inducer" and "reducer" to achieve a reduction of an induced NF-κB activity. For example, Pachman, Table IV describes a set of experiments where PHA is added to human lymphocyte

I agree with Dr. Wall's position in his Rebuttal Report that reducing an already-existing NF-κB activity does not require that the "inducer" be added before the "reducer." The order of adding an "inducer" and "reducer" does not ultimately dictate whether one will achieve a reduction of an induced NF-κB activity. One could just as easily achieve a reduction of an induced NF-κB activity by adding a "reducer" before the "inducer" as by adding an "inducer" before a "reducer." Indeed, the NF-κB activation cascade represents a cyclical or repeating process comprised of the degradation of the IκBα inhibitor, nuclear translocation of NF-κB and NF-κB induced resynthesis of IκBα followed by nuclear export of NF-κB bound to the newly synthesized IκBα. At this juncture, the process repeats provided the initial NF-κB inducing signal remains in place. These repeating oscillations of NF-κB activity have been mathematically modeled and experimentally confirmed (Hoffmann, A, Levencenko, A, Scott, ML and Baltimore, D. *Science* 298:1241-1245, 2002). As such, the addition of active reducers of this cascade, either before or after the inducer, would impair the overall transcriptional response obtained in the absence of the reducer. In the event that Dr. Ravetch is arguing that any of the '516 patent claims somehow require that an "inducer" be added before a "reducer" in order to achieve a reduction of an induced NF-κB activity, and the Court ultimately adopts Dr. Ravetch's position, it is my opinion that the relevant claims would still be invalid.[6]

## DISCUSSION

I respond below to comments made by Dr. Ravetch that relate to the primary anticipation references and the autoregulatory loop discussed in my Opening Report.

**Pachman (1971)**

In his rebuttal report, Dr. Ravetch opines, "[T]he reference reports assays of general nucleic acid and protein synthesis, which are not necessarily linked to NF-κB activity, and no NF-κB activity was assayed." (Ravetch Report, ¶26). Dr. Ravetch seems to suggest that

---

cells for 24 hours, *after which time*, salicylate is added prior to an assessment of RNA synthesis. Subsequent addition of salicylate was able to reduce the level of PHA-induced RNA synthesis. Also, Bielinska reports that an Epstein-Barr virus-transformed B cell line (which possesses constitutively induced NF-κB activity) was treated with a ds octamer phosphorthioate oligonucleotide. As discussed by the authors, this treatment led to a reduction of NF-κB-mediated transcription in a CAT reporter assay. Here, as in Pachman, the "reducer" was added to cells already exhibiting existing NF-κB activity. Also, Mannel reports in Figure 1 that "…labeled L929 cells were incubated with 1:1,000-diluted BCG-LPS serum (-) or medium (---). Dilutions of…anti-CF (o) or control serum (•) were added." p. 158. This indicates that for this experiment the anti-CF serum was added to the L929 cells *after* addition of CF-containing serum. As discussed by the authors in connection with Figure 1, these experiments resulted in an inhibition of CF-induced cytotoxicity. It is my opinion that in each of these cases, as well as in the Grau reference cited herein, NF-κB activity that had been induced was reduced by virtue of having added an "inducer" and then a "reducer" as dictated by Dr. Ravetch.

[6] To the extent that any of the anticipatory references identified in my reports are found to not anticipate because they are found to not describe that the "inducer" is added before the "reducer," then the relevant claim is still invalid because it would have been obvious to add the "reducer" after the "inducer" based on a reference that discusses adding the "inducer" after the "reducer." This would have been the case from at least by the earliest priority date relied upon by Dr. Ravetch (March 1, 1988) for the same reasons.

because he believes the assay used in Pachman is not specifically directed toward NF-κB activity, Pachman does not anticipate. As I stated in my opening report, my opinion that Pachman anticipates various claims of the '516 patent is based on an assessment of Pachman in its entirety. That opinion is supported by my extensive experience in the field, the findings in Kopp and Yin, and the particular assay used. The fact that the researchers may not have directly assayed NF-κB activity does not alter my opinion that the *conditions* the lymphocyte cells were exposed to necessarily and inevitably resulted in a reduction of PHA-induced NF-κB activity.

Dr. Ravetch also opines that Kopp and Yin, two references that I cite to confirm my opinion that the conditions in Pachman necessarily and inevitably reduced NF-κB activity, "do not report experiments replicating the conditions of the experiments described in Pachman." (Ravetch Report, ¶26). As I noted above, my conclusion that Pachman anticipates various claims of the '516 patent is confirmed by Kopp and Yin. Any alleged differences between the experimental conditions of the various studies do not alter my original opinion that Pachman anticipates the claims of the '516 patent. Dr. Ravetch's opinion that Kopp and Yin do not replicate the conditions of Pachman is, in any event, unfounded. Dr Ravetch again highlights the assays that were performed in these experiments as differing from the assay performed in Pachman. As I noted earlier, the cellular effects of a set of experimental conditions are not altered by the particular assay researchers choose to employ. The experimental conditions utilized in the three studies were very similar. Each of the inducers used in the three research reports (PHA, PMA and TNF-α) are well-known inducers of NF-κB activity, and each of these reagents induces NF-κB activity via the same process. That is, each leads to NF-κB dissociation from complexes formed with IκB, translocation into the nucleus and binding to DNA containing one of the NF-κB binding sites listed in the '516 patent.[7] Lopez-Bojorquez, et al., NF-κB Translocation and Endothelial Cell Activation is Potentiated by Macrophage-released Signals Co-Secreted with TNF-α and IL-1β, *Inflammation Research*, vol. 53, pp. 567-575 (2004) (hereinafter "Lopez-Bojorquez") ("It is well documented that the TNF-α and IL-1β pathways converge on the IKK kinase, an important upstream mediator of the NF-κB pathway." at p. 574). Similarly, each of the three references utilized human lymphocyte cells. As discussed below, each of the three references used comparable concentrations of aspirin and sodium salicylate. Thus, because of the similarities between Pachman, Kopp and Yin, my conclusion that Pachman anticipates the claims of the '516 patent is confirmed by Kopp and Yin.

In his rebuttal report, Dr. Ravetch also construes Dr. Maniatis's testimony to suggest that the very high doses of aspirin and salicylate used in Kopp and Yin "cannot be used as a basis from which to extrapolate the effects of aspirin [and sodium salicylate] on NF-κB activity in the experiments described in Pachman" (Ravetch Report ¶27). As stated above, my opinion that Pachman anticipates the claims of the '516 patent is founded upon an assessment of Pachman in its entirety. Kopp and Yin confirm my opinion. Second, the conclusion Dr. Ravetch draws is unfounded. For some reason, Dr. Ravetch fails to recognize that the 30mg/100mL concentration of sodium salicylate and aspirin used in Pachman corresponds to concentrations of 1.9 mM and 1.7 mM, respectively. These concentrations are nearly identical (particularly with respect to sodium salicylate) to the 2mM concentration shown in Kopp to cause a reduction of NF-κB activity. Therefore, Dr. Ravetch's conclusion that Kopp does not confirm my conclusion that NF-κB activity was reduced in Pachman is unfounded. Likewise, the concentrations of aspirin

---

[7] U.S. Pat. No. 6,410,516 B1, 37:1-43.

and sodium salicylate in Yin are also nearly identical to those used in Pachman. Yin notes, "At concentrations (1-5mM)…[aspirin and sodium salicylate] strongly inhibited NIK- and TNFα-activated gene expression from the two NF-κB sites in a human immunodeficiency virus (HIV-1) long terminal repeat (LTR) chloramphenicol acetyltransferase (CAT) reporter plasmid that was transfected into Jurkat cells." The 2mM concentration of the reducing reagent used in Pachman thus falls squarely within the range of concentrations shown by Yin to inhibit TNFα-induced NF-κB activity. Dr. Ravetch's characterization that the Kopp and Yin experiments use higher doses of reducers than those of Pachman is thus incorrect. I would also note that 1.7 mM falls within the therapeutic range for aspirin use in humans.

**Mannel (1981)**

In his rebuttal report, Dr. Ravetch opines that because he believes that the cytotoxicity assay used in Mannel involves a pathway that does not involve NF-κB, "if any inference can be drawn from this cytotoxic assay, it is that the experiments may have potentially inhibited a process that does not involve NF-κB or the reduction of NF-κB activity." (Ravetch Report, ¶31). First, this statement severely mischaracterizes my opinion, as stated in my original report. I base my opinion on an assessment of the entirety of Mannel. In many cases, my opinion may be confirmed or supported by an assessment of the assay employed and its results. Just because an assay is not specifically designed to observe NF-κB activity, however, does not mean that NF-κB activity is not involved in the pathway being studied. Additionally, even if NF-κB activity were not involved in the particular pathway being studied, it does not mean that NF-κB activity is not also being affected by the experimental conditions.

In regards to Mannel, however, though Dr. Ravetch opines that the apoptosis measured by Mannel "involves a pathway that does not necessarily involve NF-κB," (Ravetch Report, ¶31) it remains my opinion that apoptosis induced by LPS-activated macrophages does involve NF-κB activity. My opinion is supported by the very reference that Dr. Ravetch cites for his opinion that the pathway does not necessarily involve NF-κB. Chen and Goeddel, *Science,* vol. 296, pp. 1634-1635 (2002) (Hereinafter "Chen and Goeddel"). Indeed, Chen and Goeddel state, "[a]n interesting feature of the TNF signaling network is *the extensive cross talk between the apoptosis, NF-κB, and JNK signaling pathways that emanate from TNF-R1.*" Chen and Goeddel at p. 1634 (emphasis added). Additionally, even if NF-κB activity were not directly related to apoptosis, the Chen and Goeddel reference clearly states that NF-κB is activated upon interaction of TNF with TNF receptor. This is supported by Lopez-Bojorquez, et al., NF-κB Translocation and Endothelial Cell Activation is Potentiated by Macrophage-released Signals Co-Secreted with TNF-α and IL-1β, *Inflammation Research,* vol. 53, pp. 567-575 (2004) (hereinafter "Lopez-Bojorquez"). Thus, whether NF-κB is part of the apoptotic pathway, or just one of the myriad proteins activated by TNF/TNF receptor interaction is irrelevant. The conditions under which the experiment described in Mannel was performed necessarily and inevitably resulted in a reduction of NF-κB activity pursuant to ARIAD's theory of infringement. Attacking the particular apoptosis assay used in Mannel does not change that fact.

Dr. Ravetch further criticizes Mannel by opining that because the researchers "did not characterize [cytotoxic factor] CF, it is simply unknown what "CF" is and whether, among the multitude of compounds it undoubtedly comprises, it also contains TNF." (Ravetch Report, ¶29).

It is my opinion that the CF derived from bacteria- and LPS-stimulated macrophages is in fact TNF. While my opinion is based upon my own expertise, that opinion is supported by numerous references. For example, Nissen-Meyer, J et al., Comparison of Recombinant Tumor Necrosis Factor and Monocyte-derived Cytotoxic Factor Involved in Monocyte-mediated Cytotoxicity, Cancer Research, vol. 47, pp. 2251-2257 (1987) ("Nissen-Meyer"). Nissen-Meyer states that "A direct comparison of CF and [recombinant]TNF revealed immunological, physicochemical, and biological similarities, which thus suggest [a connection]... Neutralizing antiserum raised against rTNF completely inhibited the ability of CF-containing monocyte supernatants to induce cytolysis and cell death of sensitive target cells and, conversely, antiserum raised against purified CF completely inhibited cytotoxic activity of rTNF...indicating that CF is similar or identical to TNF." Nissen-Meyer at p. 2254-55. Thus, Dr. Ravetch's comments do not change my opinion that CF is TNF.

Dr. Ravetch also opines that the experiments from Figure 4 could not have shown a reduction of NF-κB activity. He bases his conclusion on the fact that before the addition of the macrophages to the L929 tumor cells, the macrophages are washed, and that "washing the cells altered them, most likely eliminate[ing] any external CF to which the [anti-CF] antibodies could bind." (Ravetch Report, ¶30). Dr. Ravetch bases his conclusion on a statement from the authors that "when cells are washed 2 hours post-LPS addition, activity of CF...is no longer present." (Ravetch Report ¶30). Dr. Ravetch's conclusion is flawed for a number of reasons. First, the authors do not state that "activity of CF" is no longer present in washed macrophages. Rather, the authors reference a previous study from their lab in which they showed that when LPS-stimulated macrophages are washed two hours after stimulation, no further release of CF is observed. Mannel, DN et al., Generation and Characterization of a Lipopolysacharide-induced and Serum-derived Cytotoxic Factor for Tumor Cells, Infection and Immunity, vol 28, pp. 204-211 (1980). These results, however, merely monitored the release of CF from washed macrophages *in the absence of tumor cells*. In contrast, the experiments in Figure 4 contain both washed macrophages and L929 tumor cells. In order to account for the reduction of cytotoxicity after addition of anti-CF antibodies to the washed macrophages and L929 cells, the researchers themselves note that the most probable explanation is that "CF may be stored within the macrophage and secreted or exposed on the cell membrane only after...tumor cell contact." Mannel at p.163. This conclusion (which is in accordance with my own opinion) is supported by additional research done by Mannel. These additional studies demonstrated that contact with tumor cells induces macrophages to release TNF (even though no further LPS was added). Mannel DN, Janicke R, Induction of Monokine Production by Tumor Cells, *Lymphokine Res.*, vol. 8, pp. 257-261 (1989). These results confirm my opinion that Mannel's treatment of L929 cells with anti-TNF antibodies blocked the interaction of TNF with TNF receptors on the L929 cells. Therefore, pursuant to ARIAD's theory of how Enbrel infringes one or more claims of the '516 patent, an antibody that interferes with TNF from interacting with TNF receptors would also have necessarily and inevitably reduced NF-κB activity and anticipated those claims.

Dr. Ravetch also ignores the experiments illustrated in Figure 1 of Mannel. In this experiment, anti-CF antibodies markedly reduce the cytotoxic activity of CF sera harvested from LPS- and BCG- induced murine PEC cells. These experiments involve the addition of CF and anti-CF antibodies to L929 cells. Pursuant to ARIAD's theory of infringement concerning Enbrel, this would have necessarily and inevitably reduced NF-κB activity in the L929 cells.

This is because the antibodies would have bound to the TNF (i.e. CF) released into the sera by the stimulated macrophages and blocked the interaction of TNF and the TNF receptors on the L929 cells, thereby reducing NF-κB activity in the same way that ARIAD alleges Enbrel does.

## Giri (1984)

In his discussion of Giri, Dr. Ravetch suggests that at the time the reference was published, it was not known that expression of the immunoglobulin kappa light chain gene was subject to NF-κB control. (Ravetch Report, ¶32). It is my understanding that I may rely on present knowledge to confirm my opinions that prior art references (like Giri) inherently anticipate. As Dr. Ravetch concedes, it is now known that the κ immunoglobulin light chain gene is controlled by NF-κB. Dr. Ravetch's comments concerning the prior state of knowledge of κ immunoglobulin light chain expression control are therefore irrelevant. In contrast, the present knowledge confirms my conclusion that NF-κB activity is involved in the particular assay employed by the researchers (κ immunoglobulin light chain synthesis). This in turn confirms my conclusion that, pursuant to what I understand is ARIAD's previous theory of infringement concerning Kineret, treatment with anti-IL-1 antibodies reduced NF-κB activity.

Dr. Ravetch further contends that because the IL-1 and anti-IL-1 antibody complexes were removed from the medium before assessing whether the resulting medium would induce kappa light chain expression, the reference does not describe the reduction of induced NF-κB activity because "IL-1 was never present to induce NF-κB activity." (Ravetch Report, ¶33). Dr. Ravetch's comments miss the importance of Giri. By treating an IL-1 containing solution with anti-IL-1 antibodies, the researchers took affirmative steps to block IL-1 from interacting with the IL-1 receptor. Pursuant to what I understand is ARIAD's previous theory of infringement concerning Kineret, such affirmative action would have necessarily and inevitably reduced NF-κB activity in the target 70Z/3 cells.

## Marmenout (1985)

Dr. Ravetch opines that Marmenout, who exposed L929 cells to TNF and anti-TNF antibodies, does not anticipate the claims of the '516 patent because "[t]he biochemical pathway by which TNF brings about the death (apoptosis) of tumor cells involves different components that are now known to be distinct from the pathway by which it activates NF-κB." Thus, he opines, "the results of an assay of TNF's cytotoxicity (or the inhibition thereof) do not permit inferences to be drawn about the extent of NF-κB activation/inhibition in the cells." (Ravetch Report, ¶34). Dr. Ravetch's comments are not responsive to my opinion. My opinion is based upon an assessment of Marmenout in its entirety and not solely on the results of any particular assay the researchers performed. Additionally, as discussed above in connection with Mannel, TNF-induced apoptosis does involve extensive "cross talk" with NF-κB.[8] Chen and Goeddel at p. 1634. Regardless of the assay actually employed by the researchers, however, treatment of L929 cells with anti-TNF antibodies necessarily and inevitably prevented TNF from interacting with TNF receptors on the L929 cells. Pursuant to ARIAD's theory of infringement concerning Enbrel, taking such action would also necessarily and inevitably reduce NF-κB activity in the cells. Just as ARIAD argues that Enbrel interferes with the ability of TNF to interact with TNF

---

[8] By "cross talk" it is meant that NF-κB impacts apoptosis and vice versa.

receptor, so too do the anti-TNF antibodies used in Marmenout to bind to TNF and prevent it from interacting with TNF receptor.

Dr. Ravetch also objects to Marmenout because in his opinion, "the reference does not describe the addition of anti-TNF antibodies subsequent to exposure of L929 cells to TNF." (Ravetch Report, ¶35). In addition to my generally-applicable opinion concerning Dr. Ravetch's "order of addition" argument, I note that Marmenout also does not describe the addition of anti-TNF antibodies either prior to or simultaneously with exposure to TNF. Furthermore, regardless of the order of the addition of the reagents, NF-κB activity is still induced in the L929 cells treated with both TNF and anti-TNF antibodies. This is evidenced by the fact that the antibodies are only capable of neutralizing a large percentage (but not all) of the TNF cytotoxic activity (Compare Table I.A. entries with Table I.B. entries).

## Koizumi (1986)

Dr. Ravetch opines that it is my position that because H-7 is a known inhibitor of PKC and PKA, which are activated by PHA and PMA, respectively, Koizumi anticipates the '516 patent. (Ravetch Report, ¶36). I first note that Dr. Ravetch apparently concedes that PHA and PMA are protein kinase activators and that H-7 is a protein kinase inhibitor. (See, e.g., Ravetch Report, ¶36). Second, Dr. Ravetch misstates my opinion. My opinion that treatment of Jurkat cells with H-7 necessarily and inevitably reduces PHA/PMA-stimulated NF-κB activity is based upon an assessment of the entirety of Koizumi. That opinion is further confirmed by the published results of others in the field and my own experiments validating the Koizumi results.

Dr. Ravetch states (incorrectly) that I attempted to prove Koizumi inherently anticipates the claims of the '516 patent by replicating the experiments in my own lab. He opines that my replication fails because I changed several of the experimental conditions. First, he suggests that my use of Jurkat A3 cells in place of Koizumi's use of Jurkat cells is significant because, "the differences between them are unknown and any attempts to minimize the importance of the possible differences would be scientifically irresponsible." (Ravetch Report, ¶37). Second, Dr. Ravetch suggests that because I preincubated the Jurkat cells with H-7 prior to addition of PMA while Koizumi simultaneously added the two reagents, I "inevitably alter[ed] cell dynamics and would [be] even more likely to have prevented induction of NF-κB activity." (Ravetch Report, ¶38).

Dr. Ravetch's conclusions are flawed in several regards. First, I believe that, separate and apart from the experiments I had conducted, the Koizumi reference anticipates the claims of the '516 patent as stated in my Opening Report. Nevertheless, the results of the experiments fully confirm my analysis that the Koizumi reference anticipates, despite any minor differences that might exist between the experiments and the experimental protocol set forth in Koizumi. Pointing out alleged minor experimental variations between Koizumi and my own experiments does nothing to alter my opinion that Koizumi anticipates the claims of the '516 patent.

Furthermore, as I mentioned above, Dr. Ravetch overstates the impact of the experimental differences between Koizumi and my own experiments. The experimental conditions called for by Koizumi require the use of Jurkat cells. My own experiments satisfied

those conditions. As the name implies Jurkat A3 cells are human T lymphocytes derived from the Jurkat cell line. In other words, Jurkat A3 cells are Jurkat cells and Dr. Ravetch provides no evidence for the existence of differences between the Jurkat cells that I used and those described in Koizumi. Jurkat A3 cells have been selected as particularly susceptible to Fas-mediated apoptosis due to high levels of Fas protein. Juo P, et al., Essential Requirement for Caspase-8-FLICE in the Initiation of the Fas-induced Apoptotic Cascade, *Curr. Biol.*, vol. 8, pp. 1001-1008 (1998). Indeed, that NF-κB activity opposes Fas-mediated apoptosis makes it even more remarkable that I was able to affect NF-κB activity in the Jurkat A3 cells compared to cells that are less susceptible to Fas-mediated apoptosis.

With respect to Dr. Ravetch's criticism of what he believes are timing differences between my own experiments and Koizumi, as I have stated above, it is my understanding that the claims of the '516 patent do not contain any limitation as to the order of addition of reagents. As such, this criticism is irrelevant. In any event, by stating that preincubation with H-7 makes it "even more likely to have prevented induction of NF-κB activity," Dr. Ravetch seems to be conceding that the conditions in Koizumi as he characterizes them (i.e., simultaneous addition of PMA and H-7) have at least some likelihood of causing induction before reduction. This is in line with my own opinion, stated above, that the order of addition of reagents has no bearing on whether there exists some induced activity. It also seems in direct opposition to Dr. Ravetch's previous statement that the "dynamics of the experimental system" make it impossible to induce before reduction if the reagents are added simultaneously. (Ravetch Report at page 6). Dr. Ravetch's inconsistent statements highlight the fallacy of what he argues.

**Tracey (1987)**

Dr. Ravetch opines (erroneously) that it is my opinion that Tracey anticipates the claims of the '516 patent because treatment with anti-TNF antibodies inhibited LPS-induced NF-κB activity. (Ravetch Report, ¶40). This statement mischaracterizes my conclusion. In my opening report I highlight the fact that experiments in Tracey demonstrated blocking of TNF by anti-TNF antibodies. It is my opinion that this blocking necessarily and inevitably interfered with TNF from interacting with cell-surface TNF receptors. Pursuant to ARIAD's theory of infringement concerning Enbrel, taking such action would also necessarily and inevitably reduce NF-κB activity in the cells. Just as ARIAD argues that Enbrel interferes with the ability of TNF to interact with TNF receptor, so too do the anti-TNF antibodies used in Tracey to bind to TNF and prevent it from interacting with TNF receptor.

Dr. Ravetch also suggests that the experiments in Tracey merely *purport* to expose cells to bacterial LPS. (Ravetch Report, ¶40). *E. coli* is a species of gram negative bacteria whose cell walls are well known to be comprised of LPS. See, for example, Edstrom RD and Heath EC, Incorporation of Glucose Galactose + 3 Deoxyoctulosonate (KDO) into Cell Wall Lipopolysaccharide (LPS) of E. coli., *Fed. Proc.*, vol. 23, pp. 380-385 (1964). It is my opinion that exposure to *E. coli* bacteria caused the cells to be exposed to LPS. See, e.g., Lamping N, et al., LPS-Binding Protein Protects Mice From Septic Shock Caused by LPS or Gram-Negative Bacteria, *J. Clin. Invest.*, vol. 101, pp. 2065-2071 (1998); Bultinck J, et al., Systemic NO Production During (Septic) Shock Depends on Parenchymal and not on Hematopoietic Cells: *in vivo* iNOS Expression Pattern in (Septic) Shock, *FASEB J.*, vol. 20, pp. E1619-E1627 (2006)

11

("Septic shock [is a] systemic inflammatory response syndrome[] resulting from...an infection. LPS, a constituent of the outer membrane of Gram-negative bacteria, mimics most of the septic effects and is widely used as an experimental model for septic shock."). Such exposure is well known to induce macrophages to release TNF, which in turn interacts with TNF receptors on cell surfaces.

Dr. Ravetch additionally opines that the authors found the results to be sensitive to the time of administration of the anti-TNF antibody. (Ravetch Report, ¶40). Indeed, he cites a 1998 article that demonstrated that administration of anti-TNF antibodies after the onset of sepsis in humans was not an effective therapy. (Ravetch Report, ¶40). I again reiterate that it is my understanding that under Amgen's proposed claim construction, the order of addition (i.e. the time of administration) of the reagents is irrelevant to whether a reference anticipates. Furthermore, at best the statement from Tracey merely suggests that the timing of the addition of the anti-TNF antibody may be important for *survival* and does not bear on NF-κB activity.

Anti-TNF antibodies were also used to reduce NF-κB activity in animals in Grau GA, Fajardo LF, Piguet F-P, Allet B, Lambert P-H, Vassalli P, Tumor Necrosis Factor (Cachectin) as an Essential Mediator in Murine Cerebral Malaria, *Science*, vol. 237, pp1210-1212 (September 4, 1987) (hereinafter "Grau") and, therefore, confirms my opinion.

Grau discusses the effects that antiserum to TNF-α has on mice infected with the *P. berghei*. Infection with *P. berghei* leads to a condition that shares many features with human cerebral malaria, which results in the death of the infected animals. Grau at 1210. As discussed in connection with Figure 2, treatment of mice with *P. berghei* led to a substantial rise in TNF-α serum levels. As discussed in connection with Figure 3, the survival rate of mice treated with anti-TNF-α antiserum either 4 or 7 days after infection (and subsequent TNF-α level increase) was substantially increased over mice treated with no antibody or mice treated with an anti-IgG antibody (Figure 3, Panel A). As shown in Figure 3, Panel B, over 80% of *P. berghei*-infected mice that were treated with no antibody or anti-IgG antibody developed cerebral malaria symptoms (left and center bars). In contrast, those mice that received injections of anti-TNF-α antiserum either 4 or 7 days after *P. berghei* infection remained symptom-free. Anti-TNF-α antibodies were still detectable in the mice up to 8 days after injection of the anti-TNFα antiserum, indicating biostability of the antibodies.

It is my understanding that ARIAD and the Institutions argue that Enbrel reduces NF-κB activity and infringes one or more of the claims of the '516 patent because it binds to TNF and blocks TNF from interacting with the TNF receptor. Pursuant to this theory, the experiments described above in Grau would also have necessarily and inevitably reduced NF-κB activity and, therefore, also anticipate. The anti-TNF-α antiserum used by Grau would have reduced TNF-induced NF-κB activity and, therefore, also anticipates. This is because the antibodies would have bound to the increased TNF present in the mice due to pre-infection with *P. berghei* and blocked it from interacting with the TNF receptor just as ARIAD and the Institutions argue that Enbrel does.

**Saito (1988)**

Dr. Ravetch implies that it is unknown whether the ALLNal proteasome inhibitor used in Saito "can inhibit induced NF-κB activity." (Ravetch Report, ¶43, "ALLNal (which they contend is an agent that reduces NF-κB activity) in combination with NGF (which they contend induces NF-κB activity)"). Dr. Ravetch also opines that there is no evidence that NF-κB activity that is induced by NGF can be reduced by ALLNal. (Ravetch Report, ¶43). First, I note that Dr. Ravetch concedes that AllNal is a proteasome inhibitor. Second, as I stated in my Opening Report, both Palombella and Foehr offer ample support that ALLNal reduces NF-κB activity and NGF induces NF-κB activity, respectively. Additionally, one of the inventors, Dr. Baltimore, testified that "an inhibitor of the proteasome will inhibit the ability of any of these things [inducers of NF-κB] to activate NF-κB." Baltimore Dep. Tr. 40:18-22. In contrast, Dr. Ravetch provides no support for his statements to the contrary. Furthermore, a compendium on NF-κB (and a volume oft cited by Dr. Ravetch in his own original Expert Report) explains that at a point at least as early as the phosphorylation of IκB by IKK, the effect of many different inducers of NF-κB activity (including TNF, IL-1, NGF, PHA and PMA) is transmitted through a single pathway. Hacker H, Karin M in Handbook of Transcription Factor NF-κB, 2007, CRC Press (S. Ghosh, Ed.), pp.25-52 (Hereinafter "Hacker and Karin). NGF is one of the inducers whose activity is mediated through this single pathway. This is supported by Wooten MW, Function for NF-κB in Neuronal Survival: Regulation by Atypical Protein Kinase C, J. Neurosci. Res., vol. 58, pp. 607-611 (1999). This pathway is dependent upon proper functioning of the 26S proteasome. Hacker and Karin, p. 35. It follows that any induced NF-κB activity that is mediated by the proteasome-dependent pathway will necessarily be reduced by inhibitors of proteasome function. Because ALLNal is such a proteasome inhibitor, and because NGF-induced NF-κB activity is mediated by the proteasome-dependent pathway, it follows that, in Saito, NGF-induced NF-κB activity is necessarily and inevitably reduced by treatment with ALLNal.

**Osborn (April 1989)[9]**

Dr. Ravetch opines that the experiments in Figures 3 and 4 of Osborn "do not show inhibition of NF-κB activity." (Ravetch Report, ¶46). Furthermore, he opines that the experiments do not anticipate because the experiments were done on cell extracts and, "[a]s stated in [his] opening report, the term 'in cells' requires that the methods of claims be performed in actual cells, not extracts." Again, Dr. Ravetch misstates my conclusion. Nowhere in my opening report do I conclude that the experiments described in Figures 3 and 4 embody a reduction of NF-κB activity in cells. Rather, it is my opinion that when Osborn is viewed in its totality, it is clear that pursuant to ARIAD's theory of infringement concerning Enbrel and the specification of the '516 patent, Osborn necessarily and inevitably reduced NF-κB activity in cells.

Dr. Ravetch's opinion that figures 3 and 4 "do not show inhibition of NF-κB activity" is incorrect. The experiments are not "an effort simply to detect the presence of activated (i.e.

---

[9] I note that I did similar work as that described in Osborn. See, e.g., Lowenthal et al., "Tumor necrosis factor alpha induces proteins that bind specifically to kB-like enhancer elements and regulate interleukin-2 receptor alpha-chain gene expression in primary human T lymphocytes", PNAS Vol. 86, pp. 2331-35, April 1989.

nuclear) NF-κB in stimulated cells." (Ravetch Report, ¶46). That would be the purpose were double-stranded oligonucleotides containing the κB binding site not added. However, the experiments in figures 3 and 4 do include such oligonucleotides (lanes 3 and 4). These experiments show that a κB-containing oligonucleotide actually can inhibit NF-κB binding activity (i.e. its ability to bind to the radiolabeled oligonucleotide). Finally, I note that in my Opening Report, I discuss the fact that the experiments illustrated in Figures 3 and 4 were done in "cell extracts."

Dr. Ravetch also opines that the results of Osborn are inconclusive with respect to the ability of anti-TNF antibodies to reduce TNF-induced NF-κB activity because the CAT reporter used in Figure 1 "contain[s] recognition sequences for several transcription factors, of which NF-κB is only one." (Ravetch Report, ¶45). Dr. Ravetch then opines, "enhancement or inhibition of transcription from a plasmid containing an HIV enhancer does not necessarily reflect enhancement or inhibition of NF-κB activity." (Ravetch Report, ¶45). Dr. Ravetch's conclusion is flawed in several respects. First, just because the promoter contains binding sites for other transcription factors does not mean that NF-κB activity is not among the species of activity that is being affected. Second, Dr. Ravetch's conclusion ignores the reality of Figure 2. Dr. Ravetch opines that Figure 2 is irrelevant because it "does not use any inhibiting substance at all." This, however, ignores the import of Figure 2. Figure 2 compares the TNF-induced NF-κB activity on a reporter plasmid containing the HIV enhancer with the activity on a reporter plasmid containing an identical HIV enhancer that has been mutated ONLY at the κB binding sites. As the authors note, Figure 2 shows that this mutated reporter, which still contains functioning recognition sequences for all the other transcription factors Dr. Ravetch alludes to, becomes inactive when mutated only at the NF-κB binding site, "indicating a requirement for the kB sites." Osborn at p. 2337. Thus, the experiments in Figure 2 are highly relevant to the experiments in Figure 1 (which show a reduction of reporter gene transcription upon addition of anti-TNF antiserum) because it establishes that *all* of the transcription exhibited after TNF induction requires NF-κB activity. Thus, as stated in my Opening Report, it is my opinion that, pursuant to ARIAD's theory of infringement concerning Enbrel, Osborn reduced NF-κB activity in cells. By attempting to restate my opinions as being founded on individual experiments rather than on the reference in its entirety, Dr. Ravetch's opinions are unresponsive to the opinions expressed in my Original Report.

**Bensimon (April 1989)**

Dr. Ravetch opines that I state that Bensimon "inherently anticipates claims of the '516 Patent because the effects of the antibody in inhibiting the proliferation of the cells induced by IL-1 would necessarily and in every case stem from the reduction of NF-κB activity." (Ravetch Report, ¶48). Dr. Ravetch mischaracterizes my opinion. As stated in my Opening Report, my opinion is that treatment of cells with IL-1 and an anti-IL-1 antibody necessarily and inevitably interfered with the ability of IL-1 to interact with IL-1 receptor. Pursuant to what I understand is ARIAD's previous theory of infringement concerning Kineret, such action would also have necessarily and inevitably reduced NF-κB activity in these cells. This is because the anti-IL-1 antibody would have blocked the interaction between IL-1 and the IL-1 receptor just as ARIAD argued that Kineret does. The particular proliferation assays—namely those in Figures 3 and 4—run by Bensimon merely confirm my opinion given my understanding of the effects of

14

NF-κB activity on cell proliferation as described in Bensimon. Furthermore, Bensimon reports a series of experiments that confirm my opinion that the anti-IL-1 antibody is interfering with the IL-1/IL-1 receptor interaction and not having some other effect. As illustrated in the second column in figure 4 (4.9 mAb only), the antibody does not have any additional effect upon the cell and, thus, must be interfering with the effects that result from the addition of IL-1. Dr. Ravetch states that proliferation is a "profoundly complex process." However, the fact that the cells undergo hundreds of complex processes during any given experiment does not alter my opinion that one of the things being affected by administration of IL-1 and an anti-IL-1 antibody is the interaction between IL-1 and IL-1 receptor (which, pursuant to what I understand is ARIAD's previous theory of infringement concerning Kineret in turn affects NF-κB activity).

     Dr. Ravetch further attempts to confuse the issue by suggesting that the antibody used in Bensimon was raised against an "uncharacterized IL-1 receptor complex," and is therefore somehow deficient. (Ravetch Report, ¶48). It is my opinion that the antibody was raised against the IL-1 receptor. Regardless of what the antibody was raised against, however, Bensimon provides ample evidence that 4.9 mAb interferes with the ability of IL-1 to interact with the IL-1 receptor. First, Bensimon assessed the ability of 4.9 mAb to bind to a variety of cell lines. The results provide strong support for the conclusion that the antibody is specific for IL-1 receptor. Bensimon noted that the antibody bound well to cell types known to have large numbers of IL-1 receptors on their surfaces and bound poorly to cell types known to be deficient in IL-1 receptors. See, e.g., Bensimon at p. 2292 ("4.9 reacted poorly with T cell lines. A notable exception was the 8G5 subclone of HSB2, which we had previously selected for IL-2 production in response to IL-1."); Bensimon at p. 2292 ("The NK-like (LGL) cell line, YT-C3 which has been shown to express inducible high affinity IL-2R in response to IL-1α and β…was strongly positive with 4.9 mAb."). Additionally, the results from Table III show that 4.9 mAb binds specifically and competitively to the same target on 3B6 cells as Il-1α and IL-1β. Specifically, the two IL-1 subtypes were able to compete with 4.9 mAb binding to 3B6 cells while neither IL-2 or IFN-γ were able to affect a similar result (See e.g., Bensimon at p. 2297 "cross-inhibition experiments clearly demonstrated that IL-1α, IL-1β, and 4.9 mAb were competing for the same binding structure(s) on both 3B6 and YT-C3 cells."). These results demonstrate that whether or not the IL-1 receptor target of 4.9 mAb is "uncharacterized," it most definitely binds to the same site as IL-1 and competitively inhibits IL-1 binding. Finally, the results reported in Table II further confirm my opinion that 4.9 mAb interferes with the ability of IL-1 to interact with the IL-1 receptor. A comparison of the first entry and the sixth entry clearly demonstrate that administration of 4.9 mAb disrupts radiolabeled IL-1 from binding to 3B6 and YT-C3 cells. Taken together, these experiments confirm my opinion that 4.9 mAb was able to block IL-1 from interacting with the IL-1 receptor, which, pursuant to what I understand is ARIAD's previous theory of infringement for Kineret, necessarily and inevitably reduced NF-κB activity in the target cells.

**Edbrooke (May 1989)**

     In his discussion of Edbrooke, Dr. Ravetch fails to address the fact that the experiments in Figure 6 involve the introduction of double-stranded oligonucleotides containing a κB binding site into cells. As I noted in my Opening Report, it is my opinion that such an experiment necessarily and inevitably reduced the DNA-binding activity of NF-κB. The order of addition

notwithstanding, it is clear from Figure 6 that the experimenters observe PMA-induced NF-κB activity by virtue of their reporter gene assay as stated in the '516 patent. When additional double-stranded oligonucleotides with an intact κB binding site are also introduced into the cells, PMA-induced NF-κB activity in the cells (as assayed by the reporter gene assay) decreases. This reduction is not accomplished by a similar double-stranded oligonucleotide that is exactly the same as the first except that it contains mutations at the NF-κB binding site. Thus, pursuant to the '516 patent's discussion regarding the utility of CAT reporter gene assays to measure levels of NF-κB activity, these experiments clearly demonstrate that the double-stranded oligonucleotide containing the κB binding site (identical to one listed in the '516 patent, Table 2, Column 37) necessarily and inevitably caused reduced PMA-induced NF-κB activity.

Dr. Ravetch states that I opine that "the disclosure of the results of this experiment [Figure 6], as well as that of a companion experiment assessing the binding of NF-κB from nuclear extracts to radiolabeled nucleotides (see Figure 5), anticipates the claims of the '516 Patent." (Ravetch Report, ¶50). In highlighting the experiments in Figure 5, Dr. Ravetch attempts to mischaracterize my opinion that the conditions in Edbrooke necessarily and inevitably reduced PMA-induced NF-κB activity as being reliant on these cell-free EMSA assays. My opinion, however, is not based on any one experiment performed by Edbrooke but was instead formed by assessing the reference as a whole. Unlike the experiments in Figure 5, the experiments in Figure 6 were done in intact cells (as Dr. Ravetch concedes by not objecting to the experiments in Figure 6 on these grounds). Indeed, the experiments in Figure 5 merely serve to confirm my opinion that in the intact cells under the conditions of Figure 6, NF-κB activity was being induced by PMA and reduced by the double-stranded, κB-containing oligonucleotide. Figure 5 thus functions, as the '516 patent states such EMSA assays can function, as a tool to identify compounds that reduce NF-κB activity.

**Shirakawa (June 1989)**

Dr. Ravetch's sole objection to Shirikawa is that it discloses experiments that add an inhibitor of NF-κB activity, H-8, to cells either prior to (Figures 1 and 2) or simultaneous with (Table 1) IL-1 induction of NF-κB activity. (Ravetch Report, ¶54). In addition to my general comments directed towards Dr. Ravetch's order of addition arguments stated above, I note that Dr. Ravetch concedes that H8 is an inhibitor of NF-κB activity (See, e.g., "induction with IL-1 took place after exposure of the cells to the inhibitor, H8…" (Ravetch Report, ¶54)). I also note (as I did in my Opening Report) that the results of the in-cell H8 reduction of IL-1-induced NF-κB activity that are demonstrated in Figure 2 (A, lane 5; B, lane 9) still exhibit some induced NF-κB activity. That is, there existed some NF-κB activity in the nuclei of the cells treated with both H8 and IL-1. A comparison of, for example, Figure 2, gel A, lane 3 (IL-1 treatment), lane 5 (IL-1 and H8 treatment) and lane 1 (no treatment) clearly demonstrate that there exists some induced activity even after IL-1 and H8 treatment and, thus, that there has been a reduction of induced activity.

Dr. Ravetch also states that my opinion is that the disclosure of the Shirakawa *results* anticipates the '516 patent. I, however, make no such statement. Rather, my opinion is based upon my own expertise and an examination of the reference in its entirety. The *results* disclosed

by Shirakawa merely serve to confirm my conclusion that the conditions of the experiments necessarily and inevitably led to a reduction of IL-1-induced NF-κB activity.

**Meichle (1990)**

Dr. Ravetch states that my opinion is that "these experiments anticipate claims of the '516 Patent requiring inhibition of TNF-induced NF-κB activity." (Ravetch Report, ¶55). Dr. Ravetch then opines that "none [of the experiments in Meichle] reduced TNF-induced NF-κB activity." (Ravetch Report, ¶55). As discussed in connection with Figure 2.A., however, when Jurkat cells were treated either with TNF and H7 (lanes 8-10) or with TNF and staurosporine (lane 11), PKC activity was dramatically reduced as compared with cells treated with TNF alone (lane 7). As described in my Opening Report, it is my opinion that such treatment necessarily and inevitably reduced TNF-induced NF-κB activity.

In connection with PMA-induced NF-κB activity, I further note that when cells are incubated with both PMA and either H7 or H8 (Figure 3, lanes 5 and 7), the EMSA assay performed shows that there existed, within the cells, some amount of PMA-induced NF-κB activity (as shown by comparing lanes 5 and 7 with lane 1 of the same gel). A comparison of these lanes with lane 3 (PMA with no reducer) demonstrates that a clear reduction in the level of that activity existed within the cells after H7 or H8 incubation. These results support my conclusion that Meichle reduced PMA-induced NF-κB activity with H7 and H8.

**Roederer (1990)**

Dr. Ravetch states that it is my opinion that Roederer anticipates the claims of the '516 patent because "the inhibitory effects [on expression of reporter genes and on HIV replication] of NAC were necessarily mediated through inhibition of NF-κB." (Ravetch Report, ¶57). Dr. Ravetch then goes on to disagree with my opinion (as incorrectly characterized by him) on the grounds that "there is ample reason to believe that the inhibitory effects of NAC were pleiotropic, and thus mediated through other mechanisms, including the inhibition of distinct transcription factors." (Ravetch Report, ¶57). Dr. Ravetch's misstatement of the basis of my opinion renders his entire argument irrelevant. As I stated in my opening report, "In view of the foregoing [discussion of the experimental *conditions* in Roederer]...NAC necessarily and inevitably reduced NF-κB activity in both 293.27.2 cells and PMBCs. This reduction of NF-κB activity in Roederer necessarily and inevitably occurred." (Opening Greene Report, p.40). My conclusion is based upon an examination of Roederer in its entirety. The experimental assays and results reported by Roederer serve to confirm my conclusion. That conclusion is specifically confirmed by the admitted presence of two NF-κB binding sites in the HIV-1 LTR promoter and the fact that both TNF and PMA are known to induce NF-κB activity. Dr. Ravetch states that NAC *could be* inhibiting other transcription factors. However, he provides no evidence that these other transcription factors are induced by TNF or PMA treatment. To the contrary, the reference cited by Dr. Ravetch in support of his statement that expression of HIV genes is regulated by more than one transcription factor actually supports my conclusion that NF-κB activity is implicated. As shown in Figure 3, the researchers compared the transcription of a reporter gene controlled by a native HIV-1 LTR sequence with one controlled by an HIV-1 LTR containing a mutation at the κB binding sequence. Nabel, et al., <u>Alternative Mechanisms for Activation of</u>

17

Human Immunodeficiency Virus Enhancer in T Cells, *Science*, vol. 239, pp. 1299-1302 (1988)
("Nabel"). When this single mutation is introduced, all expression induced by PMA is abolished.
These results indicate that even when the LTR binding sites for all the other transcription factors
Dr. Ravetch refers to are intact, if the NF-κB binding site is altered, there is a loss of PMA-
induced expression. This led the authors to conclude that PMA-induced activation from the
HIV-1 LTR is entirely dependent upon NF-κB activity (and not the other transcription factors, as
Dr. Ravetch supposes).

Additionally, even if other transcription factors were being affected by viral infection and
NAC, that does not change my opinion that treatment with NAC necessarily and inevitably
reduces viral infection-induced NF-κB activity. Just because a reagent can have "pleiotropic"
effects says nothing about whether one of those effects could be the reduction of NF-κB activity.

**Brini (1990)**

Dr. Ravetch suggests that a quote from Brini suggests that "rather than demonstrating that
CsA reduces induced EMSA activity, this reference reports findings that CsA can inhibit
uninduced activity only, but not the activity induced in activated T cells, as measured by
EMSA." (Ravetch Report, ¶59). The authors' conclusion, however, is merely that CsA does not
act *directly* on activated NF-κB. They nonetheless maintain their conclusion that CsA inhibits
the activation of the factor in the first place. This is demonstrated by their statement that "the
NF-κB system has been shown to be under the regulation of...IκB, which after cellular
stimulation releases the NF-κB protein which can reach the nucleus and react with the κB
sequence. We do not yet know how CsA blocks this step of activation; it might act either on IκB
or on the NF-κB protein. Here, we have shown that CsA does not act directly on the activated
NF-κB protein(s) system, but it may interfere with one of the biochemical processes involved in
the NF-κB activation." Brini at 137. I also note that the experiments in Figures 2, 3 and 4 all
show a level of induced NF-κB activity (albeit a reduced level) even in the presence of CsA.
Thus, it is clear that even when the reducer is present, NF-κB activity is still being induced. This
confirms my opinion that CsA reduces PHA-induced NF-κB activity in human peripheral blood
T-cells.

Dr. Ravetch also suggests that because it has been shown that CsA inhibits NF-AT, a
different transcription factor, the Brini results cannot be interpreted to show an effect on NF-κB.
Dr. Ravetch is correct that CsA is well-recognized as an inhibitor of NFAT induction through its
inhibitory action on calcineurin. However, Dr. Ravetch is apparently not aware of, for example,
the recent finding from Dr. Ranjan Sen's laboratory that activation of the c-Rel gene in B cells
stimulated through their antigen receptors is inhibited by CsA. This effect appears to involve
inhibition of NFAT action but results in a change in the expression of a member of the NF-κB
family of transcription factors.

**Bielinska (1990)**

Dr. Ravetch states that "[t]he authors do not show reduction of induced NF-κB activity in
cells." (Ravetch Report, ¶61). To the contrary, Bielinska does report conditions that necessarily
and inevitably led to a reduction of induced NF-κB activity. As Dr. Ravetch himself notes, the

18

cells used in Bielinska "possess constitutive NF-κB activity." (Ravetch Report, ¶62). The patent states that NF-κB exists in an inactive complex with IκB, and it is only upon release from this complex that NF-κB activity is observed. ('516 patent, 2:46-63). Thus, although the cells used in Bielinska may not have been induced by a chemical substance, the fact that there is NF-κB activity by definition means that there is induced activity. Something has caused NF-κB to become active (i.e. to be released from IκB); that is, something has induced NF-κB activity. Thus, it is my opinion that the conditions in Figure 3 necessarily and inevitably led to a reduction of induced NF-κB activity. Indeed, because the NF-κB activity was induced *prior to* the addition of the reducing oligonucleotides, this experiment anticipates even under Dr. Ravetch's argument (i.e. that "reducing induced NF-κB activity" requires that induction occur prior to addition of the reducing agent).

Dr. Ravetch also highlights the fact that the cells in Figure 3 were not induced by TNF or IL-1. In my Opening Report, however, I made no claim that any TNF or IL-1 was added to these cells.

## Staal (1990)

Dr, Ravetch does not specifically respond to my opinion that addition of NAC to 293.27.2 cells and Jurkat cells necessarily and inevitably caused the reduction of TNF- and PMA-induced NF-κB activity in those cells. His only objections to Staal are 1) that "none of the experiments described therein induces the NF-κB activity prior to its inhibition," (Ravetch Report, ¶16) and 2) that the December 1990 publication date post-dates ARIAD's proposed priority dates for the patent claims (Ravetch Report, ¶14, 15). Both of Dr. Ravetch's points are generally addressed above. I also note that as illustrated in Figure 4 of Staal, even when cells are exposed to both TNF and 20 mM NAC, there still exists a level of NF-κB activity that is above the uninduced level. That is, even when NAC is added, TNF-induced activity is still present, albeit at a reduced level. This supports my conclusion that Staal has reduced TNF-induced activity with NAC.

## Chedid (1990)

Dr. Ravetch also does not specifically respond to my opinion that addition of a protein kinase A inhibitor to 70Z/3 cells, YT cells and EL 4 6.1 C10 cells necessarily and inevitably caused the reduction of IL-1-induced NF-κB activity in those cells. His only objections to Chedid are 1) that "none of the experiments described therein induces the NF-κB activity prior to its inhibition," (Ravetch Report, ¶16) and 2) that the July 1990 publication date post-dates ARIAD's proposed priority dates for the patent claims (Ravetch Report, ¶14, 15) Both of Dr. Ravetch's points are generally addressed above. I also note that as illustrated in Figure 3 of Chedid, even when EL 4 6.1 C10 cells are exposed to both IL-1 and a plasmid encoding the protein kinase A inhibitor, there still exists a level of NF-κB activity that is above the uninduced level (Figure 3, panel B, middle column as compared with the left column). That is, even when the PKA inhibitor is added, IL-1-induced activity is still present, albeit at a reduced level. This supports my conclusion that Chedid has reduced IL-1-induced activity with a protein kinase A inhibitor.

19

**Tong-Starksen (January 1989)**

Dr, Ravetch also does not specifically respond to my opinion that addition of H7 to Jurkat cells necessarily and inevitably caused the reduction of PMA-, (mAb 9.3 + PHA)-, OKT3- and (mAb9.3 + OKT3)-induced NF-κB activity in those cells. His only objections to Tong-Starksen are 1) that "none of the experiments described therein induces the NF-κB activity prior to its inhibition," (Ravetch Report, ¶16) and 2) that the January 1989 publication date post-dates ARIAD's proposed priority date for claim 6 and its dependent claims (Ravetch Report, ¶14) Both of Dr. Ravetch's points are generally addressed above.

**The Autoregulatory Loop**

Dr. Ravetch disagrees with what he states is my opinion that any prior art reference that induces NF-κB activity necessarily and inevitably leads to a reduction of induced NF-κB activity because of the autoregulatory loop, whereby inducing NF-κB activity leads to increased expression of IκBα, which in turn reduces NF-κB activity. (Ravetch Report, ¶91.). Dr. Ravetch opines that this is because the claims of the '516 patent are directed towards "'methods of 'reducing' induced NF-κB activity," which, according to Dr. Ravetch, "require an affirmative, purposeful act directed toward causing a reduction of NF-κB activity. (Ravetch Report, ¶92). In support of his conclusion, he points to the '516 patent, which he says teaches only artificial means of reducing induced NF-κB activity, requiring affirmative steps to manipulate the level of gene expression mediated by active NF-κB."[10] (Ravetch Report, ¶92). In response to Dr. Ravetch's statements, it is my opinion that treatment of cells with an agent such as PMA causes a reduction in induced NF-κB activity in those cells via the autoregulatory loop. Even assuming Dr. Ravetch's opinion that the claims require an "affirmative, purposeful act" (which opinion he has not stated until now), such treatment is an "affirmative, purposeful act."

Additionally, Dr. Ravetch states that in my Opening Report I cite to only one article in support of the existence of the autoregulatory loop. (Ravetch Report, ¶93). This statement is incorrect. In addition to my own 1993 report, I also cite a 2004 review of NF-κB structure and function which also articulates the existence of the autoregulatory loop.[11] Furthermore, as discussed below, more than 670 scientific articles have since cited my 1993 report as evidence of the autoregulatory loop.

Dr. Ravetch also attacks the autoregulatory loop as being, in his opinion, an "incomplete and theoretical model that have [sic] been proposed to explain certain experimental results." (Ravetch Report, ¶93). He further refers to it as an "oversimplified hypothesis" that has been revised several times since I originally discovered it.[12] (Ravetch Report, ¶93). In stark opposition to Dr. Ravetch's bald (and false) statements regarding the existence of the autoregulatory loop, a simple search of a scientific citation database reveals that since I first

---

[10] I note that Dr. Ravetch does not point to any particular passage in the '516 patent in support of his statement that it teaches only artificial means of reducing induced NF-κB activity.

[11] Opening Report of Dr. Greene at 15, citing Chen, L-F., et al., *Nat. Rev. Mol. Cell. Biol.*, vol. 5, p. 398 (2004).

[12] I again note that Dr. Ravetch fails to provide any support for his statement that the autoregulatory loop is theoretical or has been revised.

presented evidence of the autoregulatory loop at an NF-κB meeting in Bethesda, Maryland in 1993 and published my 1993 article in *Science* magazine, that article has been cited positively in over 600 other scientific publications. Most recently, Mark Walsh of the University of Colorado cited my discovery of the autoregulatory loop in his 2008 article in *Shock* (Exportin I Inhibition Attenuates NF-κB-dependent Gene Expression, *Shock*, vol. 29, pp. 160-166, 2008). Though additional detail has been added to the autoregulatory loop I discovered (such as the mechanism of nuclear export of the IκBα:NF-κB complex), the essential steps of the loop I described in my 1993 paper remain unchanged. I also note that even though additional detail has been added over the years, the '516 patent remains silent on this point. Given such widespread acceptance in the field, the autoregulatory loop described in my opening report is now much more than a hypothesis; it is accepted scientific fact. Indeed, in a 1995 paper published by one of the inventors named on the '516 patent, Dr. Baldwin cites the work of my lab and others on the autoregulatory loop. He states, "Therefore, it appears that a consequence of NF-κB activation is the enhanced production of IκBα protein…Data from a number of important studies have demonstrated the presence of this intriguing mechanism of negative autoregulation." Finco TS and Baldwin AS, Mechanistic Aspects of NF-κB Regulation: The Emerging Role of Phosphorylation and Proteolysis, *Immunity*, vol. 3, pp. 263-272 (1995). Thus, even by 1995, Dr. Baldwin, one of the inventors named on the '516 patent states a growing widespread acceptance of the autoregulatory loop as I discovered it.

In particular, the autoregulatory loop has been well characterized in response to TNF-α. For example, as Lopez-Boyorquez states, "It is widely accepted that TNF-α-mediated NF-κB translocation is transient, and that it decays due to the re-synthesis of the IκB proteins, and the resulting recapture of the active nuclear factor." Lopez-Boyorquez at 574. Lopez-Boyorquez cites a review by Dr. Baldwin. Baldwin AS Jr., *Annu. Rev. Immunol.*, vol. 14, pp. 649-683 (1996)). Though Dr. Baldwin acknowledges the existence of a competing hypothesis to the autoregulatory loop,[13] that competing reference has only been cited 49 times since its publication, indicating a lack of real scientific acceptance of the competing theory. Furthermore, Dr. Verma, who I understand has filed multiple declarations with the U.S. Patent and Trademark Office on behalf of ARIAD and the Institutions, has also confirmed the existence of the autoregulatory loop. Chiao PJ, Miyamoto S, Verma IM, Autoregulation of IκBα Activity, *Proc. Nat'l Acad. Sci. USA*, vol. 91, pp. 28-32, 1994. Additionally, as stated in a more recent article, "[Upon stimulation with TNF], NF-κB enters the nucleus and induces the expression of IκB inhibitory proteins whose resynthesis redistributes NF-κB back into the cytoplasm, restoring cellular homeostasis." Tian B, Nowak DE, Brasier, AR, A RNF-induced Gene Expression Program Under Oscillatory Control, *BMC Genomics*, vol. 6, pp. 137-155 (2005). This modern reference cites my original discovery of the autoregulatory loop, and not some version that has been altered in the intervening years, as Dr. Ravetch erroneously suggests. *See also*, ; Hoffmann, A, Levencenko, A, Scott, ML and Baltimore, D. *Science* 298:1241-1245, 2002 (discusses existence of autoregulatory loop). Thus, while Dr. Ravetch provides no support for his assertion that the autoregulatory loop is merely a theory, I offer the proof discussed above that the autoregulatory loop is established scientific fact.

---

[13] Loquist A, et al., *Mol. Cell. Biol.*, vol. 15, 1737-1746) which theorizes that upregulation of IκB is not dependent upon NF-κB-mediated transcription.

## MISCELLANEOUS

A complete list of my publications authored within the preceding ten years and a list of any other cases in which I have testified as an expert at trial or by deposition within the preceding four years was previously provided in my Opening Report dated January 18, 2008. I am being paid $600 per hour for my study and professional time devoted in this matter, plus compensation for out-of-pocket expenses.

In my testimony, I expect to use as exhibits some of the materials that I considered, including various of their figures and cartoons. Furthermore, I may incorporate demonstratives explaining the technology and the various references discussed herein, such as the various tutorial slides used by both parties in this litigation, images from papers and patents, and not-yet-created images that reflect the substance of the background and opinions presented herein.

**[CONTINUED ON NEXT PAGE]**

Dated: March 7, 2008

Warner Craig Greene, M.D., Ph.D.

D. I. #

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on May 22, 2008, I caused to be electronically filed a true and correct copy of Declaration of Warner Craig Greene, M.D., Ph.D. with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

I further certify that on May 22, 2008, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY E-MAIL (by agreement of counsel):

David Greenwald
David R. Marriot
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

_/s/ Melanie K. Sharp_
Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com