IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMGEN, INC., a Delaware corporation; )
IMMUNEX CORPORATION, a Washington )
corporation; AMGEN USA INC., a Delaware )
corporation; AMGEN MANUFACTURING, )
LIMITED, a Bermuda Corporation, and )
IMMUNEX RHODE ISLAND )
CORPORATION, a Delaware corporation, )
)
    Plaintiffs/Counterclaim Defendants, )
)
v. )
)
ARIAD PHARMACEUTICALS, INC., a )
Delaware corporation, and THE WHITEHEAD )
INSTITUTE FOR BIOMEDICAL RESEARCH, )
a Delaware corporation, et. al. )
)
    Defendants/Counterclaim Plaintiffs. )

Civil Action No. 06-259 (MPT)

Public Version
Confidential Material Omitted

## DECLARATION OF MELANIE K. SHARP IN SUPPORT OF
## THE AMGEN ENTITIES' ANSWERING BRIEF ON CLAIM CONSTRUCTION

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6681
msharp@ycst.com

HOGAN & HARTSON LLP
Siegmund Gutman
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4707

KIRKLAND & ELLIS LLP
Mark A. Pals, P.C.
Marcus E. Sernel
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000

Robert G. Krupka, P.C.
777 South Figueroa Street
Los Angeles, CA 90017-5800
(213) 680-8400

*Attorneys for Plaintiffs/Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA, Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation*

Dated: May 22, 2008

065028.1001

I, Melanie K. Sharp, hereby declare as follows:

1.     I am a partner at the law firm of Young, Conaway, Stargatt & Taylor LLP in Wilmington, Delaware, counsel for Plaintiffs in the above-captioned matter.  I submit this Declaration in connection with Amgen's Answering Brief on Claim Construction.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2.     Attached hereto as Exhibit A is a true and correct copy selected pages from the December 11, 2005 Reply Expert Report of Jeffrey V. Ravetch, M.D., Ph.D. in the *Ariad v. Lilly* matter.

3.     Attached hereto as Exhibit B is a true and correct copy of Shigeki Miyamoto and Inder M. Verma, *REL/NF-kB/IkB Story, in Advances in Cancer Research* 255, 281 (1995).

4.     Attached hereto as Exhibit C is a true and correct copy of selected pages from the May 3, 2007 deposition of Ranjan Sen.

5.     Attached hereto as Exhibit D is a true and correct copy of Didonato J., Hayakawa M., Rothwarf D., Zandi E., Karin M, A Cytokine-Responsive I*k*B Kinase That Activates the Transcription Factor NF-*k*B, *Nature* 1997 Aug; 388-548.

6.     Attached hereto as Exhibit E is a true and correct copy of Henkel T., Machleidt T., Alkalay I, Krönke M, Ben-Neriah Y, Baeuerle PA, Rapid proteolysis of I kappa B alpha is necessary for activation of transcription factor NF-kappa B, *Nature*, 1993 Sep 9;365(6442):182-5.

7.     Attached hereto as Exhibit F is a true and correct copy of Chen Z, Hagler, J, Palombella VJ, Melandri F., Scherer D, Ballard D., Maniatis T., Signal-induced site-specific

DB02:6839963.1                                                    065028.1001

phosphorylation targets I kappa B alpha to the ubiquitin-proteasome pathway, Genes Dev. 1995 Jul 1;9(13):1586-97.

8.    Attached hereto as Exhibit G is a true and correct copy of Palombella, V.J., Rando, O.J., Goldberg, A.L., and Maniatis, T.,  The ubiquitin-proteasome pathway is required for processing the NF-kappa B1 precursor protein and the activation of NF-kappa B,  *Cell* 78(5):773-785, 1994.

9.    Attached hereto as Exhibit H is a true and correct copy of Orian A., Whiteside S., Israel A., Stancovski I, Schwartz AL, Ciechanover A., Ubiquitin-mediated processing of NF-kappa B transcriptional activator precursor p 105, *J. Biol. Chem.* 1995 Sept 15;270(37):21707-14.

10.    Attached hereto as Exhibit I is a true and correct copy of William Strunk, Jr. and E.B. White, *The Elements of Style*, 23 (3d ed. 1979).

11.    Attached hereto as Exhibit J is a true and correct copy of selected pages from the April 12, 2006 *Ariad v. Lilly* trial transcript.

12.    Attached hereto as Exhibit K is a true and correct copy of selected pages from the October 20, 2005 Expert Report of Jeffrey V. Ravetch.

13.    Attached hereto as Exhibit L is a true and correct copy of selected pages from the September 26, 2007 deposition of David Baltimore.

14.    Attached hereto as Exhibit M is a true and correct copy of selected pages from the March 17, 2008 deposition of David Livingston.

15.    Attached hereto as Exhibit N is a true and correct copy of selected pages from the May 16, 2007 deposition of Phillip Sharp.

DB02:6839963.1                                                                                              065028.1001

16. Attached hereto as Exhibit O is a true and correct copy of selected pages from the March 27, 2008 deposition of Randolph Wall.

17. Attached hereto as Exhibit P is a true and correct copy of selected pages from Defendant Eli Lilly's Opening Brief on Claim Construction in Ariad v. Lilly.

18. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 22nd day of May, 2008.

Melanie K. Sharp, Esq.

DB02:6839963.1

065028.1001

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on May 22, 2008, I caused to be electronically filed a true and correct copy of Declaration of Melanie K. Sharp In Support of The Amgen Entities' Answering Brief On Claim Construction with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

I further certify that on May 22, 2008, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY E-MAIL (by agreement of counsel):

David Greenwald
David R. Marriot
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

/s/ Melanie K. Sharp
Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com

# EXHIBIT A

# REDACTED

# EXHIBIT B

# ADVANCES IN CANCER RESEARCH

*Edited by*

## GEORGE F. VANDE WOUDE

ABL-Basic Research Program
NCI-Frederick Cancer Research and Development Center
Frederick, Maryland

## GEORGE KLEIN

Department of Tumor Biology
Karolinska Institutet
Stockholm, Sweden

*Volume 66*



## ACADEMIC PRESS

San Diego   New York   Boston
London   Sydney   Tokyo   Toronto

# REL/NF-κB/IκB STORY

### Shigeki Miyamoto and Inder M. Verma

Molecular Biology and Virology Laboratory,
The Salk Institute,
San Diego, California 92186-5800

I. Introduction
II. κB-Binding Factors
    A. Rel/NF-κB Family
    B. κB-Binding Factors That Are Not Related to Rel/NF-κB Members
III. IκB Family of Proteins
    A. Molecular Cloning of Genes Encoding IκB Proteins
    B. Subunit Specificity of IκB Inhibition
IV. Regulation of Rel/NF-κB Activity
    A. Regulation of NF-κB/IκBα Complex
    B. Regulation of Other κB-Binding Factors and IκB Proteins
    C. Autoregulation of Rel/NF-κB and IκB
    D. Molecular Mechanism for Constitutive κB-Binding Activity during
        B Cell Differentiation
V. Rel/NF-κB Regulation of the Target Gene Transcription
    A. κB Site Specificity
    B. Cooperation with Other Transcription Factors
VI. *Drosophila* System: Dorsal, Dif, and Cactus
VII. Concluding Remarks
    References

## I. Introduction

Cells respond to external stimulus by generating second messengers in the cytoplasm which send specific signals to the nucleus, culminating in the expression of a specific set of genes. Thus, transcriptional regulation can determine the growth property, differentiation status, development, cell fate, or even pathological status such as cancer. Gene expression is regulated by *cis* elements in genes which are recognized by transcription factors whose activity in turn is modulated by the incoming signals. Activity of transcription factors can be regulated by a number of distinct mechanisms, transcription, post-translational modification, interaction with other factors, or subcellular localization.

NF-κB is a transcription factor first identified as a lymphoid-specific protein that binds to a decameric oligonucleotide (GGGACTTTCC) present in the κ-light chain gene intronic enhancer (Sen and Baltimore, 1986a). The activity of NF-κB is regulated by its subcellular localization.

ADVANCES IN CANCER RESEARCH, VOL. 66

Copyright © 1995 by Academic Press, Inc.
All rights of reproduction in any form reserved.

256                 SHIGEKI MIYAMOTO AND INDER M. VERMA

NF-κB is present as a dormant complex with an inhibitor IκB in the cytoplasm (Fig. 1). A wide variety of external or internal signals modify the NF-κB/IκB complex with poorly understood mechanisms, leading to the release of IκB and nuclear translocation of NF-κB, where it binds to a specific DNA motif and regulates transcriptional activity of the target genes. Molecular cloning of the genes encoding NF-κB and IκB revealed a family of related genes from fly to man. In flies, NF-κB-like factors regulate embryonic development and adult immunity. In man, these factors are involved in immune and acute phase responses, cell cycle control, differentiation, and pathogenesis of acquired immunodeficiency syndrome and cancer.

In this review, we will attempt to summarize our current understanding of the regulation of the NF-κB family of proteins and IκB proteins. The reader is encouraged to consult many excellent reviews on various



Signal (TNF, I L1, TPA, LPS)

Fig. 1. Regulation of Rel/NF-κB transcription factors: A model. The inactive Rel/NF-κB—IκBα complex (p50-p65-IκBα or p50-cRel-IκBα) is present in the cytoplasm of resting cells. IκBα is basally phosphorylated. Following stimulation with a variety of agents, (signal) IκBα is rapidly phosphorylated and degraded with a poorly understood mechanism. Signal-induced phosphorylation of IκBα does not result in its dissociation from Rel/NF-κB complex and degradation of IκBα is likely to occur while in association. Once IκBα is degraded, free Rel/NF-κB complex migrates to the nucleus and regulates transcription of target genes including those encoding the inhibitor IκBα and the p50 precursor p105. Augmented expression of IκBα results in the termination of Rel/NF-κB activity, unless persistent stimulation with inducers is provided. p105 processing to p50 is also accelerated upon stimulation with external signals and likely to involve phosphorylation event(s).

aspects of this subject (Baeuerle, 1991; Baeuerle and Henkel, 1994; Beg and Baldwin, 1993; Blank *et al.*, 1992; Bose, 1992; Gilmore, 1991; Grilli *et al.*, 1993; Grimm and Baeuerle, 1993; Liou and Baltimore, 1993; Nolan and Baltimore, 1992; Pahl and Baeuerle, 1994; Schmitz *et al.*, 1991).

## II. κB-Binding Factors

Since NF-κB was originally identified only in B cells (mature B and plasma cells) and was crucial for κ enhancer function (Atchison *et al.*, 1987; Lenardo and Baltimore, 1987), it was considered as a B cell-specific transcription factor involved in the activation of the Igκ gene. However, it soon became evident that NF-κB activity is inducible by phorbol esters (TPA) in pre-B cells as well as non-B cells (Sen and Baltimore, 1986b). In addition, DNA motifs closely related to the Igκ–κB site were found in multiple genes that are regulated by NF-κB, and are collectively called "κB sites" (Table I gives a few examples). Thus, the inducible NF-κB is observed in many cell types, defining NF-κB as a ubiquitous transcription factor involved in the regulation of a wide variety of genes through their κB sequences.

Multiple related and unrelated proteins can bind to κB sites. These include the Rel/NF-κB family of proteins (Fig. 2), zinc-finger proteins, and RκB. In this review, any protein complex that can bind to a κB site is referred to as a "κB-binding factor or complex." We will discuss κB-binding factors and their regulation in both the vertebrate systems (Sections II–V) and *Drosophila* (Section VI).

### A. REL/NF-κB FAMILY

#### 1. NF-κB Complex: NFKB1 (p50/p105) and RelA (p65)

The inducible NF-κB complex was originally purified from human cell lines, rabbit lung tissues, and human placenta (Baeuerle and Baltimore, 1989a; Ghosh *et al.*, 1990; Kawakami *et al.*, 1988; Zabel *et al.*, 1991). NF-κB complex is composed of two proteins of molecular weights 50 and 65 kDa, referred to as p50 and p65, respectively. It was shown to be heterodimeric by glycerol gradient centrifugation (Urban *et al.*, 1991). However, gel filtration analysis demonstrated that higher-order complexes also form (Baeuerle and Baltimore, 1989). Purified NF-κB binds the Igκ–κB site stably with a half-life of 45 min and with an affinity of $\sim 4 \times 10^{-13} - 5.7 \times 10^{-12}\ M$ (Urban and Baeuerle, 1990; Fujita *et al.*,

258                    SHIGEKI MIYAMOTO AND INDER M. VERMA

## TABLE I
### κB ENHANCER ELEMENTS

| Target gene | κB site | Reference |
|---|---|---|
| **Immunoreceptors** | | |
| Igκ light-chain gene | GGGACTTTCC | Sen and Baltimore (1986a) |
| IL-2Rα | GGGAATCTCC | Ballard et al. (1988) |
| TCRβ | GGGAGATTCC | Jamieson et al. (1989) |
| MHC-I (H-2Kb) | GGGGATTCCC | Baldwin and Sharp (1988) |
| **Cytokines** | | |
| IL-2 | GGGATTTCAC | Lenardo et al. (1988) |
| G-CSF | GGGGAATCTC | Nishizawa et al. (1990) |
| TNF-α | GGGGCTTTCC | Shakhov et al. (1990) |
| IFN-β | GGGAAATTCC | Lenardo et al. (1989) |
| **Rel/NF-κB members** | | |
| p50/p105 | GGGGCTTCCC | Ten et al. (1992) |
|  | GGGAGCGCCC | |
| c-Rel (chicken) | GGGAAATTCC | Hannink and Temin (1990) |
| C-Rel (mouse) | GGGAACCACC | Grumont et al. (1993) |
|  | GGGATTTCTC | |
|  | GGGAAATCCC | |
| **IκB members** | | |
| IκBα (mouse) | GGGAATTTCC | Chiao et al. (1994) |
| IκBα (pig) | GGGAATTTCC | deMartin et al. (1993) |
|  | AGGACTTTCC | |
| **Viruses** | | |
| HIV | GGGACTTTCC | Nabel and Baltimore (1987) |
| SV40 | GGGACTTTCC | Kanno et al. (1989) |
|  | GGGAAGTACC | |
| CMV | GGGACTTTCC | Sambucetti et al. (1989) |
|  | GGGGATTTCC | |
| Adenovirus | GGGACTTTCC | Williams et al. (1990) |
| **Others** | | |
| c-myc | GGGAAAACCC | Duyano et al. (1990) |
| H-ras-1 | GGGACGCCAC | Trepicchio and Krontiris (1992) |
| serum amyloid A | GGGACTTTCC | Edbrooke et al. (1989) |
| vimentin | GGGGCTTTCC | Lilienbaum et al. (1990) |
| Consensus | GGGRNNYYCC | |

1992; Kretzschmar et al., 1992). The half-life of NF-κB on a κB site,
however, may depend on the source of the complex as p50/p65 hetero-
dimers observed in lipopolysaccharide (LPS)-stimulated 70Z/3 cells, a
murine pre-B cell line, have a half-life of less than 30 sec on the Igκ–κB
site (Miyamoto et al., 1994a). Upon binding to the κB site, purified

NF-κB activates transcription *in vitro* (Kawakami *et al.*, 1988). Thus, NF-κB is a sequence-specific transcription factor composed of a dimer of p50 and p65 subunit proteins.

The genes encoding p50 and p65 subunits of NF-κB are related to each other (Bours *et al.*, 1990; Ghosh *et al.*, 1990; Kieran *et al.*, 1990; Meyer *et al.*, 1991; Nolan *et al.*, 1991; Ruben *et al.*, 1991) and other multiple genes including the oncogene v-rel (Stephens *et al.*, 1983; Wilhelmsen *et al.*, 1984) and the gene encoding a *Drosophila* morphogen, *dorsal* (Steward, 1987) (see Fig. 2). v-rel is a resident oncogene in the reticuloendotheliosis virus strain T (Rev-T) which causes fatal lymphomas in birds (see review by Bose, 1992). *Dorsal* is a maternal morphogen which determines the dorsal–ventral polarity in a developing *Drosophila* embryo (see review by Govind and Steward, 1991). The proteins encoded by these genes share an extensive sequence homology at the N-terminal ~300 aa, referred to as the Rel homology domain (RHD; Gilmore, 1990), which contains a dimerization domain, a DNA-binding motif, and a nuclear localization signal. Thus, homologous sequence within this family of proteins encodes important functional domains.

Unlike most other transcription factors, p50 is synthesized as a precursor protein of a molecular weight 105–110 kDa (p105) (Bours *et al.*, 1990; Ghosh *et al.*, 1990; Kieran *et al.*, 1990; Meyer *et al.*, 1991). Ubiquitin-dependent proteasome generates the N-terminal p50 subunit (Palombella *et al.*, 1994). A protease encoded by immunodeficiency virus (HIV) enhances the proteolysis of p105 to p50 (Riviere *et al.*, 1991). Since the agents which activate NF-κB also enhance the proteolysis of p105 (Rice *et al.*, 1992; Mercurio *et al.*, 1993; Naumann and Scheidereit, 1994), processing of p105 provides a regulatory step controlling the level of p50 production in the cell.

p50 alone does not generally activate transcription through κB sites in transient transfection assays (Franzoso *et al.*, 1992; Perkins *et al.*, 1992; Ruben *et al.*, 1992; Ryseck *et al.*, 1992; Schmitz and Baeuerle, 1991). Furthermore, p50 has been shown to repress transcription induced by NF-κB (Franzoso *et al.*, 1992; Kang *et al.*, 1992; Schmitz and Baeuerle, 1991). Thus, it was suggested that p50 is a repressor rather than an activator of κB-dependent transcription. p50 homodimers can, however, activate κB-dependent transcription *in vitro* (Fujita *et al.*, 1992; Kretzschmar *et al.*, 1992). In addition, conformational changes induced by specific κB sites directly correlates with p50-dependent transactivation potential (Fujita *et al.*, 1992). Thus, under certain conditions, p50 homodimers can activate transcription depending on the κB sites.

Unlike p50, the p65 subunit of NF-κB is not produced as a precursor protein (Nolan *et al.*, 1991; Ruben *et al.*, 1991). p65 can form homodimers



FIG. 2. Rel/NF-κB/Dorsal family of proteins. Rel/NF-κB/Dorsal proteins contain well-conserved N-terminal ~300aa sequences (rel-homology domain, shown in dark box) which include the DNA binding, dimerization domains, and nuclear transport signal (NTS). There is a well-conserved protein kinase A site in the Rel homology domain of most of the family members. p50 and p52 are produced by proteolysis of the precursor proteins. p105 and p100, respectively. Both p105 and p100 contain a glycine rich "hinge" region followed by the C-terminal ankyrin repeats which are also present in the IκB family of proteins (see Fig. 3). Some members, such as c-Rel, RelB, p65, Dorsal, and Dif (Drosophila immunity factor), contain transactivation domain (TA) in addition to Rel homology domain. RelB contains two TA domains which are not shown in the figure.

and bind κB sites directly. It can cause κB-dependent transactivation due to the presence of a potent C-terminal transactivation domain (Ballard *et al.*, 1992; Schmitz and Baeuerle, 1991). Since p50/p65 combination leads to marked transcriptional activation, while p50 alone does not, the transactivation potential of NF-κB seems to be provided primarily by the p65 subunit.

The DNA-binding domain of NF-κB is likely to be a novel type, having no sequence similarity to previously described structures. A conserved motif, RXXRXRXXC, has been described as a potential DNA-binding domain because mutation in this region abolishes DNA-binding activity (Kumar *et al.*, 1992). However, it is not clear whether this is due to the disruption of DNA-binding contact points or to the three-dimensional structure. Toledano *et al.*, (1993) demonstrated that replacement of the N-terminal 58 aa of p65 with the corresponding 82 aa of p50 (both of which contain the conserved motif) lead to a chimeric p65 protein which binds to κB sites with p50 specificity (see Section V for DNA-binding specificity of Rel/NF-κB complexes). Coleman *et al.*, (1993) provided an intriguing observation that only 4 aa substitution in p65 with the corresponding residues of p50 in this region changed the DNA-binding specificity of p65 to that of p50. Domain swapping with other well-characterized DNA-binding domains may demonstrate whether this putative region of NF-κB is sufficient for direct DNA-binding activity.

The structure of the NF-κB dimerization domain is also undefined. A dimerization domain has been localized within ~100 aa at the C-terminus of the ~300 aa RHD because deletion of N-terminal 201 aa of p50 does not affect dimerization (Logeat *et al.*, 1991). There are several aa substitution mutants in the C-terminal RHD which also block dimerization (Bressler *et al.*, 1993). The naturally occurring splice variant of p65, p65Δ, with 10 aa deletion in this region cannot dimerize with p50 although it can still form a complex with p65 (Ruben *et al.*, 1992). This type of change in dimerization specificity has also been shown with p65 point mutants in this domain (Ganchi *et al.*, 1993). Thus, subtle sequence alterations can confer partner specificity for p50 and p65 proteins. The identification of the precise nature of both the DNA-binding and dimerization domains may require structural analyses using X-ray crystallography of the RHD.

### 2. v-Rel and c-Rel

v-*rel* is an oncogene present in the replication-defective avian Rev-T which causes fatal lymphomas in infected chickens (for review see Bose, 1992). It is derived from the turkey protooncogene c-*rel*. v-Rel protein is

262                    SHIGEKI MIYAMOTO AND INDER M. VERMA

generated by deletions of 2 aa at the N-terminus and 118 aa at the
C-terminus of c-Rel which are replaced by 11 aa and 18 aa at each
terminus with the env sequence of the Rev-A virus, respectively (Capo-
bianco et al., 1990; Stephens et al., 1983; Willhelmsen et al., 1984). In
addition, it contains multiple point mutations internally (Wilhelmsen et
al., 1984). v-Rel is missing the C-terminal transactivation domain of c-Rel
and thus generally does not transactivate from κB sites even though it
can bind to κB sites directly (Ballard et al., 1990; Bull et al., 1990; Inoue
et al., 1991; Kabrun et al., 1991; Richardson and Gilmore, 1991). Instead,
it can repress transcription mediated by NF-κB or Rel proteins, (Ballard
et al., 1990; Inoue et al., 1991). Thus, it was hypothesized that v-rel may
induce transformation as a dominant-negative oncogene. However, ad-
dition of a C-terminal transactivation domain to v-Rel creates a transac-
tivating v-Rel fusion protein which can still transform chicken spleen
cells (Hannink and Temin, 1989). Thus, loss of transactivation potential
per se is not necessary for v-Rel transforming activity. Recently, it was
shown that the transactivation potential of v-Rel is context dependent, as
it can activate transcription from κB sites in undifferentiated F9 cells
(Walker et al., 1992). It appears that the DNA-binding activity of v-Rel is
necessary for transforming activity (Walker et al., 1992). The conserved
PK-A site in the RHD is critical for transformation and transcriptional
repression (Mosialos et al., 1991). Therefore, transformation by v-Rel
may involve multiple events, including DNA-binding which alters tran-
scriptional regulation by c-Rel proteins.

In addition to DNA binding, v-Rel proteins also form complexes with
a number of cellular proteins in transformed spleen cells. Immu-
noprecipitation of v-Rel proteins coprecipitates associated proteins
p124, p115, p75, p70, and pp40 (Davis et al., 1990a,b; Kochel et al., 1991;
Lim et al., 1990; Morrison et al., 1989; Simek and Rice, 1988). In un-
transformed cells, c-Rel is also complexed with the same set of proteins
(Morrison et al., 1989; Davis et al., 1990a; Kochel et al., 1991). These
proteins are identified as a chicken homolog of mammalian p105, p100
(see below), c-Rel, heat-shock protein 70, and IκBα (inhibitor of NF-κB,
see Section III), respectively (Capobianco et al., 1992; Davis et al., 1991;
Lim et al., 1990; Sif and Gilmore, 1993; Simek and Rice, 1988). Thus, in
transformed cells, the overproduction of v-Rel protein causes associa-
tion with proteins that are otherwise bound to c-Rel.

Disruption of the c-rel gene is associated with several types of lympho-
mas. The expression pattern of c-Rel is cell-type specific, unlike p50 or
p65, which are more ubiquitous. Enhanced expression can be seen only
in lymphoid cells (Brownell et al., 1987, 1988; Grumont and Gerondakis
1990; Moore and Bose, 1989). It is of particular interest to note that

those cell types which normally show high expression of c-Rel are the very targets of v-Rel-induced transformation in chicken (Barth *et al.*, 1990; Barth and Humphries, 1988a; Zhang *et al.*, 1991). An alteration of the *c-rel* locus can be seen in lymphomas derived from these cell types as well. For example, a *c-rel* alteration is observed in a chicken B cell lymphoma which is induced by insertional mutagenesis by avian leukosis virus (Kabrun *et al.*, 1990). This results in the production of truncated c-Rel proteins whose functional properties are not clearly understood. *c-rel* alteration can also be observed in a human B cell lymphoma cell line (Lu *et al.*, 1991). In this case, a chromosomal translocation of *c-rel* generates a fusion protein with only the RHD of c-Rel and Nrg, a product of a non-*rel*-related gene. The fusion protein can bind to κB sites and is located in the nucleus but does not transactivate due to the lack of C-terminal transactivation domain of c-Rel (J. Chen, unpublished observations). Thus, deregulation of tissue-specific functions of c-Rel may result in transformation of lymphoid cells.

### 3. Other Rel/NF-κB Members

The Rel/NF-κB family is composed of many members in addition to p50/p105, p65, v-Rel, and c-Rel. These include p52/p100, RelB, and p65Δ. The gene encoding p52/p100 was cloned by several investigators (Bours *et al.*, 1992; Mercurio *et al.*, 1992; Neri *et al.*, 1991; Schmid *et al.*, 1991). This gene encodes a protein of 90–100 kDa (p100) which contains RHD in its N-terminus. The N-terminal DNA-binding protein is referred to as p52 and can be generated in the cell by alternate splicing (Schmid *et al.*, 1991), by proteolysis (Bours *et al.*, 1992; Mercurio *et al.*, 1992), or as a fusion protein generated by a chromosomal translocation involved in a B cell lymphoma (Neri *et al.*, 1991). p52 alone does not generally transactivate but it can heterodimerize with p65 and become a potent activator of HIV-LTR (Schmid *et al.*, 1991). Recently, H2TF-1, another κB-binding protein, has been shown to be p100 (Scheinman *et al.*, 1993; Potter *et al.*, 1993).

Another member of this family is RelB, whose gene was cloned as an immediate early gene in NIH3T3 cells stimulated with serum (Ryseck *et al.*, 1992). This protein contains the RHD and two transactivation domains, one in the RHD with a leucine-zipper (LZ)-like motif and the other at the C-terminus (Dobrzanski *et al.*, 1993; Ryseck *et al.*, 1992). It can heterodimerize with p50 or p52. Although one of the transactivation domains of RelB is sufficient for transactivation potential with p50 or p52 proteins, the combination of the two domains is required for full activity. It is possible that LZ-like motif could interact with other pro-

SHIGEKI MIYAMOTO AND INDER M. VERMA

teins. Because RelB is induced by serum, it may perform functions in cell cycle control.

PCR analysis identified a splice variant form of p65, p65Δ, which is missing 10 aa (aa 222–231) in the RHD of p65 (Ruben *et al.*, 1992). It cannot homodimerize or heterodimerize with p50. It can, however, complex with p65, which results in reduced DNA-binding activity. Thus, p65Δ may negatively regulate p65 activity *in vivo*. It is of interest to note that p65Δ has been shown to transform rat embryonic fibroblast (Naranayan *et al.*, 1992), suggesting that selective inhibition of p65 activity by p65Δ may be directly involved in the transformation event. Although transforming activity of p65Δ is not readily reproducible (Grimm and Baeuerle, 1994), p65Δ remains the only member of the Rel/NF-κB family which has been shown to transform mammalian cells in cell culture.

### 4. Mechanisms for Transformation by Rel/NF-κB Proteins

We suggest that deregulation of Rel/NF-κB activity may be directly involved in cellular transformation. This can come about either by the loss of the transactivation domain or by overproduction of an altered protein. In general, the transforming proteins of the Rel/NF-κB family (v-Rel, Rel-nrg, lyt-10, and p65Δ) do not transactivate, further strengthening the notion that transformation by the Rel/NF-κB family may be related to the loss of transactivation potential. In fact, deletion of the C-terminal transactivation domain of c-Rel creates a transforming protein (Kamens *et al.*, 1990). However, as discussed earlier, a v-Rel fusion protein containing the transactivation domain of c-Rel still transforms chicken spleen cells (Hannink and Temin, 1989). This provides evidence that transformation by v-Rel is not due to a simple loss of transactivation capacity. However, since the v-Rel protein contains multiple mutations compared to that of c-Rel, addition of a transactivation domain may not exert a fully negative effect on transformation. Thus, it is still possible that the loss of transactivation activity may be directly involved in transforming activity by this family of proteins.

An alternate hypothesis is that a disruption of the homeostatic balance of Rel/NF-κB proteins by overproduction of the transforming members leads to transformation. The formation and the levels of Rel/NF-κB complexes may be regulated in a temporal and spatial manner in normal cells. Since in all cases the transforming proteins are overexpressed, it may cause alteration of the balance of Rel/NF-κB complexes leading to unregulated Rel/NF-κB activity and eventual

transformation. Development of a reproducible transformation assay for mammalian cells by Rel/NF-κB genes would greatly facilitate dissection of the underlying mechanism(s).

### B. κB-Binding Factors That Are Not Related to Rel/NF-κB Members

There are other classes of κB-binding proteins which lack discernable structural homologies with Rel/NF-κB family of proteins. One of them is a large zinc-finger-containing protein called MBP-1/PRDII-BF-1/HIV-EP1/αA-CRYBP1 which was cloned by screening λgt11 libraries using radiolabeled κB sites of the H-2Kb MHC-I gene, the PRDII motif of β-interferon gene, or the HIV enhancer (Baldwin et al., 1990; Fan and Maniatis, 1990; Nakamura et al., 1990; Nomura et al., 1991; Singh et al., 1988). The DNA-binding domain in this protein is located within a 118-aa region containing two zinc-finger motifs. This gene is inducible in T cells by TPA and PHA and in fibroblasts by serum (Baldwin et al., 1990; Fan and Maniatis, 1990; Nomura et al., 1991), suggesting a role in T cell activation and cellular proliferation.

There are other κB-binding proteins which also contain zinc-finger motifs; AT-BP1 and AT-BP2 (Mitchelmore et al., 1990), HIV-EP2 (Nomura et al., 1991), MBP-2 and KBP-1 (Rustgi et al., 1991), and AGIE-BP1 (Ron et al., 1991). In general, the zinc-finger proteins that bind κB sites share a motif, RGKYICE, which is similar to the putative DNA-binding domain of the Rel/NF-κB members, RFRYXCE (Toledano et al., 1993). This similarity may underlie their common DNA recognition properties. As mentioned previously, the precise DNA-binding domain of Rel/NF-κB family is undefined. Since DNA-binding activity of NF-κB also requires zinc ions (Zabel et al., 1991), the Rel/NF-κB DNA-binding motif may also involve a novel type of zinc chelation.

RκB is another gene encoding a κB-binding factor which does not resemble either Rel/NF-κB family or zinc-finger proteins (Adams et al., 1991). It was isolated by screening a λgt11 library using a radiolabeled κB site of the IL-2Rα gene. RκB encodes a protein of 107 kDa with no known DNA-binding motif. The in vivo function or relevance of this factor is not clearly understood.

The presence of various κB-binding factors generates diversity, and consequently a complex system of κB-dependent transcription of various genes. A variety of parameters are crucial in determining the contribution of different κB-binding complexes for the transcriptional regulation of specific target genes. These include the relative concentration of each factor, relative affinity to the target κB site, conformational changes

induced by the κB site, and the presence of other interacting factors (see below). The most abundant form of a κB-binding complex in many cells seems to be NF-κB as this is the major factor purified from a variety of cellular extracts (Baeuerle and Baltimore, 1989b; Ghosh *et al.*, 1990; Kawakami *et al., 1988, Urban and Baeuerle, 1991*; Zabel *et al.*, 1991). However, the levels of active κB-binding complexes may vary at different time points following stimulation as some of the κB-binding factors are inducible (see Table I). The distinct complexes may be distributed in a tissue-specific manner, such as in murine mature B cell lines where p50/c-Rel is constitutively activated (Liou *et al.*, 1994; Miyamota *et al.*, 1994a; Rice and Ernst, 1993). In addition, a κB site may be preferentially recognized by different κB-binding factors (see Section V), adding further complexity to κB-dependent transcriptional regulation. The κB site can induce conformational changes of these complexes upon binding (Fujita *et al.*, 1992) and conversely NF-κB causes DNA bending (Schreck *et al.*, 1990). Furthermore, the overall transcriptional activity of a target gene depends on the presence of other interacting transcription factors (see Section VI). Thus, the presence of multiple κB-binding factors may provide the specificity required for regulating a wide variety of κB-dependent genes.

### III. IκB Family of Proteins

IκB (inhibitory protein) was originally identified as a labile factor which inhibited the activity of NF-κB by a direct protein–protein interaction (Baeuerle and Baltimore, 1988b). In pre-B cells, transcription of the Igκ gene is inducible by LPS without the requirement for *de novo* protein synthesis (Nelson *et al.*, 1985; Wall *et al.*, 1986). In fact, the addition of a protein synthesis inhibitor can activate Igκ transcription, indicating that a labile inhibitor is present. Because NF-κB is inducible by the same agents that activate Igκ gene transcription and the activation of NF-κB does not require new protein synthesis, it was postulated that a labile factor regulates activity of NF-κB post-translationally (Sen and Baltimore, 1986b).

The presence of a latent NF-κB/IκB complex is widespread. The DNA binding activity of NF-κB can be induced *in vitro* by treating cytoplasmic extracts with deoxycholate or formamide, which disrupts the IκB interaction (Baeuerle and Baltimore, 1988b). Thus, the activation of NF-κB can be induced by the release of IκB molecule. Subsequently, a number of proteins capable of inhibiting the DNA-binding activity of NF-κB were identified and are referred to as the IκB family. This family

## IκB Family



FIG. 3. IκB family of proteins. IκB proteins contain conserved ankyrin repeat motifs (shaded bars) which are essential for the IκB activity. The number of repeats varies from five (IκBα) to seven (Bcl3, IκBγ, p105, and p100). p105 and p100 are the precursor proteins for p50 and p52, respectively. IκBγ is produced as an alternate mRNA from the gene encoding p105. Cactus is the functional homologue of IκB protein in *Drosophila*.

includes IκBα, IκBβ, IκBγ, p105, p100, and Bcl-3 (Fig. 3). The genes encoding all of these proteins except IκBβ have been cloned (Davis *et al.*, 1991; Ghosh *et al.*, 1990; Haskill *et al.*, 1991; Inoue *et al.*, 1992a; Kieran *et al.*, 1990; Neri *et al.*, 1991; Ohno *et al.*, 1990) In this review we will discuss only those members whose genes are known.

All IκB proteins contain a conserved region, referred to as the ankyrin repeat domain (ARD). An ankyrin repeat is a 30–34 aa motif also present in a number of other proteins, such as ankyrin, CDC10, SW16, SW14, GABP-β, Notch, and TAN-1 (for review see Bennett, 1992). The ankyrin repeat domain provides an interface for protein–protein interaction such as those involved in ankyrin with anion exchanger/tubulin and in GABP-β with GABP-α. The ARD of IκB proteins is also essential for interaction with NF-κB (Inoue *et al.*, 1992b). Although the aa sequence of the ARD of the IκB family is well conserved, it is quite divergent from that found in non-IκB proteins (Nolan and Baltimore, 1992). Thus, the inhibition of NF-κB activity is specific to the IκB family of proteins with the distinct ARD.

268                    SHIGEKI MIYAMOTO AND INDER M. VERMA

## A. MOLECULAR CLONING OF GENES ENCODING IκB PROTEINS

### 1. κBα: MAD-3, pp40, RL-IF1, and ECI-6

The gene encoding the IκBα protein was fortuitously cloned as an immediate-early gene, *mad-3*, which is induced when monocytes attach to plastic substrate (Haskill *et al.*, 1991). The homologous gene was also cloned from chicken (pp40; Davis *et al.*, 1992), rat (RL-IF1; Tewari *et al.*, 1992), pig (ECI-g; de Martin *et al.*, 1993), and mouse (P. Chiao, unpublished). IκBα proteins contain internal five complete and a sixth incomplete ankyrin repeat motifs followed by an acidic region. The region N-terminal to the ARD does not appear to be required for its inhibitory activity (Inoue *et al.*, 1992b). Notably, association with c-Rel or p65 requires five ankyrin repeats (Leveillard and Verma, 1993). However, association *per se* is not sufficient for inhibition of DNA-binding activity. It additionally requires the C-terminal region which contains the incomplete sixth ankyrin repeat and the acidic region (Hatada *et al.*, 1993; Inoue *et al.*, 1992b; Leveillard and Verma, 1993). IκBα can sequester p65 or c-Rel in the cytoplasm and to a lesser extent p50 (Ganchi *et al.*, 1992; Inoue *et al.*, 1991; Zabel *et al.*, 1993).

The association of IκBα with p65 requires the nuclear localization signal (NLS) of p65 proteins (Beg *et al.*, 1992; Ganch *et al.*, 1992). Masking of the NLS is most likely the mechanism for the inhibition of nuclear translocation of p65 by IκBα proteins. It is not defined how IκBα interaction leads to the inhibition of p65 DNA-binding activity but p65 C-terminus is required (Ganchi *et al.*, 1992). In contrast, IκBα interacts with both the putative DNA-binding domain and the NLS of Rel proteins (Beg *et al.*, 1992; Kerr *et al.*, 1991; Kumar and Gelinas, 1993). The C-terminus of Rel is dispensable for IκBα association. Thus, in this case IκBα seems to simultaneously cover both the NLS and the DNA-binding domain, inhibiting nuclear translocation and DNA binding at the same time.

In addition to sequestering NF-κB in the cytoplasm, IκBα can also displace NF-κB bound to its cognate DNA sequence (Zabel and Baeuerle, 1990). Binding of p65 to IκBα or DNA seems to be mutually exclusive (Ganchi *et al.*, 1992). Hence, IκBα can terminate NF-κB-dependent transcription *in vitro* (Kretzschmar *et al.*, 1992). IκBα can be localized in the nucleus when overexpressed (Cressman and Taub, 1993; Zabel *et al.*, 1993) and in v-Rel-transformed cells, some IκBα (pp40) can also be detected in the nucleus (Davis *et al.*, 1990a). These observations suggest roles for IκBα not only as a cytoplasmic retention molecule but also a terminator of

transcription by migrating to the nucleus (perhaps by passive diffusion) and displacing active NF-κB complex from κB sites. IκBα has also been shown to be capable of transcriptional transactivation when fused to a heterologus DNA-binding domain (Morin and Gilmore, 1992).

### 2. p105/p100: Precursors of p50 and p52

Another member of the IκB family is the p50 precursor protein p105. It contains seven ankyrin repeats at its C-terminus which display extensive homology to the ARD of IκBα. The p50 region is at its N-terminus (see Fig. 2). Despite the presence of the DNA-binding domain in the N-terminus, p105 does not generally bind κB sites (Bours et al., 1990; Ghosh et al., 1990; Kieran et al., 1990; Meyer et al., 1991). However, deletion or disruption of the ARD leads to DNA binding, directly demonstrating that the ARD inhibits this activity. p105 can also inhibit the DNA binding activity of NF-κB in trans (Rice et al., 1992). Thus, intra- or intermolecular masking of the N-terminal Rel homology domain by the C-terminal ARD causes the inhibition of the DNA-binding activity.

Despite the presence of a nuclear localization signal, the subcellular location of p105 is exclusively cytoplasmic (Blank et al., 1991; Henkel et al., 1992; Inoue et al., 1992a; Rice et al., 1992, Rice and Ernst, 1993). The NLS is inaccessible to antibody specific for this region of p105 unless it is denatured or its C-terminal ARD is removed, suggesting that p105 is in a conformation in which NLS is masked by its C-terminal ARD in its native state (Henkel et al., 1992). In addition, p105 causes cytoplasmic retention of other Rel/NF-κB members in trans (Hatada et al., 1993; Henkel et al., 1993). The p50 precursor, therefore, is an IκB protein involved in its own cytoplasmic retention and other Rel/NF-κB members by intra- or intermolecular mechanisms.

The precursor of p52, p100, has also been shown to function as an IκB protein by similar criteria in vivo (Mercurio et al., 1993). p124 and p115, two of the v-Rel-associated proteins, have been shown to be the chicken homologues of p105 and p100 proteins, respectively (Capabianco et al., 1991; Sif and Gilmore, 1993). Taken together, the ankyrin repeat domains of p105 and p100 regulate the cytoplasmic/nuclear partition of Rel/NF-κB proteins in vivo.

### 3. IκBγ/CTD: C-Terminal Half of p105

Another member of the IκB family, IκBγ (also referred to as CTD), is generated from the same gene coding for the precursor of the p50 protein (Inoue et al., 1992a; Liou et al., 1992). This gene contains an alternative transcription start site in its intron, generating a protein

containing only the C-terminal 607 aa of p105 which includes seven ankyrin repeats (Inoue *et al.*, 1992a; J. I. Inoue, personal communication). The IκBγ protein can inhibit the DNA-binding activity of NF-κB in addition to that of other κB-binding complexes (see Section III,B). It can also inhibit the nuclear translocation of c-Rel. IκBγ interacts with p50 through the NLS (Inoue *et al.*, 1993). Therefore, one gene codes for a transcription factor and its inhibitor at the same time.

Interestingly, the distribution of IκBγ mRNA is cell-type specific, unlike p105, which is ubiquitous. It is only detected in murine lymphoid cells (Inoue *et al.*, 1992a). Furthermore, the level of IκBγ mRNA decreases during the differentiation of pre-B to mature B cells (Liou *et al.*, 1992; S. Miyamoto, unpublished observation). These data suggest a cell-type specific role for IκBγ in murine lymphoid cells specifically during the differentiation of B cells.

### 4. Bcl-3: IκB, Coactivator and a Putative Oncogene

Another IκB member, Bcl-3, was identified as a putative oncoprotein in a human B cell chronic lymphocytic leukemia which displays somal translocation t(14;19)(q32;q13.1) (Ohno *et al.*, 1990). This protein of 446 aa contains proline-rich regions in both N- and C-termini and the central seven ankyrin repeat motifs similar to the ARD of other IκB members (Fig. 3). Unlike other IκB proteins, its inhibitory activity is specific for p50 or p52 homodimers (Franzoso *et al.*, 1992; Inoue *et al.*, 1993; Kerr *et al.*, 1992; Naumann *et al.*, 1993; Nolan *et al.*, 1993; Wulczyn *et al.*, 1992; see Section III,B). In addition, its subcellular location is nuclear in NTera-2, NIH3T3, and HeLa cells (Bours *et al.*, 1993; Franzoso *et al.*, 1993; Kerr *et al.*, 1993; Nolan *et al.*, 1993). Since Bcl-3 also interacts with the NLS of p50 (Inoue *et al.*, 1993; Leviellard and Verma, 1993), it is not clear how (p50)₂–Bcl3 complex enters the nucleus. One group has reported that Bcl-3 in Cos-7 cells is cytoplasmic (Naumann *et al.*, 1993). Thus, Bcl-3 has an ARD related to that of IκB members, but the specificity of inhibition and subcellular location appear distinct.

Surprisingly, Bcl-3 can also activate rather than inhibit transcriptional activity through κB sites (Bours *et al.*, 1993; Fujita *et al.*, 1993). This is contrary to the conventional function of IκB proteins. There are two possible explanations: (a) Antirepressor activity of Bcl-3. Since Bcl-3 can displace p50 homodimers which can act as a repressor of κB-dependent transcription, it indirectly allows NF-κB to activate transcription (Franzoso *et al.*, 1992; Inoue *et al.*, 1993); (b) Bcl-3 as a coactivator of κB-dependent activation. Contrary to the above observations, Bcl-3 can form ternary complexes with homodimers of p50 or p52 on DNA (Bours *et al.*, 1993; Fujita *et al.*, 1993). In addition, Bcl-3 enhances the



transactivation potential of p52 in transient transfection assays and that of p50 homodimers in *in vitro* transcription assays. Thus, these data suggest that Bcl-3-induced transactivation is a result of its coactivation potential. These two models involve opposite effects when Bcl-3 interacts with p50 and p52 homodimers: displacement from a κB site or ternary complex formation on the target DNA. The exact action of Bcl-3 in the cell probably depends on its concentration, post-translational modifications, and the target κB sequences.

Bcl-3 is inducible during T cell activation (Ohno *et al.*, 1990) and a high level of Bcl-3 is observed in mature B cells (Bhatia *et al.*, 1991; Liou *et al.*, 1994). These findings suggest a possible role for Bcl-3 in proliferation and differentiation of lymphoid cells. Deregulated production of putative oncoprotein Bcl-3 could, therefore, cause cellular transformation by altering the activity of p50- or p52-mediated functions.

## B. SUBUNIT SPECIFICITY OF IκB INHIBITION

The presence of multiple forms of IκB proteins is intriguing. Are they specific for different κB-binding complexes? The earlier studies using the partially purified IκB demonstrated that the p65 subunit was the receptor for IκB protein because it only inhibited p50/p65 complex but not p50 homodimers (Baeuerle and Baltimore, 1989; Nolan *et al.*, 1991; Urban and Baeuerle, 1990; Urban *et al.*, 1991). It is now clear that the inhibition of independent κB-binding complexes can be accomplished by many forms of IκB proteins. The list may increase as more proteins with the characteristic ankyrin repeat domain (Nolan and Baltimore, 1993) are discovered and tested for their inhibitory activity. It is likely that the need for different forms of IκB proteins in the cell is to selectively attenuate various κB-binding complexes composed of different members of Rel/NF-κB proteins.

κB-binding complexes have varying sensitivity to different IκB members (Table II). For example, the NF-κB complex (p50/p65) can be inhibited by IκBα, IκBγ, p105, and p100 (Davis *et al.*, 1991; Kerr *et al.*, 1991; Inoue, *et al.*, 1992; Mercurio *et al.*, 1993; Rice *et al.*, 1992; Wulczyn *et al.*, 1992; Zabel *et al.*, 1993). κB-binding complexes containing p65 or c-Rel are generally inhibited by IκBα and p105/p100 (Davis *et al.*, 1991; Kerr *et al.*, 1991; Mercurio *et al.*, 1993; Rice *et al.*, 1992), whereas homodimers of p50 or p52 are more sensitive to Bcl-3 (Franzoso *et al.*, 1992; Inoue *et al.*, 1993; Nolan *et al.*, 1993). The inhibitory activity of IκBγ (or CTD) on complexes containing p65, c-Rel, or p52 is controversial, although the inhibitory effect on p50 homodimers is consistent (Grumont *et al.*, 1993; Inoue *et al.*, 1992a; Leveillard and Verma, 1993; Liou *et al.*,

272                SHIGEKI MIYAMOTO AND INDER M. VERMA

TABLE II

SPECIFICITY OF INHIBITION OF κB-BINDING COMPLEXES BY IκB MEMBERS

| κB-binding complex | IκB Member | Reference |
| --- | --- | --- |
| p50/p65 | IκBα, IκBγ, p105, p100 | Baeuerle and Baltimore (1989); Nolan *et al.* (1991); Davis *et al.* (1991); Kerr *et al.* (1991); Haskill *et al.* (1991); Tewari *et al.* (1992), Inoue *et al.* (1992a,b, 1993); Wulczyn *et al.* (1992); Liou *et al.* (1992); Naumann *et al.* (1993) |
| p52/p65 | IκBα | Duckett *et al.* (1993) |
| p50/Rel | IκBα, IκBγ | Davis *et al.* (1991); Tewari *et al.* (1992); Miyamoto *et al.* (1994) |
| p50/RelB | IκBα | Tewari *et al.* (1992) |
| p65/p65 | IκBα, IκBγ, p105 | Davis *et al.* (1991); Wulczyn *et al.* (1992); Liou *et al.* (1992); Ganchi *et al.* (1992); Beg *et al.* (1992); Inoue *et al.* (1992b, 1993); Leveillard and Verma (1993); Hatada *et al.* (1993); Naumann *et al.* (1993); Scheinman *et al.* (1993) |
| Rel/Rel | IκBα, IκBγ, p105 | Kerr *et al.* (1991); Davis *et al.* (1991); Inoue *et al.* (1992a); Rice *et al.* (1992); Hatada *et al.* (1993); Gerondakis *et al.* (1993) |
| p50/p50 | Bcl3, IκBγ, p105 | Inoue *et al.* (1992a, 1993); Wulczyn *et al.* (1992); Franzoso *et al.* (1992, 1993); Liou *et al.* (1992); Kerr *et al.* (1992); Nolan *et al.* (1993); Leveillard and Verma (1993); Hatada *et al.* (1993; Naumann *et al.* (1993) |
| p52/p52 | Bcl3, IκBγ | Kerr *et al.* (1992); Nolan *et al.* (1993) |

1992; Naumann *et al.*, 1993). Thus, these studies demonstrate differential sensitivity of Rel/NF-κB complexes to IκB proteins. It will be important to identify the concentrations of different inhibitors *in vivo* to determine their relevance to specific κB-binding complexes. In addition, systematic studies addressing the relative affinities of the inhibitory complexes will facilitate the understanding of the specificity of inhibition.

The IκB members can be grouped into two classes based on their subcellular location. The first group includes p105, p100, and IκBγ

(CTD) which reamin in the cytoplasm (Inoue *et al.,* 1992a; Mercurio *et al.,* 1993; Rice *et al.,* 1992). IκBα and Bcl-3 comprise the second group, which can be found both in the cytoplasm and the nucleus (Davis *et al.,* 1990; Kerr *et al.,* 1991; Zabel *et al.,* 1993). IκBα and Bcl-3 may enter the nucleus by passive diffusion or perhaps through yet unidentified nuclear localization signals. This second group of IκB proteins not only inhibit DNA-binding activity of κB-binding complexes, but also displace them from DNA. Potential nuclear localization of these IκB's suggests that they may act as repressor (IκBα) or antirepressor (Bcl-3) of NF-κB activity.

## IV. Regulation of Rel/NF-κB Activity

There are two types of Rel/NF-κB activities, inducible and constitutive. The activity of inducible Rel/NF-κB complexes is regulated at multiple levels. First, there are a wide variety of inducers, extracellular or intracellular (Table III). Second, many signaling systems are involved in the pathway, either directly or indirectly. Finally, different members of the IκB family can serve as targets for the incoming signals generated. Thus, the Rel/NF-κB/IκB complexes are strategically placed to integrate and respond to various signals required for selective gene activation.

Since the major form of the latent cytoplasmic κB-binding complex in many cell types appears to be NF-κB/IκBα, we will first discuss its regulation, and later consider the regulation of other κB-binding complexes and IκB members. Constitutive forms of κB-binding complexes are discussed below (see Section IV,D).

### A. REGULATION OF NF-κB/IκBα COMPLEX

Activating signals must result in modification of IκBα rather than NF-κB. This hypothesis is based on several observations made by Baeuerle and Baltimore (1988a,b). First, the dormant NF-κB has an intrinsic DNA-binding activity because mild detergents can lead to IκBα dissociation resulting in NF-κB DNA binding. Second, detergent induced NF-κB DNA binding activity is comparable to that which appears in the nucleus following stimulation. Third, nuclear NF-κB is still sensitive to exogenously added IκBα, demonstrating that NF-κB maintains its ability to bind to IκBα. Finally, IκBα activity is not recovered in the cytoplasm following addition of inducers. These observations indicate that the activating signals modify IκBα to release NF-κB activity.

The modification of IκBα, however, may not be the only pathway for NF-κB activation. Hayashi *et al.,* (1993) demonstrated the presence of a

RS

ce

nore (1989);
Davis *et al.*
1991); Haskill
*et al.* (1992),
), 1993);
'); Liou *et al.*
*al.* (1993)

Tewari *et al.*
*al.* (1994)

Wulczyn *et al.*
1992); Ganchi
*al.* (1992);
1993);
na (1993);
; Naumann *et*
an *et al.* (1993)

Davis *et al.*
(1992a); Rice
*t al.* (1993);
3)

1993);
); Franzoso *et*
ou *et al.*
1992); Nolan
lard and
ida *et al.*
*al.* (1993)

Nolan *et al.*

ate differen-
ill be impor-
*vivo* to deter-
In addition,
ibitory com-
inhibition.
ed on their
), and IκBγ

p65-associated serine kinase which activates NF-κB by directly phosphorylating p65 subunit. Naumann and Scheidereit (1994) have shown that not only IκBα but p65 also is phosphorylated following treatment of HeLa and Namalwa cells with tumor necrosis factor. In this case, the DNA binding activity of NF-κB was greatly enhanced by p65 phosphorylation. Dorsal also undergoes phosphorylation prior to nuclear translocation (Norris and Manley, 1992; Whalen and Steward, 1993). These studies suggest that a direct modification of Rel/NF-κB may also lead to its activation. Since more information is available on the modification of IκBα proteins at present, we will consider the NF-κB activation pathway involving IκBα modifications in more detail.

Modification of IκBα can be induced by a variety of apparently unrelated agents, such as TPA, LPS, cytokines, viral infection, uv irradiation, or $H_2O_2$ (Table III). Inspection of inducers does not offer a simple known second messenger system that might be involved in IκBα modification. Thus, these stimuli lead to distinct multiple pathways which either independently modify IκBα or converge into common pathways. Since the activation of NF-κB is associated with common events—

**TABLE III**
**INDUCERS OF NF-κB ACTIVITY**

| Type of inducer | Example | Reference[a] |
|---|---|---|
| Growth factors/cytokines | TNF-α | Griffin et al. (1989) |
| | IL-1 | Freimuth et al. (1989) |
| | PDGF | Olashaw et al. (1992) |
| T-cell mitogens | Phorbol esters | Sen and Baltimore (1986b) |
| | Lectins | Bohnlein et al. (1988) |
| | Calcium ionophors | Novak et al. (1990) |
| Bacterial lipid | Lipopolysaccharide | Sen and Baltimore (1986b) |
| Protein synthesis inhibitor | Cycloheximide | Sen and Baltimore (1986b) |
| DNA-damaging agents | uv light | Stein et al. (1989) |
| | X rays | Brach et al. (1991) |
| Viral transactivators | X (HBV) | Staddiqui et al. (1989) |
| | tax (HTLV-1) | Leung and Nabel (1988) |
| | E1A (Adenovirus) | Shurman et al. (1989) |
| Double-stranded RNA | Poly (I-C) | Visvanathan and Goodbourn (1989) |
| Oxidative stress | $H_2O_2$ | Schreck et al. (1991) |
| Others | Nitric oxide | Lander et al. (1993) |
| | Okadaic acid | Thevenin et al. (1990) |

[a] The reference is not meant to be complete and provides only an example.

phosphorylation of IκBα, degradation of IκBα, and the activation of antioxidant-sensitive pathway(s) (see below)—it is likely that different signaling pathways may converge into some common pathway(s). However, it is not clear how these events are interconnected to activate NF-κB. It is generally assumed that the phosphorylation of IκBα is an intermediate step for its degradation. An antioxidant-sensitive step is likely to be present upstream of the NF-κB/IκBα complex integrating multiple incoming signaling pathways.

## 1. Phosphorylation of IκBα

Phosphorylation by specific kinases inactivates IκBα *in vitro* (Ghosh and Baltimore, 1990; Kerr *et al.*, 1991). These kinases include PK-C, PK-A, and a heme-regulated eIF-2 which likely phosphorylate independent residues. Thus, inactivation of IκBα may be accomplished by phosphorylation at multiple sites.

*In vivo* phosphorylation of IκBα is induced by a variety of activators, such as TNF-α, TPA, and IL-1 (Beg *et al.*, 1993; Brown *et al.*, 1993; Cordle *et al.*, 1993; Mellits *et al.*, 1993). Since TPA activates PK-C, which can directly phosphorylate and inactivate IκBα *in vitro* (Ghosh and Baltimore, 1990), it is possible that PK-C directly phosphoryates IκBα *in vivo*. Other phosphorylation pathways, such as tyrosine kinases, are also important for NF-κB activation. Treatment with tyrosine kinase inhibitors, herbimycin A or genistein, inhibits IL-1- or radiation-induced NF-κB activation (Iwasaki *et al.*, 1992; Uckun *et al.*, 1993), suggesting the involvement of a tyrosine kinase pathway. IκBα is tyrosine phosphorylated following exposure to hypoxia (Koong *et al.*, 1994) and c-Rel and p105 are also phosphorylated on tyrosine residues in T cell lines (Neumann *et al.*, 1992). Induction of NF-κB by a variety of activators can be inhibited by dominant-negative Ras or Raf protooncoproteins (Devary *et al.*, 1993; Finco and Baldwin, 1993), suggesting that this phosphorylation cascade may also be involved in the activation process. Double-stranded (ds) RNA-dependent kinase can phosphorylate IκBα *in vitro* (Kumar *et al.*, 1994) and is important for dsRNA activation of NFκB *in vivo* (Maran *et al.*, 1994). Thus, it is conceivable that different kinase pathways phosphorylate IκBα on different sites thereby inactivating its activity. This scenario predicts that there are multiple phosphorylation sites on IκBα specific for different kinases as predicted from *in vitro* studies. It is also possible that different kinase pathways converge into a common phosphorylation event by an as yet unidentified IκBα-specific kinase. In any case, phosphorylation events are likely to be an integral component of the NF-κB activation pathway. Therefore, identification

of kinase(s) and the new IκBα phosphorylation site(s) will greatly facilitate the understanding of NF-κB regulation.

## 2. Degradation of IκBα

One common event that can be observed during the activation of NF-κB in many cell types is the rapid degradation of IκBα proteins (Brown et al., 1993; Chiao et al., 1994; Cordle et al., 1993; Henkel et al., 1993; Mellits et al., 1993; Miyamoto et al., 1994c; Rice and Ernst, 1993; Scott et al., 1993; Sun et al., 1993). It is of importance to note that the degradation is rapid (as short as a few minutes) and extensive (no obvious intermediate proteolytic products can be seen). Apparently, IκBα degradation is an obligatory event because a number of protease inhibitors, such as TPCK and TLCK, can inhibit IκBα degradation and consequently inhibit NF-κB activation (Chiao et al., 1994; Henkel et al., 1993; Miyamoto et al., 1994a). In some cases, newly phosphorylated forms of IκBα can be observed transiently prior to degradation indicating that a phosphorylation event may be an intermediate step for degradation (Beg et al., 1993; Brown et al., 1993; Cordle et al., 1993; Mellits et al., 1993; Miyamoto et al., 1994c). If IκBα phosphorylation leads to dissociation of IκBα from NF-κB, then inhibition of IκBα degradation is expected to have little effect on NF-κB activation. However, protease inhibitors inhibit not only the degradation of IκBα but also the activation of NF-κB, suggesting that phosphorylation of IκBα may not result in dissociation.

Mellits et al., (1993) showed that TPCK treatment results in not only the inhibition of IκBα degradation, but also the loss of phosphorylation event, suggesting that TPCK may also inhibit kinase(s). We have recently observed that both TPCK and TLCK blocked IκBα phosphorylation induced by TNFα and LPS (Miyamoto et al., 1994c). Inhibition of NF-κB activation by these inhibitors is likely the result of the inhibition of IκBα phosphorylation rather than direct inhibition of IκBα protease(s). Calpain inhibitors I and II, however, blocked degradation of IκBα without affecting its phosphorylation. Under these conditions, NF-κB was still sequestered in the cytoplasm complexed with the phosphorylated form of IκBα. Thus, IκBα does not dissociate from NF-κB following phosphorylation induced by stimulation with TNFα or LPS (Fig. 1). Furthermore, these results suggest that the substrate for IκBα protease(s) is not free IκBα but rather IκBα associated with NF-κB. However, dissociation of IκBα from NF-κB may occur under some in vivo conditions. It is of interest to note that IκBα contains a PEST-like sequence at its C-terminus (Rechsteiner, 1990). Deletion of this sequence results in a

more stable IκBα protein when transiently transfected into 293 cells, suggesting that the PEST sequence may function as a degradation signal (D. VanAntwarp, unpublished data). This sequence may be masked in NF-κB–IκBα complex and phosporylation of IκBα may induce conformational changes, making it accessible for a protease. The precise nature and regulation of IκBα protease(s) is not clearly understood, but Palombella *et al.*, (1994) recently suggested that ubiquitin-dependent proteasome may be involved. Study of the regulation of IκBα degradation is likely to provide new insights into the regulatory mechanisms involved in orchestration of various signaling inputs involved in NF-κB activation.

### 3. Sensitivity to Antioxidants

NF-κB activation pathways are extremely sensitive to changes in oxidation state of the cells (for review see Baeuerle and Henkel, 1994; Pahl and Baeuerle, 1994). The redox sensitive step must lie downstream and possibly at the converging pathway because antioxidants can effectively inhibit NF-κB activation induced by a variety of inducers (Israel *et al.*, 1992; Meyer *et al.*, 1993; Mihm *et al.*, 1991; Schreck *et al.*, 1991, 1992; Staal *et al.*, 1990). In fact, addition of $H_2O_2$ can induce IκBα phosphorylation (Naumann and Scheidereit, 1994) and activate NF-κB (Schreck *et al.*, 1991). An antioxidant, pyrrolidinedithiocarbamate, has been shown to inhibit IκBα degradation (Sun *et al.* 1993). These studies strongly suggest that the antioxidant-sensitive step lies upstream of IκBα kinase(s) and downstream of multiple signal transduction pathways. Thus, it is of great interest to identify the molecular target(s) of reactive oxygen intermediates leading to IκBα phosphorylation.

### B. REGULATION OF OTHER κB-BINDING FACTORS AND IκB PROTEINS

The activation pathway involving other IκB members is less defined. So far, p105 and p100 have been shown to be processed to p50 and p52, respectively, following stimulation (Mercurio *et al.*, 1993; Rice *et al.*, 1992). Thus, the activating signals lead to the increased concentration of available p50 and p52 proteins. The activation of proteolysis of these precursor/IκB proteins not only decreases the overall IκB level but increases new κB-binding subunits at the same time. Transient phosphorylation of p105 can be seen during NF-κB induction (Mellits *et al.*, 1993; Naumann and Scheidereit, 1994). Interestingly, p50 generated from phospho-p105 is not phosphorylated, indicating that p105 phosphorylation site(s) is at the C-terminus (Naumann and Scheidereit,

1994). Like IκBα, p105 processing seems to require phosphorylation event.

The activation pathway involving IκBγ or Bcl-3 is not known. Dephosphorylation of Bcl-3 causes loss of its p50/p50 inhibitory activity, suggesting a potential role for phosphorylation in Bcl-3 regulation (Nolan et al., 1993). Since p105 undergoes phosphorylation at its C-terminus, IκBγ protein may also be phosphorylated upon stimulation.

## C. AUTOREGULATION OF REL/NF-κB AND IκB

Activation of NF-κB enhances transcription of genes encoding some members of the Rel/NF-κB and the IκB families, such as c-Rel, IκBα, p105, and Bcl-3 (Bours et al., 1990; Chiao et al., 1993; Grumont et al., 1993; Ohno et al., 1990; Paya et al., 1992; see Table I). This is most notable in lymphoid cells like mature B cells, where κB-binding activity is constitutive (Miyamoto et al., 1994a,b). This is because their promoters contain κB sites and are inducible by NF-κB (Chiao et al., 1994; Cogswell et al., 1993; Grumont et al., 1993; Hannink and Temin, 1990; Ten et al., 1992).

Transcriptional regulation of the inhibitor, IκBα, by NF-κB provides an elegant means to autoregulate its activity. In this way, only continuous stimulation leads to persistent activation of NF-κB as a result of enhanced degradation of IκBα proteins. As soon as the activating signal is terminated, the newly synthesized IκBα would quickly turn off additional NF-κB activation. Furthermore, some portion of IκBα may enter the nucleus and rapidly terminate NF-κB-mediated transcription (Zabel et al., 1991). Because the basal half-life of IκBα is much shorter than that of NF-κB proteins (Miyamoto et al., 1994b; Rice and Ernst, 1993), a large increase in IκBα production ensures the termination of NF-κB. Any excess IκBα would be quickly degraded, as free IκBα is unstable (Nolan et al., 1993; Sun et al., 1993). Because NF-κB/IκBα complex is available as soon as the stimulation is terminated, this system allows rapid reactivation upon secondary stimulation. Since the overall level of Rel/NF-κB/IκB complexes is increased, the secondary stimulation may result in augmented activation. Even in the system in which κB binding is constitutively active, such as in mature B cells, further activation over the constitutive level can be achieved by surface IgM crosslinking, incubation with T helper cells, TPA, or LPS (Dobrzanski et al., 1994; Lalmanach-Girard et al., 1993; Liou et al., 1994; Liu et al., 1991). Further increase in κB-binding factors may be needed for activation of additional genes which are involved in the response to antiviral or



antigen stimulation. Thus, coordinated IκBα induction by NF-κB ensures that the system is always under negative regulation to tightly control NF-κB activity in the cell.

## D. MOLECULAR MECHANISM FOR CONSTITUTIVE κB-BINDING ACTIVITY DURING B CELL DIFFERENTIATION

κB binding activity is inducible in most cell types. However, during differentiation of B cells, Rel/NF-κB is constitutively activated concomitant with the transcriptional activation of the Igκ gene (Sen and Baltimore, 1986a). κB binding activity is inducible in pre-B cell lines and is composed of p50/p65 dimer (Baeuerle and Baltimore, 1988; Liou et al., 1994; Miyamoto et al., 1994b; Rice and Ernst, 1993). The constitutive form is observed in nature B cell lines, but the κB binding complex is not p50/p65 but rather a p50/c-Rel dimer (Liou et al., 1994; Miyamoto et al., 1994b; Rice and Ernst, 1993). Thus, inducible and constitutive forms are distinct in this system. The heterodimeric p50/c-Rel was also observed in mature B cells isolated from mouse spleen (Liou et al., 1994; S. Miyamoto, unpublished data), but a p50/RelB dimer can also be seen (Lernbecher et al., 1993). Interestingly, the constitutive κB-binding complex further changes from p50/c-Rel in mature B cells to p52/RelB in plasma cells (end-stage B cell differentiation, Liou et al., 1994). Thus, the nature of constitutive κB-binding complexes changes as a pre-B cell undergoes a multistage differentiation process. Since many of the Rel/NF-κB members, such as p50/p105 and c-Rel, are inducible by κB-binding activity (Table 1), sequential induction of Rel/NF-κB members may modify the complex partners. In fact, prolonged treatment of pre-B cells with LPS alters κB-binding complexes (Liou et al., 1994; Miyamoto et al., 1994a). However, activation of p50/c-Rel depends on the continuous presence of LPS, because it is quickly lost once LPS stimulation is removed. Thus, change of complex alone is not sufficient to induce constitutive activation during pre-B to B transition.

The mechanism for constitutive activation of p50/c-Rel is not clear. Enhanced IκBα degradation is seen in a mature B cell line and seems causally involved in p50/c-Rel activation (Miyamoto et al., 1994a). Constitutive phosphorylation of IκBα may be the reason for its rapid degradation in the absence of external stimulus, indicating a kinase may be constitutively activated in B cells (Naumann and Scheidereit, 1994). In contrast, the mechanism for constitutive activation of RelB-containing complexes (p50/RelB or p52/RelB) is recently characterized; IκBα has a low affinity for RelB in B or plasma cells resulting in constitutive nuclear

SHIGEKI MIYAMOTO AND INDER M. VERMA

transport of RelB complexes, while p65-or c-Rel-containing complexes are kept inducible (Dobrzanski *et al.*, 1994; Lernbecher *et al.*, 1994). IκBα can, however, inhibit p50/RelB in non-B cells. Since constitutive activation of κB-binding complex is also tissue specific (Lernbecher *et al.* 1993), an appropriate combination of tissue or nontissue-specific transcription factors is necessary to maintain tissue- and differentiation stage-specific activation of Rel/NF-κB complexes. This type of transcriptional regulation may ensure induction of c-Rel during pre-B to mature B cell transition and reduction during mature B to plasma cell differentiation (Brownell *et al.*, 1988; Grumont and Gerondakis, 1990). Similarly, the induction of RelB, p50/p105 and p52/p100 must be tightly controlled during B cell differentiation to ensure production of stage-specific κB-binding complexes. The biological consequences of the presence of the distinct κB-binding complexes in B cell differentiation remain elusive, but the target genes important for B cell differentiation may be dictated by the nature of the κB-binding complexes (see also Section V). Gene knock-out of different Rel/NF-κB members will likely resolve some of the roles of distinct κB-binding complexes in B cell differentiation.

## V. Rel/NF-κB Regulation of the Target Gene Transcription

There are numerous genes which contain κB site(s) in their regulatory elements (Table I; see review by Grilli *et al.*, 1993). The majority of the target genes are involved in immune responses, acute response, or viral replication. Transcription of these genes is regulated by transcription factors including Rel/NF-κB complexes. How Rel/NF-κB contributes to the transcriptional regulation of these genes depends at least on two parameters; the specific κB sequence which is preferentially recognized by specific Rel/NF-κB factors and their interaction with other transcription factors. Thus, we will discuss the κB site specificity and interactions with other transcription factors.

### A. κB SITE SPECIFICITY

The κB sites of the target genes are quite divergent with the consensus sequence GGGRNNYYCC (Baeuerle, 1991; Table I). It has been shown that p50 binds to the 5' half, whereas p65 prefers the more divergent 3' half (Urban *et al.*, 1991). Homodimers of p50 subunit prefer a palindromic site, such as that of the MHC-IκB site (Kierran *et al.*, 1990; Kretzschmar *et al.*, 1993). The more divergent Igκ-κB site is

generally recognized more efficiently by p50/c-Rel, p50/p65, or p52/p65 than by (p50)$_2$ or (p52)$_2$ (Duckett et al., 1993; Fujita et al., 1992; Mauxion and Sen, 1989; Miyamoto et al., 1994a; Perkins et al., 1992). The κB site in the interferon-γ intronic region is recognized by (c-Rel)$_2$ but not by (p50)$_2$ (Sica et al., 1992). p65/c-Rel heterodimers bind to the urokinase κB site (Hansen et al., 1992). PCR-based selection of κB sites using bacterially expressed p50, p65, and Rel proteins demonstrated that (1) three-G's in the 5' half site are essential for p50 binding, (2) two C's at 3' end are required for p65 binding, (3) sites that are not recognized by either p50 or p65 alone can be recognized efficiently by p50/p65 heterodimer, and (4) Rel is the least specific in that it can bind to any κB motif that was selected by p50 or p65 (Kunsch et al., 1992). Thus, interaction between the κB site and the κB-binding complex follows a set of rules which are dictated by the sequence of κB sites.

Transactivation by κB-binding complexes is not solely determined by the DNA-binding affinity. p52/p65 or p52/c-Rel can efficiently bind to the κB sites of Igκ, HIV-LTR, IL-2R, or MHC-I gene, but only activates transcription through Igκ and HIV-LTR κB sites (Perkins et al., 1992). Both c-Rel and p65 bind to the HIV-LTR κB site, but only p65 activates, whereas c-Rel represses transcription through this LTR (Ballard et al., 1990; Doerre et al., 1993). p50 homodimers can activate transcription in vitro from κB sites of MHC-I, Igκ, and HIV-LTR, but not from INF-β (Fujita et al., 1993; Kretzchmar et al., 1993). As mentioned earlier, the conformational change of κB-binding proteins induced by different κB sites is correlated with the efficiency of transcativation. Since NF-κB can bend DNA through κB sites (Schreck et al., 1990), differential DNA bending may be important for correct alignment of κB-binding factors for productive interaction with the basal transcription machinery. Thus, the variation in κB sites could provide specificity by several mechanisms: (1) different affinities to κB-binding complexes composed of distinct subunits, (2) κB site-induced conformation on κB-binding complexes, and (3) extent of DNA bending induced by κB-binding complexes.

## B. COOPERATION WITH OTHER TRANSCRIPTION FACTORS

Most eukaryotic promoters or enhancers contain binding sites for multiple transcription factors. In general, κB sites are also present with other cis elements. For example, Igκ intronic enhancer contains multiple regulatory elements besides the κB site, including binding sites for E12/47 basic helix–loop–helix proteins, C/EBP, and silencer-binding

SHIGEKI MIYAMOTO AND INDER M. VERMA

factors (for review see Staudt and Lenardo, 1991). Mutagenesis studies show that all of these elements contribute to maximal activity of the Igκ enhancer. The enhancer activity is minimal when expression vectors coding p50/c-Rel or E47 are transfected individually with reporter gene linked to the κ enhancer and a minimal promoter (S. Miyamoto, unpublished results). However, when these genes are transfected together, marked increase in transcription can be observed, suggesting that p50/c-Rel and E47 synergize in activating this enhancer. Thus, the presence of interacting *cis* elements ensures maximal efficiency and specificity of transcriptional regulation.

Synergistic or antagonistic interactions between transcription factors may involve direct protein–protein associations. The AP-1 and glucocorticoid receptor physically interact to mediate antagonistic effects (Jonat et al., 1990; Schule et al., 1990; Yang-yen et al., 1990). MyoD and c-Jun also mutually inhibit transcription by direct contacts (Bengal et al., 1991). This type of direct interaction between NF-κB and other transcription factors has been documented in a wide variety of gene regulation. The transcription factors that interact directly with NF-κB include AP-1, Sp-1, C/EBP, ATF family, NF-IL6, SRF, glucocorticoid receptor, and components of the basal transcription factors TBP and TFIIB (Kaszubska et al., 1993; Kerr et al., 1993; Kuang et al., 1993; LeClair et al., 1992; Perkins et al., 1993; Stein and Baldwin 1993; Stein et al., 1993; Xu et al., 1993). Other factors, such as HMGI/Y, have been shown to directly interact with NF-κB to induce efficient transcriptional activation through PDR-II at the INF-β gene (Du et al., 1993). The direct interaction of NF-κB with other transcription factors may enhance or diminish transcription by different mechanisms; (1) increase or decrease of the affinity to κB sites, or (2) conformational changes which allow enhanced or decreased interaction with coactivators and/or the basal transcriptional machinery. The interaction of NF-κB with other cell type-specific transcription factors also provides an opportunity for cell-type specific transcriptional regulation by an otherwise ubiquitous NF-κB transcription factor.

## VI. *Drosophila* System: Dorsal, Dif, and Cactus

Dorsal is a maternal protein which regulates dorsal–ventral axis development in the *Drosophila* embryo (Govind and Steward, 1991). The activity of Dorsal is regulated by its sucellular localization: Dorsal is uniformly cytoplasmic in an early embryo, but about 90 min following fertilization it translocates into the nuclei only in the ventral cells. Dorsal

shares sequence similarity with Rel-related proteins in chickens and mammals (Steward, 1987; Fig. 2). The homology is the highest in the N-terminal RHD, but is otherwise unrelated. It contains a transactivation domain in its C-terminus, like c-Rel. Upon nuclear translocation, Dorsal activates transcription of *twist* and *snail*, leading to a mesodermal phenotype, and represses *zerknüllt* and *decapentaplegic*, inhibiting dorsalization in the ventral region (Irish and Gelbart, 1987; Ray *et al.*, 1991; Roth *et al.*, 1989; Rushlow *et al.*, 1987). Thus, the activity of Dorsal protein, a member of the Rel/NF-κB family, is regulated by cytoplasmic/nuclear partioning, much like its vertebrate homologue.

Dorsal is sequestered in the cytoplasm by Cactus, a IκB family member (Geisler *et al.*, 1992; Kidd, 1992; Fig. 3). *Cactus* was identified as one of the 11 maternal genes that regulate the activity of Dorsal (Govind and Steward, 1991). Cloning of the gene for Cactus demonstrated that it contains six ankyrin repeat motifs which are related to those found in the mammalian IκB family members (Geisler *et al.*, 1992; Kidd, 1992). Cactus directly associates with Dorsal and inhibits its DNA-binding activity. Dissociation of Cactus is an integral component of Dorsal activation during embryogenesis. Cactus does not inhibit the DNA binding of NF-κB/Rel proteins nor do mammalian IκB proteins inhibit that of Dorsal (Nolan *et al.*, 1993; Wulczyn *et al.*, 1992; S. Miyamoto, unpublished observation).

One of the upstream regulators of Dorsal is Toll, a receptor molecule which activates Dorsal through a PKA-dependent pathway (Norris and Manley, 1992). PKA directly phosphorylates Dorsal at the well-conserved PKA site in the RHD which is an essential event for Dorsal nuclear translocation. Another maternal upstream regulator of Dorsal activity is Pelle, a kinase which most resembles mammalian Raf and Mos protooncoproteins (Shelton and Wasserman, 1993). It is not defined whether Pelle directly phosphorylates the Cactus/Dorsal complex or it regulates Dorsal activity in an indirect manner. However, Pelle can phosphorylate Cactus *in vitro* (S. Wasserman, personal communication). Since some NF-κB activation requires Raf proteins, there seems to be a direct analogy in the signaling systems used in activation of Dorsal and NF-κB (Fig. 4). It is, however, not known whether Cactus is degraded during Dorsal activation or antioxidants have any effect on Dorsal activity in *Drosophila*.

Another member of the *c-rel* family of genes, *dif*, was recently identified and cloned from *Drosophila* (Ip *et al.*, 1993). Dif is expressed in stages past embryonic development and is involved in *Drosophila* immunity against pathogens such as bacteria. Its activity is also regulated by cytoplasm to nuclear localization and it activates transcription of genes, such

as the *CecA1* cecropin gene, involved in insect immunity. Because Cactus has also been implicated in functions in adult fly, Cactus may also be involved in Dif regulation.

Since *Drosophila* genetics has identified 11 regulators of Dorsal activity, it is likely that the mammalian Rel/NF-κB system may also involve similar pathways. Cloning of homologous gens for Pelle kinase from mammalian cells may help in dissecting the activating pathways. The conserved PK-A site of Rel/NF-κB members may also play an essential role in nuclear translocation as in the case for Toll-induced Dorsal phosphorylation. Parallel studies of these different systems will greatly facilitate the understanding of the signaling pathways involved in Rel/-NF-κB/Dorsal activation (Fig. 4).



FIG. 4. Parallel Rel/NF-κB/Dorsal systems in *Drosophila* and mammals. Nuclear localization of Dorsal (dl) is activated by maternal proteins including spatzel (spz), Toll (a receptor for spz), and Pelle (p11, a kinase). Phosphorylation of the conserved protein kinase A site of Dorsal is critical for its nuclear localization. It is not clear whether Cactus is phosphorylated and/or degraded by activation of Toll. In mammalian lymphoid cells, interleukin-1 receptor (IL-1R) activated by IL-1 generates second messengers which eventually lead to degradation of IκBα proteins. It is not known what kinase might be involved in IκBα phosphorylation. NF-κB may also undergo phosphorylation prior to nuclear translocation (modified from Shelton and Wassermann, 1993).

## VII. Concluding Remarks

Discovery of NF-κB transcription factors generated a new concept for gene activation: the regulation by cytoplasmic inhibitor molecules. This system is ubiquitous and evolutionally well conserved. A wide variety of exogenous and endogenous agents generate a multitude of regulatory cascades which converge on this cytoplasmic complex, resulting in the release of the active transcription factor.

Despite great interest, the signaling pathways are not yet understood, but post-translational modification is involved. Clearly, one of the rate-limiting steps is inhibitor modification by phosphorylation and degradation. Thus, one of the urgent goals is the identification of kinases that directly phosphorylate IκB proteins and protease system(s) involved in IκB degradation *in vivo*. The intermediate pathways include receptors, oxygen radicals, tyrosine kinases, and/or the Ras–Raf system. How do these signaling pathways act on Rel/NF-κB/IκB? How are related κB-binding complexes selectively induced? The answers will help, for example, in designing a specific inhibitor for HIV replication without compromising cellular functions.

The targets of the NF-κB system extend to general functions in cell cycle control and specific functions such as the immune response, differentiation, or development. Unveiling how a ubiquitous factor differentially regulates key cellular functions requires future investigations. Identification of target genes involved in cell cycle or differentiation may provide a new way to understand how deregulation of this system can lead to lymphoid and nonlymphoid cancers.

### ACKNOWLEDGMENTS

We are very grateful to Drs. J.-I. Inoue, Nik Somia, and Elaine Alarid for critical reading of the manuscript, we are also indebted to other members of the Verma laboratory and multiple colleagues in the field for helpful discussions. We thank Pat McClintock for preparation of the manuscript. We could not refer to all the relevant publications due to the vastness of literature in the field and we apologize to those whose contributions were not directly mentioned in this review. I.M.V. is an American Cancer Society Professor of Molecular Biology. This work was supported by grants from the National Intitutes of Health, American Cancer Society, the H. N. and Frances C. Berger Foundation, and the Council for Tobacco Research–USA, Inc.

### REFERENCES

Adams, B. S., Leung, K., Hanley, E. W., and Nabel, G. J. (1991). *New Biol.* **3**, 1063–1073.
Annweiler, A., Müller, U., and Wirth, T. (1992). *Nucleic Acids Res.* **20**, 1503–1509.
Atchison, M. L., and Perry, R. P. (1987). *Cell* **48**, 121–128.
Baeuerle, P. A. (1991). *Biochim. Biophys. Acta* **1072**, 63–80.

se Cactus may also be

Dorsal activ- also involve kinase from hways. The an essential Dorsal phos- reatly facili- ed in Rel/-

nphocyte



nuclear localiz- Toll (a receptor n kinase A site is phosphory- , interleukin-1 ctually lead to olved in IκBα r translocation

286                    SHIGEKI MIYAMOTO AND INDER M. VERMA

Baeuerle, P. A., and Henkel, T. (1994). *Annu. Rev. Immunol.* **12**, 141–179.

Baeuerle, P. A., and Baltimore, D. (1988a). *Science* **242**, 540–546.

Baeuerle, P. A., and Baltimore, D. (1988b). *Cell* **53**, 211–217.

Baeuerle, P. A., and Baltimore, D. (1989) *Genes Dev.* **3**, 1689–1698.

Baldwin, A. S., Jr., and Sharp, P. A. (1988). *Proc Natl. Acad. Sci. USA* **85**, 723–727.

Baldwin, A. S., Jr., LeClair, K. P., Singh, H., and Sharp, P. A. (1990). *Mol. Cell. Biol.* **10**, 1406–1414.

Ballard, D. W., Dixon, E. P., Peffer, N. J., Bogerd, H., Doerre, S., Stein, B., and Greene, W. C. (1992). *Proc. Natl. Acad. Sci. USA* **89**, 1875–1879.

Ballard, D. W., Walker, W. H., Doerre, S., Sista, P., Molitor, J. A., Dixon, E. P., Peffer, N. J., Hannink, M., and Greene, W. C. (1990). *Cell* **63**, 803–825.

Barth, C. F., and Humphries, E. H. (1988). *Mol. Cell. Biol.* **8**, 5358–5368.

Barth, C. F., Ewert, D. L., Olson, W. C., and Humphries, E. H. (1990). *J. Virol.* **64**, 6054–6062.

Beg, A. A., Finco, T. S., Nantermet, P. V., and Baldwin, A. S., Jr. (1993). *Mol. Cell. Biol.* **13**, 13301–3310.

Beg, A. A., and Baldwin, A. S., Jr. (1993). *Genes Dev.* **7**, 2064–2070.

Beg, A. A., Ruben, S. M., Scheinman, R. I., Haskill, S., Rosen, C. A., and Baldwin, A. S., Jr. (1992). *Genes Dev.* **6**, 1899–1913.

Bengal, E., Ransone, L. J., Scharfmann, R., Dwarki, V. J., Tapscott, S. J., Weintraub, H., and Verma, I. M. (1992). *Cell* **68**, 507–519.

Bennett, V. (1992). *J. Biol. Chem.* **267**, 8703–8706.

Bhatia, K., Huppi, K., McKeithan, T., Siwarski, D., Mushinski, J. F., and Magrath, I. (1991). *Oncogene* **6**, 1569–1573.

Blank, V., Kourilsky, P., and Israel, A. (1991). *EMBO J.* **10**, 4159–4167.

Blank, V., Kourilsky, P., and Israel, A. (1992). *TIBS* **4**, 135–140.

Bohnlein, E., Lowenthal, J. W., Siekevitz, M., Ballard, D. W., Franza, B. R., and Greene, W. C. (1988). *Cell* **53**, 827–836.

Bose, H. R., Jr. (1992). *Biochim. Biophys. Acta* **1114**, 1–17.

Bours, V., Franzoso, G., Azarenko, V., Park, S., Kanno, T., Brown, K., and Siebenlist, U. (1993). *Cell* **72**, 729–739.

Bours, V., Burd, P. R., Brown, K., Villalobos, J., Park, S., Ryseck, R. P., Bravo, R., Kelly, K., and Siebenlist, U. (1992). *Mol. Cell. Biol.* **12**, 685–695.

Bours, V., Villalobos, J., Burd, P. R., Kelly, K., and Siebenlist, U. (1990). *Nature* **348**, 76–80.

Brach, M. A., Hass, R., Sherman, M. L., Gunji, H., Weichselbaum, R., and Kufe, D. (1991). *J. Clin. Invest.* **88**, 691–695.

Bressler, P., Brown, K., Timmer, W., Bours, V., Siebenlist, U., and Fauci, A. S. (1993). *J. Virol.* **67**, 288–293.

Brown, K., Park, S., Kanno, T., Franzoso, G., and Siebenlist, U. (1993). *Proc. Natl. Acad. Sci. USA* **90**, 2532–2536.

Brownell, E., Mathieson, B., Young, H. A., Keller, J., Ihle, J. N., and Rice, N. R. (1987). *Mol. Cell. Biol.* **7**, 1304–1309.

Brownell, E., Ruscetti, F. W., Smith, R. G., and Rice, N. R. (1988). *Oncogene* **3**, 93–98.

Bull, P., Morley, K. L., Hoekstra, M. F., Hunter, T., and Verma, I. M. (1990). *Mol. Cell. Biol.* **10**, 5473–5485.

Capobianco, A. J., Chang, D., Mosialos, G., and Gilmore, T. D. (1992). *J. Virol.* **66**, 3758–3767.

Capobianco, A. J., Simmons, D. L., and Gilmore, T. D. (1990). *Oncogene* **5**, 257–265.

Chiao, P. J., Miyamoto, S., and Verma, I. M. (1994) *Proc. Natl. Acad. Sci. USA* **91**, 28–32.

Cogswell, P. C., Scheinman, R. I., and Baldwin, A. S., Jr. (1993). *J. Immunol.* **150**, 2794–2804.

Coleman, T. A., Kunsch, C., Maher, M., Ruben, S. M., and Rosen, C. A. (1993). *Mol. Cell. Biol.* **13**, 3850–3859.

Cordle, S. R., Donald, R., Read, M. A., and Hawiger, J. (1993). *J. Biol. Chem.* **268**, 11803–11810.

Cressman, D. E., and Taub, R. (1993). *Oncogene* **8**, 2567–2573.

Davis, J. N., Bargmann, W., and Bose, H. R., Jr. (1990) *Oncogene* **5**, 1109–1115.

Davis, N., Bargmann, W., Lim, M. Y., and Bose, H., Jr. (1990) *J. Virol.* **64**, 584–591.

Davis, N., Ghosh, S., Simmons, D. L., Tempste, P., Liou, H. C., Baltimore, D., and Bose, H. R., Jr. (1991). *Science* **253**, 1268–1271.

deMartin, R., Vanhove, B., Cheng, Q., Hofer, E., Csizmadia, V., Winkler, H., and Bach, F. H. (1993). *EMBO J.* **12**, 2773–2779.

Devary, Y., Rosette, C., DiDonato, J. A., and Karin, M. (1993). *Science* **261**, 1442–1445.

Dobrzanski, P., Ryseck, R. P., and Bravo, R. (1993). *Mol. Cell. Biol.* **13**, 1572–1582.

Dobrzanski, P., Ryseck, R. P., and Bravo, R. (1994). *EMBO J.* **13**, 4608–4616.

Doerre, S., Sista, P., Sun, S. C., Ballard, D. W., and Greene, W. C. (1993). *Proc. Natl. Acad. Sci. USA* **90**, 1023–1027.

Du, W., Thanos, D., and Maniatis, T. (1993). *Cell* **74**, 887–898.

Duckett, C. S., Perkins, N. D., Kowalik, T. F., Schmid, R. M., Huang, E. S., Baldwin, A. S., Jr., and Nabel, G. J. (1993). *Mol. Cell. Biol.* **13**, 1315–1322.

Duyao, M. P., Buckler, A. J., and Sonenshein, G. E. (1990). *Proc. Natl. Acad. Sci. USA* **87**, 4727–4731.

Edbrooke, M. R., Burt, D. W., Cheshire, J. K., and Woo, P. (1989). *Mol. Cell. Biol.* **9**, 1908–1916.

Fan, C. M., and Maniatis, T. (1990). *Genes Dev.* **4**, 29–42.

Finco, T. S., and Baldwin, A. S., Jr. (1993). *J. Biol. Chem.* **268**, 17676–17679.

Franzoso, G., Bours, V., Azarenko, V., Park, S., Tomita-Yamaguchi, M., Kanno, T., Brown, K., and Siebenlist, U. (1993). *EMBO J.* **12**, 3893–3901.

Franzoso, G., Bours, V., Park, S., Tomita-Yamaguchi, M., Kelly, K., and Siebenlist, U. (1992). *Nature* **359**, 339–342.

Freimuth, W. W., Depper, J. M., and Nabel, G. J. (1989). *J. Immunol.* **143**, 3064–3068.

Fujita, T., Nolan, G. P., Ghosh, S., and Baltimore, D. (1992). *Genes Dev* **6**, 775–787.

Fujita, T., Nolan, G. P., Liou, H. C., Scott, M. L., and Baltimore, D. (1993). *Genes Dev.* **7** 1354–1363.

Ganchi, P. A., Sun, S. C., Greene, W. C., and Ballard, D. W. (1992). *Mol. Biol. Cell* **3**, 1339–1352.

Ganchi, P. A., Sun, S. C., Greene, W. C., and Ballard, D. W. (1993). *Mol. Cell. Biol* **13**, 7826–7835.

Geisler, R., Bergmann, A., Hiromi, Y., and Nusslein-Volhard, C. (1992). *Cell* **71**, 613–621.

Gerondakis, S., Morrice, N., Richardson, I. B., Wettenhall, R., Fecondo, J., and Grumont, R. J. (1993). *Cell Growth Differ.* **4**, 617–627.

Ghosh, S., and Baltimore, D. (1990). *Nature* **344**, 678–682.

Ghosh, S., Gifford, A. M., Riviere, L. R., Tempste, P., Nolan, G. P., and Baltimore, D. (1990) *Cell* **62**, 1019–1029.

Gilmore, T. D. (1990). *Cell* **62**, 841–843.

Gilmore, T. D. (1991). *TIG* **7**, 318–322.

Govind, S., and Steward, R. (1991). *TIG* **7**, 119–125.

Griffin, G. E., Leung, K., Folks, T. M., Kunkel, S., and Nabel, G. J. (1989). *Nature* **339**, 70–73.

Grilli, M., Chiu, J. S., and Lenardo, M. J. (1993). In "*International Review of Cytology*," Vol. 143, pp. 1–62. Academic Press, San Diego.

Grimm, S., and Baeuerle, P. A. (1993). *Biochem. J.* **290**, 297–308.

Grimm, S., and Baeuerle, P. A. (1994). *Oncogene* **9**, 2391–2398.

Grumont, R. J., and Gerondakis, S. (1990). *Oncogene Res.* **5**, 245–254.

Grumont, R. J., Richardson, I. B., Gaff, C., and Gerondakis, S. (1993). *Cell Growth Differ.* **4**, 731–743.

Hannink, M., and Temin, H. M. (1989). *Mol. Cell. Biol.* **9**, 4323–4386.

Hannink, M., and Temin, H. M. (1990). *Oncogene* **5**, 1843–1850.

Hansen, S. K., Nerlov, C., Zabel, U., Verde, P., Johnsen, M., Baeuerle, P. A., and Blasi, F. (1992). *EMBO J.* **11**, 205–213.

Haskill, S., Beg, A. A., Tompkins, S. M., Morris, J. S., Yurochko, A. D., Sampson-Johannes, A., Mondal, K., Ralph, P., and Baldwin, A. S., Jr. (1991). *Cell* **65**, 1281–1289.

Hatada, E. N., Naumann, M., and Scheidereit, C. (1993). *EMBO J.* **12**, 2781–2788.

Hayashi, T., Sekine, T., and Okamoto, T. (1993). *J. Biol. Chem.* **268**, 26790–26795.

Henkel, T., Machleidt, T., Alkalay, I., Kronke, M., Ben-Neriah, Y., and Baeuerle, P. A. (1993). *Nature* **365**, 182–185.

Henkel, T., Zabel, U., van Zee, K., Muller, J. M., Fanning, E., and Baeuerle, P. A. (1992). *Cell* **68**, 1121–1133.

Herzog, N. K., Bargmann, W. J., and Bose, H. R., Jr. (1986). *J. Virol.* **57**, 371–375.

Hirai, H. Fujisawa, J., Suzuki, T., Ueda, K., Muramatsu, M., Tsuboi, A., Arai, N., and Yoshida, M. (1992). *Oncogene* **7**, 1737–1742.

Inoue, J. I., Kerr, L. D., Ransone, L. J., Bengal, E., Hunter, T., and Verma, I. M. (1991). *Proc. Natl. Acad. Sci. USA* **88**, 3715–3719.

Inoue, J. I., Kerr, L. D., Kakizuka, A., and Verma, I. M. (1992a). *Cell* **68**, 1–20.

Inoue, J. I., Kerr, L. D., Rashid, D., Davis, N., Bose, H. R., Jr., and Verma, I. M. (1992b). *Proc. Natl. Acad. Sci. USA* **89**, 4333–4337.

Inoue, J. I., Takahara, T., Akizawa, T., and Hino, O. (1993). *Oncogene* **8**, 2067–2073.

Ip, Y. T., Reach, M., Engstrom, Y., Kadalayil, L., Cai, H., Gonzalez-Crespo, S., Tatei, K., and Levine, M. (1993). *Cell* **75**, 753–763.

Irish, V. F., and Gelbart, W. M. (1987). *Genes Dev.* **1**, 868–879.

Israel, A., Kimura, A., Kieran, M., Yano, O., Kanellopoulos, J., Le Bail, O., and Kourilsky, P. (1987). *Proc. Natl. Acad. Sci. USA* **84**, 2653–2657.

Israel, A., Le Bail, O., Hatat, D., Piette, J., Kieran, M., Logeat, F., Wallach, D., Fellous, M., and Kourilsky, P. (1989). *EMBO J.* **8**, 3793–3800.

Israel, A., Geougerot-Pocidalo, M. A., Aillet, F., and Virelizier, J. L. (1992). *J. Immunol.* **149**, 3386–3393.

Iwasaki, T., Uehara, Y., Graves, L. Rachie, N., and Bomsztyk, K. (1992). *FEBS* **298**, 240–244.

Jamieson, C., Mauxion, F., and Sen, R. (1989). *J. Exp. Med.* **170**, 1737–1743.

Jonat, C., Rahmsdorf, H. J., Park, K. K., Cato, A. C. B., Gebel, S., Ponta, H., and Herrlich, P. (1990). *Cell* **62**, 1189–1204.

Kabrun, N., Bumstead, N., Hayman, M. J., and Enrietto, P. J. (1990). *Mol. Cell. Biol.* **10**, 4788–4794.

Kabrun, N., Hodgson, J. W., Doemer, M., Mak, G., Franza, B. R., Jr., and Enrietto, P. J. (1991). *Proc. Natl. Acad. Sci. USA* **88**, 1783–1787.

Kamens, J., Richardson, P., Mosialos, G., Brent, R., and Gilmore, T. (1990). *Mol. Cell. Biol.* **10**, 2840–2847.

Kang, S. M., Tran, A. C., Grilli, M., and Lenardo, M. J. (1992). *Science* **256**, 1452–1456.

Kanno, M., Fromental, C., Staub, A. Ruffenach, F., Davidson, I., and Chambon, P. (1989). *EMBO J.* **8**, 4205–4214.

Kaszubska, W., van Huijsduijnen, R. H., Ghersa, P., DeRaemy-Schenk, A. M., Chen, B. P. C., Hai, T., DeLamarter, J. F., and Whelan, J. (1993). *Mol. Cell Biol.* **13**, 7180–7190.

Kawakami, K., Scheidereit, C., and Roeder, R. G. (1988). *Proc. Natl. Acad. Sci. USA* 85, 4700–4704.

Kerr, L. D., Inoue, J. I., Davis, N., Link, E., Baeuerle, P. A., Bose, H. R., Jr., and Verma, I. M. (1991). *Genes Dev.* 5, 1464–1476.

Kerr, L. D., Duckett, C. S., Wamsley, P., Zhang, Q., Chiao, P., Nabel, G., McKeithan, T. W., Baeuerle, P. A., and Verma, I. M. (1992). *Genes Dev.* 6, 2352–2363.

Kerr, L. D., Ransone, L. J., Wamsley, P., Schmitt, M. J., Boyer, T. G., Zhou, Q., Berk, A. J., and Verma, I. M. (1993). *Nature* 365, 412–419.

Kidd, S. (1992). *Cell* 71, 623–635.

Kieran, M., Blank, V., Logeat, F., Vandekerckhove, J., Lottspeich, F., Le Bail, O., Urban, M. B., Kourilsky, P., Baeuerle, P. A., and Israel, A. (1990). *Cell* 62, 1007–1018.

Kochel, T., Mushinski, J. F., and Rice, N. R. (1991). *Oncogene* 6, 615–626.

Koong, A. C., Chen, E. Y., and Giaccia, A. J. (1994). *Cancer Res.* 54, 1425–1430.

Kretzschmar, M., Meisterernst, M., Scheidereit, C., Li, G., and Roeder, R. (1992). *Genes Dev.* 6, 761–774.

Kuang, A. A., Novak, K. D., Kang, S. M., Bruhn, K., and Lenardo, M. J. (1993). *Mol. Cell. Biol.* 13, 2536–2545.

Kumar, A., Haque, J., Lacoste, J., Hiscott, J., and Williams, B. R. G. (1994). *Proc. Natl. Acad. Sci. USA* 91, 6288–6292.

Kumar, S., and Gelinas, C. (1993). *Proc. Natl. Acad. Sci. USA* 90, 8962–8966.

Kumar, S., Rabson, A. B., and Gelinas, C. (1992). *Mol. Cell. Biol.* 12, 3094–3106.

Kunsch, C., Ruben, S. M., and Rosen, C. A. (1992). *Mol. Cell. Biol.* 12, 4412–4421.

Laherty, C. D., Perkins, N. D., and Dixit, V. M. (1993). *J. Biol. Chem.* 268, 5032–5039.

Lalmanach-Girard, A. C., Chiles, T. C., Parker, D. C., and Rothstein, T. L. (1993). *J. Exp. Med.* 177, 1215–1219.

Lander, H. M., Sehajpal, P., Levine, D. M., and Novogrodsky, A. (1993). *J. Immunol.* 150, 1509–1516.

LeClair, K. P., Blanar, M. A., and Sharp, P. A. (1992). *Proc. Natl. Acad. Sci. USA* 89, 8145–8149.

Lenardo, M. J., Fan, C. M., Maniatis, T., and Baltimore, D. (1989). *Cell* 57, 287–294.

Lenardo, M. J., Kuang, A., Gifford, A., and Baltimore, D. (1988). *Proc. Natl. Acad. Sci. USA* 85, 8825–8829.

Lenardo, M. Pierce, J. W., and Baltimore, D. (1987). *Science* 236, 1573–1577.

Lernbecher, T., Kistler, B., and Wirth, T. (1994). *EMBO J.* 13, 4060–4069.

Lernbecher, T., Müller, U., and Wirth, T. (1993). *Nature* 365, 767–770.

Leung, K., and Nabel, G. J. (1988). *Nature* 333, 776–778.

Leveillard, T., and Verma, I. M. (1993) *Gene Exp.* 3, 135–150.

Lilienbaum, A., Dodon, M. D., Alexandre, C., Gazzolo, L., and Paulin, D. (1990). *J. Virol.* 64, 256–263.

Lim, M. Y., Davis, N., Zhang, J., and Bose, H. R., Jr. (1990). *Virology* 175, 149–160.

Liou, H. C., and Baltimore, D. (1993). *Curr. Opinion Cell Biol.* 5, 477–487.

Liou, H. C., Nolan, G. P., Ghosh, S., Fujita, T., and Baltimore, D. (1992). *EMBO J.* 11, 3003–3009.

Liou, H. C., Sha, W. C., Scott, M. L., and Baltimore, D. (1994). *Mol. Cell. Biol.* 14, 5349–5359.

Liu, J., Chiles, T. C., Sen, R., and Rothstein, T. L. (1991). *J. Immunol.* 146, 1685–1691.

Logeat, F., Israel, N., Ten, R., Blank, V., Le Bail, O., Kourilsky, P., and Israel, A. (1991). *EMBO J.* 10, 1827–1832.

Lu, D., Thompson, J. D., Gorski, G. K., Rice, N. R., Mayer, M. G., and Yunis, J. J. (1991). *Oncogene* 6 1235–1241.

290                  SHIGEKI MIYAMOTO AND INDER M. VERMA

Maran, A., Maitra, R. K., Kumar, A., Dong, B., Xiao, W., Li, G., Williams, B.R.G., Tarreau, P. F., and Silverman, R. H. (1994). *Science* 265, 789–792.

Mauxion, F., and Sen, R. (1989). *Mol. Cell. Biol.* 9, 3548–3552.

Mellits, K. H., Hay, R. T., and Goodbourn, S. (1993). *Nucleic Acids Res.* 21, 5059–5066.

Mercurio, F., DiDonato, J. A., Rosette, C., and Karin, M. (1993). *Genes Dev.* 7, 705–718.

Mercurio, F., Didonato, J., Rosette, C., and Karin, M. (1992). *DNA Cell Biol.* 11, 523–537.

Meyer, M., Schreck, R., and Baeuerle, P. A. (1993). *EMBO J.* 12, 2005–2015.

Meyer, R., Hatada, E. N., Hohmann, H. P., Haiker, M., Bartsch, C., Rothlisberger, U., Lahm, H. W., Schlaeger, E. J., van Loon, A. P. G. M., and Scheidereit, C. (1991). *Proc. Natl. Acad. Sci. USA* 88, 966–970.

Mihm, S., Ennen, J., Pessara, U., Kurth, R., and Droge, W. (1991). *AIDS 1991* 5, 497–503.

Mitchelmore, C., Traboni, C., and Coretese, R. (1990). *Nucleic Acids Res.* 19, 141–147.

Miyamoto, S., Chiao, P., and Verma, I. M. (1994a). *Mol. Cell. Biol.* 14 3276–3282.

Miyamoto, S., Schmitt, M. J., and Verma, I. M. (1994b). *Proc. Natl. Acad. Sci. USA* 91, 5056–5060.

Miyamoto, S., Maki, M., Schmitt, M. J., Hatanaka, M. and Verma, I. M. (1994c). *Proc. Natl. Acad. Sci. USA*, in press.

Moore, B. E., and Bose, H. R., Jr. (1989). *Oncogene* 4, 845–852.

Morin, P., J., and Gilmore, T. D. (1992). *Nucleic Acids Res.* 20, 2452–2458.

Morrison, L. E., Kabrun, N., Mudri, S., Hayman, M. J., and Enrietto, P. J. (1989). *Oncogene* 4, 677–683.

Mosialos, G., Hamer, P., Capobianco, A. J., Laursen, R. A., and Gilmore, T. D. (1991). *Mol. Cell. Biol.* 11, 5867–5877.

Nabel, G., and Baltimore, D. (1987). *Nature* 326, 711–713.

Nakamura, T., Donovan, D. M., Hamada, K., Sax, C. M., Norman, B., Flanagan, J. R., Ozato, K., Westphal, H., and Piatigorsky, J. (1990). *Mol. Cell. Biol.* 10, 3700–3708.

Narayanan, R., Klement, J. F., Ruben, S. M., Higgins, K. A., and Rosen, C. A. (1992). *Science* 256, 367–370.

Naumann, M., and Scheidereit, C. (1994). *EMBO J.* 13, 4597–4607.

Nelson, K. J., Kelley, D. E., and Perry, R. P. (1985). *Proc. Natl. Acad. Sci. USA* 82, 5305–5309.

Neri, A., Chang, C. C., Lombardi, L., Salina, M., Corradini, P., Maiolo, A. T., Chaganti, R. S. K., and Dalla-Favera, R. (1991). *Cell* 67, 1075–1087.

Neumann, M., Tsapos, K., Scheppler, J. A., Ross, J., and Franza, B. R., Jr. (1992). *Oncogene* 7, 2095–2104.

Nishizawa, M., and Nagata, S. (1990). *Mol. Cell. Biol.* 10, 2002–2011.

Nolan, G. P., and Baltimore, D. (1992). *Curr. Opinion Genet. Dev.* 2, 211–220.

Nolan, G. P., Fujita, T., Bhatia, K., Huppi, C., Liou, H. C., Scott, M. L., and Baltimore, D. (1993). *Mol. Cell. Biol.* 13, 3557–3566.

Nolan, G. P., Ghosh, S., Liou, H. C., Tempst, P., and Baltimore, D. (1991). *Cell* 64, 961–969.

Nomura, N., Zhao, M. J., Nagase, T., Maekawa, T., Ishizaki, R., Tabata, S., and Ishii, S. (1991). *J. Biol. Chem.* 266, 8590–8594.

Norris, J. L., and Manley, J. L. (1992). *Genes Dev.* 6 1654–1667.

Novak, T. J., Chen, D., and Rothenberg, E. (1990). *Mol. Cell. Biol.* 10, 6324–6334.

Ohno, H., Takimoto, G., and McKeithan, T. W. (1990). *Cell* 60, 991–997.

Olashaw, N. E., Kowalik, T. F., Huang, E. S., and Pledger, W. J. (1992). *Mol. Biol. Cell.* 3, 1131–1139.

Pahl, H. L., and Baeuerle, P. A. (1994). *BioEssays* 16, 497–502.

Palombella, V. J., Rando, O. J., Goldberg, A. L., and Maniatis, T. (1994). *Cell* 78, 773–785.

Paya, C. V., Ten, R. M., Bessia, C., Alcami, J., Hay, R. T., and Virelizier, J. L. (1992). *Proc. Natl. Acad. Sci. USA* 89, 7826–7830.

Perkins, N. D., Edwards, N. L., Duckett, C. S., Agranoff, A. B., Schmid, R. M., and Nabel, G. J. (1993). *EMBO J.* **12**, 3551–3558.

Perkins, N. D., Schmid, R. M., Duckett, C. S., Leung, K., Rice, N. R., and Nabel, G. J. (1992). *Proc. Natl. Acad. Sci. USA* **89**, 1529–1533.

Potter, D. A., LaRson, C. J., Eckes, P., Schmid, R. M., Nabel, G. J., Verdine, G. L., and Sharp, P. A. (1993). *J. Biol. Chem.* **268**, 18882–18890.

Ray, R. P., Arora, K., Nusslein-Volhard, C., and Gelbart, W. M. (1991). *Development* **113**, 35–54.

Rechsteiner, M. (1990). *Cell Biol.* **1**, 433–440.

Rice, N. R., and Ernst, M. K. (1993). *EMBO J.* **12**, 4685–4695.

Rice, N. R., MacKichan, M. L., and Israel, A. (1992). *Cell* **71**, 243–253.

Richardson, P. M., and Gilmore, T. D. (1991). *J. Virol.* **65**, 3122–3130.

Riviere, Y., Blank, V., Kourilsky, P., and Israel, A. (1991). *Nature* **350**, 625–626.

Ron, D., Brasier, A. R., and Habener, J. F. (1991). *Mol. Cell. Biol.* **11**, 2887–2895.

Roth, S., Stein, D., and Nusslein-Volhard, C. (1989). *Cell* **59**, 1189–1202.

Ruben, S. M., Dillon, P. J., Schreck, R., Henkel, T., Chen, C. H., Maher, M., Baeuerle, P. A., and Rosen, C. A. (1991). *Science* **251**, 1490–1493.

Ruben, S. M., Narayanan, R., Klement, J. F., Chen, C. H., and Rosen, C. A. (1992). *Mol. Cell. Biol.* **12**, 444–454.

Rushlow, C., Frasch, M., Doyle, H., and Levine, M. (1987). *Nature* **330**, 583–586.

Rustgi, A. K., Van't Veer, L. J., and Bernards, R. (1990). *Proc. Natl. Acad. Sci. USA* **87**, 8707–8710.

Ryseck, R. P., Bull, P., Takamiya, M., Bours, V., Siebenlist, U., Dobrzanski, P., and Bravo, R. (1992). *Mol. Cell. Biol.* **12**, 674–684.

Sambucetti, L. C., Cherrington, J. M., Wilkinson, G. W. G., and Mocarski, E. S. (1989). *EMBO J.* **8**, 4251–4258.

Scala, G., Quinto, I., Ruocco, M. R., Mallardo, M., Ambrosino, C., Squitieri, B., Tassone, P., and Venuta, S. (1993). *J. Virol.* **67**, 2853–2861.

Scheinman, R. I., Beg, A. A., and Baldwin, A. S., Jr. (1993). *Mol. Cell. Biol.* **13**, 6089–6101.

Schmid, R. M., Perkins, N. D., Duckett, C. S., Andrews, P. C., and Nabel, G. J. (1991). *Nature* **352**, 733–736.

Schmitz, M. L., and Baeuerle, P. A. (1991). *EMBO J.* **10**, 3805–3817.

Schreck, R., Meier, B., Mannel, D. N., Droge, W., and Baeuerle, P. A. (1992). *J. Exp. Med.* **175**, 1181–1194.

Schreck, R., Rieber, P., and Baeuerle, P. A. (1991). *EMBO J.* **10**, 2247–2258.

Schreck, R., Zorbas, H., Winnacker, E. L., and Baeuerle, P. A. (1990). *Nucleic Acids Res.* **18**, 6497–6502.

Schule, R., Rangarajan, P., Kliewer, S., Ransone, L. J., Bolado, J., Yang, N., Verma, I. M., and Evans, R. M. (1990). *Cell* **62**, 1217–1226.

Scott, M. L., Fujita, T., Liou, H. C., Nolan, G. P., and Baltimore, D. (1993) *Genes Dev.* **7**, 1266–1276.

Sen, R., and Baltimore, D. (1986a). *Cell* **46**, 705–716.

Sen, R., and Baltimore, D. (1986b). *Cell* **47**, 921–928.

Shakhov, A. N., Collart, M. A., Vassalli, P., Nedospasov, S. A., and Jongeneel, C. V. (1990). *J. Exp. Med.* **171**, 35–47.

Shelton, C. A., and Wasserman, S. A. (1993). *Cell* **72**, 515–525.

Shu, H. B., Agranoff, A. B., Nabel, E. G., Leung, K., Duckett, C. S., Neish, A. S., Collins, T., and Nabel, G. J. (1993). *Mol. Cell. Biol.* **13**, 6283–6289.

Shurman, L., Sen, R., and Bergman, Y. (1989). *J. Immunol.* **143**, 3806–3812.

Sica, A., Tan, T. H., Rice, N., Kretzschmar, M., Ghosh, P., and Young, H. A. (1992). *Proc. Natl. Acad. Sci. USA* **89**, 1740–1744.



Siddiqui, A., Gaynor, R., Srinivasan, A., Mapoles, J., and Farr, R. W. (1989). *Virology* **169**, 479–484.

Sif, S., and Gilmore, T. D. (1993). *J. Virol.* **67**, 7612–7617.

Simek, S., and Rice, N. R. (1988). *J. Virol.* **62**, 4730–4736.

Singh, H., LeBowitz, J. H., Baldwin, A. S., Jr., and Sharp, P. A. (1988). *Cell* **52**, 415–423.

Staal, F. J. T., Roederer, M., Herzenberg, L. A., and Herzenberg, L. A. (1990). *Proc. Natl. Acad. Sci. USA* **87**, 9943–9947.

Staudt, L. M., and Lenardo, M. J. (1991). *Annu. Rev. Immunol.* **9**, 373–398.

Stein, B., and Baldwin, A. S., Jr. (1993). *Mol. Cell. Biol.* **13**, 7191–7198.

Stein, B., and Baldwin, A. S., Jr., Ballard, D. W., Greene, W. C., Angel, P., and Herrlich, P. (1993). *EMBO J.* **12**, 3879–3891.

Stein, B., Kramer, M., Rahmsdorf, H. J., Ponta, H., and Herrlich, P. (1989). *J. Virol.* **63**, 4540–4544.

Stephens, R. M., Rice, N. R., Hiebsch, R. R., Bose, H. R., Jr., and Gilden, R. V. (1983). *Proc. Natl. Acad. Sci. USA* **80**, 6229–6233.

Steward, R. (1987). *Science* **238**, 692–694.

Sun, S. C., Ganchi, P. A., Ballard, D. W., and Greene, W. C. (1993). *Science* **259**, 1912–1915.

Ten, R. M., Paya, C. V., Israel, N., Le Bail, O., Mattei, M. G., Virelizier, J. L., Kourilsky, P., and Israel, A. (1992). *EMBO J.* **11**, 195–203.

Tewari, M., Dobrzanski, P., Mohn, K. L., Cressman, D. E., Hsu, J. C., Bravo, R., and Taub, R. (1992). *Mol. Cell. Biol.* **12**, 2898–2908.

Thevenin, C., Kim, S. J., Rieckmann, P., Fujiki, H., Norcross, M. A., Sporn, M. B., Fauci, A. S., and Kehrl, J. H. (1990). *New Biol.* **2**, 793–800.

Toledano, M. B., Ghosh, D., Trinh, F., and Leonard, W. J. (1993). *Mol. Cell. Biol.* **13**, 852–860.

Trepicchio, W. L., and Krontiris, T. G. (1992). *Nucleic Acids Res.* **20**, 2427–2434.

Uckun, F. M., Schieven, G. L., Tuel-Ahlgren, L. M., Dibirdik, I., Myers, D. E., Ledbetter, J. A., and Song, C. W. (1993). *Proc. Natl. Acad. Sci. USA* **90**, 252–256.

Ueberla, K., Lu, Y., Chung, E., and Haseltine, W. A. (1993). *J. Acquired Immune Deficiency Syndrome* **6**, 227–230.

Urban, M. B., and Baeuerle, P. A. (1990). *Genes Dev.* **4**, 1975–1984.

Urban, M. B., Schreck, R., and Baeuerle, P. A. (1991). *EMBO J.* **10**, 1817–1825.

Walker, W. H., Stein, B., Ganchi, P. A., Hoffman, J. A., Kaufman, P. A., Ballard, D. W., Hannink, M., and Greene, W. C. (1992). *J. Virol.* **66**, 5018–5029.

Wall, R., Briskin, M., Carter, C., Govan, H., Taylor, A., and Kincade, P. (1986). *Proc. Natl. Acad. Sci. USA* **83**, 295–298.

Whalen, A. M., and Steward, R. (1993). *J. Cell. Biol.* **123**, 523–534.

Wilhelmsen, K. C., Eggleton, K., and Temin, H. M. (1984). *J. Virol.* **52**, 172–182.

Williams, J. L., Garcia, J., Harrich, D., Pearson, L., Wu, F., and Gaynor, R. (1990). *EMBO J.* **9**, 4435–4442.

Wulczyn, F. G., Naumann, M., and Scheidereit, C. (1992). *Nature* **358**, 597–599.

Xu, X., Prorock, C., Ishikawa, H., Maldonando, E., Ito, Y., and Gelinas, C. (1993) *Mol. Cell. Biol.* **13**, 6733–6741.

Yang-Yen, H. F., Chambard, J. C., Sun, Y. L., Smeal, T., Schmidt, T. J., Drouin, J., and Karin, M. (1990). *Cell* **62**, 1205–1215.

Zabel, U., and Baeuerle, P. A. (1990). *Cell* **61**, 255–265.

Zabel, U., Henkel, T., dos Santos Silva, M., and Baeuerle, P. A. (1993). *EMBO J.* **12**, 201–211.

Zabel, U., Schreck, R., and Baeuerle, P. A. (1991). *J. Biol. Chem.* **266**, 252–260.

Zhang, J., Olson, W., Ewert, D., Bargmann, W., and Bose, H. R., Jr. (1991). *Virology* **183**, 457–466.

# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CIVIL ACTION NO. 06-259-(MPT)


- - - - - - - - - - - - - - - - - - - - - -*
AMGEN, INC., a Delaware corporation;      *
IMMUNEX CORPORATION, a Washington         *
corporation; AMGEN USA INC., a            *
Delaware corporation; AMGEN MANUFACTURING, *
LIMITED, a Bermuda corporation, and       *
IMMUNEX RHODE ISLAND CORPORATION,         *
a Delaware corporation,                   *
                                          *
          Plaintiffs,                     *
     vs.                                  *
                                          *
ARIAD PHARMACEUTICALS, INC.,              *
a Delaware corporation,                   *
                                          *
          Defendant.                      *
- - - - - - - - - - - - - - - - - - - - - -*


Videotaped Deposition of RANJAN SEN, PH.D.

Baltimore, Maryland

Thursday, May 3, 2007

8:08 a.m.


Pages 1 - 227

Reported by:  Karen Young

Videographer:  Brian Mackey

Page 220

15:54:54  1      Q.    To your understanding, did Dr. Sharp win the

15:54:57  2  Nobel prize for any of his work that had to do with

15:55:00  3  NF-kappa B?

15:55:04  4      A.    The citation on the prize is almost

15:55:06  5  exclusively for his work on RNA splicing, which has

15:55:09  6  nothing to do with NF-kappa B.

15:55:10  7      Q.    And then obviously Dr. Baltimore's Nobel

15:55:13  8  prize has nothing to do with NF-kappa B as well.

15:55:16  9      A.    That came before I -- before my time, yes.

15:55:23  10     Q.    Are you familiar with the term PP-40?

15:55:28  11     A.    PP-40.   PP-40.   There was -- I think there

15:55:42  12 was a chicken or turkey protein they called PP-40 once

15:55:46  13 upon a time, but you know, this was a long time ago.

15:55:49  14 It was a V-Rel associated protein called PP-40, but

15:55:53  15 you know, I could be -- this is -- we're talking '80s,

15:55:56  16 when the last I understand it was used, so --

15:56:00  17     Q.    Okay.   So could you confirm that PP-40's the

15:56:03  18 chicken form of the I kappa B protein, or you don't

15:56:06  19 know?

15:56:07  20           MR. GINDLER:   Objection, lacks foundation.

15:56:11  21     A.    PP-40, I believe there's a paper somewhere

15:56:15  22 that says that PP-40 is the I kappa B alpha form in

15:56:21  23 chicken.

15:56:22  24     Q.    Now, do you have any understanding as to

15:56:24  25 whether the chicken form of I kappa B alpha would have

# EXHIBIT D

# articles

# A cytokine-responsive IκB kinase that activates the transcription factor NF-κB

**Joseph A. DiDonato\*, Makio Hayakawa\*, David M. Rothwarf, Ebrahim Zandi & Michael Karin**

*Laboratory of Gene Regulation and Signal Transduction, Department of Pharmacology, University of California at San Diego, 9500 Gilman Drive, La Jolla, California 92093-0636, USA*
*\* These authors contributed equally to this work.*

**Nuclear transcription factors of the NF-κB/Rel family are inhibited by IκB proteins, which inactivate NF-κB by trapping it in the cell cytoplasm. Phosphorylation of IκBs marks them out for destruction, thereby relieving their inhibitory effect on NF-κB. A cytokine-activated protein kinase complex, IKK (for IκB kinase), has now been purified that phosphorylates IκBs on the sites that trigger their degradation. A component of IKK was molecularly cloned and identified as a serine kinase. IKK turns out to be the long-sought-after protein kinase that mediates the critical regulatory step in NF-κB activation.**

Transcription factors of the NF-κB/Rel family are regulated through interactions with IκBs, which are inhibitory proteins[1,2]. With the exception of mature B cells where they are constitutively nuclear, in all other cell types NF-κB dimers are kept in the cytoplasm through association with IκBs, which mask their nuclear localization sequence[1,2]. In response to diverse extracellular stimuli, including proinflammatory cytokines, viral infection, oxidants, phorbol esters and ultraviolet irradiation, the IκBs are rapidly phosphorylated at two serines within their amino-terminal regulatory domains. In two IκB proteins, site-directed mutagenesis[3–7] and biochemical mapping[7] has identified these serines as S32 and S36 in IκBα and S19 and S23 in IκBβ. Phosphorylation at these sites triggers polyubiquitination of the IκBs[7–9] and, as with other proteins[10], targets them for rapid degradation by the 26S proteasome[7,8]. Proteasome inhibitors cause accumulation of IκB, which in stimulated cells is N-terminally phosphorylated, and inhibit NF-κB activation[11,12]. Substitution of two lysines in IκBβ, K20 and K21, one of which is conserved in IκBα, with arginine residues decreases the rate of inducible IκBα ubiquitination and degradation without affecting its phosphorylation[7].

As N-terminal phosphorylation of the IκBs occurs before and is necessary for their ubiquitination and degradation, it is likely to be the principal point of control through which diverse stimuli effect NF-κB activation[13]. However, it is not yet clear whether increased N-terminal phosphorylation of the IκBs is due to activation of an IκB kinase or inhibition of an IκB phosphatase[14,15]. Part of this doubt is due to the fact that a cytokine-responsive protein kinase(s) phosphorylating IκBα at S32/36 or IκBβ at S19/23 has not been previously identified. In addition, okadaic acid, an inhibitor of protein-phosphatase 2A (PP2A), is a potent IκB activator and an inducer of IκB N-terminal phosphorylation[8,14,15]. In fact, an activity that phosphorylates IκBα at S32/36 was detected in okadaic acid-treated cell extracts and had an apparent relative molecular mass ($M_r$) of 700K (ref. 15). It was not established, however, whether this activity is stimulated by proinflammatory cytokines or other agonists and, if so, whether its activation kinetics correlate with those of IκB phosphorylation.

To understand better the signalling mechanism responsible for NF-κB activation, we tested cell extracts for the presence of a protein kinase activity that is activated by tumour-necrosis factor (TNF) and phosphorylates IκBα at S32/36. Such an activity was detected in extracts of TNF-treated HeLa cells and its substrate specificity

and kinetics of activation correlated well with those of IκBα phosphorylation in living cells[7]. We purified this activity and determined a partial peptide sequence for one of its components. Molecular cloning and functional analysis identified this subunit as a protein kinase whose associated IκB kinase activity is rapidly stimulated by proinflammatory cytokines. This activity is inhibited upon dephosphorylation with PP2A. We demonstrate that this protein kinase, IKKα, is critical for NF-κB activation in response to proinflammatory cytokines.

## Purification of an IκBα kinase

To investigate whether phosphorylation of IκBα at S32/36 in response to TNF is due to activation of an IκB kinase specific for these sites, we fractionated extracts of non-stimulated and TNF-stimulated HeLa cells on a Mono-Q column. Column fractions were tested for their ability to phosphorylate a glutathione S-transferase (GST)–IκBα fusion protein containing the N-terminal regulatory domain (residues 1 to 54). The specificity of the kinase and its physiological relevance were examined by using the mutant substrate GST–IκBα(1–54; TT), in which serines 32 and 36 are substituted with threonines. In intact cells this substitution decreases the efficiency of IκBα phosphorylation, indicating that the relevant kinase strongly prefers serines over threonines[7]. As shown in Fig. 1a, TNF stimulation of HeLa cells resulted in rapid activation of a kinase activity that phosphorylates GST–IκBα(1–54). This activity did not phosphorylate GST–IκBα(1–54; TT). Fractionation of extracts of non-stimulated and TNF-stimulated HeLa cells by gel filtration revealed a TNF-stimulated IκBα(1–54) kinase activity that eluted with an apparent $M_r$ of ~900K (Fig. 1b). This activity was not detected when GST–IκBα(1–54; TT) was used as a substrate and also did not phosphorylate GST–IκBα(1–54; AA), in which serines 32 and 36 were substituted with alanines (Fig. 1c). This kinase activity was activated rapidly, peaking 5–10 min after TNF addition (data not shown).

We purified this kinase activity from large-scale cultures of HeLa cells stimulated with TNF. Cytosolic extracts (S-100 fraction) were chromatographed on Q-Sepharose and the active fractions were pooled and chromatographed through a γ-phosphate-linked ATP–Sepharose[16] affinity column. Bound proteins were eluted with ATP and the active fractions pooled and chromatographed on a Superose-6-gel-filtration column. This procedure resulted in ~25,000-fold enrichment of IκBα kinase activity (Table 1). The purified

**articles**

kinase, which we call IκB kinase (IKK), has the same substrate specificity as the TNF-stimulated activity already described (Fig. 2c). To examine the polypeptide composition of IKK, we analysed the Superose-6 column fractions by SDS–polyacrylamide gel electrophoresis (SDS–PAGE) and silver staining. Only two polypeptides, of 85K and 87K, clearly co-eluted with IKK activity at this stage (Fig. 2a). As even the most active fraction contained a number of polypeptides, we applied the pooled Superose-6 IKK fractions to an affinity column of a GST–IκBα(1–54; AA)$_{8x}$ fusion protein covalently linked to agarose. After extensive washing, the column was developed with a NaCl gradient. This resulted in a further fourfold enrichment of IKK activity (Table 1). The composition of the material retained on the affinity column is shown in Fig. 2b. Although this fraction contains several polypeptides, we consistently detected enrichment of the 85K and 87K band, as well as of the 64K band. It is not clear yet whether the other bands represent additional IKK components or contaminants. Gel-filtration analysis of this material indicated that it continued to elute as a very large (~900K) complex.

### Cloning of an IKK protein-kinase subunit

We purified the 85K polypeptide associated with IKK to homogeneity by preparative SDS–PAGE and subjected it to microsequen-

cing. In addition to using oligonucleotide primers based on the obtained sequence, we searched Genebank for related sequences and found that both peptides were contained within a partial sequence of a putative human serine/threonine kinase with unknown function named CHUK[17]. Polymerase chain reaction (PCR) and library screening were used to isolate the complete complementary DNA. Nucleotide sequencing revealed the presence of an open reading frame for a 744-amino-acid polypeptide (Fig. 3; Genebank accession number AF009225). The N-terminal half of the predicted polypeptide contains a 301-amino-acid protein-kinase domain,

**Table 1 Purification of IKK activity**

| Step | Protein yield (mg) | Total IKK activity* |
|---|---|---|
| S-100 | 900 | – |
| Q-Sepharose | 40 | 100% |
| ATP-Sepharose | 0.5 | 170% |
| Superose 6 | 0.035 | 230% |
| IκBα-affinity | 0.009 | 160% |

The yields and relative activities for the various steps involved in IKK purification are shown from a typical 16-litre HeLa cell suspension culture.
* The total IKK activity is approximate because of the difficulty in estimating IKK activity in the starting material owing to the presence of other kinase activities. Also, owing to removal of inhibitors, the kinase activity increases instead of decreases during most of the steps.



**Figure 1** Identification of a TNF-stimulated IκBα kinase activity. **a**, Extracts of non-stimulated or TNF-stimulated HeLa cells were fractionated on a Mono-Q column. Top, elution profile of bulk protein. Bottom, elution of IκBα kinase activity assayed with GST–IκBα(1–54) as a substrate. Fold-stimulation of kinase activity in each fraction was determined by phosphorimaging and is indicated at the bottom. **b**, Extracts of TNF-stimulated and non-stimulated HeLa cells fractionated on a Superose-6 column. Top, phosphorylation of GST–IκBα(1–54) (arrow) by non-stimulated and TNF-stimulated extracts. Bottom, phosphorylation of GST–IκBα(1–54; TT) by TNF-stimulated cell extract. Positions of $M_r$ markers are indicated at the top; the first lane in each panel is input. **c**, Substrate specificity of the most active fractions of each extract. GST–IκBα(1–54) (WT, GST–wild type)GST-IκBα(1–54; AA), and GST-IκBα(1–54; TT) were used as substrates. Coomassie blue(CB)-stained substrates and $^{32}$P-labelling (KA, kinase assay) are shown.

**Figure 2** Purification and substrate specificity of IκBα kinase (IKK). **a**, Cytoplasmic extracts from TNF-stimulated HeLa cells were purified as described. Top, active Superose-6 fractions analysed by SDS–PAGE and silver staining. Fraction numbers are indicated at the top, $M_r$ markers on the right. Arrows, bands that coelute with kinase activity. Bottom, kinase assay (KA) of each fraction with relative activity (RA) indicated underneath. **b**, Fraction 35 was further purified by substrate-affinity chromatography using GST–IκBα(1–54; AA)$_{8x}$ covalently bound to Sepharose. I, input; FT, flow through; NaCl, eluate. The 85K and 87K bands are indicated. Bottom, kinase assay (KA). **c**, Purified IKK was tested for its ability to phosphorylate GST–IκBα(1–54)(WT), GST-IκBα(1–54; AA), GST-IκBα(1–54; TT), full-length IκBα (α-FL), GST-IκBβ(1–44)(WT), GST-IκBβ(1–44; AA), and full-length IκBβ (β-FL). Kinase assay (KA, top) and Coomassie blue (CB, bottom)-stained proteins are shown.



Nature © Macmillan Publishers Ltd 1997

# articles

whereas its C-terminal half, as previously reported[17], contains several protein-interaction motifs, including a leucine zipper and a helix–turn–helix motif. In the light of its function, we renamed the protein encoded by this cDNA as IKKα (for α subunit of IKK).

Cell-free translation of *in vitro* generated IKKα transcripts resulted in production of a polypeptide of the expected size (Fig. 4a; cell-free-translated IKKα migrates more slowly than the p85 IKK subunit owing to the presence of a haemagglutinin(HA) epitope). We tested this protein for IκBα kinase activity. HA–IKKα protein was immunoprecipitated with HA antibody, extensively washed in urea at concentrations of up to 3 M, and the immune complexes incubated with various GST–IκB proteins or GST–c-Jun in the presence of [γ-³²]ATP. This resulted in the efficient phosphorylation of either GST–IκBα(1–54) or full-length GST–IκBα (Fig. 4b). Phosphorylation of either GST–IκBβ(1–44) or full-length GST–IκBβ was less efficient, and GST–IκBα(1–54; TT), GST–IκBα(1–54; AA), GST–IκBβ(1–44; AA) or GST–c-Jun(1–79) were not phosphorylated. This profile of substrate specificity is identical to that of native IKK purified from TNF-treated HeLa cells (Fig. 2c).

## Expression and activation of IKKα

The most efficient NF-κB activators are the proinflammatory cytokines interleukin (IL)-1 and TNF[13,18]. These cytokines are also efficient inducers of IκBα phosphorylation and degradation[7]. We examined the effect of TNF and IL-1 on IKKα-associated kinase activity. HA–IKKα was transiently expressed in HeLa cells. As a control, we transiently transfected HeLa cells with a HA–JNK1 expression vector. After 36 h, these cells were stimulated with TNF or IL-1 for 5 min and the HA-tagged protein kinases immunoprecipitated. HA–IKKα immunoprecipitates from TNF- or IL-1-stimulated cells phosphorylated GST–IκBα(1–54) but did not phosphorylate GST–c-Jun(1–79) (Fig. 5a). By contrast, HA–JNK1 phosphorylated GST–c-Jun(1–79) but not GST–IκBα(1–54). The extent of IKKα activation by TNF or IL-1 was similar to the extent of JNK activation by these cytokines. Time-course analysis indicated that stimulation of IKKα activity occurred rapidly (Fig. 5b). Maximal IκBα kinase activity was reached within 5 min of TNF or IL-1 addition. After 15–30 min, this activity rapidly declined. IKKα activity was also moderately stimulated by the phorbol ester 12-O-tetradecanoylphorbol-13-acetate acetate (TPA; data not shown).

We investigated the substrate specificity of HA–IKKα immune complexes isolated from TNF-stimulated cells and found it to be identical to that of purified IKK (data not shown). Phosphopeptide mapping on Tris–Tricine gels[7] revealed that phosphorylation of GST–IκBα(1–54) occurred on the peptide that contains S32 and





**Figure 4** Cell-free translation of IKKα generates IκB kinase activity. **a**, Cell-free-translated HA-IKKα labelled with ³⁵S-methionine was separated by SDS–PAGE next to affinity-purified IKK stained with silver. **b**, Mock-programmed (V), HA-IKKα- or HA–JNK1-programed reticulocyte lysates were immunoprecipitated with HA antibody and, after washing with 3M urea, immune complex kinase activity was assayed with GST-IκBα(1–54) as substrate. ³⁵S- and ³²P-labelled proteins were detected by autoradiography. **c**, After translation of HA-IKKα and immunoprecipitation, the immune complexes were incubated with either no exogenous substrate (–) or the indicated substrates in kinase buffer and [γ-³²P]ATP. Top, kinase assay (KA) revealed by autoradiography; bottom, Coomassie blue (CB)-stained substrates.

**Figure 3** The predicted amino-acid sequence of IKKα: the two peptides whose sequence was determined are overlined. The kinase domain (KD), leucine zipper (LZ) and helix-loop-helix (HLH) are indicated. Peptide sequences used for primer design are indicated by underlining arrows; the sequences of the three primers are shown.

S36 (Fig. 6). The alanine-substitution mutant GST–IκBα(1–54; AA) was not phosphorylated at all (data not shown; but see Figs 2c and 4c). The use of single-substitution mutants, IκBα(A32) or IκBα(A36), indicated that both purified IKK and HA-IKKα immune complexes phosphorylated both S32 and S36 with comparable efficiency (Fig. 6b, c). However, phosphopeptide mapping of full-length IκBα phosphorylated by either purified IKK or HA-IKKα immune complexes revealed that, in addition to the peptide containing S32 and S36, a smaller amount of $^{32}$P was incorporated into a peptide spanning amino acids 264 to 314 (Fig. 6a, c). When

full-length IκBα(A32/36) was used as a substrate, all of the $^{32}$P was incorporated into that C-terminal peptide. Phosphoaminoacid analysis indicated that phosphorylation occurred at serine residues. Previously we have localized the constitutive phosphorylation sites of IκBα to the same peptide near its C terminus[7] (J.A.D., unpublished results). It is not yet clear, however, whether IKK phosphorylates exactly the same sites.

### IKKα is involved in NF-κB activation

To investigate further the role of IKKα in IκB phosphorylation in

**Figure 5** Expression and cytokine activation of IKK in mammalian cells. **a**, HeLa cells were transiently transfected with either HA-JNK1 or HA-IKKα expression vectors. After 36 h, cells were incubated with either control medium (–), TNF or IL-1 for 5 min and the activities of the HA-tagged kinases were determined by immune-complex kinase assays with GST-c-Jun(1–79) or GST-IκBα(1–54) as substrates. The recovery of HA-JNK1 and HA-IKKα was determined by immunoblotting. **b**, HeLa cells were transfected with HA-IKKα expression vector and were stimulated after 36 h with either TNF or IL-1 for the indicated times, at which point cells were lysed and IKK activity determined by immune-complex kinase assay.









◀ **Figure 6** Mapping of IKK phosphorylation sites on IκBα. **a**, GST-IκBα(1–54), full-length (FL) WT or A32/36 IκBα were phosphorylated by either purified IKK or HA-IKKα immune complexes isolated from TNF-stimulated cells. Equal counts of each protein were digested with trypsin and the resulting digests separated on Tris-Tricine gels together with $M_r$ markers. The ~0.9K peptide corresponds to amino acids 30–38 and the ~6K peptide corresponds to amino acids 263–314 (ref. 7). The location of these tryptic peptides is shown at the top. **b**, Extracts were prepared from HeLa cells stably expressing HA-IKKα that were either non-stimulated or stimulated with TNF for 10 min and immunoprecipitated with either nonspecific (NS) or HA-antibody. The immune complexes were used to phosphorylate full-length WT IκBα, IκBα(A32/36), IκBα(A32) or IκBα(A36). The same proteins were also phosphorylated by purified IKK. Equal amounts of each substrate were analysed by SDS-PAGE and autoradiography. **c**, The proteins in **b** were subjected to tryptic phosphopeptide mapping and the digests resolved on a Tris-Tricine gel.



     Nature © Macmillan Publishers Ltd 1997

## articles

intact cells, we generated a stably transfected pool of HT-29 cells expressing HA-IKKα. Previous studies indicated that TNF induces partial IκBα degradation in these cells with slower kinetics than in other cell lines, especially HeLa (J.A.D., unpublished results). Expression of HA-IKKα in HT-29 cells markedly accelerated IκBα phosphorylation (indicated by the appearance of a slower migrating form[7]) and degradation in response to TNF (Fig. 7). The kinetics of IκBα degradation correlated with the kinetics of IKK activation.

We tested the effect of raised or reduced IKKα expression on NF-κB activation by transient transfection. A 2 × NF-κB–Luc



**Figure 7** Expression of IKKα accelerates IκBα degradation. Pools of HT-29 cells stably expressing HA-IKKα and the parental cells (HT-29) were stimulated with TNF for the indicated times at which point the cells were collected and lysed. Cell lysates were tested by immunoblotting for IκBα degradation[7] and anti-HA-IKKα expression, as well as IKK activity of HA-IKKα immune complexes (KA). The basal and the hyperphosphorylated forms of IκBα are indicated, as is the HA-IKKα band. NS, nonspecific. HA imunoprecipitates of the parental cells do not contain IKK activity (not shown).





**Figure 8** IKKα and NF-κB activation. **a**, HeLa cells were transiently cotransfected with 2 × NF-κB–Luc reporter[12] together with empty expression vector, HA-IKKα expression vector, antisense (AS) IKKα vector (IKKα cDNA cloned in 3′ to 5′ orientation downstream of the β-actin promoter), antisense JNKK1 vector or antisense MKK3 vector. After 36 h, cultures were divided and either left untreated or incubated with either TNF or IL-1. After 3 h, luciferase activity was determined. The average fold-induction of luciferase activity in 3 separate experiments is shown. **b**, Cells were cotransfected with empty expression vector, HA-IKKα or antisense IKKα vectors, alone or in combination. After 36 h, cells were either stimulated or not with TNF for 3 h and luciferase activity determined. **c**, Cells were cotransfected with the indicated reporters together with the indicated amounts of HA-IKKα expression vector. After 36 h, cells were stimulated or not with TNF; after 3 h, luciferase and β-galactosidase activities were determined. Results are also shown from a β-actin-Lac Z reporter.

reporter[12] was cotransfected with an empty expression vector, an HA–IKKα expression vector, or an antisense (AS) IKKα vector into HeLa cells. Expression of HA–IKKα potentiated basal reporter gene activity and its stimulation by TNF or IL-1 (Fig. 8a). By contrast, cotransfection with AS-IKKα blocked induction of 2 × NF-κB reporter activity by IL-1 or TNF. In other experiments, AS-IKKα inhibited induction of 2 × NF-κB–Luc by TPA (data not shown). The inhibition was specific as it was not seen upon cotransfection of either JNKK1 or MKK3 antisense vectors. In addition, the inhibitory effect of antisense IKKα was reversed upon cotransfection of the HA–IKKα vector (Fig. 8b). Furthermore, immunoblot analysis indicated that AS-IKKα inhibited expression of HA–IKKα but not HA–JNK1 (data not shown). The stimulatory effect of HA–IKKα on NF-κB reporter activity was specific as it was not detected using a β-actin–LacZ reporter (Fig. 8c).

### IKK is inactivated by PP2A

The identification of a cytokine-activated IκB kinase suggests that the activation of NF-κB and induction of IκBα phosphorylation by the PP2A-inhibitor okadaic acid[14,15] could be due to negative regulation of IKK itself by PP2A. Such an interpretation is consistent with the rapid inactivation of IKK activity following its stimulation by TNF or IL-1. To test this possibility, we performed the experiment shown in Fig. 9a. Whereas okadaic acid did not affect IκBα phosphorylation by IKK purified from TNF-treated HeLa cells, inclusion of PP2A in the reaction or preincubation of IKK with PP2A diminished IκBα phosphorylation. This effect was inhibited by okadaic acid. To determine the target for PP2A action, we preincubated purified IKK enzyme with PP2A and then performed the kinase reaction in the presence of okadaic acid, which caused a large decrease in IκBα phosphorylation. When PP2A was added during the kinase reaction together with okadaic acid, no effect on IκBα phosphorylation was seen. Hence, IKK activity is sensitive to PP2A. We also found that, once phosphorylated by IKK, IκBα was not dephosphorylated by PP2A (Fig. 9b).

The IκB kinase activity associated with IKKα is also sensitive to PP2A. HA-IKKα immune complexes from transiently transfected non-stimulated or TNF-stimulated cells were treated or not with PP2A and tested for IκBα phosphorylation in the absence or presence of okadaic acid. Like the purified enzyme, the activity of HA–IKKα was sensitive to PP2A (Fig. 9c). Consistent with these results, we find that incubation of HeLa or HT-29 cells, stably expressing HA–IKKα, with okadaic acid caused a slow but considerable increase in IKK activity (Fig. 9d). In addition, cotransfection with the AS–IKKα vector inhibited induction of 2 × NF-κB–Luc by okadaic acid (data not shown).

### Discussion

The proinflammatory cytokines TNF and IL-1 exert many of their effects through activation of transcription factors AP-1 and NF-κB, which mediate induction of genes encoding other cytokines and various proteins involved in the inflammatory response[18–20]. We understand the immediate events involved in TNF (refs 21–23) and IL-1 (refs 24, 25) signalling and how they lead to activation of the Jun N-terminal kinase (JNK) and p38 MAPK cascades that mediate induction of AP-1 activity[26] (Z. G. Liu, unpublished results), but not how these early signalling events lead to NF-κB activation. Although IκB phosphorylation is critical for cytokine-mediated NF-κB activation, the protein kinase(s) responsible was previously unidentified. It was even suggested that increased IκB phosphorylation following cytokine treatment was due to inhibition of a phosphatase. We have now described the purification and molecular cloning of a component of the cytokine-activated protein kinase complex IKK which is responsible for inducible IκB phosphorylation.

Several lines of evidence indicate that IKK is the critical protein kinase mediating NF-κB activation by TNF or IL-1. First, IKK activity is rapidly stimulated by TNF, IL-1 or TPA and its kinetics of

Nature © Macmillan Publishers Ltd 1997

**articles**

activation match those of IκBα phosphorylation and degradation in intact cells. Second, IKK phosphorylates IκBα and β on the same residues, S32/36 and S19/23, respectively, that are phosphorylated in intact cells in response to TPA, IL-1 or TNF[7]. Phosphorylation of these serines triggers the polyubiquitination and degradation of IκB[3–8]. Third, IKK does not phosphorylate mutants of IκBα in which these serines are replaced with threonines. Such mutants are poorly phosphorylated in intact cells and are refractory to cytokine-induced degradation[7]. Fourth, elevated expression of IKKα, the subunit of IKK that we have cloned, accelerates IκBα degradation and potentiates NF-κB activation, whereas expression of an anti-sense IKKα construct blocks NF-κB activation by TNF or IL-1. Fifth, IKK activity is sensitive to PP2A, whereas the specific PP2A inhibitor, okadaic acid, activates NF-κB[14,15] and IKK. On the other hand, PP2A does not dephosphorylate IκBα previously phosphorylated by IKK.

IKK purifies as a very large and stable species composed of several polypeptides. The exact polypeptide composition of IKK remains to be determined and the protein kinase we have cloned, IKKα, is only one subunit of that complex. Although the size of the IKK complex is similar (but not identical) to that of a previously reported IκB kinase[15], the two activities may not be related. The activity of the enzyme studied by Chen et al.[15] depends on its ubiquitination, but we find no evidence that ubiquitination is required for IKK activation. Rather, the critical modification for IKK activation, based on its sensitivity to PP2A, appears to be phosphorylation. In addition, the previously described IκB kinase activity appears to be constitutive[15], whereas IKK activity is rapidly stimulated by cytokines. Nevertheless, IKK isolated from unstimulated cells has a basal activity, amounting to 5–10% of that of the activated enzyme. Indeed, overexpression of IKKα can enhance NF-κB activity even in unstimulated cells. In addition, the upstream inputs that lead to IKK activation are weakly active in unstimulated cells. Inhibition of PP2A, the phosphatase that inactivates IKK, results in slow but considerable IKK activation. The nature of the input responsible for basal IKK activity remains to be identified. It has been shown[27] that

the ubiquitination-dependent IκB kinase can be further activated in vitro by MEKK1; however, expression of a catalytically inactive MEKK1 mutant inhibits JNK activation without affecting NF-κB activation[26] and so far we have been unable to activate IKK in vitro with MEKK1 (unpublished results).

As IKKα is a serine/threonine kinase by sequence and its cell-free translation produces an IκB kinase activity with the same substrate specificity as native IKK, it is likely that it is a catalytic subunit of this complex. IKKα, which is essentially identical in sequence to the putative serine/threonine kinase CHUK, whose function and mechanism of regulation were previously unknown[17], contains protein-interaction motifs in its C-terminal half, including a leucine zipper and a helix–turn–helix. These motifs could mediate interaction of IKKα with other subunits of the IKK complex. Although the IκBs are not part of this complex, IKK binds to an IκBα-affinity column. The IKK subunit responsible for this interaction remains to be identified. Previously, by studying the interaction of JNK with c-Jun, we demonstrated that docking of a signal-regulated protein kinase to its substrate is important for rapid and specific phosphorylation[28].

Although in Jurkat cells TNF induces the degradation of IκBα but not IκBβ[29], in several other cell lines we found that the main difference between the two IκBs was in the rate of their degradation: IκBα is degraded faster than IκBβ[7]. This could be caused by a limiting amount of a protein kinase with a higher affinity for IκBα than for IκBβ. IKK exhibits this property in vitro, phosphorylating IκBα more efficiently than IκBβ. Also, if IκBβ degradation contributes to NF-κB activation during a 3-hour stimulation in HeLa cells, the fact that antisense IKKα RNA blocks NF-κB activation indicates that IKK may also be an IκBβ kinase. But it remains to be seen whether overexpression or activation of IKK accelerates IκBβ phosphorylation and degradation.

Our results establish IKK as the long-sought-after protein kinase that phosphorylates at least IκBα in response to proinflammatory cytokines. The identification of IKK and the molecular cloning of one of its subunits will lead to a better understanding of the

**Figure 9** IKK is sensitive to PP2A. a, IKK was preincubated with or without PP2A catalytic subunit (gift from G. Walter) at 30 °C for 1 h and then assayed for GST-IκBα(1–54) phosphorylation. Where indicated, okadaic acid (OA) was added. b, GST-IκBα(1–54) was phosphorylated by IKK and the kinase was heat-inactivated (h.i.). The phosphorylated substrate was then incubated with PP2A with or without OA as indicated (lanes 1, 2). Lane 3, control kinase reaction; lane 4; PP2A was present throughout the reaction. c, HA-IKKα was immunoprecipitated from transiently transfected HeLa cells incubated in either control medium (C) or in the presence of TNF for the last 5 min (T). The immune complexes were preincubated in the absence (–) or present (+) of PP2A for 1 h and then tested for GST-IκBα(1–54) phosphorylation. As a control, HA immune complexes were also isolated from non-transfected cells (first four lanes). Last two lanes, PP2A sensitivity of purified IKK. d, HeLa cells stably expressing HA-IKKα were incubated with 50 nM okadaic acid for the indicated times, then cells were lysed and the IKK activity assayed with GST-IκBα(1–54) as substrate (top). Degradation of IκBα in these cells was determined by immunoblotting (bottom).







Nature © Macmillan Publishers Ltd 1997

# articles

signalling pathways originating at the TNF and IL-1 receptors that depend on recruitment of TRAF mediators[21–25] to elicit activation of NF-κB and the inflammatory gene-induction response. □

## Methods

**Protein purification.** Suspension cultures of HeLa S3 cells were stimulated with 20 ng ml⁻¹ TNF (R&D Systems) for 5 min at $5 \times 10^4$ cells ml⁻¹. Cells were collected and lysed in buffer A (20 mM Tris-Cl, 20 mM NaF, 20 mM β-glycerophosphate, 19 mM PNPP, 500 μM Na₃VO₄, 2.5 mM metabisulphite, 5 mM benzamidine, 1 mM EDTA, 0.5 mM EGTA, 1 mM PMSF, 10% glycerol, pH 7.6) supplemented with 20 μg ml⁻¹ aprotonin, 2.5 μg ml⁻¹ leupeptin, 8.3 μg ml⁻¹ bestatin, 1.7 μg ml⁻¹ pepstatin and 0.05% NP-40, by using a glass Dounce homogenizer. After centrifugation at 12,000 r.p.m. for 20 min in a Beckman SS34 rotor, the supernatant was recentrifuged at 38,000 r.p.m. for 80 min in a Beckman Ti 50.1 rotor, all at 4 °C. The supernatant (S-100) was flash-frozen and stored at −80 °C. Thawed S-100 fractions were purified over a 56 ml Q-Sepharose FF column equilibrated with buffer A and 0.1% Brij-35 (buffer B). After washing with buffer B plus 100 mM NaCl, the column was eluted with a linear 100–300 mM NaCl gradient. Fractions containing peak IKK activity were pooled, diluted 1:4 and applied to a 5-ml Hi Trap-Q column (Pharmacia). After washing with buffer B, the column was eluted in buffer B plus 300 mM NaCl. IKK-containing fractions were pooled and diluted1:1 with ATP-column buffer[16]. The material was passed 4 times over a 4-ml γ-phosphate-linked ATP-affinity column[16]. After washing with 10 ml ATP column buffer, 0.05% Brij-35, with 10 ml ATP-column buffer, 0.05% Brij-35, 250 mM NaCl, the column was eluted with ATP-column buffer, 0.05% Brij-35, 250 mM NaCl, 10 mM ATP. After 1:3 dilution with buffer B, the eluate was applied to a 1-ml Hi-Trap-Q column. The column was eluted with buffer B plus 300 mM NaCl. IKK-containing fractions were pooled, concentrated and applied to a Superose-6 column, equilibrated and eluted in the same buffer. IKK-containing fractions were pooled and applied to an affinity column of a GST–IκBα(1–54; AA)₈ₓ (eight repeats of the N-terminal domain) covalently linked to Sepharose after 1:4 dilution in buffer A. After washing in buffer A the column was eluted with a NaCl gradient.

**IKK assay, immunoprecipitation and immunoblotting.** Kinase activity was assayed in 20 mM HEPES, 20 mM β-glycerophosphate, 10 mM MgCl₂, 10 mM PNPP, 100 μM Na₃VO₄, 2 mM DTT, 20 μM ATP, 10 μg ml⁻¹ aprotonin, 50–200 mM NaCl, pH 7.5, and (1–10 μCi)[γ-³²P]ATP at 30 °C for 30 min. IκB-substrate proteins were expressed and purified from *E. coli*[7]. HA–IKKα immune complexes were isolated as described[20] and washed in kinase buffer containing 3M urea before determining kinase activity. Immunoblotting was done as described[7].

**Peptide sequencing and mapping.** Polypeptides to be sequenced were purified by preparative SDS–PAGE. The 85K IKKα band was digested *in situ* with endoprotease Lys-C. The resultant peptides were eluted and purified by reverse-phase chromatography on an ABI 173 microblotter. Their sequence was determined on an ABI Procise Protein MicroSequencer. Phosphopeptide mapping on Tris–Tricine gels and amino-acid analysis were done as described[7].

**Plasmids, cell culture and transfections.** The various expression vectors were constructed using standard recombinant DNA procedures. The β-actin promoter[31] was used to drive expression of both HA–IKKα and antisense IKKα. Transient transfections were done as described[16,18]. Stably transfected cell lines were generated as described[7,31] and identified by immunoblot screening of individual clones or pools of clones. Luciferase and β-galactosidase assays have also been described[12,26].

Received 1 May; accepted 4 July 1997.

1. Beg, A. A. & Baldwin, A. S. Jr The IκB proteins: multifunctional regulators of Rel/NF-κB transcription factors. *Genes Dev.* 7, 2064–2070 (1993).
2. Gilmore, T. D. & Morin, P. J. The IκB proteins: members of a multifunctional family. *Trends Genet.* 9, 427–433 (1993).
3. Brockman, J. A. *et al.* Coupling of a signal response domain in IκB to multiple pathways for NF-κB activation. *Mol. Cell. Biol.* 15, 2809–2818 (1995).
4. Brown, K., Gerstberger, E. S., Carlson, L., Franzoso, G. & Siebenlist, U. Control of IκBα proteolysis by site-specific, signal-induced phosphorylation. *Science* 267, 1485–1491 (1995).
5. Traenckner, E. B. *et al.* Phosphorylation of human IκB-α on serines 32 and 36 controls IκB proteolysis and NF-κB activation in response to diverse stimuli. *EMBO J.* 14, 2876–2883 (1995).
6. Whiteside, T. *et al.* N- and C-terminal sequences control degradation of MAD3/IκBα in response to inducers of NF-κB activity. *Mol. Cell. Biol.* 15, 5339–5345 (1995).
7. DiDonato, J. A. *et al.* Mapping of the inducible IκB phosphorylation sites that signal its ubiquitination and degradation. *Mol. Cell. Biol.* 16, 1295–1304 (1996).
8. Chen, Z. *et al.* Signal-induced site-specific phosphorylation targets IκB to the ubiquitin-proteasome pathway. *Genes Dev.* 9, 1586–1597 (1995).
9. Scherer, D. C., Brockman, J., Chen, Z., Maniatis, T. & Ballard, D. Signal-induced degradation of IκBα requires site-specific ubiquitination. *Proc. Natl Acad. Sci. USA* 92, 11259–11263 (1995).
10. Hershko, A. & Cienchanover, A. The ubiquitin system for protein degradation. *Annu. Rev. Biochem.* 61, 761–807 (1992).
11. Alkalay, I. *et al. In vivo* stimulation of IκB phosphorylation is not sufficient to activate NF-κB. *Mol. Cell. Biol.* 15, 1294–1301 (1995).
12. DiDonato, J. A., Mercurio, F. & Karin, M. Phosphorylation of IκBα precedes but is not sufficient for its dissociation from NF-κB. *Mol. Cell. Biol.* 15, 1302–1311 (1995).
13. Verma, I. M., Stevenson, J. K., Schwarz, E. M., Van Antwerp, D. & Miyamoto, S. Rel/NF-κB/IκB family: intimate tales of association and dissociation. *Genes Dev.* 9, 2723–2735 (1995).
14. Sun, S. C., Maggirwar, S. B. & Harhaj, E. Activation of NF-κB by phosphatase inhibitors involves the phosphorylation of IκBα at phosphatase 2A-sensitive sites. *J. Biol. Chem.* 270, 18347–18351 (1995).
15. Chen, Z. J., Parent, L. & Maniatis, T. Site-specific phosphorylation of IκBα by a novel ubiquitination-dependent protein kinase activity. *Cell* 84, 853–862 (1996).
16. Haystead, C. M., Gregory, P., Sturgill, T. W. & Haystead, T. A. γ-Phosphate-linked ATP-Sepharose for the affinity purification of protein kinases. Rapid purification to homogeneity of skeletal muscle mitogen-activated protein kinase kinase. *Eur. J. Biochem.* 214, 459–467 (1993).
17. Connely, M. A. & Marcu, K. B. CHUK, a new member of the helix-loop-helix and leucine zipper families of interacting proteins, contains a serine-threonine kinase catalytic domain. *Cell. Mol. Biol.* Res. 41, 537–569 (1995).
18. Baeuerle, P. A. & Henkel, T. Function and activation of NF-κB in the immune system. *Annu. Rev. Immunol.* 12, 141–179 (1994).
19. Barnes, P. J. & Karin, M. Nuclear factor-κB—A pivotal transcription factor in chronic inflammatory diseases. *New Engl. J. Med.* 336, 1066–1071 (1997).
20. Baeuerle, P. A. & Baltimore, D. NF-κB: ten years after. *Cell* 87, 13–20 (1996).
21. Rothe, M., Wong, S. C., Henzel, W. J. & Goeddel, D. V. A novel family of putative signal transducers associated with the cytoplasmic domain of the 75 kDa tumor necrosis factor receptor. *Cell* 78, 681–692 (1994).
22. Hsu, H., Xiong, J. & Goeddel, D. V. The TNF receptor 1-associated protein TRADD signals cell death and NF-κB activation. *Cell* 81, 495–504 (1995).
23. Hsu, H., Shu, H. H., Pan, M. G. & Goeddel, D. V. TRADD–TRAF2 and TRADD–FADD interactions define two distinct TNF receptor 1 signal transduction pathways. *Cell* 84, 299–308 (1996).
24. Cao, Z., Xiong, J., Takeuchi, M., Kurama, T. & Goeddel, D. V. TRAF6 is a signal transducer for interleukin-1. *Science* 383, 443–446 (1996).
25. Cao, Z., Henzel, W. J. & Gao, X. IRAK: a kinase associated with the interleukin-1 receptor. *Science* 271, 1128–1131 (1996).
26. Liu, Z.-G., Hu, H., Goeddel, D. V. & Karin, M. Dissection of TNF receptor 1 effector functions: JNK activation is not linked to apoptosis, while NF-κB activation prevents cell death. *Cell* 87, 565–576 (1996).
27. Lee, F. S., Hagler, J., Chen, Z. J. & Maniatis, T. Activation of the IκBα kinase complex by MEKK1, a kinase of the JNK pathway. *Cell* 88, 213–222 (1997).
28. Kallunki, T., Deng, T., Hibi, M. & Karin, M. c-Jun can recruit JNK to phosphorylate dimerization partners via specific docking interactions. *Cell* 87, 929–939 (1996).
29. Thompson, J. E., Philips, R. J., Erdjument-Bromage, H., Tempst, P. & Ghosh, S. IκBβ regulates the persistent response in a biphasic activation of NF-κB. *Cell* 80, 573–582 (1995).
30. Kallunki, T. *et al.* JNK2 contains a specificity-determining region responsible for efficient c-Jun binding and phosphorylation. *Genes Dev.* 8, 2996–3007 (1994).
31. Helmberg, A., Auphan, N., Caelles, C. & Karin, M. Glucocorticoid-induced apoptosis of human leukemic cells is caused by the repressive function of the glucocorticoid receptor. *EMBO J.* 14, 452–460 (1995).

Acknowledgements. We thank T. Thannhauser for help with peptide sequencing; C. Horger for the gift of γ-ATP-Sepharose; F. Mercurio and S. Ghosh for IκBβ plasmids; T. Haysted and L. Graves for discussion and for affinity resin; G. Walter for PP2A; M. Pasillas for oligonucleotide synthesis; G. Cadwell for technical assistance; and P. Alford for manuscript preparation. This work was supported by a Program Project grant from the National Cancer Institute and grants from the National Institutes of Environmental Health Sciences and the Human Frontier Science Project (HFSP). M.H., D.R. and E.Z. were supported by postdoctoral fellowships from HFSP, American Cancer Society (ACS) and ACS-California Division.

Correspondence and requests for materials should be addressed to M.K. (e-mail: karin_office@som-BSB.ucsd.edu).

# EXHIBIT E

**LETTERS TO NATURE**

# Rapid proteolysis of IκB-α is necessary for activation of transcription factor NF-κB

Thomas Henkel*, Thomas Machleidt†,
Irit Alkalay‡, Martin Krönke†,
Yinon Ben-Neriah‡ & Patrick A. Baeuerle*§

* Laboratory for Molecular Biology, Gene Center, Am Klopferspitz 18a, W-8033 Martinsried, Germany
‡ Lautenberg Center for General and Tumor Immunology, The Hebrew University, Hadassah Medical School, PO Box 1172, Jerusalem 91010, Israel
† Institut für Mikrobiologie und Hygiene, Trogerstrasse 4A, Technische Universität, W-8000 München, Germany
§ To whom correspondence should be addressed

INDUCIBLE gene expression in eukaryotes is mainly controlled by the activity of transcriptional activator proteins, such as NF-κB (refs 1–3), a factor activated upon treatment of cells with phorbol esters, lipopolysaccharide[4], interleukin-1 and tumour necrosis factor-α[5]. Activation of NF-κB involves release of the inhibitory subunit IκB from a cytoplasmic complex with the DNA-binding subunits Rel-A (formerly p65) and p50 (refs 6, 7). Cell-free experiments have suggested that protein kinase C and other kinases transfer phosphoryl groups onto IκB causing release of IκB and subsequent activation of NF-κB[8–10]. Here we report that IκB-α (formerly MAD-3)[11] is degraded in cells after stimulation with phorbol ester, interleukin-1, lipopolysaccharide and tumour necrosis factor-α, an event coincident with the appearance of active NF-κB. Treatment of cells with various protease inhibitors or an antioxidant completely prevented the inducible decay of IκB-α as well as the activation of NF-κB. Our findings suggest that the activation of NF-κB relies on an inducible degradation of IκB-α through a cytoplasmic, chymotrypsin-like protease. In intact cells, phosphorylation of IκB-α is apparently not sufficient for activation of NF-κB.

We investigated the fate of IκB-α after treatments of cells with various NF-κB-activating stimuli. In extracts from unstimulated 70Z/3 pre-B cells, IκB-α-specific IgG detected a single 38K band on western blots (Fig. 1a, lane 1) which was not seen with the second antibody alone (data not shown). Between 2 and 5 min after the addition of phorbol 12-myristate 13-acetate (PMA) to cell cultures. IκB-α almost completely disappeared from cells (Fig. 1a, compare lanes 3 and 4). The specific immunoreactivity reappeared after 40 min (Fig. 1a, lane 7). The disappearance of IκB-α coincided with the appearance of NF-κB DNA-binding activity in total cell extracts (Fig. 1a, compare lanes 2 and 3), suggesting a causal relationship between the two events. Interleukin (IL-1β), lipopolysaccharide (LPS) and tumour necrosis factor-α (TNF-α) all induced a decay of IκB-α in 70Z/3 or HeLa cells (Fig. 1c), showing that distinct stimuli induced the same reaction. Although most of the IκB-α had already decayed 5 min after stimulation with PMA, TNF-α and IL-1β, it took more than 15 min before there was a rapid decay of the inhibitor in LPS-stimulated 70Z/3 cells. Despite these kinetic differences, the depletion of IκB-α was in each case coincident with the

FIG. 1 The fate of IκB-α in stimulated cells. a, The effect of PMA on IκB-α immunoreactivity in 70Z/3 cells. Cells were treated with PMA for the indicated periods of time (lanes 2 9). Proteins in total cell extracts were separated by SDS PAGE and transferred onto a membrane filter followed by western blot analysis using anti-IκB-α IgG and decoration with peroxidase-labelled anti-rabbit IgG. The arrow indicates the position of IκB-α. A section of a western blot is shown. b, The effect of PMA on the DNA-binding activity of NF-κB. Total cell extracts from control (lane 1) and PMA-treated cells (lanes 2–6) were incubated with a ³²P-labelled DNA probe encompassing the NF-κB-binding motif from the mouse κ light chain enhancer² followed by analysis of DNA-binding activities using electrophoretic mobility shift assay (EMSA). A fluorogram of a native gel is shown. c, The effect of IL-1β, LPS and TNF on the activation of NF-κB and stability of IκB-α. 70Z/3 cells (upper and middle panels) or HeLa cells (lower panel) were treated with IL-1β (lanes 2 -4), LPS (lanes 6 -8) or TNF-α (lanes 10 13) for the indicated periods of time followed by analysis of total cell extracts for NF-κB activity and IκB-α immunoreactivity. Sections of western blots or fluorograms from native gels are shown. The position of the NF-κB-NDNA complex is shown by a filled arrowhead, the position of uncomplexed DNA probe by an open arrowhead and the position of the IκB-α band by an arrow.

METHODS. 70Z/3 cells were cultured as described elsewhere⁴, and treated with 50 ng ml⁻¹ PMA (Sigma), 50 U ml⁻¹ IL-1β (Boehringer Mannheim) or 15 µg ml⁻¹ LPS (Sigma). HeLa cells were cultured in DMEM supplemented with 10% fetal calf serum and 1% L-glutamine, and treated with 200 U ml⁻¹ recombinant human TNF-α (Genzyme). Stimulation was stopped by cooling on ice and immediate centrifugation of cells for 5 s in an Eppendorf microfuge. Cell pellets (10⁶ cells) were lysed with a high-salt extraction buffer⁷. Supernatants of lysates were used for analysis by both western blotting and EMSA, as described²⁷,²⁸. Specificity of the protein–DNA complex was verified



_a_ Time after PMA (min)

_b_ Time after PMA (min)

_c_ Time after IL-1 (min)   70Z/3

Time after LPS (min)   70Z/3

Time after TNF (min)   HeLa

by immunoreactivity with a polyclonal antibody specific for Rel-A (data not shown). Two milligrams of 6 × His-tagged, purified human IκB-α produced in Escherichia coli²⁷ were coupled to 0.5 ml cyanogen bromide-activated sepharose 4CL-B (Pharmacia), according to the instruction of the manufacturer. Specific IgG in 2 ml rabbit antiserum raised against IκB-α²⁷ was affinity-purified²⁸ on IκB-α-sepharose. After extensive washes with phosphate-buffered saline and 2 column vols 0.1 M glycine HCl, pH 2.7, specific antibodies were eluted with 2 vols 4 M guanidinium hydrochloride. The eluate was extensively dialysed against Tris-buffered saline and used for western blotting at a dilution of 1:100 in blocking buffer²⁸.

182

© 1993 Nature Publishing Group

# LETTERS TO NATURE

appearance of NF-κB activity. In contrast to another study[12], no transient change in the electrophoretic mobility of IκB-α was apparent after induction with the various stimuli, even when phosphatase inhibitors were included in the lysis buffer (data not shown). Moreover, we could not detect any breakdown products of IκB-α (data not shown). Because a polyclonal antibody was used, it is unlikely that only one epitope of IκB-α was lost or modified upon stimulation.

The protein synthesis inhibitor cycloheximide (CHX) activates NF-κB in 70Z/3 cells[4]. Following a 1 h treatment of 70Z/3 cells with CHX, the DNA binding of NF-κB was induced only weakly (Fig. 2a, lane 1, upper panel), and significant levels of IκB-α were still present (lower panel). This shows that interference with the normal turnover rate of IκB-α is not sufficient for a rapid activation of NF-κB. When CHX-treated cells were stimulated with PMA, a rapid decay of IκB-α and further induction of NF-κB binding activity were observed with kinetics indistinguishable from those observed in the absence of CHX (compare Fig. 2a with Fig. 1a). But CHX prevented the reappearance of IκB-α seen after a 40 min treatment with PMA alone (compare Fig. 2a with Fig. 1a), consistent with the finding that IκB-α is newly synthesized under transcriptional control by NF-κB[12,14]. We determined a rough half-life of 138 min for IκB-α in CHX-treated 70Z/3 cells (Fig. 2b). If protein synthesis-arrested cells were stimulated with PMA, the half-life of IκB-α was reduced to only 1.5 min during the phase of its fastest decay, showing that PMA induced a two orders of magnitude decrease in the half-life of IκB-α.

The functional significance of the inducible decay of IκB-α for activation of NF-κB was tested by exposure of cell cultures to various protease inhibitors. Six distinct serine protease inhibitors with chymotrypsin-like specificity efficiently prevent the induction of NF-κB DNA-binding activity in response to PMA and TNF-α (Table 1). Constitutive DNA-binding activities, including Oct-1, were not affected and no significant cell death was observed by a dye-exclusion assay and phase-contrast microscopy at inhibitor concentrations preventing NF-κB activation. Leupeptin, antipain and the trypsin inhibitor tosyl-Lys-methylester were not effective, even at high concentrations (T.M. and M.K., manuscript in preparation).

TABLE 1   The effect of various protease inhibitors on the activation of NF-κB

| | IC90 (μM) | |
|---|---|---|
| Protease inhibitor | Jurkat | 70Z/3 |
| Tosyl-Phe-chloromethylketone (TPCK) | 20 | 20 |
| Benzyloxycarbonyl-Leu-Tyr-chloromethylketone (zLYCK) | 10 | 10 |
| Tosyl-Lys-chloromethylketone (TLCK) | 100 | 100 |
| 3,4-Dichloroisocoumarin | 20 | ND |
| N-Benzoyl-DL-Tyr-ethylester (BTEE) | 1,000 | ND |
| N-Acetyl-DL-Phe-β-naphthylester (APNE) | 200 | 200 |

Jurkat and 70Z/3 cell cultures were incubated with the listed compounds at various concentrations for 30 min and then stimulated by either TNF-α (Jurkat cells) or PMA (70Z/3). Total cell or nuclear extracts were prepared and analysed for NF-κB activity using EMSA. IC90, 90% inhibitory concentration; ND, not determined. Jurkat T cells were cultured as described[18]. All compounds (Sigma) were dissolved in DMSO and cells pretreated at various concentrations for 30 min. EMSA was done as described[28].

The effect of tosyl-Phe-chloromethylketone (TPCK) was investigated in more detail. Treatment of cells with 25 μM TPCK fully inhibited the induction of NF-κB activity (Fig. 3a, upper panels) as well as the decay of IκB-α in response to PMA (lower panel). The half-maximal inhibitory concentration (IC50) of TPCK was about 8 μM. The protease inhibitor prevented the activation of NF-κB by IL-1β and LPS in 70Z/3 cells (Fig. 3b, lanes 6 and 7) and by TNF-α in various other cell lines (T.M. and M.K., manuscript in preparation). TPCK did not strongly interfere with NF-κB activity when added after stimulation with PMA, IL-1 or LPS but seemed to arrest a further activation of the factor (Fig. 3b, lanes 10–12). It is unlikely that TPCK acted on protein kinase C (PKC) because IL-1 and TNF-α activate NF-κB independently of PMA-inducible PKC isoenzymes[15,16]. Furthermore, TPCK did not interfere with early signalling events of the TNF receptor[17] (T.M. and M.K., manuscript in preparation). TLCK, an inhibitor of trypsin-like serine proteases, which is highly related in structure and chemical activity to TPCK,

FIG. 2 The effect of a protein synthesis inhibitor on the stability of IκB-α and the activation of NF-κB. a, 70Z/3 cells were treated with cycloheximide (CHX) for 1 h followed by stimulation with PMA for the indicated periods of time. Total cell extracts were assayed for NF-κB activity by EMSA (upper panel). A section of a fluorogram from a native gel is shown with a filled arrowhead indicating the position of the NF-κB–DNA complex. Aliquots of the cell extracts were assayed for IκB-α by western blotting (lower panel). The position of the IκB-α band is indicated by an arrow. b, Half-life of IκB-α in protein synthesis-arrested cells. Cells were treated with CHX alone (left panel) or after a 1 h treatment with CHX, induced with PMA for the indicated times (right panel). Total cell extracts of equal protein content were analysed by western blotting followed by densitometric quantitation of the 38K IκB-α band in fluorograms. The amounts of IκB-α detected with CHX treatment alone (left panel; open triangles) and after PMA stimulation (right panel, filled triangles) are shown on a half-logarithmic plot. Dotted lines indicate the portion of the slopes used for estimation of t1/2 values. The dashed line in the right panel indicates the decay of IκB-α in the absence of PMA, as determined in the left panel.
METHODS. 70Z/3 cells were treated with 25 μg ml⁻¹ cycloheximide (Sigma). At 10 μg ml⁻¹, protein synthesis is inhibited to 90% in 70Z/3 cells[29]. Cell culture, extract preparation, EMSA, SDS–PAGE and western blotting were as described in the legend to Fig. 1. Densitometric scanning was done with a Howtek Scanmaster 3 and data analysed by the software Quantity One Version 2.2.





183

© 1993 Nature Publishing Group

## LETTERS TO NATURE



FIG. 3 The effect of various inhibitors on the activation of NF-κB and stability of IκB-α. a, The effect of TPCK. 70Z/3 cells were stimulated with PMA for the indicated times in the absence (left panel) or presence of 25 μM TPCK (1 h pretreatment). Cell extracts were analysed for NF-κB activity by EMSA (upper panels) and for IκB-α levels by western blotting (lower panel). An arrow indicates the position of the 38K IκB-α band in western blots. The faint lower band is nonspecific because its abundance was strongly reduced when affinity-purified antibody was used. The position of the NF-κB–DNA complex in the sections of fluorograms is indicated by filled arrowheads. b, The effect of TPCK on the activation of NF-κB by IL-1β, LPS and PMA in 70Z/3 cells. Co, Control cells. Cells were treated with TPCK 10 min before stimulation (lanes 6 8) or, for 10 min, following treatments of cells for 30 min with IL-1 (L) and PMA (P), and for 60 min with LPS (L) (lanes 10–12). Total cell extracts from control (lanes 1–4) and TPCK-treated cells (lanes 5–12) were analysed for NF-κB activity by EMSA. c, The effect of TLCK on the activation of NF-κB by PMA. 70Z/3 cells were left untreated (lane 1) or treated for 10 min with either 25 μM TPCK (lane 2) or 25 μM TLCK (lane 3) followed by addition of PMA. Cell extracts were analysed by EMSA for NF-κB activity. d, The effect of the antioxidant PDTC. Cells were treated for the indicated periods of time with PMA in the absence or presence of 100 μM PDTC added 1 h before stimulation. Cell extracts were analysed for NF-κB activity by EMSA (upper panels) and for IκB-α levels by western blotting (lower panel).

METHODS. Cell culture, extract preparation, EMSA, SDS-PAGE and western blotting were as described in the legend to Fig. 1. 70Z/3 cells were pretreated with 25 μM TPCK or TLCK (Sigma) dissolved in dimethylsulphoxide (DMSO). Control cultures received an equivalent amount of DMSO. Cell cultures were treated with the ammonium salt of PDTC (Sigma), as described in detail elsewhere[30].

could not prevent activation of NF-κB at a concentration of 25 μM (Fig. 3c, lane 3), but only at 100 μM (Table 1). The pharmacological data strongly support the requirement of proteolytic degradation of IκB-α for the activation of NF-κB. The inhibitor profile suggests the involvement of a serine protease with chymotrypsin-like specificity, which we will refer to as IκB-α protease. We cannot rule out that the protease inhibitors interfered with another proteolytic step located upstream from the IκB-α protease. But this appears unlikely in view of the diversity of NF-κB activators, which might have very few upstream pathways in common.

Reactive oxygen intermediates (ROIs) seem to play a role as messengers in the activation of NF-κB by many inducing conditions[18 20]. A potent antioxidant inhibitor of NF-κB activation is pyrrolidinedithiocarbamate (PDTC)[20]. No significant decay of IκB-α or activation of NF-κB was seen after PMA stimulation in 70Z/3 cells pre-treated with 100 μM PDTC (Fig. 3d), suggesting the proteolysis of IκB-α is controlled by ROIs. PDTC does not interfere with the PMA-induced membrane association and kinase activity of PKC[21], which argues against a direct phosphorylation of IκB-α by PKC in intact cells.

An inducible degradation of IκB-α could have been controlled by different mechanisms. First, a covalent modification could have tagged IκB-α for degradation by a constitutive protease. Second, the IκB-α-protease could be newly activated. The protease (or a protease inhibitor) could be a direct target for protein kinases or ROIs. Third, both tagging of the substrate as well as induction of protease activity were required. A controlled proteolytic degradation of IκB-α is exquisitely suited for an irreversible activation of NF-κB. The only mechanism to re-

inhibit activated NF-κB is then through newly synthesized IκB-α. This would explain why nuclear NF-κB is inactivated in PMA-treated 70Z/3 cells depending on new protein synthesis[22], and why IκB-α can enter the nucleus[23] and remove NF-κB from DNA[24]. An important open question is whether the IκB-α-protease can attack IκB-α in the cytoplasmic complex with NF-κB or only after its release from NF-κB. A selective degradation of a subunit within a transcriptional regulator was observed with the α2 repressor from yeast[25]. Is phosphorylation required for the release of IκB-α from NF-κB? No data have yet been obtained from intact cells in strong support for an inducible phosphorylation of IκB-α, although a constitutive phosphorylation of IκB-α was observed (I.A. and Y.B.-N., unpublished data). Our data can only be reconciled with in vitro kinase data[8 10] on the assumption that degradation is required in intact cells to eliminate phosphorylation-released IκB-α rapidly. This would prevent IκB-α, once it is dephosphorylated, from re-inhibiting NF-κB. But given the strong effect of protease inhibitors, IκB-α phosphorylation alone appears insufficient for activation of NF-κB in intact cells. NF-κB is critically involved in many pathological events including progression of AIDS, the acute phase response and the activation of immune and endothelial cells during toxic shock, allograft rejection, ultraviolet and radiation responses[1,26]. We thus expect specific inhibitors of the IκB-α protease to be effective as novel anti-inflammatory and immunosuppressive drugs. □

Received 11 March; accepted 18 June 1993.

1. Blank, V., Kourilsky, P. & Israel, A. Trends biochem Sci. 17, 135 140 (1992).
2. Nolan, G. P. & Baltimore, D. Curr. Opin. Genet. Dev. 2, 211 220 (1992).

© 1993 Nature Publishing Group

**LETTERS TO NATURE**

3. Grimm, S. & Baeuerle, P. A. Biochem. J. 290, 297–308 (1993).
4. Sen, R. & Baltimore, D. Cell 47, 921–928 (1986).
5. Osborn, L., Kunkel, S. & Nabel, G. J. Proc. natn. Acad. Sci. U.S.A. 86, 2336–2340 (1989).
6. Baeuerle, P. A. & Baltimore, D. Cell 53, 211–217 (1988).
7. Baeuerle, P. A. & Baltimore, D. Science 242, 540–546 (1988).
8. Shirakawa, F. & Mizel, S. Molec. cell. Biol. 9, 2424–2430 (1989).
9. Ghosh, S. & Baltimore, D. Nature 344, 678–682 (1990).
10. Kerr, L. D. et al. Genes Dev. 5, 1464–1476 (1991).
11. Haskill, S. et al. Cell 65, 1281–1289 (1991).
12. Brown, K., Park, S., Kanno, T., Franzoso, G. & Siebenlist, U. Proc. natn. Acad. Sci. U.S.A. 90, 2532–2536 (1993).
13. Sun, S. C., Ganchi, P. A., Ballard, W. & Greene, W. C. Science 259, 1912–1915 (1993).
14. de Martin, R. et al EMBO J. (in the press).
15. Bomsztyk, K. et al. Cell Regul. 2, 329–337 (1991).
16. Mechle, A., Schütze, S., Hensel, G., Brunsing, D. & Krönke, M. J. biol. Chem. 265, 8339–8347 (1990).
17. Schütze, S. et al. Cell 71, 765–776 (1992).
18. Schreck, R., Rieber, P. & Baeuerle, P. A. EMBO J. 10, 2247–2258 (1991).
19. Schreck, R., Albermann, K. & Baeuerle, P. A. Free Rad. Res. Commun. 17, 221–237 (1992).
20. Schreck, R., Meier, B., Männel, D., Dröge, W. & Baeuerle, P. A. J. exp. Med. 175, 1181–1194 (1992).

21. Meyer, M., Schreck, R. & Baeuerle, P. A. EMBO J. (in the press).
22. Baeuerle, P. A., Lenardo, M., Pierce, J. W & Baltimore, D. Cold Spring Harb. Symp. quant. Biol. 53, 789–798 (1988).
23. Zabel, U., Henkel, T., dos Santos Silva, M. A. & Baeuerle, P. A. EMBO J. 12, 201–211 (1993).
24. Zabel, U. & Baeuerle, P. A. Cell 61, 255–265 (1990).
25. Hochstrasser, M. & Varshavsky, A. Cell 61, 697–708 (1990).
26. Baeuerle, P. A. & Baltimore, D. in Molecular Aspects of Cellular Regulation Vol. 6 (eds Cohen, P. & Foulkes, J. G.) 409–432 (Elsevier-North Holland Biomedical, 1991).
27. Zabel,U., Henkel, T., dos Santos Silva, M. A. & Baeuerle, P. A. EMBO J. 12, 201–211 (1993).
28. Henkel, T. et al. Cell 68, 1121 1133 (1992).
29. Wall, R. et al. Proc. natn. Acad. Sci. U.S.A. 83, 295–298 (1986).
30. Schreck, R. & Baeuerle, P. A. Meth. Enzym. (in the press).

ACKNOWLEDGEMENTS. We thank H. Koeller for help with densitometric analysis and H. Pahl for helpful comments on the manuscript. This work was supported by a Ph.D. fellowship of the Boehringer-Ingelheim Fonds awarded to T.H., grants from the Bundesministerium für Forschung und Technologie and the Deutsche Forschungsgemeinschaft to P.A.B. and M.K., and the Wolfson Research Award administered by the Israeli Academy of Sciences and the research associates of the Lautenberg Center to I.A. and Y.B.-N.

# Efficient catalysis of disulphide bond rearrangements by protein disulphide isomerase

**Jonathan S. Weissman* & Peter S. Kim†**

Howard Hughes Medical Institute, Whitehead Institute for Biomedical Research, Departments of * Physics and † Biology, Massachusetts Institute of Technology, Nine Cambridge Center, Cambridge, Massachusetts 02142, USA

PROTEIN disulphide isomerase (PDI)[1,2] is a highly abundant and ubiquitous eukaryotic protein that is essential for viability in yeast[3,4]. Although PDI is thought to catalyse disulphide bond formation and isomerization during protein biosynthesis, PDI has been found previously to have only moderate effects (~25-fold) on the rate of oxidative folding of proteins in vitro. In addition, PDI has been implicated in several apparently unrelated cellular functions[5]. For example, PDI is the β-subunit of prolyl 4-hydroxylase[5] and is part of the triglyceride transfer complex[6]. The oxidative folding of bovine pancreatic trypsin inhibitor (BPTI) is slow and inefficient in vitro[7-11]. Here we report that PDI increases by a factor of 3,000–6,000 the rates of folding of kinetically trapped BPTI folding intermediates, in which native structure impedes disulphide bond formation. By contrast, PDI has only small effects on the rate of disulphide bond formation in intermediates that are oxidized readily in the absence of PDI. These results suggest that an important function of PDI is to catalyse disulphide bond formation and rearrangements within kinetically trapped, structured folding intermediates.

The best characterized disulphide folding pathway of a protein is for the in vitro folding of BPTI[7-11] (Fig. 1a, b). During folding at neutral pH, BPTI accumulates rapidly as one of two intermediates. These intermediates, termed N* and N′, both contain two native disulphide bonds, [5–55; 14–38] and [30–51; 14–38], respectively. About half of the molecules become trapped as N*, which is a dead-end intermediate that is stable for weeks. N′ rearranges slowly (hours) to N*, and also to a third native two-disulphide intermediate ([30–51; 5 55]), termed N$_{SH}^{SH}$, which is oxidized readily to native BPTI (N).

Formation of the final native disulphide bond in N* and N′ is hindered by native structure in these intermediates that constrains and buries the remaining free thiols[8,9]. Recently, a naturally occurring amino-terminal pro- region (ref. 12; J. Li. S. Olson and D. A. Walz, personal communication) was shown to increase both the rate and yield of folding of BPTI[11]. Nonetheless, even in this model of pro-BPTI, folding is slow and ~25% of the molecules accumulate as the dead-end intermediate N*.

TABLE 1   Kinetic parameters for catalysis by PDI

| Transition | $k_{cat}$ (min$^{-1}$) | $K_m$ (μM) | $k_{uncat}$† (min$^{-1}$) | Fold ‡ acceleration |
|---|---|---|---|---|
| N′→N | 5 | 7 | $1.4 \times 10^{-3}$ | 3,500 |
| N*→N | 0.3 | 30 | $5 \times 10^{-5}$ | 6,000 |
| proN*→proN | 0.9 | 35 | $2 \times 10^{-4}$ | 4,500 |

BPTI folding experiments were done at 25 °C, 2.0 mM GSH, 0.5 mM GSSG, pH 7.3.
† $k_{uncat}$ is the rate in the absence of PDI. The values for N* and proN* are reliable only to within a factor of 2, owing to difficulties associated with measuring a rate over a period of several days under anaerobic conditions[5]. Michaelis–Menten parameters ($K_m$ and $k_{cat}$) for the catalysis of N′, N* and proN* were determined by measuring the initial rate of formation of native BPTI or pro-BPTI by HPLC. Initial velocity measurements were made at five or six substrate concentrations that ranged from 1.5 μM to 100 μM for N′ and from 5 μM to 150 μM for N* and proN*. The concentration of PDI used ranged from 0.17–0.7 μM. Kinetic constants were calculated from Lineweaver–Burk plots. The initial velocity measurements were made at times in which less than one third of the starting material had rearranged. The values of $k_{cat}/K_m$ were confirmed by measuring the rate of formation of native BPTI or Pro-BPTI for the entire time course of the reactions at initial substrate concentrations at least fivefold below $K_m$. Catalysis of proN′ does not appear to follow Michaelis–Menten kinetics; the rate of formation of native BPTI is not constant during initial rate measurements. In addition, several well populated intermediates are present and the level of these intermediates, relative to proN′, increases throughout most of the reaction. Qualitatively, however, the rate of folding of proN′ in the presence of PDI is comparable to that of N′ from mature BPTI.
‡ Fold acceleration is $k_{cat}/k_{uncat}$. Under optimal redox conditions (1.0 mM GSH, 0.2 mM GSSG, pH 8.0, 25 °C) $k_{uncat}$ for the regeneration of reduced RNase A is 0.02 min$^{-1}$ and $k_{cat}$ is 0.46 min$^{-1}$ (ref. 16).

Earlier studies[13,14] found that PDI increased the rate of oxidation and reduction of BPTI in the presence of dithiothreitol, but had little effect on folding when the physiological[15] redox reagent glutathione was used. In those studies, however, N* was not distinguished from native BPTI (N). In addition, folding was done in the absence of a reducing agent. Subsequently it has been shown, at least for the folding of RNase A in the presence of glutathione, that catalysis of disulphide bond formation by PDI requires a redox buffer that contains reduced and oxidized components[16].

We show here that PDI increases dramatically both the yield and rate of formation of native BPTI in a physiological redox buffer[15] (Fig. 1c, d). The rate of formation of the two kinetically trapped native intermediates, N′ and N*, is increased moderately (~3-fold) by PDI. The striking feature of the PDI-catalysed folding reaction is that the N′ and N* intermediates appear to be converted readily to native BPTI (N).

Working with purified, reversibly trapped species[9], we examined directly the effect of PDI on the folding of N′ and N*. In

© 1993 Nature Publishing Group

# EXHIBIT F

Downloaded from www.genesdev.org on January 21, 2008 - Published by Cold Spring Harbor Laboratory Press

# Signal-induced site-specific phosphorylation targets IκBα to the ubiquitin–proteasome pathway

Zhijian Chen,[1] Jeremiah Hagler,[2] Vito J. Palombella,[1] Francesco Melandri,[1] David Scherer,[3] Dean Ballard,[3] and Tom Maniatis[2]

[1]Myogenics, Inc., Cambridge, Massachusetts 02139 USA; [2]Harvard University, Department of Molecular and Cellular Biology, Cambridge, Massachusetts 02138 USA; [3]Howard Hughes Medical Institute, Department of Microbiology and Immunology, Vanderbilt University School of Medicine, Nashville, Tennessee 37232 USA

The transcription factor NF-κB is sequestered in the cytoplasm by the inhibitor protein IκBα. Extracellular inducers of NF-κB activate signal transduction pathways that result in the phosphorylation and subsequent degradation of IκBα. At present, the link between phosphorylation of IκBα and its degradation is not understood. In this report we provide evidence that phosphorylation of serine residues 32 and 36 of IκBα targets the protein to the ubiquitin–proteasome pathway. IκBα is ubiquitinated in vivo and in vitro following phosphorylation, and mutations that abolish phosphorylation and degradation of IκBα in vivo prevent ubiquitination in vitro. Ubiquitinated IκBα remains associated with NF-κB, and the bound IκBα is degraded by the 26S proteasome. Thus, ubiquitination provides a mechanistic link between phosphorylation and degradation of IκBα.

[Key Words: Phosphorylation; transcription factor; NF-κB; IκBα; ubiquitin; Rel; proteasome]

Received May 2, 1995; revised version accepted June 5, 1995.

NF-κB and other members of the Rel family of transcriptional activator proteins regulate the expression of the type I human immunodeficiency virus (HIV) as well as a large number of cellular genes that play essential roles in immune and inflammatory responses (for review, see Grilli et al. 1993; Baeuerle and Henkel 1994; Siebenlist et al. 1994; Thanos and Maniatis 1995). The transcriptional activities of Rel proteins are highly regulated in most cell types by a mechanism that involves specific association between heterodimeric Rel complexes and a family of monomeric inhibitor proteins designated IκB (Baeuerle and Baltimore 1988; for review, see Beg and Baldwin 1993; Gilmore and Morin 1993). Members of this inhibitor family share a structural domain comprised of five to six ankyrin-like repeats. The best-characterized IκB protein, IκBα, binds to the p50 (NF-κB1)/p65 (RelA) heterodimer of NF-κB and masks the nuclear localization signals of these proteins (Beg et al. 1992; Ganchi et al. 1992; Henkel et al. 1992; Zabel et al. 1993). When cells are exposed to a variety of NF-κB inducers such as lipopolysaccharide (LPS), phorbol esters, tumor necrosis factor-α (TNFα), and interleukin-1 (IL-1), IκBα is rapidly phosphorylated and degraded, and NF-κB translocates to the nucleus where it activates gene expression (Beg et al. 1993; Brown et al. 1993; Cordle et al. 1993; Henkel et al. 1993; Rice and Ernst 1993; Sun et al. 1993, 1994a).

An alternative pathway for regulating the activity of NF-κB involves proteolytic processing of the p105 precursor of p50 subunit of NF-κB (Blank et al. 1991; Fan and Maniatis 1991; Mellits et al. 1993; Mercurio et al. 1993; Donald et al. 1995). The p105 precursor contains p50 at its amino terminus and an IκB-like sequence with ankyrin repeats at its carboxyl terminus. Unprocessed p105 can associate with p65 and other members of the Rel family to form inactive heterodimeric complexes that are sequestered in the cytoplasm (Capobianco et al. 1992; Liou et al. 1992; Neumann et al. 1992; Rice et al. 1992; Mercurio et al. 1993). Processing of p105 results in degradation of the IκB-like carboxyl terminus and the production of the transcriptionally active p50/Rel protein heterodimer.

Recently, p105 processing was shown to require the ubiquitin–proteasome pathway (Palombella et al. 1994). This pathway requires ATP and the covalent conjugation of target proteins with multiple ubiquitin molecules (for review, see Goldberg 1992; Hershko and Ciechanover 1992; Jentsch 1992). Ubiquitination occurs in a three-step process. In the first step, ubiquitin is activated by a ubiquitin-activating enzyme (E1), and in the second step, the activated ubiquitin is transferred to a ubiquitin carrier protein (E2). In the final step, ubiquitin–protein ligase (E3) catalyzes the covalent attachment of ubiquitin

Downloaded from www.genesdev.org on January 17, 2008 - Published by Cold Spring Harbor Laboratory Press

to the target protein. Additional ubiquitins are then thought to be added by a processive mechanism to form the multiubiquitin chain (for recent review, see Ciechanover 1994). The multiubiquitinated proteins are then rapidly degraded by the 26S proteasome.

The 26S proteasome consists of a 20S multicatalytic protease complex and additional regulatory subunits that are required for the recognition and degradation of multiubiquitinated proteins (for review, see Rechsteiner et al. 1993; Peters 1994). The NFκB1 p105 protein is ubiquitinated in vitro, and ubiquitination is required for in vitro processing by purified 26S proteasome (Palombella et al. 1994). In addition, p105 processing in vitro and in vivo is blocked by peptide aldehyde inhibitors of the proteasome. The degradation of IκBα is also blocked by such inhibitors, but this process has not yet been shown to require ubiquitination (Finco et al. 1994; Miyamoto et al. 1994; Palombella et al. 1994; Traenckner et al. 1994; Alkalay et al. 1995; DiDonato et al. 1995; Lin et al. 1995).

Although the signal transduction pathways leading to the activation of NF-κB are not well understood, these pathways culminate in the phosphorylation of IκB, p105, and p65 (Beg et al. 1993; Brown et al. 1993; Mellits et al. 1993; Naumann and Scheidereit 1994; Sun et al. 1994b; Donald et al. 1995). Initially, phosphorylation of IκBα was thought to promote its dissociation from NF-κB and its subsequent degradation (for discussion, see Beg and Baldwin 1993; Beg et al. 1993). This conclusion was consistent with the observation that tosyl-Phe-chloromethylketone (TPCK) and other alkylating agents block the degradation of IκBα and the activation of NF-κB (Henkel et al. 1993; Mellits et al. 1993). However, more recent studies have shown that these inhibitors actually prevent the signal-dependent phosphorylation of IκBα and have no direct effect on proteasome function (Finco et al. 1994; Miyamoto et al. 1994; Palombella et al. 1994; Traenckner et al. 1994; Alkalay et al. 1995; DiDonato et al. 1995; Lin et al. 1995). In contrast, the presence of proteasome inhibitors leads to the accumulation of phosphorylated IκBα bound to NF-κB (Finco et al. 1994; Miyamoto et al. 1994; Palombella et al. 1994; Traenckner et al. 1994; Alkalay et al. 1995; DiDonato et al. 1995; Lin et al. 1995). These findings suggest that phosphorylation leads to the degradation of IκBα by the proteasome, without inducing its dissociation from NF-κB.

Recently, serine residues 32 and 36 in IκBα have been shown to be required for IκBα phosphorylation and degradation in response to TNF-α, phorbol 12-myristate 13-acetate (PMA), and ionomycin (Brockman et al. 1995; Brown et al. 1995) or the Tax protein of the type 1 human T-cell leukemia virus (HTLV-1; Brockman et al. 1995). However, the mechanisms by which phosphorylation leads to the degradation of IκBα are not understood. In this paper we show that IκBα is ubiquitinated in vivo and in vitro and that ubiquitination is required for degradation by the 26S proteasome. In addition, we demonstrate that mutations in IκBα that prevent its phosphorylation and degradation in vivo block ubiquitination in vitro. Together, these findings indicate that the signal-dependent phosphorylation of IκBα targets the cytoplasmic inhibitor to the ubiquitin–proteasome pathway.

## Results

### Inducible phosphorylation and ubiquitination of IκBα in vivo

To determine whether IκBα is ubiquitinated upon phosphorylation in vivo, we sought conditions that result in the stabilization of the hyperphosphorylated form of IκBα that is rapidly degraded during cellular activation (for review, see Siebenlist et al. 1994). Previous studies demonstrated that the proteasome inhibitor MG132 (Z-Leu-Leu-Leu-H) blocks TNFα-induced degradation of IκBα and leads to the accumulation of phosphorylated IκBα (Palombella et al. 1994). However, only a small fraction of endogenous IκBα remains phosphorylated under these conditions, attributable presumably to the action of endogenous phosphatases. Calyculin A and okadaic acid are phosphatase inhibitors that induce NF-κB by maintaining phosphorylation and degradation of IκBα (Thevenin et al. 1990; Menon et al. 1993; Lin et al. 1995). We therefore attempted to accumulate phosphorylated IκBα in the Jurkat T-cell line using the combination of MG132 and calyculin A. Jurkat cells were treated with 40 μM MG132 alone (Fig. 1A, lane 2), with 0.3 μM calyculin A alone (lane 3), or with both inhibitors (lane 4), and the phosphorylation of IκBα analyzed in a Western blot using a polyclonal antibody against the carboxyl terminus of IκBα. Treatment with MG132 alone did not affect the level of unphosphorylated IκBα under these conditions (although IκBα is known to be basally phosphorylated (for example, Brown et al. 1995), we will refer to unstimulated IκBα as unphosphorylated). Treatment with calyculin A alone resulted in the phosphorylation and degradation of IκBα. In contrast, phosphorylated IκBα accumulated when cells were treated with both inhibitors. The calpain inhibitor MG102 (40 μM), which completely inhibits calpain activity but does not inhibit the proteasome at this concentration, did not lead to accumulation of phosphorylated IκBα in the presence of calyculin A (data not shown). These results indicate that calyculin A induces the phosphorylation-dependent degradation of IκBα and that the proteasome is required for this process.

To determine whether ubiquitination of IκBα occurs in vivo, we prepared cell extracts at different times after treatment of Jurkat cells with calyculin A in the presence of MG132 and then analyzed the samples by Western blotting using antibodies against IκBα. The extracts were prepared in the presence of SDS (0.1%) and N-ethylmaleimide (NEM, 5 mM) to inhibit isopeptidase activities that may otherwise affect the detection of ubiquitinated proteins. As shown in Figure 1B, a ladder of high molecular mass proteins accumulated following stimulation with calyculin A/MG132 (lanes 4–9). The molecular mass increments of these ladders were ~8.5 kD, which is the size of ubiquitin. Ubiquitination of IκBα peaked at 5–15 min following stimulation (lanes 4–6)

Case 1:06-cv-00259-MPT    Document 673-2    Filed 05/30/2008    Page 4 of 62

Downloaded from www.genesdev.org on January 21, 2008 - Published by Cold Spring Harbor Laboratory Press

Chen et al.



**Figure 1.** Induced phosphorylation and ubiquitination of IκBα in calyculin A or TNFα-treated cells. (*A*) Stabilization of the phosphorylated form of IκBα by MG132. Jurkat T cells were pretreated with 40 μM of MG132 (lanes 2,4) or DMSO (a diluent for MG132, lanes 1,3) for 30 min before incubation with 0.3 μM of calyculin A (lanes 3,4) or DMSO (lanes 1,2) for an additional 30 min. Cytoplasmic extracts were prepared, fractionated by SDS-PAGE, and analyzed by Western blot using a rabbit polyclonal antibody against the carboxyl terminus of IκBα (amino acids 297–317, c-21). The phosphorylated form of IκBα is designated p-IκBα. (*B*) Induced ubiquitination of IκBα by calyculin A. Jurkat T cells were pretreated with MG132 (40 μM, lanes 2–9) or DMSO (lane 1) for 30 min before addition of calyculin A (0.3 μM, lanes 4–9) or DMSO (lanes 2,3). Cell extracts were prepared at 5 min (lanes 2,4), 10 min (lane 5), 15 min (lane 6), 20 min (lane 7), 40 min (lane 8), and 60 min (lanes 3,9) after adding calyculin A or DMSO. The extraction buffers contained RIPA/0.1% SDS plus 5 mM N-ethylmaleimide (NEM). The extracts were then subjected to Western blot analysis as described in *A*. (*C*) Jurkat T cells were treated as described in lanes 1 and 4 in *A*, except that cytoplasmic extracts were first immunoprecipitated with an antibody against the carboxyl terminus of IκBα (see Materials and methods). The immunoprecipitates were then eluted with 0.1 M Capso (pH 11.2), and the eluates were separated by SDS-PAGE, followed by Western blotting with a rabbit polyclonal antibody (anti-Ub) that specifically recognizes ubiquitin conjugates. The arrow marked IgG H indicates rabbit immunoglobulin heavy chain in the immunoprecipitates that cross-reacts with the secondary antibody (alkaline phosphatase conjugated anti-rabbit Fc). (*D*) Induced ubiquitination of IκBα by TNFα. Experiments were carried out as described in *B*, except that calyculin A was replaced with TNFα (10 ng/ml).

and then decreased by 40–60 min (lanes 8,9), possibly because of residual activities of proteasome and isopeptidases. Treatment of Jurkat cells with MG132 alone did not lead to significant accumulation of ubiquitinated IκBα (lane 2). Longer treatment with MG132 (60 min plus 30 min of pretreatment, lane 3) led to the appearance of very faint bands corresponding to ubiquitinated IκBα, suggesting that ubiquitination may also be involved in basal turnover of IκBα.

To further demonstrate that calyculin A induces ubiquitination of IκBα in vivo, we immunoprecipitated IκBα

from control and MG132/calyculin A-treated Jurkat cell extracts with an IκBα antibody. We then performed a Western blot analysis on the immunoprecipitated proteins using a polyclonal antibody against ubiquitin (Fig. 1C). The specificity of these antibodies has been documented extensively, and the antibodies have been widely used to detect ubiquitinated proteins (Haas and Bright 1985; Lowe and Mayer 1990). The anti-ubiquitin antibody detected high molecular mass proteins in the calyculin A/MG132-treated extracts. These molecular masses ranged from 60 to 200 kD, consistent with a typ-

Case 1:06-cv-00259-MPT    Document 673-2    Filed 05/30/2008    Page 5 of 62
Downloaded from www.genesdev.org on January 17, 2008 - Published by Cold Spring Harbor Laboratory Press

ical pattern seen upon multiubiquitination of proteins. Taken together, these results suggest that calyculin A induces the phosphorylation-dependent ubiquitination of IκBα in vivo.

Because calyculin A is not a natural inducer of NF-κB activation, it is possible that induced ubiquitination of IκBα is an unusual effect of calyculin A. To address this possibility, we performed an experiment similar to that described in Figure 1B, except that calyculin A is replaced by TNFα (Fig. 1D), a natural inducer of NF-κB. Strikingly, TNFα not only induces hyperphosphorylation of IκBα in the presence of MG132 but also induces multiubiquitination of IκBα (lanes 4–9). The kinetics of induction by TNFα is similar to the induction by calyculin A. We conclude that IκBα is rapidly phosphorylated and ubiquitinated following stimulation by inducers of NF-κB.

*In vitro-translated IκBα is ubiquitinated in HeLa cell extracts, and the ubiquitinated IκBα remains associated with NF-κB*

Next, we carried out experiments to determine whether the phosphorylation and ubiquitination of IκBα could be induced in vitro by the phosphatase inhibitor okadaic acid. Like calyculin A, okadaic acid has been shown previously to potently activate NF-κB in vivo (Thevenin et al. 1990). Preliminary experiments revealed that incubation of HeLa cell cytoplasmic extracts in the presence of MgATP and okadaic acid led to a time-dependent phosphorylation and ubiquitination of endogenous IκBα (data not shown). We extended this study to in vitro-translated IκBα so that IκBα mutants could be examined (see below). We prepared $^{35}$S-labeled IκBα by coupled in vitro transcription/translation of IκBα mRNA in wheat germ extracts. The in vitro-translated IκBα was then incubated in the HeLa cell cytoplasmic extract in the presence of MgATP, ubiquitin, okadaic acid, and ubiquitin aldehyde (Ubal), an isopeptidase inhibitor that prevents the breakdown of ubiquitin conjugates. As shown in Figure 2A, there was a time-dependent accumulation of high molecular mass species characteristic of multiubiquitinated IκBα, with a concomitant decrease in unconjugated IκBα. The molecular weights of the slowly migrating species range from 60 to >200 kD, consistent with the addition of from 10 to >20 ubiquitin molecules (8.5 kD) to each molecule of IκBα (37–41 kD, depending on phosphorylation states). The unconjugated IκBα present during the ubiquitination reaction is a doublet, and as described below, the upper band is likely phosphorylated IκBα. The high molecular mass species can be immunoprecipitated by anti-ubiquitin antisera (Fig. 2B, lane 2). In addition, when glutathione S-transferase–ubiquitin (GST–Ub) was used to substitute for ubiquitin, the high molecular mass species could be precipitated by glutathione–Sepharose (data not shown). Furthermore, the high molecular mass species could be converted to lower molecular mass forms upon treatment with isopeptidase T (data not shown), which cleaves lysine-48 linked isopeptide bonds between ubiquitin molecules (Chen and Pickart 1990).

These observations, together with data shown below, clearly show that the high molecular mass species are multiubiquitinated IκBα.

The conditions required for ubiquitination of IκBα in vitro were examined in the experiment of Figure 2C. Both IκBα (lanes 1–6) and FLAG epitope-tagged (F-IκBα, lanes 7–12) were tested in this experiment. The latter form of IκBα was examined for comparison to a series of FLAG-tagged IκBα mutants, which were examined previously in vivo (Brockman et al. 1995; see below and Fig. 3). With both the native and FLAG-tagged IκBα proteins, phosphorylation and ubiquitination were dependent on the presence of okadaic acid (lanes 2 and 5, 8 and 11), and both reactions were abolished by the addition of EDTA (lanes 6,12). The upper bands labeled p-IκBα and p-F-IκBα are phosphorylated forms of IκBα, as these bands could be converted to the lower bands after treatment with calf intestine alkaline phosphatase (CIAP, data not shown). The presence of Ubal was necessary for multiubiquitination of IκBα (lanes 4,10). Without Ubal, only small amounts of low molecular mass conjugates were observed, probably because of the action of isopeptidases in the extract. Multiubiquitination of IκBα was also inhibited by methylated ubiquitin (MeUb, lanes 3,9), which prevents the formation of multiubiquitin chains (Hershko et al. 1991). Because of the presence of competing endogenous ubiquitin in the HeLa cell extracts, MeUb functions as a ubiquitin chain terminator that leads to the generation of low levels of low molecular mass conjugates. The fact that the formation of high molecular mass conjugates is dependent on Ubal and inhibited by MeUb provides strong evidence that the high molecular mass conjugates are multiubiquitinated IκBα. Addition of GST–c-Rel protein did not affect the in vitro ubiquitination reaction in HeLa cell extract (data not shown), presumably because the in vitro-translated IκBα associates with excess endogenous NF-κB proteins present in the extract (see below). Taken together, these results show that IκBα can be ubiquitinated in vitro. Moreover, ubiquitination requires the presence of an inducing agent, such as okadaic acid.

To determine whether the IκBα ubiquitinated in HeLa cell extracts is associated with NF-κB, the reaction mixture (Fig. 3, lane 1) was precipitated with an antibody against RelA (lane 2). Both ubiquitinated and unconjugated IκBα were present in the anti-RelA precipitates, indicating that both are associated with NF-κB. The ratio of ubiquitinated IκBα to unconjugated IκBα in the immunoprecipitates is similar to that in the reaction mixture prior to immunoprecipitation, suggesting that both forms of IκBα associate with NF-κB with similar affinity.

*Serine residues 32 and 36 are necessary for ubiquitination of IκBα in vitro*

Serine residues 32 and 36 of IκBα are required for the phosphorylation and degradation of IκBα in vivo (Brockman et al. 1995; Brown et al. 1995). However, a mechanistic link between phosphorylation and degradation had

Downloaded from www.genesdev.org on January 11, 2008 - Published by Cold Spring Harbor Laboratory Press

Chen et al.

**Figure 2.** Induced phosphorylation and ubiquitination of IκBα in vitro. (A) Time course of ubiquitination. IκBα was in vitro-translated in wheat germ extract (Promega TNT system) in the presence of [35S]methionine. The labeled IκBα was then incubated in HeLa extracts at 37°C in the presence of Mg-ATP (2 mM), ubiquitin (1 mg/ml), okadaic acid (3.3 μM), and Ubal (3 μM). An aliquot of the reaction was then quenched at the indicated times in SDS sample buffer, followed by SDS-PAGE and fluorography. (B) Double immunoprecipitation with IκBα and ubiquitin antibodies. Ubiquitinated IκBα was synthesized as described in A, and the reaction mixture was precipitated with IκBα antibody (lane 1). An aliquot of the immune complex was then boiled for 5 min in the presence of 0.5% SDS, and the liberated ubiquitinated IκBα was then precipitated again with anti-ubiquitin antibody (lane 2). The samples were analyzed by SDS-PAGE followed by fluorography. (C) Conditions required for phosphorylation and ubiquitination of IκBα in vitro. Both IκBα (lanes 1–6) and FLAG-epitope-tagged IκBα (F-IκBα, lanes 7–12) were 35S- labeled by in vitro translation and used as substrates for ubiquitination. The reaction conditions were as described in A, except for the following: Lanes 3 and 9 received MeUb (1.3 mg/ml) instead of Ub; lanes 4 and 10 lacked Ubal in the reaction; lanes 5 and 11 lacked okadaic acid in the reaction; lanes 6 and 12 received EDTA (40 mM) instead of Mg-ATP. After incubation at 37°C for 90 min, IκBα and F-IκBα were immunoprecipitated with IκBα antisera (c-21) and then analyzed by SDS-PAGE. In A–C, the bands below IκBα are probably nonspecific partial proteolytic cleavage products of IκBα, as the generation of these bands is not affected by EDTA, MeUb, okadaic acid, or Ubal (see C).



not been established. We therefore tested a series of phosphorylation-defective mutants of IκBα in the in vitro ubiquitination assay. Wild-type and mutant IκBα proteins tagged at their amino termini by the FLAG epitope (Brockman et al. 1995) were produced by in vitro translation (Fig. 4A). These same mutants were analyzed previously for their effects on the inducible degradation of IκBα in vivo (Brockman et al. 1995).

The first 36 amino-terminal amino acids have been deleted in the ΔN mutant, whereas the S32A and S36A mutants are serine to alanine substitutions at positions 32 and 36, respectively. The S32A/S36A mutant is a double serine to alanine substitution at positions 32 and 36. All of these mutant proteins are stable when expressed in cells treated with TNFα, PMA/ionomycin, or in the presence of the HTLV Tax protein. Morever, they retain their ability to associate with RelA, and are dominant negative inhibitors of NF-κB activation (Brockman et al.

1995). The S32E and S36E mutants are serine to glutamic acid substitutions, which are designed to mimic the negative charge of phosphorylation (note mobility differences on SDS–polyacrylamide gel; Fig. 4B). These substitutions restore the ability of the mutant IκBα to be degraded in response to inducing agents in vivo (Brockman et al. 1995). The ΔC mutant lacks 75 amino acids at the carboxyl terminus of IκBα. This mutation removes a carboxy-terminal PEST sequence, as well as a putative sixth ankyrin repeat. The sixth ankyrin repeat has been shown to be required to bind NF-κB (Ernst et al. 1995). In addition, deletion of the PEST sequence has been shown to stabilize IκBα in vivo (Miyamoto et al. 1994; Brockman et. al., 1995; Brown et al. 1995). PEST sequences in other proteins have been implicated in protein degradation (Rogers et al. 1986). (Note that this ΔC mutant is different from another recently described ΔC mutant, which is missing only 41 residues at the carboxyl termi-

Downloaded from www.genesdev.org on January 17, 2008 - Published by Cold Spring Harbor Laboratory Press



**Figure 3.** Association of ubiquitinated IκBα with NFκB. Conditions for the synthesis of ubiquitinated IκBα were as described in Fig. 2A except that the reaction was carried out at 37°C for 2 hr. Ten percent of the reaction mixture was saved for SDS-PAGE analysis (lane *1*), and IκBα in the remaining mixture was coimmunoprecipitated with RelA using antisera against RelA/p65 (see Materials and methods). The precipitates were boiled in SDS sample buffer, followed by SDS-PAGE and fluorography (lane *2*). An amount equivalent to ~50% of the initial reaction volume was loaded in lane *2*, which is fivefold greater than that loaded in lane *1*. The bulk of the high molecular mass conjugates in lane *2* is approximately 100 kD, as opposed to 200 kD seen in lane *1*, and this may be attributable to "trimming" by isopeptidases during the immunoprecipitation.

nus, and can associate with RelA/p65; Brown et al. 1995).

Analysis of these mutants in the in vitro ubiquitination assay revealed an excellent correlation between their ability to be degraded in vivo in response to inducers and their ability to be ubiquitinated in vitro (Fig. 4C). Specifically, ΔN (lane 12), S32A (lane 14), S36A (lane 16), and S32A/S36A (lane 18), which escape signal-dependent degradation in vivo (Brockman et al. 1995), are also not ubiquitinated in vitro. In contrast, wild-type IκBα (lane 11), S32E (lane 15), and S36E (lane 17) are all ubiquitinated in this assay, consistent with their functional phenotype in vivo (Brockman et al. 1995). The ΔC mutant protein was ubiquitinated in vitro (lane 13), but its degradation is not enhanced in vivo following stimulation of cells. However, the basal turnover of this mutant is indistinguishable from that of the wild type (data not shown). Given that this ΔC mutant does not associate with RelA, it is likely that its behavior reflects signal-independent (basal) turnover of free IκBα (albeit at low level) in the cell. It is possible that ubiquitination is also involved in the basal turnover of free IκBα and that the carboxy-terminal sequence including the PEST region is not required for ubiquitination of free IκBα.

A shorter exposure of the film shown in Figure 4, A

and C, showed a remarkable correlation between phosphorylation and ubiquitination of these mutants in HeLa extracts (Fig. 4B,D). A clear difference in electrophoretic mobility of the unconjugated IκBα mutants following incubation in the HeLa cell extracts can be observed. For example, after incubation in the okadaic acid-supplemented extracts, the unconjugated wild-type IκBα exhibits a slightly slower migrating band in addition to the band observed prior to incubation (cf. Fig. 4B, lane 1, and 4D, lane 11). This "mobility shift" phenomenon is not observed in ΔN (lanes 2,12) and S32A/S36A mutants (lanes 8,18). This slower migrating band is attributable to phosphorylation of IκBα. The S32A and S36A mutant proteins were also phosphorylated during the reaction (lanes 4 and 14, 6 and 16), probably because the adjacent unaltered serine residues (S36 and S32, respectively) can serve as phosphoryl group acceptors. The S32E and S36E mutants both migrate more slowly than S32A, S36A, or S32A/S36A even before the ubiquitin conjugation reaction (lanes 5 and 15, 7 and 17), an indication that the negative charges on S32E and S36E decrease the mobility of both proteins. The mobility of the S32E and S36E mutants did not change appreciably after the reaction, suggesting that additional phosphorylation at the alternate serine residue S36 and S32, respectively, did not change significantly the electrophoretic mobility of IκBα. These results demonstrate that phosphorylation of the IκBα mutants in HeLa cell extracts correlates with their ability to be ubiquitinated.

The alkylating agent TPCK and the antioxidant pyrolidinedithiocarbamate (PDTC) have been widely used to inhibit the induced degradation of IκBα (Beg et al. 1993; Henkel et al. 1993; Sun et al. 1993). These agents act by inhibiting the phosphorylation of IκBα. As shown in Figure 4, C and D, TPCK (50 μM) also inhibited phosphorylation and ubiquitination of IκBα in HeLa cell extracts (lane 9). In contrast, PDTC (50 μM) did not inhibit either phosphorylation or ubiquitination of IκBα in this assay (lane 10), probably because PDTC acts upstream of the okadaic acid activation step or, alternatively, generation of reactive oxygen intermediates (ROI) was not faithfully reproduced in this system. Taken together, there was an excellent correlation between phosphorylation and ubiquitination of IκBα in vitro. We conclude that both serine residues 32 and 36 are required for ubiquitination of IκBα in vitro, most likely through direct phosphorylation of these sites (see discussion).

## Ubiquitinated IκBα bound to NF-κB is degraded by the 26S proteasome

To determine whether ubiquitination of IκBα is required for degradation by the 26S proteasome in vitro, we compared the fate of conjugated and unconjugated IκBα when incubated with purified 26S proteasome. IκBα labeled with [³⁵S]methionine was produced by in vitro translation and incubated in HeLa cell extracts in the presence or absence of EDTA. (EDTA blocks ubiquitination and therefore serves as a control; see Fig. 2C). The IκBα/NF-κB complex formed in vitro was then immunopre-

Case 1:06-cv-00259-MPT Document 673-2 Filed 05/30/2008 Page 8 of 62
Downloaded from www.genesdev.org on January 11, 2008 - Published by Cold Spring Harbor Laboratory Press

Chen et al.

**Figure 4.** Mutations that prevent the phosphorylation of IκBα in vivo also abolish ubiquitination in vitro. (A) In vitro-translated IκBα mutants. IκBα mutants were translated in wheat germ extracts (Promega TNT system) in the presence of [35S]methionine. The translation products were analyzed by SDS-PAGE and fluorography. (B) A shorter exposure of A showing the IκBα mutants before ubiquitination reactions. (C) Ubiquitination assays. IκBα mutants shown in A were incubated in HeLa cell extracts at 37°C for 1 hr under conditions described in Fig. 2A. The reaction mixtures were then subjected to SDS-PAGE and fluorography. In lanes 9 and 10, TPCK (50 μM) and PDTC (50 μM) were added to the reactions containing wild-type IκBα, respectively. (D) A shorter exposure of C, showing the phosphorylation properties of the remaining unconjugated IκBα mutants. p-IκBα is the phosphorylated form of IκBα or IκBα bearing glutamic acid substitutions at position 32 or 36.



cipitated with an anti-RelA antibody (see above and Fig. 3). Both unconjugated and ubiquitinated IκBα were isolated as a complex with NF-κB. The immunoprecipitated IκBα proteins were then separated by SDS-PAGE as shown in the fluorograph of Figure 5A (lanes 1,2). Quantitation of the data by PhosphorImager analysis showed that ubiquitin-conjugated IκBα contained 67% of the total radioactivity, and the remaining 33% was unconjugated IκBα. When both conjugated and unconjugated IκBα were incubated with purified 26S proteasomes (23 nM) in the presence of Mg and ATP, a significant (47%) reduction in the level of conjugated IκBα was observed (cf. lanes 2 and 4), whereas the amount of unconjugated IκBα did not significantly change (cf. lanes 1 and 3). The level of unconjugated IκBα in lane 4 is slightly higher than that in lane 2, probably because of isopeptidase activities associated with the 26S proteasome (Eytan et al. 1993). To directly measure the degradation of ubiquitinated IκBα by the 26S proteasomes, the degradation products were separated from undegraded IκBα by trichloroacetic acid (TCA) precipitation, and the TCA-soluble radioactivity was determined. The percentage of conjugate degradation, taking into account the unconjugated IκBα present in the conjugate sample, is plotted in Figure 5B. Ubiquitinated IκBα is efficiently degraded by the 26S proteasome (17 nM, open square). Approximately 19% of the substrate was degraded within 5 min, and by 1 hr, 51% of the conjugates was degraded. Inclusion of EDTA in the degradation reaction abolished degradation of the conjugates (solid square), indicating that the 26S proteasome-catalyzed degradation is Mg-ATP dependent. The 20S proteasome, which functions as the proteolytic core of the 26S complex, did not degrade ubiquitinated IκBα (open triangle). This is consistent with the role of the 26S proteasome in degrading ubiquiti-

nated substrates. Similarly, no degradation of the conjugates occurred in the absence of the 26S proteasome (solid triangle). Importantly, unconjugated IκBα was not degraded by the 26S proteasome (open diamond). These results clearly demonstrate that ubiquitination of IκBα targets the protein for degradation by the 26S proteasome. Thus, it appears that IκBα is not only phosphorylated and ubiquitinated while associated with NF-κB, but ubiquitinated IκBα also serves as a substrate for the 26S proteasome when complexed to NF-κB.

## Discussion

The transcription factor NF-κB is activated in response to a large number of distinct extracellular signals, all of which result in the phosphorylation of IκB proteins (for review, see Siebenlist et al. 1994). Recently, serine residues 32 and 36 were shown to be required for phosphorylation and degradation of IκBα, and activation of NF-κB (Brockman et al. 1995; Brown et al. 1995). In this paper we have shown that IκBα is ubiquitinated in response to stimulation both in vivo and in vitro, and that phosphorylation of IκBα is required for ubiquitination. In addition, we show that ubiquitinated IκBα is degraded by the 26S proteasome in vitro. The latter observation is consistent with previous observations showing that proteasome inhibitors block the degradation of IκBα in vivo (Finco et al. 1994; Miyamoto et al. 1994; Palombella et al. 1994; Traenckner et al. 1994; Alkalay et al. 1995; DiDonato et al. 1995; Lin et al. 1995). Although these inhibitors were shown to act on purified proteasomes, they can also inhibit other proteases, such as calpains and cathepsins. A series of peptide–aldehyde inhibitors with different potencies (IC50s) against the purified proteasome in vitro (Rock et al. 1994) were tested for their

Downloaded from www.genesdev.org on January 17, 2008 - Published by Cold Spring Harbor Laboratory Press

Signal-induced ubiquitination of IκBα



**Figure 5.** Degradation of ubiquitinated IκBα by the 26S proteasome. (*A*) In vitro-translated ³⁵S-labeled IκBα was incubated in HeLa extracts at 37°C for 2 hr under ubiquitination conditions (see Materials and methods), except that either Mg-ATP (lanes 2,4) or EDTA (lanes 1,3) was added to the reaction. The reaction mixtures were then immunoprecipitated by an antibody against RelA under conditions that allow coprecipitation of conjugated (lanes 2,4) or unconjugated (lanes 1,3) IκBα. The immunoprecipitates were then used directly for the degradation assay by the 26S proteasome. Lanes 1 and 2 are minus (−) 26S; lanes 3 and 4 are plus (+) 26S (23 nM). The degradation reactions were carried out at 37°C for 1 hr in the presence of Mg-ATP, and the reaction mixtures were separated by SDS-PAGE, followed by fluorography. (*B*) Ubiquitinated IκBα in the immunoprecipitates described in *A* (lane 2) was incubated with 26S proteasome (17 nM) at 37°C in the presence of Mg-ATP (□). At indicated time points, an aliquot of the reaction was precipitated by 10% TCA. The TCA-soluble radioactivity was then determined by liquid scintillation counting. Similarly, degradation of unconjugated (free) IκBα was also determined (◊). In other reactions, 40 mM EDTA was added (■), 26S proteasome was omitted (▲), and 20S proteasome (49 nM) was added (△) instead of the 26S proteasome.

ability to inhibit NF-κB in vivo (Palombella et al. 1994; Read et al. 1995). The rank order potencies of these compounds in vitro and in vivo were in excellent agreement. In contrast, other calpain and cathepsin inhibitors, even at high concentrations, did not block NF-κB activation. Thus, it seems likely that the antagonistic effects of these agents on NF-κB activation derive from their inhibitory activity on the proteasome. Moreover, in related studies it was found that lactacystin, a highly specific inhibitor of the proteasome (Fenteany et al. 1995), also prevents the processing of p105, the degradation of IκBα, and the activation of NF-κB in vivo (J. Hagler, O.J. Rando, G. Fenteany, S.L. Schreiber, and T. Maniatis, unpubl.). In addition, a new class of synthetic proteasome inhibitors, which do not affect any other known cellular proteases, also blocks IκBα degradation and NF-κB activation (V. Palombella and Z. Chen, unpubl.).

In this paper we show that deletion of the amino-terminal 36 amino acids of IκBα, or serine to alanine substitutions at either position 32 or 36, block in vitro ubiquitination. Although direct biochemical proof for phosphorylation of IκBα at serine residues 32 and 36 is still lacking, many independent lines of evidence indicate that these two residues are most likely the sites of phosphorylation. First, peptide mapping localizes inducible phosphorylation to the amino terminus of IκBα (Brown et al. 1995). Second, mutants of IκBα containing phos-

phoserine mimetics (but not alanine) at serine 32 or 36 are competent for degradation in vivo (Brockman et al. 1995). Third, the electrophoretic mobility of mutants containing mimetics at these serine sites coincides with that of the hyperphosphorylated form of endogenous IκBα in activated cells (Fig. 4; data not shown). Fourth, disruption of all other potential phosphorylation sites in the amino terminus of IκBα has no effect on the function of IκBα (Brockman et al. 1995; Brown et al. 1995). Fifth, removal of the carboxy-terminal PEST domain of IκBα fails to prevent inducible hyperphosphorylation in vivo (Brown et al. 1995). Taken together, we propose that phosphorylation of serine residues 32 and 36 targets IκBα to the ubiquitin–proteasome pathway.

The amino terminus of IκBα, which is not required for its association with NF-κB, is highly susceptible to protease cleavage, and this susceptibility is unaffected by binding to the p65 subunit of NF-κB (Jaffray et al. 1995). Thus, the amino terminus of IκBα appears to be exposed in the NF-κB complex and can therefore be recognized by an IκB kinase and presumably ubiquitination enzymes. In contrast, the central region of IκBα, which contains a tandem array of ankyrin repeats, is protease resistant and connected to the acidic carboxy-terminal domain containing a PEST sequence (Jaffray et al. 1995). Recent mutational studies have suggested that this PEST sequence may be required for signal-induced degradation of IκBα

Downloaded from www.genesdev.org on January 17, 2008 - Published by Cold Spring Harbor Laboratory Press

(Miyamoto et al. 1994; Brockman et al. 1995; Brown et al. 1995). The PEST sequences on the cyclin CLN3 protein contain phosphorylation sites, and these sites have been shown to be required for CLN3 degradation during the cell cycle (Yaglom et al. 1995). It should be noted that the ΔC mutant tested in this study lacks the PEST sequence as well as additional carboxy-terminal sequences that are required for binding to NF-κB (Brockman et al. 1995). Although the in vitro-translated ΔC protein is ubiquitinated in vitro, the significance of this observation with respect to the regulated degradation of NF-κB-bound IκBα remains unclear. Notwithstanding this uncertainty, these findings suggest that the PEST sequences of IκBα are not required for ubiquitination of free IκBα.

Investigation of the amino acid sequence requirements for the ubiquitin–proteasome-dependent degradation of other proteins has not revealed a common recognition element (for review, see Ciechanover 1994). For example, a "destruction box" sequence has been shown to be required for the ubiquitin-mediated degradation of mitotic cyclins (Glotzer et al. 1991; Luca et al. 1991). In contrast, a region containing PEST sequences and multiple phosphorylation sites is required for the degradation of CLN3 (Yaglom et al. 1995). In another example, degradation of the transcription factor MATα2 requires two different regions of the protein, and these sequences have not been found in other proteins (Hochstrasser et al. 1991). These and other examples strongly suggest that different protein substrates are recognized for degradation by the ubiquitin–proteasome pathway by distinct mechanisms (Ciechanover 1994). The recognition of specific substrates may involve the use of specific ubiquitin protein ligases (Hershko et al. 1994).

Remarkably, neither phosphorylation nor ubiquitination results in the dissociation of IκBα and NF-κB, and we have shown that the 26S proteasome recognizes and degrades ubiquitinated IκBα in the ternary NF-κB complex. The three-dimensional structure of an NF-κB p50 homodimer bound to DNA has been determined recently (Ghosh et al. 1995; Muller et al. 1995). In addition, specific amino acids in the highly conserved Rel homology domain have been shown to be required for interactions between the Drosophila Dorsal and Cactus proteins, homologs of NF-κB and IκB, respectively (Lehming et al. 1995). The location of these amino acids in the three-dimensional structure of the Rel homology domain suggests that IκB may fit within a deep groove formed between the dimerization domain of the two subunits (Ghosh et al. 1995; Lehming et al. 1995; Muller et al. 1995). Thus, IκBα must be phosphorylated and ubiquitinated on the surface away from the dimerization domain, as the modified IκBα remains bound to NF-κB. How, then, is the IκBα degraded as part of the NF-κB complex? An interesting possibility is suggested by the recent observations that molecular chaperones are required for the degradation of certain ubiquitinated substrates by the proteasome (D.H. Lee, M. Sherman, and A.L. Goldberg, pers. comm.). Perhaps, the 26S proteasome binds to the ubiquitin chains on IκBα and, in con-

junction with chaperones, strips IκBα away from NF-κB and then unfolds and degrades free IκBα.

We have shown that in vitro-translated IκBα is phosphorylated and ubiquitinated in HeLa cell extracts in the presence of the phosphatase inhibitor okadaic acid. Previous studies have shown that IκBα can be inactivated in vitro by sphingomyelinase or ceramide (Machleidt et al. 1994), LPS (Ishikawa et al. 1995), or ζ protein kinase C (ζPKC) (Diaz-Meco et al. 1994). In contrast, the behavior of the in vitro system described here suggests a low level of constitutive IκBα phosphorylation that would ordinarily not be detected because of the presence of endogenous phosphatases. However, in the presence of okadaic acid, the constitutively phosphorylated IκBα accumulates.

Phosphorylation-dependent ubiquitination of IκBα could occur via two mechanisms, which are not mutually exclusive. First, the phosphorylation of IκBα may enhance its affinity for constitutive ubiquitination enzymes (E2s and E3s). Alternatively, one or more of the enzymes involved in ubiquitination may be activated by the same signal transduction cascade. An example of such regulation is the activation of a cyclin ubiquitin protein ligase (E3) by cdc2 (Hershko et al. 1994).

There are now several examples in which the ubiquitin–proteasome pathway plays an essential role in the regulation of transcription factor levels. These examples include the degradation of yeast MATα2 (Hochstrasser et al. 1991) and GCN4 (Kornitzer et al. 1994) proteins, and the mammalian c-Jun (Treier et al. 1994) and p53 proteins (Scheffner et al. 1993). The example of NFκB1/p105 is exceptional in that the proteasome selectively degrades the carboxyl terminus of an inactive precursor protein, leaving the amino terminus intact (Palombella et al. 1994). The complete degradation of IκBα leads to a rapid and transient activation of NF-κB. The transient nature of the activation is a consequence of the positive autoregulation of the IκBα gene by the activated NF-κB and the subsequent restoration of the cytoplasmic IκBα pool (Sun et al. 1993). In contrast, when the degradation of another IκB protein, IκBβ, is induced by LPS and IL-1, the activation of NF-κB persists (Thompson et al. 1995). The degradation of IκBβ, like that of IκBα, is inhibited by TPCK, which seems to block the activities of one or more IκB kinases. IκBβ contains an amino-terminal sequence strikingly similar to the Ser-32/Ser-36-like region of IκBα (Thompson et al. 1995). Thus, it seems likely that the degradation of IκBβ also involves the ubiquitin–proteasome pathway.

Because of the central role played by NF-κB and other Rel family members in the immune and inflammatory responses, their activation would be an attractive target for the development of pharmacological inhibitors. For example, the genes encoding the cell adhesion molecules expressed on the surface of the vascular endothelium require NF-κB for their induced expression by TNFα and other inflammatory cytokines (for review, see Collins et al. 1995). Recent studies have shown that the proteasome inhibitor MG132 blocks the induction of the leukocyte adhesion molecules E-selectin, VCAM-1, and

Case 1:06-cv-00259-MPT    Document 673-2    Filed 05/30/2008    Page 11 of 62
Downloaded from www.genesdev.org on January 17, 2008 - Published by Cold Spring Harbor Laboratory Press

ICAM-1 (Read et al. 1995). The functional consequence of this inhibition was the prevention of lymphocyte attachment to TNFα-treated endothelial monolayers. The finding that ubiquitination is required for the proteasome-dependent degradation of IκBα provides additional, and possibly more specific, targets for inhibition of the inflammatory response.

## Materials and methods

### Materials

The proteasome inhibitor MG132 (Z-Leu-Leu-Leu-H) has been described before (Palombella et al. 1994; Rock et al. 1994). Calyculin A and okadaic acid were purchased from GIBCO BRL. Antibodies against IκBα (c-21, sc-371) and RelA/p65 (sc-109), as well as the agarose conjugates of the RelA antibody (sc-109AC) were purchased from Santa Cruz Biotechnology. Affinity-purified antibody specific for conjugated ubiquitin was provided by Dr. Cecile Pickart (State University of New York, Buffalo). Ubiquitin was purchased from Sigma, and MeUb was prepared according to Hershko and Heller (1985). Fluorescamine analysis showed that >95% of the lysine residues on MeUb was blocked. Ubal was prepared according to Mayer and Wilkinson (1989). 20S and 26S proteasomes were purified according to published methods (Hough et al. 1987; Ganoth et al. 1988).

### Plasmids, in vitro translation, and cell culture

The IκBα mutants are described by Brockman et al. (1995). These mutants were subcloned into pBluescript (SK(+), Stratagene) or pSP72 (Promega) for in vitro translation. Wild-type and mutant IκBα proteins were produced and labeled with [³⁵S]methionine by in vitro translation in TNT wheat germ extracts (Promega) using RNA transcribed from NotI linearized plasmids. The translation products were used directly in ubiquitination assays (see below). Jurkat cells (ATCC) were cultured in RPMI 1640 medium supplemented with 10% fetal calf serum. For metabolic labeling with [³⁵S]methionine/cysteine, 200 μCi/ml of EXPRE³⁵S³⁵S (Dupont NEN) was used in the labeling media lacking methionine and cysteine.

### Preparation of cell extracts

Preparation of HeLa cytoplasmic extracts (S100) was described earlier (Fan and Maniatis 1991). These extracts were further concentrated by ammonium sulfate (80%) precipitation, followed by extensive dialysis in 20 mM Tris (pH 7.6), 0.5 mM DTT. The extracts were stored in aliquots at −80°C.

Jurkat cell cytoplasmic extracts were prepared by lysing the cells in a hypotonic buffer (buffer A) containing 10 mM HEPES (pH 7.4), 1 mM EDTA, 10 mM KCl, 1 mM DTT, phosphatase inhibitors (50 mM NaF, 50 mM glycerol-2-phosphate, 1 mM sodium orthovanadate, 0.1 μM okadaic acid), and protease inhibitors (0.1 mg/ml of PMSF, 10 μg/ml of leupeptin, 10 μg/ml of aprotinin). Following incubation on ice for 15 min, 0.2% NP-40 was added to the lysate, and the mixture was placed on ice for another 5 min. After centrifugation at 16,000g for 5 min at 4°C, the supernatant (cytoplasmic extract) was stored at −80°C.

### Immunoprecipitation and Western blot analysis

Immunoprecipitation was carried out in RIPA buffer (50 mM Tris-HCl at pH 8.0, 150 mM NaCl, 1% NP-40, 0.5% deoxycholate) plus 0.1% SDS. Antibodies were incubated with cytoplasmic extracts at 4°C for 1 hr. Protein A-trisacryl (Pierce) equilibrated in the same buffer was then added to the mixture, and the incubation was continued for another hour. When anti-

RelA-agarose was used for immunoprecipitation, the step involving addition of protein A-trisacryl was omitted. After a brief centrifugation, the resin was washed four times with RIPA/0.1% SDS and then boiled in SDS sample buffer.

Coimmunoprecipitations were carried out similar to the immunoprecipitation described above, except that buffer A/0.2% NP-40 (see above) instead of RIPA/0.1% SDS was used for antibody incubations. The resin was then washed with buffer B (10 mM HEPES at pH 7.4, 1 mM EDTA, 10 mM KCl, 50 mM NaF, 50 mM glycerol-2-phosphate, 1 mM sodium orthovanadate, 0.1 mg/ml of PMSF, 0.2% NP-40, and 90 mM NaCl). The washed resin was either boiled in SDS sample buffer, eluted with 0.1 M Capso (pH 11.2), or used directly for assays (see below). Western blot analysis was performed according to Fan and Maniatis (1991).

### Ubiquitination assay

In vitro-translated ³⁵S-labeled IκBα was incubated with HeLa extract (4.5 mg/ml) in the presence of an ATP regenerating system (50 mM Tris at pH 7.6, 5 mM MgCl₂, 2 mM ATP, 10 mM creatine phosphate, 3.5 U/ml of creatine kinase, 0.6 U/ml inorganic pyrophosphatase), together with ubiquitin (1 mg/ml), okadaic acid (3 μM), and Ubal (3 μM). The reactions were incubated at 37°C for 1 hr unless otherwise indicated. After terminating the reaction with SDS sample buffer, the reaction mixture was subjected to SDS-PAGE (9%) and fluorography.

### Isolation of ubiquitin-IκBα conjugates

Ubiquitinated IκBα was synthesized in a 300-μl reaction mixture containing 60 μl of in vitro-translated ³⁵S-labeled IκBα, 1.5 mg of HeLa extract, and other components of the ubiquitination reaction. The control reaction contained 40 mM EDTA instead of Mg-ATP in the mixture. After 2 hr of incubation at 37°C, ubiquitinated IκBα and unconjugated IκBα were coimmunoprecipitated with RelA using 30 μl of anti-RelA agarose conjugates (0.25 μg/μl of antibody). Following incubation at 4°C for 1 hr, the resin was washed three times with buffer B and once with buffer D (50 mM Tris at pH 7.6, 0.5 mM DTT). The resin was then resuspended in buffer D and used directly in the conjugate degradation assay.

### Conjugate degradation assay

Ubiquitinated IκBα suspension (~2000 cpm) was incubated with 17 nM of 26S proteasome in an ATP-regenerating system (see above). At the desired time points, the reaction was quenched by addition of 125 μl of 4% BSA and 575 μl of 12% TCA. After removal of the TCA precipitates by centrifugation, 600 μl of the supernatants was counted in a scintillation counter. The results are expressed as percentage of the conjugates that are degraded to TCA-soluble counts.

## Acknowledgments

We are grateful to R. Stein and other scientists at MyoGenics, Inc., for encouragement and support, and to A. Goldberg and D. Finley for helpful advice and critical reading of the manuscript. We are also grateful to L. Parent for excellent technical assistance. We thank C. Pickart for the ubiquitin antibody. This work was supported by MyoGenics, Inc., and by grants from the National Institutes of Health (T.M. and D.B.). J.H. was supported by a postdoctoral fellowship from the American Cancer Society (PF-4053). D.B. is an investigator of the Howard Hughes Medical Institute.

The publication costs of this article were defrayed in part by payment of page charges. This article must therefore be hereby marked "advertisement" in accordance with 18 USC section 1734 solely to indicate this fact.

Case 1:06-cv-00259-MPT Document 673-2 Filed 05/30/2008 Page 42 of 62

Downloaded from www.genesdev.org on October 7, 2008 - Published by Cold Spring Harbor Laboratory Press

# References

Alkalay, I., A. Yaron, A. Hatzubai, S. Jung, A. Avraham, O. Gerlitz, I. Pashut-Lavon, and Y. Ben-Neriah. 1995. In vivo stimulation of IκB phosphorylation is not sufficient to activate NF-κB. *Mol. Cell. Biol.* 15: 1294–1301.

Baeuerle, P.A. and D. Baltimore. 1988. IκB: A specific inhibitor of the NF-κB transcription factor. *Science* 242: 540–546.

Baeuerle, P.A. and T. Henkel. 1994. Function and activation of NF-κB in the immune system. *Annu. Rev. Immunol.* 12: 141–179.

Beg, A.A. and A.S. Baldwin Jr. 1993. The IκB proteins: Multifunctional regulators of rel/NF-κB transcription factors. *Genes & Dev.* 7: 2064–2070.

Beg, A.A., S.M. Ruben, R.I. Scheinman, S. Haskill, C.A. Rosen, and A.S. Baldwin Jr. 1992. IκB interacts with the nuclear localization sequences of the subunits of NF-κB: A mechanism for cytoplasmic retention. *Genes & Dev.* 6: 1899–1913.

Beg, A.A., T.S. Finco, P.V. Nantermet, and A.S. Baldwin Jr. 1993. Tumor necrosis factor and interleukin-1 lead to phosphorylation and loss of IκB-α: A mechanism for NF-κB activation. *Mol. Cell. Biol.* 13: 3301–3310.

Blank, V., P. Kourilsky, and A. Israel. 1991. Cytoplasmic retention, DNA binding and processing of the NF-κB p50 precursor are controlled by a small region in its C-terminus. *EMBO J.* 10: 4159–4167.

Brockman, J.A., D.C. Scherer, S.M. Hall, T.A. McKinsey, X. Qi, W.Y. Lee, and D.W. Ballard. 1995. Coupling of a signal-response domain in IκBα to multiple pathways for NF-κB activation. *Mol. Cell. Biol.* 15: 2809–2818.

Brown, K., S. Park, T. Kanno, G. Franzoso, and U. Siebenlist. 1993. Mutual regulation of the transcriptional activator NF-κB and its inhibitor, IκB-α. *Proc. Natl. Acad. Sci.* 90: 2532–2536.

Brown, K., S. Gerstberger, L. Carlson, G. Franzoso, and U. Siebenlist. 1995. Control of IκB-α proteolysis by site-specific, signal-induced phosphorylation. *Science* 267: 1485–1491.

Capobianco, A.J., D. Chang, G. Mosialos, and T.D. Gilmore. 1992. p105, the NF-κB p50 precursor protein, is one of the cellular proteins complexed with the v-Rel oncoprotein in transformed chicken spleen cells. *J. Virol.* 66: 3758–3767.

Chen, Z. and C.M. Pickart. 1990. A 25-kilodalton ubiquitin carrier protein (E2) catalyzes multiubiquitin chain synthesis via lysine 48 of ubiquitin. *J. Biol. Chem.* 265: 21835–21842.

Ciechanover, A. 1994. The ubiquitin-proteasome proteolytic pathway. *Cell* 79: 13–21.

Collins, T., M.A. Read, A.S. Neish, M.Z. Whitley, D. Thanos, and T. Maniatis. Transcriptional regulation of endothelial cell adhesion molecules: NF-κB and cytokine-inducible enhancers. *FASEB J.* (in press).

Cordle, S.R., R. Donald, M.A. Read, and J. Hawiger. 1993. Lipopolysaccharide induces phosphorylation of MAD3 and activation of c-Rel and related NF-κB proteins in human monocytic THP-1 cells. *J. Biol. Chem.* 268: 11803–11810.

Diaz-Meco, M.T., L.S. Dominguez, P. Dent, J. Lozano, M.M. Municio, E. Berra, R.T. Hay, T.W. Sturgill, and J. Moscat. 1994. ζPKC induces phosphorylation and inactivation of IκB-α in vitro. *EMBO J.* 13: 2842–2848.

DiDonato, J.A., F. Mercurio, and M. Karin. 1995. Phosphorylation of IκB precedes but is not sufficient for its dissociation from NF-κB. *Mol. Cell. Biol.* 15: 1302–1311.

Donald, R., D.W. Ballard, and J. Hawiger. 1995. Proteolytic processing of NF-κB/IκB in human monocytes. *J. Biol. Chem.* 270: 9–12.

Ernst, M.K., L.L. Dunn, and N.R. Rice. 1995. The PEST-like sequence of IκBα is responsible for inhibition of DNA binding but not for cytoplasmic retention of c-Rel or RelA homodimers. *Mol. Cell. Biol.* 15: 872–882.

Eytan, E., T. Armon, H. Heller, S. Beck, and A. Hershko. 1993. Ubiquitin C-terminal hydrolase activity associated with the 26S protease complex. *J. Biol. Chem.* 268: 4668–4674.

Fan, C.-M. and T. Maniatis. 1991. Generation of p50 subunit of NF-κB by processing of p105 through an ATP-dependent pathway. *Nature* 354: 395–398.

Fenteany, G., R.F. Standaert, W.S. Lane, S. Choi, E.J. Corey, and S.L. Schreiber. 1995. Inhibition of proteasome activities and subunit-specific amino-terminal threonine modification by lactacystin. *Science* 268: 726–731.

Finco, T.S., A.A. Beg, and A.S. Baldwin Jr. 1994. Inducible phosphorylation of IκBα is not sufficient for its dissociation from NF-κB and is inhibited by protease inhibitors. *Proc. Natl. Acad. Sci.* 91: 11884–11888.

Ganchi, P.A., S.-C. Sun, W.C. Greene, and D.W. Ballard. 1992. IκB/MAD-3 masks the nuclear localization signal of NF-κB p65 and requires the trans-activation domain to inhibit NF-κB p65 DNA binding. *Mol. Biol. Cell* 3: 1339–1352.

Ganoth, D., E. Leshinsky, E. Eytan, and A. Hershko. 1988. A multicomponent system that degrades proteins conjugated to ubiquitin. *J. Biol. Chem.* 263: 12412–12419.

Ghosh, G., G. Van Duyne, S. Ghosh, and P.B. Sigler. 1995. Structure of NF-κB p50 homodimer bound to a κB site. *Nature* 373: 303–310.

Gilmore, T.D. and P.J. Morin. 1993. The IκB proteins: Members of a multifunctional family. *Trends Genet.* 9: 427–433.

Glotzer, M., A.W. Murray, and M.W. Kirschner. 1991. Cyclin is degraded by the ubiquitin pathway. *Nature* 349: 132–138.

Goldberg, A.L. 1992. The mechanism and functions of ATP-dependent proteases in bacterial and animal cells. *Eur. J. Biochem.* 203: 9–23.

Grilli, M., J.J.-S. Chiu, and M.J. Lenardo. 1993. NF-κB and Rel: Participants in a multiform transcriptional regulatory system. *Int. Rev. Cytol.* 143: 1–62.

Haas, A.L. and P.M. Bright. 1985. The immunochemical detection and quantitation of intracellular ubiquitin-protein conjugates. *J. Biol. Chem.* 250: 12464–12473.

Henkel, T., U. Zabel, K. van Zee, J.M. Muller, E. Fanning, and P. Baeuerle. 1992. Intramolecular masking of the nuclear location signal and dimerization domain in the precursor for the p50 NF-κB subunit. *Cell* 68: 1121–1133.

Henkel, T., T. Machleidt, I. Alkalay, M. Kronke, Y. Ben-Neriah, and P.A. Baeuerle. 1993. Rapid proteolysis of IκB-α is necessary in the activation of transcription factor NF-κB. *Nature* 365: 182–185.

Hershko, A. and A. Ciechanover. 1992. The ubiquitin system for protein degradation. *Annu. Rev. Biochem.* 61: 761–807.

Hershko, A. and H. Heller. 1985. Occurrence of a polyubiquitin structure in ubiquitin-protein conjugates. *Biochem. Biophys. Res. Commun.* 128: 1079–1086.

Hershko, A., D. Ganoth, J. Pehrson, R.E. Palazzo, and L.H. Cohen. 1991. Methylated ubiquitin inhibits cyclin degradation in clam embryo extracts. *J. Biol. Chem.* 266: 16376–16379.

Hershko, A., D. Ganoth, V. Sudakin, A. Dahan, L. Cohen, F.C. Luca, J.V. Ruderman, and E. Eytan. 1994. Components of a system that ligates cyclin to ubiquitin and their regulation by the protein kinase cdc2. *J. Biol. Chem.* 269: 4940–4946.

Hochstrasser, M., M.J. Ellison, V. Chau, and A. Varshavsky. 1991. The short-lived MATα2 repressor is ubiquitinated in vivo. *Proc. Natl. Acad. Sci.* 88: 4606–4610.

Hough, R., G. Pratt, and M. Rechsteiner. 1987. Purification of two high molecular weight proteases from rabbit reticulocyte lysate. *J. Biol. Chem.* 262: 8303–8313.

Downloaded from www.genesdev.org on January 17, 2008 - Published by Cold Spring Harbor Laboratory Press

Ishikawa, Y., N. Mukaida, K. Kuno, N. Rice, S. Okamoto, and K. Matsushima. 1995. Establishment of lipopolysaccharide-dependent nuclear factor κB activation in a cell free system. *J. Biol. Chem.* 270: 4158–4164.

Jaffray, E., K.M. Wood, and R.T. Hay. 1995. Domain organization of IκBα and sites of interaction with NF-κB p65. *Mol. Cell. Biol.* 15: 2166–2172.

Jentsch, S. 1992. The ubiquitin-conjugation system. *Annu. Rev. Genet.* 26: 179–205.

Kornitzer, D., B. Raboy, R.G. Kulka, and G.R. Fink. 1994. Regulated degradation of the transcription factor Gcn4. *EMBO J.* 13: 6021–6030.

Lehming, N., S. McGuire, J.M. Brickman, and M. Ptashne. 1995. Mechanism of action of an inhibitor of a rel protein. *Proc. Natl. Acad. Sci.* (in press).

Lin, Y.-C., K. Brown, and U. Siebenlist. 1995. Activation of NF-κB requires proteolysis of the inhibitor IκB-α: Signal-induced phosphorylation of IκB-α alone does not release active NF-κB. *Proc. Natl. Acad. Sci.* 92: 552–556.

Liou, H.-C., G.P. Nolan, S. Ghosh, T. Fujita, and D. Baltimore. 1992. The NF-κB precursor, p105, contains an internal IκB-like inhibitor that preferentially inhibits p50. *EMBO J.* 11: 3003–3009.

Lowe, J. and R.J. Mayer. 1990. Ubiquitin, cell stress and diseases of the nervous system. *Neuropathol. Appl. Neurobiol.* 16: 281–291.

Luca, F.C., E.K. Shibuya, C.E. Dohrmann, and J.V. Ruderman. 1991. Both cyclin AΔ60 and BΔ97 are stable and arrest cells in M-phase, but only cyclin BΔ97 turns on cyclin destruction. *EMBO J.* 10: 4311–4320.

Machleidt, T., K. Wiegmann, T. Henkel, S. Shutze, P. Baeuerle, and M. Kronke. 1994. Sphingomyelinase activates proteolytic IκB-α degradation in a cell-free system. *J. Biol. Chem.* 269: 13760–13765.

Mayer, A.N. and K.D. Wilkinson. 1989. Detection, resolution, and nomenclature of multiple ubiquitin carboxyl-terminal esterases from bovine calf thymus. *Biochemistry* 28: 166–172.

Mellits, K.H., R.T. Hay, and S. Goodbourn. 1993. Proteolytic degradation of MAD3 (IκBα) and enhanced processing of the NF-κB precursor p105 are obligatory steps in the activation of NF-κB. *Nucleic Acids Res.* 21: 5059–5066.

Menon, S.D., S. Qin, G.R. Guy, and Y.H. Tan. 1993. Differential induction of nuclear NF-κB by protein phosphatase inhibitors in primary and transformed human cells. *J. Biol. Chem.* 268: 26805–26812.

Mercurio, F., J.A. DiDonato, C. Rosette, and M. Karin. 1993. p105 and p98 precursor proteins play an active role in NF-κB-mediated signal transduction. *Genes & Dev.* 7: 705–718.

Miyamoto, S., M. Maki, M.J. Schmitt, M. Hatanaka, and I.M. Verma. 1994. Tumor necrosis factor α-induced phosphorylation of IκBα is a signal for its degradation but not dissociation from NF-κB. *Proc. Natl. Acad. Sci.* 91: 12740–12744.

Muller, C.W., F.A. Rey, M. Sodeoka, G.L. Verdine, and S.C. Harrison. 1995. Structure of the NF-κB p50 homodimer bound to DNA. *Nature* 373: 311–317.

Naumann, M. and C. Scheidereit. 1994. Activation of NF-κB in vivo is regulated by multiple phosphorylations. *EMBO J.* 13: 4597–4607.

Neumann, M., K. Tsapos, J.A. Scheppler, J. Ross, and B.R. Franza Jr. 1992. Identification of complex formation between two intracellular tyrosine kinase receptor substrates: Human c-Rel and the p105 precursor of p50 NF-κB. *Oncogene* 7: 2059–2104.

Palombella, V.J., O.J. Rando, A.L. Goldberg, and T. Maniatis.

1994. The ubiquitin-proteasome pathway is required for processing the NF-κB1 precursor protein and the activation of NF-κB. *Cell* 78: 773–785.

Peters, J.M. 1994. Proteasomes: Protein degradation machines in the cell. *Trends Biochem. Sci.* 19: 377–382.

Read, M.A., A.S. Neish, F.W. Luscinskas, V.J. Palombella, T. Maniatis, and T. Collins. 1995. The proteasome pathway is required for cytokine-induced endothelial leukocyte adhesion molecule expression. *Immunity* 2: 1–20.

Rechsteiner, M., L. Hoffman, and W. Dubiel. 1993. The multicatalytic and 26S proteases. *J. Biol. Chem.* 268: 6065–6068.

Rice, N.R. and M.K. Ernst. 1993. In vivo control of NF-κB activation by IκB-α. *EMBO J.* 12: 4685–4695.

Rice, N.R., M.L. MacKichan, and A. Israel. 1992. The precursor of NF-κB p50 has IκB-like functions. *Cell* 71: 243–253.

Rock, K.L., C. Gramm, L. Rothstein, K. Clark, R. Stein, L. Dick, D. Hwang, and A.L. Goldberg. 1994. Inhibitors of the proteasome block degradation of most cell proteins and the generation of peptides presented on MHC class I molecules. *Cell* 78: 761–771.

Rogers, S., R. Wells, and M. Rechsteiner. 1986. Amino acid sequences common to rapidly degraded proteins: The PEST hypothesis. *Science* 234: 364–368.

Scheffner, M., J.M. Huibregtse, R.D. Vierstra, and P.M. Howley. 1993. The HPV-16 E6 and E6AP complex functions as a ubiquitin-protein ligase in the ubiquitination of p53. *Cell* 75: 495–505.

Siebenlist, U., G. Franzoso, and K. Brown. 1994. Structure, regulation and function of NF-κB. *Annu. Rev. Cell. Biol.* 10: 405–455.

Sun, S.-C., P.A. Ganchi, D.W. Ballard, and W.D. Greene. 1993. NF-κB controls expression of inhibitor IκB-α: Evidence for an inducible autoregulatory pathway. *Science* 259: 1912–1915.

Sun, S.-C., P.A. Ganchi, C. Beraud, D.W. Ballard, and W.C. Greene. 1994a. Autoregulation of the NF-κB transactivator RelA (p65) by multiple cytoplasmic inhibitors containing ankyrin motifs. *Proc. Natl. Acad. Sci.* 91: 1346–1350.

Sun, S.-C., J. Elwood, C. Beraud, and W.C. Greene. 1994b. Human T-cell leukemia virus type I Tax activation of NF-κB/Rel involves phosphorylation and degradation of IκBα and RelA (p65)-mediated induction of the c-rel gene. *Mol. Cell. Biol.* 14: 7377–7384.

Thanos, D. and T. Maniatis. 1995. NF-κB: A lesson in family values. *Cell* 80: 529–532.

Thevenin, C., S.-C. Kim, P. Rieckmann, H. Fujiki, M.A. Norcross, M.B. Sporn, A.S. Fauci, and J.H. Kehrl. 1990. Induction of nuclear factor-κB and the human immunodeficiency virus long terminal repeat by okadaic acid, a specific inhibitor of phosphatases 1 and 2A. *New Biol.* 2: 793–800.

Thompson, J.E., R.J. Phillips, H. Erdjument-Bromage, P. Tempst, and S. Ghosh. 1995. IκB-β regulates the persistent response in a biphasic activation of NF-κB. *Cell* 80: 573–582.

Traenckner, E.B.-M., S. Wilk, and P.A. Baeuerle. 1994. A proteasome inhibitor prevents activation of NF-κB and stabilizes a newly phosphorylated form of IκB-α that is still bound to NF-κB. *EMBO J.* 13: 5433–5441.

Treier, M., L.M. Staszewski, and D. Bohmann. 1994. Ubiquitin-dependent c-Jun degradation in vivo is mediated by the δ domain. *Cell* 78: 787–798.

Yaglom, J., M.H.K. Linskens, S. Sadis, D.M. Rubin, B. Futcher, and D. Finley. 1995. p34^{Cdc28}-mediated control of cln3 cyclin degradation. *Mol. Cell. Biol.* 15: 731–741.

Zabel, U., T. Henkel, M. dos Santos Silva, and P. Baeuerle. 1993. Nuclear uptake control of NF-κB by MAD-3 and IκB protein present in the nucleus. *EMBO J.* 12: 201–211.

# EXHIBIT G

Cell, Vol. 78, 773–785, September 9, 1994, Copyright © 1994 by Cell Press

# The Ubiquitin–Proteasome Pathway Is Required for Processing the NF-κB1 Precursor Protein and the Activation of NF-κB

Vito J. Palombella,* Oliver J. Rando,*
Alfred L. Goldberg,† and Tom Maniatis*
*Department of Molecular and Cellular Biology
Harvard University
Cambridge, Massachusetts 02138
†Department of Cell Biology
Harvard Medical School
Boston, Massachusetts 02115

## Summary

We demonstrate an essential role for the proteasome complex in two proteolytic processes required for activation of the transcription factor NF-κB. The p105 precursor of the p50 subunit of NF-κB is processed in vitro by an ATP-dependent process that requires proteasomes and ubiquitin conjugation. The C-terminal region of p105 is rapidly degraded, leaving the N-terminal p50 domain. p105 processing can be blocked in intact cells with inhibitors of the proteasome or in yeast with proteasome mutants. These inhibitors also block the activation of NF-κB and the rapid degradation of IκBα induced by tumor necrosis factor α. Thus, the ubiquitin–proteasome pathway functions not only in the complete degradation of polypeptides, but also in the regulated processing of precursors into active proteins.

## Introduction

The transcription factor nuclear factor κB (NF-κB) regulates a variety of genes involved in the immune and inflammatory responses. For example, NF-κB is required for the expression of the immunoglobulin light chain κ gene, the interleukin 2 receptor α chain gene, the class I major histocompatibility complex (MHC) gene and a number of cytokine genes such as those encoding interleukin 2, interleukin 6, granulocyte colony-stimulating factor, and interferon-β (IFNβ) (reviewed by Baeuerle, 1991; Liou and Baltimore, 1993; Grilli et al., 1993). Similarly, NF-κB has been implicated in the expression of the cell adhesion genes that encode E-selectin, ICAM, and VCAM-1 (reviewed by Collins, 1993). Finally, a connection between the role of NF-κB in the immune response and the replication of the human immunodeficiency virus (HIV) was provided by the observation that NF-κB specifically binds to the HIV enhancer/promoter (Nabel and Baltimore, 1987).

NF-κB was initially characterized as a heterodimeric complex consisting of a p50 (NF-κB1) and a p65 (RelA) subunit (Baeuerle and Baltimore, 1989; Ghosh et al., 1990; Kieran et al., 1990; Nolan et al., 1991; Ruben et al., 1991). The activity of NF-κB is highly regulated. In most cells, the p50 and p65 subunits of NF-κB form an inactive cytoplasmic ternary complex with the inhibitor protein IκBα (Baeuerle and Baltimore, 1988). IκBα masks the nuclear localization sequences of p50 and p65 (reviewed by Beg

and Baldwin, 1993). IκBα is rapidly degraded in response to a large number of extracellular signals, such as lipopolysaccharides, phorbol esters, and tumor necrosis factor α (TNFα), and this step is obligatory for the activation of NF-κB (Beg et al., 1993; Brown et al., 1993; Henkel et al., 1993; Mellits et al., 1993; Sun et al., 1993). After degradation of IκBα, NF-κB translocates into the nucleus and activates gene expression.

The p50 subunit of NF-κB is generated by the proteolytic processing of a 105 kDa precursor protein (p105), and this processing is also regulated (Fan and Maniatis, 1991; Blank et al., 1991; Mellits et al., 1993; Mercurio et al., 1993). The C-terminus of p105 (p105C') contains ankyrin repeats and bears a striking resemblance to IκBα (Bours et al., 1990; Ghosh et al., 1990; Kieran et al., 1990). In fact, the lymphoid cell–specific IκBγ protein is identical to p105C' (Inoue et al., 1992). However, this protein is generated by either alternative splicing or promoter usage. Significantly, unprocessed p105 can associate with p65 and other members of the Rel family to form inactive p105–p65 cytoplasmic complexes (Capobianco et al., 1992; Rice et al., 1992; Mercurio et al., 1993). Processing of p105 results in the production of p50, which can form the transcriptionally active p50–p65 heterodimer. The C-terminal IκBα-homologous sequence of p105 is rapidly degraded upon processing (Fan and Maniatis, 1991). Recent studies suggest that phosphorylation precedes cytokine-stimulated processing of p105 and degradation of IκBα (Beg et al., 1993; Brown et al., 1993; Mellits et al., 1993; Sun et al., 1994). However, neither the signal transduction pathways leading to NF-κB activation nor the mechanisms of IκBα inactivation or p105 processing are understood.

The p50 subunit of NF-κB is generated by processing of p105 in vivo and in vitro (Fan and Maniatis, 1991). The requirements of the in vitro processing reaction suggested that the ATP-dependent protease complex (e.g., proteasome), the ubiquitin-mediated (Ub-mediated) protein degradative pathway, or both are involved in p105 processing (Fan and Maniatis, 1991). The Ub-dependent pathway plays an important role in the complete degradation of abnormal and short-lived regulatory proteins (for reviews of the Ub-dependent pathway, see Goldberg, 1992; Hershko and Ciechanover, 1992; Rechsteiner et al., 1993). This pathway requires ATP and the covalent conjugation of target proteins with multiple Ub molecules (reviewed by Hershko and Ciechanover, 1992; Jentsch, 1992). In this multistep process, Ub is first activated by the enzyme E1, and the activated Ub is then transferred to one of a number of different Ub-conjugating enzymes (E2s) that catalyze the formation of an isopeptide bond between the C-terminal glycine of Ub and the ε-amino group of lysine residues on target proteins. For many proteins, the conjugation to Ub also requires a specific Ub-protein ligase (E3). The monoubiquitinated substrate then undergoes further ubiquitinations via the lysine residue at position 48 on the Ubs, leading to the formation of multiUb chains (Chau et al., 1989) that target proteins for degrada-

Cell
774



Figure 1. ATP is Required for the Proteolytic Processing of the p105 Precursor In Vitro

The p105 precursor (p60Tth) was translated in a wheat germ extract, and the in vitro-translated ³⁵S-protein was mixed with HeLa cell cytoplasmic extract (S100) in processing buffer. After incubation at 30°C, the labeled proteins were immunoprecipitated with anti-p50 antibody, and the proteins were separated by SDS–PAGE.

(A) Apyrase inhibits the processing of p60Tth. Lane 1 is the substrate mock control incubated in the absence of HeLa extract. In lanes 2–4, p60Tth was incubated with HeLa cell S100. The p60 substrate was incubated without or with 10 U of apyrase at 30°C for 30 min (lanes 3 and 4, respectively) prior to the addition of HeLa cell S100. The reactions in lanes 3 and 4 did not receive additional ATP.

(B) ATPγS inhibits the formation of p50. The p60 precursor was incubated in the absence (lane 1) and presence of HeLa cell S100 (lanes 2 and 3). Reaction mixtures in lanes 1 and 2 contained 1 mM ATP. The processing reaction in lane 3 received 2 mM ATPγS.

tion by the 26S (1500 kDa) proteasome complex (Goldberg, 1992; Hershko and Ciechanover, 1992).

The 20S (600 kDa) proteasome particle (multicatalytic protease) comprises the catalytic core of the 26S particle (Eytan et al., 1989; Matthews et al., 1989; Driscoll and Goldberg, 1990). The proteasome is highly conserved and is present in the cytoplasm and nucleus of all eukaryotic cells. By itself, the 20S proteasome is unable to degrade ubiquitinated proteins, but through an ATP-dependent mechanism, it associates with other components to form the 26S proteasome complex capable of hydrolyzing Ub-conjugated proteins (Eytan et al., 1989; Driscoll and Goldberg, 1990).

Despite extensive studies in mammalian cells and yeast (Jentsch, 1992), thus far, only a few cellular targets of the Ub-dependent pathway have been identified. Recently, this pathway was shown to catalyze the generation of antigenic peptides from cytoplasmic proteins for presentation on MHC class I antigen molecules (Goldberg and Rock, 1992; Gaczynska et al., 1993; Michalek et al., 1993; Rock et al., 1994 [this issue of Cell]). We carried out experiments to determine whether the Ub–proteasome pathway is also involved in the ATP-dependent proteolytic processing of p105. We show here that the proteasome complex is required for p105 processing, and that this process requires Ub. In addition, we show that proteasome inhibitors block the rapid degradation of IκBα and the activation of NF-κB

upon TNFα induction. We conclude that the ATP-dependent proteasome complex plays a novel and essential role in the regulation of NF-κB activity.

## Results

### ATP Is Required for p105 Processing

The p105 protein and the truncated version, p60Tth, can be produced by in vitro translation in a wheat germ extract and then processed to p50 in a HeLa cell cytoplasmic extract (S100) or in reticulocyte lysates (Fan and Maniatis, 1991). Both ATP and Mg²⁺ were shown to be required for this reaction. We confirmed the requirement for ATP by showing that processing reactions treated with apyrase to destroy ATP are unable to generate p50 from p60Tth (Figure 1A). The p60Tth protein was used in these experiments because it is efficiently translated in vitro to generate the primarily full-length polypeptide. By contrast, p105 is inefficiently translated, and a large number of premature termination products, degradation products, or both are generated. Therefore, it is difficult to visualize the processing of p105 by SDS–polyacrylamide gel electrophoresis (SDS–PAGE).

In vitro synthesized p60Tth mRNA was translated in a wheat germ extract to generate [³⁵S]methionine-p60 protein. This protein was then incubated in the presence or absence of the S100 extract and was immunoprecipitated with an anti-p50 antibody, and the immunoprecipitate was analyzed by SDS–PAGE. In the absence of the S100 extract, little if any p50 was observed (Figure 1A, lane 1). However, when the p60Tth translation reaction (which contains some ATP) was incubated with the S100 extract for 60 min, mature p50 was detected (Figure 1A, lane 3), and its production was stimulated by the addition of exogenous ATP (Figure 1A, lane 2). The same result was obtained when the reactions were immunoprecipitated with an anti-Myc peptide monoclonal antibody, which recognizes the Myc tag at the N-terminus of p60Tth (Fan and Maniatis, 1991). Thus, the p50 was generated by a proteolytic cleavage near the C-terminus of p60Tth. Similar results were also observed when full-length p105 was used in the reactions; however, the amount of processing was somewhat less than that with p60Tth (data not shown). Significantly, the formation of p50 was not observed if the in vitro translated p60Tth was first incubated with apyrase to remove any residual ATP left in the wheat germ extract (Figure 1A, lane 4). In addition, when the p60Tth precursor was incubated with the HeLa cell S100 extract in the presence of calf intestinal phosphatase, which also hydrolyzes ATP, the formation of p50 was not observed (data not shown).

To test whether ATP hydrolysis is necessary for processing, the reaction was carried out in the presence of the nonhydrolyzable analog ATPγS. As expected, processing of p60Tth in the HeLa cell S100 extract was observed in the presence of ATP (Figure 1B, lane 2). By contrast, no processing was observed in the presence of ATPγS (Figure 1B, lane 3). Although it is possible that the ATP is required for a phosphorylation event, we found that a panel of protein kinase inhibitors had no effect on

Role of the Proteasome in NF-κB Activation
775



Figure 2. Ub Is Required for the Processing of NF-κB1

Different amounts of reticulocyte fraction (fract.) II (in the presence [plus sign] and absence of 7.5 μg of Ub) were used in an in vitro processing reaction with p60Tth as the substrate (lanes 2–5). In addition, HeLa cell S100, either alone (lane 6) or supplemented with two different amounts (2.5 or 5.0 μg) of recombinant mutant UbR48 protein (lanes 7 and 8) or wild-type Ub protein (ubwt, lanes 9 and 10), was added to p60Tth in a processing reaction. Lane 1 is the control (Mock) incubated in the absence of either cytoplasmic extract.



Figure 3. Proteasomes Stimulate the Processing of p60Tth In Vitro

(A) Processing of p60Tth in proteasome-depleted and -enriched extracts. HeLa cell S100 was centrifuged for 6 hr at 100,000 × g to remove proteasomes. The p60Tth precursor was incubated with buffer (Mock, lane 1), HeLa cell S100 (lanes 2), or proteasome-depleted HeLa cytoplasmic extract (Pr⁻, lanes 3). In lanes 4 and 5, the proteasome-enriched pellet from the ultracentrifugation step was added to the substrate in the presence and absence of Pr⁻, respectively.

(B) Purified proteasomes stimulate the processing of p60Tth. Increasing amounts of purified 20S and 26S proteasomes (26/20S, lanes 4–6) or 20S proteasomes (lanes 8–10) from rabbit muscle were added in combination with p60Tth and Pr⁻ extract in a processing reaction. In lanes 7 and 11, a mixture of 20S and 26S proteasomes and homogeneous 20S proteasomes, respectively, was added to p60Tth in the absence of any HeLa Pr⁻ extract. Lane 1 is the mock-treated control, lane 2 is the HeLa S100-positive control, and lane 3 is the p60Tth processing reaction with the Pr⁻ extract.

processing (data not shown). Thus, it is likely that ATP hydrolysis is required for the processing reaction itself. Significantly, a series of ladder-like bands was observed above the unprocessed p60Tth band in the presence of ATPγS (Figure 1B, lane 3). This finding suggests Ub ligation to this protein since ATPγS supports the ubiquitination of proteins, but blocks proteasome-dependent degradation of ubiquitinated proteins (Scheffner et al., 1992). Thus, by uncoupling these processes, ATPγS causes the accumulation of ubiquitinated intermediates. These observations and the inhibition of processing by EDTA, hemin, and N-ethylmaleimide (Fan and Maniatis, 1991) strongly suggest that the Ub–proteasome pathway is required for p105 processing.

**p105 Processing Requires Polyubiquitination**

To test whether Ub is essential for p105 processing, we fractionated reticulocyte lysate to produce fraction II (Driscoll and Goldberg, 1990), which contains proteasomes and many Ub-conjugating enzymes but only low amounts of Ub. Incubation of the p60Tth protein with low amounts of fraction II and ATP led to the generation of low levels of p50 (Figure 2, lanes 2 and 3). These preparations of fraction II probably contain some Ub. Accordingly, the addition of Ub to fraction II significantly stimulated the formation of p50 (Figure 2, lanes 4 and 5).

The rapid degradation of proteins by the Ub pathway requires the formation of polyUb chains where Ub moieties are linked to Lys-48 on other Ubs (Chau et al., 1989; Hershko and Ciechanover, 1992; Jentsch, 1992). Mutant Ub proteins that contain an arginine at position 48 rather than a lysine do not form these Ub chains (Chau et al., 1989). The UbR48 mutant protein can therefore serve as a trans-dominant inhibitor of this degradation pathway. Thus, we compared the effects of wild-type Ub and the

R48 variant on the processing of p60Tth (Figure 2, lanes 6–10). Both Ub forms were expressed in Escherichia coli with an N-terminal His-6 tag so that they could be easily purified using Ni²⁺-NTA chromatography (Beers and Callis, 1993). The addition of wild-type Ub to fraction II increased the formation of p50 (see above) and did not affect processing in HeLa S100 extract (Figure 2, lanes 9 and 10), presumably because Ub is not limiting in this extract. However, the addition of UbR48 to the HeLa S100 extract (Figure 2, lanes 7 and 8) or to reticulocyte fraction II (data not shown) significantly decreased the amount of p50 generated from p60Tth. Furthermore, in the presence of UbR48, a single band was observed migrating immediately above full-length p60Tth. This band is probably owing to the addition of a single UbR48 moiety to the substrate protein. Notably, the degradation of ¹²⁵I-lysozyme in reticu-

Cell
776

locyte fraction II or HeLa cytoplasmic extracts was inhibited by UbR48, while degradation of Ub–[125]I-lysozyme conjugates was not affected, indicating that UbR48 does not block processing by inhibiting proteasome activity but rather by blocking Ub conjugation (data not shown). We conclude that p60Tth is conjugated to multiple Ub chains in a fashion similar to the Ub conjugation of other substrates for the Ub-degradative pathway.

### The Proteasome Is Required for p105 Processing

The multicatalytic 26S protease complex requires ATP and catalyzes the degradation of Ub-conjugated proteins (see above). Because generation of p50 requires ATP and the formation of polyUb chains, we examined whether p105 processing requires the 26S proteasome. Proteasomes were removed from the HeLa cell cytoplasmic S100 by differential centrifugation at 100,000 × g for 6 hr. The resulting proteasome-depleted supernatant (Pr⁻) contains a very low level of proteasome activity, while the pellet is enriched in proteasomes (Hegde et al., 1993). As expected, significant amounts of p50 were generated when p60Tth was incubated with the HeLa S100 extract (Figure 3A, lane 2), but removal of the proteasomes by centrifugation resulted in the loss of processing activity (Figure 3A, lane 3). Significantly, when the proteasome-rich pellet was added back to the supernatant, processing activity was restored (Figure 3A, lane 4). Interestingly, some p60Tth precursor was processed when incubated with the resuspended pellet alone (which contains some contaminating Ub-conjugating activity), but to a lesser extent than when incubated with the reconstituted extract (Figure 3A, compare lanes 4 and 5). Thus, the proteasomes are not sufficient for full processing activity, and other factor(s) in the Pr⁻ extracts are required for maximal activity (see below). Additional evidence for the involvement of the proteasome in p105 processing was provided by the observation that the processing activity in the pellet was lost when the proteasomes were specifically immunodepleted from this fraction with an anti-human proteasome monoclonal antibody (data not shown).

After incubation of the p60 substrate in the proteasome-depleted extract (Figure 3A, lane 3), we observed ladder-like bands larger than full-length p60Tth and similar to those seen in Figure 1B (lane 3). When a large excess of Ub is added to the reaction with Pr⁻, the number and formation of these bands significantly increase (data not shown). Presumably these bands are ubiquitinated forms of the precursor protein that accumulate in the Pr⁻ extract because of the lack of proteasome activity. In addition, a ³²P-glutathione S-transferase–Ub (³²P-GST–Ub) fusion protein (Scheffner et al., 1993) is conjugated to p60Tth during a processing reaction with Pr⁻ (data not shown). These results suggest that ubiquitination is a prerequisite for p105 processing and that the proteasome must remove these polyUb chains during the proteolytic processing event.

Additional evidence for the involvement of the proteasome in the processing of p60Tth was obtained by incubating p60Tth with increasing amounts of a purified mixture of 20S and 26S proteasomes (Figure 3B, lanes 4–6) or

pure 20S proteasomes (Figure 3B, lanes 8–10) in the Pr⁻ extract. Both preparations were capable of restoring processing activity to the proteasome-depleted extract. In addition, a highly purified preparation of 26S proteasomes stimulated the formation of p50 when mixed with Pr⁻ extract in a processing reaction (data not shown). However, p50 production was not observed when the precursor was incubated with purified proteasomes alone (Figure 3B, lanes 7 and 11). Thus, as described above for the pellet fraction (Figure 3A, lane 3), factor(s) in the Pr⁻ extract are also required for the proteasomes to process p60Tth, presumably to allow Ub conjugation to the precursor proteins. It is interesting that processing was observed in the Pr⁻ extract with 20S proteasomes, which by themselves cannot degrade Ub-conjugated proteins (Goldberg, 1992). However, the combination of 20S proteasomes with factors in the proteasome-depleted extract should allow formation of the 26S complex that acts on Ub-conjugated proteins. Accordingly, the addition of 20S proteasomes to the Pr⁻ extract significantly enhanced the degradation of Ub–[125]I-lysozyme conjugates (data not shown).

### Inhibitors of the Proteasome Block p105 Processing In Vitro and In Vivo

To obtain further evidence for the involvement of the proteasome in the formation of p50 in vitro and in vivo, we examined the effects of proteasome inhibitors on p105 processing. A series of peptide–aldehydes, MG101 (N-acetyl–leucinyl–leucinyl–norleucinal–H, also called LLnL), MG115 (carbobenzoxyl–leucinyl–leucinyl–norvalinal–H, also called Z–LLnV), and MG132 (carbobenzoxyl–leucinyl–leucinyl–leucinal–H, also called Z–LLL), have been shown to be potent inhibitors of the chymotryptic site on the 20S particle. These inhibitors have different dissociation constants (Ks) against the 20S proteasome (MG101, 140 nM; MG115, 21 nM; MG132, 4.0 nM) (Rock et al., 1994). Previous studies have shown that MG101, which is also calpain inhibitor I, can inhibit the proteolytic activity of the proteasome (Visnitsky et al., 1992). MG101 and MG115 can also reduce the degradation of Ub-conjugated proteins in extracts (Rock et al., 1994). In addition, these inhibitors can block the degradation of long- and short-lived proteins in intact cells as well as the proteolytic generation of antigenic peptides presented on MHC class I molecules (Rock et al., 1994). We therefore analyzed whether these peptide–aldehyde inhibitors of the proteasome, as well as other protease inhibitors, can block the processing of p105.

Both MG115 and MG132 (at 20–40 µM) markedly inhibited the formation of p50 in HeLa S100 extracts (Figure 4A, lanes 8–13). By contrast, a less potent inhibitor of proteasome function, MG101 (Visnitsky et al., 1992; Rock et al., 1994), had only a very weak effect on the processing of p60Tth by HeLa S100 (Figure 4A, lanes 5–7). As revealed by quantitating the data on a PhosphorImager, none of the other protease inhibitors tested significantly affected p105 processing. These other inhibitors include calpain inhibitor II (Figure 4A, lane 4), E64 (lane 14), 4-(2-aminoethyl)-benzenesulfonyl fluoride (AEBSF, lane 15), leupeptin (lane 16), Nα-p-tosyl-L-phenylalanine chloro-

Role of the Proteasome in NF-κB Activation
777

## A



p60
p50

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20

Mock | S100 | DMSO contrl | Calpain Inhib, 40 μM | MG101, 40 μM | MG101, 20 μM | MG101, 4 μM | MG115, 40 μM | MG115, 20 μM | MG115, 4 μM | MG132, 4 μM | MG132, 20 μM | MG132, 40 μM | E64, 50 μM | AEBSF, 100 μM | Isopepin, 1μg/ml | TPCK, 50 μM | chymostatin, 50 μM | chymtrpsn inhib I, 10μg/ml | chymtrpsn inhib II, 10μg/ml

## B



p105

Control (2h) | Control (0h) | Control (2h) | Calpain Inhib, (2h) | MG101 (2h) | MG115 (2h)

p105

p50

1  2  3  4  5  6
COS cells

Figure 4. Inhibitors of the Proteasome Block the Formation of p50 in Vitro and in Vivo

(A) In vitro analysis. Lane 1 is the p60Tth mock control incubated without HeLa extract. HeLa cell S100 was added to p60Tth in the absence (lane 2) or presence of different inhibitors (lanes 4–20) in a processing reaction. The type and amount of inhibitor is listed above each lane. Lane 3 is the DMSO (0.4% final) buffer control.
Abbreviations: contrl, control; inhib, inhibitor; and chymtrpsn, chymotrypsin.
(B) In vivo analysis. COS cells were transfected with vector alone (Control, lane 1) or with a human p105 expression construct (lanes 2–6). After transfection (48 hr), calpain inhibitor II (lane 4), MG101 (lane 5), and MG115 (lane 6) were added to the cells at a concentration of 50 μM. The cells were than pulse–chased with [35S]methionine–[35S]cysteine, and the cell proteins were immunoprecipitated with anti-p50 antibody and analyzed by SDS–PAGE. Inhibitors were present throughout the entire pulse–chase period. Lane 2 is the 20 min pulse, 0 hr (0h) chase p105 control. In the vector control (lane 1) and the p105 controls (lanes 2 and 3), the cells were pretreated with 0.25% DMSO, the inhibitor diluent. The radio-labeled band present in lane 2 that is slightly larger than p50 could be either a short-lived intermediate of the processing reaction or it could be nonspecific since, in a subsequent experiment, anti-p50 antibody failed to immunoprecipitate this protein.

methyl ketone (TPCK, lane 17), chymostatin (lane 18), and chymotrypsin inhibitors I (lane 19) and II (lane 20). In contrast with the reports on intact cells by Henkel et al. (1993) and Mellits et al. (1993), TPCK in our experiments had no effect on processing in vitro. Surprisingly, ubiquitinated forms of p60Tth were not seen when the proteolytic activity of the proteasome was blocked with the inhibitors MG115 and MG132. This may be a consequence of the isopeptidase activity associated with the 26S proteasome, which hydrolyzes multiUb chains. This activity has been shown to be unaffected by these inhibitors (D. Hwang and A. L. G., unpublished data).

To determine whether these inhibitors can block p105 processing in vivo, we transfected monkey COS cells with a human p105 expression plasmid, and 48 hr after transfection, we treated the cells with various inhibitors for 1 hr or with dimethyl sulfoxide (DMSO) as a control. The cells were then pulse labeled with [35S]methionine–[35S]cysteine for 20 min, followed by a 2 hr chase period. Cell lysates were immunoprecipitated with anti-p50 antibody, and the proteins were separated by SDS–PAGE. When the cells were examined after the pulse label, the

p105 precursor was easily detected, but only low levels of radiolabeled p50 were present (Figure 4B, lane 2). After the chase period, the level of p105 decreased, but a significant amount of p50 was now detected (Figure 4B, lane 3), as reported previously (Fan and Maniatis, 1991). The addition of calpain inhibitor II (N-acetyl–leucinyl–leucinyl–methional–H, also called LLM) to the cells had no effect on the processing of p105 (Figure 4B, lane 4). This inhibitor is also a peptide–aldehyde, but it has only a slight effect on proteasome function (Rock et al., 1994) and on p105 processing in vitro (Figure 4A, lane 4). However, the proteasome inhibitors MG101 and MG115 dramatically reduced the amount of p50 (Figure 4B, lanes 5 and 6, respectively). MG115 at 50 μM completely blocked the processing of p105, while MG101 inhibited it by approximately 70%. Surprisingly, MG101 had a greater inhibitory effect on p105 processing in intact cells than in extracts (compare Figure 4B, lane 5 with Figure 4A, lane 5, respectively), as was also observed for overall protein breakdown and for antigen presentation (Rock et al., 1994). In a similar experiment, we examined the effects on p105 processing of the very potent proteasome inhibitor MG132 and the cyste-



Figure 5. Processing of p105 in S. cerevisiae Requires the Proteasome

Both wild-type YWO71 (*PRE1*) (lanes 1–6) and proteasome mutant YWO74 (*pre1*) (lanes 7–12) yeast were transformed with vector alone (lanes 1, 2, 7, and 8) or with a human p105 expression vector (lanes 3–6 and 9–12). The transformants were pulsed with [³⁵S]methionine–[³⁵S]cysteine for 20 min and were chased with complete medium for 0 hr (0h, lanes 1, 3, 7, and 9), 1 hr (1h, lanes 4 and 10), 2 hr (2h, lanes 5 and 11), and 3 hr (3h, lanes 2, 6, 8, and 12). Cell lysates were immunoprecipitated with anti-p50 antibody, and the proteins were separated by SDS–PAGE.

ine protease inhibitor E64 (L-transepoxysuccinic acid). MG132 (5 μM) completely blocked the formation of p50 during the 2 hr chase period (data not shown), while E64 (50 μM) had no effect.

The relative order of efficacy of MG101, MG115, and MG132 on p105 processing agrees with their relative abilities to inhibit the hydrolysis of hydrophobic peptides, casein, and ubiquitinated proteins with the 26S proteasome (Rock et al., 1994; R. Stein, unpublished data). Although these aldehydes also inhibit calpain and lysosomal cathepsin, the three have similar $K_i$s (5–12 nM) against these cysteine proteases, which is in contrast with their very different effects on proteasomes (Rock et al., 1994) and p105 processing. Moreover, the lysosomal enzymes and calpains are inactivated by E64 and calpain inhibitor II, both of which had no effect on p105 processing. Consequently, these peptide–aldehydes must be blocking p105 processing by inhibiting proteasome function.

**p105 Processing in Yeast Requires the Proteasome**
The proteasome is highly conserved in all eukaryotes (Tanaka et al., 1992), and a number of mutants in the proteasome and the Ub pathway have been identified and characterized in Saccharomyces cerevisiae. We tested whether human p105 protein can also be processed in yeast, and if so, whether the proteasome is required for this activity. Therefore, the p105 cDNA was inserted into

a yeast expression vector, and the recombinant plasmid was introduced into a wild-type yeast strain (YWO71 strain; Seufert and Jentsch, 1992). A pulse–chase analysis in the wild-type strain revealed a precursor–product relationship between p105 and a protein of approximately 50 kDa (Figure 5, lanes 1–6). DNA binding studies with extracts from these cells indicated that the p50 protein binds specifically to NF-κB sites. In addition, the processed protein can stimulate the transcription of a reporter gene containing four NF-κB–binding sites (data not shown). Thus, the p50 produced in yeast is functional. A careful comparison of the electrophoretic mobility of the p50 generated in yeast revealed that it is approximately 2 kDa smaller than that produced in mammalian cells. The somewhat smaller size of the yeast p50 protein could be due to differences in the properties of the yeast degradative system. Alternatively, the structure of p105 produced in yeast may differ from that produced in mammalian cells, and this difference could expose an alternative proteolytic cleavage site. This difference in size could also be due to a posttranslational modification in mammalian cells that is absent in yeast.

Yeast carrying a missense mutation in the *PRE1* proteasome subunit gene, which inhibits the chymotrypsin-like activity of the proteasome, are defective in the rapid degradation of abnormal and short-lived proteins (Heinemeyer et al., 1991; Seufert and Jentsch, 1992). The degradation of such polypeptides is achieved via the Ub-dependent pathway and requires the Ub-conjugating enzymes (E2s), UBC4 and UBC5 (Seufert and Jentsch, 1990). When a similar pulse–chase experiment was carried out in the *pre1* mutant (YWO74 strain; Seufert and Jentsch, 1992), the processed p50 was barely detectable (Figure 5, lanes 7–12). Furthermore, when the steady-state levels of p105 and p50 were measured in these strains by Western blotting analysis, very little p50 was detected in the *pre1* mutant yeast compared with the levels in the wild-type *PRE1* strain (data not shown). However, the levels of p105 in these strains were comparable. Similarly, the amounts of p50-specific DNA binding and transcriptional activity were dramatically decreased in the mutant *pre1* strain compared with that in the wild-type strain. We conclude that the proteasome is required for p105 processing in yeast, as in mammalian cells.

**Proteasome Inhibitors Block the Inducible Degradation of IκBα in Mammalian Cells**
An important feature of p105 processing in mammalian cells (Fan and Maniatis, 1991), in vitro and in yeast (V. J. P. and T. M., unpublished data), is that the C-terminal half of p105 (p105C) is rapidly degraded during the production of p50. The striking similarities between the structure, function, and instability of p105C′ and IκBα suggest that similar mechanisms may be involved in their degradation. Therefore, we determined whether the proteasome is also involved in the rapid degradation of IκBα.

Previous studies have shown that TNFα induces the rapid degradation of IκBα and the activation of NF-κB (Beg et al., 1993; Brown et al., 1993; Henkel et al., 1993; Mellits et al., 1993; Sun et al., 1993, 1994). To determine whether



## TNF-α

| - | 0' | 2' | 5' | 15' | 30' |

⟵ IκBα

1   2   3   4   5   6

### A   DMSO

Figure 6. Proteasome Inhibitors Block TNFα-Stimulated Degradation of IκBα

Human MG-63 cells were pretreated with DMSO (0.125%) (A) or the proteasome inhibitor MG115 (50 μM) (B) for 1 hr. The cells were then treated with TNFα (1000 U/ml) for 0 min (lanes 1 and 2), 2 min (lane 3), 5 min (lane 4), 15 min (lane 5), and 30 min (lane 6). In lane 1, the cells did not receive DMSO (A) or MG115 (B). The degradation of IκBα was followed by Western blot analysis of whole-cell lysates using an IκBα-specific antiserum. IκBα is indicated by an arrow, and the phosphorylated form of IκBα (upper band of doublet) can be seen in (B), lanes 5 and 6.



## TNF-α

| - | 0' | 2' | 5' | 15' | 30' |

⟵ IκBα

1   2   3   4   5   6

### B   MG115

proteasome inhibitors can prevent the degradation of IκBα, we preincubated human MG-63 cells with or without the inhibitors MG115 (Figure 6) or MG132 (data not shown) for 1 hr prior to TNFα treatment. The level of IκBα was then followed as a function of time by Western blot analysis using an IκBα-specific antiserum (Beg et al., 1993). As previously described, IκBα is rapidly degraded within 15 min after the addition of TNFα (Figure 6A, lanes 1–6). In

striking contrast, the proteasome inhibitors MG115 (Figure 6B, lanes 1–6) and MG132 (data not shown) completely blocked the degradation of IκBα in response to TNFα. The cysteine protease inhibitors E64 and calpain inhibitor II had no effect on the degradation of IκBα (data not shown). Significantly, MG132 (data not shown) and MG115 appeared to stabilize the phosphorylated form of IκBα that appeared in response to TNF (note the appearance of a

Cell
780



Figure 7. Inhibitors of the Proteasome Block TNFα-Stimulated Activation of NF-κB

HeLa (lanes 1–6 and 13–18) or MG-63 (lanes 7–12) cells were pretreated with medium (lanes 7 and 10), 0.125% DMSO (lanes 1, 4, 13, and 16), 50 μM calpain inhibitor (inhib.) II (lanes 2, 5, 14, and 17), 50 μM E64 (lanes 8 and 11), or 50 μM MG115 (lanes 3, 6, 9, 12, 15, and 18) for 1 hr. Cells were then treated with TNFα (1000 U/ml) (lanes 4–6 and 10–12) or IFNγ (1000 U/ml) (lanes 16–18) for 30 and 60 min, respectively. Whole-cell extracts were prepared and analyzed by electrophoretic mobility shift assay. The PRDII probe containing the NF-κB-binding sites from the human IFNβ gene was used to measure NF-κB binding activity, and a −127 to −109 probe from the IFN regulatory factor 1 gene was used to measure GAF DNA binding activity.

doublet in Figure 6B at 15 and 30 min) (Beg et al., 1993). Treatment of these extracts with calf intestinal phosphatase converted the upper band of the doublet to the lower band (data not shown). Consistent with earlier observations (Beg et al., 1993; Brown et al., 1993; Mellits et al., 1993; Sun et al., 1994), this result suggests that IκBα is phosphorylated prior to its degradation. We conclude that the proteasome is involved in p105 processing and possibly in TNFα-induced degradation of IκBα.

### Proteasome Inhibitors Block NF-κB Activation in Mammalian Cells

The results presented thus far indicate that the proteasome is required for both mechanisms of NF-κB activation: the processing of p105, which generates the active p50–p65 heterodimer of NF-κB, and the complete degradation of IκBα, which is necessary for the translocation of NF-κB into the nucleus, where it stimulates gene expression (Beg and Baldwin, 1993; Grilli et al., 1993). To directly demonstrate that the proteasome is required for NF-κB activation, we measured the effects of the peptide–aldehyde inhibitors of the proteasome on NF-κB activation using a DNA binding assay. HeLa and MG-63 cells were pretreated with these different inhibitors for 1 hr prior to treatment with TNFα or IFNγ. NF-κB and γ-activated factor (GAF) (Sims et al., 1993) DNA-binding activities were measured in whole-cell extracts using an electrophoretic mobility shift assay. Very little NF-κB or GAF DNA-binding activities were present in the extracts from uninduced cells (Figure 7, lanes 1–3, 7–9, 13–15). Treatment of cells with TNFα (Figure 7, lanes 4–6, 10–12) resulted in a large stimulation of NF-κB binding activity. This activation was unaffected by the cysteine protease inhibitors calpain inhibitor II and E64 (Figure 7, lanes 5 and 11, respectively). By contrast, the proteasome inhibitors MG115 (Figure 7, lanes 6 and 12) and MG132 (data not shown) almost completely blocked the activation of NF-κB by TNFα in HeLa and MG-63 cells. In addition, we found that the activation of NF-κB by double-stranded RNA was also blocked by proteasome inhibitors (data not shown). Significantly, none of the inhibitors tested had any

effect on GAF induction by IFNγ (Figure 7, lanes 16–18). We conclude that inhibitors of proteasome function specifically block NF-κB induction.

### Discussion

#### Mechanisms of NF-κB Activation

We have shown that the proteasome plays an essential role in two distinct mechanisms for the activation of NF-κB (Figure 8). In the first mechanism, an inactive ternary complex consisting of NF-κB heterodimers and IκBα is activated by the inducible degradation of IκBα. Our results show that the rapid postinduction degradation of IκBα is blocked in vivo by proteasome inhibitors. In the second mechanism, the inactive heterodimer consisting of p105 and p65 is activated by the proteolytic processing of p105 to generate the active p50–p65 heterodimer. The IκB-like C-terminal region of p105 is rapidly degraded during this processing reaction. We have shown that, in vitro, the generation of p50 requires the proteasome and the formation of polyUb chains. In addition, we have shown that p105 processing in vitro and in vivo is blocked by proteasome inhibitors. As shown in the model of Figure 8, these proteasome inhibitors can block both pathways of NF-κB activation. Thus, it may be possible to completely block the physiological effects of a number of cytokines, since the activation of NF-κB is a common step in many different cytokine-dependent signal transduction pathways.

The two pathways of NF-κB activation illustrated in the model of Figure 8 could be regulated by the phosphorylation of IκBα and p105, by the activation of specific Ub-conjugating enzymes, by the activation of the proteasome, or by a combination of these mechanisms. Evidence for the first possibility is provided by the observation that both IκBα and p105 are rapidly phosphorylated in response to inducers of NF-κB in vivo and that NF-κB can be activated by phosphorylation in vitro (Shirakawa and Mizel, 1989; Ghosh and Baltimore, 1990; Beg et al., 1993; Brown et al., 1993; Mellits et al., 1993; Sun et al., 1994). Although a number of studies suggest a role for phosphorylation in the activation of NF-κB (Neumann et al., 1992; Frantz et

Role of the Proteasome in NF-κB Activation
781



**Figure 8. Role of the Proteasome in Two Different Pathways of NF-κB Activation**

The transcriptional activity of heterodimers consisting of p50 and one of many Rel family proteins, such as p65, can be regulated by at least two mechanisms. First, the heterodimers associate with IκBα to form an inactive ternary complex. Second, p65 associates with p105 to form inactive complexes. Both complexes remain localized in the cytoplasm. The model shown here for NF-κB activation is consistent with all the information available, but some aspects of the model have not yet been directly tested. According to this model, a variety of extracellular signals or a viral infection activates signal transduction pathway(s) that lead to the phosphorylation of IκBα and p105. This modification may provide a recognition signal for ubiquitination. We have demonstrated that ubiquitination of p105 is required for the subsequent steps in the processing pathway, but we have not shown that ubiquitination of IκBα is a prerequisite for its degradation. In the next step of the model, the C-terminus of the ubiquitinated p105 is degraded to generate the p50 subunit of the p50–p65 heterodimer. In parallel, IκBα is degraded, which results in the appearance of functional p50–p65 heterodimers. We have shown that the proteasome is required for p105 processing and that proteasome inhibitors block the degradation of IκBα. Whether the proteasome degrades IκBα as it is bound to NF-κB or whether it does so after it dissociates remains to be established.

al., 1994), there is no direct evidence that phosphorylation is required for p105 processing or for the degradation of IκBα (Henkel et al., 1993).

In this paper, we show that the ubiquitination of p105 and possibly IκBα are required for NF-κB activation. We do not know whether phosphorylation of either IκBα or p105 precedes ubiquitination and, if so, whether phosphorylation in each case is required for this process. The latter possibility is suggested by the observation that phosphorylation triggers the Ub-dependent degradation of cyclins (D. Finley, personal communication). An alternative possibility is that phosphorylation leads to the dissociation of IκBα and p105 from their respective complexes (Henkel et al., 1993), and this results in their ubiquitination and degradation by the proteasome. However, we have shown that proteasome inhibitors stabilize a phosphorylated form of IκBα, and they completely block the activation of NF-κB. If phosphorylation of IκBα was sufficient for its dissociation from the ternary complex, NF-κB should be activated in the presence of proteasome inhibitors. This observation suggests that the Ub–proteasome pathway

may act on the bound proteins rather than on free IκBα or p105.

All of the mechanisms discussed above are based on the hypothesis that the initial step in NF-κB activation is the phosphorylation of IκBα and p105. An alternative possibility is that the initial step is the activation of specific Ub-conjugating enzymes or the alteration of proteasome activity. The former possibility is suggested by the observation that a specific Ub-conjugating enzyme is involved in human papilloma virus–mediated p53 degradation (Scheffner et al., 1993). An example of the latter possibility is the alteration of the proteolytic activity of the proteasome for antigen processing (Gaczynska et al., 1993; Boes et al., 1994).

**A Novel Mechanism for Proteolytic Processing**

There are many examples of protein processing in which a specific protease cleaves at a short recognition sequence to generate discrete peptide cleavage products (Barr, 1991). By contrast, the processing of p105 involves the complete degradation of the C-terminal 55 kDa of p105 to generate a stable 50 kDa N-terminal fragment (p50) (Fan and Maniatis, 1991; V. J. P. and T. M., unpublished data). Many studies have implicated the actions of proteasome and Ub in the complete degradation of proteins, but not in limited proteolysis, which yields active forms of proteins. A possible mechanism for the selective degradation of the C-terminus of p105 is the selective ubiquitination of sequences on the C-terminal half of p105. Proteolysis would then leave an unubiquitinated N-terminus and would result in the complete digestion of the ubiquitinated C-terminus. Both IκBα and the C-terminus of p105 contain PEST-like sequences (Mellits et al., 1993), an amino acid sequence motif believed to target proteins for degradation (Rogers et al., 1986). In fact, PEST sequences have recently been shown to participate in Ub-dependent protein breakdown (D. Finley, personal communication).

We note that the C-terminus of p105 is not only generated via a processing reaction, but it can also be generated by a separate mRNA in lymphoid cells (Inoue et al., 1992; Liou et al., 1992). This latter protein (IκBγ/p70) is slightly larger than the expected C-terminal proteolytic cleavage product, and this size difference could be one reason for its greater stability. Alternatively, IκBγ could also be stabilized through an interaction with p50 or p52. Another possible explanation for the differences in stability between the C-terminus of p105 and IκBγ is that after proteolytic cleavage, the C-terminal fragment of p105 may have a destabilizing N-terminal amino acid and is, therefore, rapidly degraded via the Ub pathway by the N-end rule (reviewed by Varshavsky, 1992). However, it does not appear likely that this mechanism alone is responsible for the rapid degradation of p105C', since full-length p105 is ubiquitinated prior to undergoing proteolytic cleavage.

Taken together these observations suggest that p105 processing may not involve proteolytic cleavage at a specific site, followed by degradation of the C-terminus. Rather, the entire molecule may enter the normal Ub–proteasome degradative pathway, but the p50 terminal fragment may be protected from digestion either because

Cell
782

of some inherent structural feature or by an association with some inhibitory factor.

Recently, the protease inhibitors TPCK and Nα-p-tosyl-L-lysine chloromethyl ketone (TLCK) were reported to inhibit the processing of p105 and the degradation of IκBα and to block the activation of NF-κB (Henkel et al., 1993; Mellits et al., 1993). These compounds, however, are quite reactive as alkylating agents, and they have little or no effect on proteasome activity (Hough et al., 1987). Therefore, they may affect p105 processing by either an indirect or nonspecific mechanism. In fact, we found that TPCK has no effect on the formation of p50 in vitro (Figure 4A). In addition, recent studies have shown that TPCK and TLCK block the phosphorylation of IκBα (Mellits et al., 1993; T. Finco and A. Baldwin, personal communication). By contrast, the proteasome inhibitors block the processing of p105 (Figures 4A and 4B) and the degradation of IκBα, but do not appear to block the phosphorylation of IκBα (Figure 6). Therefore, the effects of the protease inhibitors TPCK and TLCK on NF-κB activation appear to act upstream from the proteolysis of p105 and IκBα.

We cannot eliminate the possibility that MG115 and MG132 inhibit p105 processing and IκBα degradation by affecting some unidentified cell enzyme. However, our findings in cell-free extracts of a requirement for substrate conjugation to multiple Ubs, for the proteasome and for ATP hydrolysis, and the failure of p105 processing in vivo in yeast proteasome mutants indicate that the effect of these inhibitors is on the 26S proteasome. Furthermore, the present findings are in agreement with the extensive biochemical data of Rock et al. (1994) indicating that these peptide-aldehydes block the breakdown of proteins by the Ub-proteasome pathway in vivo.

Proteolytic processing events may also be required in signal transduction pathways leading to the activation of the transcription factor dorsal in Drosophila. The dorsal protein, which is a member of the NF-κB/Rel family of proteins (Grilli et al., 1993), establishes the dorsal–ventral pattern of the Drosophila embryo. Similar to the NF-κB–IκBα interaction, the dorsal protein is complexed to cactus, an IκBα homolog (Geisler et al., 1992; Kidd, 1992). Significantly, the pelle gene, which encodes a protein kinase, is required for nuclear import of the dorsal protein (Shelton and Wasserman, 1993). It is possible that this kinase phosphorylates cactus, dorsal, or both, resulting in the rapid degradation of cactus (Whalen and Steward, 1993). Because of the striking similarities in the activation of NF-κB and dorsal and because of the conservation of components of the Ub-proteasome pathway, it seems likely that the degradation of cactus in the ventral region of the Drosophila embryo requires the proteasome.

In mammalian cells, the HIV1 protease has been shown to process the p105 precursor protein to a p45 rather than to a p50 protein, both in vitro and in vivo (Riviere et al., 1991). Thus, the products of HIV1 protease cleavage and proteasome-dependent processing are distinct. In intact cells, the processing of p105 is a highly regulated event. Therefore, the generation of p50 by the HIV1 protease may work independently of the proteasome. This protease may be required to increase the amount of NF-κB in HIV1-infected cells and thus increase the level of viral gene expression (Riviere et al., 1991).

In addition to NF-κB, a number of eukaryotic transcription factors are regulated by proteolytic processing. For example, the two subunits of the general transcription factor TFIIA are generated from a single polypeptide in both mammalian and Drosophila cells (DeJong and Roeder, 1993; Ma et al., 1993; Yokomori et al., 1993). In addition, the herpes simplex virus VP16 accessory protein, host cell factor, which is necessary for activating transcription of the herpes simplex virus immediate–early genes, is a member of a family of proteins generated by the processing of a single 300 kDa precursor protein (Wilson et al., 1993). Another example is the virus-inducible processing of the IFN regulatory factor 2 protein (Palombella and Maniatis, 1992). In this case, IFN regulatory factor 2, which is a transcriptional repressor, is truncated and inactivated by inducers of IFNβ gene expression. A final example is provided by the membrane-bound sterol regulatory element–binding protein 1, which is processed in the absence of sterols to generate a transcriptionally active protein, while sterols repress transcription by inhibiting sterol regulatory element–binding protein 1 processing (Wang et al., 1994). At present, it is not known whether the proteasome is required for any of these examples of proteolytic processing of transcription factors.

The present finding of the activation of NF-κB by proteasomes demonstrates a new, unexpected role for the Ub-proteasome pathway in protein processing and degradation. In addition, this finding may also have medical applications. Because NF-κB plays an essential role in numerous immune and inflammatory responses, selective inhibition of proteasome function may provide a novel approach for blocking these processes in disease states.

## Experimental Procedures

### Materials

Ub, leupeptin, TPCK, apyrase, and the fluorogenic peptide succinyl-Leu-Leu-Val-Tyr-amidomethyl coumarin (Suc-LLVY-AMC) were all purchased from Sigma. Human IFNα, human IFNγ, calpain inhibitor II, E64, AEBSF, and chymostatin were obtained from Boehringer-Mannheim. The proteasome inhibitors MG101, MG115, and MG132 were gifts from MyoGenics. Chymotrypsin inhibitors I and II were obtained from Calbiochem. [125I]-lysozyme and Ub-conjugated [125I]-lysozyme were gifts from O. Coux. Antibodies against the NF-κB subunit p50 were prepared as described in Thanos and Maniatis (1992). Antiserum (antibody 21) against IκBα (amino acids 5–20) was a gift from A. Baldwin.

### Yeast Strains

The S. cerevisiae strains used in this work were gifts from S. Jentsch and W. Seufert. The yeast strains YWO71 and YWO74 (MATα, his3-Δ200, leu2-3, leu2-112, lys2-801, trp1-1(am), ura3-52) encode a wild-type proteasome PRE1 and a mutant pre1-1 allele, respectively (Heinemeyer et al., 1991; Seufert and Jentsch, 1992).

### Plasmids

Human p105 and a p60Tth deletion construct were as described by Fan and Maniatis (1991). The p105 constructs were also subcloned into the yeast pADNS expression vector (Colicelli et al., 1989). Bacterial expression plasmids for histidine-tagged Ub and UbR48 (from Arabidopsis thaliana) were from J. Callis (Beers and Callis, 1993). In the mutant, the lysine residue at position 48 has been altered by site-directed mutagenesis to encode an arginine.

## Protein Extracts and Purification

HeLa cell cytoplasmic extract (S100) was described in Fan and Maniatis (1991). Pr⁻ extracts were prepared by ultracentrifuging the S100 for 6 hr at 100,000 × g (Hegde et al., 1993), and the proteasome-enriched pellet fraction was resuspended in processing buffer (20 mM Tris [pH 7.5], 100 mM KCl). This fractionation was confirmed using ¹²⁵I-lysozyme as a substrate in a degradation assay (Driscoll and Goldberg, 1990). The Pr⁻ supernatant failed to degrade ¹²⁵I-lysozyme unless it was recombined with proteasomes. In addition, proteasome activity in the original S100 and the pellet was demonstrated by hydrolysis of the fluorogenic substrate Suc–LLVY–AMC (Driscoll and Goldberg, 1990), while the Pr⁻ supernatant lacked this proteasome activity. Reticulocyte fraction II (a gift from D. Hwang) was prepared as described in Driscoll and Goldberg (1990). Purified rabbit muscle 20S and 26S proteasomes were obtained from D. Hwang, and purified rabbit muscle 20S proteasomes were obtained from O. Coux. Highly purified 26S proteasomes were a gift from MyoGenics. Histidine-tagged Ub proteins were expressed in E. coli and were purified using Ni²⁺–NTA chromatography as described in Beers and Callis (1993).

## In Vitro Processing Assay

The processing reaction was performed as described in Fan and Maniatis (1991), with a few modifications. In brief, the pcDNA1 p105 and p60Tth constructs were transcribed and translated in vitro with wheat germ extract (Promega) in the presence of [³⁵S]methionine (Amersham). The p105/p60Tth substrate proteins (4 μl) in wheat germ extract were added to a 25 μl processing reaction containing 12 mM Tris (pH 7.5), 60 mM KCl, 3.5 mM MgCl₂, 1 mM ATP, and 20 mM creatine phosphate. HeLa cell extract (25–50 μg) or fraction II was then added to the reaction mixtures for 1.0–1.5 hr at 30°C. Proteasomes, Ub, ATPγS (Boehringer-Mannheim), and various inhibitors were also added to the reactions where indicated. The reactions were then immunoprecipitated with anti-p50 antibody. The immunoprecipitated proteins were resolved by 7.5% SDS–PAGE.

## Pulse-Chase and Western Blot Analysis

COS cells were transfected with either the pcDNA1 vector or pcDNA1 p105 using the DEAE–dextran method (Fan and Maniatis, 1991). After transfection (48 hr), the cells were treated with different inhibitors for 1 hr. Pulse-chase analysis was performed as described by Fan and Maniatis (1991) Cell lysates were immunoprecipitated with anti-p50 antibody, and the proteins were separated by 8% SDS–PAGE.

Yeast were transformed with the pADNS vector or pADNS p105. Transformants growing exponentially in selective medium were pulsed with 200 μCi of Tran³⁵S-label (ICN Biomedicals) for 20 min and were chased with selective medium containing methionine and cysteine for different periods of time. Extracts were prepared by vortexing the yeast in RIPA buffer (Harlow and Lane, 1988) for 3 min in the presence of glass beads. Immunoprecipitation of the lysate with anti-p50 antibody and 10% SDS–PAGE analysis is described above.

Western blot analysis (10% SDS–PAGE) was performed according to Fan and Maniatis (1991).

## Electrophoretic Mobility Shift Assay

Whole-cell extracts were prepared from untreated and cytokine-treated MG-63 and HeLa cells that had been pretreated with inhibitors for 1 hr. NF-κB binding activity was determined by an electrophoretic mobility shift assay, as described in Thanos and Maniatis (1992), using the PRDII probe from the IFNβ gene promoter. GAF DNA binding activity was measured using a –127 to –109 probe from the IFN regulatory factor 1 gene promoter (Sims et al., 1993).

## Acknowledgments

We are grateful to C.-M. Fan for the p105 expression plasmids and for helpful discussions. We thank A. Baldwin for providing the anti-IκBα antibody, J. Callis for the histidine-tagged Ub constructs, P. Howley for the GST–Ub fusion construct, and O. Coux and D. Hwang for providing the ¹²⁵I-lysozyme, ¹²⁵I-Ub–lysozyme, fraction II, and the purified proteasomes. We are grateful to R. Stein, S. Brand, L. Dick, and other scientists at MyoGenics, Inc. for supplying the proteasome inhibitors, the purified 26S proteasomes, and their helpful advice. We thank S. Jentsch for the yeast strains used in this work and S. Liang and N. Lehming for their helpful advice on the yeast expression experiments. We also thank M. L. Hadley and members of the Maniatis laboratory for materials, valuable discussions, and critical reading of the manuscript. This work was supported by the National Institutes of Health grants AI20642 to T. M. and GM46147 to A. L. G.

Received May 3, 1994; revised July 13, 1994.

## References

Baeuerle, P. A. (1991) The inducible transcription activator NF-κB: regulation by distinct protein subunits Biochim. Biophys. Acta 1072, 63–80.

Baeuerle, P. A., and Baltimore, D. (1988). IκB: a specific inhibitor of the NF-κB transcription factor. Science 242, 540–546.

Baeuerle, P. A., and Baltimore, D. (1989). A 65-kD subunit of active NF-κB is required for inhibition of NF-κB by IκB. Genes Dev. 3, 1689–1698.

Barr, P. J. (1991). Mammalian subtilisins: the long-sought dibasic processing endoproteases. Cell 66, 1–3.

Beers, E. P., and Callis, J. (1993). Utility of polyhistidine-tagged ubiquitin in the purification of ubiquitin–protein conjugates and as an affinity ligand for the purification of ubiquitin-specific hydrolases. J. Biol. Chem. 268, 21645–21649.

Beg, A. A., and Baldwin, A. S., Jr. (1993). The IκB proteins: multifunctional regulators of rel/NF-κB transcription factors. Genes Dev. 7, 2064–2070.

Beg, A. A., Finco, T. S., Nantermet, P. V., and Baldwin, A. S., Jr. (1993). Tumor necrosis factor and interleukin-1 lead to phosphorylation and loss of IκBα: a mechanism for NF-κB activation. Mol. Cell. Biol. 13, 3301–3310.

Blank, V., Kourilsky, P., and Israel, A. (1991). Cytoplasmic retention, DNA binding and processing of the NF-κB p50 precursor are controlled by a small region in its C-terminus. EMBO J. 10, 4159–4167.

Boes, B., Hengel, H., Ruppert, T., Multhaup, G., Koszinowski, U. H., and Kloetzel, P.-M. (1994). Interferon γ stimulation modulates the proteolytic activity and cleavage site preference of 20S mouse proteasomes. J. Exp. Med. 179, 901–909.

Bours, V., Villalobos, J., Burd, P. R., Kelly, K., and Siebenlist, U. (1990). Cloning of a mitogen-inducible gene encoding a κB DNA-binding protein with homology to the rel oncogene and to cell-cycle motifs. Nature 348, 76–80.

Brown, K., Park, S., Kanno, T., Franzoso, G., and Siebenlist, U. (1993). Mutual regulation of the transcriptional activator NF-κB and its inhibitor, IκB-α. Proc. Natl. Acad. Sci USA 90, 2532–2536.

Capobianco, A. J., Chang, D., Mosialos, G., and Gilmore, T. D. (1992). p105, the NF-κB p50 precursor protein, is one of the cellular proteins complexed with the v-Rel oncoprotein in transformed chicken spleen cells. J. Virol. 66, 3758–3767.

Chau, V., Tobias, J. W., Bachmair, A., Marriott, D., Ecker, D. J., Gonda, D. K., and Varshavsky, A. (1989). A multiubiquitin chain is confined to specific lysine in a targeted short-lived protein. Science 243, 1576–1583.

Colicelli, J., Birchmeier, C, Michaeli, T., O'Neil, K., Riggs, M., and Wigler, M. (1989). Isolation and characterization of a mammalian gene encoding a high-affinity cAMP phosphodiesterase. Proc. Natl. Acad. Sci. USA 86, 3599–3603.

Collins, T. (1993). Endothelial nuclear factor-κB and the initiation of the atherosclerotic lesion. Lab. Invest. 68, 499–508.

DaJong, J., and Roeder, R. G. (1993). A single cDNA, hTFIIA/α, encodes both the p35 and p19 subunits of human TFIIA. Genes Dev. 7, 2220–2234.

Driscoll, J., and Goldberg, A. L. (1990). The proteasome (multicatalytic protease) is a component of the 1500-kDa proteolytic complex which degrades ubiquitin-conjugated proteins. J. Biol. Chem. 265, 4789–4792.

Eytan, E., Ganoth, D., Armon, T., and Hershko, A. (1989). ATP-dependent incorporation of 20S protease into the 26S complex that

degrades proteins conjugated to ubiquitin. Proc. Natl. Acad. Sci. USA 86, 7751–7755.

Fan, C.-M., and Maniatis, T. (1991). Generation of p50 subunit of NF-κB by processing of p105 through an ATP-dependent pathway. Nature 354, 395–398.

Frantz, B., Nordby, E. C., Bren, G., Steffan, N., Paya, C. V., Kincald, R. L., Tocci, M. J., O'Keefe, S. J., and O'Neill, E. A. (1994). Calcineurin acts in synergy with PMA to inactivate IκB/MAD3, an inhibitor of NF-κB. EMBO J. 13, 861–870.

Gaczynska, M., Rock, K. L., and Goldberg, A. L. (1993). γ-interferon and expression of MHC genes regulate peptide hydrolysis by proteasomes. Nature 365, 264–267.

Geisler, R., Bergmann, A., Hiromi, Y., and Nüsslein-Volhard, C. (1992). Cactus, a gene involved in dorsoventral pattern formation of Drosophila, is related to the IκB gene family of vertebrates. Cell 71, 613–621.

Ghosh, S., and Baltimore, D. (1990). Activation in vitro of NF-κB by phosphorylation of its inhibitor IκB. Nature 344, 678–682.

Ghosh, S., Gifford, A. M., Riviere, L. R., Tempst, P., Nolan, G. P., and Baltimore, D. (1990). Cloning of the p50 DNA binding subunit of NF-κB: homology to rel and dorsal. Cell 62, 1019–1029.

Goldberg, A. L. (1992). The mechanism and functions of ATP-dependent proteases in bacterial and animal cells. Eur. J. Biochem. 203, 9–23.

Goldberg, A. L., and Rock, K. L. (1992). Proteolysis, proteasomes and antigen presentation. Nature 357, 375–379.

Grilli, M., Chiu, J. J.-S., and Lenardo, M. J. (1993). NF-κB and Rel: participants in a multiform transcriptional regulatory system. Int. Rev. Cytol. 143, 1–62.

Harlow, E., and Lane, D. (1988). Antibodies. A Laboratory Manual (Cold Spring Harbor, New York: Cold Spring Harbor Laboratory Press).

Hegde, A. N., Goldberg, A. L., and Schwartz, J. H. (1993). Regulatory subunits of cAMP-dependent protein kinases are degraded after conjugation to ubiquitin: a molecular mechanism underlying long-term synaptic plasticity. Proc. Natl. Acad. Sci. USA 90, 7436–7440.

Heinemeyer, W., Kleinschmidt, J. A., Saldowski, J., Escher, C., and Wolf, D. H. (1991). Proteinase ycsE, the yeast proteasome/multicatalytic proteinase: mutants unravel its function in stress-induced proteolysis and uncover its necessity for cell survival. EMBO J. 10, 555–562.

Henkel, T., Machleidt, T., Alkalay, I., Kronke, M., Ben-Neriah, Y., and Baeuerle, P. A. (1993). Rapid proteolysis of IκB-α is necessary in the activation of transcription factor NF-κB. Nature 365, 182–185.

Hershko, A., and Ciechanover, A. (1992). The ubiquitin system for protein degradation. Annu. Rev. Biochem. 61, 761–807.

Hough, R., Pratt, G., and Rechsteiner, M. (1987). Purification of two high molecular weight proteases from rabbit reticulocyte lysates. J. Biol. Chem. 262, 8303–8313.

Inoue, J., Kerr, L. D., Kakizuka, A., and Verma, I. M. (1992). IκBγ, a 70 kd protein identical to the C-terminal half of p110 NF-κB: a new member of the IκB family. Cell 68, 1109–1120.

Jentsch, S. (1992). The ubiquitin-conjugation system. Annu. Rev. Genet. 26, 179–207.

Kidd, S. (1992). Characterization of the Drosophila cactus locus and analysis of interactions between cactus and dorsal proteins. Cell 71, 623–635.

Kieran, M., Blank, V., Logeat, F., Vandekerckhove, J., Lottspeich, F., LeBail, O., Urban, M. B., Kourilsky, P., Baeuerle, P. A., and Israel, A. (1990). The DNA binding subunit of NF-κB is identical to factor KBF1 and homologous to the rel oncogene product. Cell 62, 1007–1018.

Liou, H.-C., and Baltimore, D. (1993). Regulation of the NF-κB/Rel transcription factor and IκB inhibitor system. Curr. Opin. Cell Biol. 5, 477–487.

Liou, H.-C., Nolan, G. P., Ghosh, S., Fujita, T., and Baltimore, D. (1992). The NF-κB precursor, p105, contains an internal IκB-like inhibitor that preferentially inhibits p50. EMBO J. 11, 3003–3009.

Ma, D., Watanabe, H., Mermelstein, F., Admon, A., Oguri, K., Sun, X., Wada, T., Imai, T., Shiroya, T., Reinberg, D., and Handa, H. (1993). Isolation of a cDNA encoding the largest subunit of TFIIA reveals functions important for activated transcription. Genes Dev. 7, 2246–2257.

Matthews, W., Tanaka, K., Driscoll J., Ichihara A., and Goldberg, A. L. (1989). Involvement of the proteasome in various degradative processes in mammalian cells. Proc. Natl. Acad. Sci. USA 86, 2597–2601.

Mellits, K. H., Hay, R. T., and Goodbourn, S. (1993). Proteolytic degradation of MAD3 (IκBα) and enhanced processing of the NF-κB precursor p105 are obligatory steps in the activation of NF-κB. Nucl. Acids Res. 21, 5059–5066.

Mercurio, F., DiDonato, J. A., Rosette, C., and Karin, M. (1993). p105 and p98 precursor proteins play an active role in NF-κB-mediated signal transduction. Genes Dev. 7, 705–718.

Michalek, M. T., Grant, E. P., Gramm, C., Goldberg, A. L., and Rock, K. L. (1993). A role for the ubiquitin-dependent proteolytic pathway in MHC class I-restricted antigen presentation. Nature 363, 552–554.

Nabel, G., and Baltimore, D. (1987). An inducible factor activates expression of human immunodeficiency virus in T cells. Nature 326, 711–713.

Neumann, M., Tsapos, K., Scheppler, J. A., Ross, J., and Franza, B. R., Jr. (1992). Identification of complex formation between two intracellular tyrosine kinase substrates: human c-Rel and the p105 precursor of p50 NF-κB. Oncogene 7, 2095–2104.

Nolan, G. P., Ghosh, S., Lion, H.-C., Tempst, P., and Baltimore, D. (1991). DNA binding and IκB inhibition of the cloned p65 subunit of NF-κB, a rel-related polypeptide. Cell 64, 961–969.

Palombella, V. J., and Maniatis, T. (1992). Inducible processing of interferon regulatory factor-2. Mol. Cell. Biol. 12, 3325–3336.

Rechsteiner, M., Hoffman, L., and Dubiel, W. (1993). The multicatalytic and 26S proteases. J. Biol. Chem. 268, 6065–6068.

Rice, N. R., MacKichan, M. L., and Israel, A. (1992). The precursor of NF-κB p50 has IκB-like functions. Cell 71, 243–253.

Riviere, Y., Blank, V., Kourilsky, P., and Israel, A. (1991). Processing of the precursor of NF-κB by the HIV-1 protease during acute infection. Nature 350, 625–626.

Rock, K. L., Gramm, C, Rothstein, L., Clark, K., Stein, R., Dick, L., Hwang, D., and Goldberg, A. L. (1994) Inhibitors of the proteasomes block degradation of most cell proteins and the generation of peptides presented on MHC class I molecules. Cell 78, this issue.

Rogers, S., Wells, R., and Rechsteiner, M. (1986). Amino acid sequences common to rapidly degraded proteins: the PEST hypothesis. Science 234, 364–368.

Ruben, S. M., Dillon, P. J., Schreck, R., Henkel, T., Chen, C.-H., Maher, M., Baeuerle, P. A., and Rosen, C. A. (1991). Isolation of a rel-related human cDNA that potentially encodes the 65-kD subunit of NF-κB. Science 251, 1490–1493.

Scheffner, M., Munger, K., Huibregtse, J. M., and Howley, P. M. (1992). Targeted degradation of the retinoblastoma protein by human papillomavirus E7–E6 fusion proteins. EMBO J. 11, 2425–2431.

Scheffner, M., Huibregtse, J. M., Vierstra, R. D., and Howley, P. M. (1993). The HPV-16 E6 and E6-AP complex functions as a ubiquitin-protein ligase in the ubiquitination of p53 Cell 75, 495–505.

Seufert, W., and Jentsch, S. (1990). Ubiquitin-conjugating enzymes UBC4 and UBC5 mediate selective degradation of short-lived and abnormal proteins. EMBO J. 9, 543–550.

Seufert, W., and Jentsch, S. (1992). In vivo function of the proteasome in the ubiquitin pathway. EMBO J. 11, 3077–3080.

Shelton, C. A., and Wasserman, S. A. (1993). pelle encodes a protein kinase required to establish dorsoventral polarity in the Drosophila embryo. Cell 72, 515–525.

Shirakawa, F., and Mizel, S. B. (1989). In vitro activation and nuclear translocation of NF-κB catalyzed by cyclic AMP-dependent protein kinase and protein kinase C. Mol. Cell. Biol. 9, 2424–2430.

Sims, S. H., Cha, Y., Romine, M. F., Gao, P. Q., Gottlieb, K., and Deisseroth, A. B. (1993). A novel interferon-inducible domain: structural and functional analysis of the human interferon regulatory factor 1 gene promoter. Mol. Cell. Biol. 13, 690–702.

Sun, S.-C., Ganchi, P. A., Ballard, D. W., and Greene, W. C. (1993). NF-κB controls expression of inhibitor IκBα: evidence for an inducible autoregulatory pathway. Science 259, 1912–1915.

Sun, S.-C., Ganchi, P. A., Béraud, C., Ballard, D. W., and Greene, W. C. (1994). Autoregulation of the NF-κB transactivator RelA (p65) by multiple cytoplasmic inhibitors containing ankyrin motifs. Proc. Natl. Acad. Sci. USA 91, 1346–1350.

Tanaka, K., Tamura, T., Yoshimura, T., and Ichihara, A. (1992). Proteasomes: protein and gene structures. New Biol. 4, 173–187.

Thanos, D., and Maniatis, T. (1992). The high mobility group protein HMG I(Y) is required for NF-κB-dependent virus induction of the human IFN-β gene. Cell 71, 777–789.

Varshavsky, A. (1992). The N-end rule. Cell 69, 725–735.

Vinitsky, A., Michaud, C., Powers, J. J., and Orlowski, M. (1992) Inhibition of the chymotrypsin-like activity of the pituitary multicatalytic proteasome complex. Biochemistry 31, 9421–9428.

Wang, X., Sato, R., Brown, M. S., Hua, X, and Goldstein, J. L. (1994). SREBP-1, a membrane-bound transcription factor released by sterol-regulated proteolysis. Cell 77, 53–82.

Whalen, A. M., and Steward, R. (1993). Dissociation of the dorsal–cactus complex and phosphorylation of the dorsal protein correlate with the nuclear localization of dorsal. J. Cell Biol. 123, 523–534.

Wilson, A. C., LeMarco, K., Peterson, M. G., and Herr, W. (1993). The VP16 accessory protein HCF is a family of polypeptides processed from a large precursor protein. Cell 74, 115–125.

Yokomori, K., Admon, A., Goodrich, J. A., Chen, J.-L., and Tjian, R. (1993). Drosophila TFIIA-L is processed into two subunits that are associated with the TBP/TAF complex. Genes Dev. 7, 2235–2245.

# EXHIBIT H

THE JOURNAL OF BIOLOGICAL CHEMISTRY
© 1995 by The American Society for Biochemistry and Molecular Biology, Inc.

Vol. 270, No. 37, Issue of September 15, pp. 21707–21714, 1995
Printed in U.S.A.

# Ubiquitin-mediated Processing of NF-κB Transcriptional Activator Precursor p105

## RECONSTITUTION OF A CELL-FREE SYSTEM AND IDENTIFICATION OF THE UBIQUITIN-CARRIER PROTEIN, $E2$, AND A NOVEL UBIQUITIN-PROTEIN LIGASE, $E3$, INVOLVED IN CONJUGATION*

(Received for publication, April 28, 1995, and in revised form, June 22, 1995)

### Amir Orian‡, Simon Whiteside§, Alain Israël§, Ilana Stancovski‡, Alan L. Schwartz¶, and Aaron Ciechanover‡‖

*From the ‡Department of Biochemistry and the Rappaport Institute for Research in the Medical Sciences, Faculty of Medicine, Technion-Israel Institute of Technology, P. O. Box 9649, Haifa 31096, Israel, §Unité de Biologie Moléculaire de l'Expression Génique, Institut Pasteur, 25 rue du Dr. Roux, 75724 Paris Cedex 15, France, and the ¶Division of Hematology-Oncology, Children's Hospital and Washington University School of Medicine, St. Louis, Missouri 63110*

In most cases, the transcriptional factor NF-κB is a heterodimer consisting of two subunits, p50 and p65, which are encoded by two distinct genes of the Rel family. p50 is translated as a precursor of 105 kDa. The C-terminal domain of the precursor is rapidly degraded, forming the mature p50 subunit consisted of the N-terminal region of the molecule. The mechanism of generation of p50 is not known. It has been suggested that the ubiquitin-proteasome system is involved in the process; however, the specific enzymes involved and the mechanism of limited proteolysis, in which half of the molecule is spared, have been obscure. Palombella and colleagues (Palombella, V. J., Rando, O. J., Goldberg, A. L., and Maniatis, T. (1994) *Cell* 78, 773–785) have shown that ubiquitin is required for the processing in a cell-free system of a truncated, artificially constructed, 60-kDa precursor. They have also shown that proteasome inhibitors block the processing both *in vitro* and *in vivo*. In this study, we demonstrate reconstitution of a cell-free processing system and demonstrate directly that: (*a*) the ubiquitin-proteasome system is involved in processing of the intact p105 precursor, (*b*) conjugation of ubiquitin to the precursor is an essential intermediate step in the processing, (*c*) the recently discovered novel species of the ubiquitin-carrier protein, $E2$-F1, that is involved in the conjugation and degradation of p53, is also required for the limited processing of the p105 precursor, and (*d*) a novel, ~320-kDa species of ubiquitin-protein ligase, is involved in the process. This novel enzyme is distinct from $E3$-AP, the p53-conjugating ligase, and from $E3\alpha$, the "N-end rule" ligase.

NF-κB and other members of the Rel family of transcriptional activators have recently gained considerable attention because of their unique mechanism of activation, and their

* The work was supported by grants from the Council for Tobacco Research-U. S. A., Inc., the German-Israeli Foundation for Scientific Research and Development, the Israeli Academy of Sciences and Humanities, Monsanto, Inc., the Israel Cancer Research Fund (ICRF), the Foundation for Promotion of Research in the Technion, the Henri Gutwirth Fund, and a research fund administered by the Vice President of the Technion for Research (to A. C.), grants from ARC, ANRS, Ligue Nationale Francaise Contre le Cancer, and INSERM (to A. I.), and a grant from HFSPO (to S. W.). The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.
‖ To whom all correspondence should be addressed. Tel.: 972-4-295365 or 972-4-295379; Fax: 972-4-513922 or 972-4-552296.

active role in cytoplasmic-nuclear signaling in response to a variety of extracellular stimuli. In most cases, NF-κB is a heterodimeric complex composed of p50 and p65 subunits. p50 is initially synthesized as an inactive 105-kDa precursor that is processed to the mature protein following removal of the C-terminal domain of the molecule. A second precursor molecule, p100, gives rise to the p52 DNA-binding subunit of NF-κB, probably via a similar mechanism. The heterodimeric complex was originally identified as an inducible B cell-specific transcription factor able to bind the κ light chain enhancer (1). NF-κB is now recognized to be a ubiquitously expressed factor that is present as an inactive ternary complex in the cytosol of most cells. In this ternary complex, a third inhibitory protein belonging to the IκB family is associated with the heterodimer (for recent reviews, see Refs. 2–4). A wide range of stimuli such as bacterial products, parasites, viruses and viral products, inflammatory cytokines, T cells, B cells, fibroblast mitogens, protein synthesis inhibitors, physical and oxidative stresses, and drugs lead to accelerated processing of the precursor, degradation of the inhibitor, and consequent translocation of the active heterodimeric factor from the cytoplasm to the nucleus, where it exerts its transcriptional activity (2).

Cellular target genes are largely involved in the acute-phase response, inflammation, lymphocyte activation, and cell growth and differentiation. These genes include, among others, immunoreceptors such as the α and β chains of the T cell receptor, major histocompatibility protein class I and II molecules, cell adhesion molecules such as ELAM-1 and VCAM-1, cytokines, hematopoietic growth factors such as granulocyte-macrophage colony-stimulating factor and interleukin-2, and acute phase proteins such as angiotensinogen and complement factor B. Interestingly, it also affects regulation of transcriptional activators, including p105, c-Rel, and IκBα (2, 5). The physiological role of NF-κB has been recently studied by using mice that lack the p50 subunit. The disruption leads to multifocal defects in a whole array of immune responses. These involve, for example, inability of B lymphocytes to respond to bacterial products, defect in basal and specific antibody production, and high susceptibility to certain pathogens (6). However, it is not clear whether the absence of other members of the Rel family, p65 or RelB for example, display a similar phenotype.

The NF-κB/Rel proteins are subjected to multiple regulatory influences. A major component of this regulation involves control of their intracellular localization, with the inactive proteins maintained in the cytosol. Regulation is controlled by two major pathways: (i) control of p105 and p100 processing and (ii)

Downloaded from www.jbc.org by on January 17, 2008

*NF-κB Precursor Processing by the Ubiquitin System*

The Journal of Biological Chemistry

Downloaded from www.jbc.org by on January 17, 2008

interaction of the p50/p65 heterodimer with a group of inhibitor molecules, IκBs. The two pathways may respond to different stimuli, thus providing a tight control of the response. (i) The precursor molecules p105 and p100 contain in their N-terminal region the p50 and the p52 moieties, whereas the C-terminal domain contains ankyrin repeats, homologous to IκB (7, 8). The p50 subunit of NF-κB is generated by ATP-dependent processing of p105 *in vivo* and *in vitro* (Ref. 9; *in vitro*, the researchers used an artificially truncated form of p105 with a molecular mass of 60 kDa, p60). The processing is regulated. It is accelerated, for example, after treatment of cells with tumor necrosis factor α, double-stranded RNA, and phorbol esters (10, 11). Recent evidence suggests that the ubiquitin-proteasome pathway is involved in processing of the NF-κB precursor, p105 (12). *In vitro*, addition of ubiquitin to a Fraction II which does not contain the precursor, stimulated processing of p60 to p50. Addition of ubiquitin-Arg[48], a derivative of ubiquitin that cannot generate polyubiquitin chains, inhibited processing. However, in these two experiments the researchers have not demonstrated the formation of ubiquitin-p60 adducts, the essential intermediates in the process. In a different set of experiments, it was shown that inhibitors of the 20 S proteasome complex block processing not only of p60 *in vitro*, but also of p105 in intact cells (12). Inhibition of the proteasome does not necessarily indicate intermediacy of the ubiquitin system in the process. Ornithine decarboxylase, for example, is degraded in a proteasome-dependent, but ubiquitin-independent, process (13). (ii) The interaction with the inhibitor, IκB, masks a nuclear localization signal and thus leads to retention of the heterodimer in the cytosol (14). In response to a variety of extracellular stimuli, IκB is rapidly degraded, thus exposing the nuclear localization signal and allowing translocation of the p50/p65 dimer to the nucleus. Recently, it has been shown that extracellular stimuli lead to phosphorylation of the inhibitor, but that this modification is not sufficient for activation of NF-κB (15–18). It was proposed that phosphorylation signals the protein for degradation, and the protein is probably degraded while associated as a complex with the other two components of the ternary complex. Indeed, Brown and colleagues (19) have shown that phosphorylation of Ser residues 32 or 36 may serve as a proteolysis recognition signal. Furthermore, inhibitors of the 20 S proteasome stabilize specifically the phosphorylated form (20). Recent evidence from our laboratories indicate that the ubiquitin system is involved in rapid degradation of the stimulation-induced phosphorylated form of the inhibitor. The unmodified form is not recognized.[1]

The ubiquitin-dependent pathway plays an important role in the degradation of several key short-lived regulatory proteins (reviewed recently in Ref. 21). Degradation of a protein via the ubiquitin pathway involves two distinct steps, both requiring ATP: signaling of the protein by covalent attachment of multiple molecules of ubiquitin, and degradation of the targeted protein by a multisubunit 26 S proteasome complex. Conjugation of ubiquitin proceeds via a three-step mechanism. Initially, ubiquitin is activated to a high energy intermediate by the ubiquitin-activated enzyme, $E1$.[2] Following activation, ubiquitin-carrier protein, $E2$, transfers ubiquitin from $E1$ to a ubiquitin-protein ligase, $E3$, to which the target protein is bound. $E3$, therefore, appears to play a major role in selection of

proteins for conjugation and degradation. The multiply ubiquitinated substrate is specifically recognized by the 26 S proteasome complex. The protein moiety of the adduct is degraded with the release of free and reutilizable ubiquitin (reviewed in Refs. 22, 23).

Processing of the p105 precursor is the first example in which the ubiquitin-proteasome pathway is involved in limited proteolysis and not in complete destruction of its protein substrates. The finding that $E1$ (and the whole ubiquitination machinery) is required for limited processing of antigenic proteins and generation of antigenic peptides (24) has been challenged recently (25). It is not known whether the C-terminal domain is first cleaved and then degraded, or if processing proceeds via successive removal of amino acid residues from the C-terminal residue of p105. Consequently, the nature of the cleavage site, or the "stop" signal, is also obscure. Thus, because of the peculiar mechanisms involved and the central role that NF-κB plays in many basic physiological and pathological processes, dissection of the mechanism involved in ubiquitin modification and processing of p105 has broad biological implications. Analysis of the enzymatic process can provide an important insight into the regulation and the recognition signals involved.

Using a cell-free system, we have been able to reconstitute processing of the intact p105 precursor into the mature p50 protein. We demonstrate that the precursor is multiply ubiquitinated and that formation of the high molecular weight conjugates is essential for the processing to occur. We also demonstrate that the process is mediated by a previously described ubiquitin-carrier protein, $E2$-F1 (26) that is involved in the degradation of p53 (27). In addition, a novel, still unidentified, ~320-kDa species of ubiquitin-protein ligase, $E3$, appears to catalyze the final step in the conjugation reaction, transfer of ubiquitin to the substrate. The ligase is clearly distinct from $E6$-AP, the p53-recognizing ligase, and from $E3α$, the N-end rule ligase. However, like $E6$-AP, chemical modification of -SH groups of the new $E3$ enzyme inhibits its activity.

## EXPERIMENTAL PROCEDURES

*Materials*—Plasmid pTγβ105 contains the entire coding sequence of human p105 fused to the 5'-untranslated region of β-globin to ensure efficient translation *in vitro* (7, 28). The cDNA was subcloned into pGEM2 transcription vector (Promega) that contains a T7 promoter. Vectors containing $E6$ and wild type p53 cDNAs were described elsewhere (27). Na[125]I and L-[35S]methionine (>1,200 Ci/mmol) were purchased from DuPont NEN. Amplify® enhancer and Rainbow prestained molecular weight markers were purchased from Amersham Corp. Lysozyme, ubiquitin (bovine), ovalbumin, DTT, ATP, phosphocreatine, creatine kinase, 2-deoxyglucose, NEM, sodium iodoacetate, *p*-hydroxy mercuribenzoate, and Tris buffer were purchased from Sigma. Hexokinase, ribonuclease A (RNase A), and ATPγS were from Boehringer Mannheim. DEAE-cellulose (DE-52) was purchased from Whatman. Acrylamide, *N,N'*-methylene bisacrylamide, TEMED, ammonium persulfate, 2-mercaptoethanol, sodium dodecyl sulfate (SDS), and Coomassie Brilliant Blue were from Bio-Rad. Ammonium sulfate was obtained from Life Technologies, Inc. HEPES (*N*-2-hydroxyethylpiperazine-*N'*-2-ethanesulfonic acid) was purchased from Calbiochem. MG132, a 20 S proteasome inhibitor, was a kind gift from Drs. J. Adams and R. Stein, MyoGenics Inc., Cambridge, MA. All tissue culture reagents were purchased from Biological Industries, Kibbutz Beit Haemek, Israel. Centricon 10 microconcentrators were from Amicon. Wheat germ and rabbit reticulocyte lysate-based TNT transcription-translation coupled kits were from Promega. HiLoad Superdex 200 HR (16 × 600 mm) column was from Pharmacia Biotech Inc. All other chemicals were of high analytical grade.

*Cell Line*—C3.F6 B lymphocyte cell line was obtained from Dr. Osami Kanagawa, Washington University School of Medicine, St. Louis, MO. Cells were grown at 37 °C in Dulbecco's modified Eagle's medium supplemented with 10% fetal calf serum.

*Generation of Radiolabeled Proteins*—[35S]Methionine-labeled p105 and p53 were synthesized using a TNT-wheat germ-based or TNT-rabbit reticulocyte-based transcription-translation coupled systems.

---

[1] Y. Ben-Neriah and A. Ciechanover, unpublished results.

[2] The abbreviations used are: $E1$, ubiquitin-activating enzyme; $E2$, ubiquitin-carrier protein or ubiquitin-conjugating enzyme; $E3$, ubiquitin-protein ligase; $E6$, human papillomavirus "high risk" $E6$ 16 oncoprotein; $E6$-AP, $E6$-associated protein; ATPγS, adenosine 5'-O-(3-thiotriphosphate); DTT, dithiothreitol; MeUb, reductively methylated ubiquitin; NEM, *N*-ethylmaleimide; PAGE, polyacrylamide gel electrophoresis; TEMED, *N,N,N',N'*-tetramethylenediamine.

The Journal of Biological Chemistry

Downloaded from www.jbc.org by on January 17, 2008

Translations were carried out according to the manufacturer's instructions in 200-μl reaction mixtures containing 100 μl of extracts and 4 μg of circular plasmid containing the appropriate cDNAs. *E6* was generated in a similar manner, except that the labeled amino acid was replaced with 0.1 mM unlabeled methionine. When indicated, the translation mixture containing the labeled substrate was treated with DEAE to remove ubiquitin and *E2*-F1, and other potential Fraction I-containing *E2* enzymes (26, 29, 30). Alternatively, all *E2* enzymes, including *E2*-F1, contained in the translation extract, were inactivated following translation by incubating the reaction mixture with NEM (10 mM for 10 min at room temperature). The inhibitor was neutralized by the addition of 6 mM DTT. [125]I-Labeled lysozyme was prepared by the chloramine-T method as described (26).

*Preparation of Rabbit Reticulocyte Lysate and Conjugating Enzymes*—Reticulocyte-rich blood was induced in rabbits by successive injections of phenylhydrazine, and lysate was prepared as described (31). Fractionation of the lysate into Fraction I, which contains ubiquitin and *E2*-F1, and Fraction II, which contains several *E2* enzymes, all known *E3* enzymes, and the 26 S proteasome complex, was performed as described (31). E1, E2—14-kDa, and *E3α* were purified from Fraction II by affinity chromatography over immobilized ubiquitin and immobilized β-lactoglobulin as described (32). Recombinant UbcH5, the human homolog of *E2*-F1 (Ref. 30; the encoding cDNA cloned into a pET3a vector was kindly obtained from Dr. Martin Scheffner, DKFZ, Heidelberg, Germany), was purified from bacterial extracts after induction as follows. Extracts (from 1 liter of cultured cells) were chromatographed on DEAE-anion exchange resin (31), and Fraction I was resolved by ammonium sulfate precipitation into two portions, 0–38% and 42–80%. The 42–80% precipitate was dissolved in a small volume of a buffer containing 20 mM Tris-HCl, pH 7.2, and 2 mM DTT, and resolved via gel filtration chromatography on a HiLoad Superdex 75 HR (16 × 600 mm) column in a similar buffer containing also 150 mM NaCl. Fractions of 2.4 ml were collected, and UbcH5 was identified following staining with Coomassie Brilliant Blue. We obtained 1 mg of ~90% homogeneous protein.

*Initial Characterization of p105 NF-κB Precursor-Ubiquitin Ligase, E3*—Fraction II was fractionated by (NH₄)₂SO₄ into Fraction IIA (0–38%) and Fraction IIB (42–80%) as described (33). 2 ml of Fraction IIA (20 mg/ml) were loaded onto a HiLoad Superdex 200 HR (16 × 600 mm) gel filtration chromatography column, and the proteins were resolved in a buffer containing 20 mM Tris-HCl, pH 7.2, 150 mM NaCl, and 2 mM DTT (buffer A) using an FPLC system (Pharmacia). 2.4-ml fractions were collected, and salt was removed by repeated concentration-dilution cycles using Centricon 10 microconcentrators with buffer A that does not contain NaCl. Fractions were concentrated to 100 μl.

*Preparation of Cell Extract*—C3.F6 B Cells were washed twice in phosphate-buffered saline and incubated on ice in hypotonic lysis buffer (5 × 10⁸ cells/2 ml of buffer) containing 20 mM HEPES, pH 7.5, 10 mM KCl, and 1.5 mM MgCl₂. Lysis was completed using a Dounce homogenizer and was followed microscopically. Nuclei were removed and cytosolic extract was prepared as described (34). Extracts contained ~8–10 mg of protein/ml. Fraction I and Fraction II from cytosol were prepared as described for the preparation of the similar fractions from reticulocyte lysate (see above).

*Processing of p105*—[³⁵S]Methionine-labeled p105 was processed to p50 in a cell-free system containing, in 25 μl of reaction mixture, the following processing extracts: crude reticulocyte lysate (10 μl; ~1 mg of protein) or C3.F6 cytosolic extract, crude reticulocyte Fraction II, or wheat germ extract (~100 μg protein of each). In addition, the reaction mixture contained: 40 mM Tris-HCl, pH 7.6, 5 mM KCl, 5 mM MgCl₂, 2 mM DTT, ubiquitin (4 μg unless otherwise indicated), and ~40,000 cpm of the labeled substrate. Reactions without ATP contained 20 mM 2-deoxyglucose and 0.2 μg of hexokinase. ATP-dependent processing was preformed in the presence of 0.5 mM ATP, 10 mM phosphocreatine, and 5 μg of creatine kinase. All reaction mixtures were preincubated for 5 min at 37 °C prior to the addition of the labeled substrate. Mixtures were incubated for 1 h on ice or at 37 °C. Mixtures incubated on ice contained ATP and ATP-regenerating system. Following incubation, 15-μl aliquots from the reaction mixtures were resolved via SDS-PAGE (10% acrylamide). Gels were fluorographed, dried, and exposed to XAR-5 Kodak film or, when indicated, analyzed by PhosphorImager (Fuji).

*Conjugation Assay*—Ubiquitin-p105 conjugates were generated in an assay similar to that used for processing, but with the following modifications. 1) Reactions were carried out in a volume of 10 μl, and the concentrations of all components were adjusted accordingly; 2) ATPγS (5 mM) substituted for ATP and ATP-regenerating system; 3) ubiquitin



| ATP | - | - | + |
|-----|---|---|---|
| Time (h) | 0 | 1 | 1 |

FIG. 1. **ATP-dependent processing of p105.** Labeled p105 was incubated in the presence of C3.F6 cytosolic extract. Incubation was carried out on ice or at 37 °C in the absence or presence of ATP as described under "Experimental Procedures" and in the figure, and appearance of p50 was monitored. *Ori.* and *D.F.* denote origin of gel and dye front, respectively. Molecular size markers are: phosphorylase *b*, 97.4 kDa; bovine serum albumin, 69.0 kDa; ovalbumin, 46.0 kDa; carbonic anhydrase, 30.0 kDa; soybean trypsin inhibitor, 21.0 kDa; lysozyme, 14.3 kDa.

aldehyde (0.5 μg; a specific inhibitor of certain isopeptidases) (35), and ovalbumin (5 μg) were added to the reaction mixture. Reactions were incubated at 37 °C for 1 h, resolved on SDS-PAGE (7%), and analyzed as described above.

*Preparation of MeUb*—Reductively methylated ubiquitin (MeUb) was prepared from ubiquitin as described (36).

## RESULTS

*p50 Is Synthesized from p105 in an ATP-dependent Process*—As can be seen in Fig. 1, *in vitro* processing of p105 requires ATP. Similar results in a cell-free system were published by Fan and Maniatis (9) using p60, a truncated form of p105. We also demonstrated that p50 is generated from p105 in a time-dependent manner. Following a short translation (pulse), the predominant form generated is p105. When translation is inhibited (by the addition of excess unlabeled methionine and RNase A) and p105 is further incubated (chase), an increasing amount of p50 is generated with time at the expense of the precursor molecule (not shown).

*p105 Is Processed and Conjugated in Mammalian but Not in Wheat Germ Extract*—Since only a small amount of p105 protein is synthesized in the *in vitro* cell-free translation system, it is virtually impossible to isolate it from the many components of the ubiquitin proteolytic system. Therefore, it was important to attempt to generate a substrate that will not be conjugated or processed co-translationally. Scheffner and colleagues (37) reported that p53 is conjugated by a specific *E3* enzyme, designated *E6*-AP, that is present in mammalian cell but not in wheat germ extract. We tested the hypothesis that the p105-ubiquitin ligase and/or a different component of the conjugating machinery demonstrates a similar plant-animal kingdom distribution. As can be seen in Fig. 2, reticulocyte lysate and C3.F6 B cell cytosol can process p105 to p50. In striking contrast, wheat germ extract is inactive. In correlation with this finding, conjugation of ubiquitin to p105 also occurs in the mammalian cell extracts but not in the plant extract (Fig. 3). We noted that both processing and conjugation are more efficient in the lymphocyte cytosol (compare Fig. 2, *lanes 3* and *4*, and Fig. 3, *lanes 3* and *5*). It is possible that an essential

21710

*NF-κB Precursor Processing by the Ubiquitin System*

enzyme is rate-limiting in the reticulocyte extract or that an unidentified factor required for the process is present in the lymphocyte but not in the rabbit reticulocyte extract. It should be noted that increasing concentrations of reticulocyte extract did not alter the efficiency of processing (not shown).

*Multiple Ubiquitination of p105 Is Essential for Processing*—In order to demonstrate that ubiquitination is an essential intermediate step in processing of p105, it was necessary to show that inhibition of one process leads to suppression of the other as well. We demonstrated that conjugation in crude extract is extremely inefficient and can be stimulated significantly only with the addition of free ubiquitin (Fig. 4). This may not be surprising, as most of the ubiquitin in the extract may be "trapped" in conjugates, and the level of free ubiquitin is rather low (38). Addition of MeUb to a system that contains also exogenously added free ubiquitin inhibited conjugation (Fig. 5) and, consequently, processing of p105 (Fig. 6). MeUb is an analogue of ubiquitin in which all the free -NH$_2$ groups have been modified. It acts as a chain terminator and inhibits the formation of polyubiquitin chains that are essential for recognition of the adduct by the 26 S proteasome complex. Consequently, introduction of this derivative leads to inhibition of degradation (36, 39). Addition of excess free ubiquitin alleviated inhibition of both conjugation and processing (Figs. 5 and 6). Thus, it is clear that conjugation of ubiquitin is an essential intermediate step in processing of p105. In the processing reaction we noted the appearance of an additional processed form

of a slightly higher molecular mass (Fig. 6). This form may be a processing intermediate or a product that was processed in a different site. We noted the appearance of this product, although in lower amounts, in most of the processing reactions (see, for example, Figs. 1 and 2; it should be noted that in the pulse-chase experiment demonstrating precursor-product relationships between p105 and p50 (see above), this upper form diminished with time, supporting the notion that it may well be a processing intermediate; not shown).

*The Ubiquitin-Carrier Protein E2-F1 Is Essential for Conjugation of p105*—In order to identify the enzymatic components involved in conjugation of p105, we gradually reconstituted the conjugation system from several essential components. As can be seen in Fig. 7 (*panel A-I*), the addition of ubiquitin to crude reticulocyte Fraction II was sufficient to promote efficient conjugation (compare *lane 1* to *lane 2*). According to this result, one may conclude that the *E2* is contained in Fraction II. It can be any of the many *E2* enzymes contained in this fraction, including *E2*–14 kDa and *E2*–25 kDa (22, 23). Not surprisingly, addition of *E2*–14 kDa (that as noted is present in Fraction II) did not affect conjugation (*lane 3*). However, we noted a slight increase in conjugation following the addition of the *E2*-F1 enzyme that is derived from Fraction I (*lane 4*). Similarly, Palombella and colleagues (12) also reported that the addition of ubiquitin to Fraction II is sufficient to promote processing. Thus, their results obtained in crude Fraction II, using p60 as a substrate, are in accordance with the results of the experiment reported here. However, the slight increase in conjugation observed following the addition of *E2*-F1 (compare *lane 4* to *lanes 2* and *3*), raised the *suspicion* that this enzyme (alone or with its Fraction I homologs) is involved in conjugation and is contained in the translation extract added with the labeled substrate. Thus, it is carried *un-noticed* into the reaction mixture and catalyzes conjugation of p105. Palombella and colleagues (12) used a similar translation extract to generate their substrate. To corroborate the possible involvement of *E2*-F1 in the conjugation of p105, we treated the translation extract (following completion of the reaction) with NEM, followed by neutralization of the reagent with DTT (Fig. 7, *panel A-II*; see "Experimental Procedures"). As all known *E2* enzymes contain an essential -SH group necessary for their activity (23), the treatment inactivates the *E2* enzymes contained in the extract. Indeed, when the substrate-containing extract is first treated with NEM, conjugation becomes completely dependent upon the addition of *E2*-F1. As can be seen in Fig. 7 (*panel A-II*), addition of ubiquitin (*lane 2*) and *E2*–14 kDa (*lane 3*) was not sufficient to promote conjugation. Only addition of purified *E2*-F1 (*lane 4*) restored conjugation. Using a different approach, we resolved the translation mixture on DEAE-cellulose to Fraction I and Fraction II. The substrate is contained in Fraction II, whereas *E2*-F1 is resolved with Fraction I (not shown). Addition of the resolved substrate to Frac-



Fig. 2. **Lymphocyte and reticulocyte extracts, but not wheat germ extract, can process p105.** Wheat germ-translated p105 was incubated in reticulocyte lysate (*lanes 1–3*), in C3.F6 cytosolic extract (*lane 4*), and in wheat germ extract (*lane 5*) as described under "Experimental procedures." *Lane 1*, incubation on ice; *lane 2*, incubation in the absence of ATP; *lanes 3–5*, incubation in the presence of ATP. Notes and molecular size markers are as described in the legend to Fig. 1.



Fig. 3. **Lymphocyte and reticulocyte extracts, but not wheat germ extract, can conjugate ubiquitin to p105.** Labeled p105 was incubated in the presence of reticulocyte lysate (*lanes 2* and *3*), C3.F6 cytosolic extract (*lanes 4* and *5*), and wheat germ extract (*lanes 6* and *7*) in the absence (*lanes 2, 4,* and *6*) or presence (*lanes 3, 5,* and *7*) of ATPγS. *Lane 1*, substrate incubated in the absence of cell extract, but in the presence of ATPγS. Conjugates were synthesized as described under "Experimental Procedures." *Conj.* denotes ubiquitin conjugates. Notes and molecular size markers are as described in the legend to Fig. 1.

Downloaded from www.jbc.org by on January 17, 2008

The Journal of Biological Chemistry

The Journal of Biological Chemistry

Downloaded from www.jbc.org by on January 17, 2008



FIG. 4. **Ubiquitin-dependent conjugation of p105.** Conjugation of ubiquitin to p105 was monitored in reaction mixtures containing C3.F6 cytosolic extract as described under "Experimental Procedures." Ubiquitin and ATPγS were added as indicated. *Conj.* denotes ubiquitin conjugates. Notes and molecular size markers are as described in the legend to Fig. 1.



FIG. 5. **MeUb inhibits conjugation of p105, and suppression is alleviated by the addition of excess free ubiquitin.** Conjugation of ubiquitin to p105 was monitored in reaction mixtures containing C3.F6 cytosolic extract as described under "Experimental Procedures." Reaction mixtures contained the indicated amounts of ubiquitin and MeUb. ATPγS was added or omitted as indicated. *Conj.* denotes ubiquitin conjugates. Notes and molecular size markers are as described in the legend to Fig. 1.



FIG. 6. **MeUb inhibits processing of p105, and inhibition is alleviated by excess free ubiquitin.** Processing of p105 was monitored in reaction mixtures containing C3.F6 cytosolic extract as described under "Experimental Procedures." Reaction mixtures contained the displayed amounts of ubiquitin and MeUb. ATP was added or omitted from reaction mixtures as marked. Reaction mixtures were incubated on ice or at 37 °C as indicated. Notes and molecular size markers are as described in the legend to Fig. 1.

tion II derived from either lymphocytes or rabbit reticulocytes did not lead to conjugation unless both ubiquitin and *E2*-F1 were added (not shown). To rule out the remote possibility that the homogeneously purified *E2*-F1 is contaminated with another unidentified *E2* enzyme, we added to the reaction purified recombinant UbcH5, the human homolog of *E2*-F1 (30, 37). As can be seen in Fig. 7 (*panel B, lane 4*), the recombinant enzyme promotes conjugation of p105 and is as active as *E2*-F1.





FIG. 7. ***E2*-F1 and UbcH5, but not *E2*–14 kDa are required for conjugation of p105.** Conjugation of ubiquitin to p105 was followed essentially as described under "Experimental Procedures" in Fraction II derived from rabbit reticulocyte lysate. *Panel A*, involvement of *E2*-F1 in p105 conjugation. *A-I*, the labeled substrate was added to the reaction mixture after synthesis and *without* any further treatment. *A-II*, the labeled substrate was first *treated* with NEM, followed by neutralization with DTT as described under "Experimental Procedures." *Lanes I-1* and *II-1*, reaction mixtures incubated without ubiquitin. *Lanes I-2* and *II-2*, reaction mixtures incubated in the presence of 4 μg of ubiquitin. *Lanes I-3* and *II-3*, same as *lanes I-2* and *II-2*, but with 0.2 μg of *E2*–14 kDa. *Lanes I-4* and *II-4*, same as *lanes I-2* and *II-2*, but with 0.2 μg of *E2*-F1. *Panel B*, involvement of UbcH5 in p105 conjugation. Substrate was treated with DTT prior to the addition to the reaction mixture (similar to the experiment presented in *A-II*). *Lane 1*, reaction contained all the components except for Fraction II. *Lane 2*, reaction contained all the components except for Fraction II. *Lane 3*, as *lane 2*, but in the presence of ubiquitin. *Lane 4*, as *lane 3*, but with 0.4 μg of recombinant UbcH5. *Lane 5*, as *lane 3*, but with 0.2 μg of purified *E2*-F1. *Conj.* denotes ubiquitin conjugates. Notes and molecular size markers are as described in the legend to Fig. 1.

It should be noted that the partial peptide sequences obtained from *E2*-F1 that is derived from rabbit (26) are not identical to homologous areas contained in UbcH5 (30), which is a human enzyme. Both enzymes, however, are contained in Fraction I and are involved in p53 conjugation and degradation (27, 30, 37). Thus, either the *E2*-F1 enzyme is indeed the rabbit homolog of UbcH5 or, alternatively, two catalytically similar enzymes exist in Fraction I.

*A Novel Ubiquitin-Protein Ligase, E3, Is Involved in Conjugation of p105*—Identification of the *E2* involved in conjugation of p105 allowed initial characterization of the ligase, *E3*. We had previously found that all the conjugation activity is contained in Fraction IIA (not shown), which is devoid of *E1* and known *E2* enzymes (26). Thus, it was appropriate to use this fraction as an initial source for purification of the ligase. Indeed, as can be seen in Fig. 8 (*panel A*), Fraction IIA contains an activity, that along with *E1* and *E2*-F1 (or recombinant UbcH5, not shown) is necessary for conjugation of p105 (compare *lane B* to *lane A*). Resolution of the activity by gel filtration chromatography reveals that the activity has an apparent molecular mass of ~320 kDa. An identical result was obtained when the column fractions were screened in the presence of recombinant UbcH5 (not shown). This activity is clearly distinct from that of *E6*-AP, the ligase involved in conjugation of p53 (Fig. 8, *panel B*). This enzyme (40), which has a molecular

*NF-κB Precursor Processing by the Ubiquitin System*



FIG. 8. **Ubiquitin-p105 ligase is a novel species of *E3* distinct from *E6*-AP.** Ubiquitin conjugates of p105 (*panel A*) and p53 (*panel B*) were generated essentially as described under "Experimental Procedures." The p53 image was derived from PhosphorImager analysis. Reactions mixtures contained: 0.5 μg of *E1*, 0.15 μg of *E2*-F1, and a 1.0-μl aliquot from the different fractions derived from gel filtration chromatography of Fraction IIA. *E6* (~1.8 ng; 6-fold the molar amount of p53; 27) was added to the conjugation reactions involving p53. *Lane A*, labeled substrate incubated in the presence of *E1* and *E2* alone. *Lane B*, as *lane A*, but with added Fraction IIA (7.5 μg). *Numbers* denote fraction numbers. *Arrows* indicate molecular mass of peak fractions as determined by calibration of the column with a set of molecular mass standards (not shown). *Conj.* denotes ubiquitin conjugates. Notes and molecular size markers are as described in the legend to Fig. 1.



mass of ~100 kDa, migrates in the gel filtration column described in Fig. 8 as a ~120-kDa protein. The reason for the slight "deviation" from the authentic molecular mass is due to the presence of an ATP-independent protease with a molecular mass of ~80 kDa that digests both the substrate and conjugates (see for example Fig. 8, *panels A* and *B*, *lanes 30*). The disappearance of the labeled products leads to a slight deviation in the calculation of the molecular mass of *E6*-AP under the conditions employed. It is clear, however, that the two ligases are distinct enzymes: the p105 conjugating activity peaks in Fraction 24, whereas *E6*-AP peaks at Fraction 29. As can be seen in Fig. 9, the novel ligase is also distinct from *E3*α, the N-end rule ligase. Addition of *E3*α to either *E2*–14 kDa or *E2*-F1 does not lead to the formation of conjugates (*lanes A3* and *A4*). As expected, *E3*α promotes conjugation of lysozyme, a bona fide N-end rule substrate, when incubated in the presence of *E1* and *E2*–14 kDa (Fig. 9, *panel B*).

To further characterize the novel *E3*, we investigated the possibility that, like *E6*-AP (41), it also contains an active -SH group. As can be seen in Fig. 10, the activity of the enzyme is inhibited by a variety of alkylating agents. It should be noted that since we did not use a purified enzyme, the possibility always exists that the sensitive protein is not the ligase, but a factor that is necessary for its activity. In this case, the fractions that contain the ligase activity represent an overlapping region between the ligase and the putative factor. If this is indeed the case, it is expected that combination of aliquots from the margins of the peak (that represent the individual peaks of the ligase and the factor) should give a synergistic effect in conjugate formation. This is clearly not the case (not shown). Thus, it is likely that the alkylating agents affected the *E3* directly.

*The 20 S Proteasome Is Involved in Processing of p105*—The 20 S proteasome complex is the core catalytic subunit of the 26 S proteasome complex involved in degradation of ubiquitin-tagged proteins and recycling of ubiquitin. The 20 S enzyme can be inhibited by a variety of C-terminal aldehyde deriva-

tives of short peptides. As expected, the agents inhibit degradation of substrates of the ubiquitin system (see for example Refs. 12, 20, and 42) but potentially also that of substrates that are degraded by the 26 S proteasome in a ubiquitin-independent manner. As can be seen in Fig. 11, addition of MG115 (12, 42) leads to inhibition of processing. Thus, it is clear that the 20 S proteasome, most probably as part of the 26 S complex, is involved in processing of p105 *in vitro*. Using a similar inhibitor, Palombella and colleagues described similar results for processing of p105 *in vivo*.

DISCUSSION

We have shown that the ubiquitin-proteasome pathway is involved in processing of intact p105 *in vitro*. In a previous study, Palombella and colleagues (12) utilized a truncated form of p105, p60, to demonstrate the involvement of ubiquitin in processing. They have not demonstrated, however, formation of conjugates as essential intermediates in the process. While analysis of mutant/truncated proteins can be powerful, one should be cautious. The ubiquitin system may recognize abnormal/truncated/misfolded proteins, but not their normal counterparts. For example, a truncated form of *E1A* adenovirus protein (amino acid residues 1–85) is much more sensitive to degradation then the wild type (1–289) protein (29, 43). The case of p53 is even more illustrative, although the direction appears to be "opposite." A single mutation can render the wild type protein resistant to conjugation and degradation because of a significant crucial alteration in the three-dimensional structure (27, 44, 45). Processing of p105 to p50 occurs post-translationally. It requires ATP and occurs in a time-dependent manner. The process occurs only in mammalian cell extracts and not in plant. Our analysis revealed that the plant extract, most probably, does not contain the required ubiquitin-protein ligase, *E3* (see below). Further investigation revealed that conjugation of ubiquitin precedes processing and is an essential intermediate step in the process; MeUb inhibits both processes, and the inhibition is alleviated by the addition of

The Journal of Biological Chemistry

Downloaded from www.jbc.org by on January 17, 2008



FIG. 9. **Ubiquitin-p105 ligase is a novel species of E3 distinct from E3α.** Ubiquitin conjugates of p105 (*panel A*) and [125]I-labeled lysozyme (*panel B*) were generated essentially as described under "Experimental Procedures." The experiment described in *panel A* was analyzed by PhosphorImager. *Lane A1*, incubation in the presence of E1 and E2-F1. *Lane A2*, same as *lane A1*, but with Fraction IIA (7.5 μg). *Lane A3*, same as *lane A1*, but with E3α (0.6 microunit; 1 unit of enzyme catalyzes the incorporation of ubiquitin into conjugates at a rate of 1 μmol/min; Ref. 31). *Lane A4*, reaction mixture contained E1, E2–14 kDa (0.15 μg), and E3α. *Lane B1*, with E1 and E2–14 kDa. *Lane B2*, same as *lane B1*, but with E3α. E1, and E2-F1 were added in the same amounts described in the legend to Fig. 8. *Conj.* denote ubiquitin conjugates. Notes and molecular size markers are as described in the legend to Fig. 1.



FIG. 10. **The ubiquitin-p105 ligase has an active-SH group.** Conjugation of ubiquitin to p105 was monitored essentially as described under "Experimental Procedures." All reaction mixtures contained E1, E2-F1, and C3.F6 cytosolic extract as a source for E3. The amounts of the enzymes added are as described under "Experimental Procedures" and in the legend to Fig. 8. *Lane 1*, complete reaction mixture containing all three conjugating enzymes, but without ATP. *Lane 2*, same as *lane 1*, but with ATP. *Lane 3*, same as *lane 2*, but the cytosolic extract was treated first with sodium iodoacetate and neutralized with DTT. *Lane 4*, same as *lane 2*, but the extract was treated first with NEM and neutralized with DTT. *Lane 5*, same as *lane 2*, but the extract was treated first with *p*-hydroxymercuribenzoate and neutralized with DTT. *Lane 6*, same as *lane 2*, but NEM was added after the addition of DTT. In all cases the inhibitor was added at 10 mM and the extract incubated for 10 min at room temperature. DTT was then added to a final concentration of 6 mM. *Conj.* denotes ubiquitin conjugates. Notes and molecular size markers are as described in the legend to Fig. 1.



FIG. 11. **Inhibition of the 20 S proteasome suppresses processing of p105.** Processing of p105 was carried out in reticulocyte lysate in the presence or absence of 50 μM MG115, a 20 S proteasome inhibitor (12). Notes and molecular size markers are as described in the legend to Fig. 1.

excess free ubiquitin. To study the conjugating enzymes involved, we reconstituted a cell-free system and demonstrated that E2-F1, a recently characterized ubiquitin-carrier protein isolated from crude reticulocyte Fraction I (26), is required for the process. We have also demonstrated that the human homolog of E2-F1, UbcH5 (30), also catalyzes conjugation of p105. Interestingly, E2-F1 is also involved in the conjugation and degradation of glyceraldehyde-3-phosphate dehydrogenase (26), p53 (27), and c-Fos,[3] and therefore, does not appear to be specific. However, another species of ubiquitin-carrier protein, E2–14 kDa, is not able to promote conjugation. We have shown that a novel, still unidentified, species of E3 is involved in the process. This ligase, which is not present in wheat germ, is distinct from E6-AP, the ligase involved in E6-dependent tagging of p53 (37), and from E3α, the "N-end rule" ligase. Thus, it appears that E2-F1 can act in concert with several species of E3 s, and the E3 enzymes are responsible for the specific recognition of the substrates. The novel E3 appears to contain an -SH group essential for its activity. As expected, processing is inhibited by inhibitors of the 20 S proteasome complex.

An important problem involves the mechanism of processing. Unlike all other substrates of the ubiquitin system, p105 is only partially degraded. It is not known whether the C-terminal domain is first cleaved and then degraded, or whether digestion starts in the C-terminal residue of p105 and stops at certain point. The cleavage site, or the "stop" signal, has not been identified, although it is clear that it may reside in the region of amino acid residue 420 (46). Another problem concerns regulation of processing. It has been suggested that stimulation-induced phosphorylation of the precursor may accelerate its processing (47). Also, it is possible that activation of one or more specific components of the ubiquitin system occurs following stimulation. Interestingly, phosphorylation of the inhibitor IκBα leads to its rapid degradation (18–20). This process also appears to be mediated by the ubiquitin system and to involve E2-F1.[1] Therefore, it is clear that reconstitution of the cell-free proteolytic system and identification of the enzymes involved are essential for further understanding of the mechanisms of recognition and regulation of the components of the transcriptional activator complex by the proteolytic system.

*Acknowledgments*—We acknowledge Drs. Ross Stein and Julian Adams (MyoGenics, Inc., Cambridge, MA) for the kind gift of the 20 S proteasome inhibitor, MG115, and Dr. Martin Scheffner (DKFZ, Heidelberg, Germany) for the kind gift of the UbcH5 clone. We are also grateful for the generous help and advice of Dr. Hedva Gonen (Technion, Haifa, Israel).

[3] I. Stancovski and A. Ciechanover, unpublished results.

Downloaded from www.jbc.org by on January 17, 2008

*The Journal of Biological Chemistry*

21714    *NF-κB Precursor Processing by the Ubiquitin System*

The Journal of Biological Chemistry

Downloaded from www.jbc.org by on January 17, 2008

## REFERENCES

1. Sen, R., and Baltimore, D. (1986) *Cell* **46**, 705–716
2. Baeuerle, P. A., and Henkel, T. (1994) *Annu. Rev. Immunol.* **12**, 141–179
3. Siebenlist, U., Franzoso, G., and Brown, K. (1994) *Annu. Rev. Cell Biol.* **10**, 405–455
4. Thanos, D., and Maniatis, T. (1995) *Cell* **80**, 529–532
5. Liou, H.-C., and Baltimore, D. (1993) *Curr. Opin. Cell Biol.* **5**, 477–487
6. Sha, W. C., Liou, H.-C., Tuomanen, E. I., and Baltimore, D. (1995) *Cell* **80**, 321–330
7. Kieran, M., Blank, V., Logeat, F., Vanderkerckhove, J., Lottspeich, F., LeBail, O., Urban, M. B., Kourilsky, P., Baeuerle, P. A., and Israël, A. (1990) *Cell* **62**, 1007–1018
8. Schmid, R. M., Perkins, N. D., Duckett, C. S., Andrews, P. C., and Nabel, G. J. (1991) *Nature* **352**, 733–737
9. Fan, C.-M., and Maniatis, T. (1991) *Nature* **354**, 395–398
10. Mellits, K. H., Hay, R. T., and Goodbourn, S. (1993) *Nucleic Acids Res.* **21**, 5059–5066
11. Mercurio, F., DiDonato, J. A., Rosette, C., and Karin, M. (1993) *Genes & Dev.* **7**, 705–718
12. Palombella, V. J., Rando, O. J., Goldberg, A. L., and Maniatis, T. (1994) *Cell* **78**, 773–785
13. Murakami, Y., Matsufuji, S., Kameji, T., Hayashi, S., Igarashi, K., Tamura, T., Tanaka, K., and Ichihara, A. (1992) *Nature* **360**, 597–599
14. Zabel, U., Henkel, T., dos Santos Silva, M., and Baeuerle, P. A. (1993) *EMBO J.* **12**, 201–211
15. Miyamoto, S., Maki, M., Schmitt, M., J., Hatanaka, M., and Verma, I. M. (1994) *Proc. Natl. Acad. Sci. U. S. A.* **91**, 12740–12744
16. Lin, Y. C., Brown, K., and Siebenlist, U. (1995) *Proc. Natl. Acad. Sci. U. S. A.* **92**, 552–556
17. Didonato, J. A., Mercurio, F., and Karin, M. (1995) *Mol. Cell. Biol.* **15**, 1302–1311
18. Alkalay, I., Yaron, A., Hatzubai, A., Jung, S., Avraham, A., Gerlitz, O., Pashut-Lavon, I., and Ben-Neriah, Y. (1995) *Mol. Cell. Biol.* **15**, 1294–1301
19. Brown, K., Gerstberger, S., Carlson, L., Franzoso, G., and Siebenlist, U. (1995) *Science* **267**, 1485–1488
20. Traenckner, E. B.-M., Wilk, S., and Baeuerle, P. A. (1994) *EMBO J.* **13**, 5433–5441
21. Ciechanover, A. (1994) *Cell* **79**, 13–21
22. Hershko, A., and Ciechanover, A. (1992) *Annu. Rev. Biochem.* **61**, 761–807
23. Jentsch, S. (1992) *Annu. Rev. Genet.* **26**, 179–207
24. Michalek, M. T., Grant, E. P., Gramm, C., Goldberg, A. L., and Rock, K. L. (1993) *Nature* **3**, 552–554
25. Cox, J. H., Galardy, P., Bennink, J. R., and Yewdell, J. W. (1995) *J. Immunol.* **154**, 511–519
26. Blumenfeld, N., Gonen, H., Mayer, A., Smith, C., Siegel, N. R., Schwartz, A. L., and Ciechanover, A. (1994) *J. Biol. Chem.* **269**, 9574–9581
27. Ciechanover, A., Shkedy, D., Oren, M., and Bercovich, B. (1994) *J. Biol. Chem.* **269**, 9582–9589
28. Pollock, R., and Treisman, R. (1990) *Nucleic Acids Res.* **18**, 6197–6204
29. Ciechanover, A., DiGiuseppe, A. J., Bercovich, B., Orian, A., Richter, J. D., Schwartz, A. L., and Brodeur, G. M. (1991) *Proc. Natl. Acad. Sci. U. S. A.* **88**, 139–143
30. Scheffner, M., Huibregtse, J. M., and Howley, P. M. (1994) *Proc. Natl. Acad. Sci. U. S. A.* **91**, 8797–8801
31. Hershko, A., Heller, H., Elias, S., and Ciechanover, A. (1983) *J. Biol. Chem.* **258**, 8206–8214
32. Reiss, Y., Kaim, D., and Hershko, A. (1988) *J. Biol. Chem.* **263**, 2693–2698
33. Ganoth, D., Leshinsky, E., Eytan, E., and Hershko, A. (1988) *J. Biol. Chem.* **263**, 12412–12419
34. Flanagan, W. M., Corthésy, B., Bram, R. J., and Crabtree, G. R. (1991) *Nature* **352**, 803–807
35. Hershko, A., and Rose, I. A. (1987) *Proc. Natl. Acad. Sci. U. S. A.* **84**, 1829–1833
36. Hershko, A., and Heller, H. (1985) *Biochem. Biophys. Res. Commun.* **128**, 1079–1086
37. Scheffner, M., Huibregtse, J. M., Vierstra, R. D., and Howley, P. M. (1993) *Cell* **75**, 495–505
38. Haas, A. L., and Bright, P. M. (1985) *J. Biol. Chem.* **260**, 12464–12473
39. Hershko, A., Ganoth, D., Pehrson, G., Palazzo, R. E., and Cohen, L. H. (1991) *J. Biol. Chem.* **266**, 16376–16379
40. Huibregtse, J. M., Scheffner, M., and Howley, P. M. (1993) *Mol. Cell. Biol.* **13**, 775–784
41. Scheffner, M., Nuber, U., and Huibregtse, J. M. (1995) *Nature* **373**, 81–83
42. Rock, K. L., Gramm, C., Rothstein, L., Clark, K., Stein, R., Dick, L., Hwang, D., and Goldberg, A. L. (1994) *Cell* **78**, 761–771
43. Slaviceck, J. M., Jones, N. C., and Richter, J. D. (1988) *EMBO J.* **7**, 3171–3180
44. Halevy, O., Michalovitz, D., and Oren, M. (1990) *Science* **250**, 113–116
45. Crook, T., and Vousden, K. H. (1992) *EMBO J.* **11**, 3935–3940
46. Riviere, Y., Blank, V., Kourilsky, P., and Israël, A. (1991) *Nature* **350**, 625–626
47. Naumann, M., and Scheidereit, C. (1994) *EMBO J.* **13**, 4597–4607

# EXHIBIT I

# THE ELEMENTS OF *Style*

BY

## WILLIAM STRUNK Jr.

*With Revisions, an Introduction, and a Chapter on Writing*

BY

## E. B. WHITE

THIRD EDITION

MACMILLAN PUBLISHING CO., INC.
*New York*

COLLIER MACMILLAN PUBLISHERS
*London*

ACKNOWLEDGMENT

The coauthor, E. B. White, is most grateful to Eleanor Gould Packard for her assistance in the preparation of the second edition.

COPYRIGHT © 1979, MACMILLAN PUBLISHING CO., INC.

PRINTED IN THE UNITED STATES OF AMERICA

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the Publisher.

Earlier editions © 1959 and © copyright 1972 by Macmillan Publishing Co., Inc.

The Introduction originally appeared, in slightly different form, in *The New Yorker*, and was copyrighted in 1957 by The New Yorker Magazine, Inc.

*The Elements of Style*, Revised Edition, by William Strunk Jr. and Edward A. Tenney, copyright 1935 by Oliver Strunk.

MACMILLAN PUBLISHING CO., INC.
866 Third Avenue, New York, New York 10022
COLLIER MACMILLAN CANADA, LTD.

*Library of Congress Cataloging in Publication Data*

Strunk, William, 1869–1946.
  The elements of style

  r. English language—Rhetoric.   I. White,
Elwyn Brooks,       (date)   II. Title.
PE1408.S772      1979                      78–18444
ISBN 0-02-418230-3
ISBN 0-02-418220-6 pbk.

## 22] THE ELEMENTS OF STYLE

to touch another drop. The way to Hell is paved with good intentions."

We were still little girls when we discovered Mr. Murphy, before the shattering disease of adolescence was to make our bones and brains ache even more painfully than before, and we loved him and we hoped to marry him when we grew up. We loved him, and we loved his monkeys to exactly the same degree and in exactly the same way; they were husbands and fathers and brothers, these little, ugly, dark, secret men who minded their own business and let us mind ours. If we stuck our fingers through the bars of the cage, the monkeys would sometimes take them in their tight, tiny hands and look into our faces with a tentative, somehow absent-minded sorrow, as if they terribly regretted that they could not place us but were glad to see us all the same. Mr. Murphy, playing a solitaire game of cards called "once in a blue moon" on a kitchen table in his back yard beside the pens, would occasionally look up and blink his beautiful blue eyes and say, "You're peaches to make over my wee friends. I love you for it." There was nothing demeaning in his voice, and nothing sticky; on his lips the word "love" was jocose and forthright, it had no strings 'attached. We would sit cross-legged of him and watch him regiment his ranks of cards and stop to drink, as deeply as if he were dying of thirst and wave to his animals and say to them, "Yes, 'lads, you're dandies."*

If the experiences of Walter Mitty, of Dick Diver, of Rabbit Angstrom have seemed for the moment real to countless readers, if in reading Faulkner we have almost the sense of inhabiting Yoknapatawpha County during the decline of the South, it is because the details used are definite, the terms concrete. It is not that every detail is given—that would be impossible, as well as to no purpose—but that all the significant details are given, and with such accuracy and vigor that the reader, in imagination, can project himself into the scene.

In exposition and in argument, the writer must like-

* A selection from "In the Zoo" from *Bad Characters* by Jean Stafford. Copyright © 1953, 1964 by Jean Stafford. This selection appeared originally in *The New Yorker*. Reprinted with the permission of Farrar, Straus & Giroux, Inc.

## PRINCIPLES OF COMPOSITION [23

wise never lose his hold upon the concrete; and even when he is dealing with general principles, he must furnish particular instances of their application.

In his *Philosophy of Style*, Herbert Spencer gives two sentences to illustrate how the vague and general can be turned into the vivid and particular:

> In proportion as the manners, customs, and amusements of a nation are cruel and barbarous, the regulations of its penal code will be severe.

> In proportion as men delight in battles, bullfights, and combats of gladiators, will they punish by hanging, burning, and the rack.

To show what happens when strong writing is deprived of its vigor, George Orwell once took a passage from the Bible and drained it of its blood. On the left, below, is Orwell's translation; on the right, the verse from Ecclesiastes (King James Version).

> Objective consideration of contemporary phenomena compels the conclusion that success or failure in competitive activities exhibits no tendency to be commensurate with innate capacity, but that a considerable element of the unpredictable must inevitably be taken into account.

> I returned, and saw under the sun, that the race is not to the swift, nor the battle to the strong, neither yet bread to the wise, nor yet riches to men of understanding, nor yet favour to men of skill; but time and chance happeneth to them all.

### 17. Omit needless words.

Vigorous writing is concise. A sentence should contain no unnecessary words, a paragraph no unnecessary sentences, for the same reason that a drawing should have no unnecessary lines, and a machine no unnecessary parts. This requires not that the writer make all his sentences short, or that he avoid all detail and treat his subjects only in outline, but that every word tell.

Many expressions in common use violate this principle.

# EXHIBIT J

Ariad v. Eli Lilly                                    Day 3, Session 2

4-12-06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:02-cv-11280-RWZ


ARIAD PHARMACEUTICALS, et al.,
                Plaintiffs


        vs.


ELI LILLY & COMPANY,
                Defendant

********************


JURY TRIAL

Day 3, Second Session


BEFORE THE HONORABLE RYA W. ZOBEL
UNITED STATES DISTRICT COURT JUDGE


United States District Court
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210
April 12, 2006


******************


REPORTER:  Loretta Hennessey, RPR, RMR
           Tel:  617-771-8336

Ariad v. Eli Lilly                                    Day 3, Session 2

4-12-06

Page 80

1    Q.    Okay.  You don't know whether the Patent Office has

2    awarded a November, 1991 date or an April, '89 date for these

3    claims; is that true?

4              MS. BEN-AMI:  Objection, your Honor.  He's asking

5    about what the Patent Office was doing, has done.  He says he

6    doesn't know.

7              MR. DRUTCHAS:  I'm just responding to his question.

8              THE COURT:  He may answer the question.  The fact

9    that he doesn't know just means he tells us he doesn't know.

10   A.    I don't know.

11             MS. BEN-AMI:  He already did.

12   Q.    In your direct examination, I believe you said sunlight

13   turns on NF-kappaB; is that correct?

14   A.    Yes.  That wasn't known at the time, I should say.

15   Q.    Will carrying an umbrella reduce NF-kappaB activity?

16   A.    It prevents the induction from outside, but it has

17   nothing to do with what goes on inside the cell.

18   Q.    If I'm standing in the sun, then my NF-kappaB activity is

19   being increased in at least some cells; isn't that correct?

20   A.    Yes.

21   Q.    I put an umbrella then over my head, the sunlight is

22   going to be reduced -- excuse me, the NF-kappaB activity is

23   going to be reduced in those cells?

24   A.    I believe the methods in the patent addressed the

25   intracellular activation of NF-kappaB.  They don't deal with

Ariad v. Eli Lilly                                    Day 3, Session 2
                              4-12-06

                                                            Page 81

1    outside inducers like the sun or other molecules that impinge

2    on the cell, the stressors and so on.

3    Q.   Is there anything in the claims of the patent in suit

4    that you're aware of that deals, that specifically calls for

5    intracellular mechanisms as opposed to extracellular or

6    out-of-the-body mechanisms?

7            MS. BEN-AMI:  Your Honor, this witness is not on

8    claim construction.  You've interpreted the claims.

9            THE COURT:  I don't think he's asking about that.

10           MS. BEN-AMI:  He said is there anything in the claim.

11           THE COURT:  Well, he may -- he's asking as a factual

12   matter, I think, aren't you?

13           MR. DRUTCHAS:  Yes, I am.

14           MS. BEN-AMI:  The claim is a legal matter, and you've

15   construed it already.

16           THE COURT:  I will allow the question.

17   BY MR. DRUTCHAS:

18   Q.   I'll put up two of the asserted claims in the patent in

19   suit.  For example, Dr. Manlaitis, is there anything in those

20   claims, any reference to solely intracellular mechanisms?

21   A.   Yes, it says, said cytokines in the cells as to reduce

22   bacterial -- I'm just reading from there -- so as to reduce

23   bacterial lipopolysaccharide-induced expression of said

24   cytokines in the cells.  That's intracellular.

25   Q.   But again, going back to the example that you gave,

# EXHIBIT K

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIAD PHARMACEUTICALS, INC., <br> MASSACHUSETTS INSTITUTE OF <br> TECHNOLOGY, THE WHITEHEAD <br> INSTITUTE FOR BIOMEDICAL RESEARCH, <br> and THE PRESIDENT AND FELLOWS OF <br> HARVARD COLLEGE <br><br>     Plaintiffs, <br><br>     v. <br><br> ELI LILLY AND CO., <br><br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 02 CV 11280 RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## EXPERT REPORT OF JEFFREY V. RAVETCH, M.D., Ph.D.

I.            BACKGROUND

1.            I am currently the Theresa and Eugene Lang Professor at The Rockefeller University and Head of the Laboratory of Molecular Genetics and Immunology. Prior to this position, which I assumed in 1996, I was a Member of the Memorial Sloan-Kettering Cancer Center and Professor at the Cornell University Medical College.

2.            I completed my undergraduate education at Yale University, earning a Bachelor of Science degree in Molecular Biophysics and Biochemistry in 1973. I pursued an MD-PhD degree at the Rockefeller University and Cornell Medical College from 1973-1979, earning a PhD in bacterial genetics in 1978 and an MD in 1979. My postdoctoral training was at the National Institutes of Health in Bethesda, Maryland in the laboratory of Dr. Philip Leder from 1979-1982. After completing my postdoctoral studies I accepted a position at Memorial Sloan-Kettering Cancer Center, where I remained until 1996.

3.            I have directed a research laboratory in molecular genetics and immunology since 1982. I have identified genes regulated by cytokines, characterized the transcriptional regulation of these genes, defined promoter elements, regulatory sequences and the transcription factors that interact with these elements. I am the author of over 125 original articles and over 30 book chapters, review articles and invited commentaries in the field of molecular immunology. I am a member of several scientific societies, including the American Association of Immunologists, and I serve on the editorial boards on both the Journal of Experimental Medicine and International Immunology. I am also a member of several scientific

L-A0011875

11.        I have been informed that in determining whether or not every one of the elements of the claimed invention is found in the prior publication or prior public use, one must take into account what a person of ordinary skill in the art at the time of the invention would have understood from his or her examination of the particular prior use or publication. In my opinion, someone working on gene regulation in the late 1980s and early 1990s would have held an advanced doctorate level degree in medicine, biology, chemistry or a related field and would have had three or more years of post-doctoral training. To anticipate a claim, the prior publication or prior art must be enabling, that is, it would have taught one of ordinary skill to practice and use the claimed invention without undue experimentation. In addition, I have been informed that a party claiming inherency must demonstrate inherency by clear and convincing evidence. To show that an element of the claimed method is present inherently, one must show that the prior publication or prior public use would have described and taught a particular method which necessarily carries out each element of the claimed invention, including those alleged to be inherent in the prior publication or prior public use

12.        I have been informed that the following claims of the '516 patent have been asserted in this litigation: claims 69, 71, 72, 80, 84, 85, 14, 144, 145 and 146. To illustrate my analysis, I refer to a number of representative claims, claim 144 and claims 93 and 94. For this analysis, I have relied on the Court's definition of terms in the claims provided in the Court's March 3, 2004 Order, and my understanding of what one of skill in the art at the time of the '516 patent invention would have understood by examining the prior publications or prior public uses cited in the expert report of Drs. Manolagas and Egido. To address these contentions about references they have relied upon in their reports as evidence of anticipation, I may provide an explanation to the jury of the scientific background underlying experimental data reported in these references.

13.        It is my understanding that claim 93 is a dependent claim, which refers to and incorporates every element of claim 9. Therefore claim 93 would include the following elements appearing in claims 9 and 93:

> A method for reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB mediated intracellular signaling, the method comprising reducing NF-κB activity in the cells such that expression of said genes is reduced, wherein reducing NF-κB activity comprises reducing binding of NF-κB to NF-κB recognition sites on genes which are transcriptionally regulated by NF-κB.

14.        Similarly, claim 94 is a dependent claim, which refers to and incorporates every element of claim 9. Claim 94 would include the following elements appearing in claims 9 and 94:

> A method for reducing, in eukaryotic cells, the level of expression of genes which are activated by extracellular influences which induce NF-κB mediated intracellular signaling, the method comprising reducing NF-κB activity in the cells such that

4

L-A0011878

# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CIVIL ACTION NO. 06-259-(MPT)

**ORIGINAL**

AMGEN, INC., a Delaware corporation; )
IMMUNEX CORPORATION, a Washington    )
corporation; AMGEN USA INC., a       )
Delaware corporation; AMGEN          )
MANUFACTURING, LIMITED, a Bermuda    )
corporation; and IMMUNEX RHODE       )
ISLAND CORPORATION, a Delaware       )
corporation,                         )
                                     )
            Plaintiffs,              )
                                     )
      vs.                            )
                                     )
ARIAD PHARMACEUTICALS, INC.,         )
a Delaware corporation,              )
                                     )
            Defendants.              )
_____)

DEPOSITION OF

DAVID BALTIMORE

TAKEN ON WEDNESDAY, SEPTEMBER 26, 2007

Reported by:

Daryl Baucum, RPR, CRR, CBC, CSR No. 10356

**M E R R I L L   L E G A L   S O L U T I O N S**

20750 Ventura Blvd, Suite 205
Woodland Hills, CA 91364

818.593.2300 Tel

www.merrillcorp.com/law

Page 64

| | | |
|---|---|---|
| 09:36:01 | 1 | reference to reducing NF -- actually, it says kKB -- |
| 09:36:08 | 2 | A.    Yes. |
| 09:36:08 | 3 | Q.    -- activity. |
| 09:36:08 | 4 | But your understanding of that is that is NF-kB |
| 09:36:10 | 5 | activity? |
| 09:36:11 | 6 | A.    Yes. |
| 09:36:12 | 7 | Q.    What in 1991 -- so that's the time frame that I |
| 09:36:19 | 8 | am asking you to turn your mind back to that time |
| 09:36:22 | 9 | period -- did you understand NF-kB to be?  So in 1991. |
| 09:36:30 | 10 | A.    Right.  We had not then cloned the genes for |
| 09:36:34 | 11 | NF-kB.  So our knowledge of it was entirely operational. |
| 09:36:40 | 12 | It was the molecule which bound to DNA and |
| 09:36:44 | 13 | showed up in a gel shift assay or which when expressed |
| 09:36:49 | 14 | in cells led to increases in reporter -- in reporter |
| 09:36:57 | 15 | assays. |
| 09:37:02 | 16 | Q.    Anything else? |
| 09:37:10 | 17 | A.    I can't remember whether we had a rough size |
| 09:37:13 | 18 | for it at that point.  I would guess we did.  So there |
| 09:37:20 | 19 | might have been -- might have been able to use a size |
| 09:37:23 | 20 | criterion, but no, it was pretty virtual. |
| 09:37:33 | 21 | Q.    So it was a -- these functional characteristics |
| 09:37:36 | 22 | defined something as NF-kB? |
| 09:37:38 | 23 | A.    That's correct. |
| 09:37:39 | 24 | Q.    Okay.  Did you know it was a protein? |
| 09:37:42 | 25 | A.    We knew it was a protein. |

Page 65

09:37:46  1      Q.   Now, when you said it bound to DNA, you also

09:37:49  2   knew that it bound to a particular sequence of DNA,

09:37:52  3   correct?

09:37:53  4      A.   We knew it bound to a variety of related

09:37:55  5   sequences.

09:37:58  6      Q.   Okay.  So it was defined not merely by binding

09:38:01  7   to DNA but by binding to these particular sequence of

09:38:05  8   DNA.

09:38:06  9      A.   Yes, I am sorry.  You are quite correct.

09:38:08 10      Q.   Now, how did you in 1991 determine whether you

09:38:12 11   had NF-kB?

09:38:15 12           What tests did you use?

09:38:17 13      A.   Well, originally --

09:38:18 14           MR. GINDLER:  Hang on.  Objection; form.

09:38:20 15           THE WITNESS:  Our original test was the gel

09:38:24 16   shift assay, and later when we knew what the sequence --

09:38:32 17   that it was -- that it bound to and we could put that

09:38:36 18   sequence into reporter constructs, we could show

09:38:40 19   increases in activity by the expression of NF-kB in

09:38:44 20   reporter assays.

09:38:57 21   BY MR. PALS:

09:38:58 22      Q.   The gel shift assay is the electrophoretic

09:38:59 23   mobility shift assay that is discussed in the patent?

09:39:05 24      A.   That's quite correct.

09:39:06 25      Q.   And that we can agree to call EMSA?  We can use

# EXHIBIT M

# REDACTED

# EXHIBIT N

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CIVIL ACTION No. 06-259-(MPT)

*********************************

AMGEN, INC., a Delaware

Corporation; IMMUNEX CORPORATION,

a Washington corporation; AMGEN

USA INC., a Delaware corporation;

AMGEN MANUFACTURING, LIMITED, a

Bermuda corporation, and IMMUNEX

RHODE ISLAND CORPORATION, a

Delaware corporation,

         Plaintiffs,

    v.

ARIAD PHARMACEUTICALS, INC., a

Delaware Corporation,

         Defendant.

*********************************


VIDEOTAPED DEPOSITION OF PHILLIP A. SHARP, PhD

    Wednesday, May 16, 2007

      8:59 o'clock a.m.

1          MR. GINDLER:  Objection to the form of

2     the question.

3          A.    Can you --

4               BY MR. PALS:

5          Q.    Let me try it again, Dr. Sharp.

6               There isn't amino acid sequence

7     information for NF kappa B in the '516 patent,

8     correct?

9          A.    I'm not aware there is amino acid

10    sequence for NF kappa B in the '516 patent.

11         Q.    Okay.  Did you have amino acid

12    sequence information for NF kappa B that you

13    chose not to put in the application, or did you

14    just not have it as of the filing date?

15         A.    Specifically to my lab we did not have

16    it.

17         Q.    Okay.  Do you know if anybody else,

18    any of the other named inventors had it?

19         A.    I have no specific recollection that

20    anyone had sequence for NF kappa B specifically

21    at the time.  I can't -- I don't know what other

22    people have.

23         Q.    When you say "sequence," I raised the

24    question initially with amino acid sequence.

Page 153

1   Does your answer apply to DNA sequence as well,

2   in that you're not aware that anyone had the DNA

3   sequence for NF kappa B as of the filing date

4   for the '516?

5        A.    I'm not aware that anyone had sequence

6   related to NF kappa B activity at the time of

7   filing this patent.

8        Q.    Given the nature of your

9   collaborations with the other people named as

10  inventors on the '516 patent, do you believe

11  that if they had sequence information for NF

12  kappa B you would have been aware of it?

13           MR. GINDLER:  Objection, calls for

14  speculation, lacks foundation.

15       A.    I have a close working relationship

16  with the people who were involved in the

17  inventorship of this patent, but it was a large

18  group in two buildings, and I can't be sure what

19  people have in their notebooks.

20           BY MR. PALS:

21       Q.    You had weekly group meetings that

22  included Dr. Baltimore's laboratory, correct?

23       A.    We did.

24       Q.    Wouldn't you expect that if someone

# EXHIBIT O

# REDACTED

# EXHIBIT P

ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ARIAD PHARMACEUTICALS, INC., )
MASSACHUSETTS INSTITUTE OF )
TECHNOLOGY, THE WHITEHEAD )
INSTITUTE FOR BIOMEDICAL ) Civil Action No. 02 CV 11280 RWZ
RESEARCH, and THE PRESIDENT AND )
FELLOWS OF HARVARD COLLEGE )
 ) U.S. District Judge
 Plaintiffs, ) Rya W. Zobel
 )
 v. )
 )
ELI LILLY AND COMPANY, )
 )
 Defendant. )

## DEFENDANT ELI LILLY AND COMPANY'S
## OPENING CLAIM CONSTRUCTION BRIEF

Larry Robins
**Finnegan Henderson Farrabow Garrett &**
**Dunner LLP**
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1660
Facsimile: (617) 452-1666

**Of Counsel**
Paul R. Cantrell    Paul H. Berghoff
Gilbert T. Voy     Grantland G. Drutchas
Alexander Wilson    David M. Frischkorn
**Eli Lilly and Company**  **McDonnell Boehnen Hulbert & Berghoff**
Lilly Corporate Center   300 South Wacker Drive, Suite 3200
Indianapolis, IN  46285  Chicago, Illinois 60606
Telephone: (317) 276-3885 Telephone: (312) 913-0001
Facsimile: (317) 276-1294 Facsimile: (312) 913-0002

**Attorneys for Defendant Eli Lilly and**
**Company**

**A.**    *"reducing NF-κB activity in the cells"* – all claims

The ordinary meaning, supported by the specification and the file history, for this limitation is: "reducing the ability of NF-κB to function as a regulator of gene expression in such a manner that it differs from the naturally-occurring activity under the same conditions." The patent and the prosecution history give this phrase only a functional definition – whether the compounds reduce NF-κB activity as shown in the disclosed assays.

This ordinary meaning is clearly supported by the specification:

> The present invention relates to a method of regulating or influencing transduction, by NF-κB, of extracellular signals into specific patterns of gene expression and, thus, of regulating NF-κB- mediated gene expression in the cells and systems in which it occurs."

'516 patent, col. 3, lines 59 – col. 4, line 4.

> As used, the terms altering and modifying mean changing the activity or function of NF-κB in such a manner that it differs from the naturally-occurring activity of NF-κB under the same conditions (e.g., is greater than or less than, including no activity, the naturally- occurring NF-κB activity; is of different specificity in terms of binding, etc.).

'516 patent, col. 12, lines 50-56. *See also* Gilmore Decl., ¶ 11 ("Binding of the NF-κB protein to NF-κB binding sites on DNA acts as a molecular switch to turn on (or occasionally off) the expression of genes that have such binding sites. Thus, NF-κB regulates the expression of specific genes.") (Exhibit H).

The claims of the '516 patent also confirm that NF-κB need not be affected directly to reduce NF-κB activity. *See, e.g.*, claim 91 ("The method of claim 9, wherein NF-κB activity is reduced by inhibiting degradation of an IκB protein."). *See also* claim 89 ("The method of claim 9 wherein NF-κB activity is reduced by inhibiting the passage of NF-κB into the nucleus of cells."); claim 90 ("The method of claim 9, wherein NF-κB activity is reduced by inhibiting modification of an IκB protein, which modification otherwise reduces IκB binding to NF-κB.");

14