IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>        Plaintiffs,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>        Defendants. | C.A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>        Counterclaim-Plaintiffs,<br><br>v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>        Counterclaim-Defendants. | **REDACTED**<br>**PUBLIC VERSION** |

## SECOND SUPPLEMENTAL DECLARATION OF DAVID GREENWALD

*Of Counsel:*

Evan R. Chesler
Keith R. Hummel
David R. Marriott
David Greenwald
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Dated: June 6, 2008

ASHBY & GEDDES
Steven J. Balick (I.D. #2403)
John G. Day (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, The President and Fellows of Harvard College and The Whitehead Institute for Biomedical Research*

I, David Greenwald, declare as follows:

I am a member of Cravath, Swaine & Moore LLP, counsel for ARIAD Pharmaceuticals, Inc., Massachusetts Institute of Technology, the President and Fellows of Harvard College and the Whitehead Institute for Biomedical Research (collectively "ARIAD") in connection with this action. I make this declaration in support of ARIAD's June 6, 2008 reply memoranda in support of ARIAD's motions (i) for partial dismissal for lack of subject matter jurisdiction; (ii) for partial summary judgment on inequitable conduct; and (iii) for an order precluding the testimony of Mr. Gerald J. Mossinghoff and Aaron Ciechanover, M.D.

1. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition testimony of Vasant Gandhi, J.D., Ph.D., dated February 8, 2008.

2. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition testimony of Joel Pomerantz, Ph.D., dated May 12, 2008.

3. Attached hereto as Exhibit 3 is a true and correct copy of an email string consisting of two emails dated February 14, 2008 and March 18, 2008, respectively.

4. Attached hereto as Exhibit 4 is a true and correct copy of a draft covenant not to sue, which counsel for Amgen sent to counsel for ARIAD on February 14, 2008.

5. Attached hereto as Exhibit 5 is a true and correct copy of a draft stipulation, which counsel for ARIAD sent to counsel for Amgen on March 18, 2008.

6. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition testimony of Randolph Wall, Ph.D., dated March 27, 2008.

7. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition testimony of Gerald J. Mossinghoff dated April 4, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2008

_____
David Greenwald

# EXHIBIT 1

Case 1:06-cv-00259-MPT    Document 695    Filed 06/11/2008    Page 4 of 18

# EXHIBIT REDACTED

# EXHIBIT 2

# EXHIBIT REDACTED

# EXHIBIT 3



David
Greenwald/NYC/Cravath
03/18/2008 12:03 PM

To  Marc Sernel <msernel@kirkland.com>
cc  Radu Lelutiu/NYC/Cravath
Subject  Re: Draft covenant

Marc,

We have now had an opportunity to review your draft covenant, and attach our revision. I think the differences between the proposals are fairly self-explanatory, but obviously we will be happy to discuss our revisions with you once you have had a chance to review them.

We believe this correspondence and the proposals are subject to Rule of Evidence 408.

Thanks.

David Greenwald
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475
Phone: (212) 474-1922
Fax:  (212) 474-3700
Marc Sernel <msernel@kirkland.com>



Marc Sernel
<msernel@kirkland.com>
02/14/2008 07:30 PM

To  rlelutiu@cravath.com, dgreenwald@cravath.com
cc
Subject  Draft covenant

Gentlemen,

In light of your decision to pursue infringement allegations only with respect to 7 claims of the '516 patent, and to drop all allegations of infringement with respect to Amgen's Kineret product, we would hope that we can reach agreement on an appropriate covenant not to sue to allow us to similarly streamline our declaratory judgment claims (and thus the remainder of expert discovery, trial, etc.). To this end, we would propose the attached covenant not to sue. Please let me know if you have any questions or proposed revisions.

Thanks -- Marc


Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph
Chicago, IL 60601
(312) 861-2389
msernel@kirkland.com

****************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
****************************************************************


Amgen ARIAD covenant 021508.doc


 - NYLit_2464774_1.DOC

# EXHIBIT 4

# EXHIBIT REDACTED

# EXHIBIT 5

# EXHIBIT REDACTED

# EXHIBIT 6

# EXHIBIT REDACTED

# EXHIBIT 7

# EXHIBIT REDACTED