IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation, *et. al.*,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No.06-259 (MPT)<br><br>Public Version<br>Confidential Material Ommited |

**DECLARATION OF MELANIE K. SHARP IN SUPPORT OF THE AMGEN ENTITIES' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 6,410,516 FOR LACK OF ADEQUATE WRITTEN DESCRIPTION UNDER 35 U.S.C. § 112**

I, Melanie K. Sharp, hereby declare as follows:

1. I am a partner at the law firm of Young Conaway Stargatt & Taylor LLP in Wilmington, Delaware, counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in connection with The Amgen Entities' Reply Brief in Support of Their Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,410,516 for Lack of Adequate Written Description Under 35 U.S.C. § 112. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of selected pages from the May 3, 2007 deposition of Ranjan Sen.

3. Attached hereto as Exhibit 2 is a true and correct copy of selected pages from the March 17, 2008 deposition of David M. Livingston.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 6th day of June, 2008.

/s/ Melanie K. Sharp
Melanie K. Sharp, Esq.

# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT            CERTIFIED
                                                         COPY
 2              FOR THE DISTRICT OF DELAWARE

 3              CIVIL ACTION NO. 06-259-(MPT)

 4

 5     - - - - - - - - - - - - - - - - - - - - -*
       AMGEN, INC., a Delaware corporation;       *
 6     IMMUNEX CORPORATION, a Washington          *
       corporation; AMGEN USA INC., a             *
 7     Delaware corporation; AMGEN MANUFACTURING, *
       LIMITED, a Bermuda corporation, and        *
 8     IMMUNEX RHODE ISLAND CORPORATION,          *
       a Delaware corporation,                    *
 9                                                *
                         Plaintiffs,              *
10              vs.                               *
                                                  *
11     ARIAD PHARMACEUTICALS, INC.,               *
       a Delaware corporation,                    *
12                                                *
                         Defendant.               *
13     - - - - - - - - - - - - - - - - - - - - -*

14

15          Videotaped Deposition of RANJAN SEN, PH.D.

16                     Baltimore, Maryland

17                     Thursday, May 3, 2007

18                         8:08 a.m.

19

20

21

22

23     Pages 1 - 227

24     Reported by:  Karen Young

25     Videographer:  Brian Mackey
```

1

**MERRILL LEGAL SOLUTIONS**

20750 Ventura Blvd, Suite 205
Woodland Hills, CA 91364

818.593.2300

www.merrillcorp.com/law

| | | |
|---|---|---|
| 13:38:20 | 1 | or cannot design -- I can't answer -- answer the |
| 13:38:27 | 2 | question any more specifically than that, that it |
| 13:38:31 | 3 | points to where you could try to inhibit the NF-kappa |
| 13:38:34 | 4 | B pathway. |
| 13:38:35 | 5 | Q.   Now, is the NF-kappa B pathway entirely an |
| 13:38:40 | 6 | intracellular pathway? |
| 13:38:44 | 7 | A.   No. |
| 13:38:45 | 8 | Q.   What parts of the NF-kappa B pathway are |
| 13:38:49 | 9 | outside of a cell? |
| 13:38:56 | 10 | A.   Well, I consider the receptors to be -- |
| 13:39:05 | 11 | their important domains to be outside the cell.  I |
| 13:39:08 | 12 | consider the cytokines that bind to those receptors, |
| 13:39:11 | 13 | for example, and it doesn't have to be only cytokines. |
| 13:39:14 | 14 | Other receptors that activate NF-kappa B, the binding |
| 13:39:17 | 15 | domains are all extracellular, outside the cell, and |
| 13:39:21 | 16 | the ligands they bind are also outside the cell, so |
| 13:39:28 | 17 | those are the initiating parts of the cascade, and |
| 13:39:33 | 18 | they are outside the cell, so I think it would be |
| 13:39:37 | 19 | inaccurate to portray the pathway as being completely |
| 13:39:42 | 20 | intracellular. |
| 13:39:43 | 21 | Q.   Now, you understand that exposure to |
| 13:39:46 | 22 | sunlight can induce NF-kappa B activity in a human, |
| 13:39:50 | 23 | correct? |
| 13:39:56 | 24 | A.   That doesn't have a simple yes or no answer. |
| 13:40:01 | 25 | There is evidence for UV light under certain |

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com

| | | |
|---|---|---|
| 13:40:04 | 1 | circumstances inducing NF-kappa B, but that's not |
| 13:40:09 | 2 | necessarily -- I think there's a lot that needs to be |
| 13:40:13 | 3 | worked out in that particular pathway. |
| 13:40:15 | 4 | Q.    Okay.  Would you agree that there is |
| 13:40:17 | 5 | evidence that suggests that UV light induces NF-kappa |
| 13:40:20 | 6 | B activity in humans? |
| 13:40:22 | 7 | MR. GINDLER:  Objection, calls for expert |
| 13:40:24 | 8 | testimony, lacks foundation. |
| 13:40:30 | 9 | A.    I would go as far as saying there are papers |
| 13:40:33 | 10 | that exist that say that if you shine light on certain |
| 13:40:37 | 11 | such cell -- not light, but UV, and do a readout, |
| 13:40:43 | 12 | whether it's in an M cell or on a transcription, that |
| 13:40:47 | 13 | you can see NF-kappa B activity.  I think the |
| 13:40:49 | 14 | connections are not clearly worked out. |
| 13:40:53 | 15 | Q.    Okay.  So for those papers reporting those |
| 13:40:56 | 16 | experiments, would you consider the UV light source to |
| 13:41:00 | 17 | be part of the NF-kappa B pathway? |
| 13:41:04 | 18 | MR. GINDLER:  Objection, misstates his |
| 13:41:08 | 19 | testimony. |
| 13:41:08 | 20 | A.    For those cells, under those conditions, I |
| 13:41:11 | 21 | would consider UV like any other stimulus, to be the |
| 13:41:15 | 22 | stimulus that activates the NF-kappa B pathway. |
| 13:41:19 | 23 | Q.    And so my question is is it fair to say that |
| 13:41:21 | 24 | the stimulus that might initiate some cascade of |
| 13:41:26 | 25 | events that leads to induction of NF-kappa B activity, |

# EXHIBIT 2

**REDACTED**

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on June 6, 2008, I caused to be electronically filed a true and correct copy of Declaration of Melanie K. Sharp in Support of The Amgen Entities' Reply Brief In Support Of Their Motion For Summary Judgment Of Invalidity Of U.S. Patent No. 6,410,516 For Lack Of Adequate Written Description Under 35 U.S.C. § 112 with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

I further certify that on June 6, 2008, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY E-MAIL (by agreement of counsel):**

David Greenwald
David R. Marriot
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

/s/ Melanie K. Sharp
Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com