IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs/Counterclaim Defendants, | ) Civil Action No.06-259 (MPT) |
| v. | ) **Public Version** |
| ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation, | ) **Confidential Material Ommited** ) ) ) ) |
| Defendants/Counterclaim Plaintiffs. | ) ) |

**DECLARATION OF MELANIE K. SHARP IN SUPPORT OF THE AMGEN ENTITIES' REPLY BRIEF IN SUPPORT OF ITS *DAUBERT* MOTION TO PRECLUDE CERTAIN INADMISSIBLE OPINIONS OF DR. KATHRYN CALAME RELATING TO EXPERIMENTS PERFORMED BY DR. JOEL POMERANTZ**

I, Melanie K. Sharp, hereby declare as follows:

1.    I am a partner at the law firm of Young, Conaway, Stargatt & Taylor LLP in Wilmington, Delaware, counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in connection with The Amgen Entities' Reply Brief in Support of Its Daubert Motion to Preclude Certain Inadmissible Opinions of Dr. Kathryn Calame Relating to Experiments Performed by Dr. Joel Pomerantz. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of selected pages from the March 26, 2008 deposition of Kathryn Calame.

3.    Attached hereto as Exhibit B is a true and correct copy of selected pages from the May 12, 2008 videotaped deposition of Joel Pomerantz, Ph.D.

4.    Attached hereto as Exhibit C is a true and correct copy of a June 21, 2007 letter from Betsy Rosenblatt to Jamie McDole.

5.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.  Executed this 6th day of June, 2008.

<u>      /s/ Melanie K. Sharp                </u>
Melanie K. Sharp, Esq.

# EXHIBIT A

# REDACTED

# EXHIBIT B

CERTIFIED
COPY

1           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
2

3    - - - - - - - - - - - - - - - +
                                   |
4    AMGEN, INC, a Delaware        |
     Corporation, et al.,          |
5                                  |
             Plaintiffs,           |
6                                  |
                                   | Civil Action No.
7        vs.                       | 06-259-(MPT)
                                   |
8    ARIAD PHARMACEUTICALS, INC.,  |
     a Delaware Corporation,       |
9                                  |
             Defendant.            |
10   - - - - - - - - - - - - - - - +
                                   |
11   AND RELATED COUNTERCLAIM      |
12   - - - - - - - - - - - - - - - +

13

14       Videotaped Deposition of JOEL POMERANTZ, Ph.D.

15                 Baltimore, Maryland

16                   May 12, 2008

17                    2:30 p.m.

18

19

20

21

22

23   Pages 1 - 136

24   Reported by:  Michele E. Eddy

25

02:43:38    1    on that, not to answer.  I think it goes beyond

02:43:40    2    relevant background.

02:43:44    3    BY MR. SERNEL:

02:43:45    4        Q    Are you going to follow your counsel's

02:43:47    5    instruction?

02:43:48    6        A    Yes.

02:43:52    7        Q    Do you recall who contacted you to become a

02:43:56    8    consultant for Ariad?

02:43:58    9        A    Yes.

02:43:59    10       Q    Who was that?

02:44:03    11       A    It was Amir Naini.

02:44:09    12       Q    Do you know how Mr. Naini came to contact

02:44:12    13   you to become a consultant in this case?

02:44:18    14       A    No.

02:44:19    15       Q    Do you know if anyone recommended you to be

02:44:21    16   Ariad's consultant in this case?

02:44:23    17       A    I don't know.

02:44:24    18       Q    Do you have any ideas or hypotheses?

02:44:28    19       A    No.

02:44:29    20       Q    And when Mr. Naini contacted you, what did

02:44:34    21   he -- what did he tell you?

02:44:36    22            MR. GREENWALD:  Okay.  Instruct not to

02:44:37    23   answer.  This goes to back and forth between counsel

02:44:39    24   and a consulting expert.  I don't view that as

02:44:46    25   relevant.

13

02:44:47  1    BY MR. SERNEL:

02:44:47  2        Q    Other than Mr. Naini, have you communicated

02:44:49  3    with any other lawyers that are working on behalf of

02:44:52  4    Ariad?

02:44:53  5        A    Dr. -- Mr. Greenwald.

02:44:55  6        Q    Anyone else?

02:44:59  7        A    Yes, I believe there are other attorneys at

02:45:03  8    Mr. Greenwald's firm.

02:45:06  9        Q    Do you recall any of their names?

02:45:08  10       A    No.

02:45:10  11       Q    Do you recall whether you had any

02:45:12  12   conversations with any other lawyers at Mr. Naini's

02:45:15  13   law firm?

02:45:17  14       A    No, I did not.

02:45:19  15       Q    Are you being compensated for the time

02:45:28  16   you've spent working as a consultant for Ariad?

02:45:33  17       A    Yes.

02:45:33  18       Q    And are you compensated at a particular rate

02:45:39  19   per hour?

02:45:40  20       MR. GREENWALD:  Here, too, I feel this goes

02:45:42  21   beyond relevant background.  I'm going to instruct not

02:45:44  22   to answer.  Details related to his compensation,

02:45:47  23   perfectly appropriate for testifying expert.  I don't

02:45:49  24   feel it's within the scope of the deposition here.

02:45:53  25       MR. SERNEL:  Even for purposes of bias to

                                                              14

02:46:44   1        Q    How much have you been paid total for your

02:46:46   2   work as a consultant for Ariad?

02:46:48   3             MR. GREENWALD:  Same instruction.

02:46:52   4        Q    Have you ever communicated with anyone at

02:46:54   5   Ariad specifically for -- in conjunction with your

02:46:58   6   work on this matter?

02:46:59   7             MR. GREENWALD:  Okay.  Same instruction.

02:47:02   8   It's not --

02:47:03   9        Q    Have you ever communicated with anyone at

02:47:05  10   Ariad for anything outside of your work on this

02:47:07  11   matter?

02:47:08  12        A    Yes.

02:47:10  13        Q    With whom?

02:47:12  14        A    I don't remember the individual's name.  It

02:47:14  15   was many -- several years ago.

02:47:18  16        Q    Do you recall the general substance of your

02:47:19  17   communication with somebody at Ariad several years

02:47:21  18   ago?

02:47:22  19        A    Yes, I was -- I was doing some work as a

02:47:25  20   graduate student, and there was some -- there was

02:47:32  21   intellectual property that Ariad licensed.  It was

02:47:36  22   regarding a patent.

02:47:45  23        Q    Do you recall what the nature of your work

02:47:48  24   was in that context?

02:47:52  25        A    Yes, it was a technology to develop chimeric

16

| | | |
|---|---|---|
| 02:51:14 | 1 | Q    Is it your typical practice to keep a |
| 02:51:15 | 2 | laboratory notebook for the experiments you do in your |
| 02:51:22 | 3 | lab as a scientist? |
| 02:51:24 | 4 | A    Yes. |
| 02:51:25 | 5 | Q    And did you follow those protocols or |
| 02:51:28 | 6 | procedures in maintaining this notebook that we've |
| 02:51:32 | 7 | marked as Pomerantz Exhibit 1? |
| 02:51:36 | 8 | A    Yes. |
| 02:51:40 | 9 | Q    Now, who designed the experiments that you |
| 02:51:45 | 10 | ran that are reflected in Pomerantz Exhibit 1? |
| 02:51:49 | 11 | MR. GREENWALD:  Objection.  Just let me |
| 02:51:52 | 12 | think.  Instruct not to answer.  I feel it invades |
| 02:52:01 | 13 | work product protection and is outside the scope of |
| 02:52:04 | 14 | our deposition. |
| 02:52:06 | 15 | BY MR. SERNEL: |
| 02:52:07 | 16 | Q    Are you going to follow your counsel's |
| 02:52:09 | 17 | instruction? |
| 02:52:09 | 18 | A    Yes. |
| 02:52:10 | 19 | Q    And so when Mr. Greenwald is instructing, so |
| 02:52:12 | 20 | I don't have to ask it every time, are you going to |
| 02:52:16 | 21 | follow his instruction not to answer each and every |
| 02:52:18 | 22 | time that he interposes such an objection? |
| 02:52:25 | 23 | A    I don't know.  I think so. |
| 02:52:27 | 24 | Q    Okay, well, I may have to ask you each and |
| 02:52:29 | 25 | every time whether you're going to follow your |

19

| | | |
|---|---|---|
| 02:52:31 | 1 | counsel's instruction. |
| 02:52:32 | 2 | Okay, I see that the first page of Pomerantz |
| 02:52:35 | 3 | Exhibit 1 is -- appears to be an order form or a |
| 02:52:41 | 4 | shipping form for a couple of cell lines that you |
| 02:52:45 | 5 | apparently ordered.  Is that correct? |
| 02:52:47 | 6 | A    Yes. |
| 02:52:49 | 7 | Q    And I see you ordered here a cell line, a |
| 02:52:55 | 8 | THP-1 cell line and then a Ramos RA-1 cell line; is |
| 02:53:02 | 9 | that correct? |
| 02:53:03 | 10 | A    Yes. |
| 02:53:04 | 11 | Q    Whose decision was it to order these two |
| 02:53:08 | 12 | particular cell lines in May of 2007? |
| 02:53:16 | 13 | MR. GREENWALD:  I'll allow it. |
| 02:53:18 | 14 | A    It was Amir Naini.  In discussion with Amir |
| 02:53:22 | 15 | Naini to order these two. |
| 02:53:26 | 16 | Q    Okay, so the cell lines that were ordered in |
| 02:53:29 | 17 | May of 2007, that was a joint decision by you and Mr. |
| 02:53:31 | 18 | Naini? |
| 02:53:32 | 19 | A    Yes. |
| 02:53:32 | 20 | Q    Mr. Naini is one of Ariad's lawyers? |
| 02:53:35 | 21 | A    Yes. |
| 02:53:40 | 22 | Q    And do you recall how you and Mr. Naini came |
| 02:53:43 | 23 | to decide to order THP-1 and the Ramos cell lines as |
| 02:53:51 | 24 | opposed to other cell lines? |
| 02:53:52 | 25 | MR. GREENWALD:  Look, in answering this, |

20

02:53:53   1   which I will allow, I caution you not to disclose the

02:53:57   2   content of communications between yourself and counsel

02:53:59   3   for Ariad, if you can answer.

02:54:16   4        A    The reasons were established in discussion

02:54:21   5   with that attorney, so I don't know how to answer.

02:54:27   6        Q    What -- what were the reasons that you

02:54:30   7   ordered THP-1 and Ramos cell lines?

02:54:35   8        A    The THP-1 cell is a monocytic cell and it

02:54:41   9   was thought to be relevant to the disease of

02:54:43  10   rheumatoid arthritis, and would respond to cytokines,

02:54:53  11   including -- it was thought it would respond to

02:54:57  12   cytokines including TNF.alpha and Interleukin-1.

02:55:03  13        Q    And then what was the reason the Ramos cell

02:55:06  14   line was ordered?

02:55:09  15        A    That was another cell line that was a

02:55:11  16   possibility to do experiments with.

02:55:21  17        Q    The Ramos cell line is a B cell line?

02:55:23  18        A    I believe so, yes.

02:55:24  19        Q    And why did you decide to order a B cell

02:55:30  20   line to possibly run experiments with?

02:55:33  21        A    I think it was a backup cell line that might

02:55:38  22   be relevant to rheumatoid arthritis but perhaps not as

02:55:42  23   relevant as a monocytic cell line, and I think there

02:55:47  24   was some information that it would also respond to the

02:55:50  25   cytokines, TNF.alpha and Interleukin-1.

21

02:58:15   1      A     The THP-1 cells that I used in my

02:58:18   2   experiments did not behave as expected and I was not

02:58:21   3   able to even do experiments with them.

02:58:24   4      Q     Okay.  So when the THP-1 cells didn't behave

02:58:28   5   as you expected them, why didn't you turn to the Ramos

02:58:33   6   cells that you had ordered at the same time to try

02:58:35   7   those?

02:58:36   8      A     I -- because I, instead, turned to a cell

02:58:41   9   line which was more relevant to rheumatoid arthritis,

02:58:45   10  which was another monocytic cell line called U937.

02:58:53   11     Q     Had you had a prior experience with a U937

02:58:56   12  cell line?

02:58:56   13     A     No.  No.

02:59:05   14     Q     Did you research the U937 cell line during

02:59:08   15  your work in this matter?

02:59:09   16     A     No.

02:59:10   17     Q     So when you say that the U937 cell line is

02:59:14   18  more relevant to the issues in this matter, you're

02:59:18   19  repeating something that somebody else told you?

02:59:22   20         MR. GREENWALD:  Objection.  Instruct you not

02:59:23   21  to answer as it goes to -- beyond the scope.

02:59:27   22     Q     What's your basis for saying that the U937

02:59:30   23  cell line is more relevant to the issues in this

02:59:32   24  matter?

02:59:34   25     A     More relevant than what?

                                                              24

| | | |
|---|---|---|
| 02:59:37 | 1 | Q    I think I was repeating your words, and you |
| 02:59:39 | 2 | -- I was asking you why you didn't use the Ramos cell |
| 02:59:41 | 3 | line, and you told me you found a more relevant cell |
| 02:59:46 | 4 | line, and I'm trying to find out how did you conclude |
| 02:59:48 | 5 | that the U937 cell line was more relevant than the |
| 02:59:52 | 6 | Ramos cell line. |
| 02:59:53 | 7 | A    Because it was a monocytic cell line. |
| 02:59:58 | 8 | Q    And how did you decide that monocytic cell |
| 03:00:07 | 9 | lines were more than relevant than other types of cell |
| 03:00:08 | 10 | lines? |
| 03:00:10 | 11 | MR. GREENWALD:  You can answer. |
| 03:00:11 | 12 | A    I was told that monocytic cell line would be |
| 03:00:14 | 13 | more relevant to rheumatoid arthritis. |
| 03:00:17 | 14 | Q    Who told you that? |
| 03:00:18 | 15 | MR. GREENWALD:  Objection.  Instruct not to |
| 03:00:20 | 16 | answer.  Beyond the scope and could potentially invade |
| 03:00:23 | 17 | work product protections. |
| 03:00:24 | 18 | BY MR. SERNEL: |
| 03:00:25 | 19 | Q    Would you agree with me that B cells are |
| 03:00:35 | 20 | known to have NF.kappa.B in them? |
| 03:00:45 | 21 | MR. GREENWALD:  Objection.  Instruct not to |
| 03:00:47 | 22 | answer.  Beyond the scope.  This is a deposition about |
| 03:00:50 | 23 | the experiments he did, not questions about, you know, |
| 03:00:56 | 24 | that you would more appropriately pose to a testifying |
| 03:01:00 | 25 | expert. |

25

03:06:18  1    You're going far afield here.

03:06:23  2          MR. SERNEL:  I'm trying to figure out what

03:06:25  3    informed his design of these experiments and if he

03:06:27  4    read the patent beforehand or not.

03:06:29  5          MR. GREENWALD:  It doesn't have to do with

03:06:31  6    what he did, how he recorded the results, how he

03:06:33  7    performed the experiments.  It's going beyond that and

03:06:35  8    I'll instruct.

03:06:36  9    BY MR. SERNEL:

03:06:36  10       Q    Did you read the '516 patent before

03:06:41  11   designing the experiments that are reflected in

03:06:42  12   Pomerantz Exhibit 1?

03:06:43  13         MR. GREENWALD:  I instruct not to answer.

03:06:48  14       Q    Do you have any view one way or the other

03:06:50  15   whether a layperson would have been able to design and

03:06:55  16   implement the experiments that are in Pomerantz

03:06:57  17   Exhibit 1?

03:06:58  18         MR. GREENWALD:  I instruct not to answer.

03:07:00  19       Q    All of this work that's reflected in

03:07:17  20   Pomerantz Exhibit 1 was done especially for Ariad in

03:07:20  21   this litigation as opposed to for any other purpose,

03:07:23  22   correct?

03:07:26  23       A    Yes.

03:07:28  24       Q    You're not intending to publish the work

03:07:30  25   that is reflected in Pomerantz Exhibit 1 in any

                                                              30

03:15:53  1    in the ordinary course of your work?

03:15:54  2         A    I don't sign them.  I do date them usually.

03:15:58  3         Q    Okay.  In the ordinary course of your work,

03:16:00  4    is it typical practice to have someone witness the

03:16:06  5    experiments that you transcribe into your notebook?

03:16:11  6         A    No.

03:16:16  7         Q    In the course of running these experiments,

03:16:18  8    this experiment or any of the others in the notebook,

03:16:24  9    did you rely on any assistance from anyone else to do

03:16:26  10   any of the experimental work or data recording or

03:16:34  11   anything like that?

03:16:37  12        A    From time to time someone in my lab would

03:16:41  13   order reagents that I needed.

03:16:48  14        Q    And that person would order them at your

03:16:51  15   request?

03:16:51  16        A    Yes.

03:16:52  17        Q    Did you rely on that person's judgment at

03:16:53  18   all to determine what reagents to order, or was that

03:16:56  19   all of your judgment?

03:16:58  20        A    That was my judgment.

03:17:00  21        Q    Anything other than that where you relied on

03:17:02  22   anyone else to introduce reagents or do anything else

03:17:08  23   in the context of these experiments?

03:17:10  24        A    No.

03:17:20  25        Q    Let's turn to ARI-KC 27, please.  And this

                                                                      36

| | | |
|---|---|---|
| 03:46:50 | 1 | -- the basal activity, I think what you might be |
| 03:46:54 | 2 | asking, the basal activity that you see in the absence |
| 03:46:57 | 3 | of stimulation may or may not be due to NF.kappa.B. |
| 03:47:09 | 4 | Q    Let's go to the next bullet point.  The next |
| 03:47:12 | 5 | bullet point, I believe, reads, "Enbrel added two |
| 03:47:19 | 6 | hours after TNF.alpha has partial inhibitory effect |
| 03:47:26 | 7 | when reporter is assayed."  Is that correct? |
| 03:47:30 | 8 | A    It continues, "when reporter is assayed |
| 03:47:34 | 9 | three hours after Enbrel addition." |
| 03:47:37 | 10 | Q    So what you saw here is that, when Enbrel |
| 03:47:41 | 11 | was added after TNF.alpha stimulation, there was not a |
| 03:47:48 | 12 | complete block, but there was partial inhibition of |
| 03:47:51 | 13 | the NF.kappa.B activity? |
| 03:47:56 | 14 | A    It reduced the apparent level of NF.kappa.B |
| 03:48:01 | 15 | activity, yes. |
| 03:48:02 | 16 | Q    Would you agree with me that based on the |
| 03:48:03 | 17 | experiments set forth on this page, ARI-KC 42, that |
| 03:48:09 | 18 | Enbrel had a stronger effect in blocking induction of |
| 03:48:14 | 19 | NF.kappa.B activity when added before as opposed to |
| 03:48:18 | 20 | its inhibitory or blocking effect when added after |
| 03:48:23 | 21 | TNF.alpha? |
| 03:48:24 | 22 | MR. GREENWALD:  Okay, now, here I'm going to |
| 03:48:24 | 23 | instruct.  It goes to interpretation of results, not |
| 03:48:28 | 24 | what the results were.  And that's really expert |
| 03:48:30 | 25 | testimony. |

58

| | | |
|---|---|---|
| 04:02:47 | 1 | 5, 6, that in 3, 4, you add TNF and then you wash and |
| 04:02:52 | 2 | then harvest and then in 5 and 6 you add TNF, wash, |
| 04:02:56 | 3 | plus Enbrel, then harvest.  Is that correct? |
| 04:02:58 | 4 | A    Yes. |
| 04:03:01 | 5 | Q    Now, what's the purpose of washing the cells |
| 04:03:05 | 6 | in connection with adding Enbrel? |
| 04:03:08 | 7 | MR. GREENWALD:  Okay.  Just caution the |
| 04:03:10 | 8 | witness that he should answer to the extent it does |
| 04:03:12 | 9 | not require him to reveal the substance of |
| 04:03:15 | 10 | communications between himself and counsel for Ariad. |
| 04:03:19 | 11 | A    I wanted to see what would happen if I added |
| 04:03:23 | 12 | Enbrel after washing away the excess TNF, the free |
| 04:03:30 | 13 | TNF. |
| 04:03:32 | 14 | Q    Did you come to any conclusions through the |
| 04:03:33 | 15 | course of your work in Pomerantz Exhibit 1 as to the |
| 04:03:39 | 16 | necessity or helpfulness of washing the excess |
| 04:03:43 | 17 | TNF.alpha away? |
| 04:03:45 | 18 | MR. GREENWALD:  Objection. |
| 04:03:47 | 19 | A    I simply observed what happened. |
| 04:03:50 | 20 | Q    Now, prior to your work in this case, have |
| 04:03:51 | 21 | you ever done experiments using Enbrel previously? |
| 04:03:55 | 22 | A    No. |
| 04:03:59 | 23 | Q    How did you decide what concentration of |
| 04:04:00 | 24 | Enbrel to use in the experiments? |
| 04:04:07 | 25 | A    I think I judged that it would be similar to |

62

| | | |
|---|---|---|
| 04:04:11 | 1 | serum concentrations in patients taking Enbrel. |
| 04:04:15 | 2 | Q    And how did you calculate that? |
| 04:04:19 | 3 | A    I think I saw it in the package insert or |
| 04:04:23 | 4 | perhaps some information on the web. |
| 04:04:28 | 5 | Q    And is any of that, those calculations, |
| 04:04:29 | 6 | reflected in Pomerantz Exhibit 1? |
| 04:04:32 | 7 | A    No. |
| 04:04:42 | 8 | Q    Was the concentration of Enbrel that you |
| 04:04:44 | 9 | used something that you decided alone using your |
| 04:04:49 | 10 | judgment, or did you discuss that with others? |
| 04:04:54 | 11 | MR. GREENWALD:  Hold on. |
| 04:04:55 | 12 | Q    Yes or no. |
| 04:04:56 | 13 | MR. GREENWALD:  Wait a second.  Okay, yes or |
| 04:05:03 | 14 | no. |
| 04:05:03 | 15 | Q    Yes or no on whether you used your own |
| 04:05:06 | 16 | judgment alone. |
| 04:05:09 | 17 | A    I used my own judgment. |
| 04:05:12 | 18 | Q    Now, how did you decide what -- strike that. |
| 04:05:17 | 19 | The reporter gene that you transfected in |
| 04:05:20 | 20 | all of these cells had a NF.kappa.B recognition |
| 04:05:24 | 21 | sequence, correct? |
| 04:05:25 | 22 | A    It has two copies of it, yes. |
| 04:05:26 | 23 | Q    And how did you decide what NF.kappa.B |
| 04:05:29 | 24 | recognition sequence to use in your reporter gene? |
| 04:05:35 | 25 | A    It's the canonical NF.kappa.B binding site |

63

04:10:27  1      A    I haven't done statistics on them.  But they

04:10:30  2   look pretty similar to me.

04:10:32  3      Q    Right.  And if you look at -- there appears

04:10:35  4   to be error bars on those bars, correct?

04:10:37  5      A    Yes.

04:10:38  6      Q    And it appears that the error bars overlap

04:10:40  7   such that, at least eyeballing it, there is no

04:10:44  8   statistically significant difference between what's in

04:10:47  9   bar 2 and what's in bar 3, correct?

04:10:49  10     A    I haven't --

04:10:50  11          MR. GREENWALD:  Hold on.

04:10:51  12     A    -- done the statistics, but they look pretty

04:10:53  13   similar.

04:10:54  14     Q    But looking at -- looking at this notebook

04:10:56  15   at face value, do you see any statistically

04:11:00  16   significant difference between bar 2 and bar 3?

04:11:02  17          MR. GREENWALD:  Hold on, hold on, hold on.

04:11:04  18   I feel this is going beyond what the experiments he

04:11:07  19   did and bleeding into his interpretation of the

04:11:10  20   results as an expert in something, be it chemistry,

04:11:14  21   statistics, math statistics, whatever.  Because of

04:11:17  22   that I'm going to instruct him not to answer.

04:11:20  23          MR. SERNEL:  I'm just trying to read

04:11:25  24   Dr. Pomerantz's charts here.

04:11:27  25          MR. GREENWALD:  And I agree, and --

67

| | | |
|---|---|---|
| 04:12:27 | 1 | chart is when you added TNF, washed and harvested |
| 04:12:31 | 2 | without adding Enbrel at all, correct? |
| 04:12:34 | 3 | A    Yes. |
| 04:12:35 | 4 | Q    So for this experiment in jurkat cells, the |
| 04:12:42 | 5 | treatment of the cells with Enbrel after TNF |
| 04:12:45 | 6 | stimulation showed no statistically significant effect |
| 04:12:49 | 7 | on NF.kappa.B activity, correct? |
| 04:12:51 | 8 | MR. GREENWALD:  Objection. |
| 04:12:52 | 9 | A    I haven't done statistics. |
| 04:12:55 | 10 | Q    Okay, well, just eyeballing it, does it show |
| 04:12:57 | 11 | any difference? |
| 04:12:58 | 12 | A    Under these conditions, when I harvested it, |
| 04:13:02 | 13 | they -- they don't look very different from each other |
| 04:13:05 | 14 | to me. |
| 04:13:06 | 15 | Q    Okay.  And you designed this experiment to |
| 04:13:09 | 16 | have conditions to attempt to approximate what would |
| 04:13:14 | 17 | be going on in vivo with a patient, correct? |
| 04:13:17 | 18 | A    No. |
| 04:13:17 | 19 | Q    That wasn't your attempt? |
| 04:13:18 | 20 | A    No, I just wanted to see what would happen |
| 04:13:20 | 21 | when I did these manipulations in this experiment. |
| 04:13:23 | 22 | Q    Okay.  Did you ever, in any of the |
| 04:13:25 | 23 | experiments that you ran in Pomerantz Exhibit 1, |
| 04:13:27 | 24 | attempt to approximate what would happen in vivo with |
| 04:13:33 | 25 | a patient? |

69

04:13:33    1              MR. GREENWALD:  Hold on a second.  I

04:13:46    2    instruct not to answer.

04:13:48    3    BY MR. SERNEL:

04:13:58    4        Q    Let's turn to ARI-KC 55, please.  This

04:14:07    5    appears to be experiments that were done on, I think,

04:14:10    6    on the 11th of July, 2007.  Is that correct?

04:14:14    7        A    Yes.

04:14:16    8        Q    And you're again using jurkat cells,

04:14:20    9    correct?

04:14:20    10       A    Yes.

04:14:22    11       Q    And you did some experiments using the

04:14:26    12   anti-CD3, anti-CD28 stimulant and others using

04:14:29    13   TNF.alpha as the stimulant?

04:14:33    14       A    Yes.

04:14:33    15       Q    Did you decide for yourself or did you

04:14:40    16   consult with others regarding what stimulant should be

04:14:44    17   used in the experiments that you were running?

04:14:46    18              MR. GREENWALD:  It's a yes or no question.

04:14:48    19   I don't object or instruct.

04:14:53    20       A    I wanted to see what would happen with these

04:14:55    21   two stimuli.

04:14:56    22       Q    So it was solely your decision as to what

04:15:01    23   stimulant to use?

04:15:07    24       A    I don't remember if it was solely my

04:15:09    25   decision.  I remember being part of it, but I don't

                                                                    70

| | | |
|---|---|---|
| 04:16:35 | 1 | where I would see whether or not Enbrel had an effect |
| 04:16:38 | 2 | after the addition of stimulants. |
| 04:16:41 | 3 | Q    And you did that because someone else told |
| 04:16:43 | 4 | you that's what they wanted to know or because just |
| 04:16:46 | 5 | satisfying your own curiosity? |
| 04:16:50 | 6 | MR. GREENWALD:  Objection, same caution. |
| 04:16:52 | 7 | Same caution.  Same caution.  Not instruction. |
| 04:17:06 | 8 | A    I think -- I think there were others also |
| 04:17:14 | 9 | interested in what would happen whether -- when Enbrel |
| 04:17:16 | 10 | was added after the stimulants. |
| 04:17:23 | 11 | Q    By the way, and you -- I'm sure |
| 04:17:27 | 12 | Mr. Greenwald will jump on me in terms of the |
| 04:17:29 | 13 | substance of these communications, but when we refer |
| 04:17:34 | 14 | to possibly discussing with -- discussing these |
| 04:17:36 | 15 | experiments with others and, you know, certain aspects |
| 04:17:40 | 16 | of them, what -- did these others include anyone else |
| 04:17:43 | 17 | other than Naini? |
| 04:17:51 | 18 | MR. GREENWALD:  Objection.  Are you speaking |
| 04:17:58 | 19 | just about these discussions or discussions generally? |
| 04:18:01 | 20 | MR. SERNEL:  I'm talking about the |
| 04:18:02 | 21 | discussions generally about what to -- the |
| 04:18:06 | 22 | implementation of the experiments.  I understand he |
| 04:18:09 | 23 | may have had conversations with Mr. Greenwald and |
| 04:18:12 | 24 | others subsequent to doing these experiments. |
| 04:18:15 | 25 | Q    But when you were deciding on how to |

72

04:18:17  1    implement the experiments or design choices, when I'm

04:18:20  2    getting the answer that you consulted with others, I

04:18:22  3    want to find out if there are any other people other

04:18:24  4    than Mr. Naini that would be in that group.

04:18:29  5        A    I think it's possible that Mr. Naini

04:18:32  6    consulted with others and then talked to me about what

04:18:41  7    he had discussed.

04:18:41  8        Q    But your only direct contacts or discussions

04:18:45  9    were with Mr. Naini regarding design choices?

04:18:49  10        MR. GREENWALD:  Can I just confer with him

04:18:51  11    about it as a privilege issue?

04:18:54  12        MR. SERNEL:  Sure.  Off the record.

04:18:58  13        THE VIDEOGRAPHER:  We're going off the

04:18:58  14    record.  The time is 4:19 p.m.

04:19:01  15        (A brief recess was taken.)

04:19:11  16        THE VIDEOGRAPHER:  We are back on the

04:19:36  17    record.  The time is 4:19 p.m.

04:19:40  18        MR. SERNEL:  I think there was a pending

04:19:41  19    question.  Can he answer it?

04:19:45  20        MR. GREENWALD:  Why don't we read it back.

04:19:46  21        MR. SERNEL:  I can ask it again.

04:19:46  22  BY MR. SERNEL:

04:19:47  23        Q    Is it correct that your only direct contacts

04:19:51  24    or discussions regarding the design choices that were

04:19:52  25    made on the experiments were with Mr. Naini?

73

| | | |
|---|---|---|
| 04:19:56 | 1 | MR. GREENWALD:  Again, just so we're clear, |
| 04:19:58 | 2 | which experiments? |
| 04:19:58 | 3 | MR. SERNEL:  The ones set forth in Pomerantz |
| 04:20:00 | 4 | Exhibit 1. |
| 04:20:01 | 5 | MR. GREENWALD:  All of them. |
| 04:20:03 | 6 | MR. SERNEL:  Yes. |
| 04:20:04 | 7 | A    At some point in the conversations with Mr. |
| 04:20:08 | 8 | Naini, Jeff Ravetch was present in the conversation. |
| 04:20:18 | 9 | Q    On how many of these conversations was |
| 04:20:20 | 10 | Mr. -- or Dr. Ravetch involved? |
| 04:20:28 | 11 | A    I don't know exactly, but it was several. |
| 04:20:30 | 12 | Q    More than three? |
| 04:20:32 | 13 | A    It -- it might have been three or four.  I |
| 04:20:35 | 14 | don't remember the exact number. |
| 04:20:36 | 15 | Q    Okay.  Do you remember at what point in time |
| 04:20:39 | 16 | Dr. Ravetch got involved? |
| 04:20:47 | 17 | A    I thought that Mr. Naini had a prior |
| 04:20:52 | 18 | relationship with Mr. Ravetch before I entered the |
| 04:20:55 | 19 | picture. |
| 04:20:55 | 20 | Q    Okay.  But my question is, can you pinpoint |
| 04:20:58 | 21 | a particular experiment in Pomerantz Exhibit 1 where |
| 04:21:00 | 22 | you can say, okay, I know that Dr. Ravetch had gotten |
| 04:21:04 | 23 | involved by this point and I had had conversations |
| 04:21:06 | 24 | with him? |
| 04:21:08 | 25 | MR. GREENWALD:  Look, I just want to know |

74

04:21:09  1    how this relates to, what -- what the experiments

04:21:11  2    were, how they were done and why they were done.

04:21:13  3            MR. SERNEL:  Well, certainly if Dr. Ravetch

04:21:15  4    is involved, then it's discoverable, right?  He's a

04:21:20  5    testifying expert, so conversation that Dr. Ravetch is

04:21:22  6    involved with, I can discover that, right?

04:21:24  7            MR. GREENWALD:  You can ask -- I think --

04:21:25  8    I'll have to check back on the expert discovery, but I

04:21:28  9    think you can probably ask --

04:21:30  10           MR. SERNEL:  Especially if he's involved in

04:21:31  11   the design of the experiments, I mean --

04:21:35  12           MR. GREENWALD:  Well -- I'll let you answer

04:21:40  13   here, but I do think that we're straying beyond the

04:21:45  14   scope that we discussed.

04:21:46  15       A    Can you repeat the question?

04:21:48  16       Q    Can you attempt to pinpoint for me when in

04:21:52  17   the timeline of these experiments that you did that

04:21:55  18   are reflected in Pomerantz Exhibit 1 that you know

04:21:59  19   that Dr. Ravetch got involved because you started

04:22:02  20   having direct communications with him?

04:22:06  21       A    I think it might have been from very early

04:22:07  22   on in the -- in the project, in conducting some of the

04:22:12  23   experiments that I think at least one of the

04:22:14  24   conversations that Dr. Ravetch was involved in was

04:22:18  25   very early before I started doing any experiments.

75

| | | |
|---|---|---|
| 04:22:20 | 1 | Q    Okay.  So you think your first conversation |
| 04:22:22 | 2 | with Dr. Ravetch was even prior to the May 2007 |
| 04:22:26 | 3 | experiments that we saw in Pomerantz Exhibit 1? |
| 04:22:29 | 4 | A    I think so. |
| 04:22:30 | 5 | Q    Okay.  And then there were other |
| 04:22:33 | 6 | conversations along the way as you did these |
| 04:22:35 | 7 | experiments with Dr. Ravetch? |
| 04:22:37 | 8 | A    Yes. |
| 04:22:37 | 9 | Q    Okay.  Anyone else other than Mr. Naini and |
| 04:22:39 | 10 | Dr. Ravetch that you recall discussing design choices |
| 04:22:42 | 11 | with? |
| 04:22:43 | 12 | A    Before I implemented the experiments, you |
| 04:22:45 | 13 | mean? |
| 04:22:46 | 14 | Q    Yes, as you were designing -- determining |
| 04:22:48 | 15 | how to run the experiments. |
| 04:22:49 | 16 | A    No. |
| 04:22:50 | 17 | Q    Dr. Calame wasn't involved in any of the |
| 04:22:56 | 18 | design choices of the experiments? |
| 04:22:58 | 19 | A    No.  I talked to her afterwards, after they |
| 04:23:00 | 20 | were done. |
| 04:23:01 | 21 | Q    So after the entire notebook, Pomerantz |
| 04:23:04 | 22 | Exhibit 1, was completed, that's when you had |
| 04:23:07 | 23 | conversations with Dr. Calame? |
| 04:23:10 | 24 | A    I don't remember if it was after all of the |
| 04:23:12 | 25 | things in the notebook were completed, but it was |

76

| | | |
|---|---|---|
| 04:24:36 | 1 | A    Yes. |
| 04:24:41 | 2 | Q    Other than your conversations with Mr. |
| 04:24:43 | 3 | Naini, just so I have a clear record, were there any |
| 04:24:46 | 4 | other area lawyers that were involved in any of the |
| 04:24:52 | 5 | decisions with respect to the design or implementation |
| 04:24:54 | 6 | of the experiments? |
| 04:24:55 | 7 | MR. GREENWALD:  Objection.  Instruct not to |
| 04:24:56 | 8 | answer. |
| 04:24:56 | 9 | BY MR. SERNEL: |
| 04:25:06 | 10 | Q    Did you have any direct conversations with |
| 04:25:07 | 11 | any other area lawyer other than Mr. Naini regarding |
| 04:25:12 | 12 | the design and choices for the experiments set forth |
| 04:25:18 | 13 | in Pomerantz Exhibit 1? |
| 04:25:19 | 14 | MR. GREENWALD:  You may answer the question. |
| 04:25:20 | 15 | I think it's a yes or no question, you may so answer. |
| 04:25:24 | 16 | A    No. |
| 04:25:25 | 17 | Q    Okay, let's turn to ARI-KC 77, please. |
| 04:25:50 | 18 | MR. GREENWALD:  KC 77? |
| 04:25:55 | 19 | MR. SERNEL:  77.  77. |
| 04:25:59 | 20 | Q    This appears to be, Dr. Pomerantz, an order |
| 04:26:01 | 21 | form for the U937 cell line that you subsequently used |
| 04:26:07 | 22 | to run some experiments? |
| 04:26:08 | 23 | A    Yes. |
| 04:26:09 | 24 | Q    Now, this one you billed to Johns Hopkins as |
| 04:26:12 | 25 | opposed to Ariad.  Any reason for that? |

78

04:37:52   1        Q     And in those published articles, you have,

04:37:54   2   in fact, drawn conclusions from experiments of the

04:37:58   3   type that are set forth in Pomerantz Exhibit 1,

04:38:01   4   correct?

04:38:01   5        A     Well, I've never used Enbrel before or any

04:38:04   6   drugs, and I have not -- I have not determined

04:38:08   7   mechanisms of actions of drugs.

04:38:10   8        Q     Okay.  So sitting here today, you don't have

04:38:12   9   any idea as to how Enbrel -- what Enbrel's mechanism

04:38:19   10  of action is?

04:38:21   11       A     Not completely.  I don't have a complete

04:38:23   12  idea of how Enbrel does whatever it does.  I just

04:38:26   13  added it into some experiments and observed the

04:38:30   14  results.

04:38:31   15       Q     Okay.  And you decided how to design these

04:38:34   16  experiments based on your conversations with Ariad's

04:38:39   17  counsel; is that how you decided to run these

04:38:42   18  experiments?

04:38:43   19             MR. GREENWALD:  Hold on a second.  I

04:38:50   20  instruct not to answer.  I don't see there's any way

04:38:53   21  he could answer that without invading privilege and

04:38:56   22  going beyond our agreed -- well, the scope of this

04:39:00   23  deposition.

04:39:01   24             MR. SERNEL:  And I disagree with that that's

04:39:04   25  out of bounds.

                                                                    87

| | | |
|---|---|---|
| 05:23:10 | 1 | with patients taking Enbrel and their cells and what |
| 05:23:16 | 2 | might happen to their cells in vivo? |
| 05:23:19 | 3 | MR. GREENWALD:  Objection. |
| 05:23:24 | 4 | A    I didn't do any experiments with patient |
| 05:23:28 | 5 | samples. |
| 05:23:28 | 6 | Q    Now, we talked a little bit about |
| 05:23:31 | 7 | Dr. Ravetch having a hand in the design and |
| 05:23:35 | 8 | implementation of the experiments.  I think I talked |
| 05:23:39 | 9 | to you about the cells that were used, and you said |
| 05:23:43 | 10 | that Dr. Ravetch had some input into that decision, |
| 05:23:47 | 11 | correct? |
| 05:23:48 | 12 | A    Yes. |
| 05:23:50 | 13 | Q    Can you recall other aspects of the design |
| 05:23:55 | 14 | of these experiments that Dr. Ravetch had input into? |
| 05:23:59 | 15 | MR. GREENWALD:  I caution in answering this |
| 05:24:00 | 16 | question not to disclose the content of any |
| 05:24:02 | 17 | communications between yourself and counsel for Ariad. |
| 05:24:10 | 18 | A    I'm not sure what you're asking about. |
| 05:24:12 | 19 | Q    Well, I'm just trying to -- what I need to |
| 05:24:14 | 20 | figure out is the sum total of everything that |
| 05:24:19 | 21 | Dr. Ravetch contributed in terms of design choices, |
| 05:24:23 | 22 | implementation or what have you with respect to the |
| 05:24:26 | 23 | experiments that are set forth in Pomerantz Exhibit 1. |
| 05:24:32 | 24 | A    Dr. Ravetch definitely knew more than I did |
| 05:24:39 | 25 | about rheumatoid arthritis and which cells would be |

108

| | | |
|---|---|---|
| 05:26:18 | 1 | lines to use, that's an area where Dr. Ravetch had |
| 05:26:23 | 2 | more input than maybe you did in deciding that? |
| 05:26:26 | 3 | A    Yes. |
| 05:26:27 | 4 | Q    Are there any other areas where you recall |
| 05:26:29 | 5 | Dr. Ravetch having particular input into what to use |
| 05:26:34 | 6 | or how to run the particular experiments? |
| 05:26:39 | 7 | MR. GREENWALD:  Same caution as before. |
| 05:26:39 | 8 | A    I'm trying to think.  Not that I can think |
| 05:26:52 | 9 | of right now. |
| 05:26:53 | 10 | Q    Do you know whether any consideration was |
| 05:26:57 | 11 | given to what cell lines might be relevant to seeing |
| 05:27:03 | 12 | the impact of Enbrel on psoriasis patients? |
| 05:27:10 | 13 | MR. GREENWALD:  Okay, yeah, I instruct you |
| 05:27:11 | 14 | not to answer. |
| 05:27:12 | 15 | MR. SERNEL:  You allowed the same question |
| 05:27:13 | 16 | to be answered with respect to RAs.  I'm just asking |
| 05:27:17 | 17 | the parallel question on psoriasis. |
| 05:27:19 | 18 | MR. GREENWALD:  You know, maybe I should |
| 05:27:20 | 19 | have instructed on that, too.  What seems to me that |
| 05:27:22 | 20 | was done here were the experiments on these cell lines |
| 05:27:24 | 21 | and I allowed you to ask questions about what was |
| 05:27:27 | 22 | done, how it was done, how they were recorded.  Now |
| 05:27:29 | 23 | we're going into, you know, why didn't you do other |
| 05:27:31 | 24 | experiments on cell lines that may or may not have |
| 05:27:34 | 25 | been relevant to psoriasis.  And he can do this for |

110

| 05:30:05 | 1 | activity? |
| 05:30:06 | 2 | A    I don't know, but the ones that I did -- I |
| 05:30:12 | 3 | didn't do -- I didn't do repeated experiments with |
| 05:30:13 | 4 | jurkats. |
| 05:30:14 | 5 | Q    And why didn't you do repeated experiments |
| 05:30:17 | 6 | with jurkat cells? |
| 05:30:18 | 7 | A    Because the monocytic sells were more |
| 05:30:21 | 8 | relevant to RA. |
| 05:30:22 | 9 | Q    And that was Dr. Ravetch's view? |
| 05:30:25 | 10 | A    Yes. |
| 05:30:26 | 11 | Q    Was it also Mr. Naini's view? |
| 05:30:29 | 12 | MR. GREENWALD:  Objection.  I instruct you |
| 05:30:30 | 13 | not to answer. |
| 05:30:30 | 14 | BY MR. SERNEL: |
| 05:30:31 | 15 | Q    Did you ever discuss with Dr. Calame the |
| 05:30:36 | 16 | different cell lines that you used for the different |
| 05:30:39 | 17 | experiments? |
| 05:30:44 | 18 | A    I think after the experiments were done, |
| 05:30:46 | 19 | yes. |
| 05:30:46 | 20 | Q    And do you recall the substance of that |
| 05:30:51 | 21 | conversation? |
| 05:30:56 | 22 | A    I think she asked me why -- similar to the |
| 05:30:58 | 23 | questions that you asked me, why I used the cell lines |
| 05:31:01 | 24 | that I did. |
| 05:31:02 | 25 | Q    Presumably you're giving me the same answers |

113

# EXHIBIT C

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900

LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7090
FACSIMILE (310) 203-7199
brosenblatt@irell.com

June 21, 2007

**VIA E-MAIL**

Jamie McDole, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  6060

      Re:   *Amgen Inc. v. ARIAD Pharmaceuticals, Inc.*

Dear Jamie:

      I am writing in response to your letter to David Gindler dated June 19, 2007, in which Amgen requests that ARIAD produce documents relating to "infringement" testing of Enbrel and Kineret. As explained in our letter to the Court dated May 30, 2007, ARIAD has engaged the services of a leading university research laboratory to investigate whether Enbrel and Kineret infringe dependent claims 20-25, 31-26, 53-54, 64-69, and 177-182. The professor who is responsible for the investigation has been retained as an expert consultant on behalf of ARIAD. This investigation of potential infringement was initiated and is being performed at the direction of counsel in connection with the present litigation, and therefore documents concerning this testing are protected by the attorney work product doctrine.

      Your letter also mischaracterizes the record by stating that we have not complied with our electronic discovery obligations. As you know, both from us and our witnesses in deposition, we have made extensive efforts to respond to discovery, including providing electronic discovery. A further response is unnecessary.

      Sincerely,

Betsy Rosenblatt

cc:  Counsel of Record

1711145

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on June 6, 2008, I caused to be electronically filed a true and correct copy of Declaration of Melanie K. Sharp in Support of The Amgen Entities' Reply Brief In Support Of Their *Daubert* Motion To Preclude Certain Inadmissible Opinions Of Dr. Kathryn Calame Relating To Experiments Performed By Dr. Joel Pomerantz with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

I further certify that on June 6, 2008, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY E-MAIL (by agreement of counsel):

David Greenwald
David R. Marriot
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

                    /s/ Melanie K. Sharp
Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com