IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | : : : : : : | |
| Plaintiffs. | : : | |
| v. | : : | C. A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., et al., | : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **17th** day of **June, 2008**.

During the teleconference of May 29, 2008, counsel asked for some guidance regarding better use of their time during oral argument. In light of its review of the claim construction briefing and dispositive motions, the court does not need argument on Amgen's motion for summary judgment on willfulness (D.I. 604) and ARIAD's motions for partial summary judgment on inequitable conduct and lack of subject matter jurisdiction (D.I. 573, 575). Argument with some focus on claim construction would be appropriate.

In light of the other obligations of the court on June 19, 2008, the total time allotted is from 9:30 a.m. to 12:10 p.m. divided equally between the parties.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE