IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, and IMMUNEX RHODE ISLAND CORPORATION,<br><br>     Plaintiffs,<br> v.<br><br>ARIAD PHARMACEUTICALS, INC., and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>     Defendants.<br><br>ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>     Counterclaim Plaintiffs,<br><br> v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>     Counterclaim Defendants. | C.A. No. 06-259-MPT |

## STIPULATION

WHEREAS this Court's Second Amended Scheduling Order requires the parties to file a joint proposed final pretrial order with the information required by the form of Final

Pretrial Order which accompanies D.I. 150 on or before September 25, 2008 (the "Pretrial Order") and further requires that jury instructions, special verdict form and voir dire be filed three days before the Pretrial Conference scheduled for October 15, 2008;

WHEREAS the parties have negotiated a mutually convenient schedule for the orderly preparation of the Pretrial Order, jury instructions, special verdict form and voir dire, taking into account counsels' schedules and the scope of the work required for thoughtful and orderly presentation to the Court.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

**August 15, 2008**: Parties will exchange draft witness lists.

**August 26, 2008**: Amgen will send ARIAD the "shell" module of pretrial order.

**August 27, 2008**: Parties will meet and confer regarding potential motions in limine.

**September 4, 2008**: Parties will exchange deposition designations and discovery designations by 7 PM Eastern.

**September 5, 2008**: Parties will exchange exhibit lists and exhibits (in electronic form) by 7 PM Eastern.

**September 8, 2008**: Parties will exchange proposed stipulated facts and any matter that specifically requires a response by 7 PM Eastern.

**September 10, 2008**: Parties will exchange motions in limine by 7 PM Eastern.

**September 15, 2008**: Parties will meet and confer on stipulated facts and other matters.

**September 17, 2008**: Parties will exchange deposition counter-designations, discovery counter-designations, and objections to witnesses, initial deposition designations, discovery designations and exhibits by 7 PM Eastern.

**September 18, 2008**: Parties will exchange independently-prepared modules of pretrial order by 7 PM Eastern.

**September 22, 2008**: Parties will exchange further responsive exhibits/designations and objections to counter-designations by 7 PM Eastern.

**September 23, 2008**: Parties will meet and confer on all outstanding issues.

**September 24, 2008:** Parties will exchange responses to motions in limine and final submissions for pretrial order by midnight Eastern. (Final versions of previously exchanged submissions will be submitted in red-line.)

**September 25, 2008:** Amgen will file the final Pretrial Order. Parties will also exchange proposed jury instructions, jury verdict form, and special voir dire questions on this date.

**October 13, 2008:** Amgen will file proposed jury instructions (including the parties' respective objections to/positions in support of disputed instructions), jury verdict form(s) and special voir dire questions.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Melanie K. Sharp* | /s/ *John G. Day* |
| Melanie K. Sharp (#2501) | Steven J. Balick (#2403) |
| The Brandywine Building | John G. Day (#2114) |
| 1000 West Street, 17th Floor | Lauren E. Maguire (#4261) |
| Wilmington, Delaware 19801 | 500 Delaware Avenue, 8th Floor |
| P.O. Box 391 | P.O. Box 1150 |
| Wilmington, DE 19899-0391 | Wilmington, Delaware 19899 |
| (302) 571-6681 | 302-654-1888 |
| msharp@ycst.com | jday@ashby-geddes.com |
| *Attorneys for Plaintiffs and Counterclaim Defendants* | *Attorneys for Defendants and Counterclaim Plaintiffs* |

Dated: August 13, 2008

SO ORDERED this _____ day of August, 2008.

_____
United States Magistrate Judge