IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-259 (MPT) ) ) ) ) ) ) ) ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Wendy A. Whiteford of Amgen, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

                                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                /s/ Jeffrey T. Castellano

                                                Melanie K. Sharp (No. 2501)
                                                Jeffrey T. Castellano (No. 4837)
                                                The Brandywine Building
                                                1000 West Street, 17th Floor
                                                Wilmington, Delaware  19801
                                                P.O. Box 391
                                                Wilmington, Delaware 19899-0391
                                                (302) 571-6600
                                                jcastellano@ycst.com

                                                *Attorneys for Plaintiffs Amgen, Inc., Immunex*
                                                *Corporation, Amgen USA Inc., Amgen Manufacturing,*
                                                *Limited, and Immunex Rhode Island Corporation.*

Dated: August 26, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-259 (MPT)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this ___ day of _____, 2008 that counsel's motion for the admission pro hac vice of Wendy A. Whiteford is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ W. Whiteford/*
Wendy A. Whiteford, Esq.
Vice President, Law
Amgen, Inc.
One Amgen Center Drive
M.S. 28.2.C
Thousand Oaks, CA 93120-1799
(805) 447-1008

Dated: August 25, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, Esquire, hereby certify that on August 26, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

I further certify that on August 26, 2008, I caused a copy of the foregoing document, to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY E-MAIL (by agreement of counsel):**

David Greenwald
David R. Marriot
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Jeffrey T. Castellano (No. 4837)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jcastellano@ycst.com

DB02:5328413.1                                                                                   065028.1001