IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, | :<br>:<br>:<br>:<br>:<br>: |
| Plaintiffs. | : |
| v. | :    C. A. No. 06-259-MPT |
| ARIAD PHARMACEUTICALS, INC., et al., | :<br>:<br>: |
| Defendants. | : |

## ORDER

At Wilmington this **4th** day of **September, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, September 12, 2008 at 1:30 p.m.** with Magistrate Judge Thynge to address a discovery matter. **Melanie K. Sharp, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE