IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation, and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>ARIAD PHARMACEUTICALS, INC., a Delaware corporation, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation, *et. al.*<br><br>    Defendants/Counterclaim Plaintiffs. | Civil Action No. 06-259 (MPT) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs ("Amgen") and Defendants ("Ariad") hereby stipulate that all remaining claims in this action are dismissed without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). With the exception of those costs set forth in Amgen's Bill of Costs (D.I. 749), which will be paid to Amgen by Ariad, each party shall bear its own attorneys fees and costs in this action.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ Melanie K. Sharp | /s/ John G. Day |

Melanie K. Sharp (No. 2501)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

KIRKLAND & ELLIS LLP
Mark A. Pals, P.C.
Marcus E. Sernel
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Robert G. Krupka, P.C.
333 South Hope Street
Los Angeles, CA 90071
(213) 680-8400

HOGAN & HARTSON LLP
Siegmund Y. Gutman
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5717

J. Drew Diamond
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4707

*Attorneys for Plaintiffs and Counterclaim Defendants Amgen, Inc., Immunex Corporation, Amgen USA Inc., Amgen Manufacturing, Limited, and Immunex Rhode Island Corporation*

Steven J. Balick (No. 2114)
John G. Day (No. 2403)
Tiffany Geyer Lydon (No. 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Keith R. Hummel
David R. Marriot
David Greenwald
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

*Attorneys for Defendants and Counterclaim Plaintiffs ARIAD Pharmaceuticals, Inc., President and Fellows of Harvard College, Massachusetts Institute of Technology, and the Whitehead Institute for Biomedical Research*

January 4, 2010

SO ORDERED this 4 day of January, 2010.

_____
United States Magistrate Judge

2